UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  February 18, 2021     Judge:  Hon. James Donato

Time:  14 Minutes

Case No.     **3:21-md-02981-JD**
Case Name     **In re: Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):     Peggy Wedgworth/Jonathan W. Cuneo/Yonatan Even/
    Karma Giulianelli/Hae Sung Nam/Steve Berman/
    Melinda Coolidge/Eamon Kelly
Attorney(s) for Defendant(s):     Brian Rocca

Deputy Clerk:  Lisa R. Clark     Court Reporter:  Marla Knox

## PROCEEDINGS

Status Conference -- Held (via Zoom webinar)

## NOTES AND ORDERS

In light of the MDL, all ECF entries should be filed in the MDL docket, Case No. 21-md-02981, and in the separate docket for the underlying case.

The parties are directed to file a joint statement by February 26, 2021, on whether any of the consolidated complaints will be amended now that additional cases have been transferred to this district.  The Court will enter a scheduling order after that.

The Court would like to streamline motion proceedings through the use of consolidated briefs to the fullest extent possible, and scheduling related motions on the same filing and argument dates. The parties are directed to meet and confer on a proposal to achieve those efficiencies.  In other MDL cases, the Court has seen good results with one joint brief per side on the legal issues in common, supplemented when warranted by short briefs on fact issues unique to each party.

A status conference will be set every 30 days to keep this litigation on track.  The next conference is set for April 1, 2021, at 10:00 a.m.  The parties should file a joint statement of issues to be discussed 7 calendar days before that.  If all parties advise that a conference is not needed, the Court will cancel it.