1   Robert V. Prongay (SBN 270796)
      *rprongay@glancylaw.com*
2   Charles Linehan (SBN 307439)
      *clinehan@glancylaw.com*
3   Pavithra Rajesh (SBN 323055)
      *prajesh@glancylaw.com*
4   GLANCY PRONGAY & MURRAY LLP
5   1925 Century Park East, Suite 2100
    Los Angeles, California 90067
6   Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
7

8   *Attorneys for Plaintiff Asif Mehedi*

9   [Additional Counsel on Signature Page]

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12

13   ASIF MEHEDI, Individually and on Behalf of        Case No. 5:21-cv-06374-BLF
     All Others Similarly Situated,
14                                                      **STIPULATION AND [PROPOSED]
                                                        ORDER VACATING INITIAL CASE
15                 Plaintiff,                           MANAGEMENT CONFERENCE AND
                                                        RELATED DEADLINES**
16          v.

17   VIEW, INC. f/k/a CF FINANCE
     ACQUISITION CORP. II, RAO MULPURI,                 Judge: Beth Labson Freeman
18   and VIDUL PRAKASH,

19                 Defendants.

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER VACATING INITIAL CMC AND RELATED DEADLINES
Case No. 5:21-cv-06374-BLF

1    WHEREAS, on August 18, 2021, Plaintiff Asif Mehedi ("Plaintiff") commenced the above-

2  captioned action against Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II ("View"),

3  Rao Mulpuri, and Vidul Prakash (collectively, "Defendants");

4    WHEREAS, on August 18, 2021, the Court issued an Order scheduling an Initial Case

5  Management Conference for November 18, 2021 at 11:00 a.m. and setting associated deadlines

6  pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute

7  Resolution Local Rules;

8    WHEREAS, this action is governed by the Private Securities Litigation Reform Act

9  ("PSLRA"), pursuant to which the Court is required to appoint lead plaintiff(s) and lead counsel;

10    WHEREAS, pursuant to the PSLRA, motions for appointment as lead plaintiff and approval

11  of lead counsel must be filed on or before October 18, 2021;

12    WHEREAS, Plaintiff and View stipulated, and the Court approved, among other things, that

13  within ten days after the Court has appointed lead plaintiff(s), the lead plaintiff(s) and Defendants

14  will propose a schedule for the filing of an amended complaint and response thereto (*see* Dkt. No.

15  11);

16    WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any

17  motion to dismiss, 15 U.S.C § 78u-4(b)(3)(B);

18    WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not

19  yet set and in light of the PSLRA's discovery stay, good cause exists to vacate the Initial Case

20  Management Conference and related deadlines to be reset after the Court has an opportunity to rule

21  on Defendants' anticipated motion to dismiss;

22    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned,

23  subject to Court approval, as follows:

24    1.    The Initial Case Management Conference set for November 18, 2021 at 11:00 a.m.,

25  and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule

26  on Defendants' anticipated motion to dismiss.

27

28

STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CMC AND RELATED DEADLINES
Case No. 5:21-cv-06374-BLF

1    DATED:  October 14, 2021              GLANCY PRONGAY & MURRAY LLP

2                                          By:    /s/ Pavithra Rajesh
                                           Robert V. Prongay
3                                          Charles Linehan
                                           Pavithra Rajesh
4                                          1925 Century Park East, Suite 2100
                                           Los Angeles, California 90067
5                                          Telephone: (310) 201-9150
                                           Facsimile: (310) 201-9160
6                                          Email: rprongay@glancylaw.com
                                           Email: clinehan@glancylaw.com
7                                          Email: prajesh@glancylaw.com

8
                                           *Attorneys for Plaintiff Asif Mehedi*
9

10   DATED:  October 14, 2021              MUNGER, TOLLES & OLSON LLP

11                                         By:    /s/ John M. Gildersleeve
                                           Robert L. Dell Angelo
12                                         John M. Gildersleeve
                                           350 South Grand Avenue, 50th Floor
13                                         Los Angeles, California 90071
                                           Telephone: (213) 683-9100
14                                         Facsimile: (213) 687-3702
                                           Email: robert.dellangelo@mto.com
15                                         Email: john.gildersleeve@mto.com

16
                                           *Attorneys for Defendant View, Inc. f/k/a CF Finance*
17                                         *Acquisition Corp. II*

18
           Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.
19
     Dated: October 14, 2021               _/s/ Pavithra Rajesh_____
20                                         Pavithra Rajesh

21                                              *       *       *

22
           PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

24   Dated: _____
25                                         _____
                                           THE HONORABLE BETH LABSON FREEMAN
26                                         UNITED STATES DISTRICT JUDGE

27

28

STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CMC AND RELATED DEADLINES
Case No. 5:21-cv-06374-BLF                                                        2

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

2          I, the undersigned, say:

3          I am not a party to the above case and am over eighteen years old. On October 14, 2021, I

4    served true and correct copies of the foregoing document by posting the document electronically to

5    the ECF website of the United States District Court for the Northern District of California for receipt

6    electronically by the parties listed on the Court's Service List.

7          I affirm under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct. Executed on October 14, 2021, at Los Angeles, California.

9                                                  */s/ Pavithra Rajesh*
                                                   Pavithra Rajesh

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28