```
1   ASIM M. BHANSALI (SBN 194925)
    abhansali@kblfirm.com
2   KWUN BHANSALI LAZARUS LLP
    555 Montgomery St., Suite 750
3   San Francisco, CA 94111
    Telephone: (415) 630-2350
4
    Attorneys for Defendants
5   GOOGLE LLC, GOOGLE IRELAND LIMITED,
    GOOGLE COMMERCE LIMITED,
6   GOOGLE ASIA PACIFIC PTE. LIMITED,
    GOOGLE PAYMENT CORP., ALPHABET INC.
7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No.: 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF ASIM BHANSALI ON BEHALF OF DEFENDANTS** |
| Epic Games Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD | |
| In re Google Play Consumer Antitrust Litigation, Case No. 3:20-cv-05761-JD | |
| In re Google Play Developer Antitrust Litigation, Case No. 3:20-cv-05792-JD | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Asim Bhansali of Kwun Bhansali Lazarus LLP hereby enters an appearance as counsel for Defendants in the above-referenced action.

**Asim Bhansali**
**abhansali@kblfirm.com**
**KWUN BHANSALI LAZARUS LLP**
**555 Montgomery St., Suite 750**
**San Francisco, CA 94111**
**Tel: (415) 630-2350**
**Fax: (415) 367-1539**

/ / /

/ / /

Dated: March 31, 2021         KWUN BHANSALI LAZARUS LLP


By: /s/ Asim Bhansali
    Asim Bhansali

Attorneys for Defendants
GOOGLE LLC, GOOGLE IRELAND LIMITED,
GOOGLE COMMERCE LIMITED,
GOOGLE ASIA PACIFIC PTE. LIMITED,
GOOGLE PAYMENT CORP., ALPHABET INC.