# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  April 1, 2021 　　　　　　　　　　　　　　　　　　　Judge:  Hon. James Donato

Time:  40 Minutes

Case No.      **3:21-md-02981-JD**
Case Name     **In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):      Karma Giulianelli/Hae Sung Nam/Robert F. Lopez/
　　　　　　　　　　　　　　　　Yonatan Even/Eamon Kelly/Katie Beran
Attorney(s) for Defendant(s):    Brian Rocca/Daniel Petrocelli

Deputy Clerk:  Lisa R. Clark 　　　　　　　　　　　　　　Court Reporter:  Marla Knox

### PROCEEDINGS

Status conference -- Held (via Zoom webinar)

### NOTES AND ORDERS

The Court discusses with the parties the issues raised in the parties' joint status conference statement.  Dkt. No. 11.

On the case schedule, the Court will review the parties' proposed dates and issue an order.  The trial is likely to be scheduled for April 2022, as proposed by the parties.

For the motions to dismiss that remain pending for the Court's decision, the parties will sequentially re-file the relevant briefs on the MDL docket, without any new substantive edits.  The briefs originally filed on the underlying case dockets will be administratively terminated.  A hearing will likely be held in late June or early July, but a specific hearing date should not be noticed at this time.  If an in-person hearing on the motions is possible, the parties may elect between an in-person hearing and a virtual hearing no later than two weeks before the hearing date set by the Court.

On the parties' discovery dispute about custodial categories, Dkt. No. 11 at 4, the Court orders Google to run all agreed-upon search terms against all custodians, and further meet and confer with plaintiffs.

On the regulatory investigations issue, *id*. at 4-5, Google is ordered to produce to plaintiffs all relevant documents that were produced by Google to the House Judiciary Committee.

1

On the excessive video game play and impulse buying issue, *id*. at 5-6, Epic is ordered to search for and produce to Google documents related to excessive video gaming and impulse buying.

For any discovery ordered by the Court, the parties may mutually agree to narrow the scope without seeking the Court's approval.

The next status conference is set for May 13, 2021, at 10:00 a.m.  The parties may request to cancel the status conference if it is not needed.  If they wish to go forward, the parties should file a joint status conference statement by May 6, 2021, summarizing the issues they wish to discuss with the Court.