| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br><br>Ian Simmons, *pro hac vice*<br>isimmons@omm.com<br>Benjamin G. Bradshaw, Bar No. 189925<br>bbradshaw@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5106<br>Facsimile: (202) 383-5414<br><br>E. Clay Marquez, Bar No. 268424<br>emarquez@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Stephen J. McIntyre, Bar No. 274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF OMNIBUS MOTION TO DISMISS**<br><br>Date:   TBD<br>Time:   TBD<br>Courtroom: 11, 19th Floor<br>Judge:   Hon. James Donato |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD

NOTICE OF OMNIBUS MOTION TO DISMISS

Pursuant to the Court's Minute Entry dated April 1, 2021 (MDL Dkt. No. 18), and in accordance with the parties' Joint Case Management Statements filed on February 26, 2021 and March 25, 2021 (MDL Dkt. Nos. 8 and 11), Defendants hereby re-file their Rule 12(b)(6) motion to dismiss and the related documents, which were originally filed as Dkt. No. 91 in *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD  ("Epic Action") and Dkt. No. 71 in *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD ("Developer Action"). These documents include:

- Defendants' Notice of Motion and Motion to Dismiss Epic Games, Inc.'s Complaint and Developers' First Consolidated Class Action Complaint, Supporting Memorandum of Points and Authorities on Common Issues (Dkt. No. 91 in the Epic Action; Dkt. No. 71 in the Developer Action) (the "Omnibus Motion");

- Separate Memorandum of Points and Authorities Re: Defendants' Motion to Dismiss Developers' Claim for Damages (Dkt. No. 91-1 in the Epic Action; Dkt. No. 71-1 in the Developer Action);

- Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Epic Games, Inc.'s Complaint and Developers' First Consolidated Class Action Complaint (Dkt. No. 91-2 in the Epic Action; Dkt. No. 71-2 in the Developer Action);

- Declaration of Brian C. Rocca in Support of Defendants' Motion to Dismiss and Request for Judicial Notice (Dkt. No. 91-3 in the Epic Action; Dkt. No. 71-3 in the Developer Action); and

- [Proposed] Order Granting Defendants' Motion to Dismiss and Request for Judicial Notice (Dkt. No. 91-4 in the Epic Action; Dkt. No. 71-4 in the Developer Action).

As agreed to by all parties, the Omnibus Motion shall be deemed to have been filed with respect to all Plaintiffs in the MDL action.  *See* MDL Dkt. Nos. 8 at 1-2 and 11 at 2-3.  The motions shall be scheduled for oral argument on a date to be set by future Court order.

Dated: April 7, 2021                                     MORGAN, LEWIS & BOCKIUS LLP

                                                         By:  /s/ Brian C. Rocca

                                                         Brian C. Rocca
                                                         *Attorneys for Defendants*