| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF OMNIBUS OPPOSITION TO GOOGLE'S MOTION TO DISMISS**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1  Pursuant to the Court's Minute Entry dated April 1, 2021 (MDL ECF No. 18), and in
2  accordance with the Parties' Joint Case Management Statements filed on February 26, 2021 and
3  March 25, 2021 (MDL ECF Nos. 8 and 11), Plaintiffs hereby re-file the "Joint Opposition by
4  Plaintiff Epic Games, Inc. and Developer Class Plaintiffs to Defendants' Motion to Dismiss" (the
5  "Omnibus Opposition"), which was originally filed as ECF No. 111 in *Epic Games Inc. v. Google*
6  *LLC et al.*, Case No. 3:20-cv-05671-JD and ECF No. 80 in *In re Google Play Developer Antitrust*
7  *Litigation*, Case No. 3:20-cv-05792-JD.  This Omnibus Opposition responds to Defendants'
8  Omnibus Motion to Dismiss.  (MDL ECF No. 21-1.)  As agreed by all Parties, this Omnibus
9  Opposition will be deemed to have been joined by the Consumer Class Plaintiffs in *In re Google*
10 *Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD.

| | |
|---|---|
| Dated: April 12, 2021 | CRAVATH, SWAINE & MOORE LLP<br>  Christine Varney (*pro hac vice*)<br>  Katherine B. Forrest (*pro hac vice*)<br>  Gary A. Bornstein (*pro hac vice*)<br>  Yonatan Even (*pro hac vice*)<br>  Lauren A. Moskowitz (*pro hac vice*)<br>  M. Brent Byars (*pro hac vice*)<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br>  Paul J. Riehle (SBN 115199)<br><br>Respectfully submitted,<br><br>By:  /s/ *Yonatan Even*<br>       Yonatan Even<br><br>*Counsel for Plaintiff Epic Games, Inc.* |
| Dated: April 12, 2021 | BARTLIT BECK LLP<br>  Karma M. Giulianelli<br><br>KAPLAN FOX & KILSHEIMER LLP<br>  Hae Sung Nam<br><br>Respectfully submitted,<br><br>By:  /s/ *Karma Giulianelli*<br>       Karma M. Giulianelli<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

Dated: April 12, 2021                          PRITZKER LEVINE LLP
                                                               Elizabeth C. Pritzker

                                                  Respectfully submitted,

                                                  By:   /s/  *Elizabeth Pritzker*
                                                           Elizabeth C. Pritzker

                                                  *Liaison Counsel for the Proposed Class in*
                                                  *In re Google Play Consumer Antitrust*
                                                  *Litigation*


Dated: April 12, 2021                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                                    Steve W. Berman
                                                    Robert F. Lopez
                                                    Benjamin J. Siegel

                                                  SPERLING & SLATER PC
                                                    Joseph M. Vanek
                                                    Eamon P. Kelly
                                                    Alberto Rodriguez


                                                Respectfully submitted,

                                                By:   /s/  *Steve Berman*
                                                         Steve W. Berman

                                                  *Co-Lead Interim Class Counsel for the*
                                                  *Developer Class and Attorneys for Plaintiff*
                                                  *Pure Sweat Basketball*

Dated: April 12, 2021

HAUSFELD LLP
Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Scott A. Martin
Irving Scher

Respectfully submitted,

By:   /s/  *Bonny Sweeney*
      Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ *Yonatan Even*
Yonatan Even