| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br><br>Ian Simmons, *pro hac vice*<br>isimmons@omm.com<br>Benjamin G. Bradshaw, Bar No. 189925<br>bbradshaw@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5106<br>Facsimile: (202) 383-5414<br><br>E. Clay Marquez, Bar No. 268424<br>emarquez@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Stephen J. McIntyre, Bar No. 274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF OMNIBUS REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD
NOTICE OF OMNIBUS REPLY IN SUPPORT OF MOTION TO DISMISS

Pursuant to the Court's Minute Entry dated April 1, 2021 (MDL Dkt. No. 18), and in accordance with the parties' Joint Case Management Statements filed on February 26, 2021 and March 25, 2021 (MDL Dkt. Nos. 8 and 11), Defendants hereby re-file their reply in support of their Rule 12(b)(6) motion to dismiss and related documents, which were originally filed as Dkt. No. 117 in *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("Epic Action") and Dkt. Nos. 95 and 95-1 in *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD ("Developer Action"). These documents include:

- Defendants' Reply To Opposition To Defendants' Motion To Dismiss Epic Games, Inc.'s Complaint and Developers' First Consolidated Class Action Complaint (Dkt. No. 117 in the Epic Action; Dkt. No. 95 in the Developer Action) (the "Omnibus Reply");

- Defendants' Reply To Developer Plaintiffs' Opposition To Defendants' Motion to Dismiss Developers' Claim for Damages (Dkt. No. 95-1 in the Developer Action);

As agreed to by all parties, the Omnibus Reply shall be deemed to have been filed with respect to all Plaintiffs in the MDL action. *See* MDL Dkt. Nos. 8 at 1-2 and 11 at 2-3.

| | |
|---|---|
| Dated: April 14, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: */s/ Brian C. Rocca* |
| | Brian C. Rocca |
| | *Attorneys for Defendants* |