**ROCHE FREEDMAN LLP**
Ivy T. Ngo (249860)
Constantine P. Economides (*pro hac vice* forthcoming)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
1 SE 3rd Avenue
Suite 1240
Miami, Florida 33131
T: (305) 971-5943
ingo@rochefreedman.com
ceconomides@rochefreedman.com
vel@rochefreedman.com

*Counsel for Movant Sweta Sonthalia*
*and Proposed Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
David J. Schwartz (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
T: (212) 907-0870
F: (212) 883-7070
dschwartz@labaton.com

*Additional Counsel for Sweta Sonthalia*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | No.  5:21-cv-06374-BLF<br><br>**DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR APPOINTMENT OF SWETA SONTHALIA AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Ivy T. Ngo, hereby declare as follows:

1. I am Counsel with Roche Freedman LLP ("Roche Freedman"), counsel on behalf of Sweta Sonthalia ("Movant"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of her selection of Roche Freedman as Lead Counsel for the Class.

3. Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:   Shareholder Certification executed by Movant;

Exhibit B:   Loss chart of Movant;

Exhibit C:   Declaration of Movant;

Exhibit D:   Firm resume of Roche Freedman; and

Exhibit E:   Press release published over *Business Wire,* announcing the pendency of the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of October 2021 at Lakewood, Colorado.

/s/ Ivy T. Ngo
Ivy T. Ngo

**CERTIFICATE OF SERVICE**

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 18th day of October 2021.

*/s/ Ivy T. Ngo*
Ivy T. Ngo