# EXHIBIT B

View Inc. f/k/a CF Finance Acquisition Corp. II (VIEW)
Class Period: November 30, 2020 - August 16, 2021

| Movant | Purchase Date | Shares Purchased | Price Purchased | Amount | Sales Date | Shares Sold | Shares Retained | Price | Amount | LIFO Gain(Loss) | FIFO Gain(Loss) | Dura LIFO Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sweta Sonthalia | 12/10/2020 | 2,500 | $ 10.4996 | $ (26,249.00) | | | | | | | | |
| | 12/11/2020 | 10,000 | $ 10.50 | $ (105,000.00) | | | | | | | | |
| | 12/14/2020 | 10,000 | $ 10.70 | $ (107,000.00) | | | | | | | | |
| | 1/11/2021 | 941 | $ 12.53 | $ (11,790.73) | | | | | | | | |
| | 1/11/2021 | 1,000 | $ 12.60 | $ (12,600.00) | | | | | | | | |
| | 1/11/2021 | 1,000 | $ 12.83 | $ (12,830.00) | | | | | | | | |
| | 1/11/2021 | 1,000 | $ 12.635 | $ (12,635.00) | | | | | | | | |
| | 1/11/2021 | 1,059 | $ 12.85 | $ (13,608.15) | | | | | | | | |
| | 1/12/2021 | 5,000 | $ 12.68 | $ (63,400.00) | | | | | | | | |
| | 1/15/2021 | 5,000 | $ 12.55 | $ (62,750.00) | | | | | | | | |
| | 1/15/2021 | 5,000 | $ 12.63 | $ (63,150.00) | | | | | | | | |
| | 1/15/2021 | 620 | $ 12.55 | $ (7,781.00) | | | | | | | | |
| | 1/15/2021 | 6,880 | $ 12.599 | $ (86,681.12) | | | | | | | | |
| | 2/4/2021 | 3,900 | $ 10.99 | $ (42,861.00) | | | | | | | | |
| | 2/4/2021 | 6,100 | ######## | $ (67,215.29) | | | | | | | | |
| | 2/5/2021 | 424 | $ 10.97 | $ (4,651.28) | | | | | | | | |
| | | | | | | | 60,424 | $ 5.12 | $309,398.98 | | | |
| **TOTAL** | | **60,424** | | **$ (700,202.57)** | | | **60,424** | | | **$ (390,804)** | **$ (390,804)** | **$ (390,804)** |

*For shares held at the end of the Class Period, losses are calculated based on: (i) the difference between the purchase price paid for the shares and the average trading price of the shares during the 90-day period beginning on the date the information correcting the misstatement was disseminated; or (ii) the difference between the purchase price paid for the shares and the average trading price of the shares between the date when the misstatement was corrected and the date on which the plaintiff sold their shares, if they sold their shares before the end of the 90-day period. 15 U.S.C. § 78u-4(e). As of October 18, 2021, the average trading price during the 90-day period is $5.12.