| | |
|---|---|
| 1 | Laurence D. King (SBN 206423)<br>Kathleen A. Herkenhoff (SBN 168562) |
| 2 | **KAPLAN FOX & KILSHEIMER LLP**<br>1999 Harrison Street, Suite 1560 |
| 3 | Oakland, CA 94612<br>Telephone: 415-772-4700 |
| 4 | Facsimile: 415-772-4707<br>Emails: *lking@kaplanfox.com* |
| 5 | *kherkenhoff@kaplanfox.com* |
| 6 | *Counsel for Movant Stadium Capital LLC* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>        Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF STADIUM CAPITAL LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Judge: Hon. Beth L. Freeman<br>Courtroom: 3, 5th Floor<br>Date: January 6, 2022<br>Time: 9:00 a.m. |

I, Laurence D. King, hereby declare as follows:

1. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of Stadium Capital LLC's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. If called as a witness, I could and would competently testify thereto to all facts within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the August 18, 2021 Notice of Pendency of this Class Action on *Business Wire* in connection with the filing of *Mehedi v. View Inc., et al.*, 21-cv-06374.

3. Attached hereto as Exhibit 2 is a true and correct copy of the sworn certification of Stadium Capital LLC, pursuant to the Private Securities Litigation Reform Act of 1995.

4. Attached hereto as Exhibit 3 is a true and correct copy of the chart calculating the losses incurred by Stadium Capital LLC.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Kaplan Fox & Kilsheimer LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of October 2021, at Oakland, California.

/s/ *Laurence D. King*
Laurence D. King