# Exhibit 3

**Exhibit A**



## Stadium Capital LLC

**Estimated Losses in View, Inc.(NASDAQ: VIEW) - Class period: 11/30/2020 - 8/16/2021**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **VIEW, INC. F/K/A CF FINANCE ACQUISITION CORP. II** | | | | | | | |
| CF Finance Acquisition Corp. II | 15725Q104 | Buy | 12/1/2020 | 37,000 | $11.3313 | $419,258.10 | |
| CF Finance Acquisition Corp. II | 15725Q104 | Buy | 12/2/2020 | 5,000 | $10.3000 | $51,500.00 | |
| CF Finance Acquisition Corp. II | 15725Q104 | Buy | 12/3/2020 | 8,000 | $10.4138 | $83,310.40 | |
| CF Finance Acquisition Corp. II | 15725Q104 | Buy | 12/4/2020 | 30,000 | $10.4749 | $314,247.00 | |
| CF Finance Acquisition Corp. II | 15725Q104 | Buy | 2/4/2021 | 10,000 | $11.0349 | $110,349.00 | |
| CF Finance Acquisition Corp. II | 15725Q104 | Buy | 2/5/2021 | 10,000 | $11.0500 | $110,500.00 | |
| View, Inc. | 92671V106 | Buy | 3/18/2021 | 22,921 | $8.5088 | $195,030.20 | |
| View, Inc. | 92671V106 | Buy | 3/19/2021 | 2,952 | $8.0500 | $23,763.60 | |
| View, Inc. | 92671V106 | Buy | 3/22/2021 | 20,000 | $8.2250 | $164,500.00 | |
| View, Inc. | 92671V106 | Buy | 3/22/2021 | 6,626 | $8.2500 | $54,664.50 | |
| View, Inc. | 92671V106 | Buy | 3/25/2021 | 20,000 | $7.4448 | $148,896.00 | |
| View, Inc. | 92671V106 | Buy | 3/31/2021 | 15,000 | $7.4000 | $111,000.00 | |
| View, Inc. | 92671V106 | Buy | 4/5/2021 | 25,895 | $8.0896 | $209,480.19 | |
| View, Inc. | 92671V106 | Buy | 4/15/2021 | 10,000 | $7.0862 | $70,862.00 | |
| View, Inc. | 92671V106 | Buy | 4/15/2021 | 32,000 | $8.0524 | $257,676.80 | |
| View, Inc. | 92671V106 | Buy | 4/30/2021 | 20,000 | $8.9750 | $179,500.00 | |
| View, Inc. | 92671V106 | Buy | 5/10/2021 | 5,841 | $7.0000 | $40,887.00 | |
| View, Inc. | 92671V106 | Buy | 6/1/2021 | 10,000 | $7.9060 | $79,060.00 | |
| View, Inc. | 92671V106 | Buy | 6/24/2021 | 43,197 | $8.5000 | $367,174.50 | |
| View, Inc. | 92671V106 | Buy | 6/25/2021 | 31,803 | $8.5000 | $270,325.50 | |
| View, Inc. | 92671V106 | Buy | 7/19/2021 | 20,000 | $6.6675 | $133,350.00 | |
| View, Inc. | 92671V106 | Buy | 7/23/2021 | 10,000 | $6.6000 | $66,000.00 | |
| View, Inc. | 92671V106 | Buy | 7/27/2021 | 6,000 | $6.1000 | $36,600.00 | |
| View, Inc. | 92671V106 | Buy | 8/5/2021 | 6,000 | $6.0428 | $36,256.80 | |
| View, Inc. | 92671V106 | Buy | 8/9/2021 | 8,000 | $6.1472 | $49,177.60 | |
| View, Inc. | 92671V106 | Buy | 8/12/2021 | 10,000 | $5.9500 | $59,500.00 | |
| | | | | 426,235 | | $3,642,869.20 | |
| | | | | | | | |
| CF Finance Acquisition Corp. II | 15725Q104 | Sell | 2/25/2021 | (20,000) | $10.0796 | ($201,592.00) | |
| CF Finance Acquisition Corp. II | 15725Q104 | Sell | 3/9/2021 | (80,000) | $10.0000 | ($800,000.00) | |
| View, Inc. | 92671V106 | Sell | 3/19/2021 | (2,499) | $8.7500 | ($21,866.25) | |
| View, Inc. | 92671V106 | Sell | 3/23/2021 | (20,000) | $8.4373 | ($168,746.00) | |
| View, Inc. | 92671V106 | Sell | 3/24/2021 | (5,000) | $8.0000 | ($40,000.00) | |
| View, Inc. | 92671V106 | Sell | 4/1/2021 | (21,015) | $8.3359 | ($175,178.94) | |
| View, Inc. | 92671V106 | Sell | 4/5/2021 | (1,880) | $8.4000 | ($15,792.00) | |
| View, Inc. | 92671V106 | Sell | 4/14/2021 | (10,000) | $8.7250 | ($87,250.00) | |
| View, Inc. | 92671V106 | Sell | 4/20/2021 | (8,000) | $7.1884 | ($57,507.20) | |
| View, Inc. | 92671V106 | Sell | 4/27/2021 | (7,000) | $9.0000 | ($63,000.00) | |
| View, Inc. | 92671V106 | Sell | 5/19/2021 | (5,841) | $8.1149 | ($47,399.13) | |
| View, Inc. | 92671V106 | Sell | 6/1/2021 | (50,000) | $7.2462 | ($362,310.00) | |
| View, Inc. | 92671V106 | Sell | 6/2/2021 | (60,000) | $7.5588 | ($453,528.00) | |
| View, Inc. | 92671V106 | Sell | 7/6/2021 | (33,000) | $7.5511 | ($249,186.30) | |
| View, Inc. | 92671V106 | Sell | 7/7/2021 | (42,000) | $7.5159 | ($315,667.80) | |
| View, Inc. | 92671V106 | Sell** | 8/17/2021 | (60,000) | $4.2306 | ($253,836.00) | |

# Stadium Capital LLC

## Estimated Losses in View, Inc.(NASDAQ: VIEW) - Class period: 11/30/2020 - 8/16/2021

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| | | | | (426,235) | | ($3,312,859.62) | $330,009.58 |

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date