**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | No. 5:21-cv-06374-BLF<br><br>**[PROPOSED] ORDER APPOINTING STADIUM CAPITAL LLC AS LEAD PLAINTIFF AND APPROVING LEAD COUNSEL**<br><br>Judge:  Hon. Beth L. Freeman<br>Courtroom:  3, 5th Floor |

The Motion of Stadium Capital LLC ("Stadium Capital") for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion") is before this Court. The Court, having considered the Motion and the accompanying Memorandum of Points and Authorities, and the Declaration of Laurence D. King in Support of the Motion, and accompanying exhibits, finds that said Motion is well taken and, accordingly, it is hereby ORDERED as follows:

1. The Motion of Stadium Capital is GRANTED;

2. Stadium Capital is APPOINTED to serve as Lead Plaintiff pursuant to 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA");

3. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Stadium Capital's selection of the law firm of Kaplan Fox & Kilsheimer LLP is APPROVED and Kaplan Fox & Kilsheimer LLP is APPOINTED to serve as Lead Counsel; and

4. This Order shall apply to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the above-captioned action.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2021.

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE