Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT FILING REGARDING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**<br><br>Courtroom: 11, 19th Floor (via Zoom)<br>Judge: Hon. James Donato |

Pursuant to this Court's Order dated May 13, 2021 (ECF No. 39), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement.

Subject to the Court's availability, the Parties propose that oral argument on Defendants' motion to dismiss (ECF. No. 21), be held on July 29, 2021 at 10:00 a.m.  If that date is unavailable on the Court's schedule, the Parties alternatively propose that oral argument be held on July 21, 2021 at 10:00 a.m. or July 22, 2021 at 10:00 a.m. (or whenever is convenient for the Court).

Further, Google consents to a remote hearing via Zoom for its motion to help reduce travel and help facilitate remote attendance for clients and counsel.

| | | |
|---|---|---|
| 1 | Dated:  May 19, 2021 | CRAVATH, SWAINE & MOORE LLP |
| | |    Christine Varney (*pro hac vice*) |
| 2 | |    Katherine B. Forrest (*pro hac vice*) |
| | |    Darin A. McAtee (*pro hac vice*) |
| 3 | |    Gary A. Bornstein (*pro hac vice*) |
| | |    Timothy G. Cameron (*pro hac vice*) |
| 4 | |    Yonatan Even (*pro hac vice*) |
| | |    Lauren A. Moskowitz (*pro hac vice*) |
| 5 | |    Omid H. Nasab (*pro hac vice*) |
| | |    Justin C. Clarke (*pro hac vice*) |
| 6 | |    M. Brent Byars (*pro hac vice*) |

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:  /s/  *Timothy G. Cameron*
      Timothy G. Cameron

*Counsel for Plaintiff Epic Games, Inc.*

Dated:  May 19, 2021

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:  /s/  *Karma M. Giulianelli*
      Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| Dated:  May 19, 2021 | | PRITZKER LEVINE LLP<br>　　Elizabeth C. Pritzker |

Respectfully submitted,

By:   /s/   *Elizabeth C. Pritzker*
　　　　Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  May 19, 2021　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　Robert F. Lopez
　　　　　　　　　　　　　　　　　　Benjamin J. Siegel

　　　　　　　　　　　　　　　　　SPERLING & SLATER PC
　　　　　　　　　　　　　　　　　　Joseph M. Vanek
　　　　　　　　　　　　　　　　　　Eamon P. Kelly
　　　　　　　　　　　　　　　　　　Alberto Rodriguez

Respectfully submitted,

By:   /s/   *Steve W. Berman*
　　　　Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated:  May 19, 2021               HAUSFELD LLP
                                       Bonny E. Sweeney
                                       Melinda R. Coolidge
                                       Katie R. Beran
                                       Scott A. Martin
                                       Irving Scher


                                   Respectfully submitted,

                                   By:   /s/  *Bonny E. Sweeney*
                                         Bonny E. Sweeney

                                   *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated:  May 19, 2021               MORGAN, LEWIS & BOCKIUS LLP
                                       Brian C. Rocca
                                       Sujal J. Shah
                                       Minna L. Naranjo
                                       Rishi P. Satia
                                       Michelle Park Chiu


                                   Respectfully submitted,

                                   By:   /s/  *Brian C. Rocca*
                                         Brian C. Rocca

                                   *Counsel for Defendants Google LLC et al.*

Dated:  May 19, 2021                           O'MELVENY & MYERS LLP
                                               Daniel M. Petrocelli
                                               Ian Simmons
                                               Benjamin G. Bradshaw
                                               E. Clay Marquez
                                               Stephen J. McIntyre


                                               Respectfully submitted,

                                               By:   /s/  *Daniel M. Petrocelli*
                                                     Daniel M. Petrocelli

                                               *Counsel for Defendants Google LLC et al.*

## E-FILING ATTESTATION

I, Timothy G. Cameron, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  *Timothy G. Cameron*