**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Larry Lin*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH, <br><br> Defendants. | Case No. 5:21-cv-06374-BLF <br><br> **NOTICE OF WITHDRAWAL OF MOTION OF LARRY LIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (DKT. NO. 14)** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Beth Labson Freeman <br> Hearing: January 6, 2022 <br> Time: 9:00 a.m. <br> Ctrm: Courtroom 3, 5th Floor (San Jose) |

Movant Larry Lin ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 14). Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

1

NOTICE OF WITHDRAWAL OF MOTION OF LARRY LIN FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF COUNSEL (DKT. NO. 14)
5:21-cv-06374-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: November 1, 2021                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Larry Lin*

2

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On November 1, 2021 I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF LARRY LIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (DKT. NO. 14)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.


Executed on November 1, 2021.


/s/Laurence M. Rosen
Laurence M. Rosen

NOTICE OF WITHDRAWAL OF MOTION OF LARRY LIN FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF COUNSEL (DKT. NO. 14)
5:21-cv-06374-BLF