Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Feng Li and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendant. | Case No. 5:21-cv-06374-BLF<br><br>**NOTICE OF NON-OPPOSITION OF FENG LI TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

1       Feng Li filed a timely motion for consolidation of related actions, appointment as lead plaintiff, and approval of his selection of counsel. Dkt. No. 18. Five similar motions were filed by other putative class members in this action. Dkt. Nos. 14, 22, 26, 27, 31.

      The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Li does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Mr. Li does not oppose the lead plaintiff motions of movants with larger financial interests.

      However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Mr. Li are incapable or inadequate to represent the class in this litigation, Mr. Li remains willing and able to serve as lead plaintiff or as a class representative. By this Notice of Non-Opposition, Mr. Li does not waive his rights to participate and recover as a class member in this litigation.

DATED: November 1, 2021       Respectfully submitted,

      GLANCY PRONGAY & MURRAY LLP

      By:   /s/ Charles Linehan
      Robert V. Prongay
      Charles Linehan
      Pavithra Rajesh
      1925 Century Park East, Suite 2100
      Los Angeles, California 90067
      Telephone: (310) 201-9150
      Facsimile: (310) 201-9160
      Email: clinehan@glancylaw.com

      *Counsel for Feng Li*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On November 1, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2021, at Los Angeles, California.

/s/ Charles H. Linehan
Charles H. Linehan