**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF KYLE G. BATES**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

**PLEASE TAKE NOTICE** that Kyle G. Bates of the law firm Hausfeld LLP, 600 Montgomery Street, Suite 3200, San Francisco, California 94111, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiff Peekya App Services, Inc. and Co-Lead Interim Class Counsel for the Developer Class. Mr. Bates is admitted to practice in the United States District Court for the Northern District of California and is in good standing as a member of the bar of the State of California.

Dated: June 15, 2021

Respectfully submitted,

By: /s/ *Kyle G. Bates*
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
kbates@hausfeld.com

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*