| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

---

NOTICE OF FORTHCOMING COMPLAINT AMENDMENT
Case No. 3:21-md-02981-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF EPIC GAMES INC.'S AND DEVELOPER PLAINTIFFS' INTENT TO AMEND COMPLAINTS**<br><br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

Ahead of the holiday weekend, in light of the scheduled July 22, 2021 argument on the defendants' pending Omnibus Motion to Dismiss (Case No. 3:21-md-02981-JD, Dkt. 21), Epic Games, Inc. ("Epic") and plaintiffs in *In re Google Play Developer Antitrust Litigation* ("Developer Plaintiffs") write to inform the Court of their intent to amend their complaints in light of document discovery obtained to date.  Epic informed all other parties in this MDL action (with Epic, the "Parties") of its intent to amend its complaint based on documents uncovered in discovery to date, and tendered a draft of its proposed amended complaint to Google on June 29, 2021.  In light of Epic's amendment, Developer Plaintiffs have also decided to amend their complaint at this time, based on document discovery reviewed to date.  Developer Plaintiffs have not yet prepared a draft of their proposed amended complaint.  Epic and Developer Plaintiffs intend to file their proposed amended complaints—with consent of defendants or pursuant to a motion—**by July 21, 2021**.

Plaintiffs in the *Consumer Antitrust Litigation* ("Consumer Plaintiffs") are prepared to proceed with oral argument on July 22, 2021, on their operative complaint, as they believe their current allegations are sufficient to overcome the pending motion to dismiss.  And while discovery to date has revealed additional facts supporting their claims, Consumer Plaintiffs' preferred course would be for the motion to dismiss to be heard at this juncture and to seek leave to amend then, if appropriate.  If the Court prefers omnibus briefing and a single hearing on a motion to dismiss, however, Consumer Plaintiffs reserve their right to seek leave to amend their complaint in accordance with any guidance by the Court.

The Parties have begun to meet and confer regarding defendants' position with respect to the proposed amendments and the schedule for any necessary briefing or the filing of responsive pleadings.  The Parties will provide the Court with an update in the Joint Case Management Statement due July 15, 2021.

Dated: July 2, 2021

CRAVATH, SWAINE & MOORE LLP
  Christine Varney (*pro hac vice*)
  Katherine B. Forrest (*pro hac vice*)
  Darin P. McAtee (*pro hac vice*)
  Gary A. Bornstein (*pro hac vice*)
  Timothy G. Cameron (*pro hac vice*)
  Yonatan Even (*pro hac vice*)
  Lauren A. Moskowitz (*pro hac vice*)
  Omid H. Nasab *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   /s/  *Yonatan Even*
       Yonatan Even

       *Counsel for Plaintiff Epic Games, Inc.*

Dated: July 2, 2021

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By:   /s/  *Karma M. Giulianelli*
       Karma M. Giulianelli

       *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: July 2, 2021

PRITZKER LEVINE LLP
 Elizabeth C. Pritzker

Respectfully submitted,

By:  /s/ Elizabeth C. Pritzker
 Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: July 2, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
 Steve W. Berman
 Robert F. Lopez
 Benjamin J. Siegel

SPERLING & SLATER PC
 Joseph M. Vanek
 Eamon P. Kelly
 Alberto Rodriguez

Respectfully submitted,

By:  /s/ Steve W. Berman
 Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

| | | |
|---|---|---|
| Dated: July 2, 2021 | | HAUSFELD LLP<br>Bonny E. Sweeney<br>Melinda R. Coolidge<br>Katie R. Beran<br>Scott A. Martin<br>Irving Scher |

Respectfully submitted,

By:   /s/  *Bonny E. Sweeney*
          Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

## E-FILING ATTESTATION

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  Yonatan Even