Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

Hae Sung Nam (admitted *pro hac vice*)
Robert N. Kaplan (admitted *pro hac vice*)
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
hnam@kaplanfox.com
rkaplan@kaplanfox.com
ffox@kaplanfox.com
dhall@kaplanfox.com
aschwartz@kaplanfox.com

*Attorneys for Plaintiff Kondomar Herrera*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |
| This Document Relates To:<br><br>ALL ACTIONS. | |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that after July 9, 2021, Mario M. Choi will no longer be affiliated with the law firm Kaplan Fox & Kilsheimer LLP and therefore hereby withdraws as counsel for Plaintiff Kondomar Herrera in this and related actions. Plaintiff Kondomar Herrera will continue to be represented by other attorneys on the record for Kaplan Fox & Kilsheimer LLP in this action.

DATED: July 9, 2021

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Mario M. Choi*
          Mario M. Choi

Laurence D. King
Mario M. Choi
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam (admitted *pro hac vice*)
Robert N. Kaplan (admitted *pro hac vice*)
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715

*Attorneys for Plaintiff Kondomar Herrera*