1  ROBERT L. DELL ANGELO (SBN 160409)
   robert.dellangelo@mto.com
2  JOHN W. BERRY (SBN 295760)
   john.berry@mto.com
3  JOHN M. GILDERSLEEVE (SBN 284618)
   john.gildersleeve@mto.com
4  MUNGER, TOLLES & OLSON LLP
5  350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
6  Telephone:    (213) 683-9100
7  Facsimile:    (213) 687-3702

8  Attorneys for Defendants
   VIEW, INC. f/k/a CF FINANCE ACQUISITION
9  CORP. II and RAO MULPURI

10
11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| ASIF MEHEDI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**NOTICE OF APPEARANCE OF ROBERT L. DELL ANGELO** |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Robert L. Dell Angelo of Munger, Tolles & Olson LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, California 90071, is admitted to practice in this Court and hereby appears in this case as counsel for Defendant Rao Mulpuri, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this case on his behalf:

ROBERT L. DELL ANGELO (SBN 160409)
robert.dellangelo@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

DATED: January 4, 2022

/s/ Robert L. Dell Angelo
Robert Dell Angelo

Attorneys for Defendants
View, Inc. f/k/a CF Finance Acquisition Corp. II and Rao Mulpuri

- 1 -

Case No. 5:21-cv-06374-BLF

NOTICE OF APPEARANCE