Stephen Geary (SBN 172875)
Assistant Attorney General
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
E-Mail: swgeary@agutah.gov

Attorney for the State of Utah

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah, et. al., v. Google LLC, et. al.,* Case No. 3:21-cv-5227-JSC<br><br>*Epic Games Inc. v. Google LLC et. al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF STEPHEN GEARY ON BEHALF OF STATE OF UTAH**<br><br>Judge James Donato |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Stephen Geary of the Office of the Utah Attorney General (SBN 172875) hereby enters an appearance as counsel for the State of Utah in the above-entitled actions.

**Stephen Geary**
swgeary@agutah.gov
**Office of the Utah Attorney General**
**160 East 300 South, Sixth Floor**
**Salt Lake City, UT 84114**
**Tel: (801) 366-0100**

Dated:  July 20, 2021

By: s/*Stephen Geary*
　　　Stephen Geary

Attorney for State of Utah