Stephen Geary (SBN 172875)
Assistant Attorney General
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
E-Mail: swgeary@agutah.gov

David N. Sonnenreich (USB No. 4917)
dsonnenreich@agutah.gov
Brian Christensen (USB No. 12059)
bchristensen1@agutah.gov
Scott R. Ryther (USB No. 5540)
sryther@agutah.gov
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114
Telephone: (801) 366-0375
(Applications for *Pro Hac Vice* Pending)

Attorneys for Plaintiff State of Utah

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah, et. al., v. Google LLC, et. al.,* Case No. 3:21-cv-5227-JSC<br><br>*Epic Games Inc. v. Google LLC et. al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge James Donato |

Pursuant to N.D. Cal. Civil L.R. 3-12, Plaintiffs the State of Utah and its co-plaintiff States, Commonwealths, and Districts (collectively the "Plaintiff States") respectfully move the Court for consideration of whether the recently filed case, *State of Utah, et. al. v. Google LLC, et.*

*al.,* Case No. 3:21-cv-5227-JSC, should be deemed related to the following cases (collectively the "In Re Play Store Actions"), all of which have been transferred, for pretrial proceedings, into MDL Case No. 2981:

*Epic Games Inc. v. Google LLC et. al.*, Case No. 3:20-cv-05671-JD;

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD; and

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD.

## **RELATIONSHIP OF ACTIONS**

*State of Utah, et. al. v. Google LLC, et. al.,* Case No. 3:21-cv-5227-JSC (the "States' Play Store Case") is an action for, among other things, violations of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2, violations of California's Cartwright Act, Cal. Bus. & Prof. Code § 16700 *et seq.*, and various state antitrust and consumer protection statutes.

Regarding the criteria set forth in N.D. Cal. L.R. 3-12(a), the States' Play Store Case involves common defendants, namely, Google LLC, Google Ireland, Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp.

The States' Play Store Case will also present issues of fact and law that are common to each of the other In Re Play Store Actions, such that duplication of labor and potentially conflicting results may be avoided by assigning the State's Play Store Case to the Honorable James Donato who presides over MDL No. 2981. By way of example only, the States' Play Store Case and each of the In Re Play Store Actions present the following common issues:

- Relevant market definition concerning the market for the distribution of applications (commonly called "apps") on mobile devices, such as cell phones and tablets, that are compatible with the Android mobile operating system;
- Google's alleged monopoly power in the relevant market;
- The effect on competition by Google's alleged anti-competitive practices, including Google's alleged imposition of anti-competitive contractual terms on mobile device manufacturers, mobile network operators, and app developers; and

- Google's alleged tying of its in-app payment processing service, Google Play Billing, to the use of Google's app distribution platform, the Google Play Store.

Moreover, the Plaintiff States have given careful consideration to whether this Court is the proper venue in which to bring the States' Play Store Case. Based on a review of the In Re Play Store Actions, as well as the Transfer Order in MDL No. 2981 dated February 5, 2021 (Dkt. 1), it is a near certainty that the State's Play Store Case, had it been filed in any district other than this District, would have been transferred into MDL No. 2981.

## STATEMENT REGARDING STIPULATION

In keeping with N.D. Cal. L.R. 7-11, the Plaintiff States have conferred with counsel for Google LLC (and its affiliates that are defendants), and all parties stipulate that this Motion should be granted. The parties' Stipulation and a Proposed Order have been submitted concurrently with this Motion.

## CONCLUSION

The Court should designate the States' Play Store Case as related to the In Re Play Store Cases in MDL No. 2981.

Dated: July 20, 2021

           David N. Sonnenreich (*pro hac vice* pending)
           Stephen Geary (SBN 172875)

           By:   s/*Stephen Geary*

           *Counsel for the State of Utah and Co-Plaintiff States*