Stephen Geary (SBN 172875)
Assistant Attorney General
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
E-Mail: swgeary@agutah.gov

David N. Sonnenreich (USB No. 4917)
dsonnenreich@agutah.gov
Brian Christensen (USB No. 12059)
bchristensen1@agutah.gov
Scott R. Ryther (USB No. 5540)
sryther@agutah.gov
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114
Telephone: (801) 366-0375
(Applications for *Pro Hac Vice* Pending)

Attorneys for Plaintiff State of Utah

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah, et. al., v. Google LLC, et. al.,* Case No. 3:21-cv-5227-JSC<br><br>*Epic Games Inc. v. Google LLC et. al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION FOR ENTRY OF ORDER DETERMINING CASES TO BE RELATED**<br><br>Judge James Donato |

Whereas, Plaintiffs the State of Utah and its co-plaintiff States, Commonwealths, and Districts (collectively the "Plaintiff States"), Defendants Google LLC and its affiliated co-

defendants, the Plaintiffs in *Epic Games Inc. v. Google LLC et. al.,* Case No. 3:20-cv-05671-JD, the plaintiffs in *In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD, and the plaintiffs in *In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD (collectively the "Stipulating MDL Parties"), hereby stipulate to and jointly request that the Court enter an Order, granting the relief requested by the Plaintiff States in their "Administrative Motion To Consider Whether Cases Should Be Related," dated July 19, 2021.

Whereas, Google disputes the Plaintiff States' allegations in *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-5227, and reserves all defenses, but agrees that the case meets the standard for relation under Civ. L.R. 3-12.

Therefore, the Stipulating MDL Parties agree to and request that the Court order as follows:

1. That the Plaintiff States' recently filed case, *State of Utah, et. al. v. Google LLC, et. al.,* Case No. 3:21-cv-5227, is related to each of the cases currently pending in this Court and consolidated for pretrial purposes into *In Re Google Play Store Antitrust Litigation,* 3:21-md-2981; and

2. *State of Utah, et. al. v. Google LLC, et. al.,* Case No. 3:21-cv-5227, in order to avoid duplication of labor and expense and the potential for conflicting results, should be transferred to the Honorable Judge James Donato, who presides over the cases in *In Re Google Play Store Antitrust Litigation,* 3:21-md- 2981, listed below, for purposes consistent with the Transfer Order in MDL No. 2981 dated February 5, 2021 (Dkt. 1):

*Epic Games Inc. v. Google LLC et. al.*, Case No. 3:20-cv-05671-JD;

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD; and

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD.

APPROVED:

Dated: July 20, 2021                 UTAH OFFICE OF THE ATTORNEY GENERAL

                                     David N. Sonnenreich (*pro hac vice* pending)
                                     Stephen Geary (SBN 172875)

                                     Respectfully submitted,

                                     By:   s/*Stephen Geary*

                                           *Counsel for the State of Utah and Co-Plaintiff States*

Dated: July 20, 2021                 CRAVATH, SWAINE & MOORE LLP
                                           Christine Varney
                                           Katherine B. Forrest
                                           Gary A. Bornstein
                                           Yonatan Even
                                           Lauren A. Moskowitz
                                           M. Brent Byars

                                     FAEGRE DRINKER BIDDLE & REATH LLP
                                           Paul J. Riehle (SBN 115199)

                                     Respectfully submitted,

                                     By:   s/*Yonatan Even*

                                           *Counsel for Plaintiff Epic Games, Inc.*

Dated: July 20, 2021                 BARTLIT BECK LLP
                                           Karma M. Giulianelli
                                           Glen E. Summers
                                           Jameson R. Jones

                                     KAPLAN FOX & KILSHEIMER LLP
                                           Hae Sung Nam

                                     Respectfully submitted,

                                     By:   s/*Karma M. Giulianelli*

                                           *Co-Lead Counsel for the Proposed Class in In Re Google Play Consumer Antitrust Litigation*

3.                      Stipulation For Order Determining
                                        Cases To Be Related
                                        3:21-md-2981

| | |
|---|---|
| Dated: July 20, 2021 | MILBERG PHILLIPS GROSSMAN LLP<br>   Peggy J. Wedgworth<br>   Robert A. Wallner<br>   Elizabeth McKenna<br>   Blake Yagman<br>   Michael Acciavatti |

Respectfully submitted,

By:   s/*Peggy J. Wedgworth*

*Co-Lead Counsel for the Proposed Class in In Re Google Play Consumer Antitrust Litigation*

| | |
|---|---|
| Dated: July 20, 2021 | PRITZER LEVIN LLP<br>   Elizabeth C. Pritzker<br>   Jonathan K. Levine<br>   Bethany Caracuzzo<br>   Caroline C. Corbitt |

                          LOCKRIDGE GRINDAL NAUEN PLLP
                             Heidi M. Silton
                             Justin R. Erickson

Respectfully submitted,

By:   s/*Elizabeth C. Pritzker*

*Liaison Counsel for the Proposed Class in In Re Google Play Consumer Antitrust Litigation*

| | |
|---|---|
| Dated: July 20, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>   Steve W. Berman<br>   Robert F. Lopez<br>   Benjamin J. Siegel |

                             SPERLING & SLATER PC
                             Joseph M. Vanek
                             Eamon P. Kelly

Respectfully submitted,

By:   s/*Steve W. Berman*

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

| | | |
|---|---|---|
| Dated: July 20, 2021 | | HAUSFELD LLP |
| | | Bonny E. Sweeney |
| | | Melinda R. Coolidge |
| | | Katie R. Beran |
| | | Samantha J. Stein |
| | | Scott A. Martin |
| | | Irving Scher |

Respectfully submitted,

By: s/*Bonny E. Sweeney*

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

DATED: July 20, 2021       MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna L. Naranjo
Rishi P. Satia

Respectfully submitted,

By: s/ *Brian C. Rocca*

*Counsel for Defendants Google LLC et al.*

DATED: July 20, 2021       O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
E. Clay Marquez
Stephen J. McIntyre

Respectfully submitted,

By: s/ *Daniel M. Petrocelli*

*Counsel for Defendants Google LLC et al.*