| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Bonny E. Sweeney (SBN 176174) |
| Robert F. Lopez (*pro hac vice*) | Kyle Geoffrey Bates (SBN 299114) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAUSFELD LLP |
| 1301 Second Avenue, Suite 2000 | 600 Montgomery Street, Suite 3200 |
| Seattle, WA 98101 | San Francisco, CA 94104 |
| Telephone: (206) 623-7292 | Telephone: (415) 633-1908 |
| Facsimile: (206) 623-0594 | Facsimile: (415) 358-4980 |
| steve@hbsslaw.com | bsweeney@hausfeld.com |
| robl@hbsslaw.com | kbates@hausfeld.com |
| | |
| Benjamin J. Siegel (SBN 256260) | Eamon P. Kelly (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Joseph M. Vanek (*pro hac vice*) |
| 715 Hearst Avenue, Suite 202 | Alberto Rodriguez (*pro hac vice*) |
| Berkeley, CA 94710 | SPERLING & SLATER, P.C. |
| Telephone: (510) 725-3000 | 55 W. Monroe Street, 32nd Floor |
| Facsimile: (510) 725-3001 | Chicago, IL 60603 |
| bens@hbsslaw.com | Telephone: (312) 676-5845 |
| | Facsimile: (312) 641-6492 |
| | jvanek@sperling-law.com |
| | ekelly@sperling-law.com |
| | arodriguez@sperling-law.com |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>DEVELOPER PLAINTIFFS' ADMINISTRIAVE MOTION TO PARTIALLY FILE UNDER SEAL FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT<br><br>Hon. James Donato |
| *Related Actions:*<br>*Epic Games, Inc. v. Google LLC,*<br>No. 3:20-cv-5671-JD<br>*In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-5761-JD | |

010803-11 1575638v1

1    Developer Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and
2    79-5, to partially file under seal the First Amended Consolidated Class Action Complaint for
3    Violation of the Sherman and Clayton Acts (15 U.S.C. §§ 1, 2, 3, 15, 26), Cartwright Act (Cal. Bus.
4    & Prof. Code §§ 16700 et seq.) and Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 et
5    seq.) ("Amended Complaint").
6    Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party
7    "establishes that the documents, or portions thereof, are privileged, protectable as a trade secret or
8    otherwise entitled to protection under the law." Civ. L.R. 79-5(b). Under this standard, a party
9    seeking to seal a document generally must overcome the "strong presumption in favor of access" that
10   applies to court documents other than those that are traditionally kept secret. *Kamakana v. City &*
11   *Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citations omitted). However, the "public has
12   less of a need for access to court records attached only to non-dispositive motions because those
13   documents are often 'unrelated, or only tangentially related to the underlying cause of action.'" *Id.* at
14   1179 (citations omitted). Instead, a "'good cause' showing under Rule 26(c) [of the Federal Rules of
15   Civil Procedure] will suffice to keep sealed records attached to non-dispositive motions." *Id.* at 1180;
16   *In re NCAA Student-Athlete Name & Likeness Licensing Litig.*, 2013 WL 3014144, at *1 (N.D. Cal.
17   Jun. 17, 2013). A party seeking to seal such material must make a "particularized showing of good
18   cause with respect to any individual document." *San Jose Mercury News, Inc. v. U.S. Dist. Court, N.*
19   *Dist. (San Jose)*, 187 F.3d 1096, 1103 (9th Cir. 1999). Sealing requests must also be "narrowly
20   tailor[ed]." Civ. L.R. 79-5(b).
21   Subsection (e) of Local Rule 79-5 sets forth procedures that apply when a party seeks to file
22   information designated as confidential by an opposing party. This Administrative Motion is based on
23   Defendants' Google LLC, *et al*. ("Google") designation of information referenced in the Amended
24   Complaint identified above as "Confidential" or "Highly Confidential – Attorneys' Eyes Only"
25   under the Stipulated Protective Order ("Protective Order") in place in this action.[1]
26   Developer Plaintiffs do not at this time take any position on whether the relevant Google

---

[1] Stipulated Protective Order, December 10, 2020, ECF Nos. 76-1, 78 in Case No. 3:20-cv-05792-JD.

DEVELOPER PLS.' ADMIN MOT. TO FILE UNDER SEAL - 1 -
Case No.: 3:20-cv-05792-JD
010803-11 1575638v1

information meets the standard for sealing. Pursuant to subsection (e)(1) of Local Rule 79-5, Google has four days to file a declaration identifying the designated material they contend is "sealable" (as defined in Local Rule 79-5(b)).

DATED: July 21, 2021

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By     /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

By     /s/ Eamon P. Kelly
Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*s/ Bonny E. Sweeney*
Bonny E. Sweeney (SBN 176174)
Kyle Geoffrey Bates (SBN 299114)

| | |
|---|---|
| 1 | **HAUSFELD LLP** |
| 2 | 600 Montgomery Street, Suite 3200 |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 633-1908 (main) |
| | Telephone: (415) 633-1953 (direct) |
| 4 | Facsimile: (415) 358-4980 |
| | bsweeney@hausfeld.com |
| 5 | kbates@hausfeld.com |

Melinda R. Coolidge (*pro hac vice*)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200 (main)
Telephone: (202) 540-7144 (direct)
Facsimile: (202) 540-7201
mcoolidge@hausfeld.com

Katie R. Beran (*pro hac vice*)
Yelena W. Dewald (*pro hac vice*)
Daniel Kees (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270 (main)
Telephone: (267) 702-3215 (direct)
Facsimile: (215) 985-3271
kberan@hausfeld.com
ydewald@hausfeld.com
dkees@hausfeld.com

Scott A. Martin (*pro hac vice*)
Irving Scher (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100 (main)
Telephone: (646) 357-1195 (direct)
Facsimile: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Raymond Witt (*pro hac vice*)
**THE LEWIS FIRM PLLC**
1300 I Street NW, Suite 400E
Washington, DC 20005
Tel.: (202) 355-8895
Fax: (888) 430-6695

|   |   |
|---|---|
| 1 | rwitt@lewis-firm.com |
| 2 | *Interim Co-Lead Class Counsel* |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

DEVELOPER PLS.' ADMIN MOT. TO FILE UNDER SEAL  - 4 -
Case No.: 3:20-cv-05792-JD
010803-11 1575638v1