| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Bonny E. Sweeney (SBN 176174) |
| Robert F. Lopez (*pro hac vice*) | Kyle Geoffrey Bates (SBN 299114) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAUSFELD LLP |
| 1301 Second Avenue, Suite 2000 | 600 Montgomery Street, Suite 3200 |
| Seattle, WA 98101 | San Francisco, CA 94104 |
| Telephone: (206) 623-7292 | Telephone: (415) 633-1908 |
| Facsimile: (206) 623-0594 | Facsimile: (415) 358-4980 |
| steve@hbsslaw.com | bsweeney@hausfeld.com |
| robl@hbsslaw.com | kbates@hausfeld.com |
| | |
| Benjamin J. Siegel (SBN 256260) | Eamon P. Kelly (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Joseph M. Vanek (*pro hac vice*) |
| 715 Hearst Avenue, Suite 202 | Alberto Rodriguez (*pro hac vice*) |
| Berkeley, CA 94710 | SPERLING & SLATER, P.C. |
| Telephone: (510) 725-3000 | 55 W. Monroe Street, 32nd Floor |
| Facsimile: (510) 725-3001 | Chicago, IL 60603 |
| bens@hbsslaw.com | Telephone: (312) 676-5845 |
| | Facsimile: (312) 641-6492 |
| | jvanek@sperling-law.com |
| | ekelly@sperling-law.com |
| | arodriguez@sperling-law.com |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
| | DECLARATION OF STEVE W. BERMAN IN SUPPORT OF DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO PARTIALLY FILE UNDER SEAL FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |
| | Hon. James Donato |
| *Related Actions:* *Epic Games, Inc. v. Google LLC,* No. 3:20-cv-5671-JD *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-5761-JD | |

010803-11 1575639v1

I, Steve W. Berman, declare:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for Developer Plaintiffs and Interim Co-Lead Class Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5(d)-(e) and in connection with Developer Plaintiffs' Administrative Motion to Partially File Under Seal the First Amended Consolidated Class Action Complaint for Violation of the Sherman and Clayton Acts (15 U.S.C. §§ 1, 2, 3, 15, 26), Cartwright Act (Cal. Bus. & Prof. Code §§ 16700 et seq.) and Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 et seq.).

3. The foregoing document incorporates discovery material designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Defendants Google LLC, *et al*. pursuant to the protective order in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of July 2021, at Seattle, Washington.

*s/ Steve W. Berman*
STEVE W. BERMAN

BERMAN DECL. ISO DEVELOPER PLS.' ADMIN MOT. TO FILE UNDER SEAL      - 1 -
Case No.: 3:20-cv-05792-JD
010803-11 1575639v1