| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Bonny E. Sweeney (SBN 176174) |
| Robert F. Lopez (*pro hac vice*) | Kyle Geoffrey Bates (SBN 299114) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAUSFELD LLP |
| 1301 Second Avenue, Suite 2000 | 600 Montgomery Street, Suite 3200 |
| Seattle, WA 98101 | San Francisco, CA 94104 |
| Telephone: (206) 623-7292 | Telephone: (415) 633-1908 |
| Facsimile: (206) 623-0594 | Facsimile: (415) 358-4980 |
| steve@hbsslaw.com | bsweeney@hausfeld.com |
| robl@hbsslaw.com | kbates@hausfeld.com |
| | |
| Benjamin J. Siegel (SBN 256260) | Eamon P. Kelly (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Joseph M. Vanek (*pro hac vice*) |
| 715 Hearst Avenue, Suite 202 | Alberto Rodriguez (*pro hac vice*) |
| Berkeley, CA 94710 | SPERLING & SLATER, P.C. |
| Telephone: (510) 725-3000 | 55 W. Monroe Street, 32nd Floor |
| Facsimile: (510) 725-3001 | Chicago, IL 60603 |
| bens@hbsslaw.com | Telephone: (312) 676-5845 |
| | Facsimile: (312) 641-6492 |
| | jvanek@sperling-law.com |
| | ekelly@sperling-law.com |
| | arodriguez@sperling-law.com |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
| | DEVELOPER PLAINTIFFS' CERTIFICATE OF SERVICE |
| *Related Actions:* <br> *Epic Games, Inc. v. Google LLC,* No. 3:20-cv-5671-JD <br> *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-5761-JD | |

010803-11 1575640v1

1     I, the undersigned, declare:

2     I am a resident of the United States who is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action. My business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

    On July 21, 2021, I served via electronic mail the following document to the parties enumerated in the attached Service List: [Sealed] First Amended Consolidated Class Action Complaint for Violation of the Sherman and Clayton Acts (15 U.S.C. §§ 1, 2, 3, 15, 26), Cartwright Act (Cal. Bus. & Prof. Code §§ 16700 et seq.) and Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 et seq.).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 21st day of July 2021 at Berkeley, California.

                                          *s/ Brian R. Miller*
                                          BRIAN R. MILLER

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**
Master File No. 3:21-md-02981-JD (N.D. Cal.)
ELECTRONIC SERVICE/DISTRIBUTION LIST

| | |
|---|---|
| Counsel for Defendants Google LLC et al. | brian.rocca@morganlewis.com<br>geoffrey.holtz@morganlewis.com<br>michelle.chiu@morganlewis.com<br>minna.naranjo@morganlewis.com<br>rishi.satia@morganlewis.com<br>sujal.shah@morganlewis.com<br>bbradshaw@omm.com<br>dpetrocelli@omm.com<br>emarquez@omm.com<br>isimmons@omm.com<br>smcintyre@omm.com |
| Counsel for Plaintiff Epic Games, Inc., *Epic Games, Inc. v. Google LLC, et al.* | yeven@cravath.com<br>ezepp@cravath.com<br>jclarke@cravath.com<br>cvarney@cravath.com<br>kforrest@cravath.com<br>gbornstein@cravath.com<br>lmoskowitz@cravath.com<br>mbyars@cravath.com<br>paul.riehle@faegredrinker.com<br>epic-mobileapps@cravath.com |
| Counsel for Plaintiffs and the Proposed Class, *Carr v. Google LLC, et al.* | stillery@koreintillery.com<br>jboyer@koreintillery.com<br>gzelcs@koreintillery.com<br>karma.giulianelli@bartlitbeck.com<br>jameson.jones@bartlitbeck.com<br>glen.summers@bartlitbeck.com<br>appconsumersdiscovery@koreintillery.com<br>googleappconsumercounsel@bartlitbeck.com |
| Counsel for Plaintiffs and the Proposed Class, *Pure Sweat Basketball, Inc. v. Google LLC, et al.* | steve@hbsslaw.com<br>robl@hbsslaw.com<br>bens@hbsslaw.com<br>tedw@hbsslaw.com<br>brianm@hbsslaw.com<br>ekelly@sperling-law.com<br>jvanek@sperling-law.com<br>arodriguez@sperling-law.com |
| Counsel for Plaintiffs and the Proposed Class, *Peekya App Services, Inc. v. Google LLC, et al.* | kberan@hausfeld.com<br>mcoolidge@hausfeld.com<br>bsweeney@hausfeld.com<br>sstein@hausfeld.com<br>kbates@hausfeld.com<br>ydewald@hausfeld.com<br>developersvgoogle@hausfeld.com |

| | |
|---|---|
| Counsel for Plaintiffs and the Proposed Class, *McNamara v. Google LLC et al.* | hnam@kaplanfox.com<br>mchoi@kaplanfox.com<br>lking@kaplanfox.com<br>nrahman@cpmlegal.com<br>nnishimura@cpmlegal.com<br>azapala@cpmlegal.com<br>mmolumphy@cpmlegal.com |
| *Counsel for Plaintiffs and the Proposed Class,*<br>*Carroll. v. Google LLC et al.* | jkl@pritzkerlevine.com<br>ecp@pritzkerlevine.com |
| Counsel for Plaintiffs and the Proposed Class, *Bentley. v. Google LLC et al.* | pwedgworth@milberg.com |