Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Timothy G. Cameron (*pro hac vice*)
tcameron@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC et al.,<br><br>  Defendants. | Case No. 3:20-CV-05671-JD<br><br>**DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS FIRST AMENDED COMPLAINT** |

I, M. Brent Byars, declare as follows:

1. I am a Senior Attorney at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

3. On July 20, 2021, counsel for Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google") requested that Epic file a motion to seal any portions of its First Amended Complaint for Injunctive Relief ("Epic's First Amended Complaint") that are sourced from documents that Google has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL" pursuant to the Protective Order entered by the Court, ECF No. 143. Epic is serving its Administrative Motion to Seal Portions of its First Amended Complaint and this Declaration on Google pursuant to Civil Local Rule 79-5(e). The following Table shows the portions of Epic's First Amended Complaint that contain information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL" by Google.

| Portion Containing Designated Information | Designating Party |
|---|---|
| ¶ 6 | Google |
| ¶ 18 | Google |
| ¶ 22 | Google |
| ¶ 33 | Google |
| ¶ 62 | Google |
| ¶ 76 | Google |
| ¶ 87 | Google |

| | |
|---|---|
| ¶ 88 | Google |
| ¶ 94 | Google |
| ¶ 96 | Google |
| ¶ 97 | Google |
| ¶ 98 | Google |
| ¶ 99 | Google |
| ¶ 100 | Google |
| ¶ 101 | Google |
| ¶ 102 | Google |
| ¶ 103 | Google |
| ¶ 104 | Google |
| ¶ 105 | Google |
| ¶ 106 | Google |
| ¶ 107 | Google |
| ¶ 108 | Google |
| ¶ 109 | Google |
| ¶ 110 | Google |
| ¶ 111 | Google |
| ¶ 112 | Google |
| ¶ 113 | Google |
| ¶ 114 | Google |
| ¶ 115 | Google |
| ¶ 117 | Google |
| ¶ 118 | Google |
| ¶ 119 | Google |
| ¶ 120 | Google |
| ¶ 121 | Google |

DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS FIRST AMENDED COMPLAINT
Case No.: 3:20-CV-05671-JD

2

| | |
|---|---|
| ¶ 128 | Google |
| ¶ 131 | Google |
| ¶ 137 | Google |
| ¶ 175 | Google |
| ¶ 182 | Google |
| ¶ 227 | Google |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on July 21, 2021 in Town of Brookhaven, New York.

*/s/ M. Brent Byars*
M. Brent Byars