1  Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
   1801 Wewetta St., Suite 1200
3  Denver, Colorado 80202
   Telephone: (303) 592-3100
4
5  Hae Sung Nam (*pro hac vice*)
   hnam@kaplanfox.com
6  **KAPLAN FOX & KILSHEIMER LLP**
   850 Third Avenue
7  New York, NY 10022
   Tel.: (212) 687-1980
8
9  *Co-Lead Counsel for the Proposed Class in In re*
   *Google Play Consumer Antitrust Litigation*
10 Steve W. Berman (*pro hac vice*)
   steve@hbsslaw.com
11 **HAGENS BERMAN SOBOL SHAPIRO LLP**
   1301 Second Ave., Suite 2000
12 Seattle, WA 98101
   Telephone: (206) 623-7292
13
14 Eamon P. Kelly (*pro hac vice*)
   ekelly@sperling-law.com
15 SPERLING & SLATER P.C.
   55 W. Monroe, Suite 3200
16 Chicago, IL 60603
   Telephone: 312-641-3200
17
18 *Co-Lead Counsel for the Proposed Class in In re*
   *Google Play Developer Antitrust Litigation and*
   *Attorneys for Pure Sweat Basketball, Inc.*
19
20 Bonny E. Sweeney (SBN 176174)
   bsweeney@hausfeld.com
21 **HAUSFELD LLP**
   600 Montgomery Street, Suite 3200
22 San Francisco, CA 94104
   Telephone: (415) 633-1908
23
24 *Co-Lead Counsel for the Proposed Class in In re*
   *Google Play Developer Antitrust Litigation and*
   *Attorneys for Peekya App Services, Inc.*
25
26 [Additional counsel appear on signature page]
27
28

   Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
   **FAEGRE DRINKER BIDDLE & REATH**
   **LLP**
   Four Embarcadero Center, 27th Floor
   San Francisco, CA 94111
   Telephone: (415) 591-7500

   Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
   **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
   New York, New York 10019
   Telephone: (212) 474-1000

   *Counsel for Plaintiff Epic Games, Inc. in Epic*
   *Games, Inc. v. Google LLC et al.*

   David N. Sonnenreich (*pro hac vice*)
   dsonnenreich@agutah.gov
   **OFFICE OF THE UTAH ATTORNEY**
   **GENERAL**
   160 E 300 S, 5th Floor
   PO Box 140872
   Salt Lake City, UT 84114-0872
   Telephone:  801-366-0260

   *Counsel for Utah*

   Brian C. Rocca (SBN 221576)
   brian.rocca@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
   San Francisco, CA 94105-1596
   Telephone: (415) 442-1000

   Daniel M. Petrocelli, Bar No. 97802
   dpetrocelli@omm.com
   **O'MELVENY & MYERS LLP**
   1999 Avenue of the Stars, 7th Fl.
   Los Angeles, CA 90067-6035
   Telephone:  (310) 553-6700

   *Counsel for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STATEMENT RE: CASE SCHEDULE AND JOINT REQUEST FOR EXTENSION OF TIME**<br><br>Judge:  Hon. James Donato |

1

JOINT STATEMENT RE: CASE SCHEDULE AND JOINT REQUEST FOR EXTENSION OF TIME
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

Pursuant to this Court's Order dated July 22, 2021 (*In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") ECF No. 67), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement in order to update the Court on their ongoing discussions regarding the Parties' proposed case schedule, and respectfully to seek a 14-day extension of time to complete those discussions and to submit a further Joint Statement on scheduling issues.  A Proposed Order Granting Extension of Time is included with this submission.  The Parties also address below the timing of Google's forthcoming coordinated motions to dismiss, and also a regular monthly status conference in these cases, as the Court requested.

## I.    JOINT STATEMENT ON PROPOSED SCHEDULE

The Parties have exchanged proposals and met and conferred regarding a revised proposed schedule for these cases, but have so far been unable to reach agreement regarding a pre-trial schedule and proposed trial plan.  While the Parties are currently not far apart on the proposed date for a trial, there are differences between the interim dates proposed by each side, which the Parties would like additional time to discuss further.  In addition, the State of Utah and its co-plaintiff States, Commonwealths, and Districts (collectively the "States") have had only limited opportunities to discuss the issues in the case with the other Parties, in part because modifications to the existing Protective Order to address state law issues (*e.g.*, freedom of information laws) need to be negotiated by the Parties and approved by the Court before confidential documents can be produced to the States.  The States believe that an extension of time for the Parties' submission of scheduling proposal(s) will allow them sufficient time to submit a proposed modification to the Protective Order to the Court and better evaluate the States' ability to meet the scheduling deadlines the Parties ultimately propose.  For these reasons, the Parties respectfully request a two-week extension, to August 27, 2021, to submit a Joint Statement with a complete proposed revised schedule.  The Parties understand that the Court intends to have a firm case schedule in place by September 2021, and are working diligently to submit a proposal that will be acceptable to the Court.

The Parties have reached agreement, however, with respect to a schedule for coordinated briefing on Google's motions to dismiss all actions in the MDL.  The States have advised Google that they intend to amend their complaint.[1]  Thus, the Parties propose the following briefing schedule:

| Proposed Motion to Dismiss Schedule | |
| --- | --- |
| **Event** | **Date** |
| Motion to Dismiss | September 8, 2021 |
| Opposition | October 15, 2021 |
| Reply | November 2, 2021 |
| Hearing | As soon as possible after November 5, 2021 |

In advance of the submission of any briefing, the Parties will submit a proposal relating to page limits.

## II.    JOINT STATEMENT ON CASE MANAGEMENT CONFERENCES

At the Status Conference held on July 23, 2021, the Court asked the Parties to designate a regular Thursday for monthly status conferences.  The Parties are available for a standing status conference on the third Thursday of each month, starting in October.  The Parties request that the next status conference be scheduled on the fourth Thursday (September 23, 2021), in order to accommodate the Jewish holiday on September 16, 2021.

---

[1] The States have agreed to share with Google a copy of the proposed amendment by August 27.

Respectfully submitted,

Dated:  August 13, 2021

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Katherine B. Forrest *(pro hac vice)*
  Darin P. McAtee *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Omid H. Nasab *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Lauren A. Moskowitz*
        Lauren A. Moskowitz

        *Counsel for Plaintiff Epic Games, Inc.*

Dated:  August 13, 2021

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

        Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
        Karma M. Giulianelli

        *Co-Lead Counsel for the Proposed Class in
        In re Google Play Consumer Antitrust
        Litigation*

Dated:  August 13, 2021                    PRITZKER LEVINE LLP
                                            Elizabeth C. Pritzker

                                            Respectfully submitted,

                                            By:   */s/ Elizabeth C. Pritzker*
                                            _____
                                                  Elizabeth C. Pritzker

                                            *Liaison Counsel for the Proposed Class in*
                                            *In re Google Play Consumer Antitrust*
                                            *Litigation*

Dated:  August 13, 2021                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                            Steve W. Berman
                                            Robert F. Lopez
                                            Benjamin J. Siegel

                                            SPERLING & SLATER PC
                                            Joseph M. Vanek
                                            Eamon P. Kelly
                                            Alberto Rodriguez

                                            Respectfully submitted,

                                            By:   */s/ Steve W. Berman*
                                            _____
                                                  Steve W. Berman

                                            *Co-Lead Interim Class Counsel for the*
                                            *Developer Class and Attorneys for Plaintiff*
                                            *Pure Sweat Basketball*

Dated:  August 13, 2021                HAUSFELD LLP
                                       Bonny E. Sweeney
                                       Melinda R. Coolidge
                                       Katie R. Beran
                                       Scott A. Martin
                                       Irving Scher


                                       Respectfully submitted,

                                       By:   */s/ Bonny E. Sweeney*
                                             Bonny E. Sweeney

                                       *Co-Lead Interim Class Counsel for the*
                                       *Developer Class and Attorneys for Plaintiff*
                                       *Peekya App Services, Inc.*

Dated:  August 13, 2021                OFFICE OF THE UTAH ATTORNEY
                                       GENERAL
                                       David N. Sonnenreich


                                       Respectfully submitted,

                                       By:   */s/ David N. Sonnenreich*
                                             David N. Sonnenreich

                                       *Counsel for Utah*

Dated:  August 13, 2021                MORGAN, LEWIS & BOCKIUS LLP
                                       Brian C. Rocca
                                       Sujal J. Shah
                                       Michelle Park Chiu
                                       Minna L. Naranjo
                                       Rishi P. Satia


                                       Respectfully submitted,

                                       By:   */s/ Brian C. Rocca*
                                             Brian C. Rocca

                                       *Counsel for Defendants Google LLC et al.*

1

Dated:  August 13, 2021                         O'MELVENY & MYERS LLP
                                                Daniel M. Petrocelli
2                                               Ian Simmons
                                                Benjamin G. Bradshaw
3                                               E. Clay Marquez
                                                Stephen J. McIntyre
4

5                                               Respectfully submitted,

6
                                                By:    /s/ Daniel M. Petrocelli
7                                                      Daniel M. Petrocelli

8                                               *Counsel for Defendants Google LLC et al.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## E-FILING ATTESTATION

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian C. Rocca*

Brian C. Rocca

JOINT STATEMENT RE: CASE SCHEDULE AND JOINT REQUEST FOR EXTENSION OF TIME
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD