**ROCHE FREEDMAN LLP**
Ivy T. Ngo (249860)
Constantine P. Economides (*pro hac vice* forthcoming)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
1 SE 3rd Avenue
Suite 1240
Miami, Florida 33131
T: (305) 971-5943
ingo@rochefreedman.com
ceconomides@rochefreedman.com
vel@rochefreedman.com

*Counsel for Movant Sweta Sonthalia*

**LABATON SUCHAROW LLP**
David J. Schwartz (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
T: (212) 907-0870
F: (212) 883-7070
dschwartz@labaton.com

*Additional Counsel for Movant Sweta Sonthalia*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | No. 5:21-cv-06374-BLF<br><br>**DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION OF SWETA SONTHALIA FOR STAY OF PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS** |

I, Ivy T. Ngo, hereby declare as follows:

1. I am Counsel with Roche Freedman LLP ("Roche Freedman"), counsel on behalf of Lead Plaintiff Movant Sweta Sonthalia, and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Ms. Sonthalia's motion to stay proceedings pending disposition of her petition for writ of mandamus pending in the United States Court of Appeals for the Ninth Circuit.

3. Attached hereto as Exhibit A is a true and correct copy of the March 14, 2022 Petition for Writ of Mandamus filed in *Sonthalia v. USDC-CASJ*, Case No. 22-70044 (9th Cir. Mar. 14, 2022).

4. Attached hereto as Exhibit B is a true and correct copy of the March 2, 2021 order issued by the United States District Court for the District of Arizona in, *Borteanu v. Nikola Corp. et al.,* granting a motion to stay proceedings pending the resolution of a writ of mandamus challenging a lead plaintiff order. Case No. 2:20-cv-01797-SPL (D. Ariz. Mar. 2, 2021), ECF No. 68.

5. Attached hereto as Exhibit C is a true and correct copy of the April 15, 2019 order issued in this District in, *In re Tesla, Inc. Sec. Litig.,* granting a motion to stay proceedings pending the resolution of a writ of mandamus challenging a lead plaintiff order. Case No. 18-cv-04865-EMC (N.D. Cal. Apr. 15, 2019), ECF No. 211.

6. Attached hereto as Exhibit D is a true and correct copy of the docket history of *Mersho v. USDC-AZP*, No. 20-cv-73819 (9th Cir. 2021).

7. Attached hereto as Exhibit E is a true and correct copy of the docket history of *Bridgestone Inv. Corp. v. USDC-CASF*, No. 19-cv-70031 (9th Cir. 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of March 2022 at Lakewood, Colorado.

                                              */s/ Ivy T. Ngo*
                                              Ivy T. Ngo

## CERTIFICATE OF SERVICE

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 17th day of March 2022.

*/s/ Ivy T. Ngo*
Ivy T. Ngo