# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 18-cv-04865-EMC<br><br>**ORDER GRANTING BRIDGESTONE'S MOTION TO STAY PROCEEDINGS**<br><br>Docket No. 201 |

Previously, the Court granted Defendants' motion for relief from the case schedule (in particular, the motion to dismiss) pending the mandamus proceedings before the Ninth Circuit. *See* Docket No. 203 (order). At the time the Court granted Defendants' motion, Bridgestone (the party who filed the petition for a writ of mandamus with the Ninth Circuit) also had a motion to stay proceedings on file. Upon inquiry from the Court, Bridgestone declined to withdraw its motion to stay, noting that its request for relief was broader than Defendants'. *See also* Reply at 1. Subsequently, the relevant parties filed responses to Bridgestone's motion to stay. No party substantively opposed the motion. *See, e.g.*, Docket No. 207 (response by Defendants) ("For the reasons detailed in defendants' administrative motion . . . , which the Court granted . . . , defendants agree with Bridgestone that it is appropriate to stay this matter pending proceedings in the Ninth Circuit on the issue of lead plaintiff."); Docket No. 208 (response by Mr. Littleton) ("Bridgestone['s] . . . Motion to Stay Proceedings, which sought the identical relief, is moot.").

///
///
///
///

1    Based on the Ninth Circuit proceedings and the lack of any substantive opposition, the
2    Court hereby **GRANTS** the motion to stay.  The hearing on the motion is **VACATED**.
3    This order disposes of Docket No. 201.

5    **IT IS SO ORDERED**.

7    Dated: April 15, 2019

_____
EDWARD M. CHEN
United States District Judge