# EXHIBIT E

# General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 19-70031<br>Bridgestone Investment Corp. v. USDC-CASF<br>**Appeal From:** U.S. District Court for Northern California, San Francisco<br>**Fee Status:** Paid | **Docketed:** 01/04/2019<br>**Termed:** 10/08/2019 |

**Case Type Information:**
　　1) original proceeding
　　2) paid mandamus/prohibition
　　3) null

**Originating Court Information:**
　　**District:** 0971-3 : 3:18-cv-04865-EMC
　　**Trial Judge:** Edward M. Chen, District Judge
　　**Date Rec'd COA:**
　　01/04/2019

**Prior Cases:**
　　None

**Current Cases:**
　　None

---

In re: BRIDGESTONE INVESTMENT CORPORATION LIMITED

------------------------------

BRIDGESTONE INVESTMENT CORPORATION LIMITED　　　　Ramzi Abadou, Esquire, Attorney
　　　　Petitioner,　　　　　　　　　　　　　　　　　　　Direct: 504-455-1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ramzi.abadou@ksfcounsel.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 504-455-1498
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[COR LD NTC Retained]
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kahn Swick & Foti, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Firm: 504-455-1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1100 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70163

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lewis S. Kahn, Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Direct: 504-455-1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: lewis.kahn@ksfcounsel.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 504-455-1498
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[COR NTC Retained]
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kahn Swick & Foti, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Firm: 504-455-1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1100 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70163

　v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA, SAN FRANCISCO
　　　　Respondent,

KALMAN ISAACS　　　　　　　　　　　　　　　　　　　Eric M. George, Esquire, Attorney
　　　　Real Party in Interest,　　　　　　　　　　　　Direct: 310-274-7100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: egeorge@egcfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 310-275-5697

|  |  |
|---|---|
|  | [COR NTC Retained]<br>Ellis George Cipollone O'Brien Annaguey, LLP<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067<br><br>Ashley Keller, Attorney<br>Direct: 312-741-5220<br>Email: ack@kellerlenkner.com<br>[COR NTC Retained]<br>Keller Lenkner, LLC<br>150 N Riverside Plaza<br>Suite 4100<br>Chicago, IL 60606<br><br>Carl Alan Roth, Esquire, Litigation Counsel<br>Direct: 213-725-9800<br>Email: croth@egcfirm.com<br>Fax: 213-725-9808<br>[COR NTC Retained]<br>Ellis George Cipollone O'Brien Annaguey, LLP<br>801 S Figueroa Street<br>Suite 2000<br>Los Angeles, CA 90017 |
| FNY INVESTMENT ADVISERS, LLC<br>      Real Party in Interest, | Reed R. Kathrein<br>Direct: 510-725-3000<br>Email: reed@hbsslaw.com<br>[COR NTC Retained]<br>Hagens Berman Sobol Shapiro, LLP<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA 94710<br><br>Marc M. Seltzer, Attorney<br>Email: mseltzer@susmangodfrey.com<br>[COR NTC Retained]<br>Susman Godfrey, LLP<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067-4405 |
| ELON MUSK<br>      Real Party in Interest, | Jennifer Corinne Bretan, Attorney<br>Direct: 415-875-2412<br>Email: jbretan@fenwick.com<br>Fax: 415-875-1350<br>[COR NTC Retained]<br>Fenwick & West LLP<br>Firm: 415-875-2300<br>555 California Street<br>12th Floor<br>San Francisco, CA 94104<br><br>Dean S. Kristy, Esquire<br>Email: dkristy@fenwick.com<br>[COR NTC Retained]<br>Fenwick & West LLP<br>Firm: 415-875-2300<br>555 California Street<br>12th Floor<br>San Francisco, CA 94104 |
| TESLA, INC. | Jennifer Corinne Bretan, Attorney |

|  |  |
|---|---|
| Real Party in Interest, | Direct: 415-875-2412<br>[COR NTC Retained]<br>(see above) |
|  | Dean S. Kristy, Esquire<br>[COR NTC Retained]<br>(see above) |
| CARLOS MAIA<br>    Real Party in Interest, | Mario M. Choi, Attorney<br>Direct: 510-451-3300<br>Email: mchoi@donahue.com<br>Fax: 510-451-1527<br>[COR NTC Retained]<br>Donahue Fitzgerald, LLP<br>1999 Harrison Street<br>Suite 2600<br>Oakland, CA 94612 |
| GLEN LITTLETON<br>    Real Party in Interest, | Adam M. Apton<br>Direct: 202-524-4290<br>Email: aapton@zlk.com<br>[COR NTC Retained]<br>Levi & Korsinsky LLP<br>1101 30th Street NW<br>Suite 115<br>Washington, DC 20007 |
|  | Adam McCall, Attorney<br>Direct: 213-985-7290<br>Email: amccall@zlk.com<br>[COR NTC Retained]<br>Levi & Korsinsky LLP<br>1101 30th Street NW<br>Suite 115<br>Washington, DC 20007 |
|  | Nicholas I. Porritt<br>Direct: 202-524-4290<br>Email: nporritt@zlk.com<br>[COR NTC Retained]<br>Levi & Korsinsky LLP<br>1101 30th Street NW<br>Suite 115<br>Washington, DC 20007 |
| JIRI KULIK<br>    Real Party in Interest, | David William Hall, Esquire<br>Direct: 415-766-3534<br>Email: dhall@hedinhall.com<br>Fax: 415-402-0058<br>[COR NTC Retained]<br>HEDIN HALL LLP<br>Suite 1400<br>Four Embarcadero Center<br>San Francisco, CA 94111 |
| JASON HAN<br>    Real Party in Interest, | David William Hall, Esquire<br>Direct: 415-766-3534<br>[COR NTC Retained]<br>(see above) |
| ESMAEIL RIAHI<br>    Real Party in Interest, | David William Hall, Esquire<br>Direct: 415-766-3534 |

|  |  |
|---|---|
|  | [COR NTC Retained]<br>(see above) |
| DEEPAK MEHTA<br>    Real Party in Interest, | David William Hall, Esquire<br>Direct: 415-766-3534<br>[COR NTC Retained]<br>(see above) |
| RAGHUNATH NAMA<br>    Real Party in Interest, | David William Hall, Esquire<br>Direct: 415-766-3534<br>[COR NTC Retained]<br>(see above) |
| ANDREW E. LEFT<br>    Real Party in Interest, | Ashley Keller, Attorney<br>Direct: 312-741-5220<br>[COR NTC Retained]<br>(see above)<br><br>Christopher J. Keller<br>Direct: 212-907-0853<br>Email: ckeller@labaton.com<br>[COR NTC Retained]<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005-1108<br><br>James M. Wagstaffe, Esquire<br>Direct: 415-357-8900<br>Email: wagstaffe@wvbrlaw.com<br>Fax: 415-357-8910<br>[COR NTC Retained]<br>Wagstaffe, von Loewenfeldt, Busch & Radwick, LLP<br>2250<br>100 Pine Street<br>Suite 2250<br>San Francisco, CA 94111 |
| PROTECTO INFORMATIKAI SZOLGALTATO KORLATOLT FELELOSSEGU TARSASAG<br>    Real Party in Interest, | Ashley Keller, Attorney<br>Direct: 312-741-5220<br>[COR NTC Retained]<br>(see above)<br><br>Christopher J. Keller<br>Direct: 212-907-0853<br>[COR NTC Retained]<br>(see above)<br><br>James M. Wagstaffe, Esquire<br>Direct: 415-357-8900<br>[COR NTC Retained]<br>(see above) |
| THIERRY BOUTIN<br>    Real Party in Interest, | Ashley Keller, Attorney<br>Direct: 312-741-5220<br>[COR NTC Retained]<br>(see above)<br><br>Christopher J. Keller<br>Direct: 212-907-0853<br>[COR NTC Retained]<br>(see above)<br><br>James M. Wagstaffe, Esquire |

|  |  |
|---|---|
|  | Direct: 415-357-8900<br>[COR NTC Retained]<br>(see above) |
| ABRAR SHIRAZI, Dr.<br>      Real Party in Interest, | Ashley Keller, Attorney<br>Direct: 312-741-5220<br>[COR NTC Retained]<br>(see above) |
|  | Christopher J. Keller<br>Direct: 212-907-0853<br>[COR NTC Retained]<br>(see above) |
|  | James M. Wagstaffe, Esquire<br>Direct: 415-357-8900<br>[COR NTC Retained]<br>(see above) |
| VILAS CAPITAL MANAGEMENT LLC<br>      Real Party in Interest, | Ashley Keller, Attorney<br>Direct: 312-741-5220<br>[COR NTC Retained]<br>(see above) |
|  | Christopher J. Keller<br>Direct: 212-907-0853<br>[COR NTC Retained]<br>(see above) |
|  | James M. Wagstaffe, Esquire<br>Direct: 415-357-8900<br>[COR NTC Retained]<br>(see above) |
| JAMES JOHNSON<br>      Real Party in Interest, | Reed R. Kathrein<br>Direct: 510-725-3000<br>[COR NTC Retained]<br>(see above) |
|  | Marc M. Seltzer, Attorney<br>[COR NTC Retained]<br>(see above) |
| TEMPUS INTERNATIONAL FUND SPC<br>      Real Party in Interest, | Mario M. Choi, Attorney<br>Direct: 510-451-3300<br>[COR NTC Retained]<br>(see above) |
|  | Laurence David King, Esquire<br>Direct: 415-772-4700<br>Email: lking@kaplanfox.com<br>[COR NTC Retained]<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street<br>Suite 1560<br>Oakland, CA 94612 |
| OPPORTUNITY UNIQUE FUND INC.<br>      Real Party in Interest, | Mario M. Choi, Attorney<br>Direct: 510-451-3300<br>[COR NTC Retained]<br>(see above) |
|  | Laurence David King, Esquire |

|  |  |
|---|---|
|  | Direct: 415-772-4700<br>[COR NTC Retained]<br>(see above) |
| DONALD FREELAND<br>    Real Party in Interest, | Jennifer Pafiti, Esquire, Attorney<br>Direct: 310-405-7190<br>Email: jpafiti@pomlaw.com<br>[COR NTC Retained]<br>Pomerantz LLP<br>1100 Glendon Avenue<br>15th Floor<br>Los Angeles, CA 90024 |
| ALVIN ABRAMS<br>    Real Party in Interest, | Jennifer Pafiti, Esquire, Attorney<br>Direct: 310-405-7190<br>[COR NTC Retained]<br>(see above) |
| CHRISTOPHER LYMAN<br>    Real Party in Interest, | Jennifer Pafiti, Esquire, Attorney<br>Direct: 310-405-7190<br>[COR NTC Retained]<br>(see above) |
| RAJINDER GAUR<br>    Real Party in Interest, | Jennifer Pafiti, Esquire, Attorney<br>Direct: 310-405-7190<br>[COR NTC Retained]<br>(see above) |
| DANY DAVID<br>    Real Party in Interest, | Elizabeth J. Cabraser<br>Email: ecabraser@lchb.com<br>[COR NTC Retained]<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111<br><br>Richard M. Heimann, Attorney<br>Direct: 415-956-1000<br>Email: rheimann@lchb.com<br>Fax: 415-956-1008<br>[COR NTC Retained]<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111<br><br>Rachel L. Jensen, Esquire, Attorney<br>Direct: 619/231-1058<br>Email: rachelj@rgrdlaw.com<br>Fax: 619/231-7619<br>[COR NTC Retained]<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101<br><br>Katherine C. Lubin, Attorney<br>Direct: 415-956-1000<br>Email: klubin@lchb.com<br>[COR NTC Retained]<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street |

29th Floor
San Francisco, CA 94111

Danielle Suzanne Myers
Direct: 619-231-1058
Email: dmyers@rgrdlaw.com
Fax: 619-231-7423
[COR NTC Retained]
Robbins Geller Rudman & Dowd LLP
Suite 1900
655 West Broadway
San Diego, CA 92101

In re: BRIDGESTONE INVESTMENT CORPORATION LIMITED,

-----------------------------

BRIDGESTONE INVESTMENT CORPORATION LIMITED,

       Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

       Respondent,

KALMAN ISAACS; FNY INVESTMENT ADVISERS, LLC; ELON MUSK; TESLA, INC.; CARLOS MAIA; GLEN LITTLETON; JIRI KULIK; JASON HAN; ESMAEIL RIAHI; DEEPAK MEHTA; RAGHUNATH NAMA; ANDREW E. LEFT; PROTECTO INFORMATIKAI SZOLGALTATO KORLATOLT FELELOSSEGU TARSASAG; THIERRY BOUTIN; ABRAR SHIRAZI, Dr.; VILAS CAPITAL MANAGEMENT LLC; JAMES JOHNSON; TEMPUS INTERNATIONAL FUND SPC; OPPORTUNITY UNIQUE FUND INC.; DONALD FREELAND; ALVIN ABRAMS; CHRISTOPHER LYMAN; RAJINDER GAUR; DANY DAVID,

       Real Parties in Interest.

| Date | No. | Description |
|---|---|---|
| 01/04/2019 | 1 (201 pg, 2.24 MB) | FILED PETITION FOR WRIT OF MANDAMUS. DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. NOTIFIED REAL PARTIES IN INTEREST OF FILING. [11142552] (HC) [Entered: 01/04/2019 04:45 PM] |
| 01/25/2019 | 2 | Mail returned on 01/25/2019 addressed to Jennifer Pafiti, Esquire for Donald Freeland, Alvin Abrams, Christopher Lyman and Rajinder Gaur, re: 01/04/2019 case opening information [1]. Returned envelope notes: return to sender, unable to forward. Resending to: Pomerantz LLP, 25201 Prado Del Grandioso, The Estates At The Oaks, Calabasas, CA 91302-3655. [11167709]--[Edited: address updated. 01/25/2019 by RY] (LA) [Entered: 01/25/2019 04:54 PM] |
| 03/22/2019 | 3 (2 pg, 113.34 KB) | Filed order (BARRY G. SILVERMAN, RICHARD C. TALLMAN and MARY H. MURGUIA) This petition for a writ of mandamus raises issues that warrant an answer. See Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real parties in interest shall file an answer. The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court. Petitioner may file a replywithin 5 days after service of the answer(s). The petition, answer(s), and any reply shall be referred to the next available motions panel. The Clerk shall serve this order on the district court and District Judge Edward M. Chen. [11238738] (WL) [Entered: 03/22/2019 10:02 AM] |
| 04/04/2019 | 4 (9 pg, 120.79 KB) | Filed Respondent USDC-CASF response to petition for writ of mandamus. [11254548] (RR) [Entered: 04/05/2019 01:20 PM] |
| 04/05/2019 | 5 | Filed (ECF) notice of appearance of Ashley Keller for Real Parties in Interest Thierry Boutin, Andrew E. Left, Protecto Informatikai Szolgaltato Korlatolt Felelossegu Tarsasag, Abrar Shirazi and Vilas Capital Management LLC. Date of service: 04/05/2019. (Party previously proceeding without counsel: No) [11254798] [19-70031] (Keller, Ashley) [Entered: 04/05/2019 02:42 PM] |
| 04/05/2019 | 6 | Added attorney Ashley Keller for Andrew E. Left Thierry Boutin Vilas Capital Management LLC Protecto Informatikai Szolgaltato Korlatolt Felelossegu Tarsasag Abrar Shirazi, in case 19-70031. [11255025] (RR) [Entered: 04/05/2019 04:05 PM] |
| 04/05/2019 | 7 (17 pg, 214.91 KB) | Filed (ECF) Real Parties in Interest Thierry Boutin, Andrew E. Left, Protecto Informatikai Szolgaltato Korlatolt Felelossegu Tarsasag, Abrar Shirazi and Vilas Capital Management LLC answer to Writ of Mandamus petition. Date of service: 04/05/2019. [11255042] [19-70031] (Keller, Ashley) [Entered: 04/05/2019 04:11 PM] |
| 04/05/2019 | 8 (145 pg, 3.49 MB) | Filed (ECF) Real Party in Interest Glen Littleton answer to Writ of Mandamus petition. Date of service: 04/05/2019. [11255227] [19-70031] (Porritt, Nicholas) [Entered: 04/05/2019 07:06 PM] |
| 04/10/2019 | 9 (72 pg, 1.58 MB) | Filed (ECF) Petitioner Bridgestone Investment Corporation Limited reply to answer to Writ of Mandamus petition. Date of service: 04/10/2019. [11260104] [19-70031] (Abadou, Ramzi) [Entered: 04/10/2019 05:25 PM] |
| 04/23/2019 | 10 (2 pg, 95.6 KB) | Filed order (DIARMUID F. O'SCANNLAIN, WILLIAM A. FLETCHER and PAUL J. WATFORD) The petition for a writ of mandamus and responses are referred to a merits panel. The Clerk shall calendar this case on the next available oral argument calendar. [11273906] (WL) [Entered: 04/23/2019 01:24 PM] |
| 04/23/2019 | 11 | This case is being considered for an upcoming oral argument calendar in San Francisco<br><br>Please review the San Francisco sitting dates for August 2019 and the 2 subsequent sitting months in that location at http://www.ca9.uscourts.gov/court_sessions. If you have an unavoidable conflict on any of the dates, please file Form 32 **within 3 business days of this notice** using the CM/ECF filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions carefully.<br><br>When setting your argument date, the court will try to work around unavoidable conflicts; the court is not able to accommodate mere scheduling preferences. You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br><br>If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a letter **within 3 business days of this notice**, using CM/ECF (**Type of Document**: File Correspondence to Court; **Subject**: request for mediation).[11274105] (AW) [Entered: 04/23/2019 02:31 PM] |
| 05/10/2019 | 12 (7 pg, 107.04 KB) | Filed (ECF) Real Parties in Interest Andrew E. Left, Protecto Informatikai Szolgaltato Korlatolt Felelossegu Tarsasag, Thierry Boutin, Abrar Shirazi and Vilas Capital Management LLC Motion for miscellaneous relief [Motion for Leave to Participate in Oral Argument]. Date of service: 05/10/2019. [11293659] [19-70031] |

| Date | Doc # | Description |
|---|---|---|
| | | (Keller, Ashley) [Entered: 05/10/2019 02:34 PM] |
| 05/15/2019 | 13<br>7 pg, 140.58 KB | Filed (ECF) Real Party in Interest Glen Littleton response to motion ([12] Motion (ECF Filing), [12] Motion (ECF Filing)). Date of service: 05/15/2019. [11299318] [19-70031] (Porritt, Nicholas) [Entered: 05/15/2019 04:56 PM] |
| 05/16/2019 | 14<br>8 pg, 109.29 KB | Filed (ECF) Real Parties in Interest Andrew E. Left, Protecto Informatikai Szolgaltato Korlatolt Felelossegu Tarsasag, Thierry Boutin, Abrar Shirazi and Vilas Capital Management LLC reply to response (). Date of service: 05/16/2019. [11300290] [19-70031] (Keller, Ashley) [Entered: 05/16/2019 01:54 PM] |
| 05/26/2019 | 15 | Notice of Oral Argument on Wednesday, August 7, 2019 - 09:00 A.M. - Courtroom 1 - San Francisco CA.<br><br>View the Oral Argument Calendar for your case **here**.<br><br>Be sure to review the **GUIDELINES** for important information about your hearing, including when to arrive (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).<br><br>If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING NOTICE** filing type in CM/ECF no later than 21 days before Wednesday, August 7, 2019. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[11309530] (AW) [Entered: 05/26/2019 06:11 AM] |
| 06/20/2019 | 16 | Filed (ECF) Acknowledgment of hearing notice by Attorney Mr. Ramzi Abadou, Esquire for Petitioner Bridgestone Investment Corporation Limited. Hearing in San Francisco on 08/07/2019 at 09:00 A.M. (Courtroom: Courtroom 1). Filer sharing argument time: No. (Argument minutes: 15.) Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 06/20/2019. [11338496] [19-70031] (Abadou, Ramzi) [Entered: 06/20/2019 07:57 AM] |
| 07/17/2019 | 17<br>1 pg, 384.47 KB | Filed (ECF) Real Parties in Interest Andrew E. Left, Protecto Informatikai Szolgaltato Korlatolt Felelossegu Tarsasag, Thierry Boutin, Abrar Shirazi and Vilas Capital Management LLC Correspondence: Request for a Ruling on Tesla Investor Group's Motion for Leave to Participate in Oral Argument. Date of service: 07/17/2019 [11366507] [19-70031] (Keller, Ashley) [Entered: 07/17/2019 12:32 PM] |
| 07/17/2019 | 18 | Filed (ECF) Acknowledgment of hearing notice by Attorney Nicholas I. Porritt for Real Party in Interest Glen Littleton. Hearing in San Francisco on 08/07/2019 at 09:00 A.M. (Courtroom: Courtroom 1). Filer sharing argument time: No. (Argument minutes: 15.) Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 07/17/2019. [11366532] [19-70031] (Porritt, Nicholas) [Entered: 07/17/2019 12:46 PM] |
| 07/19/2019 | 19<br>1 pg, 98.75 KB | Filed clerk order (Deputy Clerk: WL): Tesla Investor Group's motion to participate in oral argument, Dkt. No. [12], is DENIED. [11369877] (WL) [Entered: 07/19/2019 02:12 PM] |
| 08/07/2019 | 20 | ARGUED AND SUBMITTED TO DIARMUID F. O'SCANNLAIN, EUGENE E. SILER and JACQUELINE H. NGUYEN. [11389873] (SML) [Entered: 08/07/2019 11:57 AM] |
| 08/07/2019 | 21<br>1 pg, 6.99 MB | Filed Audio recording of oral argument.<br>**Note:** Video recordings of public argument calendars are available on the Court's website, at http://www.ca9.uscourts.gov/media/<br>[11391268] (BJK) [Entered: 08/08/2019 12:49 PM] |
| 10/08/2019 | 22<br>5 pg, 184.01 KB | FILED MEMORANDUM DISPOSITION (DIARMUID F. O'SCANNLAIN, EUGENE E. SILER and JACQUELINE H. NGUYEN) PETITION DENIED. FILED AND ENTERED JUDGMENT. [11457468] (MM) [Entered: 10/08/2019 09:35 AM] |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 03/03/2022 13:23:37 | | | |
| **PACER Login:** | Roche123 | **Client Code:** | 1064.000 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 19-70031 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |