United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VIEW, INC., et al.,<br><br>　　　　　Defendants. | Case No.  21-cv-06374-BLF<br><br>**ORDER ADMONISHING LEAD PLAINTIFF STADIUM CAPITAL LLC FOR FAILURE TO COMPLY WITH STANDING ORDER**<br><br>[Re: ECF No. 79] |

The Court hereby ADMONISHES Lead Plaintiff Stadium Capital LLC ("Stadium") for failure to comply with this Court's Standing Order in its Opposition to Sweta Sonthalia's Motion to Stay. *See* Standing Order for Civil Cases § IV.F ("Footnotes shall be no less than 12-point type and shall be *double-spaced*. Footnotes shall not be used to cite to legal authorities or evidence. All citations to legal authorities or evidence shall be in the body of the brief. Excessive footnotes will be disregarded. In general, no more than *5 footnotes per brief* should be necessary.") (emphasis added). The Court DIRECTS Stadium to comply with the Court's Standing Order for all future filings.

**IT IS SO ORDERED.**

Dated: April 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge