1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206423)
2  Kathleen A. Herkenhoff (SBN 168562)
   Blair E. Reed (SBN 316791)
3  1999 Harrison Street, Suite 1560
   Oakland, CA 94612
4  Telephone: (415) 772-4700
   Facsimile: (415) 772-4707
5  *lking@kaplanfox.com*
   *kherkenhoff@kaplanfox.com*
6  *breed@kaplanfox.com*

7  **KAPLAN FOX & KILSHEIMER LLP**
   Frederic S. Fox (admitted *pro hac vice*)
8  Donald R. Hall (admitted *pro hac vice*)
   Jason A. Uris (admitted *pro hac vice*)
9  850 Third Avenue, 14th Floor
   New York, NY 10022
10 Telephone: (212) 687-1980
   Facsimile: (212) 687-7714
11 *ffox@kaplanfox.com*
   *dhall@kaplanfox.com*
12 *juris@kaplanfox.com*

13 *Lead Counsel for Lead Plaintiff Stadium Capital LLC
   and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>Judge: Hon. Beth L. Freeman<br>Courtroom: 3, 5th Floor |

I, Nikki Lee, declare and state as follows:

1. I am an employee of Kaplan Fox & Kilsheimer LLP, 1999 Harrison Street, Suite 1560, Oakland, CA 94612.  I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On April 20, 2022, I served *via U.S. Mail* the documents entitled:

    a. Motion and Order Granting Admission Pro Hac Vice for Donald R. Hall, Jr.;

    b. Certification of Donald R. Hall, Jr. Pursuant to Civil Local Rule 3-7(d);

    c. Lead Plaintiff Stadium Capital LLC's Notice Pursuant to ECF No. 73;

    d. Proof of Service and Declaration of Nikki Lee re: Service of Summons and Complaint on Defendants Rao Mulpuri and Vidul Prakash; and this

    e. Proof of Service via United States Mail

on the parties below, addressed as indicated:

> Mark R.S. Foster
> Morrison & Foerster
> 425 Market Street
> San Francisco, CA  94105
>
> *Counsel for Defendant Vidul Prakash*
>
> John Michael Gildersleeve
> Munger Tolles & Olson LLP
> 350 South Grand Avenue, 50th Floor
> Los Angeles, CA 90071
>
> *Counsel for Rao Mulpuri*

3. As of the date and time of mailing on April 20, 2022, Mr. Foster does not appear on the Court's ECF service list in the action nor on the mailing list.  Mr. Gildersleeve is on the Court's ECF service list, and the set mailed herewith is an additional courtesy copy.

4. In addition, on April 19, 2022, our office e-mailed a copy of ECF No. 86, consisting of Lead Plaintiff Stadium Capital LLC's Notice Pursuant to ECF No. 73, to Mark R.S. Foster at mfoster@mofo.com.

5. I am readily familiar with my firm's practice of the collection and processing of documents for *U.S. Mail service* and that practice is that the documents are enclosed in sealed

envelopes, addressed as indicated above, with postage prepaid thereon, and deposited with the United States Post Office in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2022 at Oakland, California.

　　　　　　　　　　　_/s/ Nikki Lee_
　　　　　　　　　　　　Nikki Lee