**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR LEAD PLAINTIFF TO FILE AMENDED COMPLAINT AND TIME FOR DEFENDANTS' ANSWER OR RESPONSE**<br><br>Judge: Hon. Beth L. Freeman<br>Courtroom: 3, 5th Floor |

**WHEREAS,** on February 8, 2022, the Court appointed Stadium Capital, LLC as Lead Plaintiff (ECF No. 67) in the above-captioned proposed securities class action (the "Action") against Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II ("View"), Rao Mulpuri and Vidul Prakash (collectively, the "Defendants");

**WHEREAS,** on February 22, 2022, the Court entered a Stipulation and Order Setting Schedule for Lead Plaintiff to File Amended Complaint and Time for Defendants' Answer or Response (the "Initial Stipulation and Order") (ECF No. 73) granting Lead Plaintiff until April 19, 2022 to file an amended complaint, based on View's publicly-stated expectation that it would issue its restated 2019, 2020 and Q1 2021 financial statements, as well as its Q2 2021, Q3 2021 and full year 2021 financial statements, within the first quarter of 2022 (*i.e.*, by March 31, 2022) (collectively, the "Restatement");

**WHEREAS,** the Initial Stipulation and Order permitted Lead Plaintiff to file a notice (the "Notice") by April 19, 2022 to continue the time to file the Amended Complaint if View did not file the Restatement by March 31, 2022, and required the parties thereafter to submit a revised stipulation and proposed order;

**WHEREAS,** View did not file its Restatement by March 31, 2022;

**WHEREAS,** on April 13, 2022, View issued a press release, filed with the SEC as an exhibit to a Current Report on Form 8-K, stating that View expected to file its Restatement in May 2022;

**WHEREAS**, Lead Plaintiff filed its Notice on April 19, 2022 (ECF No. 86); and

**WHEREAS,** the Parties agree that it would be efficient and promote judicial economy to set an additional short time extension to provide Lead Plaintiff the opportunity to review the Restatement, after it is filed, before finalizing and filing the Amended Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between the undersigned counsel for the Parties, subject to Court approval, as follows:

1. Lead Plaintiff shall file an Amended Complaint no later than **30 days** after View files the Restatement with the SEC. Lead Plaintiff may file the Amended Complaint earlier if the

Restatement is not issued by May 31, 2022, or if View publicly announces that the Restatement will be filed after May 2022.

2.	Defendants shall file any answer or Motion(s) to Dismiss the Amended Complaint within **60 days** of the filing of the Amended Complaint. All Defendants are limited to a combined 25 pages in briefing Motion(s) to Dismiss, regardless of the number of briefs filed;

3.	Lead Plaintiff shall file any opposition(s) to the Motion(s) to Dismiss within **30 days** of the filing of the Motion(s) to Dismiss. Lead Plaintiff is limited to 25 pages in consolidated briefing, regardless of the number of briefs filed by Defendants;

4.	Defendants shall file any reply or replies in further support of the Motion(s) to Dismiss within **30 days** of the filing of Lead Plaintiff's opposition, and such reply/replies shall be limited to a combined 15 pages; and

5.	If Defendants file any Motion(s) to Dismiss the Amended Complaint, Defendants shall coordinate with Lead Plaintiff to select a mutually convenient hearing date for the Motions (the "Hearing") subject to the Court's procedures and availability, including the procedures set forth in the Court's Standing Order for Civil Cases ("Standing Order") and Scheduling Notes. The selected Hearing date shall be set to conform to the Standing Order requirement that reply/replies shall be filed not less than 14 days before the Hearing.

**IT IS SO STIPULATED**.

DATED: April 29, 2022                                  Respectfully submitted,

**MUNGER TOLLES & OLSON LLP**                          **KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *John Michael Gildersleeve*                    By: /s/ *Kathleen A. Herkenhoff*
    John Michael Gildersleeve                              Kathleen A. Herkenhoff

Robert Leo Dell Angelo                                 Laurence D. King (SBN 206423)
John Willis Berry                                      Kathleen A. Herkenhoff (SBN 168562)
John Michael Gildersleeve                              Blair E. Reed (SBN 316791)
350 S. Grand Avenue, 50th Fl                           1999 Harrison Street, Suite 1560
Los Angeles, CA 90071-3426                             Oakland, CA 94612
Telephone: 213-683-9100                                Telephone: 415-772-4700

*Counsel for Defendants View, Inc. f/k/a*              Frederic S. Fox (admitted *pro hac vice*)
*CF Finance Acquisition Corp. II, and Rao*             Donald R. Hall (admitted *pro hac vice*)
*Mulpuri*                                              Jason A. Uris (admitted *pro hac vice*)
                                                       850 Third Avenue
                                                       New York, NY 10022

| | | |
|---|---|---|
| 1 | **MORRISON & FOERSTER LLP** | Telephone: 212-687-1980 |
| 2 | By: /s/ *Mark R.S. Foster*<br>      Mark R.S. Foster | *Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class* |
| 3 | | |
| 4 | 425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: 415-268-7000 | |
| 5 | | |
| 6 | *Counsel for Defendant Vidul Prakash* | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Kathleen A. Herkenhoff, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2022, at San Diego, California.

*/s/ Kathleen A. Herkenhoff*
Kathleen A. Herkenhoff

# [PROPOSED] ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED.**

DATED: May 2, 2022                  _____
The Honorable Beth L. Freeman
United States District Judge