Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Geoffrey T. Holtz, S.B. #191370
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice forthcoming*
richard.taffet@morganlewis.com
Jonathan M. Justl, *pro hac vice forthcoming*
jonathan.justl@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Jon R. Roellke, *pro hac vice forthcoming*
jon.roellke@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Steven A. Reed, *pro hac vice forthcoming*
steven.reed@morganlewis.com
Melina R. DiMattio, *pro hac vice forthcoming*
melina.dimattio@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Ian Simmons, *pro hac vice forthcoming*
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah, et al. v. Google LLC, et al.,* Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR BRIEFING ON MOTION TO DISMISS IN STATES' ACTION**<br><br>Judge:      Hon. James Donato |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

Case Nos. 3:21-md-02981-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR BRIEFING ON
MOTION TO DISMISS IN STATES' ACTION

1  Plaintiffs the State of Utah and its co-plaintiff States, Commonwealths, and Districts (collectively the "States") and Defendants Google LLC et al. ("Google") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on July 07, 2021, the States filed their Complaint, which includes seven federal claims and thirty-seven (37) separate state law claims. No. 3:21-cv-05227-JD, Dkt. No. 1;

WHEREAS, Google will be filing a separate motion to dismiss the States' Complaint on September 8, 2021, raising issues specific to the States' Complaint.

WHEREAS, for purposes of this separate motion to dismiss, Google and the States agree to comply with the Court's standing order for page limits on motion practice.

THEREFORE, subject to the Court's approval, Google and the States agree as follows:

1. For purposes of Google's motion to dismiss related specifically to the States' Complaint, opening and opposition briefs may not exceed 15 pages, and the reply brief may not exceed 10 pages.

Dated: September 3, 2021

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Brian C. Rocca*

Brian C. Rocca[1]
*Attorneys for Defendants*

**OFFICE OF THE UTAH ATTORNEY GENERAL**

By: */s/ David N. Sonnenreich*

David N. Sonnenreich
*Counsel for Utah*

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____

_____
The Honorable James Donato
United States District Judge

---

[1] I hereby attest that each of the signatories identified above has concurred in this filing.

Case Nos. 3:21-md-02981-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR BRIEFING ON
MOTION TO DISMISS IN STATES' ACTION