| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | David N. Sonnenreich (*pro hac vice*)<br>dsonnenreich@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: 801-366-0260 |
| Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com<br>**SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: 312-641-3200 | *Counsel for Utah* |
| | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.* | |
| Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908 | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* | *Counsel for Defendants Google LLC et al.* |
| [Additional counsel appear on signature page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Date: September 9, 2021<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1         The parties in the above-captioned matters (the "Parties") respectfully request that the
2   upcoming September 9, 2021 Case Management Conference in this MDL case be conducted
3   remotely for the reasons stated below.  While the general Scheduling Notes available online state
4   that, effective July 12, 2021, all Parties are to assume that all proceedings will be held in person,
5   the Parties are cognizant that the Court previously indicated that the monthly conferences for this
6   MDL case would likely continue to be held remotely even after other matters return to being held
7   in person.  (Tr. (12/3/2020) 7:9-8:9.)  In light of the current environment and the rise in COVID
8   cases, combined with the travel required for counsel for many of the Parties to attend in person,
9   as well as to allow the Parties and non-participating counsel to view the proceedings, the Parties
10  respectfully request that the upcoming September 9, 2021 Case Management Conference be held
11  remotely by Zoom webinar.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2021 | CRAVATH, SWAINE & MOORE LLP |
| | |    Christine Varney *(pro hac vice)* |
| 2 | |    Katherine B. Forrest *(pro hac vice)* |
| | |    Darin P. McAtee *(pro hac vice)* |
| 3 | |    Gary A. Bornstein *(pro hac vice)* |
| | |    Timothy G. Cameron *(pro hac vice)* |
| 4 | |    Yonatan Even *(pro hac vice)* |
| | |    Lauren A. Moskowitz *(pro hac vice)* |
| 5 | |    Omid H. Nasab *(pro hac vice)* |
| | |    Justin C. Clarke *(pro hac vice)* |
| 6 | |    M. Brent Byars *(pro hac vice)* |

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
        Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: September 3, 2021

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
        Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: September 3, 2021     PRITZKER LEVINE LLP
                                 Elizabeth C. Pritzker

                             Respectfully submitted,

                             By:   /s/ Elizabeth C. Pritzker
                                   Elizabeth C. Pritzker

                                   *Liaison Counsel for the Proposed Class in
                                   In re Google Play Consumer Antitrust
                                   Litigation*

Dated: September 3, 2021     HAGENS BERMAN SOBOL SHAPIRO LLP
                                 Steve W. Berman
                                 Robert F. Lopez
                                 Benjamin J. Siegel

                             SPERLING & SLATER PC
                                 Joseph M. Vanek
                                 Eamon P. Kelly
                                 Alberto Rodriguez


                             Respectfully submitted,

                             By:   /s/ Steve W. Berman
                                   Steve W. Berman

                                   *Co-Lead Interim Class Counsel for the
                                   Developer Class and Attorneys for Plaintiff
                                   Pure Sweat Basketball*

| | | |
|---|---|---|
| 1 | Dated:  September 3, 2021 | HAUSFELD LLP |
| 2 | |     Bonny E. Sweeney |
| | |     Melinda R. Coolidge |
| 3 | |     Katie R. Beran |
| | |     Scott A. Martin |
| 4 | |     Irving Scher |

Respectfully submitted,

By:   /s/ *Bonny E. Sweeney*
       Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated:  September 3, 2021        OFFICE OF THE UTAH ATTORNEY GENERAL
    David N. Sonnenreich

Respectfully submitted,

By:   /s/ *David N. Sonnenreich*
       David N. Sonnenreich

*Counsel for Utah*

Dated:  September 3, 2021        MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia

Respectfully submitted,

By:   /s/ *Brian C. Rocca*
       Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

| | | |
|---|---|---|
| 1 | Dated:  September 3, 2021 | O'MELVENY & MYERS LLP |
| 2 | | Daniel M. Petrocelli |
| | | Ian Simmons |
| 3 | | Benjamin G. Bradshaw |
| | | E. Clay Marquez |
| 4 | | Stephen J. McIntyre |

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
         Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

## E-FILING ATTESTATION

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Yonatan Even*