Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

David N. Sonnenreich (*pro hac vice*)
Brian Christensen (*pro hac vice*)
dsonnenreich@agutah.gov
bchristensen1@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Counsel for Utah*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS**<br><br>Judge: Hon. James Donato |

1

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| 1 | WHEREAS, Defendants have elected to file responsive pleadings to the four complaints |
| 2 | in this multi-district litigation ("MDL") in lieu of filing motions to dismiss; |
| 3 | WHEREAS, for the avoidance of doubt, Defendants reserve any and all defenses to the |
| 4 | claims asserted in the four complaints; |
| 5 | WHEREAS, Defendants propose, and Plaintiffs agree, that Defendants may file their |
| 6 | responsive pleadings to the four complaints on or before October 11, 2021; |
| 7 | WHEREAS, the Parties agree that the Court may vacate all deadlines related to |
| 8 | Defendants' motions to dismiss, including the hearing date, which was previously set for |
| 9 | November 18, 2021; |
| 10 | WHEREAS, the Parties agree that this Stipulation does not alter any other deadlines |
| 11 | already fixed by Court order; |
| 12 | WHEREAS Defendants agree that they will not use this Stipulation or the extension of |
| 13 | Google's time to file a responsive pleading to support any request or argument that the Court |
| 14 | order any particular case schedule, including the case schedule that Defendants proposed in the |
| 15 | September 2, 2021 Joint Case Management Statement; and |
| 16 | NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's |
| 17 | approval, as follows: |
| 18 | 1.   Defendants' responsive pleadings to the four operative complaints in this MDL |
| 19 | shall be filed on or before October 11, 2021. |
| 20 | IT IS SO STIPULATED. |

Dated:  September 8, 2021          MORGAN, LEWIS & BOCKIUS LLP
                                     Brian C. Rocca[1]
                                     Sujal J. Shah
                                     Michelle Park Chiu
                                     Minna L. Naranjo
                                     Rishi P. Satia

                                   By:   */s/ Brian Rocca*
                                         Brian C. Rocca

                                   *Counsel for Defendants Google LLC et al.*


Dated:  September 8, 2021          O'MELVENY & MYERS LLP
                                     Daniel M. Petrocelli
                                     Ian Simmons
                                     Benjamin G. Bradshaw
                                     E. Clay Marquez
                                     Stephen J. McIntyre

                                   By:   */s/ Daniel Petrocelli*
                                         Daniel M. Petrocelli

                                   *Counsel for Defendants Google LLC et al.*

---

[1] I, Brian Rocca, hereby attest that the signatories identified herein have concurred in this filing.

| | | |
|---|---|---|
| Dated: September 8, 2021 | | CRAVATH, SWAINE & MOORE LLP |

    Christine Varney *(pro hac vice)*
    Katherine B. Forrest *(pro hac vice)*
    Darin P. McAtee *(pro hac vice)*
    Gary A. Bornstein *(pro hac vice)*
    Timothy G. Cameron *(pro hac vice)*
    Yonatan Even *(pro hac vice)*
    Lauren A. Moskowitz *(pro hac vice)*
    Omid H. Nasab *(pro hac vice)*
    Justin C. Clarke *(pro hac vice)*
    M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
    Paul J. Riehle (SBN 115199)

By:   /s/ Yonatan Even
       Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*


Dated: September 8, 2021

BARTLIT BECK LLP
    Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
    Hae Sung Nam

By:   /s/ Karma Giulianelli
       Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in
In re Google Play Consumer Antitrust
Litigation*

4

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | | |
|---|---|---|
| Dated: September 8, 2021 | PRITZKER LEVINE LLP | |
| | Elizabeth C. Pritzker | |
| | By: | /s/ Elizabeth Pritzker |
| | | Elizabeth C. Pritzker |

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: September 8, 2021        HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　Robert F. Lopez
　　　　　　　　　　　　　　　　Benjamin J. Siegel

　　　　　　　　　　　　　　SPERLING & SLATER PC
　　　　　　　　　　　　　　　　Joseph M. Vanek
　　　　　　　　　　　　　　　　Eamon P. Kelly
　　　　　　　　　　　　　　　　Alberto Rodriguez


　　　　　　　　　　　　　　By:   /s/ Steve Berman
　　　　　　　　　　　　　　　　Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

| | |
|---|---|
| Dated: September 8, 2021 | HAUSFELD LLP<br>Bonny E. Sweeney<br>Melinda R. Coolidge<br>Katie R. Beran<br>Scott A. Martin<br>Irving Scher<br><br>By:    */s/ Bonny Sweeney*<br>        Bonny E. Sweeney<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |
| Dated: September 8, 2021 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>   Brian Christensen<br><br>By:    */s/ Brian Christensen*<br>        Brian Christensen<br><br>*Counsel for Utah* |

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____    _____
                                                                                              The Honorable James Donato
                                                                                               United States District Judge