Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | **Case No. 3:21-md-02981-JD** |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR ANSWER, DEFENSES, AND COUNTERCLAIMS TO EPIC GAMES, INC.'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF** |
| *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| | **Judge James Donato** |

Having considered Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.'s (collectively, "Google") Administrative Motion to Seal Portions of its Answer, Defenses, and Counterclaims to Epic Games, Inc.'s ("Epic") First Amended Complaint for Injunctive Relief ("Motion to Seal"), the Declaration of Ian Simmons in Support of the Motion to Seal, and any declaration by Plaintiff Epic and Google's response in opposition thereto, pursuant to Local Rules 7-11 and 79- 5(d) and (e);

**IT IS HEREBY ORDERED:**

The following paragraphs of Defendants' Answer, Defenses, and Counterclaims to Epic's First Amended Complaint for Injunctive Relief may be filed under seal:

| Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|
| Counterclaim ¶ 25 | Epic | |
| Counterclaim ¶ 29 | Epic | |
| Counterclaim ¶ 34 | Epic | |
| Counterclaim ¶ 36 | Epic | |
| Counterclaim ¶ 40 | Epic | |
| Counterclaim ¶ 43 | Epic | |
| Counterclaim ¶ 72 | Epic | |

Dated: October 11, 2021

_____

Honorable James Donato
United States District Judge
Northern District of California

- 2 -