Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' ANSWERS AND DEFENSES TO CONSUMER PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

1

**INTRODUCTION**

2
   Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia

3
Pacific Pte Ltd., and Google Payment Corp. (collectively "Google") answer Consumer Plaintiffs'

4
Consolidated First Amended Class Action Complaint, through its undersigned counsel, as set

5
forth below.

6
   Android, Google's open-source mobile operating system ("OS"), is a critical source of

7
competition against other operating systems, such as Apple's iOS.  This competition has brought

8
tremendous benefits to developers and users.  By providing Android to smartphone manufacturers

9
for free, Google has expanded access to smartphones and the marketplace for mobile apps,

10
creating enormous incentives for developers to invest in apps that make virtually every sector of

11
the American economy more efficient, affordable and accessible for users.  These benefits have

12
typically come at little or no cost to manufacturers, developers, or users.

13
   Google also offers an app store, Google Play, which works on Android.  But Google does

14
not require Android users or developers to use Google Play in order to download, install, or

15
distribute apps on Android.  Rather, Google gives app developers and smartphone consumers

16
more openness and choice than any other major competitor.  Most Android phones in and outside

17
the United States come preloaded with more than one app store, and consumers can download

18
apps directly from a developer's website if they choose via sideloading.  Developers can also

19
directly reach users through web apps—a distribution channel that Android and Google's Chrome

20
web browser embrace.  Consumers and developers don't **have** to use Google Play; they **choose** to

21
use it when given a choice among Android app stores and distribution channels.  Google supports

22
that choice through Android itself, Google Play's policies, and Google's agreements with

23
developers and device manufacturers.

24

**RESPONSE TO NUMBERED PARAGRAPHS**

25
   The section headings in the Complaint do not require a response.  To the extent that the

26
section headings contain allegations requiring a response, Google denies all such allegations.

27
   1.   Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google

28
Asia Pacific Pte. Ltd., and Google Payment Corp. (collectively "Google") deny the allegations in

Paragraph 1, except admit that consumers and businesses rely on mobile devices, mobile devices require an operating system, and one or more defendants license Android OS to original equipment manufacturers ("OEMs").

2.      Google admits that apps allow users to add features to their devices designed to serve their needs and interests and that access to a variety of apps is valuable to consumers, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2.

3.      Google denies the allegations in Paragraph 3.

4.      Google denies the allegations in Paragraph 4, except admits that the Google Play Store is an online platform where app developers can make their apps available for download by Android users.  Google further admits that the Google Play Store was previously known as the Android Marketplace.

5.      Google denies the allegations in Paragraph 5.

6.      Google denies the allegations in Paragraph 6.

7.      Google denies the allegations in Paragraph 7, except admits that one or more defendants license Android to OEMs and provides OEMs with the option of preloading a suite of apps known as Google Mobile Services ("GMS").  Google further admits that GMS includes proprietary apps such as Google's search app, Chrome, YouTube, Google Maps, and Google Play.

8.      Google denies the allegations in Paragraph 8, except admits that each of the defendants, except Google Payment Corp., is a party to a Google Play Developer Distribution Agreement ("DDA"), to which document Google refers the Court for a complete and accurate statement of its contents.

9.      Google denies the allegations in Paragraph 9.

10.      Google denies the allegations in Paragraph 10, except admits that in certain instances sideloaded apps do not automatically update in the background on the Android operating system.

- 3 -

1    11.    Google denies the allegations in Paragraph 11.

2    12.    Google denies the allegations in Paragraph 12.

3    13.    Google denies the allegations in Paragraph 13, except admits that once an app is

4  downloaded to a user's device, the developer may offer in-app content or digital products for

5  purchase, including but not limited to accessories, upgrades, advertisement-free app usage, and

6  subscriptions.

7    14.    Google denies the allegations in Paragraph 14, and respectfully refers to the Court

8  to the cited document for a complete and accurate statement of its contents.

9    15.    Google denies the allegations in Paragraph 15.

10    16.    Google denies the allegations in Paragraph 16, and respectfully refers to the Court

11  to the cited document for a complete and accurate statement of its contents.

12    17.    Google denies the allegations in Paragraph 17, and respectfully refers the Court to

13  the cited documents for a complete and accurate statement of their contents, except admits that

14  one or more defendants receive a payment for in-app purchases with respect to apps distributed

15  through Google Play, and charge up to 30% as a service fee.  Google avers that beginning on

16  January 1, 2018, the service fee on subscriptions with respect to apps distributed through Google

17  Play was reduced from 30% to 15% in the second year.  Google further avers that beginning on

18  July 1, 2021, the service fee was reduced to 15% for the first $1 million of revenue on digital

19  goods or services every developer earns each year.

20    18.    Google denies the allegations in Paragraph 18.

21    19.    Google denies the allegations in Paragraph 19.

22    20.    Google denies the allegations in Paragraph 20.

23    21.    Google denies the allegations in Paragraph 21.

24    22.    Google denies the allegations in Paragraph 22.

25    23.    Google admits that Ms. Carr purports to maintain certain claims on behalf of a

26  purported class for alleged violations of the federal antitrust laws, California's Cartwright Act

27  (Cal. Bus. & Prof. Code §§ 16700 et seq.) (the "Cartwright Act") and California's Unfair

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

Competition Law (Cal. Bus. & Prof. Code §§ 17200, et seq.) (the "UCL").  Google further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23.

24.     Google admits that Mr. Egerter purports to maintain certain claims on behalf of a purported class for alleged violations of the federal antitrust laws, California's Cartwright Act and California's UCL.  Google further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 24.

25.     Google admits that Mr. Palmer purports to maintain certain claims on behalf of a purported class for alleged violations of the federal antitrust laws, California's Cartwright Act and California's UCL.  Google further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 25.

26.     Google admits that Ms. Moglia purports to maintain certain claims on behalf of a purported class for alleged violations of the federal antitrust laws, California's Cartwright Act and California's UCL.  Google further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26.

27.     Google admits that Mr. Atkinson purports to maintain certain claims on behalf of a purported class for alleged violations of the federal antitrust laws, California's Cartwright Act and California's UCL.  Google further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27.

28.     Google denies the allegations in Paragraph 28, except to the extent that Paragraph 28 states legal conclusions to which no response is required.  Google avers that consumers may purchase applications from the Google Play Store and may pay for certain in-app content through Google Play Billing.  Google further refers the Court to Defendants' Motion to Dismiss Developers' Claim For Damages (ECF No. 91-1) for a complete and accurate statement of its contents.

29.     Google denies the allegations in Paragraph 29, except to the extent that Paragraph 29 states legal conclusions to which no response is required.

- 5 -

30.     Google denies the allegations in Paragraph 30, except admits that Google LLC is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business in Mountain View, California, and that Google LLC is a party to the DDA.  Google further admits that Google LLC is a subsidiary of XXVI Holdings Inc., which is a Delaware corporation and a subsidiary of Alphabet Inc.  Google further admits that Alphabet Inc. is a publicly traded company that is incorporated and existing under the laws of the State of Delaware and that maintains its principal executive offices in Mountain View, California.

31.     Google denies the allegations in Paragraph 31, except admits that Google Ireland Limited is organized under the laws of Ireland with its principal place of business in Dublin, Ireland, is a subsidiary of Google LLC, and is a party to the DDA.

32.     Google denies the allegations in Paragraph 32, except admits that Google Commerce Ltd. is organized under the laws of Ireland with its principal place of business in Dublin, Ireland and is a party to the DDA.

33.     Google denies the allegations in Paragraph 33, except admits that Google Asia Pacific Pte. Ltd. is organized under the laws of Singapore with its principal place of business in Mapletree Business City, Singapore and is a party to the DDA.

34.     Google denies the allegations in Paragraph 34, except admits that Google Payment Corp. is a Delaware corporation with its principal place of business in Mountain View, California and is a subsidiary of Google LLC.

35.     The allegations in Paragraph 35 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google does not dispute subject matter jurisdiction.

36.     The allegations in Paragraph 36 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google does not dispute—for purposes of this action only—the personal jurisdiction of this Court, but Google otherwise denies the allegations in Paragraph 36.

37.     The allegations in Paragraph 37 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google does not dispute—for purposes of this action

1    only—the venue of this action, but Google otherwise denies the allegations in Paragraph 37.

2            38.    The allegations in Paragraph 38 are legal conclusions not subject to admission or

3    denial.  To the extent a response is required, Google does not dispute—for purposes of this action

4    only—the venue of this action or the personal jurisdiction of this Court, but Google otherwise

5    denies the allegations in Paragraph 38.

6            39.    Google denies the allegations in Paragraph 39.

7            40.    Google denies the allegations in Paragraph 40, except admits that many currently

8    available mobile devices utilize operating systems that include touch commands, a graphical user

9    interface, cellular and Wi-Fi connectivity, GPS positioning, and/or mobile apps.

10           41.    Google denies the allegations in Paragraph 41, except admits that many currently

11   available mobile devices require an operating system.

12           42.    Google denies the allegations in Paragraph 42, except admits that an OS may serve

13   basic functions for mobile device users, may provide a software development platform for app

14   developers, and contains code, including APIs; and that developers may write apps that run on an

15   OS and/or are compatible with other apps or platforms.

16           43.    Google denies the allegations in Paragraph 43.

17           44.    Google denies the allegations in paragraph 44, except admits that most mobile

18   device manufacturers do not develop their own OSs.

19           45.    Google denies the allegations in Paragraph 45 to the extent they imply the

20   existence of a Licensable Mobile Operating System Market.  Google admits that Google Android

21   OS, "Tizen mobile OS," and Windows Phone OS are mobile operating systems, and that "Apple's

22   iOS is a broadly-used mobile OS in the United States."  Google is without knowledge or

23   information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45.

24           46.    Google denies the allegations in Paragraph 46.

25           47.    Google denies the allegations in Paragraph 47.

26           48.    Google denies the allegations in Paragraph 48.

27           49.    Google denies the allegations in Paragraph 49, except admits that the "direct

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

downloading of apps" is "sometimes called 'sideloading'" and avers that multiple app stores and access points to apps exist, as users can and do multi-home in accessing apps.

50.    Google denies the allegations in Paragraph 50.

51.    Google denies the allegations in Paragraph 51, except admits that "[a]pp stores allow consumers to use their mobile device to browse, search for, access reviews on, purchase (if necessary), download, and install mobile apps."

52.    Google denies the allegations in Paragraph 52.

53.    Google denies the allegations in Paragraph 53.

54.    Google denies the allegations in Paragraph 54.

55.    Google denies the allegations in Paragraph 55.

56.    Google admits that developers may offer products within an app, but is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.    Google denies the allegations in Paragraph 57.

58.    Google denies the allegations in Paragraph 58.

59.    Google denies the allegations in Paragraph 59.

60.    Google denies the allegations in Paragraph 60, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.  Google is without knowledge or information sufficient to form a belief as to the truth of the allegations relating to what developers could allegedly do with other payment systems.

61.    Google denies the allegations in Paragraph 61, and is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 concerning developers' alleged need for "the ability to offer efficient and seamless purchases within their applications."

62.    Google denies the allegations in Paragraph 62.

63.    Google denies the allegations in Paragraph 63.

64.    Google denies the allegations in Paragraph 64, except admits that Google LLC

- 8 -

acquired Android in 2005, that Android is an open source operating system "available for anyone to view, download, modify, enhance and redistribute," and that Android enables developers to have "an open and unobstructed environment to make their content available."  Google respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

65.     Google denies the allegations in Paragraph 65.

66.     Google denies the allegations in Paragraph 66.

67.     Google denies the allegations in Paragraph 67.

68.     Google denies the allegations in Paragraph 68.

69.     Google denies the allegations in Paragraph 69, except admits that OEMs may select an OS for devices they manufacture and ensuring compatibility between mobile devices and OS may require some time and investment.

70.     Google denies the allegations in Paragraph 70, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

71.     Google denies the allegations in Paragraph 71.

72.     Google denies the allegations in Paragraph 72, and is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 regarding what OEMs have acknowledged concerning OSs.

73.     Google denies the allegations in Paragraph 73, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

74.     Google denies the allegations in Paragraph 74.

75.     Google denies the allegations in Paragraph 75.

76.     Google denies the allegations in Paragraph 76.

77.     Google denies the allegations in Paragraph 77.

78.     Google denies the allegations in Paragraph 78, except admits that Google Play offers over 3 million apps, and that the large number of apps available through Google Play attracts users, as well as developers who choose to offer apps on Google Play because of the

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

1    benefit of free distribution and discoverability that Google Play provides.

2            79.     Google denies the allegations in Paragraph 79, except admits that the large number

3    of apps available through Google Play attracts users, as well as developers, who choose to offer

4    apps on Google Play because of the benefit of free distribution and discoverability that Google

5    Play provides.

6            80.     Google denies the allegations in Paragraph 80.

7            81.     Google denies the allegations in Paragraph 81, and is without knowledge or

8    information sufficient to form a belief as to the truth of the allegations in Paragraph 81 about

9    Microsoft's and Epic's terms and offerings and refers the Court to the referenced announcement

10   for a full and complete statement of its contents.

11           82.     Google denies the allegations in Paragraph 82, except admits that Alphabet Inc.'s

12   total revenue for 2020 was $182 billion.

13           83.     Google denies the allegations in Paragraph 83, except admits that many devices

14   carry more than one store, including the Samsung Galaxy Store, in addition to Google Play.

15           84.     Google denies the allegations in Paragraph 84, except admits that one or more

16   defendants have agreements called Mobile Application and Distribution Agreements ("MADAs")

17   with some OEM partners, and respectfully refers the Court to the cited documents for a complete

18   and accurate statement of their contents.

19           85.     Google denies the allegations in Paragraph 85, except admits that the Samsung

20   Galaxy Store is a competitor of the Google Play Store, and respectfully refers the Court to the

21   cited documents for a complete and accurate statement of their contents.

22           86.     Google denies the allegations in Paragraph 86, and respectfully refers the Court to

23   the cited documents for a complete and accurate statement of their contents.

24           87.     Google denies the allegations in Paragraph 87, and respectfully refers the Court to

25   the cited documents for a complete and accurate statement of their contents.

26           88.     Google denies the allegations in Paragraph 88, and respectfully refers the Court to

27   the cited documents for a complete and accurate statement of their contents.

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

89.     Google denies the allegations in Paragraph 89, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

90.     Google denies the allegations in Paragraph 90.

91.     Google denies the allegations in Paragraph 91, except admits that the Samsung Galaxy Store is a competitor of the Google Play Store.

92.     Google denies the allegations in Paragraph 92.

93.     Google denies the allegations in Paragraph 93, and avers that evidence shows that users can and do switch and multi-home among and between mobile and nonmobile ecosystems, including between Android and iOS.

94.     Google denies the allegations in Paragraph 94.

95.     Google denies the allegations in Paragraph 95.

96.     Google denies the allegations in Paragraph 96.

97.     Google admits that mobile apps expand the utility of mobile devices, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 97.

98.     Google denies the allegations in Paragraph 98, except admits that "mobile apps can be browsed, purchased (if necessary), and downloaded" on the Google Play Store.

99.     Google denies the allegations in Paragraph 99.

100.    Google admits the allegations in Paragraph 100, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

101.    Google denies the allegations in Paragraph 101, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

102.    Google admits the allegations in Paragraph 102, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

103.    Google admits the allegations in Paragraph 103, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

104.    Google denies the allegations in Paragraph 104.

- 11 -

105.     Google denies the allegations in Paragraph 105, and respectfully refers the Court to the cited document for a complete and accurate statement of its contents.

106.     Google denies the allegations in Paragraph 106, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

107.     Google denies the allegations in Paragraph 107.

108.     Google denies the allegations in Paragraph 108.

109.     Google denies the allegations in Paragraph 109, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents, except admits that mobile manufacturers have a choice whether to enter into a MADA to distribute devices with proprietary Google apps, including the Google Play Store, and that these agreements contain various provisions regarding placement of certain Google apps for the initial out-of-the-box settings, though the specific terms have changed over time.

110.     Google denies the allegations in Paragraph 110, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

111.     Google denies the allegations in Paragraph 111, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

112.     Google denies the allegations in Paragraph 112.

113.     Google denies the allegations in Paragraph 113.

114.     Google denies the allegations in Paragraph 114, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

115.     Google denies the allegations in Paragraph 115, and is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 regarding Kakao.  Google respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

116.     Google denies the allegations in Paragraph 116, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

117.     Google denies the allegations in Paragraph 117, and respectfully refers the Court

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

1    to the cited documents for a complete and accurate statement of their contents.

2           118.    Google denies the allegations in Paragraph 118, except admits that DDA, Section

3    4.5 states, "You may not use Google Play to distribute or make available any Product that has a

4    purpose that facilitates the distribution of software applications and games for use on Android

5    devices outside of Google Play."  Google respectfully refers the Court to the cited documents for

6    a complete and accurate statement of their contents.

7           119.    Google denies the allegations in Paragraph 119, and respectfully refers the Court

8    to the cited documents for a complete and accurate statement of their contents.

9           120.    Google denies the allegations in Paragraph 120, and respectfully refers the Court

10   to the cited documents for a complete and accurate statement of their contents.

11          121.    Google denies the allegations in Paragraph 121, respectfully refers the Court to the

12   cited documents for a complete and accurate statement of their contents, and is without

13   knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

14   121 regarding what OnePlus told Epic.

15          122.    Google denies the allegations in Paragraph 122, and respectfully refers the Court

16   to the cited documents for a complete and accurate statement of their contents.

17          123.    Google denies the allegations in Paragraph 123, and respectfully refers the Court

18   to the cited documents for a complete and accurate statement of their contents.

19          124.    Google denies the allegations in Paragraph 124, and respectfully refers the Court

20   to the cited documents for a complete and accurate statement of their contents.

21          125.    Google denies the allegations in Paragraph 125, and respectfully refers the Court

22   to the cited documents for a complete and accurate statement of their contents.

23          126.    Google denies the allegations in Paragraph 126.

24          127.    Google denies the allegations in Paragraph 127, except admits that one or more

25   defendants have optional revenue sharing agreements with OEMs, and respectfully refers the

26   Court to the cited documents for a complete and accurate statement of their contents.

27          128.    Google denies the allegations in Paragraph 128, and respectfully refers the Court

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

to the cited documents for a complete and accurate statement of their contents.

129.    Google denies the allegations in Paragraph 129, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

130.    Google denies the allegations in Paragraph 130, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

131.    Google denies the allegations in Paragraph 131, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

132.    Google denies the allegations in Paragraph 132, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

133.    Google denies the allegations in Paragraph 133, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

134.    Google denies the allegations in Paragraph 134, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

135.    Google denies the allegations in Paragraph 135, except admits that one or more defendants offer a Premier Device Program.  Google respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

136.    Google denies the allegations in Paragraph 136, except admits that discovery is ongoing, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

137.    Google denies the allegations in Paragraph 137, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

138.    Google denies the allegations in Paragraph 138, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

139.    Google denies the allegations in Paragraph 139.

140.    Google denies the allegations in Paragraph 140.

141.    Google denies the allegations in Paragraph 141, except admits that DDA, Section 4.5 states, "You may not use Google Play to distribute or make available any Product that has a

- 14 -

purpose that facilitates the distribution of software applications and games for use on Android devices outside of Google Play." Google respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

142. Google denies the allegations in Paragraph 142, except admits that developers are generally required to enter into the DDA to distribute apps through Google Play. Google respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

143. Google denies the allegations in Paragraph 143, except admits that DDA, Section 4.5 states, "You may not use Google Play to distribute or make available any Product that has a purpose that facilitates the distribution of software applications and games for use on Android devices outside of Google Play." Google respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

144. Google denies the allegations in Paragraph 144, except admits that the Amazon Appstore was removed from Google Play.

145. Google denies the allegations in Paragraph 145, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

146. Google denies the allegations in Paragraph 146, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

147. Google denies the allegations in Paragraph 147, except admits that developers are generally required to enter into the DDA to distribute apps through Google Play. Google respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

148. Google denies the allegations in Paragraph 148.

149. Google denies the allegations in Paragraph 149, except admits that one or more defendants offer an App Campaigns program, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

150. Google denies the allegations in Paragraph 150.

- 15 -

1    151.    Google denies the allegations in Paragraph 151.

2    152.    Google denies the allegations in Paragraph 152, except admits that one or more

3    defendants offer an Advanced Protection Program, but avers that the Advanced Protection

4    Program is optional and that users can choose whether to enroll in it.

5    153.    Google denies the allegations in Paragraph 153, except admits that users can

6    sideload other apps and app stores on Android, that those app stores are subject to notifications

7    regarding sideloading, and that Aptoide was flagged as "harmful."

8    154.    Google denies the allegations in Paragraph 154, and respectfully refers the Court

9    to the cited documents for a complete and accurate statement of their contents.

10    155.    Google denies the allegations in Paragraph 155, and respectfully refers the Court

11    to the cited documents for a complete and accurate statement of their contents.

12    156.    Google denies the allegations in Paragraph 156, except admits that in certain

13    instances sideloaded apps do not automatically update in the background on the Android OS.

14    Google respectfully refers the Court to the cited documents for a complete and accurate statement

15    of their contents.

16    157.    Google denies the allegations in Paragraph 157, except admits that in certain

17    instances sideloaded apps do not automatically update in the background on the Android OS.

18    Google respectfully refers the Court to the cited documents for a complete and accurate statement

19    of their contents.

20    158.    Google denies the allegations in Paragraph 158, and respectfully refers the Court

21    to the cited documents for a complete and accurate statement of their contents.

22    159.    Google denies the allegations in Paragraph 159, and respectfully refers the Court

23    to the cited documents for a complete and accurate statement of their contents.

24    160.    Google denies the allegations in Paragraph 160, and respectfully refers the Court

25    to the cited documents for a complete and accurate statement of their contents.

26    161.    Google denies the allegations in Paragraph 161, and is without knowledge or

27    information sufficient to form a belief as to the truth of the allegations in Paragraph 161 regarding

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

1    PC users' behavior.

2           162.    Google denies the allegations in Paragraph 162.

3           163.    Google denies the allegations in Paragraph 163.

4           164.    Google denies the allegations in Paragraph 164.

5           165.    Google denies the allegations in Paragraph 165.

6           166.    Google denies the allegations in Paragraph 166.

7           167.    Google denies the allegations in Paragraph 167.

8           168.    Google denies the allegations in Paragraph 168.

9           169.    Google denies the allegations in Paragraph 169.

10          170.    Google denies the allegations in Paragraph 170.

11          171.    Google denies the allegations in Paragraph 171.

12          172.    Google denies the allegations in Paragraph 172.

13          173.    Google admits the allegations in Paragraph 173, except as to the last sentence.

14   Google avers that app developers who sell digital content have available to them a variety of

15   options to process consumers' purchases.

16          174.    Google denies the allegations in Paragraph 174.

17          175.    Google denies the allegations in Paragraph 175.

18          176.    Google denies the allegations in Paragraph 176.

19          177.    Google denies the allegations in Paragraph 177, and respectfully refers the Court

20   to the cited documents for a complete and accurate statement of their contents.

21          178.    Google denies the allegations in Paragraph 178.

22          179.    Google denies the allegations in Paragraph 179, and respectfully refers the Court

23   to the cited documents for a complete and accurate statement of their contents.

24          180.    Google denies the allegations in Paragraph 180, and respectfully refers the Court

25   to the cited documents for a complete and accurate statement of their contents.

26          181.    Google denies the allegations in Paragraph 181, and respectfully refers the Court

27   to the cited document for a complete and accurate statement of its contents.

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

1        182.    Google denies the allegations in Paragraph 182.

2        183.    Google denies the allegations in Paragraph 183.

3        184.    Google denies the allegations in Paragraph 184.  To the extent Paragraph 184

4 characterizes Epic's claims, no response is required.

5        185.    Google denies the allegations in Paragraph 185, and is without knowledge or

6 information sufficient to form a belief as to the truth of the allegations in Paragraph 185 regarding

7 Epic and Coda Payments.

8        186.    Google denies the allegations in Paragraph 186, and is without knowledge or

9 information sufficient to form a belief as to the truth of the allegations in Paragraph 186 regarding

10 Codashop.

11        187.    Google denies the allegations in Paragraph 187, except admits that Netflix,

12 Spotify, and Tinder are popular apps that offer subscription services.

13        188.    Google denies the allegations in Paragraph 188.

14        189.    Google denies the allegations in Paragraph 189, and respectfully refers the Court

15 to the cited documents for a complete and accurate statement of their contents.

16        190.    Google denies the allegations in Paragraph 190, and respectfully refers the Court

17 to the cited documents for a complete and accurate statement of their contents.

18        191.    Google denies the allegations in Paragraph 191.

19        192.    Google denies the allegations in Paragraph 192.

20        193.    Google denies the allegations in Paragraph 193, and respectfully refers the Court

21 to the cited documents for a complete and accurate statement of their contents.

22        194.    Google denies the allegations in Paragraph 194.

23        195.    Google denies the allegations in Paragraph 195, and respectfully refers the Court

24 to the cited documents for a complete and accurate statement of their contents.

25        196.    Google denies the allegations in Paragraph 196.

26        197.    Google denies the allegations in Paragraph 197.

27        198.    Google denies the allegations in Paragraph 198.

28

1    199.    Google denies the allegations in Paragraph 199.

2    200.    Google denies the allegations in Paragraph 200.

3    201.    Google denies the allegations in Paragraph 201.

4    202.    Google denies the allegations in Paragraph 202.

5    203.    Google denies the allegations in Paragraph 203.

6    204.    Google denies the allegations in Paragraph 204.

7    205.    Google denies the allegations in Paragraph 205.

8    206.    Google denies the allegations in Paragraph 206.

9    207.    Google denies the allegations in Paragraph 207, and is without knowledge or

10   information sufficient to form a belief as to the truth of the allegations in Paragraph 207 regarding

11   the actions of Plaintiffs and unnamed class members.

12   208.    Google denies the allegations in Paragraph 208.

13   209.    Google denies the allegations in Paragraph 209.  To the extent Paragraph 209

14   contains Plaintiffs' characterization of their own claims, no response is required.

15   210.    Google denies the allegations in Paragraph 210.  To the extent Paragraph 210

16   contains Plaintiffs' characterization of their own claims, no response is required.

17   211.    The allegations in Paragraph 211 are legal conclusions not subject to admission or

18   denial.  To the extent a response is required, Google denies the allegations in Paragraph 211.

19   212.    The allegations in Paragraph 212 are legal conclusions not subject to admission or

20   denial.  To the extent a response is required, Google denies the allegations in Paragraph 212.

21   213.    The allegations in Paragraph 213 are legal conclusions not subject to admission or

22   denial.  To the extent a response is required, Google denies the allegations in Paragraph 213.

23   214.    The allegations in Paragraph 214 are legal conclusions not subject to admission or

24   denial.  To the extent a response is required, Google denies the allegations in Paragraph 214.

25   215.    The allegations in Paragraph 215 are legal conclusions not subject to admission or

26   denial.  To the extent a response is required, Google denies the allegations in Paragraph 215.

27   216.    The allegations in Paragraph 216 are legal conclusions not subject to admission or

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

denial.  To the extent Paragraph 216 contains Plaintiffs' characterization of their own claims, no response is required.  To the extent a response is required, Google denies the allegations in Paragraph 216.

217.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

218.    Google denies the allegations in Paragraph 218, except to the extent that Paragraph 218 states legal conclusions to which no response is required.

219.    Google denies the allegations in Paragraph 219.

220.    Google denies the allegations in Paragraph 220.

221.    Google denies the allegations in Paragraph 221.

222.    Google denies the allegations in Paragraph 222, except admits that it engages in interstate and foreign commerce.

223.    Google denies the allegations in Paragraph 223.

224.    Google denies the allegations in Paragraph 224.

225.    Google denies the allegations in Paragraph 225.

226.    Google denies the allegations in Paragraph 226.

227.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

228.    Google denies the allegations in Paragraph 228, except to the extent that Paragraph 228 states legal conclusions to which no response is required.

229.    Google denies the allegations in Paragraph 229, except admits that one or more of the defendants have entered into agreements with some OEMs.

230.    Google denies the allegations in Paragraph 230.

231.    Google denies the allegations in Paragraph 231, except admits that it engages in interstate and foreign commerce.

232.    Google denies the allegations in Paragraph 232.

233.    Google denies the allegations in Paragraph 233.

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

1    234.    Google denies the allegations in Paragraph 234.

2    235.    Google reasserts and hereby incorporates by reference its responses to each

3    Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

4    236.    Google denies the allegations in Paragraph 236, except to the extent that Paragraph

5    236 states legal conclusions to which no response is required.

6    237.    Google denies the allegations in Paragraph 237.

7    238.    Google denies the allegations in Paragraph 238, and respectfully refers the Court

8    to the cited documents for a complete and accurate statement of their contents.

9    239.    Google denies the allegations in Paragraph 239.

10    240.    Google denies the allegations in Paragraph 240, except admits that it engages in

11    interstate and foreign commerce.

12    241.    Google denies the allegations in Paragraph 241.

13    242.    Google denies the allegations in Paragraph 242.

14    243.    Google denies the allegations in Paragraph 243.

15    244.    Google reasserts and hereby incorporates by reference its responses to each

16    Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

17    245.    Google denies the allegations in Paragraph 245, except to the extent that Paragraph

18    245 states legal conclusions to which no response is required.

19    246.    Google denies the allegations in Paragraph 246.

20    247.    Google denies the allegations in Paragraph 247.

21    248.    Google denies the allegations in Paragraph 248, and respectfully refers the Court

22    to the cited documents for a complete and accurate statement of their contents.

23    249.    Google denies the allegations in Paragraph 249.

24    250.    Google denies the allegations in Paragraph 250, except admits it engages in

25    interstate and foreign commerce.

26    251.    Google denies the allegations in Paragraph 251.

27    252.    Google denies the allegations in Paragraph 252.

28

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

253.    Google denies the allegations in Paragraph 253.

254.    Google denies the allegations in Paragraph 254.

255.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

256.    Google denies the allegations in Paragraph 256, except to the extent that Paragraph 256 states legal conclusions to which no response is required.

257.    Google denies the allegations in Paragraph 257, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

258.    Google denies the allegations in Paragraph 258, and respectfully refers the Court to the cited document for a complete and accurate statement of its contents.

259.    Google denies the allegations in Paragraph 259, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

260.    Google denies the allegations in Paragraph 260.

261.    Google denies the allegations in Paragraph 261, except admits that it engages in interstate and foreign commerce.

262.    Google denies the allegations in Paragraph 262.

263.    Google denies the allegations in Paragraph 263.

264.    Google denies the allegations in Paragraph 264.

265.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

266.    Google denies the allegations in Paragraph 266, except to the extent that Paragraph 266 states legal conclusions to which no response is required.

267.    Google denies the allegations in Paragraph 267, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

268.    Google denies the allegations in Paragraph 268.

269.    Google denies the allegations in Paragraph 269.

270.    Google denies the allegations in Paragraph 270.

- 22 -

271.    Google denies the allegations in Paragraph 271.

272.    Google denies the allegations in Paragraph 272.

273.    Google denies the allegations in Paragraph 273.

274.    Google denies the allegations in Paragraph 274.

275.    Google denies the allegations in Paragraph 275.

276.    Google denies the allegations in Paragraph 276, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

277.    Google denies the allegations in Paragraph 277, except to the extent that Paragraph 277 states or incorporates legal conclusions to which no response is required.

278.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Amended Complaint, as though fully set forth herein.

279.    Google denies the allegations in Paragraph 279, except to the extent that Paragraph 279 states legal conclusions to which no response is required.

280.    The allegations in Paragraph 280 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google denies the allegations in Paragraph 280.

281.    Google denies the allegations in Paragraph 281.

282.    Google denies the allegations in Paragraph 282, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

283.    Google denies the allegations in Paragraph 283.

284.    Google denies the allegations in Paragraph 284, except to the extent that Paragraph 284 states legal conclusions to which no response is required.

285.    Google denies the allegations in Paragraph 285, except to the extent that Paragraph 285 states legal conclusions to which no response is required.

286.    Google denies the allegations in Paragraph 286.

287.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Amended Complaint, as though fully set forth herein.

288.    Google denies the allegations in Paragraph 288, except to the extent that Paragraph

1  | 288 states legal conclusions to which no response is required.

2  | 289.   The allegations in Paragraph 289 are legal conclusions not subject to admission or

3  | denial.  To the extent a response is required, Google denies the allegations in Paragraph 289.

4  | 290.   Google denies the allegations in Paragraph 290.

5  | 291.   Google denies the allegations in Paragraph 291, and respectfully refers the Court

6  | to the cited documents for a complete and accurate statement of their contents.

7  | 292.   Google denies the allegations in Paragraph 292, and respectfully refers the Court

8  | to the cited documents for a complete and accurate statement of their contents.

9  | 293.   Google denies the allegations in Paragraph 293.

10 | 294.   Google denies the allegations in Paragraph 294.

11 | 295.   Google denies the allegations in Paragraph 295, except to the extent that Paragraph

12 | 295 states legal conclusions to which no response is required.

13 | 296.   Google denies the allegations in Paragraph 296, except to the extent that Paragraph

14 | 296 states legal conclusions to which no response is required.

15 | 297.   Google denies the allegations in Paragraph 297.

16 | 298.   Google reasserts and hereby incorporates by reference its responses to each

17 | Paragraph of Plaintiffs' Amended Complaint, as though fully set forth herein.

18 | 299.   Google denies the allegations in Paragraph 299, except to the extent that Paragraph

19 | 299 states legal conclusions to which no response is required.

20 | 300.   The allegations in Paragraph 300 are legal conclusions not subject to admission or

21 | denial.  To the extent a response is required, Google denies the allegations in Paragraph 300.

22 | 301.   Google denies the allegations in Paragraph 301.

23 | 302.   Google denies the allegations in Paragraph 302.

24 | 303.   Google denies the allegations in Paragraph 303, and respectfully refers the Court

25 | to the cited documents for a complete and accurate statement of their contents.

26 | 304.   Google denies the allegations in Paragraph 304, and respectfully refers the Court

27 | to the cited documents for a complete and accurate statement of their contents.

28 |

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

305.    Google denies the allegations in Paragraph 305.

306.    Google denies the allegations in Paragraph 306.

307.    Google denies the allegations in Paragraph 307, except to the extent that Paragraph 307 states legal conclusions to which no response is required.

308.    Google denies the allegations in Paragraph 308, except to the extent that Paragraph 308 states legal conclusions to which no response is required.

309.    Google denies the allegations in Paragraph 309.

310.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Amended Complaint, as though fully set forth herein.

311.    Google denies the allegations in Paragraph 311, except to the extent that Paragraph 311 states legal conclusions to which no response is required.

312.    The allegations in Paragraph 312 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google denies the allegations in Paragraph 312.

313.    The allegations in Paragraph 313 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google denies the allegations in Paragraph 313.

314.    Google denies the allegations in Paragraph 314, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

315.    Google denies the allegations in Paragraph 315.

316.    Google denies the allegations in Paragraph 316.

317.    Google denies the allegations in Paragraph 317.

318.    Google denies the allegations in Paragraph 318.

319.    Google denies the allegations in Paragraph 319.

320.    Google denies the allegations in Paragraph 320, except to the extent that Paragraph 320 states legal conclusions to which no response is required.

321.    Google denies the allegations in Paragraph 321.

322.    Google denies the allegations in Paragraph 322, except to the extent that Paragraph 322 states legal conclusions to which no response is required.

- 25 -

323.    Google denies the allegations in Paragraph 323, except to the extent that Paragraph 323 states legal conclusions to which no response is required.

324.    Google denies the allegations in Paragraph 324.

325.    Google reasserts and hereby incorporates by reference its responses to each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

326.    The allegations in Paragraph 326 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google denies the allegations in Paragraph 326.

327.    Google denies the allegations in Paragraph 327, except to the extent that Paragraph 327 states legal conclusions to which no response is required.

328.    Google denies the allegations in Paragraph 328, except to the extent that Paragraph 328 states legal conclusions to which no response is required.

329.    Google denies the allegations in Paragraph 329, except to the extent that Paragraph 329 states legal conclusions to which no response is required.

330.    Google denies the allegations in Paragraph 330, except to the extent that Paragraph 330 states legal conclusions to which no response is required.

331.    Google denies the allegations in Paragraph 331, except to the extent that Paragraph 331 states legal conclusions to which no response is required.

332.    The allegations in Paragraph 332 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google denies the allegations in Paragraph 332.

333.    The allegations in Paragraph 333 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google denies the allegations in Paragraph 333.

334.    Google denies the allegations in Paragraph 334, except to the extent that Paragraph 334 states legal conclusions to which no response is required.

335.    Google denies the allegations in Paragraph 335.

336.    Google denies the allegations in Paragraph 336, except to the extent that Paragraph 336 states legal conclusions to which no response is required.

337.    Google denies the allegations in Paragraph 337, except to the extent that Paragraph

337 states legal conclusions to which no response is required.

338.   The allegations in Paragraph 338 are legal conclusions not subject to admission or denial.  To the extent a response is required, Google denies the allegations in Paragraph 338.

339.   Google denies the allegations in Paragraph 339, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

340.   Google denies the allegations in Paragraph 340, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

341.   Google denies the allegations in Paragraph 341, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

342.   Google denies the allegations in Paragraph 342, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

343.   Google denies the allegations in Paragraph 343.

344.   Google denies the allegations in Paragraph 344.

345.   Google denies the allegations in Paragraph 345, except to the extent that Paragraph 345 states legal conclusions to which no response is required.

346.   Google denies the allegations in Paragraph 346, except to the extent that Paragraph 346 states legal conclusions to which no response is required.

347.   Google denies the allegations in Paragraph 347.

348.   Google denies the allegations in Paragraph 348.

349.   Google denies the allegations in Paragraph 349.

350.   Google denies the allegations in Paragraph 350, except to the extent that Paragraph 350 states legal conclusions to which no response is required.

351.   Google denies the allegations in Paragraph 351, and respectfully refers the Court to the cited documents for a complete and accurate statement of their contents.

352.   Google denies the allegations in Paragraph 352.

353.   Google denies the allegations in Paragraph 353.

354.   Google denies the allegations in Paragraph 354, except to the extent that Paragraph

- 27 -

354 states legal conclusions to which no response is required.

355.   Google denies the allegations in Paragraph 355.

356.   Google denies the allegations in Paragraph 356, except to the extent that Paragraph 356 states legal conclusions to which no response is required.

357.   Google denies the allegations in Paragraph 357, except to the extent that Paragraph 357 states legal conclusions to which no response is required.

358.   Google denies the allegations in Paragraph 358, except to the extent that Paragraph 358 states legal conclusions to which no response is required.

**Answer to Plaintiffs' Prayer for Relief:**  To the extent that an answer is required to the Prayer for Relief, Google denies the allegations contained therein.  Google further states that Plaintiffs are not entitled to any remedies sought in the Complaint.

**Answer to Plaintiffs' Demand for a Jury Trial:**  Google admits that Plaintiffs seek trial by jury on issues so triable.

## AFFIRMATIVE OR ALTERNATIVE DEFENSES

In addition to the reasons stated above, Plaintiffs are not entitled to relief, and Google is entitled to judgment in its favor and against Plaintiffs, on the basis of the following Affirmative or Alternative Defenses, pleaded in the alternative to the extent they may be found to be inconsistent.  Google further states that Plaintiffs are not entitled to injunctive relief, including any injunctive relief that is worldwide in scope.  In asserting these defenses, Google does not assume the burden of proof on any issue that would otherwise rest on Plaintiffs.  Further, Google reserves all affirmative defenses under Federal Rule of Civil Procedure 8(c) and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

## First Defense

### (Failure to State a Cause of Action)

The Complaint fails to state a claim upon which relief can be granted.

- 28 -

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Second Defense**

**(Legitimate Business Justifications)**

Any and all of Google's actions alleged by Plaintiffs were lawful, justified, procompetitive, and carried out in Google's legitimate business interests and constitute bona fide competitive activity, the benefits of which significantly outweigh any alleged anticompetitive effects.

**Third Defense**

**(Relief Contrary to Public Interest, Inequitable, Impractical, and Unworkable)**

The relief sought by Plaintiffs would be contrary to the public interest, harm consumers, and is otherwise inequitable, impractical, and unworkable.

**Fourth Defense**

**(International Comity)**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of international comity, insofar as Plaintiffs seek injunctive relief affecting transactions and conduct occurring outside U.S. jurisdiction.

**Fifth Defense**

**(Failure to Join an Indispensable Party)**

The Complaint fails to join necessary and indispensable parties, including, but not limited to, consumers and developers of apps distributed for free on Google Play.

**Sixth Defense**

**(Foreign Trade Antitrust Improvements Act)**

Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a, insofar as Plaintiffs make claims concerning transactions or alleged conduct involving trade or commerce with foreign nations outside U.S. jurisdiction.

**Seventh Defense**

**(*Noerr-Pennington* Doctrine)**

Plaintiffs' causes of action are barred, in whole or in part, by the *Noerr-Pennington*

- 29 -

1  doctrine.

2                                    **Eighth Defense**

3                              **(Mitigation of Damages)**

4          Plaintiffs' claims are barred, in whole or in part, by their failure to mitigate damages, if

5  any.

6                                    **Ninth Defense**

7                      **(Lack of Standing - Indirect Purchasers)**

8          Each of Plaintiffs' claims or causes of action are barred, in whole or in part, to the extent

9  that they did not transact directly with Google on the Play Store, because they are indirect

10  purchasers and barred from maintaining an action under state and federal antitrust laws from

11  seeking injuries in that capacity.

12                                   **Tenth Defense**

13                             **(Statute of Limitations)**

14         Plaintiffs' claims are barred, in whole or in part, by the statute of limitations applicable to

15  their respective claims.

16                                  **Eleventh Defense**

17                           **(Dormant Commerce Clause)**

18         Plaintiffs' claims are barred, in whole or in part, by the Dormant Commerce Clause.

19                           **RESERVATION OF DEFENSES**

20         Google reserves the right to assert additional defenses when it determines the particulars

21  of Plaintiffs' claims, which are not apparent from the face of the Complaint.  Google reserves the

22  right to amend this Answer to add, delete, or modify defenses based upon legal theories that may

23  be or will be divulged through clarification of Plaintiffs' Complaint, through discovery, or

24  through further legal analysis of Plaintiffs' position in this litigation.

25                                  **JURY DEMAND**

26         Google demands a trial by jury on all issues so triable.

27

28

                                          - 30 -

1   Respectfully submitted,

2   Dated: October 11, 2021

3                                                  **O'MELVENY & MYERS LLP**
                                                   Ian Simmons (*pro hac vice*[1])
4                                                  Daniel M. Petrocelli
                                                   Benjamin G. Bradshaw
5                                                  Stephen J. McIntyre

6                                                  By:    /s/ *Ian Simmons*                __
                                                          Ian Simmons
7

8                                                  **MORGAN, LEWIS & BOCKIUS LLP**
                                                   Brian C. Rocca
9                                                  Sujal J. Shah
                                                   Michelle Park Chiu
10                                                 Minna L. Naranjo
                                                   Rishi P. Satia
11

12                                                 By:    /s/ *Brian C. Rocca*              __
                                                          Brian C. Rocca
13
                                                   **MUNGER, TOLLES & OLSON LLP**
14                                                 Glenn D. Pomerantz
                                                   Kuruvilla Olasa
15                                                 Kyle W. Mach
                                                   Justin P. Raphael
16                                                 Emily C. Curran-Huberty
                                                   Jonathan I. Kravis
17
                                                   By:    /s/ *Glenn D. Pomerantz*         __
18                                                        Glenn D. Pomerantz

19                                                 *Counsel for Defendants*

20

21

22

23

24

25

26

27
    _____
28  [1] *Pro hac vice* pending in Case No. 3:21-md-02981-JD.

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: October 11, 2021

By:   /s/ *Ian Simmons*_____
      Ian Simmons

ANSWERS AND DEFENSES TO CONSUMERS' FIRST AMENDED COMPLAINT
Case Nos. 3:20-cv-05761-JD; 3:21-md-02981-JD