UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Play Store Antitrust Litigation | Case No.  21-md-02981-JD <br><br> **MDL SCHEDULING ORDER** |

After considering the parties' Joint Statement re: Case Schedule, MDL Dkt. No. 108, the Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.  This order applies to all actions that are a part of this multi-district litigation case, and supersedes all scheduling orders previously issued in any member case.

| **Event** | **Deadline** |
|---|---|
| Google's responsive pleadings | October 11, 2021 |
| Status conference | November 18, 2021, at 11 a.m. (by remote access) |
| Add parties and amend pleadings | December 3, 2021 |
| Status conference | December 16, 2021, at 11 a.m. (by remote access) |
| Plaintiffs' class certification motion with expert reports | January 28, 2022 |
| Google's class certification opposition with expert report; *Daubert* motion (if any) | February 25, 2022 |

| **Event** | **Deadline** |
|---|---|
| Status conference | March 17, 2022, at 11 a.m. (by remote access) |
| Plaintiffs' class certification reply with reply expert report (if any); *Daubert* opposition (if any) | March 21, 2022 |
| Plaintiffs' class certification *Daubert* reply (if any) | March 28, 2022 |
| Fact discovery cut-off | April 4, 2022 |
| Plaintiffs' merits expert reports | April 11, 2022 |
| Class certification hearing and concurrent expert proceeding | April 14, 2022, at 1:30 p.m. |
| Google's merits expert reports | May 9, 2022 |
| Plaintiffs' merits reply expert reports | June 6, 2022 |
| Status conference | June 16, 2022, at 11 a.m. (by remote access) |
| Expert discovery cut-off | June 24, 2022 |
| Last day to file dispositive and *Daubert* motions | June 30, 2022 |
| Dispositive and *Daubert* motion responses | July 22, 2022 |
| Dispositive and *Daubert* motion replies | August 4, 2022 |
| Dispositive motion hearing and concurrent expert proceeding | August 18, 2022, at 1:30 p.m. |
| Pretrial conference | October 6, 2022, at 1:30 p.m. |
| Trial | October 17, 2022, at 9:00 a.m. |

For the pretrial conference and trial, the specifics of which cases will be tried and in what order are issues that will be fine-tuned by the Court in consultation with the parties at a later date. As previously discussed, the Court expects a proposed trial plan can be finalized and submitted to the Court by mid-January 2022.

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling

2

conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

The parties will abide by their agreements as stated in their Joint Statement. MDL Dkt. No. 108 at 1 nn. 1-3.

**IT IS SO ORDERED.**

Dated: October 22, 2021

JAMES DONATO
United States District Judge