```
1   BENJAMIN G. BRADSHAW (S.B. #189925)
    bbradshaw@omm.com
2   O'MELVENY & MYERS LLP
    1625 Eye Street, NW
3   Washington, DC  20006-4061
    Telephone:    +1 202 383 5300
4   Facsimile:    +1 202 383 5414

5   Attorney for Defendants
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF BENJAMIN G. BRADSHAW** |
| *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | |

    PLEASE TAKE NOTICE that attorney Benjamin G. Bradshaw of the law firm of O'Melveny & Myers LLP, located at 1625 Eye Street, NW, Washington, D.C. 20006-4061, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: October 22, 2021

BENJAMIN G. BRADSHAW
O'MELVENY & MYERS LLP

By: */s/ Benjamin G. Bradshaw*
Ben Bradshaw
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4061
Telephone: (202) 383-5300

*Attorney for Defendants*