1  STEPHEN MCINTYRE
   smcintyre@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  18th Floor
   Los Angeles, California  90071-2899
4  Telephone:     +1 213 430 6000
   Facsimile:     +1 213 430 6407
5
   *Attorney for Defendants*
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO

11

| 12 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|---|
| 13 | THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF STEPHEN MCINTYRE** |
| 14 | *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| 15 | | |
| 16 | *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| 17 | | |
| 18 | *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| 19 | *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | |
| 20 | | |

21       PLEASE TAKE NOTICE that attorney Stephen McIntyre of the law firm of O'Melveny
22  & Myers LLP, located at 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2899,
23  hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland
24  Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and
25  Alphabet Inc. in the above-captioned action, and requests that all court documents in connection
26  with this action be served upon him at the e-mail address listed above.

27

28

Dated: October 22, 2021

STEPHEN MCINTYRE
O'MELVENY & MYERS LLP


By: */s/ Stephen McIntyre*
    Stephen McIntyre
    O'MELVENY & MYERS LLP
    400 South Hope Street
    18th Floor
    Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000

*Attorney for Defendants*