1  GLENN D. POMERANTZ (State Bar No. 112503)
   Glenn.Pomerantz@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, CA 90071-3426
4  Telephone:     (213) 683-9100
   Facsimile:      (213) 687-3702
5
   Attorney for Defendants
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO**

11

| 12 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|---|
| 13 | | **NOTICE OF APPEARANCE OF GLENN D. POMERANTZ** |
| 14 | THIS DOCUMENT RELATES TO: | |
| 15 | *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| 16 | *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| 17 | | |
| 18 | *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| 19 | *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | |
| 20 | | |

23      PLEASE TAKE NOTICE that attorney Glenn D. Pomerantz of the law firm of
24  Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles,
25  CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google
26  Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment
27  Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in
28  connection with this action be served upon him at the email address listed above.

1  DATED: October 28, 2021          MUNGER, TOLLES & OLSON LLP

2

3

4          By:    /s/ Glenn D. Pomerantz
                 GLENN D. POMERANTZ
                 MUNGER, TOLLES & OLSON LLP
5                350 South Grand Avenue
                 Fiftieth Floor
6                Los Angeles, CA 90071
                 Telephone: (213) 683-9100
7
          Attorney for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28