| | |
|---|---|
| 1 | EMILY C. CURRAN-HUBERTY (State Bar No. 293065) |
| | Emily.Curran-Huberty@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 3 | Twenty-Seventh Floor |
| | San Francisco, California 94105-2907 |
| 4 | Telephone:   (415) 512-4000 |
| | Facsimile:   (415) 512-4077 |
| 5 | |
| | Attorney for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF EMILY C. CURRAN-HUBERTY** |
| *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | |

PLEASE TAKE NOTICE that attorney Emily C. Curran-Huberty of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon her at the email address listed above.

1  DATED: October 28, 2021              MUNGER, TOLLES & OLSON LLP

                                        By:   */s/ Emily C. Curran-Huberty*
                                              EMILY C. CURRAN-HUBERTY
                                              MUNGER, TOLLES & OLSON LLP
                                              560 Mission Street
                                              Twenty-Seventh Floor
                                              San Francisco, CA 94105
                                              Telephone: (415) 512-4000

                                        Attorney for Defendants