KURUVILLA J. OLASA (State Bar No. 281509)
Kuruvilla.Olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071-3426
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF KURUVILLA J. OLASA** |

PLEASE TAKE NOTICE that attorney Kuruvilla J. Olasa of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

Case No. 3:21-md-02981-JD
NOTICE OF APPEARANCE OF KURUVILLA J. OLASA

| | | |
|---|---|---|
| 1 | DATED: October 28, 2021 | MUNGER, TOLLES & OLSON LLP |

By:    */s/ Kuruvilla J. Olasa*
      KURUVILLA J. OLASA
      MUNGER, TOLLES & OLSON LLP
      350 South Grand Avenue
      Fiftieth Floor
      Los Angeles, CA 90071
      Telephone: (213) 683-9100

Attorney for Defendants