1  KYLE W. MACH (State Bar No. 282090)
   kyle.mach@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
5
   Attorney for Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11

| 12 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|---|
| 13 | THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF KYLE W. MACH** |
| 14 | *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| 15 | *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| 16-18 | *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| 19-20 | *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | |

23    PLEASE TAKE NOTICE that attorney Kyle W. Mach of the law firm of Munger,
24 Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA
25 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google
26 Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment
27 Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in
28 connection with this action be served upon him at the email address listed above.

Case No. 3:21-md-02981-JD
NOTICE OF APPEARANCE OF KYLE W. MACH

1 | DATED: October 28, 2021            MUNGER, TOLLES & OLSON LLP

By:      /s/ *Kyle W. Mach*
         KYLE W. MACH
         MUNGER, TOLLES & OLSON LLP
         560 Mission Street
         Twenty-Seventh Floor
         San Francisco, CA 94105
         Telephone: (415) 512-4000

Attorney for Defendants