| | |
|---|---|
| 1 | MARIANNA MAO (State Bar No. 318070) |
| | Marianna.Mao@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 3 | Twenty-Seventh Floor |
| | San Francisco, California 94105-2907 |
| 4 | Telephone:     (415) 512-4000 |
| | Facsimile:      (415) 512-4077 |
| 5 | |
| | Attorney for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF MARIANNA MAO** |
| *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | |

PLEASE TAKE NOTICE that attorney Marianna Mao of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon her at the email address listed above.

1 | DATED: October 28, 2021                MUNGER, TOLLES & OLSON LLP

By:      */s/ Marianna Mao*
      MARIANNA MAO
      MUNGER, TOLLES & OLSON LLP
      560 Mission Street
      Twenty-Seventh Floor
      San Francisco, CA 94105
      Telephone: (415) 512-4000

Attorney for Defendants