**TOSTRUD LAW GROUP, P.C.**
JON A. TOSTRUD (CA Bar No.: 199502)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*Utah v. Google, LLC*, Case No. 3:21-cv-05227-JD | Case No.: 3:21-MD-02981-JD<br><br>**NOTICE OF APPEARANCE OF JON A. TOSTRUD** |

PLEASE TAKE NOTICE that attorney Jon A. Tostrud of the law firm Tostrud Law Group, P.C., located at 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, hereby appears as an attorney of record on behalf of Plaintiffs John Alexander, Benjamin Blumberg, Janette McCready, J. Jackson Paige, and Christopher Bryan Ratliff, II, in the above-captioned action, and requests all court documents in connection with this action be served upon him at the email address listed above.

Dated: November 3, 2021

Respectfully submitted,

**TOSTRUD LAW GROUP, P.C.**

By: */s/ Jon A. Tostrud*
Jon A. Tostrud (CA Bar No.: 199502)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 3, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Jon A. Tostrud*
Jon A. Tostrud