AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-md-2981 |
| Google LLC, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 11/05/2021

/s/ Sarah Boyce
*Attorney's signature*

Sarah Boyce 56896
*Printed name and bar number*
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27690

*Address*

sboyce@ncdoj.gov
*E-mail address*

(919) 716-6788
*Telephone number*

(919) 716-6050
*FAX number*