**TOSTRUD LAW GROUP, P.C.**
JON A. TOSTRUD (CA Bar No.: 199502)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No.: 3:21-MD-02981-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs John Alexander, Benjamin Blumberg, Janette McCready, J. Jackson Paige, and Christopher Bryan Ratliff, II, hereby give notice that the above-captioned actions are voluntarily dismissed against the Defendants. Plaintiffs and Defendants shall bear their own attorneys' fees and costs. Defendants have not filed answers or motions for summary judgment.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 5, 2021 | Respectfully submitted, |
| 3 | | **TOSTRUD LAW GROUP, P.C.** |
| 4 | | By: */s/ Jon A. Tostrud* |
| 5 | | Jon A. Tostrud (CA Bar No.: 199502) |
| | | 1925 Century Park East, Suite 2100 |
| 6 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 278-2600 |
| 7 | | Facsimile: (310) 278-2640 |
| | | Email: jtostrud@tostrudlaw.com |
| 8 | | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 5, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                        /s/ *Jon A. Tostrud*
                                        Jon A. Tostrud