Alison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
achase@kellerrohrback.com

Karin B. Swope (*Pro Hac Vice*)
Laura R. Gerber (*Pro Hac Vice*)
Matthew M. Gerend (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
kswope@kellerrohrback.com
lgerber@kellerrohrback.com
mgerend@kellerrohrback.com

*Attorneys for Plaintiff Jared Stark*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | No. 3:20-CV-05761-JD<br><br>**NOTICE OF CHANGE OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 5-1(c)(2)(C), Karin B. Swope is withdrawing from the firm Keller Rohrback L.L.P. and as counsel of record in this action effective January 29, 2021. Plaintiff's attorneys Alison Chase of Keller Rohrback L.L.P.'s Santa Barbara office, located at 801 Garden Street, Suite 301, Santa Barbara, CA 93101; and Laura Gerber and Matthew Gerend of Keller Rohrback L.L.P.'s Seattle office located at, 1201 Third Avenue, Suite 3200, Seattle, WA 98101 remain counsel of record in the above-referenced matter and will continue to represent Plaintiff Jared Stark.

1 | DATED this 28th day of January, 2021.

KELLER ROHRBACK L.L.P.

By <u>*s/ Karin B. Swope*</u>
　　Karin B. Swope (*Pro Hac Vice*)
　　Laura R. Gerber (*Pro Hac Vice*)
　　Matthew M. Gerend (*Pro Hac Vice*)
　　1201 Third Avenue, Suite 3200
　　Seattle, WA 98101-3052
　　(206) 623-1900
　　Fax (206) 623-3384
　　kswope@kellerrohrback.com
　　lgerber@kellerrohrback.com
　　mgerend@kellerrohrback.com

　　Alison E. Chase (SBN 226976)
　　KELLER ROHRBACK L.L.P.
　　801 Garden Street, Suite 301
　　Santa Barbara, CA 93101
　　Telephone: (805) 456-1496
　　Fax: (805) 456-1497
　　achase@kellerrohrback.com

　　*Attorneys for Plaintiff Jared Stark*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

>/s/ *Karin B. Swope*
>Karin B. Swope