| | |
|---|---|
| Carol L. O'Keefe<br>cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 | Karma M. Giulianelli (SBN 184175)<br>Karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 |

*Attorneys for Plaintiff* <u>Mary Carr</u>

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:21-md-02981-JD<br><br>Judge: Hon. James Donato<br><br>**CARR PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL**<br><br>(Civ. L.R. 5-1(c)(2)(C)) |
| RELATED ACTIONS:<br><br>*Epic Games, Inc. v. Google LLC, et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Ligation,* Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al., v. Google LLC, et al.,* Case No. 3:21-cv-05227-JD | |

| | |
|---|---|
| 1 | **NOTICE** |
| 2 | Pursuant to Civ. L. R. 5-1(c)(2)(C), please take notice that Jamie L. Boyer is no longer with the |
| 3 | firm of Korein Tillery, LLC and withdraws as attorney of record for plaintiffs in Carr v. Google |
| 4 | LLC, et al., N.D. Cal. Case No. 3:21-md-02981-JD.  Counsel of record for plaintiffs in Carr v. |
| 5 | Google LLC otherwise remain the same and all future mailings to plaintiffs should be directed to |
| 6 | that counsel. |
| 7 | |
| 8 | DATED:  November 15, 2021 |

By: /s/ *Carol L. O'Keefe*
Carol L. O'Keefe
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile:  (314) 241-3525
cokeefe@koreintillery.com

Karma M. Giulianelli (SBN 184175)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  (303) 592-3100
karma.giulianelli@bartlitbeck.com

*Attorneys for Plaintiff Mary Carr*

---

1
Case No. 3:21-md-02981
**CARR PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL**

**ATTESTATION**

I, Carol L. O'Keefe, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

/s/ *Carol L. O'Keefe*