Brendan P. Glackin (SBN 199643)
Brian Christensen (admitted *pro hac vice*)
David N. Sonnenreich (admitted *pro hac vice*)
Scott R. Ryther (admitted *pro hac vice*)
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260
bglackin@agutah.gov
bchristensen@agutah.gov
dsonnenreich@agutah.gov
sryther@agutah.gov

*Attorneys for Plaintiff State of Utah*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY AND SUBSTITUTION OF COUNSEL** |

Case Nos.: 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

NOTICE OF WITHDRAWAL OF ATTORNEY AND SUBSTITUTION OF COUNSEL

**TO:  THE COURT, COUNSEL, AND ALL PARITES OF RECORD:**

**PLEASE TAKE NOTICE** that after November 26, 2021, Brian Christensen will no longer be affiliated with the Office of the Utah Attorney General and therefore withdraws as counsel for the Plaintiff State of Utah in this and related actions. The Plaintiff State of Utah will continue to be represented by other attorneys on the record for the Office of the Utah Attorney General in this and related actions.

DATED: November 26, 2021

By: _____/s/ *Brian Christensen*_____
Brian Christensen

Brendan P. Glackin
Brian Christensen
David N. Sonnenreich
Scott R. Ryther
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Attorneys for Plaintiff State of Utah*

Case Nos.: 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

NOTICE OF WITHDRAWAL OF ATTORNEY AND SUBSTITUTION OF COUNSEL