AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:21-md-02981 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah.

Date: 11/30/2021

/s/ Brendan Benedict
*Attorney's signature*

Brendan Benedict 5415336
*Printed name and bar number*

Utah Office of the Attorney General
160 East 300 South, Fifth Floor
Salt Lake City, UT 84114
*Address*

bbenedict@agutah.gov
*E-mail address*

(385) 226-7477
*Telephone number*

*FAX number*