| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com<br>**SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: 312-641-3200<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*<br><br>Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*<br><br>[Additional counsel appear on signature page] | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone:  (310) 553-6700<br><br>*Counsel for Defendants Google LLC et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINES RELATED TO CONSUMERS' AND DEVELOPERS' MOTIONS FOR LEAVE TO AMEND**<br><br>Judge:  Hon. James Donato |

WHEREAS, Consumer Plaintiffs and Developer Plaintiffs have filed motions for leave to amend their complaints ("Motions"), with hearings set for January 13, 2022, responses due December 20, 2022, and replies due December 27, 2022;

WHEREAS, as set forth in more detail in the Parties' December 9, 2021 Joint Case Management Statement ("JCMS"), Google has agreed not to oppose the Motions in exchange for Developer and Consumer Plaintiffs' agreement to meet certain discovery milestones related to discovery for the new named class plaintiffs, which is in turn contingent on all parties' jointly proposed case schedule described in the JCMS;

WHEREAS, the Joint Status Conference set for December 16, 2021 may obviate the need for further briefing on the Motions;

WHEREAS, Google and the Consumer and Developer Plaintiffs therefore agree to stipulate that Google may receive a one-week extension of time until December 27, 2022, to file responses to the Motions;

WHEREAS, Google and the Consumer and Developer Plaintiffs agree that, if Google files responses to the Motions, replies in support of the Motions shall be due by January 3, 2022;

THEREFORE, pursuant to Local Rule 6-2, Google and the Consumer and Developer Plaintiffs stipulate and agree, subject to the Court's approval, that Google's responses to the Motions will be due December 27, 2022, and the Consumer and Developer Plaintiffs' replies to the Motions will be due January 3, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 16, 2021 | BARTLIT BECK LLP<br>    Karma M. Giulianelli |
| | KAPLAN FOX & KILSHEIMER LLP<br>    Hae Sung Nam |
| | Respectfully submitted, |
| | By:  */s/ Karma M. Giulianelli*<br>        Karma M. Giulianelli |
| | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated: December 16, 2021 | PRITZKER LEVINE LLP<br>    Elizabeth C. Pritzker |
| | Respectfully submitted, |
| | By:  */s/ Elizabeth C. Pritzker*<br>        Elizabeth C. Pritzker |
| | *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

Case Nos. 3:20-md-05671; 3:20-cv-05761; 3:20-cv-05792
STIPULATION AND [PROPOSED] ORDER RE: RESPONSE AND REPLY DEADLINES FOR MOTIONS TO AMEND

Dated: December 16, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
   Steve W. Berman
   Robert F. Lopez
   Benjamin J. Siegel

SPERLING & SLATER PC
   Joseph M. Vanek
   Eamon P. Kelly
   Alberto Rodriguez

Respectfully submitted,

By:   /s/ Steve W. Berman
      Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated: December 16, 2021

HAUSFELD LLP
   Bonny E. Sweeney
   Melinda R. Coolidge
   Katie R. Beran
   Scott A. Martin
   Irving Scher

Respectfully submitted,

By:   /s/ Bonny E. Sweeney
      Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: December 16, 2021

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu
   Minna L. Naranjo
   Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
     Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: December 16, 2021

O'MELVENY & MYERS LLP
   Daniel M. Petrocelli
   Ian Simmons
   Benjamin G. Bradshaw
   Stephen J. McIntyre

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
     Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: December 16, 2021

MUNGER, TOLLES & OLSON LLP
   Glenn D. Pomerantz
   Kyle W. Mach
   Kuruvilla Olasa
   Justin P. Raphael
   Emily C. Curran-Huberty
   Jonathan I. Kravis
   Marianna Y. Mao

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
      Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December ___, 2021

                                                                                                      The Honorable James Donato
United States District Judge

**E-FILING ATTESTATION**

I, Marianna Y. Mao, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Marianna Y. Mao*