AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

*In re Google Play Store Antitrust Litigation*  )
)
)  Case No. 21-md-02981
)
)

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARY CARR.

Date:   01/04/2022

/s/ David W. Walchak
*Attorney's signature*

David W. Walchak- 323422
*Printed name and bar number*

KOREIN TILLERY, LLC
205 N. Michigan Ave., Ste. 1950
Chicago, IL 60601
*Address*

dwalchak@koreintillery.com
*E-mail address*

(312) 641-9750
*Telephone number*

(312) 641-9751
*FAX number*