| | |
|---|---|
| Randall P. Ewing, Jr.<br>rewing@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 N. Michigan Ave., Ste. 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751 | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 |

*Attorneys for Plaintiff <u>Mary Carr</u>*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:21-md-02981-JD<br><br>Judge: Hon. James Donato<br><br>**CARR PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL**<br><br>(Civ. L.R. 5-1(c)(2)(C)) |
| RELATED ACTIONS:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et. al., v. Google LLC, et. al.,* Case No. 3:21-cv-05227-JD | |

**NOTICE**

Pursuant to Civ. L.R. 5-1(c)(2)(C), please take notice that Robert E. Litan of Korein Tillery LLC withdrew as attorney of record for plaintiffs in Carr v. Google LLC et al., N.D. Cal. Case 3:21-md-02981-JD. Counsel of record for plaintiffs in the Carr v. Google LLC otherwise remains the same, and all future mailings to plaintiffs should be directed to that counsel.

DATED: January 14, 2022

By: /s/ *Randall P. Ewing*

Randall P. Ewing, Jr.
KOREIN TILLERY, LLC
205 N. Michigan Ave., Ste. 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
rewing@koreintillery.com

*Attorneys for Plaintiff Mary Carr*

**ATTESTATION**

I, Randall P. Ewing, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

/s/ Randall P. Ewing