Karma M. Guilianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class
in In re Google Play Consumer Antitrust
Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re
Google Play Developer Antitrust Litigation and
Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re
Google Play Developer Antitrust Litigation and
Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &
REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in
Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone:  801-366-0260

*Counsel for Utah*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | **JOINT STATEMENT RE: CASE SCHEDULE AND TRIAL STRUCTURE** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge:  Hon. James Donato |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

Pursuant to this Court's instruction at the conclusion of the December 16, 2021 status conference, the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement Regarding Case Schedule and Trial Structure.

I.     **CASE SCHEDULE**

Based on the guidance provided by the Court at the last status conference, the Parties have met and conferred regarding a modified schedule for this MDL.  The Parties jointly propose the case schedule attached as Exhibit A and set forth in the proposed order accompanying this filing based on a proposed trial date of January 30, 2023.  As advised by the Court, this proposed schedule separates the *Daubert* and class certification motion hearings, separates the *Daubert* and dispositive motion hearings, sets deadlines for joint filings in advance of the concurrent expert proceedings and sets the hearing for dispositive motions two months before the final pretrial conference.

## II.     TRIAL STRUCTURE

The Parties have met and conferred regarding the structure of any trials.  As the Court has previously noted, 7/22/21 Tr. 7:22-8:7, the Complaints assert substantially similar theories of antitrust liability.  Given the Court's guidance that the "optimal result" would be to have "one jury decide[] in one sitting the core antitrust issues," *see* 7/22/21 Tr. 29:03-24, the Parties are planning to proceed accordingly with a combined jury trial on the core antitrust liability issues common to the four cases.

With respect to the issue of damages, the Consumer Plaintiffs, Developer Plaintiffs, State Plaintiffs, and Google Defendants respectfully suggest that the Court defer ruling further on trial structure until after the close of expert discovery on August 19, 2022.[1]  Whether there should be a separate damages phase, and the structure of that phase, will be informed by factual evidence still to be obtained in discovery, expert reports and depositions, motions practice, and other developments that may occur over the next several months.

Likewise, with respect to Google's counterclaims against Epic, Epic and Google respectfully suggest that the Court defer ruling further on trial structure.  Whether evidence and arguments about Google's counterclaims against Epic should be part of a liability trial in which all Plaintiffs are present, or should instead be addressed during a separate phase or trial, will be informed by factual evidence still to be obtained in discovery, expert reports and depositions, motions practice, and other developments that may occur over the next several months.

The Parties jointly propose that they meet and confer on these issues promptly following the close of expert discovery (which is set for August 19, 2022 under the schedule jointly proposed by the Parties), and then meet with the Court to further discuss trial structure and the length of any trials[2] with the benefit of a more developed record.

---

[1] Plaintiff Epic has not asserted any claim for damages against Google and has no objection to the other Parties' suggestion that the Court defer ruling on the trial structure as it relates to the other Plaintiffs' damages claims.

[2] At the December 16, 2021 status conference, the Court indicated that its preliminary view was that the core antitrust liability issues could be tried over a three-week period with approximately 20-25 hours allotted to Plaintiffs and 20-25 hours allotted to Google.  At this stage, Plaintiffs anticipate needing more than three weeks to try the core antitrust liability issues due to the

1   Dated:  January 14, 2022

CRAVATH, SWAINE & MOORE LLP
   Christine Varney *(pro hac vice)*
   Katherine B. Forrest *(pro hac vice)*
   Gary A. Bornstein *(pro hac vice)*
   Timothy G. Cameron *(pro hac vice)*
   Yonatan Even *(pro hac vice)*
   Lauren A. Moskowitz *(pro hac vice)*
   Justin C. Clarke *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
      Yonatan Even

   *Counsel for Plaintiff Epic Games, Inc.*

Dated:  January 14, 2022

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
      Karma M. Giulianelli

   *Co-Lead Counsel for the Proposed Class in*
   *In re Google Play Consumer Antitrust*
   *Litigation*

Dated:  January 14, 2022

PRITZKER LEVINE LLP
   Elizabeth C. Pritzker

Respectfully submitted,

By:   */s/ Elizabeth C. Pritzker*
      Elizabeth C. Pritzker

   *Liaison Counsel for the Proposed Class in*
   *In re Google Play Consumer Antitrust*
   *Litigation*

---

complexity and scope of the issues and the anticipated number of fact and expert witnesses. Accordingly, Plaintiffs respectfully request that the Court revisit the appropriate length of trial at a later stage of the case.

-4-

1    Dated:  January 14, 2022            HAGENS BERMAN SOBOL SHAPIRO LLP
                                             Steve W. Berman
2                                            Robert F. Lopez
                                             Benjamin J. Siegel
3
                                         SPERLING & SLATER PC
4                                            Joseph M. Vanek
                                             Eamon P. Kelly
5                                            Alberto Rodriguez

6                                        Respectfully submitted,

7                                        By:   */s/ Steve W. Berman*
                                                                              ___
8                                              Steve W. Berman

9                                              *Co-Lead Interim Class Counsel for the*
                                               *Developer Class and Attorneys for Plaintiff*
                                               *Pure Sweat Basketball*
10

11   Dated:  January 14, 2022            HAUSFELD LLP
12                                           Bonny E. Sweeney
                                             Melinda R. Coolidge
13                                           Katie R. Beran
                                             Scott A. Martin
14                                           Irving Scher

15                                       Respectfully submitted,

16                                       By:   */s/ Bonny E. Sweeney*
                                                                              ___
17                                             Bonny E. Sweeney

18                                             *Co-Lead Interim Class Counsel for the*
                                               *Developer Class and Attorneys for Plaintiff*
                                               *Peekya App Services, Inc.*
19

20   Dated:  January 14, 2022            OFFICE OF THE UTAH ATTORNEY
                                         GENERAL
21                                           Brendan P. Glackin

22                                       Respectfully submitted,

23                                       By:   */s/ Brendan P. Glackin*
                                                                              ___
24                                             Brendan P. Glackin

25                                             *Counsel for Utah*

26

27

28
                                         -5-
                     JOINT STATEMENT RE CASE SCHEDULE
       Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 14, 2022                    MORGAN, LEWIS & BOCKIUS LLP
                                            Brian C. Rocca
                                            Sujal J. Shah
                                            Michelle Park Chiu
                                            Minna L. Naranjo
                                            Rishi P. Satia

                                            Respectfully submitted,

                                            By:    /s/ Brian C. Rocca
                                                   Brian C. Rocca

                                                   *Counsel for Defendants Google LLC et al.*

Dated:  January 14, 2022                    O'MELVENY & MYERS LLP
                                            Daniel M. Petrocelli
                                            Ian Simmons
                                            Benjamin G. Bradshaw
                                            Stephen J. McIntyre

                                            Respectfully submitted,

                                            By:    /s/ Daniel M. Petrocelli
                                                   Daniel M. Petrocelli

                                                   *Counsel for Defendants Google LLC et al.*

Dated:  January 14, 2022                    MUNGER, TOLLES & OLSON LLP
                                            Glenn D. Pomerantz
                                            Kyle W. Mach
                                            Kuruvilla Olasa
                                            Justin P. Raphael
                                            Emily C. Curran-Huberty
                                            Jonathan I. Kravis
                                            Marianna Y. Mao

                                            Respectfully submitted,

                                            By:    /s/ Glenn D. Pomerantz
                                                   Glenn D. Pomerantz

                                                   *Counsel for Defendants Google LLC et al.*

JOINT STATEMENT RE CASE SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

## **E-FILING ATTESTATION**

I, Kuruvilla Olasa, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


_/s/ Kuruvilla Olasa_
Kuruvilla Olasa

**Exhibit A**

| ACTIVITY | DATE |
|---|---|
| **Status Conferences** | |
| Joint status conference | March 17, 2022, at 11 a.m. (by remote access) |
| Joint status conference | June 16, 2022, at 11 a.m. (by remote access) |
| **Fact Discovery Cut-off** | April 18, 2022 |
| **Class Certification** | |
| Plaintiffs' Class Certification Motion | March 3, 2022 |
| Plaintiffs' Class Certification expert report | March 3, 2022 |
| Google's Class Certification Opposition | April 5, 2022 |
| Google's Class Certification Expert Report | April 5, 2022 |
| Google's *Daubert* Motion(s) re Class Certification Report | April 5, 2022 |
| Plaintiffs' Class Certification Reply and *Daubert* Motion | April 29, 2022 |
| Plaintiffs' Class Certification Reply Expert Report | April 29, 2022 |
| Plaintiffs' Opposition to *Daubert* Motion | April 29, 2022 |
| Google's *Daubert* Reply | May 6, 2022 |
| Google's Motion re any Class Certification Reply Expert Report | May 6, 2022 |
| Plaintiffs' Response to Google's Motion re Reply Expert Report | May 13, 2022 |
| Concurrent Expert Proceeding Joint Submission | May 13, 2022 |
| Concurrent Expert Proceedings/*Daubert* Hearing | May 19, 2022 |
| Class Certification Hearing | May 26, 2022 |
| **Merits Experts** | |
| Plaintiffs' Merits Expert Reports | May 27, 2022 |

| ACTIVITY | DATE |
|---|---|
| Google's Merits Expert Reports | July 1, 2022 |
| Plaintiffs' Merits Replies | July 29, 2022 |
| Expert Discovery Cut-Off | August 19, 2022 |
| **Dispositive/*Daubert* Motions** | |
| Dispositive/*Daubert* Motions | August 26, 2022 |
| Dispositive/*Daubert* Motion Responses | September 23, 2022 |
| Dispositive/*Daubert* Motion Replies | October 14, 2022 |
| Concurrent Expert Proceeding Joint Statement | October 21, 2022 |
| Concurrent Expert Proceeding/*Daubert* Hearing | November 4, 2022 |
| Dispositive Motion Hearing | November 17, 2022 |
| **Trial** | |
| Serve (but not file) Motions in Limine | November 23, 2022 |
| Serve (but not file) opposition to Motions in Limine | December 12, 2022 |
| Pretrial Filings Due Date | December 16, 2022 |
| Pre-Trial Conference | January 19, 2023 |
| Trial Date | January 30, 2023 |