1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Judge: Hon. James Donato |

After considering the parties' Joint Statement re: Case Schedule and Trial Structure, MDL Dkt. No. ____, the Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. This order applies to all actions that are a part of this multi-district litigation case, and supersedes all scheduling orders previously issued in any member case.

| ACTIVITY | DATE |
| --- | --- |
| **Status Conferences** | |
| Joint status conference | March 17, 2022, at 11 a.m. (by remote access) |
| Joint status conference | June 16, 2022, at 11 a.m. (by remote access) |
| **Fact Discovery Cut-off** | April 18, 2022 |
| **Class Certification** | |
| Plaintiffs' Class Certification Motion | March 3, 2022 |
| Plaintiffs' Class Certification expert report | March 3, 2022 |
| Google's Class Certification Opposition | April 5, 2022 |
| Google's Class Certification Expert Report | April 5, 2022 |
| Google's *Daubert* Motion(s) re Class Certification Report | April 5, 2022 |
| Plaintiffs' Class Certification Reply and *Daubert* Motion | April 29, 2022 |
| Plaintiffs' Class Certification Reply Expert Report | April 29, 2022 |
| Plaintiffs' Opposition to *Daubert* Motion | April 29, 2022 |
| Google's *Daubert* Reply | May 6, 2022 |
| Google's Motion re any Class Certification Reply Expert Report | May 6, 2022 |
| Plaintiffs' Response to Google's Motion re Reply Expert Report | May 13, 2022 |
| Concurrent Expert Proceeding Joint Submission | May 13, 2022 |
| Concurrent Expert Proceedings/*Daubert* Hearing | May 19, 2022 |

| | |
|---|---|
| Class Certification Hearing | May 26, 2022 |
| **Merits Experts** | |
| Plaintiffs' Merits Expert Reports | May 27, 2022 |
| Google's Merits Expert Reports | July 1, 2022 |
| Plaintiffs' Merits Replies | July 29, 2022 |
| Expert Discovery Cut-Off | August 19, 2022 |
| **Dispositive/*Daubert* Motions** | |
| Dispositive/*Daubert* Motions | August 26, 2022 |
| Dispositive/*Daubert* Motion Responses | September 23, 2022 |
| Dispositive/*Daubert* Motion Replies | October 14, 2022 |
| Concurrent Expert Proceeding Joint Statement | October 21, 2022 |
| Concurrent Expert Proceeding/*Daubert* Hearing | November 4, 2022 |
| Dispositive Motion Hearing | November 17, 2022 |
| **Trial** | |
| Serve (but not file) Motions in Limine | November 23, 2022 |
| Serve (but not file) opposition to Motions in Limine | December 12, 2022 |
| Pretrial Filings Due Date | December 16, 2022 |
| Pre-Trial Conference | January 19, 2023 |
| Trial Date | January 30, 2023 |

IT IS SO ORDERED.

DATED: _____

BY THE COURT:

_____

HONORABLE JAMES DONATO

United States District Judge