```
1   LAURA S. ARONSSON (S.B. #304263)
    laronsson@omm.com
2   O'MELVENY & MYERS LLP
    Times Square Tower
3   7 Times Square
    New York, New York  10036-6537
4   Telephone:    +1 212 326 2000
    Facsimile:    +1 212 326 2061
5
```

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF LAURA ARONSSON** |

    PLEASE TAKE NOTICE that attorney Laura Aronsson of the law firm of O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square, New York, New York 10036, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon her at the e-mail address listed above.

| | |
|---|---|
| 1 | Dated: January 31, 2022 |
| 2 | LAURA S. ARONSSON |
| 3 | O'MELVENY & MYERS LLP |

By: /s/ *Laura Aronsson*
    Laura S. Aronsson
    O'MELVENY & MYERS LLP
    400 South Hope Street
    18th Floor
    Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000

*Attorney for Defendants*