ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Eric M. George (State Bar No. 166403)
  egeorge@egcfirm.com
Maribeth Annaguey (State Bar No. 228431)
  mannaguey@egcfirm.com
Carl Alan Roth (State Bar No. 151517)
  croth@egcfirm.com
James L. Michaels (State Bar No. 298130)
  jmichaels@egcfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Ashly Esquivel and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD[ <br><br> Hon. James Donato <br><br> **NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL OF JAMES L. MICHAELS AS ATTORNEY FOR PLAINTIFF ASHLY ESQUIVEL** |

TO THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civ. L. R. 5-1(c)(2)(C), James L. Michaels will no longer be affiliated with the law firm of Ellis George Cipollone O'Brien Annaguey LLP and therefore withdraws as counsel for Plaintiff Ashly Esquivel in this and all related actions. Plaintiff Ashly Esquivel will continue to be represented by other attorneys on the record from the law firm of Ellis George Cipollone O'Brien Annaguey LLP in this and all related actions, and all future mailings to plaintiffs should be directed to that counsel.

DATED: February 7, 2022

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
   Eric M. George
   Maribeth Annaguey
   Carl Alan Roth
   James L. Michaels
   Jason Y. Kelly

By:    /s/ James L. Michaels
       James L. Michaels
Attorneys for Plaintiff Ashly Esquivel and all others similarly situated

1987554

Case No. 3:20-CV-08337-JD(MDL)

NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL OF ATTORNEY JAMES L. MICHAELS

## ATTESTATION

I, James L. Michaels, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

*/s/ James L. Michaels*
James L. Michaels