Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

David N. Sonnenreich (*pro hac vice*)
dsonnenreich@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Counsel for Utah*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Date: September 9, 2021<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

The parties in the above-captioned matters (the "Parties") respectfully request that the upcoming September 9, 2021 Case Management Conference in this MDL case be conducted remotely for the reasons stated below.  While the general Scheduling Notes available online state that, effective July 12, 2021, all Parties are to assume that all proceedings will be held in person, the Parties are cognizant that the Court previously indicated that the monthly conferences for this MDL case would likely continue to be held remotely even after other matters return to being held in person.  (Tr. (12/3/2020) 7:9-8:9.)  In light of the current environment and the rise in COVID cases, combined with the travel required for counsel for many of the Parties to attend in person, as well as to allow the Parties and non-participating counsel to view the proceedings, the Parties respectfully request that the upcoming September 9, 2021 Case Management Conference be held remotely by Zoom webinar.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2021 | CRAVATH, SWAINE & MOORE LLP |

Dated: September 3, 2021     CRAVATH, SWAINE & MOORE LLP
　　　　　　　　　　　　　　　Christine Varney *(pro hac vice)*
　　　　　　　　　　　　　　　Katherine B. Forrest *(pro hac vice)*
　　　　　　　　　　　　　　　Darin P. McAtee *(pro hac vice)*
　　　　　　　　　　　　　　　Gary A. Bornstein *(pro hac vice)*
　　　　　　　　　　　　　　　Timothy G. Cameron *(pro hac vice)*
　　　　　　　　　　　　　　　Yonatan Even *(pro hac vice)*
　　　　　　　　　　　　　　　Lauren A. Moskowitz *(pro hac vice)*
　　　　　　　　　　　　　　　Omid H. Nasab *(pro hac vice)*
　　　　　　　　　　　　　　　Justin C. Clarke *(pro hac vice)*
　　　　　　　　　　　　　　　M. Brent Byars *(pro hac vice)*

　　　　　　　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　Paul J. Riehle (SBN 115199)

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:   */s/ Yonatan Even*
　　　　　　　　　　　　　　　　　Yonatan Even

　　　　　　　　　　　　　　　*Counsel for Plaintiff Epic Games, Inc.*


Dated: September 3, 2021     BARTLIT BECK LLP
　　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　　KAPLAN FOX & KILSHEIMER LLP
　　　　　　　　　　　　　　　Hae Sung Nam


　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:   */s/ Karma M. Giulianelli*
　　　　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　　　*Co-Lead Counsel for the Proposed Class in*
　　　　　　　　　　　　　　　*In re Google Play Consumer Antitrust*
　　　　　　　　　　　　　　　*Litigation*

3

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| Dated:  September 3, 2021 | PRITZKER LEVINE LLP<br>   Elizabeth C. Pritzker<br><br>Respectfully submitted,<br><br>By:   /s/ Elizabeth C. Pritzker<br>       Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated:  September 3, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>   Steve W. Berman<br>   Robert F. Lopez<br>   Benjamin J. Siegel<br><br>SPERLING & SLATER PC<br>   Joseph M. Vanek<br>   Eamon P. Kelly<br>   Alberto Rodriguez<br><br>Respectfully submitted,<br><br>By:   /s/ Steve W. Berman<br>       Steve W. Berman<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |

4

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | | |
|---|---|---|
| Dated: September 3, 2021 | | HAUSFELD LLP<br>　Bonny E. Sweeney<br>　Melinda R. Coolidge<br>　Katie R. Beran<br>　Scott A. Martin<br>　Irving Scher |

Respectfully submitted,

By:  */s/ Bonny E. Sweeney*
　　　Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: September 3, 2021            OFFICE OF THE UTAH ATTORNEY GENERAL
　　　David N. Sonnenreich

Respectfully submitted,

By:  */s/ David N. Sonnenreich*
　　　David N. Sonnenreich

*Counsel for Utah*

Dated: September 3, 2021            MORGAN, LEWIS & BOCKIUS LLP
　　　Brian C. Rocca
　　　Sujal J. Shah
　　　Michelle Park Chiu
　　　Minna L. Naranjo
　　　Rishi P. Satia

Respectfully submitted,

By:  */s/ Brian C. Rocca*
　　　Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

| | | |
|---|---|---|
| 1 | Dated:  September 3, 2021 | O'MELVENY & MYERS LLP |
| 2 | | Daniel M. Petrocelli |
| | | Ian Simmons |
| 3 | | Benjamin G. Bradshaw |
| 4 | | E. Clay Marquez |
| | | Stephen J. McIntyre |

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
          Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

## **E-FILING ATTESTATION**

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Hae Sung Nam*