1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Judge:  Hon. James Donato |

1         The Court, having considered the "Joint Request to Conduct Case Management

2    Conference Remotely", filed by the parties in the above-captioned actions (the "Parties"), hereby

3    ORDERS that the request is GRANTED.  The upcoming September 9, 2021 Case Management

4    Conference will be held remotely by Zoom webinar.

5

6    Dated:  September ___, 2021               BY THE COURT:

7

8                              _____

                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28