| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com<br>**SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: 312-641-3200<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*<br><br>Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*<br><br>[Additional counsel appear on signature page] | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*<br><br>David N. Sonnenreich (*pro hac vice*)<br>Brian Christensen (*pro hac vice*)<br>dsonnenreich@agutah.gov<br>bchristensen1@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone:  801-366-0260<br><br>*Counsel for Utah*<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone:  (310) 553-6700<br><br>*Counsel for Defendants Google LLC et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS**<br><br>Judge:  Hon. James Donato |

1

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

WHEREAS, Defendants have elected to file responsive pleadings to the four complaints in this multi-district litigation ("MDL") in lieu of filing motions to dismiss;

WHEREAS, for the avoidance of doubt, Defendants reserve any and all defenses to the claims asserted in the four complaints;

WHEREAS, Defendants propose, and Plaintiffs agree, that Defendants may file their responsive pleadings to the four complaints on or before October 11, 2021;

WHEREAS, the Parties agree that the Court may vacate all deadlines related to Defendants' motions to dismiss, including the hearing date, which was previously set for November 18, 2021;

WHEREAS, the Parties agree that this Stipulation does not alter any other deadlines already fixed by Court order;

WHEREAS Defendants agree that they will not use this Stipulation or the extension of Google's time to file a responsive pleading to support any request or argument that the Court order any particular case schedule, including the case schedule that Defendants proposed in the September 2, 2021 Joint Case Management Statement; and

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendants' responsive pleadings to the four operative complaints in this MDL shall be filed on or before October 11, 2021.

IT IS SO STIPULATED.

Dated: September 8, 2021          MORGAN, LEWIS & BOCKIUS LLP
                                   Brian C. Rocca[1]
                                   Sujal J. Shah
                                   Michelle Park Chiu
                                   Minna L. Naranjo
                                   Rishi P. Satia

                                   By:  /s/ Brian Rocca
                                        Brian C. Rocca

                                   *Counsel for Defendants Google LLC et al.*


Dated: September 8, 2021          O'MELVENY & MYERS LLP
                                   Daniel M. Petrocelli
                                   Ian Simmons
                                   Benjamin G. Bradshaw
                                   E. Clay Marquez
                                   Stephen J. McIntyre

                                   By:  /s/ Daniel Petrocelli
                                        Daniel M. Petrocelli

                                   *Counsel for Defendants Google LLC et al.*

---

[1] I, Brian Rocca, hereby attest that the signatories identified herein have concurred in this filing.

3

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| Dated:  September 8, 2021 | CRAVATH, SWAINE & MOORE LLP |
| |    Christine Varney *(pro hac vice)* |
| |    Katherine B. Forrest *(pro hac vice)* |
| |    Darin P. McAtee *(pro hac vice)* |
| |    Gary A. Bornstein *(pro hac vice)* |
| |    Timothy G. Cameron *(pro hac vice)* |
| |    Yonatan Even *(pro hac vice)* |
| |    Lauren A. Moskowitz *(pro hac vice)* |
| |    Omid H. Nasab *(pro hac vice)* |
| |    Justin C. Clarke *(pro hac vice)* |
| |    M. Brent Byars *(pro hac vice)* |
| | |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| |    Paul J. Riehle (SBN 115199) |
| | |
| | By:    */s/ Yonatan Even* |
| |         Yonatan Even |
| | |
| | *Counsel for Plaintiff Epic Games, Inc.* |
| | |
| Dated:  September 8, 2021 | BARTLIT BECK LLP |
| |    Karma M. Giulianelli |
| | |
| | KAPLAN FOX & KILSHEIMER LLP |
| |    Hae Sung Nam |
| | |
| | By:    */s/ Karma Giulianelli* |
| |         Karma M. Giulianelli |
| | |
| | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

4

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| Dated:  September 8, 2021 | PRITZKER LEVINE LLP<br>    Elizabeth C. Pritzker<br><br>By:   */s/ Elizabeth Pritzker*<br>         Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated:  September 8, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>    Steve W. Berman<br>    Robert F. Lopez<br>    Benjamin J. Siegel<br><br>SPERLING & SLATER PC<br>    Joseph M. Vanek<br>    Eamon P. Kelly<br>    Alberto Rodriguez<br><br>By:   */s/ Steve Berman*<br>         Steve W. Berman<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |

5
STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| Dated: September 8, 2021 | HAUSFELD LLP<br>    Bonny E. Sweeney<br>    Melinda R. Coolidge<br>    Katie R. Beran<br>    Scott A. Martin<br>    Irving Scher<br><br>By:  */s/ Bonny Sweeney*<br>        Bonny E. Sweeney<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |
| Dated: September 8, 2021 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>    Brian Christensen<br><br>By:  */s/ Brian Christensen*<br>        Brian Christensen<br><br>*Counsel for Utah* |

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____    _____
                                                                    The Honorable James Donato
                                                                    United States District Judge