AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-md-02981 |
| Google LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah                                                                                                                                            .

Date:   04/25/2022                                           /s/ Lauren M. Weinstein
                                                                        *Attorney's signature*

                                                                Lauren M. Weinstein 1035184 (DC)
                                                                  *Printed name and bar number*

                                                                  160 East 300 South, 5th Floor,
                                                                  Salt Lake City, UT 84114
                                                                               *Address*

                                                                        lweinstein@agutah.gov
                                                                            *E-mail address*

                                                                           (202) 748-6489
                                                                          *Telephone number*

                                                                            *FAX number*