# Exhibit E

# Requesting Additional Time to Comply with Google Play's Payments Policy

If you need additional time to integrate Google Play's billing system into your app as required by Google Play's Payments policy 🔗 , please submit the following form. We will evaluate your request and reply with additional information.

For more information about Google Play's Payments policy, please check out the Help Center 🔗 and the Policy Center 🔗 for details, timelines, and frequently asked questions.

* Required field

**First name ***

```
Kevin
```

First name of authorized representative submitting this form.

**Last name ***

```
Johnston
```

Last name of authorized representative submitting this form.

**Contact email ***

```
kevin@bandcamp.com
```

**Google Play developer account name ***

```
Bandcamp, Inc.
```

Google Play developer account name *

Bandcamp, Inc.

Play Console login email *

fans@bandcamp.com

*Email address associated with the Play Console account owner (may be the same email as specified above).*

Application package name *

com.bandcamp.android

*Only one package name can be submitted*

Only apps published before January 20, 2021 are eligible for this extension. Was this app first published before January 20, 2021? *

- ● Yes
- ○ No

This extension is intended to aid developers that need more time to comply with Google Play's Payments policy . Do you need more time to comply with Google Play's Payments policy? *

- ● Yes
- ○ No

Please explain why you need additional time to comply with Google Play's Payments policy. *

Design and implementation efforts are taking longer than anticipated.

69/280

 **googleplay-developer-support@google.com** <googleplay-developer-support@google.com>      Tue, Aug 17 at 1:08 AM   
To: kevin@bandcamp.com

Hi Kevin,

Thanks for submitting a request for additional time to integrate Google Play Billing for your app, com.bandcamp.android.

We've reviewed the information in your application form and determined your app is eligible for an extension until March 31, 2022 to come into compliance with Google Play's Payments policy. No further action is required at this time.

Thanks for your continued support of Google Play.

Regards,
Judith
The Google Play Team

Please visit the Google Play [Developer Policy Center](#) and Google Play's [Academy for App Success](#) to learn more about building policy compliant and high quality apps. You can also visit the [Android Developers Blog](#) for the latest Android and Google Play news for app and game developers.