# EXHIBIT 7

# Android Developers Blog

The latest Android and Google Play news for app and game developers.

## In-App Billing on Android Market: Ready for Testing

24 March 2011

*[This post is by Eric Chu, Android Developer Ecosystem. —Dirk Dougherty]*

[Back in January](#) we announced our plan to introduce Android Market In-app Billing this quarter. We're pleased to let you know that we will be launching In-app Billing next week.

In preparation for the launch, we are opening up Android Market for upload and end-to-end testing of your apps that use In-app Billing. You can now upload your apps to the Developer Console, create a catalog of in-app products, and set prices for them. You can then set up accounts to test in-app purchases. During these test transactions, the In-app Billing service interacts with your app exactly as it will for actual users and live transactions.

Note that although you can upload apps during this [test development phase](#), you won't be able to actually publish the apps to users until the full launch of the service next week.



4/25/22, 2:36 PM
Case 3:21-md-02981-JD Document 249-7 Filed 04/28/22 Page 3 of 3
Android Developers Blog: In-App Billing on Android Market: Ready for Testing

To get you started, we've updated the developer documentation with information about how to set up product lists and test your in-app products. Also, it is *absolutely essential* that you review the security guidelines to make sure your billing implementation is secure.

We encourage you start uploading and testing your apps right away.