# EXHIBIT 75

```
                                           VOLUME 1

                                           Pages 1 - 214

            UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

EPIC GAMES, INC.,            )
                             )
     Plaintiff,              )    NO. C-20-5640 YGR
                             )
  vs.                        )    Monday, May 3, 2021
                             )
APPLE, INC.,                 )    Oakland, California
                             )
     Defendant.              )    BENCH TRIAL
_____)
APPLE, INC.,                 )
                             )
     Counterclaimant,        )
  vs.                        )
                             )
EPIC GAMES, Inc.,            )
                             )
     Counter-Defendant.      )
_____)


         REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          CRAVATH, SWAINE & MOORE, LLP
                        825 Eighth Avenue
                        New York, New York 10019
                   BY:  KATHERINE B. FORREST, ESQUIRE
                        GARY A. BORNSTEIN, ESQUIRE
                        YONATAN EVEN, ESQUIRE

                   (Appearances continued.)

Reported By:            Diane E. Skillman, CSR 4909, RPR, FCRR
                        Official Court Reporter


     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

|   |   |
|---|---|
| 1 | was not appropriate at all.  It was very large, it required a |
| 2 | lot of resources, storage, memory, compute power.  It wasn't |
| 3 | very efficient for battery life in the way we would need for a |
| 4 | phone.  It didn't connect at all with cellular networks or do |
| 5 | phone calling in any regard at all, and so what the team had |
| 6 | to do was redesign the operating system and start from |
| 7 | scratch, strip it down, remove everything they could to make |
| 8 | it work on a small device, and then build it up to the |
| 9 | capabilities that an iPhone would need. |
| 10 | **Q.**   And were there any concerns specific to the fact that this |
| 11 | device was to be a mobile phone? |
| 12 | **A.**   Absolutely. |
| 13 | **Q.**   And can you describe those concerns, please. |
| 14 | **A.**   There were many.  As I said, one is it had to be a phone, |
| 15 | and it sounds simple, but a phone you rely on for making phone |
| 16 | calls and being connected and available to use all the time. |
| 17 | Other applications or uses can't get in the way of that |
| 18 | capability.  It's -- it's core to it. |
| 19 | Secondly, it needs to work completely wirelessly on |
| 20 | cellular networks.  Again, easy sounding thing, but on an |
| 21 | advanced new operating system and platform, pretty hard to |
| 22 | build and test as a global product that can roam from cell |
| 23 | tower to cell tower and stay connected, especially with data |
| 24 | uses as well. |
| 25 | And then of course it has to have small size, great |

1   battery life while being a new generation powerful platform.
2   So there are many considerations that went into it, and
3   probably the most important of all of course is the security
4   and privacy issues.  You're carrying this around in your
5   pocket.
6   **Q.**  And can you describe a bit more the thought process around
7   the security and privacy issues, please.
8   **A.**  Yes.  The idea of this new computing device in your pocket
9   means it's capable of more new things.  It's going to store
10  information around in our life that we're not used to having
11  all the time in our pocket.  Simple example of course being
12  location data, knowing where you are, when you are, how long
13  you're in places is extremely personal, so these are highly
14  personal devices with a growing amount of information
15  available everywhere you go, roaming on other networks
16  everywhere you go.
17  **Q.**  Thank you.
18      And does Apple license iOS to third parties?
19  **A.**  No.
20  **Q.**  And why not?
21  **A.**  That's, you know, not the business we're in.  Apple always
22  considers ourselves not a hardware company, not a software
23  company, but a product company.  We make a product as a
24  complete experience of the hardware and software working
25  together to create a unique offering in the market.  And as

1   such, the software is part of the product we're making.  The
2   kind of company -- and there are others -- the kind of company
3   that licenses software for other -- to other companies is just
4   a very different kind of business model with different
5   tradeoffs.
6   **Q.**  And I hear you alluding to those who make a different
7   decision.  Have any of your competitors made a different
8   choice in terms of licensing versus not licensing their
9   software?
10  **A.**  Yes.
11  **Q.**  And who specifically?
12  **A.**  Well, the two most that come to mind of course are Google
13  and Microsoft.
14  **Q.**  And how did Apple evaluate the tradeoffs between choosing
15  between these different business model options?
16  **A.**  Well, it's been our experience that a company that
17  licenses their operating system to other devices needs to
18  support a wide range of vendor products:  Different chips,
19  different screens, different designs.  And that's not saying
20  it's good or bad.  It's a different model.  But in our
21  opinion, it reduces the quality, it reduces the speed of
22  innovation because you're now supporting many other companies
23  who have different ideas of what they want to make.
24       You need to, as a vendor, support those ideas, and that's
25  the tradeoff we believe that comes about, is you just can't be