# EXHIBIT 101



Developer Policy Center

Play Console

☰  Developer Policy Center



# Providing a safe and trusted experience for everyone

Our policies are designed to deliver your apps and games safely to billions of people worldwide. Explore this page for information on our policies, read the [Developer Distribution Agreement](#), and find educational resources to get started.

🕓 Recent updates

## Explore our policies and resources below



### Restricted Content

Before submitting an app to Google Play, ensure it complies with these content policies and with local laws.

[Child Endangerment]  [Inappropriate Content]

[Financial Services]

[Real-Money Gambling, Games, and Contests]

[Illegal Activities]  [User Generated Content]

[Unapproved Substances]



### Impersonation

When developers impersonate others or their apps, it misleads users and hurts the developer community. We prohibit apps that mislead users by impersonating someone else.

[Impersonation]



### Intellectual Property

When developers copy someone else's work or deceive users, it hurts users and the developer community. Don't rely on misleading or unfair use of other people's work.

[Intellectual Property]



### Privacy, Deception and Device Abuse

We're committed to protecting user privacy and providing a safe and secure environment for our users. Apps that are deceptive, malicious, or intended to abuse or misuse any network, device, or personal data are strictly prohibited.

[User Data]  [Permissions]  [Device and Network Abuse]

[Deceptive Behavior]  [Misrepresentation]

 Developer Policy Center                          Play Console

# Developer Policy Center



### Monetization and Ads

Google Play supports a variety of monetization strategies to benefit developers and users, including paid distribution, in-app products, subscriptions, and ad-based models. To ensure the best user experience, we require you to comply with these policies.

Payments  Subscriptions  Ads

Families Ads Program



### Store Listing and Promotion

The promotion and visibility of your app dramatically affects store quality. Avoid spammy store listings, low quality promotion, and efforts to artificially boost app visibility on Google Play.

App Promotion  Metadata

User Ratings, Reviews, and Installs  Content Ratings

News



### Spam and Minimum Functionality

At a minimum, apps should provide users with a basic degree of functionality and a respectful user experience. Apps that crash, exhibit other behavior that is not consistent with a functional user experience are not allowed on Google Play.

Spam  Minimum Functionality



### Malware

Malware is any code that could put a user, a user's data, or a device at risk. Because Malware is potentially harmful to users, apps containing Malware are strictly prohibited from Google Play.

Malware



### Mobile Unwanted Software (MUwS)

Apps that violate Mobile Unwanted Software principles are potentially harmful to the user experience, and we will take steps to protect users from harmful software.

Mobile Unwanted Software  Ad Fraud

Unauthorized Use or Imitation of System Functionality

Social Engineering



### Families

Before submitting an app that targets children to the Google Play Store, you are responsible for ensuring your app is appropriate for children and compliant with all relevant laws.

Designing Apps for Children and Families

Ads and Monetization



# Developer Policy Center



## Other Programs

In addition to compliance with the content policies set out elsewhere in this Policy Center, apps that are designed for other Android experiences and distributed via Google Play may also be subject to program-specific policy requirements. Be sure to review the list below to determine if any of these policies apply to your app.

Android Instant Apps



## Enforcement

Learn more about how our policies apply, how we enforce our policies, and how you can manage policy violations.

Policy Coverage    Enforcement Process

Managing and Reporting Policy Violations

Play Console Requirements



### How Google Play Works for Developers

Learn more about how Google Play works to help developers succeed.

Helping Developers Succeed    App Discovery and Ranking

Data Access    Availability of Features and Services

# Latest Information



### Recent Policy Updates

Check here for updates and changes to the Developer Program Policies as well as resources and additional



### Google Play PolicyBytes - April 2022 Update

Learn more about the policy updates and key reminders we announced in April.

 Google Play  Play Console

## Developer Policy Center



### Your Data safety form is available in Console

The new Data safety section gives you a transparent way to show users your data

safety practices. Fill out your form before users see the feature in Play store in February.

Read more

## Resources



### Learn policy on Play Academy

Dive deeper into Google Play policies by taking training on Play Academy.

Take training



### Review the status of your app

View compliance information for your app. See if your app has been rejected, removed, or suspended from Google Play.

View policy status



### Get developer support



### Request mediation

*(for EU based developers)*

 

# Developer Policy Center

Google Play or access to Google Play's services, please let us know.

in the EU and you offer goods or services to consumers located in the EU, learn more about how you can resolve disputes with Google Play through mediation.

Get support

Learn more    (EU only)

 Print view

📋 Developer Distribution Agreement

---

About Google    Google products    Privacy    Terms

❓ Help    English (United States) ▼