# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:20-cv-05671-JD<br>Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | **[PROPOSED] ORDER ON EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered Epic Games, Inc.'s ("Epic") Administrative Motion To Consider Whether Another Party's Material Should Be Sealed, the Declaration of Yonatan Even in Support of the Administrative Motion, any declaration by Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific PTE. Limited and Google Payment Corp. (collectively "Google"), any third party declaration submitted in response and Epic's response thereto, and pursuant to Local Rules 7-11 and 79-5;

IT IS HEREBY ORDERED:

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Plaintiff Epic Games, Inc.'s Notice of Motion & Motion for a Preliminary Injunction ("Epic's Motion") | Page 4, Lines 6-7 | Google | |
| Epic's Motion | Page 7, Lines 7-9 | Google | |
| Epic's Motion | Page 7, Lines 17-20 | Google | |
| Epic's Motion | Page 7, Lines 24-26 | Google | |
| Epic's Motion | Page 7, Lines 26-28 | Google | |
| Epic's Motion | Page 8, Lines 1-3 | Google | |
| Epic's Motion | Page 8, Lines 6-12 | Google | |
| Epic's Motion | Page 8, Lines 16-23 | Google | |
| Epic's Motion | Page 8, Line 26 | Google | |
| Epic's Motion | Page 8, Line 27 - Page 9, Line 5 | Google | |
| Epic's Motion | Page 9, Lines 6-8 | Google | |
| Epic's Motion | Page 9, Lines 6-8 | Amazon.com, Inc. | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Epic's Motion | Page 9, Line 24 | Google | |
| Epic's Motion | Page 9, Line 25 - Page 10, Line 4 | Google | |
| Epic's Motion | Page 10, Line 5 | Google | |
| Epic's Motion | Page 10, Lines 6-9 | Google | |
| Epic's Motion | Page 10, Line 11 | Google | |
| Epic's Motion | Page 10, Lines 11-12 | Google | |
| Epic's Motion | Page 10, Line 13 | Google | |
| Epic's Motion | Page 10, Lines 13-15 | Activision Blizzard, Inc. | |
| Epic's Motion | Page 10, Lines 15-17 | Google | |
| Epic's Motion | Page 10, Lines 17-18 | Activision Blizzard, Inc. | |
| Epic's Motion | Page 10, Lines 19-21 | Google | |
| Epic's Motion | Page 10, n.4 | Google | |
| Epic's Motion | Page 11, Line 2 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Epic's Motion | Page 11, Lines 2-5 | Google | |
| Epic's Motion | Page 11, Line 8 | Google | |
| Epic's Motion | Page 11, Lines 8-11 | Google | |
| Epic's Motion | Page 11, Lines 12-13 | Google | |
| Epic's Motion | Page 11, Line 17 | Google | |
| Epic's Motion | Page 11, Line 22 - Page 12, Line 2 | Google | |
| Epic's Motion | Page 13, Line 16 | Google | |
| Epic's Motion | Page 13, Lines 21-23 | Google | |
| Epic's Motion | Page 13, Lines 24-25 | Google | |
| Epic's Motion | Page 13, n.6 | Google | |
| Epic's Motion | Page 14, Lines 2-5 | Google | |
| Epic's Motion | Page 14, Lines 5-6 | Google | |
| Epic's Motion | Page 14, Line 7 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Epic's Motion | Page 14, Lines 13-15 | Google | |
| Epic's Motion | Page 14, Lines 15-16 | Google | |
| Epic's Motion | Page 14, Lines 17-20 | Google | |
| Epic's Motion | Page 14, Line 20 | Google | |
| Epic's Motion | Page 14, Lines 22-23 | Google | |
| Epic's Motion | Page 14, n.7 | Google | |
| Epic's Motion | Page 15, Lines 5-7 | Google | |
| Epic's Motion | Page 15, Lines 7-9 | Google | |
| Epic's Motion | Page 15, Lines 10-12 | Google | |
| Declaration of Steven Tadelis in Support of Epic Games, Inc.'s Motion for a Preliminary Injunction ("Tadelis Declaration") | ¶ 18 | Google | |
| Tadelis Declaration | Page 7, n.14 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Tadelis Declaration | ¶ 32 | Google | |
| Tadelis Declaration | ¶ 33 | Google | |
| Tadelis Declaration | Page 13, n.37 | Google | |
| Tadelis Declaration | Page 13, n.39 | Google | |
| Tadelis Declaration | Page 13, n.40 | Google | |
| Tadelis Declaration | Page 13, n.42 | Google | |
| Tadelis Declaration | Page 14, n.43 | Google | |
| Tadelis Declaration | Page 15, n.46 | Google | |
| Tadelis Declaration | Pages 15-16, n.48 | Google | |
| Tadelis Declaration | ¶ 39 | Google | |
| Tadelis Declaration | Page 17, n.55 | Google | |
| Tadelis Declaration | ¶ 46 | Google | |
| Tadelis Declaration | ¶ 47 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Tadelis Declaration | Page 20, n.63 | Google | |
| Tadelis Declaration | ¶ 49 | Google | |
| Tadelis Declaration | ¶ 50 | Google | |
| Tadelis Declaration | Page 21, n.69 | Google | |
| Tadelis Declaration | Page 21, n.70 | Google | |
| Tadelis Declaration | Page 21, n.71 | Google | |
| Tadelis Declaration | ¶ 51 | Google | |
| Tadelis Declaration | ¶ 52 | Google | |
| Tadelis Declaration | Page 22, n.72 | Google | |
| Tadelis Declaration | Page 22, n.74 | Google | |
| Tadelis Declaration | ¶ 53 | Google | |
| Tadelis Declaration | ¶ 54 | Amazon.com, Inc. | |
| Tadelis Declaration | Page 23, n.76 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Tadelis Declaration | Page 23, n.77 | Google | |
| Tadelis Declaration | ¶ 55 | Google | |
| Tadelis Declaration | ¶ 56 | Google | |
| Tadelis Declaration | ¶ 57 | Google | |
| Tadelis Declaration | Page 24, n.83 | Google | |
| Tadelis Declaration | ¶ 58 | Google | |
| Tadelis Declaration | Page 25, n.84 | Google | |
| Tadelis Declaration | Page 25, n.85 | Google | |
| Tadelis Declaration | ¶ 67 | Google | |
| Tadelis Declaration | ¶ 68 | Google | |
| Tadelis Declaration | ¶ 69 | Google | |
| Tadelis Declaration | Page 28, n.104 | Google | |
| Tadelis Declaration | ¶ 70 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Tadelis Declaration | ¶ 72 | Google | |
| Tadelis Declaration | Page 30, n.117 | Google | |
| Tadelis Declaration | Page 30, n.119 | Google | |
| Tadelis Declaration | Page 30, n.120 | Google | |
| Tadelis Declaration | ¶ 78 | Google | |
| Tadelis Declaration | Page 32, n.124 | Google | |
| Tadelis Declaration | Page 32, n.125 | Google | |
| Tadelis Declaration | Page 32, n.126 | Google | |
| Tadelis Declaration | Page 33, n.129 | Google | |
| Tadelis Declaration | ¶ 89 | Google | |
| Tadelis Declaration | ¶ 94 | Google | |
| Tadelis Declaration | ¶ 96 | Google | |
| Tadelis Declaration | ¶ 97 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Tadelis Declaration | ¶ 98 | Google | |
| Tadelis Declaration | ¶ 99 | Google | |
| Tadelis Declaration | ¶ 100 | Google | |
| Tadelis Declaration | Page 41, n.175 | Google | |
| Tadelis Declaration | ¶ 105 | Google | |
| Tadelis Declaration | Page 43, n.179 | Google | |
| Tadelis Declaration | ¶ 109 | Google | |
| Tadelis Declaration | Page 45, n.186 | Google | |
| Tadelis Declaration | ¶ 112 | Google | |
| Tadelis Declaration | ¶ 113 | Google | |
| Tadelis Declaration | Page 46, n.188 | Google | |
| Tadelis Declaration | Page 47, n.192 | Activision Blizzard, Inc. | |
| Tadelis Declaration | Page 47, n.193 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Tadelis Declaration | ¶ 115, Lines 4-5, 6-11 | Google | |
| Tadelis Declaration | ¶ 115, Line 6 | Amazon.com, Inc. | |
| Tadelis Declaration | ¶ 116 | Google | |
| Tadelis Declaration | ¶ 117 | Google | |
| Tadelis Declaration | Page A-1, n.197 | Google | |
| Tadelis Declaration | Page A-1, n.200 | Google | |
| Tadelis Declaration | Page A-1, n.201 (First four words of second line of footnote) | Amazon.com, Inc. | |
| Tadelis Declaration | Page A-1, n.201 (All remaining highlighted words in n.201) | Google | |
| Tadelis Declaration | Page A-1, n.202 (First four words of second line) | Amazon.com, Inc. | |
| Tadelis Declaration | Page A-1, n.202 (All remaining highlighted words in n.202) | Google | |
| Tadelis Declaration | Page B-2 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Declaration of Lauren A. Moskowitz in Support of Epic Games, Inc.'s Motion for a Preliminary Injunction ("Moskowitz Declaration") | ¶ 4 | Google | |
| Moskowitz Declaration | ¶ 5 | Google | |
| Moskowitz Declaration | ¶ 6 | Google | |
| Moskowitz Declaration | ¶ 7 | Google | |
| Moskowitz Declaration | ¶ 8 | Google | |
| Moskowitz Declaration | ¶ 10 | Google | |
| Moskowitz Declaration | ¶ 11 | Google | |
| Moskowitz Declaration | ¶ 12 | Google | |
| Moskowitz Declaration | ¶ 13 | Google | |
| Moskowitz Declaration | ¶ 14 | Google | |
| Moskowitz Declaration | ¶ 15 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Moskowitz Declaration | ¶ 16 | Google | |
| Moskowitz Declaration | ¶ 17 | Google | |
| Moskowitz Declaration | ¶ 18 | Google | |
| Moskowitz Declaration | ¶ 19 | Google | |
| Moskowitz Declaration | ¶ 20 | Google | |
| Moskowitz Declaration | ¶ 21 | Google | |
| Moskowitz Declaration | ¶ 22 | Google | |
| Moskowitz Declaration | ¶ 23 | Google | |
| Moskowitz Declaration | ¶ 24 | Google | |
| Moskowitz Declaration | ¶ 25 | Google | |
| Moskowitz Declaration | ¶ 26 | Google | |
| Moskowitz Declaration | ¶ 27 | Google | |
| Moskowitz Declaration | ¶ 28 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Moskowitz Declaration | ¶ 29 | Google | |
| Moskowitz Declaration | ¶ 30 | Google | |
| Moskowitz Declaration | ¶ 31 | Google | |
| Moskowitz Declaration | ¶ 32 | Google | |
| Moskowitz Declaration | ¶ 33 | Google | |
| Moskowitz Declaration | ¶ 34 | Google | |
| Moskowitz Declaration | ¶ 35 | Google | |
| Moskowitz Declaration | ¶ 36 | Google | |
| Moskowitz Declaration | ¶ 37 | Google | |
| Moskowitz Declaration | ¶ 38 | Google | |
| Moskowitz Declaration | ¶ 39 | Google | |
| Moskowitz Declaration | ¶ 40 | Google | |
| Moskowitz Declaration | ¶ 41 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Moskowitz Declaration | ¶ 42 | Google | |
| Moskowitz Declaration | ¶ 43 | Google | |
| Moskowitz Declaration | ¶ 44 | Google | |
| Moskowitz Declaration | ¶ 45 | Google | |
| Moskowitz Declaration | ¶ 46 | Google | |
| Moskowitz Declaration | ¶ 47 | Google | |
| Moskowitz Declaration | ¶ 48 | Google | |
| Moskowitz Declaration | ¶ 49 | Google | |
| Moskowitz Declaration | ¶ 50 | Google | |
| Moskowitz Declaration | ¶ 51 | Google | |
| Moskowitz Declaration | ¶ 52 | Google | |
| Moskowitz Declaration | ¶ 53 | Google | |
| Moskowitz Declaration | ¶ 54 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Moskowitz Declaration | ¶ 55 | Google | |
| Moskowitz Declaration | ¶ 56 | Google | |
| Moskowitz Declaration | ¶ 57 | Google | |
| Moskowitz Declaration | ¶ 58 | Google | |
| Moskowitz Declaration | ¶ 59 | Google | |
| Moskowitz Declaration | ¶ 60 | Google | |
| Moskowitz Declaration | ¶ 61 | Google | |
| Moskowitz Declaration | ¶ 62 | Google | |
| Moskowitz Declaration | ¶ 63 | Google | |
| Moskowitz Declaration | ¶ 64 | Google | |
| Moskowitz Declaration | ¶ 65 | Google | |
| Moskowitz Declaration | ¶ 66 | Google | |
| Moskowitz Declaration | ¶ 67 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Moskowitz Declaration | ¶ 69 | Google | |
| Moskowitz Declaration | ¶ 71 | Google | |
| Moskowitz Declaration | ¶ 73 | Google | |
| Moskowitz Declaration | ¶ 75 | Google | |
| Moskowitz Declaration | ¶ 80 | Google | |
| Moskowitz Declaration | ¶ 82 | Google | |
| Moskowitz Declaration | ¶ 84 | Google | |
| Moskowitz Declaration | ¶ 85 | Google | |
| Moskowitz Declaration | ¶ 86 | Google | |
| Moskowitz Declaration | ¶ 88 | Google | |
| Moskowitz Declaration | ¶ 89 | Google | |
| Moskowitz Declaration | ¶ 91 | Google | |
| Moskowitz Declaration | ¶ 92 | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Moskowitz Declaration | ¶ 93 | Google | |
| Moskowitz Declaration | ¶ 94 | Google | |
| Moskowitz Declaration | ¶ 95 | Google | |
| Moskowitz Declaration | ¶ 104 | Google | |
| Moskowitz Declaration | ¶ 105 | Google | |
| Moskowitz Declaration | ¶ 106 | Google | |
| Moskowitz Declaration | ¶ 108 | Activision Blizzard, Inc. | |
| Moskowitz Declaration | ¶ 109 | Activision Blizzard, Inc. | |
| Moskowitz Declaration | ¶ 110 | Amazon.com, Inc. | |
| Moskowitz Declaration | ¶ 111 | Amazon.com, Inc. | |
| Moskowitz Declaration | ¶ 112 | Samsung Electronics America, Inc. | |
| Exhibit 2 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 3 to Moskowitz Declaration | Document in its entirety | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 4 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 5 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 6 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 8 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 9 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 10 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 11 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 12 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 13 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 14 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 15 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 16 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 17 to Moskowitz Declaration | Document in its entirety | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 18 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 19 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 20 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 21 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 22 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 23 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 24 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 25 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 26 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 27 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 28 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 29 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 30 to Moskowitz Declaration | Document in its entirety | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 31 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 32 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 33 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 34 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 35 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 36 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 37 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 38 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 39 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 40 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 41 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 42 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 43 to Moskowitz Declaration | Document in its entirety | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 44 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 45 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 46 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 47 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 48 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 49 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 50 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 51 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 52 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 53 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 54 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 55 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 56 to Moskowitz Declaration | Document in its entirety | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 57 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 58 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 59 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 60 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 61 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 62 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 63 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 64 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 65 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 67 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 69 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 71 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 73 to Moskowitz Declaration | Document in its entirety | Google | |

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 78 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 80 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 82 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 83 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 84 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 86 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 87 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 89 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 90 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 91 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 92 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 93 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 102 to Moskowitz Declaration | Document in its entirety | Google | |

[PROPOSED] ORDER ON EPIC'S
ADMINISTRATIVE MOTION

CASE NO. 3:20-CV-05671-JD
CASE NO. 3:21-MD-02981-JD

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 103 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 104 to Moskowitz Declaration | Document in its entirety | Google | |
| Exhibit 106 to Moskowitz Declaration | Document in its entirety | Activision Blizzard, Inc. | |
| Exhibit 107 to Moskowitz Declaration | Document in its entirety | Activision Blizzard, Inc. | |
| Exhibit 108 to Moskowitz Declaration | Document in its entirety | Amazon.com, Inc. | |
| Exhibit 109 to Moskowitz Declaration | Document in its entirety | Amazon.com, Inc. | |
| Exhibit 110 to Moskowitz Declaration | Document in its entirety | Samsung Electronics America, Inc. | |

1  IT IS SO ORDERED.

2  Dated:

3

4

5  By: _____

6  THE HONORABLE JAMES DONATO
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27