Bonny E. Sweeney (SBN 176174)
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
bsweeney@hausfeld.com
kbates@hausfeld.com

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street
Philadelphia, PA 19106
kberan@hausfeld.com

Melinda R. Coolidge (*pro hac vice*)
Yelena W. Dewald (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW
Suite 300
Washington, DC 20006
mcoolidge@hausfeld.com
ydewald@hausfeld.com

*Co-Lead Counsel for the Proposed Class
in In re Google Play Developer Antitrust
Litigation and Attorneys for Peekya App Services,
Inc. and Scalisco LLC d/b/a Rescue Pets*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| THIS DOCUMENT RELATES TO: | |
| *In re Google Play Developer Antitrust Litigation*<br>Case No. 3:20-cv-05792-JD | |

**TO THE CLERK AND ALL PARTIES OF RECORD:** PLEASE TAKE NOTICE THAT after May 6, 2022, the undersigned will no longer be affiliated with the law firm of Hausfeld LLP and therefore withdraws as counsel for Plaintiffs Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets in the above-captioned matters.  Plaintiffs Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets will continue to be represented by other counsel of record in the above-captioned matters.

DATED: May 6, 2022                              HAUSFELD LLP

By: */s/ Daniel Kees*
Daniel Kees
**HAUSFELD LLP**
888 16th Street NW
Suite 300
Washington, DC 20006
dkees@hausfeld.com

*Counsel for Plaintiff Peekya App Services, Inc. and Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation*