HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>Match Group, LLC v. Google LLC, 5:22-cv-02746<br><br>State of Utah v. Google LLC, 3:21-cv-05227-JD<br><br>Epic Games Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD<br><br>In re Google Play Consumer Antitrust Litigation, Case No. 3:20-cv-05761-JD<br><br>In re Google Play Developer Antitrust Litigation, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge James Donato |

| | |
|---|---|
| 1 | Pursuant to N.D. Cal. Civil L.R. 3-12, Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyOfFish Media ULC; and People Media, Inc. (collectively, the "Match Group Plaintiffs") respectfully move the Court for consideration of whether the recently filed case, *Match Group, LLC v. Google LLC*, 5:22-cv-02746, should be deemed related to the following cases (collectively, the "In Re Play Store Actions"), all of which have been transferred, for pretrial proceedings, into MDL Case No. 2981: |

*State of Utah v. Google LLC*, 3:21-cv-05227-JD;

*Epic Games Inc. v. Google LLC et. Al.*, Case No. 3:20-cv-05671-JD;

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD;

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD.

## RELATIONSHIP OF ACTIONS

*Match Group LLC v. Google LLC*, 5:22-cv-02746 (the "Match Group Play Store Case") is an action for, among other things, violations of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2; violations of California's Cartwright Act, Cal. Bus. & Prof. Code § 16700 *et seq.*; and a state consumer protection statute. Regarding the criteria set forth in N.D. Cal. L.R. 3-12(a), the Match Group Play Store Case involves common defendants, namely, Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific Pte. Limited; and Google Payment Corp. (collectively, "Defendants"). The Match Play Store Case will also present issues of fact and law that are common to the other In Re Play Store Actions such that duplication of labor and potentially conflicting results may be avoided by assigning the Match Group Play Store Case to the Honorable James Donato, who presides over the In Re Play Store Actions.

By way of example only, the Match Group Play Store Case and the In Re Play Store Actions present the following common issues:

- Relevant market definition concerning the market for the distribution of apps on mobile devices, such as cell phones and tablets, that are compatible with the Android mobile operating system;
- Google's alleged monopoly power in a relevant market;
- The effect on competition by Google's alleged anti-competitive practices, including Google's alleged imposition of anti-competitive contractual terms on mobile device manufacturers, mobile network operators, and app developers; and
- Google's alleged tying of its in-app payment processing service, Google Play Billing, to the use of Google's app distribution platform, the Google Play Store.

The Northern District of California is the proper venue for the Match Group Play Store Case, to which all parties have consented.

## STATEMENT REGARDING STIPULATION

In keeping with N.D. Cal. L.R. 7-11, the Match Group Plaintiffs have conferred with Google LLC (and its affiliates that are defendants), and all parties stipulate that this Motion should be granted. The parties' Stipulation and a Proposed Order have been submitted concurrently with this Motion.

## CONCLUSION

The Court should designate the Match Group Play Store Case as related to the In Re Play Store Cases in MDL No. 2981.

Dated: May 10, 2022                     Respectfully submitted,


                                        By: */s/ Douglas J. Dixon*
                                            Douglas J. Dixon

| | |
|---|---|
| 1 | HUESTON HENNIGAN LLP |
| 2 | John C. Hueston<br>jhueston@hueston.com |
| 3 | Douglas J. Dixon<br>ddixon@hueston.com |
| 4 | 620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660 |
| 5 | Telephone:    (949) 229-8640 |
| 6 | Joseph A. Reiter<br>jreiter@hueston.com |
| 7 | Michael K. Acquah<br>macquah@hueston.com |
| 8 | William M. Larsen<br>wlarsen@hueston.com |
| 9 | Julia L. Haines<br>jhaines@hueston.com |
| 10 | 523 West 6th Street, Suite 400<br>Los Angeles, CA 90014 |
| 11 | Telephone:    (213) 788-4340<br>Facsimile:     (888) 775-0898 |
| 12 | |
| 13 | *Attorneys for Plaintiffs* |
| 14 | *Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.* |