HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>Match Group, LLC v. Google LLC, 5:22-cv-02746<br><br>State of Utah v. Google LLC, 3:21-cv-05227-JD<br><br>Epic Games Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD<br><br>In re Google Play Consumer Antitrust Litigation, Case No. 3:20-cv-05761-JD<br><br>In re Google Play Developer Antitrust Litigation, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER DETERMINING CASES TO BE RELATED**<br><br>Judge James Donato |

The Court, having considered the "Administrative Motion to Determine Whether Case Is Related," filed by Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyOfFish Media ULC; and People Media, Inc. (collectively, the "Match Group Plaintiffs"), and having considered the Stipulation of all parties, and good cause appearing therefor, hereby ORDERS as follows:

1. The recently filed case entitled *Match Group, LLC v. Google LLC*, 5:22-cv-02746 is related to each of the cases currently pending in this Court in *In Re Google Play Store Antitrust Litigation*, 3:21-md-2981; and

2. *Match Group, LLC v. Google LLC*, 5:22-cv-02746, in order to avoid duplication of labor and expense and the potential for conflicting results, shall be assigned to the Honorable Judge James Donato.

Dated: May ____, 2022

BY THE COURT:

By: _____
UNITED STATES DISTRICT JUDGE

- 1 -
PROPOSED ORDER DETERMINING CASES TO BE RELATED
5:22-cv-02746; 3:21-md-2981-JD