HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

Match Group, LLC v. Google LLC, 5:22-cv-02746

State of Utah v. Google LLC, 3:21-cv-05227-JD

Epic Games Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD

In re Google Play Consumer Antitrust Litigation, Case No. 3:20-cv-05761-JD

In re Google Play Developer Antitrust Litigation, Case No. 3:20-cv-05792-JD

Case No. 3:21-md-02981-JD

**STIPULATION FOR ENTRY OF ORDER DETERMINING CASES TO BE RELATED**

Judge James Donato

Whereas, Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyOfFish Media ULC; and People Media, Inc. (collectively, the "Match Group Plaintiffs"), Defendants Google LLC and its affiliated co-defendants, the plaintiffs in *State of Utah v. Google LLC*, Case No. 3:21-cv-5227, the plaintiff in *Epic Games Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD, the plaintiffs in *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD, and the plaintiffs in *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD (collectively, the "Stipulating Parties"), hereby stipulate to and jointly request that the Court enter an Order, granting the relief requested by the Match Group Plaintiffs in their "Administrative Motion to Consider Whether Cases Should Be Related," dated May 9, 2022.

Whereas, Google disputes the Match Group Plaintiffs' allegations in *Match Group, LLC v. Google LLC*, 5:22-cv-02746, and reserves all defenses, but agrees that the case meets the standard for relation under Civ. L.R. 3-12.

Therefore, the Stipulating Parties agree to and request that the Court order as follows:

1. That the Match Group Plaintiffs' recently filed case, *Match Group, LLC v. Google LLC*, 5:22-cv-02746, is related to each of the cases currently pending in this Court in *In Re Google Play Store Antitrust Litigation*; 3:21-md-2981-JD; and

2. *Match Group, LLC v. Google LLC*, 5:22-cv-02746, in order to avoid duplication of labor and expense and the potential for conflicting results, shall be assigned to the Honorable Judge Donato.

///

///

///

///

///

///

APPROVED:

Dated: May 10, 2022

HUESTON HENNIGAN LLP

John C. Hueston
Douglas J. Dixon
Joseph A. Reiter
Michael K. Acquah
William M. Larsen
Julia L. Haines

Respectfully submitted,

By: */s/ Douglas J. Dixon*

*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

Dated: May 10, 2022

UTAH OFFICE OF THE ATTORNEY GENERAL

David N. Sonnenreich

NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL

Sarah Boyce

Respectfully submitted,

By: */s/ Sarah Boyce*

*Counsel for Co-Plaintiff States*

Dated: May 10, 2022

CRAVATH, SWAINE & MOORE LLP

Christine Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars

FAEGRE DRINKER BIDDLE & REATH LLP

Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*

*Counsel for Plaintiff Epic Games, Inc.*

Dated: May 10, 2022

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*

*Co-Lead Counsel for the Proposed Class in In Re Google Play Consumer Antitrust Litigation*

Dated: May 10, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP
Steven W. Berman
Robert F. Lopez
Benjamin J. Siegel

SPERLING & SLATER PC
Joseph M. Vanek
Eamon P. Kelly
Barry Frett

Respectfully submitted,

By: */s/ Barry Frett*

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated: May 10, 2022

HAUSFELD LLP
Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Samantha J. Stein
Scott A. Martin
Irving Scher

Respectfully submitted,

By: */s/ Bonny E. Sweeney*

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: May 10, 2022

MORGAN, LEWIS & BOCKIUS LLP

Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna L. Naranjo
Rishi P. Satia

Respectfully submitted,

By: */s/ Brian C. Rocca*

*Counsel for Defendants Google LLC et al.*

Dated: May 10, 2022

O'MELVENY & MYERS LLP

Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By: */s/ Ian Simmons*

*Counsel for Defendants Google LLC et al.*