# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** ) ) ) | Case No. 3:21-md-02981-JD |
| **THIS DOCUMENT RELATES TO:** ) ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ) ) ) | Judge: HON. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD ) ) ) | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD ) ) ) | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ) ) ) | |

## NOTICE OF APPEARANCE

Assistant Attorney General Noah Goerlitz, authorized to appear in this matter *pro hac vice*, hereby appears as counsel for Plaintiff State of Iowa in the above-captioned case.

Dated:  May 20, 2022

/s/ Noah Goerlitz
Noah Goerlitz
Assistant Attorney General
Iowa Department of Justice
Consumer Protection Division
1305 East Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: 515-281-5926
Facsimile: 515-281-6771
noah.goerlitz@ag.iowa.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** ) ) ) | Case No. 3:21-md-02981-JD |
| **THIS DOCUMENT RELATES TO:** ) ) ) | **CERTIFICATE OF SERVICE** |
| ) | Judge: HON. James Donato |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ) ) ) | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD ) ) ) | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD ) ) ) | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ) ) | |

  The undersigned attorney hereby certifies that on May 20, 2022, I caused the foregoing Notice of Substitution of Counsel to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

                 /s/ Noah Goerlitz
                 Noah Goerlitz