AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In Re Google Play Store Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-md-02981-JD |
|  | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.    .

Date:   05/23/2022

/s/ Christine M. Woodin
*Attorney's signature*

Christine M. Woodin, CA State Bar No. 295023
*Printed name and bar number*

HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

*Address*

cwoodin@hueston.com
*E-mail address*

(213) 788-4340
*Telephone number*

(888) 775-0898
*FAX number*