Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (pro hac vice)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS**<br><br>Courtroom: 11, 19th Floor (via Zoom)<br>Judge: Hon. James Donato |

WHEREAS, pursuant to this Court's February 2, 2022 Amended MDL Scheduling Order (MDL ECF No. 191), Plaintiffs served opening class certification expert reports on February 28, 2022; Google served opposition class certification expert reports on March 31, 2022; and Plaintiffs served class certification expert rebuttal reports on April 25, 2022. The Consumer Plaintiffs and Developer Plaintiffs will each file motions for class certification on May 26, 2022. The Google Defendants will oppose those motions on June 23, 2022, and the Consumer Plaintiffs and Developer Plaintiffs will file any reply briefs on July 14, 2022.

WHEREAS, Parties may file *Daubert* motions regarding class certification experts on May 26, 2022, oppositions to the *Daubert* motions on June 23, 2022, and replies to the *Daubert* motions on July 14, 2022.

WHEREAS, Parties believe that because "voluminous or multiple administrative motions to seal would be filed if normal procedures were followed," the briefing on the Consumer Plaintiffs' and Developer Plaintiffs' respective motions for class certification (and any *Daubert* motions) are subject to the procedure set forth in Paragraph 31 of the Court's Standing Order for Civil Cases, which calls for the filing of a single combined administrative motion to seal covering all unopposed sealing requests, and a single combined administrative motion to seal covering all opposed requests, following the completion of briefing ("Omnibus Sealing Motions").

WHEREAS, during a status conference before this Court on May 12, 2022, Parties raised an administrative request to forego any motions to seal in the interim briefs, so that Parties could submit only the Omnibus Sealing Motions contemplated by Paragraph 31 of this Court's Standing Order for Civil Cases; and the Parties understood the Court to be amenable to this request..

WHEREAS, given that Paragraph 31 appears to suggest that the Omnibus Sealing Motions will supersede any interim sealing motions that would ordinarily accompany Parties' opening briefs, opposition briefs, and reply briefs, Parties believe it will be most efficient to handle all sealing issues in Omnibus Sealing Motions to be filed following the class certification and *Daubert* briefings.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

- Parties shall file redacted versions of class certification and (if necessary) *Daubert* briefs and supporting documents on May 26, June 23, and July 14, 2022, without accompanying interim motions to seal; and
- Parties and non-parties shall jointly file Omnibus Sealing Motions on July 28, 2022 (i.e., two weeks after the completion of the class certification briefings), or any date that this Court chooses following the completion of class certification briefing.

Dated: May 23, 2022

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By: /s/ *Karma Giulianelli*
Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: May 23, 2022

PRITZKER LEVINE LLP
Elizabeth C. Pritzker

Respectfully submitted,

By: /s/ *Elizabeth Pritzker*
Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: May 23, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Robert F. Lopez
Benjamin J. Siegel

SPERLING & SLATER PC
Joseph M. Vanek
Eamon P. Kelly
Alberto Rodriguez

Respectfully submitted,

By: /s/ *Steve Berman*
Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated: May 23, 2022

HAUSFELD LLP
Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Scott A. Martin
Irving Scher

Respectfully submitted,

By: /s/ *Bonny Sweeney*
Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: May 23, 2022

MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca
Sujal J. Shah
Minna L. Naranjo
Rishi P. Satia
Michelle Park Chiu

Respectfully submitted,

By: /s/ *Brian Rocca*
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: May 23, 2022

O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By: */s/ Daniel Petrocelli*
Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: May 23, 2022

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By: */s/ Glenn Pomerantz*
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________________

______________________________________
HON. JAMES DONATO
United States District Judge

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian Rocca*