Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Classes in In re Google Play Consumer Antitrust Litigation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | No. 3:20-CV-05761-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion to file under seal the unredacted versions of Consumer Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, and Exhibits 2-5 to the Declaration of Karma M. Giulianelli filed in support of the motion, as well as Exhibits 6-20, 22-31, and 36-63 in their entirety. Pursuant to the Court's order, Dkt. 246, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed no later than July 29, 2022. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

Dated: May 26, 2022

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case No. 3:20-CV-05761-JD

2

Respectfully submitted,

By: /s/ *Karma M. Giulianelli*

**BARTLIT BECK LLP**
Karma M. Giulianelli (SBN 184175)
Glen E. Summers (SBN 176402)
Jameson R. Jones (*pro hac vice*)
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com
glen.summers@bartlitbeck.com
jameson.jones@bartlitbeck.com

John Byars (*pro hac vice*)
Lee Mason (*pro hac vice*)
54 W. Hubbard St., Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
john.byars@bartlitbeck.com
lee.mason@bartlitbeck.com

**KOREIN TILLERY, LLC**
George A. Zelcs (*pro hac vice*)
Randall Ewing, Jr. (*pro hac vice*)
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com

Stephen M. Tillery (*pro hac vice*)
Michael E. Klenov (SBN 277028)
Carol O'Keefe (*pro hac vice*)
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
stillery@koreintillery.com
mklenov@koreintillery.com

By: /s/ *Hae Sung Nam*

**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam (*pro hac vice*)
Robert N. Kaplan (*pro hac vice*)
Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
Aaron L. Schwartz (*pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
hnam@kaplanfox.com
rkaplan@kaplanfox.com
ffox@kaplanfox.com
dhall@kaplanfox.com
aschwartz@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
kherkenhoff@kaplanfox.com

**PRITZKER LEVINE, LLP**
Elizabeth C. Pritzker (SBN 146267)
Bethany Caracuzzo (SBN 190687)
Caroline Corbitt (SBN 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 805-8532
Facsimile: (415) 366-6110
ecp@pritzkerlevine.com
bc@pritzkerlevine.com
ccc@pritzkerlevine.com

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case No. 3:20-CV-05761-JD

3

| | | |
|---|---|---|
| 1 | cokeefe@koreintillery.com | |
| 2 | | **MILBERG PHILLIPS GROSSMAN LLP** |
| 3 | | Peggy J. Wedgworth (*pro hac vice*) |
| | | Robert A. Wallner (*pro hac vice*) |
| 4 | **COTCHETT, PITRE & MCCARTHY, LLP** | Elizabeth McKenna (*pro hac vice*) |
| | | Blake Yagman (*pro hac vice*) |
| 5 | Nanci E. Nishimura (SBN 152621) | Michael Acciavatti (*pro hac vice*) |
| | Adam J. Zapala (SBN 245748) | 100 Garden City Plaza, Suite 500 |
| 6 | Elizabeth T. Castillo (SBN 280502) | Garden City, NY 11530 |
| 7 | James G. Dallal (SBN 277826) | Telephone: (212) 594-5300 |
| | San Francisco Airport Office Center | Facsimile: (212) 868-1229 |
| 8 | 840 Malcolm Road, Suite 200 | pwedgworth@milberg.com |
| | Burlingame, CA 94010 | rwallner@milberg.com |
| 9 | Telephone: (650) 697-6000 | emckenna@milberg.com |
| 10 | Facsimile: (650) 697-0577 | byagman@milberg.com |
| | nnishimura@cpmlegal.com | macciavatti@milberg.com |
| 11 | azapala@cpmlegal.com | |
| | ecastillo@cpmlegal.com | |
| 12 | jdallal@cpmlegal.com | |

*Counsel for the Proposed Class*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND
NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case No. 3:20-CV-05761-JD

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on May 26, 2022, upon all counsel of record via the Court's electronic notification system.

/s/ Karma M. Giulianelli

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case No. 3:20-CV-05761-JD

5