# EXHIBIT 1

**COOPERATION AND JOINT PROSECUTION AGREEMENT**:

The following Cooperation and Joint Prosecution Agreement (this "Agreement") is entered into between Class Counsel for the Consumer Plaintiffs ("Class Counsel") in the case captioned *In re Google Play Consumer Antitrust Litigation*, No. 20-cv-05761-JD (N.D. Cal.) (the "Consumer Class Action") and the Attorneys General of the States[1] ("Plaintiff States") included in the case captioned *State of Utah et. al. v. Google LLC et. al.*, No. 21-cv-05227-JD (the "State AG Action") (collectively "the Parties"). The State AG Action and Consumer Class Action are among those consolidated for trial purposes in *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981 (the "MDL," and all above actions, collectively, the "Litigation").

**I.      COLLABORATION AND JOINT PROSECUTION**

Parties agree to jointly and cooperatively conduct the Litigation to the maximum extent feasible, consistent with the obligations of the Parties to their respective clients, including fact discovery and expert testimony, depositions, document review, pre-trial litigation, *in limine* motions, trial, settlement, and distribution of proceeds.

**II.     CLASS CERTIFICATION IN THE CIVIL PLAINTIFFS' ACTION**

In their operative complaint (the Consolidated First Amended Class Action Complaint, ECF No. 197), Class Counsel has brought claims (a) on behalf of a nationwide class of consumers under federal law; (b) on behalf of a nationwide class of consumers under California law; and (c) alternatively, under California law, on behalf of consumers that made purchases in those states that permit indirect purchaser standing—otherwise known as "repealer states." In the absence of the Attorneys' General *parens patriae* actions, Class Counsel would move to certify each of the foregoing classes pursuant to Federal Rule of Civil Procedure 23.

In their operative complaint (ECF No. 188), the Plaintiff States assert, among others, claims (a) on behalf of consumers in the Covered States under federal law in connection with their *parens patriae* authority; and (b) on behalf of consumers under specific state *parens patriae* authority (hereinafter "Covered Claims").[2]

---

[1] Those States, commonwealths, and districts include Utah, New York, North Carolina, Tennessee, Arizona, Colorado, Iowa, Nebraska, Alaska, Arkansas, California, Connecticut, Delaware, District of Columbia, Florida, Idaho, Indiana, Kentucky, Louisiana, Maryland, Massachusetts, Minnesota, Mississippi, Missouri, Montana, Nevada, New Hampshire, New Jersey, New Mexico, North Dakota, Oklahoma, Oregon, Rhode Island, South Dakota, Texas, Virginia, Vermont, Washington, and West Virginia (collectively, the "Covered States").

[2] "Covered Claims" as used in this agreement only includes claims brought pursuant to *parens patriae* authority. It does not include any other claims brought under the independent enforcement authority of the Attorneys General, such as for injunctive relief or penalties, to the extent provided for under state or federal law.

For Class Counsel and the Plaintiff States to jointly prosecute these actions in the best interests of consumers nationwide and in their respective states, and in reliance on the terms of this Agreement, the Parties hereby agree, as follows:

- Class Counsel will not make a procedural motion for class certification of a class or classes that includes consumers included in the Covered Claims;

- Class Counsel will move for class certification pursuant to Federal Rule of Civil Procedure 23 to pursue class claims under federal and/or state law on behalf of consumers in states where no Plaintiff State has asserted *parens patriae* claims (those class claims are "Non-Covered Claims"). The Attorneys General will not oppose Class Counsel seeking class certification over Non-Covered Claims;

- Notwithstanding the foregoing, the Parties will jointly pursue the Non-Covered and Covered Claims, and seek all monetary and non-monetary recoveries available to all such consumers including, specifically, any damages, money, restitution or any other relief for the benefit of and/or distribution or allocation to such consumers;

- No Plaintiff State will oppose class certification for consumers in any Covered State, as to which the Court rules, in the Litigation alone, that the respective Plaintiff State lacks *parens patriae* authority to pursue claims on behalf of its resident consumers;

- Class Counsel and the Plaintiff States intend for this agreement to continue, even if Covered Claims are amended to include additional states. If additional states join the State AG Action, it is the intention of the parties to have those states join in this Agreement, and Plaintiff States will use best efforts to accomplish this.; and

- Should any State dismiss its Covered Claims without prejudice, Class Counsel may, in their sole discretion, move to certify a class including claims from that state. In the event a class is certified, such claims shall be treated as Non-Covered Claims for purposes of this agreement.  In the event Class Counsel do not move to certify a class including claims from that state, such claims will continue to be considered Covered Claims for purposes of this Agreement.

- To the extent the list of Covered Claims or Non-Covered Claims changes at any point in the litigation, the Parties to this agreement agree to meet and confer in good faith to establish the correct list of Covered Claims and Non-Covered Claims, respectively, provided, however, that any States that may join this litigation but do not become signatories to this Agreement shall be considered to assert Non-Covered Claims and will not be entitled to shared work product.

## III.     SETTLEMENT NEGOTIATIONS AND DISCUSSIONS

The Parties wish to coordinate their conduct to the maximum extent possible regarding settlement or resolution of consumers' claims. To that end, the Parties agree they will make best efforts to jointly engage in settlement activity, including formal and informal discussions, conferences, and mediations; they will be open and candid with each other about settlement goals and discussions; and they will work cooperatively and jointly file where reasonable any pleading, motion or other court filing necessary to effectuate preliminary and/or final resolution of settlement for the benefit of consumers' claims, nationally or otherwise. The Parties agree to inform each other of serious progress on potential settlement of either the Covered Claims or Non-Covered Claims as a whole.

The Parties expressly recognize that each of them owe duties to their own respective clients. Nothing in this agreement changes or otherwise alters the fact that Class Counsel owe a fiduciary duty to their clients and the class. Similarly, nothing contained herein is intended to alter or limit the prosecutorial or litigation discretion of the Plaintiff States' respective Attorneys General with respect to settlement.

The Parties understand that compromise of the Non-Covered Claims on a class-wide basis requires a hearing and court approval pursuant to Federal Rule of Civil Procedure 23, and that compromise of the Covered Claims requires a hearing and court approval under the Clayton Act, and that both Parties may be heard at both hearings.

## IV.     ATTORNEYS' FEES BY SETTLEMENT, JUDGMENT, OR VERDICT

In light of Class Counsel's and the Plaintiff States' agreement to jointly prosecute claims on behalf of their resident consumers and putative class members, respectively, and in acknowledgement of Class Counsel's significant contribution to date and their continued work to prosecute the claims they have asserted  which has significant benefits for the Covered Claims and for residents of the Covered States, the Parties to this agreement set forth in advance how the Parties will seek attorneys' fees in the event of a settlement, judgment, or verdict with respect to Covered Claims and/or Non- Covered Claims.

- In addition to an application against any fund created by resolution of the Non-Covered Claims, Class Counsel may make an application to the Court for an award of attorneys' fees and reimbursement of litigation expenses from any recovery created by resolution of the Covered Claims, whether by settlement, verdict or judgment.

- Such application will be based on Ninth Circuit jurisprudence governing the award of attorneys' fees in common fund and class action litigation, which includes the possibility of a percentage-based fee award with a lodestar cross-check. Plaintiff States do not take the position that a pure lodestar-based fee award would be appropriate in this case.

- Class Counsel may make such application whether any class is or is not certified as to Non-Covered Claims, including for work following such order (provided such work is done while Class Counsel still represents clients with live claims in the case).

- The Parties will meet and confer with each other prior to submission of their respective applications.

- Class Counsel and the Plaintiff States agree that they will not collectively seek more in attorneys' fees against any recovery for Covered Claims than they would otherwise be entitled to under relevant Ninth Circuit authority for class action litigation. In other words, consumers in Covered States will not pay more in fees than they would have pursuant to a single common fund application under Ninth Circuit law.

- Accordingly, the attorneys' fees that Class Counsel and Plaintiff States shall seek in their respective fee applications shall be based on each respective group's overall contribution to recovery for Covered Claims. Assessment of each Party's contribution will be based on traditional factors such as attorney and staff time, monetary contribution to the litigation, the degree to which work product was shared, and other relevant indicia of contribution to the overall case.

- To the extent there is a settlement, judgment, or verdict with respect to the Non-Covered Claims, Class Counsel will seek an award of attorneys' fees and reimbursement of litigation expenses from the whole of any such settlement, judgment, or verdict, including any and all monetary recovery as well as the value of any non-monetary recovery. Plaintiff States disclaim any right to seek attorneys' fees against recoveries for Non-Covered Claims. However, Class Counsel's fee request against any fund created by the resolution of Covered Claims shall take into account (i.e., be offset by) the proportional contribution of the Plaintiff States, according to the principles articulated above, to any successful resolution of the Non-Covered Claims.

## V.     DISTRIBUTION OF SETTLEMENT, JUDGMENT, OR VERDICT PROCEEDS

To the extent permitted by law, the net proceeds of any fund or funds created by the resolution of Covered or Non-Covered Claims will be distributed to the respective consumers and class members. "Net proceeds" excludes any fees, expenses, service awards, notice costs, claims administration costs, taxes and tax preparation costs, and such other costs and expenses as may be approved by the Court. For the avoidance of doubt, with respect to the Covered States, "net proceeds" only includes funds recovered by resolution of the Covered Claims (*parens patriae* claims) on behalf of consumers. It does not include funds recovered through penalties, disgorgement, fines, or other such recoveries pursuant to powers vested in the Plaintiff States' Attorneys General solely in their capacity as law enforcement officials. In the event of a lump-sum settlement, the amount attributable to the Covered Claims will be determined by the Court at the fairness hearing required by the Clayton Act and some state laws.

Class Counsel and the Attorneys General shall work together to retain a notice provider and claims administrator to provide services related to providing notice to consumers and distributing any proceeds from a settlement, judgment, or verdict.

4

To the extent a dispute arises under this Agreement, the Parties will consider mediating the dispute.

This Agreement, or its substance, will be disclosed to the Court.

Dated:

By: *Karma Giulianelli*

**BARTLIT BECK LLP**
Karma M. Giulianelli, CA Bar #184175
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com

By: _____

**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam (*pro hac vice*)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
hnam@kaplanfox.com

By: _____

**COTCHETT PITRE & MCCARTHY**
Nanci E. Nishimura CA Bar #152621
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
nnishimura@cpmlegal.com

By: _____

**KOREIN TILLERY, LLC**
George A. Zelcs (*pro hac vice*)
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
gzelcs@koreintillery.com

By: _____

**PRITZKER LEVINE, LLP**
Elizabeth C. Pritzker, CA Bar#146267
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 805-8532
Facsimile: (415) 366-6110
ecp@pritzkerlevine.com

By: _____
Peggy Wedgworth (Apr 26, 2022 14:39 CDT)

**MILBERG PHILLIPS GROSSMAN LLP**
Peggy J. Wedgworth (*pro hac vice*)
One Penn Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229
pwedgworth@milberg.com

**FOR PLAINTIFF STATE OF UTAH:**

SEAN D. REYES, Attorney General

_____
DAVID N. SONNENREICH, Deputy Attorney General
Office of the Utah Attorney General
160 E 300 S, 5th Floor
Salt Lake City, Utah 84114
Phone: 801-845-6862
Email: dsonnenreich@agutah.gov

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES, Attorney General

_____
ELINOR R. HOFFMANN, Chief, Antitrust Bureau
BRYAN L. BLOOM, Assistant Attorney General
MORGAN J. FEDER, Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: 212-416-8262

6

By: _____
**PRITZKER LEVINE, LLP**
Elizabeth C. Pritzker, CA Bar#146267
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 805-8532
Facsimile: (415) 366-6110
ecp@pritzkerlevine.com


By: _____
**MILBERG PHILLIPS GROSSMAN LLP**
Peggy J. Wedgworth (*pro hac vice*)
One Penn Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229
pwedgworth@milberg.com


**FOR PLAINTIFF STATE OF UTAH:**

SEAN D. REYES, Attorney General


_____
DAVID N. SONNENREICH, Deputy Attorney General
Office of the Utah Attorney General
160 E 300 S, 5th Floor
Salt Lake City, Utah 84114
Phone: 801-845-6862
Email: dsonnenreich@agutah.gov


**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES, Attorney General

_____
ELINOR R. HOFFMANN, Chief, Antitrust Bureau
BRYAN L. BLOOM, Assistant Attorney General
MORGAN J. FEDER, Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: 212-416-8262
Email: Elinor.Hoffmann@ag.ny.gov
        Bryan.Bloom@ag.ny.gov
        Morgan.Feder@ag.ny.gov

6

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN, Attorney General

_/s/ Jessica V. Sutton_
JESSICA V. SUTTON, Special Deputy Attorney General
W. SWAIN WOOD, First Assistant Attorney General and General Counsel
KEVIN ANDERSON, Senior Deputy Attorney General and Director, Consumer Protection
Division
JONATHAN MARX, Special Deputy Attorney General
SARAH G. BOYCE, Deputy Solicitor General
North Carolina Department of Justice
P.O. Box 628
Raleigh, NC 27602
Phone: 919-716-6000
Email: jsutton2@ncdoj.gov


**FOR PLAINTIFF STATE OF TENNESSEE:**

HERBERT H. SLATERY III, Attorney General and Reporter


HERBERT H. SLATERY, Attorney General and Reporter
J. DAVID MCDOWELL, Director of Antitrust, Senior Assistant Attorney General
S. ETHAN BOWERS, Assistant Attorney General
Tennessee Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Phone: 615-741-8722
Email: David.McDowell@ag.tn.gov
         Ethan.Bowers@ag.tn.gov


**FOR PLAINTIFF STATE OF ARIZONA:**

MARK BRNOVICH, Attorney General


BRUNN W. (BEAU) ROYSDEN III, Solicitor General
MICHAEL S. CATLETT, Deputy Solicitor General
DANA R. VOGEL, Unit Chief Counsel
CHRISTOPHER M. SLOOT, Assistant Attorney General
Arizona Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: 602-542-3725
Email: Dana.Vogel@azag.gov

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN, Attorney General

_____
JESSICA V. SUTTON, Special Deputy Attorney General
W. SWAIN WOOD, First Assistant Attorney General and General Counsel
KEVIN ANDERSON, Senior Deputy Attorney General and Director, Consumer Protection Division
JONATHAN MARX, Special Deputy Attorney General
SARAH G. BOYCE, Deputy Solicitor General
North Carolina Department of Justice
P.O. Box 628
Raleigh, NC 27602
Phone: 919-716-6000
Email: jsutton2@ncdoj.gov


**FOR PLAINTIFF STATE OF TENNESSEE:**

HERBERT H. SLATERY III, Attorney General and Reporter

/s Herbert H. Slatery III
_____
HERBERT H. SLATERY III, Attorney General and Reporter
J. DAVID MCDOWELL, Deputy Attorney General
S. ETHAN BOWERS, Assistant Attorney General
Tennessee Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Phone: 615-741-8722
Email: David.McDowell@ag.tn.gov
        Ethan.Bowers@ag.tn.gov


**FOR PLAINTIFF STATE OF ARIZONA:**

MARK BRNOVICH, Attorney General

_____
BRUNN W. (BEAU) ROYSDEN III, Solicitor General
MICHAEL S. CATLETT, Deputy Solicitor General
DANA R. VOGEL, Unit Chief Counsel
CHRISTOPHER M. SLOOT, Assistant Attorney General
Arizona Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: 602-542-3725
Email: Dana.Vogel@azag.gov

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN, Attorney General

_____

JESSICA V. SUTTON, Special Deputy Attorney General
W. SWAIN WOOD, First Assistant Attorney General and General Counsel
KEVIN ANDERSON, Senior Deputy Attorney General and Director, Consumer Protection
Division
JONATHAN MARX, Special Deputy Attorney General
SARAH G. BOYCE, Deputy Solicitor General
North Carolina Department of Justice
P.O. Box 628
Raleigh, NC 27602
Phone: 919-716-6000
Email: jsutton2@ncdoj.gov

**FOR PLAINTIFF STATE OF TENNESSEE:**

HERBERT H. SLATERY III, Attorney General and Reporter

_____

HERBERT H. SLATERY, Attorney General and Reporter
J. DAVID MCDOWELL, Director of Antitrust, Senior Assistant Attorney General
S. ETHAN BOWERS, Assistant Attorney General
Tennessee Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Phone: 615-741-8722
Email: David.McDowell@ag.tn.gov
        Ethan.Bowers@ag.tn.gov

**FOR PLAINTIFF STATE OF ARIZONA:**

MARK BRNOVICH, Attorney General

_____

BRUNN W. (BEAU) ROYSDEN III, Solicitor General
MICHAEL S. CATLETT, Deputy Solicitor General
DANA R. VOGEL, Unit Chief Counsel
CHRISTOPHER M. SLOOT, Assistant Attorney General
Arizona Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: 602-542-3725
Email: Dana.Vogel@azag.gov

7

**FOR PLAINTIFF STATE OF COLORADO:**

PHILIP J. WEISER, Attorney General

*/s/ Diane R. Hazel*

STEVEN KAUFMANN, Deputy Attorney General
DIANE R. HAZEL, First Assistant Attorney General

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: 720-508-6000
Email: Steve.Kaufmann@coag.gov
        Diane.Hazel@coag.gov


**FOR PLAINTIFF STATE OF IOWA:**

THOMAS J. MILLER, Attorney General


MAX M. MILLER, Assistant Attorney General

Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Phone: 515-281-5926
Email: Max.Miller@ag.iowa.gov


**FOR PLAINTIFF STATE OF NEBRASKA:**

DOUGLAS J. PETERSON, Attorney General


Philip D. Carlson, Chief, Consumer Protection Division
Joseph M. Conrad, Assistant Attorney General
Shereece Dendy-Sanders, Assistant Attorney General

Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
Phone: 402-471-3840
Email: joseph.conrad@nebraska.gov

**FOR PLAINTIFF STATE OF COLORADO:**

PHILIP J. WEISER, Attorney General

_____

STEVEN KAUFMANN, Deputy Attorney General
DIANE R. HAZEL, First Assistant Attorney General

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: 720-508-6000
Email: Steve.Kaufmann@coag.gov
        Diane.Hazel@coag.gov

**FOR PLAINTIFF STATE OF IOWA:**

THOMAS J. MILLER, Attorney General

/s/ Max M. Miller
_____
MAX M. MILLER, Assistant Attorney General

Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Phone: 515-281-5926
Email: Max.Miller@ag.iowa.gov

**FOR PLAINTIFF STATE OF NEBRASKA:**

DOUGLAS J. PETERSON, Attorney General

_____

Philip D. Carlson, Chief, Consumer Protection Division
Joseph M. Conrad, Assistant Attorney General
Shereece Dendy-Sanders, Assistant Attorney General

Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
Phone: 402-471-3840
Email: joseph.conrad@nebraska.gov

**FOR PLAINTIFF STATE OF COLORADO:**

PHILIP J. WEISER, Attorney General

_____

STEVEN KAUFMANN, Deputy Attorney General
DIANE R. HAZEL, First Assistant Attorney General

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: 720-508-6000
Email: Steve.Kaufmann@coag.gov
        Diane.Hazel@coag.gov

**FOR PLAINTIFF STATE OF IOWA:**

THOMAS J. MILLER, Attorney General

_____

MAX M. MILLER, Assistant Attorney General

Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Phone: 515-281-5926
Email: Max.Miller@ag.iowa.gov

**FOR PLAINTIFF STATE OF NEBRASKA:**

DOUGLAS J. PETERSON, Attorney General

_/s/ Joseph M. Conrad_
_____
Philip D. Carlson, Chief, Consumer Protection Division
Joseph M. Conrad, Assistant Attorney General
Shereece Dendy-Sanders, Assistant Attorney General

Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
Phone: 402-471-3840
Email: joseph.conrad@nebraska.gov

**FOR PLAINTIFF STATE OF ALASKA:**

TREG R. TAYLOR, Attorney General


*/s/ Jeff Pickett*
Jeff Pickett
Senior Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5100
Email: jeff.pickett@alaska.gov


**FOR PLAINTIFF STATE OF ARKANSAS**:

LESLIE RUTLEDGE, Attorney General


JOHNATHAN R. CARTER, Assistant Attorney General

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: 501.682.8063
Fax:  501.682.8118
Email: Johnathan.Carter@Arkansasag.gov


**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA, Attorney General


BRIAN WANG, Deputy Attorney General
PAULA BLIZZARD, Supervising Deputy Attorney General
KATHLEEN FOOTE. Senior Assistant Attorney General

Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Phone: 415-510-3487
Email: Brian.Wang@doj.ca.gov

**FOR PLAINTIFF STATE OF ALASKA:**

TREG R. TAYLOR, Attorney General

_____

Jeff Pickett
Senior Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5100
Email: jeff.pickett@alaska.gov

**FOR PLAINTIFF STATE OF ARKANSAS:**

LESLIE RUTLEDGE, Attorney General

_____
JOHNATHAN R. CARTER, Assistant Attorney General

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: 501.682.8063
Fax:  501.682.8118
Email: Johnathan.Carter@Arkansasag.gov

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA, Attorney General

_____

BRIAN WANG, Deputy Attorney General
PAULA BLIZZARD, Supervising Deputy Attorney General
KATHLEEN FOOTE, Senior Assistant Attorney General

Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Phone: 415-510-3487
Email: Brian.Wang@doj.ca.gov

**FOR PLAINTIFF STATE OF ALASKA:**

TREG R. TAYLOR, Attorney General

Jeff Pickett
Senior Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5100
Email: jeff.pickett@alaska.gov

**FOR PLAINTIFF STATE OF ARKANSAS**:

LESLIE RUTLEDGE, Attorney General

JOHNATHAN R. CARTER, Assistant Attorney General

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: 501.682.8063
Fax:  501.682.8118
Email: Johnathan.Carter@Arkansasag.gov

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA, Attorney General

/s/ Brian Wang
BRIAN WANG, Deputy Attorney General
PAULA BLIZZARD, Supervising Deputy Attorney General
KATHLEEN FOOTE. Senior Assistant Attorney General

Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Phone: 415-510-3487
Email: Brian.Wang@doj.ca.gov

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG, Attorney General

JEREMY PEARLMAN, Deputy Associate Attorney General
NICOLE DEMERS, Assistant Attorney General
JULIA SORENSEN, Assistant Attorney General

Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5440
Email: jeremy.pearlman@ct.gov

1

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG, Attorney General

_____
JEREMY PEARLMAN, Deputy Associate Attorney General
NICOLE DEMERS, Assistant Attorney General
JULIA SORENSEN, Assistant Attorney General

Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5440
Email: jeremy.pearlman@ct.gov

**FOR PLAINTIFF STATE OF DELAWARE:**

KATHLEEN JENNINGS, Attorney General

/s/ Michael A. Undorf_____
MICHAEL A. UNDORF, Deputy Attorney General

Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Phone: 302-683-8816
Email: michael.undorf@delaware.gov

**FOR PLAINTIFF DISTRICT OF COLUMBIA:**

KARL A. RACINE, Attorney General

_____
CATHERINE A. JACKSON, Assistant Attorney General
ELIZABETH G. ARTHUR, Assistant Attorney General
DAVID BRUNFELD, Assistant Attorney General

Office of the Attorney General for the District of Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Phone: 202-442-9853
Email: catherine.jackson@dc.gov

**FOR PLAINTIFF DISTRICT OF COLUMBIA:**

KARL A. RACINE, Attorney General


*/s/ Kathleen Konopka*
KATHLEEN KONOPKA, Deputy Attorney General
ELIZABETH G. ARTHUR, Assistant Attorney General
DAVID BRUNFELD, Assistant Attorney General

Office of the Attorney General for the District of Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Phone: 202-724-6610
Email: Kathleen.konopka@dc.gov

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**KARL A. RACINE**

**Public Advocacy Division**
**Public Integrity Section**

February 2, 2022

**RE:**   Common Interest and Joint Prosecution Agreement

  The following letter is to be considered an addendum to the Joint Prosecution Agreement (the "Agreement") entered into between Class Counsel for the Consumer Plaintiffs ("Class Counsel") in the case captioned *In re Google Play Consumer Antitrust Litigation*, No. 20-cv-05761-JD (N.D. Cal.) (the "Consumer Class Action") and the Office of the Attorney General for the District of Columbia (the "District") in the case captioned *State of Utah et. al. v. Google LLC et. al.*, No. 21-cv-05227-JD (the "State AG Action") (collectively "the Parties").* The Parties seek to further clarify: (1) it is the Parties' intent that the Agreement is to be considered and treated as a Common Interest Agreement and/or an extension of any Common Interest Agreement already signed by the Parties; (2) nothing in the Agreement would prevent DC from seeking fees based on the totality of DC's work in this case.

**FOR PLAINTIFF DISTRICT OF COLUMBIA:**

KARL A. RACINE, Attorney General


*/s/ Kathleen Konopka*
KATHLEEN KONOPKA, Deputy Attorney General
ELIZABETH G. ARTHUR, Assistant Attorney General
DAVID BRUNFELD, Assistant Attorney General

Office of the Attorney General for the District of Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Phone: 202-724-6610
Email: Kathleen.konopka@dc.gov

---

* The State AG Action and Consumer Class Action are among those consolidated for trial purposes in *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981 (the "MDL," and all above actions, collectively, the "Litigation").

**FOR PLAINTIFF STATE OF FLORIDA:**

ASHLEY MOODY, Attorney General

  /s R. Scott Palmer
R. SCOTT PALMER, Interim Co-Director, Antitrust Division
JOHN GUARD, Chief Deputy Attorney General
LEE ISTRAIL, Assistant Attorney General
CHRISTOPHER KNIGHT, Assistant Attorney General
ANDREW BUTLER, Assistant Attorney General

Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Phone: 850-414-3300
Email: scott.palmer@myfloridalegal.com

**FOR PLAINTIFF STATE OF IDAHO:**

LAWRENCE G. WASDEN, Attorney General

BRETT T. DELANGE, Division Chief, Consumer Protection Division
STEPHANE N. GUYON, Deputy Attorney General
JOHN K. OLSON, Deputy Attorney General

Office of the Attorney General
954 W. Jefferson St., 2nd Fl.
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2424
Email: stephanie.guyon@ag.idaho.gov

**FOR PLAINTIFF STATE OF INDIANA:**

TODD ROKITA, Attorney General

SCOTT L. BARNHART, Chief Counsel and Director, Consumer Protection Division
MATTHEW MICHALOSKI, Deputy Attorney General

Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Phone: 317-232-6309
Email: Scott.Barnhart@atg.in.gov

11

**FOR PLAINTIFF STATE OF FLORIDA:**

ASHLEY MOODY, Attorney General

---

R. SCOTT PALMER, Interim Co-Director, Antitrust Division
JOHN GUARD, Chief Deputy Attorney General
LEE ISTRAIL, Assistant Attorney General
CHRISTOPHER KNIGHT, Assistant Attorney General
ANDREW BUTLER, Assistant Attorney General

Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Phone: 850-414-3300
Email: scott.palmer@myfloridalegal.com

**FOR PLAINTIFF STATE OF IDAHO:**

LAWRENCE G. WASDEN, Attorney General

BRETT T. DELANGE, Division Chief, Consumer Protection Division
STEPHANE N. GUYON, Deputy Attorney General
JOHN K. OLSON, Deputy Attorney General

Office of the Attorney General
954 W. Jefferson St., 2nd Fl.
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2424
Email: stephanie.guyon@ag.idaho.gov

**FOR PLAINTIFF STATE OF INDIANA:**

TODD ROKITA, Attorney General

---

SCOTT L. BARNHART, Chief Counsel and Director, Consumer Protection Division
MATTHEW MICHALOSKI, Deputy Attorney General

Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Phone: 317-232-6309
Email: Scott.Barnhart@atg.in.gov

11

**FOR PLAINTIFF STATE OF FLORIDA:**

ASHLEY MOODY, Attorney General

_____
R. SCOTT PALMER, Interim Co-Director, Antitrust Division
JOHN GUARD, Chief Deputy Attorney General
LEE ISTRAIL, Assistant Attorney General
CHRISTOPHER KNIGHT, Assistant Attorney General
ANDREW BUTLER, Assistant Attorney General

Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Phone: 850-414-3300
Email: scott.palmer@myfloridalegal.com

**FOR PLAINTIFF STATE OF IDAHO:**

LAWRENCE G. WASDEN, Attorney General

_____
BRETT T. DELANGE, Division Chief, Consumer Protection Division
STEPHANE N. GUYON, Deputy Attorney General
JOHN K. OLSON, Deputy Attorney General

Office of the Attorney General
954 W. Jefferson St., 2nd Fl.
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2424
Email: stephanie.guyon@ag.idaho.gov

**FOR PLAINTIFF STATE OF INDIANA:**

TODD ROKITA, Attorney General

 /s/ Scott L. Barnhart
_____
SCOTT L. BARNHART, Chief Counsel and Director, Consumer Protection Division
MATTHEW MICHALOSKI, Deputy Attorney General

Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Phone: 317-232-6309
Email: Scott.Barnhart@atg.in.gov

**FOR PLAINTIFF COMMONWEALTH OF KENTUCKY:**

The following is not intended to modify the Cooperation and Joint Prosecution Agreement ("CJPA"). For that reason, any ambiguity in the following provisions shall be interpreted so as to be consistent with, and not contrary to, the CJPA:

The Commonwealth of Kentucky expressly reserves the right to challenge any attorney fee application made by Class Counsel if the fee application is inconsistent with Ninth Circuit jurisprudence.

This reservation shall not be construed to negate the provision in Section IV of the CJPA that: "Plaintiff States do not take the position that a pure lodestar-based fee award would be appropriate in this case," provided that the phrase "pure lodestar" in that sentence means a lodestar-based fee award with no multiplier at all.

DANIEL CAMERON, Attorney General

*/s/ Philip R. Heleringer*
PHILIP R. HELERINGER, Deputy Executive Director of Consumer Protection
J. CHRISTIAN LEWIS, Executive Director of Consumer Protection
JONATHAN E. FARMER, Assistant Attorney General
ZACHARY J RICHARDS, Assistant Attorney General

Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: 502-696-5647
Email: philip.heleringer@ky.gov

**FOR PLAINTIFF COMMONWEALTH OF KENTUCKY:**

DANIEL CAMERON, Attorney General

_____

PHILIP R. HELERINGER, Deputy Executive Director of Consumer Protection
J. CHRISTIAN LEWIS, Executive Director of Consumer Protection
JONATHAN E. FARMER, Assistant Attorney General
ZACHARY J RICHARDS, Assistant Attorney General

Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: 502-696-5647
Email: philip.heleringer@ky.gov

**FOR PLAINTIFF STATE OF LOUISIANA:**

JEFF LANDRY, Attorney General

s/Patrick Voelker
_____
PATRICK VOELKER, Assistant Attorney General, Public Protection Division

Office of the Attorney General
PO Box: 94005
1885 North 3rd Street
Baton Rouge, LA 70804-9005
Phone: (225) 326-6458
voelkerp@ag.louisiana.gov

**FOR PLAINTIFF STATE OF MARYLAND:**

BRIAN E. FROSH, Attorney General

_____

Schonette J. Walker
Assistant Attorney General
Chief, Antitrust Division
swalker@oag.state.md.us
Gary Honick
Assistant Attorney General
Deputy Chief, Antitrust Division
ghonick@oag.state.md.us
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Phone: (410) 576-6470

**FOR PLAINTIFF COMMONWEALTH OF KENTUCKY:**

DANIEL CAMERON, Attorney General

_____

PHILIP R. HELERINGER, Deputy Executive Director of Consumer Protection
J. CHRISTIAN LEWIS, Executive Director of Consumer Protection
JONATHAN E. FARMER, Assistant Attorney General
ZACHARY J RICHARDS, Assistant Attorney General

Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: 502-696-5647
Email: philip.heleringer@ky.gov

**FOR PLAINTIFF STATE OF LOUISIANA:**

JEFF LANDRY, Attorney General

_____

PATRICK VOELKER, Assistant Attorney General, Public Protection Division

Office of the Attorney General
PO Box: 94005
1885 North 3rd Street
Baton Rouge, LA 70804-9005
Phone: (225) 326-6458
voelkerp@ag.louisiana.gov

**FOR PLAINTIFF STATE OF MARYLAND:**

BRIAN E. FROSH, Attorney General
/s/ *Schonette J. Walker*
_____
Schonette J. Walker
Assistant Attorney General
Chief, Antitrust Division
swalker@oag.state.md.us
Gary Honick
Assistant Attorney General
Deputy Chief, Antitrust Division
ghonick@oag.state.md.us
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Phone: (410) 576-6470

12

**FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS**

MAURA HEALY, Attorney General

<u>  /s/                                             </u>
WILLIAM T. MATLACK, Assistant Attorney General, Chief, Antitrust Division

Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Phone: 617-963-2414
Email: William.Matlack@mass.gov

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON, Attorney General

<u>                                                 </u>
JUSTIN MOOR, Assistant Attorney General

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
Phone: 651-757-1060
Email: justin.moor@ag.state.mn.us

**FOR PLAINTIFF STATE OF MISSISSIPPI:**

LYNN FITCH, Attorney General

<u>                                                 </u>
HART MARTIN, Assistant Attorney General, Consumer Protection Division

Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Phone: 601-359-4223
Fax: 601-359-4231
Email: Hart.martin@ago.ms.gov

**FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS**

MAURA HEALY, Attorney General

_____
WILLIAM T. MATLACK, Assistant Attorney General, Chief, Antitrust Division

Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Phone: 617-963-2414
Email: William.Matlack@mass.gov

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON, Attorney General

/s/ Justin Moor_____
JUSTIN MOOR, Assistant Attorney General

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
Phone: 651-757-1060
Email: justin.moor@ag.state.mn.us

**FOR PLAINTIFF STATE OF MISSISSIPPI:**

LYNN FITCH, Attorney General

_____
HART MARTIN, Assistant Attorney General, Consumer Protection Division

Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Phone: 601-359-4223
Fax: 601-359-4231
Email: Hart.martin@ago.ms.gov

13

**FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS**

MAURA HEALY, Attorney General

---

WILLIAM T. MATLACK, Assistant Attorney General, Chief, Antitrust Division

Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Phone: 617-963-2414
Email: William.Matlack@mass.gov

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON, Attorney General

---

JUSTIN MOOR, Assistant Attorney General

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
Phone: 651-757-1060
Email: justin.moor@ag.state.mn.us

**FOR PLAINTIFF STATE OF MISSISSIPPI:**

LYNN FITCH, Attorney General

/s/ Hart Martin
HART MARTIN, Assistant Attorney General, Consumer Protection Division

Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Phone: 601-359-4223
Fax: 601-359-4231
Email: Hart.martin@ago.ms.gov

13

**FOR PLAINTIFF STATE OF MISSOURI:**

ERIC S. SCHMITT, Attorney General

AMY HAYWOOD, Chief Counsel, Consumer Protection
STEPHEN HOEPLINGER, Assistant Attorney General

Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-571-3321
Email: Amy.Haywood@ago.mo.gov


**FOR PLAINTIFF STATE OF MONTANA**:

AUSTIN KNUDSEN, Attorney General


MARK MATTIOLI, Assistant Attorney General, Chief, Office of Consumer Protection

Montana Department of Justice
P.O. Box 200151
Helena, MT 59620-0151
Phone: 406-444-4500
Fax: 406-442-1894
Email: mmattioli@mt.gov


**FOR PLAINTIFF STATE OF NEVADA:**

AARON D. FORD, Attorney General


MARIE W.L. MARTIN, Senior Deputy Attorney General
LUCAS J. TUCKER, Senior Deputy Attorney General
MICHELLE C. NEWMAN, Senior Deputy Attorney General

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Phone: 775-684-1100
Email: MWMartin@ag.nv.gov

14

**FOR PLAINTIFF STATE OF MISSOURI:**

ERIC S. SCHMITT, Attorney General

_____
AMY HAYWOOD, Chief Counsel, Consumer Protection
STEPHEN HOEPLINGER, Assistant Attorney General

Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-571-3321
Email: Amy.Haywood@ago.mo.gov

**FOR PLAINTIFF STATE OF MONTANA**:

AUSTIN KNUDSEN, Attorney General

_/s/ Mark Mattioli_
_____
MARK MATTIOLI, Assistant Attorney General, Chief, Office of Consumer Protection

Montana Department of Justice
P.O. Box 200151
Helena, MT 59620-0151
Phone: 406-444-4500
Fax: 406-442-1894
Email: mmattioli@mt.gov

**FOR PLAINTIFF STATE OF NEVADA:**

AARON D. FORD, Attorney General

_____
MARIE W.L. MARTIN, Senior Deputy Attorney General
LUCAS J. TUCKER, Senior Deputy Attorney General
MICHELLE C. NEWMAN, Senior Deputy Attorney General

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Phone: 775-684-1100
Email: MWMartin@ag.nv.gov

14

**FOR PLAINTIFF STATE OF MISSOURI:**

ERIC S. SCHMITT, Attorney General

_____
AMY HAYWOOD, Chief Counsel, Consumer Protection
STEPHEN HOEPLINGER, Assistant Attorney General

Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-571-3321
Email: Amy.Haywood@ago.mo.gov

**FOR PLAINTIFF STATE OF MONTANA**:

AUSTIN KNUDSEN, Attorney General

_____
MARK MATTIOLI, Assistant Attorney General, Chief, Office of Consumer Protection

Montana Department of Justice
P.O. Box 200151
Helena, MT 59620-0151
Phone: 406-444-4500
Fax: 406-442-1894
Email: mmattioli@mt.gov

**FOR PLAINTIFF STATE OF NEVADA:**

AARON D. FORD, Attorney General

_____
MARIE W.L. MARTIN, Senior Deputy Attorney General
LUCAS J. TUCKER, Senior Deputy Attorney General
MICHELLE C. NEWMAN, Senior Deputy Attorney General

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Phone: 775-684-1100
Email: MWMartin@ag.nv.gov

14

**FOR PLAINTIFF STATE OF NEW HAMPSHIRE:**

JOHN M. FORMELLA, Attorney General

  /s/ Alexandra C. Sosnowski
ALEXANDRA C. SOSNOWSKI, Attorney

New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street
Concord, New Hampshire 03301
Phone: (603) 271-2678
Email: Alexandra.C.Sosnowski@doj.nh.gov

**FOR PLAINTIFF STATE OF NEW JERSEY:**

ANDREW J. BRUCK, Acting Attorney General

ISABELLA R. PITT, Deputy Attorney General

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07102
Phone: (973) 648-7819
Email: Isabella.Pitt@law.njoag.gov

**FOR PLAINTIFF STATE OF NEW MEXICO:**

HECTOR H. BALDERAS, Attorney General

MARK SWANSON, Assistant Attorney General
P. CHOLLA KHOURY, Division Director, Consumer & Environmental Protection Division

New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Phone: 505-717-3500
Email: mswanson@nmag.gov

**FOR PLAINTIFF STATE OF NEW HAMPSHIRE:**

JOHN M. FORMELLA, Attorney General

_____
JOHN M. FORMELLA, Attorney General
ALEXANDRA C. SOSNOWSKI, Attorney

New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street
Concord, New Hampshire 03301
Phone: 603-271-2678
Email: Alexandra.C.Sosnowski@doj.nh.gov

**FOR PLAINTIFF STATE OF NEW JERSEY:**

ANDREW J. BRUCK, Acting Attorney General

/s/ Isabella R. Pitt
_____
ISABELLA R. PITT, Deputy Attorney General
YALE A. LEBER, Deputy Attorney General
BRYAN S. SANCHEZ, Deputy Attorney General

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07102
Phone: (973) 648-7819
Email: Isabella.Pitt@law.njoag.gov

**FOR PLAINTIFF STATE OF NEW MEXICO:**

HECTOR H. BALDERAS, Attorney General

_____
MARK SWANSON, Assistant Attorney General
P. CHOLLA KHOURY, Division Director, Consumer & Environmental Protection Division

New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Phone: 505-717-3500
Email: mswanson@nmag.gov

15

**FOR PLAINTIFF STATE OF NEW HAMPSHIRE:**

JOHN M. FORMELLA, Attorney General

_____
JOHN M. FORMELLA, Attorney General
ALEXANDRA C. SOSNOWSKI, Attorney

New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street
Concord, New Hampshire 03301
Phone: 603-271-2678
Email: Alexandra.C.Sosnowski@doj.nh.gov

**FOR PLAINTIFF STATE OF NEW JERSEY:**

ANDREW J. BRUCK, Acting Attorney General

_____
ISABELLA R. PITT, Deputy Attorney General

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07102
Phone: (973) 648-7819
Email: Isabella.Pitt@law.njoag.gov

**FOR PLAINTIFF STATE OF NEW MEXICO:**

HECTOR H. BALDERAS, Attorney General

_/s/ Judith E. Paquin_____
JUDITH E. PAQUIN, Assistant Attorney General
BRIAN MCMATH, Division Director, Consumer & Environmental Protection Division

New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Phone: 505-717-3500
Email: jpaquin@nmag.gov

20

**FOR PLAINTIFF STATE OF NORTH DAKOTA:**

WAYNE STENEHJEM, Attorney General


 /s/ Elin S. Alm
ELIN S. ALM, Assistant Attorney General, Consumer Protection and Antitrust Division

Office of Attorney General
Gateway Professional Center
1050 E Interstate Ave, Ste 200
Bismarck, ND  58503-5574
Phone: 701-328-5570
Facsimile: 701-328-5568
Email: ealm@nd.gov


**FOR PLAINTIFF STATE OF OKLAHOMA:**

DAWN CASH, Acting Attorney General


CALEB J. SMITH, Assistant Attorney General, Consumer Protection Unit

Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Phone: (405) 522-1014
Email: Caleb.Smith@oag.ok.gov


**FOR PLAINTIFF STATE OF OREGON:**

ELLEN F. ROSENBLUM, Attorney General


CHERYL F. HIEMSTRA, Assistant Attorney General
TIM D. NORD, Special Counsel

Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
Phone: 503-934-4400
Facsimile: 503-378-5017
Email: Cheryl.Hiemstra@doj.state.or.us

**FOR PLAINTIFF STATE OF NORTH DAKOTA:**

WAYNE STENEHJEM, Attorney General

_____
ELIN S. ALM, Assistant Attorney General, Consumer Protection and Antitrust Division

Office of Attorney General
Gateway Professional Center
1050 E Interstate Ave, Ste 200
Bismarck, ND  58503-5574
Phone: 701-328-5570
Facsimile: 701-328-5568
Email: ealm@nd.gov

**FOR PLAINTIFF STATE OF OKLAHOMA:**

JOHN M. O'CONNOR, Attorney General

    /s/ Caleb J. Smith
_____
CALEB J. SMITH, Assistant Attorney General, Consumer Protection Unit

Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Phone: (405) 522-1014
Email: Caleb.Smith@oag.ok.gov

**FOR PLAINTIFF STATE OF OREGON:**

ELLEN F. ROSENBLUM, Attorney General

_____
CHERYL F. HIEMSTRA, Assistant Attorney General
TIM D. NORD, Special Counsel

Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
Phone: 503-934-4400
Facsimile: 503-378-5017
Email: Cheryl.Hiemstra@doj.state.or.us

16

**FOR PLAINTIFF STATE OF NORTH DAKOTA:**

WAYNE STENEHJEM, Attorney General

_____
ELIN S. ALM, Assistant Attorney General, Consumer Protection and Antitrust Division

Office of Attorney General
Gateway Professional Center
1050 E Interstate Ave, Ste 200
Bismarck, ND  58503-5574
Phone: 701-328-5570
Facsimile: 701-328-5568
Email: ealm@nd.gov

**FOR PLAINTIFF STATE OF OKLAHOMA:**

DAWN CASH, Acting Attorney General

_____
CALEB J. SMITH, Assistant Attorney General, Consumer Protection Unit

Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Phone: (405) 522-1014
Email: Caleb.Smith@oag.ok.gov

**FOR PLAINTIFF STATE OF OREGON:**

ELLEN F. ROSENBLUM, Attorney General*

_s/ Timothy D. Smith_                    _03.29.2022_
_____
TIMOTHY D. SMITH, Senior Assistant Attorney General
TIM D. NORD, Special Counsel

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Phone: 503-934-4400
Facsimile: 503-378-5017
Email: tim.smith@doj.state.or.us

*Any recoveries by the Oregon Attorney General pursuant to Oregon's Antitrust Law, ORS 646.705-646.836, shall remain subject to such state law provisions including approval and award of fees under ORS 646.775.

16

**FOR PLAINTIFF STATE OF RHODE ISLAND:**
PETER F. NERONHA, Attorney General


*/s/ Stephen N. Provazza*
STEPHEN N. PROVAZZA, Special Assistant Attorney General

Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov


**FOR PLAINTIFF STATE SOUTH DAKOTA:**

JASON R. RAVNSBORG, Attorney General


YVETTE K. LAFRENTZ, Assistant Attorney General, Consumer Protection Division

South Dakota Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501
Phone: 605-773-3215
Email: Yvette.Lafrentz@state.sd.us


**FOR PLAINTIFF STATE TEXAS:**

KEN PAXTON, Attorney General


JAMES LLOYD, Chief, Antitrust Division
BRET FULKERSON, Deputy Chief, Antitrust Division
NICK GRIMMER, Assistant Attorney General, Antitrust Division

Office of the Attorney General
300 W. 15th Street
Austin, Texas 78701
Phone:  512-463-1579
Email: james.lloyd@oag.texas.gov
bret.fulkerson@oag.texas.gov
nick.grimmer@oag.texas.gov

**FOR PLAINTIFF STATE OF RHODE ISLAND:**
PETER F. NERONHA, Attorney General

STEPHEN N. PROVAZZA, Assistant Attorney General

Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov]]

**FOR PLAINTIFF STATE SOUTH DAKOTA:**

JASON R. RAVNSBORG, Attorney General

*/s/ Yvette K. Lafrentz*

YVETTE K. LAFRENTZ, Assistant Attorney General, Consumer Protection Division

South Dakota Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501
Phone: 605-773-3215
Email: Yvette.Lafrentz@state.sd.us

**FOR PLAINTIFF STATE TEXAS:**

KEN PAXTON, Attorney General

JAMES LLOYD, Chief, Antitrust Division
BRET FULKERSON, Deputy Chief, Antitrust Division
NICK GRIMMER, Assistant Attorney General, Antitrust Division

Office of the Attorney General
300 W. 15th Street
Austin, Texas 78701
Phone:  512-463-1579
Email: james.lloyd@oag.texas.gov
bret.fulkerson@oag.texas.gov
nick.grimmer@oag.texas.gov

17

**FOR PLAINTIFF STATE OF RHODE ISLAND:**
PETER F. NERONHA, Attorney General

STEPHEN N. PROVAZZA, Assistant Attorney General

Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov]]

**FOR PLAINTIFF STATE SOUTH DAKOTA:**

JASON R. RAVNSBORG, Attorney General

YVETTE K. LAFRENTZ, Assistant Attorney General, Consumer Protection Division

South Dakota Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501
Phone: 605-773-3215
Email: Yvette.Lafrentz@state.sd.us

**FOR PLAINTIFF STATE TEXAS:**

KEN PAXTON, Attorney General

JAMES LLOYD, Chief, Antitrust Division
BRET FULKERSON, Deputy Chief, Antitrust Division
NICK GRIMMER, Assistant Attorney General, Antitrust Division

Office of the Attorney General
300 W. 15th Street
Austin, Texas 78701
Phone:  512-463-1579
Email: james.lloyd@oag.texas.gov
bret.fulkerson@oag.texas.gov
nick.grimmer@oag.texas.gov

**FOR PLAINTIFF STATE OF VERMONT:**

THOMAS J. DONOVAN JR, Attorney General

*/s/ Ryan Kriger*
RYAN KRIGER, Assistant Attorney General

Office of Attorney General
109 State Street
Montpelier, Vermont 05609
Phone: 802-828-3170
Email: ryan.kriger@vermont.gov

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

MARK R. HERRING, Attorney General

SARAH OXENHAM ALLEN, Assistant Attorney General
TYLER T. HENRY, Assistant Attorney General

Office of the Attorney General for Virginia
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-6557
Email: SOAllen@oag.state.va.us

**FOR PLAINTIFF STATE OF WASHINGTON:**

ROBERT W. FERGUSON, Attorney General

NATHANIEL M. HOPKIN, Assistant Attorney General, Antitrust Division
AMY N.L. HANSON, Assistant Attorney General

Washington State Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Phone: (206) 464-7030
Email: Nathaniel.Hopkin@atg.wa.gov

**FOR PLAINTIFF STATE OF VERMONT:**

THOMAS J. DONOVAN JR, Attorney General

_____
RYAN KRIGER, Assistant Attorney General

Office of Attorney General
109 State Street
Montpelier, Vermont 05609
Phone: 802-828-3170
Email: ryan.kriger@vermont.gov

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

MARK R. HERRING, Attorney General

*/s/ Tyler T. Henry*
_____
SARAH OXENHAM ALLEN, Assistant Attorney General
TYLER T. HENRY, Assistant Attorney General

Office of the Attorney General for Virginia
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-6557
Email: SOAllen@oag.state.va.us

**FOR PLAINTIFF STATE OF WASHINGTON:**

ROBERT W. FERGUSON, Attorney General

_____
NATHANIEL M. HOPKIN, Assistant Attorney General, Antitrust Division
AMY N.L. HANSON, Assistant Attorney General

Washington State Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Phone: (206) 464-7030
Email: Nathaniel.Hopkin@atg.wa.gov

**FOR PLAINTIFF STATE OF VERMONT:**

THOMAS J. DONOVAN JR, Attorney General

_____

RYAN KRIGER, Assistant Attorney General

Office of Attorney General
109 State Street
Montpelier, Vermont 05609
Phone: 802-828-3170
Email: ryan.kriger@vermont.gov

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

MARK R. HERRING, Attorney General

_____

SARAH OXENHAM ALLEN, Assistant Attorney General
TYLER T. HENRY, Assistant Attorney General

Office of the Attorney General for Virginia
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-6557
Email: SOAllen@oag.state.va.us

**FOR PLAINTIFF STATE OF WASHINGTON:**

ROBERT W. FERGUSON, Attorney General

/s/ Nathaniel M. Hopkin
_____
NATHANIEL M. HOPKIN, Assistant Attorney General, Antitrust Division
AMY N.L. HANSON, Assistant Attorney General

Washington State Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Phone: (206) 464-7030
Email: Nathaniel.Hopkin@atg.wa.gov

**FOR PLAINTIFF STATE OF WEST VIRGINIA:**

PATRICK MORRISEY, Attorney General

DOUGLAS L. DAVIS, Senior Assistant Attorney General
TANYA L. GODFEY, Assistant Attorney General

Office of the West Virginia Attorney General
1900 Kanawha Boulevard East
Capitol Complex, Building 6, Suite 401P.O. Box 1789
Charleston, WV 25326
Phone: 304-558-8986
Email: douglas.l.davis@wvago.gov

19

# JPA Final 12.2.2021 with sig pages ECP (NEN) (1)

Final Audit Report                                             2022-04-26

| | |
|---|---|
| Created: | 2022-04-26 |
| By: | Amanda Mkamanga (amanda@whitfieldbryson.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6xo4TYY9AdP3R3HwF_fg3Pb6ExfxvuNG |

## "JPA Final 12.2.2021 with sig pages  ECP (NEN) (1)" History

Document created by Amanda Mkamanga (amanda@whitfieldbryson.com)
2022-04-26 - 7:36:59 PM GMT

Document emailed to Peggy Wedgworth (pwedgworth@milberg.com) for signature
2022-04-26 - 7:37:31 PM GMT

Email viewed by Peggy Wedgworth (pwedgworth@milberg.com)
2022-04-26 - 7:37:50 PM GMT

Document e-signed by Peggy Wedgworth (pwedgworth@milberg.com)
Signature Date: 2022-04-26 - 7:39:14 PM GMT - Time Source: server

Agreement completed.
2022-04-26 - 7:39:14 PM GMT

**Adobe Acrobat Sign**