# EXHIBIT 67

UPDATES: TERMS OF SERVICE

We want to be as transparent as possible about the changes we make to our Terms of Service. In this archive you can see versions of our Terms of Service from 1999 to the present. We've also included comparisons of each version to the previous version to make it as easy as possible to see what has changed.

- January 5, 2022
    - Comparison
- March 31, 2020
    - Comparison
- October 25, 2017
    - Comparison
- April 14, 2014
    - Comparison
- November 11, 2013 (Summary of changes)
    - Comparison
- March 1, 2012
    - Comparison
- April 16, 2007
    - Comparison
- November 5, 2005
    - Comparison
- March 29, 2003
    - Comparison

Case 3:21-md-02981-JD   Document 251-18   Filed 05/26/22   Page 3 of 3

- November 8, 2002

    - Comparison

- September 6, 2002

    - Comparison

- December 17, 2001

    - Comparison

- September 15, 2001

    - Comparison

- June 6, 2001

    - Comparison

- April 21, 2001

    - Comparison

- April 27, 2000

    - Comparison

- April 25, 2000

    - Comparison

- September 21, 1999

    - Comparison

- September 20, 1999