# EXHIBIT 1
# PUBLIC REDACTED VERSION

Page 1

1   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
2   SAN FRANCISCO DIVISION
3   ------------------------------------X
    IN RE GOOGLE PLAY STORE
4   ANTITRUST LITIGATION
5   Case No.  3:21-md-02981-JD
6
    THIS DOCUMENT RELATES TO:
7   Epic Games Inc. v. Google LLC, et al.,
    Case No. 3:20-cv-05671-JD
8
    In Re Google Play Consumer
9   Antitrust Litigation
    Case No. 3:20-cv-05671-JD
10
    In Re Google Play Developer
11  Antitrust Litigation,
    Case No: 3:20-cv-05792-JD
12
    State of Utah, et al., v.
13  Google LLC, et al.,
    Case No: 3:21-cv-05227-JD
14  ------------------------------------X
15
16              VIDEOTAPE DEPOSITION
17                 HAL SINGER, PH.D.
18            Thursday, May 12, 2022
19                 9:07 a.m. (EST)
20
21
22
23
24  Reported by:
25  Ryan K. Black, RPR, CLR, Notary Public

```
                                              Page 53
 1   developers are passing through savings in order
 2   to induce customers to switch to the -- and
 3   download the app from the developer's website.
 4            So it's not just theory.  I mean,
 5   obviously, theory is on my side; but I think we
 6   have -- we have good evidence to bear as well.
 7       Q.   But you would agree that standard
 8   economic theory tells us that developers would
 9   have incentives to respond to lower service fees
10   by reducing their prices?
11       A.   Correct.
12       Q.   Okay.  And standard economics also
13   tells us that competition drives firms to make
14   competitive investments in product quality,
15   right?
16       A.   Yes.  I believe that, as I said, that
17   in -- in a but-for world with lower take rates
18   and this new-found cash flow that the developers
19   would enjoy, not all of it is going to go into
20   the pockets of the owners.  But -- but some of
21   that will be reinvested and -- and -- and in
22   services and features that -- that make the app a
23   better experience for the user.
24       Q.   Right.  So standard economics would give
25   developers an incentive to respond to lower
```

Page 54

```
 1    service fees by reducing prices and improving

 2    quality?

 3         A.    Correct.

 4         Q.    Now, in your reports, do you have any

 5    model that will tell the Court or the jury which

 6    developer will follow the incentives to improve

 7    quality and which developer will follow the

 8    incentives to reduce price?

 9         A.    Well, I think all developers will reduce

10    price.  My opinion on quality is that it would

11    happen at a -- at a general level, but that is

12    not my proof of impact.  My proof of impact turns

13    on the price response.

14         Q.    Have you done any analysis to determine

15    whether any developer would improve the -- the

16    quality of their app in a world with reduced

17    service fees?

18         A.    I don't think I've done analysis.

19    I'm -- I'm aware of some testimony, and we'd have

20    to go into my footnotes of developers testifying

21    that they would do something to that effect.  But

22    I -- that's more me just citing a developer than

23    -- you know, than doing -- I took your question

24    to mean original analysis, like trying to model

25    the quality dimension.  I don't do that.
```

Page 56

1    impression here.  It does account for the
2    differentiated nature of the products within the
3    category that it faces.  And so the extent that
4    that differentiation is driven in part by quality
5    differences across apps within a category, it
6    does.  It does account for it.
7            But -- but I'm taking your question to
8    mean -- I'm still going back, and I'll just say
9    it again, that I don't have a separate model
10   apart from the model that -- that you're aware of
11   that -- that -- that attempts to measure changes
12   in quality enhancements by apps in a but-for
13   world, you know, absent the restraints.
14       Q.    But, in fact, the model you have
15   regarding the alleged reduction in prices doesn't
16   measure the amount that any developer will invest
17   in quality either, right?
18       A.    It -- so to be careful, it -- it
19   measures -- by -- by taking into account the
20   differentiation among apps in -- in the same
21   category, it takes -- it takes quality into
22   account.  But whether or not it -- it seek -- it
23   does not seek to measure changes in quality that
24   would come about from a more competitive
25   landscape.

1     Q.   And -- and it doesn't measure whether

2   any developer would actually invest, or how much

3   they would invest, in improving the quality of

4   their app in the but-for world.

5     A.   I think that's fair.  Just to be clear,

6   I don't seek to measure the change in investment

7   and -- and quality in the but-for world.

8     Q.   Now, your analysis of a potential

9   but-for world assumes entry by a rival app store

10   platform that has a comparable number and quality

11   of apps as the Play Store.

12     A.   I -- I don't think I'm ever that

13   explicit in -- in the offerings of the rival.

14   But what I will tell you it -- it turns on, and

15   we're talking about the Rochet-Tirole model, the

16   -- the one in the app distribution market, just

17   to be clear.  Is that -- can we -- can we speak

18   to that one?  I -- I'm prepared to speak to that

19   one, at least, and to answer this question,

20   'cause you talked about a rival app store.

21     Q.   Well, does -- do diff -- do different

22   versions of your model assume different rivals in

23   the but-for world?

24     A.   Absolutely.  So remember I -- I've --

25   I've got a model for the app distribution market

Page 74

1    traffic to alternative app stores, you looked

2    at what developers did in the actual world.

3            MS. GIULIANELLI:  Objection to form.

4            THE WITNESS:  In part.  I -- I look at

5    what developers did or try to do in the actual

6    world.  I look at the fact that there's a lawsuit

7    that is largely about the anti-steering rules.

8    I look at the -- the economic literature on

9    steering.  Also, just there's economic meaning

10   in -- we -- in the -- the most effective

11   distribution path.  You know, when we -- I've

12   done exclusive dealing cases before and we're

13   always focused on what channel got shut out and

14   was it -- was it the most efficient distribution

15   channel?  I'm sure you're aware of this.

16           And -- and I think that being able to

17   communicate to the -- to your customers that

18   there are lower cost alternatives outside of the

19   Play Store.  When they're in the Play Store, or

20   when they're in your app, is the most efficient

21   way.

22   BY MR. RAPHAEL:

23       Q.  Have you estimated the cost of any

24   mechanism for driving traffic to alternative app

25   stores for any developer other than steering?

Page 75

1              MS. GIULIANELLI:  Ob -- ob -- ob --
2    objection.
3              THE WITNESS:  I haven't estimated, but I
4    can -- I can tell you that if you go out and buy
5    a billboard on a highway, right, and you -- we
6    could go look at the billboard price, right, but
7    it -- I don't think you need to do an empirical
8    assessment of the traffic generation of a
9    billboard vis-á-vis communicating to your
10   customer within the app while you've got the
11   customer's attention that, Hey, if you go outside
12   and -- and download my app from an alternative
13   store or an alternative -- or consummate the
14   transaction through an alternative processor,
15   there's no doubt that that would be the more
16   potent or effective means of communication.
17   BY MR. RAPHAEL:
18      Q.   You haven't done any empirical
19   analysis of which method of driving traffic to an
20   alternative app store is most efficient for any
21   developer, correct?
22      A.   I have not sought to estimate the
23   returns to investing in billboards, I have not
24   sought the returns to investing in television
25   advertising for -- for Internet transactions,

1   and I've not sought to estimate the returns to

2   investing -- oh, I'm trying to think where else

3   you can do it --

4       Q.   Well, you haven't -- you haven't -- you

5   haven't estimated the returns to investing of any

6   kind of advertising for any developer, correct?

7       A.   I think it's fair to say that I have not

8   -- I have not considered the return to these

9   alternative advertising channels.  But I also

10  point out that the fact that Google does not fret

11  about the developer advertising there implies

12  that Google was concerned about blocking the most

13  efficient distribution channel.  That's what the

14  case is about.

15      Q.   Okay.  Now, do you know -- some

16  developers steer in the actual world, correct?

17      A.   Some do.  Very few, but, yes, some do.

18      Q.   All right.  Have you estimated how -- in

19  your reports how many more developers would have

20  to steer in the but-for world to pressure Google

21  to reduce service fees?

22          MS. GIULIANELLI:  Objection to the form.

23          THE WITNESS:  The -- the model does not

24  require me to come up with the estimate of the

25  amount who would steer, no.  Just a sufficient

1   Android.  I took your question to mean for the

2   phone -- for the production of a phone.

3       Q.   Well, isn't the Android operating system

4   an input into the production of the phone?

5       A.   It is.  It is an input into the

6   production of the phone, yes.

7       Q.   Okay.  So if Google offers OEMs a

8   negative price for And -- the Android operating

9   system in the form of -- or as the -- the -- the

10  revenue-share agreements, wouldn't that be

11  equivalent to a reduction in the marginal cost of

12  producing the phone?

13      A.   I -- I'd -- I'd have to think about

14  that.  It's not how I would explain it, you know,

15  to a economics class.  Put it that way.  I see it

16  as a -- as a source of revenue, not a -- not a

17  -- not a -- not -- not entering the cost

18  function.

19      Q.   Okay.  Now, your opinion is that every

20  developer that would have paid lower service fees

21  in the but-for world would have also reduced

22  prices, correct?

23      A.   That's correct.

24      Q.   Okay.  And that's what your pass-through

25  formula that you've provided in your report

```
                                          Page 90
 1   predicts.
 2        A.   Correct.
 3        Q.   Okay.  And you're aware, aren't you,
 4   that developers choose the category for their app
 5   when they list it in Google Play?
 6        A.   Yes.
 7        Q.   Now, in your reports, have you
 8   calculated or estimated the marginal cost of
 9   supplying an additional app subscription or
10   in-app purchaser for any developer?
11        A.   I haven't estimated the marginal cost,
12   but I have cited record evidence and economic
13   literature establishing that they do, in fact,
14   incur marginal costs.  And I -- I also have the
15   opinion that processing payments are marginal
16   cost, and I also have the opinion that the take
17   rate is a marginal cost.  So I --
18        Q.   Okay.
19        A.   -- leave it at that.
20        Q.   Okay.  So in your reports, though, you
21   haven't calculated or estimated the marginal cost
22   of supplying an additional app subscription or
23   in-app purchase for any developer.
24        A.   No.  And the models don't call for that.
25   The -- at least in the short run, all the models
```

```
 1   require is that they face a positive marginal
 2   cost, and I'm confident they do.
 3       Q.   All right.  So the pass-through formula
 4   you've used in your reports doesn't actually
 5   depend on what the marginal cost of the developer
 6   is.
 7            MS. GIULIANELLI:  Objection.
 8            THE WITNESS:  That's fair.
 9            Do you want to -- I think we're an hour
10   and a half in?
11            MS. GIULIANELLI:  You want to --
12            MR. RAPHAEL:  Happy to take a break.
13            MS. GIULIANELLI:  -- a break?
14            THE WITNESS:  Okay.  Yes.
15            THE VIDEOGRAPHER:  Please stand by.
16            We're now off the record.  The time is
17   10:40 a.m.
18            (Recess taken.)
19            THE VIDEOGRAPHER:  We're now on the
20   record.  The time is 10:50 a.m.
21   BY MR. RAPHAEL:
22       Q.   Dr. Singer, have you put forth any
23   method in your reports to determine what each
24   developer's marginal costs are, other than
25   service fees?
```

Page 92

```
 1      A.   Well, other than the service fees
 2   and the processing fees, I haven't estimated
 3   precisely the marginal costs.  But I have studied
 4   the issue of whether they do incur other marginal
 5   costs, and I've come to the conclusion that they
 6   do; and I cite record evidence in economics
 7   articles.
 8      Q.   And so economics articles would be a
 9   good source to determine what the marginal costs
10   for the developers are other than the service
11   fees and transaction fees?
12      A.   For identifying the categories of
13   marginal costs but not to -- not to estimate
14   precisely what -- what it is in, say, percentage
15   terms.
16      Q.    Okay.  Now, your opinion is that
17   acquiring an app -- strike that.
18           Your opinion is that downloading an
19   app and making in-app purchases are separate
20   transactions involving separate products.
21      A.    I wouldn't quite put it that way.  I
22   would say that the -- the services that are being
23   offered in the in-app for -- in support of in-app
24   transactions are different.  It's a different
25   suite of services than the services being offered
```

                                        Page 95

1    consumer is complete?

2        A.    Certainly not the sales costs.

3    Certainly not the processing fee.  Certainly not

4    the take rate.

5        Q.    How about the other costs that you've

6    listed here in your report?

7        A.    It's possible that some of those other

8    marginal costs identified by Ghose and Han would

9    occur subsequent to -- to a particular

10   transaction, --

11       Q.    Okay.

12       A.    -- but could still be considered as

13   variable costs in the sense that they rise

14   with -- with output.

15       Q.    Okay.  Could the marginal cost to a

16   developer of supplying an additional in-app

17   purchase vary from developer to developer?

18       A.    Sure.

19       Q.    And could some developers have zero

20   marginal costs for an in-app purchase?

21       A.    No.

22       Q.    Could you go to Page 153 of your report?

23       A.    You must mean my initial report

24   because --

25       Q.    Correct.

1      A.    -- the reply is not -- okay.

2            Page 153?

3      Q.    Yes, sir.

4      A.    Okay.

5      Q.    Do you see there second from the top

6  there's an article by Avi Goldfarb and Catherine

7  Tucker called "Digital Economics"?

8      A.    Yes.

9      Q.    So that's an article that you've relied

10  on in your report?

11      A.    Yes.

12      Q.    Are you familiar with that article?

13      A.    In part, yes.

14      Q.    Okay.  Do you know if that article says

15  anything about what marginal costs might be for a

16  digital good?

17      A.    No.  But if it were just a digital good,

18  I think that might be too broad of a category.

19  We're talking about in-app transactions here.

20            MR. RAPHAEL:  I'm going to mark this as

21  Exhibit 335.

22            (Exhibit No. 335, an article titled

23  Digital Economics by Avi Goldfarb and Catherine

24  Tucker, was introduced electronically.)

25            THE REPORTER:  Here you go, sir.

```
                                                    Page 97
 1              THE WITNESS:  Thanks.
 2    BY MR. RAPHAEL:
 3         Q.   Do you see Exhibit 335, Dr. Singer?
 4         A.   I do.
 5         Q.   And what is it?
 6         A.   It -- it appears to be the article that
 7    I cited.
 8         Q.   That's the "Digital Economics" article
 9    by Tucker and Goldfarb?
10         A.   Yes.
11         Q.   And -- and could you go to Page 12 of
12    the article?
13         A.   If you'd let me just -- one second.  I'd
14    -- I'd like to just read the abstract quickly.
15         Q.   Would you go to Page 12, please?
16         A.   Hold on one second.
17              Okay.  Page 12.
18              Okay.
19         Q.   Do you see at -- further down, say,
20    two-thirds of the way down in the left column,
21    there's a header that says, "The replication cost
22    of digital goods is zero"?
23         A.   Yes.
24         Q.   So this article that you relied on in
25    your report says that "The replication costs of
```

Page 98

1    digital goods is zero," correct?

2        A.   Correct.

3        Q.   Now, are you familiar with V-Bucks?

4        A.   Oh.  Can I put this to the side?

5        Q.   For now, yes.

6        A.   Yeah.

7             And I would just note for the record

8    that replication costs and marginal costs are not

9    the same.

10       Q.   Well, how are they different?

11       A.   Oh.  What -- what Goldfarb is not taking

12   into consideration here is that to sell the extra

13   unit you have to pay a processing fee.  That's a

14   marginal cost.

15            So it's true that to create the next

16   sword -- the 150th sword doesn't cost any more to

17   replicate that sword, but that doesn't mean there

18   aren't any marginal costs incurred in the

19   transaction.

20       Q.   Understood.

21            All right.  Could some developers have

22   negative marginal costs for in-app purchases?

23       A.   It's hard to -- to fathom that.

24       Q.   What if a developer generates

25   advertising revenue as the result of an in-app

1          Can you give any examples of marginal
2    costs that would be included in the short run, as
3    you defined it, for a developer but would not be
4    included in the long run, as you define it?
5        A.    Oh, no, no.  It doesn't work that way,
6    right?
7          As you move to the long run, the
8    categories expand.  So everything -- every kind
9    of cost that would be considered marginal in the
10   short run, would also be considered marginal or
11   variable in the long run.
12       Q.    Okay.  Now, pass-through rates are the
13   ratio of the dollar change in the developer's
14   profit-maximizing price that results from a
15   dollar change in marginal cost.
16       A.    Can I just hear it back just to make
17   sure?
18       Q.    The pass-through rate is a ratio of a
19   dollar change in a developer's profit-maximizing
20   price that results from a dollar change in the
21   developer's marginal cost.
22       A.    I think that that is a fair way to put
23   it, yes.
24       Q.    Okay.  And so any formula for the
25   pass-through rate should account for the

Page 104

1   relationship between a change in the marginal
2   cost and prices.
3       A.   Not necessarily.
4       Q.   So -- well, I just want to be -- I don't
5   think I'm saying anything controversial.  The --
6   the -- the pass-through rate is trying to measure
7   the relationship between how a marginal cost
8   changes and how a price changes.
9       A.   Correct.
10      Q.   Right.  The effect of the change in
11  marginal cost on the price.
12      A.   Correct.
13      Q.    Okay.  Now, Google's service fee is
14  what an economist would call "an ad valorem fee,"
15  correct?
16      A.   I think that's fair.
17      Q.   And an ad valorem fee is one that is
18  calculated based on a percentage of the price
19  that is charged?
20      A.   Correct.
21      Q.   Okay.  And sales taxes often are ad
22  valorem fees as well.  They're a percentage of
23  the price?
24      A.   Yes.  And as I said earlier, we see
25  changes in sales prices -- in -- in sales taxes

Page 105

```
 1    being reflected in the prices of apps in the
 2    transaction data.
 3         Q.   Right.  And your opinion is that
 4    Google's service fees, to the extent that they
 5    are supercompetitive, is equivalent to an
 6    increase in the developer's marginal cost.
 7         A.   It can be understood that way, yes.
 8         Q.   Right.  And in your report, you've
 9    modeled the proper economic way to calculate how
10    a profit-maximizing developer would set prices
11    based on marginal costs.
12         A.   I have.  And --
13         Q.   Right.
14         A.   -- and, as you know, it depends on
15    the -- the nature of the demand and the demand
16    specification that you assume, right?  Each
17    demand specification you assume is going to apply
18    at different pass-through rates.
19         Q.   Right.  So could you go to Page 104 of
20    your report, your opening report, please?
21         A.   Sure.
22         Q.   And you'll see this is a continuation of
23    the Paragraph 225 from the previous page.
24              And you've got a formula there that has
25    "P minus C star divided by P equals one divided
```

1  by E sub D."

2          Do you see that?

3      A.   Yes.  That's the classic Lerner markup.

4      Q.   Right.  So that's -- that's the proper

5  economic model for how a profit maximizing

6  developer would set prices based on marginal

7  costs, right?

8      A.   That model describes the markup over

9  marginal cost as the function of the elasticity

10  of demand faced by the developer.

11     Q.   Right.  And -- and this model on Page

12  104 of your opening report, that -- that's --

13     A.   So --

14     Q.   -- the correct economic mod -- economic

15  way to model how the change in marginal costs

16  will affect the price that the developer charges.

17     A.   It's the -- it's the way to think

18  about it at -- at a very, very high level of

19  abstraction.  But, as you know, to actually

20  estimate the pass-through rate here, I have to

21  make an assumption about the demands curve and --

22  and -- and the precise nature of demand that a --

23  the developer faces, right?

24          Once you --

25     Q.   Understood.

Page 107

1     A.    -- make a -- once you make that

2   decision, you get these pass-through rules,

3   right?  And the pass-through rules -- whether you

4   go linear or logit or -- or constant elasticity

5   -- are going to express pass-through as a

6   function of things that do not include the

7   marginal cost.

8     Q.   Understood.  But this formula on Page

9   104 of your report is the correct economic way to

10  model the relationship between the developer's

11  price and the marginal cost in general?

12    A.   Well, I just want to put that caveat in

13  there.  It's the -- it's the -- definitely the

14  way to think about it and why it's in my

15  preamble, right?

16         But when I go to model the precise

17  amount of pass-through, I have to make an

18  assumption about what kind of demand the

19  developer faces, right?  And that -- that puts

20  me to a -- takes me to a pass-through rule that

21  isn't necessarily going to be denominated in

22  terms of costs.

23    Q.   Understood.  So -- but -- but this mod

24  -- this economic model you've described in Page

25  104 of your report, that's generally accepted in

Page 108

1    economics.

2        A.    Yes.

3        Q.    Now, if you just look at the cost term

4    there, C star, and the -- the C star in that

5    formula that you have on Page 104 of your report

6    is equal to C divided by one minus T, right?

7        A.    Correct.

8        Q.    And -- and in that -- in that cost term

9    I just described, T is the service fee rate?

10       A.    Correct.

11       Q.    And C is the developer's per-unit

12   marginal cost other than the service fee?

13       A.    Correct.  Processing and the like, yes.

14   Any other --

15       Q.    Okay.

16       A.    Any other types of marginal costs.

17       Q.    Okay.  And so one input into the

18   generally accepted economic model of how the

19   profit-maximizing developer would set pri --

20   prices is the marginal costs other than the

21   service fee.

22       A.    For short-run profit maximization, the

23   answer is, yes, that this model, at this high

24   level of ab -- of abstraction, is a function of

25   the marginal cost.

1     Q.    Right.   And in terms of how the price is

2   a function of mar -- of --of -- of marginal cost,

3   the -- the -- the formula you've got here on Page

4   104, in that formula, the effect of a change in

5   the service fee -- let me -- let me put it

6   differently.

7           The formula you've got on Page 104, the

8   effect on prices will be -- as a result of a

9   change in the service fee will be proportional to

10  the marginal costs other than the service fee.

11    A.    In -- for short-run profit maximization,

12  yes.  For -- for long-run profit maximization,

13  this is not -- this is not the -- the way that

14  you'd get to the effect on price.

15    Q.    Okay.   Now, -- so let me just ask,

16  looking at this cost term here, C -- C star, if C

17  in that formula, which is the marginal cost other

18  than the service fee, if that's zero, then the

19  service fee rate will not have any effect on the

20  ultimate price charged according to this model,

21  correct?

22    A.    Let me just say this:  It -- it's --

23  it's never zero in the real world.  But -- but if

24  you want me to ask -- answer the hypothetical,

25  counterfactually, if we had -- if we had a zero

Page 110

1    marginal cost, then by this model, and this model
2    alone, then in the short run, prices would not
3    adjust to the take rate.
4              As I explain in my report, there's all
5    sorts of reasons why we would still, even in that
6    extreme and counterfactual assumption, would
7    expect prices to change with the change in the
8    take rate, including from steering, including
9    from having to cover all costs in the long
10   run, --
11        Q.   Okay.
12        A.   -- including from sticky prices.
13        Q.   Okay.  Now, let me just ask again,
14   hypothetically, if that term C, which are the
15   marginal costs other than the service fee rate
16   in your formula on Page 104, if that term is
17   negative, then a reduction in the service fee
18   rate will actually lead to an increase in the
19   price that the developer would charge.
20        A.   I haven't done that one yet, but I
21   think you've got the -- the sign correct.  If you
22   multiply, in that example, 1.43 by a negative
23   cost, I think that there -- there would be a
24   negative relationship in the short run for this
25   equation.

Page 116

1    Remer and Sheu, right?

2         A.    Correct.

3         Q.    Okay.  Now, if -- if we could look at

4    -- well, let me just ask you:  The article you

5    relied upon for the pass-through formula by

6    Miller, Remer and Sheu that formula using a

7    per-unit tax rather than an ad valorem tax,

8    right?

9         A.    No.  It's much more general than that.

10   They are looking at just -- under any logit

11   demand model, they're asking what is the optimal

12   pass-through rule when the firms in -- are

13   competing under the logit model.

14        Q.    Could you go to the -- Paragraph 239 of

15   your report?

16        A.    Sure.

17        Q.    To the bottom of Page 110.

18        A.    Okay.

19        Q.    And do you see there you have a

20   formula that's "M minus Q sub J divided by M"?

21        A.    Yes.

22        Q.    And that's your formula for the

23   pass-through rate, correct?

24        A.    It -- it is the logit formula.  I wish I

25   had invented it.  But it's the logit formula,

Page 117

1    yes.

2        Q.    Right.   And that's the formula you've

3    used to calculate pass-through rates in this

4    case.

5        A.    Correct.

6        Q.    And that formula is derived from

7    Equation 6 of the Miller, Remer and Sheu article

8    that you've cited in your report.

9        A.    Correct.

10       Q.    Okay.   Now, let me mark as Exhibit 356

11   the Miller and Sheu article.

12             (Exhibit No. 336, a document titled

13   Economics Letters - Using cost pass-through to

14   calibrate demand, by Miller, Remer and Sheu, was

15   introduced.)

16   BY MR. RAPHAEL:

17       Q.    Is Exhibit 356 [sic] the article you've

18   relied on to derive the pass-through rate formula

19   you've used in this case?

20       A.    Yes.

21       Q.    Could you go to Page 452 of that

22   article?

23             And in the left column just below the

24   header numbered 2, do you see that there's a

25   paragraph that begins, "Now suppose that a

1   per-unit tax is levied on each product in the

2   model"?  Do you see that?

3       A.   Yes.

4       Q.   So the general model of cost

5   pass-through from the article that you relied on

6   for your pass-through rate formula assumes a

7   per-unit tax, correct?

8       A.   Well, this is in a different section.

9   This is in Section 2.  I'm looking at Section 3.

10      Q.   Is it your testimony, sir, that the

11  logit demand model in Equation 6 in the Miller,

12  Sheu and Remer article you relied on for your

13  pass-through formula includes an ad valorem tax?

14      A.   There's no -- there's no tax needed.

15  This is what the -- this is what the pass-through

16  rate would be under logit regardless of whether

17  there's a tax.

18      Q.   Sir, my question was whether the formula

19  -- the Equation 6 from the article you relied

20  upon for your pass-through formula in your report

21  assumes an ad valorem tax.

22      A.   No.  Equation 6 does not assume an ad

23  valorem tax.

24      Q.   Okay.

25      A.   No, it does not.

Page 123

1    incremental cost, we're going to get the
2    pass-through in this model.
3        Q.   Okay.  I just want to understand:  The
4    Miller article that you relied on for your
5    pass-through formula uses a per-unit tax,
6    correct?
7        A.   I've acknowledged that in a prior
8    section, in Section 2, there is a -- a per-unit
9    tax assumed.  Yes, that is --
10       Q.   And --
11       A.   -- correct.
12       Q.   And how about Equation 6 that is derived
13   from that general model, which is the equation
14   you relied on for your pass-through formula?
15   Does that assume a per-unit tax?
16       A.   There's no mention of the per-unit tax
17   in -- in Part 3, so I don't think that a per-unit
18   tax is necessary to solve for this pass-through
19   rate.
20       Q.   Your testimony is that the Equation 6
21   isn't derived from the general model of
22   pass-through on Page 452?
23       A.   I cannot find the per-unit tax mentioned
24   either in the surrounding text of Part 3 or in
25   the math.  Maybe you could point me to it.

Page 124

1      Q.   Well --
2      A.   I -- I think that the way Equation 6
3   should be interpreted is how prices change in the
4   logit model given a change in marginal cost,
5   period.
6      Q.   Right.  But, sir, you've testified that
7   to the extent that the -- to the extent that the
8   price will change -- strike that.
9           You've testified that to the extent that
10  the service fee is a change in the marginal cost,
11  it will affect the price of a -- of the
12  transaction proportional to the other marginal
13  costs, correct?
14     A.   In -- in a very general statement of the
15  demand model, that is true.  But once you go into
16  -- to the logit, the cost no longer enters into
17  the pass-through formula.
18     Q.   Okay.  So let's go -- why don't we go to
19  Table 5 of your report.
20     A.   Okay.
21     Q.   And that's on Page 98 of your opening
22  report.
23          Now, if you look at the top of the
24  table, this is the actual world, right?  And you
25  see that there you have something called "Google

Page 125

1    Price," which I think is Google's average service
2    fee across in-app purchase transactions in the
3    actual world, correct?
4        A.   Yes.
5        Q.   And that figure is ███████.
6        A.   Correct.
7        Q.   Now you say, "In the but-for world,
8    Google's average service fee will drop to ██████
9    for in-app purchases," right?
10       A.   Correct.
11       Q.   And so the difference there in Google's
12   service fee on average to developers for in-app
13   purchases is ██████?
14       A.   Correct.
15       Q.   So the reduction in the service fee
16   between the actual and but-for world on average
17   that you've calculated for in-app purchases would
18   be ██████, correct?
19       A.   Assuming you're doing the ██████ minus
20   ██████?
21       Q.   Right.
22       A.   That's correct, yes.
23       Q.   Okay.  Now, that reduction in service
24   fee will affect the price of the transaction that
25   is charged to the consumer proportional to other

Page 126

1   marginal costs, correct?

2        A.   I think not in Stage 1 when I do the

3   logit.  It's not -- it's no longer going to

4   necessarily be proportional.  I think that in

5   Stage 2, when we do a conversion of how we use

6   the pass-through in the Rochet-Tirole model, we

7   are taking into account the proportionality.

8        Q.    Okay.  But in -- in -- the -- the way

9   that you've done it here in Table 5 is that

10  you've just taken the pass-through rate of ███

11  percent, which is the average you calculated, and

12  you've just applied that to the entire reduction

13  in service fee that you've calculated, right?

14       A.   I don't understand the question.  Sorry.

15       Q.   So, you have consumer savings per

16  transaction of ████, right, for in-app purchases

17  in the but-for world?

18       A.   Oh, yes.  Yes.

19       Q.   Okay.  So that's just ████ percent,

20  which is the pass-through rate that you've

21  calculated on average of the reduction in the

22  service fee of ████, right?

23       A.   Correct.

24       Q.   So your model for how prices will be set

25  in the but-for world for in -- at -- for in-app

1  purchases just assumes that all of the reduction

2  in service fee will be passed through as a

3  reduction in marginal cost, at least to the

4  extent of the pass-through rate, right?

5      A.   Not all of it.  ▮ percent of it.

6      Q.   Right.  But you haven't done anything

7  here to reflect the fact that the affect on the

8  price will be proportional to other marginal

9  costs, correct?  You've just taken the

10 pass-through rate of ▮ percent and applied it to

11 the reduction in service fee.

12     A.   That's correct.  For in-app, that is

13 correct.

14     Q.   Okay.  And that's reflective of the

15 general pass-through model you've -- you know,

16 you've used to calculate and propose to calculate

17 damages in this case.  Table 5 is.

18     A.   Well, for -- for the in-app market, yes.

19 For -- for the treatment in the app distribution

20 market, it's a little more complicated --

21     Q.   Right.

22     A.   -- the way that the pass-through rate

23 enters the calculus.

24     Q.   Right.  So just -- and just so we're

25 clear, the -- the method that you've used for

Page 129

1    then applied the difference in the pass-through
2    rate from Table 5, you know, you would expect to
3    get the same results.
4         A.   I'm not -- not sure if I'm following.
5    But I -- but I can say that there are other ways
6    that you could go from -- from the -- from the
7    formula in 104, but all of them would require you
8    to make an assumption about the nature of the
9    demand.
10        Q.   Okay.  Could you use the formula in
11   Paragraph 225 of your report that's on Page 104
12   to calculate the change in marginal cost for the
13   developer and then apply the pass-through rate to
14   that?
15        A.   Not really, because it's -- it's
16   difficult to -- to estimate the change in
17   marginal cost from the developer's perspective.
18        Q.   And that's because you don't know the
19   other marginal costs.
20        A.   Cor -- we don't -- we -- we know of
21   their existence, but we -- we don't know what
22   their magnitudes are.
23        Q.   Okay.  The formula from Miller,
24   Remer and Sheu that you used to derive your
25   pass-through formula, that's associated with a

1      Q.    Did you calculate them for -- on a de

2  -- developer -- per-developer basis or a per-app

3  basis?

4      A.    It was at the app level.

5      Q.    Okay.  And if you'll go to -- again,

6  back to Paragraph 239 with your pass-through rate

7  formula.

8      A.    Okay.

9      Q.    And you have the formula there

10 "M minus Q sub J divided by M," right?

11     A.    Right.

12     Q.    And "M" is the size of the market?

13     A.    Correct.

14     Q.    And "Q sub J" is the number of

15 transactions involving a particular app.

16     A.    Correct.

17     Q.    Okay.  And the market here, this term

18 "M," is, essentially, the total number of

19 transactions of apps in the same category as the

20 app whose pass-through rate you're trying to

21 measure.

22     A.    Correct.

23     Q.    And so basically the formula to

24 calculate the pass-through rate for any app that

25 you've put forward is a hundred minus the app

```
1    share of all transactions in its category.
2         A.   Fair.
3         Q.   So just by --
4         A.   Over -- careful caveat:  Over the course
5    of the class period.
6         Q.   Okay.
7         A.   We're not going to look at it on a
8    daily basis.  We're not going to look at like
9    Dr. Burtis.  We're not going to look at it on a
10   monthly.
11        Q.   Okay.
12        A.   We're doing it over the -- over the
13   class period, over the database, over the range
14   of data.
15        Q.    Okay.  And why do you do it over the
16   class -- whole class period?
17        A.    Because I don't think it makes sense as
18   an economic matter that a firm is going to be
19   updating its -- its prices or its pass-through
20   rates on a daily basis.  I think that the
21   appropriate measure passed through.  There's,
22   basically, going to be too much volatility in the
23   -- in the share, right?  If you literally were to
24   do it down to the nanosecond, you'd be -- you'd
25   be getting different pass-through rates at -- at
```

Page 134

1    period.

2    BY MR. RAPHAEL:

3        Q.   But the pass-through formula you have

4    would predict changes in the pass-through rate

5    from week to week or month to month if the share

6    changes.  Fair?

7        A.   If one were so inclined to measure it on

8    -- on a monthly or nanosecond basis, yes, you

9    could get very strange results.

10       Q.   Okay.  Could the formula you've got

11   here, the "M minus Q sub J divided by M," could

12   that be used to calculate pass-through rates in

13   any case where you know the unit market share of

14   an intermediary alleged to have passed on an

15   overcharge?

16       A.   I -- I -- I'd be reluctant to say that

17   the logit model could be applied to any case.

18   I'd want to confirm, first, as I did here, that

19   the logit model does a good job explaining the

20   relationship between prices and shares, as it

21   does here.

22            So I think you need some empirical

23   foundation before applying the logit model.

24   I think that would be a good -- good practice.

25       Q.   Okay.  Have you used the formula that

1    you used to calculate pass-through in this case

2    to calculate pass-through in any other case?

3         A.   I do not believe I have.  In other

4    cases, what I'm typically doing is regressing

5    retail price changes on wholesale price changes.

6         Q.   Okay.

7         A.   And that -- that's just not available

8    here.

9         Q.   All right.  To your knowledge, has

10   any economist used the formula you've used to

11   calculate pass-through in this case to calculate

12   pass-through in some other case?

13        A.   I -- I don't -- I don't know enough -- I

14   can't follow how pass-through is calculated in

15   every antitrust case.  I can tell you that the

16   logit assumption is one of the most common

17   assumptions that's used in antitrust cases there

18   is.

19        Q.   But --

20        A.   All right?

21        Q.   But you're not aware of this formula

22   being used to calculate pass-through in another

23   case.

24        A.   Oh.  Pass-through?  Well, the formula

25   is used to calculate price effects from, say,

1   and straightforward to do.  Like, if -- I can't

2   imagine someone saying, "Oh, the linear model

3   gives you 0.5 always, so I'm going to publish a

4   paper and I'm going to show you here's the

5   implied pass-through rate."  I don't think that's

6   the kind of thing that a journal would be excited

7   to publish, right?

8        Q.   Well, let me ask it this way:  Have

9   you -- have you seen any -- are you aware of

10   any published paper by an economist in a

11   peer-reviewed journal that has used the formula

12   related to logit demand from this Miller article

13   to calculate pass-through in any industry?

14        A.   Just pa -- I'm not.  But pass-through

15   just isn't an area where -- empirical-applied

16   pass-through rates?  I -- I -- I imagine that

17   the number of publications of -- of implied

18   pass-through rates, or even -- even observed

19   directly pass-through rates, is just not fodder

20   for -- for publication.  It's just not -- it's --

21   it's the kind of thing that an -- that it would

22   be more likely to come up in an antitrust case

23   where the economist has to estimate pass-through.

24        Q.   Right.  But you haven't -- you're just

25   not aware of any article where an economist has

Page 152

1    done that in a -- in a peer-reviewed piece.

2         A.   I'm not -- I'm not aware of it, no.

3         Q.   Okay.  Now, you would agree that the

4    pass-through rate is going to depend on the shape

5    of the demand curve.

6         A.   Sure.

7         Q.   And the Miller article that you relied

8    on for your pass-through formula has several

9    other formulas for other shape demand curves that

10   you didn't use.

11        A.   I ended up doing a lot of different

12   demand curves.  But the one that I ultimately

13   used and relied upon was the logit model.

14        Q.   Okay.  And why did you choose the

15   formula from the Miller article that was

16   associated with logit demand?

17        A.   Well, hold on.  That was a non sequitur.

18             I -- once I figured out the logit was

19   the best model at explaining the variation in the

20   data, that took me to the implied pass-through

21   rate from the logit model.

22        Q.   Understood.  And what did you do to

23   figure out that the -- let me ask it differently.

24             Did you -- did you test the structure of

25   demand using any other formula besides the

Page 153

1  formula associated with logit demand?

2      A.   Yes.

3      Q.   What other structures of demand did you

4  test?

5      A.   I tested linear and I tested constant

6  elasticity.

7      Q.   Okay.  And did you describe those tests

8  in your report?

9      A.   No.  Because I ultimately didn't rely on

10  them.  The -- they just did not do as -- as good

11  of a job and explain variations in the data as

12  the logit model.

13      Q.   Okay.  And then how about the AIDS

14  demand?  Did you -- in your reports, did you talk

15  about any test that you did to see whether demand

16  for apps fit that structure of demand?

17      A.   No.

18      Q.   Okay.  Why not?

19      A.   I felt that the logit did such a good

20  job at explaining variation, that the way to kick

21  the tires was to try linear and -- and constant

22  elasticity.  These are the three, you know,

23  primary models.  I'd grant you that A -- the AIDS

24  is also up there, but I felt that I had -- I had

25  run a sufficient test to convince me that -- that

1   the logit model was giving us the best fit of the
2   data, and it was giving us -- it lent itself --
3   through Miller it lent itself to pass-through
4   rates that were producing numbers that were
5   reliable and that varied across app categories.
6           And, you know, and as I said before,
7   logit is a very common system.  So I felt very --
8   I felt very good in -- in using it.
9       Q.   Right.  But you haven't used any -- you
10  haven't used the formula from the AIDS demand
11  from the Miller article that you relied on to
12  calculate pass-through rates.
13      A.   That's true.  I have not.
14      Q.   Do you know if that formula would
15  actually solve?
16      A.   I'd have to -- I'd have to employ it to
17  be able to -- to tell you whether or not I could
18  -- I could get im -- implied pass-through rates.
19      Q.   So sitting here today, you don't know
20  one way or the other.
21      A.   I don't.
22
23
24      Q.   Okay.  Now, logit demand has the
25  independence of relevant alternatives property?

1  they would land on Microsoft's productivity

2  package would be higher than if they were to land

3  on some obscure package within productivity apps.

4  I mean, it's -- it's very intuitive.  It's very

5  natural.

6       Q.   Now, your pass-through formula is based

7  on logit demand.

8       A.   Yes.

9       Q.   And one feature of logit demand is that

10 all goods in the market where demand is being

11 measured are substitutes.

12      A.   I think that's a general -- that is

13 generally the case.  That's fine.

14      Q.   Okay.  Is it your opinion that all apps

15 in each Google Play app category are substitutes?

16      A.   No.  And that's why I invoked this

17 concept of cluster markets.  Like, you could --

18 you could take Microsoft's Excel and Microsoft's

19 Word and ask me if they're substitutes, and I

20 would say at -- at that level, they're not.

21 But -- but when you think about the fact that

22 Microsoft and Google are actually competing with

23 a package of productivity apps, that -- that it

24 would make sense to think of that as something

25 more akin to a cluster market the way that we saw

1    in the Staples and Office Depot case, that paper
2    clips and a ruler aren't necessarily substitutes;
3    but if the people generally tend to buy those
4    things from the same place, they can belong in
5    the same product market.
6         Q.   So -- but -- but it's not your opinion
7    that all apps in each Google Play app category
8    are substitutes.
9         A.   I just gave an example of Excel and Word
10   as being more -- more of complements, right?  But
11   -- but when you think about the -- the cat -- the
12   productivity suite that Google is offering, that
13   -- that's clearly a substitute to what -- what
14   Microsoft is offering in its productivity suite.
15        Q.   Right.  So some of the apps in each
16   Google Play category could be complements,
17   correct?
18        A.   They could be.
19        Q.   And some could be substitutes.
20        A.   They could be, yes.
21        Q.   Right.  And you haven't put forth a
22   model in your report to determine which apps in
23   each category are complements and which are
24   substitutes?
25        A.   No.  And it's not necessary to get the

Page 160

1    implied pass-through rate.
2        Q.    Right.
3             Could you go to Paragraph 78 of your
4    reply report -- well, actually, let me ask you:
5    Are you opining that all apps in each category
6    are part of a cluster market?
7        A.    No.  You -- you saw in my report.  I'm
8    saying that they don't need to necessarily be a
9    market, a relevant market, for antitrust
10   purposes, and I give you a citation for that.
11            I think that if you -- if you really
12   wanted to -- if you forced it into that box,
13   which is unnecessary and unnatural, that you
14   could -- you could get there by -- by
15   understanding the categories functioning
16   more like a cluster market.
17       Q.    Right.  But you're not actually offering
18   the opinion that all of the apps in each category
19   are part of a cluster market.
20       A.    No.  I -- I'm offering the opinion that
21   -- that everything within the category -- that
22   the category definitions from Google define the
23   -- the contours or the arena of competition among
24   apps in that category.
25       Q.    Okay.  And, again, let's go to Paragraph

Page 164

```
 1        Q.   Let me -- let me ask a different
 2   question.   You haven't calculated what those
 3   switching costs are.
 4        A.   I haven't calculated it, no.
 5        Q.   All right.   So you ran a regression in
 6   your opening report, correct?
 7        A.   Well, I ran so many, I'm not sure which
 8   one you're speaking of.
 9        Q.   So let me -- fair point.
10             You ran a set of regressions in your
11   opening report.
12        A.   Yes.
13        Q.   Okay.   Now, those regressions are
14   testing the elasticity of demand for apps based
15   on a change in the price of the app, right?
16        A.   As instrumented via change in the tax
17   rate, correct.
18        Q.   Okay.   Now, the regression you ran in
19   preparing your opening report isn't measuring how
20   a service fee change affects the price of an app
21   or an in-app purchase, right?
22        A.   Correct.   We've been through this
23   before.   If -- if Google had varied its service
24   fee ██████████████████████████████████
     ██    ████████████, I -- I could have employed a
```

Page 165

1  different model, but I couldn't given the
2  restraint.
3       Q.   Right.  So just -- I -- I understand.
4  I just want to make sure we're clear about what
5  your regression does and -- and it doesn't do.
6            The regressions that you ran in your
7  opening report isn't measuring the effect of the
8  service fee on the price of the app or the in-app
9  purchases, right?
10      A.   Correct.  It's doing something close so
11 that I can make a prediction about how a change
12 in the service fee would change the prices.
13      Q.   And you haven't run any regression that
14 measures how a change in the service fee affects
15 the price of an app or in-app purchases?
16      A.   I've -- I haven't -- well, I've tested
17 and -- and analyzed the regressions that were run
18 by Dr. Williams and Burtis that -- that purport
19 to do that or that attempt to do that, but those
20 experiments are so fatally flawed and botched
21 that there is no learning to be done.  There's --
22 there's no -- there's no economic knowledge that
23 can be gleaned from those botched experiments.
24      Q.   Right.  Now, the prices that developers
25 charge in the but-for world might depend on

Page 174

1   these other dimensions that I just gave you --

2   you know, consistently downward sloping,

3   statistically significant -- and -- and you're

4   looking for a tie-breaker that -- that at that

5   point comparing the R-squared could make sense.

6       Q.   So you're saying that you ran -- you ran

7   regressions using linear and log-linear demand?

8       A.   Or constant -- we call it "constant" --

9       Q.   "Constant" --

10      A.   -- "elasticity."

11      Q.   "Constant elasticity" demand, and you

12  saw R-squareds that were lower than the R-squared

13  you got for logit?

14      A.   Yes.  But I don't want you to think that

15  that was dispositive.  That was one of many

16  dimensions over which I made the -- the call.

17      Q.   Right.  But the regressions you ran for

18  linear and constant-elasticity demand, those

19  weren't included in the reports or the backup to

20  your reports that you disclosed, right?

21      A.   I did not turn over those regressions,

22  but you can -- your -- your economists can run

23  them for themselves to get confirmation that --

24  that they don't do as good of a job explaining

25  that data.

Page 181

1    that uses a dollar amount of sales tax?
2         A.   Well, in the field -- it's one of the
3    fields in the transaction data that says "taxes",
4    and it -- it is -- it is stated in dollars, I
5    believe, not as percentage.  So we get to see
6    what the relationship is between those changes,
7    right, as -- as predictive -- how predictive they
8    are to changes in prices.  The fact that they may
9    be denominated in dollars doesn't mean they don't
10   come from ad valorem.  I'm pretty confident that
11   they are always -- or that generally -- just to
12   be safe, they're generally set as a percentage of
13   revenues.
14        Q.   Understood.  But as you input them into
15   your model regarding the relationship between the
16   sales taxes and the prices, they were in dollar
17   terms and not percentage terms?
18        A.   I believe that's the case.  I can -- I
19   can check that out for you in a break, but I
20   believe that the way that it's entered into the
21   database is as dollars.
22        Q.   Got it.
23             Now, going back to your formula for
24   pass-through, which, again, is essentially a
25   hundred minus the quantity share of the apps

Page 182

1    transactions in its category, right?

2        A.    That's for the app developer, but I

3    don't present it that way in the report.  I

4    present it, as you know, at the category level.

5        Q.    Understood.

6        A.    Okay.

7        Q.    But that's the general math of the

8    formula?

9        A.    That's the math.

10       Q.    Right.  Fair to say that that math will

11   always produce a pass-through rate, unless the

12   app developer or -- has a hundred percent of a

13   Google Play category?

14       A.    I think it's fair that -- that you'll

15   get a positive pass-through rate.  You won't

16   necessarily get a big one, but you'll get a

17   positive pass-through rate with the exception

18   of the guy who dominates the field.  And, you

19   know, again, this is -- hopefully this is

20   intuitive to the non-economist in that -- in that

21   your share is capturing your dominance in this

22   arena of competition.  And so what the logit

23   model is telling us is that the more dominant you

24   are, the less -- the smaller percentage of the

25   pass -- of a cost saving you share with your --

1   with your client.

2       Q.   Right.  But just so we're clear, unless

3   the app has a hundred percent quantity share in

4   the category, your formula will predict a

5   positive pass-through rate?

6       A.   For a given app developer, that -- that

7   is correct, yes.

8       Q.   Okay.  Now, you talked earlier about

9   the pass-through formula you have, potentially

10  predicting different rates from month to month or

11  week to week.  We talked about that a little bit.

12      A.   Yeah.  If you were to measure it on a

13  monthly basis, there would be some variation that

14  you wouldn't get if you were to measure it across

15  the -- the class period.  That is correct.

16      Q.   Right.  And your opinion is that it's

17  not appropriate to measure it on that short of a

18  time scale, correct?

19      A.   Correct.

20      Q.   Right.  And what's the economic basis

21  for why it's inappropriate to measure it on that

22  week to week or month to month or those sorts of

23  time frames?

24      A.   I don't think that an app developer

25  is going to revisit its pricing on a -- on a

1     Q.   And that amount that is passed through

2  as a price deduction is ████████████████  for

3  in-app purchases of price reduction in the

4  but-for world?

5     A.   Correct.

6     Q.   So here you've assumed that the -- for

7  in-app purchases in the but-for world, the -- all

8  of the reduction in Google's service fee is a

9  marginal cost that will affect the price that

10 developers set in the but-for world?

11    A.   Correct.

12    Q.   Now -- and in -- in calculating how

13 prices will be set in the but-for world based on

14 a reduction of this service fee, again, in the

15 in-app purchase context, this calculation doesn't

16 reference the developer's other marginal costs in

17 any way?

18    A.   Correct.

19    Q.   Okay.  Now, if you could go to Page

20 -- sorry, again, back to paragraph -- Page 104 of

21 your report with the formula in Paragraph 225, so

22 the -- you have this cost term here C star.  Do

23 you see that?

24    A.   Yes.

25    Q.   And that's C, which are the developer's

Page 190

1    mean, perhaps that's the percentage, but the

2    dollar amount depends on what the other marginal

3    costs are?

4         A.   Yeah.  But you don't need to.  That's

5    why I expressed it just as C here.  I didn't need

6    to use a dollar for my example.  But -- but I can

7    just tell you, we can do the math here, but as

8    you toggle between ██████████ percent, the delta

9    on that -- on that coefficient is going to be

10   ██████████████, and that should be understood as

11   a change in percent, right -- change in

12   percentage points of the boosting power of the

13   take rate.

14        Q.   Understood.  I just want to -- I just

15   want to be clear because I'm going to -- I want

16   us to just do some math here and see where it

17   goes, --

18        A.   Okay.

19        Q.   -- if you'll follow me.

20             So the -- if -- if the developers'

21   marginal cost is a dollar and the service fee

22   rate changes from ████████████████████, your

23   economic model on Page 104 of your report says

24   that the effective marginal cost will drop by ██

25   ████████

```
                                           Page 191
 1       A.    If that's the difference of ████████ ,
 2   sounds right, yeah, times the cost, I think
 3   that's fair.  Yeah, it's the equivalent of, like,
 4   ████████ .
 5       Q.    Okay.  But if you go back to Table 5,
 6   your -- your calculations for damage purposes say
 7   that the reduction in marginal cost is $████ ,
 8   right?  On average, right?
 9       A.    Correct.
10       Q.    Okay.  So what marginal cost of the
11   developer besides the service fees does that
12   ██████  reflect?
13       A.    A different one.
14       Q.    Which one?
15       A.    Oh, whatever the -- whatever the unknown
16   marginal cost is to the developers on average.  I
17   mean, the beauty of the -- of the logit is that
18   we don't need to estimate the marginal costs in
19   order to get to the pass-through rate.  But there
20   is a marginal cost going on in the background,
21   as the math simplifies when you saw for the
22   pass-through rate, such that you don't need to
23   know what it is.
24       Q.    Right.  So the logit model in the
25   formula you've used does not depend in any way on
```

Page 192

```
 1   what the other developer's marginal cost is?
 2        A.   Not a precise estimate of what it is.
 3   Just it depends on the fact, I believe, --
 4        Q.   Right.
 5        A.   -- that there is a marginal cost.
 6        Q.   So -- so let's assume that the average
 7   marginal cost of all de -- of all developers was
 8   a dollar --
 9        A.   Well, why would you assume that when the
10   price here is at     ?  Are we going to assume
11   that -- that the margins are that high on average
12   for the developers?
13        Q.   Well, I mean, to be clear, you haven't
14   calculated any of this, right?
15        A.   I didn't need to calculate it.
16        Q.   Okay.  And because you didn't need to
17   you didn't?
18        A.   Correct.
19        Q.   Okay.  So -- but if it were the case
20   that the average marginal cost for all developers
21   were a          then the average reduction in
22   service -- the average reduction in the effective
23   marginal costs for developers would be
24   according to your formula in Paragraph 225 and
25   not         that you have in Table 5?
```

Page 195

1    that's being charged for these transactions here.
2    So you're -- you're giving -- you're assuming
3    quite a luxurious margin for the app developer to
4    make that -- that math hold.
5        Q.   Fine, sir.  I'm just asking whether, if
6    that were the case, that the math that I'm giving
7    you, that the effective reduction in marginal
8    costs from a █ percent service fee to a █
9    percent service fee for a developer with a dollar
10   marginal cost would be █ cents instead of the
11   █ ?
12       A.   All I'll -- all I'll grant you is that
13   if you go to your equation -- your preferred
14   equation on Page 104 and make the assumptions
15   that you did with a dollar and the move from █
16   █ , the math would suggest █ percentage
17   points of the margin cost.  If you assume the
18   margin cost is █ , then it would be █
19   █
20       Q.   Right.  And so what I'm -- what I'm
21   -- so you agree with me, then, that if you
22   actually calculated the average marginal cost for
23   what -- for a developer on an in-app purchase, it
24   could change the effective marginal cost paid by
25   the increase for the developer in an amount

1    that's less than the $████ that you have here in

2    Table 5?

3        A.   No, you don't need to do that under the

4    logit model.  I will grant you that under Page

5    104, the generalized equation, that had I used

6    that to estimate my pass-through, that it would

7    depend on the marginal cost.  But knowing that I

8    couldn't observe the marginal cost, right, I

9    -- among myriad other reasons that I gave you, I

10   went with the logit model because I didn't need

11   to estimate the marginal cost of the developer.

12       Q.   Right.  So you -- so you went with the

13   logit model for pass-through that you used in

14   your report rather than the formula in page -- on

15   Page 104 that depends on marginal costs because

16   you couldn't observe the marginal costs?

17       A.   No.  That wasn't the only reason.  It

18   was another beneficial property of logit that it

19   doesn't require you to go out and estimate a

20   variable that might be impossible to observe,

21   right?  And so -- but that's not -- that's not

22   the only reason or the primary reason why I chose

23   logit.  It just happens to be a beneficial

24   property.

25       Q.   Why would the model in Paragraph 225 not

1   apply to a model of logit demand if the -- if the

2   model in Paragraph 104 is a generic model?

3        A.   Well, because the logit pass-through

4   rule states pass-through as a function of

5   industry concentration and not of cost, and so

6   when you asked me why doesn't -- you're asking me

7   basically why isn't the pass-through rate under

8   logit changing with the change in costs.  It

9   doesn't.  It's just a property of the logit

10  demand.  It doesn't make the math on 104 wrong.

11  It doesn't make the logit wrong.  It just -- it's

12  no longer a function of cost.

13       Q.   So the property of the logit demand

14  model that you used for your pass-through is that

15  the price is a function of the concentration and

16  not of the cost?

17       A.   The pass-through is a function of the

18  concentration, not of the cost, correct.

19       Q.   All right.  What is focal point pricing?

20       A.   Focal point pricing is the notion that a

21  consumer might focus on the -- on the first digit

22  before the decimal, as opposed to the last two.

23  So it explains why a lot of firms end -- end

24  their prices in 99 cents, or other -- or other

25  combinations.  Just a greater focus on the first

Page 198

```
 1    -- on the stuff before the decimal place than --
 2    than after the decimal place.
 3         Q.   Okay.  And do you -- focal point pricing
 4    is a well-established concept in economics?
 5         A.   Sure.
 6         Q.   And in the real world, many developers
 7    price transactions only at certain focal points?
 8              MS. GIULIANELLI:  Objection.
 9              THE WITNESS:  We -- we've -- I've given
10    you all the stats that I think you could ever
11    want to see and more, but, you know, we know that
12    a lot do but a lot don't.  You know, ██ percent
13    of the top ███ don't end in 99 cents, right,
14    which is a big number.
15    BY MR. RAPHAEL:
16         Q.   So fair to say, though, that in the real
17    world some developers price in way that seems
18    like they're focal point pricing and some
19    developers don't?
20         A.   Given -- given the constraints that
21    Google imposed on some developers, yes, they
22    -- you know, they did price at 99 cents.
23         Q.   Well, what analysis have you done, sir,
24    in your reports to determine what effect Google
25    -- any constraints that Google imposed on
```

Page 202

1   BY MR. RAPHAEL:
2       Q.   I guess what I'm asking is, is it your
3   opinion that focal point pricing doesn't explain
4   any developers' pricing in the actual world?
5       A.   No, I think that's too harsh.  I think
6   that focal point pricing is an important
7   consideration here.
8       Q.   Okay.  Now, and -- and the price floor
9   you talked about of setting prices at 99 cents,
10  that wouldn't affect developers who set their
11  prices quite a bit above 99 cents?
12      A.   That's fair.  I think that, when we
13  looked at the data, it's about -- it's about ██
14  percent of developers were at that 99 cent, so I
15  agree with you that -- that those would be the
16  ones who were constrained from -- from moving
17  downward.
18      Q.   Okay.  So the other ██ percent of
19  developers wouldn't be affected by what you're
20  calling the price floor that Google had in place?
21      A.   Correct.
22      Q.   Okay.
23      A.   With one caveat in the sense that there
24  could be spillover effects from a floor being set
25  at 99 on what the next step up would be, but I

```
 1   out, for the purposes of impact, is to say that
 2   if all app developers within a category achieved
 3   a certain cost reduction by virtue of enhanced
 4   competition and, thereby, lower take rate, how
 5   much of that would be shared with consumers in
 6   the aggregate across the category.  And, you
 7   know, what I'm hearing is, oh, my God, have you
 8   ruled out 99-cent things or things that end in 9?
 9   No, we haven't -- we haven't ruled that out.  But
10   we're talking about the share of the costs that
11   are being saved in the aggregate across a
12   category.  We can allow for 79-cent pricing, we
13   can allow for 99-cent pricing, 29-cent pricing in
14   the but-for world.  We're not putting any
15   restrictions on -- on what the price of a
16   particular app in a particular plan at a
17   particular point in time are.
18   BY MR. RAPHAEL:
19       Q.   Right.  So I just want to make sure I
20   get an answer to my question.  So your model for
21   a pass-through isn't trying to take account in
22   any specific way for the phenomenon of focal
23   point pricing?
24       A.   I -- I don't -- I don't think that the
25   mod -- that particular logit estimate of the ■
```

1   percent is accounting or needs to take account.

2   I think I need to account for it in my overall

3   opinions about what the but-for world would look

4   like.  But the logit model is just telling us

5   what the implied pass-through rate is given a

6   reduction in costs, given the concentration

7   -- the typical concentration we see within

8   categories in -- you know, in the app industry.

9        Q.   Okay.  Your regressions regarding the

10  logit demand, did they have any fixed effect or

11  other mechanism to control for focal point

12  pricing?

13       A.   Well, they did use fixed effects.  I

14  don't know if you meant to say that, but they

15  don't have a separate control variable for focal

16  point.  But it is true, now that you brought this

17  up, we do have app fixed effects, right?  So to

18  the extent that an app stayed constant at a given

19  price over time or always ended at 99 -- let me

20  just say for the record what fixed effects is.

21  Quite literally, it's controlling for any of

22  these attributes of the app that are constant

23  over time.  And so if that tendency to want to

24  end in 99 or 79 or 69 is constant, then, yes, my

25  regressions control for it.

Page 224

1    monopoly power.

2        Q.   Okay.  Now, service fees on platforms

3    other than Google Play are marginal costs for

4    developers as well, right?

5        A.   The service fee or the take rate charged

6    by Google to the developer can be understood as a

7    marginal cost.

8        Q.   And when service fees are charged to

9    developers on other platforms that may compete

10   with Google Play, those are also properly

11   understood as marginal costs for the developers?

12       A.   Correct.

13       Q.   Okay.  So if we saw service fees on

14   other platforms that are lower than Google Play's

15   service fees, those would be lower marginal costs

16   to those developers.  Fair?

17       A.   Fair.

18       Q.   Okay.  Now, would you predict, then,

19   that -- well, strike that.

20            In fact, it's true that many developers

21   do not charge different prices on platforms that

22   compete with Google Play that offer lower service

23   fees.

24       A.   There are examples of that, sure.

25       Q.   And do you know how many developers

Page 229

```
 1   record.   The time is 2:08 p.m.
 2            (Recess taken.)
 3            THE VIDEOGRAPHER:  We're now on the
 4   record.   The time is 2:10 p.m.
 5   BY MR. RAPHAEL:
 6       Q.   Now that you've got your microphone
 7   fixed, it's true, according to your report, that
 8   some other app stores charge lower service fees
 9   for some transactions than Google charges on
10   Google Play?
11       A.   Yes.   These -- these diminished
12   competitors, in part by virtue of the challenged
13   conduct, are charging lower, as economic theory
14   would predict they would charge lower.   How else
15   would they get someone to switch?
16       Q.   Right.   And is it the case that all
17   developers charge lower prices on other app
18   stores that have lower service fees?
19            MS. GIULIANELLI:  Objection.
20            THE WITNESS:  Not all, no.
21   BY MR. RAPHAEL:
22       Q.   So some developers charge the same price
23   on other app stores than Google Play where there
24   are lower service fees?
25       A.   I would -- I would assume that's a safe
```

```
 1   -- yeah, that is a safe assumption that you could
 2   find examples of app prices being the same across
 3   stores under today's, you know, diminished
 4   competition where these rivals aren't really
 5   offering meaningful substitution opportunities.
 6        Q.   Have you done any analysis in your
 7   reports to determine whether the majority of
 8   developers on the Google Play store and another
 9   app store charged the same or different prices
10   across stores?
11        A.   No, I haven't.
12        Q.   Okay.  Now, in your report, I think you
13   note that different PC gaming platforms charge
14   different service fees?
15        A.   Sure.
16        Q.   Right?  So Microsoft now charges a 12
17   percent service fee on -- on PC gaming?
18        A.   Yes.
19        Q.   Okay.  And Steam charges more than 12
20   percent for its PC gaming platform?
21        A.   I think I give the percentages in my
22   report, but I -- I don't recall them being far
23   off from each other.  I think it's a more
24   competitive marketplace.
25        Q.   Right.  Well, let's go to -- let's
```

Page 237

1   skipped a 2.  Let me say it again.  3(d)(2)(c).

2   BY MR. RAPHAEL:

3        Q.    Okay.  We'll come back to that.

4        A.    Okay.

5        Q.    Have you reviewed transcripts of any

6   testimony by any of the developer plaintiffs in

7   this case?

8        A.    Yes.  I think I cite some testimony from

9   some developers.  I -- I'm not sure if they're

10  plaintiffs in the case, but I -- I recall citing

11  some testimony, at least in my reply, by a

12  developer.

13            MS. GIULIANELLI:  And I -- and I'm just

14  going to keep in mind the expert stipulation with

15  respect to the disclosure of materials relied

16  upon.

17  BY MR. RAPHAEL:

18        Q.    Okay.  So have you relied on any

19  developers' testimony in forming your opinions

20  about how developers would set prices in the

21  but-for world?

22        A.    I don't recall having done that.

23        Q.    Okay.  Now, what analysis have you done

24  to determine the extent to which an inability to

25  steer affected developers from reducing prices in

Page 239

```
 1   developers.
 2        Q.    Right.  But other than what's in Table
 3   9, have you done any empirical analysis of the
 4   effect on developers' ability or inability to
 5   steer on whether they lowered their prices in
 6   response to lowered service fees?
 7        A.    Other than 9, I -- I don't -- I haven't
 8   done one, but what you're asking is a bit of a
 9   trick question, which is, in the presence of
10   steering, we -- in the presence of an
11   anti-steering restraint, it is very hard to go
12   out and measure what the effect of steering would
13   be on -- on pass-through or app pricing.
14        Q.    Okay.  Now, your opinion is that
15   directing customers from inside the app
16   downloaded from the Play Store to options outside
17   of the Play Store is the most efficient channel
18   for steering?
19        A.    Correct.
20        Q.    Okay.  Now, what -- what empirical
21   analysis have you done to support that opinion?
22        A.    Yeah.  This has been asked and answered,
23   but I'll -- we'll go back through it again, if
24   you want.
25              And let me have the question back again,
```

1    please.

2         Q.    Have you done any empirical analysis to

3    support your opinion that directing customers

4    from inside the app downloaded from the Play

5    Store to options outside of the Play Store is

6    the most efficient channel for steering?

7         A.    So I think -- I think it's the same

8    answer that I gave you this morning, that I

9    haven't done original empiricism, but I -- I'm

10   aware that Google has not prevented steering on

11   billboards, television advertisements and

12   Internet advertisements, but they have prevented

13   steering from within the app itself once it's

14   downloaded on the Play Store.  And that tells me

15   that, to Google, it's the most important channel.

16   Why would Google block it otherwise, right?  So I

17   feel like it's a very natural inference for an

18   economist to make that this is the most -- this

19   is the most efficient.

20           If you -- put it this way:  For you to

21   go any other path would incur new costs that you

22   wouldn't otherwise incur by steering within

23   the app store, right?  To get someone else's

24   attention on a billboard, you've gotta pay money.

25   You don't need to do that when it's inside of

Page 241

```
 1   your own app.
 2        Q.   Do you agree that payment systems
 3   that require exiting the app to complete the
 4   transaction aren't reasonable substitutes for
 5   Google Play billing?
 6             MS. GIULIANELLI:  Objection.
 7             THE WITNESS:  I didn't understand it,
 8   so --
 9   BY MR. RAPHAEL:
10        Q.   Are payment systems that would require
11   exiting the app to complete a transaction
12   reasonable substitutes for developers or
13   consumers to using Google Play billing?
14             MS. GIULIANELLI:  Same objection.
15             THE WITNESS:  I don't know if I have an
16   opinion here, and I'm just not aware of any
17   payment processor who requires the customer
18   to leave the app in order to consummate the
19   purchase?  I just -- I'm just not aware -- I'm
20   just not aware that that would even -- that is
21   even a thing.  I wasn't aware of that.
22   BY MR. RAPHAEL:
23        Q.   Okay.  Is there a term in your
24   pass-through rate formula for the extent to which
25   developers can steer?
```

Page 242

1       A.    No.

2       Q.    Why not?

3       A.    Well, as you know, I ultimately

4   chose the logit model, and the logit model's

5   pass-through formula simplifies to a function of

6   market share, which is not a term for steering.

7       Q.    All right.  So the -- the logit

8   pass-through formula that you used to calculate

9   the pass-through rates doesn't depend on

10  steering?

11      A.    I would say that steering ensures the

12  pass-through is going to be positive.  Logit

13  allows us to estimate precisely what it's going

14  to be.

15      Q.    Okay.  So fair to say, then, that the --

16  the logit model pass-through formula that you've

17  used in your report depends on steering?

18      A.    No, I don't think it depends on steering

19  because we can come up with -- we can come up

20  with explanations for how pass-through would

21  occur in the presence of the anti-steering

22  restraint.

23      Q.    So you -- there's reasons why

24  steering would occur despite the anti-steering

25  restrictions?

1      A.    No, there's reasons why pass-through

2  would occur.

3      Q.    Oh, excuse me.  Okay.  So there are

4  reasons why -- why you would expect pass-through

5  regardless of the anti-steering restrictions?

6      A.    Correct.  I think that while it's true

7  that the anti-steering restrictions make for a

8  very potent impediment to steering and

9  pass-through, there are other ways in which

10  pass-through would occur, even without steering.

11  If I could, you know, Google has modeled

12  different worlds, and so I've kind of mimicked

13  the assumption of where the developer could

14  choose its payment processor, right?  And you can

15  imagine a world where developers look around at a

16  whole bunch of payment processors in kind of an

17  open and unfettered market and go with the

18  payment processor offering a competitive rate, or

19  one of the lowest rates, and then competition

20  among developers in the same category would put

21  downward pressure on the prices that they charge

22  to their customers.

23          So there are -- there are mechanisms

24  that get you to pass-through and lower prices

25  outside of steering.  But I'll always hold, until

Page 244

1   I'm blue in the face, that steering is like a

2   supercharger.  It would -- it would -- it would

3   boost all of these properties.

4       Q.   Have you done any analysis to determine

5   by how much it would supercharge all these

6   properties?

7       A.   No.  But -- no.  But what I'm assuming,

8   I mean, at least in my -- when I wrote this

9   report, I'm assuming that the challenged conduct

10  is gone, and part of the challenged conduct is

11  the anti-steering restrictions.  And so I'm

12  confident that there would be pass-through; that

13  it would be positive.  Now the question is,

14  what's the tool in economics that I can use to

15  reliably estimate the extent of the pass-through,

16  and that was the logit model.

17      Q.   Right.  Now, Google doesn't restrict any

18  marketing or advertising of other platforms

19  -- strike that.

20           Google doesn't restrict developers from

21  marketing or advertising transactions on other

22  platforms outside of the app that's been

23  downloaded from Google Play.

24      A.   That's correct.  There -- there's

25  -- Google understands that there would be a

Page 245

```
 1   newfound cost to be incurred by the developer to
 2   advertise in those outside fora, and recognizes
 3   that that would be a less-efficient means of
 4   communicating, or leading to use Google's word,
 5   the customer to a lower-cost platform.
 6        Q.   Right.  In your reports, have you done
 7   any analysis to determine the profitability of
 8   steering via any channel, whether in app or
 9   outside the app, for any developer?
10        A.   Well, I did -- I give an analysis
11   -- well, I give a numerical example of how
12   steering -- remember, this is the one that begins
13   with the ████   price --
14        Q.   Right.
15        A.   -- could improve the profitability of a
16   -- of a developer.
17        Q.   Right.  But you haven't done any
18   analysis of using, say, actual data of the
19   profitability of steering in any channel for any
20   developer using actual data?
21        A.   I have, because Table 9 in my initial
22   report shows steering with -- with price
23   reductions.  And so, presumably, they wouldn't --
24   these apps would not be charging a lower price on
25   their website if it weren't profitable to do so.
```

1      Q.   Well, I'm just saying -- I guess

2   what I'm asking is -- maybe I'll ask it this

3   way:  Have -- have you done any analysis that

4   compares the profitability of steering for

5   developers via in app communications versus

6   steering using outside of the app communications?

7      A.   I haven't, but I know this:  That to go

8   outside would require a newfound advertising cost

9   that would not otherwise be incurred if you could

10  do it in-app.  And that would necessarily lower

11  the profitability of that -- of that steering

12  relative to steering within the app.

13     Q.   Have you done any empirical analysis in

14  your report of whether it would be profitable for

15  any particular developer to reduce prices by a

16  full focal point?

17     A.   I don't know what that means.

18     Q.   Well, --

19     A.   What's a full focal point?

20     Q.   Well, you told me what -- what's your

21  definition of a focal point?

22     A.   Well, we talked about how it's focusing

23  the attention on the left side of the decimal

24  place so you can kind of go high on the right and

25  it's not really going to scare off the customers.

Page 288

1    the play points program?

2        A.    The reason why that's the case is that

3    at ▬▬ percent or whatever ▬▬▬ offering that

4    Google's making given the impaired competition

5    that it caused, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬

11       Q.    My question was in the actual world,

12   it's correct that ▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬

14       ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬

21       A.    I asked the question why bother. ▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬

23       ▬   ▬▬▬   ▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬



Page 289

1

2

I haven't

9    studied what percentage redeemed, but when it's

10   so small -- like, imagine instead of a ▇▇▇ it was

11   ▇▇▇▇▇▇▇▇▇ , right, and you asked me the

12   question, Hal, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17        Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I haven't

23   studied what percentage have.

24        Q.   Okay.  So in your reports, you haven't

25   identified any model to determine which

1   -- the -- the flip, you know, where it occurs,

2   but I can -- I can conceive that ████████████

3   that it just wouldn't make a difference for

4   consumers.

5       Q.   Okay.  Now, in your reports have you

6   identified any model to determine which users

7   would have signed up for play points in the

8   but-for world?

9       A.   No.  I don't need to because what the

10  model is giving me is what Google would pay in

11  the aggregate across all consumers in terms of

12  subsidy.  So that ██████████ that comes out of the

13  play points model, and doing by memory, is what

14  happens in the aggregate.  So, it's conceivable

15  that -- that some consumers aren't contributing

16  to that -- to that ███████ or some people are

17  doing it disproportionately, but that is going to

18  be the average subsidy that comes about via the

19  -- that if the locus of competition were to occur

20  on the points side of the market.

21      Q.   So the answer to my question is, no, you

22  -- in your reports you haven't put forth any

23  model to determine which users would have signed

24  up for play points in the but-for world?

25      A.   I don't think I need to, just to be

```
                                          Page 296
 1   clear --
 2       Q.    I'm not asking you whether you need to.
 3       A.    Okay.
 4       Q.    So I'm going to ask my question again.
 5       A.    Okay.
 6       Q.    In your reports, did you put forth any
 7   model to determine in the but-for world which
 8   users would have signed up for the play points
 9   program?
10       A.    That's not what the model is calling
11   for.  I'll be clear, the model wants to know
12   -- the model is solving for the size of the
13   subsidy across all consumers, right, and if the
14   model is telling us ▓▓▓▓▓▓▓ the way to
15   interpret that -- that -- that parameter is that,
16   on average, the subsidy offered to consumers in
17   the but-for world, if the locus of competition
18   were exclusively on the play points side, right,
19   would be ▓▓▓▓▓▓▓
20       Q.    Right.  And so the model that you put
21   forward in your report regarding play points
22   isn't telling us anything about what individual
23   consumers would do with respect to signing up for
24   the play points program or using their play
25   points, correct?
```

1      A.   I think the model is.  I think that at ███

2   █████████  the economic intuition -- well, this is

3   the intuition that I'm drawing from the model --

4   is that when the benefit gets so large, that is

5   going to spur participation and usage in the

6   system.

7      Q.   Great.

8           Your -- your testimony here today, sir,

9   is that you have a model in your reports that can

10  tell the Court and the jury in this case which of

11  the members of the putative class would have

12  signed up for play points and who would have used

13  them?

14          MS. GIULIANELLI:   Objection to the form.

15          THE WITNESS:   I didn't say that.  I said

16  that if the but-for subsidy were to rise to ███

███  ███████████████████████████████████████████████

███  ████████████████████████████████████████████████

███  ███████████████████████████████████████████

███  ███████████████████████████████████████████

███  █████████████████.

22  BY MR. RAPHAEL:

23     Q.   Okay.  So I want to -- I want to be

24  clear.  You have -- your testimony is that in the

25  but-for world, every member of the putative class

Page 298

1  would sign up for the play points program and use

2  their play points?

3           MS. GIULIANELLI:  Objection.

4           THE WITNESS:  I cannot -- this is the

5  first time I've been asked that question.  I'm

6  just hearing it afresh, right?  I cannot fathom

7  why a user would say, no, take back -- I was

8  going to spend ███████████████████ and I realize

9  you're trying to give me ████ but, no, I don't

10 want the ████ I want to spend the full hundred

11 myself.  It would be crazy -- it would be crazy

12 to -- to do that.

13 BY MR. RAPHAEL:

14    ███ ████████████████████████████████████████

██ ████████████████████████████████████████████

██ ████████████████████████████████████████

██    ███ ████████████████████████████████████████

██ ████████████████████████████████████████████

██ ████████████████████████████████████████████

██ ██████████████████████████████████████████

██ ██████████████████████████████████████████

22    Q.  Right.  And so your testimony is that if

23 Google changed the play points rate that you've

24 put in your report, that every member of the

25 putative class would have signed up for the play

Page 299

1  points program and used play points?

2        MS. GIULIANELLI:  Objection.

3        THE WITNESS:  I think -- I think it's a

4  fair assumption.  Like, the model certainly is

5  not calling on this, but I think it's a fair

6  assumption that once it goes up to ▮▮▮▮▮▮ that

7  -- that everyone who is making purchases would

8  -- would either redeem it or at least enroll so

9  as to be able -- to be capable of taking the

10  subsidy at -- at those terms.

11  BY MR. RAPHAEL:

12      Q.   That's an assumption, though, that

13  you're making.  It's not what the model tells

14  you?

15      A.   Well, the model spits out, just to be

16  clear, what the average subsidy is across all

17  users.

18      Q.   Now, you -- would you agree with me that

19  the counterfactual experiment lies at the heart

20  of antitrust analysis?

21      A.   Sure.  I mean, it's an important thing.

22  It's -- I don't know if it's at the heart, but

23  you need -- you need to have a counterfactual.

24  You need to model the counterfactual.

25      Q.   Could you describe for me the

1      Q.   Right.  And, so, therefore, you haven't

2    done that?

3      A.   Correct.  Correct.

4      Q.   I just want to be clear that in your

5    model for the but-for world service fee rates,

6    the pass-through rate, the average pass-through

7    rate you've calculated, is an input into that

8    service fee rate model?

9      A.   For the two-sided market model, the

10   -- in the app distribution --

11     Q.   Yes.

12     A.   -- the pass-through rate is input into

13   determining how the optimal take rate in the

14   subsidy model, the subsidy gets chosen, that's

15   correct.

16     Q.   Right.  And is that also true for the

17   combined model?

18     A.   That's true for the combined model as

19   well.

20     Q.   And so if the pass-through rate, then --

21   again, you're not going to agree with this.  But

22   if the pass-through rate were zero, okay, that

23   your model for the but-for service fee rate would

24   yield the same rate as in the actual world?

25     A.   I don't know if I've gone in and put

Page 382

1      Q.   But it's not determinative?

2      A.   I don't think it's determinative.  I

3   just think it's helpful and I think that it was

4   worth pointing out, and I gave it about as much

5   attention as it deserves.

6      Q.   So I want to just make sure we're clear.

7   We talked a lot about this formula in Paragraph

8   224 regarding the profit-maximizing price.  This

9   is Page 104 of your report.

10     A.   Yes.  You like this formula a lot.

11     Q.   I just want to be clear.  Have you used

12   that to -- used that formula to calculate any

13   pass-through rates in this case?

14     A.   No, that was not the formula that I

15   used.

16     Q.   Okay.  Now, Google Play has different

17   storefronts for different countries?

18     A.   That's fair.

19     Q.   And now as an economist, why do you

20   think Google offers different storefronts for

21   different countries?

22     A.   Well, Google must think that the

23   differences in the audience is sufficiently

24   important so as to warrant the design of a

25   different storefront.  You know, it's expensive

Page 397

1                    C E R T I F I C A T E

2

3          I do hereby certify that I am a Notary

4     Public in good standing, that the aforesaid

5     testimony was taken before me, pursuant to

6     notice, at the time and place indicated; that

7     said deponent was by me duly sworn to tell the

8     truth, the whole truth, and nothing but the

9     truth; that the testimony of said deponent was

10    correctly recorded in machine shorthand by me and

11    thereafter transcribed under my supervision with

12    computer-aided transcription; that the deposition

13    is a true and correct record of the testimony

14    given by the witness; and that I am neither of

15    counsel nor kin to any party in said action, nor

16    interested in the outcome thereof.

17

18          WITNESS my hand and official seal this

19    13th day of May, 2022.

20

21

22          _____

23                  Notary Public

24

25

Page 401

1   GOOGLE PLAY STORE ANTITRUST LITIGATION

2   5/12/2022 - HAL SINGER, PH.D.

3         ACKNOWLEDGEMENT OF DEPONENT

4      I, HAL SINGER, PH.D., do hereby declare

5   that I have read the foregoing transcript, I

6   have made any corrections, additions, or

7   changes I deemed necessary as noted on the

8   Errata to be appended hereto, and that the same

9   is a true, correct and complete transcript of

10  the testimony given by me.

11

12  _____   _____

13  HAL SINGER, PH.D.              Date

14  *If notary is required

15

16       SUBSCRIBED AND SWORN TO BEFORE ME THIS

17       _____ DAY OF _____, 20___.

18

19

20       _____

21       NOTARY PUBLIC

22

23

24

25