Jeanifer E. Parsigian (SBN: 289001)
JParsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorney for Non-Party*
ACTIVISION BLIZZARD, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF JEANIFER E. PARSIGIAN** |
| *Epic Games, Inc. v. Google LLC et al.* Case No. 3:20-cv-05671-JD | The Honorable James Donato |
| *In re Google Play Consumer Antitrust Litig.* Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litig.* Case No. 3:20-cv-05792-JD | |
| *State of Utah et al. v. Google LLC et al.* Case No. 3:21-cv-05227-JD | |

1  TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that Jeanifer E. Parsigian of the law firm Winston & Strawn LLP,

3  who is a member of the bar of this Court, hereby appears as counsel of record on behalf of Non-

4  Party Activision Blizzard, Inc.

5        Effective immediately, please add Jeanifer E. Parsigian as an attorney to be noticed on all

6  matters at the following address:

7      Jeanifer E. Parsigian
    Email: JParsigian@winston.com
8      WINSTON & STRAWN LLP
    101 California Street, 34th Floor
9      San Francisco, CA 94111
    Telephone: (415) 591-1000
10     Facsimile: (415) 591-1400

11

12 Dated: May 27, 2022             Respectfully submitted,

13                          WINSTON & STRAWN LLP

14                          By:   */s/ Jeanifer E. Parsigian*
                              Jeanifer E. Parsigian (SBN: 289001)
15                               JParsigian@winston.com
                              WINSTON & STRAWN LLP
16                               101 California Street
                              San Francisco, CA 94111
17                               Telephone: (415) 591-1000
                              Facsimile: (415) 591-1400
18

19                               *Attorney for Non-Party*
                              ACTIVISION BLIZZARD, INC.

20

21

22

23

24

25

26

27

28