Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for Utah and the States*

John C. Hueston (SBN 164921)
jhueston@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

1
2
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO**
3
**LLP**
1301 Second Ave., Suite 2000
4
Seattle, WA 98101
5
Telephone: (206) 623-7292

6
Eamon P. Kelly (pro hac vice)
7
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
8
55 W. Monroe, Suite 3200
Chicago, IL 60603
9
Telephone: 312-641-3200

10
*Co-Lead Counsel for the Proposed Class in In*
11
*re Google Play Developer Antitrust Litigation*
*and Attorneys for Pure Sweat Basketball, Inc.*
12
*and LittleHoots, LLC*
13
14
Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
15
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
16
San Francisco, CA 94104
Telephone: (415) 633-1908
17
18
*Co-Lead Counsel for the Proposed Class in In*
*re Google Play Developer Antitrust Litigation*
19
*and Attorneys for Peekya App Services, Inc.*
*and Scalisco LLC d/b/a Rescue Pets*
20
21
[Additional counsel appear on signature page]
22
23
24
25
26
27
28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**

RELATED ACTIONS:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

No. 3:20-CV-05761-JD

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**

Judge:  Hon. James Donato

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion

2    to file under seal the Parties' Joint Statement Regarding Google's Preservation of Instant

3    Messages ("Joint Statement"), as well as certain Exhibits filed in support of the Joint Statement.

4    Pursuant to the Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for

5    Sanctions, Dkt. 256, the reasons for sealing will be discussed in a forthcoming omnibus sealing

6    motion, to be filed 14 days after the filing of Plaintiffs' reply brief in support of the motion for

7    sanctions. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant

8    to Civil Local Rule 79-5(e).

9

10   Dated: May 27, 2022                     **BARTLIT BECK LLP**
                                             Karma M. Giulianelli

11

12                                           **KAPLAN FOX & KILSHEIMER LLP**
                                             Hae Sung Nam

13

14                                           Respectfully submitted,

15                                           By:    /s/ Karma M. Giulianelli

16                                           *Co-Lead Counsel for the Proposed Class in In re*
                                             *Google Play Consumer Antitrust Litigation*

17

18   Dated: May 27, 2022                     **PRITZKER LEVINE LLP**
                                             Elizabeth C. Pritzker

19

20                                           Respectfully submitted,

21                                           By:    /s/ Elizabeth C. Pritzker
                                             Elizabeth C. Pritzker

22

23                                           *Liaison Counsel for the Proposed Class in In re*
                                             *Google Play Consumer Antitrust Litigation*

24

25

26

27

28
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
4

Dated: May 27, 2022

**CRAVATH, SWAINE & MOORE LLP**
Christine Varney (pro hac vice)
Katherine B. Forrest (pro hac vice)
Gary A. Bornstein (pro hac vice)
Timothy G. Cameron (pro hac vice)
Yonatan Even (pro hac vice)
Lauren A. Moskowitz (pro hac vice)
Justin C. Clarke (pro hac vice)
M. Brent Byars (pro hac vice)

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:    _/s/ Yonatan Even_____
       Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: May 27, 2022

**OFFICE OF THE UTAH ATTORNEY GENERAL**
Brendan P. Glackin
Lauren M. Weinstein

Respectfully submitted,

By:    _/s/ Brendan P. Glackin_____
       Brendan P. Glackin

*Counsel for Utah*

1

Dated: May 27, 2022

**HUESTON HENNIGAN LLP**

2

John C. Hueston

Douglas J. Dixon

3

Joseph A. Reiter

Michael K. Acquah

4

William M. Larsen

Julia L. Haines

5

6

Respectfully submitted,

7

By:      /s/ Douglas J. Dixon

8

Douglas J. Dixon

9

*Counsel for Plaintiffs Match Group, LLC, et al.*

10

Dated: May 27, 2022

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman

11

Robert F. Lopez

Benjamin J. Siegel

12

13

**SPERLING & SLATER PC**

Joseph M. Vanek

14

Eamon P. Kelly

Alberto Rodriguez

15

16

Respectfully submitted,

17

By:      /s/ Steve W. Berman

18

Steve W. Berman

19

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball and LittleHoots, LLC*

20

21

22

23

24

25

26

27

28

1   Dated: May 27, 2022

2

3

4

5

6

7

8

9

10  Dated: May 27, 2022

11

12

13

14

15

16

17

18  Dated: May 27, 2022

19

20

21

22

23

24

25

26

27

28

**HAUSFELD LLP**
Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Scott A. Martin
Irving Scher

Respectfully submitted,

By:    /s/ Bonny E. Sweeney
       Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer*
*Class and Attorneys for Plaintiff Peekya App*
*Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna L. Naranjo
Rishi P. Satia

Respectfully submitted,

By:    /s/ Brian C. Rocca
       Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By:    /s/ Daniel M. Petrocelli
       Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
7

1

2    Dated: May 27, 2022                    **MUNGER, TOLLES & OLSON LLP**

3                                       Glenn D. Pomerantz

4                                       Kuruvilla Olasa

                                      Emily C. Curran-Huberty

5                                       Jonathan I. Kravis

                                      Justin P. Raphael

6                                       Kyle W. Mach

7                                        Respectfully submitted,

8                          By:    /s/ Glenn D. Pomerantz

9                                     Glenn D. Pomerantz

10                         *Counsel for Defendants Google LLC et al.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2   The undersigned certifies that a true and correct copy of the foregoing was served

3 on May 27, 2022, upon all counsel of record via the Court's electronic notification system.

4

5                */s/ Hae Sung Nam*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD

9