Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Timothy G. Cameron (*pro hac vice*)
tcameron@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (pro hac vice)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Counsel for Utah and the Plaintiff States*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | CASE NO. 3:21-MD-02981-JD<br><br>**DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1. I, J. Wesley Earnhardt, declare as follows:

2. 1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

3. 2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

4. 3. Plaintiffs' Joint Discovery Letter Brief, submitted jointly with non-party Activision Blizzard, Inc. ("Activision"), contains portions that are sourced from documents that Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), and non-party Activision have designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON- PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the protective orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 40, 44, 123, 124, 154 and 170. The following Table shows the portions of Plaintiffs' Joint Discovery Letter Brief that contain information designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON- PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Portion Containing Confidential Information | Designating Party |
|---|---|
| Page 4, first paragraph, third sentence. From after "personal knowledge regarding" to end of sentence. | Google |
| Page 4, first paragraph, fourth sentence. From after "Mr. Zerza's testimony about" to "and other topics". | Google |
| Page 4, fourth paragraph, second sentence. From after "other anticompetitive conduct" to end of sentence. | Google |

DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-5227-JD
1

| | | |
|---|---|---|
| 1, 2 | Page 4, fourth paragraph, third sentence. From after "has revealed that" to second comma in sentence. | Google |
| 3, 4 | Page 4, fourth paragraph, third sentence. From second comma in sentence to end of sentence. | Activision |
| 5 | Page 4, fourth paragraph, final sentence in paragraph. | Google |
| 6, 7 | Page 4, fifth paragraph, first sentence. From beginning of sentence to first comma. | Activision |
| 8, 9 | Page 4, fifth paragraph, second sentence. From after "was interested in" to end of sentence. | Activision |
| 10 | Page 4, fifth paragraph, third through fifth sentence. | Google |
| 11 | Page 5, first paragraph, first through third sentence. | Activision |
| 12 | Page 5, first paragraph, fifth sentence. | Activision |
| 13 | Page 5, first paragraph, seventh sentence. | Activision |
| 14 | Page 5, second paragraph, first and second sentences. | Google |
| 15 | Page 5, second paragraph, third sentence. | Activision |
| 16 | Page 5, fifth paragraph, third sentence. | Google |
| 17, 18 | Page 5, fifth paragraph, fourth sentence. From beginning of sentence to second comma. | Google |
| 19, 20 | Page 5, final paragraph, fourth sentence. From second comma to end of sentence. | Activision |
| 21, 22 | Page 6, first paragraph, second sentence. From after "personal knowledge of" to end of sentence. | Google |
| 23, 24 | Page 6, first paragraph, third sentence. From after "was present for" to end of sentence. | Google |
| 25, 26 | Page 6, first paragraph, fourth sentence. From beginning of sentence to first comma. | Google |
| 27 | Page 6, first paragraph, fourth sentence. | Google |

| | |
|---|---|
| From "Zerza's testimony on" to end of sentence. | |
| Page 6, second paragraph, second sentence.  From after semicolon to end of sentence. | Google |
| Page 6, second paragraph, third sentence.  From after "even present when" to end of sentence. | Google |
| Page 6, second paragraph, fourth sentence.  From after "not participate in" to end of sentence. | Activision |
| Page 7, first paragraph, third sentence.  From after "several documents describing" to end of sentence. | Activision |
| Page 7, first paragraph, fifth sentence.  From after "to further probe" to end of sentence. | Activision |
| Page 7, second paragraph, fifth sentence.  From after "As for" to first comma. | Activision |
| Page 7, second paragraph, sixth sentence.  From after "relevant details regarding" to end of sentence. | Activision |
| Page 8, fourth full paragraph, first sentence.  From after "time to include" to end of sentence. | Activision |
| Page 9, first full paragraph, eighth sentence.  From after "'need' to probe" to second comma. | Activision |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 27, 2022 in New York, NY.

/s/ J. Wesley Earnhardt
J. Wesley Earnhardt

DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS FIRST AMENDED COMPLAINT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-5227-JD
3