Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
Stephen J. McIntyre, Bar No. 274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, Bar No. 189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5106
Facsimile: (202) 383-5414

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

*Counsel for Defendants Google LLC et al. in In re*
*Google Play Consumer Antitrust Litigation; In re*
*Google Play Developer Antitrust Litigation; Epic*
*Games, Inc. in Epic Games, Inc. v. Google LLC;*
*State of Utah et al. v. Google LLC et al.*

Neal Kumar Katyal, pro hac vice
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, pro hac vice
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION AND RELATED DOCUMENTS**<br><br>Judge James Donato |

1    Pursuant to the Court's May 25, 2022 Order relating to Parties stipulated request to modify

2    sealing procedures for the Consumer Plaintiffs' class certification briefing and related documents,

3    Case No. 3:21-md-02981-JD, Dkt. No. 246, Defendants respectfully request that the Court seal the

4    attached documents submitted in connection with Defendants' Opposition to Plaintiff's Class

5    Certification Motion (Dkt. No. 273). The reasons for sealing will be discussed in a forthcoming

6    omnibus sealing motion filed jointly by the parties on July 29, 2022 and Defendants anticipate

7    additional review of the materials to ensure that any requests are narrowly tailored.  Redacted copies

8    of the documents sought to be sealed have been publicly filed in the docket pursuant to the Court's

9    May 25, 2022 Order.

10

11   Dated: June 23, 2022                          By:  /s/ Sujal J. Shah
                                                         Sujal J. Shah

12                                                  Brian C. Rocca, S.B #221576
                                                    brian.rocca@morganlewis.com
13                                                  Sujal J. Shah, S.B #215230
                                                    sujal.shah@morganlewis.com
14                                                  Michelle Park Chiu, S.B #248421
                                                    michelle.chiu@morganlewis.com
15                                                  Minna Lo Naranjo, S.B #259005
                                                    minna.naranjo@morganlewis.com
16                                                  Rishi P. Satia, S.B #301958
                                                    rishi.satia@morganlewis.com
17                                                  **MORGAN, LEWIS & BOCKIUS LLP**
                                                    One Market, Spear Street Tower
18                                                  San Francisco, CA 94105
                                                    Telephone: (415) 442-1000
19
                                                    Richard S. Taffet, pro hac vice
20                                                  richard.taffet@morganlewis.com
                                                    **MORGAN, LEWIS & BOCKIUS LLP**
21                                                  101 Park Avenue
                                                    New York, NY 10178
22                                                  Telephone: (212) 309-6000

23                                                  Daniel M. Petrocelli, S.B. #97802
                                                    dpetrocelli@omm.com
24                                                  Stephen J. McIntyre, S.B. #274481
                                                    smcintyre@omm.com
25                                                  **O'MELVENY & MYERS LLP**
                                                    1999 Avenue of the Stars Los Angeles,
26                                                  California 90067
                                                    Telephone: (310) 553-6700/

27

28

1

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD
DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS
CERTIFICATION MOTION AND RELATED DOCUMENTS

1  Ian Simmons, pro hac vice
   isimmons@omm.com
2  Benjamin G. Bradshaw, S.B. #189925
   bbradshaw@omm.com
3  **O'MELVENY & MYERS LLP**
   1625 Eye Street, NW
4  Washington, DC 20006
   Telephone: (202) 383-5300
5
   Neal Kumar Katyal, pro hac vice
6  neal.katyal@hoganlovells.com
   Jessica L. Ellsworth, pro hac vice
7  jessica.ellsworth@hoganlovells.com
   **HOGAN LOVELLS US LLP**
8  555 Thirteenth Street, NW
   Washington, D.C. 20004
9  Telephone: (202) 637-5600

10 *Counsel for Defendants*

11 Kyle W. Mach, S.B. #282090
   kyle.mach@mto.com
12 Justin P. Raphael, S.B. #292380
   justin.raphael@mto.com
13 Emily C. Curran-Huberty, S.B. #293065
   emily.curran-huberty@mto.com
14 **MUNGER, TOLLES & OLSON LLP**
   560 Mission Street, Twenty Seventh Floor
15 San Francisco, California 94105
   Telephone: (415) 512-4000
16
   Glenn D. Pomerantz, S.B. #112503
17 glenn.pomerantz@mto.com
   Kuruvilla Olasa, S.B. #281509
18 kuruvilla.olasa@mto.com
   **MUNGER, TOLLES & OLSON LLP**
19 350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
20 Telephone: (213) 683-9100

21 Jonathan I. Kravis, pro hac vice
   jonathan.kravis@mto.com
22 **MUNGER, TOLLES & OLSON LLP**
   601 Massachusetts Avenue NW, Suite 500E
23 Washington, D.C. 20001
   Telephone: (202) 220-1100
24
   *Counsel for Defendants Google LLC et al. in*
25 *In re Google Play Consumer Antitrust*
   *Litigation; In re Google Play Developer*
26 *Antitrust Litigation; Epic Games, Inc. in Epic*
   *Games, Inc. v. Google LLC; State of Utah et*
27 *al. v. Google LLC et al.*

28

1

**Certificate Pursuant to Local Rule 5-1(h)(3)**

2          I, Sujal J. Shah, am the ECF User whose credentials are being used to file DEFENDANTS'

3    INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS

4    CERTIFICATION MOTION AND RELATED DOCUMENTS. In compliance with Local Rule 5-

5    1(h)(3), I hereby attest that counsel for Defendants have concurred in this filing.

6

7    Dated: June 23, 2022                          By _____*/s/ Sujal J. Shah*_____

8                                                                        Sujal J. Shah

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28