# EXHIBIT F

# REDACTED

Page 1

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   SAN FRANCISCO DIVISION
 3   -------------------------------------X
     IN RE GOOGLE PLAY STORE
 4   ANTITRUST LITIGATION
 5   Case No.  3:21-md-02981-JD
 6
     THIS DOCUMENT RELATES TO:
 7   Epic Games Inc. v. Google LLC, et al.,
     Case No. 3:20-cv-05671-JD
 8
     In Re Google Play Consumer
 9   Antitrust Litigation
     Case No. 3:20-cv-05671-JD
10
     In Re Google Play Developer
11   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
12
     State of Utah, et al., v.
13   Google LLC, et al.,
     Case No: 3:21-cv-05227-JD
14   -------------------------------------X
15
16          ** HIGHLY CONFIDENTIAL **
17             VIDEOTAPE DEPOSITION
18          MICHELLE M. BURTIS, PH.D.
19             Monday, May 16, 2022
20                9:06 a.m. (EST)
21
22
23
24   Reported by:
25   Ryan K. Black, RPR, CLR, Notary Public
```

HIGHLY CONFIDENTIAL

Page 2

1

2

3

4                    Monday, May 16, 2022

5

6          Video Deposition of MICHELLE M. BURTIS,

7   PH.D., taken at the Law Offices of Morgan, Lewis

8   & Bockius LLP, 1111 Pennsylvania Avenue NW,

9   Washington, DC, beginning at 9:06 a.m.,

10   before Ryan K. Black, a Registered

11   Professional Reporter, Certified Livenote

12   Reporter and Notary Public and for the

13   District of Columbia.

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 3

```
 1   A P P E A R A N C E S:
 2    KAPLAN FOX & KILSHEIMER LLP
      BY:  GREGORY K. ARENSON, ESQ.
 3    850 Third Avenue
      14th Floor
 4    New York, New York  10022
      212.687.1980
 5    garenson@kaplanfox.com
 6          - and -
 7    BARTLIT BECK LLP
      BY:  KARMA M. GIULIANELLI, ESQ. - Via Zoom
 8    1801 Wewatta Street
      Suite 1200
 9    Denver, Colorado  80202
      303.592.3100
10    karma.giulianelli@bartlitbeck.com
11    Representing - Consumer Class Plaintiffs
12
      CRAVATH, SWAINE & MOORE, LLP
13    BY:  SAMATHA BUI, ESQ. - Via Zoom
      825 8th Ave
14    New York, New York  10019
      212.474.1000
15    sbui@cravath.com
16    Representing - Epic Games, Inc. In Re:
                      Epic Games, Inc. V. Google
17                    LLC, et al.
18
19    SPERLING & SLATER, P.C.
      BY:  EAMON P. KELLY, ESQ.
20         MARTIN AMARO, ESQ.
      55 W. Monroe Street
21    32nd Floor
      Chicago, Illinois  60603
22    312.641.3200
      ekelly@sperling-law.com
23    mamaro@sperling-law.com
24    Representing - Developer Plaintiffs and
                      Pure Sweat Basketball
25
```

HIGHLY CONFIDENTIAL

**Page 4**

1   A P P E A R A N C E S (Cont'd):

2

3    MORGAN, LEWIS & BOCKIUS, LLP

     BY:   SUJAL J. SHAH, ESQ.

4         LEIGHA BECKMAN, ESQ. - Via Zoom

     One Market, Spear Street Tower

5    28th Floor

     San Francisco, California  94105

6    415.442.1386

     sujal.shah@morganlewis.com

7    leigha.beckman@morganlewis.com

8    Representing - Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    ALSO PRESENT:

24     Solomon Francis - Legal Videographer

25     Yajing Jiang, Ph.D - Charles River Associates

HIGHLY CONFIDENTIAL

Page 5

1                    I N D E X

2  TESTIMONY OF:  MICHELLE M. BURTIS, PH.D      PAGE

3  By Mr. Arenson....................................9

4  By Mr. Kelly....................................306

5                  E X H I B I T S

6  EXHIBIT            DESCRIPTION              PAGE

7  Exhibit 934   Expert Report of Dr. Michelle

8                M. Burtis, Ph.D., March 31,

9                2021.............................11

10  Exhibit 935   a multipage document entitled

11                "PayPal Fee Changes Effective

12                 dated 2 August 2021.............19

13  Exhibit 936   a document entitled "Class

14                Certification Report of Hal J.

15                Singer, Ph.D...................155

16  Exhibit 937   an article entitled "Using Cost

17                Pass-Through to Calibrate

18                Demand"........................177

19  Exhibit 938   a document Bates stamped

20                GOOG-PLAY-336574R

21                through 605R...................219

22  Exhibit 939   a document with the control

23                Numbers GOOG-PLAY-003335786R

24                through 823R...................226

25

HIGHLY CONFIDENTIAL

                                              **Page 6**

1                    I N D E X (Cont'd)

2    **EXHIBIT              DESCRIPTION                PAGE**

3    **Exhibit 940    a series of emails Bates stamped**

4                    **GOOG-PLAY-002028811 to 8813....272**

5

6              **PREVIOUSLY MARKED EXHIBITS**

7    **EXHIBIT                                        PAGE**

8    **Exhibit 592.................................238**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 7

```
 1            THE VIDEOGRAPHER:  Good morning.  We are
 2   going on the record at 9:06 a.m. on May 16th,
 3   2022.  Please note that the microphones are
 4   sensitive and may pick up whispering, private
 5   conversations and cellular interfere --
 6   interference.  Please mute all cell phones at
 7   this time.  Audio and video recording will
 8   continue to takes place unless all parties agree
 9   to go off the record.
10            This begins Media Unit 1 of the
11   video-recorded deposition of Dr. Michelle Burtis
12   taken in the matter of In re:  Google Play Store
13   Antitrust Litigation filed in the United States
14   District Court.  Northern District of
15   California, San Francisco Division, Case No.
16   3:21-md-02981-JD.  This deposition is being held
17   at Morgan Lewis, LLP located at 1111 Pennsylvania
18   Avenue NW, Washington, DC.
19            My name is Solomon Francis with Veritext
20   Legal Solutions, and I'm the videographer.  Our
21   court reporter today is Mr. Ryan Black with
22   Veritext Legal Solutions.
23            At this time will counsel attending in
24   person and attending remotely please state their
25   appearances and affiliations for the record.
```

HIGHLY CONFIDENTIAL

Page 8

1              MR. ARENSON:  I am Gregory Arenson of

2      Kaplan Fox and Kilsheimer LLP, and we represent

3      the consumer plaintiffs.

4              MR. KELLY:  I am Eamon Kelly --

5              MS. GIULIANELLI:  And I'm Karma

6      Giulianelli of Bartlit Beck for consumer

7      plaintiffs as well.

8              MR. KELLY:  I'm Eamon Kelly on behalf of

9      the developer plaintiffs and Pure Sweat

10     Basketball, and I'm joined by my colleague Martin

11     Amaro.

12             MR. SHAH:  Sujal Shah from Morgan Lewis,

13     and I represent Google.

14             MS. JIANG:  I'm Yajing Jiang from

15     Charles River Associates.

16             THE VIDEOGRAPHER:  Anyone else attending

17     remotely?

18             MS. BUI:  Samantha Bui -- oh, yep.

19     Sorry.  Samantha Bui, from Cravath, Swaine &

20     Moore, on behalf of Epic Games.

21             MS. BECKMAN:  And Leigha Beckman, from

22     Morgan Lewis, on behalf of defendants.

23             THE VIDEOGRAPHER:  At this time would

24     the court reporter please swear in the witness.

25                      *      *      *

HIGHLY CONFIDENTIAL

```
                                             Page 9
 1   Whereupon --

 2                MICHELLE M. BURTIS, PH.D,

 3   called to testify, having been first duly sworn

 4   or affirmed, was examined and testified as

 5   follows:

 6                    *     *     *

 7                THE REPORTER:  Thank you.

 8                    EXAMINATION

 9   BY MR. ARENSON:

10        Q.   Would you state your full name, please?

11        A.   Michelle Burtis.

12        Q.   Where do you reside?

13        A.   My office is in Washington, DC.

14        Q.   Some particular locale in Washington,

15   D.C.?

16        A.   F Street.

17        Q.   And particular street address?

18        A.   Oh.  I think it's 9th and F.  I'm sorry.

19   I don't remember it.

20        Q.   Okay.  How often do you visit your

21   office?

22        A.   Not recently -- not frequently, yes.

23        Q.   Okay.  And are you gainfully employed at

24   that locale where you sometimes visit for your

25   office?
```

HIGHLY CONFIDENTIAL

**Page 307**

1    `financial information.`



HIGHLY CONFIDENTIAL

**Page 308**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   BY MR. KELLY: