# EXHIBIT J

# REDACTED

HIGHLY CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4    ------------------------------------------x
5    IN RE GOOGLE PLAY STORE        Case No.
     ANTITRUST LITIGATION           3:21-md-02981-JD
6
7    THIS DOCUMENT RELATES TO:
8    Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al.,
     v. Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
16   ------------------------------------------x
17
18     *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
19     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                    RICHARD FENG
21              Friday, January 14, 2022
22               Volume 1 (Pages 1-396)
23
24   Reported By: Lynne Ledanois, CSR 6811
25
```

HIGHLY CONFIDENTIAL

Page 2

1               UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4    ---------------------------------------------x

5    IN RE GOOGLE PLAY STORE        Case No.

     ANTITRUST LITIGATION           3:21-md-02981-JD

6

7    THIS DOCUMENT RELATES TO:

8    Epic Games Inc. v. Google LLC, et al.,

     Case No: 3:20-cv-05671-JD

9

     In re Google Play Consumer

10   Antitrust Litigation,

     Case No: 3:20-cv-05761-JD

11

     In re Google Play Developer

12   Litigation,

     Case No: 3:20-cv-05792-JD

13

14   State of Utah, et al.,

     v. Google LLC, et al.,

15   Case No: 3:21-cv-05227-JD

16   ---------------------------------------------x

17

18           Remote videotaped deposition of

19     RICHARD FENG, taken in Palo Alto, California,

20     commencing at 8:59 a.m., on Friday,

21     January 14, 2022 before Lynne Ledanois,

22     Certified Shorthand Reporter No. 6811

23

24

25

HIGHLY CONFIDENTIAL

Page 3

1                    REMOTE APPEARANCES

2      Counsel for Plaintiff Epic Games, Inc. in:

3      Epic Games, Inc. v Google LLC, et al:

4                   CRAVATH, SWAINE & MOORE LLP

5                   BY: BRENT BYARS

6                       ZACHARY JARRETT

7                       DANIEL OTTAUNICK

8                       DANIEL KUMAGAI

9                   Attorneys at Law

10                  825 Eighth Avenue

11                  New York, New York 10019

12                  bbyars@cravath.com

13

14     Counsel for Google LLC, et al:

15                  MORGAN LEWIS & BOCKIUS LLP

16                  BY: BRIAN ROCCA

17                      NICHOLAS PFEIFFER

18                  Attorneys at Law

19                  1 Market Plaza

20                  One Market Street

21                  San Francisco, California 94105

22                  brian.rocca@morganlewis.com

23

24

25     ///

HIGHLY CONFIDENTIAL

Page 4

```
 1              REMOTE APPEARANCES

 2

 3   Counsel for the Proposed Class In re: Google

 4   Play Developer Antitrust Litigation and Pure

 5   Sweat Basketball, Inc:

 6              HAUSFELD LLP

 7              BY: KYLE BATES

 8                  DANIEL KEES

 9              Attorneys at Law

10              600 Montgomery Street

11              Suite 3200

12              San Francisco, California 94111

13              kbates@hausfeld.com

14

15   Counsel for the Proposed Class In re: Google

16   Play Consumer Antitrust Litigation:

17              BARTLIT BECK

18              BY: GLEN E. SUMMERS

19                  KARMA GIULIANELLI

20              Attorneys at Law

21              1801 Wewetta Street

22              Suite 1200

23              Denver, Colorado 80202

24              gsummers@bartlitbeck.com

25   ///
```

HIGHLY CONFIDENTIAL

Page 5

```
 1              REMOTE APPEARANCES

 2

 3   Counsel for Plaintiffs in Proposed Class:

 4              KOREIN TILLERY LAW OFFICE

 5              BY: RANDALL EWING

 6              Attorney at Law

 7              505 North 7th Street

 8              Suite 3600

 9              Saint Louis, Missouri 63101

10              rewing@koreintillery.com

11

12   Counsel for Plaintiff States:

13              NORTH CAROLINA DEPARTMENT OF JUSTICE

14              ATTORNEY GENERAL

15              BY: JONATHAN MARX

16                  RAVEN DeMONIA

17                  CAROLINE BROCK

18              Attorneys at Law

19              1 South Wilmington Street

20              Raleigh, North Carolina 27601

21              nmarx@ncdoj.gov

22

23

24

25   ///
```

HIGHLY CONFIDENTIAL

Page 6

1              REMOTE APPEARANCES

2

3   Also Present:

4   Bret Hampton, Videographer

5   Timothy Tupiak, Veritext Tech

6   Ken Maikish, Google In-House Counsel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 7

1            I N D E X   O F   E X A M I N A T I O N

2

3   Examination by:                          Page

4         Mr. Bates                              15

5         Mr. Byars                             252

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   ///

```
 1              I N D E X   O F   E X H I B I T S
 2   Deposition           Description              Page
 3   Exhibit 500 Document headed, PM Director    69
 4               for Play Monetization (and
 5               formerly Unicorn)- Self
 6               Assessment,
 7               GOOG-PLAY-004151349;
 8   Exhibit 501 Email to Sameer Samat from      124
 9               Paul Feng, 1/17/17,
10               GOOG-PLAY-000838152;
11   Exhibit 502 Email to Paul Feng from Kara    133
12               Bailey, 1/5/17,
13               GOOG-PLAY-000548143;
14   Exhibit 503 Email to Paul Feng from Erin    143
15               Crosby, 1/19/17,
16               GOOG-PLAY-002555930;
17   Exhibit 504 Email to Vineet Buch from       148
18               Paul Feng, 1/5/17,
19               GOOG-PLAY-000548151;
20   Exhibit 505 Email to Paul Feng from         162
21               Brandon Barras, 1/3/17,
22               GOOG-PLAY-001268554;
23   Exhibit 506 Email to Paul Feng, et al.,     175
24               from David Wang, 3/24/17,
25               GOOG-PLAY-000257629;
```

HIGHLY CONFIDENTIAL

Page 9

1           I N D E X   O F   E X H I B I T S

2    Deposition            Description            Page

3    Exhibit 507 Email to marchak@google.com       189

4                from Paul Feng, 8/31/21,

5                GOOG-PLAY-007866426;

6    Exhibit 508 Email to Jamie Rosenberg and      193

7                Sameer Samat, 4/26/17,

8                GOOG-PLAY-001268889;

9    Exhibit 509 Email to Paul Feng from           202

10                Kristin Reinke, 2/2/19,

11                GOOG-PLAY-000259276;

12    Exhibit 510 Email to Kobi Glick from          210

13                Hareesh Pottamsetty, 1/30/20,

14                GOOG-PLAY-000260305;

15    Exhibit 511 Email to Sam Tolomei from         215

16                Paul Feng, 4/12/21,

17                GOOG-PLAY-007874621;

18    Exhibit 512 Email to Angela Ying, et al.,     222

19                from Tina Sriskandarajh,

20                2/2/18,

21                GOOG-PLAY-002381547;

22    Exhibit 513 Document headed, Aligning         229

23                YouTube and Playing Billing

24                Experiences,

25                GOOG-PLAY-000360400;

HIGHLY CONFIDENTIAL

Page 10

1              I N D E X   O F   E X H I B I T S

2   Deposition              Description              Page

3   Exhibit 514 Email to Paul Feng, et al.,    234

4               from Christina Schaengold,

5               4/15/21,

6               GOOG-PLAY-007874518;

7   Exhibit 515 Email to Sagar Kamdar from     239

8               Paul Feng, 10/23/20,

9               GOOG-PLAY-000090340;

10  Exhibit 516 Email to Paul Feng from        245

11              Lawrence Koh, 6/4/19,

12              GOOG-PLAY-000946262;

13  Exhibit 517 Document headed, PPS:          287

14              Blocking AP from Side-

15              loaded Apps,

16              GOOG-PLAY-002405918;

17  Exhibit 518 Email to Larry Yang from       290

18              Samer Sayigh, 3/13/18,

19              GOOG-PLAY-000258505;

20  Exhibit 519 Document headed, Play          311

21              Billing Policy,

22              GOOG-PLAY-003334312;

23  Exhibit 520 Document headed, Subs          325

24              Summit 2017 BD Deep-Dive,

25              GOOG-PLAY-000571076;

HIGHLY CONFIDENTIAL

                                          Page 11

1              I N D E X   O F   E X H I B I T S

2    Deposition              Description              Page

3    Exhibit 521 Email to Kelly Cox from              342

4                Alistair Pott, 6/28/17,

5                GOOG-PLAY-002378138;

6    Exhibit 522 Document headed, Play Business  346

7                Model Thoughts,

8                GOOG-PLAY-000565541;

9    Exhibit 523 Document headed, Google Play    365

10                Project Magical Bridge,

11                GOOG-PLAY-007328838;

12    Exhibit 524 Document headed, Google Play    379

13                Project Basecamp: Principles,

14                Play Leads Discussion 5/7,

15                GOOG-PLAY-007628059;

16

17

18

19

20

21

22

23

24

25    ///

HIGHLY CONFIDENTIAL

Page 12

1           Friday, January 14, 2022

2                8:59 a.m.

3    _____

4           VIDEOGRAPHER:  Good morning.

5       We're on the record at 8:59 a.m.

6       on January 14th, 2022.

7           Please note microphones are

8       sensitive and may pick up

9       whispering, private conversations

10       and cell interference.

11           Please turn off all cell

12       phones or place them away from the

13       microphones as they can interfere

14       with the deposition audio.

15           Audio and video recording

16       will continue to take place unless

17       all parties agree to go off the

18       record.

19           This is Media Unit Number 1

20       of the video-recorded deposition

21       of Paul Feng in the matter Re:

22       Google Play Store Antitrust

23       Litigation filed in the

24       U.S. District Court, Northern

25       District of California, San

HIGHLY CONFIDENTIAL

1        Francisco Division.  Case

2        number 3:21-md-02981-JD.

3              This deposition is being

4        held virtually on Zoom.

5              My name is Bret Hampton from

6        the firm Veritext; I'm the

7        videographer.  The court reporter

8        is Lynne Ledanois from Veritext.

9              I'm not authorized to

10       administer an oath, I'm not

11       related to any party in this

12       action, nor am I financially

13       interested in the outcome.

14             Would counsel and everyone

15       present please identify who you

16       represent.  After that, the court

17       reporter may swear in the witness.

18       Thank you.

19             MR. BATES:  Good morning.

20       Kyle Bates from the firm of

21       Hausfeld for the developer

22       plaintiffs.  With me also is my

23       colleague Daniel Kees.

24             MR. BYARS:  This is Brent

25       Byars from Cravath Swaine & Moore

HIGHLY CONFIDENTIAL

**Page 14**

```
 1        representing plaintiff and counter
 2        defendant Epic Games.  And with me
 3        is Daniel Ottaunick also from
 4        Cravath.
 5             MR. SUMMERS:  Glen Summers
 6        with Bartlit Beck LLP on behalf of
 7        the consumer class.  With me is
 8        Randall Ewing of the Korein
 9        Tillery firm.
10             MR. MARX:  Jonathan Marx
11        with the North Carolina Department
12        of Justice on behalf of the state
13        plaintiffs in the Google action.
14             MR. ROCCA:  Good morning.
15        This is Brian Rocca of Morgan
16        Lewis representing Google
17        defendants as well as the witness,
18        Mr. Feng.
19             I'm joined by my colleague
20        Cole Pfeiffer of Morgan Lewis and
21        in-house counsel for Google, Ken
22        Maikish.
23
24                  PAUL FENG,
25     having been duly sworn, testified as follow
```

HIGHLY CONFIDENTIAL

Page 15

1              EXAMINATION
2    BY MR. BATES:
3         Q    Good morning, Mr. Feng.  How
4    are you?
5         A    I'm good.  How are you?
6         Q    Good.  Thank you.
7              We met off the record just a
8    moment ago.  But again, my name is
9    Kyle Bates.  I'm one of the attorneys
10   representing the developer plaintiffs
11   in this case.
12             Do you understand that?
13        A    I do.
14        Q    Okay.  Have you had your
15   deposition taken before, Mr. Feng?
16        A    Yes.
17        Q    How many times?
18        A    I believe once.
19        Q    And when was that?
20        A    I want to say it was around
21   2010, but it was a few years ago.
22        Q    Can you tell me generally
23   what kind of a case it was in which
24   you gave deposition testimony?
25        A    My recollection is that it

HIGHLY CONFIDENTIAL

Page 62

1          Q      I see.  So Google Play

2     Billing is a ██████████████████

3     ████████████████████████████████████

4     █████████████████████████████████

5     ████████████████████████████

6     ██████████████████████████; is that

7     correct?

8          A      Google Play Billing is

9     ██████████████████████████████

10    ████████████

11         Q      Can you describe what Google

12    Play Billing is for me?

13         A      As I noted, Google Play

14    Billing is an integral part of Play.

15    And it is ████████████████████████████

16    ██████████████████████████

17    ████████████████████████████████████

18    █████████████████████████████████

19    ███████████████████████████████████▌█

20    ████████████████████████████████████

21    █████████████████████████

22         Q      What is your involvement in

23    the development and implementation of

24    Google Play Billing?

25         A      I lead the team that builds

HIGHLY CONFIDENTIAL

1          variety of different people.

2                Are there specific

3          conversations?  Do you want me to

4          list dozens of people?

5     BY MR. BATES:

6          Q     I don't.  Was Sameer Samat

7      involved in the conversations about

8      ███████████████████████████████████

9      ██████████████████████████

10         A     Yes.

11         Q     What is Mr. Samat's title?

12         A     Sameer is VP of product

13     management responsible for Play,

14     Android, Wear, something like that.

15         Q     I see.  He's your superior;

16     is that correct?

17         A     He is, yes.

18         Q     What is the basis for the

19     percentage of the service fee that's

20     charged to developers?

21         A     So as I noted earlier, our

22     service fee has -- ████████████████

23     █████████████  █████████████████████

24     ████████████████████████████████████

25     ██████████████████████████████

HIGHLY CONFIDENTIAL

Page 114



```
 1  ███████████████████████████████████
 2  ███████████
 3          ████████████████████████████
 4  ███████████████████████████████████████
 5  ████████████████████████████████████
 6  ████████████████████████████████
 7  ███████████████████████████████████████
 8          ██████████████████████████████
 9  ██████████████████  ████████████████████
10  ████████████████████████████████████████
11  ████████████████████████████████████████
12  ███████████████████████████████████
13  ██████████████████████.
14          ██████████████████████████████████
15  ████████████████████████████████
16  ███████████████████████████████████
17  ████████████
18          ████████████████████████████████████
19  ████████████████████████████████████████
20  █████████████████████████████████████
21  █████████████████████████████████████
22  ██████████████
23          So that's the basis for the
24  service fee.
25          Q    I see.  So it's a ██████████;
```

HIGHLY CONFIDENTIAL

Page 353

1    of this concern, but, yes, ███████

2    ████████████████████████

3    ██████████████

4        Q    Was this not a concern at

5    all when ███████████████████████

6    ████████████████████

7        A    I wouldn't say that it

8    wasn't a concern. ███████████████████

9    ████████████████████████████

10   ██████████████████████████

11   ██████████████████████████████

12   ████████████████████████████████

13   ████████████████

14           I think we have good reasons

15   for that.  We deliver a ton of value

16   to game developers.

17            ██████████████████

18   ██████████████████████████████

19   ██████████████████████████████

20   ███████████████  We definitely

21   deliver a lot of value.  We've talked

22   about that value in this deposition

23   for digital goods providers.

24            It's a business model that

25   worked, it's a business model that we

HIGHLY CONFIDENTIAL

Page 354

1    have had since the beginning of Play

2    and it's worked out really well for a

3    lot of these digital goods developers,

4    right.

5    ██████████████████████████

6    ██████████████████    ███████

7    ████████████████████████████

8    ██████████████████████    ████████

9    ████████████████████████████████

10   ████████████████████████████████

11   ████████████████████

12   ██████████████████████████

13   ██████████████████████

14   ██████████████████████████████████

15   ████████████████████████████

16   ███

17           The apps that are not paying

18   a service fee attract users that make

19   the Play platform and Play -- and

20   Android much more valuable for

21   everyone, including Google Play

22   Billing developers.

23           So we think that the model

24   continues to make sense.  ███████████

25   ██████████████████████████████

HIGHLY CONFIDENTIAL

Page 355



1

2

3

4

5

6

7

8

9        Today's model allows us to

10   charge only when developers make

11   money,

12

13

14

15

16

17

18

19

20

21

22

23

24

25        MR. BYARS:   I move to strike