Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, Bar No. 189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5106
Facsimile: (202) 383-5414

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
Stephen J. McIntyre, Bar No. 274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica K. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

---

DECLARATION OF MICHELLE M. BURTIS, PH.D., IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHELLE M. BURTIS, PH.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>Judge:  Hon. James Donato |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

I, Michelle M. Burtis, Ph.D., declare as follows:

1. I am a Senior Consultant at Charles River Associates, an economic and finance consulting firm with offices in the United States as well as internationally. I have a Ph.D. in Economics from the University of Texas at Austin and have published in the field of economics. I have personal knowledge of the matters stated in this declaration. I would competently testify to them as a witness.

2. I was asked by counsel for the Defendants Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd and Google Payment Corp. (collectively, "Google") to review and respond to the opinions offered in the expert report of Dr. Hal J. Singer, in which Dr. Singer asserts that Plaintiffs can determine the fact of antitrust injury and measure alleged damages using common evidence and common methodology for all proposed consumer class members, as well as to address economic considerations regarding whether doing so is possible.

3. On March 31, 2022, I submitted an expert report, which responds to the Class Certification Report of Hal J. Singer, Ph.D., dated February 28, 2022 ("Singer Rep.").

4. In Dr. Singer's report, Dr. Singer examined a proposed class comprised of Google Play consumers in the United States. *See, e.g.*, Singer Rep. ¶ 274, Table 11, Appx. 6. My report also addressed a proposed class of Google Play consumers in the United States.

5. On May 26, 2022, Consumer Plaintiffs filed their motion for class certification motion, seeking to certify a narrower proposed class than the one analyzed by Dr. Singer and myself. Nothing about this narrower class causes me to change any of my opinions.

6. Counsel for Google asked me to revise certain exhibits to my report that describe the consumer class to reflect the narrower proposed class. The revised exhibits do not cause me to change any of my opinions. These revised exhibits are being presented for the purpose of accuracy and to aid the Court.

1  7. Attached hereto as **Exhibit A** is a true and correct copy of a revised version of
2  Ex. 20 to my report ("Rev. Ex. 20").
3  8. Attached hereto as **Exhibit B** is a true and correct copy of a revised version of
4  Ex. 21 to my report ("Rev. Ex. 21").
5  9. Attached hereto as **Exhibit C** is a true and correct copy of a revised version of
6  Ex. 23 to my report ("Rev. Ex. 23").
7  10. Attached hereto as **Exhibit D** is a true and correct copy of a revised version of
8  Ex. 24 to my report ("Rev. Ex. 24").
9  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
10 22nd day of June, 2022 in Washington, D.C.

_____
Michelle M. Burtis, Ph.D.