# EXHIBIT D

# REDACTED

## Revised Exhibit 24 of Burtis Report

