NATHANIEL M. HOPKIN, WSBA 56541
Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 464-7744
nathaniel.hopkin@atg.wa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Hon. James Donato |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 11.5(b), Nathaniel M. Hopkin hereby withdraws his appearance as counsel for the State of Washington in the above-captioned cases. Assistant Attorney General Amy N.L. Hanson will continue to represent Plaintiff State of Washington, which will not be without representation in these matters.

NOTICE OF WITHDRAWAL OF APPEARANCE     1
CASE NOS. 3:21-MD-02981-JD; 3:20-CV-05671-JD; 3:20-CV-05761-JD; 3:20-CV-05792-JD; 3:21-CV-05227-JD

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle WA 98104
(206) 464-7744

1  DATED: June 17, 2022

2                                            RESPECTFULLY SUBMITTED,

3                                            ROBERT W. FERGUSON
                                             Attorney General
4
                             By:    *s/ Nathaniel M. Hopkin*
5                                   NATHANIEL M. HOPKIN, WSBA 56541

AMY N. L. HANSON, WSBA 28589
Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 464-7744
amy.hanson@atg.wa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. James Donato |

The undersigned attorney certifies that on June 30, 2022, a copy of the foregoing Notice of Withdrawal of Appearance for Nathaniel M. Hopkin was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: June 30, 2022.

RESPECTFULLY SUBMITTED,

ROBERT W. FERGUSON
Attorney General

*s/ Amy N.L. Hanson*
AMY N.L. HANSON, WSBA 28589

NOTICE OF WITHDRAWAL OF APPEARANCE
CASE NOS. 3:21-MD-02981-JD; 3:20-CV-05671-JD; 3:20-CV-05761-JD; 3:20-CV-05792-JD; 3:21-CV-05227-JD

3

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle WA 98104
(206) 464-7744