```
 1  ASIM M. BHANSALI (SBN 194925)
    abhansali@kblfirm.com
 2  MICHAEL S. KWUN (SBN 198945)
    mkwun@kblfirm.com
 3  KWUN BHANSALI LAZARUS LLP
    555 Montgomery St., Suite 750
 4  San Francisco, CA 94111
    Telephone: (415) 630-2350
 5
    Attorneys for Defendants
 6  GOOGLE LLC, GOOGLE IRELAND LIMITED,
    GOOGLE COMMERCE LIMITED,
 7  GOOGLE ASIA PACIFIC PTE. LIMITED,
    GOOGLE PAYMENT CORP., ALPHABET INC.
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>Epic Games Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD<br><br>In re Google Play Consumer Antitrust Litigation, Case No. 3:20-cv-05761-JD<br><br>In re Google Play Developer Antitrust Litigation, Case No. 3:20-cv-05792-JD | Case No.: 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF MICHAEL S. KWUN ON BEHALF OF DEFENDANTS** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael Kwun of Kwun Bhansali Lazarus LLP hereby enters an appearance as counsel for Defendants in the above-referenced action.

**Michael S. Kwun**
**mkwun@kblfirm.com**
**KWUN BHANSALI LAZARUS LLP**
**555 Montgomery St., Suite 750**
**San Francisco, CA 94111**
**Tel: (415) 630-2350**

Dated: July 5, 2022               KWUN BHANSALI LAZARUS LLP

                                  By: */s/ Michael S. Kwun*
                                  Michael S. Kwun
                                  Attorneys for Defendants
                                  GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LIMITED, GOOGLE PAYMENT CORP., ALPHABET INC.