| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Ian Simmons, *pro hac vice* |
| brian.rocca@morganlewis.com | isimmons@omm.com |
| Sujal J. Shah, S.B. #215230 | Benjamin G. Bradshaw, S.B. #189925 |
| sujal.shah@morganlewis.com | bbradshaw@omm.com |
| Michelle Park Chiu, S.B. #248421 | **O'MELVENY & MYERS LLP** |
| michelle.chiu@morganlewis.com | 1625 Eye Street, NW |
| Minna Lo Naranjo, S.B. #259005 | Washington, DC 20006 |
| minna.naranjo@morganlewis.com | Telephone: (202) 383-5300 |
| Rishi P. Satia, S.B. #301958 | |
| rishi.satia@morganlewis.com | Daniel M. Petrocelli, S.B. #97802 |
| **MORGAN, LEWIS & BOCKIUS LLP** | dpetrocelli@omm.com |
| One Market, Spear Street Tower | Stephen J. McIntyre, S.B. #274481 |
| San Francisco, CA 94105 | smcintyre@omm.com |
| Telephone: (415) 442-1000 | **O'MELVENY & MYERS LLP** |
| | 1999 Avenue of the Stars |
| Richard S. Taffet, *pro hac vice* | Los Angeles, California 90067 |
| richard.taffet@morganlewis.com | Telephone: (310) 553-6700 |
| **MORGAN, LEWIS & BOCKIUS LLP** | |
| 101 Park Avenue | Glenn D. Pomerantz, Bar No. 112503 |
| New York, NY 10178 | glenn.pomerantz@mto.com |
| Telephone: (212) 309-6000 | Kuruvilla Olasa, Bar No. 281509 |
| | kuruvilla.olasa@mto.com |
| Jonathan I. Kravis, *pro hac vice* | **MUNGER, TOLLES & OLSON LLP** |
| Jonathan.kravis@mto.com | 350 South Grand Avenue, 50th Floor |
| **MUNGER, TOLLES & OLSON LLP** | Los Angeles, CA 90071-3426 |
| 601 Massachusetts Avenue NW, Suite 500E | Telephone: (213) 683-9100 |
| Washington, DC 20001 | |
| Telephone: (202) 220-1130 | Kyle W. Mach, Bar No. 282090 |
| | kyle.mach@mto.com |
| *Attorneys for Defendants* | Justin P. Raphael, Bar No. 292380 |
| | justin.raphael@mto.com |
| | Emily C. Curran-Huberty, Bar No. 293065 |
| | emily.curran-huberty@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| | 560 Mission Street, 27th Floor |
| | San Francisco, CA 94105-2907 |
| | Telephone: (415) 512-4000 |

MORGAN, LEWIS &
BOCKIUS LLP

[PROPOSED] ORDER GRANTING DEFS.' MOT. TO CONSIDER
Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC. et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RELATING TO DEFENDANTS' ANSWER, DEFENSES, AND COUNTERCLAIMS TO MATCH GROUP'S COMPLAINT**<br><br>Judge James Donato |

Having considered Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.'s (collectively, "Google") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Relating to Defendants' Answer, Defenses, and Counterclaims to Match Group's ("Match") Complaint ("Motion to Seal"), and any materials submitted in support or in opposition thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following paragraphs of Defendants' Answer, Defenses, and Counterclaims to Match's Complaint may be filed under seal:

| Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|
| Introduction to Answer | Match | |
| Counterclaim ¶ 31 | Match | |
| Counterclaim ¶ 33 | Match | |

| | | |
|---|---|---|
| Counterclaim ¶ 34 | Match | |
| Counterclaim ¶ 38 | Match | |

Dated: _____ , 2022

                                  Honorable James Donato
                                  United States District Judge
                                  Northern District of California