Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Ham (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
Stephen J. McIntyre, Bar No. 274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, Bar No. 189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5106
Facsimile: (202) 383-5414

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF FILING OF JOINT STATEMENT RE: CONCURRENT CLASS CERTIFICATION EXPERT WITNESS PROCEEDING**<br><br>Judge: Hon. James Donato |

1   Pursuant to this Court's Amended Scheduling Order dated February 2, 2022 (*In re*
2  *Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") ECF
3  No. 191), the parties in the above-captioned MDL action ("the Parties"), by and through their
4  undersigned counsel, submit attached as Exhibit 1, the Joint Statement Re: Concurrent Class
5  Certification Expert Witness Proceeding.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  July 12, 2022          **BARTLIT BECK LLP**
                                Karma M. Giulianelli

                                **KAPLAN FOX & KILSHEIMER LLP**
                                 Hae Sung Nam


                                 Respectfully submitted,

                                By:   */s/ Karma M. Giulianelli*
                                       Karma M. Giulianelli

                                *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*


Dated:  July 12, 2022          **PRITZKER LEVINE LLP**
                                 Elizabeth C. Pritzker

                                Respectfully submitted,

                                By:   */s/ Elizabeth C. Pritzker*
                                       Elizabeth C. Pritzker

                                *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*


Dated:  July 12, 2022          **MORGAN, LEWIS & BOCKIUS LLP**
                                Brian C. Rocca
                                Sujal J. Shah
                                Michelle Park Chiu
                                Minna L. Naranjo
                                Rishi P. Satia

                                 Respectfully submitted,

                                By:   */s/ Sujal J. Shah*
                                       Sujal J. Shah

                                *Counsel for Defendants*

| | |
|---|---|
| Dated: July 12, 2022 | **O'MELVENY & MYERS LLP**<br>Daniel M. Petrocelli<br>Ian Simmons<br>Benjamin G. Bradshaw<br>Stephen J. McIntyre<br><br>Respectfully submitted,<br><br>By:  /s/ *Stephen J. McIntyre*<br>       Stephen J. McIntyre<br><br>*Counsel for Defendants* |
| Dated: July 12, 2022 | **MUNGER TOLLES & OLSON LLP**<br>Glenn D. Pomerantz<br>Kuruvilla Olasa<br>Emily C. Curran-Huberty<br>Jonathan I. Kravis<br>Justin P. Raphael<br>Kyle W. Mach<br><br>Respectfully submitted,<br><br>By:  /s/ *Justin P. Raphael*<br>       Justin P. Raphael<br><br>*Counsel for Defendants* |
| Dated: July 12, 2022 | **HOGAN LOVELLS US LLP**<br>Neil Kumar Katyal<br>Jessica L. Ellsworth<br><br>Respectfully submitted,<br><br>By:  /s/ *Neil Kumar Katyal*<br>       Neil Kumar Katyal<br><br>*Counsel for Defendants* |

3

JOINT STATEMENT RE: CONCURRENT CLASS CERTIFICATION EXPERT WITNESS PROCEEDING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD

**E-FILING ATTESTATION**

I, Sujal J. Shah, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Sujal J. Shah*
Sujal J. Shah