| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) | Glenn D. Pomerantz (SBN 112503) |
| karma.giulianelli@bartlitbeck.com | glenn.pomerantz@mto.com |
| **BARTLIT BECK LLP** | **MUNGER, TOLLES & OLSON LLP** |
| 1801 Wewetta St., Suite 1200 | 350 South Grand Avenue, Fiftieth Floor |
| Denver, Colorado 80202 | Los Angeles, California 90071 |
| Telephone: (303) 592-3100 | Telephone: (213) 683-9100 |
| | |
| Hae Sung Nam (*pro hac vice*) | Brian C. Rocca (SBN 221576) |
| hnam@kaplanfox.com | brian.rocca@morganlewis.com |
| **KAPLAN FOX & KILSHEIMER LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 850 Third Avenue | One Market, Spear Street Tower |
| New York, NY 10022 | San Francisco, CA 94105-1596 |
| Tel.: (212) 687-1980 | Telephone: (415) 442-1000 |
| | |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | Daniel M. Petrocelli, Bar No. 97802 |
| | dpetrocelli@omm.com |
| | **O'MELVENY & MYERS LLP** |
| | 1999 Avenue of the Stars, 7th Fl. |
| [Additional counsel appear on signature page] | Los Angeles, CA 90067-6035 |
| | Telephone:  (310) 553-6700 |
| | |
| | *Counsel for Defendants Google LLC et al* |

STIPULATED [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OMNIBUS SEALING MOTION
FOR CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS
Case No. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OMNIBUS SEALING MOTION FOR CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS**<br><br>Courtroom: 11, 19th Floor (via Zoom)<br>Judge: Hon. James Donato |

1  WHEREAS, pursuant to this Court's February 2, 2022 Amended MDL Scheduling Order (MDL ECF No. 191), Consumer Plaintiffs served opening class certification expert reports on February 28, 2022; Google served class certification expert rebuttal reports on March 31, 2022; and Consumer Plaintiffs served class certification expert reply reports on April 25, 2022.

WHEREAS, Consumer Plaintiffs filed their motion for class certification on May 26, 2022; Google filed an opposition to that motion on June 23, 2022; and the Consumer Plaintiffs will file any reply brief on July 14, 2022.

WHEREAS, Google filed a *Daubert* motion regarding Consumer Plaintiffs' class certification expert on May 26, 2022; Consumer Plaintiffs filed an opposition to that motion on June 23, 2022; and Google will file any reply brief on July 14, 2022.

WHEREAS, pursuant to the Parties stipulated request to modify sealing procedures for the Consumer Plaintiffs' class certification briefing and related documents and Google's *Daubert* motion and related documents (MDL Dkt. No. 242), the Court ordered Consumer Plaintiffs, Google, and non-parties to file a joint omnibus sealing motion for the class certification and *Daubert* briefing and related documents by July 29, 2022 (MDL Dkt. No. 246).

WHEREAS, given that there is substantial non-party confidential information discussed in the class certification and *Daubert* briefings and related documents, Consumer Plaintiffs and Google request an additional two weeks to comply with the sealing procedure set forth in the Court's Standing Order for Civil Cases and the Local Rules.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

- That the deadline for Parties and non-parties to jointly file Omnibus Sealing Motions is extended by two-weeks from July 29, 2022 to August 12, 2022, or any later date that this Court chooses.

| | |
|---|---|
| Dated:  July 13, 2022 | BARTLIT BECK LLP<br>    Karma M. Giulianelli<br><br>KAPLAN FOX & KILSHEIMER LLP<br>    Hae Sung Nam<br><br>Respectfully submitted,<br><br>By:   /s/ *Karma M. Giulianelli*<br>         Karma M. Giulianelli<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated:  July 13, 2022 | PRITZKER LEVINE LLP<br>    Elizabeth C. Pritzker<br><br>Respectfully submitted,<br><br>By:   /s/ *Elizabeth C. Pritzker*<br>         Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated:  July 13, 2022 | MORGAN, LEWIS & BOCKIUS LLP<br>    Brian C. Rocca<br>    Sujal J. Shah<br>    Minna L. Naranjo<br>    Rishi P. Satia<br>    Michelle Park Chiu<br><br>Respectfully submitted,<br><br>By:   /s/ *Brian C. Rocca*<br>         Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |

Dated: July 13, 2022

O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
        Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: July 13, 2022

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
        Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                  HON. JAMES DONATO
                                  United States District Judge

## E-FILING ATTESTATION

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian C. Rocca*