# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD <br><br> *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD <br><br> *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD <br><br> *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Judge: Hon. James Donato |

TO THE CLERK AND ALL PARTIES OF RECORD:

Please take notice that Carla J. Baumel of the Office of the Colorado Attorney General hereby enters an appearance as counsel for the State of Colorado in the above-entitled actions.

DATED: July 19, 2022.

Respectfully Submitted,

/s/ Carla J. Baumel
Carla J. Baumel
Assistant Attorney General
Colorado Office of the Attorney General

1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Carla.Baumel@coag.gov

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that on July 19, 2022, a copy of the foregoing *Notice of Appearance of Counsel* was electronically filed with the Court, thereby providing electronic service to all counsel of record.

<div style="margin-left:3em">

/s/ Carla J. Baumel
Carla J. Baumel
Assistant Attorney General
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Carla.Baumel@coag.gov

</div>