AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| In re: Google Play Store Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-md-02981-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Colorado.

Date:   07/20/2022

/s/ Steven M. Kaufmann
*Attorney's signature*

Steven M. Kaufmann, Colorado Bar #14153
*Printed name and bar number*

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
*Address*

Steve.Kaufmann@coag.gov
*E-mail address*

(720) 508-6204
*Telephone number*

*FAX number*