Diane R. Hazel *(pro hac vice)*
**COLORADO OFFICE OF THE ATTORNEY GENERAL**
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Diane.Hazel@coag.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-MD-02981 |
| RELATED ACTIONS: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Hon. James Donato |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah, et al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC, et al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 11.5(b), Diane R. Hazel hereby withdraws her appearance as counsel for the State of Colorado in the above captioned cases. Deputy Attorney General Steve Kaufmann and Assistant Attorney General Carla Baumel will continue to represent the Plaintiff State of Colorado, which will not be without representation in these matters.

DATED: July 20, 2022

By: /s/ Diane Hazel

Diane Hazel
First Assistant Attorney General
Colorado Attorney General's Office
Department of Law
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
E-Mail: Diane.Hazel@coag.gov

*On behalf of the State of Colorado*

Diane R. Hazel *(pro hac vice)*
**COLORADO OFFICE OF THE ATTORNEY GENERAL**
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Diane.Hazel@coag.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-MD-02981<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. James Donato |

    The undersigned certifies that a true and correct copy of the foregoing was served on July 20, 2022 upon all counsel of record via the Court's electronic notification system.

                                                                */s/ Diane R. Hazel*
                                                  Diane R. Hazel