Willard K. Tom, *pro hac vice*
willard.tom@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| *Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Judge: Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD | |

**TO THE CLERK AND ALL PARTIES OF RECORD:** Please take notice that Willard K. Tom withdraws his appearance on behalf of Defendants in the above-captioned cases.

Defendants will continue to be represented by other counsel of record in this action.

Dated: July 28, 2022

Respectfully submitted,

By:   */s/ Willard K. Tom*
      Willard K. Tom
      MORGAN, LEWIS & BOCKIUS LLP

*Attorney for Defendants
Google LLC, Google Ireland Ltd.,
Google Commerce Ltd., Google Asia
Pacific Pte. Ltd., and Google Payment
Corp.*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF APPEARANCE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD