1  Karma M. Giulianelli (SBN 184175)
2  **BARTLIT BECK LLP**
   1801 Wewatta St., Suite 1200
3  Denver, CO 80202
   Telephone: (303) 592-3100
4  Facsimile: (303) 592-3140
   karma.giulianelli@bartlitbeck.com
5
6  Hae Sung Nam (*pro hac vice*)
   **KAPLAN FOX & KILSHEIMER LLP**
7  850 Third Avenue
   New York, NY 10022
8  Telephone: (212) 687-1980
   Facsimile: (212) 687-7715
9  hnam@kaplanfox.com
10
11 *Interim Co-Lead Counsel for the Proposed Class*
12 [Additional Counsel on Signature Page]
13
14              **UNITED STATES DISTRICT COURT**
15            **NORTHERN DISTRICT OF CALIFORNIA**
16               **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION** | No. 3:20-CV-05761-JD |
| RELATED ACTIONS: | **NOTICE OF FILING OF CORRECTED PROPOSED ORDER GRANTING CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *State of Utah, et. al., v. Google LLC, et. al.*, Case No. 3:21-cv-05227-JD | Hearing Date: August 4, 2022<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

18
19
20
21
22
23
24
25
26
27
28

1    **NOTICE IS HEREBY GIVEN** by Consumer Plaintiffs of the filing of a corrected pro-

2    posed order, attached hereto, granting Consumer Plaintiffs' motion for class certification. The mo-

3    tion is set for hearing this coming Thursday, August 4, 2022, at 10:00 a.m. Consumer Plaintiffs

4    file the corrected proposed order to align the proposed order with the positions presented and relief

5    sought in the motion. Consumer Plaintiffs submit no new argument or authority herewith.

6    The only changes to the proposed order are to modify the beginning of the class definitions

7    for both classes Consumer Plaintiffs have requested that the Court certify to clarify that each class

8    definition includes "All Consumer Plaintiffs," defined as shown below. The omission of these

9    words in the prior version was a drafting error, and the corrected version is consistent with the

10   named plaintiffs' intention to remain as members of the proposed classes that they seek to represent

11   as class representatives. The corrected class definitions read as follows:

12   <u>**RULE 23(b)(3) MULTISTATE DAMAGES CLASS:**</u>

13   All Consumer Plaintiffs[1] and all persons in the following U.S. states and territories:

14        Alabama, Georgia, Hawaii, Illinois, Kansas, Maine, Michigan, Ohio, Penn-
     sylvania, South Carolina, Texas, Wisconsin, Wyoming, American Samoa,
15        Guam, Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands

16   who paid for an app through the Google Play Store or paid for in-app digital content
     (including subscriptions or ad-free versions of apps) through Google Play Billing on
17   or after August 16, 2016, to the present.

18   <u>**RULE 23(b)(2) MULTISTATE INJUNCTIVE RELIEF CLASS:**</u>

19   All Consumer Plaintiffs and all persons in the following U.S. states and territories:

20        Alabama, Georgia, Hawaii, Illinois, Kansas, Maine, Michigan, Ohio, Penn-
     sylvania, South Carolina, Texas, Wisconsin, Wyoming, American Samoa,
21        Guam, Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands

22   who currently own a mobile phone or tablet with an authorized and preinstalled ver-
     sion of Google's Android OS capable of accessing the Google Play Store.

23   Excluded from both Classes are Defendants and their officers, directors, employees, and
     successors; any person or entity who has (or had during the class period) a controlling
24   interest in any Defendant; any affiliate, legal representative, heir, or assign of any De-
     fendant and any person acting on behalf of any Defendant; any judicial officer presid-
25   ing over this action and the members of those officers' immediate families and judicial
     staffs, all governments and their agencies; and any juror assigned to this action.

26

27

28   _____
     [1] "Consumer Plaintiffs" as used herein are Mary Carr, Daniel Egerter, Zack Palmer, Serina Moglia,
     Matthew Atkinson, and Alex Iwamoto.

Respectfully submitted,

By: */s/ Karma M. Giulianelli*

**BARTLIT BECK LLP**
Karma M. Giulianelli (SBN 184175)
Glen E. Summers (SBN 176402)
Jameson R. Jones (pro hac vice)
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com
glen.summers@bartlitbeck.com
jameson.jones@bartlitbeck.com

**BARTLIT BECK LLP**
John Byars (pro hac vice)
Lee Mason (pro hac vice)
54 W. Hubbard St., Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
john.byars@bartlitbeck.com
lee.mason@bartlitbeck.com

**KOREIN TILLERY, LLC**
George A. Zelcs (pro hac vice)
Randall Ewing, Jr. (pro hac vice)
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com

Stephen M. Tillery (pro hac vice)
Michael E. Klenov (SBN 277028)
Carol O'Keefe (pro hac vice)
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
stillery@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

By: */s/ Hae Sung Nam*

**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam (pro hac vice)
Robert N. Kaplan (pro hac vice)
Frederic S. Fox (pro hac vice)
Donald R. Hall (pro hac vice)
Aaron L. Schwartz (pro hac vice)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
hnam@kaplanfox.com
rkaplan@kaplanfox.com
ffox@kaplanfox.com
dhall@kaplanfox.com
aschwartz@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
kherkenhoff@kaplanfox.com

**PRITZKER LEVINE, LLP**
Elizabeth C. Pritzker (SBN 146267)
Bethany Caracuzzo (SBN 190687)
Caroline Corbitt (SBN 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 805-8532
Facsimile: (415) 366-6110
ecp@pritzkerlevine.com
bc@pritzkerlevine.com
ccc@pritzkerlevine.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COTCHETT, PITRE & MCCARTHY, LLP**
Nanci E. Nishimura (SBN 152621)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
James G. Dallal (SBN 277826)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
nnishimura@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

**MILBERG PHILLIPS GROSSMAN LLP**
Peggy J. Wedgworth (pro hac vice)
Robert A. Wallner (pro hac vice)
Elizabeth McKenna (pro hac vice)
Blake Yagman (pro hac vice)
Michael Acciavatti (pro hac vice)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
Facsimile: 212-868-1229
pwedgworth@milberg.com
rwallner@milberg.com
emckenna@milberg.com
byagman@milberg.com
macciavatti@milberg.com

*Counsel for the Proposed Class*

## ATTESTATION

Pursuant to Civil Local Rule 5(h)(1)(3), I attest that each of the above signatories has concurred in the filing of the document.

*/s/ James G. Dallal*

NOTICE OF FILING OF CORRECTED PROPOSED ORDER GRANTING CONSUMER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION, NO. 3:20-CV-05761-JD

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was served on July 28, 2022 upon all counsel of record via the Court's electronic notification system.

*/s/ James G. Dallal*

NOTICE OF FILING OF CORRECTED PROPOSED ORDER GRANTING CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, NO. 3:20-CV-05761-JD