# EXHIBIT 1

Case 3:21-md-02981-JD   Document 305-3   Filed 09/01/22   Page 2 of 4
Developer Policy Center - Monetization and Ads

The Wayback Machine - https://web.archive.org/web/20160729010302/http://play.google.com:80/about/monetization-ads/payments/

# Monetization and Ads



Google Play supports a variety of monetization strategies to benefit developers and users, including paid distribution, in-app products, subscriptions, and ad-based models. To ensure the best user experience, we require you to comply with these policies.

**Paymen**                    Subscriptions and Cancellations                                        Ads

# Payments

Apps that employ in-store or in-app purchases must comply with the following guidelines:

**In-store purchases:** Developers charging for apps and downloads from Google Play must use Google Play's payment system.

**In-app purchases:**

- Developers offering products within a game downloaded on Google Play or providing access to game content must use **Google Play In-app Billing (https://web.archive.org/web/20160729010302/https://developer.android.com/intl/en/google/play/bil** as the method of payment.

- Developers offering products within another category of app downloaded on Google Play must use **Google Play In-app Billing (https://web.archive.org/web/20160729010302/https://developer.android.com/intl/en/google/play/bil** as the method of payment, except for the following cases:

  - Payment is solely for physical products
  - Payment is for digital content that may be consumed outside of the app itself (e.g. songs that can be played on other music players).

Case 3:21-md-02981-JD    Document 305    Filed 09/01/22    Page 3 of 4

- In-app virtual currencies must only be used within the app where they were first purchased.

- Developers must not mislead users about the apps they are selling nor about any in-app services, goods, content, or functionality offered for purchase. If your product description on Google Play refers to in-app features that may require a specific or additional charge, your description must clearly notify users that payment is required to access those features.

**Here are some examples of products supported by Google Play In-app Billing:**

- **Virtual game products**, including coins, gems, extra lives or turns, special items or equipment, characters or avatars, additional levels or playtime.
- **App functionality or content**, such as an ad-free version of an app or new features not available in the free version.
- **Subscription services**, such as streaming music, video, book, or other media services; digital publications, including when bundled with a physical edition; and social networking services.
- **Cloud software products**, including data storage services, business productivity software, and financial management software.

**Here are some examples of products not currently supported by Google Play In-app Billing:**

- **Retail merchandise**, such as groceries, clothing, housewares, and electronics.
- **Service fees**, including taxi and transportation services, cleaning services, food delivery, airfare, and event tickets.
- **One-time membership fees or recurring dues**, including gym memberships, loyalty programs, or clubs offering accessories, clothing, or other physical products.
- **One time-payments**, including peer-to-peer payments, online auctions, and donations.
- **Electronic bill payment**, including credit card bills, utilities, and cable or telecommunications services.

**Note that in some markets, we offer Android Pay for apps selling physical products and services. For more information, please visit our** Android Pay developer page (https://web.archive.org/web/20160729010302/https://developers.google.com/android-pay/) **for details and brand usage requirements** (https://web.archive.org/web/20160729010302/https://developers.google.com/android-pay/ui-branding).

**Was this article helpful?**

YES          NO

Next
## Subscriptions and Cancellations

(/web/20160729010302/https://play.google.com/about/monetization-ads/subscriptions-cancellations/)