# EXHIBIT 3

| **Date:** | Tuesday, August 17 2021 01:36 PM |
| **Subject:** | RE: Your message about Google Play [0-1771000031621] |
| **From:** | Ian Purves <Ian.Purves@match.com> |
| **To:** | Joost Roelandts <joost@massivemedia.eu>; Peter Foster <Peter@matchmediagroup.com>; |
| **CC:** | Pieter De Schepper <pieter@netlog.com>; Bregt Colpaert <bregt@massivemedia.eu>; |

Received, thank you!

**From:** Joost Roelandts <joost@massivemedia.eu>
**Sent:** Tuesday, August 17, 2021 1:09 PM
**To:** Ian Purves <Ian.Purves@match.com>; Peter Foster <Peter@matchmediagroup.com>
**Cc:** Pieter De Schepper <pieter@netlog.com>; Bregt Colpaert <bregt@massivemedia.eu>
**Subject:** Fwd: Your message about Google Play [0-1771000031621]

---------- Forwarded message -–-——–
From: <googleplay-developer-support@google.com>
Date: Tue, Aug 17, 2021 at 5:58 PM
Subject: Re: Your message about Google Play [0-1771000031621]
To: <joost@massivemedia.eu>

Hi Joost,

Thanks for submitting a request for additional time to integrate Google Play Billing for your app, live.ablo.

We've reviewed the information in your application form and determined your app is eligible for an extension until March 31, 2022 to come into compliance with Google Play's Payments policy. No further action is required at this time.

Thanks for your continued support of Google Play.

Regards,
Fernando
The Google Play Team

Please visit the Google Play Developer Policy Center and Google Play's Academy for App Success to learn more about building policy compliant and high quality apps. You can also visit the Android Developers Blog for the latest Android and Google Play news for app and game developers.

Requesting Additional Time to Comply with Google Play's Payments Policy

First name
Joost

Confidential
MATCHGOOGLE00096733

Last name
Roelandts

Contact email
joost@massivemedia.eu

Google Play developer account name
MassiveMedia

Play Console login email
joost@massivemedia.eu

Application package name
live.ablo

Only apps published before January 20, 2021 are eligible for this extension. Was this app first published before January 20, 2021?
Yes

This extension is intended to aid developers that need more time to comply with Google Play's Payments policy. Do you need more time to comply with Google Play's Payments policy?
Yes

Please explain why you need additional time to comply with Google Play's Payments policy.
Our bespoke payment system is critical to our user experience. Due to significant feature gaps (payment/subs/discounts), Google's system is not a suitable substitute and exclusive use of Google's systems will meaningfully harm our users (inflate prices) & undermine our business

Confidential