HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

HUESTON HENNIGAN LLP
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Christine Woodin, State Bar No. 295023
cwoodin@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC, et al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING MATCH PLAINTIFFS' MOTION TO DISMISS GOOGLE DEFENDANTS' COUNTERCLAIMS**<br><br>Date:        September 8, 2022<br>Time:        10:00 a.m.<br>Judge:       Hon. James Donato<br>Courtroom:   11, 19th Floor, 450 Golden Gate Ave, San Francisco, CA 94104 |

Having considered Plaintiffs' and Counterclaim-Defendants' Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, Match Plaintiffs') Motion to Dismiss Google Defendants' Counterclaims, the supporting Request for Judicial Notice

and Declaration of William Larsen, the argument of counsel, and any other materials submitted in support or in opposition thereto, pursuant to Local Rule 7-2;

**IT IS HEREBY ORDERED:**

1. Match Plaintiffs' Request for Judicial Notice is **GRANTED**; and

2. Match Plaintiffs' Motion to Dismiss Google Defendants' Counterclaims is **GRANTED**.

Dated: _____, 2022

Honorable James Donato
United States District Court
Northern District of California