| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br><br>Benjamin G. Bradshaw, S.B. #189925<br>bbradshaw@omm.com<br>Ian Simmons, *pro hac vice*<br>isimmons@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br>Daniel M. Petrocelli, S.B. #97802<br>dpetrocelli@omm.com<br>Stephen J. McIntyre, S.B. #274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE [PROPOSED] RESPONSE TO NOTICE OF FILING OF CORRECTED PROPOSED ORDER GRANTING CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Case No. 3:21-md-02981-JD

DECLARATION OF JUSTIN P. RAPHAEL ISO ADMINISTRATIVE MOITON FOR LEAVE TO FILE [PROPOSED] RESPONSE TO NOTICE OF FILING OF CORRECTED PROPOSED ORDER

**DECLARATION OF JUSTIN P. RAPHAEL**

I, Justin P. Raphael, declare as follows:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Defendants in the above-captioned matter. I submit this declaration in support of [Proposed] Response to Notice of Filing of Corrected Proposed Order Granting Consumer Plaintiffs' Motion for Class Certification, MDL ECF 306. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. Under the Court's Amended Scheduling Order in this case, the deadline for Plaintiffs to file a motion for class certification was May 26, 2022. Consumer Class Plaintiffs filed their class certification motion on that date. MDL ECF No. 251.

3. Google filed its Opposition to Consumer Class Plaintiffs' Motion for Class Certification on June 23, 2022, MDL ECF 300, and Plaintiffs filed their reply on July 14, 2022, MDL ECF 306.

4. On July 28, 2022, Plaintiffs filed what they termed a Corrected Proposed Order Granting Consumer Plaintiffs' Motion for Class Certification. *See* MDL ECF 310.

5. Plaintiffs filed their July 28, 2022 "Corrected Proposed Order" without notice to Defendants and without seeking leave of Court.

6. On August 2, 2022, I e-mailed counsel for Plaintiffs asking whether they would stipulate to Google's request for leave to file a five-page response to Plaintiffs' Notice of Filing of Corrected Proposed Order Granting Consumer Plaintiffs' Motion for Class Certification. Plaintiffs' counsel indicated that Plaintiffs would not stipulate to Google's request for leave. A true and correct copy of my correspondence with Plaintiffs' counsel is attached hereto as Exhibit 1.

1    I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct. Executed at San Francisco, California on this 2nd day of August,
3 2022.

                                                        */s/ Justin P. Raphael*
                                                        Justin P. Raphael

                                                        *Counsel for Defendants*