# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE RESPONSE TO NOTICE OF FILING OF CORRECTED PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:          Hon. James Donato<br>Courtroom:   11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Defendants' Motion, Pursuant to Local Rules 7-3(d) and 7-11, for Leave to File Response to Notice of Filing of Corrected Proposed Order Granting Consumer Plaintiffs' Motion for Class Certification came for hearing before this Court on the above-captioned matter.  Having fully considered the papers and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Response to Notice of Filing of Corrected Proposed Order Granting Consumer Plaintiffs' Motion for Class Certification is GRANTED in full.  Defendants shall promptly file the Response to Notice of Filing of Corrected Proposed Order Granting Consumer Plaintiffs' Motion for Class Certification attached to Defendants' Motion for Leave.

SO ORDERED

DATED:

_____
HON. JAMES DONATO
United States District Judge

Case No. 3:20-cv-05761-JD

[PROPOSED] ORDER GRANTING LEAVE TO FILE RESPONSE TO NOTICE OF FILING OF CORRECTED PROPOSED ORDER GRANTING CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION