David Brunfeld (*pro hac vice*)
**OFFICE OF THE ATTORNEY GENERAL**
**FOR THE DISTRICT OF COLUMBIA**
400 Sixth Street, N.W., 10th Floor
Washington, D.C. 20001
Telephone: (202) 724-5079
David.Brunfeld@dc.gov

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge:  Hon. James Donato |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 11.5(b), David Brunfeld hereby withdraws his appearance as counsel for the District of Columbia in the above captioned cases. Adam Gitlin, Section Chief, Public Integrity Section, will continue to represent Plaintiff The District of Columbia, which will not be without representation in these matters.

NOTICE OF WITHDRAWAL OF APPEARANCE                                    Case No. 3:21-CV-05227-JD

1 | DATED: August 18, 2022

2 | By: */s/ David Brunfeld*
David Brunfeld (*pro hac vice*)
3 | **OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLMBIA**
4 | 400 Sixth Street, N.W.,
Washington, D.C. 20001
5 | Telephone: (202) 716-9664
David.Brunfeld@dc.gov

NOTICE OF WITHDRAWAL OF APPEARANCE        Case No. 3:21-CV-05227-JD

David Brunfeld (*pro hac vice*)
**OFFICE OF THE ATTORNEY GENERAL**
**FOR THE DISTRICT OF COLUMBIA**
400 Sixth Street, N.W., 10th Floor
Washington, D.C. 20001
Telephone: (202) 724-5079
David.Brunfeld@dc.gov

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. James Donato |

    The undersigned certifies that a true and correct copy of the foregoing was served on August 18, 2022 upon all counsel of record via the Court's electronic notification system.:

                                                                  */s/ David Brunfeld*
                                                                   David Brunfeld