Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Google Play Store Antitrust Litig.

Case No: 3:21-md-02981-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey J. Amato, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: non-party Activision Blizzard, Inc. in the above-entitled action. My local co-counsel in this case is Jeanifer E. Parsigian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
200 Park Avenue
New York, NY 10166-4193

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
101 California Street, 35th Floor
San Francisco, CA 94111-5840

MY TELEPHONE # OF RECORD:
(212) 294-6700

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 591-1000

MY EMAIL ADDRESS OF RECORD:
jamato@winston.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
jparsigian@winston.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4096871.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/26/22                                        /s/ Jeffrey J. Amato

*The attached certificate is from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, which governs admission to the practice of law in New York. 22 N.Y.C.R.R § 520.1(a) ("A person shall be admitted to practice law in the courts of the State of New York only by an order of the Appellate Division of the Supreme Court upon compliance with these rules.").

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeffrey J. Amato is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jeffrey J. Amato

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 22, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 26, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00080817



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022