1
2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

3
4
5
6
7
8
9

| | | |
|---|---|---|
| IN RE: GOOGLE PLAY STORE ANTITRUST LITIGATION | ) ) ) ) ) | Case No. 3:21-md-02981-JD |
| This Document Relates To: | ) ) ) | |
| *State of Utah et al. v. Google LLC et al., Case No. 3-21-cv-05227-JD* | ) ) ) | |

10

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

11

     Plaintiff, State of Nevada, hereby gives notice that the Senior Deputy

12

Attorney General Marie W.L. Martin, is hereby withdrawn as counsel for Plaintiff,

13

State of Nevada, in the above-captioned matter.  The State of Nevada will continue

14

to be represented by Senior Deputy Attorney General Lucas J. Tucker who has

15

previously entered his appearance in this matter.

16

     Dated this 15th day of September, 2022.

17

                       AARON D. FORD
                       Attorney General

18
19

         By:    <u>/s/ Lucas J. Tucker</u>
               LUCAS J. TUCKER (Bar No. 10252)

20

               Senior Deputy Attorney General
               State of Nevada, Office of the Attorney General

21

               Bureau of Consumer Protection

22

               8945 W. Russell Road, Suite 204
               Las Vegas, Nevada 89148

23

               702-486-3256 ph
               Email: ltucker@ag.nv.gov

24

               Attorneys for Plaintiff, State of Nevada

25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 15th day of September, 2022.

/s/ Dorianne Potnar
An employee of the
Office of the Attorney General