UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Play Store Antitrust Litigation | Case No. 21-md-02981-JD <br><br> **SECOND AMENDED MDL SCHEDULING ORDER** |

In response to the parties' Joint Proposed Schedule, MDL Dkt. No. 329, the Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. This order applies to all actions that are a part of this multi-district litigation case, and supersedes all scheduling orders previously issued in any member case.

| Event | Deadline |
|---|---|
| Add parties and amend pleadings | Closed |
| Fact discovery cut-off | Closed |
| Plaintiffs' merits expert reports | Closed |
| Google's merits expert reports | November 18, 2022 |
| Plaintiffs' merits expert rebuttal reports | December 23, 2022 |
| Merits experts discovery cut-off | January 13, 2023 |
| Last day to file dispositive and *Daubert* motions | January 17, 2023 |
| Dispositive and *Daubert* motion responses | February 13, 2023 |
| Dispositive and *Daubert* motion replies | February 27, 2023 |

| Event | Deadline |
|---|---|
| Joint submission for merits experts' concurrent expert proceeding | February 28, 2023 |
| Concurrent expert proceeding for merits experts | March 7, 2023, at 2:00 p.m. |
| Dispositive motion hearing | March 23, 2023, at 10:00 a.m. |
| Final pretrial conference | May 18, 2023, at 1:30 p.m. |
| Jury Trial | June 5, 2023, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: October 5, 2022

JAMES DONATO
United States District Judge