AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Epic Games, Inc. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-md-02981 |
| Google, LLC et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Arkansas.

Date: 10/05/2022

*Attorney's signature*

David A.F. McCoy, AR2006100
*Printed name and bar number*

323 Center Street, Suite 200, Little Rock, AR 72201
*Address*

david.mccoy@arkansasag.gov
*E-mail address*

501-682-7506
*Telephone number*

501-682-8118
*FAX number*