Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re
Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion

2    to file under seal the unredacted version of Plaintiffs' Notice of Motion and Motion for Sanctions,

3    and Memorandum of Points and Authorities in Support Thereof, and Exhibits 1-21 to the

4    Declaration of Lee M. Mason filed in support in their entirety. Pursuant to the Court's order, Dkt.

5    256, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion. Plaintiffs

6    also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule

7    79-5(e).

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2          Dated: October 13, 2022

3

4

5          BARTLIT BECK LLP
6            Karma M. Giulianelli

7          KAPLAN FOX & KILSHEIMER LLP
8            Hae Sung Nam

9          Respectfully submitted,

10         By: /s/ Karma M. Giulianelli
             Karma M. Giulianelli

11

12           *Co-Lead Counsel for the Proposed Class in In
             re Google Play Consumer Antitrust Litigation*

13

14         PRITZKER LEVINE LLP
             Elizabeth C. Pritzker
15

16         Respectfully submitted,

17         By: /s/ Elizabeth C. Pritzker
             Elizabeth C. Pritzker
18

19           *Liaison Counsel for the Proposed Class in In re
             Google Play Consumer Antitrust Litigation*

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

CRAVATH, SWAINE & MOORE LLP
   Christine Varney *(pro hac vice)*
   Katherine B. Forrest *(pro hac vice)*
   Gary A. Bornstein *(pro hac vice)*
   Timothy G. Cameron *(pro hac vice)*
   Yonatan Even *(pro hac vice)*
   Lauren A. Moskowitz *(pro hac vice)*
   Justin C. Clarke *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*
   Michael J. Zaken *(pro hac vice)*

7

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

8

9

Respectfully submitted,

10

By: */s/ Lauren A. Moskowitz*
   Lauren A. Moskowitz

11

12

*Counsel for Plaintiff Epic Games, Inc.*

13

14

15

OFFICE OF THE UTAH ATTORNEY GENERAL
   Brendan P. Glackin
   Lauren M. Weinstein

16

17

Respectfully submitted,

18

By: */s/ Lauren M. Weinstein*
   Lauren M. Weinstein

19

20

*Counsel for the Plaintiff States*

21

22

23

24

25

26

27

28

1

**E-FILING ATTESTATION**

2

I, Lee M. Mason, am the ECF User whose ID and password are being used to file this

3

document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4

identified above has concurred in this filing.

5

6

/s/ Lee M. Mason
Lee M. Mason

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28