HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Christine Woodin, State Bar No. 295023
cwoodin@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF JOINDER AND JOINDER OF PLAINTIFFS MATCH GROUP, LLC; HUMOR RAINBOW, INC.; PLENTYOFFISH MEDIA ULC; AND PEOPLE MEDIA, INC. TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SANCTIONS**<br><br>Judge:   Hon. James Donato |

**TO THE DISTRICT COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, the "Match Plaintiffs") hereby file this joinder to the Notice of Motion and Motion for Sanctions, and Memorandum of Points and Authorities in Support Thereof (MDL Dkt. 349, or "Motion") filed by Epic Games, Inc. ("Epic"), the Consumer Plaintiffs ("Consumers"), and State Attorneys General Plaintiffs ("States").[1] No hearing has been set for this Motion. *See* MDL Dkt. 340.

The Match Plaintiffs join in Epic's, Consumers', and the States' Motion in full, including the Memorandum of Points and Authorities filed in support thereof (MDL Dkt. 349), the Declaration of Lee M. Mason in Support of Plaintiffs' Motion for Sanctions and documents attached thereto (MDL Dkts. 349-1, 349-2), and the [Proposed] Order Granting Plaintiffs' Motion for Sanctions (MDL Dkt. 349-3). Accordingly, the Match Plaintiffs seek the same relief as that sought by Epic, Consumers, and the States in their Motion, namely that the Court issue adverse jury instructions to remedy Google's spoliation of Google Chats as provided by Federal Rule of Civil Procedure 37(e)(2)(B). In the alternative, as sought by Epic, Consumers, and the States, the Match Plaintiffs request that the Court issue a curative instruction consistent with Rule 37(e)(1).

DATED: October 17, 2022               HUESTON HENNIGAN LLP


By:  */s/ Douglas J. Dixon*
       Douglas J. Dixon
       Attorneys for the Match Plaintiffs

---

[1] The Match Plaintiffs also join in the Interim Administrative Motion to File Under Seal Plaintiffs' Rule 37 Motion for Sanctions (MDL Dkt. 348).