# EXHIBIT B
# TO POMERANTZ DECLARATION

Case 3:21-md-02981-JD   Document 355-3   Filed 10/21/22   Page 2 of 5

 Twitter

-  Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⋯ More

**Tweet**

← **Thread**

🔍 Search Twitter

**Tim Sweeney** @TimSweeneyEpic · Aug 19, 2021    ⋯
It appears, sadly, that Google was indeed contemplating a coordinated, multinational hostile takeover attempt of Epic in response to Fortnite launching outside of Google Play.



protocol.com
Google discussed teaming up with Tencent to take over Epic Games
Unredacted court documents reveal more details about Google's strategies for protecting the Google Play store.

💬 138        🔁 427        ♥ 2,377        📤

**Tim Sweeney** @TimSweeneyEpic · Aug 19, 2021    ⋯
Google calculated a potential revenue loss of $6 billion resulting from Epic competing with Google Play and showing other companies the way. Rather than competing by giving developers a better deal than 30%, they wanted to collude to crush Epic instead.

💬 24        🔁 70        ♥ 900        📤

**Tim Sweeney**    ⋯
@TimSweeneyEpic

Then there's Google's secret "Project Hug" to pay off publishers to not compete with Google Play by rebating 5% of store fees - but financially characterizing the transactions as YouTube deals, cloud service discounts, etc. Shady stuff.

 **Leah AntiTrustButVer1fy Nylen** ✔ @leah_nylen · Aug 19, 2021
Judge Donato our in California ordered the Google App Store antitrust suits to be filed in unredacted form. You can now read Epic's here: storage.courtlistener.com/recap/gov.usco…
Show this thread

12:22 PM · Aug 19, 2021 · Twitter Web App

35 **Retweets**    4 **Quote Tweets**    481 **Likes**

💬        🔁        ♥        📤

  Tweet your reply                    Reply

**Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021    ⋯
Replying to @TimSweeneyEpic
Don't let apple/google/ your competitors win in developing and emerging markets, today emerging countries are tomorrow big one look at the youth demographics the population & the statistics..It's about the future vision today startups are tomorrow unicorns & attract good peeps

**Relevant people**

 **Tim Sweeney**
@TimSweeneyEpic
CEO of Epic Games and technology tha movies, architectu cool stuff.

 **Leah AntiTrustBut**
@leah_nylen
I cover antitrust. No Formerly Politico, M lnylen2 at bloombe "Follow" me on Blo all the scoops

**What's happening**

Music · LIVE
**Taylor Swift's new album Midnights is finally here** 🎶🎵
Trending with Swiftie, #MidnightsTaylorSwift

**#BlackAdam** ⚡
Get Tickets Now!
▶️ Promoted by Black Adam Mov

🅁 **Rolling Stone** ✔ · 56 minute
**Balenciaga Officially Cuts With Kanye West**
Trending with Balenciaga

**The Independent** ✔ · 3 hou
**Taylor Swift review, Midnig Her darkest and most cryp album yet**

**The Zoe Report** ✔ · Yesterd
**All Of Hailey Bieber's Lates Carpet Looks Have Someth Common**

Show more

 **B**
@B71324448    ⋯



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter
Accessibility Ads info More ···
© 2022 Twitter, Inc.

1

**Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021
Replying to @TimSweeneyEpic
The new battle field is emerging markets and developing ones, make sure to make Google lose

**Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021
Replying to @TimSweeneyEpic
Get Epic into emerging markets this is way to crush Google and innovate new things get to attract great people with great minds

**Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021
Replying to @TimSweeneyEpic
Get Epic into never markets this is way to crush Google and innovate new things get to attract great people with great minds
2

**Mohamad Hamid** @mohamadhamid9 · Aug 22, 2021
Replying to @mohamadhamid9 and @TimSweeneyEpic
@Ge0forceBE I mean here "Get Epic into 'newer' markets this is way to crush Google and innovate new things get to attract great people with great minds" I made a typing mistake previously just to correct (newer) not (never)

**Bloodprince** @Bloodprinceza · Aug 20, 2021
Replying to @TimSweeneyEpic
don't you pay studios to keep them exclusive to your platform? so its only bad when other people do it?
2 6

**Tim Sweeney** @TimSweeneyEpic · Aug 21, 2021
Replying to @Bloodprinceza
The Epic Games Store pays for PC store exclusive games. It has 15% market share and its #1 competitor has 80%+ market share. We put out press releases announcing these exclusives. We and our partners account for them as payments for exclusives.
4 3

Show replies

**Athena Graves** @BitAthena · Aug 20, 2021
Replying to @TimSweeneyEpic
Everybody know that Tecent is an evil company. They help gov to control & spy Chinese people and monopoly Chinese game market. I don't underestand why google want to team up tencent. Do evil? Do monopoly?
1

**Bloodprince** @Bloodprinceza · Aug 20, 2021
Replying to @BitAthena and @TimSweeneyEpic
so why aren't you complaining about timmy letting tencent buy 40% of his company's shares?

**Jon Kefaloukos** 🇬🇷 @Falloutt · Aug 20, 2021
Replying to @TimSweeneyEpic
This makes a lot more sense now given this development, and recent ABK cultural developments over the past few weeks. Wow

cloud.google.com/press-releases...
1

B
@B71324448

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

**Rodrigo** @thatguyfromUY · Aug 19, 2021
Replying to @TimSweeneyEpic
would've been hilarious not gonna lie

**Turnaround** @90one80 · Aug 19, 2021
Replying to @TimSweeneyEpic
Wow at least Apple is more honest about what they're doing.

**OF24com** @OF24com · Aug 19, 2021
Replying to @TimSweeneyEpic
As someone that worked with that company 20 years ago (affiliate and beta tester), one of my College teachers was colleague of the founders, I can say my respect for Google kept decreasing over the years.

**howardoark** @howardoark · Aug 19, 2021
Replying to @TimSweeneyEpic and @JTSEO9
Is that evil? Asking for a friend.
1

**B**
@B71324448



Case 3:21-md-02981-JD   Document 355-3   Filed 10/21/22   Page 5 of 5

Tim Sweeney on Twitter: "Then there's Google's secret Project Hug to pay off publishers to not compete with Google Play by re…

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

B
@B71324448

...