# EXHIBIT C
# TO POMERANTZ DECLARATION
# PUBLIC REDACTED VERSION

```
                                                    Page 359
 1            UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4   ----------------------------------------------x
 5   IN RE GOOGLE PLAY STORE         Case No.
     ANTITRUST LITIGATION            3:21-md-02981-JD
 6
 7   THIS DOCUMENT RELATES TO:
 8   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al.,
     v. Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
16   ----------------------------------------------x
17     *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                   MICHAEL MARCHAK
21              Thursday, January 13, 2022
22              Volume 2 (Pages 359-528)
23
24   Reported By: Lynne Ledanois, CSR 6811
25
```

HIGHLY CONFIDENTIAL

Page 382

1  A    Or a propensity or something
2  like that.  But I look at it all
3  developers have the capability to go
4  it alone on Android.
5  Q    But these were, as you say,
6  some propensity to actually go through
7  with it?
8           MS. CHIU:  Object to form.
9           THE WITNESS:  Something like
10      that where they've invested
11      already or had some
12      characteristics that aligned with
13      that.
14  BY MR. EVEN:
15  Q    Do you recall that some of
16  these developers in fact suggested
17  that they would go it alone and open
18  their own distribution channel?
19  A    I recall that one of the
20  developers on that -- that was on the
21  left highlighted had considered that.
22  Q    And which developer is that?
23  A    I believe it was -- my
24  recollection ▓▓ ▓▓▓▓ ▓▓▓▓▓▓
25  Q    Do you remember that

Page 383

1  ███████ ███████ ███████ ████ █
2  ███ ██ ██ ███ ██ ███████
3  ██ ██ █████
4       A     I don't recall the details
5  on that.  I recall more details ██
6  ████
7       Q     We'll get there.
8             By the way, do you recall
9  who this presentation was presented
10 to?
11      A     I don't.
12      Q     Do you understand this
13 presentation was intended to include a
14 proposal about the contents of GVP 2.0
15 that would go to the business counsel?
16            MS. CHIU:  Object to form.
17            THE WITNESS:  I don't.  I'm
18      not sure.  I haven't gotten to the
19      slides on any of the V2 stuff, so
20      I don't recall.
21 BY MR. EVEN:
22      Q     Was GVP 2.0 presented to the
23 business counsel?
24      A     Yes.
25      Q     Was GVP 2.0 approved by the

Page 384

1  business counsel?
2      A    Yes.
3      Q    Would you go to the page
4  ending in 6701?
5      A    Okay.
6      Q    And do you see there on the
7  left-hand side, a blue rubric saying
8  "Pre-GVP: Considered own distribution
9  and/or payment platforms"?
10     A    I do.
11     Q    And do you see that based on
12 this slide, not only ██ ██ ██
13 ████ ██ ██████ ██████ ██
14 ██████ considered their own
15 distribution and/or payment platforms?
16          MS. CHIU:  Object to form.
17          THE WITNESS:  That seems to
18     be what the slide indicates.
19 BY MR. EVEN:
20     Q    Do you have any reason to
21 doubt that Mr. -- what Mr. Gambhir is
22 presenting here?
23     A    I don't.
24     Q    If you go to 6705.
25          Do you see that here the