| | |
|---|---|
| Brian C. Rocca, S.B #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 422-1001<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>Attorneys for Defendants Google LLC, et al.<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>Nicholas R. Sidney<br>nick.sidney@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, Bar No. 282090<br>kyle.mach@mto.com<br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, Bar No. 293065<br>emily.curran-huberty@mto.com<br>Dane P. Shikman, Bar No. 313656<br>dane.shikman@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Ste 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**,<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. James Donato |

Having considered Google Defendants' ("Google's") Administrative Motion to File Under Seal limited portions of Defendants' Opposition to Epic's and Match's Motion to Amend Complaints, the Declaration of Glenn D. Pomerantz ("Pomerantz Decl.") along with accompanying exhibits ("Exhibits"), and the Declaration of Christian Cramer ("Cramer Decl.") in support of the administrative motion, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of Google's Opposition and supporting documents may be filed under seal:

| Item | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Defendants' Opposition | Page 3, lines 25 (between "developer" and "as 'illustrative'") | Google (Cramer Decl. ¶ 1) | |
| Defendants' Opposition | Page 5, lines 4-7 (between "They allege that, through 'Project Hug,' Google" and end of sentence) | Google (Cramer Decl. ¶ 2) | |
| Defendants' Opposition | Page 5, lines 13-14 (between "reached with" and "*Id.*") | Google (Cramer Decl. ¶ 3) | |
| Defendants' Opposition | Page 6, line 27 (between "developers identified in the motions—" and " —were produced") | Google (Cramer Decl. ¶ 4) | |
| Defendants' Opposition | Page 7, lines 4-5 (between "focused questioning," and ", at his deposition nine months ago.") | Google (Cramer Decl. ¶ 5) | |
| Defendants' Opposition | Page 7, line 8 (between "developers,' including" and "'to stop them from'") | Google (Cramer Decl. ¶ 6) | |
| Defendants' Opposition | Page 7, lines 20-22 (between start of sentence and "and Google employee"; between "testified that Google and" and "never entered"; between "an agreement that" and "would not open"; and between "Ex. D" and "Dep.") | Google (Cramer Decl. ¶ 7) | |
| Defendants' Opposition | Page 10, line 24 (between "amendments mention," and ", but they also") | Google (Cramer Decl. ¶ 8) | |

| Item | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Ex. C to Pomerantz Decl. (M. Marchak Dep. Tr.) | Page 382:24 (between "recollection" and end of line) | Google (Cramer Decl. ¶ 9) | |
| Ex. C to Pomerantz Decl. (M. Marchak Dep. Tr.) | Page 383:1-6 (between start of page and "I don't"; and between "more details" and "We'll get") | Google (Cramer Decl. ¶ 10) | |
| Ex. C to Pomerantz Decl. (M. Marchak Dep. Tr.) | Page 384:12-14 (between "not only" and "considered their own") | Google (Cramer Decl. ¶ 11) | |

Dated: _____, 2022

_____
Honorable James Donato
United States District Judge
Northern District of California