# EXHIBIT D

Page 1

```
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Case No. 3:21-md-02981-JD
---------------------------------x
IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION
THIS DOCUMENT RELATES TO:
Epic Games Inc. v. Google LLC, et al.,
Case No: 3:20-cv-05671-JD
In re Google Play Consumer
Antitrust Litigation,
Case No: 3:20-cv-05761-JD
In re Google Play Developer
Litigation,
Case No: 3:20-cv-05792-JD
State of Utah, et al.,
v. Google LLC, et al.,
Case No: 3:21-cv-05227-JD
Match Group, LLC, et al.,
v. Google LLC, et al.,
Case No. 3:22-cv-02746-JD
---------------------------------x
              September 22, 2022
              9:07 a.m.

  ** H I G H L Y   C O N F I D E N T I A L **
      Videotaped Deposition of ARMIN ZERZA,
taken by Plaintiffs, pursuant to Notice,
held via Zoom videoconference, before Todd
DeSimone, a Registered Professional
Reporter and Notary Public.
```

Page 222

ZERZA - HIGHLY CONFIDENTIAL

A. Uh-huh.

Q. And that's the other aspect to this parity requirement that we saw in the board presentation; isn't that true?

A. That's correct.

Q. Do you see anything in this that requires that there be price parity across platforms?

A. No, and I mentioned that before, we are not required to have business model parity nor are we -- nor are we prohibited from launching our own store on any other stores. It is very clear.

Q. Is there anything in this provision that says that ABK can't launch its games on other Android app stores?

A. No, we discussed it before, and we can even launch it in our own store if we want to do that.

Q. In the end, ABK chose the Google deal because it was the more competitive deal for ABK; isn't that true?

A. That is correct. It had better -- it had better economics and

Page 223

1      ZERZA - HIGHLY CONFIDENTIAL
2    better terms over the competitive deal at
3    hand.
4         Q.    Let's go back to the easier to
5    read board presentation, Exhibit 1979.
6         A.    Okay, thank you.
7         Q.    In 1979, let's take a look
8    again at page 4, which is the Google Deal
9    Term Summary.
10        A.    Page 4, I'm there, yes.
11        Q.    So as we just -- as you were
12   just explaining, there is no financial
13   commitment for ABK for Google Play,
14   correct?
15        A.    That is correct.
16        Q.    And there is no exclusivity
17   commitment for Google either?
18        A.    Not at all.
19        Q.    And I think -- let's go to page
20   3, the previous page.
21        A.    Sure.  Yeah, I'm there.
22        Q.    So this page discussing the
23   strategic rationale, this was, actually
24   because of the redactions, without the
25   redactions, this was discussing two

```
                                              Page 236
 1         ZERZA - HIGHLY CONFIDENTIAL
 2         Q.      Take a look at page 2 and let
 3    me know when you're there.
 4         A.      I'm there.
 5         Q.      The title of this slide is
 6    Project Boston Context, correct?
 7         A.      That is correct.
 8         Q.      Under the first bullet point it
 9    has a number 2.  Do you see that?
10         A.      I do see that, yes.
11         Q.      And number 2 states
12    "Development of a direct-to-consumer mobile
13    distribution platform that bypass existing
14    storefronts (e.g. Google Play, IOS
15    AppStore) with two approaches to the
16    store," correct?
17         A.      That is correct, yes.
18         Q.      By "bypass existing
19    storefronts," that meant offer apps to
20    users without going through Google Play; is
21    that correct?
22         A.      That is correct.
23         Q.      If you could take a look at
24    page 3.
25         A.      I'm there, yes.
```

Page 237

1     ZERZA - HIGHLY CONFIDENTIAL
2        Q.    On the Path 2, build your own
3     mobile store part of page, excuse me, of
4     slide 3, there are two variations on that
5     approach; isn't that true?
6        A.    That is true, yes.
7        Q.    Under one approach the store
8     would have only ABK apps, correct?
9        A.    That is correct.
10       Q.    And on the other ABK would open
11    its app store for Android users up to other
12    third parties, correct?
13       A.    That is correct.
14       Q.    To date, Activision hasn't
15    launched such a store, correct?
16       A.    That is correct.
17       Q.    You testified earlier that the
18    reason why Activision hadn't launched such
19    a store is because the financials weren't
20    good enough, correct?
21       A.    That is correct.
22       Q.    Is that because there would be
23    costs associated with launching your own
24    store?
25       A.    Yes, there would be development

Page 238

1  ZERZA - HIGHLY CONFIDENTIAL
2  costs, there would be marketing costs, and
3  many other costs.
4       Q.    Would there also be risks that
5  the store would be a failure?
6       A.    100 percent.
7       Q.    Are those risks part of what
8  Activision considered in deciding not to
9  launch its own app store?
10      A.    Of course, yes.  There is a
11 wide range of outcomes of a store like
12 this, and, you know, ultimately the size of
13 the price relative to the investment didn't
14 stack up with that opportunity cost.
15            And the opportunity cost
16 concept is also very important here.  You
17 know, as I mentioned, we are a
18 multi-billion-dollar company.  For us it is
19 important that returns of any of our
20 projects are in the multi-billion or at
21 least multi-hundred-million-dollar range.
22 So we prioritize our results, and it is my
23 job as CFO, we prioritize our investments
24 against the biggest opportunities.
25            So in this case we prioritized,

Page 264

ZERZA - HIGHLY CONFIDENTIAL

in this context. You need to ask Mr. Sweeney. I have no idea.

Q. Can you translate it to English for us?

A. I'm not sure -- I'm not sure -- I'm not sure I have a good translation for you, frankly. I'm thinking about it. Not really. I don't really have a good translation for it.

Q. Earlier Mr. Kwun asked you if you entered into a deal with Google that accomplished your objectives, and you said yes, correct?

A. The specific question was whether it meets, you know, the deal met our financial thresholds, you know, and I did say to you before that, you know, when we do deals as a multi-billion-dollar company we are prioritizing deals that are multi-billion-dollar or multi-hundred-million-dollar deals, and what I said to Mr. Kwun was correct because it was a deal that created multi-hundred-million dollars of value for

1    ZERZA - HIGHLY CONFIDENTIAL
2    us across multiple ecosystems, between us
3    and Google, that's why the deal -- that's
4    why the board approved the deal.
5              MR. EARNHARDT:  I have no
6    further questions at this time.
7              MR. KWUN:  Nor do I.
8              MR. AMATO:  We will reserve our
9    right to review the transcript, and thank
10   you for being courteous with the time here.
11             THE VIDEOGRAPHER:  If everyone
12   agrees, we are off the record at 3:38 p.m.
13   Pacific time.  This concludes today's
14   testimony.  Thank you everyone.  Have a
15   good night.
16
17             [TIME NOTED:  3:38 p.m.]
18
19
20
21
22
23
24
25