| | |
|---|---|
| Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-7500 | Douglas J. Dixon (SBN 275389) <br> ddixon@hueston.com <br> **HUESTON HENNIGAN LLP** <br> 620 Newport Center Drive, Suite 1300 <br> Newport Beach, CA 92660 <br> Telephone: (949) 229-8640 |
| Christine A. Varney (*pro hac vice*) <br> cvarney@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Telephone: (212) 474-1000 | *Counsel for Plaintiffs Match Group, LLC, et al.* |

*Counsel for Plaintiff Epic Games, Inc.*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD <br><br> *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD <br><br> **DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF EPIC GAMES, INC.'S AND MATCH GROUP ET AL.'S REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINTS** <br><br> Date: Nov. 17, 2022 at 10:00 am <br> Courtroom: 11, 19th Floor <br> Judge: Hon. James Donato |

I, Michael J. Zaken, declare as follows:

1.  I am Of Counsel at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2.  I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3.  Attached hereto as **Exhibit A** is a true and correct copy of the September 23, 2022 letter from Brian Rocca to Yonatan Even.

4.  Attached hereto as **Exhibit B** is an excerpt of a true and correct copy of the deposition transcript of Google's former employee, Mr. Lawrence Koh, previously Global Head of Games Business Development at Google Play.

5.  Attached hereto as **Exhibit C** is an excerpt of a true and correct copy of the deposition transcript of Google's employee, Ms. Purnima Kochikar, Vice President of Google Play Partnerships.

6.  Attached hereto as **Exhibit D** is an excerpt of a true and correct copy of the deposition transcript of Activision's employee, Mr. Armin Zerza, CFO of Activision.

1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
2 | correct and that I executed this declaration on October 28, 2022 in New York, NY.

*/s/ Michael J. Zaken*
Michael J. Zaken