EXHIBIT D

Page 1

1
2
3    UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF CALIFORNIA
4    SAN FRANCISCO DIVISION
     Case No. 3:21-md-02981-JD
5    ----------------------------------x
     IN RE GOOGLE PLAY STORE
6    ANTITRUST LITIGATION
7    THIS DOCUMENT RELATES TO:
     Epic Games Inc. v. Google LLC, et al.,
8    Case No: 3:20-cv-05671-JD
9    In re Google Play Consumer
     Antitrust Litigation,
10   Case No: 3:20-cv-05761-JD
11   In re Google Play Developer
     Litigation,
12   Case No: 3:20-cv-05792-JD
13   State of Utah, et al.,
     v. Google LLC, et al.,
14   Case No: 3:21-cv-05227-JD
15   Match Group, LLC, et al.,
     v. Google LLC, et al.,
16   Case No. 3:22-cv-02746-JD
     ----------------------------------x
17                 September 22, 2022
                   9:07 a.m.
18
19     ** H I G H L Y   C O N F I D E N T I A L **
20        Videotaped Deposition of ARMIN ZERZA,
21   taken by Plaintiffs, pursuant to Notice,
22   held via Zoom videoconference, before Todd
23   DeSimone, a Registered Professional
24   Reporter and Notary Public.
25

1              ZERZA - HIGHLY CONFIDENTIAL

2         A.      Uh-huh.

3         Q.      And that's the other aspect to

4    this parity requirement that we saw in the

5    board presentation; isn't that true?

6         A.      That's correct.

7         Q.      Do you see anything in this

8    that requires that there be price parity

9    across platforms?

10        A.      No, and I mentioned that

11   before, we are not required to have

12   business model parity nor are we -- nor are

13   we prohibited from launching our own store

14   on any other stores.  It is very clear.

15        Q.      Is there anything in this

16   provision that says that ABK can't launch

17   its games on other Android app stores?

18        A.      No, we discussed it before, and

19   we can even launch it in our own store if

20   we want to do that.

21        Q.      In the end, ABK chose the

22   Google deal because it was the more

23   competitive deal for ABK; isn't that true?

24        A.      That is correct.  It had

25   better -- it had better economics and

```
                         ZERZA - HIGHLY CONFIDENTIAL
 1
 2       better terms over the competitive deal at
 3       hand.
 4            Q.      Let's go back to the easier to
 5       read board presentation, Exhibit 1979.
 6            A.      Okay, thank you.
 7            Q.      In 1979, let's take a look
 8       again at page 4, which is the Google Deal
 9       Term Summary.
10            A.      Page 4, I'm there, yes.
11            Q.      So as we just -- as you were
12       just explaining, there is no financial
13       commitment for ABK for Google Play,
14       correct?
15            A.      That is correct.
16            Q.      And there is no exclusivity
17       commitment for Google either?
18            A.      Not at all.
19            Q.      And I think -- let's go to page
20       3, the previous page.
21            A.      Sure.  Yeah, I'm there.
22            Q.      So this page discussing the
23       strategic rationale, this was, actually
24       because of the redactions, without the
25       redactions, this was discussing two
```

```
 1            ZERZA - HIGHLY CONFIDENTIAL
 2        Q.      Take a look at page 2 and let
 3   me know when you're there.
 4        A.      I'm there.
 5        Q.      The title of this slide is
 6   Project Boston Context, correct?
 7        A.      That is correct.
 8        Q.      Under the first bullet point it
 9   has a number 2.  Do you see that?
10        A.      I do see that, yes.
11        Q.      And number 2 states
12   "Development of a direct-to-consumer mobile
13   distribution platform that bypass existing
14   storefronts (e.g. Google Play, IOS
15   AppStore) with two approaches to the
16   store," correct?
17        A.      That is correct, yes.
18        Q.      By "bypass existing
19   storefronts," that meant offer apps to
20   users without going through Google Play; is
21   that correct?
22        A.      That is correct.
23        Q.      If you could take a look at
24   page 3.
25        A.      I'm there, yes.
```

```
 1          ZERZA - HIGHLY CONFIDENTIAL
 2          Q.       On the Path 2, build your own
 3     mobile store part of page, excuse me, of
 4     slide 3, there are two variations on that
 5     approach; isn't that true?
 6          A.       That is true, yes.
 7          Q.       Under one approach the store
 8     would have only ABK apps, correct?
 9          A.       That is correct.
10          Q.       And on the other ABK would open
11     its app store for Android users up to other
12     third parties, correct?
13          A.       That is correct.
14          Q.       To date, Activision hasn't
15     launched such a store, correct?
16          A.       That is correct.
17          Q.       You testified earlier that the
18     reason why Activision hadn't launched such
19     a store is because the financials weren't
20     good enough, correct?
21          A.       That is correct.
22          Q.       Is that because there would be
23     costs associated with launching your own
24     store?
25          A.       Yes, there would be development
```

Page 238

```
 1          ZERZA - HIGHLY CONFIDENTIAL
 2    costs, there would be marketing costs, and
 3    many other costs.
 4          Q.      Would there also be risks that
 5    the store would be a failure?
 6          A.      100 percent.
 7          Q.      Are those risks part of what
 8    Activision considered in deciding not to
 9    launch its own app store?
10          A.      Of course, yes.  There is a
11    wide range of outcomes of a store like
12    this, and, you know, ultimately the size of
13    the price relative to the investment didn't
14    stack up with that opportunity cost.
15              And the opportunity cost
16    concept is also very important here.  You
17    know, as I mentioned, we are a
18    multi-billion-dollar company.  For us it is
19    important that returns of any of our
20    projects are in the multi-billion or at
21    least multi-hundred-million-dollar range.
22    So we prioritize our results, and it is my
23    job as CFO, we prioritize our investments
24    against the biggest opportunities.
25              So in this case we prioritized,
```

Page 264

1                ZERZA - HIGHLY CONFIDENTIAL

2      in this context.  You need to ask

3      Mr. Sweeney.  I have no idea.

4           Q.      Can you translate it to English

5      for us?

6           A.      I'm not sure -- I'm not sure --

7      I'm not sure I have a good translation for

8      you, frankly.  I'm thinking about it.  Not

9      really.  I don't really have a good

10     translation for it.

11          Q.      Earlier Mr. Kwun asked you if

12     you entered into a deal with Google that

13     accomplished your objectives, and you said

14     yes, correct?

15          A.      The specific question was

16     whether it meets, you know, the deal met

17     our financial thresholds, you know, and I

18     did say to you before that, you know, when

19     we do deals as a multi-billion-dollar

20     company we are prioritizing deals that are

21     multi-billion-dollar or

22     multi-hundred-million-dollar deals, and

23     what I said to Mr. Kwun was correct because

24     it was a deal that created

25     multi-hundred-million dollars of value for

us across multiple ecosystems, between us and Google, that's why the deal -- that's why the board approved the deal.

MR. EARNHARDT: I have no further questions at this time.

MR. KWUN: Nor do I.

MR. AMATO: We will reserve our right to review the transcript, and thank you for being courteous with the time here.

THE VIDEOGRAPHER: If everyone agrees, we are off the record at 3:38 p.m. Pacific time. This concludes today's testimony. Thank you everyone. Have a good night.

[TIME NOTED: 3:38 p.m.]