| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br><br>Jonathan I. Kravis, *pro hac vice*<br>Jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001<br>Telephone: (202) 220-1130<br><br>*Attorneys for Defendants* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, Bar No. 282090<br>kyle.mach@mto.com<br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, Bar No. 293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |

DEFS' MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC. et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RELATING TO DEFENDANTS' ANSWER, DEFENSES, AND COUNTERCLAIMS TO MATCH GROUP'S FIRST AMENDED COMPLAINT**<br><br>Judge James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(c-f), Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. (collectively, "Google") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Relating to Google's Answer, Defenses, and Counterclaims to Match Group's ("Match") First Amended Complaint ("Motion to Seal"). The excerpts at issue in this Motion to Seal are sourced from documents that are designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Protective Order entered by the Court, ECF No. 248. A redacted version of Google's Answer, Defenses, and Counterclaims to Match's First Amended Complaint ("Answer and Counterclaims") has been filed in accordance with the Local Rules.

Subsection (f) of Civil Local Rule 79-5 sets forth procedures that apply when a party seeks to file information designated as confidential by another party. Under subsection (e), the "motion must identify each document or portions thereof for which sealing is sought" and "serve the motion on the Designating Party the same day the motion is filed." Pursuant to subsection (f)(1), the Designating Party has seven days to "file a statement and/or declaration" to establish

why such designated material should be kept under seal pursuant to subsection (c)(1) of Civil Local Rule 79-5.

Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party establishes that the documents are privileged, protectable as a trade secret, or otherwise entitled to protection under the law. A "strong presumption" of access to judicial records applies to dispositive pleadings, and a party seeking to seal those records must show "compelling reasons." *Primus Grp., Inc. v. Inst. for Env't Health, Inc.*, 395 F. Supp. 3d 1243, 1267 (N.D. Cal. 2019) (citations omitted). Compelling reasons justifying the sealing of court records generally exist "when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal quotation marks omitted). However, "[t]he mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." Id.

Google identifies the following portions of its Answer and Counterclaims to the Match Complaint as containing information designated as confidential by another party:

| **Portion Containing Designated Information** | **Designating Party** |
|---|---|
| Introduction to Answer | Match |
| Counterclaim ¶ 31 | Match |
| Counterclaim ¶ 33 | Match |
| Counterclaim ¶ 34 | Match |
| Counterclaim ¶ 38 | Match |

Google takes no position on whether the materials identified in this table are privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

Respectfully submitted,

Dated: December 1, 2022            By:   */s/ Brian Rocca*
                                         Brian C. Rocca

                                         Brian C. Rocca, S.B #221576
                                         brian.rocca@morganlewis.com
                                         Sujal J. Shah, S.B #215230
                                         sujal.shah@morganlewis.com
                                         Michelle Park Chiu, S.B #248421
                                         michelle.chiu@morganlewis.com
                                         Minna Lo Naranjo, S.B #259005
                                         minna.naranjo@morganlewis.com
                                         Rishi P. Satia, S.B #301958
                                         rishi.satia@morganlewis.com
                                         **MORGAN, LEWIS & BOCKIUS LLP**
                                         One Market, Spear Street Tower
                                         San Francisco, CA 94105
                                         Telephone: (415) 442-1000
                                         Facsimile: (415) 422-1001

                                         Richard S. Taffet, *pro hac vice*
                                         richard.taffet@morganlewis.com
                                         **MORGAN, LEWIS & BOCKIUS LLP**
                                         101 Park Avenue
                                         New York, NY 10178
                                         Telephone: (212) 309-6000
                                         Facsimile: (212) 309-6001


                                   By:   */s/ Glenn Pomerantz*
                                         Glenn D. Pomerantz
                                         Glenn D. Pomerantz, Bar No. 112503
                                         glenn.pomerantz@mto.com
                                         Kuruvilla Olasa, Bar No. 281509
                                         kuruvilla.olasa@mto.com
                                         **MUNGER, TOLLES & OLSON LLP**
                                         350 South Grand Avenue, 50th Floor
                                         Los Angeles, CA 90071-3426
                                         Telephone: (213) 683-9100

                                         Kyle W. Mach, Bar No. 282090
                                         kyle.mach@mto.com
                                         Justin P. Raphael, Bar No. 292380
                                         justin.raphael@mto.com
                                         Emily C. Curran-Huberty, Bar No. 293065

| | |
|---|---|
| 1 | emily.curran-huberty@mto.com |
| 2 | **MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, 27th Floor |
| 3 | San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |
| 4 | Jonathan I. Kravis, *pro hac vice* |
| 5 | Jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP** |
| 6 | 601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001 |
| 7 | Telephone: (202) 220-1130 |
| 9 | *Attorneys for Defendants Google LLC, et al.* |

4
DEFS' MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD

**ECF ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: December 1, 2022             By: */s/ Glenn Pomerantz*
                                                                             Glenn Pomerantz