| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, Bar No. 112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, Bar No. 281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, S.B. #248421 | **MUNGER, TOLLES & OLSON LLP** |
| michelle.chiu@morganlewis.com | 350 South Grand Avenue, 50th Floor |
| Minna Lo Naranjo, S.B. #259005 | Los Angeles, CA 90071-3426 |
| minna.naranjo@morganlewis.com | Telephone: (213) 683-9100 |
| Rishi P. Satia, S.B. #301958 | |
| rishi.satia@morganlewis.com | Kyle W. Mach, Bar No. 282090 |
| **MORGAN, LEWIS & BOCKIUS LLP** | kyle.mach@mto.com |
| One Market, Spear Street Tower | Justin P. Raphael, Bar No. 292380 |
| San Francisco, CA 94105 | justin.raphael@mto.com |
| Telephone: (415) 442-1000 | Emily C. Curran-Huberty, Bar No. 293065 |
| | emily.curran-huberty@mto.com |
| Richard S. Taffet, *pro hac vice* | **MUNGER, TOLLES & OLSON LLP** |
| richard.taffet@morganlewis.com | 560 Mission Street, 27th Floor |
| **MORGAN, LEWIS & BOCKIUS LLP** | San Francisco, CA 94105-2907 |
| 101 Park Avenue | Telephone: (415) 512-4000 |
| New York, NY 10178 | |
| Telephone: (212) 309-6000 | |

Jonathan I. Kravis, *pro hac vice*
Jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1130

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC. et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RELATING TO DEFENDANTS' ANSWER, DEFENSES, AND COUNTERCLAIMS TO MATCH GROUP'S FIRST AMENDED COMPLAINT**<br><br>Judge James Donato |

Having considered Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.'s (collectively, "Google") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Relating to Defendants' Answer, Defenses, and Counterclaims to Match Group's ("Match") First Amended Complaint ("Motion to Seal"), and any materials submitted in support or in opposition thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following paragraphs of Defendants' Answer, Defenses, and Counterclaims to Match's Complaint may be filed under seal:

| Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|
| Introduction to Answer | Match | |
| Counterclaim ¶ 31 | Match | |
| Counterclaim ¶ 33 | Match | |

1
[PROPOSED] ORDER GRANTING DEFS.' MOT. TO CONSIDER
Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD

| Counterclaim ¶ 34 | Match | |
| Counterclaim ¶ 38 | Match | |

Dated: _____, 2022

_____
Honorable James Donato
United States District Judge
Northern District of California