HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640

HUESTON HENNIGAN LLP
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Christine Woodin, State Bar No. 295023
cwoodin@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
Karen Ding
kding@hueston.com
Tate Harshbarger
tharshbarger@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC, et al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RELATING TO DEFENDANTS' ANSWER, DEFENSES, AND COUNTERCLAIMS TO MATCH GROUP, LLC ET AL.'S FIRST AMENDED COMPLAINT [MDL DOCKET NO. 388]**<br><br>Judge James Donato |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
USDC Case Nos. 3:21-md-02981-JD and 3:22-cv-02746-JD

6303771

1   Having considered Defendants Google LLC, Google Ireland Limited, Google Commerce
2   Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.'s (collectively, "Google's")
3   Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Relating to
4   Defendants' Answer, Defenses, and Counterclaims to Match Group, LLC; Humor Rainbow, Inc.;
5   PlentyofFish Media ULC; and People Media, Inc.'s ("Match Plaintiffs'") First Amended Complaint
6   ("Motion to Seal," MDL Dkt. 388), the Declaration of Adrian Ong in Response to Defendants'
7   Administrative Motion ("Ong Decl."), and any materials submitted in support or in opposition
8   thereto, pursuant to Local Rules 7-11 and 79-5;

9   **IT IS HEREBY ORDERED:**

10  The following paragraphs of Defendants' Answer, Defenses, and Counterclaims to Match's
11  First Amended Complaint (MDL Dkt. 388-1) may be filed under seal:

| Portion Containing Designated Information | Designating Party | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|
| Intro. to Answer | Match Plaintiffs | The information in this paragraph includes Match Plaintiffs' assessment of the future value of subscriptions on a particular platform, which Match Plaintiffs consider confidential and proprietary business information and which would give Match Plaintiffs' competitors insights into potential vulnerabilities within Match Plaintiffs' services. (Ong Decl. at 3.) | |
| ¶ 31 | Match Plaintiffs | The information in this paragraph includes detailed figures on the spending patterns of Match Plaintiffs' users, which Match Plaintiffs consider confidential and proprietary business information and which would place Match Plaintiffs at a competitive disadvantage if revealed. (Ong Decl. at 4.) | |

| Portion Containing Designated Information | Designating Party | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|
| ¶ 33 | Match Plaintiffs | The information in this paragraph includes detailed figures on the spending patterns of Match Plaintiffs' users, which Match Plaintiffs consider confidential and proprietary business information and which would place Match Plaintiffs at a competitive disadvantage if revealed. (Ong Decl. at 4.) | |
| ¶ 34 | Match Plaintiffs | The information in this paragraph includes the monthly active users (MAUs) on particular platforms for particular brands as well as other detailed information on Match Plaintiffs' users, which Match Plaintiffs consider confidential and proprietary business information and which would give Match Plaintiffs' competitors unfair insights into the business. (Ong Decl. at 5.) | |
| ¶ 38 | Match Plaintiffs | The information in this paragraph includes Match Plaintiffs' assessment of the future value of subscriptions on a particular platform, which Match Plaintiffs consider confidential and proprietary business information and which would give Match Plaintiffs' competitors insights into potential vulnerabilities within Match Plaintiffs' services. (Ong Decl. at 5–6.) | |

Dated: _____, 2022

                                        Honorable James Donato
                                        United States District Court
                                        Northern District of California