# EXHIBIT A
# TO POMERANTZ DECLARATION

|  |  |
|---|---|
| **From:** | "Kressin, Brandon" <bkressin@paulweiss.com> |
| **To:** | "bchristensen1@agutah.gov" <bchristensen1@agutah.gov> |
| **Cc:** | "Kanter, Jonathan S" <jkanter@paulweiss.com>, "dsonnenreich@agutah.gov" <dsonnenreich@agutah.gov>, "Kressin, Brandon" <bkressin@paulweiss.com> |
| **Subject:** | RE: Match PPT Presentation |
| **Date:** | Fri, 21 Feb 2020 19:03:41 -0500 |
| **Importance:** | Normal |
| **Attachments:** | HIGHLY_CONFIDENTIAL_-_Apple's_and_Google's_Abuse_of_In-App_Billing.pdf |

Brian:

Attached is a PDF version of the presentation. Please note that we have marked the document HIGHLY CONFIDENTIAL and are submitting pursuant to our Confidentiality Agreement. Please let me know if you have any questions or any difficulties accessing the file.

Thanks,

Brandon
**Brandon Kressin** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7309 (Direct Phone) | +1 913 593 5979 (Cell)
bkressin@paulweiss.com | www.paulweiss.com

**From:** Brian Christensen <bchristensen1@agutah.gov>
**Sent:** Friday, February 21, 2020 12:35 PM
**To:** Kanter, Jonathan S <jkanter@paulweiss.com>
**Cc:** David Sonnenreich <dsonnenreich@agutah.gov>
**Subject:** Match PPT Presentation

Jonathan:

Thanks very much for your presentation today. We in Utah would very much like a copy of your updated PowerPoint presentation shown today. Is Match willing to send that to us, pursuant to our attached confidentiality agreement?

Hope you are well, good to hear from you today.

Best regards,

Brian

Brian M. Christensen, CIPP/US
Assistant Attorney General, Antitrust Section
Utah Office of the Attorney General
160 East 300 South, 5th Floor
Salt Lake City UT 84114
(801) 366-0299


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received

this communication in error, please erase all copies of the message and its attachments and notify us immediately.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

STATEAGS_0057438

MATCH GROUP



# Apple's and Google's Abuse of In-App Billing

CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

STATEAGS_0057439

MATCH GROUP

# AGENDA

**❶ Introduction to Match**

**❷ Apple's & Google's IAP Policies**

**❸ Legal Standards**

Section 1 Tying

Section 2 Monopolization/Monopoly Maintenance

**❹ Legal Application**

Apple
Google

CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                      STATEAGS_0057440