# EXHIBIT C
## TO POMERANTZ DECLARATION

HIGHLY CONFIDENTIAL

Page 359

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4   ----------------------------------------------x
 5   IN RE GOOGLE PLAY STORE        Case No.
     ANTITRUST LITIGATION           3:21-md-02981-JD
 6
 7   THIS DOCUMENT RELATES TO:
 8   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al.,
     v. Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
16   ----------------------------------------------x
17     *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                   MICHAEL MARCHAK
21             Thursday, January 13, 2022
22              Volume 2 (Pages 359-528)
23
24   Reported By: Lynne Ledanois, CSR 6811
25
```

Page 382

1      A    Or a propensity or something
2  like that.  But I look at it all
3  developers have the capability to go
4  it alone on Android.
5      Q    But these were, as you say,
6  some propensity to actually go through
7  with it?
8          MS. CHIU:  Object to form.
9          THE WITNESS:  Something like
10    that where they've invested
11    already or had some
12    characteristics that aligned with
13    that.
14 BY MR. EVEN:
15     Q    Do you recall that some of
16 these developers in fact suggested
17 that they would go it alone and open
18 their own distribution channel?
19     A    I recall that one of the
20 developers on that -- that was on the
21 left highlighted had considered that.
22     Q    And which developer is that?
23     A    I believe it was -- my
24 recollection is Riot Games.
25     Q    Do you remember that

Page 383

1  Activision Blizzard suggested that it
2  may open its own store to distribute
3  its own games?
4      A    I don't recall the details
5  on that.  I recall more details on
6  Riot.
7      Q    We'll get there.
8           By the way, do you recall
9  who this presentation was presented
10 to?
11     A    I don't.
12     Q    Do you understand this
13 presentation was intended to include a
14 proposal about the contents of GVP 2.0
15 that would go to the business counsel?
16          MS. CHIU:  Object to form.
17          THE WITNESS:  I don't.  I'm
18     not sure.  I haven't gotten to the
19     slides on any of the V2 stuff, so
20     I don't recall.
21 BY MR. EVEN:
22     Q    Was GVP 2.0 presented to the
23 business counsel?
24     A    Yes.
25     Q    Was GVP 2.0 approved by the

Page 384

```
 1    business counsel?
 2         A     Yes.
 3         Q     Would you go to the page
 4    ending in 6701?
 5         A     Okay.
 6         Q     And do you see there on the
 7    left-hand side, a blue rubric saying
 8    "Pre-GVP:  Considered own distribution
 9    and/or payment platforms"?
10         A     I do.
11         Q     And do you see that based on
12    this slide, not only Riot but also
13    Tencent and Activision Blizzard King
14    pre-GVP considered their own
15    distribution and/or payment platforms?
16               MS. CHIU:  Object to form.
17               THE WITNESS:  That seems to
18       be what the slide indicates.
19    BY MR. EVEN:
20         Q     Do you have any reason to
21    doubt that Mr. -- what Mr. Gambhir is
22    presenting here?
23         A     I don't.
24         Q     If you go to 6705.
25               Do you see that here the
```