Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872 Telephone: 801-366-0260

*Counsel for Utah and the Plaintiff States*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower San Francisco, CA 94105-1596 Telephone: (415) 442-1000

Glenn D. Pomerantz (SBN 97802)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor Los Angeles, California 90071-3426 Telephone: (213) 683-9100

*Counsel for Defendants Google LLC et al.*

Douglas J. Dixon (SBN 275389) ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300 Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC et al*

[**Additional counsel on signature page**]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT PROPOSED WITNESS LIST FOR EVIDENTIARY HEARING ON CHAT PRESERVATION**<br><br>Judge:  Hon. James Donato |

Pursuant to the Court's order, *see* MDL Dkt. 375, 384, Plaintiffs and the Google Defendants ("Google") respectfully submit this joint proposed witness list for the evidentiary hearing on chat preservation scheduled for January 12, 2023.

**Live Testimony**

| | Witness Name | Calling Party | Testimony Topics |
|---|---|---|---|
| 1. | Genaro Lopez | Google | Use and operation of the electronic chat system, communication tools available to Google employees, applicable and potential alternative retention policies, and guidelines for chat content |
| 2. | Jamie Rosenberg* | Google & Plaintiffs | <u>Google</u>: Use of chats and other communications methods <br> <u>Plaintiffs</u>: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 3. | Lawrence Koh* | Google & Plaintiffs | <u>Google</u>: Use of chats and other communications methods <br> <u>Plaintiffs</u>: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 4. | Tian Lim* | Google & Plaintiffs | <u>Google</u>: Use of chats and other communications methods <br> <u>Plaintiffs</u>: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 5. | Andrew Rope | Google | Document preservation and legal hold implementation details, and details of collection/production in this case |
| 6. | Ronald Schnell | Plaintiffs | Mr. Schnell is an expert who will testify about the evolution of instant messaging applications, including Google Chat, for business enterprises; the features and functionalities of Google Chat; and the ways in which Google could have easily preserved Google Chats for all litigation hold custodians |

*The parties have agreed that only two of the three witnesses designated with a (*) will testify in person at the hearing. In particular, Plaintiffs have requested that Google make Mr. Lim available for the hearing, but his status remains uncertain and so the parties are continuing to confer.

Respectfully submitted,

Dated: January 5, 2023

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Katherine B. Forrest *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*
  Michael J. Zaken *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:  */s/ Lauren A. Moskowitz*
      Lauren A. Moskowitz

      *Counsel for Plaintiff Epic Games, Inc.*


Dated: January 5, 2023

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By:  */s/ Karma M. Giulianelli*
      Karma M. Giulianelli

      *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

2

| | |
|---|---|
| Dated: January 5, 2023 | PRITZKER LEVINE LLP<br>    Elizabeth C. Pritzker<br><br>Respectfully submitted,<br><br>By    /s/ Elizabeth C. PritzkerXX<br>    Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation* |
| Dated: January 5, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>    Brendan P. Glackin<br>    Lauren M. Weinstein<br><br>Respectfully submitted,<br><br>By:    /s/ Brendan P. Glackin<br>    Brendan P. Glackin<br><br>*Counsel for Utah* |
| Dated: January 5, 2023 | HUESTON HENNIGAN LLP<br>    Douglas J. Dixon<br>    Christine Woodin<br>    Joseph A. Reiter<br><br>Respectfully submitted,<br><br>By:    /s/ Douglas J. Dixon<br>    Douglas J. Dixon<br><br>*Counsel for Plaintiffs Match Group, LLC et al.* |

| | | |
|---|---|---|
| Dated: January 5, 2023 | | MORGAN, LEWIS & BOCKIUS LLP |

          Brian C. Rocca
          Sujal J. Shah
          Michelle Park Chiu
          Minna L. Naranjo
          Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
        Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: January 5, 2023     MUNGER, TOLLES & OLSON LLP
          Glenn D. Pomerantz
          Kyle W. Mach
          Kuruvilla Olasa
          Justin P. Raphael
          Emily C. Curran-Huberty
          Jonathan I. Kravis
          Dane P. Shikman
          Nicholas R. Sidney

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
        Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Dane P. Shikman*
Dane P. Shikman