UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | NO. 3:21-md-02981 |
|---|---|

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Assistant Attorney General Jason Epperson, attorney for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

1. David A.F. McCoy is no longer employed at the Office of the Arkansas Attorney General.

2. Jason Epperson has been reassigned this case and will be the attorney of record for the state of Arkansas.

WHEREFORE, the State respectfully moves the Court to issue an order substituting Jason Epperson in place of David A.F. McCoy for the State in this matter.

Dated: January 13, 2023    Respectfully submitted,

FOR THE PLAINTIFF STATE OF ARKANSAS

TIM GRIFFIN, ATTORNEY GENERAL

STATE OF ARKANSAS

By: _____
Jason Epperson
Ark Bar No. 2015083

1

Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas, 72201
(501) 682-6491
Jason.Epperson@ArkansasAG.gov

**CERTIFICATE OF SERVICE**

I, Jason Epperson, hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system

_____

Jason Epperson