**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | NO. 3:21-md-02981 |
|---|---|

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL**

NOW, on this ___ day of _____, 2023, comes on for consideration, the Motion to Substitute Counsel filed by the Plaintiff, State of Arkansas, *ex rel.* Tim Griffin, Attorney General. The Motion to Substitute Counsel, filed on January 13, 2023, is granted. David A.F. McCoy is hereby withdrawn as counsel of record for Plaintiff, and Plaintiff will continue to be represented by Attorney Jason Epperson.

**IT IS SO ORDERED.**                                      _____
                                                                                Hon. J. James Donato

Prepared by:
Jason Epperson
Ark Bar No. 2015083
Assistant Attorney General
Office of Tim Griffin, Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas, 72201
(501) 682-6491
Jason.Epperson@ArkansasAG.gov