| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br><br>*Counsel for the Proposed Consumer Class*<br><br>Paul J. Riehle (SBN 115199)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br><br>*Counsel for Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*<br><br>[Additional counsel appear on signature page] | Brendan P. Glackin (SBN 199643)<br>**OFFICE OF THE UTAH ATTY. GENERAL**<br>160 E 300 S, 5th Floor, PO Box 140872<br>Salt Lake City, UT 84114-0872<br><br>*Counsel for the States*<br><br>Douglas J. Dixon (SBN 275389)<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br><br>*Counsel for Match Group, LLC, et al.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF LODGING**<br><br>Judge: Hon. James Donato |

NOTICE OF LODGING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

Plaintiff Epic Games, Inc., Plaintiffs Match Group LLC, et al., Consumer Plaintiffs, State Attorneys General Plaintiffs, by and through their undersigned counsel, and following a discussion with the Court's clerk, hereby lodge with the Court the following exhibits admitted during the evidentiary hearing held on January 12, 2023 before the Honorable James Donato:

| Exhibit | Description | Bates |
|---|---|---|
| PX-9 | Document titled Play Apps BD Updates: Mar 2021 | GOOG-PLAY-007653956 |
| PX-11 | Chat between Ornella Indonie and Ashish Pimplapure | GOOG-PLAY-007943814 |
| PX-16 | Chat between Jamie Rosenberg and Ashish Pimplapure | GOOG-PLAY-007216709 |
| PX-25 | Chat between Bob Borchers and Jamie Rosenberg | GOOG-PLAY-000087767 |
| PX-31 | Document titled Roundtable Breakfast with Don Harrison | GOOG-PLAY4-003752440 |
| PX-37 | Chat between Jim Kolotouros, Jamie Rosenberg and others | GOOG-PLAY-001974461 |
| PX-67 | Chat between Adrienne McCallister, Supriya Gurjal and others | GOOG-PLAY-009911168 |
| PX-68 | Chat between Susan Wojcicki and Hiroshi Lockheimer | GOOG-PLAY-004455818 |
| PX-92 | Chat between Jonathan Nagao and Jamie Rosenberg | GOOG-PLAY-009992736 |
| PX-96 | Email including Sarah Karam, Mike Marchak and others | GOOG-PLAY-003884433 |
| PX-103 | Chat between Sagar Kamdar and Sameer Samat | GOOG-PLAY-010510815 |
| PX-106 | Chat between Karan Gambhir and Mike Marchak | GOOG-PLAY-003894444 |
| PX-120 | Untitled document | GOOG-PLAY-005029848 |
| DXCH-1 | Google Chat Retention Policy | N/A |
| DXCH-2 | Google Chat Retention FAQs | N/A |

1

NOTICE OF LODGING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| Exhibit | Description | Bates |
|---|---|---|
| DXCH-8 | Chat between Katherine Wood and Jamie Rosenberg | GOOG-PLAY-003683919 |
| DXCH-104 | Example of 1:1 chat | N/A |
| DXCH-105 | Example of group chat | N/A |
| DXCH-106 | Example of threaded room | N/A |
| DXCH-107 | Turning history "on" in a Google Chat | N/A |
| DXCH-108 | Forwarding a Google Chat to email inbox | N/A |

2

NOTICE OF LODGING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | |
|---|---|
| Dated: January 13, 2023 | CRAVATH, SWAINE & MOORE LLP<br>  Christine Varney *(pro hac vice)*<br>  Gary A. Bornstein *(pro hac vice)*<br>  Timothy G. Cameron *(pro hac vice)*<br>  Yonatan Even *(pro hac vice)*<br>  Lauren A. Moskowitz *(pro hac vice)*<br>  Justin C. Clarke *(pro hac vice)*<br>  Michael J. Zaken *(pro hac vice)*<br>  M. Brent Byars *(pro hac vice)* |

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
  Lauren A. Moskowitz

  *Counsel for Plaintiff Epic Games, Inc.*

Dated:  January 13, 2023        BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
  Karma M. Giulianelli

  *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

3

NOTICE OF LODGING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | |
|---|---|
| Dated:  January 13, 2023 | PRITZKER LEVINE LLP<br>    Elizabeth C. Pritzker<br><br>Respectfully submitted,<br><br>By: _/s/ Elizabeth C. Pritzker_<br>    Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated:  January 13, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>    Brendan P. Glackin<br>    Lauren Weinstein<br><br>Respectfully submitted,<br><br>By: _/s/ Brendan P. Glackin_<br>    Brendan P. Glackin<br><br>*Counsel for the Plaintiff States* |
| Dated:  January 13, 2023 | HUESTON HENNIGAN LLP<br>    Douglas J. Dixon<br>    Christine Woodin<br>    Joseph A. Reiter<br><br>Respectfully submitted,<br><br>By: _/s/ Douglas J. Dixon_<br>    Douglas J. Dixon<br><br>*Counsel for Plaintiffs Match Group, LLC et al.* |

4

NOTICE OF LODGING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

## E-FILING ATTESTATION

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

5

NOTICE OF LODGING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD