**PX-96**

Message

| | |
|---|---|
| **From:** | Sarah Karam [skaram@google.com] |
| **Sent:** | 12/12/2020 12:02:35 AM |
| **To:** | Mike Marchak [marchak@google.com] |
| **CC:** | Olivia Salva [osalva@google.com]; Purnima Kochikar [kochikar@google.com]; Danielle Stein [daniellestein@google.com] |
| **Subject:** | Re: Input required for PEX review for Books and Comics Accelerator Program - (AP20-070) |

Thank you for the update! Makes sense to me. Re: Amazon, Danielle and I chatted over ping and we'll strive to prep an update for Sameer in Jan once we've re-engaged with them.

On Fri, Dec 11, 2020 at 3:45 PM Mike Marchak <marchak@google.com> wrote:
> The only thing I'd add is that Sameer was OK with the idea of this also being included in an Amazon conversation, but that he'd like to understand the entire Amazon deal <u>before</u> we actually brought this to them.
>
> On Fri, Dec 11, 2020 at 3:17 PM Olivia Salva <osalva@google.com> wrote:
>> +Sarah Karam  fyi
>>
>> hi Purnima,
>>
>> We reviewed the BCAP proposal at PEX this morning. Here are the notes from the meeting.
>>
>> Decisions
>> • Go ahead to test the idea of a BCAP-like proposal (15% rev share + economic benefits) to Kobo together with any other partnership being considered by Product.
>> • Hold off program rollout to other books apps to ensure that program is not drastically different from what we end up offering to Kobo. See how Kobo discussions can help shape the program.
>> • Given there are a few HC asks to support BCAP, also evaluate against headcount granted for next year.
>>
>> Next Steps
>> • Kobo meeting on Monday % Scott to gauge interest on economic benefits. Proper proposal to come in Jan (date TB).
>> • Checking with Rakuten BDM if there are other Rakuten JP books properties that have urgency and should be considered.
>> • Re-visit BCAP proposal at the end of January.
>>
>> @Danielle and @Mike - please add anything I may have missed.
>>
>> Thanks,
>> Olivia
>>
>> Olivia Salva | Google Play Apps and Games | osalva@google.com | +917-410-0013
>>
>> On Tue, Dec 8, 2020 at 9:37 PM Mike Marchak <marchak@google.com> wrote:
>>> Purnima -
>>> Sharing my comments here for your visibility

CONFIDENTIAL

GOOG-PLAY-003884433

**Pros:**
- Potential to bring non-compliant apps onto GPB
- Consistency with LRAP/ADAP
- Incentivizes Android investment
- Positive implications for billing policy clarification

**Cons:**
- Promotion / Bounty program complexity will likely require more resources to execute for a large number of partners
  - Recommend limiting to small # of partners, or to simplify and make standard (no negotiations)
- Uncertain how many non-compliant apps will adopt GPB without significant promotion / bounty incentives. Recommend initial wave of outreach with small set of partners to test efficacy.

On Fri, Dec 4, 2020 at 5:04 PM Mike Marchak <marchak@google.com> wrote:
P -
I'm happy to fill this out if you'd like. My POV is supportive, but I'm concerned that the promos part will add overhead that we have limited staffing for across BD, PCO, finance and accounting. I'm basing that off the experience between LRAP vs AVP complexity. So I'm a fan of limiting promos to only the top devs, or making them very standard (take it or leave type things).

On Fri, Dec 4, 2020 at 4:23 PM Olivia Salva <osalva@google.com> wrote:
hi Purnima,

We are scheduled for PEX on 12/11 and are collecting all the XFN (including BD) feedback into the form so we can send out as pre-read to the attendees. Since we met last Monday, the working group has fleshed out the details of the promo incentives and finance has come back with a view on P&L impact so you will see that on the form as well as in the proposal deck.

There is a small text box at the bottom of the form that looks like below. Are you still the right person to fill this out? Let us know if you prefer to delegate this task to Mike. You have a conflict on 12/11 and Mike is planning to attend on your behalf.

| Sales / BD | Pros: |
|---|---|
| kochikar | Cons: |

Thanks,
Olivia

Olivia Salva | Google Play Apps and Games | osalva@google.com | +917-410-0013

On Wed, Nov 4, 2020 at 10:39 PM go/getapproval <rmc-eng@prod.google.com> wrote:
A new deal (AP20-070 - Books and Comics Accelerator Program) has been submitted for PEX review on 2020-12-10 by osalva.

In order for this deal to be confirmed for the agenda, your input is required. You may enter your comments directly into the deal summary document (see link below). If you have any questions, please contact Risk Management & Compliance via go/rmchelp.

Open Summary Document

- **Partner Name:** Books and Comics Accelerator Program
- **Product(s):** Play - Other
- **Representatives:** osalva, osalva, daniellestein
- **Reason for Escalation:** Program Review
- **Region(s):** GLOBAL

*Please DO NOT EDIT document sharing settings. See go/gadocaccess.*

Date of request: 2020-11-04 10:38PM PST


--

Mike Marchak | Google




--

Mike Marchak | Google




--

Mike Marchak | Google




--

Sarah Karam | Global Head, Play & Android Apps BD | skaram@google.com | (650) 283-9028

CONFIDENTIAL

GOOG-PLAY-003884436