# DXCH-8

Message

From:       Katherine Wood (formerly Ely) [katherinee@google.com]
Sent:       8/13/2020 4:23:53 PM
To:         Jamie Rosenberg [jamiero@google.com]

- **Katherine Wood (formerly Ely),** 2020-08-13 09:23:53

morning. Lorraine added a mtg. to your calendar at 11:30am - BlueChip + Android Share. It&#39;s over the last half of Android Auto Monthly. Can you step our of Auto?

- **Katherine Wood (formerly Ely),** 2020-08-13 09:23:58

out

- **Jamie Rosenberg,** 2020-08-13 09:25:17

hi, I saw that... am thinking about which one to prioritize. I&#39;m not essential in the Lorraine mtg, but I also can probably step out halfway through the Auto mtg

- **Katherine Wood (formerly Ely),** 2020-08-13 09:25:37

ok

- **Jamie Rosenberg,** 2020-08-13 09:27:37

BTW, I ran out of time with Christian Stainger in our 8:30 meeting. Would you be able to set up additional time for me with him next week? He&#39;s in Germany, FYI. LMK if you need his contact info. Thx

- **Katherine Wood (formerly Ely),** 2020-08-13 09:27:59

ok, will work to get more time

- **Jamie Rosenberg,** 2020-08-13 09:30:33

thank you

- **Katherine Wood (formerly Ely),** 2020-08-13 09:32:07

the Gleads prep mtgs. can happen this Friday...but not back to back. one at 9am, the other at 11:30am. Are you ok with that?

- **Jamie Rosenberg,** 2020-08-13 09:32:57

yes, that&#39;s fine... if we have flexibility on sequencing it would be great if Android Share can be first... but we can work with any sequencing

- **Katherine Wood (formerly Ely),** 2020-08-13 09:33:14

ok

- **Jamie Rosenberg,** 2020-08-13 10:29:21

FYI, I will drop out of the Auto mtg at 11:30 and join the Lorraine update

- **Katherine Wood (formerly Ely),** 2020-08-13 10:29:33

ok

- **Jamie Rosenberg,** 2020-08-13 10:30:05

Also, note that I&#39;ve blocked my calendar from ~3 p.m. on tomorrow... trying to get out for a few holes of golf if I can keep that protected. : ) Would you be able to move my 1:1 with Samer to earlier in the day and/or early next week? Thanks

- **Jamie Rosenberg,** 2020-08-13 10:30:26

Note that &quot;Samer&quot; is a different person from &quot;Sameer&quot; : )

CONFIDENTIAL                                                                                                        GOOG-PLAY-003683919

- **Katherine Wood (formerly Ely)**, `2020-08-13 10:30:53`

good to note they are different, thank you

- **Katherine Wood (formerly Ely)**, `2020-08-13 10:31:17`

I'll protect that time. My husband is the same way, any chance to play golf. He's playing Baylands tomorrow afternoon.

- **Jamie Rosenberg**, `2020-08-13 10:32:09`

I'm going to play Shoreline -- as many holes as I can get in with a 4 p.m. tee time.

- **Katherine Wood (formerly Ely)**, `2020-08-13 10:32:25`

sounds like fun!

- **Jamie Rosenberg**, `2020-08-13 10:32:47`

One more thing: There's an external exec meeting with Facebook happening next week. Hiroshi would like me to join. Can you please coordinate with Tracey to get it on my calendar? Thanks

- **Katherine Wood (formerly Ely)**, `2020-08-13 10:32:55`

you bet

- **Jamie Rosenberg**, `2020-08-13 12:10:30`

Hi, I just noticed something. Our "SODA project review" hour from 1-2 is meant to be a placeholder on the leads' calendars, and then we schedule in topics. It looks like the only topic is Tablets from 1:30 -2, so I think we can open up the 1-1:30 slot for everyone. Would you mean just shortening the "SODA project review" calendar item to 1:30 - 2 p.m. for today only? Thanks

- **Katherine Wood (formerly Ely)**, `2020-08-13 12:10:51`

sg

- **Jamie Rosenberg**, `2020-08-13 12:29:40`

one more thing (and hopefully this is all for today)... could you please add another 30 min for me with Anna for 5 p.m. today? Thx

- **Katherine Wood (formerly Ely)**, `2020-08-13 12:36:04`

yes