# DXCH-104

# Example of "1:1 Chat"

