# DXCH-106

# Example of "Threaded Room"

