# DXCH-108

# Forwarding a Google Chat to Email Inbox

