Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN**<br><br>Judge: Hon. James Donato |

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

1  WHEREAS, on November 28, 2022, the Court entered an Order re Consumer Plaintiffs'
2  Class Certification Motion and Defendants' Motion to Exclude Expert Testimony (ECF No. 330
3  in Case No. 3:20-cv-05761-JD) (the "Class Certification Order");
4  WHEREAS, the Class Certification Order requires the parties to jointly file by January
5  20, 2023, a "proposed plan to give notice to the certified class and an opportunity to opt out."
6  (the "Notice Plan");
7  WHEREAS, Defendants, Consumer Plaintiffs and the State Attorneys General in *State*
8  *of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD have engaged in several
9  discussions concerning a notice plan and Consumer Plaintiffs and the State Attorneys General
10 have provided Defendants with a draft proposed joint notice;
11 WHEREAS, despite this progress, the parties have been unable to resolve certain areas
12 of disagreement as to the proposed Notice Plan, and seek a one-week extension to January 27,
13 2023 to file a Notice Plan.
14 NOW, THEREFORE, IT IS HEREBY STIPULATED and requested that the January 20,
15 2023 deadline to file a Notice Plan should be extended to January 27, 2023.

Dated: January 18, 2023　　　　　　　　**BARTLIT BECK LLP**
　　　　　　　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　　　　　　　**KAPLAN FOX & KILSHEIMER LLP**
　　　　　　　　　　　　　　　　　　　　Hae Sung Nam

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Hae Sung Nam*
　　　　　　　　　　　　　　　　　　　　　　Hae Sung Nam

　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for the Class in In re Google*
　　　　　　　　　　　　　　　　　　　*Play Consumer Antitrust Litigation*

3

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

Dated: January 18, 2023                    PRITZKER LEVINE LLP
                                              Elizabeth C. Pritzker

                                                   Respectfully submitted,

                                           By:    /s/ *Elizabeth C. Pritzker*
                                                       Elizabeth C. Pritzker

                                           *Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*


Dated: January 18, 2023                           MORGAN, LEWIS & BOCKIUS LLP
                                              Brian C. Rocca
                                              Sujal J. Shah
                                              Michelle Park Chiu
                                              Minna L. Naranjo
                                              Rishi P. Satia

                                                   Respectfully submitted,

                                           By:    /s/ *Brian C. Rocca*
                                                       Brian C. Rocca

                                           *Counsel for Defendants Google LLC et al.*


Dated: January 18, 2023                    MUNGER, TOLLES & OLSON LLP
                                              Glenn D. Pomerantz
                                              Kuruvilla Olasa
                                              Emily C. Curran-Huberty
                                              Jonathan I. Kravis
                                              Justin P. Raphael
                                              Kyle W. Mach

                                                   Respectfully submitted,

                                           By:    /s/ *Glenn D. Pomerantz*
                                                       Glenn D. Pomerantz

                                           *Counsel for Defendants Google LLC et al.*

4

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

1
2 **ORDER**
3     Pursuant to the stipulation, it is so Ordered.
4 DATED: _____                    _____
                                             HON. JAMES DONATO
5                                            United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

**E-FILING ATTESTATION**

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                        /s/ *Hae Sung Nam*
                                        Hae Sung Nam

6

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD