# Example of "Group Chat"

