# Example of "Threaded Room"

