Message
_____

**From**:      adriennem@google.com [adriennem@google.com]
**Sent**:      6/18/2020 6:13:55 PM
**To**:        adriennem@google.com; iamsupriya@google.com; jamiero@google.com; hiroshi@google.com;
               thillestad@google.com; kesh@google.com; susannahc@google.com; nickdrake@google.com; kamdar@google.com
**Subject**:   AAAAoaLuCGY-byl4Axy1Ajo

---

- **adriennem@google.com** 2020-06-18T18:13:55.720Z

creating internal chat

- **adriennem@google.com** 2020-06-18T18:14:02.870Z

still having some challenges with presenting

- **adriennem@google.com** 2020-06-18T18:15:05.989Z

looks like they finally got it up

- **iamsupriya@google.com** 2020-06-18T18:17:14.646Z

Samsung US has reduced their marketing of the A71, limiting it to only 4 weeks in July. Mostly, due to the current sentiment in the country.

- **jamiero@google.com** 2020-06-18T18:17:58.330Z

We could choose to bolster, though... if we think AT&T would go bigger behind it

- **iamsupriya@google.com** 2020-06-18T18:18:54.030Z

I'll send you a note with what we've been exploring with them. If AT&T is interested, we should definitely lean in.

- **adriennem@google.com** 2020-06-18T18:20:20.737Z

@Jamie Rosenberg want to ask about personnel move before we move on?

- **jamiero@google.com** 2020-06-18T18:20:52.977Z

Yes, will ask

- **adriennem@google.com** 2020-06-18T18:21:59.640Z

kk

- **jamiero@google.com** 2020-06-18T18:26:16.819Z

We're running late so I'll skip that and we can move into the agenda

- **hiroshi@google.com** 2020-06-18T18:26:41.163Z

I can ask David later

- **adriennem@google.com** 2020-06-18T18:26:44.908Z

sg. will try to make up some time on RCS stuff ☺

- **hiroshi@google.com** 2020-06-18T18:26:49.703Z

He didn't want thaddeus here

- **adriennem@google.com** 2020-06-18T18:26:50.667Z

we'll see...

- **iamsupriya@google.com** 2020-06-18T18:29:59.924Z

Hiroshi, on personnel, I heard Fiona Carter, Brand CMO is moving on as well. Will be good to understand if there are any potential changes to the marketing structure.

CONFIDENTIAL                                                                    GOOG-PLAY-009911168

- **adriennem@google.com** 2020-06-18T18:35:10.493Z

this is mostly about Interconnect

- **jamiero@google.com** 2020-06-18T18:35:54.625Z

Adrienne and I have discussed. I personally think it's OK to leave interconnect out of the agreement. Seems like our product team is pushing for this

- **jamiero@google.com** 2020-06-18T18:36:06.330Z

.... but I think we can take some risk on that and manage it operationally

- **adriennem@google.com** 2020-06-18T18:36:19.211Z

yes, agreed.

- **thillestad@google.com** 2020-06-18T18:36:51.120Z

Termination for lack of alignment on roadmap could be an issue though.

- **kesh@google.com** 2020-06-18T18:42:30.468Z

they always say that, but their actions prove otherwise. the next few slides should highlight why their base of android users are leaving. just poor experience.

- **adriennem@google.com** 2020-06-18T18:51:40.459Z

is Sagar's audio choppy for others?

- **hiroshi@google.com** 2020-06-18T18:51:52.076Z

Sounds OK to me

- **adriennem@google.com** 2020-06-18T18:51:58.244Z

ok, good

- **kesh@google.com** 2020-06-18T18:55:09.736Z

why is this just an issue for att

- **susannahc@google.com** 2020-06-18T18:55:28.961Z

FWIW, iOS -> Samsung is also substantially improved with consolidated restore.

- **hiroshi@google.com** 2020-06-18T18:56:10.320Z

I think Jeff's reasons are bs

- **kesh@google.com** 2020-06-18T18:56:24.787Z

Yes!

- **kesh@google.com** 2020-06-18T18:58:08.881Z

ATT solution has revenue generating items - their rev teams prioritize this stuff

- **kesh@google.com** 2020-06-18T19:09:05.816Z

more revenue generating apps

- **kesh@google.com** 2020-06-18T19:15:02.618Z

see

- **kesh@google.com** 2020-06-18T19:15:07.155Z

RSA is not enough>

- **adriennem@google.com** 2020-06-18T19:19:27.459Z

sorry, Shanna... trying to get to Stadia. have to quickly tee up 5G. @Kesh Patel @Supriya Gujral can talk to and then over to Stadia

CONFIDENTIAL

GOOG-PLAY-009911169

- **adriennem@google.com** 2020-06-18T19:19:45.247Z

@Shanna Preve they've already mentioned Stadia a couple of times... excited about partnering

- **adriennem@google.com** 2020-06-18T19:19:56.909Z

their comment was about Stadia being available beyond Pixel

- **iamsupriya@google.com** 2020-06-18T19:20:56.819Z

5G may be a quick one. I honestly just want to understand where we can partner. Since CES, we've floated 3 different programs and hosted a joint meeting with Samsung but we've landed nowhere.

- **nickdrake@google.com** 2020-06-18T19:32:26.979Z

Would be great to have some Stadia exclusivity for a while for Android. Any differentiation to IOS is going to be very helpful ...

- **iamsupriya@google.com** 2020-06-18T19:32:48.658Z

We've definitely been pushing for it

- **kamdar@google.com** 2020-06-18T19:42:45.544Z

I imagine it must have gotten better once I left

- **kamdar@google.com** 2020-06-18T19:42:55.224Z

What was their feedback on the other issues on experience

- **jamiero@google.com** 2020-06-18T20:08:46.566Z

They agreed to everything on your slides... said it was all brilliant thinking

- **hiroshi@google.com** 2020-06-18T20:12:03.989Z

I do think there's a fundamental "disconnect" or different assumption around share challenges so I think we need to zoom out and understand their perspective too. Why does Jeff think the share is what is it, and what does Jeff think we need to do to address.

- **hiroshi@google.com** 2020-06-18T20:12:31.694Z

I recognize part of this is just convenient for them to brush off because they have revenue goals etc (per Kesh), but there may be even more to it than that.

- **hiroshi@google.com** 2020-06-18T20:12:39.574Z

so we agreed to follow up with those conversations

- **adriennem@google.com** 2020-06-18T20:12:49.417Z

I think it centers around why aren't users coming in asking for Android (vs iPhone)

- **adriennem@google.com** 2020-06-18T20:12:57.887Z

and they're looking for that answer first and foremost

- **kamdar@google.com** 2020-06-18T21:47:55.445Z

i think the best way to do this is like a shopping test

- **kamdar@google.com** 2020-06-18T21:48:03.390Z

can we get 100 people to go to an AT&T store

- **kamdar@google.com** 2020-06-18T21:48:38.739Z

with a specific situation, and we see what happens

- **kamdar@google.com** 2020-06-18T21:49:00.766Z

i believe a lot of this is how much influence the salesperson in the store has on the purchase decision

CONFIDENTIAL

GOOG-PLAY-009911170

- **kamdar@google.com** 2020-06-18T21:49:05.667Z

but i could be wrong

- **hiroshi@google.com** 2020-06-18T21:49:31.192Z

y. also we should see what their android retention rates are relative to others. jeff was focused on the 14 day return period, but what about loyalty to android over time. do they under-index there? that could be an experience thing, a promo thing, or a combination

- **kamdar@google.com** 2020-06-18T21:49:41.009Z

for users that have made up their mind in advance thats a different issue, but we can see at least how much influence AT&T has on the decision making

- **kamdar@google.com** 2020-06-18T21:50:04.069Z

when I go into some of these stores and watch people buying a device I see a few things

- **kamdar@google.com** 2020-06-18T21:50:27.410Z

a) salesperson has an iphone which sometimes gets someone that is unsure of which device to buy onto an iphone

- **kamdar@google.com** 2020-06-18T21:50:40.539Z

b) salesperson is more fluent in iphone than android

- **kamdar@google.com** 2020-06-18T21:50:57.251Z

c) demo of iphone in the store is much nicer coz of less preloads, beauitful demo mode, etc

- **kamdar@google.com** 2020-06-18T21:51:19.246Z

d) the apple booth is just nicer/appealing

- **kamdar@google.com** 2020-06-18T21:54:45.084Z

can we sponsor that type of experiment?

- **kesh@google.com** 2020-06-19T19:15:34.022Z

I agree with Sagar. I will follow up with the training and enablement teams, I believe they have or are doing some of this research. I 100% agree in store is the biggest challenge esp with ATT, it is not an equal playing field e.g reps just push ios, no Android love or support provided by ATT. This combined with poor UX is leading to a much greater decline with ATT vs their peers. I will ping you offline as I get more insight.

GOOG-PLAY-009911171