**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN**<br><br>Judge: Hon. James Donato |

1

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

1  WHEREAS, on November 28, 2022, the Court entered an Order re Consumer Plaintiffs'
2  Class Certification Motion and Defendants' Motion to Exclude Expert Testimony (ECF No. 330
3  in Case No. 3:20-cv-05761-JD) (the "Class Certification Order");

4  WHEREAS, the Class Certification Order requires the parties to jointly file by January
5  20, 2023, a "proposed plan to give notice to the certified class and an opportunity to opt out."
6  (the "Notice Plan");

7  WHEREAS, Defendants, Consumer Plaintiffs and the State Attorneys General in *State
8  of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD have engaged in several
9  discussions concerning a notice plan and Consumer Plaintiffs and the State Attorneys General
10 have provided Defendants with a draft proposed joint notice;

11 WHEREAS, despite this progress, the parties have been unable to resolve certain areas
12 of disagreement as to the proposed Notice Plan, and seek a one-week extension to January 27,
13 2023 to file a Notice Plan.

14 NOW, THEREFORE, IT IS HEREBY STIPULATED and requested that the January 20,
15 2023 deadline to file a Notice Plan should be extended to January 27, 2023.

16 Dated: January 18, 2023                **BARTLIT BECK LLP**
17                                          Karma M. Giulianelli

18                                         **KAPLAN FOX & KILSHEIMER LLP**
19                                          Hae Sung Nam

20                                             Respectfully submitted,

21                                         By:   /s/ *Hae Sung Nam*
                                                 Hae Sung Nam
22
23                                         *Co-Lead Counsel for the Class in In re Google
                                           Play Consumer Antitrust Litigation*
24

25 Dated: January 18, 2023                 PRITZKER LEVINE LLP
                                           Elizabeth C. Pritzker
26
27                                             Respectfully submitted,

28

2

By:    /s/ *Elizabeth C. Pritzker*
         Elizabeth C. Pritzker

*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated: January 18, 2023     MORGAN, LEWIS & BOCKIUS LLP
  Brian C. Rocca
  Sujal J. Shah
  Michelle Park Chiu
  Minna L. Naranjo
  Rishi P. Satia

Respectfully submitted,

By:    /s/ *Brian C. Rocca*
         Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: January 18, 2023     MUNGER, TOLLES & OLSON LLP
  Glenn D. Pomerantz
  Kuruvilla Olasa
  Emily C. Curran-Huberty
  Jonathan I. Kravis
  Justin P. Raphael
  Kyle W. Mach

Respectfully submitted,

By:    /s/ *Glenn D. Pomerantz*
         Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**ORDER**

Pursuant to the stipulation, it is so ordered.

DATED: 1/19/2023

                                        HON. JAMES DONATO
                                        United States District Judge

3

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD