| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Telephone: (415) 591-7500 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*<br><br>[Additional counsel appear on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>        Defendants.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>        Counterclaimants,<br><br>        v.<br><br>EPIC GAMES, INC., a Maryland Corporation,<br><br>        Counter-defendant.<br><br>THIS DOCUMENT RELATES TO:<br>*In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981-JD | Case No. 3:20-cv-05671-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Hon. James Donato |

1 | TO THE CLERK AND ALL PARTIES OF RECORD: Please take notice that the
2 | undersigned requests that Katherine B. Forrest be withdrawn as counsel of record for Epic Games, Inc.
3 | ("Epic") in the above-captioned action. Epic will continue to be represented by other counsel of record
4 | in this action.

NOTICE OF WITHDRAWAL OF APPEARANCE    1    Case No. 3:20-cv-05671-JD

| | |
|---|---|
| Dated: January 20, 2023 | Respectfully submitted,<br><br>By */s/ M. Brent Byars*<br>    M. Brent Byars<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>Paul J. Riehle<br>paul.riehle@faegredrinker.com<br><br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Timothy G. Cameron (*pro hac vice*)<br>tcameron@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Justin C. Clarke (*pro hac vice*)<br>jcclarke@cravath.com<br>Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com<br><br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |