UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Play Store Antitrust Litigation | Case No. 3:21-md-02981-JD |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff, State of Idaho, hereby gives notice that the Deputy Attorney General Brett T. DeLange, is hereby withdrawn as counsel for Plaintiff, State of Idaho, in the above-captioned matter. The State of Idaho will continue to be represented by Deputy Attorney General Stephanie N. Guyon and Deputy Attorney General John K. Olson, both of whom have previously entered appearances in this matter.

Dated this 20th, day of January, 2023.

RAÚL R. LABRADOR
Attorney General

By:   */s/* Stephanie N. Guyon
**STEPHANIE N. GUYON** (ISB #5989)
Deputy Attorney General
Consumer Protection Division
Idaho Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: 208.334.2400
stephanie.guyon@ag.idaho.gov
Attorneys for Plaintiff, State of Idaho

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 20th, day of January, 2023.

By: <u>/s/ Stephanie N. Guyon</u>
Stephanie N. Guyon