# EXHIBIT A

*In Re Google Play Store Antitrust Litigation*, Case Nos. 3:21-md-02981-JD, 3:20-cv-5761-JD, and 3:21-cv-05227-JD
(District Court for the Northern District of California)

### NOTICE OF PENDENCY OF CERTIFIED CLASS ACTION AND ATTORNEY GENERAL
### *PARENS PATRIAE* CONSUMER LITIGATION

**ATTENTION:**   CONSUMERS WHO MADE PAYMENTS THROUGH THE GOOGLE PLAY STORE

THIS IS A <u>COURT-APPROVED</u> NOTICE AND NOT A SOLICITATION FROM A LAWYER

**Please read this Notice carefully**. You are receiving this Notice because you may have paid for an App through the Google Play Store or paid for in-App digital content (including subscriptions or ad-free versions of Apps) through Google Play Billing (a "Qualifying Purchase"). If you did, for example, pay to download a game or made a purchase inside an App downloaded from the Google Play Store, you may have **important rights** concerning the class action and State Attorney General lawsuits described below.

Private counsel acting on behalf of a certified a class of consumers making a Qualifying Purchase in 17 States or territories (the "Class"), as well as Attorneys General of 39 States (along with the Class, "Plaintiffs"), brought antitrust lawsuits against Google LLC ("Google"). Although the Complaints are not identical, in general, each Complaint alleges that the prices that consumers paid to Google for Apps and in-App digital content were inflated because Google unlawfully acquired and maintained a monopoly in the Android app distribution market through anticompetitive practices in the Google Play Store. Plaintiffs claim Google's conduct caused consumers to pay more for their App or their in-App purchase than they would have paid without that conduct.

You are receiving this Notice because Google's internal records show that you may be a consumer who made a Qualifying Purchase using a Google payments profile billing address located in one or more of the states, territories, or jurisdictions listed below:

**The Certified Class Action**:  On November 28, 2022, the Court **certified** the following Class:

All persons in the following U.S. states and territories:

Alabama, Georgia, Hawaii, Illinois, Kansas, Maine, Michigan, Ohio, Pennsylvania, South Carolina, Wisconsin, Wyoming, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands

who paid for an App through the Google Play Store or paid for in-App digital content (including subscriptions or ad-free versions of Apps) through Google Play Billing on or after August 16, 2016.

**The Attorney General *Parens Patriae* Action**:  Also pending before the Court is a *parens patriae* **consumer action** filed by State Attorneys General, in their *parens patriae*[1]* capacity, on behalf of consumers who made Qualifying Purchases through Google Play Billing on or after August 16, 2016 with a Google payments profile address, at the time of purchase, located in one or more of the following 39 states or districts:

Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Idaho, Indiana, Iowa, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Oklahoma, Oregon, Rhode Island, South Dakota, Tennessee, Texas, Virginia, Vermont, Utah, Washington, West Virginia, and the District of Columbia.

Depending on the "legal address" listed in your Google payments profile when you made a Qualifying Purchase, you may be a member of one or both groups (if, for example, you moved and changed your billing address when you made

---

[1]* "*Parens Patriae*" means that an Attorney General of a State or District may bring a civil action in the name of that State or District on behalf of natural persons residing in that State or District.  Title 15 U.S.C. § 15c.

Qualifying Purchases since August 16, 2016).  If so, your interests will be represented by court-appointed Class Counsel and/or by the State Attorney General in the above-listed state, territory or district where you lived when you made your Qualifying Purchase(s).  You have the right to hire your own lawyer instead at your expense.

If you are either a member of the Class or covered by the Attorney General Action and do nothing, you will remain a member of these actions, and will be bound by all orders, judgments, and decisions of the Court.  If there is an award of money to consumers in either of these actions, you will be notified about further steps, if any, that may be needed to apply for your part of it.

If you **do not** want to remain a member of the Class or covered by the Attorney General Action, Action, or wish to file your own claim against Google, you **must** submit a request to be excluded on or before _____ _____, 2023. To learn more about or to submit a request for exclusion, go to www.XXXXXXXX.com.

An administrator appointed by the Court is sending this Summary Notice.  To view the full Notice approved by the Court, and for more information about the actions, including certain important Court filings, go to www.XXXXXXXX.com or contact the administrator at (800) XXX-XXXX or by email to XXXXX@XXXXXXXXX.

BY ORDER OF THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA