| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) | Brendan P. Glackin (SBN 199643) |
| karma.giulianelli@bartlitbeck.com | bglackin@agutah.gov |
| **BARTLIT BECK LLP** | **OFFICE OF THE UTAH ATTORNEY GENERAL** |
| 1801 Wewatta St., Suite 1200 | 160 E 300 S, 5th Floor |
| Denver, Colorado 80202 | PO Box 140872 |
| Telephone: (303) 592-3100 | Salt Lake City, UT 84114-0872 |
| | Telephone: (801) 366-0260 |
| Hae Sung Nam (*pro hac vice*) | |
| hnam@kaplanfox.com | *Counsel for the Plaintiff States* |
| **KAPLAN FOX & KILSHEIMER LLP** | |
| 850 Third Avenue | Douglas J. Dixon (SBN 275389) |
| New York, NY 10022 | ddixon@hueston.com |
| Telephone: (212) 687-1980 | **HUESTON HENNIGAN LLP** |
| | 620 Newport Center Drive, Suite 1300 |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | Newport Beach, CA 92660 |
| | Telephone: (949) 229-8640 |
| Paul J. Riehle (SBN 115199) | |
| paul.riehle@faegredrinker.com | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | |
| Four Embarcadero Center, 27th Floor | |
| San Francisco, CA 94111 | |
| Telephone: (415) 591-7500 | |
| | |
| Christine A. Varney (*pro hac vice*) | |
| cvarney@cravath.com | |
| **CRAVATH, SWAINE & MOORE LLP** | |
| 825 Eighth Avenue | |
| New York, New York 10019 | |
| Telephone: (212) 474-1000 | |
| | |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S BRIEF IN RESPONSE TO THE COURT'S MINUTE ORDER QUESTIONS REGARDING PRESERVATION OF CHAT MESSAGES**<br><br>Date: January 31, 2023 at 1:30 p.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

I, Michael J. Zaken, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Google's Responses and Objections to Plaintiffs Document Preservation Interrogatories, dated January 14, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a Civil Investigative Demand issued by the United States Department of Justice to Alphabet, Inc. dated October 7, 2019.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY4-007020192-206.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced by Google in this litigation bearing Bates number GOOG-PLAY-010028199.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011126651-652.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-006355148-149.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-005428116-117.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-007213451-458.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from the transcript of the May 12, 2022 deposition of Paul Bankhead in this matter.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from the transcript of the August 31, 2022 deposition of Purnima Kochikar in this matter.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt from the transcript of the February 3, 2022 deposition of James Kolotouros in this matter.

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
2  correct and that I executed this declaration on January 27, 2023 in New York, NY.

*/s/ Michael J. Zaken*
Michael J. Zaken