# Exhibit 1

CONFIDENTIAL

Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, pro hac vice
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

Ian Simmons, pro hac vice
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Marianna Y. Mao, S.B. #318070
marianna.mao@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **DEFENDANTS GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LTD., GOOGLE ASIA PACIFIC PTE. LTD. AND GOOGLE PAYMENT CORP.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' DOCUMENT PRESERVATION INTERROGATORIES** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Judge: Hon. James Donato |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

CONFIDENTIAL

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. (collectively, "Google"), hereby submits the following Responses and Objections ("Responses") to Plaintiffs' Document Preservation Interrogatories ("Interrogatories").

## **GENERAL OBJECTIONS**

The Objections set forth below apply to the Interrogatories and to the Definitions and each individual Interrogatory set forth therein. Unless otherwise stated, these Objections shall have the same force and effect as if set forth in full in response to each Definition and Interrogatory. Any undertaking to search for, or provide information in response to, any Interrogatory remains subject to these Objections.

1.      Google incorporates by reference each and every General Objection set forth below into each and every specific Response. From time to time, a specific Response may repeat a General Objection for emphasis or some other reason. The failure to repeat any General Objection in any specific Response shall not be interpreted as a waiver of any General Objection to that Response.

2.      Any information provided in response to any individual Interrogatory is made without waiver of, and subject to, the General Objections and any additional objections asserted in response to that specific Interrogatory.

3.      Google objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent that they purport to impose burdens or obligations on Google that are broader than, inconsistent with, or not authorized under the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Northern District of California, other applicable rules or law, or any order entered by the Court in, or applicable to, this action

CONFIDENTIAL

("Applicable Rules"). Subject to and without waiving any Objections, in responding to the Interrogatories, Google will construe the Interrogatories in accordance with the Applicable Rules.

4.      Google objects to the Interrogatories to the extent they seek discovery of information subject to an obligation of confidentiality to a third party without prior consent of that third party. Google reserves the right to provide advance notice of production to third parties and, where necessary or advisable, to obtain the consent of such third parties prior to production.

5.       Google objects to the Interrogatories to the extent they seek discovery of information covered by the attorney-client privilege, the work product doctrine, the common interest privilege, or any other applicable privilege, immunity, or restriction on discovery. Any inadvertent disclosure of privileged information by Google in response to the Interrogatories shall not be deemed a waiver of any such privilege, and Google expressly requests that any party that receives any such inadvertently produced privileged information produced by Google immediately return and not make use of the inadvertently produced privileged information.

6.      Google objects generally to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent that they are vague and ambiguous, overly broad, unduly burdensome, lacking in particularity, unreasonable, or seek the discovery of information that is neither relevant to the claims or defenses of any party to the pending action nor proportional to the needs of the case, as well as to the extent that they are unduly burdensome because they impose a significant expense and inconvenience on Google. The Responses provided herein are based on a reasonable search for responsive information. Google reserves the right at any time to revise, correct, add to, clarify, or supplement its Responses.

7.      Google objects generally to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent that they contain inaccurate, incomplete, or misleading

CONFIDENTIAL

descriptions of facts, persons, relationships, and/or events underlying the Action. Google further objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent that they assume the existence of facts that do not exist or the occurrence of events that did not take place. Any Response, production of documents, or provision of information in response to the Interrogatories is not intended to provide, and shall not constitute or be construed as providing an admission that any factual predicate stated in the Interrogatories is accurate.

8.      Google invokes Rule 33(d) of the Federal Rules of Civil Procedure to the extent that information sought in the Interrogatories may be derived or ascertained from documents that Google has produced or anticipates producing in response to Plaintiffs' Requests for Production, or from an examination, audit or inspection of such documents, or that is equally obtainable from public sources or from some other source or through some other means of discovery that is more convenient, less burdensome, or less expensive.

9.      Google objects to the Interrogatories to the extent they call for, or can be interpreted as calling for, Google to make legal conclusions, or to the extent they assume disputed issues or are phrased in such a way as to be lacking foundation, argumentative, prejudicial, or otherwise improper.

10.     Google objects to the Interrogatories to the extent the Interrogatories are not set forth with sufficient particularity and/or contain terms that are insufficiently defined, vague, ambiguous, or unlimited in scope. Google will respond to the Interrogatories based on its understanding of the Interrogatories.

11.     Google objects to the Interrogatories to the extent they seek discovery or information that are not proportional to the needs of the case and/or not relevant to any party's claims or defenses.

12.     Google objects to the Interrogatories to the extent they seek documents or discovery of information not within its possession, custody, or control, or that cannot be found through a reasonable search.

### OBJECTIONS TO DEFINITIONS

13.     Google objects to the Definition of "Custodial Period" as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to collect, search for, and produce documents for that Custodian." Google's obligation to preserve for this litigation began only when it could have reasonably anticipated that documents and files would be the subject of this litigation, i.e., no earlier than the date that Plaintiffs filed their complaints.

14.     Google objects to the Definition of "Data Source" as overly broad, unduly burdensome, vague, and ambiguous, particularly to the extent that it purports to incorporate "any database, server, system, or backup system." Google further objects to this Definition to the extent that it seeks documents that are not in Google's possession, custody, or control and not reasonably accessible by Google without undue burden and/or cost. Google further objects to this Definition to the extent that it purports to impose burdens or obligations on Google that are broader than, inconsistent with, or not authorized under the Federal Rules of Civil Procedure

15.     Google objects to the Definition of "Google", "You" and "Your" as overly broad, unduly burdensome, vague, and ambiguous, particularly to the extent it purports to incorporate legally distinct entities whose documents would not be within Google's possession, custody, or control. Google also objects to the Definition to the extent it seeks to refer to any entity other than Google LLC. Google will respond on behalf of Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. only and not any subsidiary or affiliate of Google, or any other person or entity. Google further objects to

5

this Definition to the extent it purports to seek documents protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

16.     Google objects to the Definition of "Google Chat" as overly broad, unduly burdensome, vague, and ambiguous, particularly to the extent it purports to incorporate "any other type of online chat or instant messaging service for real-time communication over the internet which is in Google's possession, custody, or control and that is used by Google's employees." Google also objects to this Definition to the extent it purports to seek documents that are not relevant and/or are not proportional to the needs of the litigation. Google further objects to this Definition to the extent it seeks documents not reasonably accessible by Google without undue burden and/or cost. Google further objects to this Definition to the extent it purports to seek documents protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

17.     Google objects to the Definition of "Chat Room" as overly broad, unduly burdensome, vague, and ambiguous, particularly to the extent that it seeks chats that are not relevant and/or are not proportional to the needs of the litigation. Google further objects to this Definition to the extent it seeks documents not reasonably accessible by Google without undue burden and/or cost. Google further objects to this Definition to the extent it purports to seek documents protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

18.     Google objects to the Definition of "Text Message" as overly broad, unduly burdensome, vague, and ambiguous. Google further objects to this Definition to the extent that it seeks documents that are not in Google's possession, custody or control and not reasonably accessible by Google without undue burden and/or cost. Google further objects to this Definition

to the extent it purports to seek documents protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

<div align="center">

**SPECIFIC RESPONSES AND OBJECTIONS**

</div>

**INTERROGATORY NO. 1:**

Identify when and to whom Google issued a litigation hold notice in connection with this Case, and, for each such recipient of a litigation hold notice, state the categories of information and data the recipient was instructed to preserve and collect, and the specific actions the recipient was instructed to take to that end.

**RESPONSE TO INTERROGATORY NO. 1:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the undefined term "in connection with." Plaintiffs have no right to discovery of information that is not relevant to a party's claims or defenses, particularly so when "the discovery sought is collateral to the relevant issues (i.e. discovery on discovery)." *See* Fed. R. Civ. P. 26(b)(1); *Perez v. DirecTV Grp. Holdings, LLC*, No. SA CV 16-01440-JLS (DFMX), 2020 WL 5875026, at *2 (C.D. Cal. Aug. 17, 2020); *see also Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020). Google also objects to this Interrogatory as overly broad and unduly burdensome as it requests Google to identify every person who received a legal hold notice in connection in this Case, and when they received it, regardless of whether that individual is an agreed-upon custodian. Accordingly, Google will limit its Response to the legal hold notices issued to agreed-upon custodians in this Case. Google also objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or work product doctrine or is otherwise privileged or protected from discovery. *See, e.g.*, *Fish v. Air & Liquid Sys. Corp.*, No. CV GLR-16-496, 2017 WL

697663, at *6 (D. Md. Feb. 21, 2017) ("[T]he manner in which [a party] and its attorneys conducted discovery (e.g. who was involved and 'all documents concerning same')—'discovery on discovery'—is not an appropriate topic of discovery and numerous courts have disallowed such discovery.").

Subject to and without waiving the foregoing General and Specific Objections, Google responds that it first issued legal hold notices to Custodians for these matters on the dates reflected in Exhibit *A*. With respect to Plaintiffs' request for "the categories of information and data the recipient was instructed to preserve and collect, and the specific actions the recipient was instructed to take to that end," Google is willing to discuss a possible non-waiver agreement with Plaintiffs that would allow all parties to exchange specified legal hold instructions without the risk that another party may claim that such a disclosure waives any privilege or work product protections.

**INTERROGATORY NO. 2:**

Identify when and to whom Google issued a litigation hold notice or document preservation notice in connection with the Civil Investigative Demands served on Google by the United States beginning on January 1, 2019 (e.g., Civil Investigative Demand Nos. 30092, 30120, and 30121); Nebraska on January 17, 2020; and Utah on July 31, 2020, this Case, and, for each such recipient of a litigation hold notice or document preservation notice, state the categories of information and data the recipient was instructed to preserve and collect, and the specific actions the recipient was instructed to take to that end.

**RESPONSE TO INTERROGATORY NO. 2:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google objects to this Interrogatory as irrelevant to the extent it purports to seek information about investigations that are separate and distinct from the current litigation.

8

1   Steps that Google has taken to meet its discovery obligations in *other* matters are irrelevant and

2   thus outside the scope of even potentially discoverable information. Google also objects to this

3   Interrogatory as overbroad, vague, and ambiguous with respect to the undefined term "in

4   connection with." Plaintiffs have no right to discovery of information that is not relevant to a

5   party's claims or defenses, particularly so when "the discovery sought is collateral to the relevant

6   issues (i.e. discovery on discovery)." *See* Fed. R. Civ. P. 26(b)(1); *Perez v. DirecTV Grp.*

7   *Holdings, LLC*, No. SA CV 16-01440-JLS (DFMX), 2020 WL 5875026, at *2 (C.D. Cal. Aug.

8   17, 2020); *see also Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL

9   7779017, at *1 (N.D. Cal. Dec. 31, 2020). Google also objects to this Interrogatory to the extent

10   it purports to seek discovery of information not relevant and disproportionate to the needs of this

11   litigation. Google also objects to this Interrogatory as overly broad and unduly burdensome due

12   to its request to identify every person who received "a legal hold notice or document

13   preservation notice in connection with the Civil Investigative Demands served on Google by the

14   United States beginning on January 1, 2019 (e.g., Civil Investigative Demand Nos. 30092,

15   30120, and 30121); Nebraska on January 17, 2020; and Utah on July 31, 2020, this Case" and

16   when they received it. Google also objects this Interrogatory to the extent that it is duplicative of

17   INTERROGATORY NO. 1, to the extent it is requesting Google "identify when and to whom

18   Google issued a litigation hold notice in connection with … this Case." Google also objects to

19   this Interrogatory to the extent that it seeks information protected by the attorney-client privilege

20   and/or work product doctrine or is otherwise privileged or protected from discovery. *See, e.g.*,

21   *Fish v. Air & Liquid Sys. Corp.*, No. CV GLR-16-496, 2017 WL 697663, at *6 (D. Md. Feb. 21,

22   2017) ("[T]he manner in which [a party] and its attorneys conducted discovery (e.g. who was

23   involved and 'all documents concerning same')—'discovery on discovery'—is not an

24   appropriate topic of discovery and numerous courts have disallowed such discovery.").

25                                                   9

Subject to the foregoing General and Specific Objections, Google will not respond to this Interrogatory.

**INTERROGATORY NO. 3:**

For each Custodian, state whether the Custodian used Google Chat for business purposes during the Custodial Period applicable to the Custodian and Your basis for making that determination.

**RESPONSE TO INTERROGATORY NO. 3:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the undefined terms "business purposes" and "applicable." Plaintiffs have no right to discovery of information that is not relevant to a party's claims or defenses. *See* Fed. R. Civ. P. 26(b)(1); *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020); *AdTrader, Inc. v. Google LLC*, No. 17-cv-07082-BLF (VKD), 2020 WL 5106707, at *2 (N.D. Cal. Aug. 31, 2020). Thus, Google objects to Plaintiffs' use of the undefined term "business purposes" as not relevant, overly broad, ambiguous, and disproportionate to the needs of this litigation, particularly to the extent that it purports to suggest that Google is obligated preserve all documents created for "business purposes" regardless of its subject matter. The Federal Rules of Civil Procedure do not require that a party preserve such a vast scope of documents. Despite Google's objection to the scope of this request, Google will interpret the term "business purposes" to mean "anything related to work," as Plaintiffs' counsel defined the term in the deposition of Tian Lim (Lim Dep. Tr. 448:6-8), including logistical communications. Google further objects to the use of the term "Custodial Period" as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to

10

collect, search for, and produce documents for that Custodian." Despite the fact that Google's

obligation to preserve began only when it could have reasonably anticipated that documents and

files would be the subject of litigation, i.e., no earlier than the date that Plaintiffs filed their

complaints, Google will respond to this request based on Plaintiffs' definition of Custodial

Period. Google also objects to this Interrogatory to the extent that it seeks information protected

by the attorney-client privilege and/or work product doctrine or is otherwise privileged or

protected from discovery. *See, e.g.*, *Fish v. Air & Liquid Sys. Corp.*, No. CV GLR-16-496, 2017

WL 697663, at *6 (D. Md. Feb. 21, 2017) ("[T]he manner in which [a party] and its attorneys

conducted discovery (e.g. who was involved and 'all documents concerning same')—'discovery

on discovery'—is not an appropriate topic of discovery and numerous courts have disallowed

such discovery.").

Subject to and without waiving the foregoing General and Specific Objections and

without conceding that Google had an obligation to preserve all chats used "for business

purposes" regardless of subject matter during Plaintiffs' broadly defined "Custodial Period",

Google responds that after performing a reasonable and diligent investigation, including, but not

limited to, speaking to Custodians, Google determined that all Custodians used Google Chat at

least once for business purposes during their Custodial Period, which includes anything related to

work and/or logistical communications.

**INTERROGATORY NO. 4:**

For each Custodian, state the start and end date, if applicable, of each litigation hold

applicable to the Custodian during the Custodial Period for that Custodian.

**RESPONSE TO INTERROGATORY NO. 4:**

Google incorporates by reference all General Objections into this Interrogatory as if

stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous

with respect to the undefined term "applicable." Plaintiffs have no right to discovery of

information that is not relevant to a party's claims or defenses, particularly so when "the

discovery sought is collateral to the relevant issues (i.e. discovery on discovery)." *See* Fed. R.

Civ. P. 26(b)(1); *Perez v. DirecTV Grp. Holdings, LLC*, No. SA CV 16-01440-JLS (DFMX),

2020 WL 5875026, at *2 (C.D. Cal. Aug. 17, 2020); *see also Epic Games, Inc. v. Apple Inc.*, No.

20-cv-05640-YGR (TSH), 2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020). Google also

objects to this Interrogatory to the extent that it seeks information protected by the attorney-client

privilege and/or work product doctrine or is otherwise privileged or protected from discovery.

*See, e.g.*, *Fish v. Air & Liquid Sys. Corp.*, No. CV GLR-16-496, 2017 WL 697663, at *6 (D. Md.

Feb. 21, 2017) ("[T]he manner in which [a party] and its attorneys conducted discovery (e.g.

who was involved and 'all documents concerning same')—'discovery on discovery'—is not an

appropriate topic of discovery and numerous courts have disallowed such discovery."). Google

also objects to this Interrogatory to the extent that it is duplicative of INTERROGATORY NO. 1

and INTERROGATORY NO. 2. Google also objects to this Interrogatory as irrelevant and

unduly burdensome to the extent it purports to seek information about investigations or

litigations that are separate and distinct from the current litigation. Steps that Google has taken to

meet its discovery obligations in *other* matters are irrelevant and thus outside the scope of even

potentially discoverable information. Accordingly, Google will only provide the start and end

date for each legal hold received by Custodians that are related to this Case.

Subject to and without waiving the foregoing General and Specific Objections, Google

responds that the start and end dates for each legal hold Custodians received in this litigation are

set forth in Exhibit <u>*B*</u>. Google will not provide information about legal holds in other litigation

matters as they are irrelevant.

**INTERROGATORY NO. 5:**

For each Custodian, state whether during the time periods for the Custodian identified in response to Interrogatory No. 4 the Custodian preserved any Google Chats by enabling a history function or turning off an auto-delete function.

**RESPONSE TO INTERROGATORY NO. 5:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the undefined terms "history function" and "auto-delete function." Plaintiffs have no right to discovery of information that is not relevant to a party's claims or defenses. *See* Fed. R. Civ. P. 26(b)(1); *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020); *AdTrader, Inc. v. Google LLC*, No. 17-cv-07082-BLF (VKD), 2020 WL 5106707, at *2 (N.D. Cal. Aug. 31, 2020). Google further objects to this Interrogatory as ambiguous as to time; to the extent the Interrogatory references the term "Custodial Period" from Interrogatory No. 4, Google objects to that term as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to collect, search for, and produce documents for that Custodian." Despite the fact that Google's obligation to preserve began only when it could have reasonably anticipated that documents and files would be the subject of litigation, i.e., no earlier than the date that Plaintiffs filed their complaints, Google will respond to this request based on Plaintiffs' definition of Custodial Period. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the term "any Google Chats" to the extent it seeks discovery of information not relevant to the subject matter of the litigation and disproportionate to the needs of this litigation, particularly to the extent that it purports to suggest that Google is obligated to preserve "any Google Chat"

regardless of whether or not it is relevant to this litigation. The Federal Rules of Civil Procedure do not require that a party preserve such a vast scope of documents.

Subject to and without waiving the foregoing General and Specific Objections and without conceding that Google had an obligation to preserve "any Google Chat" regardless of subject matter during Plaintiffs' broadly defined "Custodial Period", Google responds that Google has no way to systematically track which individual in a Chat turned "history on." A list of Custodians who recall that they have preserved Google Chats by turning "history on" during their Custodial Period is set forth in Exhibit *C*. Google further responds, however, that Google had collected chats from each and every agreed-upon custodian through its standard ESI preservation and collection method, totaling over 127K chats, and that a participant in those chats must have taken the step of turning "history on." In addition, Chats that occur in what are known as Threaded Rooms / Spaces always have "history on," and threads the custodian participated in are preserved indefinitely while a custodian is subject to a legal hold. Chats can also be preserved by other means, such as by copying and pasting the text of the Chat into another document and/or by saving screenshots. Google reiterates that it is willing to discuss a possible non-waiver agreement with Plaintiffs that would allow all parties to exchange specified legal hold instructions without the risk that another party may claim that such a disclosure waives any privilege or work product protections.

**INTERROGATORY NO. 6:**

For each Custodian, state (a) whether the Custodian preserved any Google Chats in any manner during the Custodial Period for that Custodian, (b) whether the Custodian provided such Google Chats to counsel, (c) whether the Custodian provided such Google Chats to in-house counsel or to outside counsel, and (d) the Bates number of any produced Google Chat files.

**RESPONSE TO INTERROGATORY NO. 6:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the term "any Google Chat" to the extent it seeks discovery of information not relevant to the subject matter of the litigation and disproportionate to the needs of this litigation, particularly to the extent that it purports to suggest that Google is obligated to preserve "any Google Chat" regardless of whether it is relevant to this litigation. The Federal Rules of Civil Procedure do not require that a party preserve such a vast scope of documents. Plaintiffs have no right to discovery of information that is not relevant to a party's claims or defenses - particularly so when "the discovery sought is collateral to the relevant issues (i.e. discovery on discovery)." *See* Fed. R. Civ. P. 26(b)(1); *Perez v. DirecTV Grp. Holdings, LLC*, SA CV 16-01440-JLS (DFMX), 2020 WL 5875026, at *2 (C.D. Cal. Aug. 17, 2020); *see also Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH),2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020). Google further objects to the use of the term "Custodial Period" as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to collect, search for, and produce documents for that Custodian." Despite the fact that Google's obligation to preserve began only when it could have reasonably anticipated that documents and files would be the subject of litigation, i.e., no earlier than the date that Plaintiffs filed their complaints, Google will respond to this request based on Plaintiffs' definition of Custodial Period. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the undefined term "any manner." Google also objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or work product doctrine or is otherwise privileged or protected from discovery. *See, e.g.*, *Fish v. Air & Liquid Sys. Corp.*, No. CV GLR-16-496, 2017 WL 697663, at *6 (D. Md. Feb. 21, 2017) ("[T]he manner in which [a

15

party] and its attorneys conducted discovery (e.g. who was involved and 'all documents concerning same')—'discovery on discovery'—is not an appropriate topic of discovery and numerous courts have disallowed such discovery.").

Subject to and without waiving the foregoing General and Specific Objections and without conceding that Google had an obligation to preserve "any Google Chat" regardless of subject matter during Plaintiffs' broadly defined "Custodial Period", Google responds that, as described in response to Interrogatory 5, Google has no way to systematically track which Custodians preserved Chats by turning "history on" or in any other manner, such as by copying and pasting the text of the Chat into another document and/or by saving screenshots. However, Google Chats may be and are preserved by such methods, and Google has, in fact, collected chats from each and every agreed-upon custodian totaling over 127K chats, through its standard ESI preservation and collection methods. With that in mind, Google responds that the list of Custodians who recall that they have preserved at least one Google Chat in any manner, including by turning "history on", during their Custodial Period is set forth in Exhibit *D*.[1] Google further responds that Custodians did not, in most instances, affirmatively "provide" such Google Chats to counsel–either in-house or outside counsel–but such Google Chats were preserved and collected through standard ESI preservation and collection methods. The Bates numbers of produced Google Chats that Google has been able to identify as responsive to Plaintiffs' previously served requests for production are set forth in Exhibit *E*

**INTERROGATORY NO. 7:**

---

[1] For the avoidance of doubt, Google further responds that, as described in response to Interrogatory 5, Chats that occur in what are known as Threaded Rooms / Spaces always have "history on," and threads in Threaded Rooms in which the custodian participated are preserved indefinitely while a custodian is subject to a legal hold; the preservation of such Chats are not captured in Google's response to this Interrogatory.

For each Custodian, state whether any of the Custodian's Google Chat files were destroyed or otherwise deleted (a) on or after August 13, 2020; or (b) while the Custodian was subject to a litigation hold (or any other form of document preservation hold) during the Custodial Period for that Custodian; and if the answer to either (a) or (b) is "yes", whether all the Custodian's Google Chat files were destroyed or otherwise deleted.

**RESPONSE TO INTERROGATORY NO. 7:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the term "any of the Custodian's Google Chat files" to the extent it seeks discovery of information not relevant to the subject matter of the litigation and disproportionate to the needs of this litigation. Plaintiffs have no right to discovery of information that is not relevant to a party's claims or defenses, particularly so when "the discovery sought is collateral to the relevant issues (i.e. discovery on discovery)." *See* Fed. R. Civ. P. 26(b)(1); *Perez v. DirecTV Grp. Holdings, LLC*, No. SA CV 16-01440-JLS (DFMX), 2020 WL 5875026, at *2 (C.D. Cal. Aug. 17, 2020); *see also Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020). Google further objects to the used of the term "Custodial Period" as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to collect, search for, and produce documents for that Custodian." Despite the fact that Google's obligation to preserve began only when it could have reasonably anticipated that documents and files would be the subject of litigation, i.e., no earlier than the date that Plaintiffs filed their complaints, Google will respond to this request based on Plaintiffs' definition of Custodial Period. Google also objects to this Interrogatory as irrelevant to the extent it purports to seek information related to preservation obligations for investigations or

17

1   litigations that are separate and distinct from the preservation obligations of the current litigation.

2   Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the

3   undefined terms "destroyed" and "otherwise deleted." Google also objects to this Interrogatory

4   to the extent that it seeks information protected by the attorney-client privilege and/or work

5   product doctrine or is otherwise privileged or protected from discovery. *See, e.g.*, *Fish v. Air &*

6   *Liquid Sys. Corp.*, No. CV GLR-16-496, 2017 WL 697663, at *6 (D. Md. Feb. 21, 2017) ("[T]he

7   manner in which [a party] and its attorneys conducted discovery (e.g. who was involved and 'all

8   documents concerning same')—'discovery on discovery'—is not an appropriate topic of

9   discovery and numerous courts have disallowed such discovery.").

10          Subject to and without waiving the foregoing General and Specific Objections and

11   without conceding that Google had an obligation to preserve "any" Google Chat files regardless

12   of subject matter during Plaintiffs' broadly defined "Custodial Period", Google responds as

13   follows: Google's default settings for Google Chats is set for its entire organization as "history

14   off." When a chat is set to "history off" messages are no longer available to the user after 24

15   hours, and Google has no available method or tool to hold, retain, or search for those messages,

16   even during the 24-hour period. Thus, the Google Chats that are available are (a) one-on-one or

17   group chat messages that had "history on," or (b) Threaded Rooms / Spaces, which always have

18   "history on." For purposes of preservation for custodians subject to a legal hold, the "history on"

19   one-on-one or group chats and the threads in which a custodian participated in Threaded Rooms /

20   Spaces are preserved indefinitely while the custodian is subject to a legal hold. To be clear,

21   however, Chats may also be available if an individual took another action to preserve them, such

22   as copying and pasting Chats into a document, or forwarding the Google Chat to Gmail.

23   Reiterating Google's objection as to relevance and overbreadth, Google understands that

24   Custodians did not turn "history on" for every single chat on any subject on or after August 13,

25
                                        18

1   2020. Google further responds that it is willing to discuss a possible non-waiver agreement with

2   Plaintiffs that would allow all parties to exchange specified legal hold instructions without the

3   risk that another party may claim that such a disclosure waives any privilege or work product

4   protections.

5   **INTERROGATORY NO. 8:**

6        Identify all Chat Rooms in which at least one Custodian sent or received business-related

7   chats during the applicable Custodial Period and for each identified Chat Room, state whether

8   any contents of the Chat Room have been destroyed or otherwise deleted while the relevant

9   Custodian was subject to a litigation hold during the Custodial Period.

10   **RESPONSE TO INTERROGATORY NO. 8:**

11        Google incorporates by reference all General Objections into this Interrogatory as if

12   stated fully herein. Plaintiffs have no right to discovery of information that is not relevant to a

13   party's claims or defenses, particularly so when "the discovery sought is collateral to the relevant

14   issues (i.e. discovery on discovery)." *See* Fed. R. Civ. P. 26(b)(1); *Perez v. DirecTV Grp.*

15   *Holdings, LLC*, No. SA CV 16-01440-JLS (DFMX), 2020 WL 5875026, at *2 (C.D. Cal. Aug.

16   17, 2020); *see also Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL

17   7779017, at *1 (N.D. Cal. Dec. 31, 2020). Google objects to Plaintiffs' request for "all Chat

18   Rooms and "business-related chats" as not relevant, overly broad, ambiguous, and

19   disproportionate to the needs of this litigation, particularly to the extent that it purports to suggest

20   that Google is obligated to preserve all such chats regardless of their subject matter. The Federal

21   Rules of Civil Procedure do not require that a party preserve such a vast scope of documents.

22   Despite Google's objection to the scope of this request, Google will interpret the term "business-

23   related" to mean "anything related to work," as Plaintiffs' counsel defined the functionally

24   identical term "business purposes" in the deposition of Tian Lim (Lim Dep. Tr. 448:6-8),

25

CONFIDENTIAL

including logistical communications. Google further objects to the used of the term "Custodial Period" as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to collect, search for, and produce documents for that Custodian." Despite the fact that Google's obligation to preserve began only when it could have reasonably anticipated that documents and files would be the subject of litigation, i.e., no earlier than the date that Plaintiffs filed their complaints, Google will respond to this request based on Plaintiffs' definition of Custodial Period. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the undefined terms "destroyed" and "otherwise deleted." Google also objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or work product doctrine or is otherwise privileged or protected from discovery. Finally, Google objects to this Interrogatory as overbroad, unduly burdensome, and disproportionate to the needs of this Case to the extent it asks Google to "[i]dentify all Chat Rooms in which at least one Custodian sent or received business-related chats during the applicable Custodial Period," which response would require Google to undertake a burdensome manual review of individual Chat Rooms for chats that may be irrelevant to the subject matter of the litigations and without the benefit of agreed-upon search terms.

Subject to and without waiving the foregoing General and Specific Objections and without conceding that Google had an obligation to preserve all "business-related chats" regardless of subject matter during Plaintiffs' broadly defined "Custodial Period," Google responds that Google has taken steps to preserve all threads in Threaded Rooms / Spaces of which a Custodian participated and are being preserved indefinitely. Google is collecting all threads within Threaded Rooms / Spaces that an agreed-upon Custodian participated in, will run

1    the agreed-upon search terms on those collected Threaded Rooms / Spaces, and will produce

2    non-privileged, responsive chats for each custodian's Custodial Period.

3    **INTERROGATORY NO. 9:**

4       State whether Google has any Data Source within its possession, custody or control that

5    may provide a mechanism to recover or access destroyed or otherwise deleted Google Chat files

6    and Chat Room contents.

7    **RESPONSE TO INTERROGATORY NO. 9:**

8       Google incorporates by reference all General Objections into this Interrogatory as if

9    stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous

10    with respect to the terms "any Data Source," "Google Chat files," and "Chat Room contents."

11    Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the

12    undefined terms "destroyed" and "otherwise deleted."

13       Subject to and without waiving the foregoing General and Specific Objections, Google

14    responds as follows: Google's legal hold implementation tool, which is available to all Google

15    Workspace customers, preserves indefinitely while a custodian is subject to a hold all Google

16    Chats where history is on and threads in Threaded Rooms / Spaces in which the custodian

17    participated. Google has used this tool to collect and review chats for responsiveness for this

18    litigation. For Chats where history is off, Google does not have a Data Source within its

19    possession, custody or control that may provide a mechanism to recover or access destroyed or

20    otherwise deleted Google Chat files and Chat Room contents.

21    **INTERROGATORY NO. 10:**

22       State Google's Text Message retention policy and any other related policies You had in

23    place during the date ranges identified in response to Interrogatory No. 4.

24    **RESPONSE TO INTERROGATORY NO. 10:**

25                         21

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the terms "Text Message retention policy" and "any other related policies." Google also objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or work product doctrine or is otherwise privileged or protected from discovery. *See, e.g.*, *Fish v. Air & Liquid Sys. Corp.*, No. CV GLR-16-496, 2017 WL 697663, at *6 (D. Md. Feb. 21, 2017) ("[T]he manner in which [a party] and its attorneys conducted discovery (e.g. who was involved and 'all documents concerning same')—'discovery on discovery'—is not an appropriate topic of discovery and numerous courts have disallowed such discovery.").

Subject to and without waiving the foregoing General and Specific Objections, Google responds that Google does not have a specific Text Message retention policy. Google is also willing to discuss a possible non-waiver agreement with Plaintiffs that would allow all parties to exchange specified legal hold instructions without the risk that another party may claim that such a disclosure waives any privilege or work product protections.

**INTERROGATORY NO. 11:**

Identify all Custodians who used text messages for business purposes during the Custodial Period for each such Custodian.

**RESPONSE TO INTERROGATORY NO. 11:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the terms "business purposes" and "text messages." Plaintiffs have no right to discovery of information that is not relevant to a party's claims or defenses. *See* Fed. R. Civ. P. 26(b)(1); *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL 7779017, at

*1 (N.D. Cal. Dec. 31, 2020); *AdTrader, Inc. v. Google LLC*, No. 17-cv-07082-BLF (VKD), 2020 WL 5106707, at *2 (N.D. Cal. Aug. 31, 2020). Thus, Google objects to Plaintiffs' use of the undefined term "business purposes" as not relevant, overly broad, ambiguous, and disproportionate to the needs of this litigation, particularly to the extent that it purports to suggest that Google is obligated to preserve all text messages used for "business purposes" regardless of its subject matter. The Federal Rules of Civil Procedure do not require that a party preserve such a vast scope of documents. Despite Google's objection to the scope of this request, Google will interpret the term "business purposes" to mean "anything related to work," as Plaintiffs' counsel defined the term in the deposition of Tian Lim (Lim Dep. Tr. 448:6-8), including logistical communications. Google further objects to the used of the term "Custodial Period" as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to collect, search for, and produce documents for that Custodian." Despite the fact that Google's obligation to preserve began only when it could have reasonably anticipated that documents and files would be the subject of litigation, i.e., no earlier than the date that Plaintiffs filed their complaints, Google will respond to this request based on Plaintiffs' definition of Custodial Period.

Subject to and without waiving the foregoing General and Specific Objections and without conceding that Google had an obligation to preserve all text messages used "for business purposes" regardless of subject matter during Plaintiffs' broadly defined "Custodial Period", Google responds that Custodians who recall that they may have used text messages for business purposes, meaning anything related to work and/or logistical text messages, during their Custodial Period are identified in Exhibit F.

**INTERROGATORY NO. 12:**

For each Custodian, explain how You determined whether or not the Custodian used Text Messages for business purposes during the Custodial Period for each such Custodian.

**RESPONSE TO INTERROGATORY NO. 12:**

Google incorporates by reference all General Objections into this Interrogatory as if stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous with respect to the terms "business purposes" and "text messages." Plaintiffs have no right to discovery of information that is not relevant to a party's claims or defenses, particularly so when "the discovery sought is collateral to the relevant issues (i.e. discovery on discovery)." *See* Fed. R. Civ. P. 26(b)(1); *Perez v. DirecTV Grp. Holdings, LLC*, No. SA CV 16-01440-JLS (DFMX), 2020 WL 5875026, at *2 (C.D. Cal. Aug. 17, 2020); *see also Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020). Thus, Google objects to Plaintiffs' use of the undefined term "business purposes" as not relevant, overly broad, ambiguous, and disproportionate to the needs of this litigation, particularly to the extent that it purports to suggest that Google is obligated to preserve all text messages used for "business purposes" regardless of its subject matter. The Federal Rules of Civil Procedure do not require that a party preserve such a vast scope of documents. Despite Google's objection to the scope of this request, Google will interpret the term "business purposes" to mean "anything related to work," as Plaintiffs' counsel defined the term in the deposition of Tian Lim (Lim Dep. Tr. 448:6-8), including logistical communications. Google further objects to the used of the term "Custodial Period" as overly broad, unduly burdensome, and ambiguous, particularly to the extent that it purports to require that Google preserve documents for the entire "agreed timeframe for which Google has agreed to collect, search for, and produce documents for that Custodian." Despite the fact that Google's obligation to preserve began only when it could have reasonably anticipated that documents and files would be the subject of litigation, i.e., no earlier than the

24

date that Plaintiffs filed their complaints, Google will respond to this request based on Plaintiffs'

definition of Custodial Period. Google also objects to this Interrogatory to the extent that it seeks

information protected by the attorney-client privilege and/or work product doctrine or is

otherwise privileged or protected from discovery. *See, e.g.*, *Fish v. Air & Liquid Sys. Corp.*, No.

CV GLR-16-496, 2017 WL 697663, at *6 (D. Md. Feb. 21, 2017) ("[T]he manner in which [a

party] and its attorneys conducted discovery (e.g. who was involved and 'all documents

concerning same')—'discovery on discovery'—is not an appropriate topic of discovery and

numerous courts have disallowed such discovery.").

Subject to and without waiving the foregoing General and Specific Objections and

without conceding that Google had an obligation to preserve all text messages used "for business

purposes" regardless of subject matter during Plaintiffs' broadly defined "Custodial Period",

Google responds that it determined whether or not Custodians may have used text messages for

business purposes, meaning anything related to work and/or logistical text messages, during their

Custodial Period through a reasonable and diligent investigation, including, but not limited to,

custodial interviews.

**INTERROGATORY NO. 13:**

State whether Google has any Data Source within its possession, custody or control that

may provide a mechanism to access any Text Messages for the Custodians identified in response

to Interrogatory No. 11, or to recover any such Text Messages that have been destroyed or

otherwise deleted.

**RESPONSE TO INTERROGATORY NO. 13:**

Google incorporates by reference all General Objections into this Interrogatory as if

stated fully herein. Google also objects to this Interrogatory as overbroad, vague, and ambiguous

with respect to the terms "any Data Source" and "any Text Messages." Plaintiffs have no right to

discovery of information that is not relevant to a party's claims or defenses. *See* Fed. R. Civ. P. 26(b)(1); *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (TSH), 2020 WL 7779017, at *1 (N.D. Cal. Dec. 31, 2020); *AdTrader, Inc. v. Google LLC*, No. 17-cv-07082-BLF (VKD), 2020 WL 5106707, at *2 (N.D. Cal. Aug. 31, 2020). Google also objects to this Interrogatory as not relevant, disproportionate to the needs of this litigation, and overly burdensome to the extent it purports to seek discovery of information from Data Sources that are merely duplicative of Text Messages already collected or available through less burdensome means. Accordingly, Google will limit its Response to Data Sources within Google's possession, custody or control that are not duplicative of Text Messages already collected or available through less burdensome means.

Subject to and without waiving the foregoing General and Specific Objections, after a reasonable and diligent investigation, Google responds that Google does not have any back-up Data Source within its possession, custody, or control that would provide a mechanism to access or recover any text messages identified in response to Interrogatory No. 11. However, Google is taking reasonable efforts to collect and produce text messages that are relevant to the issues in this Case and the lack of a back-up Data Source does not imply that any relevant text messages were improperly destroyed or otherwise deleted.


Dated: January 14, 2021                      **MORGAN, LEWIS & BOCKIUS LLP**
                                             Brian C. Rocca
                                             Richard S. Taffet
                                             Sujal J. Shah
                                             Michelle Park Chiu
                                             Minna Lo Naranjo
                                             Rishi P. Satia

                                             Respectfully submitted,

                                             By:      */s/ Brian Rocca*  _____

CONFIDENTIAL

1              Brian C. Rocca

2

3        **O'MELVENY & MYERS LLP**
         Ian Simmons
4        Daniel M. Petrocelli
         Benjamin G. Bradshaw
5        Stephen J. McIntyre

6        Respectfully submitted,

7        By:     /s/ *Ian Simmons*
                 Ian Simmons
8
         **MUNGER, TOLLES & OLSON LLP**
9        Glenn D. Pomerantz
         Kuruvilla Olasa
10       Kyle W. Mach
         Justin P. Raphael
11       Emily C. Curran-Huberty
         Jonathan I. Kravis
12       Marianna Y. Mao

13       By:     /s/ *Glenn Pomerantz*
                 Glenn Pomerantz
14

15

16

17

18

19

20

21

22

23

24

25                      27

CONFIDENTIAL

# EXHIBIT A

CONFIDENTIAL

| Custodian | Date of first litigation hold notice |
|---|---|
| Paul Bankhead | 2020-09-11 |
| Patrick Brady | 2020-10-21 |
| Eric Chu | 2020-09-11 |
| Christian Cramer | 2020-10-21 |
| Edward Cunningham | 2020-10-08 |
| Paul Feng | 2020-09-11 |
| Suzanne Frey | 2020-09-22 |
| Paul Gennai | 2020-09-11 |
| Kobi Glick | 2020-10-28 |
| Jon Gold | 2021-04-20 |
| Ben Goodger | 2021-08-11 |
| Adam Gutterman | 2020-09-11 |
| Don Harrison | 2020-09-11 |
| Greg Hartrell | 2020-11-09 |
| Sagar Kamdar | 2020-09-11 |
| David Kleidermacher | 2020-09-11 |
| Purnima Kochikar | 2020-09-11 |
| Lawrence Koh | 2020-09-11 |
| Jim Kolotouros | 2020-09-11 |
| Chris Li | 2020-09-11 |
| Tian Lim | 2020-09-11 |
| Hiroshi Lockheimer | 2020-09-11 |
| Mrinalini Loew | 2020-09-11 |
| Michael Marchak | 2020-09-11 |
| Justin Mattson | 2021-09-20 |
| Larry Page | N/A - departed Google prior to complaint filing |
| Sundar Pichai | 2020-11-09 |
| Ashish Pimplapure | 2020-10-28 |
| Ruth Porat | 2021-06-15 |
| Sebastian Porst | 2020-09-11 |
| Jamie Rosenberg | 2020-09-11 |
| Andy Rubin | N/A - departed Google prior to complaint filing |
| Cliff Samaniego | 2020-09-11 |
| Sameer Samat | 2020-09-11 |
| Eric Schmidt | N/A - departed Google prior to complaint filing |
| Hal Varian | 2021-06-15 |
| Kevin Wang | 2020-09-22 |

CONFIDENTIAL

# EXHIBIT B

CONFIDENTIAL

| Custodian | Date of Initial Legal Hold Notice Related to *Epic Games, Inc. v. Google, In Re: Consumer Google Play Consumer Antitrust Litigation*, and *In Re: Google Play Developer Antitrust Litigation* | Date of Updated Legal Hold Notice Related to *Epic Games, Inc. v. Google, In Re: Consumer Google Play Consumer Antitrust Litigation*, and *In Re: Google Play Developer Antitrust Litigation* | Date of Initial Legal Hold Notice Related to *State of Utah, et al. v. Google* | Date of Updated Legal Hold Notice Related to *Epic Games, Inc. v. Google, In Re: Consumer Google Play Consumer Antitrust Litigation*, and *In Re: Google Play Developer Antitrust Litigation* | End Dates for All Legal Hold Notices |
|---|---|---|---|---|---|
| Paul Bankhead | 2020-09-11 | 2021-03-23 | 2021-07-29 | N/A - departed | Ongoing |
| Patrick Brady | 2020-10-21 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Eric Chu | 2020-09-11 | 2021-03-23 | 2021-07-29 | N/A - departed | Ongoing |
| Christian Cramer | 2020-10-21 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Edward Cunningham | 2020-10-08 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Paul Feng | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Suzanne Frey | 2020-09-22 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Paul Gennai | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Kobi Glick | 2020-10-28 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Jon Gold | 2021-04-20 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Ben Goodger | N/A - not yet identified | 2021-08-11 | 2021-08-12 | 2022-01-12 | Ongoing |
| Adam Gutterman | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Don Harrison | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Greg Hartrell | 2020-11-09 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Sagar Kamdar | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| David Kleidermacher | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Purnima Kochikar | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Lawrence Koh | 2020-09-11 | 2021-03-23 | N/A - departed | N/A - departed | Ongoing |
| Jim Kolotouros | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Chris Li | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Tian Lim | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Hiroshi Lockheimer | 2020-09-11 | 2021-03-23 | 2021-08-17 | 2022-01-12 | Ongoing |
| Mrinalini Loew | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Michael Marchak | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Justin Mattson | N/A - not yet identified | 2021-09-20 | 2021-09-20 | 2022-01-12 | Ongoing |
| Larry Page | N/A - departed | | | | |
| Sundar Pichai | 2020-11-09 | 2021-03-23 | 2022-01-12 | 2022-01-12 | Ongoing |
| Ashish Pimplapure | 2020-10-28 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Ruth Porat | N/A - not yet identified | 2021-06-15 | 2021-08-17 | 2022-01-12 | Ongoing |
| Sebastian Porst | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Jamie Rosenberg | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Andy Rubin | N/A - departed | | | | |
| Cliff Samaniego | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Sameer Samat | 2020-09-11 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |
| Eric Schmidt | N/A - departed | | | | |
| Hal Varian | N/A - not yet identified | 2021-06-15 | 2021-07-29 | 2022-01-12 | Ongoing |
| Kevin Wang | 2020-09-22 | 2021-03-23 | 2021-07-29 | 2022-01-12 | Ongoing |

CONFIDENTIAL

# EXHIBIT C

CONFIDENTIAL

| Custodian |
| --- |
| Patrick Brady |
| Edward Cunningham |
| Paul Gennai |
| Kobi Glick |
| Jon Gold |
| Adam Gutterman |
| Greg Hartrell |
| David Kleidermacher |
| Purnima Kochikar |
| Mrinalini Loew |
| Ashish Pimplapure |

CONFIDENTIAL

# EXHIBIT D

CONFIDENTIAL

| Custodian |
|---|
| Patrick Brady |
| Edward Cunningham |
| Paul Feng |
| Suzanne Frey |
| Paul Gennai |
| Kobi Glick |
| Jon Gold |
| Adam Gutterman |
| Greg Hartrell |
| Sagar Kamdar |
| David Kleidermacher |
| Purnima Kochikar |
| Lawrence Koh |
| Jim Kolotouros |
| Chris Li |
| Tian Lim |
| Mrinalini Loew |
| Ashish Pimplapure |
| Jamie Rosenberg |
| Cliff Samaniego |
| Sameer Samat |

CONFIDENTIAL

# EXHIBIT E

CONFIDENTIAL

| Production::Begin Bates | Production::End Bates |
|---|---|
| GOOG-PLAY-000326905 | GOOG-PLAY-000326907 |
| GOOG-PLAY-000353866 | GOOG-PLAY-000353866 |
| GOOG-PLAY-000236038 | GOOG-PLAY-000236038 |
| GOOG-PLAY-000087767 | GOOG-PLAY-000087767 |
| GOOG-PLAY-000084580 | GOOG-PLAY-000084581 |
| GOOG-PLAY-000001860 | GOOG-PLAY-000001860 |
| GOOG-PLAY-000050671 | GOOG-PLAY-000050671 |
| GOOG-PLAY-000050672 | GOOG-PLAY-000050673 |
| GOOG-PLAY-000051073 | GOOG-PLAY-000051074 |
| GOOG-PLAY-000258891 | GOOG-PLAY-000258891 |
| GOOG-PLAY-000522209 | GOOG-PLAY-000522209 |
| GOOG-PLAY-000612542 | GOOG-PLAY-000612542 |
| GOOG-PLAY-000612502 | GOOG-PLAY-000612504 |
| GOOG-PLAY-000522215 | GOOG-PLAY-000522215 |
| GOOG-PLAY-000612483 | GOOG-PLAY-000612484 |
| GOOG-PLAY-000478888 | GOOG-PLAY-000478888 |
| GOOG-PLAY-000475241 | GOOG-PLAY-000475241 |
| GOOG-PLAY-000496819 | GOOG-PLAY-000496820 |
| GOOG-PLAY-000434727 | GOOG-PLAY-000434727 |
| GOOG-PLAY-000434324 | GOOG-PLAY-000434324 |
| GOOG-PLAY-000420804 | GOOG-PLAY-000420804 |
| GOOG-PLAY-000784373 | GOOG-PLAY-000784373 |
| GOOG-PLAY-000967657 | GOOG-PLAY-000967657 |
| GOOG-PLAY-000807029 | GOOG-PLAY-000807029 |
| GOOG-PLAY-000807026 | GOOG-PLAY-000807028 |
| GOOG-PLAY-000946142 | GOOG-PLAY-000946142 |
| GOOG-PLAY-000946051 | GOOG-PLAY-000946051 |
| GOOG-PLAY-001037010 | GOOG-PLAY-001037010 |
| GOOG-PLAY-000807392 | GOOG-PLAY-000807398 |
| GOOG-PLAY-000900805 | GOOG-PLAY-000900806 |
| GOOG-PLAY-000899741 | GOOG-PLAY-000899741 |
| GOOG-PLAY-000842643 | GOOG-PLAY-000842644 |
| GOOG-PLAY-000770157 | GOOG-PLAY-000770158 |
| GOOG-PLAY-000770289 | GOOG-PLAY-000770290 |
| GOOG-PLAY-000906448 | GOOG-PLAY-000906448 |
| GOOG-PLAY-000769743 | GOOG-PLAY-000769744 |
| GOOG-PLAY-000768434 | GOOG-PLAY-000768434 |
| GOOG-PLAY-000902962 | GOOG-PLAY-000902964 |
| GOOG-PLAY-000806876 | GOOG-PLAY-000806884 |
| GOOG-PLAY-000807500 | GOOG-PLAY-000807500 |
| GOOG-PLAY-000796991 | GOOG-PLAY-000796992 |
| GOOG-PLAY-000855825 | GOOG-PLAY-000855833 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-001137834 | GOOG-PLAY-001137834 |
| GOOG-PLAY-001065531 | GOOG-PLAY-001065531 |
| GOOG-PLAY-001201389 | GOOG-PLAY-001201390 |
| GOOG-PLAY-001201319 | GOOG-PLAY-001201321 |
| GOOG-PLAY-001200191 | GOOG-PLAY-001200192 |
| GOOG-PLAY-001447071 | GOOG-PLAY-001447072 |
| GOOG-PLAY-002380837 | GOOG-PLAY-002380837 |
| GOOG-PLAY-002405075 | GOOG-PLAY-002405075 |
| GOOG-PLAY-002343851 | GOOG-PLAY-002343855 |
| GOOG-PLAY-001583870 | GOOG-PLAY-001583871 |
| GOOG-PLAY-002384392 | GOOG-PLAY-002384392 |
| GOOG-PLAY-001584509 | GOOG-PLAY-001584511 |
| GOOG-PLAY-001581375 | GOOG-PLAY-001581378 |
| GOOG-PLAY-002064855 | GOOG-PLAY-002064856 |
| GOOG-PLAY-002064851 | GOOG-PLAY-002064854 |
| GOOG-PLAY-002050150 | GOOG-PLAY-002050150 |
| GOOG-PLAY-002063666 | GOOG-PLAY-002063670 |
| GOOG-PLAY-002063306 | GOOG-PLAY-002063312 |
| GOOG-PLAY-001739973 | GOOG-PLAY-001739979 |
| GOOG-PLAY-002070288 | GOOG-PLAY-002070289 |
| GOOG-PLAY-002070168 | GOOG-PLAY-002070170 |
| GOOG-PLAY-001738702 | GOOG-PLAY-001738705 |
| GOOG-PLAY-002046396 | GOOG-PLAY-002046396 |
| GOOG-PLAY-002069278 | GOOG-PLAY-002069279 |
| GOOG-PLAY-002046327 | GOOG-PLAY-002046331 |
| GOOG-PLAY-002068611 | GOOG-PLAY-002068613 |
| GOOG-PLAY-002059578 | GOOG-PLAY-002059582 |
| GOOG-PLAY-002044587 | GOOG-PLAY-002044587 |
| GOOG-PLAY-002044243 | GOOG-PLAY-002044244 |
| GOOG-PLAY-002064164 | GOOG-PLAY-002064164 |
| GOOG-PLAY-002061877 | GOOG-PLAY-002061877 |
| GOOG-PLAY-002048275 | GOOG-PLAY-002048278 |
| GOOG-PLAY-002072013 | GOOG-PLAY-002072013 |
| GOOG-PLAY-002071408 | GOOG-PLAY-002071409 |
| GOOG-PLAY-002069962 | GOOG-PLAY-002069962 |
| GOOG-PLAY-002069418 | GOOG-PLAY-002069421 |
| GOOG-PLAY-002044075 | GOOG-PLAY-002044075 |
| GOOG-PLAY-002065487 | GOOG-PLAY-002065492 |
| GOOG-PLAY-001740189 | GOOG-PLAY-001740191 |
| GOOG-PLAY-001738710 | GOOG-PLAY-001738711 |
| GOOG-PLAY-001735654 | GOOG-PLAY-001735655 |
| GOOG-PLAY-001737256 | GOOG-PLAY-001737260 |
| GOOG-PLAY-001739161 | GOOG-PLAY-001739170 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-001741487 | GOOG-PLAY-001741487 |
| GOOG-PLAY-001741382 | GOOG-PLAY-001741385 |
| GOOG-PLAY-001741343 | GOOG-PLAY-001741347 |
| GOOG-PLAY-001740934 | GOOG-PLAY-001740940 |
| GOOG-PLAY-001741689 | GOOG-PLAY-001741689 |
| GOOG-PLAY-001741644 | GOOG-PLAY-001741646 |
| GOOG-PLAY-001741526 | GOOG-PLAY-001741527 |
| GOOG-PLAY-001741042 | GOOG-PLAY-001741042 |
| GOOG-PLAY-001740551 | GOOG-PLAY-001740552 |
| GOOG-PLAY-002341742 | GOOG-PLAY-002341746 |
| GOOG-PLAY-002402194 | GOOG-PLAY-002402194 |
| GOOG-PLAY-002402135 | GOOG-PLAY-002402135 |
| GOOG-PLAY-002400764 | GOOG-PLAY-002400764 |
| GOOG-PLAY-002399033 | GOOG-PLAY-002399034 |
| GOOG-PLAY-001856748 | GOOG-PLAY-001856748 |
| GOOG-PLAY-001843306 | GOOG-PLAY-001843307 |
| GOOG-PLAY-001868299 | GOOG-PLAY-001868299 |
| GOOG-PLAY-001844189 | GOOG-PLAY-001844191 |
| GOOG-PLAY-002405070 | GOOG-PLAY-002405070 |
| GOOG-PLAY-002404636 | GOOG-PLAY-002404636 |
| GOOG-PLAY-002403144 | GOOG-PLAY-002403144 |
| GOOG-PLAY-002402618 | GOOG-PLAY-002402619 |
| GOOG-PLAY-002388833 | GOOG-PLAY-002388833 |
| GOOG-PLAY-002388315 | GOOG-PLAY-002388317 |
| GOOG-PLAY-002380723 | GOOG-PLAY-002380729 |
| GOOG-PLAY-002403661 | GOOG-PLAY-002403661 |
| GOOG-PLAY-002403174 | GOOG-PLAY-002403174 |
| GOOG-PLAY-002403252 | GOOG-PLAY-002403253 |
| GOOG-PLAY-002388374 | GOOG-PLAY-002388374 |
| GOOG-PLAY-002386947 | GOOG-PLAY-002386947 |
| GOOG-PLAY-002384214 | GOOG-PLAY-002384215 |
| GOOG-PLAY-002122491 | GOOG-PLAY-002122493 |
| GOOG-PLAY-002122363 | GOOG-PLAY-002122364 |
| GOOG-PLAY-002121910 | GOOG-PLAY-002121912 |
| GOOG-PLAY-002629963 | GOOG-PLAY-002629965 |
| GOOG-PLAY-001557789 | GOOG-PLAY-001557789 |
| GOOG-PLAY-001583165 | GOOG-PLAY-001583165 |
| GOOG-PLAY-002071077 | GOOG-PLAY-002071080 |
| GOOG-PLAY-002069718 | GOOG-PLAY-002069719 |
| GOOG-PLAY-001842157 | GOOG-PLAY-001842157 |
| GOOG-PLAY-001702745 | GOOG-PLAY-001702745 |
| GOOG-PLAY-001741665 | GOOG-PLAY-001741665 |
| GOOG-PLAY-001741420 | GOOG-PLAY-001741421 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-001741418 | GOOG-PLAY-001741419 |
| GOOG-PLAY-001741486 | GOOG-PLAY-001741486 |
| GOOG-PLAY-001741393 | GOOG-PLAY-001741398 |
| GOOG-PLAY-001740601 | GOOG-PLAY-001740603 |
| GOOG-PLAY-001639340 | GOOG-PLAY-001639340 |
| GOOG-PLAY-002343918 | GOOG-PLAY-002343922 |
| GOOG-PLAY-002326207 | GOOG-PLAY-002326209 |
| GOOG-PLAY-002404546 | GOOG-PLAY-002404548 |
| GOOG-PLAY-002403159 | GOOG-PLAY-002403159 |
| GOOG-PLAY-002402693 | GOOG-PLAY-002402693 |
| GOOG-PLAY-002402519 | GOOG-PLAY-002402523 |
| GOOG-PLAY-002404739 | GOOG-PLAY-002404740 |
| GOOG-PLAY-002403087 | GOOG-PLAY-002403088 |
| GOOG-PLAY-002383793 | GOOG-PLAY-002383793 |
| GOOG-PLAY-001956162 | GOOG-PLAY-001956162 |
| GOOG-PLAY-001926080 | GOOG-PLAY-001926081 |
| GOOG-PLAY-001924285 | GOOG-PLAY-001924285 |
| GOOG-PLAY-002587589 | GOOG-PLAY-002587589 |
| GOOG-PLAY-001965094 | GOOG-PLAY-001965109 |
| GOOG-PLAY-002531490 | GOOG-PLAY-002531490 |
| GOOG-PLAY-002497550 | GOOG-PLAY-002497551 |
| GOOG-PLAY-002492105 | GOOG-PLAY-002492107 |
| GOOG-PLAY-002491920 | GOOG-PLAY-002491923 |
| GOOG-PLAY-002485282 | GOOG-PLAY-002485285 |
| GOOG-PLAY-002482957 | GOOG-PLAY-002482957 |
| GOOG-PLAY-002474297 | GOOG-PLAY-002474299 |
| GOOG-PLAY-002481897 | GOOG-PLAY-002481897 |
| GOOG-PLAY-002468426 | GOOG-PLAY-002468427 |
| GOOG-PLAY-002471761 | GOOG-PLAY-002471762 |
| GOOG-PLAY-002500031 | GOOG-PLAY-002500039 |
| GOOG-PLAY-002507012 | GOOG-PLAY-002507016 |
| GOOG-PLAY-002510003 | GOOG-PLAY-002510004 |
| GOOG-PLAY-002509654 | GOOG-PLAY-002509656 |
| GOOG-PLAY-002123060 | GOOG-PLAY-002123060 |
| GOOG-PLAY-002123127 | GOOG-PLAY-002123127 |
| GOOG-PLAY-002122501 | GOOG-PLAY-002122502 |
| GOOG-PLAY-002639046 | GOOG-PLAY-002639046 |
| GOOG-PLAY-002122133 | GOOG-PLAY-002122134 |
| GOOG-PLAY-001556182 | GOOG-PLAY-001556182 |
| GOOG-PLAY-001584486 | GOOG-PLAY-001584488 |
| GOOG-PLAY-001584035 | GOOG-PLAY-001584037 |
| GOOG-PLAY-001583893 | GOOG-PLAY-001583895 |
| GOOG-PLAY-001583319 | GOOG-PLAY-001583319 |

| | |
|---|---|
| GOOG-PLAY-001582042 | GOOG-PLAY-001582044 |
| GOOG-PLAY-001581840 | GOOG-PLAY-001581840 |
| GOOG-PLAY-001556500 | GOOG-PLAY-001556500 |
| GOOG-PLAY-001580354 | GOOG-PLAY-001580356 |
| GOOG-PLAY-001584468 | GOOG-PLAY-001584469 |
| GOOG-PLAY-001584267 | GOOG-PLAY-001584269 |
| GOOG-PLAY-001584246 | GOOG-PLAY-001584247 |
| GOOG-PLAY-001584237 | GOOG-PLAY-001584238 |
| GOOG-PLAY-001584102 | GOOG-PLAY-001584102 |
| GOOG-PLAY-001583938 | GOOG-PLAY-001583943 |
| GOOG-PLAY-001584022 | GOOG-PLAY-001584023 |
| GOOG-PLAY-001584000 | GOOG-PLAY-001584001 |
| GOOG-PLAY-001583565 | GOOG-PLAY-001583567 |
| GOOG-PLAY-001583296 | GOOG-PLAY-001583296 |
| GOOG-PLAY-001583425 | GOOG-PLAY-001583425 |
| GOOG-PLAY-001580490 | GOOG-PLAY-001580490 |
| GOOG-PLAY-002342453 | GOOG-PLAY-002342460 |
| GOOG-PLAY-002429797 | GOOG-PLAY-002429799 |
| GOOG-PLAY-002342298 | GOOG-PLAY-002342299 |
| GOOG-PLAY-002341141 | GOOG-PLAY-002341146 |
| GOOG-PLAY-002327023 | GOOG-PLAY-002327023 |
| GOOG-PLAY-001639541 | GOOG-PLAY-001639542 |
| GOOG-PLAY-002343988 | GOOG-PLAY-002343990 |
| GOOG-PLAY-002343065 | GOOG-PLAY-002343068 |
| GOOG-PLAY-002331385 | GOOG-PLAY-002331386 |
| GOOG-PLAY-002337209 | GOOG-PLAY-002337209 |
| GOOG-PLAY-002122082 | GOOG-PLAY-002122082 |
| GOOG-PLAY-002121827 | GOOG-PLAY-002121828 |
| GOOG-PLAY-002067899 | GOOG-PLAY-002067900 |
| GOOG-PLAY-002044599 | GOOG-PLAY-002044599 |
| GOOG-PLAY-001914657 | GOOG-PLAY-001914658 |
| GOOG-PLAY-002121183 | GOOG-PLAY-002121184 |
| GOOG-PLAY-002483772 | GOOG-PLAY-002483773 |
| GOOG-PLAY-002343616 | GOOG-PLAY-002343616 |
| GOOG-PLAY-002402632 | GOOG-PLAY-002402632 |
| GOOG-PLAY-002380035 | GOOG-PLAY-002380035 |
| GOOG-PLAY-002485214 | GOOG-PLAY-002485216 |
| GOOG-PLAY-002402836 | GOOG-PLAY-002402838 |
| GOOG-PLAY-002287792 | GOOG-PLAY-002287792 |
| GOOG-PLAY-002250514 | GOOG-PLAY-002250515 |
| GOOG-PLAY-002069056 | GOOG-PLAY-002069058 |
| GOOG-PLAY-002064161 | GOOG-PLAY-002064162 |
| GOOG-PLAY-001950099 | GOOG-PLAY-001950099 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-001582588 | GOOG-PLAY-001582588 |
| GOOG-PLAY-002474142 | GOOG-PLAY-002474144 |
| GOOG-PLAY-001964640 | GOOG-PLAY-001964640 |
| GOOG-PLAY-001964412 | GOOG-PLAY-001964412 |
| GOOG-PLAY-001872588 | GOOG-PLAY-001872588 |
| GOOG-PLAY-001964401 | GOOG-PLAY-001964401 |
| GOOG-PLAY-002061817 | GOOG-PLAY-002061820 |
| GOOG-PLAY-002061065 | GOOG-PLAY-002061066 |
| GOOG-PLAY-002066057 | GOOG-PLAY-002066065 |
| GOOG-PLAY-002063721 | GOOG-PLAY-002063739 |
| GOOG-PLAY-002402475 | GOOG-PLAY-002402475 |
| GOOG-PLAY-001926605 | GOOG-PLAY-001926606 |
| GOOG-PLAY-002383605 | GOOG-PLAY-002383606 |
| GOOG-PLAY-002245062 | GOOG-PLAY-002245064 |
| GOOG-PLAY-001584117 | GOOG-PLAY-001584117 |
| GOOG-PLAY-001583954 | GOOG-PLAY-001583954 |
| GOOG-PLAY-002073349 | GOOG-PLAY-002073351 |
| GOOG-PLAY-003575459 | GOOG-PLAY-003575459 |
| GOOG-PLAY-003575488 | GOOG-PLAY-003575488 |
| GOOG-PLAY-003575458 | GOOG-PLAY-003575458 |
| GOOG-PLAY-003575491 | GOOG-PLAY-003575491 |
| GOOG-PLAY-003575490 | GOOG-PLAY-003575490 |
| GOOG-PLAY-003575492 | GOOG-PLAY-003575493 |
| GOOG-PLAY-003575565 | GOOG-PLAY-003575565 |
| GOOG-PLAY-003575575 | GOOG-PLAY-003575575 |
| GOOG-PLAY-003575579 | GOOG-PLAY-003575580 |
| GOOG-PLAY-003575581 | GOOG-PLAY-003575581 |
| GOOG-PLAY-003575495 | GOOG-PLAY-003575495 |
| GOOG-PLAY-003575525 | GOOG-PLAY-003575525 |
| GOOG-PLAY-003575526 | GOOG-PLAY-003575529 |
| GOOG-PLAY-003575535 | GOOG-PLAY-003575535 |
| GOOG-PLAY-003575536 | GOOG-PLAY-003575536 |
| GOOG-PLAY-003575564 | GOOG-PLAY-003575564 |
| GOOG-PLAY-003575577 | GOOG-PLAY-003575578 |
| GOOG-PLAY-003575489 | GOOG-PLAY-003575489 |
| GOOG-PLAY-003575573 | GOOG-PLAY-003575573 |
| GOOG-PLAY-003575574 | GOOG-PLAY-003575574 |
| GOOG-PLAY-003575630 | GOOG-PLAY-003575630 |
| GOOG-PLAY-003526996 | GOOG-PLAY-003526996 |
| GOOG-PLAY-003526999 | GOOG-PLAY-003526999 |
| GOOG-PLAY-003527000 | GOOG-PLAY-003527000 |
| GOOG-PLAY-003605132 | GOOG-PLAY-003605133 |
| GOOG-PLAY-003605135 | GOOG-PLAY-003605137 |

| | |
|---|---|
| GOOG-PLAY-003605119 | GOOG-PLAY-003605120 |
| GOOG-PLAY-003605156 | GOOG-PLAY-003605157 |
| GOOG-PLAY-003836357 | GOOG-PLAY-003836357 |
| GOOG-PLAY-004095624 | GOOG-PLAY-004095624 |
| GOOG-PLAY-003527007 | GOOG-PLAY-003527008 |
| GOOG-PLAY-003527009 | GOOG-PLAY-003527009 |
| GOOG-PLAY-003575553 | GOOG-PLAY-003575554 |
| GOOG-PLAY-003575546 | GOOG-PLAY-003575546 |
| GOOG-PLAY-003575555 | GOOG-PLAY-003575555 |
| GOOG-PLAY-003575654 | GOOG-PLAY-003575654 |
| GOOG-PLAY-003575675 | GOOG-PLAY-003575676 |
| GOOG-PLAY-003600814 | GOOG-PLAY-003600816 |
| GOOG-PLAY-003822896 | GOOG-PLAY-003822897 |
| GOOG-PLAY-003822887 | GOOG-PLAY-003822888 |
| GOOG-PLAY-004008919 | GOOG-PLAY-004008920 |
| GOOG-PLAY-004012178 | GOOG-PLAY-004012180 |
| GOOG-PLAY-003605121 | GOOG-PLAY-003605121 |
| GOOG-PLAY-003605139 | GOOG-PLAY-003605139 |
| GOOG-PLAY-003605141 | GOOG-PLAY-003605142 |
| GOOG-PLAY-003605143 | GOOG-PLAY-003605143 |
| GOOG-PLAY-003605144 | GOOG-PLAY-003605144 |
| GOOG-PLAY-003605146 | GOOG-PLAY-003605146 |
| GOOG-PLAY-003605149 | GOOG-PLAY-003605150 |
| GOOG-PLAY-003605151 | GOOG-PLAY-003605152 |
| GOOG-PLAY-003605153 | GOOG-PLAY-003605153 |
| GOOG-PLAY-003605154 | GOOG-PLAY-003605154 |
| GOOG-PLAY-003605158 | GOOG-PLAY-003605158 |
| GOOG-PLAY-003605161 | GOOG-PLAY-003605163 |
| GOOG-PLAY-003605166 | GOOG-PLAY-003605167 |
| GOOG-PLAY-003605170 | GOOG-PLAY-003605170 |
| GOOG-PLAY-003575478 | GOOG-PLAY-003575480 |
| GOOG-PLAY-003575483 | GOOG-PLAY-003575483 |
| GOOG-PLAY-003575486 | GOOG-PLAY-003575486 |
| GOOG-PLAY-003575501 | GOOG-PLAY-003575501 |
| GOOG-PLAY-003575509 | GOOG-PLAY-003575509 |
| GOOG-PLAY-003575487 | GOOG-PLAY-003575487 |
| GOOG-PLAY-003575494 | GOOG-PLAY-003575494 |
| GOOG-PLAY-003575502 | GOOG-PLAY-003575506 |
| GOOG-PLAY-003605128 | GOOG-PLAY-003605129 |
| GOOG-PLAY-003605130 | GOOG-PLAY-003605130 |
| GOOG-PLAY-003605147 | GOOG-PLAY-003605147 |
| GOOG-PLAY-003605148 | GOOG-PLAY-003605148 |
| GOOG-PLAY-003605159 | GOOG-PLAY-003605160 |

| | |
|---|---|
| GOOG-PLAY-003605164 | GOOG-PLAY-003605164 |
| GOOG-PLAY-003605165 | GOOG-PLAY-003605165 |
| GOOG-PLAY-003605168 | GOOG-PLAY-003605168 |
| GOOG-PLAY-003605169 | GOOG-PLAY-003605169 |
| GOOG-PLAY-003605176 | GOOG-PLAY-003605178 |
| GOOG-PLAY-003605179 | GOOG-PLAY-003605179 |
| GOOG-PLAY-003605190 | GOOG-PLAY-003605190 |
| GOOG-PLAY-003575637 | GOOG-PLAY-003575637 |
| GOOG-PLAY-003575656 | GOOG-PLAY-003575656 |
| GOOG-PLAY-003575667 | GOOG-PLAY-003575668 |
| GOOG-PLAY-003575673 | GOOG-PLAY-003575673 |
| GOOG-PLAY-003575585 | GOOG-PLAY-003575586 |
| GOOG-PLAY-003575595 | GOOG-PLAY-003575599 |
| GOOG-PLAY-003575601 | GOOG-PLAY-003575601 |
| GOOG-PLAY-003575669 | GOOG-PLAY-003575670 |
| GOOG-PLAY-003575693 | GOOG-PLAY-003575695 |
| GOOG-PLAY-003575701 | GOOG-PLAY-003575702 |
| GOOG-PLAY-003605180 | GOOG-PLAY-003605180 |
| GOOG-PLAY-003605181 | GOOG-PLAY-003605183 |
| GOOG-PLAY-003605189 | GOOG-PLAY-003605189 |
| GOOG-PLAY-003605193 | GOOG-PLAY-003605193 |
| GOOG-PLAY-003605194 | GOOG-PLAY-003605195 |
| GOOG-PLAY-003810577 | GOOG-PLAY-003810577 |
| GOOG-PLAY-003575453 | GOOG-PLAY-003575454 |
| GOOG-PLAY-003527027 | GOOG-PLAY-003527028 |
| GOOG-PLAY-003527070 | GOOG-PLAY-003527072 |
| GOOG-PLAY-003600125 | GOOG-PLAY-003600126 |
| GOOG-PLAY-003575464 | GOOG-PLAY-003575464 |
| GOOG-PLAY-003575469 | GOOG-PLAY-003575470 |
| GOOG-PLAY-003575471 | GOOG-PLAY-003575471 |
| GOOG-PLAY-003575477 | GOOG-PLAY-003575477 |
| GOOG-PLAY-003575481 | GOOG-PLAY-003575481 |
| GOOG-PLAY-003575484 | GOOG-PLAY-003575484 |
| GOOG-PLAY-003575498 | GOOG-PLAY-003575499 |
| GOOG-PLAY-003575500 | GOOG-PLAY-003575500 |
| GOOG-PLAY-003575510 | GOOG-PLAY-003575510 |
| GOOG-PLAY-003575511 | GOOG-PLAY-003575511 |
| GOOG-PLAY-003575512 | GOOG-PLAY-003575512 |
| GOOG-PLAY-003575517 | GOOG-PLAY-003575517 |
| GOOG-PLAY-003575530 | GOOG-PLAY-003575530 |
| GOOG-PLAY-003575531 | GOOG-PLAY-003575531 |
| GOOG-PLAY-003575533 | GOOG-PLAY-003575533 |
| GOOG-PLAY-003575537 | GOOG-PLAY-003575537 |

| | |
|---|---|
| GOOG-PLAY-003575538 | GOOG-PLAY-003575539 |
| GOOG-PLAY-003575541 | GOOG-PLAY-003575541 |
| GOOG-PLAY-003575542 | GOOG-PLAY-003575542 |
| GOOG-PLAY-003575551 | GOOG-PLAY-003575551 |
| GOOG-PLAY-003575552 | GOOG-PLAY-003575552 |
| GOOG-PLAY-003575556 | GOOG-PLAY-003575556 |
| GOOG-PLAY-003575571 | GOOG-PLAY-003575571 |
| GOOG-PLAY-003575576 | GOOG-PLAY-003575576 |
| GOOG-PLAY-003527054 | GOOG-PLAY-003527057 |
| GOOG-PLAY-003527061 | GOOG-PLAY-003527062 |
| GOOG-PLAY-003575582 | GOOG-PLAY-003575582 |
| GOOG-PLAY-003593546 | GOOG-PLAY-003593547 |
| GOOG-PLAY-003575455 | GOOG-PLAY-003575455 |
| GOOG-PLAY-003575456 | GOOG-PLAY-003575456 |
| GOOG-PLAY-003575460 | GOOG-PLAY-003575462 |
| GOOG-PLAY-003575463 | GOOG-PLAY-003575463 |
| GOOG-PLAY-003575465 | GOOG-PLAY-003575465 |
| GOOG-PLAY-003575466 | GOOG-PLAY-003575467 |
| GOOG-PLAY-003575468 | GOOG-PLAY-003575468 |
| GOOG-PLAY-003575473 | GOOG-PLAY-003575473 |
| GOOG-PLAY-003575474 | GOOG-PLAY-003575474 |
| GOOG-PLAY-003575476 | GOOG-PLAY-003575476 |
| GOOG-PLAY-003575485 | GOOG-PLAY-003575485 |
| GOOG-PLAY-003575507 | GOOG-PLAY-003575507 |
| GOOG-PLAY-003575508 | GOOG-PLAY-003575508 |
| GOOG-PLAY-003575513 | GOOG-PLAY-003575514 |
| GOOG-PLAY-003575515 | GOOG-PLAY-003575515 |
| GOOG-PLAY-003575516 | GOOG-PLAY-003575516 |
| GOOG-PLAY-003575521 | GOOG-PLAY-003575521 |
| GOOG-PLAY-003575522 | GOOG-PLAY-003575522 |
| GOOG-PLAY-003575534 | GOOG-PLAY-003575534 |
| GOOG-PLAY-003575540 | GOOG-PLAY-003575540 |
| GOOG-PLAY-003575544 | GOOG-PLAY-003575544 |
| GOOG-PLAY-003575547 | GOOG-PLAY-003575548 |
| GOOG-PLAY-003575549 | GOOG-PLAY-003575550 |
| GOOG-PLAY-003575570 | GOOG-PLAY-003575570 |
| GOOG-PLAY-003575572 | GOOG-PLAY-003575572 |
| GOOG-PLAY-003575583 | GOOG-PLAY-003575583 |
| GOOG-PLAY-003575584 | GOOG-PLAY-003575584 |
| GOOG-PLAY-003575589 | GOOG-PLAY-003575589 |
| GOOG-PLAY-003575602 | GOOG-PLAY-003575605 |
| GOOG-PLAY-003575607 | GOOG-PLAY-003575610 |
| GOOG-PLAY-003575611 | GOOG-PLAY-003575611 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-003575612 | GOOG-PLAY-003575612 |
| GOOG-PLAY-003575613 | GOOG-PLAY-003575613 |
| GOOG-PLAY-003575615 | GOOG-PLAY-003575615 |
| GOOG-PLAY-003575617 | GOOG-PLAY-003575617 |
| GOOG-PLAY-003575620 | GOOG-PLAY-003575621 |
| GOOG-PLAY-003575638 | GOOG-PLAY-003575638 |
| GOOG-PLAY-003575643 | GOOG-PLAY-003575643 |
| GOOG-PLAY-003575644 | GOOG-PLAY-003575644 |
| GOOG-PLAY-003575645 | GOOG-PLAY-003575646 |
| GOOG-PLAY-003575647 | GOOG-PLAY-003575647 |
| GOOG-PLAY-003575651 | GOOG-PLAY-003575651 |
| GOOG-PLAY-003575652 | GOOG-PLAY-003575653 |
| GOOG-PLAY-003575658 | GOOG-PLAY-003575659 |
| GOOG-PLAY-003575663 | GOOG-PLAY-003575664 |
| GOOG-PLAY-003575666 | GOOG-PLAY-003575666 |
| GOOG-PLAY-003575674 | GOOG-PLAY-003575674 |
| GOOG-PLAY-003575679 | GOOG-PLAY-003575682 |
| GOOG-PLAY-003575683 | GOOG-PLAY-003575683 |
| GOOG-PLAY-003575684 | GOOG-PLAY-003575684 |
| GOOG-PLAY-003575685 | GOOG-PLAY-003575685 |
| GOOG-PLAY-003575686 | GOOG-PLAY-003575688 |
| GOOG-PLAY-003575689 | GOOG-PLAY-003575691 |
| GOOG-PLAY-003575587 | GOOG-PLAY-003575587 |
| GOOG-PLAY-003575588 | GOOG-PLAY-003575588 |
| GOOG-PLAY-003575590 | GOOG-PLAY-003575590 |
| GOOG-PLAY-003575591 | GOOG-PLAY-003575593 |
| GOOG-PLAY-003575594 | GOOG-PLAY-003575594 |
| GOOG-PLAY-003575600 | GOOG-PLAY-003575600 |
| GOOG-PLAY-003575606 | GOOG-PLAY-003575606 |
| GOOG-PLAY-003575616 | GOOG-PLAY-003575616 |
| GOOG-PLAY-003575618 | GOOG-PLAY-003575618 |
| GOOG-PLAY-003575631 | GOOG-PLAY-003575633 |
| GOOG-PLAY-003575634 | GOOG-PLAY-003575634 |
| GOOG-PLAY-003575635 | GOOG-PLAY-003575636 |
| GOOG-PLAY-003575648 | GOOG-PLAY-003575649 |
| GOOG-PLAY-003575650 | GOOG-PLAY-003575650 |
| GOOG-PLAY-003575660 | GOOG-PLAY-003575660 |
| GOOG-PLAY-003575661 | GOOG-PLAY-003575662 |
| GOOG-PLAY-003575665 | GOOG-PLAY-003575665 |
| GOOG-PLAY-003575671 | GOOG-PLAY-003575672 |
| GOOG-PLAY-003575677 | GOOG-PLAY-003575678 |
| GOOG-PLAY-003575692 | GOOG-PLAY-003575692 |
| GOOG-PLAY-003600907 | GOOG-PLAY-003600909 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-003600863 | GOOG-PLAY-003600863 |
| GOOG-PLAY-003600747 | GOOG-PLAY-003600751 |
| GOOG-PLAY-003600718 | GOOG-PLAY-003600720 |
| GOOG-PLAY-003600686 | GOOG-PLAY-003600687 |
| GOOG-PLAY-003600630 | GOOG-PLAY-003600632 |
| GOOG-PLAY-003575696 | GOOG-PLAY-003575697 |
| GOOG-PLAY-003600574 | GOOG-PLAY-003600576 |
| GOOG-PLAY-003575698 | GOOG-PLAY-003575698 |
| GOOG-PLAY-003575704 | GOOG-PLAY-003575704 |
| GOOG-PLAY-003575707 | GOOG-PLAY-003575707 |
| GOOG-PLAY-003600877 | GOOG-PLAY-003600879 |
| GOOG-PLAY-003600844 | GOOG-PLAY-003600846 |
| GOOG-PLAY-003600837 | GOOG-PLAY-003600838 |
| GOOG-PLAY-003605138 | GOOG-PLAY-003605138 |
| GOOG-PLAY-003600754 | GOOG-PLAY-003600755 |
| GOOG-PLAY-003600692 | GOOG-PLAY-003600694 |
| GOOG-PLAY-003600688 | GOOG-PLAY-003600691 |
| GOOG-PLAY-003600659 | GOOG-PLAY-003600664 |
| GOOG-PLAY-003600620 | GOOG-PLAY-003600620 |
| GOOG-PLAY-003575703 | GOOG-PLAY-003575703 |
| GOOG-PLAY-003605122 | GOOG-PLAY-003605123 |
| GOOG-PLAY-003605131 | GOOG-PLAY-003605131 |
| GOOG-PLAY-003605145 | GOOG-PLAY-003605145 |
| GOOG-PLAY-003930038 | GOOG-PLAY-003930040 |
| GOOG-PLAY-003683919 | GOOG-PLAY-003683920 |
| GOOG-PLAY-003946625 | GOOG-PLAY-003946626 |
| GOOG-PLAY-003666393 | GOOG-PLAY-003666393 |
| GOOG-PLAY-003526986 | GOOG-PLAY-003526986 |
| GOOG-PLAY-003526987 | GOOG-PLAY-003526990 |
| GOOG-PLAY-003526991 | GOOG-PLAY-003526991 |
| GOOG-PLAY-003526992 | GOOG-PLAY-003526992 |
| GOOG-PLAY-003526993 | GOOG-PLAY-003526993 |
| GOOG-PLAY-003527014 | GOOG-PLAY-003527014 |
| GOOG-PLAY-003527020 | GOOG-PLAY-003527020 |
| GOOG-PLAY-003526994 | GOOG-PLAY-003526994 |
| GOOG-PLAY-003526995 | GOOG-PLAY-003526995 |
| GOOG-PLAY-003526997 | GOOG-PLAY-003526997 |
| GOOG-PLAY-003526998 | GOOG-PLAY-003526998 |
| GOOG-PLAY-003527001 | GOOG-PLAY-003527001 |
| GOOG-PLAY-003527002 | GOOG-PLAY-003527002 |
| GOOG-PLAY-003527010 | GOOG-PLAY-003527013 |
| GOOG-PLAY-003527018 | GOOG-PLAY-003527018 |
| GOOG-PLAY-003527019 | GOOG-PLAY-003527019 |

| | |
|---|---|
| GOOG-PLAY-003527021 | GOOG-PLAY-003527021 |
| GOOG-PLAY-003527022 | GOOG-PLAY-003527022 |
| GOOG-PLAY-003527029 | GOOG-PLAY-003527029 |
| GOOG-PLAY-003527033 | GOOG-PLAY-003527037 |
| GOOG-PLAY-003527067 | GOOG-PLAY-003527069 |
| GOOG-PLAY-003527075 | GOOG-PLAY-003527075 |
| GOOG-PLAY-003527086 | GOOG-PLAY-003527086 |
| GOOG-PLAY-003527032 | GOOG-PLAY-003527032 |
| GOOG-PLAY-003527038 | GOOG-PLAY-003527042 |
| GOOG-PLAY-003527043 | GOOG-PLAY-003527043 |
| GOOG-PLAY-003527044 | GOOG-PLAY-003527048 |
| GOOG-PLAY-003527058 | GOOG-PLAY-003527058 |
| GOOG-PLAY-003527059 | GOOG-PLAY-003527060 |
| GOOG-PLAY-003527063 | GOOG-PLAY-003527063 |
| GOOG-PLAY-003527064 | GOOG-PLAY-003527064 |
| GOOG-PLAY-003527065 | GOOG-PLAY-003527066 |
| GOOG-PLAY-003527073 | GOOG-PLAY-003527074 |
| GOOG-PLAY-003527076 | GOOG-PLAY-003527085 |
| GOOG-PLAY-003955141 | GOOG-PLAY-003955142 |
| GOOG-PLAY-003953822 | GOOG-PLAY-003953822 |
| GOOG-PLAY-003953735 | GOOG-PLAY-003953735 |
| GOOG-PLAY-003950914 | GOOG-PLAY-003950915 |
| GOOG-PLAY-003950501 | GOOG-PLAY-003950501 |
| GOOG-PLAY-003949007 | GOOG-PLAY-003949009 |
| GOOG-PLAY-003948585 | GOOG-PLAY-003948587 |
| GOOG-PLAY-003948618 | GOOG-PLAY-003948619 |
| GOOG-PLAY-003954174 | GOOG-PLAY-003954175 |
| GOOG-PLAY-003953842 | GOOG-PLAY-003953842 |
| GOOG-PLAY-003950260 | GOOG-PLAY-003950261 |
| GOOG-PLAY-003949717 | GOOG-PLAY-003949718 |
| GOOG-PLAY-003946790 | GOOG-PLAY-003946790 |
| GOOG-PLAY-003836334 | GOOG-PLAY-003836336 |
| GOOG-PLAY-003575519 | GOOG-PLAY-003575520 |
| GOOG-PLAY-003575523 | GOOG-PLAY-003575523 |
| GOOG-PLAY-003575545 | GOOG-PLAY-003575545 |
| GOOG-PLAY-003575558 | GOOG-PLAY-003575558 |
| GOOG-PLAY-003575566 | GOOG-PLAY-003575567 |
| GOOG-PLAY-003575569 | GOOG-PLAY-003575569 |
| GOOG-PLAY-003600127 | GOOG-PLAY-003600129 |
| GOOG-PLAY-003575482 | GOOG-PLAY-003575482 |
| GOOG-PLAY-003575497 | GOOG-PLAY-003575497 |
| GOOG-PLAY-003575518 | GOOG-PLAY-003575518 |
| GOOG-PLAY-003575524 | GOOG-PLAY-003575524 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-003575557 | GOOG-PLAY-003575557 |
| GOOG-PLAY-003575559 | GOOG-PLAY-003575559 |
| GOOG-PLAY-003575560 | GOOG-PLAY-003575560 |
| GOOG-PLAY-003592116 | GOOG-PLAY-003592120 |
| GOOG-PLAY-003598662 | GOOG-PLAY-003598662 |
| GOOG-PLAY-003575625 | GOOG-PLAY-003575625 |
| GOOG-PLAY-003600731 | GOOG-PLAY-003600734 |
| GOOG-PLAY-003600874 | GOOG-PLAY-003600876 |
| GOOG-PLAY-003600856 | GOOG-PLAY-003600857 |
| GOOG-PLAY-003600831 | GOOG-PLAY-003600833 |
| GOOG-PLAY-003600772 | GOOG-PLAY-003600773 |
| GOOG-PLAY-003600774 | GOOG-PLAY-003600775 |
| GOOG-PLAY-003600702 | GOOG-PLAY-003600704 |
| GOOG-PLAY-003600577 | GOOG-PLAY-003600582 |
| GOOG-PLAY-003600555 | GOOG-PLAY-003600560 |
| GOOG-PLAY-003527016 | GOOG-PLAY-003527016 |
| GOOG-PLAY-003605134 | GOOG-PLAY-003605134 |
| GOOG-PLAY-003605124 | GOOG-PLAY-003605124 |
| GOOG-PLAY-003605140 | GOOG-PLAY-003605140 |
| GOOG-PLAY-003930716 | GOOG-PLAY-003930716 |
| GOOG-PLAY-003930095 | GOOG-PLAY-003930096 |
| GOOG-PLAY-003954018 | GOOG-PLAY-003954018 |
| GOOG-PLAY-003949094 | GOOG-PLAY-003949094 |
| GOOG-PLAY-003711813 | GOOG-PLAY-003711813 |
| GOOG-PLAY-003706815 | GOOG-PLAY-003706819 |
| GOOG-PLAY-004093326 | GOOG-PLAY-004093326 |
| GOOG-PLAY-004093762 | GOOG-PLAY-004093763 |
| GOOG-PLAY-003560314 | GOOG-PLAY-003560314 |
| GOOG-PLAY-004011887 | GOOG-PLAY-004011889 |
| GOOG-PLAY-004011316 | GOOG-PLAY-004011319 |
| GOOG-PLAY-003835756 | GOOG-PLAY-003835760 |
| GOOG-PLAY-004136200 | GOOG-PLAY-004136204 |
| GOOG-PLAY-004136955 | GOOG-PLAY-004136955 |
| GOOG-PLAY-003546677 | GOOG-PLAY-003546677 |
| GOOG-PLAY-003546516 | GOOG-PLAY-003546516 |
| GOOG-PLAY-003537130 | GOOG-PLAY-003537133 |
| GOOG-PLAY-003546289 | GOOG-PLAY-003546291 |
| GOOG-PLAY-003547120 | GOOG-PLAY-003547120 |
| GOOG-PLAY-003547047 | GOOG-PLAY-003547048 |
| GOOG-PLAY-003547034 | GOOG-PLAY-003547038 |
| GOOG-PLAY-003546809 | GOOG-PLAY-003546810 |
| GOOG-PLAY-003546821 | GOOG-PLAY-003546821 |
| GOOG-PLAY-003546714 | GOOG-PLAY-003546715 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-003835630 | GOOG-PLAY-003835630 |
| GOOG-PLAY-003835537 | GOOG-PLAY-003835537 |
| GOOG-PLAY-003966960 | GOOG-PLAY-003966960 |
| GOOG-PLAY-003568798 | GOOG-PLAY-003568801 |
| GOOG-PLAY-003930374 | GOOG-PLAY-003930374 |
| GOOG-PLAY-003930308 | GOOG-PLAY-003930308 |
| GOOG-PLAY-003930195 | GOOG-PLAY-003930196 |
| GOOG-PLAY-003930008 | GOOG-PLAY-003930013 |
| GOOG-PLAY-003905259 | GOOG-PLAY-003905260 |
| GOOG-PLAY-003568761 | GOOG-PLAY-003568761 |
| GOOG-PLAY-003930707 | GOOG-PLAY-003930708 |
| GOOG-PLAY-003929997 | GOOG-PLAY-003929997 |
| GOOG-PLAY-003929967 | GOOG-PLAY-003929967 |
| GOOG-PLAY-003575475 | GOOG-PLAY-003575475 |
| GOOG-PLAY-003836249 | GOOG-PLAY-003836249 |
| GOOG-PLAY-003836380 | GOOG-PLAY-003836380 |
| GOOG-PLAY-003835534 | GOOG-PLAY-003835534 |
| GOOG-PLAY-003575568 | GOOG-PLAY-003575568 |
| GOOG-PLAY-003575472 | GOOG-PLAY-003575472 |
| GOOG-PLAY-003575614 | GOOG-PLAY-003575614 |
| GOOG-PLAY-003575619 | GOOG-PLAY-003575619 |
| GOOG-PLAY-003575623 | GOOG-PLAY-003575623 |
| GOOG-PLAY-003575642 | GOOG-PLAY-003575642 |
| GOOG-PLAY-003575657 | GOOG-PLAY-003575657 |
| GOOG-PLAY-003575705 | GOOG-PLAY-003575705 |
| GOOG-PLAY-003527026 | GOOG-PLAY-003527026 |
| GOOG-PLAY-003937014 | GOOG-PLAY-003937015 |
| GOOG-PLAY-003936742 | GOOG-PLAY-003936742 |
| GOOG-PLAY-003895668 | GOOG-PLAY-003895669 |
| GOOG-PLAY-003897394 | GOOG-PLAY-003897395 |
| GOOG-PLAY-003891048 | GOOG-PLAY-003891048 |
| GOOG-PLAY-003888509 | GOOG-PLAY-003888510 |
| GOOG-PLAY-003888275 | GOOG-PLAY-003888276 |
| GOOG-PLAY-003895315 | GOOG-PLAY-003895316 |
| GOOG-PLAY-003895293 | GOOG-PLAY-003895294 |
| GOOG-PLAY-003895768 | GOOG-PLAY-003895768 |
| GOOG-PLAY-003896477 | GOOG-PLAY-003896477 |
| GOOG-PLAY-003899327 | GOOG-PLAY-003899327 |
| GOOG-PLAY-003895126 | GOOG-PLAY-003895126 |
| GOOG-PLAY-003894802 | GOOG-PLAY-003894804 |
| GOOG-PLAY-003883908 | GOOG-PLAY-003883909 |
| GOOG-PLAY-003883264 | GOOG-PLAY-003883264 |
| GOOG-PLAY-004145883 | GOOG-PLAY-004145883 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-003894444 | GOOG-PLAY-003894445 |
| GOOG-PLAY-003891276 | GOOG-PLAY-003891276 |
| GOOG-PLAY-003683744 | GOOG-PLAY-003683744 |
| GOOG-PLAY-003985339 | GOOG-PLAY-003985341 |
| GOOG-PLAY-004094032 | GOOG-PLAY-004094033 |
| GOOG-PLAY-003575622 | GOOG-PLAY-003575622 |
| GOOG-PLAY-003575699 | GOOG-PLAY-003575700 |
| GOOG-PLAY-003527024 | GOOG-PLAY-003527025 |
| GOOG-PLAY-003527049 | GOOG-PLAY-003527049 |
| GOOG-PLAY-003527030 | GOOG-PLAY-003527031 |
| GOOG-PLAY-003605125 | GOOG-PLAY-003605127 |
| GOOG-PLAY-003605155 | GOOG-PLAY-003605155 |
| GOOG-PLAY-003605186 | GOOG-PLAY-003605188 |
| GOOG-PLAY-003605196 | GOOG-PLAY-003605196 |
| GOOG-PLAY-003605191 | GOOG-PLAY-003605191 |
| GOOG-PLAY-003605198 | GOOG-PLAY-003605199 |
| GOOG-PLAY-003714889 | GOOG-PLAY-003714889 |
| GOOG-PLAY-003666392 | GOOG-PLAY-003666392 |
| GOOG-PLAY-003575496 | GOOG-PLAY-003575496 |
| GOOG-PLAY-003575532 | GOOG-PLAY-003575532 |
| GOOG-PLAY-003575561 | GOOG-PLAY-003575562 |
| GOOG-PLAY-003575563 | GOOG-PLAY-003575563 |
| GOOG-PLAY-003575655 | GOOG-PLAY-003575655 |
| GOOG-PLAY-003527004 | GOOG-PLAY-003527006 |
| GOOG-PLAY-003527023 | GOOG-PLAY-003527023 |
| GOOG-PLAY-003605197 | GOOG-PLAY-003605197 |
| GOOG-PLAY-003811246 | GOOG-PLAY-003811247 |
| GOOG-PLAY-003946691 | GOOG-PLAY-003946691 |
| GOOG-PLAY-003575457 | GOOG-PLAY-003575457 |
| GOOG-PLAY-003575543 | GOOG-PLAY-003575543 |
| GOOG-PLAY-003598616 | GOOG-PLAY-003598616 |
| GOOG-PLAY-003575626 | GOOG-PLAY-003575629 |
| GOOG-PLAY-003575639 | GOOG-PLAY-003575641 |
| GOOG-PLAY-003575706 | GOOG-PLAY-003575706 |
| GOOG-PLAY-003605171 | GOOG-PLAY-003605175 |
| GOOG-PLAY-003605192 | GOOG-PLAY-003605192 |
| GOOG-PLAY-003823193 | GOOG-PLAY-003823193 |
| GOOG-PLAY-003710534 | GOOG-PLAY-003710535 |
| GOOG-PLAY-003592184 | GOOG-PLAY-003592186 |
| GOOG-PLAY-003605184 | GOOG-PLAY-003605185 |
| GOOG-PLAY-003950771 | GOOG-PLAY-003950771 |
| GOOG-PLAY-003929257 | GOOG-PLAY-003929258 |
| GOOG-PLAY-003928763 | GOOG-PLAY-003928763 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-004137153 | GOOG-PLAY-004137153 |
| GOOG-PLAY-003818370 | GOOG-PLAY-003818370 |
| GOOG-PLAY-003681929 | GOOG-PLAY-003681930 |
| GOOG-PLAY-003681591 | GOOG-PLAY-003681591 |
| GOOG-PLAY-003832276 | GOOG-PLAY-003832276 |
| GOOG-PLAY-003761082 | GOOG-PLAY-003761085 |
| GOOG-PLAY-003765204 | GOOG-PLAY-003765205 |
| GOOG-PLAY-003761121 | GOOG-PLAY-003761123 |
| GOOG-PLAY-003760448 | GOOG-PLAY-003760449 |
| GOOG-PLAY-003737190 | GOOG-PLAY-003737190 |
| GOOG-PLAY-003736636 | GOOG-PLAY-003736636 |
| GOOG-PLAY-003771251 | GOOG-PLAY-003771251 |
| GOOG-PLAY-003773972 | GOOG-PLAY-003773972 |
| GOOG-PLAY-004259542 | GOOG-PLAY-004259542 |
| GOOG-PLAY-004259533 | GOOG-PLAY-004259535 |
| GOOG-PLAY-004259159 | GOOG-PLAY-004259160 |
| GOOG-PLAY-004760342 | GOOG-PLAY-004760342 |
| GOOG-PLAY-004760343 | GOOG-PLAY-004760352 |
| GOOG-PLAY-004267856 | GOOG-PLAY-004267857 |
| GOOG-PLAY-004248493 | GOOG-PLAY-004248493 |
| GOOG-PLAY-004760050 | GOOG-PLAY-004760051 |
| GOOG-PLAY-004450620 | GOOG-PLAY-004450625 |
| GOOG-PLAY-004328097 | GOOG-PLAY-004328101 |
| GOOG-PLAY-004455818 | GOOG-PLAY-004455821 |
| GOOG-PLAY-004248995 | GOOG-PLAY-004248997 |
| GOOG-PLAY-004268114 | GOOG-PLAY-004268115 |
| GOOG-PLAY-004267858 | GOOG-PLAY-004267858 |
| GOOG-PLAY-004485054 | GOOG-PLAY-004485054 |
| GOOG-PLAY-006720175 | GOOG-PLAY-006720176 |
| GOOG-PLAY-006763877 | GOOG-PLAY-006763878 |
| GOOG-PLAY-005576717 | GOOG-PLAY-005576718 |
| GOOG-PLAY-005601974 | GOOG-PLAY-005601974 |
| GOOG-PLAY-005601967 | GOOG-PLAY-005601970 |
| GOOG-PLAY-006358097 | GOOG-PLAY-006358097 |
| GOOG-PLAY-005541229 | GOOG-PLAY-005541229 |
| GOOG-PLAY-006690428 | GOOG-PLAY-006690431 |
| GOOG-PLAY-006600693 | GOOG-PLAY-006600693 |
| GOOG-PLAY-005694210 | GOOG-PLAY-005694213 |
| GOOG-PLAY-007207463 | GOOG-PLAY-007207463 |
| GOOG-PLAY-007207172 | GOOG-PLAY-007207172 |
| GOOG-PLAY-007206987 | GOOG-PLAY-007206988 |
| GOOG-PLAY-007206835 | GOOG-PLAY-007206835 |
| GOOG-PLAY-007206236 | GOOG-PLAY-007206241 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-007206085 | GOOG-PLAY-007206086 |
| GOOG-PLAY-007206063 | GOOG-PLAY-007206063 |
| GOOG-PLAY-007205148 | GOOG-PLAY-007205150 |
| GOOG-PLAY-007205041 | GOOG-PLAY-007205042 |
| GOOG-PLAY-007204755 | GOOG-PLAY-007204755 |
| GOOG-PLAY-007204577 | GOOG-PLAY-007204578 |
| GOOG-PLAY-007207429 | GOOG-PLAY-007207430 |
| GOOG-PLAY-007206381 | GOOG-PLAY-007206381 |
| GOOG-PLAY-007206305 | GOOG-PLAY-007206306 |
| GOOG-PLAY-007206243 | GOOG-PLAY-007206243 |
| GOOG-PLAY-007204747 | GOOG-PLAY-007204752 |
| GOOG-PLAY-007235515 | GOOG-PLAY-007235515 |
| GOOG-PLAY-007235501 | GOOG-PLAY-007235501 |
| GOOG-PLAY-007235430 | GOOG-PLAY-007235432 |
| GOOG-PLAY-007235420 | GOOG-PLAY-007235422 |
| GOOG-PLAY-007235241 | GOOG-PLAY-007235242 |
| GOOG-PLAY-007233966 | GOOG-PLAY-007233967 |
| GOOG-PLAY-007233695 | GOOG-PLAY-007233695 |
| GOOG-PLAY-007233532 | GOOG-PLAY-007233533 |
| GOOG-PLAY-007235669 | GOOG-PLAY-007235669 |
| GOOG-PLAY-007235668 | GOOG-PLAY-007235668 |
| GOOG-PLAY-007235489 | GOOG-PLAY-007235490 |
| GOOG-PLAY-007235219 | GOOG-PLAY-007235219 |
| GOOG-PLAY-007235040 | GOOG-PLAY-007235041 |
| GOOG-PLAY-007234895 | GOOG-PLAY-007234896 |
| GOOG-PLAY-007234887 | GOOG-PLAY-007234887 |
| GOOG-PLAY-007234693 | GOOG-PLAY-007234694 |
| GOOG-PLAY-007234422 | GOOG-PLAY-007234425 |
| GOOG-PLAY-007234156 | GOOG-PLAY-007234157 |
| GOOG-PLAY-007233877 | GOOG-PLAY-007233877 |
| GOOG-PLAY-007233529 | GOOG-PLAY-007233530 |
| GOOG-PLAY-007229157 | GOOG-PLAY-007229157 |
| GOOG-PLAY-007227368 | GOOG-PLAY-007227368 |
| GOOG-PLAY-007229814 | GOOG-PLAY-007229815 |
| GOOG-PLAY-007229590 | GOOG-PLAY-007229590 |
| GOOG-PLAY-007229217 | GOOG-PLAY-007229220 |
| GOOG-PLAY-007228844 | GOOG-PLAY-007228845 |
| GOOG-PLAY-007227038 | GOOG-PLAY-007227040 |
| GOOG-PLAY-007204113 | GOOG-PLAY-007204113 |
| GOOG-PLAY-007204007 | GOOG-PLAY-007204007 |
| GOOG-PLAY-007203335 | GOOG-PLAY-007203335 |
| GOOG-PLAY-007204430 | GOOG-PLAY-007204430 |
| GOOG-PLAY-007204024 | GOOG-PLAY-007204024 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-007203657 | GOOG-PLAY-007203657 |
| GOOG-PLAY-007210569 | GOOG-PLAY-007210575 |
| GOOG-PLAY-007210502 | GOOG-PLAY-007210502 |
| GOOG-PLAY-007210526 | GOOG-PLAY-007210526 |
| GOOG-PLAY-007210258 | GOOG-PLAY-007210259 |
| GOOG-PLAY-007210060 | GOOG-PLAY-007210061 |
| GOOG-PLAY-007209533 | GOOG-PLAY-007209533 |
| GOOG-PLAY-007208965 | GOOG-PLAY-007208965 |
| GOOG-PLAY-007208699 | GOOG-PLAY-007208702 |
| GOOG-PLAY-007209260 | GOOG-PLAY-007209261 |
| GOOG-PLAY-007208770 | GOOG-PLAY-007208771 |
| GOOG-PLAY-007208076 | GOOG-PLAY-007208076 |
| GOOG-PLAY-007208118 | GOOG-PLAY-007208118 |
| GOOG-PLAY-007203336 | GOOG-PLAY-007203336 |
| GOOG-PLAY-007256286 | GOOG-PLAY-007256287 |
| GOOG-PLAY-007252667 | GOOG-PLAY-007252667 |
| GOOG-PLAY-007252028 | GOOG-PLAY-007252029 |
| GOOG-PLAY-007257100 | GOOG-PLAY-007257102 |
| GOOG-PLAY-007257137 | GOOG-PLAY-007257137 |
| GOOG-PLAY-007257279 | GOOG-PLAY-007257279 |
| GOOG-PLAY-007257421 | GOOG-PLAY-007257422 |
| GOOG-PLAY-007256973 | GOOG-PLAY-007256976 |
| GOOG-PLAY-007256816 | GOOG-PLAY-007256817 |
| GOOG-PLAY-007256671 | GOOG-PLAY-007256671 |
| GOOG-PLAY-007231568 | GOOG-PLAY-007231570 |
| GOOG-PLAY-007231493 | GOOG-PLAY-007231495 |
| GOOG-PLAY-007230199 | GOOG-PLAY-007230200 |
| GOOG-PLAY-007229906 | GOOG-PLAY-007229909 |
| GOOG-PLAY-007256527 | GOOG-PLAY-007256532 |
| GOOG-PLAY-007256492 | GOOG-PLAY-007256492 |
| GOOG-PLAY-007255796 | GOOG-PLAY-007255796 |
| GOOG-PLAY-007255784 | GOOG-PLAY-007255784 |
| GOOG-PLAY-007254758 | GOOG-PLAY-007254759 |
| GOOG-PLAY-007253192 | GOOG-PLAY-007253192 |
| GOOG-PLAY-007252603 | GOOG-PLAY-007252604 |
| GOOG-PLAY-007258721 | GOOG-PLAY-007258721 |
| GOOG-PLAY-007258659 | GOOG-PLAY-007258660 |
| GOOG-PLAY-007258177 | GOOG-PLAY-007258177 |
| GOOG-PLAY-007257911 | GOOG-PLAY-007257911 |
| GOOG-PLAY-007257357 | GOOG-PLAY-007257359 |
| GOOG-PLAY-007257378 | GOOG-PLAY-007257379 |
| GOOG-PLAY-007257219 | GOOG-PLAY-007257219 |
| GOOG-PLAY-007257206 | GOOG-PLAY-007257206 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-007257250 | GOOG-PLAY-007257252 |
| GOOG-PLAY-007257040 | GOOG-PLAY-007257040 |
| GOOG-PLAY-007256957 | GOOG-PLAY-007256957 |
| GOOG-PLAY-007256803 | GOOG-PLAY-007256803 |
| GOOG-PLAY-007256706 | GOOG-PLAY-007256707 |
| GOOG-PLAY-007230258 | GOOG-PLAY-007230258 |
| GOOG-PLAY-007214289 | GOOG-PLAY-007214290 |
| GOOG-PLAY-007213935 | GOOG-PLAY-007213935 |
| GOOG-PLAY-007213900 | GOOG-PLAY-007213901 |
| GOOG-PLAY-007213666 | GOOG-PLAY-007213670 |
| GOOG-PLAY-007213174 | GOOG-PLAY-007213174 |
| GOOG-PLAY-007212588 | GOOG-PLAY-007212592 |
| GOOG-PLAY-007212223 | GOOG-PLAY-007212226 |
| GOOG-PLAY-007212044 | GOOG-PLAY-007212044 |
| GOOG-PLAY-007211381 | GOOG-PLAY-007211381 |
| GOOG-PLAY-007211262 | GOOG-PLAY-007211263 |
| GOOG-PLAY-007213520 | GOOG-PLAY-007213521 |
| GOOG-PLAY-007213451 | GOOG-PLAY-007213458 |
| GOOG-PLAY-007213449 | GOOG-PLAY-007213450 |
| GOOG-PLAY-007213379 | GOOG-PLAY-007213385 |
| GOOG-PLAY-007213308 | GOOG-PLAY-007213309 |
| GOOG-PLAY-007212944 | GOOG-PLAY-007212948 |
| GOOG-PLAY-007212417 | GOOG-PLAY-007212419 |
| GOOG-PLAY-007212358 | GOOG-PLAY-007212358 |
| GOOG-PLAY-007212289 | GOOG-PLAY-007212290 |
| GOOG-PLAY-007212029 | GOOG-PLAY-007212030 |
| GOOG-PLAY-007212020 | GOOG-PLAY-007212021 |
| GOOG-PLAY-007221476 | GOOG-PLAY-007221477 |
| GOOG-PLAY-007221073 | GOOG-PLAY-007221073 |
| GOOG-PLAY-007220733 | GOOG-PLAY-007220733 |
| GOOG-PLAY-007220192 | GOOG-PLAY-007220192 |
| GOOG-PLAY-007218775 | GOOG-PLAY-007218775 |
| GOOG-PLAY-007218356 | GOOG-PLAY-007218358 |
| GOOG-PLAY-007217804 | GOOG-PLAY-007217806 |
| GOOG-PLAY-007217800 | GOOG-PLAY-007217800 |
| GOOG-PLAY-007216391 | GOOG-PLAY-007216394 |
| GOOG-PLAY-007216398 | GOOG-PLAY-007216400 |
| GOOG-PLAY-007216368 | GOOG-PLAY-007216368 |
| GOOG-PLAY-007215863 | GOOG-PLAY-007215866 |
| GOOG-PLAY-007215552 | GOOG-PLAY-007215552 |
| GOOG-PLAY-007215061 | GOOG-PLAY-007215063 |
| GOOG-PLAY-007214488 | GOOG-PLAY-007214489 |
| GOOG-PLAY-007221803 | GOOG-PLAY-007221804 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-007221701 | GOOG-PLAY-007221701 |
| GOOG-PLAY-007219579 | GOOG-PLAY-007219579 |
| GOOG-PLAY-007219447 | GOOG-PLAY-007219447 |
| GOOG-PLAY-007218629 | GOOG-PLAY-007218629 |
| GOOG-PLAY-007217884 | GOOG-PLAY-007217884 |
| GOOG-PLAY-007217204 | GOOG-PLAY-007217207 |
| GOOG-PLAY-007216709 | GOOG-PLAY-007216716 |
| GOOG-PLAY-007216765 | GOOG-PLAY-007216766 |
| GOOG-PLAY-007216699 | GOOG-PLAY-007216701 |
| GOOG-PLAY-007216692 | GOOG-PLAY-007216693 |
| GOOG-PLAY-007216608 | GOOG-PLAY-007216608 |
| GOOG-PLAY-007216196 | GOOG-PLAY-007216200 |
| GOOG-PLAY-007215782 | GOOG-PLAY-007215782 |
| GOOG-PLAY-007215602 | GOOG-PLAY-007215605 |
| GOOG-PLAY-007215407 | GOOG-PLAY-007215407 |
| GOOG-PLAY-007215378 | GOOG-PLAY-007215379 |
| GOOG-PLAY-007215188 | GOOG-PLAY-007215189 |
| GOOG-PLAY-007215288 | GOOG-PLAY-007215289 |
| GOOG-PLAY-007215079 | GOOG-PLAY-007215080 |
| GOOG-PLAY-007226543 | GOOG-PLAY-007226544 |
| GOOG-PLAY-007225550 | GOOG-PLAY-007225553 |
| GOOG-PLAY-007225498 | GOOG-PLAY-007225499 |
| GOOG-PLAY-007223526 | GOOG-PLAY-007223528 |
| GOOG-PLAY-007226438 | GOOG-PLAY-007226439 |
| GOOG-PLAY-007223339 | GOOG-PLAY-007223341 |
| GOOG-PLAY-007222770 | GOOG-PLAY-007222770 |
| GOOG-PLAY-007203326 | GOOG-PLAY-007203326 |
| GOOG-PLAY-007203329 | GOOG-PLAY-007203329 |
| GOOG-PLAY-007203330 | GOOG-PLAY-007203330 |
| GOOG-PLAY-007203332 | GOOG-PLAY-007203332 |
| GOOG-PLAY-007203334 | GOOG-PLAY-007203334 |
| GOOG-PLAY-007203327 | GOOG-PLAY-007203328 |
| GOOG-PLAY-007203331 | GOOG-PLAY-007203331 |
| GOOG-PLAY-007203333 | GOOG-PLAY-007203333 |
| GOOG-PLAY-007207598 | GOOG-PLAY-007207601 |
| GOOG-PLAY-007207411 | GOOG-PLAY-007207411 |
| GOOG-PLAY-007207282 | GOOG-PLAY-007207282 |
| GOOG-PLAY-007205930 | GOOG-PLAY-007205931 |
| GOOG-PLAY-007229206 | GOOG-PLAY-007229211 |
| GOOG-PLAY-007229096 | GOOG-PLAY-007229097 |
| GOOG-PLAY-007204058 | GOOG-PLAY-007204058 |
| GOOG-PLAY-007208557 | GOOG-PLAY-007208559 |
| GOOG-PLAY-007252224 | GOOG-PLAY-007252229 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-007213601 | GOOG-PLAY-007213602 |
| GOOG-PLAY-007217208 | GOOG-PLAY-007217208 |
| GOOG-PLAY-007216407 | GOOG-PLAY-007216407 |
| GOOG-PLAY-007216435 | GOOG-PLAY-007216435 |
| GOOG-PLAY-007215996 | GOOG-PLAY-007215999 |
| GOOG-PLAY-007214854 | GOOG-PLAY-007214855 |
| GOOG-PLAY-007220432 | GOOG-PLAY-007220432 |
| GOOG-PLAY-007215839 | GOOG-PLAY-007215844 |
| GOOG-PLAY-007215895 | GOOG-PLAY-007215897 |
| GOOG-PLAY-007282260 | GOOG-PLAY-007282261 |
| GOOG-PLAY-007289237 | GOOG-PLAY-007289239 |
| GOOG-PLAY-007313756 | GOOG-PLAY-007313758 |
| GOOG-PLAY-007286284 | GOOG-PLAY-007286286 |
| GOOG-PLAY-007286765 | GOOG-PLAY-007286769 |
| GOOG-PLAY-007299421 | GOOG-PLAY-007299428 |
| GOOG-PLAY-007305538 | GOOG-PLAY-007305543 |
| GOOG-PLAY-007292472 | GOOG-PLAY-007292476 |
| GOOG-PLAY-007291469 | GOOG-PLAY-007291475 |
| GOOG-PLAY-007289697 | GOOG-PLAY-007289697 |
| GOOG-PLAY-007306742 | GOOG-PLAY-007306751 |
| GOOG-PLAY-007300025 | GOOG-PLAY-007300027 |
| GOOG-PLAY-007295848 | GOOG-PLAY-007295855 |
| GOOG-PLAY-007295815 | GOOG-PLAY-007295819 |
| GOOG-PLAY-007295795 | GOOG-PLAY-007295800 |
| GOOG-PLAY-007295784 | GOOG-PLAY-007295788 |
| GOOG-PLAY-007295768 | GOOG-PLAY-007295779 |
| GOOG-PLAY-007295762 | GOOG-PLAY-007295767 |
| GOOG-PLAY4-000802843 | GOOG-PLAY4-000802847 |
| GOOG-PLAY4-007622783 | GOOG-PLAY4-007622783 |
| GOOG-PLAY4-002145777 | GOOG-PLAY4-002145777 |
| GOOG-PLAY4-001998795 | GOOG-PLAY4-001998796 |
| GOOG-PLAY4-002848232 | GOOG-PLAY4-002848233 |
| GOOG-PLAY4-002819364 | GOOG-PLAY4-002819370 |
| GOOG-PLAY4-002833382 | GOOG-PLAY4-002833399 |
| GOOG-PLAY4-002833402 | GOOG-PLAY4-002833409 |
| GOOG-PLAY4-002804745 | GOOG-PLAY4-002804750 |
| GOOG-PLAY4-002804251 | GOOG-PLAY4-002804260 |
| GOOG-PLAY4-002803877 | GOOG-PLAY4-002803878 |
| GOOG-PLAY4-002797656 | GOOG-PLAY4-002797656 |
| GOOG-PLAY4-001160596 | GOOG-PLAY4-001160597 |
| GOOG-PLAY4-001767141 | GOOG-PLAY4-001767141 |
| GOOG-PLAY4-001167609 | GOOG-PLAY4-001167610 |
| GOOG-PLAY4-001406574 | GOOG-PLAY4-001406574 |

| | |
|---|---|
| GOOG-PLAY4-002315547 | GOOG-PLAY4-002315548 |
| GOOG-PLAY4-001264846 | GOOG-PLAY4-001264848 |
| GOOG-PLAY4-001402010 | GOOG-PLAY4-001402016 |
| GOOG-PLAY4-004250937 | GOOG-PLAY4-004250937 |
| GOOG-PLAY4-003145829 | GOOG-PLAY4-003145832 |
| GOOG-PLAY4-003074671 | GOOG-PLAY4-003074672 |
| GOOG-PLAY4-003149635 | GOOG-PLAY4-003149637 |
| GOOG-PLAY4-003477395 | GOOG-PLAY4-003477397 |
| GOOG-PLAY4-003475160 | GOOG-PLAY4-003475161 |
| GOOG-PLAY4-003473191 | GOOG-PLAY4-003473196 |
| GOOG-PLAY4-003473611 | GOOG-PLAY4-003473616 |
| GOOG-PLAY4-004812170 | GOOG-PLAY4-004812174 |
| GOOG-PLAY4-003789750 | GOOG-PLAY4-003789752 |
| GOOG-PLAY4-003780899 | GOOG-PLAY4-003780920 |
| GOOG-PLAY4-003097505 | GOOG-PLAY4-003097508 |
| GOOG-PLAY4-004940741 | GOOG-PLAY4-004940743 |
| GOOG-PLAY4-005178417 | GOOG-PLAY4-005178422 |
| GOOG-PLAY4-005180153 | GOOG-PLAY4-005180155 |
| GOOG-PLAY4-005431208 | GOOG-PLAY4-005431210 |
| GOOG-PLAY4-005813443 | GOOG-PLAY4-005813443 |
| GOOG-PLAY4-005380627 | GOOG-PLAY4-005380632 |
| GOOG-PLAY4-005879784 | GOOG-PLAY4-005879806 |
| GOOG-PLAY4-004981424 | GOOG-PLAY4-004981426 |
| GOOG-PLAY4-005000277 | GOOG-PLAY4-005000277 |
| GOOG-PLAY4-006545866 | GOOG-PLAY4-006545870 |
| GOOG-PLAY4-006543062 | GOOG-PLAY4-006543064 |
| GOOG-PLAY4-005987877 | GOOG-PLAY4-005987879 |
| GOOG-PLAY4-005223816 | GOOG-PLAY4-005223818 |
| GOOG-PLAY4-005815757 | GOOG-PLAY4-005815758 |
| GOOG-PLAY4-006628868 | GOOG-PLAY4-006628868 |
| GOOG-PLAY4-006796658 | GOOG-PLAY4-006796658 |
| GOOG-PLAY4-005178649 | GOOG-PLAY4-005178649 |
| GOOG-PLAY4-006801940 | GOOG-PLAY4-006801942 |
| GOOG-PLAY4-006739032 | GOOG-PLAY4-006739032 |
| GOOG-PLAY4-007611332 | GOOG-PLAY4-007611333 |
| GOOG-PLAY4-007220124 | GOOG-PLAY4-007220126 |
| GOOG-PLAY4-006985738 | GOOG-PLAY4-006985741 |
| GOOG-PLAY4-006983622 | GOOG-PLAY4-006983625 |
| GOOG-PLAY4-006983155 | GOOG-PLAY4-006983161 |
| GOOG-PLAY4-007612624 | GOOG-PLAY4-007612643 |
| GOOG-PLAY4-007427791 | GOOG-PLAY4-007427793 |
| GOOG-PLAY4-007764402 | GOOG-PLAY4-007764408 |
| GOOG-PLAY4-007757954 | GOOG-PLAY4-007757962 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY4-007927601 | GOOG-PLAY4-007927603 |
| GOOG-PLAY4-007759464 | GOOG-PLAY4-007759469 |
| GOOG-PLAY4-007751034 | GOOG-PLAY4-007751036 |
| GOOG-PLAY4-007494926 | GOOG-PLAY4-007494926 |
| GOOG-PLAY4-007725239 | GOOG-PLAY4-007725240 |
| GOOG-PLAY4-007495684 | GOOG-PLAY4-007495685 |
| GOOG-PLAY4-007936548 | GOOG-PLAY4-007936550 |
| GOOG-PLAY4-007936410 | GOOG-PLAY4-007936412 |
| GOOG-PLAY4-007855528 | GOOG-PLAY4-007855542 |
| GOOG-PLAY4-007935983 | GOOG-PLAY4-007935986 |
| GOOG-PLAY4-007857417 | GOOG-PLAY4-007857417 |
| GOOG-PLAY-007455051 | GOOG-PLAY-007455069 |
| GOOG-PLAY-007476725 | GOOG-PLAY-007476726 |
| GOOG-PLAY-007499166 | GOOG-PLAY-007499167 |
| GOOG-PLAY-007500195 | GOOG-PLAY-007500197 |
| GOOG-PLAY-007611607 | GOOG-PLAY-007611618 |
| GOOG-PLAY-007611620 | GOOG-PLAY-007611625 |
| GOOG-PLAY-007611604 | GOOG-PLAY-007611606 |
| GOOG-PLAY-007611594 | GOOG-PLAY-007611595 |
| GOOG-PLAY-007611216 | GOOG-PLAY-007611218 |
| GOOG-PLAY-007660283 | GOOG-PLAY-007660284 |
| GOOG-PLAY-007750557 | GOOG-PLAY-007750557 |
| GOOG-PLAY-007656719 | GOOG-PLAY-007656719 |
| GOOG-PLAY-007656726 | GOOG-PLAY-007656726 |
| GOOG-PLAY-007656729 | GOOG-PLAY-007656730 |
| GOOG-PLAY-007659885 | GOOG-PLAY-007659885 |
| GOOG-PLAY-007659908 | GOOG-PLAY-007659909 |
| GOOG-PLAY-007659977 | GOOG-PLAY-007659977 |
| GOOG-PLAY-007660320 | GOOG-PLAY-007660320 |
| GOOG-PLAY-007661001 | GOOG-PLAY-007661001 |
| GOOG-PLAY-007661458 | GOOG-PLAY-007661458 |
| GOOG-PLAY-007661521 | GOOG-PLAY-007661521 |
| GOOG-PLAY-007662004 | GOOG-PLAY-007662005 |
| GOOG-PLAY-007615830 | GOOG-PLAY-007615830 |
| GOOG-PLAY-007659184 | GOOG-PLAY-007659185 |
| GOOG-PLAY-007659800 | GOOG-PLAY-007659800 |
| GOOG-PLAY-007659913 | GOOG-PLAY-007659913 |
| GOOG-PLAY-007659972 | GOOG-PLAY-007659972 |
| GOOG-PLAY-007659973 | GOOG-PLAY-007659974 |
| GOOG-PLAY-007660144 | GOOG-PLAY-007660146 |
| GOOG-PLAY-007660172 | GOOG-PLAY-007660172 |
| GOOG-PLAY-007660268 | GOOG-PLAY-007660269 |
| GOOG-PLAY-007660518 | GOOG-PLAY-007660519 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-007660549 | GOOG-PLAY-007660551 |
| GOOG-PLAY-007661179 | GOOG-PLAY-007661179 |
| GOOG-PLAY-007661756 | GOOG-PLAY-007661757 |
| GOOG-PLAY-008141238 | GOOG-PLAY-008141240 |
| GOOG-PLAY-008141496 | GOOG-PLAY-008141499 |
| GOOG-PLAY-007912223 | GOOG-PLAY-007912223 |
| GOOG-PLAY-007914645 | GOOG-PLAY-007914645 |
| GOOG-PLAY-007917632 | GOOG-PLAY-007917633 |
| GOOG-PLAY-007920097 | GOOG-PLAY-007920100 |
| GOOG-PLAY-007922827 | GOOG-PLAY-007922828 |
| GOOG-PLAY-007922616 | GOOG-PLAY-007922616 |
| GOOG-PLAY-007923392 | GOOG-PLAY-007923393 |
| GOOG-PLAY-008062608 | GOOG-PLAY-008062612 |
| GOOG-PLAY-008064501 | GOOG-PLAY-008064505 |
| GOOG-PLAY-007938584 | GOOG-PLAY-007938587 |
| GOOG-PLAY-007942310 | GOOG-PLAY-007942311 |
| GOOG-PLAY-007943814 | GOOG-PLAY-007943818 |
| GOOG-PLAY-007932055 | GOOG-PLAY-007932055 |
| GOOG-PLAY-007938092 | GOOG-PLAY-007938096 |
| GOOG-PLAY-007940760 | GOOG-PLAY-007940764 |
| GOOG-PLAY-007981137 | GOOG-PLAY-007981139 |
| GOOG-PLAY-007981581 | GOOG-PLAY-007981581 |
| GOOG-PLAY-008177945 | GOOG-PLAY-008177947 |
| GOOG-PLAY-008750838 | GOOG-PLAY-008750838 |
| GOOG-PLAY-008752970 | GOOG-PLAY-008752970 |
| GOOG-PLAY-008765457 | GOOG-PLAY-008765458 |
| GOOG-PLAY-008774737 | GOOG-PLAY-008774737 |
| GOOG-PLAY-008781977 | GOOG-PLAY-008781977 |
| GOOG-PLAY-008790019 | GOOG-PLAY-008790021 |
| GOOG-PLAY-008800423 | GOOG-PLAY-008800423 |
| GOOG-PLAY-008801782 | GOOG-PLAY-008801783 |
| GOOG-PLAY-008801868 | GOOG-PLAY-008801869 |
| GOOG-PLAY-008765126 | GOOG-PLAY-008765127 |
| GOOG-PLAY-008765924 | GOOG-PLAY-008765924 |
| GOOG-PLAY-008795785 | GOOG-PLAY-008795786 |
| GOOG-PLAY-008801870 | GOOG-PLAY-008801871 |
| GOOG-PLAY-008803634 | GOOG-PLAY-008803635 |
| GOOG-PLAY-008808338 | GOOG-PLAY-008808339 |
| GOOG-PLAY-008829608 | GOOG-PLAY-008829609 |
| GOOG-PLAY-008846125 | GOOG-PLAY-008846126 |
| GOOG-PLAY-008846542 | GOOG-PLAY-008846548 |
| GOOG-PLAY-008846658 | GOOG-PLAY-008846658 |
| GOOG-PLAY-008847095 | GOOG-PLAY-008847095 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-008849365 | GOOG-PLAY-008849366 |
| GOOG-PLAY-008850919 | GOOG-PLAY-008850920 |
| GOOG-PLAY-008853323 | GOOG-PLAY-008853325 |
| GOOG-PLAY-008856779 | GOOG-PLAY-008856780 |
| GOOG-PLAY-008858121 | GOOG-PLAY-008858121 |
| GOOG-PLAY-008876867 | GOOG-PLAY-008876868 |
| GOOG-PLAY-008877923 | GOOG-PLAY-008877924 |
| GOOG-PLAY-008888509 | GOOG-PLAY-008888512 |
| GOOG-PLAY-008888884 | GOOG-PLAY-008888884 |
| GOOG-PLAY-008909092 | GOOG-PLAY-008909094 |
| GOOG-PLAY-008910120 | GOOG-PLAY-008910120 |
| GOOG-PLAY-008910824 | GOOG-PLAY-008910824 |
| GOOG-PLAY-008914728 | GOOG-PLAY-008914728 |
| GOOG-PLAY-008920925 | GOOG-PLAY-008920925 |
| GOOG-PLAY-008949389 | GOOG-PLAY-008949389 |
| GOOG-PLAY-008961235 | GOOG-PLAY-008961239 |
| GOOG-PLAY-008972636 | GOOG-PLAY-008972636 |
| GOOG-PLAY-008802367 | GOOG-PLAY-008802368 |
| GOOG-PLAY-008844079 | GOOG-PLAY-008844079 |
| GOOG-PLAY-008844333 | GOOG-PLAY-008844335 |
| GOOG-PLAY-008845632 | GOOG-PLAY-008845632 |
| GOOG-PLAY-008849704 | GOOG-PLAY-008849704 |
| GOOG-PLAY-008854061 | GOOG-PLAY-008854061 |
| GOOG-PLAY-008854922 | GOOG-PLAY-008854923 |
| GOOG-PLAY-008863576 | GOOG-PLAY-008863578 |
| GOOG-PLAY-008870705 | GOOG-PLAY-008870706 |
| GOOG-PLAY-008871707 | GOOG-PLAY-008871708 |
| GOOG-PLAY-008877815 | GOOG-PLAY-008877816 |
| GOOG-PLAY-008884436 | GOOG-PLAY-008884436 |
| GOOG-PLAY-008885882 | GOOG-PLAY-008885882 |
| GOOG-PLAY-008888632 | GOOG-PLAY-008888632 |
| GOOG-PLAY-008891288 | GOOG-PLAY-008891289 |
| GOOG-PLAY-008900432 | GOOG-PLAY-008900434 |
| GOOG-PLAY-008902832 | GOOG-PLAY-008902832 |
| GOOG-PLAY-008903530 | GOOG-PLAY-008903530 |
| GOOG-PLAY-008905536 | GOOG-PLAY-008905537 |
| GOOG-PLAY-008907668 | GOOG-PLAY-008907668 |
| GOOG-PLAY-008908446 | GOOG-PLAY-008908449 |
| GOOG-PLAY-008910289 | GOOG-PLAY-008910290 |
| GOOG-PLAY-008911596 | GOOG-PLAY-008911596 |
| GOOG-PLAY-008927277 | GOOG-PLAY-008927278 |
| GOOG-PLAY-008960972 | GOOG-PLAY-008960972 |
| GOOG-PLAY-008964550 | GOOG-PLAY-008964551 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-008978073 | GOOG-PLAY-008978078 |
| GOOG-PLAY-008983039 | GOOG-PLAY-008983039 |
| GOOG-PLAY-008986412 | GOOG-PLAY-008986413 |
| GOOG-PLAY-008988900 | GOOG-PLAY-008988900 |
| GOOG-PLAY-009004195 | GOOG-PLAY-009004202 |
| GOOG-PLAY-009005983 | GOOG-PLAY-009005984 |
| GOOG-PLAY-009007853 | GOOG-PLAY-009007853 |
| GOOG-PLAY-009007944 | GOOG-PLAY-009007944 |
| GOOG-PLAY-009008982 | GOOG-PLAY-009008982 |
| GOOG-PLAY-009009377 | GOOG-PLAY-009009378 |
| GOOG-PLAY-009009540 | GOOG-PLAY-009009541 |
| GOOG-PLAY-009009632 | GOOG-PLAY-009009633 |
| GOOG-PLAY-009009801 | GOOG-PLAY-009009801 |
| GOOG-PLAY-009010150 | GOOG-PLAY-009010151 |
| GOOG-PLAY-009011075 | GOOG-PLAY-009011075 |
| GOOG-PLAY-009012316 | GOOG-PLAY-009012317 |
| GOOG-PLAY-009012597 | GOOG-PLAY-009012599 |
| GOOG-PLAY-009014419 | GOOG-PLAY-009014419 |
| GOOG-PLAY-009014602 | GOOG-PLAY-009014602 |
| GOOG-PLAY-009017155 | GOOG-PLAY-009017162 |
| GOOG-PLAY-009022113 | GOOG-PLAY-009022115 |
| GOOG-PLAY-009025638 | GOOG-PLAY-009025639 |
| GOOG-PLAY-009026801 | GOOG-PLAY-009026803 |
| GOOG-PLAY-009037486 | GOOG-PLAY-009037487 |
| GOOG-PLAY-009054681 | GOOG-PLAY-009054686 |
| GOOG-PLAY-009056835 | GOOG-PLAY-009056837 |
| GOOG-PLAY-009163438 | GOOG-PLAY-009163438 |
| GOOG-PLAY-008987364 | GOOG-PLAY-008987365 |
| GOOG-PLAY-009005514 | GOOG-PLAY-009005515 |
| GOOG-PLAY-009006508 | GOOG-PLAY-009006508 |
| GOOG-PLAY-009007449 | GOOG-PLAY-009007449 |
| GOOG-PLAY-009007463 | GOOG-PLAY-009007464 |
| GOOG-PLAY-009008039 | GOOG-PLAY-009008040 |
| GOOG-PLAY-009008041 | GOOG-PLAY-009008041 |
| GOOG-PLAY-009008102 | GOOG-PLAY-009008102 |
| GOOG-PLAY-009008603 | GOOG-PLAY-009008603 |
| GOOG-PLAY-009008726 | GOOG-PLAY-009008727 |
| GOOG-PLAY-009009336 | GOOG-PLAY-009009336 |
| GOOG-PLAY-009009577 | GOOG-PLAY-009009578 |
| GOOG-PLAY-009009608 | GOOG-PLAY-009009609 |
| GOOG-PLAY-009009865 | GOOG-PLAY-009009867 |
| GOOG-PLAY-009011600 | GOOG-PLAY-009011601 |
| GOOG-PLAY-009013840 | GOOG-PLAY-009013841 |

CONFIDENTIAL

| | |
|---|---|
| GOOG-PLAY-009014878 | GOOG-PLAY-009014878 |
| GOOG-PLAY-009017142 | GOOG-PLAY-009017152 |
| GOOG-PLAY-009017957 | GOOG-PLAY-009017957 |
| GOOG-PLAY-009017960 | GOOG-PLAY-009017961 |
| GOOG-PLAY-009021261 | GOOG-PLAY-009021261 |
| GOOG-PLAY-009021897 | GOOG-PLAY-009021897 |
| GOOG-PLAY-009042529 | GOOG-PLAY-009042529 |
| GOOG-PLAY-009093946 | GOOG-PLAY-009093946 |
| GOOG-PLAY-009100977 | GOOG-PLAY-009100977 |
| GOOG-PLAY-009144769 | GOOG-PLAY-009144771 |
| GOOG-PLAY-009169274 | GOOG-PLAY-009169274 |
| GOOG-PLAY-007914029 | GOOG-PLAY-007914030 |
| GOOG-PLAY-008907434 | GOOG-PLAY-008907437 |
| GOOG-PLAY-008855588 | GOOG-PLAY-008855588 |
| GOOG-PLAY-009168383 | GOOG-PLAY-009168384 |
| GOOG-PLAY-008180795 | GOOG-PLAY-008180796 |
| GOOG-PLAY-007986167 | GOOG-PLAY-007986178 |
| GOOG-PLAY-007997568 | GOOG-PLAY-007997581 |
| GOOG-PLAY-007997607 | GOOG-PLAY-007997610 |
| GOOG-PLAY-007998400 | GOOG-PLAY-007998408 |
| GOOG-PLAY-007998418 | GOOG-PLAY-007998433 |
| GOOG-PLAY-007998974 | GOOG-PLAY-007998976 |
| GOOG-PLAY-007999002 | GOOG-PLAY-007999006 |
| GOOG-PLAY-008705358 | GOOG-PLAY-008705358 |
| GOOG-PLAY-008706724 | GOOG-PLAY-008706725 |
| GOOG-PLAY-008706829 | GOOG-PLAY-008706829 |
| GOOG-PLAY-008706845 | GOOG-PLAY-008706846 |
| GOOG-PLAY-007873896 | GOOG-PLAY-007873900 |
| GOOG-PLAY-007866241 | GOOG-PLAY-007866241 |
| GOOG-PLAY-009200690 | GOOG-PLAY-009200691 |
| GOOG-PLAY-009211677 | GOOG-PLAY-009211678 |
| GOOG-PLAY-009240809 | GOOG-PLAY-009240809 |
| GOOG-PLAY-009240861 | GOOG-PLAY-009240864 |
| GOOG-PLAY-009455258 | GOOG-PLAY-009455260 |
| GOOG-PLAY-009368403 | GOOG-PLAY-009368405 |
| GOOG-PLAY-009352703 | GOOG-PLAY-009352708 |

CONFIDENTIAL

# EXHIBIT F

CONFIDENTIAL

| Custodian |
| --- |
| Adam Gutterman |
| Don Harrison |
| David Kleidermacher |
| Purnima Kochikar |
| Chris Li |
| Hiroshi Lockheimer |
| Justin Mattson |
| Sundar Pichai |
| Ashish Pimplapure |
| Jamie Rosenberg |

1

**<u>VERIFICATION</u>**

2

    I, Andre Golueke, am a Senior Legal Operations Manager at Google LLC ("Google"). On

3

behalf of Google, I have read the foregoing interrogatories and responses, and I verify that the

4

responses are true according to the best of my knowledge, information, and belief based on a

5

reasonable inquiry. I declare under penalty of perjury that the foregoing is true and correct.

6

    Executed on this 14th day of January, 2022, in Orinda, California.

7

8

                         Andre Golueke

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 560 Mission Street, 27th Floor San Francisco, California 94105.

On January 14, 2022, I served a copy of the within documents:

**DEFENDANTS GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LTD., GOOGLE ASIA PACIFIC PTE. LTD. AND GOOGLE PAYMENT CORP.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' DOCUMENT PRESERVATION INTERROGATORIES**

by transmitting via electronic mail the document(s) listed above to each of the person(s) set forth below.

| | |
|---|---|
| Christine A. Varney (*pro hac vice*)<br>Katherine B. Forrest (*pro hac vice*)<br>Gary A. Bornstein (*pro hac vice*)<br>Yonatan Even (*pro hac vice*)<br>Lauren A. Moskowitz (*pro hac vice*)<br>M. Brent Byars (*pro hac vice*)<br>Eric Zepp (*pro hac vice*)<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>epic-mobileapps@cravath.com<br>cvarney@cravath.com<br>kforrest@cravath.com<br>gbornstein@cravath.com<br>yeven@cravath.com<br>lmoskowitz@cravath.com<br>mbyars@cravath.com<br>ezepp@cravath.com<br><br>Paul J. Riehle (SBN 115199)<br>**FAGRE DRINKER BIDDLE &**<br>**REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>paul.riehle@faegredrinker.com<br><br>*Counsel for Plaintiff in Epic Games, Inc. v.*<br>*Google LLC, et al.* | Eamon P. Kelly<br>Alberto Rodriguez<br>Martin Amaro<br>**SPERLING & SLATER, P.C.**<br>55 W. Monroe Street, Suite 3200<br>Chicago, IL 60603<br>ekelly@sperling-law.com<br>arodriguez@sperling-law.com<br>mamaro@sperling-law.com<br><br>Steve W. Berman<br>Robert F. Lopez<br>Ted Wojcik<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>**HAGENS BERMAN SOBOL**<br>**SHAPIRO LLP**<br>steve@hbsslaw.com<br>robl@hbsslaw.com<br>tedw@hbsslaw.com<br><br>Benjamin J. Siegel<br>**HAGENS BERMAN SOBOL**<br>**SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>bens@hbsslaw.com<br>*Co-Lead Counsel for the Proposed Class in*<br>*In re Google Play Developer Antitrust*<br>*Litigation and Attorneys for Pure Sweat* |

1

Hae Sung Nam
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
hnam@kaplanfox.com

Karma M. Giulianelli
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, CO 80202
karma.giulianelli@bartlitbeck.com

*Co-Lead Counsel for the Proposed Class in
In re Google Play Consumer Antitrust
Litigation*

Peggy J. Wedgworth
**MILBERG PHILLIPS
GROSSMAN LLP**
One Penn Plaza, Suite 1920
New York, New York 10119
pwedgworth@milberg.com

George A. Zelcs
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
gzelcs@koreintillery.com

Nanci Eiko Nishimura
**COTCHETT PITRE &
MCCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
nnishimura@cpmlegal.com

*Interim Steering Committee Members for
Plaintiffs and the Proposed Class in In re
Google Play Consumer Antitrust Litigation*

Brendan Glackin
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872

*Basketball, Inc.*
Elizabeth Pritzker
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
ecp@pritzkerlevine.com

*Interim Liaison Counsel for Plaintiffs and the
Proposed Class in In re Google Play Consumer
Antitrust Litigation*

Bonny E. Sweeney (SBN 176174)
Samantha J. Stein (SBN 302034)
**HAUSFELD LLP**
600 Montgomery Street, Suite
3200 San Francisco, CA 94104
DevelopersvGoogle@hausfeld.com
bsweeney@hausfeld.com
sstein@hausfeld.com

Melinda R. Coolidge (*pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006
mcoolidge@hausfeld.com

Katie R. Beran (*pro hac vice*)
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
kberan@hausfeld.com

Scott A. Martin (*pro hac vice*)
Irving Scher (*pro hac vice*)
33 Whitehall Street, 14th Floor
New York, NY 10004
smartin@hausfeld.com

*Co-Lead Counsel for the Proposed Class in
In re Google Play Developer Antitrust
Litigation and Attorneys for Peekya App
Services, Inc.*

2

Salt Lake City, UT 84114-0872
bglackin@agutah.gov


Sarah G. Boyce (*pro hac vice*)
**NORTH CAROLINA DEPARTMENT
OF JUSTICE**
PO Box 628
Raleigh, NC 27602
sboyce@ncdoj.gov


*Counsel for the Plaintiff States*


       Executed on January 14, 2022, in San Francisco, California. I declare under penalty of

perjury under the laws of the State of California that the above is true and correct.

                                                        */s/  Emily Curran-Huberty*