Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google
Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et
al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**

Date:  January 31, 2023 at 1:30 p.m.
Courtroom:  11, 19th Floor
Judge:  Hon. James Donato

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs submit this administrative motion to consider whether another party's material should be sealed with respect to their Response to Google's Brief in Response to the Court's Minute Order Questions Regarding Preservation of Chat Messages ("Plaintiffs' Response"), and Exhibits 6-10 to the Declaration of Michael J. Zaken ("Zaken Declaration").  The documents and portions of documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Response | Page  9, lines 17-19, between "among other things," and "(GOOG-PLAY3-000012530.)" |
| Plaintiffs' Response | Page 9, footnote 7, between "Jim Kolotouros testified that" and "(Zaken Decl." |
| Plaintiffs' Response | Page 12, line 7, between "whether" and "was going" |
| Plaintiffs' Response | Page 12, lines 8-9, between "long made efforts to" and "(Zaken Decl." |
| Plaintiffs' Response | Page 12, line 9, between "likely that these" and "discussions contained" |
| Plaintiffs' Response | Page 12, line 10, between "competitors like" and "Ms. Kochikar" |
| Plaintiffs' Response | Page 12, lines 11-13, between "on, emailed" and "(Zaken Decl." |
| Plaintiffs' Response | Page 12, line 14-15, between "As another example" and "(Zaken Decl." |
| Zaken Decl. Ex. 6 | Document in its entirety. |
| Zaken Decl. Ex. 7 | Document in its entirety. |
| Zaken Decl. Ex. 8 | Document in its entirety. |
| Zaken Decl. Ex. 9 | Document in its entirety. |
| Zaken Decl. Ex. 10 | Document in its entirety. |
| Zaken Decl. Ex. 11 | Document in its entirety. |

Plaintiffs oppose the sealing of any portions of these documents but seek leave to provisionally file the documents under seal because they discuss materials that Google has designated confidential or highly confidential under the protective order in this case. *See* Local Rule 79-5(f).  Plaintiffs intend to oppose, under Rule 79-5(f)(4), any submission Google makes to support sealing under Rule 79-5(f)(3).

1  Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to

2  Civil Local Rule 79-5(f).

3

4  Dated: January 27, 2023

5

6

7  BARTLIT BECK LLP

8  Karma M. Giulianelli

9  KAPLAN FOX & KILSHEIMER LLP

10  Hae Sung Nam

11  Respectfully submitted,

12  By: */s/ Karma M. Giulianelli*

13  Karma M. Giulianelli

13  *Co-Lead Counsel for the Class in In re Google*

14  *Play Consumer Antitrust Litigation*

15

16  CRAVATH, SWAINE & MOORE LLP

17  Christine Varney *(pro hac vice)*

17  Gary A. Bornstein *(pro hac vice)*

18  Timothy G. Cameron *(pro hac vice)*

18  Yonatan Even *(pro hac vice)*

19  Lauren A. Moskowitz *(pro hac vice)*

20  Justin C. Clarke *(pro hac vice)*

20  M. Brent Byars *(pro hac vice)*

21  Michael J. Zaken *(pro hac vice)*

22  FAEGRE DRINKER BIDDLE & REATH LLP

22  Paul J. Riehle (SBN 115199)

23

24  Respectfully submitted,

25  By: */s/ Lauren A. Moskowitz*

25  Lauren A. Moskowitz

26  *Counsel for Plaintiff Epic Games, Inc.*

27

28

OFFICE OF THE UTAH ATTORNEY GENERAL
Brendan P. Glackin
Lauren M. Weinstein

Respectfully submitted,

By: */s/ Lauren M. Weinstein*
Lauren M. Weinstein

*Counsel for the Plaintiff States*


HUESTON HENNIGAN LLP
Douglas J. Dixon
Christine Woodin
Joseph A. Reiter

Respectfully submitted,

By: */s/ Douglas J. Dixon*
Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz