UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Play Store Antitrust Litigation | Case No. 21-md-02981-JD<br><br>**THIRD AMENDED<br>MDL SCHEDULING ORDER** |

In response to the parties' Joint Statement, MDL Dkt. No. 434, and as discussed at the January 31, 2023 hearing, Dkt. No. 440, the Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. This order applies to all actions that are a part of this multi-district litigation case, and supersedes all scheduling orders previously issued in any member case.

| Event | Deadline |
|---|---|
| Add parties and amend pleadings | Closed |
| Fact discovery cut-off | Closed |
| Plaintiffs' merits expert reports | Closed |
| Google's merits expert reports | Closed |
| Plaintiffs' merits expert rebuttal reports | Closed |
| Epic and Match to respond to Google's contention interrogatories re amended complaints | Closed |
| Google to serve supplemental expert report re Epic's and Match's amended complaints | February 9, 2023 |

| Event | Deadline |
|---|---|
| Epic and Match to respond to Google's supplemental expert report re amended complaints | March 2, 2023 |
| Completion of third-party depositions re Epic's and Match's amended complaints | March 31, 2023 (except as parties may agree otherwise for particular depositions) |
| Merits experts discovery cut-off | April 7, 2023 |
| Last day to file dispositive and *Daubert* motions | April 20, 2023 |
| Dispositive and *Daubert* motion responses | May 18, 2023 |
| Dispositive and *Daubert* motion replies | June 8, 2023 |
| Joint submission for merits experts' concurrent expert proceeding | TBD |
| Concurrent expert proceeding for merits experts | TBD |
| Dispositive motion hearing | TBD |
| Final pretrial conference | October 19, 2023, at 1:30 p.m. |
| Jury Trial | November 6, 2023, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: February 7, 2023

JAMES DONATO
United States District Judge