Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S INFORMATION SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD, 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs submit this administrative motion to consider whether another party's material should be sealed with respect to their Notice of Lodging. The portions of documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page Numbers |
|---|---|
| PX-170 | Portions of words appearing on Pages 2-54, 57-60, 62, and 64-71 |

Plaintiffs oppose the sealing of any portions of these documents but seek leave to provisionally file the documents under seal because they discuss materials that Google has designated confidential or highly confidential under the protective order in this case. *See* Civil Local Rule 79-5(f).

Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

Dated: February 9, 2023

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  Michael J. Zaken *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
  Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

Dated:  February 9, 2023  BARTLIT BECK LLP
　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　KAPLAN FOX & KILSHEIMER LLP
　　　　　　　　　　　　　　Hae Sung Nam

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:  /s/ *Karma M. Giulianelli*
　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated:  February 9, 2023  PRITZKER LEVINE LLP
　　　　　　　　　　　　　　Elizabeth C. Pritzker

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:  /s/ *Elizabeth C. Pritzker*
　　　　　　　　　　　　　　Elizabeth C. Pritzker

　　　　　　　　　　　　　*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated:  February 9, 2023  OFFICE OF THE UTAH ATTORNEY GENERAL
　　　　　　　　　　　　　　Brendan P. Glackin
　　　　　　　　　　　　　　Lauren Weinstein

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:  /s/ *Brendan P. Glackin*
　　　　　　　　　　　　　　Brendan P. Glackin

　　　　　　　　　　　　　*Counsel for the Plaintiff States*

2
PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S INFORMATION SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

| | |
|---|---|
| Dated: February 9, 2023 | HUESTON HENNIGAN LLP<br>Douglas J. Dixon<br>Christine Woodin<br>Joseph A. Reiter |
| | Respectfully submitted, |
| | By: /s/ Douglas J. Dixon<br>Douglas J. Dixon |
| | *Counsel for Plaintiffs Match Group, LLC et al.* |

3

PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S INFORMATION SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

## E-FILING ATTESTATION

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz
