| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br><br>*Counsel for Defendants Google LLC et al* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, Bar No. 282090<br>kyle.mach@mto.com<br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, Bar No. 293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Ste 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF TIAN LIM IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

I, Tian Lim, declare as follows

1. I was formerly employed as a vice president at Google from November 2017 to January 2023. I submit this declaration in support of Google's Administrative Motion to File Under Seal filed on February 14, 2023 in the above captioned matters. The following facts are true of my personal knowledge and, if called to testify, I can and will competently testify thereto.

2. On January 12, 2023, I sat for a deposition in the above captioned matters relating to a hearing before this Court. *See* Court's January 10, 2023 Minute Order (Dkt. 406). During the deposition, I was asked about PX-170, a document I recognized as a true and correct copy of my working notes I kept during my tenure at Google. I kept these notes as part of my management role at Google, which, in part, required me to evaluate other employees who reported to me and provide feedback regarding their performance. These notes contain sensitive and potentially embarrassing information, including my candid evaluation of other current and former employees at Google – and identifies these employees by name. For example, from Pages -393 to -396, I recorded a chat with another executive at Google regarding that executive's candid impressions of one of my direct reports. I believe that revealing the names of the executive and direct report would cause embarrassment for all persons named. Similarly, at Page -406, I detailed feedback to another direct report and, if the employee's name were disclosed, would be embarrassing for both the employee referenced and me. In addition, PX-170 includes personally identifiable information ("PII"), in the form of email addresses, which implicates the privacy interests of non-parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of February 2023 in San Mateo, California.



Tian Lim

---

DECLARATION OF TIAN LIM IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL
Case No. 3:21-md-02981-JD