Blake Hunter Yagman*
blake.yagman@davidllc.com
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.:    (212) 739-0622

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | DEMAND FOR JURY TRIAL |

**TO THE CLERK AND ALL PARTIES OF RECORD:**  Please take notice that attorney Blake Hunter Yagman withdraws his appearance on behalf of Plaintiffs in the above-captioned case.  Plaintiffs will continue to be represented by other counsel of record in this Action.

DATED: Feb. 28, 2023                     Respectfully submitted,

                                         By: */s/ Blake Hunter Yagman*

                                         Blake Hunter Yagman

                                         *Attorney for Plaintiffs*