**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam (admitted *pro hac vice*)
Robert N. Kaplan (admitted *pro hac vice*)
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Emails:  hnam@kaplanfox.com
         rkaplan@kaplanfox.com
         ffox@kaplanfox.com
         dhall@kaplanfox.com
         aschwartz@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Emails:  lking@kaplanfox.com
         kherkenhoff@kaplanfox.com

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Litigation* and
*Attorneys for Plaintiff Kondomar Herrera*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
|---|---|
| This Document Relates To: *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | **NOTICE OF CHANGE OF ADDRESS FOR ATTORNEYS HAE SUNG NAM, ROBERT N. KAPLAN, FREDERIC S. FOX, DONALD R. HALL, JR. AND AARON L. SCHWARTZ** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, effective February 21, 2023, the New York office of Kaplan Fox & Kilsheimer LLP has relocated, and the address information for attorneys Hae Sung Nam, Robert Kaplan, Frederic S. Fox, Donald R. Hall, Jr., and Aaron L. Schwartz has changed. The new address is:

Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY  10022

The phone and fax numbers, and email addresses for Ms. Nam, Mr. Kaplan, Mr. Fox, Mr. Hall, and Mr. Schwartz remain the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  March 2, 2023        By:  /s/ *Hae Sung Nam*
                                  Hae Sung Nam

Hae Sung Nam (admitted *pro hac vice*)
Robert N. Kaplan (admitted *pro hac vice*)
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
Emails:  hnam@kaplanfox.com
         rkaplan@kaplanfox.com
         ffox@kaplanfox.com
         dhall@kaplanfox.com
         aschwartz@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Emails:  lking@kaplanfox.com
         kherkenhoff@kaplanfox.com

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Litigation and Attorneys for Plaintiff Kondomar Herrera*

## PROOF OF SERVICE

On this date, March 2, 2023, I caused the aforementioned document entitled "Notice of Change of Address for Attorneys Frederic S. Fox, Donald R. Hall, Jr., and Aaron L. Schwartz," to be electronically filed with the Court's CM/ECF system, which provides notice of such filing to all parties registered for e-service in this action.

Additionally, I caused the document to be served <u>via United States first class mail</u>, upon the following party, at the address as indicated:

> James Lee Michaels
> Browne George Ross O'Brian Annaguey & Ellis LLP
> 2121 Avenue of the Stars, 28th Floor
> Los Angeles, CA  90067

I am readily familiar with my firm's processing of <u>United States first class mail</u>, and that process is that the documents are enclosed in pre-paid sealed envelopes, addressed as indicated above, and deposited with the United States Post Office during the ordinary course of business, on the same date as this Proof of Service.

Executed this 2d day of March, 2023 at New York, New York.

>                                    /s/ *Hae Sung Nam*
>                                    Hae Sung Nam