# EXHIBIT 4
## TO KRAVIS DECLARATION
## PUBLIC-REDACTED VERSION

**Boosting Top Game Developer Support**
**&**
**Securing Play Distribution on Samsung Devices**

April 9, 2019

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONTENTS

**Executive Summary**

**Context & Mobile Gaming Trends**

**Risks**

**Program Proposals**

1. Top Game Developers

2. Samsung

**Financial Summary**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332819.R



*Both programs are needed*
*Need to invest in top devs now to ensure imminent launches happen on Play and reduce noise*
*Samsung is aggressively pursuing gaming, and indicated they're open to partnering with us (but a deal will take time to negotiate and implement)*

*Note: We're also beginning to explore ways to reduce 'app store tax' sentiment across the developer ecosystem, via new business model concepts*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Play's business is concentrated among top developers, and on Samsung devices

The loss of top developers, either to competitors or by
'going-it-alone' on Android, would significantly impact Play's business

*Tencent investment

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- HVUs:         of buyers spend         of app & game spend
- Samsung concentration of         reflect 2018 actuals. Concentration is even higher in few key Play markets, eg, KR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-003332822.R



## Recent ecosystem trends

**Competitors Aggressively Pursuing Gaming**

Galaxy Store
- Homescreen icon on S10
- **20% rev share**
- Pursuing top tiles (exclusives and co-list)

EPIC GAMES*
- Launching app store in 2019/20
- **12% rev share (on PC)**
- New **$100M developer fund** (no strings)
- Pursuing **exclusive content & winning on PC**

ONE
- **20% rev share**
- Allows 3P billing **(5% rev share)**
- Partnered w/ Samsung in KR

amazon apps
- Funding in-app purchase **discounts (up to 20%)** to attract users

*Tencent investment

**"App Store Tax" Meme Emerging**

**Apple and Google Face Growing Revolt Over App Store 'Tax'**

Opinion: Google's 30% cut of Play Store app sales is nothing short of highway robbery

APPLE IMPOSES A DISCRIMINATORY 30% TAX

**Apple taxes competitors to advantage their own services**

AC PRIVILEGED // REFLECTS LEGAL ADVICE



## Major developers are increasingly considering distribution off Play. They also express discontent over Play rev share, and lack of unified Google offers / support

| 2019 Play Spend* | Activity In Past 8 Months | |
|---|---|---|
| $0 | Launched hit title 'Fortnite' off Play (August 2018) | |
| | Imminently deciding whether to launch new mega title off Play | AAA PC / Console devs with capabilities to bypass Play |
| | Actively evaluating whether to launch new mega title off Play | |
| | Planning to co-list top grossing title on Samsung Store. Asked for revenue share cut | |
| | Asked for revenue share cut "across the board" | 'Mobile Major' allies changing their tune |
| | Seeking commercial synergy across Google (Play + Ads) | |

*Projected. spend projection is for 2020

AC PRIVILEGED // REFLECTS LEGAL ADVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332825.R



 GOOG-PLAY-003332826.R

Proposal: Unify and boost Google's value proposition to target developers, via expanded offers and service level



AC PRIVILEGED // REFLECTS LEGAL ADVICE



Improve sentiment about (1) Play revenue share, (2) building high-fi games for
Android, and (3) Google's gaming value proposition
Android: reduced app distro fragmentation

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Cross-Google Service Pack Offering (Program Details & Asks)

| Offer to Developer | Primary PA Success Metric |
| --- | --- |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332829.R



[Dev List](#)

GOOG-PLAY-003332830.R

Service Pack Deployment: Match developers with 'Service Packs' based on developer's top business objectives and lifecycle stage

Concentrated Mobile Majors | **AAA PC / Console** | Strategic Mobile Majors

More developers

-Piloting Build & Test & Launch packs with          → good early traction

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Value to Dev by Service Pack (2020 view)

| Value to Developer | Google P&L Cost | HC |
| --- | --- | --- |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332832.R

3-year Value to Developer exceeds P&L cost*

Confidential + Proprietary

**Note that**
**P&L cost starts exceeding Cost to deliver value in 2020 & 2021 as**
**increases**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-003332834.R



Context
Samsung pursuing gaming on Galaxy Store
Samsung's Goals
Grow services business
Differentiate hardware
Appeal to younger users
Possibly "Apple Envy", BU incentives, Google dependency reduction
Galaxy Store on DHS
Exclusive Titles / Content
FORTNITE
#1 grossing game on Play co-listing in Galaxy Store
NCSOFT
Rumor: paid $40M for exclusive Niantic content
NIANTIC
Represents large oppty for Samsung
(and larger risk to Google)
-$30M to $60M
~$240M
Current annual est operating profit of Galaxy Store
Likely 2022 operating profit of Galaxy Store if Samsung doubles down
AC PRIVILEGED // REFLECTS LEGAL ADVICE

**Jamie / Jim**

- We want to collaborate with Samsung and bring multiple levers (not just cash) to the table. Some levers are win-win (

- Upfront cash payment is needed to address their Galaxy store P&L. We are anchoring on the range of net profit that we estimate Galaxy store makes
- Potential upside from ads syndication would be lucrative for both Samsung and Google (size depends on how much Samsung is willing to partner wrt surfaces & ads targeting parameters). Samsung does not need to build its own large sales team and court devs. Can participate in the upside as several large publishers do today.

- Marketing opportunities:

- Playpoints:

GOOG-PLAY-003332836.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Ask to BC: Initial Approval of Top Dev Service Packs (including                                          ),
and 4 year Samsung deal

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332838.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Marketing line includes
marketing spend

and also accounts for incrementality from

GOOG-PLAY-003332842.R



Net Value: Mitigation - Investment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Play Revenue = Apps & Games + Ads on Play
2019 Assumptions:
Epic Store to launch Q4 2019
Risk from Samsung and Amazon store already underway with existing stores and already known co-listing of top developers (
            )
A couple of partial exclusives off-play expected to occur in 2019
Play would still retain at least ~50% of the top developers in 2019 with most likely defection of top developers ramping up to 100% in 2020


https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?ts=5c807718#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Hypothetical Hug and Samsung, Hug wound down after year 2

**Margin Impact (2019 - 2022)**

Samsung deal investment does not include any additional TVC/OpEx/HC costs for product offerings

Privileged and Confidential

Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Hug only (no Samsung deal)

**Margin Impact (2019 - 2022)**

Privileged and Confidential

Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

P&L economics of program to mitigate against _____ of margin over 2019-2022

Confidential + Proprietary

Marketing line includes _____ marketing spend _____ and also accounts for incrementality from

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Developer Value View

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Developer List

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332851.R

Developer Eligibility Criteria and Obligations

**Developer
Eligibility**

**Developer
Obligations**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332852.R

Ads SVAs for Hug Devs:          and     FTE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332853.R

for Hug devs:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332854.R

What about Unknown Sources?

- **Developers have choice on Android (key distinction from Apple). Changes to 'Unknown Sources' create legal / regulatory challenges**

- **We want developers to actively choose Google, and we want happy customers**

- **Risk still remains even with changes to Unknown Sources**

  - Worse developer sentiment; "app store tax" meme acceleration

  - Alternative stores can still be preloaded

  - Sideloading remains

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Epic / Fortnite

**Fortnite is active on ~6M Android devices**

**We estimate Fortnite would have been substantially more successful had they launched on Play**

**However, other developers might follow Epic's path for various reasons:**

- Every developer that follows Epic's path & launches on the Epic store will have less friction & a larger addressable user base than title before it.
- Developers can afford to take a ~20% performance hit on Epic store (due to 88% rev share) and still break-even. Or a ~30% hit in performance if they decide to go-it-alone.
- Developers place value on owning the entire customer relationship beyond what we assessed in our short-term analysis of Fortnite performance.
- PC / Console developers that have long term relationships with their customers already have a good knowledge of which users drive spend. They can directly convert those players over to the mobile version.
- Tencent ownership of influential developers might bias their choices.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332856.R

Play Concentration

**2019 Projected Play Spend =**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332858.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

To achieve our "gets" and help Samsung's goals, we recommend a set of Product and Financial "gives" based on guiding principles

**Product**

- - - - - - - - - - - - - - - - - - - -

**Financial**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

PRODUCT OFFERS — Play as backend to Galaxy Store frontend

## Play backend to Galaxy Store frontend - how it would work

| | |
|---|---|
| **Overview** | • **Surface area:** All Samsung-owned surface areas that facilitate download of Android mobile apps, including Galaxy Store and Game Launcher<br>• **Catalog:** Apps with unique functionality or offers for Samsung users<br>• **Store layout:** Samsung continues to curate content and do top-level promotion |
| **Risks and Mitigations** | **Lost Play Ads revenue due to shift of Play users to Galaxy Store**<br>*Mitigation:*<br><br>**Play brand dilution**<br>*Mitigation:*<br>**Samsung reverts to 1P backend** and promotes Galaxy Store after deal expires<br>*Mitigation:*<br>•<br>• |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FINANCIAL OFFERS — Lumpsum Payment
**Likely 2019 net profit of Galaxy Store**: -$30M to $60M profits
*Based on extrapolating public estimates of Samsung's Korean app business*

**Assumptions**

**Samsung revenue share is 20-30%**
- $24-35M Samsung net revenue in KR

**250 HC OPEX to run the store**
- Roughly 15% size of Play team

**Ads revenue: ~$10M**
- Based on impressions and CTR data shared by Samsung at GDC

| Global estimate, $M | Low | High |
|---|---|---|
| Galaxy Store Consumer Spend | $360 | $545 |
| **Galaxy store revenue** *(20-30% of spend)* | $70 | $165 |
| Payment processing cost *(~3% of spend)* | -$10 | -$15 |
| Operating cost *(~250 HC)* | -$100 | -$100 |
| **Net profit (IAPs only)** | -$40 | $50 |
| Ads revenue | $10 | $10 |
| **Total net profit (incl Ads)** | -$30 | $60 |

Source: Korean industry articles; Samsung Galaxy Apps partner program, Play Finance Galaxy Store profit model

*Link to overall proposal*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FINANCIAL OFFERS — Play Points

Integrate Samsung with                          to help drive Samsung device sales and
user engagement

**Proposal**                    **Details**                          **Considerations**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY