# EXHIBIT 13

| | |
|---|---|
| **Sent:** | Wed 3/10/2021 5:13:12 PM (UTC) |
| **From:** | straigis@google.com |
| **To:** | straigis@google.com, jacksondan@google.com, pfeng@google.com, marchak@google.com, skaram@google.com |
| **Subject:** | AAAAL0vjmik-MBI-THREADED:eTKSZ2GLzTo%%%2021-03-09T22:13:11.215935 |

**straigis@google.com** 2021-03-10T17:13:11.215Z

Welcome! Starting a chat group for us to leverage as we move forward on the Runway Announce. Group now is mainly US War Room team (spared a few finance folks + those not in the day to day). Can expand as needed.

**Deleted on**2022-08-01T21:48:28.993Z

Welcome! Starting a chat group for us to leverage as we move forward on the Runway Announce. Group now is mainly US War Room team (spared a few finance folks + those not in the day to day). Can expand as needed.

**jacksondan@google.com** 2021-03-10T17:14:27.700Z

calling a war room chat a party is a pro move tbh

**Deleted on**2022-08-01T21:48:28.993Z

calling a war room chat a party is a pro move tbh

**straigis@google.com** 2021-03-10T17:14:49.754Z

Credit on that goes to Paul Feng.

**Deleted on**2022-08-01T21:48:28.993Z

Credit on that goes to Paul Feng.

**straigis@google.com** 2021-03-10T17:15:32.783Z

Helps us all get excited on them weekend pings prepping for Sunday pm KR milestones. :)

**Deleted on**2022-08-01T21:48:28.993Z

Helps us all get excited on them weekend pings prepping for Sunday pm KR milestones. :)

**pfeng@google.com** 2021-03-10T17:15:56.882Z

Exciting!

**Deleted on**2022-08-01T21:48:28.993Z

Exciting!

**marchak@google.com** 2021-03-10T17:17:58.645Z

Are there drinks at this party?

**Deleted on**2022-08-01T21:48:28.993Z

Are there drinks at this party?

**straigis@google.com** 2021-03-10T17:23:32.926Z

There will be at some point for sure. Heads up we may need to change from a room to a group chat to get the right settings here (i.e., history off). LMK if any of you know how to make that tweak in a room so we can keep the sweet

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    GOOG-PLAY5-000161588

name, otherwise you'll likely see a new thread in a bit

**Updated on**2021-03-10T17:28:00.439Z

There will be at some point for sure. Heads up we may need to change from a room to a group chat to get the right settings here. Remember, even without the name, it's a party!

**Deleted on**2022-08-01T21:48:28.993Z

There will be at some point for sure. Heads up we may need to change from a room to a group chat to get the right settings here. Remember, even without the name, it's a party!

**skaram@google.com** 2021-03-10T20:38:44.390Z

curious why we moved to small dev framing? (i.e were there concerns with avoiding this framing)? just for reference, devs who make close to $1M or just over: anghami, weight watchers, the economist, yousician etc.. so im not sure id characterize as "small" but certainly not the highest echelon of digital services earners

**Deleted on**2022-08-01T21:48:28.993Z

curious why we moved to small dev framing? (i.e were there concerns with avoiding this framing)? just for reference, devs who make close to $1M or just over: anghami, weight watchers, the economist, yousician etc.. so im not sure id characterize as "small" but certainly not the highest echelon of digital services earners

**pfeng@google.com** 2021-03-10T20:39:18.908Z

I think he's kind of explaining it.

**Deleted on**2022-08-01T21:48:28.993Z

I think he's kind of explaining it.

**pfeng@google.com** 2021-03-10T20:39:37.318Z

This overselling point.

**Deleted on**2022-08-01T21:48:28.993Z

This overselling point.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000161589