UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the following materials filed in connection with Plaintiffs' Supplemental Brief on Google's Chat Production ("Plaintiffs' Brief"), and the Declaration of John D. Byars ("Byars Declaration"), until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 1, lines 17-18, between "immediately wrote: """ and "".""" |
| Plaintiffs' Brief | Page 1, lines 18-19, between "Mr. Pichai" and ". (Byars" |
| Plaintiffs' Brief | Page 1, lines 20-21, between "under oath" and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 2, line 20, between "GOOG-PLAY5-000436389 (""" and """) And it" |
| Plaintiffs' Brief | Page 3, lines 3-4, between "Development Manager about" and ". Despite" |
| Plaintiffs' Brief | Page 3, line 4, between "acknowledging the """ and ", she" |
| Plaintiffs' Brief | Page 3, line 5, between "boasted: """ and """ When" |
| Plaintiffs' Brief | Page 3, line 6, between "her colleague" and ", she" |
| Plaintiffs' Brief | Page 3, lines 6-7, between "stated: """ and """ She" |
| Plaintiffs' Brief | Page 3, lines 7-9, between "then wrote: """ and """ Then the on-the-record" |
| Plaintiffs' Brief | Page 3, line 18, between "in one Chat," and ". One" |
| Plaintiffs' Brief | Page 3, lines 19-20, between "requested: """ and """ The other" |
| Plaintiffs' Brief | Page 3, line 20, between "responded """ and """—referring" |
| Plaintiffs' Brief | Page 3, line 22, between "know what """ and """ was discussed" |
| Plaintiffs' Brief | Page 3, footnote 2, between "GOOG-PLAY5-000163578 (""" and """); *id.* Ex." |
| Plaintiffs' Brief | Page 3, footnote 2, between "GOOG-PLAY5-000374365 (""" and """).)" |
| Plaintiffs' Brief | Page 4, line 7, between "whether they were """ and """ to talk" |
| Plaintiffs' Brief | Page 4, lines 7-9, between "about" and ". A Google employee" |
| Plaintiffs' Brief | Page 4, lines 9-10, between "that because """ and """ Google employees" |
| Plaintiffs' Brief | Page 4, line 10, between "should """ and """ warning" |
| Plaintiffs' Brief | Page 4, lines 11-12, between "that """ and """ (*Id.* Ex." |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

2

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 4, line 15, between "Programs started a """ and """ Chat to" |
| Plaintiffs' Brief | Page 4, line 15, between "discuss" and ".  Almost immediately" |
| Plaintiffs' Brief | Page 4, lines 16-18, between "she wrote: """ and """ Google's Director" |
| Plaintiffs' Brief | Page 4, line 20, between "why Google had" and """ The on-the-record" |
| Plaintiffs' Brief | Page 4, lines 24-25, between "warned the group: """ and """ When others continued" |
| Plaintiffs' Brief | Page 4, lines 26-27, between "warned again: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 4, line 28, to page 5, line 3, between "Google employees discussed" and ".  A Sales Strategy Manager" |
| Plaintiffs' Brief | Page 5, lines 5-6, between "wrote: """ and """ She" |
| Plaintiffs' Brief | Page 5, line 7, between "then wrote: """ and """ The other" |
| Plaintiffs' Brief | Page 5, line 8, between "employee" and ".  While the Sales" |
| Plaintiffs' Brief | Page 5, line 9, between "prepared to discuss" and "in this Chat" |
| Plaintiffs' Brief | Page 5, line 11, between "an employee" and ", and the" |
| Plaintiffs' Brief | Page 5, line 13, between "YouTube, stating: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 5, line 14, between "who apparently" and ", responded: """ |
| Plaintiffs' Brief | Page 5, lines 14-15, between ", responded: """ and """ A Product Manager" |
| Plaintiffs' Brief | Page 5, line 15, between "then referenced """ and """ and the on-the-record" |
| Plaintiffs' Brief | Page 5, footnote 3, between "off-the-record Chat regarding" and "'); *id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "off-the-record Chat regarding" and ", evidence that helps" |
| Plaintiffs' Brief | Page 5, footnote 3, between "preservation; for example," and "(*id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "GOOG-PLAY5-000389043))), or to" and "(*id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "GOOG-PLAY5-000168593, because """ and """))." |
| Plaintiffs' Brief | Page 6, line 21, between "restraints that Plaintiffs challenge: " and ".  Before the conversation" |
| Plaintiffs' Brief | Page 6, line 22, between "Program Manager wrote: """ and """ A Senior Software Engineer" |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

3

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 6, line 23, between "Team Lead clarified: """ and """ The on-the-record portion" |
| Plaintiffs' Brief | Page 6, line 25, between "Chat by asking: """ and """ one of the Android" |
| Plaintiffs' Brief | Page 6, line 26-27, between "Product Manager asked: """ and """ A Group Product Manager" |
| Plaintiffs' Brief | Page 6, lines 27-28, between "volunteered: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 7, line 1, between "employees created a """ and "Chat with history" |
| Plaintiffs' Brief | Page 7, line 2, between "warned the group: """ and """ The Lead" |
| Plaintiffs' Brief | Page 7, line 2, between "Google Photos asked: """ and """ The on-the-record" |
| Plaintiffs' Brief | Page 7, line 4, between "pasted a link about" and "and wrote: """ |
| Plaintiffs' Brief | Page 7, lines 4-5, between "and wrote: """ and """ This comment" |
| Plaintiffs' Brief | Page 7, line 5, between "discussion about" and ". A Software Engineer" |
| Plaintiffs' Brief | Page 7, lines 5-6, between "Engineer wrote: """ and """ The Senior Software" |
| Plaintiffs' Brief | Page 7, line 6, between "Engineer agreed: """ and """ Another Software" |
| Plaintiffs' Brief | Page 7, lines 6-7, between "Engineer agreed: """ and """ And a Program" |
| Plaintiffs' Brief | Page 7, lines 7-9, between "Manager wrote: """ and """ The Chat" |
| Plaintiffs' Brief | Page 7, lines 10-13, between "threaded room Chat: """ and """ He then asked" |
| Plaintiffs' Brief | Page 7, line 13, between "the group: """ and """ A YouTube Gaming" |
| Plaintiffs' Brief | Page 7, line 14, between "employee wrote: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 7, line 15, between "Engineer reacted: """ and """ Another employee" |
| Plaintiffs' Brief | Page 7, line 15, between "employee wrote: """ and """ The Chat abruptly" |
| Plaintiffs' Brief | Page 7, lines 17-18, between "OS, sent others """ and """ A Manager" |
| Plaintiffs' Brief | Page 7, lines 18-19, between "asked for the """ and """ She then" |
| Plaintiffs' Brief | Page 7, lines 19-20, between "then asked: """ and """ The first" |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

4

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 7, line 20, between "employee wrote: """ and """ Another" |
| Plaintiffs' Brief | Page 7, lines 20-21, between "confirmed: """ and """ The employee" |
| Plaintiffs' Brief | Page 7, lines 21-22, between "warned that """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 7, line 25, between "decision by writing: """ and """ The Strategy" |
| Plaintiffs' Brief | Page 7, line 25, between "Manager responded """ and """ at which point" |
| Plaintiffs' Brief | Page 7, lines 27-28, between "and asked about """ and ".  A Product Manager" |
| Plaintiffs' Brief | Page 7, line 28, between "quickly responded: """ and """ An Android engineer" |
| Plaintiffs' Brief | Page 7, line 28, between "engineer responded """ and """ A Senior Product" |
| Plaintiffs' Brief | Page 7, line 28, to page 8, line 1, between "Manager wrote: """ and """ Everyone then left" |
| Plaintiffs' Brief | Page 8, lines 2-3, between "Chat by stating: """ and """ and asked for" |
| Plaintiffs' Brief | Page 8, line 4, between "engineer responded: """ and """ Another" |
| Plaintiffs' Brief | Page 8, lines 4-5, between "wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 6-7, between "created a Chat """ and """ Another employee" |
| Plaintiffs' Brief | Page 8, lines 7-8, between "employee wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 9-10, between "began a Chat: """ and """ A Design" |
| Plaintiffs' Brief | Page 8, line 10, between "Android replied: """ and """ The conversation" |
| Plaintiffs' Brief | Page 8, lines 12-13, between "wrote immediately: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 8, line 13, between """ A Software Engineer" and """ Another Software" |
| Plaintiffs' Brief | Page 8, line 14, between "Engineer wrote: """ and """ The Chat" |
| Plaintiffs' Brief | Page 8, line 16, between "Google employee wrote: """ and """ In the second" |
| Plaintiffs' Brief | Page 8, line 17, between "Safety, confirmed: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 18-19, between "Chat by asking: """ and """ A Director" |
| Plaintiffs' Brief | Page 8, lines 19-20, between "Management, responded: """ |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

5

| Document | Corresponding Page and Line Number(s) |
|---|---|
| | and "" A Group Product" |
| Plaintiffs' Brief | Page 8, line 20, between "Manager replied: """ and "" The Group Product" |
| Plaintiffs' Brief | Page 8, line 21, between "Manager concluded: """ and "" A Director" |
| Plaintiffs' Brief | Page 8, line 21, between "Management, agreed: """ and "" The Group" |
| Plaintiffs' Brief | Page 8, lines 22-23, between "then decided: """ and "" He then" |
| Plaintiffs' Brief | Page 8, line 23, between "pasted a link """ and "" and the on-the-record" |
| Plaintiffs' Brief | Page 8, lines 24-25, between "Engineer quickly asked: """ and "" Another Software" |
| Plaintiffs' Brief | Page 8, line 25, between "Engineer wrote: """ and "" and then pasted" |
| Plaintiffs' Brief | Page 8, line 25, between "stating it was """ and "" that he could" |
| Plaintiffs' Brief | Page 8, lines 27-28, between "Projects then suggested: """ and "" The on-the-record" |
| Plaintiffs' Brief | Page 9, line 1, between "an article about" and ". A Staff Privacy" |
| Plaintiffs' Brief | Page 9, line 1, between "quickly warned: """ and "" The Senior Director" |
| Plaintiffs' Brief | Page 9, line 2, between "Security, wrote: """ and "" An employee" |
| Plaintiffs' Brief | Page 9, line 2, between "employee asked """ and "" to which" |
| Plaintiffs' Brief | Page 9, lines 3-4, between "another replied: """ and "" Another wrote" |
| Plaintiffs' Brief | Page 9, lines 4-5, between "Another wrote: """ and "" (*Id.* Ex." |
| Plaintiffs' Brief | Page 9, lines 20, between "Google employees who" and ".[5]" |
| Plaintiffs' Brief | Page 9, footnote 5, between "Mr. Lim: """ and """); *id.* Ex." |
| Plaintiffs' Brief | Page 9, footnote 5, between "Mr. Lim: """ and """)." |
| Byars Decl. Ex. 1 | Document in its entirety. |
| Byars Decl. Ex. 2 | Document in its entirety. |
| Byars Decl. Ex. 3 | Document in its entirety. |
| Byars Decl. Ex. 4 | Document in its entirety. |
| Byars Decl. Ex. 5 | Document in its entirety. |
| Byars Decl. Ex. 6 | Document in its entirety. |
| Byars Decl. Ex. 7 | Document in its entirety. |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

6

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Byars Decl. Ex. 8 | Document in its entirety. |
| Byars Decl. Ex. 9 | Document in its entirety. |
| Byars Decl. Ex. 10 | Document in its entirety. |
| Byars Decl. Ex. 11 | Document in its entirety. |
| Byars Decl. Ex. 12 | Document in its entirety. |
| Byars Decl. Ex. 13 | Document in its entirety. |
| Byars Decl. Ex. 14 | Document in its entirety. |
| Byars Decl. Ex. 15 | Document in its entirety. |
| Byars Decl. Ex. 16 | Document in its entirety. |
| Byars Decl. Ex. 17 | Document in its entirety. |
| Byars Decl. Ex. 18 | Document in its entirety. |
| Byars Decl. Ex. 19 | Document in its entirety. |
| Byars Decl. Ex. 20 | Document in its entirety. |
| Byars Decl. Ex. 21 | Document in its entirety. |
| Byars Decl. Ex. 22 | Document in its entirety. |
| Byars Decl. Ex. 23 | Document in its entirety. |
| Byars Decl. Ex. 24 | Document in its entirety. |
| Byars Decl. Ex. 25 | Document in its entirety. |
| Byars Decl. Ex. 26 | Document in its entirety. |
| Byars Decl. Ex. 27 | Document in its entirety. |
| Byars Decl. Ex. 28 | Document in its entirety. |
| Byars Decl. Ex. 29 | Document in its entirety. |
| Byars Decl. Ex. 30 | Document in its entirety. |
| Byars Decl. Ex. 31 | Document in its entirety. |
| Byars Decl. Ex. 32 | Document in its entirety. |
| Byars Decl. Ex. 33 | Document in its entirety. |
| Byars Decl. Ex. 34 | Document in its entirety. |
| Byars Decl. Ex. 35 | Document in its entirety. |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

7

1   Pursuant to Civil Local Rule 79-5(f)(3), no later than March 21, 2023, Defendant
2   Google, the Designating Party, shall submit a declaration in compliance with Rule 79-5
3   establishing that the exhibits should remain under seal.

**IT IS SO ORDERED.**

DATED: _____    _____
                                         HON. JAMES DONATO
                                         United States District Judge

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

8