# Exhibit 7

| | |
|---|---|
| Sent: | Tue 2/16/2021 11:07:16 PM (UTC) |
| From: | Margaret Lam <margaretlam@google.com> |
| To: | Matt Jayson <mattworks@google.com>, Parag Ladhawala <emailparag@google.com> |

**Margaret Lam**, 2021-02-16 15:07:15

thanks parag!

**Margaret Lam**, 2021-02-16 15:07:22

would it be too much to ask you to turn history off?

**Margaret Lam**, 2021-02-16 15:07:36

lots of sensitivity with legal these days :)

**Parag Ladhawala**, 2021-02-16 15:07:47

ah okay.

**Margaret Lam**, 2021-02-16 15:07:57

thanks so much!!

**Parag Ladhawala**, 2021-02-16 15:08:01

wanted to keep the MADA info for reference

**Parag Ladhawala**, 2021-02-16 15:08:11

can do