# Exhibit 10

| Sent: | Wed 8/26/2020 9:17:03 PM (UTC) |
| From: | gilesh@google.com |
| To: | gilesh@google.com, stadler@google.com, satk@google.com, saranm@google.com, gpankaj@google.com, unsuk@google.com, aurash@google.com, sfrey@google.com, ack@google.com |
| Subject: | AAAAtzQpwE4-MBI-THREADED:eq5u6tLfmkw%%%2020-08-26T02:17:02.862607 |

Case 3:21-md-02981-JD   Document 468-11   Filed 03/27/23   Page 2 of 14

**gilesh@google.com** 2020-08-26T21:17:02.862Z

Spun up a doc to summarize where we are with the various options:
https://docs.google.com/document/d/1xRY76Y0QoQ_M5GxsNmX3KN9zASDUmEqlqQ7DehedIz8/edit?hl=en#

https://docs.google.com/document/d/1xRY76Y0QoQ_M5GxsNmX3KN9zASDUmEqlqQ7DehedIz8/edit?hl=en#
https://drive.google.com/open?id=1xRY76Y0QoQ_M5GxsNmX3KN9zASDUmEqlqQ7DehedIz8
**Deleted on** 2022-02-17T21:17:02.862Z

Spun up a doc to summarize where we are with the various options:
https://docs.google.com/document/d/1xRY76Y0QoQ_M5GxsNmX3KN9zASDUmEqlqQ7DehedIz8/edit?hl=en#

https://docs.google.com/document/d/1xRY76Y0QoQ_M5GxsNmX3KN9zASDUmEqlqQ7DehedIz8/edit?hl=en#
https://drive.google.com/open?id=1xRY76Y0QoQ_M5GxsNmX3KN9zASDUmEqlqQ7DehedIz8
**gilesh@google.com** 2020-08-26T21:17:18.501Z

We can fill in the details as they come in

**Deleted on** 2022-02-17T21:17:18.501Z

We can fill in the details as they come in

**stadler@google.com** 2020-08-26T21:21:39.532Z

Giles, can you add some timeline details to that doc? On the Phonesky side (for option 2) this would require some scrambling, so I'd like to be able to add concrete details about when we could even feasibly push out new code. (The upcoming 4 day weekend, for example, adds complication)

**Deleted on** 2022-02-17T21:21:39.532Z

Giles, can you add some timeline details to that doc? On the Phonesky side (for option 2) this would require some scrambling, so I'd like to be able to add concrete details about when we could even feasibly push out new code. (The upcoming 4 day weekend, for example, adds complication)

**stadler@google.com** 2020-08-26T21:42:08.420Z

Quick update from Phonesky: We believe that the proposed mitigation (granting app ops to the ~50 affected apps) is possible. I will update the summary doc to match. We are looking for any additional risks with this approach but none so far.

**Deleted on** 2022-02-17T21:42:08.420Z

Quick update from Phonesky: We believe that the proposed mitigation (granting app ops to the ~50 affected apps) is possible. I will update the summary doc to match. We are looking for any additional risks with this approach but none so far.

**gilesh@google.com** 2020-08-26T21:42:56.897Z

Thanks, Andy - I also added timeline

**Deleted on** 2022-02-17T21:42:56.897Z

Thanks, Andy - I also added timeline

CONFIDENTIAL

**stadler@google.com** 2020-08-26T21:47:50.220Z

nb. The timeline is very tight. I'm looking now at the potential upcoming release dates.

**Deleted on** 2022-02-17T21:47:50.220Z

nb. The timeline is very tight. I'm looking now at the potential upcoming release dates.

**satk@google.com** 2020-08-26T21:50:04.131Z

wow, that is a great news!

**Deleted on** 2022-02-17T21:50:04.131Z

wow, that is a great news!

**gilesh@google.com** 2020-08-26T22:07:26.307Z

Sat - can you comment on how tight the timeline is - if we could only get a fix out by EO Sept, would that be good enough?

**Deleted on** 2022-02-17T22:07:26.307Z

Sat - can you comment on how tight the timeline is - if we could only get a fix out by EO Sept, would that be good enough?

**stadler@google.com** 2020-08-26T22:14:12.515Z

@Pankaj Gupta - your comment in the options doc - "It will also be global apps like whatsapp, amazon, truecaller etc." - seems to broadly expand the scope beyond the earlier "~50 IN payment apps". Can you & Giles make sure we have a clear idea as to the size/nature of the target apps list?

**Deleted on** 2022-02-17T22:14:12.515Z

@Pankaj Gupta - your comment in the options doc - "It will also be global apps like whatsapp, amazon, truecaller etc." - seems to broadly expand the scope beyond the earlier "~50 IN payment apps". Can you & Giles make sure we have a clear idea as to the size/nature of the target apps list?

**saranm@google.com** 2020-08-26T22:18:50.306Z

Can we also have clear guidelines on temporary timeline? @Pankaj Gupta realistically how much time developers need to migrate to the same fix as gpay / paisa

**Deleted on** 2022-02-17T22:18:50.306Z

Can we also have clear guidelines on temporary timeline? @Pankaj Gupta realistically how much time developers need to migrate to the same fix as gpay / paisa

**gpankaj@google.com** 2020-08-26T22:21:28.671Z

@Andy Stadler right, e.g., whatsapp has UPI enabled in their app for IN

**Deleted on** 2022-02-17T22:21:28.671Z

@Andy Stadler right, e.g., whatsapp has UPI enabled in their app for IN

**gpankaj@google.com** 2020-08-26T22:21:50.799Z

@Sara N-Marandi not sure as this involves 3P developers/companies

@Sara N-Marandi not sure as this involves 3P developers/companies

**gpankaj@google.com** 2020-08-26T22:22:21.705Z

let's wait for @ack to also chime in when he wakes up in IN

**Deleted on** 2022-02-17T22:22:21.705Z

let's wait for @ack to also chime in when he wakes up in IN

**gpankaj@google.com** 2020-08-26T22:22:42.388Z

@Ambarish Kenghe

**Deleted on** 2022-02-17T22:22:42.388Z

@Ambarish Kenghe

**stadler@google.com** 2020-08-26T22:24:18.655Z

OK. It seems fairly important to understand the full set of affected apps, for two reasons.

**Deleted on** 2022-02-17T22:24:18.655Z

OK. It seems fairly important to understand the full set of affected apps, for two reasons.

**gilesh@google.com** 2020-08-26T22:24:32.703Z

Do they have IN-localized versions?

**Deleted on** 2022-02-17T22:24:32.703Z

Do they have IN-localized versions?

**gilesh@google.com** 2020-08-26T22:24:40.183Z

That we could target?

**Deleted on** 2022-02-17T22:24:40.183Z

That we could target?

**gpankaj@google.com** 2020-08-26T22:25:04.999Z

@Giles Hogben whatsapp does not have an IN-localized version afaik. It is the same global apk

**Deleted on** 2022-02-17T22:25:04.999Z

@Giles Hogben whatsapp does not have an IN-localized version afaik. It is the same global apk

**stadler@google.com** 2020-08-26T22:25:19.631Z

1. Are we comfortable granting the broad ops to all of the apps in the set

**Deleted on** 2022-02-17T22:25:19.631Z

1. Are we comfortable granting the broad ops to all of the apps in the set

CONFIDENTIAL                                                                 GOOG-PLAY5-000362734

**gilesh@google.com** 2020-08-26T22:25:37.699Z

I don't think it's feasible to roll out this fix outside IN

**Deleted on** 2022-02-17T22:25:37.699Z

I don't think it's feasible to roll out this fix outside IN

**stadler@google.com** 2020-08-26T22:25:44.722Z

2. Depending on set size we may run into scalability concerns

**Deleted on** 2022-02-17T22:25:44.722Z

2. Depending on set size we may run into scalability concerns

**gpankaj@google.com** 2020-08-26T22:26:18.853Z

maybe we only do this for IN apps and accept that.... will need @Ambarish Kenghe to comment

**Deleted on** 2022-02-17T22:26:18.853Z

maybe we only do this for IN apps and accept that.... will need @Ambarish Kenghe to comment

**gilesh@google.com** 2020-08-26T22:26:48.927Z

Yep - or we take a 2-pronged approach - devrel for large global devs and appops for IN-localizable devs

**Deleted on** 2022-02-17T22:26:48.927Z

Yep - or we take a 2-pronged approach - devrel for large global devs and appops for IN-localizable devs

**stadler@google.com** 2020-08-26T22:26:56.290Z

Giles, understand your concern and desire for geofencing but we need to be more concrete about what that would actually mean. There's no silver bullet and there are multiple error cases.

**Deleted on** 2022-02-17T22:26:56.290Z

Giles, understand your concern and desire for geofencing but we need to be more concrete about what that would actually mean. There's no silver bullet and there are multiple error cases.

**gpankaj@google.com** 2020-08-26T22:27:03.126Z

Agree

**Deleted on** 2022-02-17T22:27:03.126Z

Agree

**unsuk@google.com** 2020-08-26T22:34:11.615Z

If we're going to do a 0-day OTA to limit the restrictions to only target SDK apps - we need to make sure that partner oems' software also would have the fix

**Deleted on** 2022-02-17T22:34:11.615Z

If we're going to do a 0-day OTA to limit the restrictions to only target SDK apps - we need to make sure that partner oems' software also would have the fix

GOOG-PLAY5-000362735

**unsuk@google.com** 2020-08-26T22:34:40.022Z

So I added Steven and Ryan

**Deleted on**2022-02-17T22:34:40.022Z

So I added Steven and Ryan

**unsuk@google.com** 2020-08-26T22:35:07.143Z

Also if we're going to use App Ops to grant the permission, we may have to relax the CDD rules (and if there is a CTS test) and GMS requirements.

**Deleted on**2022-02-17T22:35:07.143Z

Also if we're going to use App Ops to grant the permission, we may have to relax the CDD rules (and if there is a CTS test) and GMS requirements.

**unsuk@google.com** 2020-08-26T22:35:12.605Z

So let me know if that's the final outcome.

**Deleted on**2022-02-17T22:35:12.605Z

So let me know if that's the final outcome.

**aurash@google.com** 2020-08-26T22:40:47.954Z

Unsuk, why would we need to relax CDD rules?

**Deleted on**2022-02-17T22:40:47.954Z

Unsuk, why would we need to relax CDD rules?

**unsuk@google.com** 2020-08-26T22:42:14.569Z

It's hypothetical at this point, but IIRC we do have language around exposing identifiers to 3P apps

**Deleted on**2022-02-17T22:42:14.569Z

It's hypothetical at this point, but IIRC we do have language around exposing identifiers to 3P apps

**unsuk@google.com** 2020-08-26T22:42:35.124Z

and if we use Play to expose such identifiers we would be in violation of such requirement.

**Deleted on**2022-02-17T22:42:35.124Z

and if we use Play to expose such identifiers we would be in violation of such requirement.

**unsuk@google.com** 2020-08-26T22:43:53.693Z

https://source.android.com/compatibility/10/android-10-cdd#9_8_5_device_identifiers

https://source.android.com/compatibility/10/android-10-cdd#9_8_5_device_identifiers

**Deleted on**2022-02-17T22:43:53.693Z

https://source.android.com/compatibility/10/android-10-cdd#9_8_5_device_identifiers

https://source.android.com/compatibility/10/android-10-cdd#9_8_5_device_identifiers

CONFIDENTIAL

GOOG-PLAY5-000362736

**aurash@google.com** 2020-08-26T23:48:30.736Z

why isn't it feasible to roll this out beyond IN?

**Deleted on** 2022-02-17T23:48:30.736Z

why isn't it feasible to roll this out beyond IN?

**aurash@google.com** 2020-08-26T23:48:58.097Z

seems like it is feasible, but not desirable. are we sure we fully understand the problem space / it is scoped to just those 50 apps?

**Deleted on** 2022-02-17T23:48:58.097Z

seems like it is feasible, but not desirable. are we sure we fully understand the problem space / it is scoped to just those 50 apps?

**aurash@google.com** 2020-08-26T23:49:11.544Z

or is this just the first report

**Deleted on** 2022-02-17T23:49:11.544Z

or is this just the first report

**unsuk@google.com** 2020-08-26T23:54:42.751Z

@Giles Hogben can you answer Aurash?

**Deleted on** 2022-02-17T23:54:42.751Z

@Giles Hogben can you answer Aurash?

**gilesh@google.com** 2020-08-26T23:57:33.739Z

On feasibility - yes it's feasible but highly undesirable. More context on that in a privileged context

**Deleted on** 2022-02-17T23:57:33.739Z

On feasibility - yes it's feasible but highly undesirable. More context on that in a privileged context

**gilesh@google.com** 2020-08-26T23:58:00.903Z

GPay folks seemed fairly confident on the scope but I'll let them comment

**Deleted on** 2022-02-17T23:58:00.903Z

GPay folks seemed fairly confident on the scope but I'll let them comment

**aurash@google.com** 2020-08-27T00:04:17.256Z

can you start a privileged thread and send the context? or is there guidance not to do that

**Deleted on** 2022-02-18T00:04:17.256Z

can you start a privileged thread and send the context? or is there guidance not to do that

**aurash@google.com** 2020-08-27T00:05:27.346Z

GOOG-PLAY5-000362737

i assumed that on the existing fleet this data is accessible, so this was more about moving the ball forward on privacy in R, but maybe i misunderstood

**Deleted on** 2022-02-18T00:05:27.346Z

i assumed that on the existing fleet this data is accessible, so this was more about moving the ball forward on privacy in R, but maybe i misunderstood

**aurash@google.com** 2020-08-27T00:45:42.418Z

wait, why aren't we doing option 3?

**Deleted on** 2022-02-18T00:45:42.418Z

wait, why aren't we doing option 3?

**aurash@google.com** 2020-08-27T00:45:45.061Z

i just saw that option

**Deleted on** 2022-02-18T00:45:45.061Z

i just saw that option

**aurash@google.com** 2020-08-27T00:45:58.755Z

gives developers time to respond, fixes the short term issue

**Deleted on** 2022-02-18T00:45:58.755Z

gives developers time to respond, fixes the short term issue

**aurash@google.com** 2020-08-27T00:48:51.928Z

stadler informs me it requires an ota per oem. i could believe this is a pita

**Deleted on** 2022-02-18T00:48:51.928Z

stadler informs me it requires an ota per oem. i could believe this is a pita

**stadler@google.com** 2020-08-27T01:03:19.279Z

Giles, what's the next step? When will we know which option to pursue? I'm hesitant to start building in Phonesky until we know that's the plan. Limited resources and all that.

**Deleted on** 2022-02-18T01:03:19.279Z

Giles, what's the next step? When will we know which option to pursue? I'm hesitant to start building in Phonesky until we know that's the plan. Limited resources and all that.

**gilesh@google.com** 2020-08-27T01:08:29.856Z

Will need to discuss with Dave and Suzanne

**Deleted on** 2022-02-18T01:08:29.856Z

Will need to discuss with Dave and Suzanne

**gilesh@google.com** 2020-08-27T01:29:22.271Z

GOOG-PLAY5-000362738

FYI we are trying to pull together a meeting this evening to discuss POR

**Deleted on**2022-02-18T01:29:22.271Z

FYI we are trying to pull together a meeting this evening to discuss POR

**sfrey@google.com** 2020-08-27T01:34:24.038Z

Aiming for 8:30 pm

**Deleted on**2022-02-18T01:34:24.038Z

Aiming for 8:30 pm

**stadler@google.com** 2020-08-27T01:38:32.011Z

feel free to add me if needed, "I'll be home" 🙁

**Deleted on**2022-02-18T01:38:32.011Z

feel free to add me if needed, "I'll be home" 🙁

**ack@google.com** 2020-08-27T01:46:29.813Z

Folks, this is the list of 20 3rd party apps in India -- https://www.npci.org.in/upi-PSP%263rdpartyApps

https://www.npci.org.in/upi-PSP%263rdpartyApps
**Deleted on**2022-02-18T01:46:29.813Z

Folks, this is the list of 20 3rd party apps in India -- https://www.npci.org.in/upi-PSP%263rdpartyApps

https://www.npci.org.in/upi-PSP%263rdpartyApps
**ack@google.com** 2020-08-27T01:47:30.867Z

Beyond this many banks would have it implemented in their mobile banking apps -- guess is that it is under 50 but e can find out

**Deleted on**2022-02-18T01:47:30.867Z

Beyond this many banks would have it implemented in their mobile banking apps -- guess is that it is under 50 but e can find out

**ack@google.com** 2020-08-27T01:48:52.113Z

Only a couple of global apps here and AFAIK, WA has global APK but limited presence in India on UPI. Even other global apps may have limited presence

**Deleted on**2022-02-18T01:48:52.113Z

Only a couple of global apps here and AFAIK, WA has global APK but limited presence in India on UPI. Even other global apps may have limited presence

**aurash@google.com** 2020-08-27T01:49:08.640Z

To clarify, is this the set of payment providers?

**Deleted on**2022-02-18T01:49:08.640Z

To clarify, is this the set of payment providers?

GOOG-PLAY5-000362739

**aurash@google.com** 2020-08-27T01:49:22.565Z

Or the set of apps we have verified using the impacted api?

**Deleted on** 2022-02-18T01:49:22.565Z

Or the set of apps we have verified using the impacted api?

**ack@google.com** 2020-08-27T01:49:30.581Z

*please note this chat does NOT have History OFF* and India does not have Attorney client privilege

**Deleted on** 2022-02-18T01:49:30.581Z

*please note this chat does NOT have History OFF* and India does not have Attorney client privilege

**ack@google.com** 2020-08-27T01:49:48.889Z

Hence you are seeing that confidential thread

**Deleted on** 2022-02-18T01:49:48.889Z

Hence you are seeing that confidential thread

**aurash@google.com** 2020-08-27T01:49:57.305Z

(are we sure it is not used more broadly than these 50 apps)

**Deleted on** 2022-02-18T01:49:57.305Z

(are we sure it is not used more broadly than these 50 apps)

**aurash@google.com** 2020-08-27T01:49:59.129Z

Ack

**Deleted on** 2022-02-18T01:49:59.129Z

Ack

**ack@google.com** 2020-08-27T01:54:04.184Z

https://www.npci.org.in/upi-live-members

https://www.npci.org.in/upi-live-members
**Deleted on** 2022-02-18T01:54:04.184Z

https://www.npci.org.in/upi-live-members

https://www.npci.org.in/upi-live-members
**ack@google.com** 2020-08-27T01:54:52.345Z

you have to take the applications column + 20 from the other link

**Deleted on** 2022-02-18T01:54:52.345Z

you have to take the applications column + 20 from the other link

**ack@google.com** 2020-08-27T01:56:33.299Z

GOOG-PLAY5-000362740

so more like ~70 but we can get the exact numbr internally... only 4-5 players are doign ~90%+ of the volume is my understanding but we can get all that data from NPCI directly as needed

**Deleted on**2022-02-18T01:56:33.299Z

so more like ~70 but we can get the exact numbr internally... only 4-5 players are doign ~90%+ of the volume is my understanding but we can get all that data from NPCI directly as needed

**gilesh@google.com** 2020-08-27T01:57:16.757Z

Is it PSP's and Issuers affected or just PSP?

**Deleted on**2022-02-18T01:57:16.757Z

Is it PSP's and Issuers affected or just PSP?

**ack@google.com** 2020-08-27T01:58:53.997Z

*Application Name* column is the one to look at

**Deleted on**2022-02-18T01:58:53.997Z

*Application Name* column is the one to look at

**aurash@google.com** 2020-08-27T01:59:03.655Z

I'm still not clear though. Are we sure SubscriptionInfo.getICCID() is *only* used for this one use case globally?

**Deleted on**2022-02-18T01:59:03.655Z

I'm still not clear though. Are we sure SubscriptionInfo.getICCID() is *only* used for this one use case globally?

**aurash@google.com** 2020-08-27T01:59:36.232Z

(had we done that analysis before we locked it down and this payments case was missed?)

**Deleted on**2022-02-18T01:59:36.232Z

(had we done that analysis before we locked it down and this payments case was missed?)

**ack@google.com** 2020-08-27T02:01:24.614Z

That I can't comment on. Something for others from Android to comment on.

**Deleted on**2022-02-18T02:01:24.614Z

That I can't comment on. Something for others from Android to comment on.

**gilesh@google.com** 2020-08-27T02:02:20.384Z

It's the same data as the getSubscriberID that we locked down in Q when we did major outreach etc...

**Deleted on**2022-02-18T02:02:20.384Z

It's the same data as the getSubscriberID that we locked down in Q when we did major outreach etc...

**ack@google.com** 2020-08-27T02:03:12.777Z

Folks, *Please do consider if we nee to start a HISTORY OFF chat for this?* Threaded chats you can't turn off history.

                                         GOOG-PLAY5-000362741

**Deleted on** 2022-02-18T02:03:12.777Z

Folks, *Please do consider if we nee to start a HISTORY OFF chat for this?* Threaded chats you can't turn off history.

**aurash@google.com** 2020-08-27T02:03:13.509Z

Yes but we didn't outreach about this api. Mainly trying to understand what will break when this rolls out so we don't have v2 of this fire from partner reports

**Deleted on** 2022-02-18T02:03:13.509Z

Yes but we didn't outreach about this api. Mainly trying to understand what will break when this rolls out so we don't have v2 of this fire from partner reports

**aurash@google.com** 2020-08-27T20:53:56.885Z

is play billing impacted by this btw?

**Deleted on** 2022-02-18T20:53:56.885Z

is play billing impacted by this btw?

**aurash@google.com** 2020-08-27T20:54:09.916Z

(have we reached out to them to see?)

**Deleted on** 2022-02-18T20:54:09.916Z

(have we reached out to them to see?)

**aurash@google.com** 2020-08-27T20:56:21.033Z

@Giles Hogben

**Deleted on** 2022-02-18T20:56:21.033Z

@Giles Hogben

**aurash@google.com** 2020-08-27T20:56:43.136Z

also, is gmscore subject to the same restrictions for this identifier? i was doing a code search and it looks like we use that call quite a bit

**Deleted on** 2022-02-18T20:56:43.136Z

also, is gmscore subject to the same restrictions for this identifier? i was doing a code search and it looks like we use that call quite a bit

**gilesh@google.com** 2020-08-27T20:57:57.658Z

It's not - GMSCore has READ_PRIVILEGED_PHONE_STATE

**Deleted on** 2022-02-18T20:57:57.658Z

It's not - GMSCore has READ_PRIVILEGED_PHONE_STATE

**unsuk@google.com** 2020-08-27T20:58:35.260Z

(i.e. preloaded apps can, 3p apps can't)

GOOG-PLAY5-000362742

(i.e. preloaded apps can, 3p apps can't)

**aurash@google.com** 2020-08-27T20:59:45.792Z

i guess some add'l follow-ups we should chase:
1) is it default granted to all preloaded apps? or do you need to have the permission and be preloaded
2) is play billing (phonesky) impacted by this.
3) is google fi impacted? i saw some referernces to this identifier in their code

**Deleted on** 2022-02-18T20:59:45.792Z

i guess some add'l follow-ups we should chase:
1) is it default granted to all preloaded apps? or do you need to have the permission and be preloaded
2) is play billing (phonesky) impacted by this.
3) is google fi impacted? i saw some referernces to this identifier in their code

**aurash@google.com** 2020-08-27T21:00:52.110Z

@Andy Stadler can you help with #2? seems like we should reach out to stavan@ on the payments side and raghareesh@ just to confirm we're in the clear

**Deleted on** 2022-02-18T21:00:52.110Z

@Andy Stadler can you help with #2? seems like we should reach out to stavan@ on the payments side and raghareesh@ just to confirm we're in the clear

**stadler@google.com** 2020-08-27T21:01:13.330Z

Yes

**Deleted on** 2022-02-18T21:01:13.330Z

Yes

**aurash@google.com** 2020-08-27T21:01:17.746Z

thanks!

**Deleted on** 2022-02-18T21:01:17.746Z

thanks!

**unsuk@google.com** 2020-08-27T21:02:35.698Z

#1 both.
#3 carrier apps (signed with carrier specific certs, that matches the UICC's cert) are also exempted.

**Deleted on** 2022-02-18T21:02:35.698Z

#1 both.
#3 carrier apps (signed with carrier specific certs, that matches the UICC's cert) are also exempted.

**gilesh@google.com** 2020-08-27T21:03:56.948Z

Fi isn't impacted - it's also available to apps with carrier privileges

**Deleted on** 2022-02-18T21:03:56.948Z

GOOG-PLAY5-000362743

Fi isn't impacted - it's also available to apps with carrier privileges

**gilesh@google.com** 2020-08-27T21:04:47.660Z

1) Permission is a priv permission - needs to be declared and whitelisted by OEM

**Deleted on** 2022-02-18T21:04:47.660Z

1) Permission is a priv permission - needs to be declared and whitelisted by OEM

CONFIDENTIAL