# Exhibit 12

**Sent:**    Wed 3/24/2021 6:38:43 PM (UTC)
**From:**    Will Aldrich <waldrich@google.com>
**To:**    Prachi Gupta <prachigupta@google.com>, Shaahin Rushan <shaahin@google.com>, Patrick Au-Yeung <pay@google.com>, Anna Sheu <asheu@google.com>, Dee Speed <dspeed@google.com>, Pooja Gupta <poojagupta@google.com>, Christine Harrigan <charrigan@google.com>, Eric Chu <ericchu@google.com>

**Will Aldrich**, `2021-03-24 11:38:42`

sorry, in general we need to keep ping history off

**Shaahin Rushan**, `2021-03-24 11:39:22`

Sorry, I have this extension which enables automatically

**Christine Harrigan**, `2021-03-24 11:39:48`

Smooth like buttah! 😬 go team!

**Anna Sheu**, `2021-03-24 11:39:59`

great job team!

**Pooja Gupta**, `2021-03-24 11:40:06`

+1, go team!! 🎉

**Anna Sheu**, `2021-03-24 11:40:57`

and efficient haha, was 20 min to get through the materials and then a bunch of bonus time for our YOTTI friends to ask about Play Billing 🙂

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY