# Exhibit 13

11:41
Purnima Kochikar
Out of office
Purnima Kochikar 5 mins
Sorry for the delay
You are right to call out the Windows Store
We should explore that
What I took away yesterday was that we would ask for 15 days extension to iron out the details of windows support
Is that still the case?
Emily Putze 3 mins
Yes so we could try to iron out then
Purnima Kochikar 3 mins
+1
Perhaps add some language to say...sim ship across non mobile platform to be discussed during the extension
Emily Putze 1 min
Ok thanks P- I'll share w Tamar and see what she thinks is possible
Purnima Kochikar Now
Thanks for the diligence and vigilance
Emily Putze Now
History is off
99+

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY5-000389042