# Exhibit 14

**Purnima Kochikar** · 2 mins
Not mentioning GVP could be a good thing

It's easier not to have to explain the exceptions

**Emily Putze** · 1 min
It's mentioned in precedeing sentence

Let me see

**Purnima Kochikar** · 1 min
We could say this is a bespoke enterprise deal because ABK is large and has extraordinary negotiating powers

Please ask Tamar and Kate if it's better not to mention

**Emily Putze** · Now
ABK will enter into an amendment to the existing Google Play Games Velocity Program Addendum to the DDA (the "Addendum") where, over a 3 year term, and subject to the terms of the Addendum, ABK agrees to launch all new mobile video game applications, except for mobile video game applications used for development and testing, on Google Play on the same date or prior to the date that ABK launches such mobile video game application_____ Google Play users will not be disadvantaged in terms of

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         GOOG-PLAY5-000389043