# Exhibit 19

**Sent:**      Fri 1/8/2021 4:31:17 PM (UTC)
**From:**      laurengreen@google.com
**To:**        laurengreen@google.com, schramm@google.com, tomgrinsted@google.com, lukejefferson@google.com,
suppe@google.com, amusil@google.com
**Subject:**   AAAA_JIIDdY-MBI-THREADED:-xv_qNul2bM%%%2021-01-07T21:31:16.190447

**laurengreen@google.com** 2021-01-08T16:31:16.190Z

Friday afternoon discussion starter: what would you say is the strategic benefit of Google photos?

**Deleted on**2022-07-02T16:31:16.190Z

Friday afternoon discussion starter: what would you say is the strategic benefit of Google photos?

**laurengreen@google.com** 2021-01-08T16:32:34.771Z

have been seeing discussion about its value for ML; for driving loyalty to Android (although you can still get Google Photos on iOS); as well as intrinsic engagement (although i don't think we monetise Photos in any meaningful way?)

**Deleted on**2022-07-02T16:32:34.771Z

have been seeing discussion about its value for ML; for driving loyalty to Android (although you can still get Google Photos on iOS); as well as intrinsic engagement (although i don't think we monetise Photos in any meaningful way?)

**schramm@google.com** 2021-01-08T16:32:46.099Z

should we have history off for this?

**Deleted on**2022-07-02T16:32:46.099Z

should we have history off for this?

**laurengreen@google.com** 2021-01-08T16:35:15.388Z

i can't decide!

**Deleted on**2022-07-02T16:35:15.388Z

i can't decide!

**laurengreen@google.com** 2021-01-08T16:37:06.981Z

is it any different to discussing why Nvidia is buying ARM?

**Deleted on**2022-07-02T16:37:06.981Z

is it any different to discussing why Nvidia is buying ARM?

**schramm@google.com** 2021-01-08T16:38:38.635Z

Well I think our chats about google products are more likely to come up in court 😄

**Deleted on**2022-07-02T16:38:38.635Z

Well I think our chats about google products are more likely to come up in court 😄

**tomgrinsted@google.com** 2021-01-08T16:48:01.526Z

Right now it doesn't _feel_ risky. But just communicate with care.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000164222

**Deleted on**2022-07-02T16:48:01.526Z

Right now it doesn't _feel_ risky. But just communicate with care.

**tomgrinsted@google.com** 2021-01-08T16:48:13.365Z

Interested why you're wondering Lauren.

**Deleted on**2022-07-02T16:48:13.365Z

Interested why you're wondering Lauren.

**tomgrinsted@google.com** 2021-01-08T16:53:11.092Z

My rank speculation is for two or three main reasons:
1. Photos _are_ social. With sharing, liking, and commenting it is actually the closest thing we have to a successful social product.
2. I think that there is a strong argument for a set of core services that "complete" an out-of-the-box OS offer. Email, messaging, browser, camera + photos with sync etc.
3. Photos are a wealth of personally-driven "information". So it's pretty core to the mission.

**Deleted on**2022-07-02T16:53:11.092Z

My rank speculation is for two or three main reasons:
1. Photos _are_ social. With sharing, liking, and commenting it is actually the closest thing we have to a successful social product.
2. I think that there is a strong argument for a set of core services that "complete" an out-of-the-box OS offer. Email, messaging, browser, camera + photos with sync etc.
3. Photos are a wealth of personally-driven "information". So it's pretty core to the mission.

**tomgrinsted@google.com** 2021-01-08T16:53:39.214Z

(also very interested in the storage subscription becomes a long-term commercial success too)

**Deleted on**2022-07-02T16:53:39.214Z

(also very interested in the storage subscription becomes a long-term commercial success too)

**lukejefferson@google.com** 2021-01-08T16:55:43.364Z

What Tom shared, plus Search is moving to the real-world > Photos/Lens > AR (next platform)

**Deleted on**2022-07-02T16:55:43.364Z

What Tom shared, plus Search is moving to the real-world > Photos/Lens > AR (next platform)

**schramm@google.com** 2021-01-08T16:55:49.784Z

Photos are one of the most important mobile use cases. Google having it's own cross-platform photos platform makes it a lot easier for users to migrate between platforms.

**Deleted on**2022-07-02T16:55:49.784Z

Photos are one of the most important mobile use cases. Google having it's own cross-platform photos platform makes it a lot easier for users to migrate between platforms.

**schramm@google.com** 2021-01-08T16:56:14.838Z

In the same way we have cross platform contacts, browser, etc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Deleted on** 2022-07-02T16:56:14.838Z

In the same way we have cross platform contacts, browser, etc.

**schramm@google.com** 2021-01-08T16:56:35.407Z

And we're trying to provide a competitive cross platform messaging experience with RCS.

**Deleted on** 2022-07-02T16:56:35.407Z

And we're trying to provide a competitive cross platform messaging experience with RCS.

**schramm@google.com** 2021-01-08T16:59:42.642Z

So I would put:
1. Core platform feature that Android has to have
2. Enables easier migration pathway from iOS
3. Hedge for future social / ML / AR / personal use cases

**Deleted on** 2022-07-02T16:59:42.642Z

So I would put:
1. Core platform feature that Android has to have
2. Enables easier migration pathway from iOS
3. Hedge for future social / ML / AR / personal use cases

**laurengreen@google.com** 2021-01-08T17:00:00.702Z

Interested because it's a 1bn user product that we don't directly monetise today (AFAIK - I don't think albums /printing is significant though storage is more so)

**Deleted on** 2022-07-02T17:00:00.702Z

Interested because it's a 1bn user product that we don't directly monetise today (AFAIK - I don't think albums /printing is significant though storage is more so)

**schramm@google.com** 2021-01-08T17:00:49.305Z

It doesn't have the engagement that YouTube does for ads monetization either

**Deleted on** 2022-07-02T17:00:49.305Z

It doesn't have the engagement that YouTube does for ads monetization either

**laurengreen@google.com** 2021-01-08T17:03:10.432Z

I agree it's a must have core feature but Play has other core apps that we haven't polished to anything like the degree of photos eg. Books

**Deleted on** 2022-07-02T17:03:10.432Z

I agree it's a must have core feature but Play has other core apps that we haven't polished to anything like the degree of photos eg. Books

**laurengreen@google.com** 2021-01-08T17:03:46.695Z

So I think a lot of the rationale sits with the other points made above

**Deleted on** 2022-07-02T17:03:46.695Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

So I think a lot of the rationale sits with the other points made above

**suppe@google.com** 2021-01-08T17:04:04.340Z

A lot of it is ads - when we compete against FBs identity graph, the more users we have using Google products extends our reach of users who have Google Accounts, and therefore increases the # of users we can show ads to with personalized targeting.

This was especially important 6-7 years ago, when FB could brag that they had a single identity for a users across devices (since you likely logged into FB on your mobile device AND your laptop). Back then,, use of GAIA for user targeting wasn't consolidated. It was different depending on the Google product you used.

On Android obviously this isn't strictly necessary, but as noted, having Photos makes Android more attractive.

**Deleted on**2022-07-02T17:04:04.340Z

A lot of it is ads - when we compete against FBs identity graph, the more users we have using Google products extends our reach of users who have Google Accounts, and therefore increases the # of users we can show ads to with personalized targeting.

This was especially important 6-7 years ago, when FB could brag that they had a single identity for a users across devices (since you likely logged into FB on your mobile device AND your laptop). Back then,, use of GAIA for user targeting wasn't consolidated. It was different depending on the Google product you used.

On Android obviously this isn't strictly necessary, but as noted, having Photos makes Android more attractive.

**suppe@google.com** 2021-01-08T17:04:49.434Z

@Alex Musil was likely on the other side of this - selling hard to advertisers that FB's cross-device identity graph was way better than Google's.

**Deleted on**2022-07-02T17:04:49.434Z

@Alex Musil was likely on the other side of this - selling hard to advertisers that FB's cross-device identity graph was way better than Google's.

**schramm@google.com** 2021-01-08T17:18:03.410Z

Good point Steve regarding the benefit of increasing GAIA penetration for ads

**Deleted on**2022-07-02T17:18:03.410Z

Good point Steve regarding the benefit of increasing GAIA penetration for ads

**laurengreen@google.com** 2021-01-08T17:21:08.100Z

Thanks all for sharing your ideas. A few things I hadn't thought of - I knew this group would have some thoughtful answers 😉

**Deleted on**2022-07-02T17:21:08.100Z

Thanks all for sharing your ideas. A few things I hadn't thought of - I knew this group would have some thoughtful answers 😉

**tomgrinsted@google.com** 2021-01-08T17:24:03.653Z

FYI - we are directly monetising as for a normal consumer, subscribing to photos storage is probably the only "space" sub that makes sense.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000164225

**Deleted on**2022-07-02T17:24:03.653Z

FYI - we are directly monetising as for a normal consumer, subscribing to photos storage is probably the only "space" sub that makes sense.

**tomgrinsted@google.com** 2021-01-08T17:24:18.764Z

That's already normalised by Apple (and Flickr before it)

**Deleted on**2022-07-02T17:24:18.764Z

That's already normalised by Apple (and Flickr before it)

**tomgrinsted@google.com** 2021-01-08T17:25:00.703Z

I wonder if that's more about covering it's own costs somewhat, vs. a strategic bet.

**Deleted on**2022-07-02T17:25:00.703Z

I wonder if that's more about covering it's own costs somewhat, vs. a strategic bet.

**laurengreen@google.com** 2021-01-08T17:25:18.705Z

Y but i imagine % Photos users with Storage sub penetration is still very low

**Deleted on**2022-07-02T17:25:18.705Z

Y but i imagine % Photos users with Storage sub penetration is still very low

**suppe@google.com** 2021-01-08T17:25:47.628Z

I don't know, I think people really struggle with photos capacity

**Deleted on**2022-07-02T17:25:47.628Z

I don't know, I think people really struggle with photos capacity

**suppe@google.com** 2021-01-08T17:25:53.228Z

I don't have any data though

**Deleted on**2022-07-02T17:25:53.228Z

I don't have any data though

**tomgrinsted@google.com** 2021-01-08T17:25:58.876Z

Although the now defunct "free unlimited photo storage" was a major selling point for pixels 1-3 (backing up Dan's point about major mobile use-case)

**Deleted on**2022-07-02T17:25:58.876Z

Although the now defunct "free unlimited photo storage" was a major selling point for pixels 1-3 (backing up Dan's point about major mobile use-case)

**laurengreen@google.com** 2021-01-08T17:26:01.885Z

True. I wonder if it's still higher than those for Drive

**Deleted on**2022-07-02T17:26:01.885Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

True. I wonder if it's still higher than those for Drive.

**schramm@google.com** 2021-01-08T17:26:03.110Z

I'd imagine they're only trying to cover costs, but also useful to get the payment details, and having a sub relationship has got to increase retention.

**Deleted on**2022-07-02T17:26:03.110Z

I'd imagine they're only trying to cover costs, but also useful to get the payment details, and having a sub relationship has got to increase retention.

**schramm@google.com** 2021-01-08T17:26:34.460Z

There were interesting Hiroshi level conversations when I was working on Android Backup and Drive.

**Deleted on**2022-07-02T17:26:34.460Z

There were interesting Hiroshi level conversations when I was working on Android Backup and Drive.

**tomgrinsted@google.com** 2021-01-08T17:26:34.561Z

For sure!

**Deleted on**2022-07-02T17:26:34.561Z

For sure!

**laurengreen@google.com** 2021-01-08T17:26:39.410Z

@Tom Grinsted yes part of what got my noodling on this was the recent change to costs policy

**Updated on**2021-01-08T17:26:53.692Z

@Tom Grinsted yes part of what got me noodling on this was the recent change to costs policy

**Deleted on**2022-07-02T17:26:39.410Z

@Tom Grinsted yes part of what got me noodling on this was the recent change to costs policy

**schramm@google.com** 2021-01-08T17:27:07.136Z

(conversations that I don't want to talk about on here; but can share on VC some time)

**Deleted on**2022-07-02T17:27:07.136Z

(conversations that I don't want to talk about on here; but can share on VC some time)

**tomgrinsted@google.com** 2021-01-08T17:27:43.871Z

Wise

**Deleted on**2022-07-02T17:27:43.871Z

Wise

**tomgrinsted@google.com** 2021-01-08T17:27:57.773Z

(adds to my Dan 121 Todo list)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Deleted on**2022-07-02T17:27:57.773Z

(adds to my Dan 121 Todo list)

**laurengreen@google.com** 2021-01-08T17:29:31.139Z

As well as retention, I'm sure it also helps upsell - lower friction once you already have a sub relationship with a user

**Deleted on**2022-07-02T17:29:31.139Z

As well as retention, I'm sure it also helps upsell - lower friction once you already have a sub relationship with a user

**laurengreen@google.com** 2021-01-08T17:31:10.519Z

The question is what we'd upsell to...other than more storage, our other upsells are a bit of a leap from photos today (music, gaming etc)

**Deleted on**2022-07-02T17:31:10.519Z

The question is what we'd upsell to...other than more storage, our other upsells are a bit of a leap from photos today (music, gaming etc)

**schramm@google.com** 2021-01-08T17:32:01.666Z

I think the plan is for Google One to include the other services at some point

**Deleted on**2022-07-02T17:32:01.666Z

I think the plan is for Google One to include the other services at some point

**schramm@google.com** 2021-01-08T17:32:07.482Z

I could imagine it including hardware

**Deleted on**2022-07-02T17:32:07.482Z

I could imagine it including hardware

**schramm@google.com** 2021-01-08T17:32:33.143Z

(it's under Rick's Hardware org)

**Deleted on**2022-07-02T17:32:33.143Z

(it's under Rick's Hardware org)

**laurengreen@google.com** 2021-01-08T17:33:45.063Z

Interesting. And if you care about photos then you card about camera so I could imagine something there

**Updated on**2021-01-08T17:34:06.488Z

Interesting. And if you care about photos then you care about camera so I could imagine something there

**Deleted on**2022-07-02T17:33:45.063Z

Interesting. And if you care about photos then you care about camera so I could imagine something there

**amusil@google.com** 2021-01-08T17:37:33.824Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Great conversion. I think you've covered the strongest rationale (key mobile use case for Android/ecosystem, GAIA driver). It's often tough to directly quantify this indirect value at such scale, so at a certain point cost management of the strategy becomes inevitable.

**Deleted on** 2022-07-02T17:37:33.824Z

Great conversion. I think you've covered the strongest rationale (key mobile use case for Android/ecosystem, GAIA driver). It's often tough to directly quantify this indirect value at such scale, so at a certain point cost management of the strategy becomes inevitable.

**tomgrinsted@google.com** 2021-01-08T17:56:40.667Z

To Dan's point, Google One _is_ the upsell atm

**Deleted on** 2022-07-02T17:56:40.667Z

To Dan's point, Google One _is_ the upsell atm

**tomgrinsted@google.com** 2021-01-08T17:57:35.591Z

My ... uncharitable ... assessment is that Google's org culture is stopping us from getting as competing as apple+ and Amazon prime

**Deleted on** 2022-07-02T17:57:35.591Z

My ... uncharitable ... assessment is that Google's org culture is stopping us from getting as competing as apple+ and Amazon prime

**tomgrinsted@google.com** 2021-01-08T17:59:06.814Z

We have an the pieces (YT premium, music, news, play pass, hardware) and a few unique props (drive, stadia).

**Deleted on** 2022-07-02T17:59:06.814Z

We have an the pieces (YT premium, music, news, play pass, hardware) and a few unique props (drive, stadia).

**tomgrinsted@google.com** 2021-01-08T17:59:50.923Z

But aligning all the products within a unified subs offer if very top-down.

**Deleted on** 2022-07-02T17:59:50.923Z

But aligning all the products within a unified subs offer if very top-down.

**amusil@google.com** 2021-01-08T18:30:59.850Z

Google One will require some real top down vision and force of will to make work

**Deleted on** 2022-07-02T18:30:59.850Z

Google One will require some real top down vision and force of will to make work

**tomgrinsted@google.com** 2021-01-08T19:04:57.210Z

For sure

**Deleted on** 2022-07-02T19:04:57.210Z

For sure

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000164229

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000164230