# Exhibit 21

**Sent:** Fri 3/19/2021 8:19:10 PM (UTC)
**From:** tkryger@google.com
**To:** tkryger@google.com, alicesheng@google.com, con@google.com, curriera@google.com, totte@google.com, shreerag@google.com, mwr@google.com, drb@google.com, victoryang@google.com, fennema@google.com, davidsun@google.com
**Subject:** AAAA5zG19Ck-MBI-THREADED:pnbovkF9vzM%%%2021-03-19T01:19:09.685487

**tkryger@google.com** 2021-03-19T20:19:09.685Z

am i the only one who is only now finding out about https://groups.google.com/a/google.com/g/chat-history-default-on

https://groups.google.com/a/google.com/g/chat-history-default-on
**Deleted on**2022-09-10T20:19:09.685Z

am i the only one who is only now finding out about https://groups.google.com/a/google.com/g/chat-history-default-on

https://groups.google.com/a/google.com/g/chat-history-default-on
**alicesheng@google.com** 2021-03-19T20:19:30.043Z

omg

**Deleted on**2022-09-10T20:19:30.043Z

omg

**con@google.com** 2021-03-19T20:19:34.725Z

!

**Deleted on**2022-09-10T20:19:34.725Z

!

**curriera@google.com** 2021-03-19T20:20:06.528Z

wow

**Deleted on**2022-09-10T20:20:06.528Z

wow

**tkryger@google.com** 2021-03-19T20:20:25.892Z

(that makes me feel a little better)

**Deleted on**2022-09-10T20:20:25.892Z

(that makes me feel a little better)

**totte@google.com** 2021-03-19T20:20:50.418Z

wooohooo

**Deleted on**2022-09-10T20:20:50.418Z

wooohooo

**totte@google.com** 2021-03-19T20:21:01.807Z

suppose I shouldn't join.. but ..

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY5-000382012

**Deleted on**2022-09-10T20:21:01.807Z

suppose I shouldn't join.. but ..

**con@google.com** 2021-03-19T20:21:08.388Z

lol

**Deleted on**2022-09-10T20:21:08.388Z

lol

**totte@google.com** 2021-03-19T20:21:11.641Z

but it still gets deleted after n months

**Deleted on**2022-09-10T20:21:11.641Z

but it still gets deleted after n months

**shreerag@google.com** 2021-03-19T20:22:04.408Z

isnt history supposed to be bidirectional though? Like if you join this group does that mean the other person will have history on for your chat as well?

**Deleted on**2022-09-10T20:22:04.408Z

isnt history supposed to be bidirectional though? Like if you join this group does that mean the other person will have history on for your chat as well?

**tkryger@google.com** 2021-03-19T20:22:25.853Z

i think this has the effect of you clicking the button manually for htat chat

**Deleted on**2022-09-10T20:22:25.853Z

i think this has the effect of you clicking the button manually for htat chat

**shreerag@google.com** 2021-03-19T20:22:35.131Z

yea makes sense

**Deleted on**2022-09-10T20:22:35.131Z

yea makes sense

**mwr@google.com** 2021-03-19T22:13:47.152Z

most times I try to turn it on, the other person turns it straight back off again !!!

**Deleted on**2022-09-10T22:13:47.152Z

most times I try to turn it on, the other person turns it straight back off again !!!

**drb@google.com** 2021-03-19T22:28:25.330Z

I've had that happen a few times, but mostly people have been ok with it in my experience. I've lost some very useful links because of default off and had to ask for them again (or copy paste them if I realize quickly enough). Super awkward to get good links on Friday and realize they've been destroyed over the weekend 😖

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                   GOOG-PLAY5-000382013

Deleted on 2022-09-10T22:28:25.330Z

I've had that happen a few times, but mostly people have been ok with it in my experience. I've lost some very useful links because of default off and had to ask for them again (or copy paste them if I realize quickly enough). Super awkward to get good links on Friday and realize they've been destroyed over the weekend 😳

tkryger@google.com 2021-03-20T00:36:14.799Z

Mark, i suspect it is actually a bug in chat that turned it off

Deleted on 2022-09-11T00:36:14.799Z

Mark, i suspect it is actually a bug in chat that turned it off

tkryger@google.com 2021-03-20T00:36:57.818Z

i've had other people observe that same thing when they were talking to me and i hadn't deliberately tried to turn history off

Deleted on 2022-09-11T00:36:57.818Z

i've had other people observe that same thing when they were talking to me and i hadn't deliberately tried to turn history off

tkryger@google.com 2021-03-20T00:37:50.782Z

but you might just be talking about way more secretive stuff than me

Deleted on 2022-09-11T00:37:50.782Z

but you might just be talking about way more secretive stuff than me

victoryang@google.com 2021-03-20T02:04:31.493Z

I've heard an explanation before that the history setting only takes effect after you send a message. Not sure if that's still true but if it is I guess you can call it a bug

Deleted on 2022-09-11T02:04:31.493Z

I've heard an explanation before that the history setting only takes effect after you send a message. Not sure if that's still true but if it is I guess you can call it a bug

victoryang@google.com 2021-03-20T02:04:56.526Z

So essentially you have a race condition with the other person sending messages

Deleted on 2022-09-11T02:04:56.526Z

So essentially you have a race condition with the other person sending messages

alicesheng@google.com 2021-03-20T02:09:54.887Z

i have also had the experience where i turn on history and it immediately gets turned off

Deleted on 2022-09-11T02:09:54.887Z

i have also had the experience where i turn on history and it immediately gets turned off

alicesheng@google.com 2021-03-20T02:10:10.551Z

and then it's awkward especially if you were talking to a stranger

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              GOOG-PLAY5-000382014

**Deleted on**2022-09-11T02:10:10.551Z

and then it's awkward especially if you were talking to a stranger

**fennema@google.com** 2021-03-20T02:10:13.406Z

so you need to turn it on and quicky send a message before they do?

**Deleted on**2022-09-11T02:10:13.406Z

so you need to turn it on and quicky send a message before they do?

**alicesheng@google.com** 2021-03-20T02:10:24.847Z

and its like uhhh im sure sure if that was on purpose or not

**Updated on**2021-03-20T02:50:31.166Z

and its like uhhh im not sure if that was on purpose or not

**Deleted on**2022-09-11T02:10:24.847Z

and its like uhhh im not sure if that was on purpose or not

**fennema@google.com** 2021-03-20T02:12:13.909Z

weekends shouldn't count for timing out chat messages 😐

**Deleted on**2022-09-11T02:12:13.909Z

weekends shouldn't count for timing out chat messages 🙂

**davidsun@google.com** 2021-03-20T04:00:21.114Z

If anyone wants to hear horror stories of chat histories being used in depositions at Google ... just ask me and I can speak generally. I used to read that stuff in preparation for litigation. It's bad news 😞

**Deleted on**2022-09-11T04:00:21.114Z

If anyone wants to hear horror stories of chat histories being used in depositions at Google ... just ask me and I can speak generally. I used to read that stuff in preparation for litigation. It's bad news 😞

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                   GOOG-PLAY5-000382015