UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Google Play Store
Antitrust Litigation          ,
                 Plaintiff(s),

        v.

                              ,
                 Defendant(s).

Case No. 3:21-md-02981-JD

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam L. Hoeflich, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Consumer Plaintiffs in the above-entitled action. My local co-counsel in this case is Elizabeth C. Pritzker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 146267.

| Bartlit Beck LLP; 54 W. Hubbard St., Suite 300, Chicago, IL 60654 | Pritzker Levine LLP, 1900 Powell Street, Suite 450, Emeryville, CA 94608 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 494-4473 | (415) 692-0772 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| adam.hoeflich@bartlitbeck.com | ecp@pritzkerlevine.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6209163.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 4/3/2023 _____                          Adam L. Hoeflich _____
                                                              APPLICANT

5

6    ═══════════════════════════════════════════════════════════════

7

8                              ORDER GRANTING APPLICATION

9                        FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of  Adam L. Hoeflich          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                                     _____

18                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# Exhibit A

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Adam Lawrence Hoeflich

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/08/1992 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of March, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois