| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) | Brendan P. Glackin (SBN 199643) |
| karma.giulianelli@bartlitbeck.com | bglackin@agutah.gov |
| **BARTLIT BECK LLP** | **OFFICE OF THE UTAH ATTORNEY GENERAL** |
| 1801 Wewatta St., Suite 1200 | 160 E 300 S, 5th Floor |
| Denver, Colorado 80202 | PO Box 140872 |
| Telephone: (303) 592-3100 | Salt Lake City, UT 84114-0872 |
| | Telephone: (801) 366-0260 |
| Hae Sung Nam (*pro hac vice*) | *Counsel for the Plaintiff States* |
| hnam@kaplanfox.com | |
| **KAPLAN FOX & KILSHEIMER LLP** | Douglas J. Dixon (SBN 275389) |
| 850 Third Avenue | ddixon@hueston.com |
| New York, NY 10022 | **HUESTON HENNIGAN LLP** |
| Tel.: (212) 687-1980 | 620 Newport Center Drive, Suite 1300 |
| | Newport Beach, CA 92660 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | Telephone: (949) 229-8640 |
| | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| Paul J. Riehle (SBN 115199) | |
| paul.riehle@faegredrinker.com | Glenn D. Pomerantz (SBN 112503) |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | glenn.pomerantz@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| Four Embarcadero Center, 27th Floor | 350 South Grand Avenue, Fiftieth Floor |
| San Francisco, CA 94111 | Los Angeles, California 90071 |
| Telephone: (415) 591-7500 | Telephone: (213) 683-9100 |
| | |
| Christine A. Varney (*pro hac vice*) | Brian C. Rocca (SBN 221576) |
| cvarney@cravath.com | brian.rocca@morganlewis.com |
| **CRAVATH, SWAINE & MOORE LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 825 Eighth Avenue | One Market, Spear Street Tower |
| New York, New York 10019 | San Francisco, CA 94105-1596 |
| Telephone: (212) 474-1000 | Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | *Counsel for Defendants Google LLC et al* |

[Additional counsel appear on signature page]

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO DISPOSITIVE AND** ***DAUBERT*** **MOTIONS**<br><br>Judge:  Hon. James Donato |

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al. ("Match"), Consumer Plaintiffs, State Attorneys General Plaintiffs, and Defendants Google LLC et al. ("Google," and collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for a modification to the sealing procedures applicable to any dispositive and *Daubert* motions filed in these matters and subsequent briefing on any such motions, on the grounds set forth herein.

WHEREAS, under the Third Amended Scheduling Order entered by the Court, dispositive and *Daubert* motions are due on April 20, 2023; responses are due May 18, 2023; and replies are due on June 8, 2023 (ECF No. 447).

WHEREAS, the Parties informed the Court in their January 31, 2023 Joint Proposed Schedule: "With respect to dispositive and Daubert motions, the Parties will submit a stipulation for approval that states that they will file redacted versions of these briefs and supporting documents on April 20, May 18, and June 8, without accompanying motions to seal." (ECF No. 434 at 2 n.2.)

WHEREAS, the Parties have conferred and agree on a protocol and dates for submitting an Omnibus Sealing Motion following the completion of briefing of dispositive and *Daubert* motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The Parties shall file redacted versions of any dispositive and *Daubert* motions, as well as any responses and replies to such motions, and any associated supporting documents, as separate entries on the ECF docket; and

1

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

- The Parties shall also contemporaneously file unredacted copies of all documents on the ECF docket provisionally under seal, along with a 1-page interim sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion; and

- Within twenty-one days of filing any dispositive or *Daubert* motion, as well as any response to such motions, and within fourteen days of filing any reply to a dispositive or *Daubert* motion, that include information filed provisionally under seal, the Parties shall provide each other their purported basis for keeping the redacted information under seal; and

- The Parties and any non-parties shall jointly file Omnibus Sealing Motions on July 13, 2023 (i.e., five weeks after the completion of dispositive and *Daubert* motion briefing), or any date that this Court chooses following the completion of dispositive and *Daubert* motion briefing.

2

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | |
|---|---|
| Dated: April 17, 2023 | CRAVATH, SWAINE & MOORE LLP<br>  Christine Varney (pro hac vice)<br>  Gary A. Bornstein (pro hac vice)<br>  Timothy G. Cameron (pro hac vice)<br>  Yonatan Even (pro hac vice)<br>  Lauren A. Moskowitz (pro hac vice)<br>  Justin C. Clarke (pro hac vice)<br>  Michael J. Zaken (pro hac vice)<br>  M. Brent Byars (pro hac vice)<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br>  Paul J. Riehle (SBN 115199)<br><br>Respectfully submitted,<br>By:   /s/   *Lauren A. Moskowitz*<br>       Lauren A. Moskowitz<br><br>*Counsel for Plaintiff Epic Games, Inc.* |
| Dated: April 17, 2023 | BARTLIT BECK LLP<br>  Karma M. Giulianelli<br><br>KAPLAN FOX & KILSHEIMER LLP<br>  Hae Sung Nam<br><br>Respectfully submitted,<br>By:   /s/   *Karma M. Giulianelli*<br>       Karma M. Giulianelli<br><br>*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* |

3

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | | |
|---|---|---|
| 1 | Dated: April 17, 2023 | PRITZKER LEVINE LLP |
| 2 | | Elizabeth C. Pritzker |
| 3 | | Respectfully submitted, |
| 4 | | By:   /s/ *Elizabeth C. Pritzker* |
| 5 | |         Elizabeth C. Pritzker |
| 6 | | *Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation* |
| 7 | | |
| 8 | Dated: April 17, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL |
| 9 | | Brendan P. Glackin |
| 10 | | Lauren Weinstein |
| 11 | | Respectfully submitted, |
| 12 | | By:   /s/ *Brendan P. Glackin* |
| 13 | |         Brendan P. Glackin |
| 14 | | *Counsel for Plaintiff States* |
| 15 | Dated: April 17, 2023 | HUESTON HENNIGAN LLP |
| | | Douglas J. Dixon |
| 16 | | Christine Woodin |
| | | Joseph A. Reiter |
| 17 | | |
| 18 | | Respectfully submitted, |
| 19 | | By:   /s/ *Douglas J. Dixon* |
| | |         Douglas J. Dixon |
| 20 | | *Counsel for Plaintiffs Match Group, LLC et al.* |

4

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | |
|---|---|
| Dated:  April 17, 2023 | MORGAN, LEWIS & BOCKIUS LLP<br>Brian C. Rocca<br>Sujal J. Shah<br>Minna L. Naranjo<br>Rishi P. Satia<br>Michelle Park Chiu<br><br>Respectfully submitted,<br><br>By:    /s/ *Brian C. Rocca*<br>          Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |
| Dated:  April 17, 2023 | MUNGER, TOLLES & OLSON LLP<br>Glenn D. Pomerantz<br>Kyle W. Mach<br>Kuruvilla Olasa<br>Justin P. Raphael<br>Emily C. Curran-Huberty<br>Jonathan I. Kravis<br><br>Respectfully submitted,<br><br>By:    /s/ *Glenn D. Pomerantz*<br>          Glenn D. Pomerantz<br><br>*Counsel for Defendants Google LLC et al.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                                            HON. JAMES DONATO
                                                                            United States District Judge

5

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

**E-FILING ATTESTATION**

I, Minna L. Naranjo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

>                               /s/   Minna L. Naranjo
>                              Minna L. Naranjo

6

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD