1  Brendan P. Glackin (SBN 199643)
2  bglackin@agutah.gov
   Lauren M. Weinstein (*pro hac vice*)
3  lweinstein@agutah.gov
   **OFFICE OF THE UTAH ATTORNEY**
4  **GENERAL**
   160 E 300 S, 5th Floor
5  PO Box 140872
   Salt Lake City, UT 84114-0872
6  Telephone: (801) 366-0260
7
   *Counsel for the Plaintiff States*
8

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

9
10
11 *Counsel for Defendants Google LLC et al.*
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

Case No. 3:21-md-02981-JD

**STIPULATION AND [PROPOSED] ORDER RE: GOOGLE-PRODUCED DOCUMENTS IN *UNITED STATES V. GOOGLE LLC***

Judge:  Hon. James Donato

WHEREAS Defendants have agreed that, subject to the procedure outlined in this stipulation, the Plaintiff States may produce to the non-State Plaintiffs (the "Private Plaintiffs") in the above-captioned MDL certain documents Defendants initially produced in the matters *United States v. Google LLC*, No. 03010 (D.D.C.) and *Colorado, et al. v. Google LLC*, No. 03715 (D.D.C.) (collectively, the "Search Matter"), excluding documents any non-party produced to any of the parties in the Search Matter;

1        NOW, THEREFORE, Defendants and the Plaintiff States hereby stipulate and agree,

2   subject to the Court's approval, as follows:

3        1.      To the extent the Plaintiff States seek to use in this MDL any of the documents

4   produced by Defendants in the Search Matter that were not produced by Defendants during

5   discovery in this MDL (hereinafter, "Search Matter Documents"), the Plaintiff States will produce

6   such Search Matter Documents no later than 90 days before the first day of trial, and, if Plaintiffs

7   plan to rely on the Search Matter Documents in connection with motions for summary judgment,

8   Plaintiffs will produce such Search Matter Documents no later than two weeks before opening

9   summary judgment briefs are due to the extent Plaintiffs can in good faith identify or anticipate

10  using those documents.  If Plaintiffs identify additional Search Matter Documents that they will

11  rely on in connection with summary judgment after seeing opening briefs, Plaintiffs will produce

12  those documents no later than two weeks before summary judgment opposition briefs are due.

13  Plaintiffs States will adhere to the following protocol:

14       a.      The Plaintiff States shall not "dump" the Search Matter Documents into this

15  MDL or otherwise give to the Private Plaintiffs unfettered access to documents produced in the

16  Search Matter;

17       b.      The Plaintiff States may produce to the Private Plaintiffs Search Matter

18  Documents which the Plaintiff States believe in good faith are reasonably related to their claims or

19  Defendants' defenses in the MDL, and which the Plaintiff States reasonably believe may be used

20  as evidence or as the basis for expert testimony in this MDL;

21       c.      Prior to any production by the Plaintiff States of Search Matter Documents

22  in this MDL, the Plaintiff States shall give Google at least one week advance notice of such

23  production, including a list of the beginning Bates numbers (from the Search Matter) planned for

24  production in this MDL.  If Defendants, in good faith, assert that the intended production is an

25  untailored document "dump," or is otherwise improper, Plaintiff States agree to meet and confer in

26  good faith with Defendants regarding the scope of the proposed production.

27       d.      The States shall provisionally label the Search Matter Documents with the

28  highest level of protection under the operative protective order prior to disclosing or using the

STIPULATION AND [PROPOSED] ORDER RE: GOOGLE-PRODUCED DOCUMENTS IN UNITED STATES V.
GOOGLE LLC

1    document, as follows: "PROV – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

2    unless third-party information requires a "PROV – NON-PARTY HIGHLY CONFIDENTIAL –

3    OUTSIDE COUNSEL EYES ONLY" designation;

4              e.       The States shall assign the Search Matter Document a Bates number

5    specific to this MDL, while preserving the Bates numbering associated with the document as

6    produced in the Search Matter;

7              f.       For purposes of preserving the rights and obligations under the operative

8    Protective Order, Google shall be considered the Designating Party and/or Producing Party for any

9    Search Matter Document produced pursuant to this protocol; and

10             g.       The States shall produce any Search Matter Documents simultaneously to

11    all parties to this MDL. For the avoidance of doubt, this requirement does not apply to Search

12    Matter Documents produced by Defendants during discovery in the MDL, including Search

13    Matter Documents eliminated from the Search Matter Production as duplicates of the pre-existing

14    MDL production.

15       2.       Google reserves all rights as to any documents produced pursuant to this protocol,

16    including the right to supplement its expert reports, served on November 18, 2022, with citation to

17    any documents that the Plaintiff States produce thereafter pursuant to the protocol outlined herein;

18       3.       Nothing in this Stipulation shall be deemed a waiver of Defendants' right to seek a

19    clawback of a document based on a good-faith claim of attorney-client privilege or work-product

20    protection.

21       IT IS SO STIPULATED.

22    DATED:  April 18, 2023           OFFICE OF THE UTAH ATTORNEY GENERAL

                                                Brendan P. Glackin

23                                            Lauren M. Weinstein

24                                       Respectfully submitted,

25

26

                                     By:        */s/ Lauren M. Weinstein*

27                                         Lauren M. Weinstein

28                                         *Counsel for the Plaintiff States*

STIPULATION AND [PROPOSED] ORDER RE: GOOGLE-PRODUCED DOCUMENTS IN UNITED STATES V. GOOGLE LLC

1   DATED:  April 18, 2023                    MORGAN, LEWIS & BOCKIUS LLP
2                                             Brian C. Rocca
                                              Sujal J. Shah
3                                             Michelle Park Chiu
                                              Minna L. Naranjo
4                                             Rishi P. Satia

5                                             Respectfully submitted,

6

7                                             By:   _____/s/ Brian C. Rocca_____
8                                                   Brian C. Rocca
                                                    *Counsel for Defendants Google LLC et al.*
9

10  DATED:  April 18, 2023                    MUNGER, TOLLES & OLSON LLP
11                                            Glenn D. Pomerantz
                                              Kyle W. Mach
12                                            Kuruvilla Olasa
                                              Justin P. Raphael
13                                            Emily C. Curran-Huberty
                                              Jonathan I. Kravis
14                                            Marianna Y. Mao

15                                            Respectfully submitted,

16

17

18                                            By:   _____/s/ Glenn D. Pomerantz_____
                                                    Glenn D. Pomerantz
19                                                  *Counsel for Defendants Google LLC et al.*

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, Lauren M. Weinstein, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


_/s/ Lauren M. Weinstein_
Lauren M. Weinstein

1    **PURSUANT TO STIPULATION IT IS SO ORDERED.**

2

3

4    DATED:  April ___, 2023

5                                                                    _____
     The Honorable James Donato
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28