# EXHIBIT 19

Page 1

1   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
2   SAN FRANCISCO DIVISION
3   -------------------------------------X
    IN RE GOOGLE PLAY STORE
4   ANTITRUST LITIGATION
5   Case No.  3:21-md-02981-JD
6

    THIS DOCUMENT RELATES TO:
7   Epic Games Inc. v. Google LLC, et al.,
    Case No. 3:20-cv-05671-JD
8

    In Re Google Play Consumer
9   Antitrust Litigation
    Case No. 3:20-cv-05671-JD
10

    In Re Google Play Developer
11  Antitrust Litigation,
    Case No: 3:20-cv-05792-JD
12

    State of Utah, et al., v.
13  Google LLC, et al.,
    Case No: 3:21-cv-05227-JD
14  -------------------------------------X
15
16              VIDEOTAPE DEPOSITION
17                HAL SINGER, PH.D.
18             Thursday, May 12, 2022
19                 9:07 a.m. (EST)
20
21
22
23
24  Reported by:
25  Ryan K. Black, RPR, CLR, Notary Public

Page 2

1

2

3

4                     Thursday, May 12, 2022

5

6          Video Deposition of HAL SINGER, PH.D.,

7    taken at the Law Offices of Munger, Tolles &

8    Olson, LLP, 601 Massachusetts Avenue NW

9    Washington, DC, beginning at 9:07 a.m.,

10   before Ryan K. Black, a Registered

11   Professional Reporter, Certified Livenote

12   Reporter and Notary Public and for the

13   District of Columbia.

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1   A P P E A R A N C E S:
 2     CRAVATH, SWAINE & MOORE, LLP
       BY:  ERIC J. ZEPP, ESQ. - Via Zoom
 3     825 8th Ave
       New York, New York  10019
 4     212.474.1000
       ezepp@cravath.com
 5     Representing - Epic Games, Inc. In Re:
                       Epic Games, Inc. V. Google
 6                     LLC, et al.
 7
       BARTLIT BECK LLP
 8     BY:  KARMA M. GIULIANELLI, ESQ.
       1801 Wewatta Street
 9     Suite 1200
       Denver, Colorado  80202
10     303.592.3100
       karma.giulianelli@bartlitbeck.com
11     Representing - Consumer Class Plaintiffs
12
       HAUSFELD LLP
13     BY:  AMY ERNST, ESQ. - Via Zoom
       325 Chestnut Street
14     Unit 900
       Philadelphia, Pennsylvania  19106
15     215.985.3270
       aernst@hausfeld.com
16     Representing - Plaintiff Developers
17
       MUNGER, TOLLES & OLSON LLP
18     BY:  JUSTIN R. RAPHAEL, ESQ.
       560 Mission Street
19     27th Floor
       San Francisco, California  94105
20     415.512.4000
       justin.raphael@mto.com
21     Representing - Defendants
22
23    ALSO PRESENT:
24     Emmanuel Pezoa - Legal Videographer
       Yajing Jiang, Ph.D - Charles River Associates
25     Kevin Caves, Ph.D - Econ One
```

Page 4

1                        I N D E X

2    TESTIMONY OF:  HAL SINGER, PH.D            PAGE

3    By Mr. Raphael.............................6, 391

4    By Mr. Giulianelli.........................389

5                    E X H I B I T S

6    EXHIBIT            DESCRIPTION              PAGE

7    Exhibit 333   Hal Singer Ph.D's Opening Expert

8                  Report...........................28

9    Exhibit 334   Hal Singer Ph.D's Reply Report...28

10   Exhibit 335   an article titled Digital Economics

11                 by Avi Goldfarb and

12                 Catherine Tucker.................96

13   Exhibit 336   a document titled Economics Letters

14                 - Using Cost Pass-through To

15                 Calibrate Demand, by Miller, Remer

16                 and Sheu........................117

17   Exhibit 337   an article titled The Antitrust

18                 Logit Model For Predicting

19                 Unilateral Competitive Effects,

20                 by Gregory J. Werden and

21                 Luke M. Froeb...................156

22   Exhibit 338   a document titled Expert Report of

23                 Michelle M. Burtis, Ph.D.......364

24

25

Page 5

1              THE VIDEOGRAPHER:  Good morning.  We are

2    on the record at 9:07 a.m. on May 12, 2022.  This

3    is the video-recorded deposition of Hal Singer

4    taken in the matter of In re:  Google Play Store

5    Antitrust Litigation, filed in the United States

6    District Court, Northern District of California,

7    San Francisco Division, Case No.

8    3:21-MD-02981-JD.

9              My name is Emmanuel Pezoa, from the firm

10   Veritext Legal Solutions.  The court reporter is

11   Ryan Black, from the firm Veritext Legal

12   Solutions.

13             Will the court re -- court reporter

14   please swear in the witness?

15                     *     *     *

16   Whereupon --

17              HAL JASON SINGER, PH.D.,

18   called to testify, having been first duly sworn

19   or affirmed, was examined and testified as

20   follows:

21                     *     *     *

22             THE REPORTER:  And, Counsel, if you want

23   to state your appearances for the record, that

24   would be great.

25             MR. RAPHAEL:  Sure.

Page 6

1            Justin Raphael, Munger Tolles & Olson,
2    for the defendants.
3            MS. GIULIANELLI:  Karma Giulianelli,
4    from Bartlit Beck, for the consumer class.
5            MS. JIANG:  Yajing Jiang from Charles
6    River Associates.
7            MR. RAPHAEL:  Is there anyone on the
8    line who wants to introduce themselves?
9            MS. ERNST:  This is Amy Ernst.  I'm here
10   with Hausfeld for the plaintiff developers.
11           THE VIDEOGRAPHER:  Thank you.  You may
12   proceed.
13           MR. ZEPP:  Eric Zepp here, from Cravath
14   Swaine & Moore, on behalf of Epic Games.
15           MR. CAVES:  I'm Kevin Caves, with Econ
16   One on behalf of the Commercial developers.
17                     EXAMINATION
18   BY MR. RAPHAEL:
19      Q.   All right.  Dr. Singer, will you just
20   state your name for the record?
21      A.   Hal Jason Singer.
22      Q.   And, Dr. Singer, you've been deposed
23   many times; is that right?
24      A.   Yes.
25      Q.   How many times would you say you've been

Page 46

1   BY MR. RAPHAEL:

2       Q.   And developers are the sellers of the

3   apps and the subscriptions and the in-app

4   purchases.

5           MS. GIULIANELLI:   Objection.

6           THE WITNESS:   I think it's fair to say

7   the developers are the sellers of those -- those

8   three items, yes.

9   BY MR. RAPHAEL:

10      Q.   And users are the buyers of those three

11  items?

12      A.   Correct.

13      Q.   And developers and users are buying a

14  matching service from Google when they're using

15  Google Play.

16          MS. GIULIANELLI:   Objection.

17          THE WITNESS:   Certainly in the -- what I

18  would call "the Android app distribution market"

19  that -- that Google is contributing valuable

20  matchmaking services in that -- in that initial

21  market -- mark -- in -- in a service for which

22  Google should be compensated.

23  BY MR. RAPHAEL:

24      Q.   Now -- and Google's prices for the Play

25  Store, whether they're positive or negative,