Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

*Counsel for Defendants Google LLC, et al.*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. James Donato |

# REQUEST FOR JUDICIAL NOTICE

Defendants Alphabet, Inc., Google LLC; Google Ireland Limited, Google Commerce Limited; Google Asia Pacific PTE. Limited; and Google Payment Corp. (collectively, "Google"), request that the Court take judicial notice of the following exhibit, attached to the Declaration of Glenn Pomerantz filed concurrently in connection with Defendants' Motion for Partial Summary Judgment.

**Exhibit 18:**[1]  A news article titled "Verizon Preps Challenge to Google's App Store" dated August 20, 2014.

Google does not cite Exhibit 18 for its truth.  Rather, Google cites Exhibit 18 to demonstrate that details of Google's carrier Revenue Sharing Agreements ("RSAs") have been public since at least 2014.  Br. at 16.  Courts "may take judicial notice of publicly available newspaper and magazine articles and web pages that 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" *Tarantino v. Gawker Media, LLC*, 2014 WL 2434647, at *1 n.1 (C.D. Cal. Apr. 22, 2014) (quoting *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010)); *Ryan v. Microsoft Corp.*, 147 F. Supp. 3d 868, 873 n.1 (N.D. Cal. 2015).  Because Exhibit 18 "constitute[s] relevant information in the public realm in [August] 2014," it is "properly before the Court." *Tarantino*, 2014 WL 2434647, at *1 n.1.

Accordingly, Google respectfully requests that the Court consider Exhibit 18, not for the truth of the matters asserted, but for the fact that details of the carrier RSAs were in the public realm in 2014.

---

[1] Exhibit 18 is attached to the Declaration of Glenn Pomerantz filed concurrently with Google's Motion for Partial Summary Judgment.

-1-

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

| | | |
|---|---|---|
| 1 | DATED: April 20, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Glenn D. Pomerantz* |
| 4 | | Glenn D. Pomerantz |
| 5 | | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com |
| 6 | | Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com |
| 7 | | Nicholas R. Sidney, S.B. #308080<br>nick.sidney@mto.com |
| 8 | | **MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor |
| 9 | | Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| 10 | | Kyle W. Mach, S.B. #282090 |
| 11 | | kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380 |
| 12 | | justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065 |
| 13 | | emily.curran-huberty@mto.com<br>Dane P. Shikman, S.B. #313656 |
| 14 | | dane.shikman@mto.com<br>**MUNGER TOLLES & OLSON LLP** |
| 15 | | 560 Mission St., Suite 2700<br>San Francisco, CA 94105 |
| 16 | | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 17 | | Jonathan I. Kravis, *pro hac vice* |
| 18 | | jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP** |
| 19 | | 601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001 |
| 20 | | Telephone: (202) 220-1100 |

-2-

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Defendants Google LLC, et al.*

**E-FILING ATTESTATION**

    I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for Defendants have concurred in this filing.

                                                    */s/ Glenn D. Pomerantz*
                                                    Glenn D. Pomerantz