| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 422-1001<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, Bar No. 282090<br>kyle.mach@mto.com<br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, Bar No. 293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Ste 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF RISHI P. SATIA IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. MARC RYSMAN**<br><br>Judge:  Hon. James Donato |

I, Rishi P. Satia, declare as follows:

1. I am an attorney admitted to practice law in California and before this Court. I am an associate at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet, Inc. ("Defendants" or "Google") in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Exclude Merits Opinions of Dr. Marc Rysman. I have personal knowledge of the statements in this declaration, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Lee Mason's email to Defendants, dated October 3, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Dr. Marc Rysman, dated October 3, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Marc Rysman, taken in this matter on March 10, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Rebuttal Expert Report of Dr. Marc Rysman, dated December 23, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Dr. Gregory K. Leonard, dated November 18, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Rebecca Janßen, Reinhold Kelser, Michael E. Kummer, and Joel Waldfogel, "GDPR and the Lost Generation of Innovative Apps", NBER Working Paper (2022) ("Janßen Paper").

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of April 2023 in San Francisco, California.



Rishi P. Satia

1
DECLARATION OF RISHI P. SATIA IN SUPPORT OF
DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. MARC RYSMAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD