# EXHIBIT 1

## Satia, Rishi P.

| | |
|---|---|
| **From:** | Lee Mason <lee.mason@bartlitbeck.com> |
| **Sent:** | Monday, October 3, 2022 10:21 PM |
| **To:** | Play Litigation; ~PLAY_MTO; #GoogleEpic |
| **Cc:** | StatesGooglePlayLeads; Epic Mobile Apps; Match.com/Google [INT]; Mailing List - Google Consumers External |
| **Subject:** | In re Google Play Store Antitrust Litigation - 3:21-md-02981-JD – Opening Merits Expert Reports |
| **Attachments:** | 2022.10.03 - Chase Merits Report - HIGHLY CONFIDENTIAL.pdf; 2022.10.03 - Schmidt Merits Report - HIGHLY CONFIDENTIAL - SOURCE CODE.pdf; 2022.10.03 - Singer Merits Report - HIGHLY CONFIDENTIAL.pdf |

[EXTERNAL EMAIL]
Counsel,

Please see the attached expert reports of Dr. Hal Singer, Michael Chase and Dr. Douglas Schmidt.  In addition, Consumers have co-retained Dr. Stanley Presser with the States, and they also may rely on and present evidence at trial from Dr. Marc Rysman regarding the calculation of variety damages.  Both Dr. Presser and Dr. Rysman's reports will be served by the States.

Best,
Lee

BartlitBeck LLP
Lee Mason | p: 312.494.4409 | c: 816.213.6499 | lee.mason@bartlitbeck.com | 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.