UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD<br><br>*States et al. v. Google LLC et al.*, Case No. 3:21-CV-05227 | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. MARC RYSMAN**<br><br>Date:  TBD<br>Time:  TBD<br>Judge:  Hon. James Donato<br>Courtroom:  11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Defendants' Motion to Exclude Merits Opinions of Dr. Marc Rysman came for hearing before this Court on the above-captioned matter. Having fully considered the papers, the arguments of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants' Motion to Exclude Merits Opinions of Dr. Marc Rysman is GRANTED in full.

**SO ORDERED**

DATED: _____

HON. JAMES DONATO
United States District Judge