# EXHIBIT 29

| | |
|---|---|
| **From:** | Naranjo, Minna Lo |
| **To:** | Tate Harshbarger; Play Litigation; ~PLAY_MTO |
| **Cc:** | Match.com/Google [INT] |
| **Subject:** | RE: In re Google Play Store Antitrust Litigation 3:21-md-02981-JD (N.D. Cal.) |
| **Date:** | Wednesday, April 12, 2023 2:22:13 PM |

Counsel,

Your inquiry should appropriately have been raised in an interrogatory. That said, in the interest of efficiency, and with the expectation that Plaintiffs will respond to any similar requests that Google may have, Google responds as follows: With respect to Google's counterclaims against Match, Google stands by the allegations in its counterclaim. However, consistent with the expert report of Dr. Leonard, and without waiver, Google presently does not intend to seek damages for Match's breach of contract for any period before October 1, 2021. To be clear, this damages limitation does not extend to any other Google counterclaim against Match, including its Breach of Implied Covenant of Good Faith and Fair Dealing and False Promise claims.

Thanks,

Minna

**Minna Lo Naranjo**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | SanFrancisco, CA 94105
Direct: +1.415.442.1192 | Main:+1.415.442.1000 | Fax: +1.415.442.1001
minna.naranjo@morganlewis.com| www.morganlewis.com
Assistant: Nicholas Stark | +1.415.442.1252 |nicholas.stark@morganlewis.com

---

**From:** Tate Harshbarger <tharshbarger@hueston.com>
**Sent:** Thursday, April 6, 2023 1:18 PM
**To:** Play Litigation <PlayLitigation@morganlewis.com>; ~PLAY_MTO <~PLAY_MTO@mto.com>
**Cc:** Match.com/Google [INT] <matchgoogle@hueston.com>
**Subject:** In re Google Play Store Antitrust Litigation 3:21-md-02981-JD (N.D. Cal.)

[EXTERNAL EMAIL]

Counsel:

We are writing to seek clarity on Google's counterclaims in advance of the upcoming dispositive motion deadline. We understand that Google is not asserting any damages for any of its counterclaims against the Match Plaintiffs for any period before October 2021. *See* Opening Expert Report of Dr. Gregory K. Leonard ¶ 37 ("I have not been asked to calculate damages for any breach by Match Group prior to that date [October 1, 2021].").

Please confirm that Google's counterclaims are limited to the period of time after October 1, 2021. In particular, please confirm that Google is not asserting that the Match Plaintiffs breached the DDA before October 1, 2021.

Please respond by Monday, April 10. If you would like to discuss before then, we are available.

Thank you,

Tate

**Tate Harshbarger**

**HUESTON HENNIGAN** LLP

D: 213.788.4752
T: 213.788.4340
tharshbarger@hueston.com
Biography

523 W 6th St UNIT 400
Los Angeles  CA  90014

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.