UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| | **[PROPOSED] ORDER GRANTING THE MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S COUNTERCLAIMS** |
| THIS DOCUMENT RELATES TO: | |
| *Match Group, LLC, et al. v. Google LLC, et al.,* Case No. 3:22-cv-02746-JD | Judge:      Honorable James Donato |
| | Courtroom:  11, 19th Floor |
| | Date:       TBD |
| | Time:       TBD |

6398061

1        Having considered Plaintiffs and Counterclaim-Defendants Match Group, LLC's; Humor

2 Rainbow, Inc.'s; PlentyofFish Media ULC's; and People Media, Inc.'s (collectively, the "Match

3 Plaintiffs'") Motion for Partial Summary Judgment on Defendants and Counterclaim-Plaintiffs

4 Google LLC et al.'s (collectively, "Google's") Counterclaims, the Declaration of Joseph A. Reiter

5 and supporting documents, the argument of counsel, and any other materials submitted in support or

6 in opposition thereto, pursuant to Local Rule 7-2:

7        **IT IS HEREBY ORDERED:**

8        1.     The Match Plaintiffs' Motion for Partial Summary Judgment is **GRANTED** in its

9               entirety.

10

11 Dated: _____, 2023     _____

12                             Honorable James Donato
United States District Court

13                             Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6398061