| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue New York, NY 10178<br>Telephone: (212) 309-6000 | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br>*Counsel for Defendants Google LLC, et al.* |

-1-                        Case No. 3:20-cv-05671-JD
DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE MERITS OPINIONS OF DR. HAL J. SINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. HAL J. SINGER**<br><br>Judge:   Hon. James Donato |

I, Justin Raphael, declare as follows:

I am an attorney duly admitted to practice law in the State of California and before this Court. I am a Partner at Munger, Tolles & Olson LLP, and represent the Defendants in this action. I submit this Declaration in support of Defendants' Motion to Exclude the Merits Opinions of Dr. Hal J. Singer. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and, if called as a witness, I could and would competently testify to them.

**Exhibit 1** is a true and correct copy of the Updated Merits Report of Hal J. Singer, Ph.D., dated October 19, 2022.

**Exhibit 2** is a true and correct copy of the expert report of Dr. Gregory K. Leonard, dated November 18, 2022.

**Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Marc S. Rysman, Ph.D, dated March 10, 2023.

**Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Hal J. Singer, Ph.D., dated April 4, 2023.

**Exhibit 5** is a true and correct copy of excerpts of the transcript of the July 19, 2022 hearing in this matter.

**Exhibit 6** is a true and correct copy of the Merits Rebuttal Report Errata of Hal J. Singer, Ph.D., dated January 6, 2023.

**Exhibit 7** is a true and correct copy of excerpts of the transcript of the deposition of Hal J. Singer, Ph.D, dated May 12, 2022.

**Exhibit 8** is a true and correct copy of Kenneth Train, *Logit*, in *Discrete Choice Methods with Simulation*, 48 (Cambridge Univ. Press 2009), marked as Defense Exhibit 1114 at the merits deposition of Dr. Singer.

**Exhibit 9** is a true and correct copy of Daniel L. McFadden, *Economic Choices*, Nobel Prize Lecture (Dec. 8, 2000), pp. 330–365, marked as Defense Exhibit 1116 at the merits deposition of Dr. Singer.

1 **Exhibit 10** is a true and correct copy of Gregory J. Werden & Luke M. Froeb, *The Effects of Mergers in Differentiated Products Industries: Logit Demand and Merger Policy*, 10 Journal of Law, Economics & Organization 407 (Oxford Univ. Press 1994).

**Exhibit 11** is a true and correct copy of Daniel L. McFadden, "Econometric Models of Probabilistic Choice," in *Structural Analysis of Discrete Data with Econometric Applications, 1981*, pp. 222–223 (MIT Press, Cambridge 1981).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of April in San Francisco, California.

By: /s/ *Justin P. Raphael*
      Justin P. Raphael