# EXHIBIT 3

CONFIDENTIAL

Page 1

1      UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
3         SAN FRANCISCO DIVISION
4    _____
5    IN RE:  GOOGLE PLAY STORE ANTITRUST LITIGATION
     Case No. 3:21-md-02981-JD
6
7    THIS DOCUMENT RELATES TO:
8    Epic Games Inc. v.  Google LLC, et al.
     Case No.  3:20-cv-05671-JD
9
     In Re:  Google Play Consumer Antitrust Litigation
10   Case No.  3:20-cv-05761-JD
11
     State of Utah, et al. v. Google LLC, et al.
12   Case No.  3:21-cv-05227-JD
13
     Match Group LLC, et al., v. Google LLC, et al.
14   Case No.  3:22-cv-02746-JD
     _____
15
              ** CONFIDENTIAL **
16
17            DEPOSITION OF MARC S. RYSMAN, PhD,
18   called as a witness by and on behalf of Google LLC,
19   pursuant to the applicable provisions of the
20   Federal Rules of Civil Procedure, before P. Jodi
21   Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91,
22   MA-CSR #123193, and Notary Public, within and for
23   the Commonwealth of Massachusetts, at 100 Cambridge
24   Street, Boston, Massachusetts, on Friday, March 10,
25   2023, commencing at 9:07 a.m.

CONFIDENTIAL

Page 2

```
 1   APPEARANCES:
 2                   MOLO LAMKEN LLP
 3                   BY:  Lauren Weinstein, Esq.
 4                   600 New Hampshire Avenue, NW
 5                   Washington, DC  20037
 6                   202 556-2018
 7                   Lweinstein@mololamken.com
 8                         -and-
 9                   LIEF CABRASER HEIMANN & BERNSTEIN
10                   BY:  Brendan P. Glackin, Esq.
11                   275 Battery Street
12                   San Francisco, CA  94111
13                   415 956-1000
14                   Bglackin@lchb.com
15                         -and-
16                   BENEDICT LAW GROUP PLLC
17                   BY:  Brendan Benedict, Esq.
18                   (Via Telephone)
19                   Michael Altelorando, Esq.
20                   42 W. 38th Street, Suite 1002
21                   New York, NY  10018
22                   212 287-9501
23                   Brendan@benedictlawgroup.com
24                   Maltebrando@benedictlawgroup.com
25                   For the States
```

1  APPEARANCES:   (CONT'D)
2
3                 BARTLIT BECK LLP
4                 BY:  Karma M. Giulianelli, Esq.
5                 1801 Wewetta Street, Suite 1200
6                 Denver, CO  80202
7                 303 592-3100
8                 Karma.giulianelli@bartlitbeck.com
9                         -and-
10                (Via Telephone)
11                KAPLAN FOX & KILSHEIMER LLP
12                BY:  Hae Sung Nam, Esq.
13                850 Third Avenue, 14th Floor
14                New York, NY  10022
15                Hnam@kaplanfox.com
16                For the consumers
17
18                HUESTON HENNIGAN LLP
19                BY:  Tate Harshbarger
20                523 West 6th Street, Suite 400
21                Los Angeles, CA  90014
22                213 788-4752
23                Tharshbarger@hueston.com
24                For Match Group
25

```
 1   APPEARANCES:    (CONT'D)
 2
 3                   CRAVATH SWAINE & MOORE LLP
 4                   BY:  Eric Zepp, Esq.
 5                   Worldwide Plaza
 6                   825 Eighth Avenue
 7                   New York, NY  10019
 8                   212 474-1829
 9                   Ezepp@cravath.com
10                   For Epic Games
11
12
13                   (Via Telephone)
14                   STATE OF TENNESSEE
15                   OFFICE OF THE ATTORNEY GENERAL
16                   BY:  Ethan Bowers, Esq.
17                   301 6th Avenue N
18                   Nashville, TN  37243
19                   615 741-3491
20                   Ethan.bowers@ag.tn.gov
21                   For the State of Tennessee
22
23
24
25
```

CONFIDENTIAL

Page 5

```
 1   APPEARANCES:    (CONT'D)
 2
 3                   (Via Telephone)
 4                   NEW YORK STATE OFFICE OF THE
 5                   ATTORNEY GENERAL
 6                   BY:  Bryan L. Bloom, Esq.
 7                   Timothy O'Neill, Esq.
 8                   The Capitol
 9                   Albany, NY  12224-0341
10                   Bryan.bloom@ag.ny.gov
11                   Timothyoneill@ag.ny.gov
12                   For New York State
13
14
15                   (Via Telephone)
16                   STATE OF UTAH
17                   OFFICE OF THE ATTORNEY GENERAL
18                   BY:  Bahader S. Khan, Esq.
19                   350 N. State Street, Suite 230
20                   Salt Lake City, UT  84114
21                   801 366-0260
22                   Bahader.khan@ag.ut.gov
23                   For the State of Utah
24
25
```

CONFIDENTIAL

Page 6

1  APPEARANCES:   (CONT'D)
2
3              MUNGER TOLLES & OLSON LLP
4              BY:  Justin P. Raphael, Esq.
5              350 S. Grand Avenue, 50th Floor
6              Los Angeles, CA  90071
7              415 512-4085
8              Justin.raphael@mto.com
9              For Google LLC
10
11
12  ALSO PRESENT:
13
14              (Via Telephone)
15              Jeanette Teckman, Esq.
16              in-house counsel, Match Group
17
18              Shawn Budd, Video Operator
19
20
21
22
23
24
25

1              I N D E X
2
3  TESTIMONY OF:                                    PAGE
4
5  MARC S. RYSMAN, PhD
6  (By Mr. Raphael)                                    9

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1057 | Expert Report of Marc Rysman, October 3, 2022 | 9 |
| Exhibit 1058 | Expert Rebuttal Report of Dr. Marc Rysman, December 23, 2022 | 9 |
| Exhibit 1059 | Merits Report of Hal J. Singer, PhD | 70 |
| Exhibit 1060 | Game Change: The Future of Video Games | 189 |
| Exhibit 1061 | spreadsheet, AMZ-GP_00002471 | 358 |

Page 9

1                (Exhibit 1057, Expert Report of Marc
2           Rysman, October 3, 2022.)
3                (Exhibit 1058, Expert Rebuttal Report of
4           Dr. Marc Rysman, December 23, 2022.)
5                VIDEO OPERATOR:  We are on the record.
6      This is the videographer speaking, Shawn Budd, with
7      Veritext Legal Solutions.  Today's date is March
8      10th, 2023.  The time is 9:07 a.m.  We are here in
9      Boston, Massachusetts, to take the video deposition
10     of Dr. Marc Rysman in the matter of Google Play
11     Store Antitrust Litigation.
12               Would counsel please introduce themselves
13     for the record.
14               MS. WEINSTEIN:  Lauren Weinstein on behalf
15     of the states.  With me are my colleagues, Brendan
16     Glackin and Brendan Benedict.
17               MS. GIULIANELLI:  Karma Giulianelli on
18     behalf of consumers.
19               MR. HARSHBARGER:  Tate Harshbarger on
20     behalf of Match plaintiffs.
21               MR. RAPHAEL:  Justin Raphael, Munger
22     Tolles & Olson, for Google.
23               Is there anyone on the phone?
24               MS. WEINSTEIN:  We did telephonic
25     appearances on the record.

Page 10

1       VIDEO OPERATOR:  Okay.  And would the
2  court reporter please swear in the witness.
3       MARC RYSMAN, PhD, having
4       satisfactorily been identified by
5       the production of a driver's license,
6       and being first duly sworn by the Notary
7       Public, was examined and testified as
8       follows to interrogatories
9  BY MR. RAPHAEL:
10     Q.   Good morning.
11     A.   Good morning.
12     Q.   Would you please state your name for the
13  record.
14     A.   Marc Rysman.
15     Q.   Good morning, Doctor Rysman.  You've been
16  deposed a number of times?
17     A.   Yes.
18     Q.   How many times?
19     A.   Five or six times.
20     Q.   Okay.  Any of those in antitrust cases?
21     A.   I don't think I've been deposed in an
22  antitrust case.
23     Q.   Have you ever offered testimony in court
24  or arbitration in an antitrust case?
25     A.   I don't think that the -- the court

Page 62

1         MS. WEINSTEIN:  Objection to form.
2     A.   So in this paragraph I'm setting up an
3  abstract world where focal point pricing is
4  important and talking about the economics of focal
5  point pricing; and I don't mean that to be a
6  description of what actually happens in -- to apps
7  on the Google Play Store.
8     Q.   Right.  But so as a matter of economics,
9  as you're describe -- you -- let me back up.
10         In this -- in this paragraph you're
11  referring to economic principles; right?
12         MS. WEINSTEIN:  Objection to form.
13         And you can read the full paragraph if
14  you'd like to answer the question.
15     A.   Yes.
16     Q.   Yes.  Okay.  And as a matter of economic
17  principles, then, what you're saying is that, as a
18  result of focal point pricing, some firms would not
19  change price in response to a change in the
20  commission rate?
21         MS. WEINSTEIN:  Objection to form.
22     A.   Yes.  If focal point pricing is important,
23  I would expect that.
24     Q.   Okay.  Do you think that focal point
25  pricing is important in the context of Android

Page 68

1  use a standard logit model without testing whether
2  the products to which the model was applied are
3  substitutes?
4          MS. WEINSTEIN:  Objection to form.
5      A.   I don't know that there needs to be a
6  formal test, but we would read the paper -- by "we"
7  I think of, let's say, the editorial staff -- would
8  read the paper for whether we feel that the model
9  was a good approximation for what was happening in
10 the market.
11     Q.   And what would you want to see or test to
12 determine whether the model was a good
13 approximation for what was happening in the market
14 in the case of a standard logit model?
15         MS. WEINSTEIN:  Objection to form.
16     A.   I have the sense -- I have a sense from my
17 experience as an economist of the general issues
18 that logit model captures or doesn't capture, and I
19 would want to think about whether the products in
20 the market captured that -- that as well.
21     Q.   Would it be sufficient for you to
22 determine that a standard logit model was
23 appropriate that there was a negative correlation
24 between price and demand?
25         MS. WEINSTEIN:  Objection to form.

Page 69

1    A.    Not by itself that wouldn't tell me that
2    the logit model was appropriate.
3    Q.    Have you ever seen a logit model used to
4    estimate pass through?
5          MS. WEINSTEIN:  Objection to form.
6    A.    Yes.
7    Q.    Where?
8    A.    So I'm thinking of general logit-based
9    models.  So not necessarily the simple logit that
10   you started with.  We just had a paper presented
11   this year by Katja Seim presenting at BU studying
12   pass through, and I edited a pass-through paper at
13   random.  I'd have to think about whether they used
14   logit or not.  I have to remember.
15   Q.    The paper that was presented as BU, what
16   industry was that?
17   A.    I just can't recall.  I'm sorry.
18   Q.    Okay.  Are you familiar with the logit
19   model that Doctor Singer uses in this case?
20         MS. WEINSTEIN:  Objection to form.
21   A.    I am not.
22   Q.    Okay.  So you don't know anything about
23   how Doctor Singer actually calculates the
24   pass-through rate for any app?
25         MS. WEINSTEIN:  Objection to form.