# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' DAUBERT MOTION TO EXCLUDE THE MERITS OPINIONS OF DR. HAL J. SINGER**<br><br>Date:          TBD<br>Time:         TBD<br>Judge:        Hon. James Donato<br>Courtroom:  11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Defendants' Motion to Exclude the Merits Opinions of Dr. Hal J. Singer came for hearing before this Court on the above-captioned matter. Having fully considered the papers, the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' Motion to Exclude the Merits Opinions of Dr. Hal J. Singer is GRANTED in full. All testimony by Dr. Singer based on his models of injury and damages discussed in the Motion is inadmissible and shall be excluded.

**SO ORDERED**

DATED: _____

　　　　　　　　　　　　　　　　　　　　　HON. JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　United States District Judge