HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

HUESTON HENNIGAN LLP
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Christine Woodin, State Bar No. 295023
cwoodin@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITLIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC, et al., v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**MATCH PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS**<br><br>Judge:   Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Parties' Joint Stipulation Modifying Sealing Procedures to Dispositive and *Daubert* Motions, Case No. 3:21-md-02981-JD, MDL Dkt. 477, which the Court approved on the record at its hearing of April 20, 2023, Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, the "Match Plaintiffs") submit this interim administrative motion to file under seal the unredacted version of the Match Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment on Google's Counterclaims [MDL Dkt. 486], and the Declaration of Joseph A. Reiter and accompanying exhibits. Pursuant to the Parties' Joint Stipulation Modifying Sealing Procedures to Dispositive and *Daubert* Motions, Case No. 3:21-md-02981-JD, MDL Dkt. 477, and as set forth by the Court, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties on July 13, 2023. The Match Plaintiffs anticipate additional review of the materials to ensure that any requests are narrowly tailored. Redacted copies of the documents sought to be sealed have been publicly filed in the docket.

Dated: April 20, 2023

HUESTON HENNIGAN LLP
John C. Hueston
Douglas J. Dixon
Joseph A. Reiter
Christine Woodin
Michael K. Acquah
William M. Larsen
Julia L. Haines
Karen L. Ding
Tate E. Harshbarger

Respectfully submitted,

By: */s/ Douglas J. Dixon*
Douglas J. Dixon
*Attorneys for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*