| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000 | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br>*Counsel for Defendants Google LLC, et al.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL MOTION TO EXCLUDE TESTIMONY OF DR. HAL J. SINGER AND RELATED DOCUMENTS**<br><br>Judge:     Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California 94102 |

Pursuant to the parties' April 17, 2023 stipulation requesting to modify sealing procedures for the parties' dispositive and *Daubert* motions and related documents, Case No. 3:21-md-02981-JD, Dkt. No. 477, which the Court approved on the record at its hearing of April 20, 2023, Defendants respectfully request that the Court seal the attached documents submitted in connection with Defendants' Motion to Exclude Testimony of Dr. Hal J. Singer [MDL Dkt. No. 487]. As set forth in the stipulation approved by the Court, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties on July 13, 2023 and Defendants anticipate additional review of the materials to ensure that any requests are narrowly tailored. Redacted copies of the documents sought to be sealed have been publicly filed in the docket.

Respectfully submitted,

DATED: April 20, 2023

By: */s/ Justin P. Raphael*
Justin P. Raphael

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

| | |
|---|---|
| 1 | Brian C. Rocca, S.B #221576 |
|   | brian.rocca@morganlewis.com |
| 2 | Sujal J. Shah, S.B #215230 |
|   | sujal.shah@morganlewis.com |
| 3 | Michelle Park Chiu, S.B #248421 |
|   | michelle.chiu@morganlewis.com |
| 4 | Minna Lo Naranjo, S.B #259005 |
|   | minna.naranjo@morganlewis.com |
| 5 | Rishi P. Satia, S.B #301958 |
|   | rishi.satia@morganlewis.com |
| 6 | **MORGAN, LEWIS & BOCKIUS LLP** |
|   | One Market, Spear Street Tower |
| 7 | San Francisco, CA 94105 |
|   | Telephone: (415) 442-1000 |
| 8 | Facsimile: (415) 422-1001 |

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants Google LLC, et al.*

-3-                                          Case No. 3:20-CV-05761-JD
INTERIM ADMINISTRATIVE MOTION TO SEAL DEFENDANTS'
MOTION TO EXCLUDE TESTIMONY OF HAL SINGER AND RELATED DOCUMENTS