R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: rick@saveri.com
         geoff@saveri.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | CASE NO.: 3:21-md-02981-JD<br><br>NOTICE OF CHANGE IN COUNSEL |

NOTICE OF CHANGE IN COUNSEL – CASE NO. 3:21-md-02981-JD

1

1 | TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2 |     PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Sarah Jane Van Culin is no longer associated with the law firm of Saveri & Saveri, Inc., Counsel for Plaintiff Smith Roberts, in the above referenced matter, and thus should be removed from all applicable service lists, including Notices of Electronic Filing.

    Saveri & Saveri, Inc. continues to represent Plaintiff Smith Roberts in this matter.

Dated: April 20, 2023

Respectfully submitted,

/s/ *R. Alexander Saveri*

R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Counsel for Plaintiff Smith Roberts*

NOTICE OF CHANGE IN COUNSEL – CASE NO. 3:21-md-02981-JD

2