| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>Lauren M. Weinstein (*pro hac vice*)<br>lweinstein@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980 | *Counsel for the Plaintiff States*<br><br>Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640 |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*<br><br>[Additional counsel appear on signature page] | *Counsel for Plaintiffs Match Group, LLC, et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STATEMENT BY CONSUMER PLAINTIFFS, STATES AND MATCH PLAINTIFFS OF ATTORNEYS' FEES AND COSTS AWARDED PURSUANT TO CHAT SANCTION ORDER**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's Findings of Fact and Conclusions of Law Re Chat Preservation,[1] the Consumer Class, the Plaintiff States, and the Match Plaintiffs hereby jointly submit their application for attorneys' fees and costs incurred in bringing the Rule 37 motion, including the joint statement that preceded the motion, the evidentiary hearing and related events. Plaintiff Epic Games has advised that it does not seek recovery of the attorneys' fees and costs that it incurred.

The fees and costs requested by the Consumer Class are presented in the declaration of Karma M. Giulianelli and Hae Sung Nam. Attached thereto are declarations further substantiating the fees and costs for each of the firms representing the Consumer Class that performed substantial work in connection with the Rule 37 motion.

The fees and costs requested by the Plaintiff States are detailed in the declaration of Lauren M. Weinstein.

The fees and costs requested by the Match Plaintiffs are set forth in the declaration of Douglas J. Dixon.

A summary of the fees and costs requested is set forth in the following table:

| OFFICE | FEES | COSTS |
|---|---|---|
| **Consumer Class** | | |
| Bartlit Beck LLP | $1,457,906.50 | $17,007.50 |
| Kaplan Fox LLP | $533,129.00 | $15,827.21 |
| Korein Tillery LLC | $370,172.50 | $0.00 |
| Cotchett Pitre & McCarthy LLP | $117,180.00 | $0.00 |
| Consumer Litigation Fund | N/A | $69,206.38 |

---

[1] ECF No. 469, Case No. 21-md-02981.

| OFFICE | FEES | COSTS |
|---|---|---|
| **Plaintiff States** | | |
| California Department of Justice | $115,201.20 | |
| North Carolina Department of Justice | $8,318.40 | |
| Office of the Tennessee Attorney General | $6453.00 | |
| Utah Office of the Attorney General | $183,227.00 | |
| New York State Office of the Attorney General | $3,062.50 | |
| State Costs | N/A | $15,412.60 |
| **The Match Plaintiffs** | | |
| Hueston Hennigan LLP | $165,931.60 | $21,115.48 |
| **TOTAL** | **$2,960,581.70** | **$138,569.17** |

Respectfully submitted,

Dated:  April 21, 2023

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By: /s/ Karma M. Giulianelli
  Karma M. Giulianelli

  *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated:  April 21, 2023          PRITZKER LEVINE LLP
                                    Elizabeth C. Pritzker

                                Respectfully submitted,

                                By: */s/ Elizabeth C. Pritzker*
                                    Elizabeth C. Pritzker

                                *Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*


Dated:  April 21, 2023          OFFICE OF THE UTAH ATTORNEY GENERAL
                                    Brendan P. Glackin
                                    Lauren M. Weinstein

                                Respectfully submitted,

                                By:  */s/ Lauren M. Weinstein*
                                    Lauren M. Weinstein

                                *Counsel for the Plaintiff States*


Dated:  April 21, 2023          HUESTON HENNIGAN LLP
                                    Douglas J. Dixon
                                    Joseph A. Reiter
                                    Christine Woodin

                                Respectfully submitted,

                                By: */s/ Douglas J. Dixon*
                                    Douglas J. Dixon

                                *Counsel for Plaintiffs Match Group, LLC et al.*

**E-FILING ATTESTATION**

I, Karma M. Giulianelli, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

>                                             */s/ Karma M. Giulianelli*
>                                             Karma M. Giulianelli