# Exhibit A

Karma M. Giulianelli (SBN 184175)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com

Hae Sung Nam (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
hnam@kaplanfox.com

*Co-Lead Counsel for the Proposed Classes*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | No. 3:20-CV-05761-JD<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF BARTLIT BECK'S STATEMENT OF ATTORNEYS' FEES AND COSTS PURSUANT TO CHAT SANCTION ORDER**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

I, Karma M. Giulianelli, declare as follows:

1.      I am a partner in the law firm of Bartlit Beck LLP and am Co-Lead Class Counsel for the Consumer Class in this action.  I am a member of the California bar and am admitted to practice in this Court.

2.      I submit this declaration in support of the Consumer Plaintiffs' Statement of Attorneys' Fees and Costs Pursuant to Chat Sanction Order.  The facts set forth in this declaration are based on my personal knowledge and on business records associated with this matter and/or my firm.  If called as a witness, I could and would testify competently thereto.

### THE BARTLIT BECK TEAM

3.      The Bartlit Beck lawyers who performed significant work related to the Rule 37 motion were myself, Glen Summers, John Byars and Lee Mason.

4.      I graduated from Stanford law School in 1996, magna cum laude.  Following law school, I was selected for the Department of Justice Honors Program, where I was a core member of the investigatory and trial team in *United States v. Microsoft*, spending nearly eight months as one of six Department of Justice lawyers who tried the case.  I joined Bartlit Beck as an associate in 1999 and was named partner in 2001.  I have practiced law at Bartlit Beck continuously since then.  I have focused on antitrust litigation for nearly 27 years and have spent nearly a full year in trial days in front of judges and juries as a leading trial team member in high-stakes antitrust cases.  I am one of few lawyers in the United States that has tried rule of reason and monopolization cases to a jury.  I have also tried non-antitrust cases with exposures in the hundreds of millions of dollars to juries in multiple jurisdictions throughout the United States.  My clients have included a range of Fortune 500 companies, including Sabre, Inc., Hewlett Packard, E.I. DuPont de Nemours & Company, and Tyco International Ltd.  I have also taught antitrust as an Adjunct Professor at the University of Colorado, and I have spoken on antitrust issues at conferences and symposia over the past two decades.  A true and correct copy of my professional bio is attached hereto as Annex 3.

DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF BARTLIT BECK'S STATEMENT OF ATTORNEYS' FEES AND COSTS PURSUANT TO CHAT SANCTION ORDER, NO. 3:20-CV-05761-JD

5.     Glen Summers graduated from the University of Pennsylvania Law School in 1994, magna cum laude.  He went on to clerk for J. Clifford Wallace, who was then Chief Judge of the United States Court of Appeals for the Ninth Circuit, and for Associate Justice Antonin Scalia of the United States Supreme Court.  Mr. Summers joined Bartlit Beck in 1997 following his clerkship with Justice Scalia, and was made partner in 1999.  Mr. Summers is an accomplished first-chair trial lawyer who has handled high-stakes cases in jurisdictions across the country, including federal courts in California, Texas, New York, Missouri, and Colorado.  His work has been recognized in accolades published by Benchmark Litigation, Chambers USA, and other legal publications.  A true and correct copy of Mr. Summers' professional bio is attached hereto as Annex 4.

6.     John Byars graduated from the University of Chicago Law School in 2001 with Honors, after receiving a Masters Degree in Economics from Clemson University.  Mr. Byars was admitted to practice in 2001 and entered private practice with Weil, Gotshal & Manges LLP, focusing initially on cross-border mergers and acquisitions.  He joined Bartlit Beck as an associate in 2005 and has been a partner since 2009.  Mr. Byars' practice centers on complex litigation, including securities, antitrust, bankruptcy and other matters involving significant financial or economic issues.  A true and correct copy of Mr. Byars' professional bio is attached hereto as Annex 5.

7.     Lee Mason graduated from the University of Chicago Law School in 2017 with High Honors, and as a recipient of the prestigious Kirkland & Ellis Scholar designation.  He went on to clerk for Judge Richard Posner and then-Chief Judge Diane Wood on the United States Court of Appeals for the Seventh Circuit.  Mr. Mason then worked as an associate at Kirkland Ellis for two years before joining Bartlit Beck as an associate in 2021.  Mr. Mason has represented clients in a variety of disputes, including class action, antitrust, trade secret, contract, and False Claims Act cases.  A true and correct copy of Mr. Masons' professional bio is attached hereto as Annex 6.

DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF BARTLIT BECK'S STATEMENT OF AT-
TORNEYS' FEES AND COSTS PURSUANT TO CHAT SANCTION ORDER, NO. 3:20-CV-05761-JD

**BARTLIT BECK'S HOURS AND RATES**

8.     In accordance with this Court's December 12, 2020 Order re Interim Class Counsel, all Bartlit Beck attorneys, paralegals, and other billable personnel assigned to this matter made contemporaneous records of the time they devoted to this case, which were maintained in the ordinary course of business in an electronic database administered by our firm.

9.     Attached as Annex 1 is a summary of the hours contemporaneously recorded by the billable Bartlit Beck personnel who performed significant work related to the Rule 37 motion.  This summary was prepared in accordance with Footnote 5 to the Court's March 28, 2023 Findings of Fact and Conclusions of Law Re Chat Preservation based on our firm's more detailed contemporaneous billing records, and identify the total amount of time devoted to each category of tasks by each billable professional using codes that are consistent with those that have been used in recent class fee submissions in this Court and other federal courts within the Ninth Circuit.  The summary also identifies each professional's name, title, hourly rate, and a calculation of the resulting fees.  Detailed time entries are also available for inspection by the Court upon request.

10.     I am personally familiar with the work performed by myself, Mr. Summers, Mr. Byars, Mr. Mason, and the paralegals assigned to this case.  In my judgment, the work was performed efficiently considering the circumstances.

11.     Bartlit Beck is a pioneer in the use of alternative fee agreements and insists on non-hourly fee arrangements for significant litigation matters.  Nevertheless, we maintain a schedule of hourly rates for our lawyers and other billable professionals based on a comparative assessment of the hourly rates charged by firms comprised of similarly talented lawyers and/or with which we frequently compete for business.  Those rates for the Bartlit Beck attorneys and other professionals who performed significant work on this matter are set forth below, along with each professional's position, and the year she or he graduated from law school and began practicing law.

| Name | Position | Year | 2021 Rate | 2022 Rate | 2023 Rate |
|------|----------|------|-----------|-----------|-----------|
| Karma Giulianelli | Partner | 1996 | $1,550 | $1,625 | $1,700 |
| Glen Summers | Partner | 1994 | NA | $1,625 | $1,700 |
| John Byars | Partner | 2001 | $1,350 | $1,415 | $1,485 |
| Lee Mason | Associate | 2017 | $950 | $1,000 | $1,050 |
| Amanda Onorato | Paralegal | NA | NA | NA | $505 |
| Toni Alford | Paralegal | NA | NA | $505 | $505 |
| Krystle Wagner | Paralegal | NA | NA | $480 | $505 |

12.     These rates are consistent with the rates charged by firms that are most comparable to Bartlit Beck and with whom we most frequently compete for business.  For example, our firm was founded by a group of prominent lawyers who left Kirkland & Ellis LLP, and we often look to Kirkland & Ellis as an appropriate benchmark for certain metrics including rates.  Publicly available information obtained from fee applications submitted by Kirkland & Ellis indicates that it charges rates similar to, if not in excess of, those listed above for those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

13.     Attached hereto as Annex 7 are selected excerpts of the Sixth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2022 through December 31, 2022, *In Re Voyager Digital Holdings, Inc.*, Case No 22-10943 (Bankr. S.D.N.Y. Mar. 22, 2023).  As shown in Annex 7, Kirkland & Ellis's standard hourly rates in 2022 were $1,755 for a litigation partner admitted in 1999, $1,645 for a litigation partner admitted in 2004, $1,375 for a litigation partner admitted in 2004, and $1,035 for a litigation associate admitted in 2018.[1]

---

[1] Practice areas and dates of admission were determined by cross referencing the names of attorneys provided in fee applications with biographies provided on the firm's website.

DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF BARTLIT BECK'S STATEMENT OF ATTORNEYS' FEES AND COSTS PURSUANT TO CHAT SANCTION ORDER, NO. 3:20-CV-05761-JD

14.     Another firm that we frequently compete with for business is Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel").  Publicly available information obtained from fee applications submitted by Quinn Emanuel indicates that it also charges rates similar to, if not in excess of, those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

15.     Attached hereto as Annex 8 are selected excerpts of the Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023, *In re FTX Trading Ltd.*, Case No. 22-11068 (Bankr. D. Del. March 6, 2023).  As shown in Annex 8, in 2022 Quinn Emanuel's standard hourly rates were $1,593 for a litigation partner admitted in 1998, $1,440 for a litigation partner admitted in 2003, and $904 to $1,183 for litigation associates admitted in 2020 through 2013).  Notably, Quinn Emanuel is one of the firms that represents Google in significant litigation matters.

16.     Cravath, Swaine & Moore LLP, which represents Plaintiff Epic Games in this litigation, is another firm with which we regularly compete for business.  Publicly available information obtained from fee applications submitted by Cravath indicates that it also charges rates similar to, if not in excess of, those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

17.     Attached hereto as Annex 9 are selected excerpts of the Third Monthly Fee Statement of Cravath Swaine & Moore LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2021 through April 30, 2021, *In re Seadrill Limited*, Case No. 21-40327 (Bankr. S.D. Tex. May 14, 2021).  As shown in Annex 9, Cravath's hourly rate in 2021 for a litigation partner who began practicing law in 2006 was $1,665.

18.     Latham & Watkins LLP is another firm that can be viewed as providing a relevant comparison.  Publicly available fee applications submitted by Latham indicates that it charges

rates similar to, if not in excess of, those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

19.     Attached as Annex 10 are selected excerpts of the Combined Fifth Monthly Fee Statement of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses incurred as Special Counsel to the Debtors for the Period from January 1, 2023 through February 28, 2023, *In re Celsius Network LLC*, Case No. 22-10964 (Bankr. S.D.N.Y. April 14, 2023).  As shown in Annex 10, Latham's standard hourly rate in 2022 for a litigation partner admitted in 1993 was $1690, $1390 for a litigation partner admitted in 2014, and $1140 for a litigation associate admitted in 2018.

20.     Munger Tolles & Olson LLP is the firm leading Google's defense in this case. Attached as Annex 11 is a true and correct copy of the Monthly Fee Statement of Munger Tolles & Olson LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2020 through July 1, 2020, *In re: PG&E Corporation and Pacific Gas and Electric Company*, Case No. 19-30088 (Bankr. N.D. Cal. Aug. 25, 2020).  As shown in Annex 11, in 2020, Munger charged as much as $1500 for senior litigation partners, $1150 for a litigation partner admitted in 2002, and $490 for a litigation associate admitted in 2019.  Assuming that Munger increased its hourly rates over the past three years like other law firms, Munger's current hourly rates are comparable to those listed above for Bartlit Beck attorneys. Attached as Annex 12 is a true and correct copy of Dan Roe, *As Billing Rates Skyrocket, Historic Fee Leaders Find Company at $2000 Per Hour*, The American Lawyer, July 28, 2022 (Big Law firms raised rates an average of 5.3% in 2021 and 12.3% in 2022).  Attached as Annex 13 is a true and correct copy of *Roy Strom, Rising Rates Are Law Firms' Salve Amid Layoffs, Pay Cuts*, Bloomberg Law, Jan. 19, 2023 (law firms expected to raise rates 8% on average, Kirkland increasing top partner rates 12.5% and top associate rates 12%).

21.     Three highly experienced Bartlit Beck paralegals also performed work in connection with the Rule 37 motion.  Ms. Onorato has 21 years of experience and a bachelor's degree from DePaul University.  Ms. Alford has 32 years of experience and a bachelor's degree from

Northwestern University.  Ms. Wagner has 16 years of experience, a bachelor's degree from Arizona State University, and holds ACP, RP, and CED paralegal certifications.  The same publicly available fee applications discussed above indicate that their rates are in line with those charged by comparable/competitive firms.  Those applications reveal hourly rates for paralegals of $480 at Kirkland, $432 at Quinn, and up to $570 at Latham.

22.     Bartlit Beck is one of America's premier litigation firms.  We have a national practice and routinely handle complex, high stakes matters all over the country for some of the largest U.S. and international corporations.  We recruit from only the most accomplished law school graduates.  A copy of Bartlit Beck's firm brochure is attached hereto as Annex 14.

23.     We are not alone in viewing our firm as at least a peer to the firms discussed above.  Bartlit Beck's capabilities as a preeminent trial litigation firm have been well recognized.  In 2022, Bartlit Beck was named by *The American Lawyer* as the National Boutique/Specialty Litigation Department of the Year, a recognition it also received in 2009.  Benchmark Litigation recognized Bartlit Beck as the national Trial Firm of the Year in 2020, and its Colorado office as the Colorado Firm of the Year in 2023.  Bartlit Beck and its lawyers have also received acclaim and top rankings by BTI, Chambers USA, and other organizations.  Attached hereto as Annexes 15-18 are true and correct copies of publications documenting some of these accolades.

## COSTS INCURRED BY BARTLIT BECK

24.     Bartlit Beck incurred various out-of-pocket costs related to the Rule 37 motion.  Those costs include travel for the two hearings, and miscellaneous charges such as photocopying exhibits, and shipping materials to the hearing.  An itemized statement of the costs incurred by Bartlit Beck is attached as Annex 2.

*       *       *

DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF BARTLIT BECK'S STATEMENT OF ATTORNEYS' FEES AND COSTS PURSUANT TO CHAT SANCTION ORDER, NO. 3:20-CV-05761-JD

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2023.

/s/ Karma M. Giulianelli
Karma M. Giulianelli

DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF BARTLIT BECK'S STATEMENT OF AT-
TORNEYS' FEES AND COSTS PURSUANT TO CHAT SANCTION ORDER, NO. 3:20-CV-05761-JD

# Annex 1

**Bartlit Beck Fees in Connection with Rule 37 Motion**
From December 1, 2021 Through March 28, 2023

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Giulianelli, Karma | Partner | 1 | 6.9 | $1,700 | 2.3 | $1,625 | 0 | $1,550 | $15,467.50 |
| Giulianelli, Karma | Partner | 2 | 2.75 | $1,700 | 0.7 | $1,625 | 0 | $1,550 | $5,812.50 |
| Giulianelli, Karma | Partner | 3 | 12.2 | $1,700 | 15.6 | $1,625 | 0 | $1,550 | $46,090.00 |
| Giulianelli, Karma | Partner | 5 | 1.1 | $1,700 | 0 | $1,625 | 0.6 | $1,550 | $2,800.00 |
| Giulianelli, Karma | Partner | 6 | 27.3 | $1,700 | 27.3 | $1,625 | 0 | $1,550 | $90,772.50 |
| Giulianelli, Karma | Partner | 7 | 0 | $1,700 | 0.3 | $1,625 | 0.4 | $1,550 | $1,107.50 |
| Giulianelli, Karma | Partner | 9 | 2 | $1,700 | 0 | $1,625 | 0 | $1,550 | $3,400.00 |
| Giulianelli, Karma | Partner | 10 | 56.6 | $1,700 | 4.8 | $1,625 | 3.8 | $1,550 | $109,910.00 |
| Giulianelli, Karma | Partner | 11 | 0 | $1,700 | 0.7 | $1,625 | 0 | $1,550 | $1,137.50 |
| | | | | | | | | | |
| Summers, Glen | Partner | 3 | 18 | $1,700 | 6 | $1,625 | 0 | N/A | $40,350.00 |
| Summers, Glen | Partner | 6 | 15.3 | $1,700 | 1.3 | $1,625 | 0 | N/A | $28,122.50 |
| Summers, Glen | Partner | 7 | 4.5 | $1,700 | 0 | $1,625 | 0 | N/A | $7,650.00 |
| Summers, Glen | Partner | 10 | 153.15 | $1,700 | 29.3 | $1,625 | 0 | N/A | $307,967.50 |
| | | | | | | | | | |
| Byars, John | Partner | 1 | 1.3 | $1,485 | 7.1 | $1,415 | 0 | $1,350 | $11,977.00 |
| Byars, John | Partner | 3 | 18.9 | $1,485 | 16.7 | $1,415 | 0.2 | $1,350 | $51,967.00 |
| Byars, John | Partner | 5 | 0.5 | $1,485 | 0 | $1,415 | 0 | $1,350 | $742.50 |
| Byars, John | Partner | 6 | 32.9 | $1,485 | 68.7 | $1,415 | 0 | $1,350 | $146,067.00 |
| Byars, John | Partner | 7 | 19.1 | $1,485 | 4.4 | $1,415 | 5.2 | $1,350 | $41,609.50 |
| Byars, John | Partner | 10 | 131.4 | $1,485 | 47.6 | $1,415 | 0.2 | $1,350 | $262,753.00 |
| | | | | | | | | | |
| Mason, Lee | Associate | 1 | 3.3 | $1,050 | 1.8 | $1,000 | 0 | $950 | $5,265.00 |
| Mason, Lee | Associate | 2 | 0.7 | $1,050 | 0 | $1,000 | 0 | $950 | $735.00 |
| Mason, Lee | Associate | 3 | 10.8 | $1,050 | 5.6 | $1,000 | 0 | $950 | $16,940.00 |
| Mason, Lee | Associate | 5 | 1.5 | $1,050 | 0.5 | $1,000 | 0 | $950 | $2,075.00 |
| Mason, Lee | Associate | 6 | 44.7 | $1,050 | 77.7 | $1,000 | 0 | $950 | $124,635.00 |
| Mason, Lee | Associate | 7 | 2.2 | $1,050 | 0.8 | $1,000 | 5.9 | $950 | $8,715.00 |
| Mason, Lee | Associate | 10 | 41.5 | $1,050 | 19 | $1,000 | 8.4 | $950 | $70,555.00 |
| Mason, Lee | Associate | 11 | 0.1 | $1,050 | 1.6 | $1,000 | 0 | $950 | $1,705.00 |
| | | | | | | | | | |
| Onorato, Amanda | Paralegal | 6 | 14.1 | $505 | 0 | N/A | 0 | N/A | $7,120.50 |
| | | | | | | | | | |
| Alford, Toni | Paralegal | 5 | 2.5 | $505 | 0 | N/A | 0 | N/A | $1,262.50 |
| Alford, Toni | Paralegal | 10 | 26 | $505 | 0 | N/A | 0 | N/A | $13,130.00 |
| | | | | | | | | | |
| Wagner, Krystle | Paralegal | 5 | 2 | $505 | 0 | $480 | 0 | N/A | $1,010.00 |

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | Total |
|--------|--------------|----------|------------|-----------|------------|-----------|------------|-----------|-------|
| Wagner, Krystle | Paralegal | 6 | 24 | $505 | 12.5 | $480 | 0 | N/A | $18,120.00 |
| Wagner, Krystle | Paralegal | 10 | 15 | $505 | 7 | $480 | 0 | N/A | $10,935.00 |
|  |  |  |  |  |  |  |  |  |  |
| **TOTAL** |  |  |  |  |  |  |  |  | **$1,457,906.50** |

**Category Codes**

| | | |
|---|---|---|
| (1) Investigation / Factual or Legal Research | (6) Pleadings/Briefs/Pretrial Motions | (11) Experts/Consultants |
| (2) Lead Counsel Calls/Meetings | (7) Discovery (Draft/Respond/Meet & Confer) | (12) Settlement/Mediation |
| (3) Attorney Communications | (8) Discovery (Document Review) | (13) Trial Preparation |
| (4) Client Communications | (9) Discovery (Depositions) | (14) Trial |
| (5) Case Management & Litigation Strategy | (10) Court Appearances & Preparation | (15) Appeals |

# Annex 2

**Bartlit Beck Costs in Connection with Rule 37 Motion**
From December 1, 2021 Through March 28, 2023

| Cost Category | Total |
|---|---|
| | |
| Legal Research | $889.00 |
| Shipping | $3,553.67 |
| Travel | $6,274.24 |
| Lodging | $4,200.00 |
| Per Diem | $2,090.60 |
| | |
| **TOTAL** | $17,007.50 |

# Annex 3

# BartlitBeck LLP



## KARMA M. GIULIANELLI
### PARTNER

1801 Wewatta Street, Suite 1200, Denver, CO 80202
303.592.3165
karma.giulianelli@bartlitbeck.com

Karma Giulianelli has tried cases for Fortune 500 companies in almost every region of the country. With over 26 years of experience, her cases have included a broad range of bet-the-company litigation, including antitrust, contract, product liability, fraud, and securities cases. Karma has been a partner at Bartlit Beck since 2001. Before joining the firm in 1999, she was a trial attorney for the Antitrust Division at the Department of Justice, where she was a member of the core trial team in *United States v. Microsoft*.

Karma has spent nearly a full year in trial days in front of judges and juries in high-stakes antitrust cases. Her antitrust trials that have gone to verdict have included monopolization cases and cases alleging unreasonable restraints of trade involving some of the largest companies in the United States. Most recently, Karma took a lead role in two antitrust trials for Sabre, a travel distribution platform, including a ten-week federal jury trial in New York brought by US Airways concerning an alleged conspiracy and agreements in the airline ticket distribution market with over $1.4 billion in claimed damages.

Karma has also tried non-antitrust cases with exposures in the hundreds of millions of dollars, including three product liability cases to a jury for DuPont. Clients have selected Karma to first chair and co-first chair multiple trials, including a large consumer appliance manufacturer (resulting in a six-week jury trial that Karma tried to verdict); OtterBox (a case with a $100M exposure that settled on extremely favorable terms right before trial); and Bayer (a case that was set for trial in December 2019).

Karma also has extensive experience in class actions, representing both defendants and plaintiffs. The Northern District of California appointed Karma as co-lead interim counsel for a class of consumers in currently pending multi-district antitrust litigation against Google.

Throughout her career, Karma's representations have included matters as broad as the Canadian government in a case involving civil RICO claims against R.J. Reynolds; Micron Technology in a case against Rambus regarding misconduct in the standard-setting arena; E.I. DuPont de Nemours & Company in products liability trials in Florida; various pharmaceutical companies in confidential mediations and False Claims *qui tam* cases; Tyco International Ltd. in multiple multi-billion dollar securities and ERISA cases resulting from the conduct of Tyco's former CEO Dennis Kozlowski and CFO Mark Schwartz; Hewlett-Packard in numerous plaintiff-side antitrust cases; and Massachusetts Mutual Life Insurance, Inc. in securities cases against certain underwriter banks regarding the sale of residential mortgage-backed securities in the mid-2000s.

# BartlitBeck LLP

As a trial lawyer in the Honors Program at the Antitrust Division of the United States Department of Justice, Karma worked on both criminal and civil antitrust matters, including merger and non-merger matters. Karma was a member of the team investigating Microsoft's Internet-related conduct in 1996. After participating in the October 1997 case against Microsoft alleging violations of the Consent Decree, she continued as a member of the core trial team in *United States v. Microsoft*, which was filed in May 1998.

Karma has served as an Adjunct Professor of Antitrust Law at the University of Colorado, was named one of Colorado's Top Women Lawyers and was recognized as one of Colorado's "Rising Stars" in 2010 and 2011. She graduated from Stanford Law School *Order of the Coif* and *Magna Cum Laude.*

## EDUCATION & HONORS

Stanford Law School, 1996, J.D., *magna cum laude*

> Order of the Coif
>
> Notes Editor, *Stanford Law Review*
>
> Moot Court
>
> Vice President, Kirkwood Moot Court Board
>
> Co-Chair, Women of Stanford Law

Santa Clara University, 1993, B.S., Political Science and Spanish, *magna cum laude*

> *Phi Beta Kappa*
>
> *Pi Sigma Alpha*, National Political Science Honor Society
>
> *Phi Sigma Iota*, International Foreign Language Honor Society
>
> Outstanding Woman Leader Award

## GOVERNMENT SERVICE

Trial Attorney, Department of Justice Antitrust Division (Honors Program) – 1996 – 1999

## AWARDS & RECOGNITION

Named by 5280 as the Best of the Best Top Lawyer for Antitrust – 2020

Selected as the "People's Choice" best antitrust lawyer in Colorado by her peers: "Karma Giulianelli has been practicing in antitrust law for more than two decades, and she's been recognized for her excellence in the area for nearly all of it." Law Week, Barrister's Best, 2019

# BartlitBeck LLP

Recognized as one of Colorado's "Rising Stars, "Colorado Super Lawyers, 2010 and 2011

Recognized as one of the "Top Women Lawyers of 2010," *Law Week Colorado*

Special Achievement Award for contributions to the Microsoft case

Lawdragon 500 Leading Lawyers in America, 2023

## ADMISSIONS

Colorado

California

## REPRESENTATIVE PRIVATE PRACTICE LITIGATION

*Snow v. Align Technology Inc.* (N.D. Cal.)
Lead counsel representing Align Technology Inc. in putative antitrust class action brought by a class of purchasers of aligners alleging anticompetitive agreements. Case pending.

*In re Google Play Consumer Antitrust Litigation* (N.D. Cal.)
Appointed Co-Lead Class Counsel for class of consumers who used the Google Play Store to purchase apps or Google Play Billing to purchase in-app digital content on Android devices. The case alleges violations of the antitrust laws based on Google's contractual restrictions and other conduct, resulting in a significant overcharge on the price of Android apps and in app content. Case pending.

*Attila Csupo et al. v. Google, LLC* (Sup. Ct. Ca.)
Counsel representing class of California residents who used mobile devices with the Android operating system in their claim for conversion against Google for Google's undisclosed and wrongful consumption of Plaintiffs' cellular data. In the first case of its type, successfully argued demurrer, resulting in a favorable ruling allowing case to proceed under California law. Case pending.

*Taylor v. Google, LLC* (N.D.CA)
Counsel representing residents in 49 states who used mobile devices with the Android operating system in their claim for conversion against Google for Google's undisclosed and wrongful consumption of their cellular data. Case pending.

*Representation of Mortenson Construction Company*
Co-led the representation Mortenson Construction Company in an investigation by the Colorado Attorney General in connection with alleged bid rigging during the expansion of the Colorado Convention Center. In the face of a novel and unprecedented interpretation of Colorado's antitrust laws, the investigation was favorably resolved with monetary compensation and a commitment to help the citizens of the State of Colorado in the midst of the COVID pandemic by employing Mortenson's unique ability to contribute to a public construction project in the wake of COVID.

**BartlitBeck** LLP

KARMA M. GIULIANELLI

*YAZ®/Yasmin® Product Liability Litigation*
Trial counsel for Bayer in product liability litigation alleging arterial venous thrombosis caused by the oral contraceptive Yasmin®. Case followed MDL in the Southern District of Illinois and large, coordinated state-court proceedings in California, New Jersey, and Pennsylvania. Case settled favorably in advance of trial.

*Gordon, et al. v. Sabre* (S.D.N.Y.)
Represented Sabre as co-lead trial counsel in case brought as putative class action by purchasers of airline tickets. Plaintiffs claim Sabre conspired with its competitor "global distribution services" operators, Amadeus and Travelport, to require certain terms in their contracts with airlines, which allegedly caused plaintiffs to overpay for their airline tickets. Won a motion to dismiss 100% of plaintiffs' claimed damages. Class certification denied in light of claims for equitable relief only. After denial of class certification, individual settlements with the handful of former class representatives were achieved.

*U.S. Airways v. Sabre* (S.D.N.Y.)
Served as co-lead trial counsel for Sabre in antitrust action relating to contracts between U.S. Airways (now American Airlines) and Sabre concerning Sabre's Global Distribution System. U.S. Airways sought $1.4 billion in trebled damages. Won summary judgment on claim for injunctive relief and over 75% of plaintiff's damages claim. Won $6 million costs/attorneys' fees award. After a ten-week jury trial, won defense verdict on one claim and elimination of 99% of total damages plaintiff had sought on second claim. Also won denial of declaratory and injunctive relief. The Second Circuit subsequently vacated the jury's liability finding and remanded the case for a new trial. Trial date pending.

*Claim for Large Consumer Goods Manufacturer* (Illinois State Court, Cook County)
Hired as lead trial counsel six weeks before trial in a case with a lengthy history, alleging legal malpractice relating to advice on antidumping and countervailing duties. After two-week trial, judge permitted case to go to the jury, and jury returned defense verdict.

*Sycamore IP Holdings, Inc. v. AT&T Corp. et al. (lead case)* (E.D. Tex)
Represented Sycamore IP Holdings Inc. in patent litigation against AT&T Corp., Century Link, Verizon, and Level 3 in connection with a patent for a method of transparent transcoding to convert certain Ethernet signals to optical transmission signals.

*Massachusetts Mutual Life Ins. Co. Residential Mortgage-Backed Securities Litigation* (D. Mass.)
Represented MassMutual in its actions under the Massachusetts Uniform Securities Act, against underwriters Credit Suisse and Goldman Sachs, arising from their sales of residential mortgage-backed securities to MassMutual in 2005-2007. Credit Suisse settled after four weeks of trial, taking an additional $79.5 million charge to earnings because of the settlement payment. Goldman Sachs settled shortly thereafter.

# BartlitBeck LLP

***Foreign Trade Corp., d/b/a Technocel v. Otter Products, LLC, et al; Otter Products, LLC v. H.L. Dalis, Inc.; Otter Products, LLC v. Wireless Xcessories Group, Inc*** (D. Colo.)
Lead trial counsel for OtterBox in antitrust cases brought by former distributors alleging violations of Section 1 in connection with distribution agreements and an alleged group boycott. Motion to dismiss granted in February 2017 dismissing all antitrust claims against OtterBox. Plaintiffs claimed damages in excess of $100M on the remaining claims, which were settled on the eve of trial with Plaintiffs paying OtterBox for its own counterclaims.

***Deutsche Lufthansa AG et al. v. Sabre Travel International Limited*** (Tarrant County, Texas)
Trial counsel for Sabre in breach of contract action relating to Lufthansa's imposition of a surcharge on customers who book tickets through Sabre. Case settled.

***State Compensation Insurance Fund v. Khan et. al.*** (C.D. Cal.)
Trial counsel for defendants, a group of medical service providers, in RICO action brought by State Compensation Insurance Fund. Plaintiff alleged that defendants submitted fraudulent medical bills, and sought over $100 million in damages. Secured dismissal of all claims against defendants on summary judgment.

***In re Optical Disk Drives Product Antitrust Litig.*** (*Hewlett-Packard v. L.G. Electronics Inc. et al.*) (N.D. Cal.)
Represented plaintiff Hewlett-Packard in antitrust case involving alleged conspiracy to fix prices for ODD products. Case pending as part of MDL proceedings in Northern District of California.

***Administradora v. E.I. DuPont de Nemours & Co., Inc.*** (Florida, Miami-Dade County State Court)
Represented DuPont in three-week jury trial of product liability action involving Benlate fungicide. Plaintiff, a large Costa Rican citrus producer, claimed $42 million in damages. The jury found plaintiff 60% contributorily negligent and awarded substantially reduced damages, resulting in an award of a small fraction of plaintiff's claim. Post-trial cross-motions are pending.

***American Airlines v. Sabre Inc.*** (Texas, Tarrant County State Court and N.D. Tex., 2010-2012)
Trial counsel for Sabre in breach of contract and antitrust actions relating to the display of American's flights and fares in Sabre's Global Distribution System. American claimed $1 billion in damages. Jury trial in Texas state court. Case settled favorably during trial.

***NBA Players Association v. National Basketball League***
Advised the NBA Players Association regarding potential antitrust claims against the NBA during the 2011 NBA lockout.

***In re Flat Panel LCD Antitrust Litigation*** (N.D. Cal.)
Represented Hewlett-Packard in litigation relating to claims of price fixing by several major foreign manufacturers of flat-panel LCD displays.

***United States of America ex rel. Oberg v. Nelnet et al.*** (E.D. Va.)
Represented Nelnet in *qui tam* action under Federal False Claims Act. Relator alleged that Nelnet submitted false claims for hundreds of millions of dollars in student loan subsidies. Case settled immediately before jury selection.

**BartlitBeck** LLP

KARMA M. GIULIANELLI

***RealNetworks, Inc. v. DVD CCA, et al.*** (N.D. Cal.)
Represented RealNetworks in preliminary injunction proceedings in U.S. District Court, Northern District of California in which movie studios claim that RealNetworks "RealDVD" product violates the Digital Millenium Copyright Act, and seek to enjoin its distribution. Case involves antitrust claims against the major movie studios based on their collective agreement to prohibit the individual authorization to copy studio content on DVDs.

***Tyco International Ltd. v. Swartz*** (S.D.N.Y.)
Trial counsel for Tyco in case against former CFO for improperly received compensation in SDNY. Obtained order in favor of Tyco after bench trial.

***Tyco International Ltd. v. Kozlowski*** (S.D.N.Y.)
Trial counsel for Tyco in breach of fiduciary duty and conversion suit against former CEO. Case settled.

***In re Tyco Securities Litigation***
Represented Tyco in multiple class action securities claims.

***In re TyCom Ltd. Securities Litigation*** (D.N.J.)
Represented Tyco International in class action suit in which plaintiffs sought over $1 billion in damages for alleged securities fraud. Plaintiffs alleged that Tyco violated Section 10(b) of the Securities Exchange Act and Section 11 of the Securities Act in connection with the July 2000 TyCom IPO. The case settled favorably before trial.

***Overby v. Tyco International Ltd.*** (ERISA Litigation) (D.N.H.)
Represented Tyco International in class action suit brought under ERISA on behalf of participants in Tyco's retirement plans. Plaintiffs sought over $1 billion in damages. Case settled favorably for Tyco.

***Brazen v. Tyco International*** (Illinois, Cook County State Court)
Represented Tyco in class action securities law claim relating to registration statement issued by Tyco in connection with a merger with Mallinckrodt. Case settled.

***Super Helechos, et al. v. E.I. DuPont de Nemours & Co., Inc.*** (Florida, Miami-Dade County State Court)
Represented DuPont in ten-week Miami jury trial of product liability claims involving Benlate® fungicide. Plaintiffs, twenty-seven Costa Rican farms, claimed $396 million in damages.

Trial court entered directed verdicts for DuPont on all claims of most of the largest plaintiffs (constituting 60% of plaintiffs' total claimed damages). Jury awarded other plaintiffs a small fraction of amounts sought.

Florida court of appeals (1) affirmed directed verdicts for DuPont on claims of the largest plaintiffs, and (2) reversed all jury verdicts for other plaintiffs due to numerous trial court errors.

# BartlitBeck LLP

***TicoFrut, S.A. v. E.I. DuPont de Nemours & Co., Inc.*** (Florida, Miami-Dade County State Court)
Represented DuPont in Miami state court jury trial of product liability claims involving the fungicide Benlate®. TicoFrut, the main citrus grower and processor in Costa Rica, sued DuPont claiming that Benlate® hurt the production of orange trees in Costa Rica. TicoFrut sought $172 million in compensatory damages and an undisclosed amount of punitive damages. Trial lasted six weeks in Miami-Dade County Court. The jury deliberated for five hours before returning a verdict for DuPont, finding no liability.

***Confidential Pharmaceutical Mediation***
Represented pharmaceutical company in connection with pre-litigation mediation. Opposing party claimed substantial damages stemming from alleged antitrust violations, breach of contract, tortious interference, and fraud involving the alleged monopolization of the active ingredient used to manufacture client's medicine. Case settled on favorable terms involving a supply agreement providing present and future payments to our client of at least $30 million.

***LSI Logic Corp. v. Broadcom Corp. et al.*** (D. Colo. 2005)
Represented Broadcom Corporation and seven of its employees in a suit by LSI Logic alleging trade secret misappropriation, improper solicitation, breach of contract, and tortious interference. The alleged trade secrets concerned analog and mixed signal processing technology and chip design. Case resolved for $0.

***WestRM-West Risk Markets, Ltd. v. Lumbermens Mutual Casualty Company, et al. v. AIMCO, et al.*** (S.D.N.Y.)
Represented AIMCO in the U.S. District Court for the Southern District of New York in a case regarding liability under alleged premium finance agreements and bonds.

***AIMCO v. Nat'l Union Fire Insurance of Pittsburgh, PA, et al.*** (D. Colo.)
Represented AIMCO in the U.S. District Court for the District of Colorado regarding an insurance coverage and breach of insurance contract dispute. Case settled.

***AIMCO v. Cananwill, Inc., and Combined Specialty Insurance Company f/k/a Virginia Surety Company, Inc.*** (D. Colo.)
Represented AIMCO in the U.S. District Court for the District of Colorado regarding the misappropriation by a premium finance and insurance company of return premiums. Case settled.

***AIMCO v. Lumbermens Mutual Casualty Company*** (D. Colo.)
Represented AIMCO in the U.S. District Court for the District of Colorado regarding breach of surety bond agreements. Case settled.

***Lumbermens Mutual Casualty Company, et al. v. AIMCO, Ray Baldwin, and Swain and Baldwin Insurance***
Represented AIMCO in the U.S. District Court for the Southern District of New York in a case regarding an alleged conspiracy in obtaining surety bond agreements. Case settled.

***Cananwill, Inc. v. AIMCO, Greenwich Insurance Company, et al.*** (New Jersey, Morris County Superior Court)
Represented AIMCO in the Superior Court of New Jersey, Morris County Law Division, regarding alleged liability under alleged premium finance agreements. Case settled.

# BartlitBeck LLP

KARMA M. GIULIANELLI

***Micron Technology v. Rambus, Inc.*** (D. Del.)
Represented Micron Technology in action seeking a declaratory judgment that Rambus patents relating to Dynamic Random Access Memory ("DRAM") chips are invalid, unenforceable and not infringed. Case also involved antitrust and fraud claims relating to Rambus misconduct in connection with industry standard-setting activities.

***Attorney General of Canada v. R.J. Reynolds Tobacco Holdings, Inc., et al.*** (N.D.N.Y.)
Represented Canadian government in prosecution of civil RICO claim against R.J. Reynolds seeking more than $1 billion in damages caused by tobacco companies' scheme to smuggle tobacco into Canada and avoid Canadian taxes.

***Aquilex Services, Inc. v. Frank Novak, Phil Hulsizer***
Represented Aquilex in an arbitration regarding a dispute regarding a net worth purchase price adjustment.

***Aquila Power Services Corporation v. Aquila, Inc.***
Represented Aquila Power Services in the Southern District of Texas regarding a trademark and tradename dispute. Case settled.

## GOVERNMENT EXPERIENCE

***United States v. Microsoft***
Member of the four person core team investigating Microsoft's Internet-related conduct in 1996.

***U.S. v. Microsoft (consent decree case)*** October 1997
Consent Decree violation case against Microsoft alleging violations of the 1994 Consent Decree. Member of trial team (1997-1998).

***U.S. v. Microsoft (monopolization case)*** Filed May 1998
Represented the United States in the Microsoft antitrust trial in the District Court for the District of Columbia. Member of trial team. One of the primary drafters of complaint and theory of the case; took key trial depositions; responsible for economic experts and preparing them to testify for the United States; one of the primary drafters of proposed findings of fact and conclusions of law, which were accepted by Judge Jackson and affirmed by the D.C. Circuit.

***Merger, civil, and criminal investigations***
Extensive work on civil merger, civil, and criminal investigations (including grand jury)

## PROFESSIONAL ACTIVITIES AND COMMUNITY SERVICE

Former Adjunct Professor of Antitrust Law; University of Colorado Boulder

Board of Trustees (2018-2021), Great Outdoors Colorado, http://www.goco.org/about-us

Board of Directors, Big City Mountaineers (2018-2021), https://www.bigcitymountaineers.org

**BartlitBeck** LLP

Coach, Lakewood High School Mock Trial

Board of Trustees, Jeffco Open Space Foundation

Board Member, Foothills Art Center

## BIG WINS

Bartlit Beck Prevails For DuPont In Benlate Case

Bartlit Beck Defeats Product Liability Claim Where Plaintiff Sought $172 Million Plus Punitive Damages

## NEWS

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.03.2022

Second Circuit Rules in favor of Bartlit Beck Client Sabre Holdings Corp. in Antitrust Case
09.17.2019

MassMutual, Goldman Sachs reach deal in residential mortgage-backed suit
11.06.2017

PE Firm Was Behind 'Blatant' $100M Fraud, Insurer Says
10.18.2017

Karma Giulianelli, Joe Doman and a Bartlit Beck Team Secure Dismissal of All Antitrust Claims for OtterBox
02.22.2017

MassMutual, RBS strike deal In $235M crisis-era MBS suit
08.15.2016

Bartlit Beck wins motion to dismiss plaintiffs' damages claims in airline ticket pricing class action
07.08.2016

Bartlit Beck Wins Motion to Dismiss to Further Pare Down US Airways' Antitrust Suit
09.2015

Bartlit Beck Files ODD Price Fixing Case for Hewlett-Packard
10.2013

Karma Giulianelli Named Top Lawyer
05.2010

Bartlit Beck Prevails For DuPont In Benlate Case
12.2009

# BartlitBeck LLP

Bartlit Beck Wins Jury Verdict for DuPont
03.2005

## PUBLICATIONS

*The Antitrust Boundaries of Nonsolicitation Agreements*
*Business Law Today*, 2018

*When Failure to Disclose Intellectual Property in Standard Setting Can be Anticompetitive*
*The Standards Edge: The Golden Mean*, 2007

*United States v. Microsoft: Ten Years Later*
*Berkman Klein Center, Harvard Law School*

*Standard Setting and Antitrust*
*Speech at Stanford Law School*

## ANTITRUST COUNSELING

Routinely provide confidential antitrust counseling for large corporations, including:

Represented pharmaceutical company in connection with allegations of anticompetitive conduct in the market for certain drugs, with claimed damages of $1 billion. Case settled favorably for company, without payment of any claimed damages.

Confidential antitrust counseling to manufacturer of aircraft replacement parts regarding claims involving aftermarkets and issues similar to those in *Eastman Kodak Co. v. Image Technical Services, Inc.*, 504 U.S. 451 (1992).

Confidential antitrust counseling related to collective setting and tying of interchange fees to the acceptance of credit cards.

## SPEECHES AND PRESENTATIONS

Panelist, Monopolization Cases: Where Are the Remedies?, ABA Spring Meeting, 2022

Presenter, ABA Spring Meeting Mock Trial, 2019

Panelist, "Sabre Case: Two Sided Markets," California Bar Association, 2018

Presenter, Trying Rule of Reason Case, New York Bar Association, 2017

Speaker, "Integrating Substantive Law, Strategy and Trial Tactics In a Complex Monopolization Case," Harvard Berkman Klein Center, 2008.

## Bartlit Beck LLP

Panelist, "The Intellectual Property Antitrust Nexus," University of Colorado School of Law, 2007

Presenter, "The Standard Setting Process & Patent Commitments," Stanford Law School, 2005

Presenter, "The (Sometimes Illusory) Intersection Between the Patent and Antitrust Laws," San Diego Bar Association, 2001

Presenter, "The Microsoft Experience in Antitrust Enforcement in the New Millennium," 2000

### PUBLICATIONS

Co-author, *The Antitrust Boundaries of Nonsolicitation Agreements,* Business Law Today, 2018

*When Failure to Disclose Intellectual Property in Standard Setting Can be Anticompetitive*, Karma Giulianelli, The Standards Edge, 2004

# **Annex 4**

# BartlitBeck LLP



## GLEN E. SUMMERS

### PARTNER

1801 Wewatta Street, Suite 1200, Denver, CO 80202
303.592.3115
glen.summers@bartlitbeck.com

Glen Summers is an experienced first chair trial lawyer who has handled high-stakes matters across the nation, involving a wide variety of subject matter, with several big wins to his credit. During his tenure at Bartlit Beck, Glen has tried cases in the federal and state courts of California, Colorado, Delaware, Florida, Kansas, Missouri, and Texas, and has acted as lead counsel in a number of arbitrations and mediations.

In addition to his trial practice, Glen regularly handles significant appellate matters. He has argued appeals to the U.S. Courts of Appeals for the Federal Circuit, Fifth Circuit, Ninth Circuit, and Tenth Circuit, as well as the Colorado Supreme Court and the California Court of Appeal.

A significant portion of Glen's practice is devoted to technology and intellectual property litigation. He has handled significant patent litigation involving wireless communication, digital rights management, medical devices and semiconductors, and has acted as lead counsel in patent infringement trials in the Eastern District of Texas and Central District of California. He has also taken a leading role in significant antitrust and consumer litigation involving some of the country's biggest technology companies.

Glen is also one of the nation's foremost lawyers in the representation of plaintiffs in significant legal malpractice cases. To date, he has obtained approximately $250 million in settlements for his legal malpractice clients. In one such matter, Glen represented Frank McCourt, the former owner of the Los Angeles Dodgers, in a highly publicized blockbuster legal malpractice case against Bingham McCutchen LLP arising out of Bingham's negligent preparation of Mr. McCourt's postnuptial agreement, which allowed his former wife to claim ownership of 50% of the Dodgers franchise. Glen also represented Charter Communications in its malpractice suit against Irell & Manella LLP arising out of the botched documentation of a $3 billion cable system acquisition. Other legal malpractice cases Glen has handled have involved intellectual property, estate planning and transactional matters.

Glen has been with Bartlit Beck since 1997 and has been a partner since 1999. Before joining Bartlit Beck, Glen clerked for U.S. Supreme Court Justice Antonin Scalia and the Chief Judge of the U.S. Court of Appeals for the Ninth Circuit. Glen was also previously an associate at Sullivan & Cromwell from 1995-1996.

Chambers USA has recognized Glen as a leading business litigator, describing him as a "phenomenal trial attorney." (2014 ed)

**BartlitBeck** LLP

Glen is a member of the California and Colorado bars and has been admitted to practice in state and federal courts across the country, including the United States Supreme Court.

## EDUCATION & HONORS

University of Pennsylvania Law School, 1994, J.D., *magna cum laude*

    Order of the Coif

    National Moot Court Team

    Editor, *University of Pennsylvania Law Review*

    Senior Editor, *Harvard Journal of Law and Public Policy*

    P. Pemberton Morris Prize (highest grades in evidence, pleading & practice)

    George Shechtman Prize (highest grade in contracts)

University of California at Berkeley, 1991, A.B., with Highest Honors

    *Phi Beta Kappa*

    *Alpha Delta Phi* Memorial Scholarship

    President, Undergraduate Political Science Association

## CLERKSHIPS

Honorable Antonin Scalia, Associate Justice, United States Supreme Court, 1996-1997

Honorable J. Clifford Wallace, Chief Judge, United States Court of Appeals for the Ninth Circuit, 1994-1995

## AWARDS & RECOGNITION

Ranked by Chambers USA as a leading business litigator, 2011 to 2017

Lawdragon 500 Leading Litigators in America 2022

## ADMISSIONS

Colorado

California

# BartlitBeck LLP

## CASES TRIED OR OTHERWISE TAKEN TO JUDGMENT

***United States v. Fortenberry*** (U.S. District Court, Central District of California)
Served as co-lead trial counsel in the criminal trial of a sitting member of the United States Congress charged with making false statements to the FBI in connection with an investigation of illegal campaign contributions made to his campaign by foreign nationals in connection with the 2016 elections. Case was tried to verdict in March 2022. Congressman Fortenberry was convicted on all counts but received no custodial sentence in view of the overwhelming evidence presented at trial of his exceptional character.

***Grynberg v. Grynberg*** (Arapahoe County, Colorado)
Lead trial counsel for defendants in bench trial involving equitable claims for unjust enrichment and quantum meruit brought by the founder of a group of privately held oil and gas companies, including claims for compensation for services and assets previously provided to the companies. Plaintiff sought $400 million in compensation at trial. Won a complete defense verdict, which the Colorado Court of Appeals affirmed in its entirety.

***Yukos Capital S.A.R.L. v. Feldman*** (U.S. District Court, Southern District of New York)
Lead trial counsel for a trustee affiliated with charitable trusts formed to compensate stockholders of the former Yukos Oil Company (which was improperly nationalized by the Russian Federation) in a jury trial involving claims for breach of fiduciary duty against the former trustee. Secured a jury finding that the defendant breached his fiduciary duties. Case currently on appeal to the Second Circuit.

***Gadeco, LLC v. Grynberg*** (Arapahoe County, Colorado)
Lead trial counsel for defendants in jury trial involving claims for breach of contract and breach of fiduciary duty brought by the founder of a group of privately held oil and gas companies against the shareholders and board members following his removal as President and Chairman. Plaintiff sought injunctive relief and $800 million in damages at trial. Won a complete defense verdict, which the Colorado Court of Appeals affirmed in its entirety.

***State Compensation Insurance Fund v. Khan et. al.*** (U.S. District Court, Central District of California)
Lead counsel for defendants in RICO action seeking over $100 million in damages arising out of alleged medical billing fraud. Won summary judgment.

***Angelotti Chiropractic, Inc., et. al. v. Baker*** (U.S. District Court, Central District of California)
Won state-wide preliminary injunction prohibiting the enforcement of new fees imposed by the State of California on providers of medical services to workers' compensation claimants. The injunction is estimated to have saved the providers several hundred million dollars.

***Alexsam, Inc. v. IDT Corporation*** (U.S. District Court, Eastern District of Texas)
Lead trial counsel for IDT Corporation in two related patent infringement actions involving systems for activating pre-paid gift cards and phone cards. Won judgment as a matter of law on some claims in the district court and reversal of the jury's verdict of infringement on other claims on appeal to the U.S. Court of Appeals for the Federal Circuit. The second case settled favorably after a bench trial but prior to the court entering judgment.

# BartlitBeck LLP

***In re Genetically Modified Rice Litigation*** (U.S. District Court, Eastern District of Missouri)
Member of national trial team for Bayer in multidistrict litigation relating to the unintended low level presence of genetically engineered rice in commercial rice shipments. Served as trial counsel in a series of bellwether trials in 2009 and 2010.

***Applied Medical Resources Corp. v. United States Surgical Corp.* ("Applied III")** (U.S. District Court, Central District of California)
Trial counsel for United States Surgical Corporation, a subsidiary of Covidien, in patent infringement suit involving instruments for laparoscopic surgery. Applied Medical alleged that U.S. Surgical infringed a medical device patent and sought up to $300 million in damages plus an injunction. Won non-infringement jury verdict after five-week trial. Prior to Bartlit Beck's representation, U.S. Surgical had twice previously been found to willfully infringe the same patent. The judgment was subsequently affirmed on appeal by the U.S. Court of Appeals for the Federal Circuit.

***California Young Republicans, Inc. v. Rodriguez, et. al.*** (AAA Arbitration, Los Angeles, California)
Lead trial counsel in AAA arbitration to resolve disputed elections of officers and directors to one of the leading volunteer organizations affiliated with the California Republican Party. The arbitrator issued a reasoned decision in favor of our clients.

***Edward Keely v. Janus Management Holdings Corp.*** (Denver, Colorado)
Lead trial counsel for former Janus portfolio manager in action for fraud, breach of employment contract, and related claims against mutual fund company. Won $4.8 million jury verdict, which was later increased to over $7 million due to statutory enhancements, interest, and attorneys' fees. The jury found that Janus committed fraud, and that finding is believed to have precipitated the ouster of Janus's CEO.

***Applied Medical Resources Corp. v. United States Surgical Corp.* ("Applied II")** (U.S. District Court, Central District of California)
Lead trial counsel for United States Surgical Corporation, a subsidiary of Covidien, in connection with a trial on damages and willfulness after patent infringement had already been established prior to Bartlit Beck's involvement.

***C&W Fabricators, Inc. v. Meriwether Capital Corp.*** (AAA Arbitration, New York)
Lead trial counsel for buyers of company that manufactures intake and exhaust systems for gas turbine power plants in arbitration against the sellers for indemnification for warranty obligations. Case won after one-week arbitration.

***Bush v. Gore*** (Circuit Court, Leon County, Florida)
Member of President George W. Bush's Florida election recount trial team. Represented President Bush in election contest filed by former Vice President Al Gore contesting the results of the 2000 Presidential election in Florida, and in separate case seeking recognition of disqualified overseas military ballots. Case won in the trial court and ultimately affirmed in the United States Supreme Court.

***Nystrom v. Nieslanik*** (Garfield County, Colorado)
Lead trial counsel for defendant Carbondale Corporation in action by real estate developers seeking establishment of public right-of-way across client's ranch near Aspen, Colorado. Complete defense verdict won

# BartlitBeck LLP

after seven-day bench trial.

***Sosa v. Glikshtern*** (Superior Court, San Francisco, California)
Lead trial counsel for defendant in civil rights action alleging discrimination and other civil rights violations against Latinos. Complete defense verdict won after two-week jury trial.

***William I. Koch v. Koch Industries, Inc.*** (U.S. District Court, Kansas)
Member of trial team that represented plaintiff William I. Koch in three-month jury trial involving billion-dollar securities fraud claim.

***United Technologies Corp. v. Chromalloy Gas Turbine Corp.*** (U.S. District Court, Delaware)
Member of trial team that represented United Technologies Corp. (Pratt & Whitney Division) in three-week bench trial involving the interpretation of a licensing agreement relating to jet engine technology.

## CASES ARGUED ON APPEAL

***Gadeco, LLC v. Grynberg*** (Colorado Supreme Court)
Argued interlocutory appeal to the Colorado Supreme Court arising out of dispute over control of privately held oil & gas companies.

***State Compensation Insurance Fund v. Khan*** (U.S. Court of Appeals for the Ninth Circuit)
Agued appeal arising out of RICO action seeking over $100 million in damages for alleged medical billing fraud. Obtained affirmance of summary judgment victory in the district court.

***Barri v. Workers Compensation Appeals Board*** (California Court of Appeal)
Argued appeal in case challenging the constitutionality of certain changes to the California workers' compensation system.

***Ashford Hospitality Prime v. Sessa Capital*** (U.S. Court of Appeals for the Fifth Circuit)
Argued appeal for New York based hedge fund arising out of proxy contest litigation.

***Angelotti Chiropractic, Inc., et. al. v. Baker*** (U.S. Court of Appeals for the Ninth Circuit)
Argued appeal from order granting statewide preliminary injunction prohibiting the enforcement of new fees imposed by the State of California on providers of medical services to workers' compensation claimants.

***Alexsam, Inc. v. IDT Corporation*** (U.S. Court of Appeals for the Federal Circuit)
Argued appeal for defendant telecommunications provider from adverse verdict in patent infringement action. Obtained reversal of jury's verdict of infringement on grounds that insufficient evidence supported the jury's verdict.

***ICE Corporation v. Hamilton Sundstrand Co.*** (U.S. Court of Appeals for the Tenth Circuit)
Argued appeal for Hamilton Sundstrand from $20 million adverse trade secret misappropriation verdict. Won reversal of punitive damages award.

**BartlitBeck** LLP

GLEN E. SUMMERS

***Applied Medical Resources Corp. v. United States Surgical Corp.*** (U.S. Court of Appeals for the Federal Circuit)
Argued appeal for Covidien subsidiary in patent infringement action involving instrumentation for laparoscopic surgery. Secured affirmance of noninfringement verdict at trial.

## OTHER REPRESENTATIVE CASES

### Representative Intellectual Property Litigation

***General Access Solutions, Inc. v. Sprint*** (U.S. District Court, Eastern District of Texas)
Lead counsel for General Access in patent infringement action against Sprint involving fundamental patent relating to beamforming technology employed by 4G LTE and 5G base stations. Case settled favorably in August 2021, just one week before trial.

***Sycamore IP Holdings v. ATT et. al.,*** (U.S. District Court, Eastern District of Texas)
Lead counsel IP holding company from the former Sycamore Networks in patent infringement action against several major telecom providers. Patent relates to transcoding of data in optical networks. Case set for trial in December 2017. Case against Verizon settled favorably. Case against other carriers lost on summary judgment.

***ContentGuard, Inc. v. Amazon.com, Inc.*** (U.S. District Court, Eastern District of Texas)
Lead trial counsel for Amazon in patent infringement action involving nine patents relating to Digital Rights Management technology. Case settled favorably prior to trial.

***Trover Group, Inc. v. Tyco International, Ltd. et. al.*** (U.S. District Court, Eastern District of Texas)
Co-lead trial counsel for Tyco and ADT in patent infringement action involving security systems. Case settled prior to trial.

***Tandberg Data Corp. v. Hewlett-Packard Company*** (U.S. District Court, Colorado)
Represented defendant and counterclaim plaintiff HP in patent infringement action relating to data storage technology. Case settled prior to trial.

***Micron Technology, Inc. v. Rambus, Inc.*** (U.S. District Court, Delaware)
Represented Micron Technology in action seeking a declaratory judgment that Rambus patents relating to Dynamic Random Access Memory chips are invalid, unenforceable, and not infringed. Case also involved antitrust and fraud claims relating to Rambus's misconduct in connection with industry standard-setting activities.

***Siemens, AG v. LG Semicon Co.*** (U.S. District Court, Delaware)
Represented Siemens in patent infringement litigation relating to semiconductor circuitry and manufacturing processes.

***Hyundai Electronics Industries Co. v. Infineon Technologies A.G.*** (U.S. District Court, Northern District of California)
Represented Infineon Technologies in patent infringement litigation relating to semiconductor circuitry and manufacturing processes.

**BartlitBeck** LLP

**Representative Antitrust Litigation**

***In re Google Play Antitrust Litigation*** (U.S. District Court, Northern District of California)
Leading member of team representing consumers in putative class action alleging that Google has engaged in anticompetitive conduct in order to monopolize the market for distribution of applications and in-app content. Case currently pending.

***NBA Players Association v. National Basketball League***
Advised the NBA Players Association regarding potential antitrust claims against the NBA during the 2011 NBA lockout.

***Barr Laboratories, Inc. v. DuPont Pharmaceuticals Company*** (U.S. District Courts, Delaware and Eastern District of New York)
Represented DuPont Pharmaceuticals Company in antitrust litigation challenging DuPont's lobbying and marketing activities concerning the anticoagulant medication Coumadin®. Case settled favorably.

**Representative Mass Tort and Qui Tam Litigation**

***Poehling v. UnitedHealth Group, Inc.*** (U.S. District Court, Central District of California)
Currently representing UnitedHealth in qui tam litigation alleging that UnitedHealth submitted false claims resulting in billions of dollars in overpayments to its Medicare Advantage plans by failing to delete risk assessment codes not supported by the underlying medical records.

***Las Vegas Hepatitis C Litigation*** (Clark County, Nevada)
Lead trial counsel for one of several trial teams for UnitedHealthcare in litigation encompassing over forty separate cases brought by individuals who contracted Hepatitis C during endoscopy procedures performed at clinics that were on UnitedHealthcare's network of approved healthcare providers. Cases settled after Bartlit Beck won a favorable jury verdict in one of the lead cases.

***In re Genetically Modified Rice Litigation*** (U.S. District Court, Eastern District of Missouri)
Member of national trial team for Bayer in multidistrict litigation relating to the unintended low-level presence of genetically engineered rice in commercial rice shipments. Served as trial counsel in a series of bellwether trials in 2009 and 2010.

**Representative Securities Litigation**

***Ashford Hospitality Prime v. Sessa Capital*** (U.S. District Court, Northern District of Texas)
Lead counsel for New York based hedge fund in proxy contest litigation. Server as lead trial counsel in preliminary injunction hearing.

***IDT Corporation. v. Telefonica, S.A.*** (U.S. District Court, New Jersey)
Represented IDT in securities fraud action relating to the termination of a joint venture between IDT and Terra Networks and Terra Network's acquisition of internet portal Lycos. Action resulted in highly favorable settlement for IDT.

BartlitBeck LLP

GLEN E. SUMMERS

***EchoStar Communications Corporation v. News Corp.*** (U.S. District Court, Colorado)
Represented plaintiff in action for breach of contract against The News Corporation seeking several billion dollars in damages. Case settled favorably.

# Bartlit Beck LLP

GLEN E. SUMMERS

**Representative Legal Malpractice Litigation**

*Frank McCourt v. Bingham McCutchen LLP* (Massachusetts Superior Court)
Represented Frank McCourt, the former owner of the Los Angeles Dodgers, in connection with his legal malpractice claims against Bingham McCutchen LLP arising out of Bingham's negligent preparation of Mr. McCourt's postnuptial agreement, allowing his former wife to claim ownership of 50% of the Dodgers franchise, which sold for $2.15 billion. Obtained dismissal of an unprecedented declaratory judgment action brought against Mr. McCourt by Bingham, seeking a determination that the firm did not commit malpractice and did not proximately cause Mr. McCourt's damages. A confidential settlement was reached.

*Charter Communications, Inc. v. Irell & Manella, LLP* (U.S. District Court, Central District of California)
Represented Charter Communications in $150 million legal malpractice action against well-known national law firm arising out of negligent documentation of substantial corporate acquisition. A confidential settlement was reached in February 2009.

*Confidential Legal Malpractice Representation* (Chicago, Illinois)
Represented high net worth family seeking resolution of malpractice claims against national law firm in connection with negligent estate planning resulting in hundreds of millions of dollars in unanticipated tax liabilities. Case settled favorably following confidential settlement discussions.

*Confidential Legal Malpractice Representation* (Richmond, Virginia)
Represented leading manufacturer of plastic bottles in connection with legal malpractice claims against a large, regional law firm arising out of $50 million settlement of patent infringement litigation. Case settled favorably following confidential mediation.

*Confidential Legal Malpractice Representation* (Los Angeles, California)
Represented major data storage company seeking resolution of malpractice claims against national law firm for negligent representation resulting in significant litigation sanction. Provided representation and advice in connection with confidential mediation.

## BIG WINS

Bartlit Beck Wins Two Large Trials In Denver
06.15.2019

Bartlit Beck Wins Complete Defense Verdict in $400 Million Patent Case

Bartlit Beck Wins Defense Verdict in High-Stakes Patent Infringement Case Involving Medical Devices

## NEWS

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.03.2022

# Bartlit Beck LLP

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2021

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2020

Bartlit Beck Earns Top Rankings by Benchmark Litigation
09.25.2019

Chambers USA 2017 Client's Guide places Bartlit Beck attorneys in the top tier
08.15.2017

Chambers USA 2015 Client's Guide Places Bartlit Beck Attorneys at the Top
07.2015

Chambers USA 2014 Client's Guide Places Bartlit Beck Attorneys at the Top
08.2014

Chambers USA 2013 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2013

Chambers USA 2012 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2012

Denver Business Journal touts Bartlit Beck's success, teamwork
06.2012

Fred Bartlit and Glen Summers Tapped to Represent Frank McCourt in Blockbuster Legal Malpractice Action
01.2012

Chambers USA 2011 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2011

Glen Summers and Bartlit Beck Team Win Jury Verdict on Fraud and Breach of Contract Against Janus Capital
05.2009

Fred Bartlit, Glen Summers and Sean Grimsley Win Complete Defense Verdict for Covidien in $400 Million Patent Infringement Action
02.2008

Bartlit and Beck Named Lead Lawyers in Election Contest
12.2000

## PUBLICATIONS

*Antonin Scalia – A Justice in Full*
*National Review*, 2016 February 29, (Contributor)

*Private Property Without Lochner: Toward a Takings Jurisprudence Uncorrupted by Substantive Due Process*

BartlitBeck LLP

GLEN E. SUMMERS

*142 U. Pa. L. Rev. 837*, 1993, (Comment)

# Annex 5

# BartlitBeck LLP

## JOHN D. BYARS

### PARTNER

54 West Hubbard Street, Chicago, IL 60654
312.494.4443
john.byars@bartlitbeck.com

## EDUCATION & HONORS

University of Chicago Law School, 2001, J.D., with Honors

Clemson University, 1998, M.A., Economics

Clemson University, 1996, B.S., Physics, *magna cum laude*

## ADMISSIONS

Illinois

United States Court of Appeals for the Fifth Circuit

United States District Court for the Northern District of Illinois

Texas (inactive)

## REPRESENTATIVE MATTERS

***Elliott Associates, L.P. v. Porsche SE***
Represented hedge funds in securities fraud and manipulation lawsuit against Porsche SE related to Porsche SE's attempted takeover of Volkswagen AG in 2008.

***Hedge Fund Litigation Counseling – Residential Mortgage-Backed Securities***
Counsel to hedge funds on issues involving rights and remedies of securitization certificate holders and securitization trusts, including review of documentation, design of legal strategies, and negotiation with adverse parties.

***Mortgage Guarantee Insurance Corp. v. Lehman Brothers, Inc.***
Represented MGIC in connection with a claim against Lehman Brothers, Inc. for fraud and breaches of representations and warranties related to mortgage loans insured by MGIC and included in certain mortgage-backed securities. The bankruptcy trustee sought to disallow MGIC's claim altogether. Following briefing on the issue and mediation, the trustee and MGIC reached a settlement that granted MGIC a $33 million unsecured claim against the Lehman Brothers, Inc. bankruptcy estate.

**BartlitBeck** LLP

*Amaranth LLC v. J.P. Morgan Chase & Co.*
Represented hedge fund and trading advisor in their action for breach of contract and tortious interference with prospective economic advantage against investment bank, commercial bank, and futures commission merchant. Damages in excess of $1 billion.

*Stanfield Offshore Leveraged Assets, Ltd., et al. v. Metropolitan Life Insurance Company, et al.*
Represented group of investment funds in suit against former creditors of bankrupt corporation for aiding and abetting fraud and breaches of fiduciary duties.

*ACP Master, Ltd., et al. v. Bank of America, et al.*
Represented certain holders of Fontainbleau in their actions against financial institutions for breach of contract.

*Ocean Ridge Capital Advisors, LLC v. Metropolitan Life Insurance Company, et al.*
Represented litigation trustee in preference and fraudulent transfer actions against former creditors of bankrupt corporation. Case settled.

*RealNetworks, Inc. v. Microsoft Corp.*
Represented RealNetworks in antitrust suit against Microsoft. RealNetworks obtained a $761 million settlement.

*NextEra Energy Capital Holdings, Inc. v. Bacno Bilbao Vizcaya Argentaria, SA., et. al.*
Represented NextEra in a billion-dollar dispute concerning its obligations to a syndicate of banks that financed its subsidiary's development of a solar thermal power plant in Spain. Case settled on a confidential basis.

*Federal Insurance Company v. Speedboat Racing Ltd. v. Rambler 100 LLC*
Represented Rambler in connection with breach of contract and admiralty claims related to loss of racing sloop. Case settled on a confidential basis.

*High 5 Games, LLC v. IGT*
Trial counsel for leading casino-style game developer IGT in breach of contract and trademark dispute with supplier. The dispute involved the parties' respective rights and obligations related to intellectual property created under their game development agreement. Case settled.

*ET Plus Litigation*
National counsel for defendants, Trinity Industries and Trinity Highway Products, in litigation alleging personal injuries from Trinity's ET Plus guardrail end terminal system.

*Botox Litigation*
Counsel for Allergan in cases involving allegations that BOTOX® causes various injuries. Obtained favorable settlements in three of the four cases in which we represent Allergan. Tried the fourth case to a jury verdict for plaintiffs. Case is on appeal.

# BartlitBeck LLP

***Confidential v. Novartis***
Trial counsel for Novartis in an arbitration involving claims that Novartis breached a contract for the development of a drug compound licensed from a third party.

## NEWS

Bartlit Beck Wins Appeal of Claim Against Investment Firm Founder Dow Kim
04.2011

Bartlit Beck Aids RealNetworks in Securing $761 Million Settlement With Microsoft
10.2005

Bartlit Beck Files Antitrust Suit Against Microsoft for Real Networks
12.2003

# Annex 6

# BartlitBeck LLP



## LEE MASON

### ASSOCIATE

54 West Hubbard Street, Chicago, IL 60654
312.494.4409
lee.mason@bartlitbeck.com

Lee Mason has represented clients in a variety of disputes, including class action, antitrust, trade secret, contract, and False Claims Act matters.

Lee joined Bartlit Beck after working as a litigation associate at Kirkland & Ellis for two years. Prior to that, Lee clerked for Chief Judge Diane Wood and Judge Richard Posner on the United States Court of Appeals for the Seventh Circuit.

## EDUCATION & HONORS

The University of Chicago Law School, 2017, J.D., with High Honors

> Order of the Coif

> Kirkland & Ellis Scholar

> *The University of Chicago Law Review*, Executive Articles & Book Review Editor

Northwestern University, 2011, B.A., *summa cum laude*

## CLERKSHIPS

Honorable Diane P. Wood, United States Court of Appeals for the Seventh Circuit, 2017-2018

Honorable Richard A. Posner, United States Court of Appeals for the Seventh Circuit, 2017

## GOVERNMENT SERVICE

Judicial Intern for the Honorable John Z. Lee, United States District Court, Northern District of Illinois, 2015

## ADMISSIONS

Illinois

United States District Court, Northern District of Illinois

**BartlitBeck** LLP

United States District Court, Eastern District of Wisconsin

United States Court of Appeals for the Ninth Circuit

## REPRESENTATIVE MATTERS

***In re Google Play Consumer Antitrust Litigation*** (N.D. Cal.)
Counsel for class of consumers who used the Google Play Store to purchase apps or Google Play Billing to purchase in-app digital content on Android devices. The case alleges violations of the antitrust laws based on Google's contractual restrictions and other conduct, resulting in a significant overcharge on the price of Android apps and in-app content. Case pending.

***Confidential Commercial Arbitration***
Counsel for claimant in dispute concerning client's investment in patent rights relating to semiconductor technology. After a three-week arbitration, the Tribunal ruled in favor of our client on all claims, granted our client all damages sought, and denied Respondents' counterclaim, leading to an award in excess of $75 million.

***Korea Advanced Institute of Science and Technology v. Paulina et al***. (E.D. Wis.)
Counsel for defendant Paulina against a Korean research university alleging tortious interference and unjust enrichment related to patent litigation financing contracts. After briefing, the court granted Paulina's motion to dismiss with prejudice, tossing out all claims against Paulina.

# Annex 7

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## SIXTH MONTHLY FEE STATEMENT
## OF KIRKLAND & ELLIS LLP AND KIRKLAND &
## ELLIS INTERNATIONAL LLP FOR COMPENSATION
## FOR SERVICES AND REIMBURSEMENT OF EXPENSES
## AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
## FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| Name of Applicant: | Kirkland & Ellis LLP and Kirkland & Ellis International LLP | |
|---|---|---|
| Applicant's Role in Case: | Counsel to Voyager Digital Holdings, Inc., *et al.* | |
| Date Order of Employment Signed: | August 4, 2022 [Docket No. 234] | |
| Time period covered by this statement: | **Beginning of Period** | **End of Period**[2] |
|  | **December 1, 2022** | **December 31, 2022** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses from December 1, 2022, through December 31, 2022.

KE 94451113

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$1,574,035.20** <br> **(80% of $1,967,544.00)** |
| **Total expenses requested in this statement:** | **$4,644.47** |
| **Total fees and expenses requested in this statement:** | **$1,578,679.67** |
| **This is a(n):**   <u> X </u> Monthly Application   ___ Interim Application ___ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 5, 2022,* dated August 4, 2022 [Docket No. 234], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "<u>Interim Compensation Order</u>"), Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "<u>K&E</u>"), counsel to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby submits this *Sixth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2022 through December 31, 2022* (this "<u>Fee Statement</u>").[3]  Specifically, K&E seeks:  (i) interim allowance of $1,578,679.67 for the reasonable compensation for actual, necessary legal services that K&E rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $1,574,035.20,

---

[3]    The period from December 1, 2022, through and including December 31, 2022, is referred to herein as the "<u>Fee Period</u>."

**Exhibit B**

**Attorneys' and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period

are:

| ATTORNEY | POSITION WITH THE APPLICANT | YEAR ADMITTED | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Olivia Acuna | Associate | 2021 | Restructuring | $910.00 | 54.00 | $49,140.00 |
| Nicholas Adzima | Associate | 2019 | Restructuring | $1,115.00 | 248.30 | $276,854.50 |
| Jack M. Amaro | Associate | 2019 | ECEB - Employee Benefits | $1,035.00 | 0.90 | $931.50 |
| Ziv Ben-Shahar | Associate | 2022 | Restructuring | $660.00 | 14.50 | $9,570.00 |
| Cade C. Boland | Associate | 2021 | Litigation - General | $900.00 | 9.50 | $8,550.00 |
| Psalm Cheung | Associate | 2019 | Antitrust/Competition | $1,115.00 | 4.70 | $5,240.50 |
| Jack Coles | Associate | 2016 | Antitrust/Competition | $1,170.00 | 0.90 | $1,053.00 |
| Sharon Davidov | Associate | 2013 | ECEB - Employee Benefits | $1,035.00 | 1.80 | $1,863.00 |
| Tony Flor | Associate | 2019 | Corporate - Capital Markets | $1,035.00 | 5.50 | $5,692.50 |
| Nikki Gavey | Associate | 2021 | Restructuring | $1,035.00 | 45.50 | $47,092.50 |
| Kim Hill | Associate | 2021 | Litigation - General | $775.00 | 4.70 | $3,642.50 |
| Aleschia D. Hyde | Associate | 2021 | Litigation - General | $900.00 | 7.00 | $6,300.00 |
| Tom Kotlowski | Associate | 2020 | ECEB - Executive Compensation | $910.00 | 0.50 | $455.00 |
| Erika Krum | Associate | 2021 | International Trade | $910.00 | 0.80 | $728.00 |
| Wes Lord | Associate | - | Restructuring | $660.00 | 36.50 | $24,090.00 |
| Melissa Mertz | Associate | 2021 | Restructuring | $910.00 | 75.40 | $68,614.00 |
| Oliver Pare | Associate | 2021 | Restructuring | $910.00 | 35.20 | $32,032.00 |
| Jackson Phinney | Associate | 2019 | ECEB - Employee Benefits | $1,170.00 | 1.90 | $2,223.00 |
| Zak Piech | Associate | 2022 | Restructuring | $660.00 | 72.60 | $47,916.00 |
| Will Pretto | Associate | 2021 | Corporate - General | $795.00 | 97.50 | $77,512.50 |
| Adrian Salmen | Associate | 2021 | Restructuring | $795.00 | 18.20 | $14,469.00 |
| Gelareh Sharafi | Associate | - | Restructuring | $660.00 | 43.30 | $28,578.00 |
| Trevor Snider | Associate | 2001 | Technology & IP Transactions | $1,115.00 | 15.50 | $17,282.50 |
| Evan Swager | Associate | 2020 | Restructuring | $1,035.00 | 68.80 | $71,208.00 |
| Claire Terry | Associate | 2021 | Restructuring | $910.00 | 20.20 | $18,382.00 |
| Sal Trinchetto | Associate | 2021 | Corporate - General | $795.00 | 135.00 | $107,325.00 |
| Lindsay Wasserman | Associate | 2021 | Restructuring | $910.00 | 12.40 | $11,284.00 |
| Katie J. Welch | Associate | 2018 | Litigation - General | $1,035.00 | 8.60 | $8,901.00 |
| Rachel Young | Associate | 2023 | Restructuring | $660.00 | 67.50 | $44,550.00 |
| Bob Allen, P.C. | Partner | 2021 | Litigation - General | $1,425.00 | 11.30 | $16,102.50 |
| Steven M. Cantor | Partner | 2017 | Taxation | $1,305.00 | 6.80 | $8,874.00 |
| Zac Ciullo | Partner | 2014 | Litigation - General | $1,155.00 | 31.60 | $36,498.00 |
| Yates French | Partner | 2008 | Litigation - General | $1,310.00 | 6.50 | $8,515.00 |
| Susan D. Golden | Partner | 1988 | Restructuring | $1,315.00 | 8.80 | $11,572.00 |
| Luci Hague | Partner | 2015 | International Trade | $1,235.00 | 9.30 | $11,485.50 |

| ATTORNEY | POSITION WITH THE APPLICANT | YEAR ADMITTED | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Richard U. S. Howell, P.C. | Partner | 2006 | Litigation - General | $1,435.00 | 33.10 | $47,498.50 |
| R.D. Kohut | Partner | 2004 | ECEB - Employee Benefits | $1,395.00 | 0.90 | $1,255.50 |
| Matthew Lovell, P.C. | Partner | 2002 | Technology & IP Transactions | $1,560.00 | 5.40 | $8,424.00 |
| Mario Mancuso, P.C. | Partner | 1997 | International Trade | $1,830.00 | 0.70 | $1,281.00 |
| Christopher Marcus, P.C. | Partner | 2000 | Restructuring | $1,845.00 | 38.20 | $70,479.00 |
| Alexandra Mihalas | Partner | 1991 | ECEB - Employee Benefits | $1,695.00 | 0.30 | $508.50 |
| Andrea A. Murino, P.C. | Partner | 2002 | Antitrust/Competition | $1,755.00 | 0.50 | $877.50 |
| Jeffery S. Norman, P.C. | Partner | 1992 | Technology & IP Transactions | $1,775.00 | 4.00 | $7,100.00 |
| Christine A. Okike, P.C. | Partner | 2009 | Restructuring | $1,640.00 | 170.30 | $279,292.00 |
| Anne G. Peetz | Partner | 2014 | Corporate - Capital Markets | $1,260.00 | 0.50 | $630.00 |
| William T. Pruitt | Partner | 2004 | Litigation - General | $1,375.00 | 1.90 | $2,612.50 |
| Anthony Vincenzo Sexton | Partner | 2011 | Taxation | $1,490.00 | 5.20 | $7,748.00 |
| Michelle Six | Partner | 2005 | Litigation - General | $1,345.00 | 6.20 | $8,339.00 |
| Michael B. Slade | Partner | 1999 | Litigation - General | $1,645.00 | 52.00 | $85,540.00 |
| Allyson B. Smith | Partner | 2017 | Restructuring | $1,235.00 | 79.70 | $98,429.50 |
| Josh Sussberg, P.C. | Partner | 2004 | Restructuring | $1,845.00 | 12.20 | $22,509.00 |
| Steve Toth | Partner | 2005 | Corporate - M&A/Private Equity | $1,430.00 | 87.70 | $125,411.00 |
| Kate Vera, P.C. | Partner | 2016 | ECEB - Employee Benefits | $1,425.00 | 0.20 | $285.00 |
| Nick Wasdin | Partner | 2012 | Litigation - General | $1,230.00 | 3.90 | $4,797.00 |
| **TOTALS FOR ATTORNEYS** | | | | | **1,684.40** | **$1,857,544.00** |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| PARAPROFESSIONAL | POSITION OF THE APPLICANT | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Nick Guisinger | Junior Paralegal | Litigation - General | $265.00 | 0.70 | $185.50 |
| Jacqueline Hahn | Junior Paralegal | Restructuring | $295.00 | 14.50 | $4,277.50 |
| Abbie Holtzman | Junior Paralegal | Litigation - General | $265.00 | 2.00 | $530.00 |
| Danielle Walker | Junior Paralegal | Restructuring | $295.00 | 0.20 | $59.00 |
| Lydia Yale | Junior Paralegal | Restructuring | $295.00 | 35.10 | $10,354.50 |
| Megan Bowsher | Paralegal | Litigation - General | $365.00 | 3.60 | $1,314.00 |
| Amy Donahue | Paralegal | Restructuring | $405.00 | 2.50 | $1,012.50 |
| Julia R. Foster | Paralegal | Restructuring | $405.00 | 0.30 | $121.50 |
| Julian Gamboa | Paralegal | Litigation - General | $450.00 | 13.00 | $5,850.00 |
| Meghan E. Guzaitis | Paralegal | Litigation - General | $480.00 | 16.90 | $8,112.00 |
| Laura Saal | Paralegal | Restructuring | $480.00 | 16.90 | $8,112.00 |
| Morgan Willis | Paralegal | Restructuring | $365.00 | 2.90 | $1,058.50 |
| Kat Jones | Support Staff | Litigation & Practice Tech | $495.00 | 68.50 | $33,907.50 |
| Maryam Tabrizi | Support Staff | Litigation & Practice Tech | $495.00 | 58.90 | $29,155.50 |
| Kent Zee | Support Staff | Litigation & Practice Tech | $425.00 | 14.00 | $5,950.00 |
| **TOTALS FOR PARAPROFESSIONALS** | | | | **250.00** | **$110,00.00** |

**TOTAL FEES REQUESTED FOR ATTORNEYS AND PARAPROFESSIONALS**      **$1,967,544.00**

# Annex
# 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 27, 2023 at 4:00 p.m. ET** |

**SECOND MONTHLY FEE STATEMENT OF
QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| **Name of Applicant** | **Quinn Emanuel Urquhart & Sullivan, LLP** |
|---|---|
| Authorized to Provide Professional Services to: | the Debtors and Debtors-in-Possession |
| Date of Retention: | January 20, 2023 *nunc pro tunc* to November 13, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,440,414.90 |
| 80% of Compensation sought as actual, reasonable and necessary: | $1,152,331.92 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,920.53 |

This is a(n) monthly __X__ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/07/2023 | Petition Date through December 31, 2022 | $1,536,294.15 | $4,323.07 | N/A | N/A |

**SUMMARY OF BILLING BY PROFESSIONAL**
**FROM JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | 1989 | $1,917.00 | 140.60 | $269,530.20 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 28.10 | $53,867.70 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 36.40 | $69,778.80 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 145.70 | $232,100.10 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 62.30 | $99,243.90 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 20.20 | $29,088.00 |
| Eric D. Winston | Partner | 1999 | 1998 | $1,440.00 | 20.50 | $29,520.00 |
| Anthony Alden | Partner | 2004 | 2003 | $1,440.00 | 26.90 | $38,736.00 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,318.50 | 21.80 | $28,743.30 |
| Emily Kapur | Partner | 2015 | 2015 | $1,246.50 | 77.90 | $97,102.35 |
| **Partner Total** | | | | | **580.40** | **$947,710.35** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 98.90 | $120,163.50 |
| **Counsel Total** | | | | | **98.90** | **$120,163.50** |
| Justine Young | Associate | 2014 | 2013 | $1,183.50 | 12.30 | $14,557.05 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 77.40 | $88,468.20 |
| Samuel Seneczko | Associate | 2019 | 2019 | $985.50 | 112.60 | $110,967.30 |
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 56.30 | $50,923.35 |
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 79.00 | $71,455.50 |
| John Super | Associate | 2021 | 2020 | $904.50 | 8.90 | $8,050.05 |
| Sophie Hill | Associate | 2021 | 2020 | $841.50 | 5.20 | $4,375.80 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 27.00 | $22,720.50 |
| **Associate & Law Clerk Total** | | | | | **378.70** | **$371,517.75** |
| **Lawyers Total** | | | | | **1,058.00** | **$1,439,391.60** |
| Connie Kim | Paralegal | - | - | $432.00 | 7.90 | $3,412.80 |
| **Non Legal Personnel Total** | | | | | **7.90** | **$3,412.80** |
| 50% Non-Working Travel | | | | | | -$2,389.50 |
| **GRAND TOTAL** | | | | | **1,065.90** | **$1,440,414.90** |

**Blended Hourly Rate: $1,351.36**

# Annex 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL LIMITED, et al.,[1] | ) Case No. 21-30427 (DRJ) |
| | ) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | | |
|---|---|---|
| **Name of Applicant:** | Cravath, Swaine & Moore LLP | |
| **Applicant's Role in Case:** | Conflicts Counsel to the Debtors and Debtors-in-Possession | |
| **Date Order of Employment Signed:** | April 5, 2021 [Docket No. 296]; effective as of the Petition Date (February 10, 2021) | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period** |
| | April 1, 2021 | April 30, 2021 |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | $42,143.00 (80% of $52,679.00) | |
| **Total expenses requested in this statement:** | $125.89 | |
| **Total fees and expenses requested in this statement:** | $42,268.89 | |
| **Summary of Attorney Fees Requested:** | | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

## Exhibit B

### Attorneys' Information

| PROFESSIONAL PERSON: | POSITION WITH THE APPLICANT | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Zobitz, George E. | Partner | Financial Restructuring & Reorganization | 1996 | $1,795.00 | 4.00[3] | $7,180.00 |
| Zumbro, Paul H. | Partner | Financial Restructuring & Reorganization | 1998 | $1,795.00 | 8.90 | $15,975.50 |
| Moskowitz, Lauren A. | Partner | Litigation | 2006 | $1,665.00 | 2.90 | $4,799.50 |
| Gerten, Alexander | Associate | Financial Restructuring & Reorganization | 2017 | $985.00 | 23.70 | $23,344.50 |
| King, Harold C. | Associate | Financial Restructuring & Reorganization | 2020 | $830.00 | 0.30 | $249.00 |
| Brown, Conner J. | Associate | Financial Restructuring & Reorganization | N/A | $665.00 | 1.70 | $1,130.50 |
| **Total for Attorneys:** | | | | | **41.50** | **$52,679.00** |

---

[3] Includes 0.3 hours incurred in March but not billed until April.

# Annex 10

Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**COMBINED FIFTH MONTHLY FEE STATEMENT**
**OF LATHAM & WATKINS LLP FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM**
**JANUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| **Name of Applicant** | Latham & Watkins LLP |
| **Applicant's Role in Case** | Special Counsel to Celsius Network LLC, *et al.* |
| **Date Order of Employment Signed** | September 16, 2022 [Docket No. 838] |
| **Period for which compensation and reimbursement is sought** | January 1, 2023 to February 28, 2023 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Date of Hire; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sikora Jr., John | Partner; joined firm in 2014; member of Illinois bar since 1993 | $1,690.00 | 38.5 | $65,065.00 |
| McNeily, Jack | Partner; joined firm in 2018; member of Illinois bar since 2019, member of New York bar since 2014 | $1,390.00 | 367.8 | $511,242.00 |
| VanBrackle, Barrie | Partner; joined firm in 2022; member of District of Columbia bar since 1988 | $1,390.00 | 2.0 | $2,780.00 |
| Waller, Heather | Partner; joined firm in 2011; member of Illinois bar since 2010 | $1,390.00 | 139.0 | $193,210.00 |
| Naftalis, Benjamin | Partner; joined firm in 2015; member of New York bar since 2005 | $1,360.00 | 60.7 | $82,552.00 |
| Reilly, Annemarie | Counsel; joined firm in 2009; member of New York bar since 2010 | $1,460.00 | 21.6 | $31,536.00 |
| Walker, Angela | Associate; joined firm in 2014; member of District of Columbia bar since 2015, member of California bar since 2014 | $1,250.00 | 217.0 | $271,250.00 |
| Belmonte, Celia | Associate; joined firm in 2019; member of New York bar since 2017 | $1,250.00 | 315.5 | $394,375.00 |
| Valenti, Matthew | Associate; joined firm in 2016; member of New York bar since 2017 | $1,250.00 | 254.8 | $318,500.00 |
| Lee, Kirsten | Associate; joined firm in 2019; member of Illinois bar since 2018 | $1,140.00 | 434.7 | $495,558.00 |
| Hazen, Nicholas | Associate; joined firm in 2019; member of New York bar since 2020 | $1,065.00 | 417.4 | $444,531.00 |
| Zenzerovich, Laura | Associate; joined firm in 2019; member of Illinois bar since 2019 | $1,065.00 | 223.3 | $237,814.50 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; member of California bar since 2019, member of Illinois bar since 2009 | $980.00 | 28.1 | $27,538.00 |
| Malo, Ryan | Associate; joined firm in 2022; member of District of Columbia bar since 2021, member of Pennsylvania bar since 2021 | $960.00 | 261.2 | $250,752.00 |

| Name of Professional Individual | Position; Date of Hire; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ramakrishnan, Nayanthika | Associate; joined firm in 2021; member of New York bar since 2022 | $960.00 | 275.1 | $264,096.00 |
| Bushinski, Mikhail | Associate; joined firm in 2022; member of Illinois bar since 2022 | $830.00 | 4.9 | $4,067.00 |
| Reid, Lachanda | Associate; joined firm in 2021; member of Illinois bar since 2021 | $830.00 | 302.2 | $250,826.00 |
| Gissendanner, Gwendolyn | Associate; joined firm in 2022; member of Illinois bar since 2022 | $705.00 | 308.1 | $217,210.50 |
| Levy, Mariah | Associate; joined firm in 2022; member of Illinois bar since 2022 | $705.00 | 223.4 | $157,497.00 |
| Zhao, Zeyu (Richard) | Associate; joined firm in 2022; member of Illinois bar since 2021 | $705.00 | 256.7 | $180,973.50 |
| Barr, Kristina | Senior Paralegal; joined firm in 2002 | $570.00 | 137.8 | $78,546.00 |
| Ito, Todd | Research Librarian; joined firm in 2022 | $505.00 | 1.7 | $858.50 |
| Pinch, Melissa | Research & Library Manager; joined firm in 2021 | $505.00 | 1.8 | $909.00 |
| Sjoholm, Justine | Senior Research Librarian; joined firm in 2011 | $505.00 | 1.3 | $656.50 |
| Tarrant, Christopher | Senior Paralegal; joined firm in 2022 | $490.00 | 3.2 | $1,568.00 |
| Fane, Lauren | Senior Paralegal; joined firm in 2015 | $440.00 | 123.9 | $54,516.00 |
| O'Connor, Jonathan | Litigation Services Analyst; joined firm in 2018 | $440.00 | 1.8 | $792.00 |
| Chau, Kin Man | Practice Technology Project Manager;; joined firm in 2021 | $375.00 | 104.8 | $39,300.00 |
| Stansall, Christine | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 192.7 | $72,262.50 |
| Tildon, Brian | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 18.5 | $6,937.50 |
| **TOTAL** | | | **4,739.5** | **$4,657,719.50** |

# Annex 11

1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132418)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
5  **MUNGER, TOLLES & OLSON LLP**
6  350 South Grand Avenue
   Fiftieth Floor
7  Los Angeles, California 90071
   Telephone:    (213) 683-9100
8  Facsimile:    (213) 683-3702

9

10  *Attorneys for Reorganized Debtors*

11

12

13

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  In re: | Bankruptcy Case No. 19-30088 (DM) |
| 15  PG&E CORPORATION, | Chapter 11 |
| 16       - and – | (Lead Case) |
| 17  PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| 18                          Debtors. | **MONTHLY FEE STATEMENT OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2020 THROUGH JULY 1, 2020** |
| 19  ☐ Affects PG&E Corporation | |
| 20  ☐ Affects Pacific Gas and Electric Company | |
| 21  ☒ Affects both Debtors | **Objection Deadline: Sept. 15, 2020** |
| 22  *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **4:00 p.m. (Pacific Time)** |
| 23 | [No hearing requested] |

24

25

26

27

28

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Munger, Tolles & Olson LLP |
| Authorized to Provide Professional Services to: | Counsel for Debtors and Debtors in Possession |
| Date of Retention: | January 29, 2019[1] |
| Period for which compensation and reimbursement are sought: | June 1, 2020 through July 1, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,325,885.52 (80% of $1,657,356.90) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4,947.50 |

Munger, Tolles & Olson LLP ("**MTO**" or "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the **"Debtors"**) for certain matters, hereby submits its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2020 through July 1, 2020 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, the Applicant requests payment of $1,325,885.52 (80% of $1,657,356.90) as compensation for professional services rendered to the Debtors during the Fee Period and payment of $4,947.50 (representing 100% of the expenses incurred) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a

---

[1] The *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters for the Debtors Effective as of the Petition Date* [Dkt No. 1677] was entered on April 25, 2019 (the "**Retention Order**").

# EXHIBIT A

**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2020 THROUGH JULY 1, 2020**

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from June 1, 2020 through July 1, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 84.1 | $85,782.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 57.7 | $86,550.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 45.3 | $43,035.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 27.1 | $28,726.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 133.0 | $175,560.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 0.5 | $575.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 9.6 | $10,176.00 | Appellate |
| Seth Goldman | Partner | 2002 | $1,150.00 | 141.9 | $163,185.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 2.6 | $2,470.00 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,220.00 | 30.6 | $37,332.00 | Corporate |
| Kelly LC Kriebs | Partner | 1999 | $1,150.00 | 52.6 | $60,490.00 | Corporate |
| Jeremy A. Lawrence | Partner | 2010 | $920.00 | 4.6 | $4,232.00 | Litigation |
| C. David Lee | Partner | 2000 | $1,220.00 | 10.6 | $12,932.00 | Corporate |
| Fred A. Rowley, Jr. | Partner | 1997 | $1,060.00 | 0.2 | $212.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $1,060.00 | 41.4 | $43,884.00 | Litigation |
| Donald B. Verilli | Partner | 1983 | $1,500.00 | 3.2 | $4,800.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 154.1 | $215,740.00 | Litigation |
| Jeffrey Y. Wu | Partner | 2007 | $950.00 | 16.4 | $15,580.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $990.00 | 0.9 | $891.00 | Appellate |
| Kimberly A. Chi | Of Counsel | 2006 | $920.00 | 8.2 | $7,544.00 | Finance |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 234.3 | $208,527.00 | Litigation |
| Nick Axelrod | Associate | 2013 | $845.00 | 120.0 | $101,400.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 45.9 | $35,802.00 | Litigation |
| Graham B. Cole | Associate | 2015 | $820.00 | 77.6 | $63,632.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 129.7 | $63,553.00 | Litigation |
| Nicholas D. Fram | Associate | 2012 | $860.00 | 5.4 | $4,644.00 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Brendan Gants | Associate | 2016 | $820.00 | 13.6 | $11,152.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 0.5 | $332.50 | Litigation |
| Skylar B. Grove | Associate | 2015 | $780.00 | 18.8 | $14,664.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $780.00 | 17.6 | $13,728.00 | Litigation |
| Natalie A. Karl | Associate | 2017 | $665.00 | 50.8 | $33,782.00 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 13.5 | $7,627.50 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 6.7 | $4,455.50 | Litigation |
| Alexandra Peacock | Associate | 2017 | $725.00 | 2.8 | $2,030.00 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 15 | $11,700.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 91.2 | $66,120.00 | Litigation |
| Cobus van der Ven | Associate | 2017 | $665.00 | 2.8 | $1,862.00 | Litigation |
| Michael Y. Doko | Staff Counsel | 1998 | $430.00 | 16.0 | $6,880.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $490.00 | 22.9 | $11,221.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $490.00 | 3.0 | $1,470.00 | N/A |
| Allison E. Rector | Staff Counsel | 2018 | $430.00 | 5.2 | $2,236.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 139.2 | $48,024.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 7.7 | $2,656.50 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 1.3 | $448.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 8.8 | $3,476.00 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 12.9 | $5,869.50 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 2.5 | $1,137.50 | N/A |
| **Total Professionals:** | | | | **1,890.3** | **$1,728,126.50** | |
| Kelly LC Kriebs (Credit for May 1, 2020-May 31, 2020 fee period.) | Partner | 1999 | | | -$30,446.96 | |
| Kelly LC Kriebs (Credit for June 1, 2020-July 1, 2020 fee period.) | Partner | 1999 | | | -$40,322.64 | |
| **Total Hours/Fees** | | | | **1,890.3** | **$1,657,356.90** | |

# Annex 12

## *As Billing Rates Skyrocket, Historic Fee Leaders Find Company at $2,000 Per Hour*

*By Dan Roe*
*July 28, 2022*
*Appears in: The American Lawyer,Law.com,New Jersey Law Journal*

*This story contains an interactive component. To view the story with the interactive component,* **click here.**

In the past few decades, four law firms—Weil, Gotshal & Manges; Kirkland & Ellis; Skadden, Arps, Slate, Meagher & Flom; and Latham & Watkins—have represented close to one-third of large public companies in Chapter 11 bankruptcy proceedings. For their services, the firms have traditionally charged higher rates than other large firms with less extensive bankruptcy practices. But their fee dominance may be beginning to wane.

Last year, the average rate for top-billing partners among the four historically dominant firms was $1,838. By comparison, top-billing partners among a group of seven Am Law 100 firms with smaller restructuring practices averaged $1,674. This year, not only are rate hikes up across the board—our total group of 11 firms raised rates an average of 12.3% in 2022 versus 5.3% in 2021—but Big Law's other bankruptcy practitioners are catching up with the leaders, drawing even and in some cases surpassing the rates in the top four.

While the seven smaller firms comprise 5.5% of large debtor representations since 1979—the opening date for the Florida-UCLA-LoPucki Bankruptcy Research Database—a review of their recent fee applications revealed they charged an average of $1,979 for top-billing partners this year, $21 shy of the top four firms' average of $2,000.

Several firms leapfrogged the $2,000 mark in recent fee applications. Having charged $1,735 for 2021 work in the April 2020 bankruptcy of Diamond Offshore Drilling, Paul, Weiss, Rifkind, Wharton & Garrison restructuring co-chair Paul Basta upped his rate to $2,025 for 2022.

In the July bankruptcy of cryptocurrency lender Voyager Digital, Quinn Emanuel Urquhart & Sullivan restructuring chair Susheel Kirpalani offered a 10% discount on his rack rate of $2,130. The firm had previously asked for up to $1,595 for top-billing partners in the 2020 J.C. Penney bankruptcy.

And in May, Hogan Lovells partner and frequent SCOTUS litigator Neal Katyal asked for $2,450 per hour for his work on the bankruptcy of LTL Management, a company created last year to allow Johnson & Johnson to offload its liability for nearly 40,000 lawsuits linking its talc-based baby powder to cancer. (Katyal may be an outlier for Hogan—the firm asked for a maximum rate of $1,780 in 2022 fee applications for its work on the bankruptcy of opioid manufacturer Mallinckrodt Pharmaceuticals—so his rate was excluded from our averages.)



© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

In the past year, three of the top four firms raised their top partner rates less significantly, with Kirkland recording the smallest year-over-year rate hike at 5%. Meanwhile, Latham & Watkins pushed rates up 14.6%, to $2,075 from $1,810.

In an interview, UCLA law professor Lynn LoPucki said the incentives of bankruptcy lawyers and judges facilitate frequent and aggressive rate hikes. "There's no market. These are debtors' attorneys fees being paid with other people's money, so it's better to transmit a symbol that we are really good because we charge $2,000 an hour," said LoPucki, whose Florida-UCLA-LoPucki Bankruptcy Research Database tracks large bankruptcies. "That's better than the message of we'll do your case for less, because the debtor doesn't care if it gets done for less. The courts are supposed to be controlling the fees, but they know there's no market."

Last year was historically quiet for commercial Chapter 11, with just eight large public restructurings (by LoPucki's definition, which includes public companies with $100 million or more in assets by 1980 dollars or about $360 million today). But 2020 had 56 large bankruptcies, and those involving major retailers or manufacturers with significant tort liability continue to generate fees.

Total fees—not hourly rates—are how Big Law firms run up extreme tabs, LoPucki said. By January 2022, the 2018 Sears bankruptcy had generated more than $250 million in professional fees, with more than $150 million going to Weil Gotshal, Akin Gump Strauss Hauer & Feld, and advisory firm FTI Consulting.

"You can take a rate and say to someone, 'You didn't charge that hourly rate on your last case,'" LoPucki said. "But it's pretty hard to argue hours—nobody can show how long a particular case should take." In regression analyses, LoPucki found that rates were ineffective at predicting the total cost of a bankruptcy, whereas debtor assets, days between petition filing and confirmation, and the total number of professionals working on a bankruptcy were more telling variables.

And with the advent of prepackaged, 24-hour bankruptcies, such as the 2021 bankruptcy of department store chain Belk, firms may avoid public fee applications altogether.

"[Kirkland] filed documents saying they were going to apply, the court signed orders saying they were going to apply, and then they never applied. They beat the fee disclosure system almost completely," LoPucki said. "Of course, Kirkland & Ellis does not tell us how much the fees were before or after the bankruptcy, so they may have run up huge fees getting ready for the prepackaged case."

So while Katyal's $2,450 hourly rate may have been bold, New Jersey Bankruptcy Judge Michael B. Kaplan ultimately approved it after several objections. And as a handful of bankruptcy judges balance multiyear bankruptcies of opioid manufacturers, recent crypto Chapter 11s, and predicted insolvency in retail, LoPucki said rate pushback is unlikely, especially in favorable courts in Texas and Delaware.



© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

"If someone comes in and shows a judge that an attorney billed more than 24 hours in a day, that judge is going to come back to fees," LoPucki said. "But if it's simply that these fees are really high … the courts are competing for cases. The courts that get almost all of the cases are not going to cut the fees."

*This story was updated to more accurately reflect LoPucki's definition of favorable bankruptcy courts.*

*How we reported this article: We identified large bankruptcies by the Florida-UCLA-LoPucki Bankruptcy Research Database and searched bankruptcy court records for fee applications in Chapter 11 bankruptcies between 2018 and 2022, arriving at a list of 11 Am Law 100 firms with approved fee applications in 2020, 2021, and 2022. Our top-billing-rate statistics cite the high end of firms' stated billing rates in their fee applications, which may vary by partner staffing. Our analysis found fee data for a 12th firm, Quinn Emanuel, in 2020 and 2022 but not 2021, so the firm was only included in our chart of 2022 top-billing rates.*

Copyright ALM Properties, Inc. All rights reserved.

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

New Jersey Law Journal, As Billing Rates Skyrocket, Historic Fee Leaders Find Company at $2,000 Per Hour

# General Information

**Date Filed**                 Thu Jul 28 00:00:00 EDT 2022

**Citation**                   DK:hdi45edkmik; hdi45edkmik

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Bloomberg Law®

# Annex 13

Bloomberg Law News 2023-04-17T15:30:25078990714-04:00

# Rising Rates Are Law Firms' Salve Amid Layoffs, Pay Cuts (1)

By Roy Strom 2023-01-19T05:30:06000-05:00

*Welcome back to the Big Law Business column on the changing legal marketplace written by me, Roy Strom . Today, we look at how much law firms are raising rates in 2023. Sign up to receive this column in your Inbox on Thursday mornings.*

Headlines about the law firm business seem gloomy.

Some firms are laying off associates. Many are set to pay partners significantly less than they did a year ago. Most expect another year of depressed transactional and capital markets work—a huge driver of profits.

But cheer up, law firm managing partners. It looks like your business is still great at an extremely important thing—raising billing rates.

A handful of Big Law firms and mid-size firms have raised their highest partner billing rates nearly 10% on average this year, a search of bankruptcy dockets shows. And top-paid associates are being billed out at 9% higher than last year's rates, the search showed.

The data lines up with an earlier report showing that law firms expect to raise rates by 8% this year, the largest figure in 15 years, according to Wells Fargo's Legal Specialty Group.

Video: The Billable Hour: Why Big Law Just Can't Quit It

At the time of the Wells report, I wrote it was another example of Big Law's ability to defy basic economics. The number of lawyers at Big Law firms shot up last year, while demand for their time has fallen. And yet, the price for "top legal talent" is on the rise.

When supply increases and demand falls, prices typically decline—at least in normal markets.

Longtime followers of the business of law won't be surprised the firms are following through with rate



Rising Rates Are Law Firms' Salve Amid Layoffs, Pay Cuts (1)

hikes. It's an annual pastime. Law firms, in this respect and others, largely act as one.

The firms don't readily advertise their billing rates. But bankruptcy courts provide a source of transparency. Firms are required to disclose how much they bill, and they notify courts—and bankruptcy watchdogs at the U.S. Trustees' offices—when they plan to raise rates.

This year, at least 11 law firms have notified courts they are charging more for their services.

## No Sale

Law firms were expected to raise rates around 8% on average this year, and many appear to be following through.

| Firm | Top-Paid Partner New | Top-Paid Partner Old | % Change |
|---|---|---|---|
| Mayer Brown | $1,940 | $1,635 | 18.7% |
| Cole Schotz | $1,200 | $1,050 | 14.3% |
| Ice Miller | $1,110 | $975 | 13.8% |
| Kirkland & Ellis | $2,245 | $1,995 | 12.5% |
| Akin Gump | $2,145 | $1,995 | 7.5% |
| Latham & Watkins | $2,230 | $2,075 | 7.5% |
| Weil Gotshal | $2,095 | $1,950 | 7.4% |
| Paul Weiss | $2,175 | $2,025 | 7.4% |
| Paul Hastings | $2,075 | $1,935 | 7.2% |
| Brown Rudnick | $2,250 | $2,100 | 7.1% |
| Freshfields | $1,995 | $1,925 | 3.6% |
| Average | | | 9.7% |

Source: Bloomberg Law analysis of bankruptcy dockets.
Note: Some rates are "firm-wide," while others pertain only to an individual bankruptcy matter.

Bloomberg Law

There is some noise in the data.

For instance, some firms appear to present firm-wide billing rates—telling us how much their highest and lowest-paid partners, counsel and associates charge. Other firms report a range that only includes the lawyers they expect to work on an individual Chapter 11 case.

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Mayer Brown's 18.7% rate increase resulted from a new partner being added to the bankruptcy case who did not work on the matter in 2022. The partner billing the $1,940 an hour rate had an increase from last year of 9%, a firm spokeswoman said.

Still, the year-over-year changes are a good look at how much firms are raising rates for similar lawyers.

## Associate Rates Rising

Law firms have told bankruptcy courts their associates will cost 9% more on average in 2023.

| Firm | Top-Paid Associate New | Top-Paid Associate Old | % Change |
| --- | --- | --- | --- |
| Akin Gump | $1,250 | $1,045 | 19.6% |
| Weil Gotshal | $1,345 | $1,200 | 12.1% |
| Kirkland & Ellis | $1,395 | $1,245 | 12.0% |
| Mayer Brown | $1,075 | $970 | 10.8% |
| Ice Miller | $665 | $610 | 9.0% |
| Cole Schotz | $730 | $670 | 9.0% |
| Paul Weiss | $1,380 | $1,280 | 7.8% |
| Latham & Watkins | $1,400 | $1,300 | 7.7% |
| Paul Hastings | $1,320 | $1,230 | 7.3% |
| Freshfields | $1,375 | $1,325 | 3.8% |
| Brown Rudnick | $975 | $975 | 0.0% |
| Average | | | 9.0% |

Source: Bloomberg Law analysis of bankruptcy dockets
Note: Some rates are "firm-wide," while others pertain only to an individual bankruptcy matter.

Bloomberg Law

While it was still somewhat rare for firms to report a partner billing $2,000 an hour last year, that threshold seems likely to be broken by most large firms this year. Four of the 11 firms broke that barrier this year—Kirkland & Ellis, Akin Gump, Weil Gotshal, and Paul Hastings. Freshfields was just $5 shy.

Most firms—six of the 11—rose partner rates in the 7% range.

## Bloomberg Law®

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

There was less consistency in the hikes for associates—only three of the firms were in the 7% range, and two firms rose rates 9%.

One interesting nugget from the data was that the two smallest firms on the list—Ice Miller and Cole Schotz—had some of the highest percentage increases from last year.

One simple explanation: They have a long way to go before they bump up against the highest end of the market.

And that top end of the market is sure to go higher from here.

# Worth Your Time

**On FTX:** Removing Sullivan & Cromwell from the FTX bankruptcy would "severely, if not irreparably" harm customers and creditors, the crypto exchange's CEO John Ray told a judge. Justin Wise reports on the "army" of the firm's lawyers that have worked around the clock for the past two months—and why they say they have no conflict despite advising the company before its downfall.

**On IPOs:** It was a dismal year for US initial public offerings, with just $18 billion raised compared to $275 billion in 2021. I wrote about Big Law's busiest capital markets firms, which suffered a decline of 90% or more in deal value.

**On Weil:** Weil Gotshal has hired nearly 20 lawyers in Washington since 2021, indicative of a "strategic investment" the firm is making in the nation's capital, Justin reports.

**That's it for this week! Thanks for reading and please send me your thoughts, critiques, and tips.**

(Adds detail on Mayer Brown rate increase in paragraph 13.)

To contact the reporter on this story: Roy Strom in Chicago at rstrom@bloomberglaw.com

To contact the editors responsible for this story: Chris Opfer at copfer@bloomberglaw.com; John



© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Hughes at jhughes@bloombergindustry.com

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Rising Rates Are Law Firms' Salve Amid Layoffs, Pay Cuts (1)

## Related Articles

Big Law Defies Economics as Firms Prepare Record Rate Increases

Big Law Rates Topping $2,000 Leave Value 'In Eye of Beholder'

Never Underestimate Big Law's Ability to Raise Billing Rates

**Bloomberg Law** ®

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

# Annex 14

# Bartlit Beck Herman Palenchar & Scott llp

"Litigation Boutique of the Year."

*American Lawyer*



"Unique Model. Unmatched Results."

*American Lawyer*







"An unparalleled record of success."

*National Law Journal*



"The nation's leading defense boutique."

*National Law Journal*

# A FIRM OF TRIAL LAWYERS



**"They try their cases, not just litigate them."**
*American Lawyer*

**"More super-sized trials in five years than any other U.S. firm."**
*Euromoney Legal Publications*

**"Near monopoly on lawyers with trial experience."**
*American Lawyer*

**"A roster of litigation stars."**
*National Law Journal*

**"Each time they bring a new lawyer out, you think, 'My goodness, this guy is just as good as the last guy.'"**
*James Grasty,*
*Assistant General Counsel, Merck*

**"Even the rookies at Bartlit Beck ... are heavy hitters"**
*American Lawyer*

**"It was like this firm just dropped from heaven."**
*Thomas Sager,*
*General Counsel, DuPont*

We are a firm of trial lawyers, not litigators. Our lawyers are in court trying cases, examining witnesses and arguing to judges and juries on a regular basis. We approach pre-trial discovery as a tool to help prepare us to tell a convincing story at trial, not as an end in itself. We do not waste time on activities that build up hours but are unlikely to contribute to a successful outcome.

Ask the lawyers handling your most important matters how many cases they've actually tried to verdict. Our young lawyers have tried more cases than most senior lawyers at the large firms.

Bartlit Beck is one of the most selective firms in the country, hiring only a few top candidates each year. Our firm has remained relatively small to maintain its quality. We don't hire laterals. We grow our lawyers from within. Our lawyers get "on their feet" experience early and often.

Compare our collection of resumes to any firm in the country. You won't find any better.

- 55% Federal judicial clerks
- 20% U.S. Supreme Court clerks
- 10% Graduated first in their class
- 10% Editor-in-Chief of their Law Review
- Rhodes Scholars, Marshall Scholars, PhDs

Of course, not all cases go to trial. But we have found that our clients get the best settlements when the opposition is convinced that we will go to trial. With our recognition as a premier trial firm and our preparedness to go to trial, our clients get a substantial advantage at the settlement table as well. Good trial lawyers get good settlements.

# EXPERIENCE THAT'S HARD TO COME BY



**"Trials are on the verge of extinction."**
*New York Times*

**Less than 2% of federal civil cases go to trial.**
*Administrative Office of the United States Courts*

**"The disappearing trial has created a troubling ripple effect for the legal profession: rapidly dwindling opportunities for lawyers to hone their litigation skills, resulting in a generation of young attorneys who have rarely – if ever – stepped foot in a courtroom."**
*Boston Globe*

**"Few civil practitioners entering practice today can reasonably expect to try a significant number of cases over their entire careers."**
*Boston Globe*

With trials becoming increasingly rare, it is difficult to find lawyers with trial experience. The truly seasoned professional trial lawyer is almost a thing of the past. So who is trying the few complex commercial cases that go to trial? Bartlit Beck.

As shown in the chart below, over half our lawyers – partners and associates alike – have tried cases in each of the past five years. Our lawyers average 30-50 trial days per year. **As the** *American Lawyer* **recognized, Bartlit Beck has a "near monopoly on lawyers with trial experience."**



Our trial experience gives us an advantage in knowing what really matters at trial. Because we know what matters at trial, clients feel comfortable turning to Bartlit Beck at all stages of a case. We handle cases from the outset and set in place a winning strategy, from before the first papers are filed all the way through the trial and any appeal. We have also developed a reputation for joining cases mid-stream when a client realizes that it needs sophisticated trial counsel. Whether we were involved in filing the complaint or took over shortly before trial, Bartlit Beck has achieved an unparalleled record of success.



# APPROACH TO TRIAL

"In terms of … the ability to crystallize the most complex legal and factual environments in a graphic communication easily understood by court or jury … Bartlit Beck lifts the definition of world class law firm to a new level."

*Bert Cornelison,*
*General Counsel,*
*Halliburton Company*

"As I watched the Bartlit Beck team at trial, I could not have imagined a more focused and professional effort. Every cross-examination was crisp and cutting. Every witness we presented told a story and defended it calmly. This was precisely how a case should be presented in trial."

*William J. Brennan,*
*General Counsel, BISSELL Inc.*

"One of the three best law firms in America."

*Michael Roster, Former General Counsel of Stanford University and Former Chairman of the Association of Corporate Counsel*

We make complex things simple. That's why we win.

We don't pick up all the rusty nails. We focus on what matters and what makes a difference. We focus on trial. All the time.

We win by showing the jury the evidence, rather than telling them why they should come out our way. We help them reach the right decision on their own.



To that end, we use technology to find, filter and present the key evidence. We use demonstratives and graphics to boil down the key concepts to a few memorable images, which become the anchors of our theory of the case.

We establish ourselves with the judge and jury as the teacher, the reliable source of information. Our credibility is everything.

We apply this approach to all types of complex commercial cases, including patent infringement claims, MDL product liability actions, accountants' liability cases, antitrust and breach of contract matters, and most other high-stakes litigation.

We also try cases all over the country, in federal and state court. We are just as comfortable in federal court in Chicago as we are in state court in Texas.

# APPROACH TO FEES

Our approach to fees is unique, but simple. We believe our interests should be aligned with our clients'. To that end, we think we should get paid more if we win and less if we lose.

**"Bartlit Beck's approach to billing is a breath of fresh air."**
*Russ Strobel,*
*Chairman and CEO, Nicor, Inc.*

We do not bill by the hour. A law firm should not get paid more the longer it takes it to do the same task. Yet that is exactly the incentive hourly billing promotes. As the *New York Times* recently recognized, "the practice of billing for each hour worked can encourage law firms to prolong a client's problem rather than solve it." Our approach to fees is different.

**Bartlit Beck "pioneered the use of alternative billing arrangements."**
*Gardner G. Courson,*
*Former General Counsel,*
*Tyco Fire & Security*

Our fees don't depend on how long we can spend on a task or how many associates we can put on it. Our fees depend on our success.

**Bartlit Beck "thrives on alternative fee arrangements."**
*ABA Commission*
*on Billable Hours*

We employ a variety of fee arrangements, including flat monthly fees, partial contingency fees, and similar alternatives. In virtually every matter, some portion of our fee is based on the outcome of the case.

Our fees are fixed and certain, unlike the unpredictable hourly billing and the ever-changing and always-exceeded "budget" provided by most firms. Most of all, we are flexible, we share the risk, and our interests are aligned with our clients'.

This approach works for us because we leverage our experience and efficiency to get a positive result, rather than leveraging an army of associates to run up the hours.

# OUR OFFICES



Even our work spaces are unique.

Our Chicago offices occupy the turn-of-the-century Cook County courthouse. This historic landmark is where Clarence Darrow made his legendary plea against the death penalty defending Leopold and Loeb and where Shoeless Joe Jackson and the Chicago "Black Sox" were tried and acquitted of throwing the 1919 World Series. Carl Sandburg covered the trials from the press room.



We have a full-scale Courtroom, which we use for jury simulations, trial preparation and mock arguments. Our main conference room – the "Forum" – is a basketball court.

Our architectural award-winning Denver offices are located in Denver's historic Lower Downtown ("LoDo") neighborhood. Our Denver Forum looks over the Rocky Mountains and our client reception area has its own climbing wall.

Every aspect of our offices reflects our core beliefs in team play, a creative approach and winning results. As the *American Lawyer* recognized: "The layout tells you something about the firm."

Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, Illinois 60654
312.494.4400

1899 Wynkoop Street
Suite 800
Denver, Colorado 80202
303.592.3100



# Annex 15

# 2022 Honorees



# Download The American Lawyer Industry Awards 2022 Program

**The American Lawyer**                    **Corporate Counsel**

# The American Lawyer Industry Awards

## Lifetime Achievement Award Winners

- Dr. Clarence B. Jones, retired emeritus director, The USF Institute for Nonviolence and Social Justice and former personal counsel and speechwriter for Dr. Martin Luther King, Jr.

- Ambassador Charlene Barshefsky, Wilmer, Cutler, Pickering, Hale and Dorr

- James Sandman, Legal Services Corporation & the University of Pennsylvania Carey School of Law Future of the Profession Initiative

- Harriet Miers, Locke Lord

- Carter Phillips, Sidley Austin

## Law Firm Distinguished Leader

- Gordon "Gordy" Davidson, Fenwick & West

## Attorney of the Year Finalists

- Jeffrey Kessler, Winston & Strawn, for his groundbreaking work in the area of sports law, impacting the rights and financial opportunities of thousands of athletes

- Sigrid McCawley, Boies Schiller Flexner, for her steadfast work representing victims of sexual abuse

- **Rep. Jamie Raskin, U.S. House of Representatives, for his passionate work supporting mental health in the profession and rule of law — WINNER!**

- Debra Wong Yang, of Gibson, Dunn & Crutcher and Tai Park of Quinn Emanuel Urquhart & Sullivan, for their dedicated work leading the industry's Alliance for Asian American Justice

## Law Firm of the Year Finalists

- Cleary Gottlieb Steen & Hamilton

- Davis, Polk & Wardwell

- McDermott Will & Emery

- Paul Hastings

- Quinn Emanuel Urquhart & Sullivan

- **Ropes & Gray — WINNER!**

- Sidley Austin

# Best Business Team Finalists

- **Ballard Spahr — WINNER!**

- Greenberg Traurig

- McGuireWoods

- Reed Smith

- Troutman Pepper

# Best Client-Law Firm Team Finalists

- **Davis Wright Tremaine and Flynn Restaurant Group — WINNER!**

- McDermott Will & Emery and Meta

- Morgan Lewis & Bockius and 23andMe

- Ropes & Gray and Audax Group

- Steptoe & Johnson LLP and DISH Networks

- Williams & Connolly and CVS Health Corporation

# Best Diversity Initiative Finalists

- Cadwalader, Wickersham & Taft

- McDermott Will & Emery

- **Orrick, Herrington & Sutcliffe — WINNER!**

- Shook Hardy & Bacon

- Sidley Austin

- Wilmer Cutler Pickering Hale and Dorr

# Best Mentor Finalists: In-House

- **Dorothy Capers, Xylem — WINNER!**

- Shelley Webb, PagerDuty

# Best Mentor Finalists: Law Firm

- Daniel Bookin, O'Melveny & Myers

- David Farhat, Skadden, Arps, Slate, Meagher & Flom

- **Dionysia Johnson-Massie, Littler Mendelson — WINNER!**

- Coral Negron, Jenner & Block

- Ellen Dwyer, Crowell & Moring

- Scott Ellis, Foley & Lardner

- Joseph Centeno, Buchanan Ingersoll & Rooney

# Best Provider Collaboration Finalists

- Akin, Gump, Strauss, Hauer & Feld and CASA

- **Kaplan Hecker & Fink; Paul, Weiss, Rifkind, Wharton & Garrison; and Cooley — WINNER!**

- McGuireWoods, VCU Health, and Dominion Energy

# Best Use of Technology Finalists

- Ballard Spahr

- McDermott Will & Emery

- Fox Rothschild

- Berry Appleman & Leiden

- **Goodwin — WINNER!**

- DLA Piper

# Corporate Purpose Award Finalists

- **Akin, Gump, Strauss, Hauer & Feld — WINNER!**

- Greenberg Traurig

- Latham & Watkins

- Morgan, Lewis & Bockius

- Ropes & Gray

- Willkie Farr & Gallagher

# Legal Services Innovation Finalists

- Honigman

- McGuireWoods

- Reed Smith

- NEXT powered by Shulman Rogers

- **Simpson Thacher & Bartlett — WINNER!**

- Wilson Sonsini Goodrich & Rosati

# Litigator of the Year Finalists

- **Allison Brown, Skadden, Arps, Slate, Meagher & Flom — WINNER!**

- Daralyn Durie, Durie Tangri

- John Hueston, Hueston Hennigan

- Richard Jones, Sullivan & Worcester

- Enu Mainigi, Williams & Connolly

- Josh Rosenkranz, Orrick, Herrington & Sutcliffe

- Kannon Shanmugam, Paul, Weiss, Rifkind, Wharton & Garrison

# National Boutique / Specialty Litigation Dept. of the Year Finalists

- **Bartlit Beck — WINNER!**

- Cohen Ziffer Frenchman & McKenna

- Durie Tangri

- Kaplan Hecker & Fink

- Irell & Manella

- Rivero Mestre

- Stris Maher

# Regional Litigation Finalists—California

- Cooley

- **Gibson, Dunn & Crutcher — WINNER!**

- Kirkland & Ellis

- Hunton Andrews Kurth

- Covington & Burling

# Regional Litigation Finalists—Florida

- Hogan Lovells

- McDermott Will & Emery

- **Shook, Hardy & Bacon — WINNER!**

# Regional Litigation Finalists—New Jersey

- **Greenberg Traurig — WINNER!**

- McCarter & English

# Regional Litigation Finalists—Pennsylvania

- Cozen O'Connor

- Jones Day

- **Morgan, Lewis & Bockius — WINNER!**

## Regional Litigation Finalists—Texas

- Baker Botts

- Gibson Dunn & Crutcher

- **Jones Day — WINNER!**

- Sidley Austin

## Regional Litigation Finalists—Georgia

- Greenberg Traurig

- **King & Spalding — WINNER!**

- Nelson, Mullins, Riley & Scarborough

## Tony Mauro Award Winners

- George Freeman and Lee Levine of the Media Law Resource Center

- Ashley Messenger of NPR

## Young Lawyer of the Year Finalists (Beyond Practice)

- Andrew Clark, Latham & Watkins

- Devon Galloway, Zuckerman Spaeder

- Lauren Champaign, Foley & Lardner

- Kimberlynn Davis, Kilpatrick Townsend & Stockton

- John Gray, Perkins Coie

- Kyle Kimpler, Paul, Weiss, Rifkind, Wharton & Garrison

- **Shelisa Thomas, Skadden, Arps, Slate, Meagher & Flom — WINNER!**

- Mary Olson, Shook, Hardy & Bacon

## Young Lawyer of the Year Finalists (Corporate)

- C.J. Fisher, Fox Rothschild

- Darwin Huang, Kasowitz Benson Torres

- Emily Johnson, Wachtell Lipton Rosen & Katz

- Dohyun Kim, Skadden, Arps, Slate, Meagher & Flom

- Daniel Lynch, Akin, Gump, Strauss, Hauer & Feld

- **John Pitts, Kirkland & Ellis — WINNER!**

- Laura Turano, Paul Weiss

- Lawrence Lee, Baker McKenzie

- Oulu (Lulu) Wang, Finnegan, Henderson, Farabow, Garrett & Dunner

## Young Lawyer of the Year Finalists (Litigation)

- Eugene Novikov, Durie Tangri

- Gary S. Ward, Wiley Rein

- Jonathan Tam, Dechert

- Joseph Reiter, Hueston Hennigan

- Megan Gerking, Morrison & Foersterv

- **Lee Popkin, Proskauer — WINNER!**

- Matthew Zorn, Yetter Coleman

# Law Firm Corporate Practices of the Year

## Corporate Attorney of the Year Finalists

- Michael Aiello, Weil, Gothsal & Manges

- **Atif Azher, Simpson Thacher & Bartlett — WINNER!**

- Scott Barshay, Paul, Weiss, Rifkind, Wharton & Garrison

- Cheryl Chan, Davis Polk & Wardwell

- Tad Freese, Latham & Watkins

- Ken Lefkowitz, Hughes Hubbard & Reed

- Rezwan Pavri, Wilson Sonsini Goodrich & Rosati

- Tessa Schwartz of Morrison & Foerster

# General Category Finalists

- Cravath, Swaine & Moore

- Davis Polk & Wardwell

- Kirkland & Ellis

- **Latham & Watkins — WINNER!**

- Simpson Thacher & Bartlett

- Skadden, Arps, Slate, Meagher & Flom

- Weil, Gotshal & Manges

# Health Care/Pharmaceuticals Category Finalists

- Goodwin

- McDermott Will & Emery

- Morgan, Lewis & Bockius

- Paul, Weiss, Rifkind, Wharton & Garrison

- **Ropes & Gray — WINNER!**

- Sheppard, Mullin, Richter & Hampton

# Energy Category Finalists

- Bracewell

- Latham & Watkins

- **Vinson & Elkins — WINNER!**

# Tech/Telecom Category Finalists

- **Cooley — WINNER!**

- Davis Polk & Wardwell

- Goodwin

- Latham & Watkins

- Simpson Thacher & Bartlett

- Sullivan & Cromwell

- Wilson Sonsini Goodrich & Rosati

## Mid-/Small-Cap Category Finalists

- Akerman

- Cozen O'Connor

- King & Spalding

- **McDermott Will & Emery — WINNER!**

- Nelson Mullins Riley & Scarborough

- Reed Smith

- Ropes & Gray

----------------------------------------------------------------------------------------------------

**Opt in to receive communications for these awards.**
**(https://fs8.formsite.com/sbmedia/lo2ihoogth/index.html)**



............................................................................................

**f** (https://www.facebook.com/LawdotcomALM/)    **🐦** (https://twitter.com/lawdotcom)

**in** (https://www.linkedin.com/company/law-com/)

**ALM.** (https://www.alm.com/events)   Copyright © 2023 ALM Global, LLC. All Rights
Reserved. Privacy Policy (https://www.alm.com/privacy-summit). Terms of Use
(https://www.alm.com/terms-of-use).

# Annex 16

# THE AMERICAN LAWYER

www.americanlawyer.com

**JANUARY 2009**

SPECIAL ISSUE






# LITIGATION
## *Boutique*
### OF THE YEAR






**WINNER • BARTLIT BECK**








An **incisive**media publication



**WINNER • BARTLIT BECK**

**BARTLIT BECK**

**BARTLIT BECK'S CLIENTS SAY**
"It was like this firm just dropped from heaven," says DuPont General Counsel Thomas Sager.

# Unique Model, Unmatched Results

No hourly fees, no leverage, no laterals.
The firm's model is unique—and its results are, too.

**By David Bario**

**THE LAWYERS AT CHICAGO'S BARTLIT BECK** Herman Palenchar & Scott call it simply "The Letter." The language varies, but the basics stay the same: After years on a case—but just months or weeks before trial is scheduled to begin—the big-firm partner overseeing the litigation writes to the client's general counsel. Time to settle, the letter warns. The risks of going to trial are just too great.

That's when the general counsel picks up the phone and calls Bartlit Beck.

"It's amazing how many big-name guys don't ever try jury cases," says Fred Bartlit, Jr., who founded Bartlit Beck in 1992 with 18 other Kirkland & Ellis defectors. (The firm now has 69 lawyers.) "I tell clients, 'Hire us, and you'll never get The Letter.'"

Of course, those letters are Bartlit Beck's bread and butter, delivering a steady flow of clients counting on the firm's veteran trial lawyers to make their case to a jury. Along with a roster of institutional clients like Bayer AG, E.I. du Pont de Nemours and Company, Ernst & Young, and Tyco

International Ltd., they keep the firm's lawyers where they want to be: in court.

More than any of the other litigation boutiques we considered, Bartlit Beck stood out for the sheer breadth and magnitude of its trial work. In the last two years, its attorneys tried more than 15 cases to verdict in at least ten states—and they prevailed in all but three. In areas as diverse as mass torts, securities, antitrust, and intellectual property, the firm's wins reverberated throughout the industries involved. For NL Industries, Inc., Bartlit Beck scored landmark wins in lead paint cases brought by the state of Rhode Island and the city of Milwaukee. For Merck & Co., the firm showed that Vioxx cases could be won at trial. Bartlit Beck's trial and appellate victories for Bayer and Covidien AG saved those companies potentially billions in losses and damages. These accomplishments, combined with the firm's innovative style, helped distinguish Bartlit Beck as this year's Best Litigation Boutique.

Over the 16 years of its existence, Bartlit Beck has stayed true to its founding tenets: disdain for the billable hour, unabashed reliance on technology, inverted leverage, and a commitment to home-grown talent so deep that the firm refuses to hire laterals. Bartlit Beck is so busy, and can afford to be so selective, that managing partner Sidney "Skip" Herman estimates the firm turns down a third of the potential cases that come its way.

**BARTLIT BECK**

**SIZE OF FIRM**

| | |
|---|---|
| Partners | 52 |
| Associates | 17 |

**OFFICES**
Chicago
Denver

**REPRESENTATIVE CLIENTS**
Bayer AG
E.I. du Pont de Nemours and Company
Ernst & Young
Merck & Co.
Tyco International Ltd.

**BARTLIT BECK**

**BARTLIT BECK WON'T BILL BY THE HOUR.**
Sometimes clients report that other firms offer different assessments of their cases. "I say, yeah, but they're billing you by the hour," says Phil Beck.

**BARTLIT BECK**

**BARTLIT BECK STANDS APART**
"Bartlit Beck stood out for the sheer breadth and magnitude of its trial work."

**BARTLIT BECK'S DEEP BENCH**
"Even the rookies at Bartlit Beck...are heavy hitters."

And always, at Bartlit Beck the prevailing motivation is a hunger to try cases. "Clients know we're perfectly prepared to go to trial," says Philip Beck, who grew up on Chicago's South Side, near Fred Bartlit's old neighborhood. "If you're afraid to lose, because you haven't won enough and you haven't lost enough, that's going to distort the advice you give clients. For lack of a better way to describe it, we're unafraid to try cases."

Fear might have paralyzed partner Donald Scott, who in 2006 saw the end of a 20-year winning streak in cases against lead paint makers. After a jury in Rhode Island found Scott's client, NL Industries, and two other defendants liable for the "public nuisance" created by lead paint in the state, NL faced billions of dollars in abatement costs. The Rhode Island verdict was the first-ever plaintiffs win in such a case—and a potential game-changer for individual and governmental plaintiffs with public nuisance claims pending around the country.

But Scott was undaunted. Focusing on flaws in the plaintiffs' theory of the case—issues that wouldn't have been considered if NL had settled before trial—Scott took the lead role this summer in the paint manufacturers' appeal to the Rhode Island Supreme Court. When the court ruled, NL and the other defendants won a complete reversal of the jury's verdict, helping to close the door on future big awards for plaintiffs in lead paint cases.

Fred Bartlit, who has inspired the firm's fearlessness, has had a particularly good couple of years, beginning with his defense of Covidien, a subsidiary of United States Surgical Corporation, in a long-running patent dispute. U.S. Surgical suffered trial losses in 1997 and 2004 defending claims by Applied Medical Resources Corporation that it infringed patents on tube-like devices used by surgeons. (Bartlit was brought in shortly before the 2004 trial.) In early 2008, with Covidien facing an estimated $400 million in financial exposure, Bartlit and local counsel from Paul Hastings Janofsky & Walker defended the company in a five-week jury trial in U.S. district court in California. The result: a defense verdict of noninfringement for Covidien.

In August a federal judge in Dayton handed Bartlit another victory. The judge rejected more than $620 million in government claims against Pratt & Whitney, which the U.S. Department of Justice accused of inflating prices in sales of jet engines. And in October the U.S. Court of Appeals for the Federal Circuit affirmed a lower court ruling that Bayer's settlement of patent litigation—with a company seeking to manufacture a generic version of its blockbuster antibiotic Ciprofloxacin—did not violate antitrust laws. "I've never had three wins like that in one year in my life," says the 76-year-old Bartlit, whom the firm credited as lead lawyer in each case.

LAST SUMMER, ACCORDING TO BARTLIT, A DEEP-pocketed potential client offered him an eye-popping $5,000 an hour for the firm to handle a plaintiffs-side matter. He turned down the job. The reason? For one thing, Bartlit thought it was a lousy case. But even more importantly, the client had a policy against awarding contin-

gency fees, and Bartlit Beck lawyers refuse to bill by the hour. According to Skip Herman, the firm's lawyers haven't submitted a traditional hourly bill to a client in years. Partner Phil Beck says the firm has turned down "very significant cases from really big clients," because the clients were wedded to hourly-rate billing.

Bartlit Beck's unique fee structure is both a matter of principle and a basic tenet of the firm's high-risk/high-reward business model. The firm negotiates its compensation individually with each client, but typically clients pay a flat monthly fee, holding back a percentage ranging from 20 to 40 percent. If the case goes awry, the client pockets the holdback. If the client wins, the firm receives a bonus that can amount to five times the holdback or more. The system forces the firm to choose its cases carefully, which, the firm insists, means that clients receive a frank assessment of their chances. "We've had cases where we told clients their case wasn't very good, and they came back and said the other firms they're talking to didn't tell them that," says Beck. "I say, yeah, but they're billing you by the hour."

That fee structure, combined with a lean approach to staffing cases, was what attracted client DuPont to Bartlit Beck in the early nineties, when the company was winnowing its stable of outside firms to improve efficiency and cut costs. Bartlit Beck, then just opening its doors, became a DuPont favorite because of its willingness to share the risk involved in trying important cases, says general counsel Thomas Sager.

In 2005 Phil Beck won the firm's most



FROM LEFT: PARTNERS
ADAM HOEFLICH,
PHILIP BECK, AND
SEAN GALLAGHER

LITIGATION
*Boutique*
OF THE YEAR

**WINNER • BARTLIT BECK**

significant case for DuPont, a six-week trial in Miami over the company's Benlate fungicide. Beck and others at the firm are now representing DuPont in a national consolidated class action over its Teflon coatings for cookware, and in other environmental litigation in West Virginia. Despite a $55 million loss in the West Virginia case last year, Sager is effusive about Bartlit Beck. "It was like this firm just dropped from heaven," he says.

Before he became a lawyer, Fred Bartlit was, as he puts it, "a military guy": West Point graduate, former Army ranger, and Green Beret. Some of that background seems to have rubbed off on the firm. During trials, lawyers working with Bartlit are expected to wake at four A.M., and attorneys throughout the firm seem to relish the discipline imposed by a punishing trial schedule. Even the oldest partners seem unusually fit, as though they might casually drop to the floor for a quick set of push-ups.

Young lawyers at the firm quickly learn the Bartlit Beck way, which eschews rigid hierarchy and loads attorneys with responsibility. There is no management committee at Bartlit Beck. Final decisions about compensation, new matters, and work assignments rest with managing partner Herman. The firm doesn't have billing partners who receive credit for bringing in work, and junior lawyers are encouraged to maintain the firm's most important client relationships. With a ra-

tio of 17 associates to 52 partners, the firm can't afford to have its youngest lawyers doing grunt work—particularly because even the rookies at Bartlit Beck, where 20 percent of the lawyers clerked for U.S. Supreme Court justices, are heavy hitters.

In fact, some of the firm's youngest partners—Shayna Cook, Sean Gallagher, Tarek Ismail, Chris Lind—took lead roles in its most important cases in 2007 and 2008, including DuPont's Teflon litigation, the defense of a Hamilton Sundstrand patent, and the dismissal of a billion-dollar suit against the CEO of Citadel Investment Group L.L.C., Kenneth Griffin. James Grasty, Merck's general counsel, says Bartlit Beck cultivates its next generation better than any firm he's seen. "Each time they bring a new lawyer out, you think, 'My goodness, this guy is just as good as the last guy,'" says Grasty.

Clients also cite Bartlit Beck's use of technology and its multimedia courtroom demonstrations as top selling points. New lawyers at the firm are given a copy of Edward Tufte's *Envisioning Information*, and are expected to absorb its lessons on effective visual displays. This spring after Phil Beck successfully defended Federal Signal Corporation against charges that the company's sirens caused hearing loss in firefighters, a juror told him that the case was over when the jury saw his demonstration—a graphic that his opposing counsel had derided as a "dumb cartoon."

Along with billing by the hour, there

are a few things that Bartlit Beck doesn't do, and a few areas where the firm doesn't stand out. It has no white-collar criminal defense practice, preferring the deep pockets of corporate clients to the messy business of representing individuals in criminal cases. The firm also prefers not to have a formal appellate practice, although its partners frequently argue their own appeals.

Only three of the 25 partners who tried a case to verdict in 2007 and 2008 were women (overall, a third of the firm's associates and 15 percent of its partners are women). In addition, for a firm whose lawyers spend so much time in court, Bartlit Beck does not have a particularly impressive pro bono record. Beck worries that a formal pro bono program might be a big-firm-style imposition on a shop that prides itself on its independence. "As a general proposition, I like the idea that individual lawyers make up their own minds on things," says Beck.

But for paying clients, the firm's formula seems to be working just fine. With no debt, no huge classes of associates to look after, and a business model built on leanness and flexibility, Bartlit Beck's platoon of trial lawyers can expect to stay busy even in tough times. "We focus on one thing," says partner Adam Hoeflich. "Winning. That's it."

*E-mail: david.bario@incisivemedia.com.*

Reprinted with permission from the January 2009 edition of THE AMERICAN LAWYER © 2009 Incisive US Properties, LLC. All rights reserved.
Further duplication without permission is prohibited. For information, contact 877-257-3382 or reprintscustomerservice@incisivemedia.com. # 001-01-09-01

# Annex 17

Home ▾  |  Americas ▾  |  Asia-Pacific ▾  |  Homes ▾  |  Features  |  Products  |  Research ▾  |  Contact  |  Awards ▾  |  Submit

News & Features   Benchmark US 2020 awards - New York ...

## Benchmark US 2020 awards - New York winners announced!

🖶 Print   ✉

🗓 27 February 2020 by Michael Wadsworth

On February 27th, **Benchmark Litigation** hosted the first part of it ninth annual US awards in which it recognized the country's most distinguished litigators and their firms for their work over the past twelve months.

This year for the first time the brand is having two separate ceremonies, one on the East coast at the **Pierre, New York** on February 27 and one on the West coast at **The St Regis, San Francisco** on March 3.

In New York this sold-out audience saw Katherine Forrest of Cravath Swaine & Moore and Ted Wells of Paul Weiss inducted into the Benchmark Litigation Hall of Fame. Wells also took the coveted award of "Trial Lawyer of the Year".

Another highlight of the evening was Simpson Thacher & Jonathan Youngwood collecting the Pro Bono award for his firm for its work in the Brown v. Madison County case concerning socially motivated policing.

Firms from over half of the states plus DC were represented in the room. More firms will be attending the inaugural West Coast ceremony on March 14. Please click the link below to see the shortlist for that ceremony as well at **www.benchmarkcompany.com** for details.

**Benchmark US Awards West Coast Ceremony shortlist**

Photographs from the New York award ceremony may be found **HERE**

Congratulations to the winners, all of which are listed below.

## STATE FIRM AWARDS

**Alabama Firm of the Year**
Lightfoot Franklin & White

**Arizona Firm of the Year**
Quarles & Brady

**Arkansas Firm of the Year**
Quattlebaum Grooms & Tull

**California Firm of the Year**
Wrenn and Zarzy

**Delaware Firm of the Year**
Ross Aronstam & Moritz

**District of Columbia Firm of the Year**
Williams & Connolly

**Florida Firm of the Year**
Podhurst Orseck

**Georgia Firm of the Year**
King & Spalding

**Illinois Firm of the Year**
Kirkland & Ellis

**Indiana Firm of the Year**
Faegre Baker Daniels

**Iowa Firm of the Year**
Nyemaster Goode

**Kansas Firm of the Year**
Foulston Siefkin

**Kentucky Firm of the Year**
Stites & Harbison

**Louisiana Firm of the Year**
Barrasso Usdin Kupperman Freeman & Sarver

**Maine Firm of the Year**
Pratt Flaherty Belowski & Practicos

**Massachusetts Firm of the Year**
Choate Hall & Stewart

**Michigan Firm of the Year**
Bodman

**Missouri Firm of the Year**
Bryant Chamberlain Stoeve & Hewes

**Missouri Firm of the Year**
Polsinelli

**New Hampshire Firm of the Year**
Nixon Peabody

**New Jersey Firm of the Year**
Sills Cummis & Gross

**New York Firm of the Year**
Wachtell Lipton Rosen & Katz

**North Carolina Firm of the Year**
Smith Anderson

**North Dakota Firm of the Year**
Zuger Kirmis & Smith

**Ohio Firm of the Year**
Ulmer & Berne

**Pennsylvania Firm of the Year**
Saul Ewing Arnstein & Lehr

**Rhode Island Firm of the Year**
Adler Pollock & Sheehan

**South Carolina Firm of the Year**
Nelson Mullins Riley & Scarborough

**Tennessee Firm of the Year**
Bradley

**Texas Firm of the Year**
Gibbs & Bruns

**Vermont Firm of the Year**
Paul Frank + Collins

**Virginia Firm of the Year**
Hunton Andrews Kurth

**West Virginia Firm of the Year**
Bailey & Glasser

**Wisconsin Firm of the Year**
Gass Weber Mullins

## PRACTICE AREA FIRMS OF THE YEAR

**Antitrust Firm of the Year**
Winston & Strawn

**Appellate Firm of the Year**
Gibson Dunn & Crutcher

**Bankruptcy Firm of the Year**
Proskauer

**General Commercial Firm of the Year**
Paul Weiss Rifkind Wharton & Garrison

**Insurance Firm of the Year**
Blank Rome

**Intellectual Property Firm of the Year**
Williams & Connolly

**International Arbitration Firm of the Year**
Cleary Gottlieb Steen & Hamilton

**Product Liability Firm of the Year**
Debevoise & Plimpton

**Securities Firm of the Year**
Simpson Thacher & Bartlett

**White Collar Crime/Enforcement/Investigations Firm of the Year**
Debevoise & Plimpton

**Boutique Firm of the Year Firm of the Year**
Kaplan Hecker & Fink

**Plaintiff Firm of the Year**
Hagens Berman

**Trial Firm of the Year**
Quinn Emanuel

## LABOR & EMPLOYMENT AWARDS

**Labor & Employment Management-Side Firm of the Year**
Seyfarth Shaw

**Labor & Employment Management-Side Attorney of the Year**
Elise Bloom
Proskauer

**Labor & Employment Employee-Side Firm of the Year**
Sanford Heisler & Sharp

**Labor & Employment Employee-Side Attorney of the Year**
Shannon Liss-Riordan
Lichten & Liss-Riordan

## PRACTICE AREA ATTORNEYS OF THE YEAR

**Antitrust Attorney of the Year**
Kevin Orsini
Cravath Swaine & Moore

**Appellate Attorney of the Year**
Willy Jay
Goodwin

**Bankruptcy Attorney of the Year**
Martin Bienenstock
Proskauer

**General Commercial Attorney of the Year**
Orin Snyder
Gibson Dunn & Crutcher

**Insurance Attorney of the Year**
Robert Horkovich
Anderson Kill

**Intellectual Property Attorney of the Year**
Max Tribble
Susman Godfrey

**International Arbitration Attorney of the Year**
Michael Kim
Kobre & Kim

**Product Liability Attorney of the Year**
Allison Brown
Skadden

**Securities Attorney of the Year**
Adam Hakki
Shearman & Sterling

**White Collar Crime/Enforcement/Enforcement Attorney of the Year**
Sean Hecker
Kaplan Hecker & Fink

**Plaintiff Attorney of the Year**
Bill Reid
Reid Collins & Tsai

**Trial Lawyer of the Year**
Ted Wells
Paul Weiss Rifkind Wharton & Garrison

## HALL OF FAME

**Katherine Forrest**
Cravath Swaine & Moore

**Ted Wells**
Paul Weiss Rifkind Wharton & Garrison

## IMPACT CASES

- New York v. ExxonMobil (Paul Weiss Rifkind Wharton & Garrison)
- US v. Bigcap Al (Kaplan Hecker & Fink)
- CNN v. Trump (Gibson Dunn & Crutcher)
- TML Source Inc. v. HouseCanary Inc. (Susman Godfrey)
- O'Connor v. Uber (Gibson Dunn & Crutcher; Lichten & Liss-Riordan)
- In re the Financial Oversight and Management Board for Puerto Rico (Proskauer)
- Boston Scientific v. Edwards Lifesciences (King & Spalding)
- Brown v. Madison County (Simpson Thacher & Bartlett)
- Flat Chrysler settlements (Sullivan & Cromwell; Left Gabauer & Marmaro; and Cleary Gottlieb Steen & Hamilton)
- Sears Chapter 11 (Weil Gotshal & Manges; Cleary Gottlieb Steen & Hamilton; Paul Weiss Rifkind Wharton & Garrison; and Akin Gump Strauss Hauer & Feld)

## Pro Bono Firm of the Year

Simpson Thacher & Bartlett

Once again, we at Benchmark Litigation extend our congratulations to all of the evening's winners and attendees and thank our guests for their continuing support of our projects.

The new Benchmark Litigation research cycle is already underway. Firms can register their interest, find full timelines and a list of FAQs, and download all relevant documents **HERE**.

### Related articles
◆ See Cameron joins Meadis
◆ Possible new trademark implied for Benchmark Litigation Asia-Pacific
◆ Gordon Rees adds commercial lion to Philadelphia office
◆ Q&A with Nick Gottmit's David Lender & Luna Harrington
◆ Baird Smith also assures in Dallas and Philadelphia



KIRKLAND & ELLIS LLP



Ulmer
ATTORNEYS



GassTurek LLC

Simpson Thacher

Debevoise & Plimpton

Sills Cummis & Gross P.C.





WIGGIN
WIGGIN AND DANA



POLSINELLI

**Tweets from @BenchLitigation**

Benchmark Litigation
@BenchLitigation · Apr 3

Winners of Benchmark Litigation Canada Awards will be announced live in-person on Wednesday, May 10 at The Omni King Edward Hotel in Toronto.

Join your industry peers for an evening of celebration and networking! View the finalists: spr.ly/60155IL2I

#BenchmarkCanadaawards

# Annex 18



US AWARDS 2023

**WINNERS**

# BENCHMARK LITIGATION

# AWARDS 2023

WEDNESDAY, MARCH 15  |  GUASTAVINO'S, NEW YORK CITY

# BENCHMARK LITIGATION US AWARDS 2023

WEDNESDAY, MARCH 15
GUASTAVINO'S, NEW YORK CITY

## BENCHMARK LITIGATION US AWARDS 2023 WINNERS

### STATE AWARDS WINNERS

**ALABAMA**
Balch & Bingham
Bradley
Lightfoot Franklin & White
Maynard Cooper & Gale
Starnes Davis Florie

**ALASKA**
Asburn & Mason
Schwabe Williamson & Wyatt
Stoel Rives

**ARIZONA**
Lewis Roca
Osborn Maledon
Polsinelli

**ARKANSAS**
Friday Eldredge & Clark
Quattlebaum Grooms & Tull
Wright Lindsey Jennings

**CALIFORNIA**
Cooley
Farella Braun + Martel
Greenberg Gross
Hueston Hennigan
Kendall Brill & Kelly
Stris & Maher
Willenken
Willkie Farr & Gallagher

**COLORADO**
Bartlit Beck
Davis Graham & Stubbs
Holland & Hart
Moye White
Wheeler Trigg O'Donnell

**CONNECTICUT**
Carmody Torrance Sandak & Hennessey
Pullman & Comley
Robinson & Cole
Wiggin and Dana

**DELAWARE**
Abrams & Bayliss
Morris Nichols Arsht & Tunnell
Richards Layton & Finger
Ross Aronstam & Moritz

**DISTRICT OF COLUMBIA**
Covington & Burling
Gibson Dunn & Crutcher
Kirkland & Ellis
Sidley Austin
Wiley Rein
Wilkinson Stekloff
Williams & Connolly
Zuckerman Spaeder

**FLORIDA**
Akerman
Bilzin Sumberg Baena Price & Axelrod
Greenberg Traurig
Greenspoon Marder
Hunton Andrews Kurth
Rivero Mestre

**GEORGIA**
Freeman Mathis & Gary
Greenberg Traurig
King & Spalding
Lawrence & Bundy
Seyfarth Shaw
Thompson Hine

**HAWAII**
Cades Schutte
Carlsmith Ball
Cox Fricke
Dentons
Goodsill Anderson Quinn & Stifel
Kobayashi Sugita & Goda
Starn O'Toole Marcus & Fisher

**IDAHO**
Gjording Fouser
Holland & Hart
Stoel Rives

**ILLINOIS**
Barack Ferrazzano Kirschbaum & Nagelberg
Bartlit Beck
Goldman Ismail Tomaselli Brennan & Baum
Kirkland & Ellis
Winston & Strawn

**INDIANA**
Barnes & Thornburg
Faegre Drinker Biddle & Reath
Taft Stettinius & Hollister

**IOWA**
Ahlers & Cooney
Dorsey & Whitney
Nyemaster Goode

**KANSAS**
Foulston Siefkin
Rouse Frets White Goss Gentile Rhodes
Stinson

WEDNESDAY, MARCH 15
GUASTAVINO'S, NEW YORK CITY

# BENCHMARK LITIGATION US AWARDS 2023 WINNERS

## STATE AWARDS WINNERS

**KENTUCKY**
Dentons
Frost Brown Todd
Stites & Harbison
Stoll Keenon Ogden
Wyatt Tarrant & Combs

**LOUISIANA**
Barrasso Usdin Kupperman Freeman & Sarver
Fishman Haygood
Jones Walker
Phelps Dunbar
Pipes Miles

**MAINE**
Berman & Simmons
Preti Flaherty Beliveau & Pachios
Verril Dana

**MARYLAND**
DLA Piper
Kramon & Graham
Nelson Mullins Riley & Scarborough
Saul Ewing Arnstein & Lehr
Whiteford Taylor & Preston

**MASSACHUSETTS**
Choate Hall & Stewart
Goodwin
Nixon Peabody
Saul Ewing Arnstein & Lehr
WilmerHale

**MICHIGAN**
Bodman
Bush Seyferth
Dickinson Wright
Smith Haughey

**MINNESOTA**
Bowman and Brooke
Norton Rose Fulbright
Robins Kaplan
Stinson
Winthrop & Weinstine

**MISSISSIPPI**
Bradley
Brunini Grantham Grower & Hewes
Butler Snow
Watkins & Eager

**MISSOURI**
Armstrong Teasdale
Greenfelder Hernker & Gale
Husch Blackwell
Polsinelli
Stinson

**MONTANA**
Boone Karlberg
Crowley Fleck
Goetz Baldwin & Geddes

**NEBRASKA**
Baird Holm
Husch Blackwell
Kutak Rock

**NEVADA**
Bailey Kennedy
Campbell & Williams
Lewis Roca

**NEW HAMPSHIRE**
Downs Rachlin Martin
Jackson Lewis
McLane Middleton
Nixon Peabody
Sheehan Phinney Bass & Green

**NEW JERSEY**
Gibbons
Greenberg Traurig
Sills Cummis & Gross
Tanenbaum Keale

**NEW MEXICO**
Modrall Sperling
Rodey Law

**NEW YORK**
Cohen & Gesser
Cravath Swaine & Moore
Holwell Shuster & Goldberg
Kobre & Kim
Kramer Levin Naftalis & Frankel
Patterson Belknap Webb & Tyler
Schulte Roth & Zabel
Wachtell Lipton Rosen & Katz
Walden Macht & Haran

**NORTH CAROLINA**
Brooks Pierce
Ellis & Winters
Parker Poe Adams & Bernstein
Robinson Bradshaw & Hinson
Smith Anderson

**NORTH DAKOTA**
Maring Williams Law Office
Vogel Law Firm
Zuger Kirmis & Smith

**BENCHMARK
LITIGATION**

US AWARDS 2023

WEDNESDAY, MARCH 15
GUASTAVINO'S, NEW YORK CITY

# BENCHMARK LITIGATION US AWARDS 2023 WINNERS

## STATE AWARDS WINNERS

**OHIO**
Benesch
Calfee Halter & Grisold
Faruki
Taft Law
Thompson Hine
Ulmer & Berne
Zeiger Tigges & Little

**OKLAHOMA**
Crowe & Dunlevy
GableGotwals
Hall Estill
McAfee & Taft

**OREGON**
Davis Wright Tremaine
Miller Nash
Perkins Coie
Stoel Rives
Stoll Berne

**PENNSYLVANIA**
Ballard Spahr
Dechert
Hangley Aronchick Segal Pudlin & Schiller
Morgan Lewis & Bockius
Reed Smith
Saul Ewing

**RHODE ISLAND**
Adler Pollock & Sheehan
Nixon Peabody
Partridge Snow & Hahn

**SOUTH CAROLINA**
Gallivan White & Boyd
Motley Rice
Nelson Mullins Riley & Scarborough
Nexsen Pruet
Turner Padget Graham & Laney

**SOUTH DAKOTA**
Davenport Evans Hurwitz & Smith
Heidepriem Purtell Siegel
Johnson Janklow Abdallah

**TENNESSEE**
Bass Berry & Sims
Bradley
Butler Snow

**TEXAS**
Gibbs & Bruns
Lynn Pinker Hurst & Schwegmann
Norton Rose Fulbright
Reynolds Frizzell
Smyser Kaplan & Veselka
Susman Godfrey
Tillotson Law

**UTAH**
Ballard Spahr
Fabian VanCott
Holland & Hart
Magleby Cataxinos & Greenwood
Parr Brown Gee & Loveless

**VERMONT**
Gravel & Shea
Paul Frank + Collins
Sheehey Furlong & Behm

**VIRGINIA**
Hunton Andrews Kurth
McGuireWoods
Williams Mullen

**WASHINGTON**
Corr Cronin
Lane Powell
Perkins Coie
Summit Law Group

**WEST VIRGINIA**
Bowles Rice
Dinsmore & Shohl
Jackson Kelly

**WISCONSIN**
Gass Turek
Godfrey & Kahn
Husch Blackwell
Reinhart Boerner Van Deuren

**WYOMING**
Davis & Cannon
Hirst Applegate
Holland & Hart

# BENCHMARK LITIGATION US AWARDS 2023 WINNERS

## PRACTICE AREA AWARDS WINNERS

**ANTITRUST**
O'Melveny & Myers
Cleary Gottlieb Steen & Hamilton
Cravath Swaine & Moore
Davis Polk & Wardwell
Gibson Dunn & Crutcher
Latham & Watkins
Shearman & Sterling
Winston & Strawn

**ANTITRUST LITIGATOR**
**Daniel Wall**, Latham & Watkins
Jarrett Arp, Davis Polk & Wardwell
**Jeffrey Kessler**, Winston & Strawn
**Karen Dunn**, Paul, Weiss, Rifkind, Wharton & Garrison
**Todd Stenerson**, Shearman & Sterling
**Veronica Moye**, Gibson Dunn & Crutcher

**APPELLATE**
Kramer Levin Naftalis & Frankel
Gibson Dunn & Crutcher
Paul, Weiss, Rifkind, Wharton & Garrison
Williams & Connolly

**APPELLATE LITIGATOR**
**Caitlin Halligan**, Selendy Gay Elsberg
Jeffrey Lamken, MoloLamken
**Kannon Shanmugam**, Paul, Weiss, Rifkind, Wharton & Garrison
**Lisa Blatt**, Williams & Connolly
**Mark Perry**, Weil Gotshal & Manges
**Seth Waxman**, WilmerHale

**BANKRUPTCY**
Brown Rudnick
Kirkland & Ellis
Kramer Levin
Pachulski Stang Ziehl & Jones
Weil Gotshal & Manges
Akin Gump Strauss Hauer & Feld

**BANKRUPTCY LITIGATOR**
**Andrew Leblanc**, Milbank
**Christopher Shore**, White & Case
**David Molton**, Brown Rudnick
Elliot Moskowitz, Davis Polk & Wardwell
**Mike Slade**, Kirkland & Ellis
**Susheel Kirpalani**, Quinn Emanuel Urquhart & Sullivan

**BOUTIQUE FIRM OF THE YEAR**
Goldman Ismail Tomaselli Brennan & Baum
Holwell Shuster & Goldberg
Hueston Hennigan
Kaplan Hecker & Fink
MoloLamken
Selendy Gay Elsberg

**ENTERTAINMENT**
Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow
Greenberg Traurig
Kendall Brill & Kelly
Kinsella Weitzman Iser Kump & Aldisert
Proskauer

**ENTERTAINMENT LITIGATOR**
**Alex Weingarten**, Willkie Farr & Gallagher
Ben Chew, Brown Rudnick
**Camille Vasquez**, Brown Rudnick
**Ekwan Rhow**, Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow
**Matthew Rosengart**, Greenberg Traurig
**Scott Edelman**, Gibson Dunn & Crutcher

**ENVIRONMENTAL**
Arnold & Porter
Bartlit Beck
Hunton Andrews Kurth
Sidley Austin

**ENVIRONMENTAL LITIGATOR**
**Jonathan Abady**, Emery Celli Brinckerhoff Abady Ward & Maazel
**Matt Kline**, O'Melveny & Myers
Michael Shebelskie, Hunton Andrews Kurth

**GENERAL COMMERCIAL**
Hueston Hennigan
Quinn Emanuel Urquhart & Sullivan
Susman Godfrey
Cravath Swaine & Moore
Gibson Dunn & Crutcher
Paul, Weiss, Rifkind, Wharton & Garrison
Williams & Connolly

**GENERAL COMMERCIAL LITIGATOR**
**Bill Carmody**, Susman Godfrey
**Kevin Orsini**, Cravath Swaine & Moore
**Michael Shuster**, Holwell Shuster & Goldberg
**Mike Carlinsky**, Quinn Emanuel Urquhart & Sullivan
**Orin Snyder**, Gibson Dunn & Crutcher
Robert Van Kirk, Williams & Connolly

**INSURANCE**
Anderson Kill
Blank Rome
Covington & Burling
Simpson Thacher & Bartlett

**INSURANCE LITIGATOR**
**Andrew Frankel**, Simpson Thacher & Bartlett
**Courtney Horrigan**, Reed Smith
**Jim Murray**, Blank Rome
**Robert Horkovich**, Anderson Kill
Robin Cohen, Cohen Ziffer Frenchman & McKenna

**BENCHMARK LITIGATION**
US AWARDS 2023

WEDNESDAY, MARCH 15
GUASTAVINO'S, NEW YORK CITY

# BENCHMARK LITIGATION US AWARDS 2023 WINNERS

## PRACTICE AREA AWARDS WINNERS

### INTELLECTUAL PROPERTY
Arnold & Porter
Finnegan, Henderson, Farabow, Garrett & Dunner
Fish & Richardson
Gibson Dunn & Crutcher
Latham & Watkins
O'Melveny & Meyers
Sidley Austin
Weil Gosthal & Manges
WilmerHale

### INTELLECTUAL PROPERTY LITIGATOR
**Christopher Larus**, Robins Kaplan
**Daralyn Durie**, Morrison & Foerster
**Darin Snyder**, O'Melveny & Meyers
**David Bernstein**, Debevoise & Plimpton
**Ed Reines**, Weil Gotshal & Manges
**Elizabeth Weiswasser**, Weil Gotshal & Manges
**Juanita Brooks**, Fish & Richardson
**Matthew Wolf**, Arnold & Porter
**Michael Rhodes**, Cooley
**William Lee**, WilmerHale

### INTERNATIONAL ARBITRATION
Sidley Austin
Cleary Gottlieb Steen & Hamilton
Debevoise & Plimpton
Freshfields Bruckhaus Deringer
King & Spalding
White & Case

### INTERNATIONAL ARBITRATION LITIGATOR
**Catherine Amirfar**, Debevoise & Plimpton
**Gregory Williams**, Wiley Rein
**Ina Popova**, Debevoise & Plimpton
**Jeffrey Rosenthal**, Cleary Gottlieb Steen & Hamilton
**Julie Bédard**, Skadden Arps Meagher Slate & Flom
**Marinn Carlson**, Sidley Austin
**Mark Friedman**, Debevoise & Plimpton

### LABOR & EMPLOYMENT
Altshuler Berzon
Gibson Dunn & Crutcher
Jones Day
Lichten & Liss-Riordan
Lieff Cabraser Heimann & Bernstein
Morgan Lewis & Bockius
Outten & Golden
Proskauer
Seyfarth Shaw

### LABOR & EMPLOYMENT LITIGATOR
**Cardelle Spangler**, Winston & Strawn
**David Sanford**, Sanford Heisler Sharp
**Douglas Wickham**, Littler Mendelson
**Douglas Wigdor**, Wigdor
**Kelly Dermody**, Lieff Cabraser Heimann & Bernstein
**Marcia Goodman**, Mayer Brown
**Neil Abramson**, Proskauer
**Nicole Buffalano**, Morgan Lewis & Bockius
**Shannon Liss-Riordan**, Lichten & Liss Riordan
**Theane Evangelis**, Gibson Dunn & Crutcher

### PLAINTIFF FIRM OF THE YEAR
Berman Tabacco
Bernstein Litowitz Berger & Grossmann
Kessler Topaz Meltzer & Check
Labaton Sucharow
Lieff Cabraser Heimann & Bernstein
Pomerantz
Reid Collins & Tsai
Robbins Geller Rudman & Dowd

### PLAINTIFF LITIGATOR OF THE YEAR
**Emma Gilmore**, Pomerantz
**Mark Lanier**, The Lanier Law Firm
**Mark Lebovitch**, Bernstein Litowitz Berger & Grossmann
**William Reid**, Reid Collins & Tsai

### PRODUCT LIABILITY
Butler Snow
Goldman Ismail Tomaselli Brennan & Baum
Greenberg Traurig
Kirkland & Ellis
Nelson Mullins Riley & Scarborough
Weil Gotshal & Manges
Williams & Connolly

### PRODUCT LIABILITY LITIGATOR
**Allison Brown**, Skadden Arps Meagher Slate & Flom
**Bart Williams**, Proskauer
**Brian Stekloff**, Wilkinson Stekloff
**Lori Cohen**, Greenberg Traurig
**Michael Brown**, Nelson Mullins Riley & Scarborough
**Tarek Ismail**, Goldman Ismail Tomaselli Brennan & Baum

### SECURITIES
Cravath Swaine & Moore
Freshfields Bruckhaus Deringer
Latham & Watkins
Paul, Weiss, Rifkind, Wharton, & Garrison
Simpson Thacher & Bartlett
Robbins Geller Rudman & Dowd

### SECURITIES LITIGATOR
**Adam Hakki**, Shearman & Sterling
**Andrew Ceresney**, Debevoise & Plimpton
**Herbert Washer**, Cahill Gordon & Reindell
**Jon Youngwood**, Simpson Thacher & Bartlett
**Jonathan Polkes**, Weil Gotshal & Manges
**Mary Eaton**, Freshfields Bruckhaus Deringer
**Michele Johnson**, Latham & Watkins

# BENCHMARK LITIGATION US AWARDS 2023 WINNERS

## PRACTICE AREA AWARDS WINNERS

### TRIAL FIRM OF THE YEAR
Bartlit Beck
Cravath Swaine & Moore
Hueston Hennigan
Quinn Emanuel Urquhart & Sullivan
Susman Godfrey
Weil Gotshal & Manges
Wilkinson Stekloff

### TRIAL LAWYER OF THE YEAR
**Bill Carmody**, Susman Godfrey
Brian Stekloff, Wilkinson Stekloff
**John Hueston**, Hueston Hennigan
**Kevin Orsini**, Cravath Swaine & Moore
**Michael Carlinsky**, Quinn Emanuel Urquhart
& Sullivan

### WHITE COLLAR CRIME/INVESTIGATIONS
Cleary Gottlieb Steen & Hamilton
Debevoise & Plimpton
Kramer Levin Naftalis & Frankel
Latham & Watkins
Morvillo Abramowitz Grand Iason & Anello
Williams & Connolly

### WHITE COLLAR CRIME/INVESTIGATIONS LITIGATOR
David Zinn, Williams & Connolly
**Jonathan Polkes**, Weil Gotshal & Manges
**Joon Kim**, Cleary Gottlieb Steen & Hamilton
**Mary Jo White**, Debevoise & Plimpton
**Paul Schoeman**, Kramer Levin Naftalis &
Frankel
**Sean Berkowitz**, Latham & Watkins
**Sean Hecker**, Kaplan Hecker & Fink

### PRO BONO FIRM OF THE YEAR
Simpson Thacher & Bartlett

**BENCHMARK LITIGATION US AWARDS 2023 WINNERS**

**IMPACT CASE WINNERS**

*Alex Morgan, et al. v. United States Soccer Federation, Inc.*
MARCIA GOODMAN & NICOLE SAHARSKY
Mayer Brown

NICOLE BUFFALANO
Morgan Lewis & Bockius

JEFFREY KESSLER & CARDELLE SPANGLER
Winston & Strawn

*In Re National Prescription Opiate Litigation*
MARK LANIER
The Lanier Law Firm

*John C. Depp, II v. Amber Laura Heard*
BEN CHEW & CAMILLE VASQUEZ
Brown Rudnick

*City of Huntington and County of Cabell v. AmerisourceBergen et al*
GRETCHEN CALLAS
Jackson Kelly

ROBERT NICHOLAS
Reed Smith

ENU MAINIGI
Williams & Connolly

*Appian Corp. v. Pegasystems, Inc.*
ADEEL MANGI, MUHAMMAD FARIDI & JEFFREY GINSBERG
Patterson Belknap Webb & Tyler

*In re Renren, Inc. Derivative Litigation*
WILLIAM REID
Reid Collins & Tsai

*In re 3M Company Securities Litigation*
MARY EATON & MEREDITH KOTLER
Freshfields Bruckhaus Deringer

*In re 3M Combat Arms Earplug Products Liability Litigation*
MIKE BROCK, SIERRA ELIZABETH, HARIKLIA KARIS & MARK NOMELLINI
Kirkland & Ellis

*Clark v. Monsanto*
BRIAN STEKLOFF
Wilkinson Stekloff

*Bandera Master Fund LP et al v. Boardwalk Pipeline Partners LP et al*
SARAH EDDY & BILL SAVITT
Wachtell Lipton Rosen & Katz



# BENCHMARK LITIGATION US AWARDS 2023 WINNERS
## HALL OF FAME

### Hall of Fame
MARY JO WHITE
Debvoise & Plimpton

### Hall of Fame
RICHARD HOLWELL
Holwell Shuster & Goldberg