HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

HUESTON HENNIGAN LLP
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Christine Woodin, State Bar No. 295023
cwoodin@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al., v. Google LLC, et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING THE MATCH PLAINTIFFS' MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. James Donato |

Having considered Plaintiffs Match Group, LLC's, Humor Rainbow, Inc.'s, PlentyofFish Media ULC's, and People Media, Inc.'s (collectively, the "Match Plaintiffs") Administrative Motion to File Under Seal the Declaration of Douglas J. Dixon in Support of Joint Statement by Consumer Plaintiffs, States and Match Plaintiffs of Attorneys' Fees and Costs Awarded Pursuant to Chat Sanction Order ("Dixon Declaration") and Exhibit 1 to the Dixon Declaration, and any materials submitted in support or in opposition thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED** that the following portions shall be filed under seal:

| Document | Corresponding Phrases |
|---|---|
| Declaration of Douglas J. Dixon in Support of Joint Statement by Consumer Plaintiffs, States and Match Plaintiffs of Attorneys' Fees and Costs Awarded Pursuant to Chat Sanction Order | ¶ 8: (in total)<br><br>¶ 9: The clause between "The rates billed to the Match Plaintiffs are especially reasonable" and "and considering the complexity of this MDL." |
| Exhibit 1 to Dixon Decl. | "Hours" Column: (in total)<br><br>2022 Rate Column: (in total, including partial heading)<br><br>2022-2023 Rate Column: (in total, including partial heading) |

Dated: _____, 2023

_____
Honorable James Donato
United States District Judge
Northern District of California

- 2 -
[PROPOSED] ORDER GRANTING MATCH PLAINTIFFS' MOTION TO FILE UNDER SEAL
Case Nos. 3:21-md-02981-JD; 3:22-cv-02746-JD

6398061