Nanci E. Nishimura (SBN 152621)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Tamarah P. Prevost (SBN 313422)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650/697-6000
650/697-0577 (fax)
nnishimura@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
tprevost@cpmlegal.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION,<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et. al., v. Google LLC, et. al.,* Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY NOORJAHAN RAHMAN** |

**TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Noorjahan Rahman is no longer associated with Cotchett, Pitre & McCarthy, LLP and no longer represents Plaintiffs in this matter. Please remove Ms. Rahman from the docket as counsel of record. Other attorneys from Cotchett, Pitre & McCarthy, LLP will continue to represent Plaintiffs.

DATED:  April 27, 2023         **COTCHETT, PITRE & McCARTHY, LLP**

  /s/ *Nanci E. Nishimura*
Nanci E. Nishimura
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650/697-6000
650/697-0577 (fax)
nnishimura@cpmlegal.com
*Counsel for Plaintiffs*