# EXHIBIT 3





As a precautionary health measure for our support specialists in light of COVID-19, we're operating with a limited team. Thanks for your patience, as it may take longer than usual to connect with us. For additional support, consult the Help Center.

# Purchase approvals on Google Play

If you're a parent in a family group, you can require family members to get your permission for purchasing or downloading content on Google Play.

Computer Android iPhone & iPad

## Change purchase approval settings

If you're the family manager in the family group, you can choose purchase approval settings for any member of your family. If you're a parent in the family group, you can choose the purchase approval settings for family members whose accounts are managed with Family Link.

1. On your computer, visit the Google Play My Account page.
2. Click **Family** > **Family Group.**
3. Click a family member's name.
4. Select **All content, All paid content, Only in-app purchases,** or **No approval required.**

### All content

Family members under 18 whose accounts are managed with Family Link need your approval to download any content, even if it's free. If a family member is over 18 and has a supervised Google Account, they can use the family payment method to buy movies and TV shows without your approval.

**Note:** Previous downloads, updates, and content shared through Family Library won't require your approval, even if that content was acquired before supervised members are added to your family.

### All purchases using the family payment method

Family members need your approval for all purchases made using the family payment method, including paid apps or items sold inside apps. If a family member is over 18 and has a supervised Google Account, they can still use the family payment method to buy movies and TV shows without your approval.

This setting is unavailable for family members 18 or over whose accounts aren't managed with Family Link.

**Note:** If the option to turn on the "All paid content" is grayed out for a family member under 18, have your family member check that their account information, including their birthdate, is correct.

### Only in-app purchases using the family payment method

Family members only need your approval to use the family payment method to buy in-app purchases, like coins in games.

### No approval required

Family members don't need any approval to make purchases using the family payment method.

## Approve or deny requests

If you're a parent in a family group, you can approve or deny requests for content from Google Play.

When a purchase is completed, the family manager gets an email receipt.

### Paid content

1. When a family member makes a purchase, they'll see a screen that asks for your password.
2. Review the request.
3. To approve it, enter your Google Account password on their device.
4. Tap **Approve.**

### Free content

If parental approval for Play content is required for a child whose Google Account is managed with Family Link, they'll see a screen with two options when they try to download or access content:

#### Ask in a message

1. You'll get a notification on your phone.
2. Review the request. To see more details, tap the request or the name of the app.

Information for families

- Use Google Play Family Library
- Manage your family on Google
- Join a family on Google
- **Purchase approvals on Google Play**
- Use a family payment method on Google Play
- Parent Guide to Google Play
- Google Play Music family plan
- Find family-friendly content
- Create a family on Google

3. Tap **Approve** or **Deny**.

**Note:** If you turn off notifications for the Family Link app or the Play Store app, you won't get notified when there's a request.

### Ask now

1. You'll review the request on your child's device.
2. To approve it, enter your Google Account password on their device.
3. Tap **Approve**.

See all pending requests for free content

**Note:** You can only see pending requests for free content and your approval history on your phone.

### Play Store app

1. On your Android device, open the Play Store app.
2. In the top left, tap Menu > **Account** > **Family** > **Manage approval requests**.

### Family Link app

1. On your device, open the Family Link app.
2. In the top left, tap Menu > **Approval requests**.

**Tip:** You can manage approvals for recommended apps you download in Google Kids Space separately in the Google Kids Space settings.

Give feedback about this article

Was this helpful? Yes No

## Need more help?

Sign in for additional support options to quickly solve your issue

Sign in

©2020 Google - Privacy Policy - Google Play Terms of Service English