# EXHIBIT 5
# PUBLIC REDACTED VERSION

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------------------------------x

IN RE GOOGLE PLAY STORE                 Case No.
ANTITRUST LITIGATION                    3:21-md-02981-JD

THIS DOCUMENT RELATES TO:               MDL No. 2891

Epic Games Inc. v. Google LLC,
et al.,
Case No. 3:20-cv-05671-JD

In re Google Play Consumer
Antitrust Litigation,
Case No. 3:20-cv-05761-JD

In re Google Play Developer
Antitrust Litigation,
Case No. 3:20-cv-05792-JD

State of Utah, et al.,
v. Google LLC, et al.,
Case No. 3:21-cv-05227-JD

Match Group LLC, et al.,
v. Google LLC, et al.,
Case No. 3:22-cv-02746-JD

---------------------------------------------------------x

*HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*

REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
PURNIMA KOCHIKAR
Wednesday, August 31, 2022

Reported By: Lynne Ledanois, CSR 6811

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   ---------------------------------------------------x
 5   IN RE GOOGLE PLAY STORE              Case No.
     ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
     THIS DOCUMENT RELATES TO:            MDL No. 2891
 7
     Epic Games Inc. v. Google LLC,
 8   et al.,
     Case No. 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No. 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Antitrust Litigation,
     Case No. 3:20-cv-05792-JD
13
     State of Utah, et al.,
14   v. Google LLC, et al.,
     Case No. 3:21-cv-05227-JD
15
     Match Group LLC, et al.,
16   v. Google LLC, et al.,
     Case No. 3:22-cv-02746-JD
17
     ---------------------------------------------------x
18
19          Remote videotaped deposition of PURNIMA
20   KOCHIKAR, taken in San Francisco, California,
21   commencing at 9:04 a.m., on Wednesday, August 31,
22   2022 before Lynne Ledanois, Certified Shorthand
23   Reporter No. 6811
24
25
```

Page 3

1            REMOTE APPEARANCES
2
3    Counsel for Plaintiff Epic Games, Inc. in:
4    Epic Games, Inc. v. Google LLC, et al:
5            CRAVATH, SWAINE & MOORE LLP
6            BY: LAUREN MOSKOWITZ
7                ALLISON TILDEN
8            Attorneys at Law
9            825 Eighth Avenue
10           New York, New York 10019
11           lmoskowitz@cravath.com
12
13   Counsel for Google LLC, et al:
14           MORGAN LEWIS & BOCKIUS LLP
15           BY: MINNA LO NARANJO
16               NINA DUTTA
17               WOGAI MOHMAND
18           Attorneys at Law
19           1 Market Plaza
20           One Market Street
21           San Francisco, California 94105
22           minna.narnajo@morganlewis.com
23
24
25   ///

1           REMOTE APPEARANCES

2

3  Counsel for Plaintiffs Match Group, LLC; Humor
4  Rainbow, Inc.; PlentyofFish Media ULC; and People
5  Media:
6           HUESTON HENNIGAN
7           BY: JOE REITER
8               DOUG DIXON
9           Attorneys at Law
10          523 West 6th Street
11          Suite 400
12          Los Angeles, California 90014
13          jreiter@hueston.com
14
15 Counsel for State of North Carolina:
16          OFFICE OF THE ATTORNEY GENERAL
17          STATE OF NEW YORK
18          BY: BENJAMIN COLE
19          Attorney at Law
20          28 Liberty Street
21          18th Floor
22          New York, New York 10005
23          benjamin.cole@ag.ny.gov
24
25  ///

```
 1              REMOTE APPEARANCES
 2
 3   Counsel for the Consumer Plaintiffs In re:
 4   Google Play Consumer Antitrust Litigation:
 5            KAPLAN FOX & KILSHEIMER LLP
 6            BY:  HAE SUNG NAM
 7                 AARON SCHWARTZ
 8            Attorneys at Law
 9            850 Third Avenue
10            New York, New York 10022
11            hnam@kaplanfox.com
12            aschwartz@kaplanfox.com
13
14
15   ALSO PRESENT:
16   Jeanette Teckman, Match In-House Counsel
17   Kathlyn Querubin, Google In-House Counsel
18   Jeffree Anderson, Videographer
19   Chinyere Woods, Veritext Concierge
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 6

1         I N D E X   O F   E X A M I N A T I O N

3    Examination by:                                 Page

4        Ms. Moskowitz                         14

5        Mr. Reiter                            276

25    ///

HIGHLY CONFIDENTIAL

Page 13

1             Wednesday, August 31, 2022
2                    9:04 a.m.
3  _____
4           THE VIDEOGRAPHER:  Good morning.  We're
5  going on the record at 9:04 a.m. Pacific time on
6  August 31st, 2022.
7           Please note that this deposition is being
8  conducted virtually.  Audio and video recording will
9  continue to take place unless all parties agree to
10 go off the record.
11          This is Media Unit 1 of the video-recorded
12 deposition of Purnima Kochikar taken by counsel for
13 the plaintiffs in the matter of In Re Google Play
14 Store Antitrust Litigation filed in the United
15 States District Court for the Northern District of
16 California, San Francisco Division, case number is
17 3:21-md-02981-JD.
18          This deposition is being conducted
19 remotely using virtual technology.  My name is
20 Jeffrey Anderson representing Veritext.  The court
21 reporter is Lynne Ledanois from the firm Veritext.
22          All appearances are noted on the record
23 and the witness can be sworn in.
24
25  _____

HIGHLY CONFIDENTIAL

Page 14

1          PURNIMA KOCHIKAR,
2     having been duly sworn, testified as follows:
3     _____
4                    EXAMINATION
5   BY MS. MOSKOWITZ:
6        Q    Good morning, Ms. Kochikar.  My name is
7   Lauren Moskowitz, as you heard.  I represent Epic
8   Games and I'll be starting your deposition today.
9             If you could just please state your full
10  name for the record.
11       A    Purnima Kochikar.
12       Q    And can you provide your address, please?
13       A    ████████████████████████████████
    ████████████████████████████████
15       Q    Thank you.  Today we'll be -- I'll be
16  asking you questions, you will be providing answers.
17  I'm going to do my best to avoid speaking over you.
18  I may do it if I can't tell you were done.
19            But I would ask that you try to also wait
20  for me to finish my question before you start your
21  answer.
22            Is that okay?
23       A    Yes.
24       Q    And please, if at any point you don't
25  understand one of my questions, please ask me for

1  involvement with respect to managing Google's
2  partnerships and relationships with the Match
3  plaintiffs?
4     A    Oh, my team works on a day-to-day basis with
5  counterparts, with various Match companies and then we
6  have bi-annual sometimes annual QBRs.  But if there
7  are key meetings, then I get involved.
8     Q    So I want to start by asking you about
9  Google's payments policy.
10    A    Yes.
11    Q    Before September 2020, Google's payment
12 policy had an exception that said that developers
13 are not required to use Google Play Billing for the
14 purpose of digital content that may be consumed
15 outside the app itself; is that right?
16    A    Yes, and it said like MP3 players.
17    Q    And Google removed that exception from its
18 payment policy in September 2020; correct?
19    A    Yes.
20    Q    Did the Match plaintiffs qualify for that
21 exception before Google removed it?
22    A    No.
23    Q    Why not?
24    A    It was meant for a very narrow use case like
25 music.  I think it was open to misinterpretation.  We

HIGHLY CONFIDENTIAL

Page 279

1   sat down and looked at -- because most of the content
2   is being used within the app and the determination by
3   our policy experts was that they didn't.
4        Q    When you say that it was open to
5   interpretation, do you mean that the policy
6   exception could be read to apply to the Match
7   plaintiffs?
8        A    I think that developers interpreted it to
9   benefit their own interpretation.
10       Q    [REDACTED]
11  [REDACTED]
12  [REDACTED]
13       [REDACTED]
14       [REDACTED]
15  [REDACTED]
16  [REDACTED]
17       [REDACTED]
18       [REDACTED]
19  [REDACTED]
20  [REDACTED]
21       [REDACTED]
22       Q    Well, do you believe it was reasonable for
23  the Match plaintiffs and other developers to
24  interpret the policy to not require them to use
25  Google Play Billing?

Page 280

1   A   [REDACTED]
2   [REDACTED]
3   [REDACTED]
4   [REDACTED]
5   [REDACTED]
6   [REDACTED]
7   [REDACTED]
8   [REDACTED]
9   [REDACTED]
10  [REDACTED]
11  [REDACTED]
12  [REDACTED]
13  [REDACTED]
14  [REDACTED]
15  [REDACTED]
16  [REDACTED]
17  [REDACTED]
18      Do I have that right?
19  A   Yes.
20  Q   So Google made a conscious decision not to
21  enforce the payments policy against the Match
22  plaintiffs until after it had clarified the policy
23  in September 2020?
24  A   Yes.
25  Q   Okay.  And so given all that, when was the

HIGHLY CONFIDENTIAL

1    I, LYNNE M. LEDANOIS, a Certified
2    Shorthand Reporter of the State of California, do
3    hereby certify:
4        That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that a record of the proceedings was made by me
7    using machine shorthand which was thereafter
8    transcribed under my direction; that the foregoing
9    transcript is a true record of the testimony given.
10       Further, that if the foregoing pertains to
11   the original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [X] was [] wasn't requested.
14       I further certify I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney or party to this action.
17       IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19   Dated: September 1, 2022

*Lynne Marie Ledanois*

LYNNE MARIE LEDANOIS
CSR No. 6811

Errata Sheet - Deposition of Purnima Kochikar

**Case**:  *In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981-JD
*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD
*Epic Games Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD
*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD
*State of Utah v. Google LLC*, Case No. 3:21-cv-05227-JD
*Match Group LLC, v. Google LLC*, Case No. 3:22-cv-02746-JD
---------------------------------------------------

**Date of Deposition**:  August 31, 2022 and September 1, 2022

| Page # | Line # | Currently Reads | Correction | Reason for Correction |
|---|---|---|---|---|
| 17 | 12 | Four. | Six. | Clarification |
| 21 | 2 | blip points | Play Points | Transcription error |
| 31 | 23 | premium model | freemium model | Transcription error |
| 34 | 6 | Late '20, | Late 2020, | Transcription error |
| 34 | 10 | each of the piece PAs | each of the PAs | Transcription error |
| 35 | 3 | Latin. | LATAM. | Transcription error |
| 45 | 7 | even | given | Transcription error |
| 63 | 2 | use of | user | Transcription error |
| 68 | 10 | aboout | about | Spelling error |
| 70 | 9 | Mr. Shafiq | Mr. Ahmed | Clarification |
| 75 | 24 | excuse | exclusive | Transcription error |
| 79 | 19 | source | standard | Transcription error |
| 93 | 6 | water phone | to Vodafone | Transcription error |
| 94 | 1 | contract holdings | contracts | Clarification |
| 96 | 11 | sufficient preference | sufficient presence | Clarification |
| 97 | 8 | apps | Ad Partners | Transcription error, Clarification |
| 99 | 20 | not an odd condition | not an and/or condition | Clarification |
| 100 | 9 | seeing. | saying. | Transcription error |

| Page # | Line # | Currently Reads | Correction | Reason for Correction |
|---|---|---|---|---|
| 109 | 17 | as opposed to Hug. | to be part of Hug. | Transcription error |
| 112 | 3 | hid base | hit based business | Transcription error, Clarification |
| 112 | 4 | guess | forecast | Clarification |
| 112 | 20 | Android was displayed; | Android versus Play; | Transcription error |
| 124 | 11 | premium | freemium | Transcription error |
| 133 | 1 | place LANs | one lens, | Transcription error |
| 133 | 12 | Was there | Blizzard | Transcription error |
| 141 | 23 | it | in | Transcription error |
| 144 | 2 | word | worried | Transcription error |
| 147 | 13 | extensions | assumptions | Transcription error |
| 149 | 13 | growing | growing them | Clarification |
| 151 | 2 | pre-ordered | preloaded | Transcription error |
| 161 | 18 | book | board | Transcription error |
| 163 | 3 | binary | more binary | Transcription error |
| 166 | 12 | sim-ship and through | sim-shipping through | Transcription error |
| 173 | 21 | doing | partnering | Transcription error |
| 177 | 1 | now as a | during | Clarification |
| 179 | 21 | is Android | Android is | Clarification |
| 179 | 25 | get to | invest in | Clarification |
| 181 | 2 | as | us | Transcription error |
| 183 | 7 | Not Magical Bridge documents. | I looked at Magical Bridge documents. | Clarification |
| 183 | 21 | the best | witness | Transcription error |
| 190 | 7 | modular | margin | Transcription error |
| 190 | 11 | variables | wearables | Transcription error |

| Page # | Line # | Currently Reads | Correction | Reason for Correction |
|---|---|---|---|---|
| 201 | 3 | modules. | margins. | Transcription error |
| 204 | 14-15 | ad words | Android | Transcription error |
| 205 | 22 | note | know | Transcription error |
| 223 | 11 | exact | exec | Transcription error |
| 230 | 6 | matagores | metaverse | Transcription error |
| 231 | 10, 14 | creative | creator | Clarification |
| 232 | 7 | creative | creator | Clarification |
| 235 | 22 | we is | this is | Transcription error |
| 237 | 3 | simply | similarly | Transcription error |
| 239 | 24 | Chrome. | Chromebook. | Transcription error |
| 249 | 20 | they operate | they're downloading | Transcription error |
| 252 | 13 | use billing. | use our billing. | Transcription error |
| 261 | 9 | local | vocal | Transcription error |
| 265 | 12 | variables | wearables | Transcription error |
| 265 | 16 | between things | between platforms | Clarification |
| 266 | 17 | billings of this model | billing service model | Transcription error |
| 269 | 13 | Mr. Alexander | Mr. Zerdick | Clarification |
| 273 | 13 | needs | leaves | Transcription error |
| 278 | 14 | purpose | purchase | Transcription error |
| 294 | 13 | There are possibilities | There is a possibility | Clarification |
| 294 | 13-14 | and departments act on it | and developers don't act on it | Clarification |
| 295 | 5-6 | reserved like a | were | Clarification |
| 295 | 15 | understanding | understanding their needs | Clarification |
| 301 | 22 | variable | wearables | Transcription error |
| 302 | 4 | that they | where they | Clarification |

| Page # | Line # | Currently Reads | Correction | Reason for Correction |
| --- | --- | --- | --- | --- |
| 302 | 8 | there's | driven by | Clarification |
| 302 | 12 | Plus | Because | Transcription error |
| 303 | 11 | have been | went | Transcription error |
| 308 | 18 | navigational source | navigational search | Transcription error |
| 311 | 3 | was | versus | Transcription error |
| 314 | 16 | categories | categoric search | Clarification |
| 317 | 17 | Play meets | Play Leads | Transcription error |
| 337 | 13 | was | wasn't | Transcription error |
| 338 | 3 | bills | builds | Transcription error |
| 340 | 9 | calls. | calls, or in where our product sits. | Transcription error |
| 342 | 25 | themselves. | themselves to be so. | Clarification |
| 344 | 1 | the link | Play Billing | Transcription error |
| 347 | 22 | this thing | versus thinking | Transcription error |
| 348 | 2 | keep | deep | Spelling error |
| 357 | 8-9 | reach at that time they are | were at that time | Transcription error |
| 359 | 3 | unbelievably into | unbelievably leaned in into | Transcription error |
| 359 | 6 | variables | wearables | Transcription error |
| 359 | 13 | available | a wearable | Transcription error |
| 359 | 16-17 | engaging for use | engaged in for years | Transcription error |
| 364 | 18 | became | was | Clarification |
| 365 | 16 | approval | our promo | Transcription error |
| 366 | 10 | have value | saw value | Clarification |
| 369 | 21 | like saying | understand | Transcription error |

DocuSign Envelope ID: BB31478E-87A0-495A-8D41-55C3B928D3C0

| Page # | Line # | Currently Reads | Correction | Reason for Correction |
|---|---|---|---|---|
| 391 | 23 | other places | other media | Clarification |
| 402 | 20 | deter | withdraw | Transcription error |
| 410 | 23 | would | would know | Clarification |
| 410 | 23 | conversations came | restrictions come | Transcription error |
| 412 | 5 | was the original | the original | Clarification |
| 412 | 6 | ability to install for the | need to install | Clarification |
| 414 | 12 | that | about | Clarification |
| 420 | 16 | February 9th, 2020 | May 29, 2020 | Clarification |
| 425 | 16 | direct managers | product managers | Transcription error |
| 428 | 1 | Apple | Oppo | Transcription error |
| 430 | 13, 14 | partnership | partner | Transcription error |
| 440 | 19 | view | see | Clarification |
| 446 | 9 | intact | in tech | Transcription error |
| 452 | 1 | how | somehow | Transcription error |
| 452 | 23-24 | build it | build for the ecosystem | Clarification |
| 456 | 17 | ware | wearables | Spelling error, clarification |
| 460 | 21 | they | there | Transcription error |
| 465 | 16 | can | can't | Transcription error |
| 466 | 20 | credits. | readiness. | Transcription error |
| 468 | 4 | Google Play Billing | User Choice Billing | Transcription error |
| 469 | 5 | also determine | also be determined | Transcription error |
| 481 | 5 | 10 percent | 2 percent | Transcription error |
| 486 | 14 | Yes. | Very. | Transcription error |

I, the undersigned, declare under penalty of perjury, that I have read the above-referenced deposition transcripts and have made corrections, additions, or deletions that I desired to make; and that the transcripts contain my true and correct testimony.

EXECUTED this 17th day of October at  San Francisco  , California.

DocuSigned by:

*Purnima Kochikar*

02A203FFC0F2456...

Purnima Kochikar