# Declaration of Sarah Karam
## FILED UNDER SEAL