**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

CASE No. 3:21-md-02981-JD

**DECLARATION OF LEE M. MASON IN SUPPORT OF CONSUMER AND STATE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. HAL J. SINGER**

Judge: Hon. James Donato

I, Lee M. Mason, declare as follows:

1. I am an attorney duly admitted to practice in the State of Illinois and before this Court *pro hac vice*. I am an associate at Bartlit Beck LLP, and represent the consumer class in this action. I submit this declaration in support of the Consumer and State Plaintiffs' Opposition to Defendants' Motion to Exclude Merits Opinions of Dr. Hal J. Singer. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Updated Merits Report of Hal J. Singer, Ph.D., dated October 3, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Updated Merits Reply Report of Hal J. Singer, Ph.D., dated December 23, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Dr. Gregory K. Leonard, dated November 18, 2022.

5. Attached hereto as **Exhibit 4** is an excerpt of a true and correct copy of the Expert "Hot Tub" hearing transcript, dated July 19, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Class Certification Reply Report of Hal J. Singer, Ph.D., dated April 25, 2022.

7. Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of the deposition transcript of Dr. Gregory K. Leonard, taken in this litigation on March 14, 2023.

8. Attached hereto as **Exhibit 7** is an excerpt of a true and correct copy of the deposition transcript of Hal J. Singer, Ph.D., taken in this litigation on April 4, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Luke Froeb, et al., *Economics at the Antitrust Division: 2017–2018*, 53 REVIEW OF INDUSTRIAL ORGANIZATION 637 (2018).

10. Attached hereto as **Exhibit 9** is an excerpt of a true and correct copy of the deposition transcript of Marc S. Rysman, Ph.D., taken in this litigation on March 10, 2023.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Frank Verboven & Theon van Dijk, *Cartel Damages Claims and the Passing-on Defense*, 57(3) JOURNAL OF INDUSTRIAL ECONOMICS 457 (2009).

12. Attached hereto as **Exhibit 11** is a true and correct copy of Frank Verboven, *International Price Discrimination in the European Car Market*, 27(2) RAND JOURNAL OF ECONOMICS 240 (1996).

13. Attached hereto as **Exhibit 12** is a true and correct copy of webpage screenshots from the website www.thumbtack.com, captured on May 17, 2023.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000579868.R to GOOG-PLAY-000579884.R.

15. Attached hereto as **Exhibit 14** is an excerpt of a true and correct copy of the deposition transcript of Hal J. Singer, Ph.D., taken in this litigation on May 12, 2022.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Nathan Miller, et al., *Pass-Through and the Prediction of Merger Price Effects*, 64(4) JOURNAL OF INDUSTRIAL ECONOMICS 683 (2016).

17. Attached hereto as **Exhibit 16** is a true and correct copy of a K. Sudhir, *Structural Analysis of Manufacturer Pricing in the Presence of a Strategic Retailer*, 20(3) MARKETING SCIENCE 244 (2001).

18. Attached hereto as **Exhibit 17** is a true and correct copy of Nathan Miller, et al., *Using Cost Pass-through to Calibrate Demand*, 118 ECONOMICS LETTERS 451, 45 (2013).

19. Attached hereto as **Exhibit 18** is a true and correct copy of Jerry Hausman & Gregory Leonard, *Efficiencies from the Consumer Viewpoint*, 7(3) GEO. MASON L. REV. 707, (1999), which was marked as exhibit PX-2853 in this litigation.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Amazon in this litigation bearing the Bates range AMZ-GP_00002484 to AMZ-GP_00002505.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000004957.R to GOOG-PLAY-000004981.R.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 18th day of May, 2023 at Chicago, Illinois.

*/s/ Lee M. Mason*