# PUBLIC REDACTED

# Exhibit 7

ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
    IN RE GOOGLE PLAY STORE     :  Case No.
 4  ANTITRUST LITIGATION        :  3:21-md-02981-JD
                                :
 5                              :
    This Document Relates To:   :
 6                              :
    State of Utah et al. v.     :
 7  Google LLC et al.           :
    Case No. 3:21-cv-05227-JD   :
 8                              :
    Match Group, LLC et al. v.  :
 9  Google LLC et al.           :
    Case No. 3:22-cv-02746-JD   :
10                              :
    Epic Games Inc. v. Google   :
11  LLC et al.                  :
    Case No. 3:20-cv-05671-JD   :
12                              :
    In Re Google Play           :
13  Consumer Antitrust          :
    LItigation                  :
14  Case No. 3:20-cv-05761-JD   :
15
16           ** ATTORNEYS' EYES ONLY **
17             TUESDAY, APRIL 4, 2023
18
19        Video Recorded and Remote Zoom
    Deposition of HAL J. SINGER, Ph.D., taken
20  pursuant to Notice, at the law offices of
    Munger, Tolles & Olson LLP, 601 Massachusetts
21  Avenue NW, Washington, DC, commencing at
    approximately 9:11 a.m., on the above date,
22  before Rose A. Tamburri, RPR, CM, CCR, CRR,
    USCRA Speed and Accuracy Champion and Notary
23  Public.
24
25
```

ATTORNEYS' EYES ONLY

Page  77

ATTORNEYS' EYES ONLY

Page  78



```
 1   Logit model is known as the independence of a
 2   relevant alternative's property?
 3       A.   Yes.
 4       Q.   And the independence of a relevant
 5   alternative's property says that all products
 6   being studied in the Logit model should be
 7   substitutes in proportion to their share?
 8       A.   I think that's fair.
 9       Q.   Okay.
10            Now, if the indepen -- indepen --
11   if the -- well, let's back up.
12            Can we call it the independence of
13   a relevant alternative's property IIA?
14       A.   Sure.
15       Q.   Okay.
16            And if the IIA assumption is not
17   satisfied in the Logit model, then the Logit
18   model can lead to unrealistic forecasts; is
19   that right?
20       A.   I'm not going to say so necessarily.
21   I think that it could produce estimates that
22   are different than the true parameters that
23   you're hoping to estimate, but I think the
24   word that you used was unreliable?  And I
25   felt --
```

ATTORNEYS' EYES ONLY

Page 86

1      Q.    Well --

2      A.    -- I felt like that was too harsh.

3      Q.    Well, let me just ask you this:

4            Does your Logit model satisfy the

5   IIA property?

6      A.    I believe it does, yes.

7      Q.    And if your Logit model does not

8   satisfy IIA, would that lead you to have any

9   concern that its forecasts are unrealistic?

10     A.    Well, it would depend on -- on how

11  badly these assumptions were violated.  So I

12  think that they're not.  I think that the --

13  the groupings here were economically

14  reasonable.  These are not my groupings; these

15  are Google's groupings that are then

16  self-selected by the -- by the apps.

17            And there are tests for IIA, I

18  think Haus -- Hausman and maybe McFadden have

19  developed a test.  It's -- it has its flaws as

20  well.  Those tests are not feasible here

21  because we don't have consumer level data.

22  We're -- we're just seeing the apps shares.

23  So we'd have to drop the entire app out of the

24  dataset, in which case you'd get the same

25  findings, and so you'd always affirm the IIA.

1              Your experts, of course, didn't

2    show that IIA wasn't satisfied through those

3    tests either, which I think is confirmation

4    that we can't do those tests.  But I feel

5    confident the IIA is reasonably satisfied

6    here.

7              MS. GIULIANELLI:  We can -- you

8    can continue on, but at some point, let's take

9    a break.  We're -- I don't want to interrupt

10   your --

11             MR. RAPHAEL:  I'm happy to take a

12   break now.

13             THE WITNESS:  Great.

14             THE VIDEOGRAPHER:  Going off

15   record, the time is 10:37.

16             (Whereupon, a recess was taken at

17   the above time.)

18             THE VIDEOGRAPHER:  Going back on

19   the record.  The time is 10:47.

20   BY MR. RAPHAEL:

21      Q.   Dr. Singer, is it your opinion that

22   Google established the categories in the Play

23   Store with the IIA property in mind?

24      A.   That is doubtful.  I think the record

25   evidence tells us that Google established the

ATTORNEYS' EYES ONLY

Page 88

```
 1   categories based largely on how Apple chose
 2   its categories.
 3                  Now, it's possible that just as a
 4   -- a pool player doesn't have physics in the
 5   back of their mind, that they're -- they're
 6   respecting the laws of physics.  I think
 7   that's a famous Bill Friedman quote, that when
 8   Google is assembling its categories, it's
 9   doing it in a way that satisfies the IIA.
10                  But it certainly would be
11   astounding if -- if they had, if some
12   marketing person had the IIA at the top of the
13   mind when they were selecting the categories.
14      Q.    Right.
15                  Because to your knowledge,
16   Google's decision with -- to establish the
17   categories in the Google Play Store was made
18   as a matter of marketing?
19                  MS. GIULIANELLI:  Objection to
20   form.
21                  THE WITNESS:  I think -- I think
22   that as I just stated, the record evidence
23   suggests that Google was -- ███████████████
24   ████████████████████████████████████, and
25   I think that ultimately Google wants to
```

Page 89

```
 1   maximize the profits of the -- of the Play
 2   Store, and so it wants consumers to be able to
 3   find things easily and sensibly and it's --
 4   it's profit drivenal; how about that?
 5   BY MR. RAPHAEL:
 6        Q.   And in trying to maximize the
 7   profitability of the Play Store, Google
 8   established the categories by reference to the
 9   categories in the Apple App Store; is that
10   right?
11        A.   In part, yes.  That Google -- that
12   Apple made presumably intelligent choices,
13   Apple's App Store was doing well and -- and
14   Google figured that ███████████████████
15   ████████████████████████████████████████████
16   ██████████████████████████████████████
17   ██████████████████████████████████████
18   ███████████████████████████████.
19        Q.   Okay.
20                  If the IIA assumption is not
21   satisfied, then the Logit model can lead to
22   unrealistic forecasts.
23                  Do you agree with that?
24        A.   No, I think -- I think you asked me
25   that earlier, and I think that it depends on
```

Page 90

1    the degree to which it's not satisfied, right?

2              In any econometric model, just

3    even ordinary lease squares, we -- we -- we

4    make all sorts of demands on the nature of the

5    error terms in the model, just as we do here.

6    And there are -- there are errors, there are

7    violations and there are other violations.

8    And so I wouldn't -- I wouldn't condemn it

9    based on -- on some small violation.

10             I think -- I think that if the

11   categories were haphazardly assigned or done

12   without any kind of economic logic such that

13   consumers did not perceive, or at least some

14   consumers did not perceive the elements to be

15   substitutes, that -- that you could get

16   unreliable forecasts.

17       Q.   Okay.

18             So if consumers do not believe

19   that the products being studied in the Logit

20   model are substitutes, you can get unreliable

21   forecasts?

22             MS. GIULIANELLI:  Objection to the

23   form.

24             THE WITNESS:  I think that the

25   better -- the better requirement, or the more

```
 1    formal requirement, is that if -- if this
 2    property of substitution that is at the heart
 3    of Logit, which is this proportional
 4    substitution, that people tend to go places
 5    with higher shares, then you could get a less
 6    accurate forecast than -- than -- than you
 7    would hope.
 8              I think that unreliable is -- is
 9    fairly strong language, so I'm reluctant to go
10    that far.
11              MR. RAPHAEL:  Okay.
12    BY MR. RAPHAEL:
13       Q.   And what is the standard for when IIA
14    has been violated to such a degree that you
15    think that the -- using the Logit model would
16    lead to forecasts that are inaccurate?
17       A.   So here's some things I -- I would
18    want to look for, is did the categories make
19    economic sense, all right?  Is there -- is
20    there good economic basis to believe that both
21    the developers and the consumers perceived
22    those cat -- categories to define the contours
23    of competition?  And I think we have that
24    here.
25              But the second thing that I'd want
```

1   trying to predict are, say, the -- the

2   predicted shares within a category and he

3   thinks that those forecasts could be off,

4   that's not the forecast that I'm making.  So

5   it's just the word "forecast" is so general

6   that it's hard for me to -- to say that it has

7   much relevance here.

8        Q.   Do you agree that the Logit model can

9   produce seriously misleading forecasts if IIA

10  fails?

11       A.   Seriously misleading forecasts?

12       Q.   Um-hmm.

13       A.   Well, so here we're trying to predict

14  pass-through rates, and I don't think that our

15  pass-through rate forecast is going to be

16  seriously misleading for some minor infraction

17  of the IIA.  And in particular, you know,

18  what's happening is that on a technical

19  matter, we're -- we're concerned about some

20  unobserved attribute being correlated with the

21  error terms.  But if the groupings are done in

22  an intelligent fashion, all these error terms

23  are going to cancel.  They're going to wash

24  out.

25             And so I feel like -- I feel like

ATTORNEYS' EYES ONLY

**Page  96**



ATTORNEYS' EYES ONLY

**Page  97**



```
 1   intent that was at the front of my mind was
 2   will the Logit model do a good job or a bad
 3   job at explaining substitution patterns within
 4   a given category, right?  And implicit in that
 5   objective is whether the IIA was satisfied.
 6        Q.   Did you cite any published economics
 7   article in your reports to establish that it's
 8   appropriate to test the IIA assumption using
 9   the kind of regression that you did?
10        A.   I don't think I've cited articles in
11   my report that my test was a test of IIA.  I
12   think that I feel confident that IIA was
13   satisfied by virtue of the fact that Google
14   selected the categories, the developers
15   selected in, the model fit well and then
16   finally, I tested the model under other demand
17   specifications.
18             There was quite literally nothing
19   else that I could do and there was nothing
20   that your expert did in rebutting it, zero.
21        Q.   Right.
22        A.   Nothing.  Dr. Leonard did no test of
23   the IIA.
24        Q.   Right.
25             Other than the regression that you
```

Page 103

1    did, there was no way for you to test whether
2    the IIA assumption was met; is that right?
3        A.   No, that's not right.  You're not --
4    you're not hearing what I'm saying.
5               I have confidence that the IIA was
6    satisfied because these are economically
7    sensible categories that were designed by
8    Google, that were selected into by the
9    developers.  And then when we go to do the
10   actual fit, had the results come back
11   differently, had the coefficients been the
12   wrong sign, had they not been significantly
13   significant, had the R-squareds been low, and
14   then had another demand model done a better
15   job at explaining the variation of the
16   substitution patterns in the data, I would
17   have abandoned Logit.
18       Q.   Okay.
19               Other than your regression, was
20   there any test you are aware of that you could
21   have applied to determine whether the IIA
22   assumption was met?
23       A.   Yes, and I now feel like I'm
24   repeating myself.  There is the
25   Hausman-McFadden test.

Page 104

1      Q.   But you couldn't apply that here,
2  could you?
3      A.   Let me finish.  Let me just finish.
4           Yeah, the Hausman-McFadden test
5  requires you to drop all consumers from the
6  data who selected a particular choice and then
7  re-estimate the model and -- and compare the
8  coefficients, right?
9           Yes, you cannot do that here
10  because we don't have that kind of granularity
11  in the data.
12      Q.   Are you aware of any source in
13  economics that indicates that it is an
14  appropriate and reliable way to test for the
15  IIA assumption to do the kind of regression
16  that you did here?
17      A.   I don't think that that's how you'd
18  find it in a textbook.  I think that the way
19  that an econometrician would counsel you is
20  you have an assumption about how consumers
21  choose within a category; right?  If the model
22  doesn't fit well, then that would tend to
23  indicate that assumption is violated.  But it
24  starts with the -- with the goodness of fit of
25  the model itself.

ATTORNEYS' EYES ONLY

Page 105

1     Q.   Okay.

2          Are you aware of any source in

3    economics that indicates that it's a reliable

4    way to test for the IIA assumption to do the

5    kind of regression that you did?

6     A.   Let me hear it back.  I'm sorry.

7     Q.   Are you aware of any source in

8    economics that indicates that doing the

9    regression that you did is an appropriate and

10   reliable way to test for whether the IIA

11   assumption is met?

12    A.   I don't know if -- if I can point

13   you, sitting here, to an economic source for

14   that proposition, but what -- what economics

15   counsels is that to determine whether a model

16   is appropriate, you need good economic

17   foundation and you need a goodness of fit in

18   the data.

19          And then finally, what I did is I

20   tried alternative specifications.  I don't

21   think there's anything else that we can do.

22    Q.   Okay.

23          Are you aware of any source in

24   economics that goodness of fit is an

25   appropriate way to test for the IIA

Page 106

1    assumption?

2         A.    No.   The way that the economics will

3    tell you is that goodness of fit will tell you

4    if the Logit is a -- is a -- is the relevant

5    way to describe preferences in substitution

6    patterns here.

7                   Now, IIA is lurking in the

8    background of all of that.

9         Q.    Right.

10                   But you're not aware of any source

11   in economics that goodness of fit is an

12   appropriate way to test for the IIA assumption

13   directly?

14                   MS. GIULIANELLI:   Objection to the

15   form.

16                   THE WITNESS:   I think that if you

17   go into the economic literature and you see

18   the vast application of Logit in antitrust,

19   mergers in particular, I think that for an

20   economist or an agency, or an agency's

21   economist to feel good about using Logit, what

22   they care most about is whether the categories

23   were constructed intelligently and with a good

24   grounding in economics and in -- in record

25   evidence.

ATTORNEYS' EYES ONLY

**Page 107**



ATTORNEYS' EYES ONLY

Page 113



ATTORNEYS' EYES ONLY

Page 114



ATTORNEYS' EYES ONLY

**Page 115**



ATTORNEYS' EYES ONLY

**Page 116**



ATTORNEYS' EYES ONLY

**Page 117**



ATTORNEYS' EYES ONLY

**Page 120**



ATTORNEYS' EYES ONLY

Page 121



ATTORNEYS' EYES ONLY

**Page 122**

Page 123

1   would -- that would somehow not move, and it's

2   something below a half a percent.  It's de

3   minimus.

4       Q.   Right.  So let's -- let's look at

5   that.  That's page 203 of your opening Merits

6   report.

7       A.   Okay.

8       Q.   And this is Table 17.

9       A.   Yes.

10      Q.   So you find there that some non-zero

11  amount of developers would not reduce their

12  prices if they were committed to having their

13  prices end in 9; isn't that right?

14      A.   Correct.

15      Q.   Do you know how many developers

16  that -- that amounts to?

17      A.   Sitting here, I don't, but it's --

18  should be easy to figure out the backup.

19      Q.   Did you run a version of this table

20  in your reports with the assumption that

21  developers would want to set prices ending in

22  99?

23      A.   I did not.

24      Q.   Okay.

25              And do you know the percentage of

ATTORNEYS' EYES ONLY

**Page 133**





ATTORNEYS' EYES ONLY

**Page 146**



1    you tried to do the derivative in your head.

2              I think that when you look at the

3    traditional models of pass-through, which,

4    remember, are a derivative of the -- if you

5    think of it as a derivative of the Lerner

6    index, it's -- it's looking at how the profit

7    maximizing price changes in response to a

8    change in cost.

9              And then you look at the most

10   common functional forms.  You'll often see

11   that marginal cost drops out of the

12   pass-through equation.

13   BY MR. RAPHAEL:

14       Q.   Well, does it drop out when you're

15   looking at an ad valorem cost?

16       A.   In this case, it drops out of the

17   pass-through equation, yes.

18       Q.   Okay.

19              And can the amount of a

20   developer's marginal cost, other than the

21   service fee, affect the amount of

22   pass-through?

23       A.   Not under the Logit model that I'm

24   using.  It's conceivable it could in others,

25   but in my Logit model -- not -- in the Logit

1              The most -- I mean, the most

2      obvious one would be processing fees.  But

3      there are other marginal costs, royalty fees

4      that they pay, but -- but I haven't estimated

5      those at the developer level.

6          Q.   One of the inputs into your

7      pass-through model is Google's market share in

8      a world without the challenged conduct.

9          A.    Not in the pass-through model.  Did

10     you mean to say -- it certainly -- Google's

11     market share is in Rochet-Triole and it's in

12     Landes-Posner.

13         Q.    Yes.  One of your inputs into

14     calculating what Google's but-for service fee

15     would be is Google's market share in the

16     but-for world.

17         A.    Correct.

18         Q.    And you estimated that share to be 60

19     percent; right?

20         A.    I -- I used as an input the

21     60 percent because that's the best that the

22     economic literature in busting up monopolies

23     can -- can give to us.

24              I also, you know, would note --

25     yes, that is -- that is the best estimate that

Page 151

1    I could find in the literature.

2        Q.   Okay.

3             And that market share estimate is

4    based on an article that attempted to estimate

5    AT&T's market share in the longest in its

6    telephone market in the 1980s?

7        A.   Yes, with one important caveat that

8    you left out, which was after AT&T's

9    anti-competitive tie was unwound, right?

10            What I -- what I was looking for

11   was the closest analogue in antitrust history

12   in which a dominant firm that had extended its

13   leverage from one market into another was

14   forced to unbundle or break apart the tie.

15   There aren't a lot of such episodes, right, in

16   the history of antitrust for reasons that we

17   could describe -- discuss over coffee, but we,

18   in any event, it's a network industry; it's

19   the monopoly, where the tie gets removed.

20   It's been studied ad nauseam by economists

21   for -- for the price effects that can be

22   attributable.  And so I thought that

23   60 percent was the best estimate.

24            And in any event, it turns out

25   my -- my in-app model for damages is not that

1   sensitive to the 60; that is, as you put in

2   different inputs for 60, you go to 70 or if

3   you think that Google share would have fallen

4   to 50, it just turns out that the model is not

5   that sensitive to that input.

6       Q.   Well, do you disagree that if

7   Google's but-for market share is 75 percent,

8   that your damages figure falls by over

9   40 percent?

10      A.   No, it wouldn't.  It would not.

11           So you're saying if all you did --

12  see, what -- what Dr. Leonard, respectfully,

13  did was that he kept changing two parameters

14  at a time.  He kept changing the but-for share

15  and the actual share.  If he held everything

16  constant for Landes-Posner, if you change just

17  the but-for share, say, by 10 percentage

18  points, you get, depending on which direction

19  you go, you get something on the order of a 5

20  percentage point swing in damages.

21           And so what -- what that's telling

22  you is that the input is important, but the

23  results don't vary significantly, or let's

24  just say the results aren't amplified based on

25  the change in this input; that they're, in

ATTORNEYS' EYES ONLY

**Page 153**



ATTORNEYS' EYES ONLY

**Page 154**



```
1    opting in and participating in a loyalty
2    program, and if the benefits for doing so are
3    paltry, that could affect how many people take
4    advantage of the program.
5         Q.   Right.
6              There are costs to opting into a
7    rewards program; right?
8         A.   Yes.
9         Q.   Okay.
10             And in the -- in your Play Points
11   damages model, you assume that all Play Store
12   users would have signed up for the Play Points
13   program?
14        A.   No.
15        Q.   You don't?
16        A.   No, not necessarily.  What I'm trying
17   to solve for is the extent of a subsidy that
18   Google would have offered across -- in the
19   aggregate across all users, but I don't think
20   that I'm necessarily assuming that each user
21   avails itself.  It's possible that it would,
22   but my -- my damages model for aggregate
23   damages is looking at the savings to the class
24   if Google were to be more generous in its
25   subsidy program.
```

1      Q.   Your Play Points model measures the

2  damages that consumers would have incurred in

3  the aggregate?

4             MS. GIULIANELLI:  Objection to the

5  form.

6             THE WITNESS:  I think that my

7  model is being offered for an estimate of

8  aggregate damages, among other things; I think

9  it also speaks to injury and impact.  But I --

10  I -- I believe that that -- that -- that

11  parameter that comes out that we're interested

12  in, which is the price on the consumer side of

13  the market, is telling you across all

14  consumers, this is -- this is what -- what --

15  what Google will pay.

16  BY MR. RAPHAEL:

17      Q.   Does your Play Points model tell the

18  jury how much a user who did not sign up for

19  Play Points in the actual world was damaged?

20      A.   You could estimate, for a given

21  member of the class, you could estimate what

22  the reduction in -- in his or her net payments

23  would be relative to what they spent in the

24  actual world.  And you wouldn't abandon that

25  exercise simply because they didn't use Play

Page 165

1    Points in the real world.  In the real world,
2    the reason why most people or many people
3    didn't use it is because Google was so skimpy
4    with the offering.
5              In a but-for world in which Google
6    is forced through competition to employ a more
7    generous points model, including making the
8    enrollment easier, they'd -- they'd be forced
9    to.  Under -- in a competitive market, it
10   would be reasonable to assume that -- that
11   most, if not all, consumers in the class
12   would -- would partake and -- and take
13   advantage of that -- of that program.
14      Q.   Are you offering the opinion that all
15   users in the but-for world would have signed
16   up for the Google Play Points program?
17      A.   Economists tend to be reluctant to
18   say all, like do I know with certainty or to a
19   reasonable certainty that every single class
20   member signs up?  I don't know if the model
21   can tell us that.
22              What the model is telling us is
23   what's the -- what is the aggregate or average
24   subsidy that Google offers.  And I think that
25   it is reasonable to infer that if the subsidy

1  gets sufficiently large such that it is a

2  meaningful reward, that most, if not all,

3  consumers will take advantage of it in the

4  but-for world.

5      Q.   Have you estimated what portion of

6  users would have signed up for the Play Points

7  program in the but-for world?

8      A.   I feel like that question is no

9  different from the -- from the last.

10          I have not given an empirical

11 estimate of the proportion.  I think it's very

12 high, it could be close to 100 percent, but

13 there's no requirement that it's a hundred

14 percent for the model to -- to hold.

15     Q.   If I were to come to you with a user

16 chosen at random from the data that you've

17 looked at of people that used the Google Play

18 Store, could your model tell me whether that

19 user would have signed up for the Google Play

20 Points program in the but-for world?

21     A.   I don't think the model tells you

22 whether a user will sign, but what the model

23 can tell you is what the subsidy, what the

24 predicted subsidy would be for that user.  And

25 if the subsidy is as large as these models are

Page 167

```
 1   implying, whether it's the Rochet-Triole model
 2   or the Amazon model, these are big numbers;
 3   we're talking about ███████ percent savings.
 4             It seems like a safe inference is
 5   that if a -- if Google wants to credit you
 6   between ███ and ███ percent, I'm going by
 7   memory, of the -- of the price of partaking in
 8   all the fun of its Play Store, that most, if
 9   not all, consumers will avail themselves of
10   that option.
11      Q.   Have you calculated the minimum value
12   of the Play Points subsidy that would be
13   necessary to get any consumer to sign up for
14   Play Points?
15      A.   I haven't calculated it down to the
16   decimal, but my opinion is this; that in the
17   actual world, with a -- with a paltry subsidy
18   of ██████████████████, you see many people not
19   availing themselves of the option.
20             In a but-for world where the
21   subsidy is in the order of ████████ percent,
22   if we -- if Google matches Amazon, I think a
23   safe inference is that all or almost all
24   consumers will avail themselves of that
25   option.
```

Page 168

1        Q.   Well, your Play Points model, though,

2   is about the percentage of the price that

3   would be credited back to consumers, not the

4   percentage of Google's revenue; right?

5        A.   Oh, no, no, no.  Hold on.  We're on

6   the same page, I think.  It's the percentage

7   of the price from the consumer's perspective;

8   right?

9        Q.   Right.

10       A.   And so if -- if in a but-for world,

11  Google takes its subsidy from, say, ██████

12  █████████ to ███████████, right, that is a

13  material change in the terms of the program,

14  at which point you're looking at all your

15  friends who are getting ████████████ off and you

16  say hey, sign me up, I'll take some of that,

17  too.

18       Q.   Right.

19            Have you calculated the percentage

20  credit on the price that would be necessary

21  for any consumer to find it worth it to

22  overcome the cost of signing up and sign up

23  for the Play Points program?

24       A.   I haven't calculated the percentage,

25  but I will say that in a but-for world where

Page 169

```
 1    Google is going head-to-head with a -- with a
 2    competitor who is competing on this dimension,
 3    whether it's Amazon or Facebook or Samsung,
 4    that Google would make sure that whatever
 5    enrollment costs there were, they would not be
 6    so prohibitive as to allow that rival to eat
 7    their lunch.
 8         Q.   Have you done any analysis of the
 9    elasticity of demand for the Play Points
10    program?
11         A.   I have done elasticity of demand of
12    consumers with respect to pricing in the App
13    Store.  So to the extent that Play Points or
14    any subsidy changes pricing, you could figure
15    out what the sensitivity would be.
16         Q.   But you haven't tested whether what
17    happens when Google changes its Play Points
18    subsidy and how that affects whether people
19    sign up for the Play Store -- for the Play
20    Points program; you haven't done that?
21         A.   Well, it's a bit of a trick question
22    here, because Google has been at -- at this
23    paltry ███████████, you know, since the advent
24    at least in the U.S.
25                   Now, there are some experiments
```

```
 1   that you might be able to look at.  In Korea
 2   and Japan, I think that Google tried to meet
 3   the limited competition that -- that occurred
 4   there with an increase in the subsidy.  But I
 5   haven't studied -- I haven't studied what the
 6   reaction would be.
 7                I think it's safe to infer that
 8   Google felt, and this is just kind of basic
 9   economics, that Google felt compelled to meet
10   the competition because they feared that if
11   they didn't -- if they weren't competitive on
12   that dimension, they would lose customers.
13        Q.   Your Play Points model also uses the
14   elasticity of demand from an article about
15   AT&T long distance in the 1980s?
16        A.   That's of the rival elasticity,
17   that's right.
18        Q.   Right.
19                And that's drawn from the same
20   article as the article where you got the
21   but-for share for Google; right?
22        A.   Correct.
23        Q.   And you didn't calculate the
24   elasticity of demand in the but-for world
25   yourself?
```

Page 171

1      A.   Well, this is -- remember what we're
2   talking about is the rival supply elasticity.
3   So Google by the tie doesn't allow any rival
4   to enter and expand, and now you're asking me
5   where's your -- where's your model, Singer,
6   for how PayPal or Stripe, you know, would have
7   responded to an increase in Google's price.
8   They couldn't come in by virtue of the tie.
9              So I don't think that -- that
10   life, by virtue of Google's restrictions and
11   the challenged conduct here, is going to allow
12   us to test for rival supply elasticity
13   particularly in the but-for world.
14      Q.   You didn't present your Amazon Coin
15   damages model at the class certification
16   stage?
17      A.   That's correct.
18      Q.   Why not?
19      A.   I don't think that I had data at
20   that -- at that time to estimate Amazon's
21   subsidy.
22      Q.   And your Amazon Coins damages model
23   is used for calculating aggregate damages?
24              MS. GIULIANELLI:  Objection to the
25   form.

```
 1            THE WITNESS:  Correct.  That --
 2    that's fair, among other things.  But I think
 3    that the primary purpose here, now that we're
 4    at the merits, is what the -- what aggregate
 5    damages are.
 6    BY MR. RAPHAEL:
 7        Q.   And if I -- again, if I took a user
 8    at random from the -- from the data on the
 9    users of the Google Play Store, could your
10    Amazon Coins model tell me whether -- how much
11    in subsidy that consumer would have received?
12        A.   Yes.
13        Q.   And could it tell -- and -- and is
14    your idea that the subsidies in your Amazon
15    Coins model would have been part of a program
16    that all users would have signed up for?
17        A.   I think that once you get into the
18    ███████████  range, I think that it would be
19    irrational and illogical for a consumer to
20    pass up that savings.  They would figure out a
21    way to get enrolled.
22        Q.   Okay.
23            But you -- again, you haven't
24    studied, with respect to your Amazon Coins
25    model, the percentage of savings that would be
```

ATTORNEYS' EYES ONLY

Page 180

1    models and I think they're both reasonable.

2        Q.   So you can't say whether it's more

3    reliable for the -- to estimate damages at the

4    █████████████████████ that you have for the

5    Amazon Coins model or the ██████████████████████

6    that you have for the Play Points model?

7        A.   No.  And you keep -- you keep going

8    back to the difference in the magnitude.

9    That's just because we have such a large base

10   of spending.

11            What we're really trying to figure

12   out is as we toggle between the ██████████ of

13   the Play Points and █████████████, which is about

14   ███████████████████, should we -- should we

15   credit Google with an incumbency advantage or

16   should we not.

17            I think there are legitimate

18   arguments that would suggest that if entry by

19   a rival were to occur early enough in the

20   place for experience, then it would be -- it

21   would be too charitable to Google to credit it

22   with an incumbency advantage, right?  If

23   Google were facing a rival right out of the

24   gate, right, what's the source of its -- of

25   its incumbency advantage?

1      Q.   Have you formed an opinion as to

2   which of the numerous different damages models

3   that you have is the most reliable one for the

4   jury in this case?

5      A.   I think it's -- it's hard to compare

6   models that are meant to do different things,

7   right?  We've got some models that are meant

8   to -- to come up with but-for take rates and

9   pass-through in the -- in the primary market.

10  We've got a different model that's meant to

11  predict the but-for take rate in the

12  aftermarket.

13           I don't know how one would say

14  that one is better than the other.  I feel

15  like these are the best that economics has to

16  offer for each of the -- each of the problems

17  that I've been given.

18      Q.   Did you consider using any other App

19  Store as a benchmark for your subsidy model

20  rather than the Amazon App Store?

21      A.   It's -- it's certainly possible I

22  considered.  One -- one problem that I had,

23  for example, with the ONE Store is that the

24  ONE Store is competing along both dimensions.

25  I think they took their take rate down and

1    they did a more generous subsidy program.  And

2    remember, in this -- when we go down this

3    branch of the tree, we're thinking about

4    competition that only occurs on one dimension;

5    namely, take rate.

6              And the second thing that -- that

7    worried me about ONE Store is that it's --

8    it's specific to Korea and Amazon was -- was

9    global.  And so I felt that -- that we just

10   didn't have as good of a benchmark as Amazon

11   for -- for that parameter.

12        Q.   Okay.

13        A.   Oh, there's one more reason, too, is

14   that I don't think we have the magnitude of

15   ONE Store's subsidy.  We have the dollar

16   amount, I found press articles that said it's

17   X hundreds of millions of dollars, but I --

18   I -- I wasn't able to -- to generate a -- a

19   subsidy in terms of percent of spend for ONE

20   Store.

21        Q.   Okay.

22              MS. GIULIANELLI:  Pretty soon we

23   can take a break for lunch.

24              MR. RAPHAEL:  Sure.

25   BY MR. RAPHAEL:

Page 183

1     Q.   Did you -- did you analyze whether

2   any of the benchmark App Stores in Table 7

3   offer subsidies and whether you could use

4   those as benchmarks?

5     A.   I did not.

6     Q.   Okay.

7          Just a couple more questions and

8   we can take a break for lunch.

9     A.   Okay.

10    Q.   Now, users sign up for Play Points

11   and then they earn points when they make

12   purchases; right?

13    A.   Correct.

14    Q.   And Amazon Coins have to be purchased

15   separately?

16    A.   Correct.

17    Q.   Did you consider whether that

18   difference could affect whether the Amazon

19   Coins program is a proper benchmark?

20    A.    I certainly considered it, and I just

21   want to make clear that in my -- in my but-for

22   world under this model, I am not positing that

23   Google mimics Amazon's program verbatim,

24   right.  I recognize there are differences in

25   the program.

Page 187

1      A.    Close.   It's just -- yeah, the share

2   of that developer within its category, that's

3   right, its market share.

4      Q.    Right.

5            And so what the regression is

6   looking at is if the developer changes its

7   price, does that reduce its share of the app

8   category; right?

9      A.    Right.   Implying that -- that there

10   would be substitution away from that app

11   towards what consumers perceive to be

12   substitutes.

13      Q.    Right.

14            And does the regression that you

15   ran that looks at the change in price and its

16   effect on the developer's share of its

17   category tell you anything about where the

18   substitution, as you put it, comes from?

19      A.    Where it comes from is, of course,

20   the app who is raising the price.   Did you

21   mean to say where it's going?   I don't --

22   where it's coming from --

23      Q.    Ah, thank you for that.

24      A.    Okay.

25      Q.    I'll ask a better question.

Page 188

1      A.    Okay.

2      Q.    So your regression that you ran in

3  connection with your Logit model, does it tell

4  you where, when a developer raises its price,

5  where consumers will substitute to within the

6  category?

7      A.    This -- this particular model, or at

8  least for this purpose of a model, or this

9  stage of the model, it is simply telling you

10  that the developer loses share.  But once you

11  know that the model fits and is the best

12  demand system for the data, you can infer that

13  users are moving around the category in

14  proportion to the market share of the -- of

15  the other goods.

16      Q.    Okay.

17            But the regression is one of the

18  things you used to determine the fit of the

19  model; right?

20      A.    Correct.

21      Q.    Okay.

22            And the regression, itself, does

23  not tell you when a developer raises its price

24  or lowers its price, I guess, to which apps do

25  the other -- do the consumers substitute;

ATTORNEYS' EYES ONLY

Page 189

```
1    right?  It doesn't tell you that?
2        A.    Correct.
3        Q.    Do you agree that the relevant
4    product market should include all competitive
5    constraints?
6        A.    No.
7        Q.    Is product quality --
8        A.    Can I -- also, can I just say why?  I
9    mean I --
10       Q.    Sure.
11       A.    Just to be clear, you don't need to
12   include all competitive constraints because
13   there could be some very weak constraints that
14   don't prevent the exercise of market power.
15            So if the guidelines are telling
16   you to include only those that are necessary
17   in order to effectuate a price increase over
18   competitive levels, so that was the only part
19   I was pushing back on.
20            It's not all competitive
21   constraints, right?  It's not every one under
22   the sun.  And maybe we could define what you
23   mean by competitive.  But -- but I took it to
24   mean literally any competitive including weak,
25   right?  We don't need weak constraints to be
```

ATTORNEYS' EYES ONLY

**Page 417**



ATTORNEYS' EYES ONLY

Page 418



ATTORNEYS' EYES ONLY

**Page 419**



ATTORNEYS' EYES ONLY

Page 420

