**PUBLIC REDACTED**

# Exhibit 9

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   IN RE:  GOOGLE PLAY STORE ANTITRUST LITIGATION
     Case No. 3:21-md-02981-JD
 6
 7   THIS DOCUMENT RELATES TO:
 8   Epic Games Inc. v.  Google LLC, et al.
     Case No.  3:20-cv-05671-JD
 9
     In Re:  Google Play Consumer Antitrust Litigation
10   Case No.  3:20-cv-05761-JD
11
     State of Utah, et al. v. Google LLC, et al.
12   Case No.  3:21-cv-05227-JD
13
     Match Group LLC, et al., v. Google LLC, et al.
14   Case No.  3:22-cv-02746-JD
     _____
15
                    ** CONFIDENTIAL **
16
17              DEPOSITION OF MARC S. RYSMAN, PhD,
18   called as a witness by and on behalf of Google LLC,
19   pursuant to the applicable provisions of the
20   Federal Rules of Civil Procedure, before P. Jodi
21   Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91,
22   MA-CSR #123193, and Notary Public, within and for
23   the Commonwealth of Massachusetts, at 100 Cambridge
24   Street, Boston, Massachusetts, on Friday, March 10,
25   2023, commencing at 9:07 a.m.
```

CONFIDENTIAL

Page 42





Page 61



1          MS. WEINSTEIN:  Objection to form.
2      A.   So in this paragraph I'm setting up an
3   abstract world where focal point pricing is
4   important and talking about the economics of focal
5   point pricing; and I don't mean that to be a
6   description of what actually happens in -- to apps
7   on the Google Play Store.
8      Q.   Right.  But so as a matter of economics,
9   as you're describe -- you -- let me back up.
10          In this -- in this paragraph you're
11  referring to economic principles; right?
12          MS. WEINSTEIN:  Objection to form.
13          And you can read the full paragraph if
14  you'd like to answer the question.
15     A.   Yes.
16     Q.   Yes.  Okay.  And as a matter of economic
17  principles, then, what you're saying is that, as a
18  result of focal point pricing, some firms would not
19  change price in response to a change in the
20  commission rate?
21          MS. WEINSTEIN:  Objection to form.
22     A.   Yes.  If focal point pricing is important,
23  I would expect that.
24     Q.   Okay.  Do you think that focal point
25  pricing is important in the context of Android



1  use a standard logit model without testing whether
2  the products to which the model was applied are
3  substitutes?
4          MS. WEINSTEIN:  Objection to form.
5      A.   I don't know that there needs to be a
6  formal test, but we would read the paper -- by "we"
7  I think of, let's say, the editorial staff -- would
8  read the paper for whether we feel that the model
9  was a good approximation for what was happening in
10 the market.
11     Q.   And what would you want to see or test to
12 determine whether the model was a good
13 approximation for what was happening in the market
14 in the case of a standard logit model?
15         MS. WEINSTEIN:  Objection to form.
16     A.   I have the sense -- I have a sense from my
17 experience as an economist of the general issues
18 that logit model captures or doesn't capture, and I
19 would want to think about whether the products in
20 the market captured that -- that as well.
21     Q.   Would it be sufficient for you to
22 determine that a standard logit model was
23 appropriate that there was a negative correlation
24 between price and demand?
25         MS. WEINSTEIN:  Objection to form.

1   A. Not by itself that wouldn't tell me that
2  the logit model was appropriate.
3   Q. Have you ever seen a logit model used to
4  estimate pass through?
5       MS. WEINSTEIN: Objection to form.
6   A. Yes.
7   Q. Where?
8   A. So I'm thinking of general logit-based
9  models. So not necessarily the simple logit that
10 you started with. We just had a paper presented
11 this year by Katja Seim presenting at BU studying
12 pass through, and I edited a pass-through paper at
13 random. I'd have to think about whether they used
14 logit or not. I have to remember.
15  Q. The paper that was presented as BU, what
16 industry was that?
17  A. I just can't recall. I'm sorry.
18  Q. Okay. Are you familiar with the logit
19 model that Doctor Singer uses in this case?
20      MS. WEINSTEIN: Objection to form.
21  A. I am not.
22  Q. Okay. So you don't know anything about
23 how Doctor Singer actually calculates the
24 pass-through rate for any app?
25      MS. WEINSTEIN: Objection to form.



Page 70