# Exhibit 12

Best Small Business Accountants near 94102 - Thumbtack



| Small Business Accounting | 94102 |

## What is your annual personal or company income?    Skip >

- Less than $100K in revenue
- $100K - $500K in revenue
- $500K - $1M in revenue
- $1M - $5M in revenue
- $5M - $10M in revenue
- Greater than $10M in revenue

### Top 10 Small Business Accountants based on our criteria ⓘ

To expand your search, try *accountant*



**Mitchell Advisory Services**
🏅 Top Pro    Exceptional 5.0    (13)
Exceptional 5.0 ★ (13)

💲 Great value    🛡 Licensed pro
📹 Offers remote services

🏆 20 hires on Thumbtack

$65/hour
estimated price



**Quickbooks&Taxes**

Great 4.7    (18)   Great 4.7 ★ (18)

$ Great value          Licensed pro

Offers remote services

🏆 6 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds within **a day**

Victoria B. says, "I highly recommend George for anyone's p... See more

$40/hour
estimated price

View Profile



**Safwat & Marston Inc,CPA**

Top Pro   Great 4.8            (64)

Great 4.8 ★ (64)

🏆 In high demand          Offers remote services

🏆 102 hires on Thumbtack
📍 7 similar jobs done near you
💬 Responds within **a day**

Yvinne C. says, "He was also very **quick** to **respond** via **text**... See more

$85/hour
estimated price

View Profile



### GRZ Bookkeeping And Tax Services

5.0           (1) 5.0 ★ (1)

📹 **Offers remote services**

📍 Serves San Francisco, CA
💬 Responds in about **2 hours**

$35/hour
estimated price

Ann C. says, "Gina knows her **business**. She is always on top all through the process." See

[View Profile]



### CFC Business Solutions

Top Pro   **Exceptional 5.0**           (17)
**Exceptional 5.0** ★ (17)

📹 **Offers remote services**

🏆 36 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds in about **49 min**

$85/hour
estimated price

Sunil K. says, "I highly recommend her for those who are lo… See more

[View Profile]



### Jill's Remote Bookkeeping

New on ThumbtackNew on Thumbtack

📍 Serves San Francisco, CA
💬 Responds in about **10 min**

$50/hour
estimated price

Hello, I am remote Full Charge bookkeeper and can help you wit… See more

[View Profile]

### Safwat & Marston Inc.

Great 4.8          (28)  Great 4.8 ★ (28)

🏆 In high demand          📹 Offers remote services

🏆 64 hires on Thumbtack
📍 25 similar jobs done near you
💬 Responds within **a day**

Katarina J. says, "Brian was **quick** to **respond**, kind, profes… See more

$75/hour
estimated price

[View Profile]

### GoFigure Bookkeeping Services

5.0          (3)  5.0 ★ (3)

📹 Offers remote services

🏆 3 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds in about **2 hours**

Elliot H. says, "I was in a really tight spot with some wor… See more

$50/hour
estimated price

[View Profile]

### Kristina's Accounting Services

5.0          (1)  5.0 ★ (1)

📍 Serves San Francisco, CA
💬 Responds within **a day**

$45/hour
estimated price

Debra E. says, "Very friendly. Always responding when called" See more

**AP Bookkeeping**

5.0                (4)  5.0 ★ (4)

 Offers remote services

 Serves San Francisco, CA

Jasz G. says, "A... a pleasure to work with for..." See more

View Profile

contact for price

View Profile

See More

---

## Why hire professionals on Thumbtack?



**Free to use**
You never pay to use Thumbtack: Get cost estimates, contact pros, and even book the job—all for no cost.

**Compare prices side-by-side**
You'll know how much your project costs even before booking a pro.



**Hire with confidence**
With access to 1M+ customer reviews and the pros' work history, you'll have all the info you need to make a hire.

Get started

## Related Categories

Business Tax Preparation  >

Individual Tax Preparation  >

Personal Financial Planning  >

**Thumbtack**
Consider it done.

About
Careers
Press
Blog



**Customers**

How to use Thumbtack
Sign up
Get the app
Services near me
Cost estimates
Home resource center
Small business survey
Questions and answers

**Pros**

Thumbtack for pros
Sign up as a pro
Community
Pro Resources
Success stories
Pro reviews
iPhone app for pros
Android app for pros

**Support**

Help
Safety
COVID-19 Info
Terms of Use
Privacy Policy
CA Privacy Notice
Do not Sell or Share My Personal Information

© 2023 Thumbtack, Inc.





| Accountant | 94102 |

## Select a service

Accounting    Individual Tax Preparation    Business Tax Preparation    Payroll Services

## Top 10 Accountants based on our criteria ⓘ



**Zaire Askew - Financial Advisor**

🏆 Top Pro   **Exceptional 5.0**   (133)

contact for price

**Exceptional 5.0** ★ (133)

Personal Financial Planning

📹 Offers remote services

🏆 174 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds in about **41 min**

Nelson A. says, "He came with serval specific examples and … See more

View Profile

📹 Offers remote services

🏆 5 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds within **a day**

Barbara S. says, "Stephan Brewer is very knowledgea... See more

View Profile

---



**Yellow Rose Tax & Business Service**

**Exceptional 5.0**          (13)
**Exceptional 5.0** ★ (13)

contact for price

Individual Tax Preparation, Business Tax Preparation, Payroll Services

🛡 Licensed pro    📹 Offers remote services

🏆 13 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds within **a day**

Teresa M. says, "Yellow Rose Tax/Business **extremely**... See more

View Profile

---



**David Beck CPA**

**Very good 4.6**          (231)
**Very good 4.6** ★ (231)

$495
estimated price

Individual Tax Preparation, Business Tax Preparation

🏆 In high demand    🛡 Licensed pro
📹 Offers remote services

 🏆 398 hires on Thumbtack
 📍 Serves San Francisco, CA

 Online now

Diego D. says, "Very **responsive** and professional"  See more

[View Profile]

---



**Safwat & Marston Inc,CPA**                                         $85/hour
🏅 Top Pro   Great 4.8              (64)                          estimated price
Great 4.8 ★ (64)

Accounting, Business Tax Preparation

📹 **Offers remote services**

🏆 102 hires on Thumbtack
📍 7 similar jobs done near you
💬 Responds within **a day**

Yvinne C. says, "He was also very **quick** to **respond** … See more

[View Profile]

---



**Dileo & Charles Tax and Consulting Services, Inc.**                    💬
                                                                  contact for price
Excellent 4.9              (19)
Excellent 4.9 ★ (19)

Business Tax Preparation, Payroll Services

📹 **Offers remote services**

🏆 38 hires on Thumbtack
📍 Serves San Francisco, CA

Online now

Cirino R. says, "Coming from a hand on 5-**star** contr… See more

View Profile



### GRZ Bookkeeping And Tax Services

**$35/hour**
estimated price

5.0           (1)  5.0 ★ (1)

Accounting, Individual Tax Preparation

📹 Offers remote services

📍 Serves San Francisco, CA

💬 Responds in about **2 hours**

Ann C. says, "Gina knows her business. She is always o… See more

View Profile



### Alexa CPA Group

**$295**
starting price

Good 4.3           (54)  Good 4.3 ★ (54)

Individual Tax Preparation, Business Tax Preparation

🛡 Licensed pro      📹 Offers remote services

🏆 85 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds within **a day**

Alexandra K. says, "They **truly** are very helpful, ca… See more

View Profile



**Adam - Retirement & Financial Planning**

🏅 Top Pro   **Exceptional 5.0**                    (147)                          💬
                                                                         contact for price
**Exceptional 5.0** ★ (147)

Personal Financial Planning

🏆 In high demand        📹 Offers remote services

🏆 225 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds in about **2 hours**

Erin E. says, "He was **professional, informative**                    [ View Profile ]
and… See more

---

**RBS Accounting Solutions LLC**                                        **$275**
                                                                         starting price
🏅 Top Pro   **Excellent 4.9**                    (36)

**Excellent 4.9** ★ (36)

Individual Tax Preparation, Business Tax
Preparation, Personal Financial Planning

💲 Great value           📹 Offers remote services

🏆 49 hires on Thumbtack
📍 Serves San Francisco, CA
💬 Responds in about **3 hours**

Keeth J. says, "Very **professional** and                               [ View Profile ]
**knowledgeable**… See more