**SLIPSHEET ONLY
REDACTED IN ENTIRETY**

# Exhibit 13