**PUBLIC REDACTED**

# Exhibit 14

```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
 2  SAN FRANCISCO DIVISION
 3  ---------------------------------------X
    IN RE GOOGLE PLAY STORE
 4  ANTITRUST LITIGATION
 5  Case No.  3:21-md-02981-JD
 6
    THIS DOCUMENT RELATES TO:
 7  Epic Games Inc. v. Google LLC, et al.,
    Case No. 3:20-cv-05671-JD
 8
    In Re Google Play Consumer
 9  Antitrust Litigation
    Case No. 3:20-cv-05671-JD
10
    In Re Google Play Developer
11  Antitrust Litigation,
    Case No: 3:20-cv-05792-JD
12
    State of Utah, et al., v.
13  Google LLC, et al.,
    Case No: 3:21-cv-05227-JD
14  ---------------------------------------X
15
16            VIDEOTAPE DEPOSITION
17              HAL SINGER, PH.D.
18           Thursday, May 12, 2022
19                9:07 a.m. (EST)
20
21
22
23
24  Reported by:
25  Ryan K. Black, RPR, CLR, Notary Public
```

1  being reflected in the prices of apps in the
2  transaction data.
3       Q.   Right.  And your opinion is that
4  Google's service fees, to the extent that they
5  are supercompetitive, is equivalent to an
6  increase in the developer's marginal cost.
7       A.   It can be understood that way, yes.
8       Q.   Right.  And in your report, you've
9  modeled the proper economic way to calculate how
10 a profit-maximizing developer would set prices
11 based on marginal costs.
12      A.   I have.  And --
13      Q.   Right.
14      A.   -- and, as you know, it depends on
15 the -- the nature of the demand and the demand
16 specification that you assume, right?  Each
17 demand specification you assume is going to apply
18 at different pass-through rates.
19      Q.   Right.  So could you go to Page 104 of
20 your report, your opening report, please?
21      A.   Sure.
22      Q.   And you'll see this is a continuation of
23 the Paragraph 225 from the previous page.
24           And you've got a formula there that has
25 "P minus C star divided by P equals one divided

1    by E sub D."
2            Do you see that?
3        A.   Yes.  That's the classic Lerner markup.
4        Q.   Right.  So that's -- that's the proper
5    economic model for how a profit maximizing
6    developer would set prices based on marginal
7    costs, right?
8        A.   That model describes the markup over
9    marginal cost as the function of the elasticity
10   of demand faced by the developer.
11       Q.   Right.  And -- and this model on Page
12   104 of your opening report, that -- that's --
13       A.   So --
14       Q.   -- the correct economic mod -- economic
15   way to model how the change in marginal costs
16   will affect the price that the developer charges.
17       A.   It's the -- it's the way to think
18   about it at -- at a very, very high level of
19   abstraction.  But, as you know, to actually
20   estimate the pass-through rate here, I have to
21   make an assumption about the demands curve and --
22   and -- and the precise nature of demand that a --
23   the developer faces, right?
24            Once you --
25       Q.   Understood.

1    A.   -- make a -- once you make that
2  decision, you get these pass-through rules,
3  right?  And the pass-through rules -- whether you
4  go linear or logit or -- or constant elasticity
5  -- are going to express pass-through as a
6  function of things that do not include the
7  marginal cost.
8    Q.   Understood.  But this formula on Page
9  104 of your report is the correct economic way to
10 model the relationship between the developer's
11 price and the marginal cost in general?
12   A.   Well, I just want to put that caveat in
13 there.  It's the -- it's the -- definitely the
14 way to think about it and why it's in my
15 preamble, right?
16        But when I go to model the precise
17 amount of pass-through, I have to make an
18 assumption about what kind of demand the
19 developer faces, right?  And that -- that puts
20 me to a -- takes me to a pass-through rule that
21 isn't necessarily going to be denominated in
22 terms of costs.
23   Q.   Understood.  So -- but -- but this mod
24 -- this economic model you've described in Page
25 104 of your report, that's generally accepted in

1  economics.
2      A.   Yes.
3      Q.   Now, if you just look at the cost term
4  there, C star, and the -- the C star in that
5  formula that you have on Page 104 of your report
6  is equal to C divided by one minus T, right?
7      A.   Correct.
8      Q.   And -- and in that -- in that cost term
9  I just described, T is the service fee rate?
10     A.   Correct.
11     Q.   And C is the developer's per-unit
12 marginal cost other than the service fee?
13     A.   Correct.  Processing and the like, yes.
14 Any other --
15     Q.   Okay.
16     A.   Any other types of marginal costs.
17     Q.   Okay.  And so one input into the
18 generally accepted economic model of how the
19 profit-maximizing developer would set pri --
20 prices is the marginal costs other than the
21 service fee.
22     A.   For short-run profit maximization, the
23 answer is, yes, that this model, at this high
24 level of ab -- of abstraction, is a function of
25 the marginal cost.

Page 109

1     Q.   Right.  And in terms of how the price is
2    a function of mar -- of --of -- of marginal cost,
3    the -- the -- the formula you've got here on Page
4    104, in that formula, the effect of a change in
5    the service fee -- let me -- let me put it
6    differently.
7         The formula you've got on Page 104, the
8    effect on prices will be -- as a result of a
9    change in the service fee will be proportional to
10   the marginal costs other than the service fee.
11    A.   In -- for short-run profit maximization,
12   yes.  For -- for long-run profit maximization,
13   this is not -- this is not the -- the way that
14   you'd get to the effect on price.
15    Q.   Okay.  Now, -- so let me just ask,
16   looking at this cost term here, C -- C star, if C
17   in that formula, which is the marginal cost other
18   than the service fee, if that's zero, then the
19   service fee rate will not have any effect on the
20   ultimate price charged according to this model,
21   correct?
22    A.   Let me just say this:  It -- it's --
23   it's never zero in the real world.  But -- but if
24   you want me to ask -- answer the hypothetical,
25   counterfactually, if we had -- if we had a zero

Page 110

1    marginal cost, then by this model, and this model
2    alone, then in the short run, prices would not
3    adjust to the take rate.
4         As I explain in my report, there's all
5    sorts of reasons why we would still, even in that
6    extreme and counterfactual assumption, would
7    expect prices to change with the change in the
8    take rate, including from steering, including
9    from having to cover all costs in the long
10   run, --
11        Q.   Okay.
12        A.   -- including from sticky prices.
13        Q.   Okay.  Now, let me just ask again,
14   hypothetically, if that term C, which are the
15   marginal costs other than the service fee rate
16   in your formula on Page 104, if that term is
17   negative, then a reduction in the service fee
18   rate will actually lead to an increase in the
19   price that the developer would charge.
20        A.   I haven't done that one yet, but I
21   think you've got the -- the sign correct.  If you
22   multiply, in that example, 1.43 by a negative
23   cost, I think that there -- there would be a
24   negative relationship in the short run for this
25   equation.

1   they would land on Microsoft's productivity
2   package would be higher than if they were to land
3   on some obscure package within productivity apps.
4   I mean, it's -- it's very intuitive.  It's very
5   natural.
6       Q.   Now, your pass-through formula is based
7   on logit demand.
8       A.   Yes.
9       Q.   And one feature of logit demand is that
10  all goods in the market where demand is being
11  measured are substitutes.
12      A.   I think that's a general -- that is
13  generally the case.  That's fine.
14      Q.   Okay.  Is it your opinion that all apps
15  in each Google Play app category are substitutes?
16      A.   No.  And that's why I invoked this
17  concept of cluster markets.  Like, you could --
18  you could take Microsoft's Excel and Microsoft's
19  Word and ask me if they're substitutes, and I
20  would say at -- at that level, they're not.
21  But -- but when you think about the fact that
22  Microsoft and Google are actually competing with
23  a package of productivity apps, that -- that it
24  would make sense to think of that as something
25  more akin to a cluster market the way that we saw

Page 159

1  in the Staples and Office Depot case, that paper
2  clips and a ruler aren't necessarily substitutes;
3  but if the people generally tend to buy those
4  things from the same place, they can belong in
5  the same product market.
6       Q.   So -- but -- but it's not your opinion
7  that all apps in each Google Play app category
8  are substitutes.
9       A.   I just gave an example of Excel and Word
10 as being more -- more of complements, right?  But
11 -- but when you think about the -- the cat -- the
12 productivity suite that Google is offering, that
13 -- that's clearly a substitute to what -- what
14 Microsoft is offering in its productivity suite.
15      Q.   Right.  So some of the apps in each
16 Google Play category could be complements,
17 correct?
18      A.   They could be.
19      Q.   And some could be substitutes.
20      A.   They could be, yes.
21      Q.   Right.  And you haven't put forth a
22 model in your report to determine which apps in
23 each category are complements and which are
24 substitutes?
25      A.   No.  And it's not necessary to get the

Page 160

1    implied pass-through rate.
2        Q.   Right.
3             Could you go to Paragraph 78 of your
4    reply report -- well, actually, let me ask you:
5    Are you opining that all apps in each category
6    are part of a cluster market?
7        A.   No.  You -- you saw in my report.  I'm
8    saying that they don't need to necessarily be a
9    market, a relevant market, for antitrust
10   purposes, and I give you a citation for that.
11            I think that if you -- if you really
12   wanted to -- if you forced it into that box,
13   which is unnecessary and unnatural, that you
14   could -- you could get there by -- by
15   understanding the categories functioning
16   more like a cluster market.
17       Q.   Right.  But you're not actually offering
18   the opinion that all of the apps in each category
19   are part of a cluster market.
20       A.   No.  I -- I'm offering the opinion that
21   -- that everything within the category -- that
22   the category definitions from Google define the
23   -- the contours or the arena of competition among
24   apps in that category.
25       Q.   Okay.  And, again, let's go to Paragraph







Page 297

1   A.   I think the model is.  I think that at ▋
2   ▋▋▋▋▋▋▋   the economic intuition -- well, this is
3   the intuition that I'm drawing from the model --
4   is that when the benefit gets so large, that is
5   going to spur participation and usage in the
6   system.
7   Q.   Great.
8        Your -- your testimony here today, sir,
9   is that you have a model in your reports that can
10  tell the Court and the jury in this case which of
11  the members of the putative class would have
12  signed up for play points and who would have used
13  them?
14       MS. GIULIANELLI:  Objection to the form.
15       THE WITNESS:  I didn't say that.  I said
16  that if the but-for subsidy were to rise to ▋
17  ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
18  ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
19  ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
20  ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
21  ▟▟▟▟▟▟▟▟▟▟▟▟▟▟
22  BY MR. RAPHAEL:
23  Q.   Okay.  So I want to -- I want to be
24  clear.  You have -- your testimony is that in the
25  but-for world, every member of the putative class

Page 298

1  would sign up for the play points program and use
2  their play points?
3           MS. GIULIANELLI:  Objection.
4           THE WITNESS:  I cannot -- this is the
5  first time I've been asked that question.  I'm
6  just hearing it afresh, right?  I cannot fathom
7  why a user would say, no, take back -- I was
8  going to spend ▓▓▓▓▓▓▓▓ and I realize
9  you're trying to give me ▓ but, no, I don't
10 want the ▓  I want to spend the full hundred
11 myself.  It would be crazy -- it would be crazy
12 to -- to do that.
13 BY MR. RAPHAEL:
14 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22      Q.   Right.  And so your testimony is that if
23 Google changed the play points rate that you've
24 put in your report, that every member of the
25 putative class would have signed up for the play

Page 299

1  points program and used play points?
2            MS. GIULIANELLI:  Objection.
3            THE WITNESS:  I think -- I think it's a
4  fair assumption.  Like, the model certainly is
5  not calling on this, but I think it's a fair
6  assumption that once it goes up to [REDACTED] that
7  -- that everyone who is making purchases would
8  -- would either redeem it or at least enroll so
9  as to be able -- to be capable of taking the
10 subsidy at -- at those terms.
11 BY MR. RAPHAEL:
12    Q.   That's an assumption, though, that
13 you're making.  It's not what the model tells
14 you?
15    A.   Well, the model spits out, just to be
16 clear, what the average subsidy is across all
17 users.
18    Q.   Now, you -- would you agree with me that
19 the counterfactual experiment lies at the heart
20 of antitrust analysis?
21    A.   Sure.  I mean, it's an important thing.
22 It's -- I don't know if it's at the heart, but
23 you need -- you need to have a counterfactual.
24 You need to model the counterfactual.
25    Q.   Could you describe for me the