**SLIPSHEET ONLY REDACTED IN ENTIRETY**

# Exhibit 19