**DOCUMENT FILED UNDER SEAL
SLIPSHEET ONLY
REDACTED IN ENTIRETY**

# EXHIBIT F