**DOCUMENT FILED UNDER SEAL**
**SLIPSHEET ONLY**
**REDACTED IN ENTIRETY**

# EXHIBIT I