| | |
|---|---|
| Brendan Glackin (SBN 199643) | Sarah G. Boyce (*pro hac vice*) |
| bglackin@agutah.gov | sboyce@ncdoj.gov |
| Lauren Weinstein (*pro hac vice*) | Jonathan Marx (*pro hac vice*) |
| lweinstein@agutah.gov | jmarx@ncdoj.gov |
| David N. Sonnenreich (*pro hac vice*) | Jessica V. Sutton (*pro hac vice*) |
| dsonnenreich@agutah.gov | jsutton2@ncdoj.gov |
| Scott R. Ryther (*pro hac vice*) | **NORTH CAROLINA DEPARTMENT** |
| sryther@agutah.gov | **OF JUSTICE** |
| Brendan C. Benedict (*pro hac vice*) | P.O. Box 629 |
| bbenedict@agutah.gov | Raleigh, NC 27602 |
| Michael D. Altebrando (*pro hac vice*) | Telephone: (919) 716-6000 |
| maltebrando@agutah.gov | |
| Bahadur Khan (*pro hac vice*) | Elinor Hoffmann (*pro hac vice*) |
| bkhan@agutah.gov | elinor.hoffmann@ag.ny.gov |
| **UTAH OFFICE OF THE** | Bryan L. Bloom (*pro hac vice*) |
| **ATTORNEY GENERAL** | bryan.bloom@ag.ny.gov |
| 160 East 300 South, Fifth Floor | Benjamin Julian Cole (*pro hac vice*) |
| P.O. Box 140874 | benjamin.cole@ag.ny.gov |
| Salt Lake City, UT 84114 | **NEW YORK STATE OFFICE OF THE** |
| Telephone: (801) 366-0375 | **ATTORNEY GENERAL** |
| | 28 Liberty Street |
| S. Ethan Bowers (*pro hac vice*) | New York, NY 10005 |
| Ethan.Bowers@ag.tn.gov | Telephone: (212) 416-8262 |
| **TENNESSEE OFFICE OF THE** | |
| **ATTORNEY GENERAL** | |
| P.O. Box 20207 | |
| Nashville, TN 37202 | |
| Telephone: (615) 741-8722 | |

*Attorneys for the Plaintiff States*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Class in In re
Google Play Consumer Antitrust Litigation*

---

STATE AND CONSUMER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STATE AND CONSUMER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5, State and Consumer Plaintiffs submit this administrative motion to file under seal the unredacted versions of State and Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude Merits Opinions of Dr. Marc Rysman, and Exhibits F, H, and I to the Declaration of Brendan Benedict filed in support of the opposition, which have been redacted in their entirety. Pursuant to the parties' April 17, 2023 stipulation requesting to modify sealing procedures for the parties' dispositive and *Daubert* motions and related documents, Dkt. 477, which the Court approved on the record at its hearing of April 20, 2023, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed no later than July 13, 2023. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

Dated:  May 18, 2023              Respectfully submitted,

                                  By: /s/ Brendan Benedict
                                      Brendan Benedict

                                  *Counsel for the Utah Office of the Attorney General and the Plaintiff States*

Dated:  May 18, 2023              Respectfully submitted,

                                  By: /s/ Karma M. Giulianelli
                                      Karma M. Giulianelli

                                  *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

## E-FILING ATTESTATION

I, Brendan Benedict, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                        */s/ Brendan Benedict*
                                        Brendan Benedict