ROB BONTA
Attorney General of California
PAULA BLIZZARD
Senior Assistant Attorney General
BRIAN WANG
HENRY CORNILLIE
CAROLYN JEFFRIES
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3487
  E-mail:  brian.wang@doj.ca.gov
*Attorneys for Plaintiff
State of California*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge:  Hon. James Donato |

1  TO THE CLERK AND ALL PARTIES OF RECORD:  Please take notice that Henry
2  Cornillie withdraws his appearance for the State of California in the above-captioned action.  The
3  State of California will continue to be represented by other counsel of record in this action.

| | |
|---|---|
| Dated:  May 24, 2023 | Respectfully submitted,<br><br>By:  */s/ Henry Cornillie*<br>Henry Cornillie, Deputy Attorney General<br>Office of the Attorney General<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102<br><br>*Counsel for Plaintiff State of California* |