Joshua P. Davis (CA Bar No. 193254)
American Antitrust Institute
1025 Connecticut Avenue NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 304-0195
jdavis@bm.net
kbradish@antitrustinstitute.org

*Counsel for Proposed Amici Curiae*
*The American Antitrust Institute*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF JOSHUA P. DAVIS ON BEHALF OF THE AMERICAN ANTITRUST INSTITUTE** |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| | Judge:  Hon. James Donato |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Joshua P. Davis hereby enters an appearance on behalf of the American Antitrust Institute as counsel for proposed *amicus curiae* in the above-referenced actions.

> Joshua P. Davis
> American Antitrust Institute
> 1025 Connecticut Ave., NW, Suite 1000
> Washington, DC 20036
> Tel: (202) 304-0195
> jdavis@bm.net
> kbradish@antitrustinstitute.org

Dated: May 25, 2023

Respectfully submitted,

*/s/ Joshua P. Davis*
Joshua P. Davis (CA Bar No. 193254)
American Antitrust Institute
1025 Connecticut Ave., NW, Suite 1000
Washington, DC 20036
Tel: (202) 304-0195
jdavis@bm.net
kbradish@antitrustinstitute.org

*Counsel for Proposed Amicus Curiae*

## CERTIFICATE OF SERVICE

I, Joshua P. Davis, hereby certify that, on May 25, 2023, I electronically filed NOTICE OF APPEARANCE OF JOSHUA P. DAVIS, ON BEHALF OF THE AMERICAN ANTITRUST INSTITUTE with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Joshua P. Davis
Joshua P. Davis