# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE AMERICAN ANTITRUST INSTITUTE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF STATE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. MARC RYSMAN** |

Having considered the *Amicus* American Antitrust Institute's Motion for Leave to File an *Amicus Curiae* Brief and having given the parties notice and opportunity to be heard, the Court hereby GRANTS the Motion and ORDERS that the *Amicus* American Antitrust Institute's *amicus* brief is accepted as filed.

IT IS SO ORDERED.


Dated: _____, 2023     By: _____
                                            Hon. James Donato
                                            United States District Judge