|   |   |
|---|---|
| 1 | HUESTON HENNIGAN LLP<br>John C. Hueston, State Bar No. 164921 |
| 2 | jhueston@hueston.com<br>Douglas J. Dixon, State Bar No. 275389 |
| 3 | ddixon@hueston.com<br>620 Newport Center Drive, Suite 1300 |
| 4 | Newport Beach, CA 92660<br>Telephone:   (949) 229-8640 |
| 5 | |
| 6 | HUESTON HENNIGAN LLP<br>Joseph A. Reiter, State Bar No. 294976 |
| 7 | jreiter@hueston.com<br>Christine Woodin, State Bar No. 295023 |
| 8 | cwoodin@hueston.com<br>523 West 6th Street, Suite 400 |
| 9 | Los Angeles, CA 90014<br>Telephone:   (213) 788-4340 |
| 10 | Attorneys for Plaintiffs Match Group, LLC; |
| 11 | Humor Rainbow, Inc.; PlentyofFish Media ULC;<br>and People Media, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITLIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC, et al., v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**MATCH PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's April 24, 2023 Order granting the parties' stipulation modifying sealing procedures, Case No. 3:21-md-02981-JD, Dkt. 501, Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, the "Match Plaintiffs") submit this interim administrative motion to file under seal the unredacted version of the Match Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment on Google's Counterclaims, Dkt. 527. As set forth in the stipulation approved by the Court, Dkt. 501, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties on July 13, 2023. The Match Plaintiffs anticipate additional review of the materials to ensure that any requests are narrowly tailored. Redacted copies of the documents sought to be sealed have been publicly filed in the docket.

Dated: June 8, 2023

HUESTON HENNIGAN LLP
John C. Hueston
Douglas J. Dixon
Joseph A. Reiter
Christine Woodin
Michael K. Acquah
William M. Larsen
Julia L. Haines
Karen L. Ding
Tate E. Harshbarger

Respectfully submitted,

By: */s/ Douglas J. Dixon*
Douglas J. Dixon
*Attorneys for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*