Melinda R. Coolidge (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
mcoolidge@hausfeld.com
Tel: (202) 540-7200

Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
kbates@hausfeld.com

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street
Philadelphia, PA 19106
kberan@hausfeld.com

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Developer Antitrust Litigation*<br>Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK AND ALL PARTIES OF RECORD:** PLEASE TAKE NOTICE THAT after June 15 2023, the undersigned will no longer be affiliated with the law firm of Hausfeld LLP and therefore withdraws as counsel for Plaintiffs Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets in the above-captioned matters. Plaintiffs Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets will continue to be represented by other counsel of record in the above-captioned matters.

DATED: June 14, 2023          HAUSFELD LLP

By: */s/ Yelena W. Dewald*
Yelena W. Dewald
**HAUSFELD LLP**
888 16th Street NW
Suite 300
Washington, DC 20006
ydewald@hausfeld.com

*Counsel for Plaintiff Peekya App Services, Inc. and Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing document entitled **NOTICE OF WITHDRAWAL OF APPEARANCE FOR YELENA W. DEWALD** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

                                          */s/ Yelena W. Dewald*_____
                                          Yelena W. Dewald