Carla J. Baumel
Carla.Baumel@coag.gov
**COLORADO OFFICE OF THE ATTORNEY GENERAL**
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 11.5(b), Carla J. Baumel hereby withdraws her appearance as counsel for the State of Colorado in the above captioned cases. Assistant Attorney General

Steven M. Kaufmann will continue to represent the Plaintiff State of Colorado, which will not be without representation in these matters.

Dated:       July 12, 2023

By:   /s/ Carla J. Baumel

Carla J. Baumel
Assistant Attorney General
Colorado Attorney General's Office
Department of Law
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
E-Mail: Carla.Baumel@coag.gov

*On behalf of the State of Colorado*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*,<br>Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*,<br>Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al. v. Google LLC, et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981<br><br>**PROOF OF SERVICE:**<br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

The undersigned certifies that a true and correct copy of the foregoing was served on July 12, 2023 upon all counsel of record via the Court's electronic notification system.

                                        */s/ Carla J. Baumel*
                                        Carla J. Baumel