Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, pro hac vice
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Attorneys for Defendants Google LLC, et al.

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING**<br><br>Judge: Hon. James Donato |

1   I, Christian Cramer, declare as follows:

2       1.     I am currently a Finance Director for Defendant Google LLC (along with Google-

3   affiliated entities, "Google").  I have been employed by Google since September 2007 and have held

4   my current position since March 2017.  Over the course of my employment at Google, I have acquired

5   personal knowledge of Google's practices and procedures concerning the maintenance of the

6   confidentiality of its strategic, business, and marketing information.

7       2.     I submit this declaration in support of the Omnibus Motion to Seal Materials Submitted

8   in Connection with The Summary Judgment and Daubert Briefing, filed on July 13, 2023 in *In re*

9   *Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981-JD; *Epic Games, Inc. v. Google LLC*,

10   Case No. 3:20-cv-05671-JD; *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-

11   05761-JD; *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD, and *State of*

12   *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD.

13       3.     The facts set forth in this declaration are true and correct to the best of my knowledge,

14   information, and belief, and are based on my personal knowledge of Google's policies and practices as

15   they relate to the treatment of confidential information, the materials that were provided to me and

16   reviewed by me, and/or conversations with other knowledgeable employees of Google.  If called upon

17   as a witness in this action, I could and would testify from my personal knowledge and knowledge

18   acquired from sources with factual foundation.

19
**The Material to Be Sealed Is Highly Confidential Because It Reflects Non-Public Commercial**
20
**Agreements and Contract Proposals, and Because It Reveals Google's Competitive Decision-Making and Business Strategy**

21       4.     As demonstrated with factual particularity below, all the material for which Google

22   requests sealing is maintained as highly confidential.  To the best of my knowledge, none of this

23   material has been publicly disclosed.

24       5.     As a matter of routine practice and internal policy, Google and its employees strictly

25   treat as confidential, inter alia, (i) internal, non-public financial information; (ii) non-public

26   commercial proposals to third parties; (iii) non-public agreements with third parties; (iv) internal

27   surveys and analyses of customer preferences, spending, revenue, market conditions, business strategy,

28

competitive dynamics, and commercial opportunities; (v) non-public financial forecasts and business plans; (vi) trade secrets; and (vii) other sensitive material that, if publicly disclosed, could potentially enable Google's competitors to undermine Google's competitive position in the marketplace, allow current or prospective business partners or counterparties to take unfair advantage of Google in negotiations or other business affairs, violate Google's confidentiality obligations to third parties, or otherwise prejudice Google's business interests.  In my experience and to the best of my knowledge, Google does not disclose internal documents, data, or information of this nature outside of the company, except to authorized third parties when so required or permitted by law or contract.  To that end and in order to prevent inadvertent revelation of this information to the public, Google has several policies in place like prohibiting employees from accessing information beyond what is reasonably necessary to perform their duties, limiting access to certain internal systems, permitting access to document databases on a need-to-know basis, and requiring the use of an encrypted email system.  I am also aware that, generally, Google employees are required to sign a confidentiality agreement requiring each employee to keep information confidential and shared only within the company.

6.     Third parties—including Google's customers, suppliers, business partners, and others who interact or transact with Google in an array of contexts—entrust highly sensitive, non-public, and confidential information to Google every day.  These third parties have an expectation that Google can and will protect the confidentiality of that information.  In many cases, Google is contractually bound to keep that information confidential.  In my experience and to the best of my knowledge, Google does not disclose internal documents, data, or information reflecting third parties' confidential information outside of the company, unless and only to the extent it has been authorized (or is lawfully permitted or required) to do so.  Rather, as noted above, Google policies and protocols are designed to ensure the confidentiality of third-party material is strictly maintained.

**There is Good Cause and Compelling Reasons to Seal Google's Highly Confidential Material**

7.     As demonstrated with factual particularity below, there is "good cause" to seal Google's confidential materials.  But even if Google were required to demonstrate "compelling reasons" for sealing, the materials for which Google requests sealing would still satisfy that standard.  The public

disclosure of Google's internal, confidential material (including material that reflects third parties' confidential information) could, among other things, harm Google's business and customer relationships, undermine Google's ability to retain and attract customers and business partners who entrust Google with their confidential information, jeopardize Google's ability to conduct business with current and prospective business partners, enable Google's competitors to undermine Google's competitive position in the marketplace, allow current or prospective business partners or counterparties to take unfair advantage of Google in negotiations or other business affairs, or otherwise prejudice Google's and/or third parties' business interests. These materials therefore derive economic value from not being generally known to Google's competitors, counterparties, or the public. The release of this information to the public will cause tangible commercial injury to Google and to those who provided their confidential information to Google with the expectation that confidences would be maintained.

8.     I understand that the Omnibus Motion to Seal Materials Submitted in Connection with The Summary Judgment and Daubert Briefing requests that the Court maintain the specific information identified below under seal. For the reasons stated below, this information is confidential and highly sensitive, and if publicly disclosed, could significantly prejudice Google's competitive position by harming Google's relationship with business partners, putting Google at unfair disadvantage in future business negotiations, and permitting Google's competitors to gain unfair advantage in competition with Google.

9.     Given the volume of underlying documents subject to the Omnibus Motion to Seal Materials Submitted in Connection with The Summary Judgment and Daubert Briefing, the below table identifies the relevant paragraphs from my declaration that support Google's specific sealing requests for each underlying document:

| Document | Declaration Paragraphs | Exhibits to N. Pfeiffer Declaration |
|---|---|---|
| Match Plaintiffs' Motion for Partial Summary Judgment and all relevant exhibits [Dkt. No. 486] | ¶¶ 10-161 | Exhibits A1 to A18 |

| Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment and all relevant exhibits [Dkt. No. 506] | ¶¶162-224 | Exhibits B1 to B11 |
|---|---|---|
| Google's Motion for Partial Summary Judgment and all relevant exhibits [Dkt. No. 480] | ¶¶225-237 | Exhibits C1 to C3 |
| Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment and all relevant exhibits [Dkt. No. 509] | ¶¶238-458 | Exhibits D1 to D17 |
| Google's Motion to Exclude Opinions Offered by Hal Singer and all relevant exhibits [Dkt. No. 487] | ¶¶459-1000 | Exhibits E1 to E6 |
| Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer and all relevant exhibits [Dkt. No. 508] | ¶¶1001-1048 | Exhibits F1 to F5 |
| Google's Reply In Support Of Motion to Exclude Opinions Offered by Hal Singer [Dkt. No. 524] | ¶¶1049-1051 | Exhibit G1 |
| Google's Motion to Exclude Opinions Offered by Marc Rysman and all relevant exhibits [Dkt. No. 484] | ¶¶1052-1341 | Exhibits H1 to H2 |
| Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Marc Rysman and all relevant exhibits [Dkt. No. 512] | ¶¶1342 | Exhibits I1 |

## Specific Information to Be Sealed

**Declaration of Joseph A. Reiter in Support of The Match Plaintiffs' Motion for Partial Summary Judgment [Dkt 486-1]**

**(Exhibit A1)**

10.      **Page 10, Paragraph 8 (app developers listed in figure).**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

1    contractual terms and its own confidential statements made during negotiations. Further, disclosure of

2    this non-public information is likely to result in competitive harm to Google, as it reveals strategic

3    decision-making, which, for example, could give a competitor or potential business partner unfair

4    leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

5    this non-party information to unfairly target Google's developer partners.

6        11.    **Page 11, Paragraph 8 (app developers listed in figure).** This text contains

7    confidential, non-public information regarding non-party developers, and implicates the non-party's

8    confidentiality interests, by revealing the identity of Google business partners who are not party to this

9    litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

10   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

11   this non-public information is likely to result in competitive harm to Google, as it reveals strategic

12   decision-making, which, for example, could give a competitor or potential business partner unfair

13   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

14   this non-party information to unfairly target Google's developer partners.

15       12.    **Page 12, Paragraph 9 (app developers listed in figure).** This text contains

16   confidential, non-public information regarding non-party developers, and implicates the non-party's

17   confidentiality interests, by revealing the identity of Google business partners who are not party to this

18   litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

19   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

20   this non-public information is likely to result in competitive harm to Google, as it reveals strategic

21   decision-making, which, for example, could give a competitor or potential business partner unfair

22   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

23   this non-party information to unfairly target Google's developer partners.

24       13.    **Page 13, Paragraph 10 (app developers listed in figure).** This text contains

25   confidential, non-public information regarding non-party developers, and implicates the non-party's

26   confidentiality interests, by revealing the identity of Google business partners who are not party to this

27   litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

5

1  contractual terms and its own confidential statements made during negotiations. Further, disclosure of

2  this non-public information is likely to result in competitive harm to Google, as it reveals strategic

3  decision-making, which, for example, could give a competitor or potential business partner unfair

4  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

5  this non-party information to unfairly target Google's developer partners.

6      14.    **Page 13, Paragraph 10 (after "Estimate Financial Gain" to end of sentence").** This

7  information reveals Google's internal non-public profit, revenue, and financial calculations. These data

8  sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google

9  competitive harm and give its competitors an unfair advantage. Google's competitors could improperly

10  utilize this internal, non-public data to modify or augment their business operations in an effort to

11  compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across

12  multiple years) gives Google's competitors improper insight into the financial health and future outlook

13  of the Play business, which also arguably gives Google's competitors an unfair advantage.

14      15.    **Page 13, Paragraph 11 (between "like Match" and "began as a web business").**

15  This text contains confidential, non-public information regarding non-party developers, and implicates

16  the non-party's confidentiality interests, by revealing the identity of Google business partners who are

17  not party to this litigation, and who have a reasonable expectation that Google will maintain the

18  confidentiality of contractual terms and its own confidential statements made during negotiations.

19  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

20  it reveals strategic decision-making, which, for example, could give a competitor or potential business

21  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

22  competitors could use this non-party information to unfairly target Google's developer partners.

23      16.    **Page 25, Paragraph 25 (between "(as at 5/25):" and "of apps"; between "of apps"
24  and "total) that requested"; between "3/31; of which" and "of app updates"; all figures in rows
25  named "Managed" and "Ecosystem & Unmanaged" and "Total").** This information contains non-

26  public and confidential data regarding internal user, transaction, or app performance data on Google

27  Play. This information has never been disclosed publicly and the Google Play product team treats it as

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

6

strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

17.     **Page 28, Paragraph 29 (between "hurt user experience and revenue." and "And with this additional tax").** This information contains non-public and confidential data regarding in-development and unreleased features on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 6 [Dkt 486-7]**

**(Exhibit A2)**

18.     **Exhibit 6, Page -940 (app developer names and logos following "Match" in the slide).** The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of their strategic information, only disclosing it to a select group of individuals on an as-needed basis.

19.     **Exhibit 6, Page -941 (app developer logos between "Tinder" and "Epic Games"; app developer name and logo following "Epic Games"; between "avoid 30% cut The Verge July 2019" and "Epic trying to launch"; between "Play Billing integration" and end of slide).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure

1   of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

2   decision-making, which, for example, could give a competitor or potential business partner unfair

3   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

4   this non-party information to unfairly target Google's developer partners. Additionally, the disclosure

5   of developers' highly confidential information would significantly harm developers' business. For

6   example, developers' competitors could leverage this information to reap an unearned competitive

7   advantage. They could exploit this information—that they otherwise would not have access to—to

8   inform their own business strategies. To prevent these competitive harms from coming to fruition,

9   developers proactively maintain the confidentiality of their strategic information, only disclosing it to a

10  select group of individuals on an as-needed basis.

11      20.    **Exhibit 6, Page -945 (app developer logos before and following "Match" in the**

12  **slide).** This text contains confidential, non-public information regarding non-party developers, and

13  implicates the non-party's confidentiality interests, by revealing the identity of Google business

14  partners who are not party to this litigation, and who have a reasonable expectation that Google will

15  maintain the confidentiality of contractual terms and its own confidential statements made during

16  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

17  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

18  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

19  Google's competitors could use this non-party information to unfairly target Google's developer

20  partners.

21      21.    **Exhibit 6, Page -948 (between "20 UAC partners" and "of tot UAC"; all figures in**

22  **columns named "Parent Name" and "2019 UAC Spend" and "% of Total 2019 UAC").** This text

23  contains confidential, non-public information regarding non-party developers, and implicates the non-

24  party's confidentiality interests, by revealing the identity of Google business partners who are not party

25  to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality

26  of contractual terms and its own confidential statements made during negotiations. Further, disclosure

27  of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

28

1   decision-making, which, for example, could give a competitor or potential business partner unfair

2   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

3   this non-party information to unfairly target Google's developer partners.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 7 [Dkt 486-8]**

**(Exhibit A3)**

6   22.   **Exhibit 7, Page -994 (app developer names and logos except "Epic Games" and**

7   **"Tinder" and "Match").** This text contains confidential, non-public information regarding non-party

8   developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

9   business partners who are not party to this litigation, and who has a reasonable expectation that Google

10  will maintain the confidentiality of contractual terms and its own confidential statements made during

11  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

12  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

13  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

14  Google's competitors could use this non-party information to unfairly target Google's developer

15  partners.

16  23.   **Exhibit 7, Page -996 (between "How This Plays Out" and "all functions to drive";**

17  **between "trust the forefront" and "Unlock GPB integration"; between "need to be ready "Day**

18  **1" and end of slide).** This text contains non-public and confidential information regarding payment

19  policy and related strategy on Google Play. If publicly revealed, this information could cause Google

20  competitive harm by giving other parties insight into Google's strategic considerations and thus a

21  competitive advantage over Google in ongoing or future business negotiations.

22  24.   **Exhibit 7, Page -997 (between "Play Payments Policy - Assumptions" and "Impact**

23  **will be").**  This text contains non-public and confidential information regarding Google Play's

24  payment policy and internal strategy regarding the same. If publicly revealed, this information could

25  cause Google competitive harm by giving other parties insight into Google's strategic considerations

26  and thus a competitive advantage over Google in ongoing or future business negotiations.

27

28

25.     **Exhibit 7, Page -998 (between beginning of column and "YT/1P"; between "FOP Gap remediation Program" and end of column; entire chart below months).** This text contains non-public and confidential information regarding Google Play's payment policy and internal strategy regarding the same, including with respect to specific developers and types of developers.  If publicly revealed, this information could cause Google competitive harm by giving other parties insight into Google's strategic considerations and thus a competitive advantage over Google in ongoing or future business negotiations.

26.     **Exhibit 7, Page -999 (between "Risks & Assumptions" and "and YT are"; between "accommodations. Mitigation:" and "COVID-19 landscape is"; between "unpredictable. Mitigation:" and "Mitigation:"; between "Mitigation:" and end of slide).** This text contains non-public and confidential information regarding risks, priorities, and strategy relating to Google Play's payment policy, including with respect to a specific developer.  If publicly revealed, this information could cause Google competitive harm by giving other parties insight into Google's strategic considerations and thus a competitive advantage over Google in ongoing or future business negotiations.

27.     **Exhibit 7, Page -000 (between "Key Developers (LRAP++ etc)" and "Nest"; between "Nest" and "YT"; between "follow-up on Priority" and "Pfeng: Flag in"; between "townhall for Policy" and "Investigate the enforcement").** This text contains non-public and confidential information regarding Google's agreements with non-party developers as well as internal strategy relating to Google Play's payment policy. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

28.     **Exhibit 7, Page -002 (entire chart in slide).** This text contains information regarding confidential internal strategy regarding Google Play's payment policy and implementation.  If publicly

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

10

revealed, this information could cause Google competitive harm by giving other parties insight into Google's strategic considerations and thus a competitive advantage over Google in ongoing or future business negotiations.

29.     **Exhibit 7, Page -004 (between "PRDs for console are there" and "Subs variants sequencing").** This text contains information regarding confidential internal strategy regarding Google Play's payment policy and implementation, including headcount and organizational considerations.  If publicly revealed, this information could cause Google competitive harm by giving other parties insight into Google's strategic considerations and priorities and thus a competitive advantage over Google in ongoing or future business negotiations.

30.     **Exhibit 7, Page -005 (between "We will keep current investment in" and "We will be thoughtful in our approach").** This text contains information regarding confidential internal strategy regarding Google Play's payment policy and planned future investments relating to the same. If publicly revealed, this information could cause Google competitive harm by giving other parties insight into Google's financial and strategic considerations, priorities, and future outlook of the Play business, which arguably gives Google's competitors an unfair advantage.

31.     **Exhibit 7, Page -007 (entire slide except slide header and column headers).** This text contains information regarding confidential internal strategy regarding Google Play's payment policy and planned future investments relating to the same, including funding sources and including with respect to specific non-party developers.  If publicly revealed, this information could cause Google competitive harm by giving other parties insight into Google's financial and strategic considerations, priorities, and future outlook of the Play business, which arguably gives Google's competitors an unfair advantage.

32.     **Exhibit 7, Page -010 (between beginning of column and "LRAP++"; between "LRAP++" and "YT/P"; between "FOP Gap remediation Program" and end of column; entire chart below months).** This text contains information regarding confidential internal strategy regarding Google Play's payment policy and timing of implementation relating to the same, including with respect to specific non-party developers.  If publicly revealed, this information could cause Google

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

11

competitive harm by giving other parties insight into Google's strategic considerations and priorities, which arguably gives Google's competitors an unfair advantage. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

33. **Exhibit 7, Page -013 (between "Why:" and "will also require similar flexibility"; between "When:" and "This needs to be built in Q3").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

34. **Exhibit 7, Page -015 (between beginning of sentence and "-Policy").** This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing the identity of a Google business partner who is not a party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

35. **Exhibit 7, Page -016 (between "Device delegation" and "Wear - Free Acquisition").** This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing the identity of a Google business partner who is not a party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

36. **Exhibit 7, Page -018 (between beginning of sentence and "What are we building?").** This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing the identity of a Google business partner who is not a party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

37. **Exhibit 7, Page -019 (between "Principles" and "-Light the Path"; between "Get out house in order" and "Re examine FOP"; between "sprints not a marathon" and "Leads "Office hours" for"; between "for fast decision making." and end of sentence).** This text contains information regarding confidential internal strategy and priorities regarding Google Play's payment policy and planned implementation of the same.  If publicly revealed, this information could cause Google competitive harm by giving other parties insight into Google's financial and strategic considerations, priorities, and future outlook of the Play business, which arguably gives Google's competitors an unfair advantage.

38. **Exhibit 7, Page -020 (between "Step2:" and "Enable Accelerators, LRAP ++"; between "1P resolved" and "landed (or close)"; between "Assumptions" and "Eng work could run").** This text contains information regarding confidential internal strategy and priorities regarding Google Play's payment policy and planned implementation of the same.  If publicly revealed, this information could cause Google competitive harm by giving other parties insight into Google's financial and strategic considerations, priorities, and future outlook of the Play business, which arguably gives Google's competitors an unfair advantage.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 13 [Dkt 486-14]**

**(Exhibit A4)**

39. **Exhibit 13, Page -914 (between "_Assigned to Danielle Martinak_" and "https://docs.google.com/spreadsheets/d/1et-" ; between "com.match.android.matchmobile gets it to 96%" and "Commented [5]:Yes! Thanks" ).** This information contains non-public and confidential data regarding internal discussions and potential responses to Match proposals regarding

Google Play policies. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

40.    **Exhibit 13, Page -915 (all figures in rows named "CURRENT" and "ORIGINAL" in chart).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

41.    **Exhibit 13, Page -917 (between "across the Match portfolio by" and end of sentence).** This information contains non-public and confidential data regarding internal discussions and potential responses to Match proposals regarding Google Play policies. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 16 [Dkt 486-17]**

(Exhibit A5)

42.     **Exhibit 16, Page -354 (between "back to exclusive GPB" and end of sentence).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information also contains non-public and confidential data regarding developer outreach and incentives on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

43.     **Exhibit 16, Page -355 (between "platform (similar to" and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

44.     **Exhibit 16, Page -357 (between "Tinder's decision-making:" and "Note that the model does").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to

mimic its confidential strategies in an effort to attract developers away from Google. This information also contains non-public and confidential data regarding developer outreach and incentives on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 20 [Dkt 486-21]**

**(Exhibit A6)**

45.     **Exhibit 20, GOOG-PLAY-001165245, Paragraph 4 (between "better for the ecosystem" and end of sentence).** The disclosure of the developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

46.     **Exhibit 20, GOOG-PLAY-001165246, Paragraph 3 (between "plan to discuss" and "in the same discussion").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

47.     **Exhibit 20, GOOG-PLAY-001165246, Bullet Point 4 (between "standard terms for" and end of sentence).** This text contains confidential, non-public information regarding Google's

agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. Further, the disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of their strategic information, only disclosing it to a select group of individuals on an as-needed basis.

48.  **Exhibit 20, GOOG-PLAY-001165247, Bullet Point 1 (between "would move them" and "recommendation is Jamie").** The disclosure of the developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

49.  **Exhibit 20, GOOG-PLAY-001165247, Bullet Point 2 (between "Messaging" and "-we value"; between "with them on" and "deal"; between "get us to" and "additional product").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

50.     **Exhibit 20, GOOG-PLAY-001165247, Bullet Point 3 (between "via the app hence" and "We"; between "consumption-only" and "Similar approach").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. Additionally, the disclosure of the developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

51.     **Exhibit 20, GOOG-PLAY-001165247, Bullet Point 6 (start of sentence and "we are prepared"; between "to offer" and "NOTE"; between "exec approvals?" and "(details)"; between "new tier?" and "Available to"; between "devs with" and "Requires").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. Additionally, the disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers

1  proactively maintain the confidentiality of their strategic information, only disclosing it to a select

2  group of individuals on an as-needed basis.

3      52.    **Exhibit 20, GOOG-PLAY-001165247, Line 1. (start of sentence and "If"; between**

4  **"If" and "is approved for"; between "proposal to" and "soon (asap)"; between "allocation issue**

5  **for" and "so if we"; between "ahead with" and "let's offer"; between "For" and "this gives us").**

6  The disclosure of the developer's highly confidential information would significantly harm the

7  developer's business. For example, the developer's competitors could leverage this information to reap

8  an unearned competitive advantage. They could exploit this information—that they otherwise would

9  not have access to—to inform their own business strategies. To prevent these competitive harms from

10  coming to fruition, the developer proactively maintains the confidentiality of its strategic information,

11  only disclosing it to a select group of individuals on an as-needed basis.

12      53.    **Exhibit 20, GOOG-PLAY-001165248, Paragraph 1 (between "With" and "how do**

13  **we deal").** The disclosure of developers' highly confidential information would significantly harm

14  developers' business. For example, developers' competitors could leverage this information to reap an

15  unearned competitive advantage. They could exploit this information—that they otherwise would not

16  have access to—to inform their own business strategies. To prevent these competitive harms from

17  coming to fruition, developers proactively maintain the confidentiality of their strategic information,

18  only disclosing it to a select group of individuals on an as-needed basis.

19      54.    **Exhibit 20, GOOG-PLAY-001165248, Paragraph 2 (between "KR> Yes" and**

20  **"may keep"; between "may keep" and "engaged"; between "to go to" and "to qualify for";**

21  **between "to qualify for" and end of sentence").** This text contains confidential, non-public

22  information regarding Google's agreements with non-party developers. Disclosure of this non-public

23  information is likely to result in competitive harm to Google, as it reveals strategic decision-making

24  which, for example, could give a competitor or potential business partner unfair leverage in competing

25  against or negotiating with Google. Moreover, Google's competitors could use this non-party

26  information to unfairly target Google's developer partners and offer specific deal terms designed to

27  undercut those offered by Google. Additionally, the disclosure of developers' highly confidential

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

19

1  information would significantly harm developers' business. For example, developers' competitors

2  could leverage this information to reap an unearned competitive advantage. They could exploit this

3  information—that they otherwise would not have access to—to inform their own business strategies.

4  To prevent these competitive harms from coming to fruition, developers proactively maintain the

5  confidentiality of their strategic information, only disclosing it to a select group of individuals on an

6  as-needed basis.

7    55.    **Exhibit 20, GOOG-PLAY-001165248, Paragraph 3 (between "For" and "we let**

8  **them know").** The disclosure of developers' highly confidential information would significantly harm

9  developers' business. For example, developers' competitors could leverage this information to reap an

10  unearned competitive advantage. They could exploit this information—that they otherwise would not

11  have access to—to inform their own business strategies. To prevent these competitive harms from

12  coming to fruition, developers proactively maintain the confidentiality of their strategic information,

13  only disclosing it to a select group of individuals on an as-needed basis.

14    **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 22 [Dkt 486-23]**

15    **(Exhibit A7)**

16    56.    **Exhibit 22, GOOG-PLAY-011456520, 9/30 - Match Next Steps (between "Everest**

17  **w/ Cloud" and "as example").** This text contains non-public and confidential information regarding

18  potential deal considerations with a non-party developer on Google Play. This information has never

19  been disclosed publicly and the Google Play product team treats it as strictly confidential. Disclosure

20  of this non-public information is likely to result in competitive harm to Google as, for example,

21  Google's competitors could use this information to unfairly target Google's developer partners and

22  offer deal terms specifically designed to undercut those offered by Google.

23    57.    **Exhibit 22, GOOG-PLAY-011456521, 7/1/21 (between "In 2022, would have" and**

24  **"Want to keep").** This text contains non-public and confidential information regarding potential deal

25  considerations with a non-party developer on Google Play, including confidential financial deal terms.

26  This information has never been disclosed publicly and the Google Play product team treats it as

27  strictly confidential. Disclosure of this non-public information is likely to result in competitive harm to

28

Google as, for example, Google's competitors could use this information to unfairly target Google's developer partners and offer deal terms specifically designed to undercut those offered by Google.

58. **Exhibit 22, GOOG-PLAY-011456522, 6/25 Weekly Progress (between "FR status to Match below" and "Redacted – Privilege"; between "Redacted – Privilege" and "Payment methods"; between "Payment methods" and "Add-ons/ flexible offers").** This text contains non-public and confidential information regarding negotiations with a developer on Google Play, including confidential product feature requests by this developer. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

59. **Exhibit 22, GOOG-PLAY-011456523, 6117 - Questions from Peter (between "(Sent to Match on 5/21~)" and "Redacted – Privilege"; between "Redacted – Privilege" and "Payment methods"; between "Payment methods" and "Add-ons/ flexible offers").** This text contains non-public and confidential information regarding negotiations with a developer on Google Play, including confidential product feature requests by this developer and the technical development status of the same. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

60. **Exhibit 22, GOOG-PLAY-011456523, 6/16 - Don / Gary Debrief (between "No allusions to senate" and "Part 2").** This text contains confidential, non-public information regarding Google's agreements and related negotiations with a specific developer. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party

1    information to unfairly target Google's developer partners and offer specific deal terms designed to

2    undercut those offered by Google.

3          61.    **Exhibit 22, GOOG-PLAY-011456524, Part 2 (between "wasn't worth doing" and**

4    **"Product").** This text contains confidential, non-public information regarding Google's agreements

5    and related negotiations with a specific developer. Disclosure of this non-public information is likely

6    to result in competitive harm to Google, as it reveals strategic decision-making which, for example,

7    could give a competitor or potential business partner unfair leverage in competing against or

8    negotiating with Google. If revealed, this information could be referenced by potential counterparties

9    in negotiations with Google to gain an unfair advantage against Google.

10          62.    **Exhibit 22, GOOG-PLAY-011456524, 5/26/21 (between "What Gary hopes to get**

11    **out of the meeting?" and "Redacted – Privilege").** This text contains confidential, non-public

12    information regarding Google's agreements and related negotiations with a specific developer.

13    Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals

14    strategic decision-making which, for example, could give a competitor or potential business partner

15    unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors

16    could use this non-party information to unfairly target Google's developer partners and offer specific

17    deal terms designed to undercut those offered by Google.

18          63.    **Exhibit 22, GOOG-PLAY-011456524, Commented [10] (between "to be wrapped**

19    **up" and "but worth noting").** This text contains confidential, non-public information regarding

20    Google's agreements and related negotiations with a specific developer, including specific confidential

21    deal terms considered by Google. Disclosure of this non-public information is likely to result in

22    competitive harm to Google, as it reveals strategic decision-making which, for example, could give a

23    competitor or potential business partner unfair leverage in competing against or negotiating with

24    Google. Moreover, Google's competitors could use this non-party information to unfairly target

25    Google's developer partners and offer specific deal terms designed to undercut those offered by

26    Google.

27

28

64. **Exhibit 22, GOOG-PLAY-011456525, 5/21/21 (between "Closing out issues" and "Penalty for missing"; between "Remove grace period" and "The date for phase 2").** This text contains confidential, non-public information regarding Google's agreements and related negotiations with a specific developer. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

65. **Exhibit 22, GOOG-PLAY-011456525, 5/19/21 (between "Communicate spirit" and "Is it just GPB").** This text contains confidential, non-public information regarding Google's agreements and related negotiations with a specific developer. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

66. **Exhibit 22, GOOG-PLAY-011456526, 5/13/21 - SPDR (between "Make sure we get" and "Start with asking why"; between "Start with asking why" and "Billing Timelines"; between "AVP developers i.e." and "No surprises"; between "proration as leverage" and "In principle in favor"; between "at AVP level" and "Right exec mapping").** This text contains confidential, non-public information regarding Google's agreements and related negotiations with a specific developer, including specific confidential deal terms considered by Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

67. **Exhibit 22, GOOG-PLAY-011456527, 5/3 - Contract Walkthrough (between "of policy change" and "It's not a state").** This text contains confidential, non-public information regarding Google's agreements and related negotiations with a specific developer, including specific confidential deal terms considered by Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

68. **Exhibit 22, GOOG-PLAY-011456529, 4/13 - DMF Contract Review (between "will we hit" and "Unknowable").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including in relation to that developer's consumer spend on Google Play. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

69. **Exhibit 22, GOOG-PLAY-011456530, 4/13 - DMF Contract Review (between "submissions and allocation" and "- will be very different").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including confidential financial deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

70. **Exhibit 22, GOOG-PLAY-011456531, 3/30 - Match AVP Feedback w/ Legal (between "Term & Termination" and "Product Requirements").** This text contains confidential,

non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

71. **Exhibit 22, GOOG-PLAY-011456534, 2/18 (between "Peter Contract Review/Feedback" and "We didn't even want"; between "Play Points" and "July 1ˢᵗ").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

72. **Exhibit 22, GOOG-PLAY-011456538, 1/6/21 (between "UAC" and "AVP deal").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

73. **Exhibit 22, GOOG-PLAY-011456539, 1/6/21 (between "Promotions" and "Marketing spend"; between "Marketing spend" and "10/13").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or

negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

74.    **Exhibit 22, GOOG-PLAY-011456539, 10/13 (between "into this even more" and "Ian: LTV?"; between "Dhruv" and "Peter: Actually let me check"; between "PLAY POINTS" and "Less interested in installs").**  This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to financial assumptions relating to potential deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

75.    **Exhibit 22, GOOG-PLAY-011456540, 10/13 (between "get the spreadsheet" and "Promos="; between "Promos=" and "Play Points="; between "Play Points=" and "Cloud"; between "Cloud" and "10/13/20").**  This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial deal terms relating to the value of offerings from Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

76.    **Exhibit 22, GOOG-PLAY-011456540, 10/13/20 (between "Dhruv--" and "Joe -- Across all Android platforms?"; between "not Match or Tinder" and "Joe -- I understand the mechanics now").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial data. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

77.   **Exhibit 22, GOOG-PLAY-011456541, 10/13/20 (between "Danielle - how did you think about it?" and "SWOOP").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial data. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

78.   **Exhibit 22, GOOG-PLAY-011456541, 10/13/20 (between "years to come etc." and "Summary").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial data and financial deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

79.   **Exhibit 22, GOOG-PLAY-011456542, 10/13/20 (between "Summary" and "We could see SWOOP"; between "do some math here" and "Joe, INSTALLS").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

80.     **Exhibit 22, GOOG-PLAY-011456542, 9/28/20 (between "meeting with CFO" and "High Level Feedback from Peter").** This text contains confidential, non-public information regarding deal negotiations between a developer and Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

81.     **Exhibit 22, GOOG-PLAY-011456543, 9/28/20 (between "High Level Feedback from Peter" and "We will give up"; between "Program Spend Summary [estimated spend]" and "9/03/20").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial deal terms relating to the value of offerings from Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

82.     **Exhibit 22, GOOG-PLAY-011456544, 9/03/20 (between "relationship to date" and "Gain buy-in").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial deal terms relating to the value of offerings from Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

83.     **Exhibit 22, GOOG-PLAY-011456545, 9/03/20 (between "isolation from sales process" and "Clark").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential

financial deal terms relating to the value of offerings from Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

84. **Exhibit 22, GOOG-PLAY-011456546, 8/25/20 (between "Ayesha said yes" and "I think this points").** This text contains confidential, non-public information purporting to reveal a developer's statements made during negotiations with Google, including with respect to confidential financial data and potential deal terms. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

85. **Exhibit 22, GOOG-PLAY-011456547, Commented [28] (between "utilize and think about" and "share our capabilities").** This text contains confidential, non-public information relating to negotiations between a developer and Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

86. **Exhibit 22, GOOG-PLAY-011456549, 8/13/20 (between "Joe Confirming understanding" and "Joe & team").** This text contains confidential, non-public information relating to negotiations between a developer and Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If revealed, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1

2

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 23 [Dkt 486-24]**

**(Exhibit A8)**

3      87.      **Exhibit 23, GOOG-PLAY-011665307 (between "(as at 5/25)" and "of apps";**

4 **between "of apps" and "total"; between "of which" and "of app updates"; all numbers under**

5 **column "Total Apps"; all numbers under column "Total app updates submitted"; all numbers**

6 **under column "Compliant"; all numbers under column "Not Compliant"; Note 1, between**

7 **"UCB app" and "API apps"; between "API apps" and "and"; between "and" and "apps**

8 **removed"; between "from enclave" and end of sentence).** This text contains non-public and

9 confidential information regarding app submissions on Google Play with respect to Google Play's

10 payment policy. This information has never been disclosed publicly and the Google Play product team

11 treats it as strictly confidential. If publicly revealed, this information could influence the competitive

12 decision-making and business strategies employed by Google's app store competitors, for example by

13 influencing how those app stores market themselves to U.S. developers and how they distinguish

14 themselves from Google Play in the eyes of U.S. developers.

15      88.      **Exhibit 23, GOOG-PLAY-011665308 (all numbers under column "APK"; all**

16 **numbers under column "Parent Name"; Bullet Point 2, between start of sentence and "expected**

17 **to be"; Bullet Point 3, between "Other notable apps" and end of sentence).** This text contains

18 confidential, non-public information regarding non-party developers, and implicates the non-party's

19 confidentiality interests, by revealing the identity of Google business partners who are not party to this

20 litigation, and who have a reasonable expectation that Google will maintain the confidentiality of

21 contractual terms and its own confidential statements made during negotiations. Further, disclosure of

22 this non-public information is likely to result in competitive harm to Google, as it reveals strategic

23 decision-making, which, for example, could give a competitor or potential business partner unfair

24 leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

25 this non-party information to unfairly target Google's developer partners.

26      89.      **Exhibit 23, GOOG-PLAY-011665309 (between "Of the" and "apps"; between**

27 **"apps" and "of grace exemption"; between "unknown" and "are managed"; between "partner**

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

30

1    **apps" and "of the unknowns"; all numbers under column "Total Grace Period Apps"; all**

2    **numbers under column "Unknown (No Submissions)"; all numbers under column "Has updated**

3    **apps in 2022"; Note 1, between "UCB app" and "API apps"; between "API apps" and "and";**

4    **between "and" and "apps removed"; between "from enclave" and end of sentence).** This text

5    contains non-public and confidential information regarding app submissions on Google Play with

6    respect to Google Play's payment policy. This information has never been disclosed publicly and the

7    Google Play product team treats it as strictly confidential. If publicly revealed, this information could

8    influence the competitive decision-making and business strategies employed by Google's app store

9    competitors, for example by influencing how those app stores market themselves to U.S. developers

10   and how they distinguish themselves from Google Play in the eyes of U.S. developers.

11       90.     **Exhibit 23, GOOG-PLAY-011665310 (all numbers under column "Developer";**

12   **Note, between "While" and "and"; between "and" and "plan to").** This text contains confidential,

13   non-public information regarding non-party developers, and implicates the non-party's confidentiality

14   interests, by revealing the identity of Google business partners who are not party to this litigation, and

15   who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

16   and its own confidential statements made during negotiations. Further, disclosure of this non-public

17   information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

18   which, for example, could give a competitor or potential business partner unfair leverage in competing

19   against or negotiating with Google. Moreover, Google's competitors could use this non-party

20   information to unfairly target Google's developer partners.

21       91.     **Exhibit 23, GOOG-PLAY-011665312 (all numbers under column "# of Apps").**

22   This text contains non-public and confidential information regarding app submissions on Google Play

23   with respect to Google Play's payment policy. This information has never been disclosed publicly and

24   the Google Play product team treats it as strictly confidential. If publicly revealed, this information

25   could influence the competitive decision-making and business strategies employed by Google's app

26   store competitors, for example by influencing how those app stores market themselves to U.S.

27   developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

28

92.    **Exhibit 23, GOOG-PLAY-011665317 (all numbers under column "APK"; row 22 under column "Match or Ban.."; all numbers under column "Parent Name"; Bullet Point 2, between start of sentence and "expected to be"; Bullet Point 3, between "Other notable apps" and end of sentence).** This text contains non-public and confidential information regarding app submissions on Google Play with respect to Google Play's payment policy. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 24 [Dkt 486-25]**

**(Exhibit A9)**

93.    **Exhibit 24, Page -863 (between "Dev status update" and "Open: KR date"; between "Dev status update" and "Open: KR date").** This information contains non-public and confidential data regarding an update on developers' status on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

94.    **Exhibit 24, Page -864 (between "Media Experience Program -" and "Dec 2nd").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

32

95. **Exhibit 24, Page -865 (between "(Kerry):" and "like it"; between "Media Experience Program" and "ETA - Ask").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store and identifies a non-party developer partner. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. Further, revealing the identity of a non-party developer, implicates the non-party's confidentiality interests, who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

96. **Exhibit 24, Page -866 (between "YT" and "etc. 1. BDMs"; between "b." and "followup today.").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

97. **Exhibit 24, Page -867 (between "b." and "followup today."; between "language (apps…" and "Oct 15").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, this text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in

competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

98.     **Exhibit 24, Page -870 (between "solution to others" a." and "publishing integration"; between "console can extend" and "integration successful").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

99.     **Exhibit 24, Page -871 (between "have input from" and "so far"; between "so far" and "is outstanding"; between "other conversations." and "is a WIP as").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

100.     **Exhibit 24, Page -872 (between "Developers next steps" and "Working doc and AIs").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business

1  partners who are not party to this litigation, and who have a reasonable expectation that Google will

2  maintain the confidentiality of contractual terms and its own confidential statements made during

3  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

4  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

5  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

6  Google's competitors could use this non-party information to unfairly target Google's developer

7  partners.

8        101.    **Exhibit 24, Page -873 (between "Closed for" and "we are making progress";**

9  **between "the TV apps" and "aGPB / Multiplatform").** This text contains confidential, non-public

10  information regarding non-party developers, and implicates the non-party's confidentiality interests, by

11  revealing the identity of Google business partners who are not party to this litigation, and who have a

12  reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

13  confidential statements made during negotiations. Further, disclosure of this non-public information is

14  likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

15  example, could give a competitor or potential business partner unfair leverage in competing against or

16  negotiating with Google. Moreover, Google's competitors could use this non-party information to

17  unfairly target Google's developer partners.

18        102.    **Exhibit 24, Page -875 (between "Examples:" and "applied and are asking";**

19  **between "the running except" and "Rakutan eng cannot").**  This text contains confidential, non-

20  public information regarding non-party developers, and implicates the non-party's confidentiality

21  interests, by revealing the identity of Google business partners who are not party to this litigation, and

22  who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

23  and its own confidential statements made during negotiations. Further, disclosure of this non-public

24  information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

25  which, for example, could give a competitor or potential business partner unfair leverage in competing

26  against or negotiating with Google. Moreover, Google's competitors could use this non-party

27  information to unfairly target Google's developer partners.

28

103.     **Exhibit 24, Page -876 (between "translated externally (e.g." and "a. Challenge for BD"; between "digital nuance" and "negotiations are stuck").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

104.     **Exhibit 24, Page -877 (between "Jul 30, 2021 1." and "escalation - location"; between "TVAP d." and "continues on Rikako").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

105.     **Exhibit 24, Page -878 (between "(Check" and "iii. Danielle Stein").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair

leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

106. **Exhibit 24, Page -884 (between "engage more partners" and "has flagged"; between "couple months" and "proposal pending"; between "testing updates" and "Can we plan").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

107. **Exhibit 24, Page -885 (between "abt twitch" and "Can we review").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

108. **Exhibit 24, Page -889 (between "Working group" and "Next steps: Commerce").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

109.    **Exhibit 24, Page -890 (between "2021/05/13 1." and "a. May process FOPs"; between "a. Open:" and "Is bundle upgrade allowed"; between "Kang how does" and "feel about now"; between "feel about now c." and "Skilled cross platform"; between "Demonstrable progress" and "YT have communicated"; between "Request from" and "BCAP was approved last").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

110.    **Exhibit 24, Page -891 (between "Subs product" and "Internal approvals next"; between "partners status as well" and "No update this week"; between "E.g. Web" and "subscriber upgrades"; between "upgrades to" and "app on Play").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

38

1   against or negotiating with Google. Moreover, Google's competitors could use this non-party

2   information to unfairly target Google's developer partners.

3       111.    **Exhibit 24, Page -892 (between "developers for Sept" and "No points integration";**

4   **between "priority for now" and "Multiplatform is open"; between "definition a. YT" and**

5   **"UCGPB").** This text contains confidential, non-public information regarding non-party developers,

6   and implicates the non-party's confidentiality interests, by revealing the identity of Google business

7   partners who are not party to this litigation, and who have a reasonable expectation that Google will

8   maintain the confidentiality of contractual terms and its own confidential statements made during

9   negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

10  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

11  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

12  Google's competitors could use this non-party information to unfairly target Google's developer

13  partners.

14      112.    **Exhibit 24, Page -893 (between "ads cuts Monday" and "update – moving**

15  **forward"; between "UCGPB?" and "update a. Shared UCGPB").** This text contains confidential,

16  non-public information regarding non-party developers, and implicates the non-party's confidentiality

17  interests, by revealing the identity of Google business partners who are not party to this litigation, and

18  who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

19  and its own confidential statements made during negotiations. Further, disclosure of this non-public

20  information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

21  which, for example, could give a competitor or potential business partner unfair leverage in competing

22  against or negotiating with Google. Moreover, Google's competitors could use this non-party

23  information to unfairly target Google's developer partners.

24      113.    **Exhibit 24, Page -894 (between "level of confidence" and "Cross sell app").** This

25  text contains confidential, non-public information regarding non-party developers, and implicates the

26  non-party's confidentiality interests, by revealing the identity of Google business partners who are not

27  party to this litigation, and who have a reasonable expectation that Google will maintain the

28

1    confidentiality of contractual terms and its own confidential statements made during negotiations.

2    Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

3    it reveals strategic decision-making, which, for example, could give a competitor or potential business

4    partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

5    competitors could use this non-party information to unfairly target Google's developer partners.

6         114.    **Exhibit 24, Page -895 (between "2021 4 6" and "update"; between "Proposed" and**

7    **"solution to publish full"; between "a solution for" and "Console OK"; between "[FYI]" and**

8    **"finalizing detailed integration"; between "integration proposal for" and "to:"; between "to**

9    **their main" and "Books app"; between "and discuss with" and "Console alignment").** This text

10    contains confidential, non-public information regarding non-party developers, and implicates the non-

11    party's confidentiality interests, by revealing the identity of Google business partners who are not party

12    to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality

13    of contractual terms and its own confidential statements made during negotiations. Further, disclosure

14    of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

15    decision-making, which, for example, could give a competitor or potential business partner unfair

16    leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

17    this non-party information to unfairly target Google's developer partners.

18         115.    **Exhibit 24, Page -896 (between "Gordon tracking" and "partners"; between**

19    **"2021-3-25" and "Discussed with"; between "Discussed with" and "details of proposal"; between**

20    **"of proposal for" and "to publish their").** This text contains confidential, non-public information

21    regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing

22    the identity of Google business partners who are not party to this litigation, and who have a reasonable

23    expectation that Google will maintain the confidentiality of contractual terms and its own confidential

24    statements made during negotiations. Further, disclosure of this non-public information is likely to

25    result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

26    could give a competitor or potential business partner unfair leverage in competing against or

27

28

1   negotiating with Google. Moreover, Google's competitors could use this non-party information to

2   unfairly target Google's developer partners.

3         116.   **Exhibit 24, Page -897 (between "whatever we need to" and "MGPB"; between**

4   **"Priorities for the week" and "path decision"; between "AGBP Updates" and "satisfied by per-**

5   **transaction"; between "Important for" and "deal.").** This text contains confidential, non-public

6   information regarding non-party developers, and implicates the non-party's confidentiality interests, by

7   revealing the identity of Google business partners who are not party to this litigation, and who have a

8   reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

9   confidential statements made during negotiations. Further, disclosure of this non-public information is

10   likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

11   example, could give a competitor or potential business partner unfair leverage in competing against or

12   negotiating with Google. Moreover, Google's competitors could use this non-party information to

13   unfairly target Google's developer partners.

14         117.   **Exhibit 24, Page -899 (between "Large number of SKU" and "2021-3-05"; between**

15   **"from YT and" and end of sentence).** This text contains confidential, non-public information

16   regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing

17   the identity of Google business partners who are not party to this litigation, and who have a reasonable

18   expectation that Google will maintain the confidentiality of contractual terms and its own confidential

19   statements made during negotiations. Further, disclosure of this non-public information is likely to

20   result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

21   could give a competitor or potential business partner unfair leverage in competing against or

22   negotiating with Google. Moreover, Google's competitors could use this non-party information to

23   unfairly target Google's developer partners.

24         118.   **Exhibit 24, Page -900 (between "critical blocking issue" and "need to give guidance**

25   **on"; between "hitting enforcement date" and "Blocked, Bec"; between "Kang update on" and**

26   **"Alpha launch from"; between "Alpha launch from" and "in April; pending"; between "share**

27   **the implementation" and "all deals by May"; between "May on track" and "In version";**

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

41

1    **between "number of SKU" and end of sentence).** This text contains confidential, non-public

2    information regarding non-party developers, and implicates the non-party's confidentiality interests, by

3    revealing the identity of Google business partners who are not party to this litigation, and who have a

4    reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

5    confidential statements made during negotiations. Further, disclosure of this non-public information is

6    likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

7    example, could give a competitor or potential business partner unfair leverage in competing against or

8    negotiating with Google. Moreover, Google's competitors could use this non-party information to

9    unfairly target Google's developer partners.

10         119.    **Exhibit 24, Page -901 (between "blocking issue for" and "need to give"; between**

11   **"hitting enforcement date" and "Blocked, Bec"; between "additional partners including" and**

12   **[Olivia/DanielleM] Are there any"; between "info from YT and" and "11. KR").** This text

13   contains confidential, non-public information regarding non-party developers, and implicates the non-

14   party's confidentiality interests, by revealing the identity of Google business partners who are not party

15   to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality

16   of contractual terms and its own confidential statements made during negotiations. Further, disclosure

17   of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

18   decision-making, which, for example, could give a competitor or potential business partner unfair

19   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

20   this non-party information to unfairly target Google's developer partners.

21         120.    **Exhibit 24, Page -904 (between "Partners" and "Email testing in"; between "legal**

22   **call next week" and "Ebook devs have"; between "number of SKU" issue" and "No major**

23   **update"; between "No major update" and "1 day subs and").** This text contains confidential, non-

24   public information regarding non-party developers, and implicates the non-party's confidentiality

25   interests, by revealing the identity of Google business partners who are not party to this litigation, and

26   who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

27   and its own confidential statements made during negotiations. Further, disclosure of this non-public

28

1    information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

2    which, for example, could give a competitor or potential business partner unfair leverage in competing

3    against or negotiating with Google. Moreover, Google's competitors could use this non-party

4    information to unfairly target Google's developer partners.

5          121.   **Exhibit 24, Page -906 (between "rate is currently" and "meaning that there";**

6    **between "that there are" and "apps didn't comply"; between "Partners Update" and "Working**

7    **on aligning"; between "international pricing updates" and "Meeting yesterday and"; between**

8    **"might be a good POC" and "also should be engaged"; between "Austin" and "Provided offer**

9    **and waiting").** This text contains confidential, non-public information regarding non-party developers,

10   and implicates the non-party's confidentiality interests, by revealing the identity of Google business

11   partners who are not party to this litigation, and who have a reasonable expectation that Google will

12   maintain the confidentiality of contractual terms and its own confidential statements made during

13   negotiations. Further, this text contains non-public and confidential data regarding app developers

14   payments compliance rates on Google Play.  Disclosure of this non-public information is likely to

15   result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

16   could give a competitor or potential business partner unfair leverage in competing against or

17   negotiating with Google. Moreover, Google's competitors could use this non-party information to

18   unfairly target Google's developer partners.

19         122.   **Exhibit 24, Page -907 (between "engs heads up" and "-modular"; between**

20   **"phasing some things" and "- Opt out pricing").** This text contains confidential, non-public

21   information regarding non-party developers, and implicates the non-party's confidentiality interests, by

22   revealing the identity of Google business partners who are not party to this litigation, and who have a

23   reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

24   confidential statements made during negotiations. Further, disclosure of this non-public information is

25   likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

26   example, could give a competitor or potential business partner unfair leverage in competing against or

27

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

43

1   negotiating with Google. Moreover, Google's competitors could use this non-party information to

2   unfairly target Google's developer partners.

3        123.   **Exhibit 24, Page -908 (between "role in carriers (e.g." and "into this plan";**

4   **between "card promotion with" and "Closed").** This text contains confidential, non-public

5   information regarding non-party developers, and implicates the non-party's confidentiality interests, by

6   revealing the identity of Google business partners who are not party to this litigation, and who have a

7   reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

8   confidential statements made during negotiations. Further, disclosure of this non-public information is

9   likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

10   example, could give a competitor or potential business partner unfair leverage in competing against or

11   negotiating with Google. Moreover, Google's competitors could use this non-party information to

12   unfairly target Google's developer partners.

13        124.   **Exhibit 24, Page -909 (between "Opens for policy" and "Ask what they"; between**

14   **"will be sending to" and "1/22"; between "card promotion with" and "Rollup to KR").** This text

15   contains confidential, non-public information regarding non-party developers, and implicates the non-

16   party's confidentiality interests, by revealing the identity of Google business partners who are not party

17   to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality

18   of contractual terms and its own confidential statements made during negotiations. Further, disclosure

19   of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

20   decision-making, which, for example, could give a competitor or potential business partner unfair

21   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

22   this non-party information to unfairly target Google's developer partners.

23        125.   **Exhibit 24, Page -910 (between "Opens for policy" and "Next steps:"; between**

24   **"align with" and "legal on Country"; between "card promotion with" and "Rollup to KR").** This

25   text contains confidential, non-public information regarding non-party developers, and implicates the

26   non-party's confidentiality interests, by revealing the identity of Google business partners who are not

27   party to this litigation, and who have a reasonable expectation that Google will maintain the

28

1  confidentiality of contractual terms and its own confidential statements made during negotiations.

2  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

3  it reveals strategic decision-making, which, for example, could give a competitor or potential business

4  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

5  competitors could use this non-party information to unfairly target Google's developer partners.

6        126.   **Exhibit 24, Page -911 (between "Pex approval was for" and "etc"; between "Next**

7  **step: offer to" and "in Jan"; between "G1" and "YT, Books, Movies").** This text contains

8  confidential, non-public information regarding non-party developers, and implicates the non-party's

9  confidentiality interests, by revealing the identity of Google business partners who are not party to this

10  litigation, and who have a reasonable expectation that Google will maintain the confidentiality of

11  contractual terms and its own confidential statements made during negotiations. Further, disclosure of

12  this non-public information is likely to result in competitive harm to Google, as it reveals strategic

13  decision-making, which, for example, could give a competitor or potential business partner unfair

14  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

15  this non-party information to unfairly target Google's developer partners.

16        127.   **Exhibit 24, Page -912 (between "Review" and "Operator language"; between "In**

17  **app comms &" and "& gift cards").** This text contains confidential, non-public information

18  regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing

19  the identity of Google business partners who are not party to this litigation, and who have a reasonable

20  expectation that Google will maintain the confidentiality of contractual terms and its own confidential

21  statements made during negotiations. Further, disclosure of this non-public information is likely to

22  result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

23  could give a competitor or potential business partner unfair leverage in competing against or

24  negotiating with Google. Moreover, Google's competitors could use this non-party information to

25  unfairly target Google's developer partners.

26        128.   **Exhibit 24, Page -913 (between "Fraud vector –" and "is putting a proposal";**

27  **between "to talk to" and "previous writeup"; between "what we offer to" and "revisit in Jan";**

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

45

between **"just a writeup"** and **"and stadia is"**). This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

129. **Exhibit 24, Page -915 (between "X functional meet." and "MGPB Workback").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

130. **Exhibit 24, Page -917 (between "conversion for exception" and "Summit. Next week").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

1    Google's competitors could use this non-party information to unfairly target Google's developer

2    partners.

3        131.    **Exhibit 24, Page -918 (between "being closely managed" and "Al: Divya**

4    **Chandra"; between "Meeting next week." and "Danielle Stein Contagion").** This information

5    contains non-public information regarding Google's confidential non-public internal strategic

6    considerations related to creating value for and attracting developers to the Google Play Store. This

7    information has never been disclosed publicly. Disclosure of this information would adversely impact

8    Google's current competitive position by enabling Google's competitors to mimic its confidential

9    strategies in an effort to attract developers away from Google.

10       132.    **Exhibit 24, Page -920 (between "Consolidate asks" and "needs escalation";**

11   **between "Not on AVP" and "counter proposal given"; between "counter proposal given" and**

12   **"thinking over the proposal for a week"; between "not available for" and "(Only for ATV**

13   **Launcher"; between "carriers contractual discussion" and "29th ideation meeting").** This text

14   contains confidential, non-public information regarding non-party developers, and implicates the non-

15   party's confidentiality interests, by revealing the identity of Google business partners who are not party

16   to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality

17   of contractual terms and its own confidential statements made during negotiations. Further, disclosure

18   of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

19   decision-making, which, for example, could give a competitor or potential business partner unfair

20   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

21   this non-party information to unfairly target Google's developer partners.

22       133.    **Exhibit 24, Page -922 (between "Progress :-)" and "counter proposal given";**

23   **between "counter proposal given" and "pitch MGBP"; between "pitch MGBP" and "meeting on**

24   **29th").** This text contains confidential, non-public information regarding non-party developers, and

25   implicates the non-party's confidentiality interests, by revealing the identity of Google business

26   partners who are not party to this litigation, and who have a reasonable expectation that Google will

27   maintain the confidentiality of contractual terms and its own confidential statements made during

28

negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

134.     **Exhibit 24, Page -923 (between "Progress :-)" and "counter proposal given"; between "counter proposal given" and "pitch MGBP"; between "pitch MGBP" and "meeting on 29ᵗʰ").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

135.     **Exhibit 24, Page -924 (between "Design blog post" and "Payments followup").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

136.     **Exhibit 24, Page -925 (between "Large games groups" and "have sophisticated billing").** This text contains confidential, non-public information regarding non-party developers, and

1   implicates the non-party's confidentiality interests, by revealing the identity of Google business

2   partners who are not party to this litigation, and who have a reasonable expectation that Google will

3   maintain the confidentiality of contractual terms and its own confidential statements made during

4   negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

5   to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

6   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

7   Google's competitors could use this non-party information to unfairly target Google's developer

8   partners.

9        137.   **Exhibit 24, Page -926 (between "Thanksgiving started" and "K-internet send").**

10  This text contains confidential, non-public information regarding non-party developers, and implicates

11  the non-party's confidentiality interests, by revealing the identity of Google business partners who are

12  not party to this litigation, and who have a reasonable expectation that Google will maintain the

13  confidentiality of contractual terms and its own confidential statements made during negotiations.

14  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

15  it reveals strategic decision-making, which, for example, could give a competitor or potential business

16  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

17  competitors could use this non-party information to unfairly target Google's developer partners.

18       138.   **Exhibit 24, Page -927 (between "announcement workstreams" and "Product: in**

19  **app"; between "new proposal targeted" and "Similar product to"; between "Similar product to"**

20  **and "Meeting? Al").** This text contains confidential, non-public information regarding non-party

21  developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

22  business partners who are not party to this litigation, and who have a reasonable expectation that

23  Google will maintain the confidentiality of contractual terms and its own confidential statements made

24  during negotiations. Further, disclosure of this non-public information is likely to result in competitive

25  harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

26  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

27

28

1   Google's competitors could use this non-party information to unfairly target Google's developer

2   partners.

3        139.    **Exhibit 24, Page -928 (between "policy no escalations" and "Apps coalition:**

4   **neutral"; between "after the announcement" and "Explained programmes"; between "user**

5   **promotion" and "asked about the velocity"; between "interaction taking place now" and "are**

6   **top of mind"; between "category is concerned" and "deeper discussion"; between "deeper**

7   **discussion on" and "on going"; between "Prebrief for" and "pending OTT players"; between**

8   **"takedown on security issue" and "working to get it back").** This text contains confidential, non-

9   public information regarding non-party developers, and implicates the non-party's confidentiality

10  interests, by revealing the identity of Google business partners who are not party to this litigation, and

11  who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

12  and its own confidential statements made during negotiations. Further, disclosure of this non-public

13  information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

14  which, for example, could give a competitor or potential business partner unfair leverage in competing

15  against or negotiating with Google. Moreover, Google's competitors could use this non-party

16  information to unfairly target Google's developer partners.

17        **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 26 [Dkt 486-27]**

18                                    **(Exhibit A10)**

19        140.    **Exhibit 26, Page 2 of 3 (GOOG-PLAY-011363671 between "main collaboration**

20  **opportunities:" and end of sentence).**  This text contains non-public and confidential information

21  regarding potential deals and collaborative efforts that Google discussed with a developer. This

22  information has never been disclosed publicly and the Google Play product team treats it as strictly

23  confidential. If publicly revealed, this information could influence the competitive decision-making

24  and business strategies employed by Google's app store competitors, for example by influencing how

25  those app stores market themselves to developers and how they distinguish themselves from Google

26  Play in the eyes of developers. In addition, revealing the statements made during Google's

27  negotiations, including potential collaborative opportunities that Google discussed with developers,

28

1    could influence the negotiating strategies and tactics employed by app developers and other current

2    and prospective counterparties with which Google does or may transact business.

3    **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 27 [Dkt 486-28]**

4    **(Exhibit A11)**

5    141.    **Exhibit 27, Page 5 of 7 (GOOG-PLAY-011270140 first paragraph between "there**

6    **are still gaps which are going to hurt user experience and revenue." and end of paragraph).**  This

7    text contains non-public and confidential information regarding specific features and technical details

8    of Google Play's billing platform, about which a developer expressed concerns. This information has

9    never been disclosed publicly and the Google Play product team treats it as strictly confidential. If

10   publicly revealed, this information could influence the competitive decision-making and business

11   strategies employed by Google's app store competitors, for example by influencing how those app

12   stores market themselves to developers and how they distinguish themselves from Google Play in the

13   eyes of developers. In addition, revealing the statements made during Google's negotiations with

14   developers, including concerns raised by developers about specific aspects of Google Play, could

15   influence the negotiating strategies and tactics employed by app developers and other current and

16   prospective counterparties with which Google does or may transact business.

17   142.    **Exhibit 27, Page 5 of 7 (GOOG-PLAY-011270140, middle of page between "We**

18   **would deploy this across our platforms and globally assuming" and "We would work with").**

19   This text contains confidential, non-public information regarding Google's agreements with  a non-

20   party developer. Disclosure of this non-public information is likely to result in competitive harm to

21   Google, as it reveals strategic decision-making which, for example, could give a competitor or

22   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

23   Google's competitors could use this non-party information to unfairly target Google's developer

24   partners and offer specific deal terms designed to undercut those offered by Google.  Further, the

25   disclosure of the developer's highly confidential information would significantly harm the developer's

26   business. For example, its competitors could exploit this information—that they otherwise would not

27   have access to—to inform their own business strategies. To prevent these competitive harms from

28

1  coming to fruition, the developer proactively maintains the confidentiality of its strategic information,

2  only disclosing it to a select group of individuals on an as-needed basis.

3      143.    **Exhibit 27, Page 6 of 7 (GOOG-PLAY-011270141 first paragraph between**

4  **"wanted to relay what I heard about the status." and end of the paragraph).**  This text contains

5  non-public and confidential information regarding specific features and technical details of Google

6  Play's billing platform, about which a developer expressed concerns. This information has never been

7  disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

8  revealed, this information could influence the competitive decision-making and business strategies

9  employed by Google's app store competitors, for example by influencing how those app stores market

10  themselves to developers and how they distinguish themselves from Google Play in the eyes of

11  developers. In addition, revealing the statements made during Google's negotiations with developers,

12  including concerns raised by developers about specific aspects of Google Play, could influence the

13  negotiating strategies and tactics employed by app developers and other current and prospective

14  counterparties with which Google does or may transact business.

15      **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 28 [Dkt 486-29]**

16                              **(Exhibit A12)**

17      144.    **Exhibit 28, Page 4 of 4 (GOOG-PLAY-011220644 third bullet point between "In**

18  **the interim, our offer" and "still stands. We'd be").**  This text contains non-public and confidential

19  information regarding specific deal terms offered by Google to a developer. This information has never

20  been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

21  revealed, this information could influence the competitive decision-making and business strategies

22  employed by Google's app store competitors, for example by influencing how those app stores market

23  themselves to developers and how they distinguish themselves from Google Play in the eyes of

24  developers.  Google's competitors could use this information to unfairly target Google's developer

25  partners and offer specific deal terms designed to undercut those offered by Google. In addition,

26  revealing the statements made by Google during its negotiations with developers could influence the

27

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

52

1  negotiating strategies and tactics employed by app developers and other current and prospective

2  counterparties with which Google does or may transact business.

3  **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 30 [Dkt 486-31]**

4  **(Exhibit A13)**

5  145.   **Exhibit 30, Page 7 of 7 (first paragraph between "Google's damages from lost**

6  **service fees to be" and "and restitution for"; between "at least in the range of" and end of**

7  **sentence; second paragraph between "and July 2022 to range from" and "to"; from "to" to end**

8  **of sentence).**  This information reflects and is calculated from internal, non-public Google financial

9  data. Google spends significant resources compiling and maintaining this valuable data, which is non-

10  public, and if revealed to competitors and potential business counterparties, could be used to

11  disadvantage and cause Google competitive harm by giving competitors insight into confidential

12  Google financial information.

13  **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 32 [Dkt 486-34]**

14  **(Exhibit A14)**

15  146.   **Exhibit 32, Page -903 (entire image below "Projected Revenue Loss to Play from**

16  **Tinder de-integration").**  This exhibit contains non-public and confidential data regarding Google's

17  projected revenue losses that could result from Tinder's de-integration.  This information has never

18  been disclosed publicly and the Google Play product team treats it as strictly confidential.  It includes

19  information that reflects and is calculated from internal, non-public Google financial data, which

20  Google spends significant resources compiling and maintaining.  If revealed to competitors and

21  potential business counterparties, this valuable, non-public data could be used to disadvantage and

22  cause Google competitive harm by giving competitors insight into confidential Google financial

23  information.  For example, if publicly revealed, this information could influence the negotiating

24  strategies and tactics employed by app developers and other current and prospective counterparties

25  with which Google does or may transact business.

26  147.   **Exhibit 32, Page -904 third bullet point (between "Match.com represents" and**

27  **"opportunity and has been actively").**  This exhibit contains non-public and confidential data

28

regarding the value of particular business opportunities relating to specific developers.  This

information has never been disclosed publicly and the Google Play product team treats it as strictly

confidential.  It includes information that reflects and is calculated from internal, non-public Google

financial data, which Google spends significant resources compiling and maintaining.  If revealed to

competitors and potential business counterparties, this valuable, non-public data could be used to

disadvantage and cause Google competitive harm by giving competitors insight into confidential

Google financial information.  For example, if publicly revealed, this information could influence the

negotiating strategies and tactics employed by app developers and other current and prospective

counterparties with which Google does or may transact business.

148.     **Exhibit 32, Page -905 (text within "Option #2" column, between "-Consumer**

**Spend:" and "(Period: 2018Q1-2019Q1)*).**  This exhibit contains non-public and confidential data

regarding the value of particular business opportunities relating to specific developers.  This

information has never been disclosed publicly and the Google Play product team treats it as strictly

confidential.  It includes information that reflects and is calculated from internal, non-public Google

financial data, which Google spends significant resources compiling and maintaining.  If revealed to

competitors and potential business counterparties, this valuable, non-public data could be used to

disadvantage and cause Google competitive harm by giving competitors insight into confidential

Google financial information.  For example, if publicly revealed, this information could influence the

negotiating strategies and tactics employed by app developers and other current and prospective

counterparties with which Google does or may transact business.

149.     **Exhibit 32, Page -908 (all text below the heading "In exchange for Hug: Android**

**investment to include, but not limited to" and to the left of the "Tinder" images.).**  This text

contains confidential, non-public information regarding Google's agreements with developers,

including specific deal terms contemplated or offered by Google. Disclosure of this non-public

information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

making which, for example, could give a competitor or potential business partner unfair leverage in

competing against or negotiating with Google. Moreover, Google's competitors could use this

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

54

1    information to unfairly target Google's other developer partners and offer specific deal terms designed

2    to undercut those offered by Google.

3        150.   **Exhibit 32, Page -909 (all text and images in box below "Play will invest across**

4    **Google to accelerate your success"; entire paragraph below box).**  This portion of the exhibit

5    contains confidential, non-public information regarding Google's agreements with developers,

6    including specific deal terms contemplated or offered by Google. Disclosure of this non-public

7    information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

8    making which, for example, could give a competitor or potential business partner unfair leverage in

9    competing against or negotiating with Google. Moreover, Google's competitors could use this

10   information to unfairly target Google's other developer partners and offer specific deal terms designed

11   to undercut those offered by Google. Furthermore, the text below the box includes information that

12   reflects and is calculated from internal, non-public Google financial data, which Google spends

13   significant resources compiling and maintaining.  If revealed to competitors and potential business

14   counterparties, this valuable, non-public data could be used to disadvantage and cause Google

15   competitive harm by giving competitors insight into confidential Google financial information.

16       151.   **Exhibit 32, Page -910 (all text in box below header "Tinder - Cross-Google Service**

17   **Pack Offering (Program Impact)"; entire paragraph below box).**  This portion of the exhibit

18   contains confidential, non-public information regarding Google's agreements with developers,

19   including specific deal terms contemplated or offered by Google. Disclosure of this non-public

20   information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

21   making which, for example, could give a competitor or potential business partner unfair leverage in

22   competing against or negotiating with Google. Moreover, Google's competitors could use this

23   information to unfairly target Google's other developer partners and offer specific deal terms designed

24   to undercut those offered by Google

25       152.   **Exhibit 32, Page -911 (text in box below header "Match Group - Cross-Google**

26   **Service Pack Offering (Program Impact)").**  This portion of the exhibit contains confidential, non-

27   public information regarding Google's agreements with developers, including specific deal terms

28

contemplated or offered by Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this information to unfairly target Google's other developer partners and offer specific deal terms designed to undercut those offered by Google

153.    **Exhibit 32, Page -913 (text between "Currently offered Hug" and "offers and service level"; all text in box below "Currently offered Hug" and "offers and service level".)**  This portion of the exhibit contains confidential, non-public information regarding Google's agreements with developers, including specific deal terms contemplated or offered by Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this information to unfairly target Google's other developer partners and offer specific deal terms designed to undercut those offered by Google.

154.    **Exhibit 32, Page -914 (entire image including all text).**  This page of the exhibit contains confidential, non-public information regarding Google's agreements with developers, including specific deal terms contemplated or offered by Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this information to unfairly target Google's other developer partners and offer specific deal terms designed to undercut those offered by Google.

155.    **Exhibit 32, Page -916 (all text in box below header "Hug - Cross-Google Service Pack Offering (Program Details)").**  This portion of the exhibit contains confidential, non-public information regarding Google's agreements with developers, including specific deal terms contemplated or offered by Google.. Disclosure of this non-public information is likely to result in

competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this information to unfairly target Google's other developer partners and offer specific deal terms designed to undercut those offered by Google.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 33 [Dkt 486-35]**

**(Exhibit A15)**

156.    **Exhibit 33, GOOG-PLAY-011667035 (entire chart).**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity and confidential information of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

**Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 34 [Dkt 486-35]**

**(Exhibit A16)**

157.    **Exhibit 34, GOOG-PLAY-011700994 (text between "India landscape" and "Critical features"; between "by current programs" and "If we delay").**  This text contains non-public and confidential information regarding Google's strategy with respect to Indian developers and consumers. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to Indian developers and how they distinguish themselves from Google Play in the eyes of Indian developers. In addition, Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic

1   decision-making which, for example, could give a competitor or potential business partner unfair

2   leverage in competing against or negotiating with Google.

3   **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 41 [Dkt 486-42]**

4   **(Exhibit A17)**

5       158.   **Exhibit 41, Page 148, Line 17 (between "that analysis showing" and end of**

6   **sentence).** This text contains non-public information regarding Google's confidential non-public

7   internal strategic considerations related to creating value for and attracting developers to the Google

8   Play Store, including analysis based on confidential financial data relating to a specific developer. This

9   information has never been disclosed publicly. Disclosure of this information would adversely impact

10  Google's current competitive position by enabling Google's competitors to mimic its confidential

11  strategies in an effort to attract developers away from Google. Moreover, Google's competitors could

12  use this non-party information to unfairly target Google's developer partners.

13  **Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 44 [Dkt 486-45]**

14  **(Exhibit A18)**

15      159.   **Exhibit 44, Page 164, Line 19 (between "that relate to" and end of sentence).**  This

16  text contains confidential, non-public information regarding Google's negotiations with developers,

17  including the identity of specific deals and programs that were discussed. Disclosure of this non-public

18  information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

19  making which, for example, could give a competitor or potential business partner unfair leverage in

20  competing against or negotiating with Google.

21      160.   **Exhibit 44, Page 164, Line 22 (between "Sometimes it was about" and end of**

22  **sentence).**  This text contains confidential, non-public information regarding Google's negotiations

23  with developers, including the identity of specific deals and programs that were discussed. Disclosure

24  of this non-public information is likely to result in competitive harm to Google, as it reveals Google's

25  strategic decision-making which, for example, could give a competitor or potential business partner

26  unfair leverage in competing against or negotiating with Google.

27

28

161.     **Exhibit 44, Page 166, Line 25 (between "And even today," and "are").**  This text contains confidential, non-public information regarding Google's negotiations with developers, including specific features that are discussed with developers today. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

**Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment [Dkt. No. 506] (Exhibit B1)**

162.     **Page 8, Lines 11-15 (between "AVP delivered significant" and end of sentence; between "(one of AVP's goals was to" and "Ex. 16, GOOG-PLAY-004684227 at -231"; between "(AVP required interested partners to" and end of sentence).**  This text contains confidential, non-public information regarding Google's agreements with non-party developers, including specific deal terms as well as the strategic business considerations underlying those agreements. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

163.     **Page 8, Lines 15-19 (between "their partnership" and "See Ex. 17"; between "GOOG-PLAY-011456496 at -496" and "Google expected Match").**  This text contains confidential, non-public information regarding Google's agreements with developers, including a description of Google's negotiation process with a specific developer. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

**Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 2 [Dkt. No. 506-3]**

1

**(Exhibit B2)**

2  **164.    Exhibit 2, Page -092 (all logos in column to the left and above "Epic" and above

3  "Inquiring"; all logos below "tinder" and above "De-integrated / In process"; all logos in column

4  below and to the right of "Match" and above "Never Integrated").**  This text contains confidential,

5  non-public information regarding non-party developers, and implicates the non-party's confidentiality

6  interests, by revealing the identity of Google business partners who are not party to this litigation, and

7  who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

8  and its own confidential statements made during negotiations. Further, disclosure of this non-public

9  information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

10  which, for example, could give a competitor or potential business partner unfair leverage in competing

11  against or negotiating with Google. Moreover, Google's competitors could use this non-party

12  information to unfairly target Google's developer partners.

13  **165.    Exhibit 2, Page -100 (between "More than 116 billion downloads from Google Play

14  last year" and  "We connect developers with a consumer base that "Trusts the platform").**  This

15  information contains non-public information regarding Google's confidential non-public internal

16  strategic considerations related to creating value for and attracting developers to the Google Play Store.

17  This information has never been disclosed publicly. Disclosure of this information would adversely

18  impact Google's current competitive position by enabling Google's competitors to mimic its

19  confidential strategies in an effort to attract developers away from Google.

20  **166.    Exhibit 2, Page -101, Developer Notes (between "downloads in the last year" and

21  "Trusts the platform"; between  "apps on users' devices" and "Can transact seamlessly").**  This

22  information contains non-public information regarding Google's confidential non-public internal

23  strategic considerations related to creating value for and attracting developers to the Google Play Store.

24  This information has never been disclosed publicly. Disclosure of this information would adversely

25  impact Google's current competitive position by enabling Google's competitors to mimic its

26  confidential strategies in an effort to attract developers away from Google.

27

28

167.     **Exhibit 2, Page -109 (between "media (probably" and " KFTC reached out").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

**Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 7**

**[Dkt. No. 506-8]**

**(Exhibit B3)**

168.     **Exhibit 7, Page -724, (middle of the page between "(on average they only stay 4-5 months)" and end of paragraph).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. The disclosure of the developer's highly confidential information would significantly harm developer's business. For example, developer's competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

**Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 10**

**[Dkt. No. 506-11]**

1

**(Exhibit B4)**

2    169.    **Exhibit 10, Page -385 (all company logos below text not including Match and**

3   **Tinder).** This information contains non-public and confidential data regarding developer behavior and

4   activity on Google Play. This information has never been disclosed publicly and the Google Play

5   product team treats it as strictly confidential. If publicly revealed, this information could influence the

6   competitive decision-making and business strategies employed by Google's app store competitors, for

7   example by influencing how those app stores market themselves to U.S. developers and how they

8   distinguish themselves from Google Play in the eyes of U.S. developers. The disclosure of developers'

9   highly confidential information would significantly harm developers' business. For example,

10  developers' competitors could leverage this information to reap an unearned competitive advantage.

11  They could exploit this information—that they otherwise would not have access to—to inform their

12  own business strategies. To prevent these competitive harms from coming to fruition, developers

13  proactively maintain the confidentiality of its strategic information, only disclosing it to a select group

14  of individuals on an as-needed basis.

15    170.    **Exhibit 10, Page -387 (all company logos to the right of text not including Match).**

16  This information contains non-public and confidential data regarding developer behavior and activity

17  on Google Play. This information has never been disclosed publicly and the Google Play product team

18  treats it as strictly confidential. If publicly revealed, this information could influence the competitive

19  decision-making and business strategies employed by Google's app store competitors, for example by

20  influencing how those app stores market themselves to U.S. developers and how they distinguish

21  themselves from Google Play in the eyes of U.S. developers. The disclosure of developers' highly

22  confidential information would significantly harm developers' business. For example, developers'

23  competitors could leverage this information to reap an unearned competitive advantage. They could

24  exploit this information—that they otherwise would not have access to—to inform their own business

25  strategies. To prevent these competitive harms from coming to fruition, developers proactively

26  maintain the confidentiality of its strategic information, only disclosing it to a select group of

27  individuals on an as-needed basis.

28

**171.    Exhibit 10, Page -388 (first line of text below box between "adopt Android TV/chromecast" and end of line; second line of text between "agreeable rev share terms" and end of line).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

**172.    Exhibit 10, Page -389 (entire image).** This information contains non-public and confidential data regarding Google's relationships and initiatives regarding developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis. This information also contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

**173.    Exhibit 10, Page -390 (entire image).** This information contains non-public and confidential data regarding Google's relationships and initiatives regarding developers on Google Play.

This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis. This information also contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

174.    **Exhibit 10, Page -392 (between beginning of first sentence inside box and "developer list:" text in row between Match Meetic and end of row; text in row between "Tinder Pairs Plentyoffish okCupid" and end for row; text in row after "Hinge and end of row; text below box from first sentence and "Dating: Match (Tinder, Match, Pairs, Plentyoffish, okCupid, Hinge, Meetic),"; text between "Dating: Match (Tinder, Match, Pairs, Plentyoffish, okCupid, Hinge, Meetic)," and end of paragraph).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners..

175.    **Exhibit 10, Page -393 (below "Program will have eligibility criteria and developer obligations" and to the right of "Programs & Developer Eligibility Criteria"; text to the right of "Developer Obligation").** This information contains non-public and confidential data regarding Google's relationships and initiatives regarding developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis. This information also contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

176.    **Exhibit 10, Page -395 (all text in column below "Status Update - - Pilot Approved 5/13" and to the right of "Plan to offer the App Accelerator").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and

its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

177. **Exhibit 10, Page -398 (entire contents of box above "Want to land with news big").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

178. **Exhibit 10, Page -399 (contents of row to the right of "Friendly"; contents of row to the right of "Friendly but not integrated"; contents of row to the right of "Not friendly not integrated").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

179. **Exhibit 10, Page -400 (contents of column below "Offer to Developer" and to the right of "Subscriber Acquisition and Retention"; contents of column below "Offer to Developer" and to the right of "Infrastructure Cost Reduction").** This information contains non-public and confidential data regarding developer outreach and relations on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly

1   confidential. If publicly revealed, this information could influence the competitive decision-making

2   and business strategies employed by Google's app store competitors, for example by influencing how

3   those app stores market themselves to U.S. developers and how they distinguish themselves from

4   Google Play in the eyes of U.S. developers. This information also contains non-public information

5   regarding Google's confidential non-public internal strategic considerations related to creating value

6   for and attracting developers to the Google Play Store. This information has never been disclosed

7   publicly. Disclosure of this information would adversely impact Google's current competitive position

8   by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

9   away from Google.

10   **Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 11**

11   **[Dkt. No. 506-12]**

12   **(Exhibit B5)**

13      180.   **Exhibit 11, Page 232, Lines 1-5 (between "doc, there's" and end of sentence).**  This

14   text contains confidential, non-public information regarding Google's agreements with developers,

15   including specific dollar amounts that were offered or discussed. Disclosure of this non-public

16   information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

17   making which, for example, could give a competitor or potential business partner unfair leverage in

18   competing against or negotiating with Google. Moreover, Google's competitors could use this

19   information to unfairly target Google's other developer partners and offer specific deal terms designed

20   to undercut those offered by Google.

21   **Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 13**

22   **[Dkt. No. 506-14]**

23   **(Exhibit B6)**

24      181.   **Exhibit 13, Page -671, Wed, Jun 5, 2019 at 1:51 PM email (between "similar convo**

25   **like we did with" and "(with a smaller group").**  This text contains confidential, non-public

26   information regarding Google's agreements with non-party developers, including the identity of a

27   specific developer with whom Google discussed or reached agreements.  This non-party has a

28

1    reasonable expectation that Google will maintain the confidentiality of any private negotiations that

2    may have taken place, including the fact of such negotiations and any confidential statements made

3    during such negotiations. Disclosure of this non-public information is likely to result in competitive

4    harm to Google, as it reveals Google's strategic decision-making which, for example, could give a

5    competitor or potential business partner unfair leverage in competing against or negotiating with

6    Google. Moreover, Google's competitors could use this non-party information to unfairly target

7    Google's developer partners and offer specific deal terms designed to undercut those offered by

8    Google.

9    **Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 16**

10   **[Dkt. No. 506-17]**

11   **(Exhibit B7)**

12        182.   **Exhibit 16, Page -230 (text in green below "Q2 2021" and above "AVP Deals**

13   **Start").** This text contains confidential, non-public information regarding Google's agreements with

14   non-party developers. Disclosure of this non-public information is likely to result in competitive harm

15   to Google, as it reveals strategic decision-making which, for example, could give a competitor or

16   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

17   Google's competitors could use this non-party information to unfairly target Google's developer

18   partners and offer specific deal terms designed to undercut those offered by Google.

19        183.   **Exhibit 16, Page -231 (entire table).** This text contains confidential, non-public

20   information regarding Google's agreements with non-party developers. This text also contains

21   confidential, non-public information regarding non-party developers, and implicates the non-party's

22   confidentiality interests, by revealing the identity of Google business partners who are not party to this

23   litigation, and who have a reasonable expectation that Google will maintain the confidentiality of

24   contractual terms and its own confidential statements made during negotiations.  Disclosure of this

25   non-public information is likely to result in competitive harm to Google, as it reveals strategic

26   decision-making which, for example, could give a competitor or potential business partner unfair

27   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

28

1   this non-party information to unfairly target Google's developer partners and offer specific deal terms

2   designed to undercut those offered by Google.

3       184.   **Exhibit 16, Page -232 (between "Added" and "to this list").** This text contains

4   confidential, non-public information regarding non-party developers, and implicates the non-party's

5   confidentiality interests, by revealing the identity of Google business partners who are not party to this

6   litigation, and who have a reasonable expectation that Google will maintain the confidentiality of

7   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

8   this non-public information is likely to result in competitive harm to Google, as it reveals strategic

9   decision-making, which, for example, could give a competitor or potential business partner unfair

10  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

11  this non-party information to unfairly target Google's developer partners.

12      185.   **Exhibit 16, Page -233 (entire table).** This information contains non-public information

13  regarding Google's confidential non-public internal strategic considerations related to creating value

14  for and attracting developers to the Google Play Store. This information has never been disclosed

15  publicly. Disclosure of this information would adversely impact Google's current competitive position

16  by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

17  away from Google.

18      186.   **Exhibit 16, Page -235 (between "AVP as there is" and "for co-investments to";**

19  **between "ADAP certification stage:" and "ADAP pitch"; between "KR partners" and "KR:**

20  **currently aligning").** This text contains confidential, non-public information regarding non-party

21  developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

22  business partners who are not party to this litigation, and who have a reasonable expectation that

23  Google will maintain the confidentiality of contractual terms and its own confidential statements made

24  during negotiations. Further, disclosure of this non-public information is likely to result in competitive

25  harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

26  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

27

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

69

1  Google's competitors could use this non-party information to unfairly target Google's developer

2  partners.

3      187.  **Exhibit 16, Page -236 (entire table).** This text contains confidential, non-public

4  information regarding Google's agreements with non-party developers. This text also contains

5  confidential, non-public information regarding non-party developers, and implicates the non-party's

6  confidentiality interests, by revealing the identity of Google business partners who are not party to this

7  litigation, and who have a reasonable expectation that Google will maintain the confidentiality of

8  contractual terms and its own confidential statements made during negotiations.  Disclosure of this

9  non-public information is likely to result in competitive harm to Google, as it reveals strategic

10  decision-making which, for example, could give a competitor or potential business partner unfair

11  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

12  this non-party information to unfairly target Google's developer partners and offer specific deal terms

13  designed to undercut those offered by Google.

14  **Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 17**

15  **[Dkt. No. 506-18]**

16  **(Exhibit B8)**

17      188.  **Exhibit 17, Page -496 (top of page, between "Match Group /" and "Meeting June**

18  **2021"; second paragraph, between "reiterate to Gary that" and end of paragraph;  first bullet**

19  **point, between "Reiterate spirit &" and end of sentence; second bullet, between "identified as**

20  **deal" and end of sentence; third bullet, between "Match's next steps:" and end of sentence;**

21  **between "bias is the former" and "continue to work cooperatively"; between "EXECUTIVE**

22  **SUMMARY" and end of page).**  This text contains confidential, non-public information regarding

23  Google's negotiations with developers, including specific deal terms that were offered or discussed.

24  Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals

25  Google's strategic decision-making which, for example, could give a competitor or potential business

26  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

27

28

1   competitors could use this information to unfairly target Google's other developer partners and offer

2   specific deal terms designed to undercut those offered by Google.

3   **189.     Exhibit 17, Page -497 (entire page).**  This text contains highly detailed, confidential,

4   non-public information regarding Google's negotiations with developers, including specific deal terms

5   that were offered or discussed. Disclosure of this non-public information is likely to result in

6   competitive harm to Google, as it reveals Google's strategic decision-making which, for example,

7   could give a competitor or potential business partner unfair leverage in competing against or

8   negotiating with Google. Moreover, Google's competitors could use this information to unfairly target

9   Google's other developer partners and offer specific deal terms designed to undercut those offered by

10  Google.

11  **190.     Exhibit 17, Page -498 (between "(consistent" and "DETAILED TALKING**

12  **POINTS"; between "This change will not go away in 3" and end of page).**  This text contains

13  highly detailed, confidential, non-public information regarding Google's negotiations with developers,

14  including specific deal terms that were offered or discussed. Disclosure of this non-public information

15  is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making

16  which, for example, could give a competitor or potential business partner unfair leverage in competing

17  against or negotiating with Google. Moreover, Google's competitors could use this information to

18  unfairly target Google's other developer partners and offer specific deal terms designed to undercut

19  those offered by Google.

20  **191.     Exhibit 17, Page -499 (between "PRIVILEGED & CONFIDENTIAL" and "As this**

21  **is your first conversation"; between "crafting a win-win" and "Do you think Google/Play's").**

22  This text contains highly detailed, confidential, non-public information regarding Google's

23  negotiations with developers, including specific deal terms that were offered or discussed. Disclosure

24  of this non-public information is likely to result in competitive harm to Google, as it reveals Google's

25  strategic decision-making which, for example, could give a competitor or potential business partner

26  unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors

27

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

71

1  could use this information to unfairly target Google's other developer partners and offer specific deal

2  terms designed to undercut those offered by Google.

3  **Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 18**

4  **[Dkt. No. 506-19]**

5  **(Exhibit B9)**

6      192.    **Exhibit 18, Page -245 (between "Next steps with" and "Key business terms").** This

7  text contains confidential, non-public information regarding Google's negotiations with developers,

8  including specific agreements or programs that were discussed. Disclosure of this non-public

9  information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

10 making which, for example, could give a competitor or potential business partner unfair leverage in

11 competing against or negotiating with Google.

12      193.    **Exhibit 18, Page -246 (between "Note:" and "Not much. Value of"; between**

13 **"Value of" and "is primarily adoption"; between "Draw hard lines:" and "Use Gary/Don").**  This

14 text contains highly detailed, confidential, non-public information regarding Google's negotiations

15 with developers, including specific deal terms that were offered or discussed. Disclosure of this non-

16 public information is likely to result in competitive harm to Google, as it reveals Google's strategic

17 decision-making which, for example, could give a competitor or potential business partner unfair

18 leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

19 this information to unfairly target Google's other developer partners and offer specific deal terms

20 designed to undercut those offered by Google.

21      194.    **Exhibit 18, Page -247 (entire page).**  This text contains highly detailed, confidential,

22 non-public information regarding Google's negotiations with developers, including specific deal terms

23 that were offered or discussed. Disclosure of this non-public information is likely to result in

24 competitive harm to Google, as it reveals Google's strategic decision-making which, for example,

25 could give a competitor or potential business partner unfair leverage in competing against or

26 negotiating with Google. Moreover, Google's competitors could use this information to unfairly target

27

28

Google's other developer partners and offer specific deal terms designed to undercut those offered by Google.

195. **Exhibit 18, Page -249 (between "30% (have" and "Indifferent to whether"; entire table).** This portion of the exhibit contains highly detailed, confidential, non-public information regarding Google's negotiations with developers, including specific deal terms that were offered or discussed. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this information to unfairly target Google's other developer partners and offer specific deal terms designed to undercut those offered by Google.

196. **Exhibit 18, Page -250 (between "pre-June 30th")" and "_Reassigned to Danielle Martinak_").** This text contains confidential, non-public information regarding Google's negotiations with developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this information to unfairly target Google's other developer partners and offer specific deal terms designed to undercut those offered by Google.

197. **Exhibit 18, Page -251 (between "Stretch time as long as possible" and end of slide).** This text contains confidential, non-public information regarding Google's strategic thinking with respect to negotiating agreements with developers. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, if publicly revealed, this information could influence the competitive business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers.

1    **198.    Exhibit 18, Page -252 (entire page).** This text contains confidential, non-public

2    information regarding Google's strategic thinking with respect to negotiating agreements with

3    developers. This information has never been disclosed publicly and the Google Play product team

4    treats it as strictly confidential.  Disclosure of this non-public information is likely to result in

5    competitive harm to Google, as it reveals Google's strategic decision-making which, for example,

6    could give a competitor or potential business partner unfair leverage in competing against or

7    negotiating with Google. Moreover, if publicly revealed, this information could influence the

8    competitive business strategies employed by Google's app store competitors, for example by

9    influencing how those app stores market themselves to developers and how they distinguish

10   themselves from Google Play in the eyes of developers.

11   **199.    Exhibit 18, Page -253 (far right column, between "Text" and "@divyachandra";**

12   **between "osalva@google.com" and "+1 assuming they"; between "go consumption only" and**

13   **"@dmartinak"; between "dmartinak@google.com" and "I think the x-"; between**

14   **"aenewman@google.com" and "Helpful insight."; between "your assessment" and "It's already**

15   **contracted"; between "no matter what" and "Thanks both!").**  This text contains confidential, non-

16   public information regarding Google's strategic thinking with respect to negotiating agreements with

17   developers. This information has never been disclosed publicly and the Google Play product team

18   treats it as strictly confidential.  Disclosure of this non-public information is likely to result in

19   competitive harm to Google, as it reveals Google's strategic decision-making which, for example,

20   could give a competitor or potential business partner unfair leverage in competing against or

21   negotiating with Google. Moreover, if publicly revealed, this information could influence the

22   competitive business strategies employed by Google's app store competitors, for example by

23   influencing how those app stores market themselves to developers and how they distinguish

24   themselves from Google Play in the eyes of developers.

25   **200.    Exhibit 18, Page -254 (entire page).**  This text contains confidential, non-public

26   information regarding Google's strategic thinking with respect to negotiating agreements with

27   developers, including Google's confidential, internal assessments of how developers were expected to

28

1    respond to potential deals or programs. This information has never been disclosed publicly and the

2    Google Play product team treats it as strictly confidential.  Disclosure of this non-public information is

3    likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which,

4    for example, could give a competitor or potential business partner unfair leverage in competing against

5    or negotiating with Google. Moreover, if publicly revealed, this information could influence the

6    competitive business strategies employed by Google's app store competitors, for example by

7    influencing how those app stores market themselves to developers and how they distinguish

8    themselves from Google Play in the eyes of developers.

9        201.    Exhibit 18, Page -255 (text in the far right column of the table, between "Text" and

10   "Agreed. Are you"; between "one option)?" and "I recommend Option B").  This text contains

11   confidential, non-public information regarding Google's strategic thinking with respect to negotiating

12   agreements with developers. This information has never been disclosed publicly and the Google Play

13   product team treats it as strictly confidential.  Disclosure of this non-public information is likely to

14   result in competitive harm to Google, as it reveals Google's strategic decision-making which, for

15   example, could give a competitor or potential business partner unfair leverage in competing against or

16   negotiating with Google. Moreover, if publicly revealed, this information could influence the

17   competitive business strategies employed by Google's app store competitors, for example by

18   influencing how those app stores market themselves to developers and how they distinguish

19   themselves from Google Play in the eyes of developers.

20       202.    Exhibit 18, Page -257 (entire slide and all text below slide).  This text contains

21   confidential, non-public information regarding Google's strategic thinking with respect to negotiating

22   agreements with developers, including Google's confidential, internal assessments of how developers

23   would react to potential deals or programs. This information has never been disclosed publicly and the

24   Google Play product team treats it as strictly confidential.  Disclosure of this non-public information is

25   likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which,

26   for example, could give a competitor or potential business partner unfair leverage in competing against

27   or negotiating with Google. Moreover, if publicly revealed, this information could influence the

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

75

1    competitive business strategies employed by Google's app store competitors, for example by

2    influencing how those app stores market themselves to developers and how they distinguish

3    themselves from Google Play in the eyes of developers.

4        203.    **Exhibit 18, Page -259 (between "Responding to" and "Key business terms").**  This

5    text contains confidential, non-public information regarding Google's agreements with developers,

6    including the identity of specific developers, deals, programs and/or offers. This information has never

7    been disclosed publicly and the Google Play product team treats it as strictly confidential.  Disclosure

8    of this non-public information is likely to result in competitive harm to Google, as it reveals Google's

9    strategic decision-making which, for example, could give a competitor or potential business partner

10   unfair leverage in competing against or negotiating with Google. Moreover, if publicly revealed, this

11   information could influence the competitive business strategies employed by Google's app store

12   competitors, for example by influencing how those app stores market themselves to developers and

13   how they distinguish themselves from Google Play in the eyes of developers.

14       204.    **Exhibit 18, Page -261 (between "For discussion & alignment" and end of slide).**

15   This text contains confidential, non-public information regarding Google's negotiations with

16   developers, including specific deal terms that were contemplated or discussed, as well as Google's

17   confidential, internal assessments of how developers would react to potential deals or programs. This

18   information has never been disclosed publicly and the Google Play product team treats it as strictly

19   confidential.  Disclosure of this non-public information is likely to result in competitive harm to

20   Google, as it reveals Google's strategic decision-making which, for example, could give a competitor

21   or potential business partner unfair leverage in competing against or negotiating with Google.

22   Moreover, if publicly revealed, this information could influence the competitive business strategies

23   employed by Google's app store competitors, for example by influencing how those app stores market

24   themselves to developers and how they distinguish themselves from Google Play in the eyes of

25   developers.

26       205.    **Exhibit 18, Page -262 (between "Proposed gameplan: Responding to Match" and**

27   **end of slide).**   This text contains confidential, non-public information regarding Google's negotiations

28

1  with developers, including specific deal terms that were contemplated or discussed, as well as

2  Google's confidential, internal assessments of how developers would react to potential deals or

3  programs. This information has never been disclosed publicly and the Google Play product team treats

4  it as strictly confidential.  Disclosure of this non-public information is likely to result in competitive

5  harm to Google, as it reveals Google's strategic decision-making which, for example, could give a

6  competitor or potential business partner unfair leverage in competing against or negotiating with

7  Google. Moreover, if publicly revealed, this information could influence the competitive business

8  strategies employed by Google's app store competitors, for example by influencing how those app

9  stores market themselves to developers and how they distinguish themselves from Google Play in the

10  eyes of developers.

11      206.    **Exhibit 18, Page -264 (entire slide).**   This text contains confidential, non-public

12  information regarding Google's negotiations with developers, including specific deal terms that were

13  contemplated or discussed, as well as Google's confidential, internal assessments of how developers

14  would react to potential deals or programs. This information has never been disclosed publicly and the

15  Google Play product team treats it as strictly confidential.  Disclosure of this non-public information is

16  likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which,

17  for example, could give a competitor or potential business partner unfair leverage in competing against

18  or negotiating with Google. Moreover, if publicly revealed, this information could influence the

19  competitive business strategies employed by Google's app store competitors, for example by

20  influencing how those app stores market themselves to developers and how they distinguish

21  themselves from Google Play in the eyes of developers.

22      207.    **Exhibit 18, Page -266 (all text below the header "Redline Details: Google Gives").**

23  This text contains confidential, non-public information regarding Google's negotiations with

24  developers, including specific deal terms that were contemplated or discussed, as well as Google's

25  confidential, internal assessments of how developers would react to potential deals or programs. This

26  information has never been disclosed publicly and the Google Play product team treats it as strictly

27  confidential.  Disclosure of this non-public information is likely to result in competitive harm to

28

Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, if publicly revealed, this information could influence the competitive business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers.

208. **Exhibit 18, Page -267 (entire slide).**   This text contains confidential, non-public information regarding Google's negotiations with developers, including specific deal terms that were contemplated or discussed, as well as Google's confidential, internal assessments of how developers would react to potential deals or programs. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential.  Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, if publicly revealed, this information could influence the competitive business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers.

209. **Exhibit 18, Page -269 (entire slide).**   This text contains confidential, non-public information regarding Google's negotiations with developers, including specific technical features that were requested or discussed, as well as Google's confidential, internal assessments of the demand for such features and Google's ability to implement such features. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential.  Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, if publicly revealed, this information could influence the competitive business strategies employed by Google's app store

competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers.

**Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 20**

**[Dkt. No. 506-21]**

**(Exhibit B10)**

210.     **Exhibit 20, Page -563 (entire table; between "deprioritized in September 2021 on" and end of page).**  This information contains non-public and confidential data regarding potential product features being explored on Android and Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

211.     **Exhibit 20, Page -564 (between beginning of page and "We'd prefer Match to wait for"; between "agreed to having the conversation):" and end of page).**  This information contains non-public and confidential data regarding potential product features being explored on Android and Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

212.     **Exhibit 20, Page -565 (between beginning of page and "Multiline subscriptions purchases or renewable").** This information contains non-public and confidential data regarding potential product features being explored on Android and Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market

1  themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of
2  U.S. developers.

3       **213.**  **Exhibit 20, Page -567 (between "allow list that would enable the feature." and**
4  **"July - Match Group suspended").** This information contains non-public and confidential data
5  regarding potential product features being explored on Android and Google Play. This information has
6  never been disclosed publicly and the Google Play product team treats it as strictly confidential. If
7  publicly revealed, this information could influence the competitive decision-making and business
8  strategies employed by Google's app store competitors, for example by influencing how those app
9  stores market themselves to U.S. developers and how they distinguish themselves from Google Play in
10  the eyes of U.S. developers.

11       **214.**  **Exhibit 20, Page -568 (between "mainly Multiline for legacy SKUs subscriptions."**
12  **and "Detailed Technical Requirements"; entire row between rows named "GPB Feature/Match**
13  **group app" and "Additional FOPs").** This information contains non-public and confidential data
14  regarding potential product features being explored on Android and Google Play. This information has
15  never been disclosed publicly and the Google Play product team treats it as strictly confidential. If
16  publicly revealed, this information could influence the competitive decision-making and business
17  strategies employed by Google's app store competitors, for example by influencing how those app
18  stores market themselves to U.S. developers and how they distinguish themselves from Google Play in
19  the eyes of U.S. developers.

20       **215.**  **Exhibit 20, Page -569 (between "Available Solutions" and "2. Additional FOPs:**
21  **Google ran").** This information contains non-public and confidential data regarding potential product
22  features being explored on Android and Google Play. This information has never been disclosed
23  publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this
24  information could influence the competitive decision-making and business strategies employed by
25  Google's app store competitors, for example by influencing how those app stores market themselves to
26  U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

27

28

1

2

3

4

5

6

7

8

**216.     Exhibit 20, Page -571 (between "[internal only] Match group" and "integration roadmap proposal").**  This information contains non-public and confidential data regarding potential product features being explored on Android and Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

9

10

11

**Google's Opposition to Match Plaintiffs' Motion for Partial Summary Judgment - Exhibit 22**

**[Dkt. No. 506-23]**

**(Exhibit B11)**

12

13

14

15

16

17

**217.     Exhibit 22, Page -115 (between "for remaining requirements. Done:" and "Today: Other features").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

18

19

20

21

22

23

**218.     Exhibit 22, Page -116 (between "Subscription bundles" and "One day prepaid plans").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

24

25

26

27

**219.     Exhibit 22, Page -118 (between "_Reassigned to Joseph Mills_" and "SEPA isn't a FOP"; between "not a FOP on our roadmap" and end of slide).**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

81

been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

220. **Exhibit 22, Page -122 (entire slide).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

221. **Exhibit 22, Page -124 (between row named "Subscription bundles" and row named "One day prepaid plans").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

222. **Exhibit 22, Page -134 (between "2, 4, 8 Month Subscription Periods" and "One Day Pre-Paid Plans").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

223. **Exhibit 22, Page -136 (all text between top slide and "Match Requested Feature").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

**Google's Motion for Partial Summary Judgment - Exhibit 1 [Dkt. No. 480-2]**

**(Exhibit E2)**

**224.    This Exhibit is duplicative of Exhibit 1 to Google's Motion to Exclude Opinions Offered by Hal Singer (Dkt. No. 487-2) and Google's sealing positions are reflected in Paragraphs 420 to 601 below.**

**Google's Motion for Partial Summary Judgment - Exhibit 12 [Dkt. No. 480-13]**

**(Exhibit C1)**

225.    **Page 13, Line 28 (between "paid Riot" and "(GOOG-PLAY-000928690").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

226.    **Page 14, Lines 15 to 16 (between "Supercell "up to" and "in cash incentives").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

**Google's Motion for Partial Summary Judgment - Exhibit 13 [Dkt. No. 480-14]**

**(Exhibit C2)**

227.    **Page 15, Lines 17 to 19 (between "at various times," and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive

harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

228. **Page 15, Note 1 (between "Herein," and "and all predecessors").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

229. **Page 21, Line 19 (between "paid Riot" and "(GOOG-PLAY-000928690").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

230. **Page 22, Line 7 (between "up to" and "in cash incentives").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

**Google's Motion for Partial Summary Judgment - Exhibit 17 [Dkt. No. 480-18]**

1

**(Exhibit C3)**

2     231.     **Page -390 (Name in row following "Attention:", text in rows following "Address,**

3   **City, State, Postal Code, Country:";  text in rows following "Phone:";  text in rows following**

4   **"Fax:"; text in row following "Email:"; first paragraph between "made by and between" and**

5   **"for itself and").** This text contains confidential, non-public information regarding non-party

6   developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

7   business partners who are not party to this litigation, and who has a reasonable expectation that Google

8   will maintain the confidentiality of contractual terms and its own confidential statements made during

9   negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

10  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

11  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

12  Google's competitors could use this non-party information to unfairly target Google's developer

13  partners.

14    232.     **Page -391, Paragraph 2.1 (between "application store (e.g." and "on any Device").**

15  This text contains confidential, non-public information regarding non-party developers, and implicates

16  the non-party's confidentiality interests, by revealing the identity of Google business partners who are

17  not party to this litigation, and who has a reasonable expectation that Google will maintain the

18  confidentiality of contractual terms and its own confidential statements made during negotiations.

19  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

20  it reveals strategic decision-making, which, for example, could give a competitor or potential business

21  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

22  competitors could use this non-party information to unfairly target Google's developer partners.

23    233.     **Page -393, Paragraph 2.10.1 (between "deemed by" and "to be materially";**

24  **between "its notice provisions." and "may terminate").** This text contains confidential, non-public

25  information regarding non-party developers, and implicates the non-party's confidentiality interests, by

26  revealing the identity of Google business partners who are not party to this litigation, and who has a

27  reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

28

confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

234. **Page -398, Paragraph 9.2 (between "A SERVICE, NOT GOODS." and "DOES NOT GUARANTEE").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

235. **Page -398, Paragraph 10.1 (between "NET GTV TO" and "FROM ANDROID MARKET").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

236. **Page -399, Paragraph 11.2 (between "Market by Company ©" and "explicit direction").** This text contains confidential, non-public information regarding non-party developers,

1  and implicates the non-party's confidentiality interests, by revealing the identity of Google business

2  partners who are not party to this litigation, and who has a reasonable expectation that Google will

3  maintain the confidentiality of contractual terms and its own confidential statements made during

4  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

5  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

6  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

7  Google's competitors could use this non-party information to unfairly target Google's developer

8  partners.

9        237.  **Page -400 (signature block between "Company" and "Date").**  This text contains

10  confidential, non-public information regarding non-party developers, and implicates the non-party's

11  confidentiality interests, by revealing the identity of Google business partners who are not party to this

12  litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

13  contractual terms and its own confidential statements made during negotiations. Further, disclosure of

14  this non-public information is likely to result in competitive harm to Google, as it reveals strategic

15  decision-making, which, for example, could give a competitor or potential business partner unfair

16  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

17  this non-party information to unfairly target Google's developer partners.

18      **Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment [Dkt. No. 509]**

19                                      **(Exhibit D1)**

20        238.  **Page 7, Line 28, Page 8, Lines 1-8 (between "Google offered Supercell "up to" and**

21  **"in exchange for a written commitment not to launch content").**  This text contains confidential,

22  non-public information regarding Google's agreements with non-party developers. Disclosure of this

23  non-public information is likely to result in competitive harm to Google, as it reveals strategic

24  decision-making which, for example, could give a competitor or potential business partner unfair

25  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

26  this non-party information to unfairly target Google's developer partners and offer specific deal terms

27  designed to undercut those offered by Google.

28

239.    **Page 22, Lines 14-19 (between "Match, Spotify" and "Epic Games"; between "Epic Games" and "and even"; between "and even" and "(Ex. 44).**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 1**

**[Dkt. No. 509-2]**

**(Exhibit D2)**

240.    **Exhibit 1, Page 250, Line 7-8 (between "permission to send" and "in"; between "would grow to" and "in 2023;").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 2**

**[Dkt. No. 509-3]**

**(Exhibit D3)**

241.    **Exhibit 2, Page -892.R (contents of box between " CN OEMs share of GMS activations growing; but changes are lurking…" and "Google" in footer).**  This information contains non-public and confidential data regarding Google Play's global outreach to OEMs and

partners. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. Additionally, the disclosure of OEMs'highly confidential information would significantly harm OEMS' business. For example, OEMS' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, OEMs proactively maintain the confidentiality of their strategic information, only disclosing it to a select group of individuals on an as-needed basis.

242.    **Exhibit 2, Page -893.R (entire box above "Google" in footer).** This information contains non-public and confidential data regarding Google Play's global outreach to OEMs and partners. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

243.    **Exhibit 2, Page -894.R (entire box above "Google" in footer).** This information contains non-public and confidential data regarding Google Play's global outreach to OEMs and partners. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. Additionally, the disclosure of OEMs'highly confidential information would significantly harm OEMS' business. For example, OEMS' competitors could leverage this information to reap an unearned competitive advantage. They

1    could exploit this information—that they otherwise would not have access to—to inform their own

2    business strategies. To prevent these competitive harms from coming to fruition, OEMs proactively

3    maintain the confidentiality of their strategic information, only disclosing it to a select group of

4    individuals on an as-needed basis.

5        244.    **Exhibit 2, Page -895.R (contents of box between "Android share in select markets -**

6    **OEM Portfolio balance a concern" and "Google" in footer).** This information contains non-public

7    and confidential data regarding Google Play's global outreach to OEMs and partners. This information

8    has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If

9    publicly revealed, this information could influence the competitive decision-making and business

10   strategies employed by Google's app store competitors, for example by influencing how those app

11   stores market themselves to U.S. developers and how they distinguish themselves from Google Play in

12   the eyes of U.S. developers. Additionally, the disclosure of OEMs'highly confidential information

13   would significantly harm OEMS' business. For example, OEMS' competitors could leverage this

14   information to reap an unearned competitive advantage. They could exploit this information—that they

15   otherwise would not have access to—to inform their own business strategies. To prevent these

16   competitive harms from coming to fruition, OEMs proactively maintain the confidentiality of their

17   strategic information, only disclosing it to a select group of individuals on an as-needed basis.

18       245.    **Exhibit 2, Page -899.R (entire box above "Google" in footer).** This information

19   contains non-public and confidential data regarding Google Play's global outreach to OEMs and

20   partners. This information has never been disclosed publicly and the Google Play product team treats it

21   as strictly confidential. If publicly revealed, this information could influence the competitive decision-

22   making and business strategies employed by Google's app store competitors, for example by

23   influencing how those app stores market themselves to U.S. developers and how they distinguish

24   themselves from Google Play in the eyes of U.S. developers.

25       **Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment- Exhibit 4**

26       **[Dkt. No. 509-5]**

27       **(Exhibit D4)**

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

90

246.    **Exhibit 4, Page -840 (between "tl;dr:" and end of the sentence; entire paragraph between "that happened in early April last year." and "At this time, we didn't ask for contractual commitments"; middle of page between "At this time, we didn't ask for contractual commitments" and "the focus was getting Riot"; between "with Riot by asking them to commit to the" and end of paragraph).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. This information contains non-public and confidential data regarding Google's outreach to game developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. Additionally, the disclosure of the developer's highly confidential information would significantly harm the developer's business. For example, developer's competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

247.    **Exhibit 4, Page -842 (top of page between "that we were able to get aligned on are:" and "Andreas has been doing a great job"; middle of the page sentence between "they are committing for their new games." and "We have additional regional details").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during

1   negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

2   to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

3   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

4   Google's competitors could use this non-party information to unfairly target Google's developer

5   partners. Additionally, the disclosure of the developer's highly confidential information would

6   significantly harm the developer's business. For example, developer's competitors could leverage this

7   information to reap an unearned competitive advantage. They could exploit this information—that they

8   otherwise would not have access to—to inform their own business strategies. To prevent these

9   competitive harms from coming to fruition, developer proactively maintains the confidentiality of its

10  strategic information, only disclosing it to a select group of individuals on an as-needed basis.

11      248.    **Exhibit 4, Page -842 (bottom of page between "As part of this initial proposal, it**

12  **will include" and end of sentence; between "Riot asked that we roll-up the" and "with our**

13  **proposal so that the Riot team").** This text contains confidential, non-public information regarding

14  non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal

15  the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public

16  information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

17  which, for example, could give a competitor or potential business partner unfair leverage in competing

18  against or negotiating with Google. Moreover, Google's competitors could use this non-party

19  information to unfairly target Google's developer partners. Additionally, the disclosure of the

20  developer's highly confidential information would significantly harm the developer's business. For

21  example, developer's competitors could leverage this information to reap an unearned competitive

22  advantage. They could exploit this information—that they otherwise would not have access to—to

23  inform their own business strategies. To prevent these competitive harms from coming to fruition,

24  developer proactively maintains the confidentiality of its strategic information, only disclosing it to a

25  select group of individuals on an as-needed basis.

26      **Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 5**

27      **[Dkt. No. 509-6]**

28

**(Exhibit D5)**

249.    **Exhibit 5, Page 269, Line 3-4 (between "Number 3 is" and "sounds fuzzy") Line 5 (between "approximate" and "the right market price for"), and Line 22 (between "both agree that the" and "is").** This text contains confidential, non-public information regarding financial and other deal terms contained in Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

250.    **Exhibit 5, Page 270, Line 5 (between "terms of the" and "of") and Line 8 (between beginning of line and "is that correct?").** This text contains confidential, non-public information regarding financial and other deal terms contained in Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

251.    **Exhibit 5, Page 270, Line 11 (between "communicating to" and "some of").** This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing the identity of a Google business partner who is not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

252.    **Exhibit 5, Page 270, Line 16 (from "around the" to end of sentence) and Line 18 (between "vis-a-vis the" and "aspect").** This text contains confidential, non-public information regarding deal terms contained in Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

1  decision-making which, for example, could give a competitor or potential business partner unfair

2  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

3  this non-party information to unfairly target Google's developer partners and offer specific deal terms

4  designed to undercut those offered by Google.

5      253.   Exhibit 5, Page 271, Line 16 (between "update on the" and end of sentence.), and

6  Line 21 (between "spoken to" and "and had"). This text contains confidential, non-public

7  information regarding a non-party developer, and implicates the non-party's confidentiality interests,

8  by revealing the identity of a Google business partner who is not party to this litigation, and who have

9  a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

10  confidential statements made during negotiations.

11      254.   Exhibit 5, Page 272, Line 4 (between "meaning" and "not liking Google's";) and

12  Line 21 (between "And" and "rejected"). This text contains confidential, non-public information

13  regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing

14  the identity of a Google business partner who is not party to this litigation, and who have a reasonable

15  expectation that Google will maintain the confidentiality of contractual terms and its own confidential

16  statements made during negotiations.

17      255.   Exhibit 5, Page 272, Lines 5-6 (entire lines), Line 13 (from "of" to end of sentence),

18  Line 17 (between "into" and "we all"), and Lines 18-19 (between "make a" and end of sentence).

19  This text contains confidential, non-public information regarding Google's agreements with non-party

20  developers, including specific confidential deal terms and related negotiations. Disclosure of this non-

21  public information is likely to result in competitive harm to Google, as it reveals strategic decision-

22  making which, for example, could give a competitor or potential business partner unfair leverage in

23  competing against or negotiating with Google. Moreover, Google's competitors could use this non-

24  party information to unfairly target Google's developer partners and offer specific deal terms designed

25  to undercut those offered by Google.

26      256.   Exhibit 5, Page 273, Line 3 (between "is a reference to" and end of line) and Line

27  24 (between "basically" and "was saying"). This text contains confidential, non-public information

28

regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing the identity of a Google business partner who is not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

257.   **Exhibit 5, Page 273, Lines 4-6 (from "there be a" to end of Line 6), Line 10 (from "removing" to end of sentence"), Lines 17-20 (between "distribution platform" and "[As read]"), and Line 25 (between "backed out of" and "they may") .** This text contains confidential, non-public information regarding purported statements made by a non-party developer, and implicates the non-party's confidentiality interests, who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. It also contains confidential information regarding Google's confidential negotiations with a non-party developer.  Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

258.   **Exhibit 5, Page 283, Lines 19-21 (in entirety) and Lines 24-25 (from "negotiations, had" to end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party developers, including specific confidential deal terms and related negotiations. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

259.   **Exhibit 5, Page 284, Lines 3-5 (in entirety), Lines 10-13 (in entirety), Line 14 (between "And the" and "is the"), and Line 19 (between "a" and "but").** This text contains confidential, non-public information regarding Google's agreements with non-party developers,

including specific confidential deal terms and related negotiations. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 6**

**[Dkt. No. 509-7]**

**(Exhibit D6)**

260.     **Exhibit 6, Page -690.R (between"GVP 1.0 Impact Assessment" and "GVP 1.0 x-Google Financial Assessment").** This text contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

261.     **Exhibit 6, Page -694.R (text in row under "GVP 1.0 Target Developers:" and to the left of "Drive disproportionate value to Google"; text in row to the left of "Beacons of the ecosystem"; text in row to the left of "Expressed discontent over lack of unified support from Google"; text in row to the left of "May forgo Play (& Android)" and above "Full Partner List").** This text contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store, including the identity of specific, strategic non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

262.    **Exhibit 6, Page -695.R (between "Non Goals: Play exclusivity, drive additional xPA integrations (eg:" and "xPA spend commitments").**  This text contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store, including discussion of potential deal terms. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

263.    **Exhibit 6, Page -697.R (Under leftmost column "1) Prioritize Play", entire first bullet, second bullet between "of titles" and "on Play", entire third bullet and entire fourth bullet; under middle column "2) Boost X-PA Product Adoption", both highlighted dollar terms in second bullet and highlighted dollar term in third bullet; and in rightmost column "3) Improve Sentiment", between "to date" and "devs").** This text reflects Google's non-public, competitively sensitive and current internal information, including information as to its commercial dealings, negotiations, financial terms, and strategy with respect to counterparties, including the identities of certain of those counterparties. Public disclosure could cause harm to Google's competitive standing by giving competitors and others insights into Google's business strategies.

264.    **Exhibit 6, Page -698.R (between "GOAL 1: Prioritize Play Users" and "target devs representing"; between "target) devs representing"  and "of total Play spend signed GVP," column below "2019 Play A&G Spend"; entire contents of column below "100% of titles simshipped (184 titles)" and "Holding Out"; in box beneath "Holding Out"; from beginning of footer and "signing up to GVP obligations").** This text reflects Google's non-public, competitively sensitive and current internal information, including information as to its commercial dealings, negotiations, financial terms, and strategy with respect to counterparties, including the identities of certain of those counterparties. Public disclosure could cause harm to Google's competitive standing by giving competitors and others insights into Google's business strategies.

265.    **Exhibit 6, Page -699.R, BC Success Metrics column (between "ARR acceleration" and "2024)"; between "2024)" and (by 2024)"; between "Win-Rate acceleration" and end of row;**

1  between "N/A" and end of row; between "UAC yoy growth rate acceleration" and end of row;

2  between "SVA/Best Practice adoption" and end of row; between "Mobile game watchtime, as %

3  of total gaming watchtime" and "(by 2022)"; between (by 2022)" and "(2020)"; between "N/A"

4  and end of row; between "upload uplift N/A" and end of row). This information reflects specific,

5  confidential details and terms about specific programs offered by Google as well as the specific deal

6  terms and values offered to particular partners. This information is confidential and could give other

7  developers an advantage over Google in negotiations. Disclosure of this information could harm

8  Google's relationship with its partners and any ongoing negotiations or dealings with them. The

9  information also implicates non-party confidentiality interests, by revealing the identities of Google's

10  business partners, who are not party to this litigation, and who have a reasonable expectation that

11  Google will maintain the confidentiality of contractual terms. Public disclosure of these specific

12  programs and deal terms could give Google's competitors and developer partners an unfair advantage

13  over Google in negotiations. Moreover, the text reveals Google's internal strategic financial

14  considerations underlying these non-public deals and deal terms. Public disclosure of this information

15  is likely to result in competitive harm to Google.

16       266.    Exhibit 6, Page -699.R, Other Metrics column (between "Spend Commits" and end

17  of row; between "Share of Wallet" and end of row; between "ROI" and end of row). This

18  information reflects specific, confidential details and terms about specific programs offered by Google

19  as well as the specific deal terms and values offered to particular partners. This information is

20  confidential and could give other developers an advantage over Google in negotiations. Disclosure of

21  this information could harm Google's relationship with its partners and any ongoing negotiations or

22  dealings with them. The information also implicates non-party confidentiality interests, by revealing

23  the identities of Google's business partners, who are not party to this litigation, and who have a

24  reasonable expectation that Google will maintain the confidentiality of contractual terms. Public

25  disclosure of these specific programs and deal terms could give Google's competitors and developer

26  partners an unfair advantage over Google in negotiations. Moreover, the text reveals Google's internal

27

28

strategic financial considerations underlying these non-public deals and deal terms. Public disclosure of this information is likely to result in competitive harm to Google.

267.    **Exhibit 6, Page -699.R, (between "Cloud Deals" and end of paragraph; between "TOTAL" and "Incremental"; between "Incremental: and "M"; between "BC 5-year total:" and "HUG BC 5-year total:" and "and HUG new projected"; between "5-year total:" and "Win-rate acceleration:"; between "BC conversion was" and "w/o HUG and"; between "w/o HUG and" and "with HUG" and "="; between "=" and end of sentence;  between 12 out of 18 developers so" and "conversion."; between "Estimating conservatively at" and "through program duration."; between "through program duration." and end of line; between "9 titles include" and "migrating from"; from "migrating from" and "-Expected to 13x spending").** This information reflects specific, confidential details and terms about specific programs offered by Google as well as the specific deal terms and values offered to particular partners. This information is confidential and could give other developers an advantage over Google in negotiations. Disclosure of this information could harm Google's relationship with its partners and any ongoing negotiations or dealings with them. The information also implicates non-party confidentiality interests, by revealing the identities of Google's business partners, who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms. Public disclosure of these specific programs and deal terms could give Google's competitors and developer partners an unfair advantage over Google in negotiations. Moreover, the text reveals Google's internal strategic financial considerations underlying these non-public deals and deal terms. Public disclosure of this information is likely to result in competitive harm to Google.

268.    **Exhibit 6, Page -700.R, (between beginning of first line and "- new customer"; between beginning of second line "and new title"; between beginning of third line and "-Expected to 40x spending).** This text contains confidential, non-public information regarding non-party developers, and implicates non-parties' confidentiality interests, by revealing the identities of Google's business partners, who are not parties to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms. Further, disclosure of

this non-public information is likely to result in competitive harm to Google as, for example, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer deal terms specifically designed to undercut those offered by Google.

269.    **Exhibit 6, Page -701.R (entire table and footers).**  This text contains confidential, non-public information regarding non-party developers, and implicates non-parties' confidentiality interests, by revealing the identities of Google's business partners, who are not parties to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms. Further, disclosure of this non-public information is likely to result in competitive harm to Google as, for example, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer deal terms specifically designed to undercut those offered by Google.

270.    **Exhibit 6, Page -702.R (left column of table; between "Outside of" and "singularly focused").** This text contains confidential, non-public information regarding non-party developers, and implicates non-parties' confidentiality interests, by revealing the identities of Google's business partners, who are not parties to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms. Further, disclosure of this non-public information is likely to result in competitive harm to Google as, for example, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer deal terms specifically designed to undercut those offered by Google.

271.    **Exhibit 6, Page -703.R (left column of table; between "Strategic partnership with" and end of line).** This text contains confidential, non-public information regarding non-party developers, and implicates non-parties' confidentiality interests, by revealing the identities of Google's business partners, who are not parties to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms. Further, disclosure of this non-public information is likely to result in competitive harm to Google as, for example, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer deal terms specifically designed to undercut those offered by Google.

272.    **Exhibit 6, Page -705 (between "positive contribution of" and end of line"; columns under "2019," "2020," "2021," "2022", "2019-2022"; between start of line and "incr. rev (from large"; between "endweighted, with" and "of ABK"; between "of ABK" and "package hitting 2020"; between "GVP at" and "reinvestment continues").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

273.    **Exhibit 6, Page -706 (entire chart).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

274.    **Exhibit 6, Page -707 (between "even without" and "Play risk"; entire chart; "even without" and "Play risk mitigation"; between "investments of" and "over 2019-2024"; between "to recoup" and "of invested value"; between "invested value" and "expected to sign incremental"; between "commits" and "and turn ROI"; between "+ve" and "esports investment"; between "investment with" and "adversely impacted"; between "adversely impacted" and "and program"; between "3 years for" and "UAC margin"; between "2019, and" and "thereafter"; between "to Cloud of" and "toward Cloud credits"; between "worth" and "by 2022").** This information reflects and is calculated from internal, non-public Google financial data.

1  Google spends significant resources compiling and maintaining this valuable data, which is non-public,

2  and if revealed to competitors and potential business counterparties, could be used to disadvantage and

3  cause Google competitive harm by giving competitors insight into confidential Google financial

4  information. Further, this information reflects sensitive, highly confidential characterizations by

5  Google's internal business teams that, if revealed, could be referenced by potential counterparties in

6  negotiations with Google to gain an unfair advantage against Google.

7        **275.**    **Exhibit 6, Page -710 (between "selection – An" and "for game developers"; all text**

8  **in the slide below "New to Play PC/Console Devs" and "On Play "enterprise" Developers"; all**

9  **text below slide besides "Both" and "meet the criteria").**  This text contains confidential, non-public

10  information regarding non-party developers, and implicates non-parties' confidentiality interests, by

11  revealing the identities of Google's business partners, who are not parties to this litigation, and who

12  have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

13  Further, disclosure of this non-public information is likely to result in competitive harm to Google as,

14  for example, Google's competitors could use this non-party information to unfairly target Google's

15  developer partners and offer deal terms specifically designed to undercut those offered by Google.

16        **276.**    **Exhibit 6, Page -711 (last column for rows "Build & Test", "Launch", "UA", and**

17  **"Community").**  This information contains non-public information regarding Google's confidential

18  non-public internal strategic considerations related to creating value for and attracting developers to

19  the Google Play Store. This information has never been disclosed publicly. Disclosure of this

20  information would adversely impact Google's current competitive position by enabling Google's

21  competitors to mimic its confidential strategies in an effort to attract developers away from Google.

22        **277.**    **Exhibit 6, Page -712 (all text in box beginning with "Google Gives"; all text in box**

23  **beginning with "Google Gets (contractual)").**  This information contains non-public information

24  regarding Google's confidential non-public internal strategic considerations related to creating value

25  for and attracting developers to the Google Play Store. This information has never been disclosed

26  publicly. Disclosure of this information would adversely impact Google's current competitive position

27

28

1  by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

2  away from Google.

3      278.    **Exhibit 6, Page -713 (between "GVP 2021" and "Play Margin"; entire table;**

4  **between beginning of sentence and " to extend commercial"; between "1.0 devs @" and "of**

5  **respective"; between beginning of sentence and "to 11 new developers"; between beginning of**

6  **sentence and "GVP 2.0 developers"; between beginning of sentence and "GVP 2.0 developers";**

7  **between "1 Excludes" and "who already have"; between "already getting" and "of Play spend").**

8  This information reflects and is calculated from internal, non-public Google financial data. Google

9  spends significant resources compiling and maintaining this valuable data, which is non-public, and if

10 revealed to competitors and potential business counterparties, could be used to disadvantage and cause

11 Google competitive harm by giving competitors insight into confidential Google financial information.

12 Further, this information reflects sensitive, highly confidential characterizations by Google's internal

13 business teams that, if revealed, could be referenced by potential counterparties in negotiations with

14 Google to gain an unfair advantage against Google.

15     279.    **Exhibit 6, Page -715 (both figures; between "offered at" and "& met the**

16 **following"; between "footprint;" and "incremental Google margin"; between "against**

17 **investment of" and end of sentence; between "reduced rev share" and "Runway may help**

18 **address").**  This information reflects and is calculated from internal, non-public Google financial data.

19 Google spends significant resources compiling and maintaining this valuable data, which is non-public,

20 and if revealed to competitors and potential business counterparties, could be used to disadvantage and

21 cause Google competitive harm by giving competitors insight into confidential Google financial

22 information. Further, this information reflects sensitive, highly confidential characterizations by

23 Google's internal business teams that, if revealed, could be referenced by potential counterparties in

24 negotiations with Google to gain an unfair advantage against Google.

25     280.    **Exhibit 6, Page -716 (text below "Google Gives" and "Google Gets" and above**

26 **"Eligibility criteria: expand").**  This text contains confidential, non-public information regarding

27 Google's agreements with non-party developers. Disclosure of this non-public information is likely to

28

result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

281.     **Exhibit 6, Page -718 (all text in columns under "Runway"; "GVP"; "GVP (in conjunction w/Runway").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

282.     **Exhibit 6, Page -719 (all text in columns under "Option 1", "Option 2", and "Option 3").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

283.     **Exhibit 6, Page -721 (all text in slide below "address gaps & focus on joint growth").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

284.     **Exhibit 6, Page -722 (between "Lifetime Revenue of IP" and end of line under "GVP 1.0"; between "Lifetime Revenue of IP" and end of line under "GVP 1.0"; between "Lifetime Spend" and "OR"; between "Lifetime spend =" and "growing"; between "growing" and "OR"; between "Lifetime Spend" and "and growing"; between "and growing" and "YoY";**

1  between "Lifetime Spend =" and "growing"; between "growing" and end of the line; entire rows

2  beginning in "# of developers", "% of Play Spend covered", "Google Gets", and "Term";

3  between "Ad credits:" and "of eligible UAC spend"; between GCP credits" and "of Play

4  Consumer Spend"; between "GCP credits" and "of Play Spend"; between "% investment" and

5  "of respective Play"; between "Play consumer spend" and "of respective Play Consumer

6  Spend").  This information contains non-public information regarding Google's confidential non-

7  public internal strategic considerations related to creating value for and attracting developers to the

8  Google Play Store. This information has never been disclosed publicly. Disclosure of this information

9  would adversely impact Google's current competitive position by enabling Google's competitors to

10  mimic its confidential strategies in an effort to attract developers away from Google.

11      285.  **Exhibit 6, Page -725 (between "cost by" and "mainly due to"; all figures in the**

12  **table).**  This information reflects and is calculated from internal, non-public Google financial data.

13  Google spends significant resources compiling and maintaining this valuable data, which is non-public,

14  and if revealed to competitors and potential business counterparties, could be used to disadvantage and

15  cause Google competitive harm by giving competitors insight into confidential Google financial

16  information. Further, this information reflects sensitive, highly confidential characterizations by

17  Google's internal business teams that, if revealed, could be referenced by potential counterparties in

18  negotiations with Google to gain an unfair advantage against Google.

19      286.  **Exhibit 6, Page -726 (text to the right of "Ads Credits"; text to the right of "GCP**

20  **Credits"; text to the right of "Comarketing").**  This information contains non-public information

21  regarding Google's confidential non-public internal strategic considerations related to creating value

22  for and attracting developers to the Google Play Store. This information has never been disclosed

23  publicly. Disclosure of this information would adversely impact Google's current competitive position

24  by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

25  away from Google.

26      287.  **Exhibit 6, Page -728 (between "bundle with" and "offers the best"; four developer**

27  **icons below "3 month trial"; icon to the right of "Android Premium Phone or Plan Purchase";**

28

1     **between start of bullet point and "marketing investment in ATL"; between start of bullet point**

2     **and "marketing investment match").** This text contains confidential, non-public information

3     regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing

4     the identity of Google business partners who are not party to this litigation, and who have a reasonable

5     expectation that Google will maintain the confidentiality of contractual terms and its own confidential

6     statements made during negotiations. Further, disclosure of this non-public information is likely to

7     result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

8     could give a competitor or potential business partner unfair leverage in competing against or

9     negotiating with Google. Moreover, Google's competitors could use this non-party information to

10     unfairly target Google's developer partners.

11        **288.**     **Exhibit 6, Page -729 (icon to the right of "Android Premium Phone or Plan**

12     **Purchase"; three developer icons below "Youtube Premium Free 3 month Trial"; all text in box**

13     **called "Interactive sharers"; three icons to the left of "Free! 3P content offers (TBD)"; between**

14     **"the world of" and "interact with").** This text contains confidential, non-public information

15     regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing

16     the identity of Google business partners who are not party to this litigation, and who have a reasonable

17     expectation that Google will maintain the confidentiality of contractual terms and its own confidential

18     statements made during negotiations. Further, disclosure of this non-public information is likely to

19     result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

20     could give a competitor or potential business partner unfair leverage in competing against or

21     negotiating with Google. Moreover, Google's competitors could use this non-party information to

22     unfairly target Google's developer partners.

23        **289.**     **Exhibit 6, Page -730 (between start of sentence and "year Spend commits"; second**

24     **row in column named "Projected"; all information in column named "Actual"; between start of**

25     **bullet point and "receiving GCP credits"; between "deals with" and "of the top"; between "of**

26     **the top" and "developers collectively"; between "to spend" and "on IT in 2021"; all text below**

27     **slide).** This text contains confidential, non-public information regarding non-party developers, and

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

106

1   implicates the non-party's confidentiality interests, by revealing the identity of Google business

2   partners who are not party to this litigation, and who have a reasonable expectation that Google will

3   maintain the confidentiality of contractual terms and its own confidential statements made during

4   negotiations. This information also contains non-public information regarding Google's confidential

5   non-public internal strategic considerations related to creating value for and attracting developers to

6   the Google Play Store. Further, disclosure of this non-public information is likely to result in

7   competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a

8   competitor or potential business partner unfair leverage in competing against or negotiating with

9   Google. Moreover, Google's competitors could use this non-party information to unfairly target

10   Google's developer partners.

11       **290.    Exhibit 6, Page -731 (all text following "incremental attributable to Hug").**  This

12   text contains confidential, non-public information regarding non-party developers, and implicates the

13   non-party's confidentiality interests, by revealing the identity of Google business partners who are not

14   party to this litigation, and who have a reasonable expectation that Google will maintain the

15   confidentiality of contractual terms and its own confidential statements made during negotiations. This

16   information also contains non-public information regarding Google's confidential non-public internal

17   strategic considerations related to creating value for and attracting developers to the Google Play Store.

18   Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

19   it reveals strategic decision-making, which, for example, could give a competitor or potential business

20   partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

21   competitors could use this non-party information to unfairly target Google's developer partners.

22       291.    **Exhibit 6, Page -732 (entire chart; between start of bullet point and "developers**

23   **expected to deliver"; between "to deliver" and "in IT spend in 2021"; between "a deal with" and**

24   **"developers"; between " GCP (up to" and "due to"; between "reside on GCP" and "uplift from**

25   **standard"; between "discounts," and "uplift from HUG").**  This text contains confidential, non-

26   public information regarding non-party developers, and implicates the non-party's confidentiality

27   interests, by revealing the identity of Google business partners who are not party to this litigation, and

28

who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. This information also contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

292.    **Exhibit 6, Page -733 (first row in column beginning with "Projected"; all information in column beginning with "Actual").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

293.    **Exhibit 6, Page -734 (all information in column beginning with "Actual"; between start of bullet point and "receiving UAC credits as"; between "Hug with" and "in credits received"; between "revenue uplift of" and "(which exceeds BC"; between "negative ROI of" and "through exceeded BC"; between "was equivalent to" and "of released credits"; between "of released credits" and "actual uplift range"; between "range of" and "based on analysis").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

294.    **Exhibit 6, Page -735 (between "post-Hug indicates" and "(mainly"; between "(mainly" and end of line; between "continue to see an" and "across most clients"; between**

1    "indicates aggregate" and "which exceeds BC"; entire table; between "incrementality study"

2    and "is attributable to Hug"; between "with the remaining" and "due to other factors"; between

3    "Note:" and "has been removed"; between "removed from all" and "metrics, as they"; between

4    "(new" and "deal effective"; between "Apr-20)" and "Hug treatment period is 12"; between

5    "whereas" and "treatment period is only 3"; between "Consolidated" and "accounts for";

6    between "accounts for" and "of credits earned"; between "earned, and" and "of total uplift").

7    This text contains confidential, non-public information regarding non-party developers, and implicates

8    the non-party's confidentiality interests, by revealing the identity of Google business partners who are

9    not party to this litigation, and who have a reasonable expectation that Google will maintain the

10   confidentiality of contractual terms and its own confidential statements made during negotiations. This

11   information also contains non-public information regarding Google's confidential non-public internal

12   strategic considerations related to creating value for and attracting developers to the Google Play Store.

13   Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

14   it reveals strategic decision-making, which, for example, could give a competitor or potential business

15   partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

16   competitors could use this non-party information to unfairly target Google's developer partners.

17       295.   **Exhibit 6, Page -736 (between "increased from" and "based on the refreshed";**

18   **entire tables; between "Jun-20 was" and "of total UAC spend"; between "Hug was" and "on QS-**

19   **only).**  This information reflects and is calculated from internal, non-public Google financial data.

20   Google spends significant resources compiling and maintaining this valuable data, which is non-public,

21   and if revealed to competitors and potential business counterparties, could be used to disadvantage and

22   cause Google competitive harm by giving competitors insight into confidential Google financial

23   information. Further, this information reflects sensitive, highly confidential characterizations by

24   Google's internal business teams that, if revealed, could be referenced by potential counterparties in

25   negotiations with Google to gain an unfair advantage against Google.

26       296.   **Exhibit 6, Page -737 (between "deals live;" and "earned to date"; between "earned**

27   **to date" and end of sentence"; entire table; between "New" and "deal went live"; between**

28

1    **"4/1/20. All" and "revenue from"; between "revenue from" and "included in"; between**

2    **"included in the" and "line, as they have"; between "Nov-19" and "is active 8 months"; between**

3    **"Note:" and "has been removed"; between "removed from all" and "metrics, as they"; between**

4    **"(new" and "deal effective"; between "Apr-20)" and "Hug treatment period is 12"; between**

5    **"whereas" and "treatment period is only 3").**  This information reflects and is calculated from

6    internal, non-public Google financial data. Google spends significant resources compiling and

7    maintaining this valuable data, which is non-public, and if revealed to competitors and potential

8    business counterparties, could be used to disadvantage and cause Google competitive harm by giving

9    competitors insight into confidential Google financial information. Further, this information reflects

10   sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

11   could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

12   against Google.

13       297.    **Exhibit 6, Page -738 (all text following "major game developers").**  This text

14   contains confidential, non-public information regarding non-party developers, and implicates the non-

15   party's confidentiality interests, by revealing the identity of Google business partners who are not party

16   to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality

17   of contractual terms and its own confidential statements made during negotiations. Further, disclosure

18   of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

19   decision-making, which, for example, could give a competitor or potential business partner unfair

20   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

21   this non-party information to unfairly target Google's developer partners.

22       298.    **Exhibit 6, Page -739 (all icons below "Signed up to Hug – Contract Executed").**

23   This text contains confidential, non-public information regarding non-party developers, and implicates

24   the non-party's confidentiality interests, by revealing the identity of Google business partners who are

25   not party to this litigation, and who have a reasonable expectation that Google will maintain the

26   confidentiality of contractual terms and its own confidential statements made during negotiations.

27   Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

28

1    it reveals strategic decision-making, which, for example, could give a competitor or potential business

2    partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

3    competitors could use this non-party information to unfairly target Google's developer partners.

4         299.   **Exhibit 6, Page -740 (between "Other devs (e.g." and "who previously"; between**

5    **"cautious developers like" and "Play's PC").**  This text contains confidential, non-public

6    information regarding non-party developers, and implicates the non-party's confidentiality interests, by

7    revealing the identity of Google business partners who are not party to this litigation, and who have a

8    reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

9    confidential statements made during negotiations. Further, disclosure of this non-public information is

10   likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

11   example, could give a competitor or potential business partner unfair leverage in competing against or

12   negotiating with Google. Moreover, Google's competitors could use this non-party information to

13   unfairly target Google's developer partners.

14        300.   **Exhibit 6, Page -741 (all text in boxes).**  This information contains non-public

15   information regarding Google's confidential non-public internal strategic considerations related to

16   creating value for and attracting developers to the Google Play Store. This information has never been

17   disclosed publicly. Disclosure of this information would adversely impact Google's current

18   competitive position by enabling Google's competitors to mimic its confidential strategies in an effort

19   to attract developers away from Google.

20        301.   **Exhibit 6, Page -743 (all text in rows beginning in "Google Gets" and "Google**

21   **Gives").**  This information contains non-public information regarding Google's confidential non-

22   public internal strategic considerations related to creating value for and attracting developers to the

23   Google Play Store. This information has never been disclosed publicly. Disclosure of this information

24   would adversely impact Google's current competitive position by enabling Google's competitors to

25   mimic its confidential strategies in an effort to attract developers away from Google.

26        302.   **Exhibit 6, Page -744 (between "DevRel Consultants" and end of column; between**

27   **"YT Influencers" and end of column; between "UAC credits" and end of column; between "YT**

28

1  **channel growth" and end of column).**  This information contains non-public information regarding

2  Google's confidential non-public internal strategic considerations related to creating value for and

3  attracting developers to the Google Play Store. This information has never been disclosed publicly.

4  Disclosure of this information would adversely impact Google's current competitive position by

5  enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

6  away from Google.

7      **303.**    **Exhibit 6, Page -745 (all text in rows beginning with "Eligibility criteria", "Google**

8  **Gives", "Google Gets", and "Play % reinvested").**  This information contains non-public

9  information regarding Google's confidential non-public internal strategic considerations related to

10  creating value for and attracting developers to the Google Play Store. This information has never been

11  disclosed publicly. Disclosure of this information would adversely impact Google's current

12  competitive position by enabling Google's competitors to mimic its confidential strategies in an effort

13  to attract developers away from Google.

14      **304.**    **Exhibit 6, Page -746 (between "even without" and "Play risk mitigation"; between**

15  **"outsized" and "investments diluted"; entire chart; between "Program is ROI positive even**

16  **without" and "Play risk mitigation"; between "investments of" and "(over 2019"; between "to**

17  **recoupe" and "of value"; between "reflected in ROI" and "expected to sign"; between "GCP**

18  **commits" and "and turn"; between "and turn" and "esports investment"; between "investment**

19  **with" and "adversely impacted"; between "adversely impacted" and "and program"; between**

20  **"for most devs" and "of UAC margin" between "2019, and" and "thereafter").**  This text contains

21  confidential, non-public information regarding non-party developers, and implicates the non-party's

22  confidentiality interests, by revealing the identity of Google business partners who are not party to this

23  litigation, and who have a reasonable expectation that Google will maintain the confidentiality of

24  contractual terms and its own confidential statements made during negotiations. Further, disclosure of

25  this non-public information is likely to result in competitive harm to Google, as it reveals strategic

26  decision-making, which, for example, could give a competitor or potential business partner unfair

27

28

leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

305.    **Exhibit 6, Page -753 (columns below "Deal structure option 1", "Deal structure option 2" and "Deal structure option 3").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

306.    **Exhibit 6, Page -754 (columns below "Deal structure option 1", "Deal structure option 2" and "Deal structure option 3").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

307.    **Exhibit 6, Page -757 (between "was calculated as" and "but has been"; between "revised to" and "(breakeven"; between "defined at" and "in credits").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment- Exhibit 8**

**[Dkt. No. 509-9]**

**(Exhibit D7)**

308.    **Exhibit 8, Page 226 (top of page between "further states that" and end of paragraph).**  This text contains non-public and confidential information regarding the Games Velocity Program, including specific deal terms. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

309.    **Exhibit 8, Page 226 paragraph 441 (between "about developers as follows:" and end of paragraph).**  This text contains non-public and sensitive information reflecting Google's internal, confidential analyses of developers' ability to distribute apps outside of Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

310.    **Exhibit 8, Page 226 paragraph 442 (between ""target developers":" and end of paragraph).**  This text contains confidential, non-public information regarding Google's agreements and partnerships with non-party developers, including Google's strategic considerations in identifying potential partners. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

311.     **Exhibit 8, Page 226 paragraph 443 (between "The" and "Project Hug agreements,").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 15**

**[Dkt. No. 509-16]**

**(Exhibit D8)**

312.     **Exhibit 15, Page -650 (between "Some notes from my conversation with Armin" and "He reiterated the fact"; between "For example, can we put" and "conversation in the next week or two"; between "chance/time window." and "I asked him if this was"; between "right deal/solution with us" and "-They are planning"; between "BEFORE the holidays" and "Shanna met with Armin").**   This text contains confidential, non-public information regarding Google's agreements with non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 23**

**[Dkt. No. 509-24]**

**(Exhibit D9)**

313.    **Exhibit 23, Page 207, Paragraph 375 (between "because only" and "of downloads"; between "in 2021, just" and "of U.S. consumer").** This text reflects the portion of downloads and consumer spend from paid apps on Google Play from August 2019 to May 2021, which is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Moreover, Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

314.    **Exhibit 23, Page 207, Note 719 (between "Google Play store" and "is equal to"; between "number of downloads" and "is estimated by").** This text reflects the total number of paid downloads and all downloads on Google Play from August 2019 to May 2021, which is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, Google's competitors could gain insight into Google's data on app downloads and knowledge of consumer spend behavior at no cost, unfairly tailoring their own business strategy at Google's expense.

315.    **Exhibit 23, Page 212, Note 745 (between "were approximately" and "installs worldwide"; between "which approximately" and "were new downloads"; between "suggesting more than" and "updates").** This text reflects the total number of installs, including reinstallations and app updates, on Google Play in October 2020.  This information is calculated from internal, non-public Google data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google information. For example, Google's competitors could gain insight into Google's data on app downloads and updates at no cost, unfairly tailoring their own business strategy at Google's expense.

316.     **Exhibit 23, Page 217, Paragraph 392 (between "indicate that" and "of apps";** **between "that only" and "of apps"; between "and that" and "of apps"; between "ignore that"** **and "of Android phones"; between "in June 2022" and "of Android devices").** This text reflects confidential, non-public metrics on app and app store installations from Google Play as compared to non-Google Play sources.  These metrics are calculated from internal, non-public Google data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and disclosure of this information would adversely impact Google's current competitive position by giving Google's competitors insight into Google's estimate of its share of downloads in the Android app ecosystem.

317.     **Exhibit 23, Page 217, Note 761 (between "In June 2022" and "percent of").** This text reflects confidential, non-public data on the share of Android devices with third-party app stores preinstalled. This metric is calculated from internal, non-public Google data, which Google spends significant resources compiling and maintaining and is non-public. Disclosure of this information would adversely impact Google's current competitive position by giving Google's competitors insight into Google's estimate of the share of Android devices with alternative app stores preinstalled.

318.     **Exhibit 23, Page 218, Paragraph 393 (between "Google earned" and "of U.S.** **consumer").** This text reflects the share of consumer spend from Google Play on tablets, and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, Google's competitors could gain insight into Google's knowledge of consumer spending and device ownership at no cost, unfairly tailoring their own business strategy at Google's expense to compete more effectively with Google Play.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 27**

**[Dkt. No. 509-28]**

**(Exhibit D10)**

319.     **Exhibit 27, Page 276, Line 14 (between "risk by offering" and "to Match Group").** This text contains confidential, non-public information regarding confidential statements made during negotiations with a particular developer. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this information to unfairly target Google's developer partners.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment- Exhibit 29**

**[Dkt. No. 509-30]**

**(Exhibit D11)**

320.     **Exhibit 29, GOOG-PLAY-007346084 (logos below "Developer confusion" and above "Inquiring"; Notes, between "Apps revenue is" and "of A&G revenue"; between "growing" and "y/y").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.  This text also contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

321.     **Exhibit 29, GOOG-PLAY-007346085 (between start of sentence and "active App & Game Devs"; between start of sentence and "active App Devs"; between start of sentence and "active App Devs"; between "we believe only" and "of active developers"; between "devs such as" and end of sentence).**  This information contains non-public and confidential data regarding active

app and game developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. This text also contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

322. **Exhibit 29, GOOG-PLAY-007346087 (rows one, four and five below "Partner", "Current reaction", and "Details").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

323. **Exhibit 29, GOOG-PLAY-007346088 (entire chart).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

324. **Exhibit 29, GOOG-PLAY-007346089 (entire slide).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations.

1    Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

2    it reveals strategic decision-making, which, for example, could give a competitor or potential business

3    partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

4    competitors could use this non-party information to unfairly target Google's developer partners.

5        325.    **Exhibit 29, GOOG-PLAY-007346090 (column under "Modular Google Play**

6    **Billing", the first and third rows; between start of sentence and "Google Play is experimenting").**

7    This information contains non-public information regarding Google's confidential non-public internal

8    strategic considerations related to creating value for and attracting developers to the Google Play Store.

9    This information has never been disclosed publicly. Disclosure of this information would adversely

10   impact Google's current competitive position by enabling Google's competitors to mimic its

11   confidential strategies in an effort to attract developers away from Google.

12       326.    **Exhibit 29, GOOG-PLAY-007346091 (row two, three, five, six, seven and eight**

13   **under "Spotify Gets"; row five, six, seven and eight under "Google Gets").**  This text contains

14   confidential, non-public information regarding Google's agreements and negotiations with non-party

15   developers. Disclosure of this non-public information is likely to result in competitive harm to Google,

16   as it reveals strategic decision-making which, for example, could give a competitor or potential

17   business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

18   competitors could use this non-party information to unfairly target Google's developer partners and

19   offer specific deal terms designed to undercut those offered by Google.

20       327.    **Exhibit 29, GOOG-PLAY-007346092 (between "KR Concerns" and "deploy local**

21   **and partner programs").**  This information contains non-public information regarding Google's

22   confidential non-public internal strategic considerations related to creating value for and attracting

23   developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of

24   this information would adversely impact Google's current competitive position by enabling Google's

25   competitors to mimic its confidential strategies in an effort to attract developers away from Google.

26       328.    **Exhibit 29, GOOG-PLAY-007346093 (between "annual spend" and "and";**

27   **between "and" and end of sentence; between "& mitigation plans" and  "Redacted – Privilege";**

28

1  between "Re-engage with" and "on custom solutions").  This information contains non-public

2  information regarding Google's confidential non-public internal strategic considerations related to

3  creating value for and attracting developers to the Google Play Store. This information has never been

4  disclosed publicly. Disclosure of this information would adversely impact Google's current

5  competitive position by enabling Google's competitors to mimic its confidential strategies in an effort

6  to attract developers away from Google.  Further, this text contains non-public and confidential

7  information relating to the apps annual spend in Korea. If disclosed, this data point could be used by

8  potential counterparties negotiating with Google as a benchmark, weakening Google's competitive

9  position.

10      329.    **Exhibit 29, GOOG-PLAY-007346095 (between "annual spend" and "and";**

11  **between "and" and end of sentence; between "some neutral feedback" and "Redacted –**

12  **Privilege").** This information contains non-public information regarding Google's confidential non-

13  public internal strategic considerations related to creating value for and attracting developers to the

14  Google Play Store. This information has never been disclosed publicly. Disclosure of this information

15  would adversely impact Google's current competitive position by enabling Google's competitors to

16  mimic its confidential strategies in an effort to attract developers away from Google.  Further, this text

17  contains non-public and confidential information relating to the apps annual spend in India. If

18  disclosed, this data point could be used by potential counterparties negotiating with Google as a

19  benchmark, weakening Google's competitive position.

20      330.    **Exhibit 29, GOOG-PLAY-007346101 (between "users with" and "in 2020";**

21  **between "growing" and "Y/Y"; entire row under "2020 Forecast"; between "Inclusive" and "ads**

22  **revenue").** This information reveals Google's internal non-public profit, consumer spend, revenue, and

23  financial calculations. These data sets are not otherwise publicly reported by the company and their

24  disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage.

25  Google's competitors could improperly utilize this internal, non-public data to modify or augment their

26  business operations in an effort to compete unfairly against Google. Moreover, visibility into consumer

27

28

spend gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

331.    **Exhibit 29, GOOG-PLAY-007346102 (between "driven by" and end of sentence; entire chart; between "only available for" and "apps and games"; between "installs and usage, such as" and end of sentence).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the breakdown of play revenue gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

332.    **Exhibit 29, GOOG-PLAY-007346103 (between start of sentence and "are in the Apps w. GPB"; between start of sentence and "(Spotify is off GPB").** The disclosure of app developers' highly confidential information would significantly harm these app developers' business. For example, developer competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, these developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

333.    **Exhibit 29, GOOG-PLAY-007346104 (between start of sentence and "of Apps/Games"; between "represent" and "of Play revenue"; entire infographic under "selling physical goods"; between "installs and usage, such as" and "are in the Apps w. GPB"; between start of sentence and "(Spotify is off GPB").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to

1    modify or augment their business operations in an effort to compete unfairly against Google.

2    Moreover, visibility into the trends in the data (i.e., revenue percentages by app partners) gives

3    Google's competitors improper insight into the financial health and future outlook of the Play business,

4    which also arguably gives Google's competitors an unfair advantage. Furthermore, the disclosure of

5    app developers' highly confidential information would significantly harm these app developers'

6    business. For example, developer competitors could leverage this information to reap an unearned

7    competitive advantage. They could exploit this information—that they otherwise would not have

8    access to—to inform their own business strategies. To prevent these competitive harms from coming to

9    fruition, these developers proactively maintain the confidentiality of its strategic information, only

10   disclosing it to a select group of individuals on an as-needed basis.

11          334.   **Exhibit 29, GOOG-PLAY-007346106 (all numbers in row "2020F Play Consumer**

12   **Spend"; between "IOS estimate" and "in 2019").** This information reflects and is calculated from

13   internal, non-public Google financial data. Google spends significant resources compiling and

14   maintaining this valuable data, which is non-public, and if revealed to competitors and potential

15   business counterparties, could be used to disadvantage and cause Google competitive harm by giving

16   competitors insight into confidential Google financial information. Further, this information reflects

17   sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

18   could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

19   against Google.

20          335.   **Exhibit 29, GOOG-PLAY-007346107 (rows one, two and three under "Play**

21   **Revenue Share"; all numbers under column "Qualifying Dev Spend, as % of total Play Spend").**

22   This information contains non-public information regarding Google's confidential non-public internal

23   strategic considerations related to creating value for and attracting developers to the Google Play Store.

24   This information has never been disclosed publicly. Disclosure of this information would adversely

25   impact Google's current competitive position by enabling Google's competitors to mimic its

26   confidential strategies in an effort to attract developers away from Google.

27

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

123

336.     **Exhibit 29, GOOG-PLAY-007346109 (between "for long periods e.g." and end of sentence; between "few FOPs e.g." and "in Korea").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

337.     **Exhibit 29, GOOG-PLAY-007346112 (between "estimated by calculating" and "Estimated engagement"; between "liveops campaigns" and "Estimated payments"; between "value using" and "Buyer creation"; between "Buyer creation" and "Spend stretch"; between "Spend stretch" and "Delivery value"; between "Delivery value" and "Growth consulting"; Notes, between "owned discovery" and "is so much bigger"; between "Growth consulting" and "consultations"; between "last 1.5 yrs" and "year").** This information reveals Google's internal non-public profit, revenue, costs, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

338.     **Exhibit 29, GOOG-PLAY-007346113 (between "alternatives is Plum" and end of sentence").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

339.     **Exhibit 29, GOOG-PLAY-007346114 (entire chart).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

340.     **Exhibit 29, GOOG-PLAY-007346115 (row one and three under "Perceived Play value"; Notes, between "Where gaps exist" and "is among"; entire chart).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

341.     **Exhibit 29, GOOG-PLAY-007346117 (entire chart sans row one, column one "Status Quo").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. This information also contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current

competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

342. **Exhibit 29, GOOG-PLAY-007346118 (entire chart).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. This information also contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

343. **Exhibit 29, GOOG-PLAY-007346120 (between start of sentence and "of perceived value gap"; all numbers under column "Aggregate (Positive – Negative)"; all numbers under column "Positive Gap"; all numbers under column "Negative Gap"; all numbers under column "% of Total Negative Gap"; between start of sentence and "of total gap is concentrated"; between start of sentence and "spread across GPB").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. This information also contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

344.     **Exhibit 29, GOOG-PLAY-007346122 (between "11.30 am today" and "Match"; between "11.30 am today" and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

345.     **Exhibit 29, GOOG-PLAY-007346124 (between "Match and" and "have a heads up"; between "Heads up to" and end of sentence; between "11.30 am today" and "Match"; between "11.30 am today" and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

346.     **Exhibit 29, GOOG-PLAY-007346127 (between "Today" and end of sentence; between "Ads Revenue" and "$xxB"; between "is not limitless" and "Also, land in range").** This text reflects revenue figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more

1   effectively with Google Play. This text also contains non-public information regarding Google's

2   confidential non-public internal strategic considerations related to creating value for and attracting

3   developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of

4   this information would adversely impact Google's current competitive position by enabling Google's

5   competitors to mimic its confidential strategies in an effort to attract developers away from Google.

6       347.    **Exhibit 29, GOOG-PLAY-007346128 (all information under column "Most**

7   **Lenient"; row one, three and four under column "Status Quo"; row one, three and four under**

8   **column "More Aggressive"; row one, three and four under column "Middle Ground").** This

9   information contains non-public information regarding Google's confidential non-public internal

10  strategic considerations related to creating value for and attracting developers to the Google Play Store.

11  This information has never been disclosed publicly. Disclosure of this information would adversely

12  impact Google's current competitive position by enabling Google's competitors to mimic its

13  confidential strategies in an effort to attract developers away from Google.

14      348.    **Exhibit 29, GOOG-PLAY-007346129 (all numbers under columns "Aging**

15  **Superstar: 5+ years, SBs later",  "New Hit Game: Launched this month"; and "Subs App:**

16  **Known Brand +Targeted Use").** This information reflects and is calculated from internal, non-public

17  Google financial data. Google spends significant resources compiling and maintaining this valuable

18  data, which is non-public, and if revealed to competitors and potential business counterparties, could

19  be used to disadvantage and cause Google competitive harm by giving competitors insight into

20  confidential Google financial information. Further, this information reflects sensitive, highly

21  confidential characterizations by Google's internal business teams that, if revealed, could be referenced

22  by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

23      349.    **Exhibit 29, GOOG-PLAY-007346130 (between "Public LRAP" and "Option #1";**

24  **between "apply w/ Play for inclusion" and "Play normally re-invest"; between "give back to**

25  **users" and end of sentence.** This information contains non-public information regarding Google's

26  confidential non-public internal strategic considerations related to creating value for and attracting

27  developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of

28

1   this information would adversely impact Google's current competitive position by enabling Google's

2   competitors to mimic its confidential strategies in an effort to attract developers away from Google.

3       350.   **Exhibit 29, GOOG-PLAY-007346131 (between "mismatch/agitation" and "What**

4   **will the revenue"; between "Value Alignment + Equitability" and end of sentence).** This

5   information contains non-public information regarding Google's confidential non-public internal

6   strategic considerations related to creating value for and attracting developers to the Google Play Store.

7   This information has never been disclosed publicly. Disclosure of this information would adversely

8   impact Google's current competitive position by enabling Google's competitors to mimic its

9   confidential strategies in an effort to attract developers away from Google.

10       351.   **Exhibit 29, GOOG-PLAY-007346133 (entire chart).** This information contains non-

11   public information regarding Google's confidential non-public internal strategic considerations related

12   to creating value for and attracting developers to the Google Play Store. This information has never

13   been disclosed publicly. Disclosure of this information would adversely impact Google's current

14   competitive position by enabling Google's competitors to mimic its confidential strategies in an effort

15   to attract developers away from Google.

16       352.   **Exhibit 29, GOOG-PLAY-007346134 (entire chart).** This information reveals

17   Google's internal non-public profit, revenue, and financial calculations. These data sets are not

18   otherwise publicly reported by the company and their disclosure is likely to cause Google competitive

19   harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this

20   internal, non-public data to modify or augment their business operations in an effort to compete

21   unfairly against Google. Moreover, visibility into the trends in the data (i.e., projected figures into the

22   future and broken down by type of app) gives Google's competitors improper insight into the financial

23   health and future outlook of the Play business, which also arguably gives Google's competitors an

24   unfair advantage.

25       353.   **Exhibit 29, GOOG-PLAY-007346135 (between "LTV-based" and "CPI-based";**

26   **between "CPI-based" and "FOP"; between "FOP" and "Delivery"; between "Delivery" and end**

27   **of sentence).** This information contains non-public information regarding Google's confidential non-

28

1   public internal strategic considerations related to creating value for and attracting developers to the

2   Google Play Store. This information has never been disclosed publicly. Disclosure of this information

3   would adversely impact Google's current competitive position by enabling Google's competitors to

4   mimic its confidential strategies in an effort to attract developers away from Google.

5          354.   **Exhibit 29, GOOG-PLAY-007346136 (entire chart).** This information contains non-

6   public information regarding Google's confidential non-public internal strategic considerations related

7   to creating value for and attracting developers to the Google Play Store. This information has never

8   been disclosed publicly. Disclosure of this information would adversely impact Google's current

9   competitive position by enabling Google's competitors to mimic its confidential strategies in an effort

10  to attract developers away from Google.

11         355.   **Exhibit 29, GOOG-PLAY-007346137 (between start of sentence and "of Apps**

12  **represented"; entire chart; between "only available for" and "apps and games"; between**

13  **"installs and usage, such as" and end of sentence).** This information reflects and is calculated from

14  internal, non-public Google financial data. Google spends significant resources compiling and

15  maintaining this valuable data, which is non-public, and if revealed to competitors and potential

16  business counterparties, could be used to disadvantage and cause Google competitive harm by giving

17  competitors insight into confidential Google financial information. Further, this information reflects

18  sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

19  could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

20  against Google.

21         356.   **Exhibit 29, GOOG-PLAY-007346138 (between start of sentence and "are in the**

22  **Apps w. GPB"; between start of sentence and "(Spotify is off GPB").** The disclosure of these app

23  developers' highly confidential information would significantly harm these developers' businesses. For

24  example, other developer competitors could leverage this information to reap an unearned competitive

25  advantage. They could exploit this information—that they otherwise would not have access to—to

26  inform their own business strategies. To prevent these competitive harms from coming to fruition,

27

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

130

1  these developers proactively maintain the confidentiality of its strategic information, only disclosing it

2  to a select group of individuals on an as-needed basis.

3  357.  **Exhibit 29, GOOG-PLAY-007346139 (entire chart).** This information contains non-

4  public information regarding Google's confidential non-public internal strategic considerations related

5  to creating value for and attracting developers to the Google Play Store. This information has never

6  been disclosed publicly. Disclosure of this information would adversely impact Google's current

7  competitive position by enabling Google's competitors to mimic its confidential strategies in an effort

8  to attract developers away from Google.

9  358.  **Exhibit 29, GOOG-PLAY-007346145 (between "meeting with" and "tomorrow").**

10  This text contains confidential, non-public information regarding non-party developers, and implicates

11  the non-party's confidentiality interests, by revealing the identity of Google business partners who are

12  not party to this litigation, and who have a reasonable expectation that Google will maintain the

13  confidentiality of contractual terms and its own confidential statements made during negotiations.

14  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

15  it reveals strategic decision-making, which, for example, could give a competitor or potential business

16  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

17  competitors could use this non-party information to unfairly target Google's developer partners.

18  359.  **Exhibit 29, GOOG-PLAY-007346149 (all information under column "On track for

19  positive/ neutral launch?").** This text contains confidential, non-public information regarding non-

20  party developers, and implicates the non-party's confidentiality interests, by revealing the identity of

21  Google business partners who are not party to this litigation, and who have a reasonable expectation

22  that Google will maintain the confidentiality of contractual terms and its own confidential statements

23  made during negotiations. Further, disclosure of this non-public information is likely to result in

24  competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a

25  competitor or potential business partner unfair leverage in competing against or negotiating with

26  Google. Moreover, Google's competitors could use this non-party information to unfairly target

27  Google's developer partners.

28

360.    **Exhibit 29, GOOG-PLAY-007346150 (between "negative feedback from" and "Redacted - Privilege").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

361.    **Exhibit 29, GOOG-PLAY-007346151 (between "Y" and "Redacted - Privilege"; between "Resolve feedback from" and "Deploy programs").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

362.    **Exhibit 29, GOOG-PLAY-007346152 (between "News Corp Papers" and "and Stan").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

1   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

2   Google's competitors could use this non-party information to unfairly target Google's developer

3   partners.

4   363.   **Exhibit 29, GOOG-PLAY-007346153 (between "FOP Coverage Proposal" and**

5   **"Exceptions granted").** This information contains non-public information regarding Google's

6   confidential non-public internal strategic considerations related to creating value for and attracting

7   developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of

8   this information would adversely impact Google's current competitive position by enabling Google's

9   competitors to mimic its confidential strategies in an effort to attract developers away from Google.

10   364.   **Exhibit 29, GOOG-PLAY-007346154 (column three in chart; column four in**

11   **chart).** This information contains non-public information regarding Google's confidential non-public

12   internal strategic considerations related to creating value for and attracting developers to the Google

13   Play Store. This information has never been disclosed publicly. Disclosure of this information would

14   adversely impact Google's current competitive position by enabling Google's competitors to mimic its

15   confidential strategies in an effort to attract developers away from Google.

16   365.   **Exhibit 29, GOOG-PLAY-007346155 (between "program with" and "from**

17   **Government"; between "from Government" and "marketing investment"; between "receiving**

18   **direct funds" and "USD"; entire chart).** This information reflects and is calculated from internal,

19   non-public Google financial data. Google spends significant resources compiling and maintaining this

20   valuable data, which is non-public, and if revealed to competitors and potential business

21   counterparties, could be used to disadvantage and cause Google competitive harm by giving

22   competitors insight into confidential Google financial information. Further, this information reflects

23   sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

24   could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

25   against Google.

26   366.   **Exhibit 29, GOOG-PLAY-007346156 (between "combined & expanded for" and**

27   **"in hardware & software"; between "Content costs" and end of sentence; entire chart).** This text

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

133

contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. Further, this text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

367. **Exhibit 29, GOOG-PLAY-007346157 (between "steps for engaging" and "External-facing"; all rows in "External-facing"; all rows in "Internal").** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. Further, this text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 36**

**[Dkt. No. 509-37]**

**(Exhibit D12)**

368. **Exhibit 36, Page 87, Paragraph 177 (between "contracts with" and "the two largest"; between "agreement with" and "wherein"; between "to provide" and "with 25**

1  **percent"; between "continued to pay" and "a 25 percent"; between "Google paid" and "leaving**

2  **only").**  This text contains confidential, non-public information regarding Google's agreements with

3  mobile carriers.  The text reveals the identity of Google's business partners, who are not party to this

4  litigation and who have a reasonable expectation that Google will maintain the confidentiality of their

5  contractual terms and confidential statements made during negotiations.  The disclosure of the non-

6  parties' highly confidential information would significantly harm their respective businesses. For

7  example, other entities could exploit this information—that they otherwise would not have access to—

8  when negotiating with or competing against the non-party carriers.  Further, disclosure of this non-

9  public information is likely to result in competitive harm to Google, as it reveals strategic decision-

10  making which, for example, could give a competitor or potential business partner unfair leverage in

11  competing against or negotiating with Google.

12  369.  **Exhibit 36, Page 88, Paragraph 179 (between "were approximately" and**

13  **"percent"; between "would have" and "its"; between "its" and "percent revenue").**  This

14  information reflects and is calculated from internal, non-public Google financial data. Google spends

15  significant resources compiling and maintaining this valuable data, which is non-public, and if

16  revealed to competitors and potential business counterparties, could be used to disadvantage and cause

17  Google competitive harm by giving competitors insight into confidential Google financial information.

18  Further, this information, if revealed, could be referenced by potential counterparties in negotiations

19  with Google to gain an unfair advantage against Google.

20  370.  **Exhibit 36, Page 89, Footnote 412 (between "calculated at" and "of consumer**

21  **expenditures").**  This information reflects and is calculated from internal, non-public Google financial

22  data. Google spends significant resources compiling and maintaining this valuable data, which is non-

23  public, and if revealed to competitors and potential business counterparties, could be used to

24  disadvantage and cause Google competitive harm by giving competitors insight into confidential

25  Google financial information. Further, this information, if revealed, could be referenced by potential

26  counterparties in negotiations with Google to gain an unfair advantage against Google.

27

28

371.   **Exhibit 36, Page 94, Note 451 (between "GOOG-PLAY-002604372" and end of sentence).**  This text contains confidential, non-public information regarding non-party OEMs, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, Google's competitors could use this non-party information to unfairly target Google's developer partners.

372.   **Exhibit 36, Page 95, Note 457 (between "MADA require" and "to appear").**  This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google

373.   **Exhibit 26, Page 96, Paragraph 197 (between "importance to Samsung" and "And in questioning"; between "Google employee wrote" and end of sentence).**  This text contains Google's internal, non-public confidential analyses and statements regarding the placement of the Play Store on the home screens of mobile devices. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

374.   **Exhibit 36, Page 100, Paragraph 208 (between "Stylized as" and "these agreements"; between "these agreements" and "on the absence").**  This text contains confidential, non-public information regarding Google's agreements with OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in

competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

375. **Exhibit 36, Page 100, Paragraph 209 (between "OEMs on a" and "if the OEM"; between "nearly" and "in 2020"; between "and up to" and "in 2023"; between "stated goal was" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

376. **Exhibit 36, Page 100-101, Paragraph 210 (between "with at least" and "OEMs to date"; between "projections for" and "OEMs"; between "anticipated" and "Premier Tier devices"; between "2021" and "devices sold were").** This text contains confidential, non-public information regarding Google's agreements with OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

377. **Exhibit 36, Page 100, Note 497 (between "GOOG-PLAY-000620210" and "GOOG-PLAY-000620638"; between "GOOG-PLAY-000620638" and "GOOG-PLAY-005706338"; between "GOOG-PLAY-005706338" and "GOOG-PLAY-008111867"; between "GOOG-PLAY-008111867" and "GOOG-PLAY-001745614"; between "GOOG-PLAY-001745614" and "GOOG-PLAY-000416708"; between "GOOG-PLAY-000416708" and "GOOG-PLAY-000620282"; between "GOOG-PLAY-000620282" and "GOOG-PLAY-000620442"; between "GOOG-PLAY-000620442" and "GOOG-PLAY-000620131"; between "GOOG- PLAY-000620131" and "GOOG-PLAY-005706436"; between "GOOG-PLAY-005706436" and "GOOG-PLAY-005706676"; between "GOOG-PLAY-005706676" and "GOOG-PLAY-**

**007038477"; between "GOOG-PLAY-007038477" and "GOOG-PLAY-007038511"; between "GOOG-PLAY-007038511" and "GOOG-PLAY-000620478"; between "GOOG-PLAY-000620478" and "GOOG-PLAY-005706728"; between "GOOG-PLAY-005706728" and "GOOG-PLAY-000416651"; between "GOOG-PLAY-000416651" and end of sentence).** This text contains confidential, non-public information regarding non-party OEMs, and implicates the non-parties' confidentiality interests, by revealing the identity of Google's business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of their contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners.

378.    **Exhibit 36, Page 101, Note 500 (between "Id. at -173.R." and "premier tier for"; between "premier tier for" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

379.    **Exhibit 36, Page 102, Note 511 (between "(Co-marketing fund agreement)" and end of footnote).** This text contains non-public and confidential information regarding Google's App Campaigns program. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

380. **Exhibit 36, Page 103, Paragraph 217 (between "as the" and "requirement"; between "required developers to" and "Google's documents").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

381. **Exhibit 36, Page 103, Note 515 (between "would offer Samsung" and "Id. at -809."; between "In return" and "only App stores"; between "home screen" and "Id. at -810—811.").**  This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

382. **Exhibit 36, Page 103, Note 519 (between "impact of" and "requirement").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

383. **Exhibit 36, Page 104, Paragraph 218 (between "also imposed" and "provisions"; between "developers" and "when distributing"; between "GVP deal with" and "Such provisions").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

139

harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

384. **Exhibit 36, Page 105, Note 537 (between "metric at just" and "percent"; between "metric at just" and "percent").** This text contains non-public and confidential data regarding user engagement on Play Store. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

385. **Exhibit 36, Page 106, Paragraph 223 (between "major game release" and "confirmed"; between "estimated the" and "(across all Apps)"; between "or between" and "of the amount").** This text contains non-public and confidential data regarding user engagement and consumer spending on Play Store. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

386. **Exhibit 36, Page 106-107, Paragraph 225 (between "Within one year" and "game developers"; between "holdouts" and "a popular gaming developer"; between "if" and "were to migrate"; between "impact would be" and "in spend"; between "of" and "defection from"; between "offer to" and "that involved"; between "had offered" and "reinvestment"' between "thereafter" and "signed a").** This text contains sensitive and confidential information regarding Google's agreements with developers, as well as Google's internal, non-public financial analyses of the impact that certain developers could have on consumer spending. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

1    revealed, this information could influence the competitive decision-making and business strategies

2    employed by Google's app store competitors, for example by influencing how those app stores market

3    themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

4    U.S. developers.

5        387.    **Exhibit 36, Page 106, Note 541 (between "Play reinvests" and "See also"; between**

6    **"Play takes" and "a developer"; between "reinvest those dollars towards" and end of sentence).**

7    This text contains confidential, non-public information regarding Google's agreements with non-party

8    developers. Disclosure of this non-public information is likely to result in competitive harm to Google,

9    as it reveals strategic decision-making which, for example, could give a competitor or potential

10   business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

11   competitors could use this non-party information to unfairly target Google's developer partners and

12   offer specific deal terms designed to undercut those offered by Google.

13       388.    **Exhibit 36, Page 106, Note 544 (between "Id." and "is therefore considering").**

14   This text contains confidential, non-public information regarding non-party developers, and implicates

15   the non-party's confidentiality interests, by revealing the identity of Google business partners who are

16   not party to this litigation, and who have a reasonable expectation that Google will maintain the

17   confidentiality of contractual terms and confidential statements made during negotiations. Further,

18   disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals

19   Google's strategic decision-making, which, for example, could give a competitor or potential business

20   partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

21   competitors could use this non-party information to unfairly target Google's developer partners.

22       389.    **Exhibit 36, Page 107, Paragraph 226 (between "resulted in" and "(2019-2022)";**

23   **between "driving an" and "dollars in cross-platform").**  This information reflects and is calculated

24   from internal, non-public Google financial data. Google spends significant resources compiling and

25   maintaining this valuable data, which is non-public, and if revealed to competitors and potential

26   business counterparties, could be used to disadvantage and cause Google competitive harm by giving

27   competitors insight into confidential Google financial information. Further, this information reflects

28

1  sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

2  could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

3  against Google.

4      390.    **Exhibit 36, Page 107, Note 546 (between "As" and "has influence"; between "adds**

5  **up to" and "of Play revenue"; between "of Play revenue" and "would have"; between "margin**

6  **risk of" and "for Play"; between "risk of" and "defection"; between "percentage of" and "and";**

7  **between "and" and "and to"; between "and to" and "a percentage"; between "spend into" and**

8  **end of sentence).**  This text contains sensitive and confidential information regarding Google's

9  agreements with developers, as well as Google's internal, non-public financial analyses of the impact

10 that certain developers could have on consumer spending. This information has never been disclosed

11 publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this

12 information could influence the competitive decision-making and business strategies employed by

13 Google's app store competitors, for example by influencing how those app stores market themselves to

14 U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

15     391.    **Exhibit 36, Page 108, Paragraph 228 (between "estimate that the" and "game**

16 **developers"; between "accounted for" and "of all"; between "revenue and" and "of all App**

17 **revenue"; between "exclusively selling" and "of the most").**  This information reflects and is

18 calculated from internal, non-public Google financial data. Google spends significant resources

19 compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

20 potential business counterparties, could be used to disadvantage and cause Google competitive harm

21 by giving competitors insight into confidential Google financial information. Further, this information

22 reflects sensitive, highly confidential characterizations by Google's internal business teams that, if

23 revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair

24 advantage against Google.

25     392.    **Exhibit 36, Page 108, Note 557 (between "with" and "excluded, supra").**  This text

26 contains confidential, non-public information regarding non-party developers, and implicates the non-

27 party's confidentiality interests, by revealing the identity of Google business partners who are not party

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

142

to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

393.    **Exhibit 36, Page 108, Note 560 (between "found that Hug" and "GOOG-PLAY-011269238 at -260"; between "whether the" and "and other developer stores").**  This text contains sensitive and confidential information regarding Google's internal, non-public analyses of the revenue risk posed by competing app stores. It includes estimates that reflect or are derived from Google's non-public, highly sensitive financial data.  This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

394.    **Exhibit 36, Page 109-110, Paragraph 233 (between "relationship with" and "indicate that"; between "meeting with" and "Google explored"; between "whitelist" and "in exchange for"; between "in exchange for" and "agreeing to"; between "suggest that if" and "appeared"; between "pull the" and "app from the catalog"; between "suggests that" and "and Google"; between "the effect that" and "would not launch"; between "in August 2020" and "executive"; between "executive" and "wrote").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against

1   or negotiating with Google. Moreover, Google's competitors could use this non-party information to

2   unfairly target Google's developer partners.

3       395.    **Exhibit 36, Page 109, Note 567 (between "same meeting" and "disclosed"; between**

4   **"ads in the" and "GOOG-PLAY-004698100.R at -102.R").**  This text contains confidential, non-

5   public information regarding non-party developers, and implicates the non-party's confidentiality

6   interests, by revealing the identity of Google business partners who are not party to this litigation, and

7   who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

8   and confidential statements made during negotiations. Further, disclosure of this non-public

9   information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

10  making, which, for example, could give a competitor or potential business partner unfair leverage in

11  competing against or negotiating with Google. Moreover, Google's competitors could use this non-

12  party information to unfairly target Google's developer partners.

13      396.    **Exhibit 36, Page 109, Note 568 (between "to *update*" and "apps only"; between**

14  **"exchange for" and "limiting").**  This text contains confidential, non-public information regarding

15  non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity

16  of Google business partners who are not party to this litigation, and who have a reasonable expectation

17  that Google will maintain the confidentiality of contractual terms and confidential statements made

18  during negotiations. Further, disclosure of this non-public information is likely to result in competitive

19  harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a

20  competitor or potential business partner unfair leverage in competing against or negotiating with

21  Google. Moreover, Google's competitors could use this non-party information to unfairly target

22  Google's developer partners.

23      397.    **Exhibit 36, Page 110, Paragraph 234 (between "seek and obtain" and**

24  **"commitment"; between "preload" and "with installation"; between "Google gave" and**

25  **"waivers"; between "waivers on" and "continuing").**  This text contains confidential, non-public

26  information regarding non-party developers, and implicates the non-party's confidentiality interests, by

27  revealing the identity of Google business partners who are not party to this litigation, and who have a

28

1   reasonable expectation that Google will maintain the confidentiality of contractual terms and

2   confidential statements made during negotiations. Further, disclosure of this non-public information is

3   likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which,

4   for example, could give a competitor or potential business partner unfair leverage in competing against

5   or negotiating with Google. Moreover, Google's competitors could use this non-party information to

6   unfairly target Google's developer partners.

7       398.    **Exhibit 36, Page 110-111, Paragraph 235 (between "Google offered" and "a**

8   **technology"; between "known as" and "to improve"; between "apps shown in" and "Ms.**

9   **Rasanen"; between "goal of the" and "product"; between "to make" and "want to cease";**

10  **between "via any" and "apps distributed"; between "while offering" and "an opportunity";**

11  **between "to test" and "When"; between "go back to" and "and propose a"; between "and**

12  **propose a" and "trial agreement"; between "apps that use" and end of sentence).**   This text

13  contains confidential, non-public information regarding non-party developers, and implicates the non-

14  party's confidentiality interests, by revealing the identity of Google business partners who are not party

15  to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality

16  of contractual terms and confidential statements made during negotiations. Further, disclosure of this

17  non-public information is likely to result in competitive harm to Google, as it reveals Google's

18  strategic decision-making, which, for example, could give a competitor or potential business partner

19  unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors

20  could use this non-party information to unfairly target Google's developer partners.

21      399.    **Exhibit 36, Page 110, Note 571 (between "understanding that" and "only had";**

22  **between "agreement with" and "regarding").**   This text contains confidential, non-public

23  information regarding non-party developers, and implicates the non-party's confidentiality interests, by

24  revealing the identity of Google business partners who are not party to this litigation, and who have a

25  reasonable expectation that Google will maintain the confidentiality of contractual terms and

26  confidential statements made during negotiations. Further, disclosure of this non-public information is

27  likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which,

28

for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

400.     **Exhibit 36, Page 110, Note 573 (between "certain point did" and "and Google"; between "agreement regarding" and "install permissions"; between "A. Yes." And "has agreed"; between "Purnima Kochikar to" and "stating"; between "assurance that" and "has deprioritized/stopped"; between "asking" and "to confirm that"; between "to confirm that" and "is not pursue"; between "outside of the" and "experiments").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

401.     **Exhibit 36, Page 111, Paragraph 236 (between "offered" and "at significant cost"; between "to structure" and "to motivate"; between "to motivate" and "to avoid"; between "compared" and "competing in"; between "give" and "something they want"; between "essentially handing" and "billions").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or

negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

402. **Exhibit 36, Page 111-112, Paragraph 237 (between "negotiations and" and "trial periods"; between "attempt to slow" and "progress"; between "to provide" and "with"; between "with" and "on a trial basis"; between "to threaten" and "with termination"; between "trial period" and "used"; between "used" and "over the course"; between "testimony indicates that" and "currently"; between "uses" and "(now called").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

403. **Exhibit 36, Page 111, Note 576 (between "via any" and "apps distributed"; between "offering" and "an opportunity to test"; between "an opportunity to test" and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

404. **Exhibit 36, Page 111, Note 577 (between "go back to" and "and propose a"; between "and propose a" and "trial agreement"; between "apps that use" and "GOOG-PLAY-**

1    006367390"; between "explaining that" and "is "[w]illing to"; between "continue testing" and

2    "Rasanen Dep. 204:9-16"; between "apps that use" and "A. I believe").  This text contains

3    confidential, non-public information regarding non-party developers, and implicates the non-party's

4    confidentiality interests, by revealing the identity of Google business partners who are not party to this

5    litigation, and who have a reasonable expectation that Google will maintain the confidentiality of

6    contractual terms and confidential statements made during negotiations. Further, disclosure of this non-

7    public information is likely to result in competitive harm to Google, as it reveals Google's strategic

8    decision-making, which, for example, could give a competitor or potential business partner unfair

9    leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

10   this non-party information to unfairly target Google's developer partners.

11       405.    **Exhibit 36, Page 111, Note 582 (between "Verbally signal to" and "that our**

12   **intent").**  This text contains confidential, non-public information regarding non-party developers, and

13   implicates the non-party's confidentiality interests, by revealing the identity of Google business

14   partners who are not party to this litigation, and who have a reasonable expectation that Google will

15   maintain the confidentiality of contractual terms and confidential statements made during negotiations.

16   Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

17   it reveals Google's strategic decision-making, which, for example, could give a competitor or potential

18   business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

19   competitors could use this non-party information to unfairly target Google's developer partners.

20       406.    **Exhibit 36, Page 111, Note 583 (between "Google and" and "entered"; between**

21   **"permitting" and "to test"; between "to test" and "for").**  This text contains confidential, non-

22   public information regarding non-party developers, and implicates the non-party's confidentiality

23   interests, by revealing the identity of Google business partners who are not party to this litigation, and

24   who have a reasonable expectation that Google will maintain the confidentiality of contractual terms

25   and confidential statements made during negotiations. Further, disclosure of this non-public

26   information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-

27   making, which, for example, could give a competitor or potential business partner unfair leverage in

28

competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

407.    **Exhibit 36, Page 112, Note 584 (between "know if" and "currently uses"; between "version of" and "A. I believe"; between "when did" and "rebrand"; between "new name to" and "A. I am").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

408.    **Exhibit 36, Page 112, Note 588 (between "such as Chrome" and "Id."; between "showing, e.g., Chrome with a" and end of sentence).**  This information contains non-public and confidential data regarding malware install rates on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and consumers, and how they distinguish themselves from Google Play in the eyes of U.S. developers and consumers.

409.    **Exhibit 36, Page 129, Note 660 (between "indicate that" and "of consumer spend").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparts, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal

1  business teams that, if revealed, could be referenced by potential counterparties in negotiations with

2  Google to gain an unfair advantage against Google.

3    410.    **Exhibit 36, Page 130, Paragraph 285 (between "alternative payment options" and**

4  **end of sentence).**  This text contains non-public and confidential data regarding Google's internal

5  analyses of alternative payment options offered by developers. This information has never been

6  disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

7  revealed, this information could influence the competitive decision-making and business strategies

8  employed by Google's app store competitors, for example by influencing how those app stores market

9  themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

10  U.S. developers.  Further, disclosure of this non-public information is likely to result in competitive

11  harm to Google, as it reveals Google's strategic decision-making which, for example, could give a

12  competitor or potential business partner unfair leverage in competing against or negotiating with

13  Google.

14    411.    **Exhibit 36, Page 130, Note 667 (between "GOOG-PLAY-007755618 at 5619" and**

15  **"See also").**  This text contains non-public and confidential data regarding Google's internal analyses

16  of alternative payment options offered by developers. This information has never been disclosed

17  publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this

18  information could influence the competitive decision-making and business strategies employed by

19  Google's app store competitors, for example by influencing how those app stores market themselves to

20  U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

21  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

22  it reveals Google's strategic decision-making which, for example, could give a competitor or potential

23  business partner unfair leverage in competing against or negotiating with Google.

24    412.    **Exhibit 36, Page 131, Note 671 (between "in excess of" and "of consumer**

25  **expenditures").**  This information reflects and is calculated from internal, non-public Google financial

26  data. Google spends significant resources compiling and maintaining this valuable data, which is non-

27  public, and if revealed to competitors and potential business counterparties, could be used to

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

150

1  disadvantage and cause Google competitive harm by giving competitors insight into confidential

2  Google financial information. Further, this information reflects sensitive, highly confidential

3  characterizations by Google's internal business teams that, if revealed, could be referenced by potential

4  counterparties in negotiations with Google to gain an unfair advantage against Google.

5        413.    **Exhibit 36, Page 137, Fourth bullet point (between "approximately" and "percent**

6  **of consumer expenditures").**  This information reflects and is calculated from internal, non-public

7  Google financial data. Google spends significant resources compiling and maintaining this valuable

8  data, which is non-public, and if revealed to competitors and potential business counterparties, could

9  be used to disadvantage and cause Google competitive harm by giving competitors insight into

10  confidential Google financial information. Further, this information reflects sensitive, highly

11  confidential analyses by Google's internal business teams that, if revealed, could be referenced by

12  potential counterparties in negotiations with Google to gain an unfair advantage against Google.

13        414.    **Exhibit 36, Page 137, Note 683 (between "to be" and "percent of consumer**

14  **expenditures").**  This information reflects and is calculated from internal, non-public Google financial

15  data. Google spends significant resources compiling and maintaining this valuable data, which is non-

16  public, and if revealed to competitors and potential business counterparties, could be used to

17  disadvantage and cause Google competitive harm by giving competitors insight into confidential

18  Google financial information. Further, this information reflects sensitive, highly confidential analyses

19  by Google's internal business teams that, if revealed, could be referenced by potential counterparties in

20  negotiations with Google to gain an unfair advantage against Google.

21        415.    **Exhibit 36, Page 140, Paragraph 305 (between "take rate of" and "percent";**

22  **between "observed value of" and "percent"; between "App Distribution Market is" and "down";**

23  **between "observed price of" and "net of"; between "consumers of" and "per paid App";**

24  **between "equal to" and "which demonstrates impact"; between "damages of" and "equal to";**

25  **between "equal to" and "paid App download").**  This information reflects and is calculated from

26  internal, non-public Google financial data. It includes information relating to the service fee rate that

27  Google would charge in a but-for world according to Plaintiffs' expert's calculations, which are

28

derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

416.    **Exhibit 36, Page 141, Table 6 (all numbers under column "Value"; Notes, between "over the period" and "I calculated"; between "I summed the" and "fields").**  This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to the service fee rate that Google would charge in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

417.    **Exhibit 36, Page 148, Paragraph 318 (between "platform model of" and "percent"; between "15 percent" and "offered"; between "such as" and "and others").**  This text contains non-public and confidential information regarding Google's Living Room Accelerator Program, including the identities of specific non-party developers with whom the program was discussed.  These developers have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made by or to Google during negotiations.  This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers.  The text also includes information relating to the service fee rate that Google

1    would charge in a but-for world according to Plaintiffs' expert's calculations, which are derived from

2    Google's highly confidential transactional data. Google spends significant resources compiling and

3    maintaining this valuable data, which is non-public, and if revealed to competitors and potential

4    business counterparties, could be used to disadvantage and cause Google competitive harm by giving

5    competitors insight into confidential Google financial information.

6        418.    **Exhibit 36, Page 148, Note 729 (between "offered a" and "percent take rate";**

7    **between "developers such as" and "and others"; between "take rates of" and "see GOOG-**

8    **PLAY-000442329 at -345—346"; between "and" and "see GOOG-PLAY-000338849.R at -**

9    **888.R").**  This text contains non-public and confidential information regarding Google's Living Room

10   Accelerator Program, including the identities of specific non-party developers with whom the program

11   was discussed as well as specific deal terms that were contemplated or offered.  These developers have

12   a reasonable expectation that Google will maintain the confidentiality of contractual terms and

13   confidential statements made by or to Google during negotiations.  This information has never been

14   disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

15   revealed, this information could influence the competitive decision-making and business strategies

16   employed by Google's app store competitors, for example by influencing how those app stores market

17   themselves to developers and how they distinguish themselves from Google Play in the eyes of

18   developers.

19       419.    **Exhibit 36, Page 151, Paragraph 323 (between "processing at just" and "percent";**

20   **between "costs came to" and "percent").**  This information reveals Google's internal non-public cost

21   calculations. This data is not otherwise publicly reported by the company and its disclosure is likely to

22   cause Google competitive harm and give its competitors an unfair advantage. Google's competitors

23   could improperly utilize this internal, non-public data to modify or augment their business operations

24   in an effort to compete unfairly against Google. Moreover, visibility into this data gives Google's

25   competitors improper insight into the financial health and future outlook of the Play business, which

26   also arguably gives Google's competitors an unfair advantage.

27

28

420.    **Exhibit 36, Page 151-152, Paragraph 324 (between "costs came to" and "percent";
between "estimated at" and "percent"; between "marginal costs" and "percent of revenues").**
This information reflects and is calculated from internal, non-public Google financial data. Google
spends significant resources compiling and maintaining this valuable data, which is non-public, and if
revealed to competitors and potential business counterparties, could be used to disadvantage and cause
Google competitive harm by giving competitors insight into confidential Google financial information.
For example, this information could be referenced by potential counterparties in negotiations with
Google to gain an unfair advantage against Google.

421.    **Exhibit 36, Page 151, Note 739 (between "Google's average" and "percent";
between "costs are" and "for 2,300"; between "and" and "for the vast majority").**  This
information reflects and is calculated from internal, non-public Google financial data. Google spends
significant resources compiling and maintaining this valuable data, which is non-public, and if
revealed to competitors and potential business counterparties, could be used to disadvantage and cause
Google competitive harm by giving competitors insight into confidential Google financial information.
For example, this information could be referenced by potential counterparties in negotiations with
Google to gain an unfair advantage against Google.

422.    **Exhibit 36, Page 151, Note 740 (between "blended rate of" and "percent").**  This
information reveals Google's internal non-public cost calculations. This data is not otherwise publicly
reported by the company and its disclosure is likely to cause Google competitive harm and give its
competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-
public data to modify or augment their business operations in an effort to compete unfairly against
Google. Moreover, visibility into this data gives Google's competitors improper insight into the
financial health and future outlook of the Play business, which also arguably gives Google's
competitors an unfair advantage.

423.    **Exhibit 36, Page 154, Paragraph 330 (between "Aftermarket came to" and
"between"; between "Google collected" and "in U.S. commissions"; between "actual world of"
and "percent"; between "transaction volume was" and "implying"; between "transaction of"**

**and "Google received"; between "Google received" and "per transaction"; between "estimated at" and "percent"; between "or" and "per transaction"; between "over cost of" and "percent"; between "elasticity is" and "By equation"; between "elasticity is" and "The values").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

424. **Exhibit 36, Page 154, Note 763 (between "Equal to" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

425. **Exhibit 36, Page 154, Note 764 (between "Equal to" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

426. **Exhibit 36, Page 155, Table 8 (all numbers under column "Value"; text in column "Source/Notes" between "equal to" and "of consumer expenditure").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to the prices that consumers would pay in a but-for world, according to Plaintiffs' expert's calculations,

1   which are derived from confidential Google data.  Google spends significant resources compiling and

2   maintaining this valuable data, which is non-public, and if revealed to competitors and potential

3   business counterparties, could be used to disadvantage and cause Google competitive harm by giving

4   competitors insight into confidential Google financial information. For example, this information could

5   be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

6   against Google.

7       427.    **Exhibit 36, Page 156-157, Paragraph 332 (between "calculated at" and "which**

8   **implies"; between "margin of" and "percent"; between "fall to" and "per transaction"; between**

9   **"savings of" and "per transaction"; between "come to" and "over the time"; between "fall to"**

10  **and "percent"; between "would be" and "percent").**  This information reflects and is calculated

11  from internal, non-public Google financial data. It includes information relating to the prices that

12  would exist in a but-for world, according to Plaintiffs' expert's calculations, which are derived from

13  confidential Google data.  Google spends significant resources compiling and maintaining this

14  valuable data, which is non-public, and if revealed to competitors and potential business

15  counterparties, could be used to disadvantage and cause Google competitive harm by giving

16  competitors insight into confidential Google financial information. For example, this information could

17  be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

18  against Google.

19      428.    **Exhibit 36, Page 203, Table 17 (all numbers under column "% of all Units Sold";**

20  **all numbers under column "% of all Consumer Expenditures").**  This information reflects and is

21  calculated from internal, non-public Google financial data.  Google spends significant resources

22  compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

23  potential business counterparties, could be used to disadvantage and cause Google competitive harm

24  by giving competitors insight into confidential Google financial information. For example, this

25  information could be referenced by potential counterparties in negotiations with Google to gain an

26  unfair advantage against Google.

27

28

429.    **Exhibit 36, Page 203, Table 18 (all numbers under column "Android App Distribution Market (Table 6)"; all numbers under column "In-App Aftermarket (Table 8)"; all numbers under column "Aggregate").**  This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to the prices that would exist in a but-for world, according to Plaintiffs' expert's calculations, which are derived from confidential Google data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

430.    **Exhibit 36, Page 203, Paragraph 415 (between "come to" and "and aggregate damages"; between "Aftermarket come to" and end of sentence).**  This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to the prices that would exist in a but-for world, according to Plaintiffs' expert's calculations, which are derived from confidential Google data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 41**

**[Dkt. No. 509-42]**

**(Exhibit D13)**

431.    **Exhibit 41, Page 286, Line 9 (between "usage is" and "but the ability").**  This information contains non-public and confidential data regarding app store performance. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential.  Google spends significant resources compiling and maintaining this valuable data, which

is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into the financial performance or commercial success of Google Play.   For example, this information, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

432.   **Exhibit 41, Page 286, Line 10 (between "store is" and "is that consistent").**  This information contains non-public and confidential data regarding app store performance. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into the financial performance or commercial success of Google Play.   For example, this information, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 44**

**[Dkt. No. 509-45]**

**(Exhibit D14)**

433.   **Exhibit 44, GOOG-PLAY-000838161, Paragraph 2 (between "services like Match" and "began as").** The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

434.   **Exhibit 44, GOOG-PLAY-000838161, Paragraph 3 (between "services like Match" and "on to GPB").** The disclosure of the developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could leverage

this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

435.   **Exhibit 44, GOOG-PLAY-000838164, Line 3 (between "2nd among all apps" and "is 1st").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 45**

**[Dkt. No. 509-46]**

**(Exhibit D15)**

436.   **Exhibit 45, Page -313 (between "is going to be" and "revenue business"; between "in 2019" and "consumer spend"; between "consumer spend" and "y/y/ growth"; between "y/y/ growth" and "comes from In App"; between "going to be a" and "business in 2019"; between "business in 2019" and "consumer spend"; entire graph).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives

Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

437. **Exhibit 45, Page -314 (between "except for the following cases:" and "Prominent digital goods sellers"; all logos in slide after "Tinder").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

438. **Exhibit 45, Page -315 (all logos on slide below "native default payment options" and "from developers").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

439. **Exhibit 45, Page -316 (between "invested in commerce (e.g." and "Partners whose investments in"; between "has outpaced ours" and "Mature game devs"; between "Mature game devs" and end of slide).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google

1    will maintain the confidentiality of contractual terms and its own confidential statements made during

2    negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

3    to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

4    potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

5    Google's competitors could use this non-party information to unfairly target Google's developer

6    partners.

7          440.   **Exhibit 45, Page -319 (between "concerns from" and "differentiating from";**

8    **between "Concern /" and "Self preferencing:"; between "price on Android and iOS" and "Short**

9    **term: Expanded Accelerator").** This text contains confidential, non-public information regarding

10   Google's agreements with non-party developers. Disclosure of this non-public information is likely to

11   result in competitive harm to Google, as it reveals strategic decision-making which, for example, could

12   give a competitor or potential business partner unfair leverage in competing against or negotiating with

13   Google. Moreover, Google's competitors could use this non-party information to unfairly target

14   Google's developer partners and offer specific deal terms designed to undercut those offered by

15   Google. This text contains confidential, non-public information regarding non-party developers, and

16   implicates the non-party's confidentiality interests, by revealing the identity of Google business

17   partners who are not party to this litigation, and who has a reasonable expectation that Google will

18   maintain the confidentiality of contractual terms and its own confidential statements made during

19   negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

20   to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

21   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

22   Google's competitors could use this non-party information to unfairly target Google's developer

23   partners.

24         441.   **Exhibit 45, Page -322 (between "temporary solution last year" and end of slide).**

25   This text contains confidential, non-public information regarding non-party developers, and implicates

26   the non-party's confidentiality interests, by revealing the identity of Google business partners who are

27   not party to this litigation, and who has a reasonable expectation that Google will maintain the

28

confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

442. **Exhibit 45, Page -323 (between "Android investment" and "3 proposed approaches"; all text below "3 proposed approaches:"; entire graph; all text in rows named "Est. Play Value" and "Play Rev" and "Consumer Spend").** This information contains non-public and confidential data regarding strategies for attracting developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

443. **Exhibit 45, Page -324 (all text below "but not limited to").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

444. **Exhibit 45, Page -325 (logo between "Rev Share, Pricing " and "It is unfair that").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

1    it reveals strategic decision-making, which, for example, could give a competitor or potential business

2    partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

3    competitors could use this non-party information to unfairly target Google's developer partners.

4         445.   **Exhibit 45, Page -329 (between "Principles" and "Risks: Games contagion").** This

5    information contains non-public and confidential data regarding developer relations on Google Play.

6    This information has never been disclosed publicly and the Google Play product team treats it as

7    strictly confidential. If publicly revealed, this information could influence the competitive decision-

8    making and business strategies employed by Google's app store competitors, for example by

9    influencing how those app stores market themselves to U.S. developers and how they distinguish

10   themselves from Google Play in the eyes of U.S. developers.

11        446.   **Exhibit 45, Page -330 (between "platform & GPB investment" and "All"; between**

12   **"All" and "Consistent Policy Enforcement"; rows named "Vertical-specific product**

13   **integrations" and "V2 Performance boost"; between "drive adoption (e.g." and "b) GPB where**

14   **we"; between "would range from" and "(depending on eligibility"; between "Likely to target"**

15   **and "(based on priority"; between "Current LRAP program:" and "active partners in"; between**

16   **"in program. Top" and "drive"; between "drive" and "of total LRAP consumer"; between**

17   **"(Total =" and "of subs H1 spend"; between "not part of LRAP" and "but are integrated with").**

18   This information contains non-public and confidential data regarding developer outreach and

19   partnerships on Google Play. This information has never been disclosed publicly and the Google Play

20   product team treats it as strictly confidential. If publicly revealed, this information could influence the

21   competitive decision-making and business strategies employed by Google's app store competitors, for

22   example by influencing how those app stores market themselves to U.S. developers and how they

23   distinguish themselves from Google Play in the eyes of U.S. developers. This text also contains

24   confidential, non-public information regarding non-party developers, and implicates the non-party's

25   confidentiality interests, by revealing the identity of Google business partners who are not party to this

26   litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

27   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

28

this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

447.    **Exhibit 45, Page -335 (between "Alternatives" and end of slide).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

448.    **Exhibit 45, Page -336 (entire graph).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

449.    **Exhibit 45, Page -339 (all text below "Spotify's specific concerns").** The disclosure of the developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

450.    **Exhibit 45, Page -342 (between beginning of slide and "can help land the"; logo next to "Match"; between "Google can advance user experience" and "Investigate alternatives"; all text below "Investigate alternatives:").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value

1  for and attracting developers to the Google Play Store. This information has never been disclosed

2  publicly. Disclosure of this information would adversely impact Google's current competitive position

3  by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

4  away from Google.

5       451.    **Exhibit 45, Page -347 (between "default payment options:" and "Korean dating**

6  **partners"; between "Korean dating partners:" and "More are at risk"; between "Other apps:"**

7  **and "Games:"; between "Games:" and "Status").** This text contains confidential, non-public

8  information regarding non-party developers, and implicates the non-party's confidentiality interests, by

9  revealing the identity of Google business partners who are not party to this litigation, and who has a

10  reasonable expectation that Google will maintain the confidentiality of contractual terms and its own

11  confidential statements made during negotiations. Further, disclosure of this non-public information is

12  likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

13  example, could give a competitor or potential business partner unfair leverage in competing against or

14  negotiating with Google. Moreover, Google's competitors could use this non-party information to

15  unfairly target Google's developer partners.

16      **Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment- Exhibit 49**

17      **[Dkt. No. 509-50]**

18      **(Exhibit D16)**

19       452.    **Exhibit 49, Page -140 (between "hurt user experience and revenue." and "And**

20  **with this additional tax"; between "across our platforms and globally assuming" and "We would**

21  **work with you").** This text contains non-public information regarding confidential statements made

22  during negotiations between Google and a developer, including regarding the status of non-public

23  technical development efforts by Google. Disclosure of this non-public information is likely to result

24  in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give

25  a competitor or potential business partner unfair leverage in competing against or negotiating with

26  Google. Moreover, Google's competitors could use this non-party information to unfairly target

27  Google's developer partners.

28

453. **Exhibit 49, Page -141 (between "what I heard about status" and "On economics, as").** This text contains non-public information regarding confidential statements made during negotiations between Google and a developer, including regarding the status of non-public technical development efforts by Google. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

**Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment - Exhibit 52**

**[Dkt. No. 509-53]**

**(Exhibit D17)**

454. **Exhibit 52, Page 43, Paragraph 52 (between "indicates that around" and "of apps on active").** This information contains non-public and confidential data regarding user download behavior regarding sideloading on Android. This information has never been disclosed publicly and the Android and Google Play product teams treat it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

455. **Exhibit 52, Page 43, Paragraph 53 (between "accounts for only" and "of total app revenues").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

456.     **Exhibit 52, Page 43, Paragraph 52, Note 78 (between "% of sideloaded app" of" and "over the 2019 and 2020").**  This information contains non-public and confidential data regarding user download behavior regarding sideloading on Android. This information has never been disclosed publicly and the Android and Google Play product teams treat it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

457.     **Exhibit 52, Page 164, Paragraph 246, Note 542 (between "Offered to pay" and "effective at"; between "effective at" and "signaled they could"; between "could move to" and "and Google").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

458.     **Exhibit 52, Page 364, Paragraph 611 (between "Billing Services Markets of roughly" and "for the period August"; between "which I find to be approximately" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

**Google's Motion to Exclude Opinions Offered by Hal Singer [Dkt. No. 487]**

1

**(Exhibit E1)**

2      459.    **Page 4, Lines 24-27 (between "average basis -" and "for IAPs"; between**

3  **"transactions)," and "for paid"; between "downloads, and" and "for subscriptions.").** This

4  information reflects and is calculated from internal, non-public Google financial data. Google spends

5  significant resources compiling and maintaining this valuable data, which is non-public, and if

6  revealed to competitors and potential business counterparties, could be used to disadvantage and cause

7  Google competitive harm by giving competitors insight into confidential Google financial information.

8  Further, this information reflects sensitive, highly confidential characterizations by Google's internal

9  business teams that, if revealed, could be referenced by potential counterparties in negotiations with

10  Google to gain an unfair advantage against Google.

11  **Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 1 [Dkt. No. 487-2]**

12                          **(Exhibit E2)**

13      460.    **Page 7, Paragraph 1, Note 4 (between "exceeds" and "percent").**  This text reflects

14  revenue figures calculated or derived from Google's financial data which is non-public information,

15  and if revealed to competitors and potential business counterparties, could be used to disadvantage

16  Google. For example, if competitor platforms became aware of this information they could use it to

17  inform their own strategies, unfairly leveraging Google's financial data to compete more effectively

18  with Google Play.  Moreover, visibility into the trends in the data (i.e., figures across multiple years)

19  gives Google's competitors improper insight into the financial health and future outlook of the Play

20  business, which also arguably gives Google's competitors an unfair advantage.

21      461.    **Page 8, Paragraph 3 (between "damages of" and "resulting"; between "damages of**

22  **up to" and end of sentence).**  This information is calculated from internal, non-public Google

23  financial data. Google spends significant resources compiling and maintaining this valuable data,

24  which is non-public, and if revealed to competitors and potential business counterparties, could be used

25  to disadvantage and cause Google competitive harm by giving competitors insight into confidential

26  Google financial information.

27

28

462.     **Page 20, Paragraph 20, Note 55 (between "GOOG-PLAY-010801568 at -570" and "GOOG-PLAY-001404176").**  This text contains confidential, non-public information regarding a non-party developer, and implicates that non-party's confidentiality interests, by revealing the nature of its business arrangements with Google.  The non-party has a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

463.     **Page 22, Paragraph 24, Note 68 (between "the developers" and "and"; between "and" and "decided not to").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests, by revealing the strategic reasoning behind the non-parties' business decisions.  The non-parties have a reasonable expectation that Google will maintain the confidentiality of such information. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

464.     **Page 27, Paragraph 36 (between "yet" and "percent").**  This information reveals Google's internal non-public calculations regarding the adoption of Google Play Billing. This data is not otherwise publicly reported by the company and its disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage.  Visibility into this data gives Google's competitors improper insight into the financial health of the company and success of the Play business model, which arguably gives Google's competitors an unfair advantage.

465.     **Page 29, Paragraph 40 (between "less than" and "percent).**  This text describes confidential and non-public details about Google Play's customer discounts. If those details were

1    revealed to competitors and potential business counterparties, they could use that information to

2    disadvantage Google.

3        466.    **Page 31, Paragraph 47 (between "OS for" and "of consumers"; between "OS of**

4    **choice for" and "of those"; between "and for" and "of buyers").**  This information contains non-

5    public data regarding Google's competitive positioning and relative success among various tiers of

6    consumers.  This data informs Google's confidential non-public internal strategic considerations

7    related to attracting customers. This information has never been disclosed publicly. Disclosure of this

8    information would adversely impact Google's current competitive position by enabling Google's

9    competitors to mimic its confidential strategies in an effort to attract customers away from Google.

10        467.    **Page 31, Paragraph 47, Note 89 (between "Only" and "of purchasers").**  This

11    information contains non-public data regarding Google's competitive positioning and relative success

12    among various tiers of consumers.  This data informs Google's confidential non-public internal

13    strategic considerations related to attracting customers. This information has never been disclosed

14    publicly. Disclosure of this information would adversely impact Google's current competitive position

15    by enabling Google's competitors to mimic its confidential strategies in an effort to attract customers

16    away from Google.

17        468.    **Page 32, Paragraph 49 (between "only" and "of U.S. Android users").**  This

18    information contains non-public and confidential data regarding the frequency with which Android

19    users switch to iOS.  This information has never been disclosed publicly and the Google Play product

20    team treats it as strictly confidential. If publicly revealed, this information could influence the

21    competitive decision-making and business strategies employed by Google's app store competitors, for

22    example by influencing how those app stores market themselves to U.S. developers and how they

23    distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing this

24    data could influence the negotiating strategies and tactics employed by app developers and other

25    current and prospective counterparties with which Google does or may transact business.

26        469.    **Page 32, Paragraph 49, Note 97 (between "only" and "of Android users").**  This

27    information contains non-public and confidential data regarding the frequency with which Android

28

1    users switch to iOS.  This information has never been disclosed publicly and the Google Play product

2    team treats it as strictly confidential. If publicly revealed, this information could influence the

3    competitive decision-making and business strategies employed by Google's app store competitors, for

4    example by influencing how those app stores market themselves to U.S. developers and how they

5    distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing this

6    data could influence the negotiating strategies and tactics employed by app developers and other

7    current and prospective counterparties with which Google does or may transact business.

8        470.    **Page 33, Paragraph 51, Note 110 (between "GOOG-PLAY-002416488" and "data**

9    **showing").**  This text contains confidential, non-public information regarding non-party developers,

10   and implicates the non-party's confidentiality interests.  The non-party has a reasonable expectation

11   that Google will maintain the confidentiality of its user data. The disclosure of the non-party's identity

12   in this context would significantly harm the non-party's business. For example, competitors of the non-

13   party could leverage this information to reap an unearned competitive advantage. They could exploit

14   this information—that they otherwise would not have access to—to inform their own business

15   strategies.  To prevent these competitive harms from coming to fruition, the non-party proactively

16   maintains the confidentiality of its user data, only disclosing it to a select group of individuals on an

17   as-needed basis.

18       471.    **Page 39, Paragraph 66 (between "recognizes that" and "Google's business**

19   **strategy"; between "documents" and "recognizing"; between "established one" and end of**

20   **sentence).**  This information contains non-public information regarding Google's confidential non-

21   public internal strategic considerations related to creating value for and attracting developers to the

22   Google Play Store. This information has never been disclosed publicly.  If publicly revealed, this

23   information could influence the competitive decision-making and business strategies employed by

24   Google's app store competitors, for example by influencing how those app stores market themselves to

25   U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

26       472.    **Page 43, Paragraph 78, Note 178 (between "specifies that" and "of"; between "of"**

27   **and "When the contract"; between "in 2012" and "share of"; between "share of" and "was**

28

1   reduced"; between "reduced to just" and "See GOOG-PLAY-001559464.R at -492.R"; between

2   "titled" and "Search Revenue Share Renewal").  This text contains confidential, non-public

3   information regarding Google's agreements with non-party developers. Disclosure of this non-public

4   information is likely to result in competitive harm to Google, as it reveals strategic decision-making

5   which, for example, could give a competitor or potential business partner unfair leverage in competing

6   against or negotiating with Google. Moreover, Google's competitors could use this non-party

7   information to unfairly target Google's developer partners and offer specific deal terms designed to

8   undercut those offered by Google.

9       473.   **Page 45, Paragraph 84 (between "increased from" and "Part of this"; between**

10  **"increase in the" and "Margin / Device"; between "increases from" and "The remainder";**

11  **between "increase in the" and "Margin / Device"; between "increases from" and "The**

12  **incremental"; between "at" and "This LTV analysis").**  This text reflects profit margin figures

13  calculated or derived from Google's financial data which is non-public information, and if revealed to

14  competitors and potential business counterparties, could be used to disadvantage Google. For example,

15  if competitor platforms became aware of this information they could use it to inform their own

16  strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

17      474.   **Page 46, Figure 6 (entire chart).**  This chart reflects profit margin figures calculated or

18  derived from Google's financial data which is non-public information, and if revealed to competitors

19  and potential business counterparties, could be used to disadvantage Google. For example, if

20  competitor platforms became aware of this information they could use it to inform their own strategies,

21  unfairly leveraging Google's financial data to compete more effectively with Google Play.

22      475.   **Page 46, Paragraph 85 (between "incremental" and "on Google services").**  This

23  text reflects gross margin figures calculated or derived from Google's financial data which is non-

24  public information, and if revealed to competitors and potential business counterparties, could be used

25  to disadvantage Google. For example, if competitor platforms became aware of this information they

26  could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more

27  effectively with Google Play.  Moreover, visibility into the trends in the data (i.e., figures across

28

multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

476.    **Page 48, Paragraph 90 (between "to just" and "percent"; between "and just" and percent").**  This information contains non-public and confidential data regarding the number of apps downloaded outside of Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of app installations outside of Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

477.    **Page 48, Paragraph 90, Note 201 (between "approximately" and "of all Google Android").**  This information contains non-public and confidential data regarding the percentage of non-Play Store app installations attributable to sideloading. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of app installations attributable to sideloading could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

478.    **Page 48, Paragraph 91, Note 203 (between "at" and "in 2019 and 2020"; between "The" and "statistic"; between "less than" and "of Apps").**  This information contains non-public and confidential data regarding the percentage of non-Play Store app installations attributable to sideloading. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive

decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of app installations attributable to sideloading could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

479.    **Page 50, Paragraph 94, Note 208 (between "his time at" and "Id. at 101:21-102:14").**  The disclosure of this non-party's highly confidential information would significantly harm the non-party's business by revealing the strategic reasoning behind the non-party's business decisions. Competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this non-party proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

480.    **Page 50, Paragraph 95, Note 209 (between "Id. at 321:19-323:1" and "Id. at 324:6-12"; between "for the developer" and end of sentence).**  The disclosure of this non-party's highly confidential information would significantly harm the non-party's business by revealing the strategic reasoning behind the non-party's business decisions. Competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this non-party proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

481.    **Page 50, Paragraph 96 (between "increase from" and "See Table 16").**  This text contains non-public and confidential information relating to the consumer subsidy that would exist in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

482.     **Page 50, Paragraph 96 (between "approximately" and "which is far above"; between "subsidy of" and end of sentence).**  This text contains non-public and confidential information relating to the consumer subsidy that would exist in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

483.     **Page 52, Paragraph 98 (between "approximately" and "See Table 6"; between "price of" and "multiplied"; between "take rate of" and end of sentence).**  This text contains non-public and confidential information relating to the transaction price that would exist in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

484.     **Page 52, Paragraph 98 (between "approximately" and "See Table 6"; between "price of" and "multiplied"; between "take rate of" and end of sentence).**  This text reveals Google's internal non-public profit, revenue, and financial calculations regarding transaction prices and Google's take rate on transactions. This data is not otherwise publicly reported by the company and its disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

485.     **Page 52, Paragraph 98 (between "approximately" and "percent"; between "equal to" and end of sentence).**  This text reveals Google's internal non-public profit, revenue, and financial calculations regarding Google's actual transaction prices, as well as the contentions of Plaintiffs' expert regarding the transaction price that would exist in a but-for world which are derived from Google's highly confidential transactional data. This data is not otherwise publicly reported by the company and its disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

486. **Page 52, Paragraph 98, Note 218 (between "approximately" and end of sentence).** This text reveals Google's internal financial data regarding its transaction prices. This data is not otherwise publicly reported by the company and its disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

487. **Page 54, Paragraph 105 (between "would amount to" and "of mobile gaming"; between "represented" and "of mobile games").** This text contains information regarding Google's confidential non-public internal strategic considerations related to the game-streaming market, including revenue projections and estimates calculated from Google's internal non-public financial data. This information has never been disclosed publicly. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

488. **Page 61, Paragraph 121, Note 283 (between "showing" and "percent of 2021").** This text reveals Google's internal non-public financial calculations of Play Store revenue generated from apps and games compared to other sources. This financial information is not otherwise publicly reported by the company and its disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

489. **Page 65, Paragraph. 127 (between "over" and "percent of App").** This text contains non-public and confidential data regarding the percentage of app installations and updates performed via the Play Store. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they

distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of app installations and updates performed via Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

490.     **Page 66, Table 1 (entire chart, except for the "Month" column).**  This chart contains non-public and confidential data regarding the percentage of app installations and updates performed via the Play Store. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of app installations and updates performed via Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.  Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

491.     **Page 66, Paragraph 128 (between "describe as" and "Although P2P").**  This text contains non-public information regarding Google's confidential, internal strategic considerations related to methods of installing apps outside of the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by giving them insight into Google's confidential strategic thinking with respect to app distribution and development.

492.     **Page 66, Paragraph 128, Note 299 (between "where are installs coming from?..."** **and end of sentence).**  This text contains non-public information regarding Google's confidential, internal strategic considerations related to methods of installing apps outside of the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely

1   impact Google's current competitive position by giving them insight into Google's confidential

2   strategic thinking with respect to app distribution and development.

3       493.    **Page 67, Paragraph 130 (between "through the" and "also represented"; between**

4   **"such as" and "have market shares").**  This text contains confidential, non-public information

5   regarding non-parties, and implicates the non-parties' confidentiality interests, by revealing the non-

6   parties' respective shares of initial downloads on Android devices.  The non-parties have a reasonable

7   expectation that Google will maintain the confidentiality of such information. Further, disclosure of

8   this non-public information is likely to result in competitive harm to Google, as it reveals Google's

9   internal data and/or estimates regarding third party app stores' relative share of initial app downloads

10  on Android devices.  This provides insight into Google's strategic thinking, which could give a

11  competitor or potential business partner unfair leverage in competing against or negotiating with

12  Google.

13      494.    **Page 67, Figure 10 (entire chart).**  This chart contains confidential, non-public

14  information regarding non-parties, and implicates the non-parties' confidentiality interests, by

15  revealing the non-parties' respective shares of initial downloads on Android devices.  The non-parties

16  have a reasonable expectation that Google will maintain the confidentiality of such information.

17  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

18  it reveals Google's internal data and/or estimates regarding third party app stores' relative share of

19  initial app downloads on Android devices.  This provides insight into Google's strategic decision-

20  making, which could give a competitor or potential business partner unfair leverage in competing

21  against or negotiating with Google.

22      495.    **Page 69, Paragraph 133, Note 302 (between "Koh Dep. 323:3-23" and "didn't**

23  **invest").**  This text contains confidential, non-public information regarding a non-party developer, and

24  implicates the non-party's confidentiality interests.  The text reveals the identity and strategic decision-

25  making of a Google business partner who is not party to this litigation.  The disclosure of this non-

26  party's strategic business considerations would significantly harm the non-party's business. For

27  example, competitors could leverage this information to reap an unearned competitive advantage. They

28

1  could exploit this information—that they otherwise would not have access to—to inform their own

2  business strategies. To prevent these competitive harms from coming to fruition, the non-party

3  proactively maintains the confidentiality of its strategic information, only disclosing it to a select group

4  of individuals on an as-needed basis.  Further, disclosure of this non-public information is likely to

5  result in competitive harm to Google, as it provides insight into the strategic decision-making of

6  specific developers, which, for example, could give a competitor or potential business partner unfair

7  leverage in competing against or negotiating with Google.

8       496.    **Page 69, Paragraph 134 (between "and the" and "store was").**  This text contains

9  confidential, non-public information regarding a non-party, and implicates the non-party's

10  confidentiality interests, by revealing the percentage of active Android devices on which the non-party

11  was able to pre-load its app store.  This provides insight into the commercial success and business

12  outlook of the non-party.  The non-party has a reasonable expectation that Google will maintain the

13  confidentiality of such information.  The disclosure of the non-party's highly confidential information

14  would significantly harm the non-party's business. For example, competitors could leverage this

15  information to reap an unearned competitive advantage. They could exploit this information—that they

16  otherwise would not have access to—to inform their own business strategies. To prevent these

17  competitive harms from coming to fruition, the non-party proactively maintains the confidentiality of

18  its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

19  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

20  it reveals Google's internal data and/or estimates regarding the share of active Android devices with

21  alternative app stores.  This provides insight into Google's strategic thinking, which could give a

22  competitor or potential business partner unfair leverage in competing against or negotiating with

23  Google.

24       497.    **Page 69, Table 4 (all numbers under column "Amazon"; all numbers under**

25  **column "LG"; all numbers under column "Galaxy").**  This chart contains confidential, non-public

26  information regarding a non-party, and implicates the non-party's confidentiality interests, by

27  revealing the percentage of active Android devices on which the non-party was able to pre-load its app

28

1   store.  This provides insight into the commercial success and business outlook of the non-party.  The

2   non-party has a reasonable expectation that Google will maintain the confidentiality of such

3   information.  The disclosure of the non-party's highly confidential information would significantly

4   harm the non-party's business. For example, competitors could leverage this information to reap an

5   unearned competitive advantage. They could exploit this information—that they otherwise would not

6   have access to—to inform their own business strategies. To prevent these competitive harms from

7   coming to fruition, the non-party proactively maintains the confidentiality of its strategic information,

8   only disclosing it to a select group of individuals on an as-needed basis.  Further, disclosure of this

9   non-public information is likely to result in competitive harm to Google, as it reveals Google's internal

10  data and/or estimates regarding the share of active Android devices with alternative app stores.  This

11  provides insight into Google's strategic thinking, which could give a competitor or potential business

12  partner unfair leverage in competing against or negotiating with Google.

13         498.     **Page 70-71, Paragraph 138 (between "profit of" and "in 2019"; between "a" and**

14  **"over the Play Store's"; between "profit of" and "in 2018"; between "excluding ads" and "to";**

15  **between "to" and "in 2020"; between "in 2020, an" and "of"; between "of" and "from the prior**

16  **year"; between "2020 was" and "and its operating"; between "margin was" and "A separate**

17  **spreadsheet"; between "additional" and "on ads"; between "with" and "of those revenues";**

18  **between "of those revenues" and "In 2021"; between "gross profit margin was" and "its**

19  **operating"; between "operating profit margin was" and "and its operating"; between "profit**

20  **was" and "In 2021"; between "additional" and "on ads"; between "with" and "of those revenues**

21  **(again)"; between "(again)" and "Google has projected"; between "income will" and "to";**

22  **between "to" and "by 2025").**  This text reflects revenue, operating profit, and gross profit margin

23  figures calculated or derived from Google's financial data which is non-public information, and if

24  revealed to competitors and potential business counterparties, could be used to disadvantage Google.

25  For example, if competitor platforms became aware of this information they could use it to inform

26  their own strategies, unfairly leveraging Google's financial data to compete more effectively with

27  Google Play.

28

499.    **Page 70, Paragraph 138, Note 315 (between "revenue of" and "in 2020"; between "sales of" and "direct operating"; between "expenses of" and "and cost allocations of"; between "and cost allocations of" and "These data"; between "revenue of" and "Similarly"; between "direct costs is" and "and the 2020"; between "cost allocations is" and end of sentence).**  This text reflects revenue, operating profit, and gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

500.    **Page 70, Paragraph 138, Note 316 (between "(excluding ads) of" and "and gross"; between "profit of" and "for gross"; between "margin of" and "The Play Store's"; between "profit was" and "in 2021"; between "margin of" and "percent").**  This text reflects revenue, operating profit, and gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

501.    **Page 71, Paragraph 138, Note 317 (between "revenue of" and "in 2021"; between "profit of" and "for a gross"; between "margin of" and "Total operating expenses"; between "recorded at" and "yielding"; between "operating profit of" and "for an operating margin of"; between "for an operating margin of" and end of sentence).**  This text reflects revenue, operating profit, and gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

502. **Page 73, Paragraph 145, Note 333 (between "Explaining that" and "(emphasis in original").** This information contains non-public and confidential estimates, information, and strategic discussion regarding the percentage of developers who choose Google Play as a payment provider. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

503. **Page 74, Paragraph 147 (between "own billing infrastructure" and "Similar to"; between "Similar to" and "Record evidence"; between "indicates that" and end of sentence).** This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by providing insight into the non-party's strategic decision-making. The non-party has a reasonable expectation that Google will maintain the confidentiality of such information. The disclosure of the non-party's highly confidential information would significantly harm the non-party's business. For example, its competitors could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the non-party proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals the strategic business considerations of developers, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

504. **Page 76, Paragraph 153, Note 358 (between "GOOG-PLAY-000259276" and "is definitely"; between "Epic and" and "wanted to use"; between "suspected" and "would want to"; between "to bring" and "on to our Billing"; between "including" and "interpret").** This text contains confidential, non-public information regarding non-party developers, and implicates the developers' confidentiality interests, by providing insight into the developers strategic decision-

1   making.  The developers have a reasonable expectation that Google will maintain the confidentiality of

2   such information.  The disclosure of the developers' highly confidential information would

3   significantly harm the developers' business. For example, their competitors could exploit this

4   information—that they otherwise would not have access to—to inform their own business strategies.

5   To prevent these competitive harms from coming to fruition, the developers proactively maintain the

6   confidentiality of their strategic information, only disclosing it to a select group of individuals on an

7   as-needed basis.  Further, disclosure of this non-public information is likely to result in competitive

8   harm to Google, as it reveals the strategic business considerations of developers, which, for example,

9   could give a competitor or potential business partner unfair leverage in competing against or

10  negotiating with Google.

11          505.    **Page 77, Paragraph 154, Note 364 (between "Billing" and "Match"; between**

12  **"Match" and "and others"; between "GOOG-PLAY-000258923 at -924" and "does not believe";**

13  **between "services like match" and "began as web"; between "summarizing" and "test").**  This

14  text contains confidential, non-public information regarding non-party developers, and implicates the

15  developers' confidentiality interests, by providing insight into the developers strategic decision-

16  making.  The developers have a reasonable expectation that Google will maintain the confidentiality of

17  such information.  The disclosure of the developers' highly confidential information would

18  significantly harm the developers' respective businesses. For example, their competitors could exploit

19  this information—that they otherwise would not have access to—to inform their own business

20  strategies. To prevent these competitive harms from coming to fruition, the developers proactively

21  maintain the confidentiality of their strategic information, only disclosing it to a select group of

22  individuals on an as-needed basis.  Further, disclosure of this non-public information is likely to result

23  in competitive harm to Google, as it reveals the strategic business considerations of developers, which,

24  for example, could give a competitor or potential business partner unfair leverage in competing against

25  or negotiating with Google.

26          506.    **Page 80, Paragraph 162, Note 374 (between "survey found that" and "are from";**

27  **between "while" and "are implicit"; between "Play Store" and "responded affirmatively";**

28

1    between "Id. at -584." and "thought that information").  This information contains non-public and

2    confidential data regarding the browsing and purchasing patterns of Android users on Google Play.

3    This information has never been disclosed publicly and the Google Play product team treats it as

4    strictly confidential. If publicly revealed, this information could influence the competitive decision-

5    making and business strategies employed by Google's app store competitors, for example by

6    influencing how those app stores market themselves to U.S. developers and how they distinguish

7    themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of U.S.

8    developers that distribute apps on Google Play could influence the negotiating strategies and tactics

9    employed by app developers and other current and prospective counterparties with which Google does

10   or may transact business.

11           507.    **Page 80, Paragraph 164 (between "by roughly" and "implying that"; between "for**

12   **one year" and end of sentence).**  This information reflects Google's internal financial calculations.

13   Google spends significant resources compiling and maintaining the valuable, non-public data from

14   which these calculations were derived.  If revealed to competitors and potential business

15   counterparties, these calculations could be used to disadvantage and cause Google competitive harm by

16   giving competitors insight into confidential Google financial information. Further, this information

17   reflects sensitive, highly confidential characterizations by Google's internal business teams that, if

18   revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair

19   advantage against Google.

20           508.    **Page 80, Paragraph 164, Note 377 (between "will cost" and end of sentence).**  This

21   information reflects Google's internal financial calculations. Google spends significant resources

22   compiling and maintaining the valuable, non-public data from which these calculations were derived.

23   If revealed to competitors and potential business counterparties, these calculations could be used to

24   disadvantage and cause Google competitive harm by giving competitors insight into confidential

25   Google financial information. Further, this information reflects sensitive, highly confidential

26   characterizations by Google's internal business teams that, if revealed, could be referenced by potential

27   counterparties in negotiations with Google to gain an unfair advantage against Google.

28

509.     **Page 81, Paragraph 165, Note 382 (between "regarding" and "enabling Google Play").**  This text contains confidential, non-public information regarding a non-party developer  and reveals the identity of a Google business partner who is not party to this litigation.  Disclosure of this information would implicate the developer's confidentiality interests, as the developer has a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations.  The disclosure of the developer's highly confidential information would significantly harm the developer's business. For example, its competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

510.     **Page 81, Paragraph 165, Note 383 (between "signed by" and "etc."; between "such as" and "signed more"; between "GOOG-PLAY-007271978" and "GOOG-PLAY-007272461"; between "GOOG-PLAY-007272461" and "GOOG-PLAY- 007317231"; between "GOOG-PLAY- 007317231" and "GOOG-PLAY-007317239"; between "GOOG-PLAY-007317239" and "GOOG-PLAY-009214128"; between "GOOG-PLAY-009214128" and end of sentence).**  This text contains confidential, non-public information regarding non-party developers  and reveals the identities of Google business partners who are not party to this litigation.  Disclosure of this information would implicate the developers' confidentiality interests, as the developers have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements made during negotiations.  The disclosure of the developers' highly confidential information would significantly harm the developers' respective businesses. For example,

1    their competitors could leverage this information to reap an unearned competitive advantage. They

2    could exploit this information—that they otherwise would not have access to—to inform their own

3    business strategies. To prevent these competitive harms from coming to fruition, the developers

4    proactively maintain the confidentiality of their strategic information, only disclosing it to a select

5    group of individuals on an as-needed basis. Further, disclosure of this non-public information is likely

6    to result in competitive harm to Google, as it reveals strategic decision-making which, for example,

7    could give a competitor or potential business partner unfair leverage in competing against or

8    negotiating with Google. Moreover, Google's competitors could use this non-party information to

9    unfairly target Google's developer partners and offer specific deal terms designed to undercut those

10   offered by Google.

11           511.    **Page 81, Paragraph 165, Note 384 (between "Addendum for the" and "Developer**

12   **obligations"; between "GOOG-PLAY-007505091 (Apps Velocity Program Addendum for the"**

13   **and end of sentence).**   This text contains confidential, non-public information regarding non-party

14   developers  and reveals the identities of Google business partners who are not party to this litigation.

15   Disclosure of this information would implicate the developers' confidentiality interests, as the

16   developers have a reasonable expectation that Google will maintain the confidentiality of contractual

17   terms and confidential statements made during negotiations.  The disclosure of the developers' highly

18   confidential information would significantly harm the developers' respective businesses. For example,

19   their competitors could leverage this information to reap an unearned competitive advantage. They

20   could exploit this information—that they otherwise would not have access to—to inform their own

21   business strategies. To prevent these competitive harms from coming to fruition, the developers

22   proactively maintain the confidentiality of their strategic information, only disclosing it to a select

23   group of individuals on an as-needed basis. Further, disclosure of this non-public information is likely

24   to result in competitive harm to Google, as it reveals strategic decision-making which, for example,

25   could give a competitor or potential business partner unfair leverage in competing against or

26   negotiating with Google. Moreover, Google's competitors could use this non-party information to

27

28

1  unfairly target Google's developer partners and offer specific deal terms designed to undercut those

2  offered by Google.

3      512.   **Page 81-82, Paragraph 166 (between "provided a" and "take rate").**  This text

4  contains confidential, non-public information regarding Google's agreements with non-party

5  developers. Disclosure of this non-public information is likely to result in competitive harm to Google,

6  as it reveals strategic decision-making which, for example, could give a competitor or potential

7  business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

8  competitors could use this non-party information to unfairly target Google's developer partners and

9  offer specific deal terms designed to undercut those offered by Google.

10      513.   **Page 81, Paragraph 166, Note 385 (between "Agreement with" and "Eligibility";**

11  **between "such as the" and "and"; between "and" and "were provided with"; between "such as"**

12  **and "GOOG-PLAY-007273682").**  This text contains confidential, non-public information regarding

13  non-parties and reveals the identities of Google business partners who are not party to this litigation.

14  Disclosure of this information would implicate the non-parties' confidentiality interests, as the non-

15  parties have a reasonable expectation that Google will maintain the confidentiality of contractual terms

16  and confidential statements made during negotiations.  The disclosure of the non-parties' highly

17  confidential information would significantly harm the non-parties' respective businesses. For example,

18  their competitors could leverage this information to reap an unearned competitive advantage. They

19  could exploit this information—that they otherwise would not have access to—to inform their own

20  business strategies. To prevent these competitive harms from coming to fruition, the non-parties

21  proactively maintain the confidentiality of their strategic information, only disclosing it to a select

22  group of individuals on an as-needed basis. Further, disclosure of this non-public information is likely

23  to result in competitive harm to Google, as it reveals strategic decision-making which, for example,

24  could give a competitor or potential business partner unfair leverage in competing against or

25  negotiating with Google. Moreover, Google's competitors could use this non-party information to

26  unfairly target Google's developer partners and offer specific deal terms designed to undercut those

27  offered by Google.

28

1    514.    **Page 82, Paragraph 166, Note 386 (between "Program Addendum with" and**

2    **"GOOG-PLAY-007505116"; between "Program Addendum with" and "became the first";**

3    **between "March 2022" and "would be subject"; between "subject to a" and "take rate"; between**

4    **"Google Play Billing and" and "if a user"; between "chooses" and end of sentence).**  This text

5    contains confidential, non-public information regarding non-party developers  and reveals the identities

6    of Google business partners who are not party to this litigation.  Disclosure of this information would

7    implicate the developers' confidentiality interests, as the developers have a reasonable expectation that

8    Google will maintain the confidentiality of contractual terms and confidential statements made during

9    negotiations.  The disclosure of the developers' highly confidential information would significantly

10   harm the developers' respective businesses. For example, their competitors could leverage this

11   information to reap an unearned competitive advantage. They could exploit this information—that they

12   otherwise would not have access to—to inform their own business strategies. To prevent these

13   competitive harms from coming to fruition, the developers proactively maintain the confidentiality of

14   their strategic information, only disclosing it to a select group of individuals on an as-needed basis.

15   Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

16   it reveals strategic decision-making which, for example, could give a competitor or potential business

17   partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

18   competitors could use this non-party information to unfairly target Google's developer partners and

19   offer specific deal terms designed to undercut those offered by Google.

20   515.    **Page 82, Paragraph 167 (between "provided" and "The terms of"; between**

21   **"contribution of" and "from Google in"; between "from Google in" and "Riot Games"; between**

22   **"receiving" and "of support for"; between "of support for" and "content"; between "content**

23   **and" and "in"; between "in" and "receiving a"; between "receiving a" and "in which Google";**

24   **between "agreed to" and end of sentence).**  This text contains confidential, non-public information

25   regarding non-party developers  and reveals the identities of Google business partners who are not

26   party to this litigation.  Disclosure of this information would implicate the developers' confidentiality

27   interests, as the developers have a reasonable expectation that Google will maintain the confidentiality

28

1    of contractual terms and confidential statements made during negotiations.  The disclosure of the

2    developers' highly confidential information would significantly harm the developers' respective

3    businesses. For example, their competitors could leverage this information to reap an unearned

4    competitive advantage. They could exploit this information—that they otherwise would not have

5    access to—to inform their own business strategies. To prevent these competitive harms from coming to

6    fruition, the developers proactively maintain the confidentiality of their strategic information, only

7    disclosing it to a select group of individuals on an as-needed basis. Further, disclosure of this non-

8    public information is likely to result in competitive harm to Google, as it reveals strategic decision-

9    making which, for example, could give a competitor or potential business partner unfair leverage in

10   competing against or negotiating with Google. Moreover, Google's competitors could use this non-

11   party information to unfairly target Google's developer partners and offer specific deal terms designed

12   to undercut those offered by Google.

13      516.    **Page 82, Paragraph 167, Note 387 (between "Distribution Agreement for the" and**

14   **end of sentence).**  This text contains confidential, non-public information regarding a non-party

15   developer  and reveals the identity of a Google business partner who is not party to this litigation.

16   Disclosure of this information would implicate the developer's confidentiality interests, as the

17   developer has a reasonable expectation that Google will maintain the confidentiality of contractual

18   terms and confidential statements made during negotiations.  The disclosure of the developer's highly

19   confidential information would significantly harm the developer's business. For example, its

20   competitors could leverage this information to reap an unearned competitive advantage. They could

21   exploit this information—that they otherwise would not have access to—to inform their own business

22   strategies. To prevent these competitive harms from coming to fruition, the developer proactively

23   maintains the confidentiality of its strategic information, only disclosing it to a select group of

24   individuals on an as-needed basis. Further, disclosure of this non-public information is likely to result

25   in competitive harm to Google, as it reveals strategic decision-making which, for example, could give

26   a competitor or potential business partner unfair leverage in competing against or negotiating with

27   Google. Moreover, Google's competitors could use this non-party information to unfairly target

28

Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

517.     **Page 82, Paragraph 168 (between "one document" and "is only one"; between "offered a" and "rev share"; between "share.' A" and "executive testified"; between "Google and" and "have reached"; between "rate is" and "when the"; between "approximately" and "otherwise"; between "showing a" and "take rate").** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

518.     **Page 82, Paragraph 168, Note 390 (between "See" and "Rough Dep."; between "did" and "pay Google"; between "in the" and "app downloaded"; between "choices to use" and "for its payment"; between "commissions that" and "would pay"; between "of paying" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

519.     **Page 83, Paragraph 168, Note 391 (between "See" and "Rough Dep.").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of

1    this non-public information is likely to result in competitive harm to Google, as it reveals strategic

2    decision-making, which, for example, could give a competitor or potential business partner unfair

3    leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

4    this non-party information to unfairly target Google's developer partners.

5        520.    **Page 83, Paragraph 169 (between "For example, the" and "had total"; between**

6    **"of" and "in 2021"; between "approximately" and "The vast majority"; between "2021, the" and**

7    **"worldwide"; between "approximately" and "Even these estimates"; "given that the" and "In-**

8    **App aftermarket"; "only about" and "percent of its").** This information reflects and is calculated

9    from internal, non-public Google and a non-party's financial data. Google spends significant resources

10   compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

11   potential business counterparties, could be used to disadvantage and cause Google competitive harm

12   by giving competitors insight into confidential Google financial information. Further, The disclosure of

13   the non-party's highly confidential information would significantly harm to the non-party's business.

14   For example, the non-party app store's competitors could leverage this information to reap an unearned

15   competitive advantage.

16       521.    **Page 84, Figure 11 (entire chart).** This information reflects and is calculated from

17   internal, non-public Google and a non-party's financial data. Google spends significant resources

18   compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

19   potential business counterparties, could be used to disadvantage and cause Google competitive harm

20   by giving competitors insight into confidential Google financial information. Further, The disclosure of

21   the non-party's highly confidential information would significantly harm to the non-party's business.

22   For example, the non-party app store's competitors could leverage this information to reap an unearned

23   competitive advantage.

24       522.    **Page 84, Paragraph 170 (between "smaller than" and "As seen"; between "Store**

25   **are" and "of those").** This information reflects and is calculated from internal, non-public Google and

26   a non-party's financial data. Google spends significant resources compiling and maintaining this

27   valuable data, which is non-public, and if revealed to competitors and potential business

28

counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, The disclosure of the non-party's highly confidential information would significantly harm to the non-party's business. For example, the non-party app store's competitors could leverage this information to reap an unearned competitive advantage.

523.    **Page 85, Figure 12 (entire chart).** This information reflects and is calculated from internal, non-public Google and a non-party's financial data, specifically consumer expenditure. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, The disclosure of the non-party's highly confidential information would significantly harm to the non-party's business. For example, the non-party app store's competitors could leverage this information to reap an unearned competitive advantage.

524.    **Page 87, Paragraph 177 (between "Verizon with" and "percent of"; between "Google retained" and "percent"; between "Verizon a" and "percent share"; between "AT&T" and "of Gross"; between "sales, leaving" and "percent").** This text contains confidential, non-public information regarding Google's agreements with non-party mobile carriers.  These non-parties' have a reasonable expectation that Google will maintain the confidentiality of specific contractual terms and statements made during contract negotiations.  Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

525.    **Page 87, Paragraph 177, Note 405 (between "carriers received" and "of revenue"; between "deals from" and "on DCB"; between "DCB and" and "on Credit"; between "Apps to" and "and"; between "and" and "respectively").**  This text contains confidential, non-public information regarding Google's agreements with non-party carriers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making

1   which, for example, could give a competitor or potential business partner unfair leverage in competing

2   against or negotiating with Google. Moreover, Google's competitors could use this non-party

3   information to unfairly target Google's carrier  partners and offer specific deal terms designed to

4   undercut those offered by Google.

5   526.   **Page 88-89, Paragraph 179 (between "approximately" and "percent"; between**

6   **"would have" and "its"; between "its" and "percent revenue").**  This information reflects and is

7   calculated from internal, non-public Google financial data. Google spends significant resources

8   compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

9   potential business counterparties, could be used to disadvantage and cause Google competitive harm

10   by giving competitors insight into confidential Google financial information. Further, this information

11   reflects sensitive, highly confidential characterizations by Google's internal business teams that, if

12   revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair

13   advantage against Google.

14   527.   **Page 89, Paragraph 179, Note 412 (between "calculated at" and "of consumer**

15   **expenditures").**  This text reflects marginal cost figures calculated or derived from Google's financial

16   data which is non-public information, and if revealed to competitors and potential business

17   counterparties, could be used to disadvantage Google. For example, if competitor platforms became

18   aware of this information they could use it to inform their own strategies, unfairly leveraging Google's

19   financial data to compete more effectively with Google Play.

20   528.   **Page 94, Paragraph 193, Note 451 (between "July 1, 2020" and "Google").**  This

21   text contains confidential, non-public information regarding a non-party OEM and reveals the identity

22   of a Google business partner who is not party to this litigation.  Disclosure of this information would

23   implicate the OEM's confidentiality interests, as the OEM has a reasonable expectation that Google

24   will maintain the confidentiality of contractual terms and confidential statements made during

25   negotiations.  The disclosure of the OEM's highly confidential information would significantly harm

26   the OEM's business. For example, its competitors could leverage this information to reap an unearned

27   competitive advantage. They could exploit this information—that they otherwise would not have

28

1   access to—to inform their own business strategies. To prevent these competitive harms from coming to

2   fruition, the OEM proactively maintains the confidentiality of its strategic information, only disclosing

3   it to a select group of individuals on an as-needed basis. Further, disclosure of this non-public

4   information is likely to result in competitive harm to Google, as it reveals strategic decision-making

5   which, for example, could give a competitor or potential business partner unfair leverage in competing

6   against or negotiating with Google. Moreover, Google's competitors could use this non-party

7   information to unfairly target Google's OEM partners and offer specific deal terms designed to

8   undercut those offered by Google.

9        529.   **Page 94, Paragraph 194, Note 452 (between "2018" and "MADA"; between "2017"**

10   **and "MADA"; between "2011" and "MADA").**  This text contains confidential, non-public

11   information regarding non-party OEMs and reveals the identities of Google business partners who are

12   not party to this litigation.  Disclosure of this information would implicate the OEMs' confidentiality

13   interests, as the OEMs have a reasonable expectation that Google will maintain the confidentiality of

14   contractual terms and confidential statements made during negotiations.  The disclosure of the OEMs'

15   highly confidential information would significantly harm the developers' respective businesses. For

16   example, their competitors could leverage this information to reap an unearned competitive advantage.

17   They could exploit this information—that they otherwise would not have access to—to inform their

18   own business strategies. To prevent these competitive harms from coming to fruition, the OEMs

19   proactively maintain the confidentiality of their strategic information, only disclosing it to a select

20   group of individuals on an as-needed basis. Further, disclosure of this non-public information is likely

21   to result in competitive harm to Google, as it reveals strategic decision-making which, for example,

22   could give a competitor or potential business partner unfair leverage in competing against or

23   negotiating with Google. Moreover, Google's competitors could use this non-party information to

24   unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered

25   by Google.

26        530.   **Page 96, Paragraph 197 (between "Samsung" and "And in questioning"; between**

27   **"employee wrote" and end of sentence).**  This text contains confidential, non-public information

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

194

regarding non-party OEMs and reveals the identities of Google business partners who are not party to this litigation.  Disclosure of this information would implicate the OEMs' confidentiality interests, as the OEMs have a reasonable expectation that Google will maintain the confidentiality of statements made during negotiations.  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to OEMs and/or. developers and how they distinguish themselves from Google Play in the eyes of developers.

531.    **Page 100, Paragraph 209 (between "OEMs on a" and "if the OEM"; between "nearly" and "in 2020"; between "up to" and "in 2023"; between "stated goal was" and end of sentence).**  This information contains non-public and confidential information regarding agreements reached by Google with OEMs, including Google's projected expenditure on such agreements and the underlying business rationale behind such agreements. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's competitors, for example by influencing how those competitors market themselves to OEMs and developers and how they distinguish themselves from Google Play in the eyes of OEMs developers. In addition, revealing such information could influence the negotiating strategies and tactics employed by OEMs and other current and prospective counterparties with which Google does or may transact business.

532.    **Page 100-101, Paragraph 210 (between "at least" and "OEMs"; between "projections for" and "OEMs"; between "Google anticipated" and "Premier Tier"; between "January 2021" and "devices sold").**  This information contains non-public and confidential information regarding agreements reached with OEMs, including the precise number of OEMs with whom Google had entered agreements and the number of devices subject to those agreements. This

1  information has never been disclosed publicly and the Google Play product team treats it as strictly

2  confidential. If publicly revealed, this information could influence the competitive decision-making

3  and business strategies employed by Google's competitors, for example by influencing how those

4  competitors market themselves to OEMs and developers and how they distinguish themselves from

5  Google Play in the eyes of OEMs developers. In addition, revealing such information could influence

6  the negotiating strategies and tactics employed by OEMs and other current and prospective

7  counterparties with which Google does or may transact business.

8         533.    **Page 100, Paragraph 210, Note 497 (between "GOOG-PLAY-000620210" and**

9  **"GOOG-PLAY-000620638"; between "GOOG-PLAY-000620638" and "GOOG-PLAY-**

10 **005706338"; between "GOOG-PLAY-005706338" and "GOOG-PLAY-008111867"; between**

11 **"GOOG-PLAY-008111867" and "GOOG-PLAY-001745614"; between "GOOG-PLAY-**

12 **001745614" and GOOG-PLAY-000416708"; between "GOOG-PLAY-000416708" and "GOOG-**

13 **PLAY-000620282"; between "GOOG-PLAY-000620282" and "GOOG-PLAY-000620442";**

14 **between "GOOG-PLAY-000620442" and "GOOGPLAY-000620131"; between "GOOGPLAY-**

15 **000620131" and "GOOG-PLAY-005706436"; between "GOOG-PLAY-005706436" and**

16 **"GOOG-PLAY-005706676"; between "GOOG-PLAY-005706676" and "GOOG-PLAY-**

17 **007038477"; between "GOOG-PLAY-007038477" and "GOOG-PLAY-007038511"; between**

18 **"GOOG-PLAY-007038511" and "GOOG-PLAY-000620478"; between "GOOG-PLAY-**

19 **000620478" and "GOOG-PLAY-005706728"; between "GOOG-PLAY-005706728" and**

20 **"GOOG-PLAY-000416651"; between "GOOG-PLAY-000416651" and end of sentence).**  This

21 text contains confidential, non-public information regarding non-party OEMs and reveals the identities

22 of Google business partners who are not party to this litigation.  Disclosure of this information would

23 implicate the OEMs' confidentiality interests, as the OEMs have a reasonable expectation that Google

24 will maintain the confidentiality of contractual terms and confidential statements made during

25 negotiations.  The disclosure of the OEMs' highly confidential information would significantly harm

26 the developers' respective businesses. For example, their competitors could exploit this information—

27 that they otherwise would not have access to—to inform their own business strategies. To prevent

28

1    these competitive harms from coming to fruition, the OEMs proactively maintain the confidentiality of

2    their strategic information, only disclosing it to a select group of individuals on an as-needed basis.

3    Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

4    it provides insight into Google's strategic decision-making which, for example, could give a

5    competitor or potential business partner unfair leverage in competing against or negotiating with

6    Google. Moreover, Google's competitors could use this non-party information to unfairly target

7    Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

8        534.    **Page 101, Paragraph 210, Note 500 (between "Id. at -173.R." and "premier";**

9    **between "tier for" and end of sentence).**  This text contains confidential, non-public information

10   regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is

11   likely to result in competitive harm to Google, as it reveals strategic decision-making which, for

12   example, could give a competitor or potential business partner unfair leverage in competing against or

13   negotiating with Google. Moreover, Google's competitors could use this non-party information to

14   unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered

15   by Google.

16       535.    **Page 102, Paragraph 214, Note 511 (between "(Co-marketing fund agreement)"**

17   **and end of sentence).**  This text contains confidential, non-public information regarding Google's

18   agreements with non-party developers. Disclosure of this non-public information is likely to result in

19   competitive harm to Google, as it reveals strategic decision-making which, for example, could give a

20   competitor or potential business partner unfair leverage in competing against or negotiating with

21   Google. Moreover, Google's competitors could use this non-party information to unfairly target

22   Google's developer partners and offer specific deal terms designed to undercut those offered by

23   Google.

24       536.    **Page 103, Paragraph 215, Note 515 (between "offer Samsung" and "Id. at -809.";**

25   **between "In return" and "only App stores"; between "home screen" and "Id. at -810—811.").**

26   This information contains non-public and confidential information regarding negotiations with

27   Samsung, including specific deal terms. This information has never been disclosed publicly and the

28

Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's competitors, for example by influencing how those competitors market themselves to OEMs and how they distinguish themselves from Google Play in the eyes of OEMs. In addition, revealing details of Google's negotiations could influence the negotiating strategies and tactics employed by OEMs and other current and prospective counterparties with which Google does or may transact business.

537.    **Page 103-104, Paragraph 217 (between "internally as the" and "requirement"; between "developers to" and "Google's documents").**  This information contains non-public and confidential information regarding deal terms negotiated with developers. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing these details could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

538.    **Page 103, Paragraph 217, Note 519 (between "impact of" and "requirement").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

539.    **Page 104, Paragraph 218 (between "imposed" and "provisions"; between "developers" and "when distributing"; between "deal with" and "Such provisions").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google,

as it reveals strategic decision-making which, for example, could give a competitor or potential

business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

competitors could use this non-party information to unfairly target Google's developer partners and

offer specific deal terms designed to undercut those offered by Google.

540.    **Page 105, Paragraph 222, Note 537 (between "Sessions/User metric at just" and**

**"percent"; between "App/User metric at just" and "percent").**  This information contains non-

public and confidential data regarding user engagement on Google Play. This information has never

been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

revealed, this information could influence the competitive decision-making and business strategies

employed by Google's app store competitors, for example by influencing how those app stores market

themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

U.S. developers. In addition, revealing the number of U.S. developers that distribute apps on Google

Play could influence the negotiating strategies and tactics employed by app developers and other

current and prospective counterparties with which Google does or may transact business.

541.    **Page 106, Paragraph 223 (between "major game release" and "confirmed";**

**between "estimated the" and "(across all Apps)"; between "or between" and "of the amount**

**consumers").**  This information contains non-public and confidential data regarding consumer

spending on major gaming apps on Google Play. This information has never been disclosed publicly

and the Google Play product team treats it as strictly confidential. If publicly revealed, this information

could influence the competitive decision-making and business strategies employed by Google's app

store competitors, for example by influencing how those app stores market themselves to U.S.

developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In

addition, the disclosure of data about consumer spending on Google Play could influence the

negotiating strategies and tactics employed by app developers and other current and prospective

counterparties with which Google does or may transact business.  Furthermore, the text contains

information about certain non-parties, the disclosure of which would significantly harm the non-

parties' business by allowing the nonparties' competitors to potentially exploit this information—that they otherwise would not have access to—to inform their own business strategies.

542.    **Page 106-107, Paragraph 225 (between "one year" and "game developers"; between "holdouts" and "a popular gaming"; between "to Google, if" and "were to migrate"; between "impact would be" and "in spend"; between "risk of" and "defection"; between "offer to" and "that involved"; between "Google had offered" and "a"; between "a" and "reinvestment"; between "Shortly thereafter" and "signed a").**  This text contains non-public and confidential data regarding the number of developers signing Games Velocity Program Agreements, as well as the projected business impact of a particular developer removing its app from the Google Play Store and specific deal terms negotiated with that developer.  This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing this information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

543.    **Page 106, Paragraph 224, Note 541 (between "Play reinvests" and "See also GOOG-PLAY-004119228.R at -237.R"; between "Play takes" and "a developer"; between "dollars towards" and end of sentence).**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

544.    **Page 106, Paragraph 225, Note 544 (between "Id." and "is therefore considering").**
This text contains confidential, non-public information regarding a non-party developer and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation.  The non-party developer has a reasonable expectation that Google will maintain the confidentiality of statements it made to Google during negotiations and/or business discussions.  Further, the disclosure of  the developer's highly confidential information would significantly harm the developer, by providing insight into the developer's strategic business considerations.  Competitors could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the non-party developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis. Moreover, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

545.    **Page 107, Paragraph 226 (between "resulted in" and "(2019-2022)"; between "driving an" and "dollars").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

546.    **Page 108, Paragraph 228 (between "estimate that the" and "game developers"; between "accounted for" and "of all game-related"; between "revenue and" and "of all App"; between "exclusively selling" and "of the most").**  This text contains information regarding the number of developers participating in the Games Velocity Program, and the percentage of game-related app revenue attributable to those developers.  The information reflects and is calculated from

1   internal, non-public Google financial data. Google spends significant resources compiling and

2   maintaining this valuable data, which is non-public, and if revealed to competitors and potential

3   business counterparties, could be used to disadvantage and cause Google competitive harm by giving

4   competitors insight into confidential Google financial information. Further, this information reflects

5   sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

6   could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

7   against Google.

8       547.    **Page 107, Paragraph 225, Note 546 (between "As" and "has influence"; between**

9   **"up to" and "of Play revenue"; between "of Play revenue" and "would have a"; between**

10  **"margin risk of" and "for Play"; between "risk" of" and "defection"; between "percentage of"**

11  **and "and to"; between "and to" and "a percentage of subscription"; between "spend into" and**

12  **end of sentence").**  This information contains non-public and confidential information regarding

13  Google's internal analysis of a specific developer's ability to distribute outside of Google Play, as well

14  as Google's consideration of specific deal terms which could be offered to that developer.  This

15  information has never been disclosed publicly and the Google Play product team treats it as strictly

16  confidential. If publicly revealed, this information could influence the competitive decision-making

17  and business strategies employed by Google's app store competitors, for example by influencing how

18  those app stores market themselves to U.S. developers and how they distinguish themselves from

19  Google Play in the eyes of U.S. developers. In addition, revealing such information could influence the

20  negotiating strategies and tactics employed by app developers and other current and prospective

21  counterparties with which Google does or may transact business.

22      548.    **Page 108, Paragraph 228, Note 556 (between "GOOG-PLAY-000237798" and "is**

23  **excluded from"; between "GOOG-PLAY-000001976" and "is therefore considering").**  This text

24  contains confidential, non-public information regarding a non-party developer and implicates the non-

25  party's confidentiality interests, by revealing the identity of Google business partners who are not party

26  to this litigation.  The non-party developer has a reasonable expectation that Google will maintain the

27  confidentiality of statements it made to Google during negotiations and/or business discussions.

28

1   Further, the disclosure of the developer's highly confidential information would significantly harm the

2   developer, by providing insight into the developer's strategic business considerations.  Competitors

3   could exploit this information—that they otherwise would not have access to—to inform their own

4   business strategies. To prevent these competitive harms from coming to fruition, the non-party

5   developer proactively maintains the confidentiality of its strategic information, only disclosing it to a

6   select group of individuals on an as-needed basis. Moreover, disclosure of this non-public information

7   is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

8   example, could give a competitor or potential business partner unfair leverage in competing against or

9   negotiating with Google.

10   549.   **Page 108, Paragraph 228, Note 557 (between "with" and "excluded, supra").**  This

11   text contains confidential, non-public information regarding a non-party developer and implicates the

12   non-party's confidentiality interests, by revealing the identity of Google business partners who are not

13   party to this litigation.  The non-party developer has a reasonable expectation that Google will

14   maintain the confidentiality of the existence and nature of its agreements with Google.  Further, the

15   disclosure of the developer's highly confidential information would significantly harm the developer.

16   Competitors could exploit this information—that they otherwise would not have access to—to inform

17   their own business strategies. To prevent these competitive harms from coming to fruition, the non-

18   party developer proactively maintains the confidentiality of its strategic information, only disclosing it

19   to a select group of individuals on an as-needed basis. Moreover, disclosure of this non-public

20   information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

21   which, for example, could give a competitor or potential business partner unfair leverage in competing

22   against or negotiating with Google. Further, Google's competitors could use this non-party information

23   to unfairly target Google's developer partners.

24   550.   **Page 108, Paragraph 230, Note 560 (between "Hug" and "GOOG-PLAY-**

25   **011269238 at -260"; between "whether the" and "and other developer").**  This text contains

26   information regarding Google's confidential, internal analyses of the revenue risks posed by

27   competitor activity.  This information reflects and is calculated from internal, non-public Google

28

financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

551.    **Page 109-110, Paragraph 233 (between "relationship with" and "indicate"; between "meeting with" and "Google"; between "whitelist" and "in exchange for"; between "in exchange for" and "agreeing to limit"; between "suggest that if" and "appeared"; between "pull the" and "app from"; between "suggests that" and "and Google"; between "effect that" and "would not launch"; between "August 2020" and "executive"; between "executive" and "wrote in"; between "[W]e" and "have also made"; between "with the" and "installer").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

552.    **Page 109, Paragraph 232, Note 567 (between "same meeting" and "disclosed"; between "ads in the" and "GOOG-PLAY-004698100.R at -102.R").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of statements made to Google during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for

1    example, could give a competitor or potential business partner unfair leverage in competing against or

2    negotiating with Google. Moreover, Google's competitors could use this non-party information to

3    unfairly target Google's developer partners.

4          553.    **Page 109, Paragraph 233, Note 568 (between "*update*" and "apps only";**

5    **between "white-listing" and "for purposes"; between "in exchange for" and "limiting").**  This

6    text contains confidential, non-public information regarding non-party developers, and implicates the

7    non-party's confidentiality interests, by revealing the identity of Google business partners who are not

8    party to this litigation, and who has a reasonable expectation that Google will maintain the

9    confidentiality of contractual terms and its own confidential statements made during negotiations.

10   Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

11   it reveals strategic decision-making, which, for example, could give a competitor or potential business

12   partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

13   competitors could use this non-party information to unfairly target Google's developer partners.

14         554.    **Page 110, Paragraph 233, Note 572 (between start of footnote and "_000015003";**

15   **between "-004" and "See also"; between "Kochikar to" and end of sentence; between**

16   **"agreement with" and "Rasanen"; between "remember.')" and "Dep. 212"; between "asked if"**

17   **and "limited"; between "own apps," and "Lagerling Dep."; between "100:3-16" and "and did**

18   **not 'have a lot of'; between "related to" and "because at that time"; between "discussing" and**

19   **"direct app installs"; between "with respect to" and "experimenting"; between "from its" and**

20   **"A. I don't recall"; between "finding out from" and "So I can tell").** This text contains

21   confidential, non-public information regarding non-party developers, and implicates the non-party's

22   confidentiality interests, by revealing the identity of Google business partners who are not party to this

23   litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

24   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

25   this non-public information is likely to result in competitive harm to Google, as it reveals strategic

26   decision-making, which, for example, could give a competitor or potential business partner unfair

27

28

1   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

2   this non-party information to unfairly target Google's developer partners.

3       555.    **Page 110, Paragraph 234 (between "seek and obtain" and "commitment"; between**

4   **"preload" and "with installation"; between "Google gave" and "waivers"; between "waivers on"**

5   **and "continuing to refrain").**   This text contains confidential, non-public information regarding non-

6   party developers, and implicates the non-party's confidentiality interests, by revealing the identity of

7   Google business partners who are not party to this litigation, and who has a reasonable expectation that

8   Google will maintain the confidentiality of contractual terms and its own confidential statements made

9   during negotiations. Further, disclosure of this non-public information is likely to result in competitive

10  harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

11  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

12  Google's competitors could use this non-party information to unfairly target Google's developer

13  partners.

14      556.    **Page 110-111, Paragraph 235 (between "Google offered" and "a technology";**

15  **between "apps shown in" and "Ms. Rasanen"; between "to make" and "want to cease"; between**

16  **"via any" and "apps distributed"; between "while offering" and "an opportunity"; between**

17  **"When" and "refused"; between "go back to" and "and propose"; between "propose a" and**

18  **"trial agreement").**   This text contains confidential, non-public information regarding non-party

19  developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

20  business partners who are not party to this litigation, and who has a reasonable expectation that Google

21  will maintain the confidentiality of contractual terms and its own confidential statements made during

22  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

23  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

24  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

25  Google's competitors could use this non-party information to unfairly target Google's developer

26  partners.

27

28

557.    **Page 110, Paragraph 233, Note 571 (between "understanding that" and "only had"; between "agreement with" and "regarding").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

558.    **Page 110, Paragraph 234, Note 573 (between "certain point did" and "and Google"; between "regarding" and "install permissions"; between "A. Yes." and "has agreed"; between "Purnima Kochikar to" and "stating"; between "assurance that" and "has deprioritized/stopped"; between "asking" and "to confirm that"; between "to confirm that" and "is not pursue").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

559.    **Page 111, Paragraph 236 (between "offered Alley-Oop to" and "at significant cost"; between "to motivate" and "to avoid"; between "compared" and "competing"; between "give" and "something they want"; between "essentially handing" and "billions").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-

party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

560.    **Page 111-112, Paragraph 237 (between "attempt to slow" and "progress"; between "negotiating to provide" and "with"; between "with" and "on a trial basis"; between "threaten" and "with termination"; between "trial period." and "used"; between "indicates that" and "currently uses").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

561.    **Page 111, Paragraph 235, Note 576 (between "distribution via any" and "apps distributed"; between "while offering" and "an opportunity"; between "to test" and end of sentence).**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

562.    **Page 111, Paragraph 235, Note 577 (between "go back to" and "and propose"; between "propose a" and "trial agreement"; between "apps that use" and "GOOG-PLAY-006367390"; between "explaining that" and "is '[w]illing to"; between "continue testing" and "Rasanen Dep. 204:9-16"; between "make clear to" and "that at the conclusion"; between "apps that use" and "A. I believe I did").**  This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing its identity as a Google business partner.  The non-party has a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements it made to Google during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

563.    **Page 111, Paragraph 237, Note 582 (between "signal to" and "that our intent").**  This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing its identity as a Google business partner.  The non-party has a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements it made to Google during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

564.    **Page 111, Paragraph 237, Note 583 (between "Google and" and "entered into"; between "agreement permitting" and "to test").**  This text contains confidential, non-public

information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing its identity as a Google business partner. The non-party has a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements it made to Google during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

565.   **Page 112, Paragraph 237, Note 584 (between "know if" and "currently uses").**
This text contains confidential, non-public information regarding a non-party developer, and implicates the non-party's confidentiality interests, by revealing its identity as a Google business partner. The non-party has a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential statements it made to Google during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals Google's strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

566.   **Page 112, Paragraph 240, Note 588 (between "such as Chrome" and "Id. (showing, e.g., Chrome"; between "Chrome with a" and "malware install"; between "compared with" and end of sentence).**   This text contains Google's non-public and confidential data regarding device security and malware installation rates. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to both developers and OEMs, as well as how they distinguish themselves from Google in the eyes of developers and OEMs. In addition, revealing this data could influence the negotiating strategies and tactics employed

1   by OEMs and other current and prospective counterparties with which Google does or may transact

2   business.

3       567.   **Page 115, Paragraph 249 (between "rivals to" and "Economists recognize").**  This

4   text contains non-public and confidential information regarding Google's strategic business

5   considerations. This information has never been disclosed publicly and the Google Play product team

6   treats it as strictly confidential. If publicly revealed, this information could influence the competitive

7   decision-making and business strategies employed by Google's app store competitors, for example by

8   influencing how those app stores market themselves to U.S. developers and how they distinguish

9   themselves from Google Play in the eyes of U.S. developers. In addition, revealing Google's

10   competitive strategy could influence the negotiation tactics employed by app developers and other

11   current and prospective counterparties with which Google does or may transact business.

12       568.   **Page 116, Figure 15 (entire chart).**  This chart contains non-public and confidential

13   information regarding Google's strategic business considerations. This information has never been

14   disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

15   revealed, this information could influence the competitive decision-making and business strategies

16   employed by Google's app store competitors, for example by influencing how those app stores market

17   themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

18   U.S. developers. In addition, revealing Google's competitive strategy could influence the negotiation

19   tactics employed by app developers and other current and prospective counterparties with which

20   Google does or may transact business.

21       569.   **Page 118-119, Paragraph 257 (between "cost Google" and "revenue"; between**

22   **"revenue" and "margin impact"; between "in three years" and "revenue"; between "revenue"**

23   **and "margin risk"; between "payments at only" and "through 2022").**  This information reflects

24   and is calculated from internal, non-public Google financial data. Google spends significant resources

25   compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

26   potential business counterparties, could be used to disadvantage and cause Google competitive harm

27   by giving competitors insight into confidential Google financial information. Further, this information

28

1    reflects sensitive, highly confidential characterizations by Google's internal business teams that, if

2    revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair

3    advantage against Google.

4    570.   **Page 119, Paragraph 258 (between "in 2020, he assessed that" and end of**

5    **sentence.)**  This text contains non-public and confidential information regarding Google's own internal

6    assessment of Project Hug. Google's internal analyses and assessments have never been disclosed

7    publicly, and the Google Play product team treats this information as strictly confidential. If publicly

8    revealed, this information could influence the competitive decision-making and business strategies

9    employed by Google's app store competitors, for example by influencing how those app stores market

10   themselves to developers and how they distinguish themselves from Google Play in the eyes of

11   developers. In addition, revealing Google's confidential evaluations, assessments, or analyses could

12   influence the negotiation tactics employed by current and prospective counterparties with which

13   Google does or may transact business.

14   571.   **Page 119, Paragraph 259 (between "reinvest" and end of sentence.)**  This text

15   contains confidential, non-public information regarding Google's agreements with non-party

16   developers, including information that reflects or is derived from internal, non-public Google financial

17   data. Disclosure of this non-public information is likely to result in competitive harm to Google, as it

18   reveals Google's strategic decision-making which, for example, could give a competitor or potential

19   business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

20   competitors could use this non-party information to unfairly target Google's developer partners and

21   offer specific deal terms designed to undercut those offered by Google.

22   572.   **Page 119, Paragraph 257, Note 611 (between "projected would constitute" and "of**

23   **overall").**  This information reflects and is calculated from internal, non-public Google financial data.

24   Google spends significant resources compiling and maintaining this valuable data, which is non-public,

25   and if revealed to competitors and potential business counterparts, could be used to disadvantage and

26   cause Google competitive harm by giving competitors insight into confidential Google financial

27   information. Further, this information reflects sensitive, highly confidential characterizations by

28

1   Google's internal business teams that, if revealed, could be referenced by potential counterparties in

2   negotiations with Google to gain an unfair advantage against Google.

3   573.   **Page 119, Paragraph 259, Note 616 (between "developers who represented" and**

4   **end of sentence).**  This text contains confidential, non-public information regarding Google's

5   agreements with non-party developers, including information that reflects or is derived from internal,

6   non-public Google financial data. Google spends significant resources compiling and maintaining this

7   valuable data, which is non-public, and if revealed to competitors and potential business

8   counterparties, could be used to disadvantage and cause Google competitive harm by giving

9   competitors insight into confidential Google financial information. Further, disclosure of this non-

10  public information is likely to result in competitive harm to Google, as it reveals Google's strategic

11  decision-making which, for example, could give a competitor or potential business partner unfair

12  leverage in competing against or negotiating with Google.

13  574.   **Page 120, Paragraph 262 (between "would involve" and end of sentence").**  This

14  text reveals Google's confidential, non-public strategic thinking and business considerations with

15  respect to third party payment processors. This information has never been disclosed publicly and the

16  Google Play product team treats it as strictly confidential. If publicly revealed, this information could

17  influence the competitive decision-making and business strategies employed by Google's app store

18  competitors, for example by influencing how those app stores market themselves to developers and

19  how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing

20  Google's strategic thought process could influence the negotiation tactics employed by app developers

21  and other current and prospective counterparties with which Google does or may transact business.

22  575.   **Page 122, Paragraph 267 (between "large developer" and "resisted Google's**

23  **efforts"; between "Nevertheless" and "took steps"; between "refused to allow" and "a major**

24  **mobile game"; between "developer with" and "in annual consumer expenditures;" between**

25  **"refused to allow" and "to offer users"; between "prevented Korean developer" and "with";**

26  **between "with" and "in annual consumer spend").**  The disclosure of these non-party developers'

27  highly confidential information would significantly harm the developers' respective businesses. For

28

example, their respective competitors could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developers proactively maintain the confidentiality of their strategic information, only disclosing it to a select group of individuals on an as-needed basis.

576.    **Page 125, Figure 16 (title, between "Per User" and end of title; entire graph).**  The disclosure of this non-party developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

577.    **Page 125, Figure 17 (title, between "Per User" and end of title; entire graph).**  The disclosure of this non-party developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

578.    **Page 126, Figure 18 (title, between "Per User" and end of title; entire graph).**  The disclosure of this non-party developer's highly confidential information would significantly harm the developer's business. For example, the developer's competitors could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

579.    **Page 129, Paragraph 282, Note 660 (between "indicate that" and "of consumer spend").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial

1    information. Further, this information reflects sensitive, highly confidential characterizations by

2    Google's internal business teams that, if revealed, could be referenced by potential counterparties in

3    negotiations with Google to gain an unfair advantage against Google.

4          580.    **Page 130, Paragraph 285 (between "alternative payment options" and end of**

5    **sentence).**  This text contains Google's internal, confidential assessments and characterizations of

6    developers' ability to provide alternative payment options. This information has never been disclosed

7    publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this

8    information could influence the competitive decision-making and business strategies employed by

9    Google's app store competitors, for example by influencing how those app stores market themselves to

10   U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

11   In addition, revealing such information could influence the negotiating strategies and tactics employed

12   by app developers and other current and prospective counterparties with which Google does or may

13   transact business.

14         581.    **Page 130, Paragraph 285, Note 667 (between "GOOG-PLAY-007755618 at 5619"**

15   **and end of sentence).**  This text contains Google's internal, confidential assessments and

16   characterizations of developers' ability to provide alternative payment options. This information has

17   never been disclosed publicly and the Google Play product team treats it as strictly confidential. If

18   publicly revealed, this information could influence the competitive decision-making and business

19   strategies employed by Google's app store competitors, for example by influencing how those app

20   stores market themselves to U.S. developers and how they distinguish themselves from Google Play in

21   the eyes of U.S. developers. In addition, revealing such information could influence the negotiating

22   strategies and tactics employed by app developers and other current and prospective counterparties

23   with which Google does or may transact business.

24         582.    **Page 131, Paragraph 289, Note 671 (between "in excess of" and "of consumer**

25   **expenditures").**  This text contains non-public, confidential information regarding service fees and

26   consumer expenditures on Google Play, which  reflects and is calculated from Google's internal, non-

27   public financial data. Google spends significant resources compiling and maintaining this valuable

28

data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, if publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing the number of U.S. developers that distribute apps on Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

583.   **Page 137, Paragraph 304 (between "approximately" and "percent of consumer expenditures").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

584.   **Page 137, Paragraph 304, Note 683 (between "to be" and "percent of consumer expenditures").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

585.   **Page 140, Paragraph 305 (between "take rate of" and "percent"; between "observed value of" and "percent"; between "Android App Distribution Market is" and "down from"; between "observed price of" and "net of"; between "consumers of" and "per paid App"; between "equal to" and "which demonstrates impact"; between "damages of" and "equal to";**

between "equal to" and "paid App").  This information reflects and is calculated from internal, non-public Google financial data. It includes non-public and confidential information relating to the take rate that would exist in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

586.    **Page 141, Table 6 (all numbers under column "Value"; text below the table, between "8/16/2016-1/31/2017" and "I calculated"; text below the table, between "I summed the" and "fields from the App").**  This table reflects data that is calculated from internal, non-public Google financial data. It includes non-public and confidential information relating to the take rate that would exist in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

587.    **Page 148, Paragraph 318 (between "platform model of" and "percent"; between "15 percent" and "offered by"; between "billing options (such as" and "and others").**  This information reflects and is calculated from internal, non-public Google financial data. It includes non-public and confidential information relating to the take rate that would exist in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and

1   cause Google competitive harm by giving competitors insight into confidential Google financial

2   information. Further, this text contains confidential, non-public information regarding non-party

3   developers, revealing the identity of specific Google business partners who are not party to this

4   litigation.  Those non-parties have a reasonable expectation that Google will maintain the

5   confidentiality of the existence and nature of any contractual terms.

6        588.   **Page 148, Paragraph 318, Note 729 (between "Google offered a" and "percent";**

7   **between "developers such as" and "and others"; between "take rates of" and "see GOOG-**

8   **PLAY-000442329 at -345—346"; between "GOOG-PLAY-004717237 and" and "see**

9   **GOOGPLAY-000338849.R at -888.R").**  This text contains confidential, non-public information

10  regarding Google's agreements with non-party developers, including the identity of specific Google

11  business partners who are not party to this litigation.  Those non-parties have a reasonable expectation

12  that Google will maintain the confidentiality of contractual terms and statements made during

13  negotiations.  The disclosure of the developers' highly confidential information would significantly

14  harm their respective businesses. For example, their competitors could exploit this information—that

15  they otherwise would not have access to—to inform their own business strategies. Further, disclosure

16  of this non-public information is likely to result in competitive harm to Google, as it reveals strategic

17  decision-making which, for example, could give a competitor or potential business partner unfair

18  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

19  this non-party information to unfairly target Google's developer partners and offer specific deal terms

20  designed to undercut those offered by Google.

21       589.   **Page 151, Paragraph 323 (between "processing at just" and "percent"; between**

22  **"costs came to" and "percent").**  This information reflects and is calculated from internal, non-public

23  Google financial data. Google spends significant resources compiling and maintaining this valuable

24  data, which is non-public, and if revealed to competitors and potential business counterparties, could

25  be used to disadvantage and cause Google competitive harm by giving competitors insight into

26  confidential Google financial information. Further, this information could be referenced by potential

27  counterparties in negotiations with Google to gain an unfair advantage against Google.

28

590.     **Page 151-152, Paragraph 324 (between "costs came to" and "percent"; between "estimated at" and "percent"; between "marginal costs" and "percent of revenues").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

591.     **Page 151, Paragraph 323, Note 739 (between "Google's average" and "percent"; between "costs are" and "for 2,300"; between "5,000 developers, and" and "for the vast majority").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

592.     **Page 151, Paragraph 323, Note 740 (between "blended rate of" and "percent").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

593.     **Page 154, Paragraph 330 (between "came to" and "between mid-August"; between "collected" and "in U.S. commissions"; between "actual world of" and "percent"; between "volume was" and "implying"; between "transaction of" and "Google received"; between**

1 **"Google received" and "per transaction"; between "estimated at" and "percent"; between**
2 **"consumer price, or" and "per transaction"; between "cost of" and "percent"; between**
3 **"elasticity is" and "By equation"; between "elasticity is" and "The values of").**  This information
4 reflects and is calculated from internal, non-public Google financial data.  It includes Plaintiffs'
5 expert's calculations of  the take rate that would exist in a but-for world according to Plaintiffs' expert,
6 which Plaintiffs' expert derived from Google's highly confidential transactional data.  Google spends
7 significant resources compiling and maintaining this valuable data, which is non-public, and if
8 revealed to competitors and potential business counterparties, could be used to disadvantage and cause
9 Google competitive harm by giving competitors insight into confidential Google financial information.
10 Further, this information could be referenced by potential counterparties in negotiations with Google to
11 gain an unfair advantage against Google.

12 594.    **Page 155, Table 8 (all numbers under column "Value"; column "Source/Notes,**
13 **row [7], between "equal to" and "of consumer expenditure").**  This information reflects and is
14 calculated from internal, non-public Google financial data.  It includes Plaintiffs' expert's calculations
15 of  the take rate that would exist in a but-for world according to Plaintiffs' expert, which Plaintiffs'
16 expert derived from Google's highly confidential transactional data.  Google spends significant
17 resources compiling and maintaining this valuable data, which is non-public, and if revealed to
18 competitors and potential business counterparties, could be used to disadvantage and cause Google
19 competitive harm by giving competitors insight into confidential Google financial information.
20 Further, this information could be referenced by potential counterparties in negotiations with Google to
21 gain an unfair advantage against Google.

22 595.    **Page 156-157, Paragraph 332 (between "calculated at" and "which implies";**
23 **between "margin of" and "percent, as seen in Table 8"; between "fall to" and "per transaction";**
24 **between "savings of" and "per transaction"; between "come to" and "over the time period";**
25 **between "fall to" and "percent"; between "margin would be" and "percent").**  This information
26 reflects and is calculated from internal, non-public Google financial data.  It includes Plaintiffs'
27 expert's calculations of prices and margins that would exist in a but-for world according to Plaintiffs'

28

1    expert, which Plaintiffs' expert derived from Google's highly confidential transactional data.  Google

2    spends significant resources compiling and maintaining this valuable data, which is non-public, and if

3    revealed to competitors and potential business counterparties, could be used to disadvantage and cause

4    Google competitive harm by giving competitors insight into confidential Google financial information.

5    Further, this information could be referenced by potential counterparties in negotiations with Google to

6    gain an unfair advantage against Google.

7    596.    **Page 164, Figure 19 (entire chart).**  This chart contains Google's non-public and

8    confidential analyses of developers' expected reactions to potential business decisions that Google

9    could make.  This information has never been disclosed publicly and the Google Play product team

10   treats it as strictly confidential. If publicly revealed, this information could influence the competitive

11   decision-making and business strategies employed by Google's app store competitors, for example by

12   influencing how those app stores market themselves to U.S. developers and how they distinguish

13   themselves from Google Play in the eyes of U.S. developers. In addition, revealing Google's

14   expectations regarding developer reactions to potential business decisions could influence the

15   negotiating strategies and tactics employed by app developers and other current and prospective

16   counterparties with which Google does or may transact business.

17   597.    **Page 164-165, Paragraph 344 (between "third row displays" and "in the "Option"**

18   **column"; between "base rate of" and "for Google's payment"; between "decreases from" and**

19   **"the greater are"; between "there is" and "so the final column"; between "final column shows"**

20   **and end of sentence).**  This text reveals Google's non-public and confidential analyses of developers'

21   expected reactions to potential business decisions that Google could make relating to processing fees.

22   This information has never been disclosed publicly and the Google Play product team treats it as

23   strictly confidential. If publicly revealed, this information could influence the competitive decision-

24   making and business strategies employed by Google's app store competitors, for example by

25   influencing how those app stores market themselves to U.S. developers and how they distinguish

26   themselves from Google Play in the eyes of U.S. developers. In addition, revealing Google's

27   expectations regarding developer reactions to potential business decisions could influence the

28

1    negotiating strategies and tactics employed by app developers and other current and prospective

2    counterparties with which Google does or may transact business.

3        598.    **Page 167, Paragraph 349, Note 811 (between "no more than" and "of users";**

4    **between "(2020) stating" and "As explained below").**  This information reflects and is calculated

5    from internal, non-public Google financial data. Google spends significant resources compiling and

6    maintaining this valuable data, which is non-public, and if revealed to competitors and potential

7    business counterparties, could be used to disadvantage and cause Google competitive harm by giving

8    competitors insight into confidential Google financial information. Further, this information reflects

9    sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

10   could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

11   against Google.

12       599.    **Page 180, Paragraph 366, Note 865 (between "(No. 3:20-cv-05761-JD)" and "Only**

13   **recently"; between "take rate of approximately" and "percent").**  This text contains confidential,

14   non-public information regarding Google's agreements with a non-party developer. Disclosure of this

15   non-public information is likely to result in competitive harm to Google, as it reveals strategic

16   decision-making which, for example, could give a competitor or potential business partner unfair

17   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

18   this non-party information to unfairly target Google's developer partners and offer specific deal terms

19   designed to undercut those offered by Google.  Further, the disclosure of this non-party developer's

20   highly confidential information would significantly harm its business. For example, its competitors

21   could exploit this information—that they otherwise would not have access to—to inform their own

22   business strategies. To prevent these competitive harms from coming to fruition, the developer

23   proactively maintains the confidentiality of its strategic information, only disclosing it to a select group

24   of individuals on an as-needed basis.

25       600.    **Page 183, Paragraph 369, Note 877 (between "subscription offerings" and "and (2)**

26   **that"; between "and (2) that" and "had one of"; between "one of the" and "ADAP agreements").**

27   This text contains confidential, non-public information regarding Google's agreements with non-party

28

1    developers. Disclosure of this non-public information is likely to result in competitive harm to Google,

2    as it reveals strategic decision-making which, for example, could give a competitor or potential

3    business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

4    competitors could use this non-party information to unfairly target Google's developer partners and

5    offer specific deal terms designed to undercut those offered by Google.

6    601.    **Page 186, Paragraph 375 (between "program to reach" and "and develop**

7    **additional ways"; between "additional ways for" and "to participate"; between "to achieve " and**

8    **"enrolled members").**  This text contains Google's non-public and confidential business strategy

9    regarding Play Points. This information has never been disclosed publicly and the Google Play product

10   team treats it as strictly confidential. If publicly revealed, this information could influence the

11   competitive decision-making and business strategies employed by Google's app store competitors, for

12   example by influencing how those app stores market themselves to U.S. developers and how they

13   distinguish themselves from Google Play in the eyes of U.S. developers.

14   602.    **Page 186, Paragraph 377 (between "ONE Store's" and "Google also noted";**

15   **between "enrolling" and "upon launch"; between "approximately" and "in South Korea").**  This

16   information contains non-public and confidential information regarding Google's strategy with respect

17   to Play Points, including information calculated or derived from internal, non-public Google financial

18   data. Google spends significant resources compiling and maintaining this valuable data, which is non-

19   public, and if revealed to competitors and potential business counterparties, could be used to

20   disadvantage and cause Google competitive harm by giving competitors insight into confidential

21   Google financial information.  This information has never been disclosed publicly and the Google Play

22   product team treats it as strictly confidential. If publicly revealed, this information could influence the

23   negotiating strategies and tactics employed by app developers and other current and prospective

24   counterparties with which Google does or may transact business.

25   603.    **Page 187, Paragraph 378 (between "to do with" and "a holdout on"; between**

26   **"Project Hug" and "wanted a reduced"; between "One was to" and "Another was to"; between**

27   **"Another was to" and "A third option"; between "third option was to" and "Under this third**

28

approach"; between "We should let" and "know that"; between "proposed by" and "Google cared"; between "was willing to" and end of sentence).  This text contains confidential, non-public information regarding a non-party developer, and implicates the developer's confidentiality interests by purporting to reveal the developer's confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

604.    **Page 187, Paragraph 379 (between "mobile carriers" and "percentage"; between take rate (or" and "percent").**  This text contains confidential, non-public information regarding Google's agreements with mobile carriers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's mobile carrier partners and offer specific deal terms designed to undercut those offered by Google.

605.    **Page 187, Paragraph 381 (between "consumers, as" and "of U.S. consumers"; between "in the program and" and "of U.S. consumers"; between "That only" and "of U.S. consumers"; between "that only" and "of those who participated").** This text contains Google's non-public and confidential data regarding consumer participation in Play Points. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing such could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

606.     **Page 187, Paragraph 381, Note 911 (between "Equal to" and end of sentence).**  This text contains Google's non-public and confidential data regarding consumer participation in Play Points. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing such could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

607.     **Page 188, Paragraph 384 (between "average value of" and "percent").**  This text contains non-public and confidential information relating to Plaintiffs' expert's calculations of the take rate that would exist in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

608.     **Page 189-190, Paragraph 386 (between "equal to" and "of consumer expenditures").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

609.     **Page 190, Paragraph 386 (between "value of" and "in the monopoly setting"; between "Equation (V.11)) to" and "in the competitive setting"; between "arrive at" and "using the relation between").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential

Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

610. **Page 190, Paragraph 386, Note 920 (between "changes from" and "in the monopoly setting"; between "Equation (V.11)) to" and "See, e.g., Landes & Posner").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

611. **Page 191, Table 16 (all numbers under column "Value").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations of take rates, prices and margins that would exist in a but-for world according to Plaintiffs' expert, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

612. **Page 191-192, Paragraph 387 (between "an average of" and "per transaction"; between "approximately" and "percent of"; between "downloads in is" and "down from"; between "price of" and "net of"; between "consumers of" and "and aggregate damages"; between "damages of" and "as a result").** This text contains non-public and confidential information relating to Plaintiffs' expert's calculations of the take rates, prices and margins that would exist in a but-for world according to Plaintiffs' expert, which are derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

613.    **Page 191, Paragraph 387, Note 921 (between "Equal to the" and "divided by"; between "product price of" and end of sentence).**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this sensitive, highly confidential information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

614.    **Page 192, Paragraph 390 (between "excess of" and "of consumer expenditures").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this sensitive, highly confidential information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

615.    **Page 192, Paragraph 387, Note 922 (between "Equal to" and end of sentence).**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this sensitive, highly confidential information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

616.    **Page 194, Paragraph 395 (between "Android App Distribution Market was" and "and the average"; between "In-App Content was" and "According to"; between "Android App Distribution Market would be" and "According to"; between "In-App Aftermarket would be" and end of sentence.)**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed take rates that would exist in a but-for

world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

617.    **Page 194, Paragraph 396 (between "decline from" and "in the actual world"; between "actual world to" and "per transaction"; between "total savings of" and "per transaction"; between "benefit because" and "percent").**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed take rates and prices that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

618.    **Page 194, Paragraph 397 (between "elasticity of" and "shown in Table 8"; between "demand increases by" and "percent"; between "demand by" and "percent").**  This information reflects and is calculated from internal, non-public Google financial data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

619.     **Page 194-195, Paragraph 398 (between "elasticity of" and "in Table 8"; between "approximately" and "in the but-for world").**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed output that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

620.     **Page 195, Paragraph 398, Note 933 (between "approximately" and "driven by a decrease"; between "approximately" and "equal to"; between "approximately" and "driven by the increase"; between "take rate to" and "percent").**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed output and/or take rates that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

621.     **Page 197, Paragraph 402 (between "earned" and "in the sale").**  This information reveals Google's internal non-public revenue calculations. This data is not otherwise publicly reported by the company and its disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's

1    competitors improper insight into the financial health and future outlook of the Play business, which

2    also arguably gives Google's competitors an unfair advantage.

3         622.    **Page 203, Table 17 (all numbers under column "% of all Units Sold"; all numbers**

4    **under column "% of all Consumer Expenditures").**  This table reflects and is calculated from

5    internal, non-public Google financial data.  Google spends significant resources compiling and

6    maintaining this valuable data, which is non-public, and if revealed to competitors and potential

7    business counterparties, could be used to disadvantage and cause Google competitive harm by giving

8    competitors insight into confidential Google financial information. Further, this information could be

9    referenced by potential counterparties in negotiations with Google to gain an unfair advantage against

10   Google.

11        623.    **Page 203, Table 18 (all numbers under column "Android App Distribution Market**

12   **(Table 6)"; all numbers under column "In-App Aftermarket (Table 8)"; all numbers under**

13   **column "Aggregate").**  This information reflects and is calculated from internal, non-public Google

14   financial data.  It includes information relating to the supposed prices that would exist in a but-for

15   world according to Plaintiffs' expert's calculations, which are derived from Google's highly

16   confidential transactional data. Google spends significant resources compiling and maintaining this

17   valuable data, which is non-public, and if revealed to competitors and potential business

18   counterparties, could be used to disadvantage and cause Google competitive harm by giving

19   competitors insight into confidential Google financial information. Further, this information could be

20   referenced by potential counterparties in negotiations with Google to gain an unfair advantage against

21   Google.

22        624.    **Page 203, Paragraph 415 (between "Market come to" and "and aggregate";**

23   **between "In-App Aftermarket come to" and end of sentence.)**  This information reflects and is

24   calculated from internal, non-public Google financial data.  It includes information relating to the

25   supposed prices that would exist in a but-for world according to Plaintiffs' expert's calculations, which

26   are derived from Google's highly confidential transactional data. Google spends significant resources

27   compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

28

potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

625.  **Page 204, Table 19 (all numbers under column "Discount Model (Table 16)"; all numbers under column "Single Take Rate Model (Table A4)").**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed take rates that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

626.  **Page 205, Paragraph 420 (between "damages of" and "Table 21"; between "significantly lower" and "because").**  This information reflects and is calculated from internal, non-public Google financial data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

627.  **Page 206, Table 21 (last column of figures)**. This information reflects and is calculated from internal, non-public Google and a non-party app store's financial data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information.

1 Further, this information could be referenced by potential counterparties in negotiations with Google to

2 gain an unfair advantage against Google.

3      628.    **Page 206, Table 22 (all three columns below "Time Period" and "Total").**  This

4 information reflects and is calculated from internal, non-public Google financial data.  Google spends

5 significant resources compiling and maintaining this valuable data, which is non-public, and if

6 revealed to competitors and potential business counterparties, could be used to disadvantage and cause

7 Google competitive harm by giving competitors insight into confidential Google financial information.

8 Further, this information could be referenced by potential counterparties in negotiations with Google to

9 gain an unfair advantage against Google.

10      629.    **Page 209, Table 23 (all numbers under column "Actual Take Rate"; all numbers**

11 **under column "But-For Take Rate"; all numbers under column "But-For Expenditure"; all**

12 **numbers under column "CM Damages"; all numbers under column "CM Overcharge (%)").**

13 This information reflects and is calculated from internal, non-public Google financial data.  It includes

14 information relating to the supposed take rates that would exist in a but-for world according to

15 Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.

16 Google spends significant resources compiling and maintaining this valuable data, which is non-public,

17 and if revealed to competitors and potential business counterparties, could be used to disadvantage and

18 cause Google competitive harm by giving competitors insight into confidential Google financial

19 information. Further, this information could be referenced by potential counterparties in negotiations

20 with Google to gain an unfair advantage against Google.

21      630.    **Page 209, Paragraph 429 (between "actual take rate of" and "a but-for take rate**

22 **of"; between "but-for take rate of" and "and a passthrough rate of"; between "passthrough rate**

23 **of" and "percent"; between "but-for expenditures are" and "This yields"; between "damages of"**

24 **and "for each $10"; between "damages would be" and "of expenditures"; between  "of**

25 **expenditures" and end of sentence).**  This information reflects and is calculated from internal, non-

26 public Google financial data.  It includes information relating to the supposed take rates that would

27 exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's

28

highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

631.     **Page 210, Table 24 (all numbers under column "Actual Take Rate"; all numbers under column "But-For Take Rate"; all numbers under column "But-For Expenditure"; all numbers under column "CM Damages"; all numbers under column "CM Overcharge (%)").** This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed take rates that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

632.     **Page 262-263, Paragraph 442 (between "approximately" and "percent of").**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

633.     **Page 264, Paragraph 444 (between "price is" and "down from"; between "price of" and "net of"; between "damages of" and "for the U.S."; between "shift from" and "in the**

1   **monopoly setting"; between "Equation (V.3)) to" and "in the competitive setting").**  This

2   information reflects and is calculated from internal, non-public Google financial data.  It includes

3   information relating to the supposed prices that would exist in a but-for world according to Plaintiffs'

4   expert's calculations, which are derived from Google's highly confidential transactional data. Google

5   spends significant resources compiling and maintaining this valuable data, which is non-public, and if

6   revealed to competitors and potential business counterparties, could be used to disadvantage and cause

7   Google competitive harm by giving competitors insight into confidential Google financial information.

8   Further, this information could be referenced by potential counterparties in negotiations with Google to

9   gain an unfair advantage against Google.

10          634.    **Page 265, Table A4 (all numbers under column "Value").** This information reflects

11   and is calculated from internal, non-public Google financial data.  It includes information relating to

12   the supposed take rates and prices that would exist in a but-for world according to Plaintiffs' expert's

13   calculations, which are derived from Google's highly confidential transactional data. Google spends

14   significant resources compiling and maintaining this valuable data, which is non-public, and if

15   revealed to competitors and potential business counterparties, could be used to disadvantage and cause

16   Google competitive harm by giving competitors insight into confidential Google financial information.

17   Further, this information could be referenced by potential counterparties in negotiations with Google to

18   gain an unfair advantage against Google.

19          635.    **Page 266, Paragraph 445 (between "increase to" and "per transaction"; between**

20   **"up from" and "per transaction"; between "rate is" and "down from"; between "down from"**

21   **and "in the actual world"; between "Class of" and end of sentence).**  This information reflects and

22   is calculated from internal, non-public Google financial data.  It includes information relating to the

23   supposed take rates that would exist in a but-for world according to Plaintiffs' expert's calculations,

24   which are derived from Google's highly confidential transactional data. Google spends significant

25   resources compiling and maintaining this valuable data, which is non-public, and if revealed to

26   competitors and potential business counterparties, could be used to disadvantage and cause Google

27   competitive harm by giving competitors insight into confidential Google financial information.

28

Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

636.    **Page 267, Table A5 (all numbers under column "Value").**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed take rates and prices that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

637.    **Page 268, Table A5 continued (all numbers immediately to the left of the word "Calculated" in each row).**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed take rates that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

638.    **Page 269, Table A6 (entire chart).**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed prices, take rates, etc. that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm

by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

639.    **Page 270, Table A6 continued (entire chart).**  This information reflects and is calculated from internal, non-public Google financial data.  It includes information relating to the supposed prices, take rates, etc. that would exist in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

640.    **Page 271, Appendix 6 (all numbers under column "OLS Price Coefficient"; all numbers under column "IV Price Coefficient"; text below table, between "comprised of" and "Fixed effects").**  This information reflects and is calculated from internal, non-public Google financial data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

641.    **Page 273, Appendix 7 (between "less than" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal

business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

**Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 2 [Dkt. No. 487-3]**

**(Exhibit E3)**

642.    **Page 13, Paragraph 10.o (between "upon was" and end of sentence).** This text contains non-public information regarding Google's internal assessment of its business model and the value it generates for developers. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google, or could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

643.    **Page 13, Paragraph 10.q (between "up to" and end of sentence).** This text reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, Google's competitors could gain insight into Google's data by reverse engineering these figures and calculations, unfairly tailoring their own business strategy at Google's expense.

644.    **Page 13, Paragraph 10.r (between "up to" and "and consumer"; between "be up to" and end of sentence).** This text reflects and is calculated from internal, non-public Google financial data and data relating to Google's Play Points reward program, including regarding the value of subsidy provided. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers.

645.    **Page 23, Paragraph 32, Note 7 (between "July 3, 2021" and "of U.S."; between "'$0.99 for" and "of U.S."; between "$1.99 for" and "of the transactions"; between "$4.99 for"**

**and "of the transactions"; between "$9.99 for" and "of the transactions"; between "at '99' for" and "of the transactions").** This text reflects the proportion of consumer app transactions subject to price points ending in ".99" and is calculated from Google's internal, confidential financial data. If publicly revealed, this specific information could influence the competitive pricing, decision-making, and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

646. **Page 27, Paragraph 38 (between "fee rates for" and "the top paid").** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Paragraph has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play. Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

647. **Page 27, Paragraph 38, Note 13 (between "account for" and "of the total").** This text reveals the portion of total consumer spend represented by the top 100 paid apps experiencing a service fee reduction after July 1, 2021 for the given time period. It reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

648. **Page 28, Table 1 (all figures in rows named "Consumer Spend ($)").** This portion of the table reveals the total consumer spend represented by the top 100 paid apps experiencing a service fee reduction after July 1, 2021 for the given time period, based on both list price and net price. This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

649.     **Page 29, Figure 1 (between "Fee Rate of" and end of sentence; between "product_id =" and end of sentence).**  This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

650.     **Page 29, Paragraph 39, Note 16 (between "account for" and "of the total").**  This text reveals the portion of total consumer spend represented by the top 100 paid apps experiencing a service fee reduction of at least 10% after July 1, 2021 for the given time period. It reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

651.     **Page 30, Paragraph 39 (between "in this group" and "shows a price").**  This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Paragraph has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

652.     **Page 30, Table 2 (all figures in rows named "Consumer Spend ($)").** This portion of the table reveals  the total consumer spend represented by the top 100 paid apps experiencing a service fee reduction of at least 10 percentage points after July 1, 2021 for the given time period, based on both list price and net price.  This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to

inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

653.   **Page 31, Figure 2 (between "Fee Rate of" and end of sentence; between "product_id =" and end of sentence).**  This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

654.   **Page 31, Paragraph 40 (between "30% to" and end of sentence).**  This text reveals the effect of Google Play's July 1, 2021 service fee reduction on the average service fee paid by the app developers sampled in the expert's analysis, and is calculated from Google's internal, non-public transactional data. If publicly revealed, this information could influence the competitive decision making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to app developers and/or make competitive decisions around pricing or monetization strategies.

655.   **Page 31, Paragraph 40, Note 19 (between "account for" and "of the total"; between "apps are games" and "out of 100"; between "such as" and end of sentence).**  This text reveals the portion of total consumer spend represented by the top 100 paid apps experiencing a flat 15% service fee reduction or service fee reduction of at least 10% after July 1, 2021 for the given time period. It reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.  This text also reflects non-public and confidential information regarding the identities of specific non-party developers and developer-specific information derived from Google's transactional data. The developers identified in this Paragraph have a reasonable expectation that Google will maintain the

1    confidentiality of data relating to their apps on Google Play.  Revealing that data would harm Google's

2    relationship with these developers (and potentially others), jeopardizing Google's future business

3    opportunities with them.

4         656.    **Page 32, Paragraph 40 (between "paid app," and "which experienced").** This text

5    reflects non-public and confidential information regarding the identity of a specific non-party

6    developer and developer-specific information derived from Google's transactional data. The developer

7    identified in this Paragraph has a reasonable expectation that Google will maintain the confidentiality

8    of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with

9    this developer (and potentially others), jeopardizing Google's future business opportunities with them.

10        657.    **Page 33, Table 3 (all figures in rows named "Consumer Spend ($)" and "Average**

11   **Service Fee Rate 2021.07.01 - 2022.05.31").**  This portion of the table in the "Consumer Spend" rows

12   reveals the total consumer spend represented by the top 100 paid apps ranked by consumer spend

13   among all paid apps for the given time period, based on both list price and net price.  This reflects and

14   is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would

15   reveal information about the degree of concentration of consumer spend on Google Play, which could

16   be used by Google Play's app store competitors to inform commercial strategy and competition

17   decision-making in an effort to attract developers away from Google.  The portion of the table in the

18   "Average Service Fee Rate 2021.07.01 - 2022.05.31" row reveals the effect of Google Play's July 1,

19   2021 service fee reduction on the average service fee paid by the app developers of the top 100 paid

20   apps, and is calculated from Google's internal, non-public transactional data. If publicly revealed, this

21   information could influence the competitive decision making and business strategies employed by

22   Google's app store competitors, for example by influencing how those app stores market themselves to

23   app developers and/or make competitive decisions around pricing or monetization strategies.

24        658.    **Page 34, Figure 3  (between "Fee Rate of" and end of sentence; between**

25   **"product_id =" and end of sentence).**  This text reflects non-public and confidential information

26   regarding the identity of a specific non-party developer and developer-specific information derived

27   from Google's transactional data. The developer identified in this Figure has a reasonable expectation

28

1    that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that

2    data would harm Google's relationship with this developer (and potentially others), jeopardizing

3    Google's future business opportunities with them.

4         659.    **Page 34-35, Paragraph 41 (between "IAP SKU" and "of the app"; between "of the**

5    **app" and "the top one").** This text reflects non-public and confidential information regarding the

6    identity of a specific non-party developer and developer-specific information derived from Google's

7    transactional data. The developer identified in this Figure has a reasonable expectation that Google will

8    maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm

9    Google's relationship with this developer (and potentially others), jeopardizing Google's future

10   business opportunities with them.

11        660.    **Page 34-35, Paragraph 41, Note 23 (between "account for" and "of the total**

12   **consumer").** This text reveals the portion of total consumer spend represented by the top 100 in-app

13   purchases ranked by consumer spend for the given time period.  This reflects and is calculated from

14   Google's internal, non-public transactional data. If publicly disclosed, it would reveal information

15   about the degree of concentration of consumer spend on Google Play, which could be used by Google

16   Play's app store competitors to inform commercial strategy and competition decision-making in an

17   effort to attract developers away from Google.

18        661.    **Page 36, Table 4 (all figures in rows named "Consumer Spend ($)").**   This portion

19   of the table reveals  the total consumer spend represented by the top 100 in-app purchases with a flat

20   service fee reduction of 15% after July 1, 2021 for the given time period, based on both list price and

21   net price.  This reflects and is calculated from Google's internal, non-public transactional data. If

22   publicly disclosed, it would reveal information about the degree of concentration of consumer spend

23   on Google Play, which could be used by Google Play's app store competitors to inform commercial

24   strategy and competition decision-making in an effort to attract developers away from Google.

25        662.    **Page 37, Figure 4 (between "IAP SKU" and "of the App"; between "of the App"**

26   **and end of sentence; between "product_id =" and end of sentence).**  This text reflects non-public

27   and confidential information regarding the identity of a specific non-party developer and developer-

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

242

specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

663.     **Page 37-38, Paragraph 42 (between "with the app" and "remains the same").**  This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Paragraph has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

664.     **Page 37, Paragraph 42, Note 25 (between "account for" and "of the total").**  This text reveals the portion of total consumer spend represented by the top 100 in-app purchases with a service fee reduction of at least 10% after July 1, 2021 for the given time period.  This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

665.     **Page 38, Table 5 (all figures in row named "Consumer Spend ($)" ).** The portion of the table in the "Consumer Spend" rows reveals the total consumer spend represented by the top 100 in-app purchases with at least a 10% service fee reduction for the given time period, based on both list price and net price.  This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

666.     **Page 39, Figure 5 (between "IAP SKU" and "of the App"; between "of the App" and end of sentence; between "product_id =" and end of sentence).** This text reflects non-public

1  and confidential information regarding the identity of a specific non-party developer and developer-

2  specific information derived from Google's transactional data. The developer identified in this Figure

3  has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on

4  Google Play.  Revealing that data would harm Google's relationship with this developer (and

5  potentially others), jeopardizing Google's future business opportunities with them.

6          667.    **Page 40, Paragraph 43 (between "top IAP," and "associated with the"; between**

7  **"game app" and "had no change").** This text reflects non-public and confidential information

8  regarding the identity of a specific non-party developer and developer-specific information derived

9  from Google's transactional data. The developer identified in this Paragraph has a reasonable

10  expectation that Google will maintain the confidentiality of data relating to its app on Google Play.

11  Revealing that data would harm Google's relationship with this developer (and potentially others),

12  jeopardizing Google's future business opportunities with them.

13          668.    **Page 39, Paragraph 43, Note 28 (between "account for" and "of the total**

14  **consumer"; between "apps such as" and "and"; between "and" and end of sentence).** This text

15  reveals the portion of total consumer spend represented by the top 100 in-app purchases ranked by

16  consumer spend between July 2020 and May 2022.  This reflects and is calculated from Google's

17  internal, non-public transactional data. If publicly disclosed, it would reveal information about the

18  degree of concentration of consumer spend on Google Play, which could be used by Google Play's app

19  store competitors to inform commercial strategy and competition decision-making in an effort to

20  attract developers away from Google.

21          669.    **Page 40, Table 6 (all figures in rows named "Consumer Spend ($)").** This text

22  reveals the total consumer spend represented by the top 100 in-app purchases ranked by consumer

23  spend between July 2020 and May 2022.  This reflects and is calculated from Google's internal, non-

24  public transactional data. If publicly disclosed, it would reveal information about the degree of

25  concentration of consumer spend on Google Play, which could be used by Google Play's app store

26  competitors to inform commercial strategy and competition decision-making in an effort to attract

27  developers away from Google.

28

670. **Page 41, Figure 6 (between "IAP SKU" and "of the App"; between "of the App" and end of sentence; between "product_id =" and end of sentence).** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play. Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

671. **Page 42, Paragraph 45 (between "account for only" and "of the total consumer").** This text reveals the portion of total consumer spend represented by the subscription SKUs of a specific Google Play developer that experienced a price drop after Google Play's January 2022 service fee reduction. Although this app belongs to the dating app portfolio of a party to this matter, this percentage reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the contribution of consumer spend by this customer on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract this or other developers away from Google.

672. **Page 42, Paragraph 45, Note 36 (between "May 2022 is" and "close to that"; between "subscription SKUs" and "as shown in").** This text reveals the total consumer spend represented by the 577 SKUs with non-zero sales of Tinder between August 2016 and May 2022, and the subset of Tinder's subscription SKUs with non-zero sales from July 2020 to May 2022. Although this app belongs to the dating app portfolio of a party to this matter, this figure reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

673. **Page 43, Table 7 (all figures in rows named "Consumer Spend ($)" and "Consumer Spend (%)").** This text reveals the consumer spend represented by the subscription

SKUs of a specific Google Play developer over two time periods before and after a Google Play service fee reduction, as well as the portion of consumer spend represented by each subset of SKUs that either experienced a price reduction, price increase, or no change.  Although these SKUs belong to the dating app portfolio of a party to this matter, these figures reflect and are calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the contribution of consumer spend by this customer on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

674.    **Page 44, Paragraph 46, Note 37 (between "was only" and "per SKU"; between "compared to" and "for the existing").**  This text reveals the consumer spend represented by new subscription SKUs of a specific Google Play developer in a given month.  Although these SKUs belong to the dating app portfolio of a party to this matter, these figures reflect and are calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the contribution of consumer spend by this customer on Google Play, and their relative success on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

675.    **Page 46, Table 8 ((all figures in rows named "Pass-Through Rate" and "Pass-Through Rate (Upper Bound)" and "Total Consumer Spend (8/16/16-5/31/22").**  This text reveals the total consumer spend on Google Play between August 16, 2016, and May 31, 2022, and the rate at which developers of apps on Google Play passed through cost savings from lowered service fees onto consumers in the form of lower prices, as broken down by paid apps, in-app purchases, and subscriptions.  This text reflects Google's non-public, competitively sensitive, and current internal information concerning consumer spending volume and confidential Google financial information. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into consumer spending patterns and Google monetization strategies.

676.    **Page 56, Paragraph 66 (between "paid app" and "offers two apps").**  This text reflects non-public and confidential information regarding the identity of a specific non-party

developer and developer-specific information derived from Google's transactional data. The developer identified in this Paragraph has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

677.    **Page 57, Paragraph 66, Note 68 (between "The app" and "also offers IAPs"; between "another paid app" and "in the music").** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Paragraph has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play. Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

678.    **Page 73, Paragraph 90 (between "decrease from" and "in 2017"; between "2017 to" and "in 2021").** This text describes non-public financial figures from 2017 to 2021 relating to Google Play Billing's revenue-based share in Dr. Rysman's "IAP billing services market", which is based on non-public competitively sensitive financial data. If publicly revealed, this information could affect Google's negotiating position with future partners, or lead to conjecture about Google's financials based on Dr. Rysman's estimates of market share.

679.    **Page 73, Paragraph 90, Note 106 (between "accounted for" and "of all putative"; between "accounted for" and "of consumer spend").**  This text reveals the portion of total consumer spend represented by the top 10 and top 30 putative developer class parents.  This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

680.    **Page 77, Paragraph 95 (between "it was below" and "during the period").**  The disclosure of this non-party app store's highly confidential information would significantly harm the app store's business. For example, app store competitors could leverage this information to reap an

unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this app store proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

681. **Page 79, Paragraph 96, Note 119 (between "Singer argues that" and "Singer Report").** This text contains confidential, non-public information regarding commercial negotiations with a non-party partner, and implicates the non-party's confidentiality interests by purporting to reveal offers made to that non-party during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google.

682. **Page 87, Paragraph 105 (between "as zero to" and "assuming a pass-through").** This text reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

683. **Page 88, Figure 13 (entire chart).** This Figure reflects Google Play's market shares in a but-for world according to Plaintiffs' expert, which are derived from Google's highly confidential transactional data. If disclosed, these data points could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

684. **Page 90-91, Paragraph 110 (between "devices to be" and "and then assumed"; between "the amount of" and "of consumer spend"; "difference between" and "and the actual"; between "subsidy of" and "applied to Google"; between "estimate is" and "larger than").** The disclosure of this non-party app store's highly confidential information would significantly harm the app store's business. For example, app store competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from

1    coming to fruition, this app store proactively maintains the confidentiality of its strategic information,

2    only disclosing it to a select group of individuals on an as-needed basis.

3    685.    **Page 93, Paragraph 112 (between "documents show" and "Further, Dr. Singer";**

4    **between "much smaller (" and "of the market").**  The disclosure of this non-party app store's highly

5    confidential information would significantly harm the app store's business. For example, app store

6    competitors could leverage this information to reap an unearned competitive advantage. They could

7    exploit this information—that they otherwise would not have access to—to inform their own business

8    strategies. To prevent these competitive harms from coming to fruition, this app store proactively

9    maintains the confidentiality of its strategic information, only disclosing it to a select group of

10   individuals on an as-needed basis.

11   686.    **Page 93, Paragraph 112, Note 153 (between "Amazon documents." and end of**

12   **parenthetical).** The disclosure of this non-party app store's highly confidential information would

13   significantly harm the app store's business. For example, app store competitors could leverage this

14   information to reap an unearned competitive advantage. They could exploit this information—that they

15   otherwise would not have access to—to inform their own business strategies. To prevent these

16   competitive harms from coming to fruition, this app store proactively maintains the confidentiality of

17   its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

18   687.    **Page 94, Paragraph 114 (between "calculates the" and "as percentage"; between**

19   **"devices are about" and "between 2018"; between "total sales above" and "between 2018";**

20   **between "devices -" and "for FireTVs"; between "FireTVs and" and "for tablets").**  The

21   disclosure of this non-party app store's highly confidential information would significantly harm the

22   app store's business. For example, app store competitors could leverage this information to reap an

23   unearned competitive advantage. They could exploit this information—that they otherwise would not

24   have access to—to inform their own business strategies. To prevent these competitive harms from

25   coming to fruition, this app store proactively maintains the confidentiality of its strategic information,

26   only disclosing it to a select group of individuals on an as-needed basis.

27

28

688.     **Page 100, Paragraph 128 (between "for about" and "of total revenues"; between "app revenue" and "Therefore,"; between "PSB's" and "Even if one take's"; between "marginal costs, the" and "percent figure").**  The disclosure of this non-party developer's highly confidential information would significantly harm the developer's business. For example, app competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

689.     **Page 103, Paragraph 132 (between "LittleHoots" and end of the sentence).**  The disclosure of this non-party developer's highly confidential information would significantly harm the developer's business. For example, app competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

690.     **Page 107, Figure 14 (entire chart).** This Figure contains the distribution of list prices of paid downloads of games transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about developers' monetization strategies and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

691.     **Page 107, Figure 15 (entire chart).** This Figure contains the distribution of list prices of paid downloads of non-game apps transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about developers' monetization strategies and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

692.    **Page 108, Figure 16 (entire chart).** This Figure contains the distribution of list prices of in-app purchases and subscriptions of games transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about developers monetization strategies and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

693.    **Page 108, Figure 17 (entire chart).** This Figure contains the distribution of list prices of in-app purchases and subscriptions of non-games transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about developers' monetization strategies and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

694.    **Page 109, Paragraph 143 (between "the game app" and "priced at $1.99"; between "the game app" and "priced at $5.99"; between "the game app" and "priced at $7.49").** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Paragraph has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

695.    **Page 110, Figure 19 (entire chart).** This Figure contains the distribution of quantity of paid app sales in the Games category transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about the nature of consumer demand for apps and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

696.    **Page 111, Figure 20 (entire chart).** This Figure contains the distribution of quantity of paid non-game app sales transacted in May 2022 on Google Play, which is derived from internal, non-

public Google financial data.  If disclosed, this data could inform Google's app store competitors about the nature of consumer demand for apps and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

697.    **Page 111, Paragraph 144 (between "total time spent on" and "in September"; between "exceed" and "hours, while"; between "on the app" and "(a game app for kids").**  The disclosure of this non-party developer's highly confidential information would significantly harm the developer's business. For example, app competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this developer proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

698.    **Page 112, Figure 21 (entire figure).**  The disclosure of this non-party developers' highly confidential information would significantly harm the developer's business. For example, app competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, these developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

699.    **Page 112, Figure 22 (entire figure).** The disclosure of this non-party developers' highly confidential information would significantly harm the developer's business. For example, app competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, these developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

700.    **Page 123, Paragraph 155 (between "leads to about" and "for consumers").** This text reflects and is calculated from internal, non-public Google financial data. Were this information to

1   be publicly revealed, it could cause Google competitive harm by giving competitors insight into

2   confidential Google financial information, including the magnitude of consumer spend on Google

3   Play.

4        701.    **Page 124, Figure 23 (entire chart).**  This chart reveals the monthly total number of

5   apps on Google Play with non-zero sales, which is calculated from internal, non-public Google

6   financial data. If publicly disclosed, it could cause Google competitive harm by giving app store

7   competitors insight into the relative portion of revenue-generating apps on Google Play, which could

8   serve as a metric to benchmark their own performance against and drive competition decision-making

9   to Google's detriment.

10        702.    **Page 132, Paragraph 164, Note 224 (between "Dr. Rysman" and "See Google,";**

11   **between "at 558.R" and "Google, "Exploring"; between "529.R-530.R." and end of sentence).**

12   This text contains non-public and competitively sensitive information that would reveal Google's

13   strategic thinking related to its business model and potential alternative business models. This

14   information is non-public. If publicly revealed, this specific information could influence the

15   competitive decision-making and business strategies employed by Google's app store competitors, or

16   undermine Google's position in future business dealings by publicizing insight into Google's strictly

17   confidential strategic thinking. For example, knowledge of Google's inner workings and strategic

18   considerations could influence competitor app stores' decisions related to how they market, monetize

19   or structure their business models, or affect Google customer perception regarding perceived value, or

20   lead to conjecture about Google's future pricing models.

21        703.    **Page 141, Paragraph 178 (between "structure, i.e." and "on average based").** This

22   text reveals the average service fee rate paid by developers on Google Play from January 2022 to May

23   2022, after various service fee reductions went into effect.  This information is non-public and derived

24   from Google's confidential, internal financial data. If publicly disclosed, it could competitively

25   disadvantage Google by giving app store competitors insight into Google's non-public average service

26   fee rate, which could inform those competitors' own fee-setting strategies.  This information could also

27   be used by developer counter-parties in negotiations as a data point seeking similar or better rates.

28

704.    **Page 144, Paragraph 185 (between "damages would be" and "if Google's current"; between "which amount to" and end of sentence).** This text reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information, including the magnitude of consumer spend on Google Play.

705.    **Page 145, Table 11 (all figures in row named "Consumer Damages from Overcharge").** This text reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information, including the magnitude of consumer spend on Google Play.

706.    **Page 146, Paragraph 187 (between "accounts for" and "of total consumer").** This text reveals the value of Play Points subsidies offered by Google to consumers as a percentage of total consumer spend. The disclosure of this information would cause serious harm to Google's competitive position. For example, if disclosed, it would inform app store competitors of the value of Google Play's rewards program in relation to overall consumer spend on Google Play. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers.

707.    **Page 147, Paragraph 188 (between "accounts for" and "of total consumer"; between "consumers account for" and "of total consumer").** This text reveals the value of non-Play Points subsidies offered by both developers and Google to consumers as a percentage of total consumer spend. The disclosure of this information would cause serious harm to Google's competitive position. For example, if disclosed, it would inform app store competitors of the value of discounts offered on Google Play in relation to overall consumer spend on Google Play. If revealed publicly, an app store competitor could make decisions about its own promotions or discounts to offer consumers in order to better compete against Google Play and target those same consumers.

708.    **Page 147, Paragraph 189 (between ""the U.S., i.e.," and "on average based").** As above in Paragraph 187, this text reveals the value of Play Points subsidies offered by Google to

consumers as a percentage of total consumer spend.  The disclosure of this information would cause serious harm to Google's competitive position. For example, if disclosed, it would inform app store competitors of the value of Google Play's rewards program in relation to overall consumer spend on Google Play. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers.

709.    **Page 147, Paragraph 190 (between "2021, approximately" and "have been"; between "and approximately" and "of points issued"; between "damages downward by" and "Even after this"; between "implying that the" and "is a lower").**  This text contains non-public and confidential statistics relating to Google Play Points, the redemption rate of Google Play Points by consumers, and the portion of Play Points that have expired after 12 months.  If publicly disclosed, this could cause serious competitive harm to Google. For example, app store competitors could make decisions about how to structure their own rewards programs and the value of subsidies to offer consumers in order to better compete against Google Play.

710.    **Page 148, Paragraph 191 (between "amounts to be" and "on average").** This text reveals the value of non-Play Points subsidies offered by both developers and Google to consumers as a percentage of total consumer spend.  The disclosure of this information would cause serious harm to Google's competitive position. For example, if disclosed, it would inform app store competitors of the value of discounts offered on Google Play in relation to overall consumer spend on Google Play. If revealed publicly, an app store competitor could make decisions about its own promotions or discounts to offer consumers in order to better compete against Google Play and target those same consumers.

711.    **Page 148, Table 12 (all figures in rows named "Consumer Damages from Play Points" and "Consumer Damages from Non-Points Google Discounts" and "Combined").** This text reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information, including the purported value of subsidy from Google Play Points and other non-Play Points discounts offered to consumers.

712.     **Page 148, Paragraph 192, Note 270 (between "only up to" and "of U.S. consumers").** This text contains non-public and confidential statistics relating to the participation in and redemption rate of Google Play Points by consumers.  If publicly disclosed, this could cause serious competitive harm to Google. For example, app store competitors could make decisions about how to structure their own rewards programs and the value of subsidies to offer consumers in order to better compete against Google Play.

713.     **Page 150, Table 13 (only figures in columns named "Profits-Based Restitution" and "Revenue-Based Restitution" and between rows named "Actual Play Points %" and "But-for Google Discount %"; between "Apps & Games Revenue" and end).** The text in this Table reflects and is calculated from internal, non-public Google financial data, including the purported value of Google Play Points subsidies, the purported value of non-Play Points discounts offered on Google Play, and the but-for revenues, costs, and incremental profits calculated by Plaintiffs' expert and as modified by Dr. Leonard.  Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information, including the purported value of subsidy from Google Play Points and other non-Play Points discounts offered to consumers, as well as insights on Google Play's costs and margins.

714.     **Page 151, Table 14 (only figures in columns named "Profits-Based Restitution" and "Revenue-Based Restitution" and between rows named "Actual Play Points %" and end).** The text in this Table reflects and is calculated from internal, non-public Google financial data, including the purported value of Google Play Points subsidies, the purported value of non-Play Points discounts offered on Google Play, and the but-for revenues, costs, and incremental profits calculated by Plaintiffs' expert and as modified by Dr. Leonard.  Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information, including the purported value of subsidy from Google Play Points and other non-Play Points discounts offered to consumers, as well as insights on Google Play's costs and margins.

715.     **Page 154, Table 15 (all figures in columns named "Calculation 1 (ONE Store-Based But-for Market Share)" and "Calculation 2 (But-for Market Share Same as Actual)").** The

text in this Table reflects and is calculated from internal, non-public Google financial data, including the purported value of Google Play Points subsidies, the purported value of non-Play Points discounts offered on Google Play, and the but-for revenues, costs, and incremental profits calculated by Plaintiffs' expert and as modified by Dr. Leonard.  Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information, including the purported value of subsidy from Google Play Points and other non-Play Points discounts offered to consumers, as well as insights on Google Play's costs and margins.

716.    **Page 155, Paragraph 198 (between "rate to be" and "and the but"; between "rate to be" and end of sentence).**  This text reveals the value of Play and non-Play Points subsidies offered by both developers and Google to consumers as a percentage of total consumer spend.  The disclosure of this information would cause serious harm to Google's competitive position. For example, if disclosed, it would inform app store competitors of the value of discounts and purported Play Points subsidies offered on Google Play in relation to overall consumer spend on Google Play. If revealed publicly, an app store competitor could make decisions about its own rewards programs, promotions, or discounts to offer consumers in order to better compete against Google Play and target those same consumers.

717.    **Page 156, Table 16 (only figures in columns named "Calculation 1 (ONE Store-Based But-for Market Share)" and "Calculation 2 (But-for Market Share Same as Actual)" and rows named "Actual Play Points %" and "But-for Play Points %" and "Actual Google Discount %" and "But-for Google Discount %" and "Consumer Spend" and "Reduction in App & Games Revenue" and between "Actual Google Play Apps & Game Reven" and end).**  This text reveals the value of Play and non-Play Points subsidies offered by both developers and Google to consumers as a percentage of total consumer spend.  The disclosure of this information would cause serious harm to Google's competitive position. For example, if disclosed, it would inform app store competitors of the value of discounts and purported Play Points subsidies offered on Google Play in relation to overall consumer spend on Google Play. If revealed publicly, an app store competitor could

1  make decisions about its own rewards programs, promotions, or discounts to offer consumers in order

2  to better compete against Google Play and target those same consumers.

3      718.    **Page 158, Paragraph 202 (between "OkCupid's damages of" and "and"; between**

4  **"and" and "respectively, for total"; between "damages of" and "Using an"; between "OkCupid's**

5  **damages of" and "and"; between "and" and "respectively, for"; between "total damages of" and**

6  **"Under Dr. Schwartz's").**  This text reflects and is calculated from internal, non-public Google

7  financial data, including analysis based on Google's internal data relating to the purported value of

8  Google Play.  If publicly revealed, this information could influence the competitive decision-making

9  and business strategies employed by Google's app store competitors, or be used as data points by

10  counterparties in negotiations with Google.  For example, knowledge of Google's internal valuation of

11  its app store services could influence how competitor app stores structure their own business models,

12  or affect Google customer perception regarding perceived value, or lead to conjecture about Google's

13  future pricing models.

14      719.    **Page 159, Paragraph 202 (between "damages of" and "and"; between "and" and**

15  **"respectively, for total"; between "total damages of" and "Using the alternative";between**

16  **"OkCupid's damages of" and "and"; between "and" and "respectively, for total"; between "total**

17  **damages of" and "I note that"; between "damages amount to" and "for Dr. Schwartz's Base";**

18  **between "Base Case and" and "for Dr. Schwartz's alternative").**  This text reflects and is

19  calculated from internal, non-public Google financial data, including analysis based on Google's

20  internal data relating to the purported value of Google Play.  If publicly revealed, this information

21  could influence the competitive decision-making and business strategies employed by Google's app

22  store competitors, or be used as data points by counterparties in negotiations with Google.  For

23  example, knowledge of Google's internal valuation of its app store services could influence how

24  competitor app stores structure their own business models, or affect Google customer perception

25  regarding perceived value, or lead to conjecture about Google's future pricing models.

26      720.    **Page 160, Paragraph 205 (between "and Operations," and "that Dr. Schwarz";**

27  **between "states that" and "and that it"; between "that it is" and "Thus, even if"; between "and**

28

1   **not just" and "Dr. Schwartz ignores").**  This text contains non-public and confidential information

2   relating to Google Play's specific internal business strategies and business model considerations,

3   including analysis based on Google's internal data and information. If publicly revealed, this specific

4   information could influence the competitive decision-making and business strategies employed by

5   Google's app store competitors, or undermine Google's position in future business dealings by

6   publicizing insight into Google's strictly confidential strategic thinking. For example, knowledge of

7   Google's inner workings and strategic considerations could influence competitor app stores' decisions

8   related to how they market, monetize or structure their business models, or affect Google customer

9   perception regarding perceived value, or lead to conjecture about Google's future pricing models.

10   721.   **Page 161, Paragraph 206 (between "+ Insights," and "In Google's August";**

11   **between "damages calculation," and "Furthermore, although").**  This text contains non-public and

12   confidential information relating to Google Play's specific internal business strategies and business

13   model considerations, including analysis based on Google's internal data and information. If publicly

14   revealed, this specific information could influence the competitive decision-making and business

15   strategies employed by Google's app store competitors, or undermine Google's position in future

16   business dealings by publicizing insight into Google's strictly confidential strategic thinking. For

17   example, knowledge of Google's inner workings and strategic considerations could influence

18   competitor app stores' decisions related to how they market, monetize or structure their business

19   models, or affect Google customer perception regarding perceived value, or lead to conjecture about

20   Google's future pricing models.  This text also reflects non-public and confidential information

21   regarding the identity of specific non-party developers and developer-specific information derived

22   from Google's transactional data. The developers identified in this Paragraph have a reasonable

23   expectation that Google will maintain the confidentiality of data relating to its app on Google Play.

24   Revealing that data would harm Google's relationship with these developers (and potentially others),

25   jeopardizing Google's future business opportunities with them.

26   722.   **Page 166, Paragraph 213 (between "the project was" and "Furthermore, the**

27   **results"; between "Model were used for" and "Based on a"; between "initial purpose was" and**

28

**"Over time there"; between "of the model" and "Google has also").** This text contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.  If publicly revealed, this specific information could influence the competitive decision-making and business strategies employed by Google's app store competitors, or undermine Google's position in future business dealings by publicizing insight into Google's strictly confidential strategic thinking. For example, knowledge of Google's inner workings and strategic considerations could influence competitor app stores' decisions related to how they market, monetize or structure their business models, or affect Google customer perception regarding perceived value, or lead to conjecture about Google's future pricing models.

723.    **Page 167, Paragraph 214 (between "to be used" and "Additionally, what I"; between "presentation titled" and "also addresses"; between "Play Value Model" and end of sentence).**  This text contains non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and information.  If publicly revealed, this specific information could influence the competitive decision-making and business strategies employed by Google's app store competitors, or undermine Google's position in future business dealings by publicizing insight into Google's strictly confidential strategic thinking. For example, knowledge of Google's inner workings and strategic considerations could influence competitor app stores' decisions related to how they market, monetize or structure their business models, or affect Google customer perception regarding perceived value, or lead to conjecture about Google's future pricing models.

724.    **Page 167, Paragraph 215 (between "Estimate of" and "that was specifically").** This text contains non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and information pertaining to a specific developer. If publicly revealed, this specific information

1    could influence the competitive decision-making and business strategies employed by Google's app

2    store competitors, or undermine Google's position in future business dealings by publicizing insight

3    into Google's strictly confidential strategic thinking. For example, knowledge of Google's inner

4    workings and strategic considerations, particularly with respect to a given developer, could influence

5    competitor app stores' decisions related to how they market, monetize or structure their business

6    models, including to specific developers.

7         725.    **Page 168, Paragraph 215 (between "Estimate of" and "for the Q1"; between**

8    **"Estimates of" and "and"; between "and" and "Furthermore, Sarah"; between "Google was"**

9    **and "Additionally"; between "Additionally" and end of sentence).**   This text contains non-public

10   and confidential information relating to Google Play's specific internal business strategies and business

11   model considerations, including analysis based on Google's internal data and information.  If publicly

12   revealed, this specific information could influence the competitive decision-making and business

13   strategies employed by Google's app store competitors, or undermine Google's position in future

14   business dealings by publicizing insight into Google's strictly confidential strategic thinking. For

15   example, knowledge of Google's inner workings and strategic considerations could influence

16   competitor app stores' decisions related to how they market, monetize or structure their business

17   models, or affect Google customer perception regarding perceived value, or lead to conjecture about

18   Google's future pricing models.

19        726.    **Page 169, Paragraph 218 (between "Play Value Estimate" and "that we do";**

20   **between "and care about" and end of paragraph).**   This text contains non-public and confidential

21   information regarding Google Play's internal assessment of its business model.  This information

22   reflects sensitive, highly confidential characterizations by Google's internal business teams that, if

23   publicly revealed, could be referenced by potential counterparties in negotiations with Google to gain

24   an unfair advantage against Google.

25        727.    **Page 170, Paragraph 218 (between "the slide titled" and "The notes**

26   **corresponding", and between "indicate" and end of sentence).** This text contains non-public and

27   confidential information regarding Google Play's internal assessment of its business model.  This

28

information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if publicly revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

728. **Page 170, Paragraph 219 (between "provided to developers" and end of sentence).** This text contains non-public and confidential information regarding Google Play's internal assessment of its business model, including references to analysis based on Google's internal data and information.  This information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if publicly revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

729. **Page 170-171, Paragraph 220 (between "2021 addresses" and "According to Google" and between "According to Google" and end of sentence).** This text contains non-public and confidential information regarding Google Play's internal assessment of its business model, including references to analysis based on Google's internal data and information and potential future changes to Google's internal assessments.  This information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if publicly revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

730. **Page 171, Paragraph 220, Note 325 (between "caveat that state" and "GOOG-PLAY-011023692").** This text contains non-public and confidential information regarding Google Play's internal assessment of its business model, including references to internal, confidential strategy documents and related limitations.  This information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if publicly revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

731. **Page 172-173, Paragraph 222 (in the first sub-bullet, between "relies on the" and "in this model"; between "Play Value of" and "of"; between "of" and "Alternative CPI"; between "provides an" and "that generates"; between "generates a" and end of sentence; between "Alternative CPI Valuation #2:" and end of sentence; between "Alternative LTV Valuation #1:" and end of sentence).** This text contains non-public and confidential information

relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and information pertaining to a specific developer. If publicly revealed, this specific information could influence the competitive decision-making and business strategies employed by Google's app store competitors, or undermine Google's position in future business dealings by publicizing insight into Google's strictly confidential strategic thinking. For example, knowledge of Google's inner workings and strategic considerations, particularly with respect to a given developer, could influence competitor app stores' decisions related to how they market, monetize or structure their business models, including to specific developers.

732.     **Page 172, Paragraph 222, Note 331 (between "also generates a" and "GOOG-PLAY-011274244").** This text contains non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and information pertaining to a specific developer. If publicly revealed, this specific information could influence the competitive decision-making and business strategies employed by Google's app store competitors, or undermine Google's position in future business dealings by publicizing insight into Google's strictly confidential strategic thinking. For example, knowledge of Google's inner workings and strategic considerations, particularly with respect to a given developer, could influence competitor app stores' decisions related to how they market, monetize or structure their business models, including to specific developers.

733.     **Page 173, Paragraph 223 (between "uses the initial" and "in the Tinder"; between "adjusts the"  and "I understand that"; between "I understand that" and "Furthermore, according"; between "to Google" and "In contrast"; between "the initial" and "in the Tinder"; between "identified as a" and end of sentence).** This text contains non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and information pertaining to a specific developer. If publicly revealed, this specific information could influence the competitive decision-making and business strategies employed by Google's app store competitors, or undermine

1  Google's position in future business dealings by publicizing insight into Google's strictly confidential

2  strategic thinking.

3        734.   **Page 173, Paragraph 223, note 335 (between "¶ 459" and "GOOG-PLAY-**

4  **004625919").** This text contains non-public and confidential information relating to Google Play's

5  specific internal business strategies and business model considerations, including analysis based on

6  Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. If publicly

7  revealed, this specific information could influence the competitive decision-making and business

8  strategies employed by Google's app store competitors, or undermine Google's position in future

9  business dealings by publicizing insight into Google's strictly confidential strategic thinking.

10        735.   **Page 173, Paragraph 224 (between "model from" and "and to ignore"; between**

11  **"ignore other" and "versions of Tinder"; between "calculation of" and "and, ultimately,**

12  **damages").** This text contains non-public and confidential information relating to Google Play's

13  specific internal business strategies and business model considerations, including analysis based on

14  Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. If publicly

15  revealed, this specific information could influence the competitive decision-making and business

16  strategies employed by Google's app store competitors, or undermine Google's position in future

17  business dealings by publicizing insight into Google's strictly confidential strategic thinking.

18        736.   **Page 175, Paragraph 225 (between "account for" and "in revenue"; between**

19  **"revenue and" and "transactions in").** This text contains non-public and confidential information

20  relating to Google Play's confidential financial information, including analysis based on Google's

21  internal data and the impact of certain errors made in adjustments to that data performed by Plaintiff's

22  expert. If publicly revealed, this specific information could be used to disadvantage and cause Google

23  competitive harm by giving competitors insight into confidential Google financial information.

24        737.   **Page 175-176, Paragraph 226 (between "Schwartz's" and "Adjustment"; between**

25  **"begins with the" and "presented in"; between "based on the" and "Specifically, he"; between**

26  **"adjustment to the" and "Then he subtracts"; between "figure the" and "This figure is";**

27  **between "with the Tinder" and "and then performs").** This information reflects and is calculated

28

from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

738. **Page 176, Paragraph 227 (between "corresponding to the" and "and"; between "and" and "presented in the"; between "his 55.1%" and "adjustment"; between "the 55.1%" and "adjustment based"; between "more accurate" and "adjustment at the").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. If revealed to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

739. **Page 177, Paragraph 228 (between "more accurate" and "adjustment as follows"; between "adjustment as follows:" and "Applying the more"; between "more accurate" and "adjustment of"; between "to the" and "from the Tinder"; between "an estimated" and "versus"; between "versus" and "based on"; between "Dividing" and "by"; between "by" and "Google Play"; between "results in" and "versus"; between "versus" and "based on").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by Plaintiff's expert which pertain to a specific developer. If

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

265

1   publicly disclosed, it could provide app store competitors or competitors to that developer insight into

2   Google's thinking about its value proposition to this developer.

3          740.    **Page 177, Paragraph 229 (between "Baseline Tinder" and "with the"; between**

4   **"with the" and "calculated above").**  This text contains non-public and confidential information

5   relating to Google Play's specific internal business strategies and business model considerations,

6   including analysis based on Google's internal data and information pertaining to a specific developer.

7   If publicly disclosed, it could provide app store competitors or competitors to that developer insight

8   into Google's thinking about its value proposition to this developer.

9          741.    **Page 178, Table 17 (between "Dr. Schwartz's" and "Adjustment"; all figures in**

10  **rows named "Tinder" and "OkCupid" and "Total Damages").**  This Table reflects and is

11  calculated from internal, non-public Google financial data. It also reflects non-public and confidential

12  information relating to Google Play's specific internal business strategies and business model

13  considerations, including analysis based on Google's internal data and detailed adjustments to that data

14  performed by Plaintiff's expert. If revealed to competitors and potential business counterparties, this

15  information could be used to disadvantage and cause Google competitive harm by giving competitors

16  insight into confidential Google financial information and internal strategic thinking.

17         742.    **Page 177, Paragraph 230 (between "Dr. Schwartz's" and "As discussed above";**

18  **between "view the" and "Play Value Model"; between "Schwartz adjusting the" and "in the**

19  **Tinder"; between "Estimate to an" and end of sentence).**   This text contains non-public and

20  confidential information relating to Google Play's specific internal business strategies and business

21  model considerations, including analysis based on Google's internal data and information pertaining to

22  a specific developer. If publicly revealed, this specific information could influence the competitive

23  decision-making and business strategies employed by Google's app store competitors, or undermine

24  Google's position in future business dealings by publicizing insight into Google's strictly confidential

25  strategic thinking.

26         743.    **Page 178, Paragraph 231 (between "Dr. Schwartz's" and "and, alternatively";**

27  **between "the Tinder" and "of"; between "of" and "presented in the"; between "Schwartz's**

28

1    adjusted" and "figure"; between "Dividing" and "by"; between "by" and "Google Play";

2    between "results in a" and "versus"; between "versus" and "based on Dr."). This information

3    reflects and is calculated from internal, non-public Google financial data. It also reflects non-public

4    and confidential information relating to Google Play's specific internal business strategies and business

5    model considerations, including analysis based on Google's internal data and detailed adjustments to

6    that data performed by Plaintiff's expert. If revealed to competitors and potential business

7    counterparties, this information could be used to disadvantage and cause Google competitive harm by

8    giving competitors insight into confidential Google financial information and internal strategic

9    thinking.

10         744.    **Page 179, Paragraph 232 (between "Dr. Schwartz's" and "with the"; between**

11    **"with the" and "calculated above"; between "Baseline OkCupid" and "which he calculates";**

12    **between "Baseline Tinder" and "with a more"; between "I use the" and "presented in the";**

13    **between "this figure by" and "during the"; between "calculate a" and "versus"; between**

14    **"versus" and "based on").** This information reflects and is calculated from internal, non-public

15    Google financial data. It also reflects non-public and confidential information relating to Google Play's

16    specific internal business strategies and business model considerations, including analysis based on

17    Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. If revealed

18    to competitors and potential business counterparties, this information could be used to disadvantage

19    and cause Google competitive harm by giving competitors insight into confidential Google financial

20    information and internal strategic thinking.

21         745.    **Page 179, Table 18 (between "Schwartz's" and "Adjustment"; all figures in rows**

22    **named "OkCupid" and "Tinder" and "Total Damages").**  This text reflects and is calculated from

23    internal, non-public Google financial data. It also reflects non-public and confidential information

24    relating to Google Play's specific internal business strategies and business model considerations,

25    including analysis based on Google's internal data and detailed adjustments to that data performed by

26    Plaintiff's expert.  If publicly disclosed, it could provide app store competitors or competitors to that

27    developer insight into Google's thinking about its value proposition to this developer.

28

746.    **Page 179, Paragraph 233 (between "Ignores Other" and "Play Value Models"; between "there is an" and "Play Value Model"; between "a Tinder" and "of"; between "of" and "and an estimated"; between "OkCupid" and "of"; between "of" and "I refer to"; between "the Alternative" and "Valuation").**   This text reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

747.    **Page 180, Paragraph 234 (between "more accurate" and "adjustment of"; between "the Tinder" and "of"; between "of" and "million generates"; between "estimated Tinder" and "of"; between "of" and "versus"; between "versus" and "based on"; between "Dividing" and "by"; between "by" and "Google Play Tinder"; between "results in a" and "of"; between "of" and "versus"; between "versus" and "based on Dr. Schwartz's").**   This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business model considerations, including analysis based on Google's internal data pertaining to a specific developer and detailed adjustments to that data performed by Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

748.    **Page 180, Paragraph 235 (between "replacing Dr. Schwartz's" and "with the'; between "with the" and "calculated above").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. If revealed to competitors and potential business counterparties, this information

could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

749. **Page 181, Table 19 (between "Damages Alternative" and "Valuation"; between "Dr. Schwartz's" and "Adjustment"; all figures in rows named "Tinder" and "OkCupid" and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

750. **Page 181, Paragraph 236 (between "the Tinder" and "of"; between "of" and "and OkCupid"; between "and OkCupid" and "of"; between "of" and "but do not"; between "Dr. Schwartz's" and "adjustment."; between "Dividing" and "by"; between "by" and "Google Play Tinder"; between "results in a" and "versus"; between "versus" and "based on"; between "Dividing" and "by 4.4 million"; between "results in a" and "versus"; between "versus" and "based on").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific business model considerations, including valuation analysis based on Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. If revealed to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

751. **Page 181, Paragraph 237 (between "Dr. Schwartz's" and "with the"; between "with the" and "calculated above"; between "replacing Dr. Schwartz's" and "with the"; between "with the" and "calculated above").** This text reflects non-public and confidential information relating to Google Play's specific internal business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by Plaintiff's expert. If revealed

to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

752. **Page 182, Table 20 (between "Alternative" and "Valuation #1"; between "Schwartz's" and "Adjustment"; all figures in rows named "OkCupid" and "Tinder" and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business model considerations, including analysis based on Google's internal data pertaining to a specific developer and detailed adjustments to that data performed by Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

753. **Page 182, Paragraph 238 (between "to perform his" and "there is"; between "there is an" and "Play Value"; between "the model, the" and "Play Value"; between "Model provides" and "I refer to"; between "valuation as the" and "Valuation #2"; between "that provide the" and "components of"; between "rely on this" and "version of the").** This text describes analyses performed by Plaintiff's expert that is based on Google's internal, confidential financial data. It also reflects Google Play's specific internal business model considerations and strategic thinking. If revealed to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

754. **Page 182, Paragraph 238, Note 350 (between "corresponding OkCupid" and "provided in this").** This text describes an internal Google document related to Google's internal, strategic thinking about a particular developer and how Google assesses its business model in relation to that developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

755. **Page 182, Paragraph 239 (between "the Tinder" and "of"; between "of" and "and do not"; between "Dr. Schwartz's" and "Dividing"; between "Dividing" and "by"; between "by"**

and "Google Play Tinder"; between "results in a" and "of"; between "of" and "versus"; between "Value in the" and "Valuation #2"; between "Valuation #2 is" and "which is"; between "Model of" and "Therefore, in"; between "calculation of the" and "by dividing"; between "by dividing" and "by"; between "by" and "Google Play Tinder"; between "pre-install figure of" and "versus"; between 'versus" and "based on Dr."). This text describes analyses performed by both Google's expert and Plaintiff's expert that is based on Google's internal, confidential financial data and relates to a specific developer. It also reflects Google Play's specific internal business model considerations and strategic thinking. If revealed to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

756.    Page 183, Paragraph 240 (between "replacing Dr. Schwartz's" and "with the"; between "with the" and "calculated above"; between "Dr. Schwartz's" and "with the"; between "with the" and "calculated above").  This text describes analyses performed by both Google's expert and Plaintiff's expert that is based on Google's internal, confidential financial data and relates to a specific developer. It also reflects Google Play's specific internal business model considerations and strategic thinking. If revealed to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

757.    Page 184, Table 21 (between "Alternative" and "Valuation #2"; between "Schwartz's" and "Adjustment"; all figures in rows named "OkCupid" and "Tinder" and "Total Damages"). This Table reflects and is calculated from Google's internal, confidential financial data and relates to a specific developer.  It also reflects Google Play's specific internal business model considerations and strategic thinking. If revealed to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

758.    Page 184, Paragraph 241 (between "perform his" and "adjustment there"; between "also an" and "Play Value Model"; between "the model, the" and "Play Value";

1   between "provides a Tinder" and "of"; between "of" and "I refer to"; between "valuation as

2   the" and "Valuation #1"; between "provide the" and "components of the"; between "rely on

3   this" and "version of the model").  This text describes analyses performed by Plaintiffs' expert that

4   reflect and are calculated from Google's internal, confidential financial data.  These analyses also

5   reflect strategic thinking about a particular developer and how Google assesses its business model in

6   relation to that developer.  If publicly disclosed, it could provide app store competitors or competitors

7   to that developer insight into Google's thinking about its value proposition to this developer.

8          759.   **Page 184-185, Paragraph 242 (between "use the Tinder" and "Value of"; between**

9   **"Value of" and "and given"; between "begins with an" and "Value there is"; between "apply**

10   **any" and "adjustment. Dividing"; between "Dividing" and "by"; between "by" and "Google**

11   **Play Tinder"; between "results in a" and "versus"; between "versus" and "based on Dr.";**

12   **between "Value in the" and "Valuation #1"; between "#1 is" and "which is different"; between**

13   **"Damages Model of" and "Therefore, in"; between "Install by dividing" and "by"; between "by"**

14   **and "Google Play Tinder"; between "figure of" and "versus"; between "versus" and "based on**

15   **Dr.").**  This text describes an analysis performed by Google's expert that is based on Google's internal,

16   confidential financial data and that relates to a specific developer. It also reflects Google Play's specific

17   internal business model considerations and strategic thinking. If revealed to competitors and potential

18   business counterparties, this information could be used to disadvantage and cause Google competitive

19   harm by giving competitors insight into confidential Google financial information and internal

20   strategic thinking.

21          760.   **Page 185, Paragraph 243 (between "replacing Dr. Schwartz's" and "with the";**

22   **between "with the" and "calculated above"; between "Dr. Schwartz's" and with the"; between**

23   **"with the" and "calculated above").**  This text describes an analysis performed by Google's expert

24   that is based on Google's internal, confidential financial data and that relates to a specific developer. It

25   also reflects Google Play's specific internal business model considerations and strategic thinking. If

26   revealed to competitors and potential business counterparties, this information could be used to

27

28

disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and internal strategic thinking.

761.   **Page 185, Table 22 (between "Alternative" and "Valuation #1"; between "Schwartz's" and "Adjustment"; all figures in rows named "OkCupid" and "Tinder" and "Total Damages").** The figures in this Table reflect an analysis performed by Google's expert that is based on Google's internal, confidential financial data and that relates to a specific developer. It also reflects Google Play's specific internal business model considerations and strategic thinking. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

762.   **Page 188, Table 23 (entire chart).** The figures in this Table reflect an analysis performed by Google's expert that is based on Google's internal, confidential financial data and that relates to a specific developer. If revealed to competitors and potential business counterparties, this information could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and the magnitude of Google Play sales of this developer, which could be used by Google's competitors to target and attract that developer.

763.   **Page 188-189, Paragraph 247 (between "states that a" and "But Dr. Schwartz"; between "that acknowledges" and "Therefore, Dr. Schwartz's"; between "value and the" and end of sentence).** This text describes an internal Google document related to Google's internal, strategic thinking about its business model and the types of value Google Play delivers to its partners. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to developers.  For example, knowledge of Google's internal valuation of its app store services could influence how competitor app stores structure their own business models, or affect Google customer perception regarding perceived value, or lead to conjecture about Google's future pricing models.

764.   **Page 189, Paragraph 248 (between "the slide is" and "This reflects the"; between "states the following" and end of sentence).**   This text describes an internal Google document

related to Google's internal, strategic thinking about its business model.  If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to developers.  For example, knowledge of Google's internal valuation of its app store services could influence how competitor app stores structure their own business models, or affect Google customer perception regarding perceived value, or lead to conjecture about Google's future pricing models.

765.     **Page 190, Paragraph 249 (between "employee that indicates" and "Dr. Schwartz"; between "statement that follows" and end of sentence).**  This text describes an internal Google email related to Google's internal, strategic thinking about its business model as related to a specific developer.  If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this specific developer or app developers like it.  For example, knowledge of Google's internal valuation of its app store services could influence how competitor app stores structure their own business models, or affect Google customer perception regarding perceived value.

766.     **Page 190-91, Paragraph 250 (between "from GPS is" and "However, as discussed"; between "Model quantifies" and end of sentence; between "Marchak states that" and "and that it is"; between "and that it is" and end of sentence).**  This text describes Google's internal, strategic thinking about its business model and the value proposition it provides to a particular developer.  It also reflects and describes internal Google analysis based on confidential financial data.  Disclosure of this information would cause Google competitive harm by enabling Google's competitors to tailor their business and competitive-decision making in a way that disadvantages Google.

767.     **Page 191-192, Paragraph 251 (between "relating to the" and "among other types"; between "As noted above" and "By ignoring evidence"; between "Play Store, implying" and end of sentence).**  This text contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would

adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

768.   **Page 194-95, Paragraph 256 (between "be up to" and end of sentence; between "be up to" and "related to"; between "and up to" and "based on other").**  This information reflects and is calculated from internal, non-public Google financial data, including related to Google's Play Points program. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information and the purported value of subsidies provided by Google Play's rewards program, which could be used by Google's competitors to tailor their own marketing, monetization, or other competitive strategies.

769.   **Page 195, Paragraph 258 (between "have paid" and "more in service"; between "12/31/2021 and" and "for the period").** This information reflects and is calculated from internal, non-public Google financial data for a specific developer. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information, and could be used by Google's competitors to target this developer or developers like it.

770.   **Page 218-219, Appendix C, Paragraph 5 (between "July 1, 2021" and "of the month"; between "IAPs and" and "of the month").** This text contains the portion of transactions subject to a 30% service fee and a 15% service fee from March 2009 to July 2021, and from July 2021 to May 2022.  It reflects and is calculated from internal, non-public Google financial data. Public disclosure of this information could cause Google serious competitive harm by revealing to app store competitors sensitive financial information relating to Google Play's transactions and service fee, which could allow those competitors to tailor their own monetization and price-setting strategies to developers.

771.    **Page 220, Appendix C, Paragraph 8, Table C.1 (all figures in rows named "Pass-Through Rate" and "Pass-Through Rate (Upper Bound)" and "Total Consumer Spend (8/16/16-5/31/22)").** This text reveals the total consumer spend on Google Play between August 16, 2016, and May 31, 2022, and the rate at which developers of apps on Google Play passed through cost savings from lowered service fees onto consumers in the form of lower prices, as broken down by paid apps, in-app purchases, and subscriptions. This text reflects Google's non-public, competitively sensitive, and current internal information concerning consumer spending volume and confidential Google financial information. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into consumer spending patterns and Google monetization strategies.

772.    **Page 220, Appendix C, Paragraph 9 (between "bounds are" and "for IAPs,"; between "for IAPs," and "for paid downloads"; between "downloads, and" and "for subscriptions").** This text reflects an analysis of the rate at which developers of apps on Google Play passed through cost savings from lowered service fees onto consumers in the form of lower prices, as broken down by paid apps, in-app purchases, and subscriptions. Although these figures are provided in the form of confidence intervals, they reveal the upper bound of pass-through rates, which imply information about the actual analyzed pass-through rates. This text reflects Google's non-public, competitively sensitive, and current internal information concerning developer pricing information and confidential Google financial information. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into developer pricing strategies and consumer spending behavior.

773.    **Page 221, Appendix C, Table C.2 (all figures in row named "Pass-Through Rate").** This text reflects an analysis of the rate at which developers of apps on Google Play passed through cost savings from lowered service fees onto consumers in the form of lower prices, as broken down by paid apps, in-app purchases, and subscriptions. Although these figures are provided in the form of confidence intervals, they reveal the upper bound of pass-through rates, which imply information about the actual analyzed pass-through rates. This text reflects Google's non-public, competitively sensitive, and current internal information concerning developer pricing information and confidential Google

financial information. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into developer pricing strategies and consumer spending behavior.

774.     **Page 222, Appendix C, Table C.3 (all figures in row named "Pass-Through Rate").** This text reflects an analysis of the rate at which developers of apps on Google Play passed through cost savings from lowered service fees onto consumers in the form of lower prices, as broken down by paid apps, in-app purchases, and subscriptions.  Although these figures are provided in the form of confidence intervals, they reveal the upper bound of pass-through rates, which imply information about the actual analyzed pass-through rates.  This text reflects Google's non-public, competitively sensitive, and current internal information concerning developer pricing information and confidential Google financial information. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into developer pricing strategies and consumer spending behavior.

775.     **Page 222, Appendix C, Table C.4 (all figures in row named "Pass-Through Rate").** This text reflects an analysis of the rate at which developers of apps on Google Play passed through cost savings from lowered service fees onto consumers in the form of lower prices, as broken down by paid apps, in-app purchases, and subscriptions.  Although these figures are provided in the form of confidence intervals, they reveal the upper bound of pass-through rates, which imply information about the actual analyzed pass-through rates.  This text reflects Google's non-public, competitively sensitive, and current internal information concerning developer pricing information and confidential Google financial information. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into developer pricing strategies and consumer spending behavior.

776.     **Page 223, Appendix C, Table C.5 (all figures in row named "Pass-Through Rate").** This text reflects an analysis of the rate at which developers of apps on Google Play passed through cost savings from lowered service fees onto consumers in the form of lower prices, as broken down by paid apps, in-app purchases, and subscriptions.  Although these figures are provided in the form of confidence intervals, they reveal the upper bound of pass-through rates, which imply information about the actual analyzed pass-through rates.  This text reflects Google's non-public, competitively sensitive, and current internal information concerning developer pricing information and confidential Google

financial information. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into developer pricing strategies and consumer spending behavior.

777.   **Page 229, Appendix E, Paragraph 4 (between "7.3%, or" and "lower, than").** The text contains the results of an expert analysis relating to consumer damages as calculated by Google's damages expert.  It reflects and is calculated from confidential, internal Google financial information. This data is non-public or otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

778.   **Page 247, Exhibit 1a (all figures in rows named "Consumer Spend ($)").** This exhibit corresponds to Table 1 of this document, which Google also moves to seal.  As previously stated, this portion of the table reveals  the total consumer spend represented by the top 100 paid apps experiencing a service fee reduction after July 1, 2021 for the given time period, based on both list price and net price.  This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

779.   **Page 248, Exhibit 1b (all figures in rows named "Consumer Spend ($)").** This exhibit corresponds to Table 2 of this document, which Google also moves to seal. This portion of the table reveals  the total consumer spend represented by the top 100 paid apps experiencing a service fee reduction of at least 10 percentage points after July 1, 2021 for the given time period, based on both list price and net price.  This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

780. **Page 249, Exhibit 1c (all figures in rows named "Consumer Spend ($)" and "Average Service Fee Rate 2021.07.01 - 2022.05.31" and "Average Net Price 2021.07.01 - 2022.05.31").** This exhibit corresponds to Table 3 of this document, which Google also moves to seal. This portion of the table in the "Consumer Spend" rows reveals the total consumer spend represented by the top 100 paid apps ranked by consumer spend among all paid apps for the given time period, based on both list price and net price. This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google. The portion of the table in the "Average Service Fee Rate 2021.07.01 - 2022.05.31" row reveals the effect of Google Play's July 1, 2021 service fee reduction on the average service fee paid by the app developers of the top 100 paid apps, and is calculated from Google's internal, non-public transactional data. If publicly revealed, this information could influence the competitive decision making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to app developers and/or make competitive decisions around pricing or monetization strategies.

781. **Page 250, Exhibit 2a (all figures in rows named "Consumer Spend ($)").** This exhibit corresponds to Table 4 of this document, which Google also moves to seal. This portion of the table reveals the total consumer spend represented by the top 100 in-app purchases with a flat service fee reduction of 15% after July 1, 2021 for the given time period, based on both list price and net price. This reflects and is calculated from Google's internal, non-public transactional data. If publicly disclosed, it would reveal information about the degree of concentration of consumer spend on Google Play, which could be used by Google Play's app store competitors to inform commercial strategy and competition decision-making in an effort to attract developers away from Google.

782. **Page 251, Exhibit 2b (all figures in rows named "Consumer Spend ($)").** This exhibit corresponds to Table 5 in this document, which Google also moves to seal. The portion of the table in the "Consumer Spend" rows reveals the total consumer spend represented by the top 100 in-

1   app purchases with at least a 10% service fee reduction for the given time period, based on both list

2   price and net price.  This reflects and is calculated from Google's internal, non-public transactional

3   data. If publicly disclosed, it would reveal information about the degree of concentration of consumer

4   spend on Google Play, which could be used by Google Play's app store competitors to inform

5   commercial strategy and competition decision-making in an effort to attract developers away from

6   Google.

7          783.    **Page 252, Exhibit 2c (all figures in rows named "Consumer Spend ($)").** This

8   exhibit corresponds to Table 6 in this document, which Google also moves to seal.  This text reveals

9   the total consumer spend represented by the top 100 in-app purchases ranked by consumer spend

10   between July 2020 and May 2022.  This reflects and is calculated from Google's internal, non-public

11   transactional data. If publicly disclosed, it would reveal information about the degree of concentration

12   of consumer spend on Google Play, which could be used by Google Play's app store competitors to

13   inform commercial strategy and competition decision-making in an effort to attract developers away

14   from Google.

15          784.    **Page 253, Exhibit 3a (all figures in column named "App Package Name").** This text

16   contains confidential, non-public information regarding non-party developers, and implicates the non-

17   party's confidentiality interests, by revealing the identity of Google business partners who are not party

18   to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

19   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

20   this non-public information is likely to result in competitive harm to Google, as it reveals strategic

21   decision-making, which, for example, could give a competitor or potential business partner unfair

22   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

23   this non-party information to unfairly target Google's developer partners.

24          785.    **Page 254, Exhibit 3b (all figures in column named "App Package Name").** This text

25   contains confidential, non-public information regarding non-party developers, and implicates the non-

26   party's confidentiality interests, by revealing the identity of Google business partners who are not party

27   to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

28

1    contractual terms and its own confidential statements made during negotiations. Further, disclosure of

2    this non-public information is likely to result in competitive harm to Google, as it reveals strategic

3    decision-making, which, for example, could give a competitor or potential business partner unfair

4    leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

5    this non-party information to unfairly target Google's developer partners.

6        786.    **Page 255, Exhibit 3c (all figures in column named "App Package Name").** This text

7    contains confidential, non-public information regarding non-party developers, and implicates the non-

8    party's confidentiality interests, by revealing the identity of Google business partners who are not party

9    to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

10   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

11   this non-public information is likely to result in competitive harm to Google, as it reveals strategic

12   decision-making, which, for example, could give a competitor or potential business partner unfair

13   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

14   this non-party information to unfairly target Google's developer partners.

15       787.    **Page 256, Exhibit 4a (all figures in rows named "Consumer Spend ($)").** This

16   exhibit corresponds to Table 7 in this document, which Google also moves to seal. This text reveals the

17   consumer spend represented by the subscription SKUs of a specific Google Play developer over two

18   time periods before and after a Google Play service fee reduction, as well as the portion of consumer

19   spend represented by each subset of SKUs that either experienced a price reduction, price increase, or

20   no change.  Although these SKUs belong to the dating app portfolio of a party to this matter, these

21   figures reflect and are calculated from Google's internal, non-public transactional data. If publicly

22   disclosed, it would reveal information about the contribution of consumer spend by this customer on

23   Google Play, which could be used by Google Play's app store competitors to inform commercial

24   strategy and competition decision-making in an effort to attract developers away from Google.

25       788.    **Page 257, Exhibit 4b (all figures in rows named "Consumer Spend ($)").**  This text

26   reveals the consumer spend represented by the subscription SKUs of a specific Google Play developer

27   over two time periods before and after a Google Play service fee reduction, as well as the portion of

28

1  consumer spend represented by each subset of SKUs that either experienced a price reduction, price

2  increase, or no change.  Although these SKUs belong to the dating app portfolio of a party to this

3  matter, these figures reflect and are calculated from Google's internal, non-public transactional data. If

4  publicly disclosed, it would reveal information about the contribution of consumer spend by this

5  customer on Google Play, which could be used by Google Play's app store competitors to inform

6  commercial strategy and competition decision-making in an effort to attract developers away from

7  Google.

8      789. **Page 258, Exhibit 5 (all figures in row named "Total Consumer Spend (8/16/16-**

9  **5/31/22").** This text reflects an analysis of the rate at which developers of apps on Google Play passed

10  through cost savings from lowered service fees onto consumers in the form of lower prices, as broken

11  down by paid apps, in-app purchases, and subscriptions, as well as total consumer spend on Google

12  Play for the period of August 16, 2022 to May 31, 2022.  This text reflects Google's non-public,

13  competitively sensitive, and current internal information concerning developer pricing information and

14  confidential Google financial information. If publicly revealed, this information could cause Google

15  competitive harm by giving competitors insight into developer pricing strategies and consumer

16  spending behavior.

17      790. **Page 266, Exhibit 7f (entire chart).** This exhibit corresponds with Figure 13 of this

18  document, which Google also moves to seal. This exhibit reflects Google Play's market shares in a

19  but-for world according to Plaintiffs' expert, which are derived from Google's highly confidential

20  transactional data. If disclosed, this could cause Google competitive harm by giving Google's

21  competitors insight into Google's confidential financial information.

22      791. **Page 267, Exhibit 8a (all figures in column named "Consumer Class Damages**

23  **based on Dr. Singer's Model ($M)").** This portion of the exhibit contains expert analysis relating to

24  purported consumer damages from Dr. Singer's app distribution market model, which reflects and is

25  calculated from Google's internal, confidential financial data.  If disclosed, this could cause Google

26  competitive harm by giving Google's competitors insight into Google's confidential financial

27  information.

28

792.    **Page 272, Exhibit 9a (entire chart).** This portion of the exhibit contains expert analysis relating to purported consumer damages from Dr. Singer's IAP model, which reflects and is calculated from Google's internal, confidential financial data.  If disclosed, this could cause Google competitive harm by giving Google's competitors insight into Google's confidential financial information.

793.    **Page 273, Exhibit 9b (entire chart).** This portion of the exhibit contains expert analysis relating to purported consumer damages from Dr. Singer's combined market discount model, which reflects and is calculated from Google's internal, confidential financial data.  If disclosed, this could cause Google competitive harm by giving Google's competitors insight into Google's confidential financial information.

794.    **Page 274, Exhibit 10a (entire chart).** This portion of the exhibit contains expert analysis relating to purported consumer damages, which reflects and is calculated from Google's internal, confidential financial data.  If disclosed, this could cause Google competitive harm by giving Google's competitors insight into Google's confidential financial information.

795.    **Page 275, Exhibit 10b (entire chart).** This exhibit corresponds to Figure 17 in the document, which Google also moves to seal. This exhibit contains the distribution of list prices of in-app purchases and subscriptions of non-games transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about developers' monetization strategies and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

796.    **Page 276, Exhibit 11a (entire chart).** This exhibit corresponds to Figure 19 in the document, which Google also moves to seal. This exhibit  contains the distribution of quantity of paid app sales in the Games category transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about the nature of consumer demand for apps and enable them to better compete against

Google Play, for example, by influencing what product investments to make or how to target developers.

797. **Page 277, Exhibit 11b (entire chart).** This exhibit corresponds to Figure 20 in the document, which Google also moves to seal. This exhibit contains the distribution of quantity of paid non-game app sales transacted in May 2022 on Google Play, which is derived from internal, non-public Google financial data.  If disclosed, this data could inform Google's app store competitors about the nature of consumer demand for apps and enable them to better compete against Google Play, for example, by influencing what product investments to make or how to target developers.

798. **Page 278, Exhibit 12 (entire charts).** This exhibit reveals the total hours spent on selected apps monthly, which is derived from non-party highly confidential information and reflects the confidential data of  Google's business partners.  Google's business parties, who are not parties to this litigation, have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

799. **Page 279, Exhibit 13 (entire chart).** This exhibit corresponds to Figure 22 in the document, which Google also moves to seal. This exhibit reveals the total hours spent on selected apps in the month September 2021, which is derived from non-party highly confidential information and reflects the confidential data of  Google's business partners.  Google's business parties, who are not parties to this litigation, have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

800. **Page 280, Exhibit 14 (entire chart).** This text contains the share of consumer spend on the Samsung Galaxy Store as compared to consumer spend on Google Play on Samsung devices in the United States. It reflects and is calculated, in part, from confidential Google financial data.  If disclosed, it could cause Google serious competitive harm by giving app store competitors insight into Google's internal confidential financial information and confidential data points on the makeup of the U.S. market for app store spend, which could be used to inform competitive strategy to disadvantage Google.

801.     **Page 281, Exhibit 15a (entire chart).** This exhibit corresponds to Figure 23 of this document, which Google also moves to seal. This chart reveals the monthly total number of apps on Google Play with non-zero sales, which is calculated from internal, non-public Google financial data. If publicly disclosed, it could cause Google competitive harm by giving app store competitors insight into the relative portion of revenue-generating apps on Google Play, which could serve as a metric to benchmark their own performance against and drive competition decision-making to Google's detriment.

802.     **Page 285, Exhibit 18 (all figures in column named "Consumer Damages from Overcharge").** This text reflects and is calculated from confidential Google financial data. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into consumer spending patterns, including over time and by geography, which could be used to disadvantage Google.

803.     **Page 287, Exhibit 19 (all figures in columns named "Consumer Damages from Play Points" and "Consumer Damages from Non-Points Google Discounts" and "Consumer Damages (Combined)").** This text reflects and is calculated from confidential Google financial data, including data related to Google's Play Points program. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into consumer spending patterns, as well as the purported value of Play subsidies, which could be used to disadvantage Google.

804.     **Page 290, Exhibit 21 (figures in columns named "Profits-Based Restitution" and "Revenue-Based Restitution" in the rows "Actual Google Play Apps & Games Revenue", "Actual Play Points %", "But-for Play Points %", "Actual Google Discount %", "But-for Google Discount %", and all rows from "But-For Google Play App & Game Revenue" through end of chart).** This text reflects and is calculated from confidential Google financial data, including data related to Google's Play Points program and other confidential discount data. It also reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal,

1  non-public data to modify or augment their business operations in an effort to compete unfairly against

2  Google. If publicly revealed, this information could cause Google competitive harm by giving

3  competitors insight into consumer spending patterns, as well as the purported value of Play subsidies

4  and cost structures, which could be used to disadvantage Google.

5     805. **Page 291, Exhibit 22 (all figures in columns named "Profits-Based Restitution"**

6  **and "Revenue-Based Restitution" except for the rows "Actual Service Fee Rate" and "But-for**

7  **Service Fee Rate").** This text reflects and is calculated from confidential Google financial data,

8  including data related to Google's Play Points program and other confidential discount data. It also

9  reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not

10  otherwise publicly reported by the company and their disclosure is likely to cause Google competitive

11  harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this

12  internal, non-public data to modify or augment their business operations in an effort to compete

13  unfairly against Google. If publicly revealed, this information could cause Google competitive harm by

14  giving competitors insight into consumer spending patterns, as well as the purported value of Play

15  subsidies and cost structures, which could be used to disadvantage Google.

16     806. **Page 292, Exhibit 23 (all dollar figures in columns named "Calculation 1 (ONE**

17  **Store-Based But-for Market Share)" and "Calculation 2 (But-for-Market Share Same as**

18  **Actual)" as well as the rows  "Actual Play Points %", "But-for Play Points %", "Actual Google**

19  **Discount %", and "But-for Google Discount %", "Percentage Reduction in Per-Unit Spend",**

20  **and "Actual Google Play Operating Profit").** This text reflects and is calculated from confidential

21  Google financial data, including data related to Google's Play Points program and other confidential

22  discount data. It also reveals Google's internal non-public profit, revenue, and financial calculations.

23  These data sets are not otherwise publicly reported by the company and their disclosure is likely to

24  cause Google competitive harm and give its competitors an unfair advantage. Google's competitors

25  could improperly utilize this internal, non-public data to modify or augment their business operations

26  in an effort to compete unfairly against Google. If publicly revealed, this information could cause

27

28

Google competitive harm by giving competitors insight into consumer spending patterns, as well as the purported value of Play subsidies and cost structures, which could be used to disadvantage Google.

807.    **Page 293, Exhibit 24 (all dollar figures in columns named "Calculation 1 (ONE Store-Based But-for Market Share)" and "Calculation 2 (But-for-Market Share Same as Actual)" as well as the rows  "Actual Play Points %", "But-for Play Points %", "Actual Google Discount %", and "But-for Google Discount %", and "Actual Google Play Operating Profit").** This text reflects and is calculated from confidential Google financial data, including data related to Google's Play Points program and other confidential discount data. It also reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. If publicly revealed, this information could cause Google competitive harm by giving competitors insight into consumer spending patterns, as well as the purported value of Play subsidies and cost structures, which could be used to disadvantage Google.

808.    **Page 294, Exhibit 25 (all figures in columns named "Main Damages Period" and "Alternative Damages Period" and "1/1/2022-5/20/2022").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

809.    **Page 296, Exhibit 26a (all figures in columns named "Actual Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").**  This information reflects and is

calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

810.    **Page 297, Exhibit 26b (all figures in columns named "Estimated Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

811.    **Page 298, Exhibit 26c (entire chart; between beginning of sentence and "[2] The Android Application"; between "downloaded from Play" and "Sources:").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

812. **Page 299, Exhibit 26d (entire chart and notes).** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

813. **Page 300, Exhibit 27a (all figures in columns named "Actual Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

814. **Page 301, Exhibit 27b (between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Estimated Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

815. **Page 302, Exhibit 27c (entire chart and notes).** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

816. **Page 303, Exhibit 27d (entire chart and notes).** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

817. **Page 304, Exhibit 28a (between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Actual Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

818. **Page 305, Exhibit 28b (between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Estimated Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and**

**"Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

819. **Page 306, Exhibit 28c (between "Dr. Schwartz's" and "Adjustment"; entire chart; and in Note 2, from "calculated by" to end of sentence").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

820. **Page 307, Exhibit 28d (between "Dr. Schwartz's" and "Adjustment"; between "Total In-App Revenue when App was Downloaded from Play" and end of column; all figures in columns named "OkCupid" and "Tinder").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

821. **Page 308, Exhibit 29a (between "Alternative" and "Valuation #1"; between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Actual Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play**

1  **Discovery Value," "Total", and "Total Damages").**  This information reflects and is calculated from

2  internal, non-public Google financial data. It also reflects non-public and confidential information

3  relating to Google Play's specific internal business strategies and business model considerations,

4  including analysis based on Google's internal data and detailed adjustments to that data performed by

5  both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed,

6  it could provide app store competitors or competitors to that developer insight into Google's thinking

7  about its value proposition to this developer, which could be used by app store competitors to target

8  that developer.

9         822.    **Page 309, Exhibit 29b (between "Alternative" and "Valuation #1"; between "Dr.**

10 **Schwartz" and "Adjustment"; all figures in columns named "Estimated Service Fees Incurred**

11 **from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees",**

12 **"Play Discovery Value," "Total", and "Total Damages").**  This information reflects and is

13 calculated from internal, non-public Google financial data. It also reflects non-public and confidential

14 information relating to Google Play's specific internal business strategies and business model

15 considerations, including analysis based on Google's internal data and detailed adjustments to that data

16 performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If

17 publicly disclosed, it could provide app store competitors or competitors to that developer insight into

18 Google's thinking about its value proposition to this developer, which could be used by app store

19 competitors to target that developer.

20        823.    **Page 310, Exhibit 29c (between "Analysis #3:" and "Valuation #1";**

21 **between"Schwartz's" and "Adjustment"; all figures in columns named "Metric" and**

22 **"OkCupid" and "Tinder"; between "Notes" and "[2] The Android"; between "downloaded from**

23 **Play" and "Sources:").** This information reflects and is calculated from internal, non-public Google

24 financial data. It also reflects non-public and confidential information relating to Google Play's specific

25 internal business strategies and business model considerations, including highly sensitive competitive

26 analysis based on Google's internal data as related to a specific developer, and detailed adjustments to

27 that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide

28

app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

824. **Page 311, Exhibit 29d (between "Analysis #3:" and "Valuation #1"; between"Schwartz's" and "Adjustment"; all figures in columns named "Metric" and "OkCupid" and "Tinder").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

825. **Page 312, Exhibit 30a (between "Alternative" and "Valuation #1"; between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Actual Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

826. **Page 313, Exhibit 30b (between "Alternative" and "Valuation #1"; between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Estimated Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential

1  information relating to Google Play's specific internal business strategies and business model

2  considerations, including analysis based on Google's internal data and detailed adjustments to that data

3  performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If

4  publicly disclosed, it could provide app store competitors or competitors to that developer insight into

5  Google's thinking about its value proposition to this developer, which could be used by app store

6  competitors to target that developer.

7       827.   **Page 314, Exhibit 30c (between "Alternative" and "Valuation #1"; between**

8  **"Schwartz's" and end of sentence; between "Metric" and "(2018 Q1 - 2019 Q1)"; all figures in**

9  **columns named "OkCupid" and "Tinder"; between "was downloaded from Play" and**

10  **"Sources:").** This information reflects and is calculated from internal, non-public Google financial

11  data. It also reflects non-public and confidential information relating to Google Play's specific internal

12  business strategies and business model considerations, including highly sensitive competitive analysis

13  based on Google's internal data as related to a specific developer, and detailed adjustments to that data

14  performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store

15  competitors or competitors to that developer insight into Google's thinking about its value proposition

16  to this developer.

17       828.   **Page 315, Exhibit 30d (between "Alternative" and "Valuation #1"; between**

18  **"Schwartz's" and end of sentence; between "Total In-App Revenue when App was Downloaded**

19  **from Play" and end of column; all figures in columns named "OkCupid" and "Tinder").** This

20  information reflects and is calculated from internal, non-public Google financial data. It also reflects

21  non-public and confidential information relating to Google Play's specific internal business strategies

22  and business model considerations, including highly sensitive competitive analysis based on Google's

23  internal data as related to a specific developer, and detailed adjustments to that data performed by both

24  Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or

25  competitors to that developer insight into Google's thinking about its value proposition to this

26  developer.

27

28

829.     **Page 316, Exhibit 31a (between "Alternative" and "Valuation #2"; between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Actual Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").**  This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

830.     **Page 317, Exhibit 31b (between "Alternative" and "Valuation #2"; between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Estimated Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").**  This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

831.     **Page 318, Exhibit 31c  (between "Alternative" and "Valuation #2"; between "Schwartz's" and "Adjustment"; between "Metric" and "(2018 Q1 - 2019 Q1)"; all figures in columns named "OkCupid" and "Tinder"; between "was downloaded from Play" and "Sources:").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal

business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

832.   **Page 319, Exhibit 31d (between "Alternative" and "Valuation #2"; between "Schwartz's" and "Adjustment"; between "Total In-App Revenue when App was Downloaded from Play" and "Play Delivery Value"; between "Total Play Value" and "as Percent of Total Revenue"; all figures in columns named "OkCupid" and "Tinder").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

833.   **Page 320, Exhibit 32a (between "Alternative" and "Valuation #1"; between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Actual Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

834.     **Page 321, Exhibit 32b (between "Alternative" and "Valuation #1"; between "Dr. Schwartz" and "Adjustment"; all figures in columns named "Estimated Service Fees Incurred from Google Play's Billing System", "Play Discovery Value", "But-for Form of Payment Fees", "Play Discovery Value," "Total", and "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including analysis based on Google's internal data and detailed adjustments to that data performed by both Google's expert and Plaintiff's expert which pertain to a specific developer. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer, which could be used by app store competitors to target that developer.

835.     **Page 322, Exhibit 32c (between "Alternative" and "Valuation #1"; between "Schwartz's" and "Adjustment"; between "Metric" and "(2018 Q1 - 2019 Q1)"; all figures in columns named "OkCupid" and "Tinder"; between "was downloaded from Play" and "Sources:").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

836.     **Page 323, Exhibit 32d (between "Alternative" and "Valuation #1"; between "Schwartz's" and "Adjustment"; between "was Downloaded from Play" and "Play Delivery Value"; between "Total Play Value" and "Play Delivery Value as Percent of Total Revenue"; all figures in columns named "OkCupid" and "Tinder").** This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations,

including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

837.   **Page 324, Exhibit 33a (all figures in columns named "Main Damages Period", "Alternative Damages Period" and "1/1/2022-5/20/2022").**   This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

838.   **Page 325, Exhibit 33b (all figures in columns named "Subscriptions," "In-App Purchases", and "Total").**   This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store competitors or competitors to that developer insight into Google's thinking about its value proposition to this developer.

839.   **Page 326, Exhibit 33c (all figures in columns named "Subscriptions," "In-App Purchases", and "Total").**   This information reflects and is calculated from internal, non-public Google financial data. It also reflects non-public and confidential information relating to Google Play's specific internal business strategies and business model considerations, including highly sensitive competitive analysis based on Google's internal data as related to a specific developer, and detailed adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it

1   could provide app store competitors or competitors to that developer insight into Google's thinking

2   about its value proposition to this developer.

3       840.   **Page 329, Exhibit 34a (all figures in columns named "2017" and "2018" and**

4   **"2019" and "2020" and "2021" and "Total").** This information reflects consumer spend and

5   associated but-for service fees from a specific developer and is calculated from internal, non-public

6   Google financial data. If publicly disclosed, it could provide app store competitors or competitors to

7   that developer insight into the volume of consumer spend generated by this developer on Google Play,

8   which could allow them to unfairly target this developer or tailor their competitive decision-making

9   toward developers like it.

10      841.   **Page 331, Exhibit 34c (all figures in columns named "Processing Fees" and**

11  **"Revenue").** This information reflects consumer spend and associated but-for service fees under

12  alternative service fee providers for a specific developer and is calculated from internal, non-public

13  Google financial data. If publicly disclosed, it could provide app store competitors or competitors to

14  that developer insight into the volume of consumer spend generated by this developer on Google Play,

15  which could allow them to unfairly target this developer or tailor their competitive decision-making

16  toward developers like it.

17      842.   **Page 332, Exhibit 34d (all figures in columns named "Android Revenue Processed**

18  **through Google Play's Billing System"; "But-For Form of Payment Rate," and "But-For Form**

19  **of Payment Fees").**  This information reflects and is calculated from internal, non-public Google

20  financial data. It also reflects non-public and confidential information relating to Google Play's specific

21  internal business strategies and business model considerations, including highly sensitive competitive

22  analysis based on Google's internal data as related to a specific developer, and detailed adjustments to

23  that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide

24  app store competitors or competitors to that developer insight into Google's thinking about its value

25  proposition to this developer.

26      843.   **Page 335, Exhibit 34g (all figures in columns named "Metric" and "Scenario 1"**

27  **and "Scenario 2" and notes).** This information reflects and is calculated from internal, non-public

28

1  Google financial data. It also reflects non-public and confidential information relating to Google Play's

2  specific internal business strategies and business model considerations, including highly sensitive

3  competitive analysis based on Google's internal data as related to a specific developer, and detailed

4  adjustments to that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it

5  could provide app store competitors or competitors to that developer insight into Google's thinking

6  about its value proposition to this developer.

7  844.   **Page 336, Exhibit 34h (all figures in columns named "OkCupid" and "Tinder").**

8  This information reflects and is calculated from internal, non-public Google financial data. It also

9  reflects non-public and confidential information relating to Google Play's specific internal business

10  strategies and business model considerations, including highly sensitive competitive analysis based on

11  Google's internal data as related to a specific developer, and detailed adjustments to that data

12  performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide app store

13  competitors or competitors to that developer insight into Google's thinking about its value proposition

14  to this developer.

15  845.   **Page 337, Exhibit 34i (all figures in columns named "Android Revenue Processed**

16  **through Google Play's Billing System"; "But-For Form of Payment Rate," and "But-For Form**

17  **of Payment Fees").**   This information reflects and is calculated from internal, non-public Google

18  financial data. It also reflects non-public and confidential information relating to Google Play's specific

19  internal business strategies and business model considerations, including highly sensitive competitive

20  analysis based on Google's internal data as related to a specific developer, and detailed adjustments to

21  that data performed by both Google's expert Plaintiff's expert. If publicly disclosed, it could provide

22  app store competitors or competitors to that developer insight into Google's thinking about its value

23  proposition to this developer.

24  846.   **Page 338, Exhibit C1 (all figures in row named "Pass-Through Rate").** This

25  information reflects and is calculated from internal, non-public Google financial data. Were this

26  information to publicly revealed, it could cause Google competitive harm by giving competitors insight

27  into confidential Google financial information.

28

847.   **Page 339, Exhibit C2 (all figures in row named "Pass-Through Rate").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

848.   **Page 340, Exhibit C3 (all figures in row named "Pass-Through Rate").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

849.   **Page 341, Exhibit C4 (all figures in row named "Pass-Through Rate").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

850.   **Page 342-442, Exhibit 35a (text following "product_id = " in the title of each chart on each page).** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

851.   **Page 443-543, Exhibit 35b (text following "product_id = " in the title of each chart on each page).** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

852.     **Page 544-644, Exhibit 35c (text following "product_id = " in the title of each chart on each page).** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

853.     **Page 645-745, Exhibit 36a (text following "product_id = " in the title of each chart on each page).** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

854.     **Page 746-846, Exhibit 36b (text following "product_id = " in the title of each chart on each page).** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's relationship with this developer (and potentially others), jeopardizing Google's future business opportunities with them.

855.     **Page 847-947, Exhibit 36c (text following "product_id = " in the title of each chart on each page).** This text reflects non-public and confidential information regarding the identity of a specific non-party developer and developer-specific information derived from Google's transactional data. The developer identified in this Figure has a reasonable expectation that Google will maintain the confidentiality of data relating to its app on Google Play.  Revealing that data would harm Google's

1  relationship with this developer (and potentially others), jeopardizing Google's future business

2  opportunities with them.

3  **Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 4 [Dkt. No. 487-5]**

4  **(Exhibit E4)**

5  856.  **Exhibit 4, Page 162, Line 21 (between "less than" and "of Play Store").** This table

contains non-public and confidential data regarding the portion of U.S. consumers that participated in

7  the Play Points program. This information is non-public and the Google Play product team treats it as

8  strictly confidential. If publicly revealed, this information could influence the competitive decision-

9  making and business strategies employed by Google's app store competitors, for example by

10 influencing how those app stores market themselves to U.S. developers and how they distinguish

11 themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of U.S.

12 consumers that participate in and have redeemed Play Points could influence the negotiating strategies

13 and tactics employed by app developers and other current and prospective counterparties with which

14 Google does or may transact business.

15 857.  **Exhibit 4, Page 167, Line 3 (between "talking about" and "percent savings"), Line**

16 **6 (between "credit you between" and "and"; between "and" and "percent, I'm going by"), and**

17 **Line 21 (between "the order of" and "percent").** This text contains non-public and confidential data

18 regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through

19 the Play Points program in the but-for world, which is derived from confidential data.  If revealed

20 publicly, an app store competitor could make decisions about its own reward programs and the value

21 of subsidies to offer consumers in order to better compete against Google Play and target those same

22 consumers. For example, a competitor to Google Play would be able to use this information to meet or

23 beat the subsidy offered by Google Play through its loyalty program, and use that information to draw

24 customers away from Google Play.

25 858.  **Exhibit 4, Page 167, Line 18 (between "subsidy of" and "you see many people").**

26 This text contains non-public and confidential data regarding the percentage of subsidy offered to

27 consumers through the Play Points program, which is derived from confidential data.  If revealed

28

1   publicly, an app store competitor could make decisions about its own reward programs and the value

2   of subsidies to offer consumers in order to better compete against Google Play and target those same

3   consumers. For example, a competitor to Google Play would be able to use this information to meet or

4   beat the subsidy offered by Google Play through its loyalty program, and use that information to draw

5   customers away from Google Play.

6       859.   **Exhibit 4, Page 168, Lines 11-12 (between "subsidy from, say" and "to"; between**

7   **"to" and "right, that is"), and Line 15 (between "who are getting" and "off and you").** This text

8   contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims

9   would be offered to consumers through the Play Points program in the but-for world, as well as the

10   actual percentage of subsidy offered to consumers through the Play Points program, which is derived

11   from confidential data.  If revealed publicly, an app store competitor could make decisions about its

12   own reward programs and the value of subsidies to offer consumers in order to better compete against

13   Google Play and target those same consumers. For example, a competitor to Google Play would be

14   able to use this information to meet or beat the subsidy offered by Google Play through its loyalty

15   program, and use that information to draw customers away from Google Play.

16       860.   **Exhibit 4, Page 169, Line 23 (between "paltry" and "you know").**  This text contains

17   non-public and confidential data regarding the percentage of subsidy offered to consumers through the

18   Play Points program, which is derived from confidential data.  If revealed publicly, an app store

19   competitor could make decisions about its own reward programs and the value of subsidies to offer

20   consumers in order to better compete against Google Play and target those same consumers. For

21   example, a competitor to Google Play would be able to use this information to meet or beat the subsidy

22   offered by Google Play through its loyalty program, and use that information to draw customers away

23   from Google Play.

24       861.   **Exhibit 4, Page 173, Line 16 (between "one it gets" and "I mean").** This text

25   contains non-public and confidential data regarding the magnitude of percentage of subsidy Plaintiffs'

26   expert claims would be offered to consumers through the Play Points program in the but-for world, as

27   well as the actual percentage of subsidy offered to consumers through the Play Points program, which

28

is derived from confidential data.  If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

862. **Exhibit 4, Page 178, Line 19 (between "estimates" and "more in damages"), and Lines 21-22 (between "know if it's" and "but I").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

863. **Exhibit 4, Page 178, Line 25 (between "maybe" and "under play Points"; between "up to" and end of sentence).** This text contains non-public and confidential data regarding the magnitude of percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world, as well as the actual percentage of subsidy offered to consumers through the Play Points program, which is derived from confidential data.  If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

864. **Exhibit 4, Page 179, Line 3 (between "So" and "sounds like a lot").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

865. **Exhibit 4, Page 179, Lines 5-6 (between "between say" and "subsidy"; between "to a" and "subsidy").** This information reflects and is calculated from internal, non-public Google

financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

866. **Exhibit 4, Page 180, Line 4 (between "damages at the" and "that you have").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

867. **Exhibit 4, Page 180, Line 12-14 (between "between the" and "of the Play Points"; between "and" and "which is about"; between "which is about" and "should we").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

### Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 6 [Dkt. No. 487-7] (Exhibit E5)

868. **Page 13, Paragraph 21 (between "purchases of just" and "over the time"; between "less than" and "of aggregate purchases"; between "represent approximately" and "percent").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

869. **Page 13, Paragraph 20, Note 54 (between "price of" and "may have increased"; between "developer released an" and "See"; between "See" and end of sentence).** The disclosure of app developers' highly confidential information would significantly harm app developers' business. For example, app developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have

1    access to—to inform their own business strategies. To prevent these competitive harms from coming to

2    fruition, app developers' proactively maintains the confidentiality of its strategic information, only

3    disclosing it to a select group of individuals on an as-needed basis.

4        870.    **Page 15, Figure 1 (entire chart).** This information reflects and is calculated from

5    internal, non-public Google financial data. Google spends significant resources compiling and

6    maintaining this valuable data, which is non-public, and if revealed to competitors and potential

7    business counterparties, could be used to disadvantage and cause Google competitive harm by giving

8    competitors insight into confidential Google financial information. Further, this information reflects

9    sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

10   could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

11   against Google.

12       871.    **Page 16, Paragraph 28 (between "account for just" and "percent").** This

13   information reflects and is calculated from internal, non-public Google financial data. Google spends

14   significant resources compiling and maintaining this valuable data, which is non-public, and if

15   revealed to competitors and potential business counterparties, could be used to disadvantage and cause

16   Google competitive harm by giving competitors insight into confidential Google financial information.

17   Further, this information reflects sensitive, highly confidential characterizations by Google's internal

18   business teams that, if revealed, could be referenced by potential counterparties in negotiations with

19   Google to gain an unfair advantage against Google.

20       872.    **Page 16, Figure 2 (entire chart).** This information reflects and is calculated from

21   internal, non-public Google financial data. Google spends significant resources compiling and

22   maintaining this valuable data, which is non-public, and if revealed to competitors and potential

23   business counterparties, could be used to disadvantage and cause Google competitive harm by giving

24   competitors insight into confidential Google financial information. Further, this information reflects

25   sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

26   could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

27   against Google.

28

873. **Page 17, Paragraph 30 (between "account for" and "of consumer expenditure").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

874. **Page 17, Paragraph 32 (between "account for" and "of consumer expenditure").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

875. **Page 18, Figure 3 (entire chart).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

876. **Page 19, Paragraph 37 (between "comes to" and "in 2021"; between "was approximately" and end of sentence).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company

and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

877.     **Page 20, Figure 4 (entire chart).** This text reflects revenue, operating profit, and gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

878.     **Page 20, Paragraph 38 (between "approximately" and "percent of aggregate').** This information contains non-public and confidential data regarding the service fee on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

879.     **Page 20, Paragraph 38, Note 67 (between "approximately" and "I then divided"; between "equal to approximately" and end of sentence).** This information contains non-public and confidential data regarding consumer spending on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

880.     **Page 24, Paragraph 51, Note 93 (between "approximately" and "in the actual world"; between "actual world to" and "in the but-for world").** This text contains non-public and confidential information relating to the service fee rate Google would charge in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

881.     **Page 25, Paragraph 54 (between "even today" and "and the Amazon"; between "discounts" and "on Google Android devices").** This text describes confidential and non-public details about a non-party app store's and Google's consumer discount programs. If those details were revealed to competitors and potential business counterparties, they could use that information to disadvantage Google.

882.     **Page 44, Paragraph 110 (between "nearly" and "percent of GMS"; between "nearly" and "percent of new device").** This information contains non-public information regarding

Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

883. **Page 46, Paragraph 118 (between "show that" and "percent of devices"; between "and" and "percent in the United States").** This information contains non-public and confidential data regarding consumer behavior regarding application downloads and installation on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

884. **Page 53, Paragraph 143 (between "commitment from" and "not to enter"; between "threat of" and "302 Although"; between "Google and" and "did reach").** This information contains non-public and confidential data regarding negotiations and agreements with app developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. The disclosure of app developers' highly confidential information would significantly harm app developers' business. For example, app developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, app developers' proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

885.     **Page 53, Paragraph 143, Note 303 (between "indicating that" and "did "reject[]"; between "would have barred" and "from distributing"; between "certain point did" and "and Google"; between "agreement regarding" and "A Yes."; between "A Yes." And "has agreed"; between "Google communicated to" and "that it planned"; between "commitment from" and "not to distribute"; between "conclusion of" and "Alley-Oop trial"; between "explaining that" and "is "[w]illing to"; between "continue testing" and "see also Rasanen Dep. 204:9-16").** This information contains non-public and confidential data regarding negotiations and agreements with app developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. The disclosure of app developers' highly confidential information would significantly harm app developers' business. For example, app developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, app developers' proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

886.     **Page 53, Paragraph 144 (between "Google offered 'Alley-Oop" and "at significant cost"; between "disincentivize and slow" and "progress"; between "app distribution" and "304 Dr. Gentzkow"; between "dispute that Alley-Oop" and "Nor does"; between "to deter" and "from distributing").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target

Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

887.    **Page 53, Paragraph 144, Note 304 (between "to help" and "remain"; between "avoid" and "performing direct installs").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners. The disclosure of app developers' highly confidential information would significantly harm app developers' business. For example, app developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, app developers' proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

888.    **Page 53, Paragraph 144, Note 305 (between "assessed this" and "GOOG-PLAY-007379918"; between "describing Alley-Oop" and "and hurting [Google's]").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners. The disclosure of developers' highly confidential information would significantly harm app developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not

1  have access to—to inform their own business strategies. To prevent these competitive harms from

2  coming to fruition, developers proactively maintain the confidentiality of its strategic information, only

3  disclosing it to a select group of individuals on an as-needed basis.

4       889.    **Page 53-54, Paragraph 145 (between "absent" and "and into Google Play";**

5  **between "characterize the pre-Alley-Oop" and "as "cumbersome"; between "experience of**

6  **using" and "in particular"; between "experiments in" and "in 2016"; between "widespread" and**

7  **"a process"; between "Google evidently intended Alley-Oop" and end of sentence).** This text

8  contains confidential, non-public information regarding Google's agreements with non-party

9  developers. Disclosure of this non-public information is likely to result in competitive harm to Google,

10  as it reveals strategic decision-making which, for example, could give a competitor or potential

11  business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

12  competitors could use this non-party information to unfairly target Google's developer partners and

13  offer specific deal terms designed to undercut those offered by Google. The disclosure of developers'

14  highly confidential information would significantly harm developers' business. For example,

15  developers' competitors could leverage this information to reap an unearned competitive advantage.

16  They could exploit this information—that they otherwise would not have access to—to inform their

17  own business strategies. To prevent these competitive harms from coming to fruition, developers

18  proactively maintain the confidentiality of its strategic information, only disclosing it to a select group

19  of individuals on an as-needed basis.

20       890.    **Page 54, Paragraph 145, Note 308 (between "users for" and "[T]he question is";**

21  **between "how best to structure Alley-Oop" and "to avoid"; between "If we give" and "Alley-Oop**

22  **without getting"; between "pause their" and "we aren't slowing").** This text contains confidential,

23  non-public information regarding non-party developers, and implicates the non-parties' confidentiality

24  interests by purporting to reveal the nonparties' confidential statements made during negotiations.

25  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

26  it reveals strategic decision-making, which, for example, could give a competitor or potential business

27

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

314

partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

891.     **Page 54, Paragraph 146 (between "I understand that" and "without the user"; between "I understand that" and "raised concerns").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

892.     **Page 54, Paragraph 146, Note 309 (between "implementing the Alley-Oop" and "was using copies").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business

strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

893.     **Page 54, Paragraph 146, Note 310 (between "during negotiations" and "complained"; between "Google's Alley-Oop" and "harmed user experience"; between "introduced" and "See GOOG-PLAY-007380405 at -413"; between "characterizing" and "feedback on the overlay"; between "include that" and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

894.     **Page 54, Paragraph 147 (between "developers such as" and "from building alternative"; between "distribution mechanisms, Alley-Oop" and "-and it apparently"; between "offered to these" and "312 Google"; between "Google offering Alley-Oop" and "and could only recall"; between "Google signing" and "313 Dr. Gentzkow"; between "third-party apps via Alley-Oop" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with

1   Google. Moreover, Google's competitors could use this non-party information to unfairly target

2   Google's developer partners and offer specific deal terms designed to undercut those offered by

3   Google. The disclosure of developers' highly confidential information would significantly harm

4   developers' business. For example, developers' competitors could leverage this information to reap an

5   unearned competitive advantage. They could exploit this information—that they otherwise would not

6   have access to—to inform their own business strategies. To prevent these competitive harms from

7   coming to fruition, developers proactively maintain the confidentiality of its strategic information, only

8   disclosing it to a select group of individuals on an as-needed basis.

9       895.   **Page 54-55, Paragraph 147, Note 314 (between "posed by" and "Gentzkow Report**

10  **¶591"; between "installed by" and "were more likely"; between "one occasion that" and**

11  **"GOOG-PLAY-009261089 at -091-092.").** This information contains non-public information

12  regarding Google's confidential non-public internal strategic considerations related to creating value

13  for and attracting developers to the Google Play Store. This information has never been disclosed

14  publicly. Disclosure of this information would adversely impact Google's current competitive position

15  by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

16  away from Google.

17      896.   **Page 55, Paragraph 148 (between "at incentivizing" and "in favor of"; "Google's**

18  **and" and "own documents"; "concedes, when" and "was launched in 2015"; between "accounted**

19  **for" and "percent of"; between "words, nearly" and "of the Play"; between "In 2014" and "of all**

20  **indirect"; between "and approximately" and "percent of all App"; between "confirms that" and**

21  **"indirect App installs"; between "noted that" and "of the mobile"; between "In 2020" and**

22  **"estimated that it"; between "it directed" and "through the Play"; between "accounting for" and**

23  **"percent of Play's"; between "and $" and "in consumer spend.").** This text describes confidential

24  and non-public details about app discovery, apps and consumer spend - as well as identifying non-

25  party Google Play partners. If that information were revealed to competitors and potential business

26  counterparties, they could use that information to disadvantage Google. For example, if other app

27  developers became aware of this information, they could use it to inform their negotiation strategies

and as leverage in negotiations with Google, to the detriment of Google and the app developer business partner alike (e.g., by demanding that Google provide the same terms to them).

897. **Page 55, Paragraph 148, Note 315 (between "accounted for" and "percent"; between "installs and" and "percent"; between "figures are" and "percent"; between "and" and "percent. Id. at -124.R.").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

898. **Page 55, Paragraph 148, Note 318 (between "318." And "_000015465, at 5-6.").** The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

899. **Page 55, Paragraph 149 (between "as early as 2016" and "was using").** This information contains non-public and confidential data regarding developer behavior regarding app installation ads on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers

1  proactively maintain the confidentiality of its strategic information, only disclosing it to a select group

2  of individuals on an as-needed basis.

3      900.    **Page 56, Figure 6 (between "Figure 6" and end of sentence; entire chart).** This text

4  contains confidential, non-public information regarding non-party developers, and implicates the non-

5  party's confidentiality interests, by revealing the identity of Google business partners who are not party

6  to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

7  contractual terms and its own confidential statements made during negotiations. Further, disclosure of

8  this non-public information is likely to result in competitive harm to Google, as it reveals strategic

9  decision-making, which, for example, could give a competitor or potential business partner unfair

10  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

11  this non-party information to unfairly target Google's developer partners.

12      901.    **Page 56, Paragraph 150 (between "incentivize" and "to slow or halt"; between "a**

13  **firm with" and "resources, experience"; between "To date," and "has yet to deploy"; between**

14  **"indicates that" and "is using a version"; between "of Google's Alley-Oop" and end of the**

15  **sentence).** This text contains confidential, non-public information regarding Google's agreements with

16  non-party developers. Disclosure of this non-public information is likely to result in competitive harm

17  to Google, as it reveals strategic decision-making which, for example, could give a competitor or

18  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

19  Google's competitors could use this non-party information to unfairly target Google's developer

20  partners and offer specific deal terms designed to undercut those offered by Google. This text contains

21  confidential, non-public information regarding non-party developers, and implicates the non-party's

22  confidentiality interests, by revealing the identity of Google business partners who are not party to this

23  litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

24  contractual terms and its own confidential statements made during negotiations. Further, disclosure of

25  this non-public information is likely to result in competitive harm to Google, as it reveals strategic

26  decision-making, which, for example, could give a competitor or potential business partner unfair

27

28

leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

902.    **Page 56, Paragraph 150, Note 319 (between "Gentzkow Report ¶596" and "continues to explore"; between "confirming that" and "currently uses"; between "version of" and "for a percentage").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google. This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

903.    **Page 57, Paragraph 152 (between "accounts for only" and "percent"; between "Galaxy Store is" and "330 Dr. Gentzkow"; between "Galaxy Store is about" and "percent"; between "of these are" and "devices"; between "with the" and "as seen below"; between "Aside from" and "the remaining").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive

harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

904.     **Page 57, Paragraph 152, Note 331 (between "showing, for" and "devices"; between "annual spend of" and "per user"; between "device in the" and "compared with"; between "compared with" and "in the Play Store").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners. The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

905.     **Page 58, Figure 7 (entire chart).** This information contains non-public and confidential data regarding third party app store data on Android and Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

906.     **Page 58, Paragraph 153 (between "on less than" and "percent of active"; between "that it offers" and "consumer subsidies"; between "(almost" and "percent)"; between "offering a" and the end of the sentence.).** This information reflects and is calculated from internal, non-public Google financial data - specifically financial data about Google's consumer subsidies in comparison with another app store. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

907.     **Page 59, Paragraph 154 (between "demonstrates the" and "penetration").** This information contains non-public and confidential data regarding third party app store data on Android and Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

908.     **Page 59, Figure 8 (entire chart).** This information contains non-public and confidential data regarding third party app store data on Android and Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If

publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

909.    **Page 59 (Soure, between "package names" and "The gray line"; between "devices with" and "At some points"; between "in time the" and "may have included"; between "included the" and "while at others").** The disclosure of developers' highly confidential information would significantly harm developers' business. For example, developers' competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

910.    **Page 60, Paragraph 157 (between "Google talked with" and end of the sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the Google and nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

911.    **Page 61, Paragraph 162 (between "occurred via" and "and that"; between "of the" and "of users"; between "acquisition channel" and "use Google Play").** This information contains non-public and confidential data regarding sideloading applications on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app

stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

912.    **Page 63, Figure 10 (entire chart).**  This information contains non-public and confidential data regarding application installation behavior on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers..

913.    **Page 63, Paragraph 164, Note 358 (between "Describing" and "as offering"; between "[u]p to" and "that preload Play"; between "Describing RSA as" and "See also GOOG-PLAY- 004494430.C"; between "Google" and "in exchange for").**  This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

914.    **Page 64, Paragraph 165 (between "applied to only" and "percent"; between "about" and "percent"; between "over" and "percent"; between "sometime in" and "indicating").**  This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

915. **Page 65, Figure 11 (entire chart; Source, between "GOOG-PLAY-011657424.xlsx." and end of sentence).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

916. **Page 65-66, Paragraph 166 (between "these contracts" and "361 Many OEMs").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

917. **Page 66, Paragraph 166, Note 363 (between "preloaded on" and "of Android devices").** This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to

1   Google, as it reveals strategic decision-making which, for example, could give a competitor or

2   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

3   Google's competitors could use this non-party information to unfairly target Google's OEM partners

4   and offer specific deal terms designed to undercut those offered by Google.

5   918.   **Page 66, Paragraph 167 (between "same document" and "364 The Executive**

6   **Summary"; between "fine-tuning" and "to protect Google"; between "describes [o]ffer[ing]" and**

7   **"...to secure Play").** This text contains confidential, non-public information regarding Google's

8   agreements with non-party OEMs. Disclosure of this non-public information is likely to result in

9   competitive harm to Google, as it reveals strategic decision-making which, for example, could give a

10  competitor or potential business partner unfair leverage in competing against or negotiating with

11  Google. Moreover, Google's competitors could use this non-party information to unfairly target

12  Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

13  This text contains confidential, non-public information regarding non-party OEMs, and implicates the

14  non-party's confidentiality interests, by revealing the identity of Google business partners who are not

15  party to this litigation, and who has a reasonable expectation that Google will maintain the

16  confidentiality of contractual terms and its own confidential statements made during negotiations.

17  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

18  it reveals strategic decision-making, which, for example, could give a competitor or potential business

19  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

20  competitors could use this non-party information to unfairly target Google's OEM partners.

21  919.   **Page 66, Paragraph 167, Note 366 (between "specifying" and "Play revenue";**

22  **between "for" and "for"; between "for" and "Id. at -198"; between "spending the" and "in**

23  **2023"; between "in 2023" and "specifying"; between "specifying" and "million in revenue";**

24  **between "sharing on" and "comprised of"; between "comprised of" and end of sentence).** This

25  text contains confidential, non-public information regarding Google's agreements with non-party

26  OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it

27  reveals strategic decision-making which, for example, could give a competitor or potential business

28

partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google. This text contains confidential, non-public information regarding non-party OEMs, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners.

920. **Page 66, Paragraph 168 (between beginning of sentence and "protects against"; between "expected to make" and "370 Google"; between "on the order of" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

921. **Page 66, Paragraph 168, Note 371 (between "between" and "to OEMs").** This text contains confidential, non-public information regarding Google's agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google. This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported

by the company and their disclosure is likely to cause Google competitive harm and give its

competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-

public data to modify or augment their business operations in an effort to compete unfairly against

Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives

Google's competitors improper insight into the financial health and future outlook of the Play business,

which also arguably gives Google's competitors an unfair advantage.

922.     **Page 71, Figure 12 (entire chart).** This information reveals Google's internal non-

public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported

by the company and their disclosure is likely to cause Google competitive harm and give its

competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-

public data to modify or augment their business operations in an effort to compete unfairly against

Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives

Google's competitors improper insight into the financial health and future outlook of the Play business,

which also arguably gives Google's competitors an unfair advantage.

923.     **Page 75, Paragraph 192 (between "Play Store's" and "to"; between "to" and
"percent share").** This information contains non-public and confidential data regarding consumer

spending data on Google Play. This information has never been disclosed publicly and the Google Play

product team treats it as strictly confidential. If publicly revealed, this information could influence the

competitive decision-making and business strategies employed by Google's app store competitors, for

example by influencing how those app stores market themselves to U.S. developers and how they

distinguish themselves from Google Play in the eyes of U.S. developers.

924.     **Page 82, Paragraph 208 (between "[o]nly about" and "of all U.S.").** This

information contains non-public information regarding Google's confidential non-public internal

strategic considerations related to creating value for and attracting developers to the Google Play Store.

This information has never been disclosed publicly. Disclosure of this information would adversely

impact Google's current competitive position by enabling Google's competitors to mimic its

confidential strategies in an effort to attract developers away from Google.

925. **Page 84, Paragraph 211, Note 467 (between "iOS is about" and "for owners"; between "Android is about" and "for lower-priced").** This information contains non-public and confidential data regarding consumer behavior regarding app stores on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of U.S. developers that distribute apps on Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

926. **Page 88, Paragraph 224 (between "margin of" and "percent").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

927. **Page 88, Paragraph 224, Note 502 (between "Equal to" and "See Singer Merits Report").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

928.   **Page 88, Paragraph 224, Note 506 (between "marginal costs are" and "Tucker Report").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

929.   **Page 91, Paragraph 235 (between "subsidy of" and "percent"; between "third-party devices" and "percent").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

930.   **Page 95, Paragraph 251 (between "Play Store's" and "in operating profit"; between "operating profit of" and "with an operating profit"; between "margin of" and "percent").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

931.   **Page 95, Paragraph 251, Note 572 (between "will grow to" and "billion").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google

1    competitive harm and give its competitors an unfair advantage. Google's competitors could improperly

2    utilize this internal, non-public data to modify or augment their business operations in an effort to

3    compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across

4    multiple years) gives Google's competitors improper insight into the financial health and future outlook

5    of the Play business, which also arguably gives Google's competitors an unfair advantage.

6           932.    **Page 95, Paragraph 251, Note 573 (between "(excluding ads) of" and "and**

7    **operating profit"; between "and operating profit" and "for an operating profit"; between**

8    **"margin of" and "Subtracting"; between "margin for 2021 of" and end of sentence).** This

9    information reveals Google's internal non-public profit, revenue, and financial calculations. These data

10   sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google

11   competitive harm and give its competitors an unfair advantage. Google's competitors could improperly

12   utilize this internal, non-public data to modify or augment their business operations in an effort to

13   compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across

14   multiple years) gives Google's competitors improper insight into the financial health and future outlook

15   of the Play business, which also arguably gives Google's competitors an unfair advantage.

16          933.    **Page 96, Paragraph 253 (between "that its LTV analyses" and "Dr. Skinner").** This

17   information contains non-public information regarding Google's confidential non-public internal

18   strategic considerations related to creating value for and attracting developers to the Google Play Store.

19   This information has never been disclosed publicly. Disclosure of this information would adversely

20   impact Google's current competitive position by enabling Google's competitors to mimic its

21   confidential strategies in an effort to attract developers away from Google. This information reflects

22   and is calculated from internal, non-public Google financial data. Google spends significant resources

23   compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and

24   potential business counterparties, could be used to disadvantage and cause Google competitive harm

25   by giving competitors insight into confidential Google financial information. Further, this information

26   reflects sensitive, highly confidential characterizations by Google's internal business teams that, if

27

28

1    revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair

2    advantage against Google.

3        934.    **Page 105, Appendix Table A1 (all numbers under column "Total"; all numbers**

4    **under column "No Price Change"; all numbers under column "Price Increase"; all numbers**

5    **under column "Price Decrease").** This information contains non-public information regarding

6    Google's confidential non-public internal strategic considerations related to creating value for and

7    attracting developers to the Google Play Store. This information has never been disclosed publicly.

8    Disclosure of this information would adversely impact Google's current competitive position by

9    enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

10   away from Google. This information reflects and is calculated from internal, non-public Google

11   financial data. Google spends significant resources compiling and maintaining this valuable data,

12   which is non-public, and if revealed to competitors and potential business counterparties, could be used

13   to disadvantage and cause Google competitive harm by giving competitors insight into confidential

14   Google financial information. Further, this information reflects sensitive, highly confidential

15   characterizations by Google's internal business teams that, if revealed, could be referenced by potential

16   counterparties in negotiations with Google to gain an unfair advantage against Google.

17       935.    **Page 106, Appendix Table A2 (all numbers under column "Total"; all numbers**

18   **under column "No Price Change"; all numbers under column "Price Increase"; all numbers**

19   **under column "Price Decrease").** This information contains non-public information regarding

20   Google's confidential non-public internal strategic considerations related to creating value for and

21   attracting developers to the Google Play Store. This information has never been disclosed publicly.

22   Disclosure of this information would adversely impact Google's current competitive position by

23   enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

24   away from Google. This information reflects and is calculated from internal, non-public Google

25   financial data. Google spends significant resources compiling and maintaining this valuable data,

26   which is non-public, and if revealed to competitors and potential business counterparties, could be used

27   to disadvantage and cause Google competitive harm by giving competitors insight into confidential

28

Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

936. **Page 107, Appendix Table A3 (all numbers under column "Total"; all numbers under column "No Price Change"; all numbers under column "Price Increase"; all numbers under column "Price Decrease").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

937. **Page 108, Appendix Table A4 (all numbers under column "Total"; all numbers under column "No Price Change"; all numbers under column "Price Increase"; all numbers under column "Price Decrease").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used

to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

938. **Page 109, Appendix Table A5 (all numbers under column "Total"; all numbers under column "No Price Change"; all numbers under column "Price Increase"; all numbers under column "Price Decrease").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

939. **Page 110, Appendix Table A6 (all numbers under column "Total"; all numbers under column "No Price Change"; all numbers under column "Price Increase"; all numbers under column "Price Decrease").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data,

which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

940. **Page 111, Appendix Table A7 (all numbers under column "Total"; all numbers under column "No Price Change"; all numbers under column "Price Increase"; all numbers under column "Price Decrease").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

941. **Page 112, Appendix Table A8 (all numbers under column "Total"; all numbers under column "No Price Change"; all numbers under column "Price Increase"; all numbers under column "Price Decrease").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google

financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

942.    **Page 113, Appendix 3 (all numbers under column "(1) OLS"; all numbers under column "(2) IV").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

943.    **Page 114, Appendix 3 (all numbers under column "(1) OLS"; all numbers under column "(2) IV").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if

1    revealed to competitors and potential business counterparties, could be used to disadvantage and cause

2    Google competitive harm by giving competitors insight into confidential Google financial information.

3    Further, this information reflects sensitive, highly confidential characterizations by Google's internal

4    business teams that, if revealed, could be referenced by potential counterparties in negotiations with

5    Google to gain an unfair advantage against Google.

6          944.    **Page 115, Appendix 4 (all numbers under column "(1)"; all numbers under**

7    **column "(2)").** This information contains non-public information regarding Google's confidential

8    non-public internal strategic considerations related to creating value for and attracting developers to

9    the Google Play Store. This information has never been disclosed publicly. Disclosure of this

10   information would adversely impact Google's current competitive position by enabling Google's

11   competitors to mimic its confidential strategies in an effort to attract developers away from Google.

12   This information reflects and is calculated from internal, non-public Google financial data. Google

13   spends significant resources compiling and maintaining this valuable data, which is non-public, and if

14   revealed to competitors and potential business counterparties, could be used to disadvantage and cause

15   Google competitive harm by giving competitors insight into confidential Google financial information.

16   Further, this information reflects sensitive, highly confidential characterizations by Google's internal

17   business teams that, if revealed, could be referenced by potential counterparties in negotiations with

18   Google to gain an unfair advantage against Google.

19         945.    **Page 116, Paragraph 259 (between "developers) is only" and "percent, or just";**

20   **between "percent, or just" and "percent after netting").**   The disclosure of the non-party's highly

21   confidential information would significantly harm its business. For example, other app store

22   competitors could leverage this information to reap an unearned competitive advantage. They could

23   exploit this information—that they otherwise would not have access to—to inform their own business

24   strategies. To prevent these competitive harms from coming to fruition, this non-party proactively

25   maintains the confidentiality of its strategic information, only disclosing it to a select group of

26   individuals on an as-needed basis.

27

28

946.     **Page 117, Paragraph 259, Note 591 (between "that Samsung" and "See, e.g., SEA_EPICPRODUCTION_002243 -2437.").** The disclosure of Samsung's highly confidential information would significantly harm its business. For example, other app store competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this non-party proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

947.     **Page 119, Appendix Table A9 (between "Steam revenue" and "power").** The disclosure of Steam's highly confidential information would significantly harm its business. For example, other app store competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, Steam proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

948.     **Page 118, Paragraph 264 (between "drops to" and "percent"; between "and to" and "percent").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google. This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal

1  business teams that, if revealed, could be referenced by potential counterparties in negotiations with

2  Google to gain an unfair advantage against Google.

**Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 7 [Dkt. No. 487-8]**

**(Exhibit E6)**

5  949.  **Exhibit 7, Page 125, Line 5 (between "that figure is" and end of sentence).**  This

information reflects and is calculated from internal, non-public Google financial data. Google spends

significant resources compiling and maintaining this valuable data, which is non-public, and if

revealed to competitors and potential business counterparties, could be used to disadvantage and cause

Google competitive harm by giving competitors insight into confidential Google financial information.

10  For example, if revealed, this information could be referenced by potential counterparties in

11  negotiations with Google to gain an unfair advantage against Google.

12  950.  **Exhibit 7, Page 125, Line 8 (between "will drop to" and "for in-app purchases").**

13  This information reflects and is calculated from internal, non-public Google financial data. It includes

14  information relating to the service fee rate that Google would supposedly charge in a but-for world

15  according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential

16  transactional data.  Google spends significant resources compiling and maintaining this valuable data,

17  which is non-public, and if revealed to competitors and potential business counterparties, could be used

18  to disadvantage and cause Google competitive harm by giving competitors insight into confidential

19  Google financial information. For example, if disclosed, this data point could be used by potential

20  counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

21  951.  **Exhibit 7, Page 125, Line 13 (between "purchases is" and end of sentence).**  This

22  information reflects and is calculated from internal, non-public Google financial data. It includes

23  information relating to the service fee rate that Google would supposedly charge in a but-for world

24  according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential

25  transactional data.  Google spends significant resources compiling and maintaining this valuable data,

26  which is non-public, and if revealed to competitors and potential business counterparties, could be used

27  to disadvantage and cause Google competitive harm by giving competitors insight into confidential

28

Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

952. **Exhibit 7, Page 125, Line 18 (between "purchases would be" and "correct").**  This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to the service fee rate that Google would supposedly charge in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

953. **Exhibit 7, Page 125, Lines 19-20 (between "you're doing the" and "minus"; between "minus" and end of sentence).**  This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to the service fee rate that Google would supposedly charge in a but-for world according to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

954. **Exhibit 7, Page 126, Line 10 (between "rate of" and "percent").**  This information reflects and is calculated from internal, non-public Google financial data. It includes information relating Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential

1   Google financial information. For example, if disclosed, this data point could be used by potential

2   counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

3      955.   **Exhibit 7, Page 126, Line 16 (between "transaction of" and "right").**  This

4   information reflects and is calculated from internal, non-public Google financial data. It includes

5   information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

6   confidential transactional data.  Google spends significant resources compiling and maintaining this

7   valuable data, which is non-public, and if revealed to competitors and potential business

8   counterparties, could be used to disadvantage and cause Google competitive harm by giving

9   competitors insight into confidential Google financial information. For example, if disclosed, this data

10  point could be used by potential counterparties negotiating with Google as a benchmark, weakening

11  Google's competitive position.

12     956.   **Exhibit 7, Page 126, Line 19 (between "that's just" and "percent").**  This

13  information reflects and is calculated from internal, non-public Google financial data. It includes

14  information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

15  confidential transactional data.  Google spends significant resources compiling and maintaining this

16  valuable data, which is non-public, and if revealed to competitors and potential business

17  counterparties, could be used to disadvantage and cause Google competitive harm by giving

18  competitors insight into confidential Google financial information. For example, if disclosed, this data

19  point could be used by potential counterparties negotiating with Google as a benchmark, weakening

20  Google's competitive position.

21     957.   **Exhibit 7, Page 126, Line 22 (between "service fee of" and "right").**  This

22  information reflects and is calculated from internal, non-public Google financial data. It includes

23  information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

24  confidential transactional data.  Google spends significant resources compiling and maintaining this

25  valuable data, which is non-public, and if revealed to competitors and potential business

26  counterparties, could be used to disadvantage and cause Google competitive harm by giving

27  competitors insight into confidential Google financial information. For example, if disclosed, this data

28

point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

958. **Exhibit 7, Page 127, Line 5 (between "Not all of it" and "percent of it").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

959. **Exhibit 7, Page 127, Line 10 (between "rate of" and "percent").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

960. **Exhibit 7, Page 164, Lines 24-25 (between "service fee" and "I--I could have employed").** This text contains non-public and confidential information regarding the extent to which Google varied its service fee. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-

1    making which, for example, could give a competitor or potential business partner unfair leverage in

2    competing against or negotiating with Google.

3        961.    **Exhibit 7, Page 186, Line 2 (between "deduction is" and "for in-app purchases").**

4    This information reflects and is calculated from internal, non-public Google financial data. It includes

5    information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

6    confidential transactional data.  Google spends significant resources compiling and maintaining this

7    valuable data, which is non-public, and if revealed to competitors and potential business

8    counterparties, could be used to disadvantage and cause Google competitive harm by giving

9    competitors insight into confidential Google financial information. For example, if disclosed, this data

10   point could be used by potential counterparties negotiating with Google as a benchmark, weakening

11   Google's competitive position.

12       962.    **Exhibit 7, Page 190, Line 10 (between "going to be" and "and that should be").**

13   This information reflects and is calculated from internal, non-public Google financial data. It includes

14   information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

15   confidential transactional data.  Google spends significant resources compiling and maintaining this

16   valuable data, which is non-public, and if revealed to competitors and potential business

17   counterparties, could be used to disadvantage and cause Google competitive harm by giving

18   competitors insight into confidential Google financial information. For example, if disclosed, this data

19   point could be used by potential counterparties negotiating with Google as a benchmark, weakening

20   Google's competitive position.

21       963.    **Exhibit 7, Page 190, Lines 24-25 (between "will drop by" and end of sentence).**

22   This information reflects and is calculated from internal, non-public Google financial data. It includes

23   information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

24   confidential transactional data.  Google spends significant resources compiling and maintaining this

25   valuable data, which is non-public, and if revealed to competitors and potential business

26   counterparties, could be used to disadvantage and cause Google competitive harm by giving

27   competitors insight into confidential Google financial information. For example, if disclosed, this data

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

343

1  point could be used by potential counterparties negotiating with Google as a benchmark, weakening

2  Google's competitive position.

3        964.   **Exhibit 7, Page 191, Line 1 (between "the difference of" and "sounds right").**  This

4  information reflects and is calculated from internal, non-public Google financial data. It includes

5  information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

6  confidential transactional data.  Google spends significant resources compiling and maintaining this

7  valuable data, which is non-public, and if revealed to competitors and potential business

8  counterparties, could be used to disadvantage and cause Google competitive harm by giving

9  competitors insight into confidential Google financial information. For example, if disclosed, this data

10 point could be used by potential counterparties negotiating with Google as a benchmark, weakening

11 Google's competitive position.

12       965.   **Exhibit 7, Page 191, Line 4 (between "equivalent of, like" and end of sentence).**

13 This information reflects and is calculated from internal, non-public Google financial data. It includes

14 information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

15 confidential transactional data.  Google spends significant resources compiling and maintaining this

16 valuable data, which is non-public, and if revealed to competitors and potential business

17 counterparties, could be used to disadvantage and cause Google competitive harm by giving

18 competitors insight into confidential Google financial information. For example, if disclosed, this data

19 point could be used by potential counterparties negotiating with Google as a benchmark, weakening

20 Google's competitive position.

21       966.   **Exhibit 7, Page 191, Line 7 (between "marginal cost is" and "right").**  This

22 information reflects and is calculated from internal, non-public Google financial data. It includes

23 information relating to Plaintiffs' expert's calculations, which are derived from Google's highly

24 confidential transactional data.  Google spends significant resources compiling and maintaining this

25 valuable data, which is non-public, and if revealed to competitors and potential business

26 counterparties, could be used to disadvantage and cause Google competitive harm by giving

27 competitors insight into confidential Google financial information. For example, if disclosed, this data

28

1  point could be used by potential counterparties negotiating with Google as a benchmark, weakening

2  Google's competitive position.

3  967.  **Exhibit 7, Page 191, Line 12 (between "does that" and "reflect").**  This information

4  reflects and is calculated from internal, non-public Google financial data. It includes information

5  relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential

6  transactional data.  Google spends significant resources compiling and maintaining this valuable data,

7  which is non-public, and if revealed to competitors and potential business counterparties, could be used

8  to disadvantage and cause Google competitive harm by giving competitors insight into confidential

9  Google financial information. For example, if disclosed, this data point could be used by potential

10  counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

11  968.  **Exhibit 7, Page 192, Line 10 (between "here is at" and "Are we going").**  This

12  information reflects and is calculated from internal, non-public Google financial data.  Google spends

13  significant resources compiling and maintaining this valuable data, which is non-public, and if

14  revealed to competitors and potential business counterparties, could be used to disadvantage and cause

15  Google competitive harm by giving competitors insight into confidential Google financial information.

16  For example, if disclosed, this data point could be used by potential counterparties negotiating with

17  Google as a benchmark, weakening Google's competitive position.

18  969.  **Exhibit 7, Page 192, Line 23 (between "would be" and "according to your**

19  **formula").**  This information reflects and is calculated from internal, non-public Google financial data.

20  It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's

21  highly confidential transactional data.  Google spends significant resources compiling and maintaining

22  this valuable data, which is non-public, and if revealed to competitors and potential business

23  counterparties, could be used to disadvantage and cause Google competitive harm by giving

24  competitors insight into confidential Google financial information. For example, if disclosed, this data

25  point could be used by potential counterparties negotiating with Google as a benchmark, weakening

26  Google's competitive position.

27

28

970. **Exhibit 7, Page 192, Line 25 (between "not" and "that you have in").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

971. **Exhibit 7, Page 195, Line 10 (between "cost would be" and "cents").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

972. **Exhibit 7, Page 195, Line 11 (between "instead of the" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data.  Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

973. **Exhibit 7, Page 195, Line 16 (between "would suggest" and "percentage").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

974. **Exhibit 7, Page 195, Lines 18-19 (between "it would be" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

975. **Exhibit 7, Page 196, Line 1 (between "less than the" and "that you have").** This information reflects and is calculated from internal, non-public Google financial data. It includes information relating to Plaintiffs' expert's calculations, which are derived from Google's highly confidential transactional data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. For example, if disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

976. **Exhibit 7, Page 288, Line 3 (between "at" and "percent or whatever"; between "percent or whatever" and "offering that").**  This information contains non-public and confidential data regarding the Play Points program on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

977. **Exhibit 7, Page 288, Lines 6-7 (between "here's a" and "go").**  This information contains non-public and confidential data regarding the Play Points program on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

978. **Exhibit 7, Page 288, Line 10 (between "set at" and "percent").**  This information contains non-public and confidential data regarding the Play Points program on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence the negotiating

1  strategies and tactics employed by app developers and other current and prospective counterparties

2  with which Google does or may transact business.

3    979. **Exhibit 7, Page 288, Lines 12-20 (between "it's correct that" and "I asked").** This

4  information contains non-public and confidential data regarding the Play Points program on Google

5  Play. This information has never been disclosed publicly and the Google Play product team treats it as

6  strictly confidential. If publicly revealed, this information could influence the competitive decision-

7  making and business strategies employed by Google's app store competitors, for example by

8  influencing how those app stores market themselves to developers and how they distinguish

9  themselves from Google Play in the eyes of developers. In addition, revealing such information could

10 influence the negotiating strategies and tactics employed by app developers and other current and

11 prospective counterparties with which Google does or may transact business.

12   980. **Exhibit 7, Page 288, Lines 21-25 (between "question why bother" to end of page).**

13 This information contains non-public and confidential data regarding the Play Points program on

14 Google Play. This information has never been disclosed publicly and the Google Play product team

15 treats it as strictly confidential. If publicly revealed, this information could influence the competitive

16 decision-making and business strategies employed by Google's app store competitors, for example by

17 influencing how those app stores market themselves to developers and how they distinguish

18 themselves from Google Play in the eyes of developers. In addition, revealing such information could

19 influence the negotiating strategies and tactics employed by app developers and other current and

20 prospective counterparties with which Google does or may transact business.

21   981. **Exhibit 7, Page 289, Lines 1 (entire line).**  This text, when read in combination with

22 the preceding Page 288 at Lines 21-25, reveals non-public and confidential information regarding the

23 Play Points program on Google Play. This information has never been disclosed publicly and the

24 Google Play product team treats it as strictly confidential. If publicly revealed, this information could

25 influence the competitive decision-making and business strategies employed by Google's app store

26 competitors, for example by influencing how those app stores market themselves to developers and

27 how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

349

such information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

982.   **Exhibit 7, Page 289, Line 3 (between "was at" and "percent").**  This information contains non-public and confidential data regarding the Play Points program on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

983.   **Exhibit 7, Page 289, Line 4 (between "whatever" and "amount").**  This text reveals non-public and confidential information regarding the Play Points program on Google Play. It includes Plaintiff's expert's characterizations of certain aspects of the program, which are based on confidential Google data regarding the program.  This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

984.   **Exhibit 7, Page 289, Line 5 (between "you'd get" and "in").**  This text contains non-public and confidential information regarding the Play Points program on Google Play. It includes Plaintiff's expert's characterizations of certain aspects of the program, which are based on confidential Google data regarding the program. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors,

for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

985.    **Exhibit 7, Page 289, Line 10 (between "instead of a" and "it was").**  This information contains non-public and confidential data regarding the Play Points program on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

986.    **Exhibit 7, Page 289, Line 11 (between "it was" and "right, and you asked me").**  This text contains statements that are based on or derived from non-public and confidential data regarding the Play Points program on Google Play. If revealed, this text could give competitors insight into Google's sensitive business information.  This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. Disclosure of this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those competitors structure their own points or rewards programs.

987.    **Exhibit 7, Page 289, Lines 15 (between "literally" and "purchase").**  This text contains non-public and confidential information regarding the Play Points program on Google Play. It includes Plaintiff's expert's characterizations of certain aspects of the program, which are based on confidential Google data regarding the program. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app

1    store competitors, for example by influencing how those app stores market themselves to developers

2    and how they distinguish themselves from Google Play in the eyes of developers. In addition,

3    revealing such information could influence the negotiating strategies and tactics employed by app

4    developers and other current and prospective counterparties with which Google does or may transact

5    business.

6         988.   **Exhibit 7, Page 289, Lines 18-21 (between "that the" and "I can accept").**  This text

7    contains non-public and confidential information regarding the Play Points program on Google Play. It

8    includes Plaintiff's expert's characterizations of certain aspects of the program, which are based on

9    confidential Google data regarding the program. This information has never been disclosed publicly

10   and the Google Play product team treats it as strictly confidential. If publicly revealed, this information

11   could influence the competitive decision-making and business strategies employed by Google's app

12   store competitors, for example by influencing how those app stores market themselves to developers

13   and how they distinguish themselves from Google Play in the eyes of developers. In addition,

14   revealing such information could influence the negotiating strategies and tactics employed by app

15   developers and other current and prospective counterparties with which Google does or may transact

16   business.

17        989.   **Exhibit 7, Page 295, Line 2 (between "conceive that" and "that it just").**  This text

18   contains non-public and confidential information regarding the Play Points program on Google Play. It

19   includes Plaintiff's expert's characterizations of certain aspects of the program, which are based on

20   confidential Google data regarding the program. This information has never been disclosed publicly

21   and the Google Play product team treats it as strictly confidential. If publicly revealed, this information

22   could influence the competitive decision-making and business strategies employed by Google's app

23   store competitors, for example by influencing how those app stores market themselves to developers

24   and how they distinguish themselves from Google Play in the eyes of developers. In addition,

25   revealing such information could influence the negotiating strategies and tactics employed by app

26   developers and other current and prospective counterparties with which Google does or may transact

27   business.

28

990. **Exhibit 7, Page 295, Line 12 (between "So that" and "that comes out").** This text contains non-public and confidential information relating to the subsidy that would be offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

991. **Exhibit 7, Page 295, Line 16 (between "to that" and "or some people").** This text contains non-public and confidential information relating to the subsidy that would be offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

992. **Exhibit 7, Page 296, Line 14 (between "telling us" and "the way to").** This text contains non-public and confidential information relating to the subsidy that would be offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

993. **Exhibit 7, Page 296, Line 19 (between "would be" and end of sentence).** This text contains non-public and confidential information relating to the subsidy offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

994. **Exhibit 7, Page 297, Lines 1-2 (between "think that at" and "the economic intuition").** This text contains non-public and confidential information relating to the subsidy offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used

by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

995. **Exhibit 7, Page 297, Lines 16-17 (between "to rise to" and "then it").** This text contains non-public and confidential information relating to the subsidy offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

996. **Exhibit 7, Page 298, Line 9 (between "trying to give me" and "but, no").** This text contains non-public and confidential information relating to the subsidy offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

997. **Exhibit 7, Page 298, Line 10 (between "want the" and "I want to spend").** This text contains non-public and confidential information relating to the subsidy offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

998. **Exhibit 7, Page 298, Lines 18 (between "get" and "back on").** This text contains non-public and confidential information regarding the Play Points program on Google Play. It includes Plaintiff's expert's characterizations of certain aspects of the program, which are based on confidential Google data regarding the program. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence how Google's competitors structure and design their own points or rewards programs.

999. **Exhibit 7, Page 298, Line 21 (between "for the" and end of sentence.)**  This text contains non-public and confidential information regarding the Play Points program on Google Play. It includes Plaintiff's expert's characterizations of certain aspects of the program, which are based on confidential Google data regarding the program. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing such information could influence how Google's competitors structure and design their own points or rewards programs.

1000. **Exhibit 7, Page 299, Line 6 (between "goes up to" and "that").**  This text contains non-public and confidential information relating to the subsidy offered to consumers in a but-for world according to Plaintiffs' expert's calculations, which are based on and derived from Google's highly confidential transactional data.  If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

### Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer

### [Dkt. No. 508]

### (Exhibit F1)

1001. **Page 2, Line 19-20 (between "net discounts of" and "in the but").** This text contains non-public and confidential information relating to the percentage discounts Google would provide on Google Play in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

1002. **Page 4, Line 24-25 (between "analyzed represented "approximately" and "of aggregate purchases").** This text contains the percentage of consumer spend represented by the SKUs affected by Google Play's service fee reductions analyzed by Dr. Leonard, which is derived from Google's highly confidential transactional data. Disclosure of this information could be used to

1  disadvantage Google, for example, by giving competitors insight into consumer spend patterns or

2  imply spend concentration on Google Play.

3      **1003.** **Page 5, Line 12-14 (between "less revenue (averaging" and "per year) than those";**

4  **between "control group (averaging" and "per year)").** This text contains the annual consumer

5  spend generated by developers subject to reduced service fees on Google Play analyzed by Dr.

6  Leonard, which is derived from Google's highly confidential transactional data. If publicly revealed,

7  this information could influence the competitive decision-making and business strategies employed by

8  Google's app store competitors, for example by influencing how those app stores market themselves to

9  U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

10      **1004.** **Page 9-10, Line 23-2 (between "price floor; approximately" and "of developers**

11  **reduced").** This text reflects the percentage of developers that reduced prices below 99 cents when

12  Google Play removed its 99 cent price floor. This figure is derived from Google's highly confidential

13  transactional data. Disclosure of this information would adversely impact Google's current competitive

14  position by enabling Google's competitors to mimic its confidential strategies in an effort to attract

15  developers away from Google.

16      **1005.** **Page 10, Line 15-17 (between "resulted in only" and "of transactions not").** This

17  text reflects the results of analyses performed by Dr. Singer relating to "focal point" pricing on Google

18  Play in the but-for world. If publicly revealed, this information could influence the competitive

19  decision-making and business strategies employed by Google's app store competitors, for example by

20  influencing how those app stores market themselves to U.S. developers and how they distinguish

21  themselves from Google Play in the eyes of U.S. developers.

22      **1006.** **Page 13, Line 16-18 (between "About" and "of consumers have already"; between**

23  **"Play Points subsidy "is" and "right now").** This text describes confidential and non-public details

24  about Play Points and its usage. If those details were revealed to competitors and potential business

25  counterparties, they could use that information to disadvantage Google.

26      **1007.** **Page 13, Line 24 (between "spend coverage of" and "percent"; between "Play**

27  **Points" and "within just one").** This text describes confidential and non-public details about Play

28

Points and its usage in a specific geographic market. If those details were revealed to competitors and potential business counterparties, they could use that information to disadvantage Google. For example, competitors could use this information to target developers and consumers in this market, to the detriment of Google.

**Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 1**

**[Dkt. No. 508-2]**

**(Exhibit E2)**

**1008.   This Exhibit is duplicative of Exhibit 1 to Google's Motion to Exclude Opinions Offered by Hal Singer (Dkt. No. 487-2) and Google's sealing positions are reflected in Paragraphs 420 to 601 above.**

**Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 3**

**[Dkt. No. 508-4]**

**(Exhibit E3)**

**1009.   This Exhibit is duplicative of Exhibit 2 to Google's Motion to Exclude Opinions Offered by Hal Singer (Dkt. No. 487-3) and Google's sealing positions are reflected in Paragraphs 601 to 815 above.**

**Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer - Exhibit 7 [Dkt. No. 508-8]**

**(Exhibit F2)**

1010.   **Exhibit 7, Page 167, Line 3 (between "we're talking about" and "savings").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1011.   **Exhibit 7, Page 167, Line 18 (between "of" and "you see many").** This text contains non-public and confidential data regarding the percentage of subsidy offered to consumers through the Play Points program. This information is non-public and derived from Google's highly confidential transactional data. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1012.   **Exhibit 7, Page 167, Line 21-22 (between "in the order of" and "if we –").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1013.   **Exhibit 7, Page 168, Line 11-12  (between "subsidy from, say," and "right, that is").** This text contains non-public and confidential data regarding both the percentage of subsidy that is offered, and that Plaintiffs' expert claims would be offered, to consumers through the Play Points program in the actual world and but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1014.   **Exhibit 7, Page 168, Line 15 (between "who are getting" and "off and you").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert

1   claims would be offered to consumers through the Play Points program in the but-for world. This

2   information is non-public and derived from Google's highly confidential transactional data. If revealed

3   publicly, an app store competitor could make decisions about its own reward programs and the value

4   of subsidies to offer consumers in order to better compete against Google Play and target those same

5   consumers. For example, a competitor to Google Play would be able to use this information to meet or

6   beat the subsidy offered by Google Play through its loyalty program, and use that information to draw

7   customers away from Google Play.

8       1015.   **Exhibit 7, Page 169, Line 23 (between "paltry" and "you know, since").** This text

9   contains non-public and confidential data regarding the percentage of subsidy offered to consumers

10  through the Play Points program. This information is non-public and derived from Google's highly

11  confidential transactional data. If revealed publicly, an app store competitor could make decisions

12  about its own reward programs and the value of subsidies to offer consumers in order to better compete

13  against Google Play and target those same consumers. For example, a competitor to Google Play

14  would be able to use this information to meet or beat the subsidy offered by Google Play through its

15  loyalty program, and use that information to draw customers away from Google Play.

16      1016.   **Exhibit 7, Page 172, Line 17-18 (between "you get into" and "I think that it").** This

17  text contains non-public and confidential data regarding the percentage of subsidy offered to

18  consumers through the Play Points program. This information is non-public and derived from Google's

19  highly confidential transactional data. If revealed publicly, an app store competitor could make

20  decisions about its own reward programs and the value of subsidies to offer consumers in order to

21  better compete against Google Play and target those same consumers. For example, a competitor to

22  Google Play would be able to use this information to meet or beat the subsidy offered by Google Play

23  through its loyalty program, and use that information to draw customers away from Google Play.

24      1017.   **Exhibit 7, Page 180, Line 3-4 (between "damages at the" and "that you have").**

25  This information reflects and is calculated from internal, non-public Google financial data. Were this

26  information to be publicly revealed, it could cause Google competitive harm by giving competitors

27  insight into confidential Google financial information.

28

1018. **Exhibit 7, Page 180, Line 5-6 (between "model or the" and "that you have").**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1019. **Exhibit 7, Page 180, Line 12 (between "toggle between the" and "of").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1020. **Exhibit 7, Page 180, Line 13 (between "Play Points and" and "which is about").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1021. **Exhibit 7, Page 180, Line 13-14 (between "which is about" and "should we").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be

1  able to use this information to meet or beat the subsidy offered by Google Play through its loyalty

2  program, and use that information to draw customers away from Google Play.

3  **Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer -**

4  **Exhibit 13 [Dkt. No. 508-14]**

5  **(Exhibit F3)**

6  1022.  **Exhibit 13, Page -874.R (all figures in columns named "Top 10 gaps" and "Dev**

7  **Country" and "Annual Gap"; text before "-" in each row following "manually map their**

8  **markets").** The disclosure of developers' highly confidential information would significantly harm

9  developers' business. For example, developers' competitors could leverage this information to reap an

10  unearned competitive advantage. They could exploit this information—that they otherwise would not

11  have access to—to inform their own business strategies. To prevent these competitive harms from

12  coming to fruition, developers proactively maintain the confidentiality of its strategic information, only

13  disclosing it to a select group of individuals on an as-needed basis.

14  1023.  **Exhibit 13, Page -876.R (between "on iOS and" and "is 18% of total"; all figures in**

15  **columns named "Top 10 gaps" and "Dev Country" and "Annual Gap" except rows named**

16  **"Match.com" and "PlentyOfFish").** The disclosure of developers' highly confidential information

17  would significantly harm developers' business. For example, developers' competitors could leverage

18  this information to reap an unearned competitive advantage. They could exploit this information—that

19  they otherwise would not have access to—to inform their own business strategies. To prevent these

20  competitive harms from coming to fruition, developers proactively maintain the confidentiality of its

21  strategic information, only disclosing it to a select group of individuals on an as-needed basis.

22  1024.  **Exhibit 13, Page -877.R (all figures in columns named "Top 10 gaps" and "Dev**

23  **Country" and "Play Spend" and "Annual Gap" except row named "Tinder").** The disclosure of

24  developers' highly confidential information would significantly harm developers' business. For

25  example, developers' competitors could leverage this information to reap an unearned competitive

26  advantage. They could exploit this information—that they otherwise would not have access to—to

27  inform their own business strategies. To prevent these competitive harms from coming to fruition,

28

1   developers proactively maintain the confidentiality of its strategic information, only disclosing it to a

2   select group of individuals on an as-needed basis.

3       **1025.   Exhibit 13, Page -884.R (between "Dominated by" and "Less than 20% buy"; all**

4   **titles below columns in figure).**  The disclosure of developers' highly confidential information would

5   significantly harm developers' business. For example, developers' competitors could leverage this

6   information to reap an unearned competitive advantage. They could exploit this information—that they

7   otherwise would not have access to—to inform their own business strategies. To prevent these

8   competitive harms from coming to fruition, developers proactively maintain the confidentiality of its

9   strategic information, only disclosing it to a select group of individuals on an as-needed basis.

10              **Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer -**

11                                **Exhibit 14 [Dkt. No. 508-15]**

12                                    **(Exhibit F4)**

13       **1026.   Exhibit 14, Page 293, Line 24 (between "and purposes, is" and "right now.").** This

14   text reflects and is calculated from internal, non-public Google financial data and data relating to

15   Google's Play Points reward program, including regarding the value of subsidy provided. Google

16   spends significant resources compiling and maintaining this valuable data, which is non-public, and if

17   revealed to competitors and potential business counterparties, an app store competitor could make

18   decisions about its own reward programs and the value of subsidies to offer consumers in order to

19   better compete against Google Play and target those same consumers.

20       **1027.   Exhibit 14, Page 294, Line 5 (between "to around" and "and all of").** This text

21   reflects and is calculated from internal, non-public Google financial data and data relating to Google's

22   Play Points reward program, including regarding the value of subsidy provided. Google spends

23   significant resources compiling and maintaining this valuable data, which is non-public, and if

24   revealed to competitors and potential business counterparties, an app store competitor could make

25   decisions about its own reward programs and the value of subsidies to offer consumers in order to

26   better compete against Google Play and target those same consumers.

27

28

1028.   **Exhibit 14, Page 294, Line 7-8 (between "know" and "is not real"; between "is not real." and "actually might make").** This text reflects and is calculated from internal, non-public Google financial data and data relating to Google's Play Points reward program, including regarding the value of subsidy provided. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers.

1029.   **Exhibit 14, Page 294, Line 22 (between "than" and "In fact, Williams").** This text reflects and is calculated from internal, non-public Google financial data and data relating to Google's Play Points reward program, including regarding the value of subsidy provided. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers.

1030.   **Exhibit 14, Page 297, Line 1-2 (between "think that at" and "the economic").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1031.   **Exhibit 14, Page 297, Line 16-17 (between "to rise to" and "then it would be").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its

own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1032. **Exhibit 14, Page 298, Line 9 (between "to give me" and "but, no,") and Line 10 (between "want the" and "I want to spend").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this information to meet or beat the subsidy offered by Google Play through its loyalty program, and use that information to draw customers away from Google Play.

1033. **Exhibit 14, Page 298, Line 21 (between "hassle for the" and "subsidy").** This text reflects and is calculated from internal, non-public Google financial data and data relating to Google's Play Points reward program, including regarding the value of subsidy provided. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers.

1034. **Exhibit 14, Page 299, Line 6 (between "it goes up" and "that").** This text contains non-public and confidential data regarding the percentage of subsidy Plaintiffs' expert claims would be offered to consumers through the Play Points program in the but-for world. This information is non-public. If revealed publicly, an app store competitor could make decisions about its own reward programs and the value of subsidies to offer consumers in order to better compete against Google Play and target those same consumers. For example, a competitor to Google Play would be able to use this

1  information to meet or beat the subsidy offered by Google Play through its loyalty program, and use

2  that information to draw customers away from Google Play.

3  **Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Hal Singer -**

4  **Exhibit 20 [Dkt. No. 508-21]**

5  **(Exhibit F5)**

6  1035.  **Exhibit 20, Page -958.R (between "Expecting revenues" and "Play Balance Sheet";**

7  **all text below slide).** This information reveals Google's internal non-public profit, revenue, and

8  financial calculations. These data sets are not otherwise publicly reported by the company and their

9  disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage.

10  Google's competitors could improperly utilize this internal, non-public data to modify or augment their

11  business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends

12  in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the

13  financial health and future outlook of the Play business, which also arguably gives Google's

14  competitors an unfair advantage. This information contains also non-public information regarding

15  Google's confidential non-public internal strategic considerations related to creating value for and

16  attracting developers to the Google Play Store. This information has never been disclosed publicly.

17  Disclosure of this information would adversely impact Google's current competitive position by

18  enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

19  away from Google.

20  1036.  **Exhibit 20, Page -960.R (between "to last forecast:" and "excluding F/X"; all text**

21  **below "excluding F/X and EC"; all figures in columns named "Outlook" and "Plan" and "FvB"**

22  **and "FoF"; all text below slide).** This information reveals Google's internal non-public profit,

23  revenue, and financial calculations. These data sets are not otherwise publicly reported by the company

24  and their disclosure is likely to cause Google competitive harm and give its competitors an unfair

25  advantage. Google's competitors could improperly utilize this internal, non-public data to modify or

26  augment their business operations in an effort to compete unfairly against Google. Moreover, visibility

27  into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper

28

1    insight into the financial health and future outlook of the Play business, which also arguably gives

2    Google's competitors an unfair advantage. This information contains also non-public information

3    regarding Google's confidential non-public internal strategic considerations related to creating value

4    for and attracting developers to the Google Play Store. This information has never been disclosed

5    publicly. Disclosure of this information would adversely impact Google's current competitive position

6    by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

7    away from Google.

8         1037.   **Exhibit 20, Page -961.R (entire page).** This information reveals Google's internal non-

9    public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported

10   by the company and their disclosure is likely to cause Google competitive harm and give its

11   competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-

12   public data to modify or augment their business operations in an effort to compete unfairly against

13   Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives

14   Google's competitors improper insight into the financial health and future outlook of the Play business,

15   which also arguably gives Google's competitors an unfair advantage. This information contains also

16   non-public information regarding Google's confidential non-public internal strategic considerations

17   related to creating value for and attracting developers to the Google Play Store. This information has

18   never been disclosed publicly. Disclosure of this information would adversely impact Google's current

19   competitive position by enabling Google's competitors to mimic its confidential strategies in an effort

20   to attract developers away from Google.

21        1038.   **Exhibit 20, Page -962.R (entire page).** This information reveals Google's internal non-

22   public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported

23   by the company and their disclosure is likely to cause Google competitive harm and give its

24   competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-

25   public data to modify or augment their business operations in an effort to compete unfairly against

26   Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives

27   Google's competitors improper insight into the financial health and future outlook of the Play business,

28

which also arguably gives Google's competitors an unfair advantage. This information contains also non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1039.   **Exhibit 20, Page -963.R (entire page).**   This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage. This information contains also non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1040.   **Exhibit 20, Page -965.R (all figures in rows named "Global" and "JAPAC" and "NA" and "EMEA" and "LATAM" and "BHN" and "ePay" and "InComm"; all text below "good standing"; between "60+ affected by" and "Escalated the BD").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple

1   years) gives Google's competitors improper insight into the financial health and future outlook of the

2   Play business, which also arguably gives Google's competitors an unfair advantage. This information

3   contains also non-public information regarding Google's confidential non-public internal strategic

4   considerations related to creating value for and attracting developers to the Google Play Store. This

5   information has never been disclosed publicly. Disclosure of this information would adversely impact

6   Google's current competitive position by enabling Google's competitors to mimic its confidential

7   strategies in an effort to attract developers away from Google. The disclosure of a mobile carrier's

8   highly confidential information would significantly harm the carrier's business. For example, the

9   carrier's competitors could leverage this information to reap an unearned competitive advantage. They

10  could exploit this information—that they otherwise would not have access to—to inform their own

11  business strategies. To prevent these competitive harms from coming to fruition, the carrier proactively

12  maintains the confidentiality of its strategic information, only disclosing it to a select group of

13  individuals on an as-needed basis.

14      **1041.   Exhibit 20, Page -966.R (between "paid on time." and "Abandon Property"; all**

15  **figures in rows named "Global" and "Aging Commerce" and "< 30 Days" and "30-90 Days" and**

16  **"90 Days +" and "Total"; all text below "Abandon Property Opportunity").** This information

17  reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not

18  otherwise publicly reported by the company and their disclosure is likely to cause Google competitive

19  harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this

20  internal, non-public data to modify or augment their business operations in an effort to compete

21  unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple

22  years) gives Google's competitors improper insight into the financial health and future outlook of the

23  Play business, which also arguably gives Google's competitors an unfair advantage. This information

24  contains also non-public information regarding Google's confidential non-public internal strategic

25  considerations related to creating value for and attracting developers to the Google Play Store. This

26  information has never been disclosed publicly. Disclosure of this information would adversely impact

27

28

Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

**1042.   Exhibit 20, Page -969.R (entire graph; between beginning bullet point and "in Japan consumer"; between "Dec 6) with" and "enrolled members"; between "spend coverage of" and "Revenue uplift"; between "Jan, targeting" and "of revenue uplift"; between "Q4 2018" and "No noticeable"; between "could range from" and "of total points"; between "points within" and "Source:"; between "edit#gid=0" and end of page).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage. This information contains also non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

**1043.   Exhibit 20, Page -976.R (figures in columns named "Android" and "ChromeOS" and "Chrome" and "Play"; all text below slide).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business,

which also arguably gives Google's competitors an unfair advantage. This information contains also non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1044.   **Exhibit 20, Page -977.R (entire chart and text below "4Q P&E P&L: Expected to land ahead of target").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage. This information contains also non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1045.   **Exhibit 20, Page -978.R (entire slide; between "Did you know:" and "Tinder - #1"; between "incl. GB, CA, IN" and "LiveOps -"; between "Spring Deals promotion (" and end of paragraph).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the

1   data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial

2   health and future outlook of the Play business, which also arguably gives Google's competitors an

3   unfair advantage. This information contains also non-public information regarding Google's

4   confidential non-public internal strategic considerations related to creating value for and attracting

5   developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of

6   this information would adversely impact Google's current competitive position by enabling Google's

7   competitors to mimic its confidential strategies in an effort to attract developers away from Google.

8   The disclosure of developers' highly confidential information would significantly harm developers'

9   business. For example, developers' competitors could leverage this information to reap an unearned

10  competitive advantage. They could exploit this information—that they otherwise would not have

11  access to—to inform their own business strategies. To prevent these competitive harms from coming to

12  fruition, developers proactively maintain the confidentiality of its strategic information, only disclosing

13  it to a select group of individuals on an as-needed basis.

14      **1046.   Exhibit 20, Page -979.R (between "via rewards platform" and "Google Play**

15  **Points"; between "Enhance developer partnerships" and end of slide).** This information reveals

16  Google's internal non-public profit, revenue, and financial calculations. These data sets are not

17  otherwise publicly reported by the company and their disclosure is likely to cause Google competitive

18  harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this

19  internal, non-public data to modify or augment their business operations in an effort to compete

20  unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple

21  years) gives Google's competitors improper insight into the financial health and future outlook of the

22  Play business, which also arguably gives Google's competitors an unfair advantage. This information

23  contains also non-public information regarding Google's confidential non-public internal strategic

24  considerations related to creating value for and attracting developers to the Google Play Store. This

25  information has never been disclosed publicly. Disclosure of this information would adversely impact

26  Google's current competitive position by enabling Google's competitors to mimic its confidential

27  strategies in an effort to attract developers away from Google.

28

1      **1047.   Exhibit 20, Page -980.R (between "could range from" and "of total points issued";**

2      **between "Google forgoes" and "in margin"; between "could range from" and "Similar to**

3      **monetary"; between "could range from" and "of total points"; between "during the year" and**

4      **"total points earned").** This information reveals Google's internal non-public profit, revenue, and

5      financial calculations. These data sets are not otherwise publicly reported by the company and their

6      disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage.

7      Google's competitors could improperly utilize this internal, non-public data to modify or augment their

8      business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends

9      in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the

10     financial health and future outlook of the Play business, which also arguably gives Google's

11     competitors an unfair advantage. This information contains also non-public information regarding

12     Google's confidential non-public internal strategic considerations related to creating value for and

13     attracting developers to the Google Play Store. This information has never been disclosed publicly.

14     Disclosure of this information would adversely impact Google's current competitive position by

15     enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

16     away from Google.

17      **1048.   Exhibit 20, Page -981.R  (all text and charts below "Play Books - Project**

18     **Platinum").** This information reveals Google's internal non-public profit, revenue, and financial

19     calculations. These data sets are not otherwise publicly reported by the company and their disclosure is

20     likely to cause Google competitive harm and give its competitors an unfair advantage. Google's

21     competitors could improperly utilize this internal, non-public data to modify or augment their business

22     operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the

23     data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial

24     health and future outlook of the Play business, which also arguably gives Google's competitors an

25     unfair advantage. This information contains also non-public information regarding Google's

26     confidential non-public internal strategic considerations related to creating value for and attracting

27     developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of

28

1  this information would adversely impact Google's current competitive position by enabling Google's

2  competitors to mimic its confidential strategies in an effort to attract developers away from Google.

3  **Google's Reply In Support Of Motion to Exclude Opinions Offered by Hal Singer [Dkt. No. 524]**

4  **(Exhibit G1)**

5  1049.   **Page 1, Lines 10 to 11 (between "accounting for the" and "% of transactions").**

6  This information contains non-public and confidential data regarding the percentage of downloads and

7  purchases of paid apps ending in 99 cents on Google Play.  This information has never been disclosed

8  publicly.  If publicly revealed, this information could influence the competitive decision-making and

9  business strategies employed by Google's app store competitors, for example by influencing how those

10  app stores market themselves to U.S. developers and how they distinguish themselves from Google

11  Play in the eyes of U.S. developers.

12  **1050.   Page 4, Lines 10 to 12 (between "own internal analyses of" and "and"; between**

13  **"and" and "id., shows").**  This information contains non-public information regarding specific

14  business and financial strategies under consideration by Google, as well as Google's confidential

15  rationale for those strategies.  This information has never been disclosed publicly.  Disclosure of this

16  information would severely and adversely impact Google's current competitive position, as well as its

17  ability to negotiate agreements in the future, because it would equip competitors and counterparties

18  alike with insight into the concerns and objectives that drive Google's strategic thinking.  For example,

19  public disclosure of specific business and financial strategies under consideration may lead Google's

20  competitors to pursue similar strategies, mimicking (and undermining) Google.  Understanding

21  Google's non-public financial priorities could also give potential counterparties unfair leverage in

22  future negotiations with Google, jeopardizing Google's ability to negotiate business deals on arm's

23  length terms.

24  **1051.   Page 5, Lines 20 to 25 (between "July 3, 2021," and "% of U.S. customers'").**  This

25  information contains non-public and confidential data regarding the percentage of downloads and

26  purchases of paid apps ending in 99 cents on Google Play.  This information has never been disclosed

27  publicly.  If publicly revealed, this information could influence the competitive decision-making and

28

business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

**Google's Motion to Exclude Opinions Offered by Marc Rysman -Exhibit 2 [Dkt. No. 484-3] (Exhibit H1)**

1052. **Page 21, Paragraph 22 (between "of roughly" and "for the period August 16, 2016"; between "find to be approximately" and end of sentence).**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1053. **Page 39, Paragraph 47, Note 66 (between "GOOG-PLAY-000464354.R-400.R, at 394.R ("" and "of device installs"; between "to sideloading" and "[;] ShareIt (and other").**  This information contains non-public and confidential data regarding the percentage of sideloaded installs on Google Play in India. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to developers and how they distinguish themselves from Google Play in the eyes of developers. In addition, revealing the percentage of sideloaded apps on Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1054. **Page 43, Paragraph 52 (between "around" and "of apps on active").**  This information contains non-public and confidential data regarding the percentage of sideloaded apps on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish

themselves from Google Play in the eyes of U.S. developers. In addition, revealing the percentage of sideloaded apps on Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1055.   **Page 43, Paragraph 52, Note 78 (between "sideloaded app" of" and "over the 2019 and 2020;").**  This information contains non-public and confidential data regarding the percentage of sideloaded apps on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the percentage of sideloaded apps on Android could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1056.   **Page 43-44, Paragraph 53 "account for only" and "of total app revenues"; between "account for approximately" and "and"; between "and" and "respectively.").**  This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1057.   **Page 44, Paragraph 53 (between "Google Play Store reached" and end of sentence).**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and

1  cause Google competitive harm by giving competitors insight into confidential Google financial
2  information.

3      1058.  **Page 44, Paragraph 53, Note 82 (between "and paid apps were" and end of**
4  **sentence).**  This information reflects and is calculated from internal, non-public Google financial data.
5  Google spends significant resources compiling and maintaining this valuable data, which is non-public,
6  and if revealed to competitors and potential business counterparties, could be used to disadvantage and
7  cause Google competitive harm by giving competitors insight into confidential Google financial
8  information.

9      1059.  **Pages 64-65, Paragraph 79 (between ""Strong native distribution (" and "of Play**
10 **HVUs [high value users]").**  This information contains non-public and confidential data regarding the
11 percentage of high value users on Google Play with an alternative app store preinstalled on their
12 phones in South Korea. This information has never been disclosed publicly and the Google Play
13 product team treats it as strictly confidential. If publicly revealed, this information could influence the
14 competitive decision-making and business strategies employed by Google's app store competitors, for
15 example by influencing how those app stores market themselves to U.S. developers and how they
16 distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the
17 percentage of high value users with app stores other than Google Play could influence the negotiating
18 strategies and tactics employed by app developers and other current and prospective counterparties
19 with which Google does or may transact business.

20     1060.  **Page 65, Paragraph 80 (between "data demonstrates" and end of sentence;**
21 **between "earning Play Points" and end of sentence).**  This information reflects and is calculated
22 from internal, non-public Google financial data. Were this information to be publicly revealed, it could
23 cause Google competitive harm by giving competitors insight into confidential Google financial
24 information.

25     1061.  **Page 66, Paragraph 80, Exhibit 11 (entire chart).**  This text reflects transactional
26 figures calculated or derived from Google's financial data which is non-public information, and if
27 revealed to competitors and potential business counterparties, could be used to disadvantage Google.

28

For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1062.   **Page 66, Paragraph 81 (between "steadily increased and" and "(see Exhibit 12").** This text reflects internal Google data on user behavior and marketing analytics. Google spends significant resources compiling and maintaining this valuable data, which is nonpublic information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, Google's competitors could gain insight into Google's marketing analytics and knowledge of user behavior at no cost, improperly tailoring their own business strategy at Google's expense.

1063.   **Page 67, Paragraph 81, Exhibit 12 (entire chart).** This text reflects internal Google data on user behavior and marketing analytics. Google spends significant resources compiling and maintaining this valuable data, which is nonpublic information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, Google's competitors could gain insight into Google's marketing analytics and knowledge of user behavior at no cost, improperly tailoring their own business strategy at Google's expense.

1064.   **Page 67, Paragraph 81, Exhibit 13 (entire chart).** This text reflects internal Google data on user behavior and marketing analytics. Google spends significant resources compiling and maintaining this valuable data, which is nonpublic information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, Google's competitors could gain insight into Google's marketing analytics and knowledge of user behavior at no cost, improperly tailoring their own business strategy at Google's expense.

1065.   **Page 69, Paragraph 84, Exhibit 14 (entire chart; footer between "Source: Google," and "May 23, 2013").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with

1  Google. Moreover, Google's competitors could use this non-party information to unfairly target

2  Google's developer partners and offer specific deal terms designed to undercut those offered by

3  Google.

4      1066.   **Page 80, Paragraph 100 (between "gross margins increased from" and "in Q4 2012**

5  **to"; between "in Q4 2012 to" and "in FY 2013, saving"; between "in FY 2013, saving" and "in**

6  **revenue sharing payments").** This text reflects revenue, operating profit, and gross profit margin

7  figures calculated or derived from Google's financial data which is non-public information, and if

8  revealed to competitors and potential business counterparties, could be used to disadvantage Google.

9  For example, if competitor platforms became aware of this information they could use it to inform

10  their own strategies, unfairly leveraging Google's financial data to compete more effectively with

11  Google Play.

12      1067.   **Page 81, Paragraph 101 (between "any alternative to Google Play:" and "102. The**

13  **RSA 3.0")**  This text contains confidential, non-public information regarding Google's agreements

14  with non-party developers. Disclosure of this non-public information is likely to result in competitive

15  harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or

16  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

17  Google's competitors could use this non-party information to unfairly target Google's developer

18  partners and offer specific deal terms designed to undercut those offered by Google.

19      **1068.   Page 80-81, Paragraph 101 (between "Premier devices qualify for" and "of Net Ad**

20  **Revenue"; between "Net Ad Revenue and up to" and "of Net Play Revenue"; between "tier**

21  **devices," and end of the sentence).**  This text contains confidential, non-public information regarding

22  Google's agreements with non-party developers. Disclosure of this non-public information is likely to

23  result in competitive harm to Google, as it reveals strategic decision-making which, for example, could

24  give a competitor or potential business partner unfair leverage in competing against or negotiating with

25  Google. Moreover, Google's competitors could use this non-party information to unfairly target

26  Google's developer partners and offer specific deal terms designed to undercut those offered by

27  Google.

28

1069.   **Page 80, Paragraph 101, Note 236 (between "GOOG-PLAY-000620282-321, at 305 (up to" and "of Net Play Revenue);", between "("Google will pay Company" and "of Net Play Transaction Revenue").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1070.   **Page 87, Paragraph 107, Exhibit 16 (entire image).**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1071.   **Page 88, Paragraph 108 (between "multi-faceted approach to" and "and inhibit the"; between "and inhibit the" and end of sentence; between "Galaxy Store's ability to offer" and "and, thus, limit").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1072.   **Page 88-89, Paragraph 108, Exhibit 17 (entire image).**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current

competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1073.   **Page 90, Paragraph 109 (between "which accounted for approximately" and "of total consumer spend"; between "Google offered developers" and end of paragraph).**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1074.   **Page 91, Paragraph 110 (between "on store," by" and "As an incentive"; between "revenue share of" and "on Google's revenue"; between "the Galaxy Store, plus a" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1075.   **Page 91, Paragraph 111 (between "in response to" and end of sentence; between "was designed to" and "to determine how to"; between "determine how to" and end of sentence).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1076.   **Page 109, Paragraph 148, Note 346 (between "apps is only" and "in Japan,"; between "in Japan," and "in the U.S.,"; between "in the U.S.," and "in South Korea"; between**

1    **"South Korea, and" and "in India").**  This information contains non-public and confidential data

2    regarding the share of active Android smart mobile devices with sideloaded apps on Android for

3    certain countries. This information has never been disclosed publicly and the Android and Google Play

4    product team treats it as strictly confidential. If publicly revealed, this information could influence the

5    competitive decision-making and business strategies employed by Google's app store competitors, for

6    example by influencing how those app stores market themselves to U.S. developers and how they

7    distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the

8    percentage of sideloaded apps on Android  could influence the negotiating strategies and tactics

9    employed by app developers and other current and prospective counterparties with which Google does

10   or may transact business.

11       1077.    **Page 110, Paragraph 151 (between "there is about a" and "drop off").**  This

12   information contains non-public and confidential data regarding sideloading on Google Play. This

13   information has never been disclosed publicly and the Google Play product team treats it as strictly

14   confidential. If publicly revealed, this information could influence the competitive decision-making

15   and business strategies employed by Google's app store competitors, for example by influencing how

16   those app stores market themselves to U.S. developers and how they distinguish themselves from

17   Google Play in the eyes of U.S. developers.

18       1078.    **Page 110, Paragraph 151 (between "fewer [than]" and "of installs in").**  This

19   information contains non-public and confidential data regarding sideloaded app installs on Google

20   Play. This information has never been disclosed publicly and the Google Play product team treats it as

21   strictly confidential. If publicly revealed, this information could influence the competitive decision-

22   making and business strategies employed by Google's app store competitors, for example by

23   influencing how those app stores market themselves to U.S. developers and how they distinguish

24   themselves from Google Play in the eyes of U.S. developers.

25       1079.    **Page 111, Paragraph 152 (between "around" and "of apps").** This information

26   contains non-public and confidential data regarding the percentage of sideloaded apps on Android.

27   This information has never been disclosed publicly and the Google Play product team treats it as

28

1  strictly confidential. If publicly revealed, this information could influence the competitive decision-

2  making and business strategies employed by Google's app store competitors, for example by

3  influencing how those app stores market themselves to U.S. developers and how they distinguish

4  themselves from Google Play in the eyes of U.S. developers. In addition, revealing the percentage of

5  sideloaded apps on Android could influence the negotiating strategies and tactics employed by app

6  developers and other current and prospective counterparties with which Google does or may transact

7  business.

8      1080.   **Page 111, Paragraph 151, Note 354 (between "Android's "O" version," and "of**

9  **"users who encountered").** This information contains non-public and confidential data regarding the

10  percentage of sideloaded apps on Android. This information has never been disclosed publicly and the

11  Google Play product team treats it as strictly confidential. If publicly revealed, this information could

12  influence the competitive decision-making and business strategies employed by Google's app store

13  competitors, for example by influencing how those app stores market themselves to U.S. developers

14  and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition,

15  revealing the percentage of sideloaded apps on Android could influence the negotiating strategies and

16  tactics employed by app developers and other current and prospective counterparties with which

17  Google does or may transact business.

18      1081.   **Page 111, Paragraph 152, Note 355 (between "installs was below" and "countries**

19  **(excluding China),"; between "sideloading was" and "worldwide").**  This information contains

20  non-public and confidential data regarding the percentage of sideloaded apps on Android. This

21  information has never been disclosed publicly and the Google Play product team treats it as strictly

22  confidential. If publicly revealed, this information could influence the competitive decision-making

23  and business strategies employed by Google's app store competitors, for example by influencing how

24  those app stores market themselves to U.S. developers and how they distinguish themselves from

25  Google Play in the eyes of U.S. developers. In addition, revealing the percentage of sideloaded apps on

26  Android could influence the negotiating strategies and tactics employed by app developers and other

27  current and prospective counterparties with which Google does or may transact business.

28

1082.   **Page 111, Paragraph 152, Note 356 (between "Note that" and "is calculated as".** This information contains non-public and confidential data regarding the percentage of sideloaded apps on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the percentage of sideloaded apps on Android could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1083.   **Page 112, Paragraph 152 (between "'off-Play' was" and "in India," between "in India," and "in South Korea," between "and only" and "in the United States").**  This information contains non-public and confidential data regarding the share of active Android smart mobile devices with sideloaded apps on Android for certain countries. This information has never been disclosed publicly and the Android and Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the percentage of sideloaded apps on Android  could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1084.   **Page 112, Paragraph 152 (between "was between" and "during 2016 to 2018").** This information contains non-public and confidential data regarding the share of active Android smart mobile devices with sideloaded apps on Android for certain countries. This information has never been disclosed publicly and the Android and Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app

1  stores market themselves to U.S. developers and how they distinguish themselves from Google Play in

2  the eyes of U.S. developers. In addition, revealing the percentage of sideloaded apps on Android  could

3  influence the negotiating strategies and tactics employed by app developers and other current and

4  prospective counterparties with which Google does or may transact business.

5       1085.  **Page 121, Paragraph 170 (between "with an Android tablet have" and end of**

6  **sentence).**  This information contains non-public and confidential data regarding switching costs on

7  Android. This information has never been disclosed publicly and the Android product team treats it as

8  strictly confidential. If publicly revealed, this information could influence the competitive decision-

9  making and business strategies employed by Google's app store and operating system competitors, for

10  example by influencing how those app stores market themselves to U.S. developers and how they

11  distinguish themselves from Google Play in the eyes of U.S. developers.

12       1086.  **Page 130, Paragraph 187 (between "is approximately" and "in the US,"; between**

13  **"in the US," and "in the UK,"; between "in the UK, and" and "worldwide from"; between "the**

14  **churn rate is" and "lower for consumers"; between "tablet and becomes" and "for Android").**

15  This information contains non-public and confidential data regarding switching costs on Android. This

16  information has never been disclosed publicly and the Android product team treats it as strictly

17  confidential. If publicly revealed, this information could influence the competitive decision-making

18  and business strategies employed by Google's app store and operating system competitors, for example

19  by influencing how those app stores market themselves to U.S. developers and how they distinguish

20  themselves from Google Play in the eyes of U.S. developers.

21       1087.  **Page 139, Paragraph 201 (between "That is why" and "data shows that"; between**

22  **"data shows that" and "of the time consumers"; between "consumers spent using" and "was**

23  **with the native"; between "(with just" and "of time spent").**  The disclosure of this non-party app

24  developer's highly confidential information would significantly harm the developer's business. For

25  example, app competitors could leverage this information to reap an unearned competitive advantage.

26  They could exploit this information—that they otherwise would not have access to—to inform their

27  own business strategies. To prevent these competitive harms from coming to fruition, the non-party

28

1  app developer  proactively maintains the confidentiality of its strategic information, only disclosing it

2  to a select group of individuals on an as-needed basis.

3  1088. **Page 139, Paragraph 202 (between "Additionally," and "data shows that during**

4  **2020"; between "during 2020, only" and "of monthly active users"; between "while the**

5  **remaining" and "users accessed").**  The disclosure of this non-party app developer's highly

6  confidential information would significantly harm the developer's business. For example, app

7  competitors could leverage this information to reap an unearned competitive advantage. They could

8  exploit this information—that they otherwise would not have access to—to inform their own business

9  strategies. To prevent these competitive harms from coming to fruition, the non-party app developer

10  proactively maintains the confidentiality of its strategic information, only disclosing it to a select group

11  of individuals on an as-needed basis.

12  1089. **Page 144, Paragraph 209 (between "among gamers of" and "one of the most";**

13  **between "most popular" and "only"; between "only" and "played the game"; between**

14  **"decreased to" and "in October 2021").**  The disclosure of this non-party app developer's highly

15  confidential information would significantly harm the developer's business. For example, app

16  competitors could leverage this information to reap an unearned competitive advantage. They could

17  exploit this information—that they otherwise would not have access to—to inform their own business

18  strategies. To prevent these competitive harms from coming to fruition, the non-party app developer

19  proactively maintains the confidentiality of its strategic information, only disclosing it to a select group

20  of individuals on an as-needed basis.

21  1090. **Page 144, Paragraph 209, Note 480 (between "See" and end of footnote).**  The

22  disclosure of this non-party app developer's highly confidential information would significantly harm

23  the developer's business. For example, app competitors could leverage this information to reap an

24  unearned competitive advantage. They could exploit this information—that they otherwise would not

25  have access to—to inform their own business strategies. To prevent these competitive harms from

26  coming to fruition, the non-party app developer  proactively maintains the confidentiality of its

27  strategic information, only disclosing it to a select group of individuals on an as-needed basis.

28

1091.   **Page 148, Paragraph 217 (between "app downloads was about" and "on web-app access"; between "December 2021, only" and "of the amount spent").** This confidential, non-public information reveals consumer spend on Play by region. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1092.   **Page 149, Exhibit 37 (2020 and 2021 portion of bar graph).**  This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1093.   **Page 152, Paragraph 226 (between "Play Points offered to consumers" and "is the but-for price".)** This information reflects figures derived or calculated from non-public and confidential data related to Google's pricing strategies and consumer spending metrics for the Play Points program. This information is nonpublic, and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could give competitors insight into Google's operations that Google lacks regarding its competitors, and would influence the competitive decision-making and business strategies employed by Google's competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1094.   **Page 153, Paragraph 230 (between "for payments was" and "worldwide and"; between "worldwide and" and "in the U.S. in 2014,".)**  This text reflects Google Play's effective rate for payments calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage

Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1095.   **Page 153, Exhibit 28 (entire image between "Exhibit 28 and "Sources: Monthly App Review Data.").** This text reflects and is drawn/calculated from internal Google financial data on consumer spending. Google spends significant resources compiling and maintaining this data, which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, Google's competitors could gain insight into Google's data by reverse engineering these figures and calculations, unfairly tailoring their own business strategy at Google's expense to compete more effectively with Google Play.

1096.   **Page 153-154, Paragraph 230 (between "in the U.S. were about" and "in 2021, and in 2017"; between "(CC/PP, DCB, GC)" were" and "of customer spend").**   This text contains confidential, non-public information relating to Google's costs of processing transactions, specifically the numbers of U.S. consumers using DCB. This information is nonpublic. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies (e.g. change their own DCB offerings) in an effort to attract developers away from Google. This information could also be used by developers whose users do not transact, or minimally transact, with DCB, when entering into potential negotiations with Google Play.

1097.   **Page 153, Paragraph 230 (between "Customer support costs at" and "of consumer spend").**   This text contains confidential, non-public information relating to Google's costs of processing transactions, specifically the percentage of consumer spend for customer support. This information is nonpublic. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies (e.g. change their own customer support offerings) in an effort to attract developers away from Google.

1098.   **Page 153, Paragraph 230 (between "which Google notes are c." and "of revenue.").** This text contains confidential, non-public information relating to Google's costs of processing

1    transactions, specifically the cost of centralized infrastructure. This information is nonpublic.

2    Disclosure of this information would adversely impact Google's current competitive position by

3    enabling Google's competitors to mimic its confidential strategies (e.g. change their own centralized

4    infrastructure) in an effort to attract developers away from Google.

5         1099.   **Page 153, Paragraph 230, Note 509 (between "range from" and "% to"; between**

6    **"% to" and "% of customer"; between "which are" and "% of customer"; between "Apps &"**

7    **and "% for").** This text contains confidential, non-public information relating to Google's costs of

8    processing transactions, specifically the costs of DCB and gift cards. This information is nonpublic.

9    Disclosure of this information would adversely impact Google's current competitive position by

10   enabling Google's competitors to mimic its confidential strategies (e.g. change their own DCB and gift

11   card offerings) in an effort to attract developers away from Google. This information could also be

12   used by developers whose users do not transact, or minimally transact, with DCB or gift cards, when

13   entering into potential negotiations with Google Play.

14        1100.   **Page 164, Paragraph 246, Note 542 (between "Offered to pay" and "effective at";**

15   **between "effective at" and "signaled they could move"; between "signaled they could move to"**

16   **and end of sentence).** This text contains confidential, non-public information regarding non-party

17   developers, and implicates the non-parties' confidentiality interests by purporting to reveal the

18   nonparties' confidential statements made during negotiations. Further, disclosure of this non-public

19   information is likely to result in competitive harm to Google, as it reveals strategic decision-making,

20   which, for example, could give a competitor or potential business partner unfair leverage in competing

21   against or negotiating with Google. Moreover, Google's competitors could use this non-party

22   information to unfairly target Google's developer partners.

23        1101.   **Page 167, Paragraph 252, Note 553 (between "In its discussions with" and "Google**

24   **has considered"; between "considered allowing" and "without Google Play").** This text contains

25   confidential, non-public information regarding non-party developers, and implicates the non-parties'

26   confidentiality interests by purporting to reveal the nonparties' confidential statements made during

27   negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

28

to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1102.   **Page 170, Paragraph 256 (between "between "Google proposed countering with" and "percentage points of its commission"; between "reflecting payment processing and" and "percentage points reflecting").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1103.   **Page 171, Paragraph 256, Exhibit 33 (figures in slide in columns under "Spotify" and "Google", between "How do we frame this to Spotify" and end of bullet points; between "Potential Framing" and "We believe these fees").**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1104.   **Page 171, Paragraph 257 (between "commission structure by proposing" and "possible from"; between "possible from" and "such as creating"; between "such as creating" and "and proposed"; between "and proposed" and "in the event that"; between "in the event that" and end of sentence).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting

developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1105.   **Page 173-174, Paragraph 261 (between "Billing policies, including" and "to enable changes"; between "by February 2021" and the end of sentence; between "By March 2021," and "of the non-complaint").**   This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1106.   **Page 179, Paragraph 273 (between "anywhere from" and the end of sentence).** This information contains non-public and confidential data regarding conversion rates off Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1107.   **Page 184, Paragraph 283, Exhibit 35 (Entire image beneath "Exhibit 35").** This text reflects Google's aggregate service fee rates drawn from figures which are non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if app developers became aware of this information they could use it to inform their negotiation strategies and as leverage in negotiation with Google (e.g., by demanding new rates).

1108.   **Page 185, Paragraph 286 (between "across developers was" and "in 2021").** This text reflects Google's aggregate service fee rates drawn from figures which are non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if app developers became aware of this information they could use it to inform their negotiation strategies and as leverage in negotiation with Google (e.g., by demanding new rates).

1109.   **Page 185, Paragraph 286  (between "I find that by 2021 only" and "of developers"; between "lower than 30%; thus," and "of developers on average").**  This text reflects Google's aggregate service fee rates drawn from figures which are non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if app developers became aware of this information they could use it to inform their negotiation strategies and as leverage in negotiation with Google (e.g., by demanding new rates).

1110.   **Page 185, Paragraph 287, Exhibit 36 (entire image).** The figure contains non-public, confidential information regarding the share of developers by service fee rate. This information is non-public and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those competitors' structure and set service fee rates.

1111.   **Page 188, Paragraph 289, Exhibit 37 (entire image).** This text contains confidential, non-public information regarding Google's agreements with non-party carriers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's carrier partners and offer specific deal terms designed to undercut those offered by Google.

1112.   **Page 188, Paragraph 290, n. 623 (between "explaining that Google saved" and "in cost of sales"; between "from renegotiating" and "+ rev share deals")."**  This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party

developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1113.   **Page 190, Paragraph 295 (between "profit margins had been" and "consistently increasing over"; between "over time and reaching" and "in 2021.").** This text reflects gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1114.   **Page 191, Paragraph 295, Exhibit 38 (entire exhibit).**   This text reflects revenue, operating profit, and gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1115.   **Page 191, Paragraph 296 (between "Play Store ads — above" and "between 2018 and 2021").** This text reflects gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1116.   **Page 192, Paragraph 298 (between "margins are driven by" and end of sentence; between "A&G operating profit margin was" and "percent"; between "operating profit margin was" and "percent."; between "profits are approximately" and end of sentence).** This text reflects

gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1117.   **Page 192, Paragraph 298, Note 630 (between "on Play Store were" and end of sentence; between "Play Store was about" and "percent"; between "percent" and end of sentence; between "for 2019, 2020, and 2021 to be about" and "respectively").** This text reflects revenue, operating profit, and gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1118.   **Page 193, Paragraph 298, Exhibit 39 (entire image below "Google Play Profitability").** This text reflects revenue, operating profit, and gross profit margin figures calculated or derived from Google's financial data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google Play.

1119.   **Page 195, Paragraph 303, Exhibit 40 (entire image between "Exhibit 40" and "Notes: 1. Shares are calculated").** This information contains confidential and non-public information about the number of app stores on Android mobile devices. Revealing the number of app stores on Android mobile devices could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1120.   **Page 195, Paragraph 304 (between "Pre-Installations:" and end of sentence; between "Google's" and "installed base"; (between "Play Store on" and "of the Android".)**  This

information contains non-public and confidential data regarding Google Play's pre-installations on Android devices. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing Android devices with Google Play pre-installed could influence the dnegotiating strategies and tactics employed by OEMs and other current and prospective counterparties with which Google does or may transact business.

1121.   **Page 196, Paragraph 304 (between "was pre-installed on" and "of Android mobile devices" and between "on less than" and "of Android".)**  This information contains non-public and confidential data regarding pre-installation rates on Android devices. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the percentage of pre-installed app stores on Android could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1122.   **Page 196, Paragraph 305 (between "App Store Visits:" and end of first sentence; between "pre-installed on" and "of Android "; between  "achieved at most" and "share of"; between "2019 Google presentation," and "of monthly"; between "outside of those in China):" and "of monthly"; between "Xiaomi Market, and" and "to Google Play"; between "reflects that" and "of all app store"; between "while only" and "of Android users'"; between "visit the Google Play Store" and "each month."; between "Google finds "the"" and "of all app store").** This information contains non-public and confidential data regarding pre-installations on Android devices. This information has never been disclosed publicly and the Google Play product team treats it as

strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing Android devices with Google Play pre-installed could influence the negotiating strategies and tactics employed by OEMs and other current and prospective counterparties with which Google does or may transact business.

1123.   **Page 196-97, Paragraph 305 (between "averages less than" and "of total monthly"; between "global level and that" and "of users'").**   The disclosure of an OEM's highly confidential information would significantly harm the OEM's business. For example, OEM competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the OEM proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

1124.   **Page 197, Exhibit 41 (all data in row after "% of Android smart mobile devices with the app store pre-installed" and all data in row after "% of monthly app store visits from Android smart mobile devices with the app store pre-installed").**   This information contains non-public and confidential data regarding OEM App store pre-installation shares on Android. This information has never been disclosed publicly and the Google Play and Android product teams treat it as strictly confidential. Moreover, the disclosure of non-party OEMs' highly confidential information would significantly harm these OEM's businesses. For example, OEM competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies.

1125.   **Page 199, Paragraph 308 (between "User Engagement:" and end of sentence; between "Google presentation," and "of worldwide"; between "with only" and "of OEM"; between "Galaxy Story and" and "on Xiaomi market".)**   The disclosure of OEMs' highly

confidential information would significantly harm the OEMs' businesses. For example, OEM competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the OEMs proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

1126.   **Page 199, Exhibit 42 (all percentages).**   This information contains non-public and confidential data regarding internal analyses of OEM app store usage shares worldwide (excluding China). This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's competitors, for example by influencing how other operating systems market themselves to app stores and how they distinguish themselves from Android in the eyes of other operating systems.

1127.   **Page 200, Paragraph 309 (between "around" and "of apps on active".)**   This information contains non-public and confidential data regarding app downloads on Android devices. This information has never been disclosed publicly and the Android product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the percentage of apps distributed off Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1128.   **Page 205, Exhibit 47 (2020 and 2021 portion of bar graph).**   This information contains non-public and confidential data regarding the number of developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how

those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of app developers that distribute apps on Google Play could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1129.   **Page 206, Exhibit 48 (bar graph).**   This information contains non-public and confidential data regarding Android App distribution. This information has never been disclosed publicly and the Google Play and Android product teams treat it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1130.   **Page 210, Paragraph 324 (between "pays key OEMs up to" and "of its Google Play revenue"; between "(in addition to any" and "if the OEMs agree").**   This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1131.   **Page 211, Paragraph 325 (between "a revenue share of" and "on Google's revenue"; between "plus a $50m/year payment" and end of sentence).**   This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors

1  could use this non-party information to unfairly target Google's developer partners and offer specific

2  deal terms designed to undercut those offered by Google.

3  1132.  **Page 222, Paragraph 349 (between "they are higher than its" and "costs.";**

4  **between "lower service fee," [m]aybe" and "would be more appropriate").** This information

5  contains non-public information regarding Google's confidential non-public internal strategic

6  considerations related to creating value for and attracting developers to the Google Play Store. This

7  information has never been disclosed publicly. Disclosure of this information would adversely impact

8  Google's current competitive position by enabling Google's competitors to mimic its confidential

9  strategies in an effort to attract developers away from Google.

10  1133.  **Page 222, Paragraph 349 (between "after year 1 will cost" and "and "GPB**

11  **discount"; between "for small developers will cost" and "[.]").** This text contains non-public and

12  confidential information regarding an estimate of Google's marginal cost, relying on Google's non-

13  public and confidential data. This information is non-public. If disclosed, this information could be

14  used by Google's app store competitors to obtain a competitive advantage. For example, confidential

15  information relating to a calculation of Google's marginal costs could influence how app store

16  competitors structure their business models or what monetization strategies those competitors pursue to

17  compete with Google. In addition, revealing a calculation of Google's marginal costs could influence

18  the negotiating strategies and tactics employed by app developers and other current and prospective

19  counterparties with which Google does or may transact business.

20  1134.  **Page 222, Paragraph 349, Note 719 (between "at 555 (suggesting a" and "fee as**

21  **opposed to a 30% fee").** This information contains non-public information regarding Google's

22  confidential non-public internal strategic considerations related to creating value for and attracting

23  developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of

24  this information would adversely impact Google's current competitive position by enabling Google's

25  competitors to mimic its confidential strategies in an effort to attract developers away from Google.

26  1135.  **Page 223, Paragraph 350 (between "Google also offered" and "a"; between "a"**

27  **and "revenue share,"; between "lower the revenue share to" and end of sentence).** This text

28

contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1136.   **Page 223, Paragraph 350, Note 722 (between "Accelerator Program and met the requirements" and "and that would have been 15 percent).**   This text reveals specific details about the terms of Google's agreements with developers as part of particular Google commercial programs. Public disclosure could cause harm to Google's competitive standing by giving competitors and others insights into Google's business strategies.

1137.   **Page 223, Paragraph 350, Note 723 (between ("Offered" and "rev share per"; between "BD team pitched" and "a"; between "a" and "rev share of"; between "rev share of" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1138.   **Page 223, Paragraph 250 (between "Google and" and "agreed to a"; between "agreed to a" and "commission with"; between "commission with" and end of sentence).**   This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and

offer specific deal terms designed to undercut those offered by Google.  Further, this text contains

confidential, non-public information regarding non-party developers, and implicates the non-party's

confidentiality interests, by revealing the identity of Google business partners who are not party to this

litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

contractual terms and its own confidential statements made during negotiations.

1139.   **Page 223, Paragraph 350, Note 724 (between beginning of paragraph and "-Google**
**Play Better"; between "a per-transaction fee of" and "for the transactions"; between "billing**
**system and" and end of sentence; between "a non-GBP solution," and " pays"; between "pays"**
**and "commission").**  This text contains confidential, non-public information regarding Google's

agreements with non-party developers. Disclosure of this non-public information is likely to result in

competitive harm to Google, as it reveals strategic decision-making which, for example, could give a

competitor or potential business partner unfair leverage in competing against or negotiating with

Google. Moreover, Google's competitors could use this non-party information to unfairly target

Google's developer partners and offer specific deal terms designed to undercut those offered by

Google.  Further, this text contains confidential, non-public information regarding non-party

developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

business partners who are not party to this litigation, and who has a reasonable expectation that Google

will maintain the confidentiality of contractual terms and its own confidential statements made during

negotiations.

1140.   **Page 223, Paragraph 350, Note 725 (between Between "Activate GPB globally at"**
**and "(LRAP++), or Option 2:"; between "Activate GPB" and end of sentence; between "reduced**
**rev share, but claim that" and "would not be net positive"; between "(or permanent?) rev share"**
**and "and Google,"; between "GOOG-PLAY-001088669.R-687.R. at 673.R (Match," and "among**
**others,"; between "George Audi, Google, "Subject: Re:" and "GOOG-PLAY-000259276-279, at**
**277"; between GOOG-PLAY-000259276-279, at 277"; and "unlike most developers"; between**
**"unlike most developers, views" and end of sentence).**  This information contains non-public

information regarding Google's confidential non-public internal strategic considerations related to

creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.  Further, this text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1141.   **Page 223, Paragraph 350 (between "considered offering" and "a commission as"; between "a commission as" and "has also, more recently,").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1142.   **Page 223, Paragraph 350 (between "offered 15% commission" and "to incentivize them to adopt").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1143.   **Page 223-224, Paragraph 350 (between "Since 2020, it has offered a" and "commission to certain" and "certain developers of" and "requiring certain steps"; between "Google claims approximately" and "developers have taken advantage").** This text reveals specific details about the terms of Google's agreements with developers as part of particular Google

commercial programs. Public disclosure could cause harm to Google's competitive standing by giving competitors and others insights into Google's business strategies.

1144. **Page 224, Paragraph 350, Note 729 (between "service fee for subscriptions" and "in 2021, see Exhibit 67.").** This text reflects Google's aggregate service fee rates drawn from figures which are non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if app developers became aware of this information they could use it to inform their negotiation strategies and as leverage in negotiation with Google (e.g., by demanding new rates).

1145. **Page 225, Paragraph 352 (between "transactions or developers (i.e.," and "of transactions in 2020)"; between "of transactions in 2020) is" and "for the period from January 2015").** This text reflects Google's average commission rate changes drawn from figures which are non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if app developers became aware of this information they could use it to inform their negotiation strategies and as leverage in negotiation with Google (e.g., by demanding new rates).

1146. **Page 226, Paragraph 354 (between "Play Store totaling" and "million in 2019.").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google.

1147. **Page 226, Paragraph 354 (between "app sales in 2019 was" and "which accounts for"; between "which accounts for approximately" and "of its total revenue."; between "in-app transactions is" and end of sentence).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair

1   advantage. Google's competitors could improperly utilize this internal, non-public data to modify or

2   augment their business operations in an effort to compete unfairly against Google.

3      1148.   **Page 226, Paragraph 354, Note 738 (between "for the years 2017-2021 is" and**

4   **"comprising"; between "comprising" and "of its total revenues"; between "same period**

5   **(totalling" and end of sentence).** This information reveals Google's internal non-public profit,

6   revenue, and financial calculations. These data sets are not otherwise publicly reported by the company

7   and their disclosure is likely to cause Google competitive harm and give its competitors an unfair

8   advantage. Google's competitors could improperly utilize this internal, non-public data to modify or

9   augment their business operations in an effort to compete unfairly against Google. Moreover, visibility

10   into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper

11   insight into the financial health and future outlook of the Play business, which also arguably gives

12   Google's competitors an unfair advantage.

13      1149.   **Page 227, Paragraph 354 (between "other Android app stores is" and "the**

14   **Samsung Galaxy"; between "or approximately" and "in 2019").** This text reflects revenue figures

15   calculated or derived for Google and a non-party partner from Google's financial data which is non-

16   public information, and if revealed to competitors and potential business counterparties, could be used

17   to disadvantage Google. For example, if competitor platforms became aware of this information they

18   could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more

19   effectively with Google Play. Furthermore, the disclosure of the non-party's  highly confidential

20   information would significantly harm Google's partner's business.  For example, the non-party's

21   competitors could leverage this information to reap an unearned competitive advantage. They could

22   exploit this information—that they otherwise would not have access to—to inform their own business

23   strategies.

24      1150.   **Page 227, Paragraph 354-55, bottom of page (between "from the Galaxy Store in**

25   **2019 of" and "to"; between "to" and  "or an average of"; between "or an average of" and "as a**

26   **reasonable proxy").** This text contains confidential, non-public information regarding non-party

27   partners, and implicates the non-party's confidentiality interests, by revealing Google's estimates of

28

the non-party's revenue.. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's partner.

1151.   **Page 227, Paragraph 354 (between "calculated as approximately" and "in 2019 using").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1152.   **Page 227, Paragraph 354 (between "installs from Samsung Galaxy Store" and "Aptoide", between "Aptoide" and "and ONE store"; between "ONE store" and end of sentence.)**   This information contains non-public and confidential data regarding the global share of monthly app store visits on Android. This information has never been disclosed publicly and the Android product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1153.   **Page 227, Paragraph 354 (between "gap of about" and "approximates"; between "Samsung" and end of sentence).** This information contains non-public and confidential data regarding the global share of monthly app store visits on Android. This information has never been disclosed publicly and the Android product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by

Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1154.   **Page 227, Paragraph 354 (between "Vivo App Store" and "are"; between "are" and "the global share"; between "Samsung Galaxy Store" and "I also know").** This information contains non-public and confidential data regarding the global share of monthly app store visits on Android. This information has never been disclosed publicly and the Android product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1155.   **Page 228, Paragraph 355 (between is "therefore approximately" and "calculated as Google Play"; between "transaction revenues of" and "divided by the"; between "transactions of" and end of sentence; between "a growth rate of" and "for Amazon's IAP revenues").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

**1156.   Page 228, Paragraph 356 (between "I consider" and "to be a lower").**  This text describes non-public, hypothetical financial figures relating to Google's market share, which is based on non-public competitively sensitive financial data. If publicly revealed, this information could affect Google's negotiating position with future partners, affect Google customer perception regarding perceived value, or lead to conjecture about Google's future financials based on Dr. Rysman's hypothetical model that is not based in fact.

1157.   **Page 226, Paragraph 354 (between "Amazon App store" and "in 2018, to"; between "in 2018, to" and "in 2019,"; between "in 2019," and "in 2020").** The disclosure of a non-party app store's highly confidential information would significantly harm the non-party's business. For example, app store competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the non-party proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

1158.   **Page 228, Paragraph 355, Note 745 (between "did not grow as fast as" and "(which is likely),").** The disclosure of a non-party app store's highly confidential information would significantly harm the non-party's business. For example, app store competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, the non-party proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

1159.   **Page 228, Exhibit 52 (all data beneath columns headings 2017, 2018, 2019 2020 and 2021 in both tables).** This information reflects and is calculated from internal, non-public Google and non-parties' financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. The disclosure of the non-parties' highly confidential information would significantly harm the non-parties' business. For example, app store competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies.

1160.   **Page 229, Para. 357 (between "For example," and "wanted to use its own in-app billing").** This text contains confidential, non-public information regarding non-party developers, and

implicates the non-party's confidentiality interests, by revealing the identity of Google business

partners who are not party to this litigation, and who has a reasonable expectation that Google will

maintain the confidentiality of contractual terms and its own confidential statements made during

negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

Google's competitors could use this non-party information to unfairly target Google's developer

partners.

1161.   **Page 229, Paragraph 357, Note 748 (between "See, Google," and "Code Yellow Proposal,"; between "GOOG-PLAY-000262353.R-389.R, at 359.R" and "needs to justify the").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1162.   **Page 230, Paragraph 361 (between "transactions (approximately" and "from 2018 to 2020)," between "(still averaging" and "in 2021 – see Exhibit 35)").**   This text contains non-public and confidential information regarding the actual or effective service fee charged by Google Play to developers for transactions on Google Play. If disclosed, it would reveal implicit information about the portion of developers or transactions paying Google Play's 30% service fee as compared to other service fee rates offered through Google Play's various service fee programs. Revealing this information would undermine Google Play's competitive position by providing developers with a datapoint to challenge Google Play's service fee or demand better terms in negotiations.

1163.   **Page 241, Paragraph 385  (between "Google spent" and "on "partner revenue share""; between "projected to spend" and "to drive device penetration,"; between "to drive device penetration, and" and "to drive Google services"; between "to spend a total of" and "in 2020 across Search"; between "increase the total spend to" and "in 2023.").** This text reveals non-public, recent, and competitively sensitive Google financial information, including around Google costs and operating expenses. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into consumer spending and confidential Google costs figures.

1164.   **Page 243-44, Paragraph 391 (between "RSA 3.0 is" and end of sentence; between "RSA deals" were to" and "including seeking"; between "including seeking" and "in the light of"; between "such as" and end of sentence).**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1165.   **Page 245, Paragraph 393, Note 815 (between "top 16 OEMs received" and "in revenue share").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1166.   **Page 245-46, Paragraph 394 (between "RSAs from nearly" and "to"; between "to" and end of sentence; between "RSA 3.0 Premier Tier is" and "in Great Britain"; between "and**

1   **at least" and "in France,"; between "versions reach between" and "to"; between "to" and "in**
2   **these countries"; between "2019 around" and "of new Android".)**  This text contains confidential,
3   non-public information regarding Google's agreements with non-party developers. Disclosure of this
4   non-public information is likely to result in competitive harm to Google, as it reveals strategic
5   decision-making which, for example, could give a competitor or potential business partner unfair
6   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use
7   this non-party information to unfairly target Google's developer partners and offer specific deal terms
8   designed to undercut those offered by Google.

9          1167.   **Page 246, Exhibit 55 (between "Exhibit 55" and "Source: Google, "Android**
10  **Commercial Agreements", including entire slide and caption).**  This information reflects and is
11  calculated from internal, non-public Google financial data. Google spends significant resources
12  compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and
13  potential business counterparties, could be used to disadvantage and cause Google competitive harm
14  by giving competitors insight into confidential Google financial information. Further, this information
15  reflects sensitive, highly confidential characterizations by Google's internal business teams that, if
16  revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair
17  advantage against Google.

18         1168.   **Page 246-47, Paragraph 395 (between "premier tier devices, including" and end of**
19  **the sentence; between "Further," and "of devices on Premier exceed").**  This text contains
20  confidential, non-public information regarding non-party OEM, and implicates the non-party's
21  confidentiality interests, by revealing the identity of Google business partners who are not party to this
22  litigation, and who has a reasonable expectation that Google will maintain the confidentiality of
23  contractual terms and its own confidential statements made during negotiations. Further, disclosure of
24  this non-public information is likely to result in competitive harm to Google, as it reveals strategic
25  decision-making, which, for example, could give a competitor or potential business partner unfair
26  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use
27  this non-party information to unfairly target Google's partners.

28

1169.   **Page 250, Exhibit 59 (all company names in Company column; company name in footnote 3).** This text contains confidential, non-public information regarding non-party OEMs, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's partners.

1170.   **Page 253-54, Paragraph 404 (between " per year" and "amounting to"; between "amounting to" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1171.   **Page 254, Para. 405 (between "Samsung a revenue share of" and "on Google's revenue"; between "year payment" and the end of the sentence.)**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1172.   **Page 254, Paragraph 405, Note 834 (between "Samsung interpreted the" and "Banyan proposal").** This text contains confidential, non-public information regarding Google's

1   agreements with non-party developers. Disclosure of this non-public information is likely to result in

2   competitive harm to Google, as it reveals strategic decision-making which, for example, could give a

3   competitor or potential business partner unfair leverage in competing against or negotiating with

4   Google. Moreover, Google's competitors could use this non-party information to unfairly target

5   Google's developer partners and offer specific deal terms designed to undercut those offered by

6   Google.

7        1173.   **Page 256-57, Exhibit 61, Sources 4. (between "Google and" and "'MADA,'**

8   **October"; between "Google and" and "'MADA,' August"; between "Google and" and**

9   **"'MADA,' November"; between "Google and" and "'MADA,' July"; "Google and" and**

10  **"'MADA,' July"; "Google and" and "'MADA,' July"; "Google and" and "'MADA,' August";**

11  **"Google and" and "'MADA,' September"; between "Google and" and "'MADA,' October").**

12  This text contains confidential, non-public information regarding non-party OEMs, and implicates the

13  non-party's confidentiality interests, by revealing the identity of Google business partners who are not

14  party to this litigation, and who has a reasonable expectation that Google will maintain the

15  confidentiality of contractual terms and its own confidential statements made during negotiations.

16  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

17  it reveals strategic decision-making, which, for example, could give a competitor or potential business

18  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

19  competitors could use this non-party information to unfairly target Google's OEM partners.

20       1174.   **Page 259, Paragraph 412, Note 846 (between "Subject Re:" and "app," June 06,**

21  **2019").** This text contains confidential, non-public information regarding non-party developers, and

22  implicates the non-party's confidentiality interests, by revealing the identity of Google business

23  partners who are not party to this litigation, and who has a reasonable expectation that Google will

24  maintain the confidentiality of contractual terms and its own confidential statements made during

25  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

26  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

27  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

28

1   Google's competitors could use this non-party information to unfairly target Google's developer

2   partners.

3        1175.  **Page 259, Paragraph 414, Note 851 (between "Google and" and "MADA," October**

4   **1, 2017"; between "Google and" and "MADA,"August 1, 2017,"; between "Google and" and**

5   **"MADA," November 1, 2017,").** This text contains confidential, non-public information regarding

6   non-party OEMs, and implicates the non-party's confidentiality interests, by revealing the identity of

7   Google business partners who are not party to this litigation, and who has a reasonable expectation that

8   Google will maintain the confidentiality of contractual terms and its own confidential statements made

9   during negotiations. Further, disclosure of this non-public information is likely to result in competitive

10   harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

11   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

12   Google's competitors could use this non-party information to unfairly target Google's OEM partners.

13        1176.  **Page 261-62, Exhibit 63, Sources 3. (between "see also Email from" and "to Eric";**

14   **between "Management at" and "Subject"; between "2020" and "-00142728").** This text contains

15   confidential, non-public information regarding non-party OEMs, and implicates the non-party's

16   confidentiality interests, by revealing the identity of Google business partners who are not party to this

17   litigation, and who has a reasonable expectation that Google will maintain the confidentiality of

18   contractual terms and its own confidential statements made during negotiations. Further, disclosure of

19   this non-public information is likely to result in competitive harm to Google, as it reveals strategic

20   decision-making, which, for example, could give a competitor or potential business partner unfair

21   leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

22   this non-party information to unfairly target Google's OEM partners.

23        1177.  **Page 274, Paragraph 431, Note 883 (between "Android prior to O," and "of**

24   **users"; between "meaning that nearly" and "of users"; between "that "fewer [than]" and "of**

25   **installs in").** This information contains non-public and confidential data regarding app installations on

26   Android. Google spends significant resources compiling and maintaining this valuable data, which is

27   non-public information, and if revealed to competitors and potential business counterparties, could be

28

used to disadvantage Google. For example, Google's competitors could gain insight into Google's data on app downloads and knowledge of user behavior at no cost, unfairly tailoring their own business strategy at Google's expense.

1178.   **Page 274, Paragraph 432 (between "because only" and "of U.S. users").**  This information contains non-public and confidential data regarding app installations on Android. Google spends significant resources compiling and maintaining this valuable data, which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, Google's competitors could gain insight into Google's data on app downloads and knowledge of user behavior at no cost, unfairly tailoring their own business strategy at Google's expense.

1179.   **Page 277, Paragraph 435 (between "December 2020," and "of installed").**  This information contains non-public and confidential data regarding app installations on Android. Google spends significant resources compiling and maintaining this valuable data, which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, Google's competitors could gain insight into Google's data on app downloads and knowledge of user behavior at no cost, unfairly tailoring their own business strategy at Google's expense.

1180.   **Page 277, Paragraph 436 (between "risk is miniscule' and" and "of installs from".)** This information contains non-public and confidential data regarding app installations on Android. Google spends significant resources compiling and maintaining this valuable data, which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, Google's competitors could gain insight into Google's data on app downloads and knowledge of user behavior at no cost, unfairly tailoring their own business strategy at Google's expense.

1181.   **Page 282, Paragraph 445 (between "for approximately" and "of total"; between "Google offered" and end of sentence.)**  This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is

likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1182.   **Page 282, Paragraph 445, Note 927 (between "(noting that the" and "was aimed at ensuring"; between "was aimed at ensuring" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1183.   **Page 283, Paragraph 447 (between "New Titles, including (i)" and "and (ii)"; between "and (ii)" and "will be made available"; between "also require that" and "of games subject to"; between "developer agrees to" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1184.   **Page 283-284, Paragraph 447, Note 930 (between "GOOG-PLAY-007273439-444, at § 3.A; see also Google and" and "Google Play Games"; between "GOOG-PLAY-007335447-450, at § 3.A(similar); Google and" and "Google Play Games"; between GOOG-PLAY-007273267-272, at § 3.A (similar with" and "Google and Electronic Arts,"; between "GOOG-PLAY-010662251-255, at § 3.A (similar with" and "); Google and King,"; between "GOOG-**

1   **PLAY-007273051-054, at § 3.A (same as Activation Clause); Google and" and "Google Play**
2   **Games"; between "GOOG-PLAY-007273160-164, at § 3.A (similar); Google and" and "Google**
3   **Play Games"; between  "exceptions from Google); Google and" and "Google Play Games";**
4   **between "business models"); Google and" and "Google Play Games"; between "(i.e. outside of**
5   **China)); Google and" and "Google Play Games"; between "GOOG-PLAY-007273234-238, at §**
6   **3.A (similar); Google and" and "Google Play Games"; between "GOOG-PLAY-010661066-069,**
7   **at § 3.A (similar); Google and" and "Google Play Games"; between "GOOG-PLAY-007335585-**
8   **595, at § 3.A (similar); Google and" "Google Play Games"; between "GOOG-PLAY-007847579-**
9   **583, at § 3.A (similar); Google and" and "Google Play Games";  between "GOOG-PLAY-**
10  **007335471-475, at § 3.A (similar with" and "Google and", between "Google and", and "Google**
11  **Play Games"; between "GOOG-PLAY-007273404-408, at § 3.A (similar with" and end of**
12  **sentence.)** This text contains confidential, non-public information regarding non-party developers, and
13  implicates the non-party's confidentiality interests, by revealing the identity of Google business
14  partners who are not party to this litigation, and who has a reasonable expectation that Google will
15  maintain the confidentiality of contractual terms and its own confidential statements made during
16  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm
17  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or
18  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,
19  Google's competitors could use this non-party information to unfairly target Google's developer
20  partners.

21      1185.    **Page 284-85, Paragraph 448 (between "offered to the developer" and "a";**
22  **between "a" and "to strengthen partnership"; between "on Android" because" and "showed**
23  **interest"; between "Store of approximately" and end of sentence; between "Google believed that,**
24  **"[i]f [" and "moves] to [its] own app store,"; between "if other developers "follow [" and "]**
25  **strategy."; between "DCB rev- share deal to ensure" and "uses Play"; between "platform for**
26  **their" and "devices,").**  This text contains confidential, non-public information regarding non-party
27  developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

28

business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1186. **Page 285, Paragraph 448, Note 934 (between "Assessment of" and "Partnership Opportunities,").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1187. **Page 285, Paragraph 448, Note 935 (between "Confirmed:" and "May 15, 2017,").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1188.   **Page 285, Paragraph 449 (between start of sentence and "was planning to build"; between "optimized for" and "games including"; between "games including" and "in an effort"; between "effort to retain" and "high value users"; between "personnel observed," and "believes that"; between "Google and" and "executed a Games"; between "2019 with" and end of sentence).**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1189.   **Page 285, Paragraph 449, Note 936 (between "Subject: Re:" and "support in"; between "support in" and "April 12, 2017,").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1190.   **Page 285, Paragraph 449, Note 937 (between "Subject: Re:" and "support in"; between "support in" and "April 12, 2017,").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to

1  result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

2  could give a competitor or potential business partner unfair leverage in competing against or

3  negotiating with Google. Moreover, Google's competitors could use this non-party information to

4  unfairly target Google's developer partners.

5      1191.   **Page 285, Paragraph 449, Note 938 (between "Google and" and "Google Play**

6  **Games".)**  This text contains confidential, non-public information regarding non-party developers, and

7  implicates the non-party's confidentiality interests, by revealing the identity of Google business

8  partners who are not party to this litigation, and who has a reasonable expectation that Google will

9  maintain the confidentiality of contractual terms and its own confidential statements made during

10  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

11  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

12  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

13  Google's competitors could use this non-party information to unfairly target Google's developer

14  partners.

15      1192.   **Page 285-86, Para. 450 (between "Google offers" and "to the developer, and**

16  **developers"; between "to the developer, and developers" and end of sentence.**  This text contains

17  confidential, non-public information regarding Google's agreements with non-party developers.

18  Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals

19  strategic decision-making which, for example, could give a competitor or potential business partner

20  unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors

21  could use this non-party information to unfairly target Google's developer partners and offer specific

22  deal terms designed to undercut those offered by Google.

23      1193.   **Page 286, Paragraph 450, Note 940 (between "See also, Google and" and "Apps**

24  **Velocity Program"; between GOOG-PLAY-009214167-177, at 168-171; Google and" and "Apps**

25  **Velocity Program"; between GOOG-PLAY-011249830-841, at 832-836; Google and" and "Apps**

26  **Velocity Program" between "GOOG-PLAY 011249875- 887, at 876-882; and Google and" and**

27  **"Attachment A Marketing Activity").**  This text contains confidential, non-public information

28

1   regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing

2   the identity of Google business partners who are not party to this litigation, and who has a reasonable

3   expectation that Google will maintain the confidentiality of contractual terms and its own confidential

4   statements made during negotiations. Further, disclosure of this non-public information is likely to

5   result in competitive harm to Google, as it reveals strategic decision-making, which, for example,

6   could give a competitor or potential business partner unfair leverage in competing against or

7   negotiating with Google. Moreover, Google's competitors could use this non-party information to

8   unfairly target Google's developer partners.

9       1194.   **Page 286, Paragraph 450 (between "Developers" and "are developers that").**  This

10  text contains confidential, non-public information regarding non-party developers, and implicates the

11  non-party's confidentiality interests, by revealing the identity of Google business partners who are not

12  party to this litigation, and who has a reasonable expectation that Google will maintain the

13  confidentiality of contractual terms and its own confidential statements made during negotiations.

14  Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

15  it reveals strategic decision-making, which, for example, could give a competitor or potential business

16  partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

17  competitors could use this non-party information to unfairly target Google's developer partners.

18      1195.   **Page 286, Paragraph 450, Note 941 (between "Google and" and "Apps Velocity**

19  **Program"; between "GOOG-PLAY-009214167-177; Google and" and "Apps Velocity**

20  **Program"; between GOOG-PLAY 011249830-841; Google and" and "Apps Velocity Program";**

21  **between "GOOG-PLAY-011249875-887; and Google and" and "Attachment A Marketing**

22  **Activity").**  This text contains confidential, non-public information regarding non-party developers,

23  and implicates the non-party's confidentiality interests, by revealing the identity of Google business

24  partners who are not party to this litigation, and who has a reasonable expectation that Google will

25  maintain the confidentiality of contractual terms and its own confidential statements made during

26  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

27  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

28

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

419

1   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

2   Google's competitors could use this non-party information to unfairly target Google's developer

3   partners.

4       1196.   **Page 286-87, Paragraph 452 (between "a success, resulting in" and "Play risk**

5   **mitigation.").** This information contains non-public information regarding Google's confidential non-

6   public internal strategic considerations related to creating value for and attracting developers to the

7   Google Play Store. This information has never been disclosed publicly. Disclosure of this information

8   would adversely impact Google's current competitive position by enabling Google's competitors to

9   mimic its confidential strategies in an effort to attract developers away from Google.

10       1197.   **Page 294-95, Paragraph 468 (between "has offered commissions" and "and";**

11   **between "and" and "under various discount programs").**   This text contains confidential, non-

12   public information regarding Google's agreements with non-party developers. Disclosure of this non-

13   public information is likely to result in competitive harm to Google, as it reveals strategic decision-

14   making which, for example, could give a competitor or potential business partner unfair leverage in

15   competing against or negotiating with Google. Moreover, Google's competitors could use this non-

16   party information to unfairly target Google's developer partners and offer specific deal terms designed

17   to undercut those offered by Google.

18       1198.   **Page 294, Paragraph 467 (between "estimated its transaction costs to be" and**

19   **"percent of revenue").** This text reveals non-public, recent, and competitively sensitive Google

20   financial information, including around Google costs and operating expenses. Were this information to

21   be publicly revealed, it could cause Google competitive harm by giving competitors insight into

22   consumer spending and confidential Google costs figures.

23       1199.   **Page 294, Paragraph 467, Note 981 (between "provides an estimate" and "percent**

24   **average payment"; between "fee to Google, and" and "percent average payment"; between**

25   **"Spotify and the associated" and "break-even revenue"; between "developer revenue share**

26   **from" and "We have previously said").** This text contains confidential, non-public information

27   relating to Google's costs of processing transactions. This information is non-public. The disclosure of

28

this information would cause significant competitive harm to Google Play. For example, if revealed, app store competitors to Google Play could use this information to inform their own strategies relating to the form of payment options offered to users, potentially impacting user perception of Google Play's competitive offerings.

1200.   **Page 295-96, Paragraph 470 (between "has declined from 30% in 2015" and "in the first seven months").**   This information reflects internal, confidential data to Google regarding the percentage of developers receiving a certain service fee from Google. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of U.S. developers receiving this service fee rate could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1201.   **Page 296, Exhibit 67 (entire graph between x and y axis).**   This information reflects internal, confidential data to Google regarding the percentage of developers receiving a certain service fee from Google. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers. In addition, revealing the number of U.S. developers receiving this service fee rate could influence the negotiating strategies and tactics employed by app developers and other current and prospective counterparties with which Google does or may transact business.

1202.   **Page 297, Paragraph 471, Note 989 (between "around 2020-2021 listing" and end of sentence; between "brought up in the slide… Q" and "correct? … THE WITNESS:"; between "THE WITNESS: I see that" and "are highlighted here"; between "Q You understand that by " and "correct?. THE WITNESS:"; between "presenter was saying that" and end of sentence; between "Product Management at Google, stating that" and end of sentence; between "Google**

1   **document stating that if a" and end of sentence).** This information contains non-public information

2   regarding Google's confidential non-public internal strategic considerations related to creating value

3   for and attracting developers to the Google Play Store. This information has never been disclosed

4   publicly. Disclosure of this information would adversely impact Google's current competitive position

5   by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

6   away from Google.

7       1203.   **Page 303, Paragraph 483 (between "Japan have reached" and "of developer**

8   **revenue").** This text describes non-public, hypothetical financial figures relating to a non-party's

9   market share, which is based on non-public competitively sensitive financial data. If publicly revealed,

10  this information could affect Google's negotiating position with future partners, affect Google

11  customer perception regarding perceived value, or lead to conjecture about Google's future financials

12  based on Dr. Rysman's hypothetical model that is not based in fact.

13      1204.   **Page 307, Exhibit 70 (entire graph between x and y axis).**  This text contains the

14  actual quantity and the purported but-for quantity in Plaintiffs' but-for world based on Google's

15  confidential financial data. The disclosure of this information would potentially cause serious harm to

16  Google's competitive position by indicating Google Play's actual quantity and but-for quantity. For

17  example, this information could influence Google's app store competitors in terms of how they market

18  themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

19  U.S. developers.

20      1205.   **Page 317, Paragraph 508, Note 1047 (between start of sentence to "Deposition, pp.**

21  **23-24"; between "Google told" and "that the fee"; between "going to charge" and "for these";**

22  **between "transactions was" and "depending on the").** This text contains confidential, non-public

23  information regarding Google's agreements and negotiations with non-party developers. Disclosure of

24  this non-public information is likely to result in competitive harm to Google, as it reveals strategic

25  decision-making which, for example, could give a competitor or potential business partner unfair

26  leverage in competing against or negotiating with Google. Moreover, Google's competitors could use

27

28

this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1206.   **Page 317, Paragraph 508, Note 1051 (between start of sentence and "Deposition p. 93"; between "from using" and "own method"; between "app cost" and "right?"; between "When we say" and "the analysis is").** The disclosure of a non-party app developer's highly confidential information would significantly harm the developer's business. For example, app competitors could leverage this information to reap an unearned competitive advantage. They could exploit this information—that they otherwise would not have access to—to inform their own business strategies. To prevent these competitive harms from coming to fruition, this non-party proactively maintains the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.

1207.   **Page 319, Paragraph 512 (between start of the sentence and "Tinder, and Bandcamp are a few").**  This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1208.   **Page 319, Paragraph 512, Note 1061 (between "noting that" and "had been one").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with

Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1209.   **Page 319, Paragraph 513 (between "In 2013" and end of the sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1210.   **Page 319-20, Paragraph 513 (between "Google offered" and "as low as"; between "as low as" and "and"; between "and" and "counteroffer was"; between "counteroffer was" and end of sentence."** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1211.   **Page 320, Para. 513 (between "Google offered Spotify a" and "in exchange for Spotify"; between "in exchange for Spotify" and end of sentence).** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1212. **Page 320, Paragraph 514 (between "on Google Play. For" and end of sentence; between "with billing options in" and end of sentence; between "billing solution has a" and "and offers"; between "and offers" and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1213. **Page 320, Paragraph 514, Note 1065 (between start of the sentence and "Deposition, pp. 26-27"; between "to 2022, had" and "ever used").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1214. **Page 320, Paragraph 514, Note 1066 (between start of sentence and "Deposition, pp. 51-52").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1215. **Page 320, Paragraph 514, Note 1067 (between start of sentence and "Deposition, pp. 83-84").** This text contains confidential, non-public information regarding non-party developers,

and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1216. **Page 320, Paragraph 515 (between beginning of paragraph and "preferred its own payment "; between "notes that in July," and end of sentence; between "further notes that" and "needs to justify the"; between "share versus their" and "of payment processing"; between " payment processing costs …" and "is] not sure it's"; between "at par [with" and "own payment processing").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-parties' confidentiality interests by purporting to reveal the nonparties' confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1217. **Page 320, Paragraph 515, Note 1068 (between "Google," and "Code Yellow Proposal,").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1218.   **Page 320, Paragraph 515, Note 1069 (between "Google," and "Code Yellow Proposal,").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1219.   **Page 321, Paragraph 515 (between "Google described" and "status as "[a]ligned").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1220.   **Page 321, Paragraph 516 (between "possibility to offer" and "commission to Tinder.").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1221.   **Page 327, Paragraph 528 (between "Google's commission to" and "for developers of").**  This information contains non-public information regarding Google's confidential non-public

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

427

1   internal strategic considerations related to creating value for and attracting developers to the Google
2   Play Store. This information has never been disclosed publicly. Disclosure of this information would
3   adversely impact Google's current competitive position by enabling Google's competitors to mimic its
4   confidential strategies in an effort to attract developers away from Google.

5      1222.   **Page 327-28, Paragraph 529 (between "create the LRAP++, as" and "was**
6   **"insufficient for"; between "Thus, the LRAP++ would create an" and "revenue share tier";**
7   **between "developers participate in and that" and "has participated in the program").** This text
8   contains confidential, non-public information regarding Google's agreements with non-party
9   developers. Disclosure of this non-public information is likely to result in competitive harm to Google,
10  as it reveals strategic decision-making which, for example, could give a competitor or potential
11  business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's
12  competitors could use this non-party information to unfairly target Google's developer partners and
13  offer specific deal terms designed to undercut those offered by Google.

14     1223.   **Page 328, Paragraph 530 (between "The AVP provides" and "in exchange for";**
15  **between "developers reads as" and "where"; between "where" and end of sentence).** This text
16  contains confidential, non-public information regarding Google's agreements with non-party
17  developers. Disclosure of this non-public information is likely to result in competitive harm to Google,
18  as it reveals strategic decision-making which, for example, could give a competitor or potential
19  business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's
20  competitors could use this non-party information to unfairly target Google's developer partners and
21  offer specific deal terms designed to undercut those offered by Google.

22     1224.   **Page 328, Paragraph 531 (between "GVP participants as" and "where "Play re-**
23  **invests").** This text contains confidential, non-public information regarding Google's agreements with
24  non-party developers. Disclosure of this non-public information is likely to result in competitive harm
25  to Google, as it reveals strategic decision-making which, for example, could give a competitor or
26  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

27
28

Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1225. **Page 328, Paragraph 531, Note 1106 (between GOOG-PLAY-000000807-815, at 808" and "annually in"; between "annually in" and "years"; between "years" and "cumulative"; between "cumulative" and end of sentence).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1226. **Page 328-29, Paragraph 531 (between "Tinder," and "and"; between "and" and "among others"; between "by offering a" and "to "mitigate impact").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1227. **Page 329, Paragraph 532 (between "Google offered Spotify as low as" and end of sentence; between beginning of sentence and "counteroffer was a maximum of"; between "counteroffer was a maximum of" and "signaling that "they could"; between "consumers to purchase" and "subscriptions from sources"; between "Google offered" and "a lower commission"; between "Spotify building and maintaining" and end of sentence; between "User**

**Choice Billing pilot with" and "as its initial account."** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1228.   **Page 329, Paragraph 532, n. 1109 (between "Google" and "- Next Steps").** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1229.   **Page 330-31, Paragraph 537 (between "(though as low as" and "(iii) Google identified 4 programs").** This text contains confidential, non-public information regarding Google's agreements and negotiations with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1230.   **Page 333-334, Paragraph 544 (between "Furthermore, developers, including" and "and Tinder have voiced"; between beginning of sentence and "and Match have voiced").** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

430

1   confidentiality of contractual terms and its own confidential statements made during negotiations.

2   Further, disclosure of this non-public information is likely to result in competitive harm to Google, as

3   it reveals strategic decision-making, which, for example, could give a competitor or potential business

4   partner unfair leverage in competing against or negotiating with Google. Moreover, Google's

5   competitors could use this non-party information to unfairly target Google's developer partners.

6       1231.   **Page 334, Paragraph 546 (between "various developers (including" and "and**

7   **Tinder").** This text contains confidential, non-public information regarding non-party developers, and

8   implicates the non-party's confidentiality interests, by revealing the identity of Google business

9   partners who are not party to this litigation, and who has a reasonable expectation that Google will

10  maintain the confidentiality of contractual terms and its own confidential statements made during

11  negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

12  to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

13  potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

14  Google's competitors could use this non-party information to unfairly target Google's developer

15  partners.

16      1232.   **Page 335, Paragraph 549 (between "Section VIII.B.1, Google offered" and "a**

17  **lower commission"; between "commission in exchange for" and "building and maintaining";**

18  **between "building and maintaining" and end of sentence; between "additional features**

19  **including" and end of sentence).** This text contains confidential, non-public information regarding

20  Google's agreements and negotiations with non-party developers. Disclosure of this non-public

21  information is likely to result in competitive harm to Google, as it reveals strategic decision-making

22  which, for example, could give a competitor or potential business partner unfair leverage in competing

23  against or negotiating with Google. Moreover, Google's competitors could use this non-party

24  information to unfairly target Google's developer partners and offer specific deal terms designed to

25  undercut those offered by Google.

26      1233.   **Page 349, Exhibit 71 (between "Elasticity" and end of row).** This text reflects

27  elasticity figures calculated or derived from Google's financial data which is non-public information,

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

431

1   and if revealed to competitors and potential business counterparties, could be used to disadvantage

2   Google. For example, if competitor platforms became aware of this information they could use it to

3   inform their own strategies, unfairly leveraging Google's financial data to compete more effectively

4   with Google Play.

5         1234.   **Page 351, Exhibit 72 (between "Elasticity" and end of row).** This text reflects

6   elasticity figures calculated or derived from Google's financial data which is non-public information,

7   and if revealed to competitors and potential business counterparties, could be used to disadvantage

8   Google. For example, if competitor platforms became aware of this information they could use it to

9   inform their own strategies, unfairly leveraging Google's financial data to compete more effectively

10  with Google Play.

11        1235.   **Page 351-52, Exhibit 73 (between "Elasticity" and end of row).**  This text reflects

12  elasticity figures calculated or derived from Google's financial data which is non-public information,

13  and if revealed to competitors and potential business counterparties, could be used to disadvantage

14  Google. For example, if competitor platforms became aware of this information they could use it to

15  inform their own strategies, unfairly leveraging Google's financial data to compete more effectively

16  with Google Play.

17        1236.   **Page 352, Para. 583 (between "is higher than" and end of sentence; between "One**

18  **exception is the" and "sensitivity"; between "elasticity of about" and end of sentence; between**

19  **"significant at the" and "level"; between "significant at the" and "level.").** This text reflects

20  elasticity figures calculated or derived from Google's financial data which is non-public information,

21  and if revealed to competitors and potential business counterparties, could be used to disadvantage

22  Google. For example, if competitor platforms became aware of this information they could use it to

23  inform their own strategies, unfairly leveraging Google's financial data to compete more effectively

24  with Google Play.

25        1237.   **Page 357, Exhibit 74 (all data in row after "Directs Effects on Price"; all data in**

26  **row after "Variety Effects"; all data in row after "Total Damages").** This information reflects and

27  is calculated from internal, non-public Google financial data. Were this information to be publicly

28

revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1238.  **Page 358, Exhibit 75 (all data in row after "Directs Effects on Price"; all data in row after "Variety Effects"; all data in row after "Total Damages").**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1239.  **Page 358, Paragraph 597 (between  "are approximately" and "to"; between "to" and "for the period August 16, 2016"; between "and roughly" and "to"; between "to" and "for the period August 16, 2016"; between "versions are approximately" and "for the period August 16, 2016"; between "May 31, 2022 and roughly" and "for the period August 16, 2016"; between "for commission is about" and "percentage points"; between "to consumers is about" and "percentage points".)**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1240.  **Page 358-59, Paragraph 598 (between "are approximately" and "to"; between "to" and "for the period August 16, 2016"; between "May 31, 2022 and" and "to"; between "to" and "for the period August 16, 2016"; between "versions are approximately" and "for the period August 16, 2016"; between "and roughly" and "for the period August 16, 2016".).**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1241.  **Page 359, Paragraph 599 (between "versions are approximately" and "to"; between "to" and "for the period August 16, 2016"; between "May 31, 2022 and roughly" and "to"; between "to" and "for the period August 16, 2016"; between "versions are approximately" and "for the period August 16, 2016"; between "May 31, 2022 and roughly" and "for the period August 16, 2016".)**  This information reflects and is calculated from internal, non-public Google

financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1242.   **Page 359, Paragraph 602 (between between "are approximately" and "to"; between "to" and "for the period August 16, 2016"; between "May 31, 2022 and roughly" and "to"; between "to" and "for the period August 16, 2016"; between "versions are approximately" and "for the period August 16, 2016"; between "May 31, 2022 and roughly" and "for the period August 16, 2016".)** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1243.   **Page 359-60, Paragraph 603 (between "are approximately" and "to"; between "to" and "for the period August 16, 2016"; between "May 31, 2022 and" and "to"; between "to" and "for the period August 16, 2016"; between "versions are approximately" and "for the period August 16, 2016"; between "May 31, 2022 and roughly" and "for the period August 16, 2016").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1244.   **Page 360, Para. 604 (between Between "versions are approximately" and "to"; between "to" and "for the period August 16, 2016"; between "May 31, 2022 and roughly" and "to"; between "to" and "for the period August 16, 2016"; between "versions are approximately" and for the period August 16, 2016" between "May 31, 2022 and roughly" and "for the period August 16, 2016").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1245.   **Page 360, Exhibit 76 (all data in row after "Directs Effects on Price"; all data in row after "Variety Effects"; all data in row after "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly

revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1246.   **Page 360, Exhibit 77 (all data in row after "Directs Effects on Price"; all data in row after "Variety Effects"; all data in row after "Total Damages").**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1247.   **Page 362, Exhibit 78 (all data in row after "Directs Effects on Price"; all data in row after "Variety Effects"; all data in row after "Total Damages").**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1248.   **Page 362, Exhibit 79 (all data in row after "Directs Effects on Price"; all data in row after "Variety Effects"; all data in row after "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1249.   **Page 363, Exhibit 80 (all data in row after "Directs Effects on Price"; all data in row after "Variety Effects"; all data in row after "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1250.   **Page 363, Exhibit 81 (all data in row after "Directs Effects on Price"; all data in row after "Variety Effects"; all data in row after "Total Damages").** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1251.   **Page 364, Para. 611 (between "of roughly" and "for the period August 16, 2016"; between "find to be approximately" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1252.   **Page D-1 to D-82, Appendix D (Page D-4, last five columns of row beginning with "Oct. 1, 2019 (ret.) - Sept. 31, 2020 (et seq.) (2.1)"; Pages D-17 to D-18, last five columns of rows beginning with "Nov. 15, 2019 - May 31, 2020" through "March 1, 2021 - May 31, 2021"; Pages D-21 to D-22, last five columns of rows beginning with "July 1, 2017 - June 30, 2019" through "Through Dec. 31, 2020 (renewing)"; Page D-25, last five columns of rows beginning with "Oct. 1, 2018-Sept. 30, 2018" and "Oct. 1, 2020-Sept. 30, 2022"; Pages D-27 to D-29, last five columns of rows beginning with "March 1, 2020-Dec. 31, 2020" through "Sept. 1, 2020"; Page D-36, last five columns of rows beginning with "Through Dec. 31, 2020"; Page D-40, last five columns of rows beginning with "July 1, 2019-June 30, 2020"; Page D-43 to D-44, last five columns of rows beginning with "Nov. 1, 2019 - Nov. 1, 2020"; Page D-45, last five columns of rows beginning with "Dec. 16, 2019 - Dec. 31, 2020"; Pages D-79 to D-82, last five columns of all rows).** This text contains confidential, non-public information regarding Google's recent agreements with non-party OEMs. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's OEM partners and offer specific deal terms designed to undercut those offered by Google.

1253.   **Page E-1 to E-3, Appendix E (all text in columns under "Eligibility" and "Terms" for the first twelve rows; all text in the first, second, and fifth columns of the "Individual Offers" table on Page E-2).** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could give a

competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1254.   **Page I-1 to I-24, Appendix I (all data in columns after "State" and "Year" and "Total" in Exhibit I.1 table; all data in columns after "State" and "Year" and "Total" in Exhibit I.2 table; all data in columns after "State" and "Year" and "Total" in Exhibit I.3 table).**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

1255.   **Page J-1 to J-35, Appendix J (all data in columns after "State" and "Year" and "Total" in Exhibit J.1 table; all data in columns after "State" and "Year" and "Total" in Exhibit J.2 table; all data in columns after "State" and "Year" and "Total" in Exhibit J.3 table).**  This information reflects and is calculated from internal, non-public Google financial data. Were this information to be publicly revealed, it could cause Google competitive harm by giving competitors insight into confidential Google financial information.

**Google's Motion to Exclude Opinions Offered by Marc Rysman -Exhibit 4 [Dkt. No. 484-5] (Exhibit H2)**

1256.   **Page 16, Paragraph 31 (between "model is about" and "over the"; between "basis is about" and "in 2020").** This information contains non-public and confidential data regarding app pricing decisions and consumer spending on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1257.   **Page 19, Paragraph 35 (between "more than" and "and the hypothetical").** This information contains non-public and confidential data regarding spending and pricing decisions on

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

437

Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1258. **Page 19, Paragraph 36 (between "suggests that" and "is the largest"; between "making up" and "of direct"; between "presumably" and "are only").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1259. **Page 19, Paragraph 36, Note 75 (between "calculation excludes" and "including"; between "cost gives" and end of sentence; between "chargeback as" and "of a dollar"; between "shown is" and "which is"; between "which is" and "of a dollar"; between "it appears" and "may not").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1260. **Page 20, Paragraph 37, Note 77 (between "more than" and "Her prediction"; between "of a" and "price is").** This information reflects and is calculated from internal, non-public

Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1261.   **Page 21, Paragraph 38 (between "by over" and "to about"; between "to about" and "from the"; between "10% is" and "Dr. Tucker's"; between "by about" and "to"; between "to" and "from August"; between "spend of" and "over August"; between "2022 is" and "of the actual"; between "this is" and "of spend on"; between "decrease by" and "which on an"; between "basis is" and "of spend on").**   This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1262.   **Page 23, Paragraph 42 (between "transaction as" and "and using").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1263.   **Page 24, Paragraph 42 (between "is about" and "This would mean"; between "expect an" and "in the quantity").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by

enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1264.   **Page 24, Paragraph 42, Note 87 (between "cost to be" and "by using"; between "store is" and "(see Google,"; between "payments" was" and "in the U.S.,"; between "cost of" and "using the same").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1265.   **Page 36, Paragraph 65 (between "found that" and "Taken together"; between "may be" and "less likely").** This information contains non-public and confidential data regarding user device behavior and purchasing behavior on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers..

1266.   **Page 36, Paragraph 67 (between "Android had" and "OS adherence"; between "2016, and" and "OS").** This information contains non-public and confidential data regarding research and data on user behavior on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1267.   **Page 37, Paragraph 67 (between "from about" and "to about"; between "to about" and "In Table 8,"; between "currently" and "or more"; between "iOS was" and "But this").** This information contains non-public and confidential data regarding research and data on user

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

440

behavior on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1268.   **Page 50, Paragraph 92 (between "program to" and "Google identified"; between "participants a" and "Google also").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1269.   **Page 51, Paragraph 92 (between "took with" and end of sentence).** This text contains confidential, non-public information regarding non-party developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google business partners who are not party to this litigation, and who has a reasonable expectation that Google will maintain the confidentiality of contractual terms and its own confidential statements made during negotiations. Further, disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making, which, for example, could give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners.

1270.   **Page 51, Paragraph 93 (between "consumption-only model" and "found that doing so"; between "result in a" and "estimated that Android signups"; between "signups would be" and "if it went consumption"; between "consumption only" and "estimates that going"; between "result in a" and "in Android users"; between "in Android users." and "suggested that"; between "As of now, expected" and "given current"; between "optimized flow" and "These estimated losses").** This text contains confidential, non-public information regarding non-party

1    developers, and implicates the non-party's confidentiality interests, by revealing the identity of Google

2    business partners who are not party to this litigation, and who has a reasonable expectation that Google

3    will maintain the confidentiality of contractual terms and its own confidential statements made during

4    negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

5    to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

6    potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

7    Google's competitors could use this non-party information to unfairly target Google's developer

8    partners.

9    1271.   **Page 51, Paragraph 93, Note 192 (between start of sentence and "Google Play**

10   **Billing"; between "March 2021," and "-GOOGLE-00001105"; between "anticipate a" and end of**

11   **sentence).** This text contains confidential, non-public information regarding non-party developers, and

12   implicates the non-party's confidentiality interests, by revealing the identity of Google business

13   partners who are not party to this litigation, and who has a reasonable expectation that Google will

14   maintain the confidentiality of contractual terms and its own confidential statements made during

15   negotiations. Further, disclosure of this non-public information is likely to result in competitive harm

16   to Google, as it reveals strategic decision-making, which, for example, could give a competitor or

17   potential business partner unfair leverage in competing against or negotiating with Google. Moreover,

18   Google's competitors could use this non-party information to unfairly target Google's developer

19   partners.

20   1272.   **Page 57, Paragraph 103 (between "proposition (just" and "from January").** This

21   information contains non-public and confidential data regarding Android app downloads via web

22   access on Google Play. This information has never been disclosed publicly and the Google Play

23   product team treats it as strictly confidential. If publicly revealed, this information could influence the

24   competitive decision-making and business strategies employed by Google's app store competitors, for

25   example by influencing how those app stores market themselves to U.S. developers and how they

26   distinguish themselves from Google Play in the eyes of U.S. developers.

27

28

1273.   **Page 62, Paragraph 110 (between "for between" and "and"; between "and" and "of spend on").**  This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1274.   **Page 64, Paragraph 114 (between "of apps," and "of new apps").** This information contains non-public and confidential data regarding developer app monetization on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1275.   **Page 65, Paragraph 114 (between "About" and "of the apps"; between "make up the" and "are ad supported").** This information contains non-public and confidential data regarding developer app monetization on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers

1276.   **Page 66, Paragraph 119 (between "choose a" and "with around"; between "with around" and "of apps"; between "apps using" and "during the").** This information contains non-public and confidential data regarding developer monetization strategies on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how

those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1277. **Page 67, Exhibit 3 (entire chart and notes).** This information contains non-public and confidential data regarding developer monetization strategies and decisions on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1278. **Page 67, Paragraph 120 (between "the table" and "of apps"; between "strategy and" and "of apps starting").** This information contains non-public and confidential data regarding developer monetization strategies on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1279. **Page 68, Exhibit 4 (entire chart and notes).** This information contains non-public and confidential data regarding developer monetization strategies on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1280. **Page 78, Paragraph 139 (between "updates at" and "and explained"; between "services are" and "Developers might").** This information contains non-public and confidential data regarding the services Google provides to developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1281. **Page 78, Paragraph 139, Note 330 (between "that Google" and "to provide"; between "updates is" and "for purposes of").** This information contains non-public and confidential data regarding the services Google provides to developers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1282. **Page 82, Paragraph 145 (between "was just" and "of app installs").** This information contains non-public and confidential data regarding sideloading on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1283. **Page 87, Exhibit 5 (entire header, chart, and "Notes" section"; Sources 2 and 3).** This text describes the net service fee rates for Google Play and two other non-party app stores, which were calculated using the non-parties' and Google's confidential data. This information is non-public and the Google Play product team treats it as strictly confidential. The non-party app stores also proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

445

1  example influencing what app stores charge as service fees and how they distinguish themselves from

2  Google Play in the eyes of developers.

3     1284.  **Page 87-88, Paragraph 153 (between "noted above, the" and "and"; between**

4  **"and" and the end of the sentence).**  This text describes the net service fee rates for Google Play and

5  two other non-party app stores, which were calculated using the non-parties' and Google's confidential

6  data. This information is non-public and the Google Play product team treats it as strictly confidential.

7  The non-party app stores also proactively maintain the confidentiality of its strategic information, only

8  disclosing it to a select group of individuals on an as-needed basis.  If publicly revealed, this

9  information could influence the competitive decision-making and business strategies employed by

10 Google's app store competitors, for example influencing what app stores charge as service fees and

11 how they distinguish themselves from Google Play in the eyes of developers.

12    1285.  **Page 93, Exhibit 7 (entire chart).**  This information contains non-public information

13 regarding Google's confidential non-public internal strategic considerations related to creating value

14 for and attracting developers to the Google Play Store. This information has never been disclosed

15 publicly. Disclosure of this information would adversely impact Google's current competitive position

16 by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers

17 away from Google.

18    1286.  **Page 98, Paragraph 171 (between "worth noting" and "(see SectionV.G.3)";**

19 **between "which include" and "and found both").**  This information reflects and is calculated from

20 internal, non-public Google financial data. Google spends significant resources compiling and

21 maintaining this valuable data, which is non-public, and if revealed to competitors and potential

22 business counterparties, could be used to disadvantage and cause Google competitive harm by giving

23 competitors insight into confidential Google financial information. Further, this information reflects

24 sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

25 could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage

26 against Google.

27

28

1287.   **Page 99, Paragraph 173 (between "decreases from" and "to"; between "to" and "after accounting for").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1288.   **Page 100, Exhibit 9 (entire chart).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1289.   **Page 112, Paragraph 199 (between "Store included" and "A March 2019"; between "states that" and "identifies Google's various").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1290.   **Page 114, Paragraph 204, Note 468 (between "provides that" and "GOOG- PLAY-000618885-910, at 895"; between "requirement that" and "during the time").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This

information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1291.   **Page 117, Paragraph 213 (between "containing provisions" and "on its devices"; between "2011 was" and "which could include").** This information contains non-public and confidential data regarding Google's agreements with mobile carriers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1292.   **Page 121, Paragraph 222 (between "2019 around" and "of new Android"; between "2019 that" and "of new Android activations").** This information contains non-public and confidential data regarding Google's agreements with device makers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1293.   **Page 122, Paragraph 223 (between "that almost" and "out of every"; between "out of every" and "devices sold").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1294.   **Page 122, Paragraph 224 (between "Tier is" and "in Great Britain"; between "at least" and "in France"; between "reaching between" and "to"; between "to" and "in these**

1    **countries"; between "globally increasing" and "[month over"; between "attained" and "of**

2    **Google's device").** This information contains non-public information regarding Google's confidential

3    non-public internal strategic considerations related to creating value for and attracting developers to

4    the Google Play Store. This information has never been disclosed publicly. Disclosure of this

5    information would adversely impact Google's current competitive position by enabling Google's

6    competitors to mimic its confidential strategies in an effort to attract developers away from Google.

7        1295.  **Page 123, Exhibit 10 (entire chart; between "Google," and "February 24").** This

8    information contains non-public and confidential data regarding partnerships with mobile device

9    manufacturers on Google Play. This information has never been disclosed publicly and the Google

10   Play product team treats it as strictly confidential. If publicly revealed, this information could influence

11   the competitive decision-making and business strategies employed by Google's app store competitors,

12   for example by influencing how those app stores market themselves to U.S. developers and how they

13   distinguish themselves from Google Play in the eyes of U.S. developers.

14       1296.  **Page 124, Paragraph 225, Note 516 (between "MADA include" and "They**

15   **wanted"; between "They wanted" and "because its"; between "because its" and "and Motorola";**

16   **between "and Motorola" and "See Bernheim"; between "stated that Google" and "and that**

17   **Kilburn"; between "have to" and "See Kolotouros"; between "would have to" and "A: That is";**

18   **between "request to" and "See Kolotouros"; between "asked Google to" and "A: I believe";**

19   **between "And Google" and "correct?").** This information contains non-public and confidential data

20   regarding partnerships with mobile device manufacturers on Google Play. This information has never

21   been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

22   revealed, this information could influence the competitive decision-making and business strategies

23   employed by Google's app store competitors, for example by influencing how those app stores market

24   themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

25   U.S. developers.

26       1297.  **Page 124, Paragraph 226 (between "to only" and "of all active"; between "...and**

27   **only" and "of all active"; between "expectation that" and end of line").** This information contains

28

non-public and confidential data regarding partnerships with mobile device manufacturers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1298.   **Page 125, Paragraph 226 (between "generally be between" and end of sentence).** This information contains non-public and confidential data regarding agreements and partnerships with mobile device manufacturers on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1299.   **Page 125, Paragraph 227 (between "Gentzkow's" and "figure is not"; between "August 2022," and "of all device activations"; between "China), and" and "in the United").** This information contains non-public and confidential data regarding Android device activation data on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1300.   **Page 125, Paragraph 228 (between "claim that" and "of all device"; between "China), and" and " in the United").** This information contains non-public and confidential data regarding Android device activation data on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by

1  Google's app store competitors, for example by influencing how those app stores market themselves to

2  U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

3      1301.   **Page 126, Paragraph 230 (between "to approximately" and "since April"; between**

4  **"and over" and "excluding Google").** This information contains non-public and confidential data

5  regarding Android device activation data on Google Play. This information has never been disclosed

6  publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this

7  information could influence the competitive decision-making and business strategies employed by

8  Google's app store competitors, for example by influencing how those app stores market themselves to

9  U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

10     1302.   **Page 126, Paragraph 230, Note 526 (between "was approximately" and "in**

11 **August"; between "2022 and" and "excluding Google").** This information contains non-public and

12 confidential data regarding Android device activation data on Google Play. This information has never

13 been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

14 revealed, this information could influence the competitive decision-making and business strategies

15 employed by Google's app store competitors, for example by influencing how those app stores market

16 themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

17 U.S. developers.

18     1303.   **Page 127, Exhibit 11 (entire chart).** This information contains non-public and

19 confidential data regarding Android device activation data on Google Play. This information has never

20 been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly

21 revealed, this information could influence the competitive decision-making and business strategies

22 employed by Google's app store competitors, for example by influencing how those app stores market

23 themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of

24 U.S. developers.

25     1304.   **Page 127, Paragraph 231 (between "which it expects" and "of devices to").** This

26 information contains non-public and confidential data regarding agreements and partnerships with

27 mobile device manufacturers on Google Play. This information has never been disclosed publicly and

28

the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1305.   **Page 130, Paragraph 239 (between "has grown to" and "by July").** This information contains non-public and confidential data regarding third party app stores on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1306.   **Page 131, Paragraph 239 ( between "installed on" and "of GMS devices"; between "App Store" and "and LG"; between "Smart World" and "Importantly, this").** This information contains non-public and confidential data regarding third party app stores on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1307.   **Page 131, Paragraph 240 (between "downloads is" and "leaving just"; between "leaving just" and "for all other"; between "Play Store's" and "and"; between "and" and "respectively").** This information contains non-public and confidential data regarding third party app stores on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1308.   **Page 132, Paragraph 241 (between "in 2021" and "used the"; between "i.e., only" and "used a third-party"; between "in 2021" and "of mobile devices"; between "i.e., only" and "used a third-party"; between "decreased from" and "in 2015 to"; between "in 2015 to" and "in 2021"; between "store decreased from" and "in 2015"; between "2015 to" and "in 2021").** This information contains non-public and confidential data regarding third party app stores on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1309.   **Page 132, Exhibit 12 (entire chart and notes).** This information contains non-public and confidential data regarding third party app stores on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1310.   **Page 134, Paragraph 243 (between "more than" and "also have at").** This information contains non-public and confidential data regarding third party app stores on Android. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1311.   **Page 134, Paragraph 244 (between "prominence with" and "share of").**  This information contains non-public and confidential data regarding third party app stores on Android. This information has never been disclosed publicly and the Google Play product team treats it as

strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1312. **Page 134, Paragraph 245 (between "June 2022," and "of "GMS devices"; between "more than" and "devices that had").** This information contains non-public and confidential data regarding Android user download behavior on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1313. **Page 135, Paragraph 246 (between "there were" and "such downloads"; between "close to" and "downloads per"; between "half of these" and "downloads"; between "source. The" and "downloads from"; between "to the roughly" and "downloads from Google"; between "downloads for the" and "downloads including auto"; between "downloads for the" and "app installs"; between "less than" and "out of"; between "out of" and "that is, less"; between "less than" and "Thus, sideloading").** This information contains non-public and confidential data regarding aggregate downloads and user download behavior on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1314. **Page 142, Paragraph 262, Note 587 (between "For example," and "and"; between "and" and "are in Google's").** This text contains confidential, non-public information regarding Google's agreements with non-party developers. Disclosure of this non-public information is likely to result in competitive harm to Google, as it reveals strategic decision-making which, for example, could

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

454

give a competitor or potential business partner unfair leverage in competing against or negotiating with Google. Moreover, Google's competitors could use this non-party information to unfairly target Google's developer partners and offer specific deal terms designed to undercut those offered by Google.

1315.   **Page 142, Paragraph 263 (between "to only about" and "before increasing"; between "rate of" and "is similar to").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1316.   **Page 143, Exhibit 13 (entire chart).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage. This text contains non-public and confidential information relating to the service fee rate Google would charge in a but-for world according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If disclosed, this data point could be used by potential counterparties negotiating with Google as a benchmark, weakening Google's competitive position.

1317.   **Page 145, Exhibit 14 (entire chart).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported

by the company and their disclosure is likely to cause Google competitive harm and give its

competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-

public data to modify or augment their business operations in an effort to compete unfairly against

Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives

Google's competitors improper insight into the financial health and future outlook of the Play business,

which also arguably gives Google's competitors an unfair advantage. This text contains non-public and

confidential information relating to the service fee rate Google would charge in a but-for world

according to Plaintiffs' expert, which is derived from Google's highly confidential transactional data. If

disclosed, this data point could be used by potential counterparties negotiating with Google as a

benchmark, weakening Google's competitive position.

1318.   **Page 146, Paragraph 269 (between "fees apply" and "contrary to").** This
information contains non-public information regarding Google's confidential non-public internal
strategic considerations related to creating value for and attracting developers to the Google Play Store.
This information has never been disclosed publicly. Disclosure of this information would adversely
impact Google's current competitive position by enabling Google's competitors to mimic its
confidential strategies in an effort to attract developers away from Google.

1319.   **Page 147, Exhibit 15 (entire chart).** This information contains non-public information
regarding Google's confidential non-public internal strategic considerations related to creating value
for and attracting developers to the Google Play Store. This information has never been disclosed
publicly. Disclosure of this information would adversely impact Google's current competitive position
by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers
away from Google.

1320.   **Page 148, Paragraph 271 (between "Exhibit 5 above" and "As Exhibit 5 above
illustrates,"; between "declined from" and "while the average"; between "period ranged from"
and "and from"; between "and from" and "respectively").**   This text describes the net service fee
rates for Google Play and two other non-party app stores, which were calculated using the non-parties'
and Google's confidential data. This information is non-public and the Google Play product team treats

it as strictly confidential. The non-party app stores also proactively maintain the confidentiality of its strategic information, only disclosing it to a select group of individuals on an as-needed basis.  If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example influencing what app stores charge as service fees and how they distinguish themselves from Google Play in the eyes of developers.

1321.   **Page 158, Paragraph 284 (between "at most" and "of total devices"; between "failing to" and "in 2020"; between "PHAs increasing from" and "in 2017"; between "2017 to" and "in 2020").** This information contains non-public and confidential data regarding security and potential harmful application detection on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1322.   **Page 159, Paragraph 286 (between "country, showing:" and "of worldwide"; between "location, with" and "in Japan"; between "close to" and "in several countries"; between "Philippines, and" and "in other countries").**  This information contains non-public and confidential data regarding global behavior regarding sideloading on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1323.   **Page 160, Paragraph 290 (between "Store revenue," and "both worldwide"; between "increased from" and "to"; between "to" and "worldwide (excluding"; between "and from" and "to"; between "to" and "in the United"; between "revenue increased" and "from"; between "from" and "to"; between "to" and "worldwide(excluding"; between "and from" and "to"; between "to" and "in the United".** This information contains non-public and confidential data

regarding global behavior regarding sideloading on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1324. **Page 161, Paragraph 290 (between "conduct because" and "is inconsistent").** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1325. **Page 161-162, Exhibit 18 (entire chart and notes).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1326. **Page 162, Exhibit 19 (entire chart and notes).** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives

Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1327.   **Page 163, Paragraph 291 (between "expenses are" and "of Android"; between "Android revenue" and "thereby undermining").** This information reveals Google's internal non-public profit, revenue, and financial calculations. These data sets are not otherwise publicly reported by the company and their disclosure is likely to cause Google competitive harm and give its competitors an unfair advantage. Google's competitors could improperly utilize this internal, non-public data to modify or augment their business operations in an effort to compete unfairly against Google. Moreover, visibility into the trends in the data (i.e., figures across multiple years) gives Google's competitors improper insight into the financial health and future outlook of the Play business, which also arguably gives Google's competitors an unfair advantage.

1328.   **Page 163, Exhibit 20 (entire chart).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1329.   **Page 164, Exhibit 20 (between "Notes:" and "4. Ads on"; between "Android revenue" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1330.   **Page 164, Paragraph 292 (between "are also" and "of Google").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1331.   **Page 165, Exhibit 21 (entire chart).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1332.   **Page 173, Paragraph 306 (between "showing that" and "Exhibit 4"; between "at most" and "of apps").** This information contains non-public and confidential data regarding developer monetization strategies on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1333.   **Page 185, Paragraph 334 (between "strategy was about" and end of sentence).** This information contains non-public and confidential data regarding developer monetization strategies on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive

decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1334.   **Page 189, Paragraph 344 (between "less than" and "in the period").** This information contains non-public and confidential data regarding developer monetization strategies on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1335.   **Page 189, Exhibit 23 (all numbers in table after "2018" and "46.73% and "51.93%" and "1.34%").** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed, could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

1336.   **Page 199-200, Paragraph 371 (between "shows that" and "Exhibit 25"; between "shows that" and "In addition,"; between "that entry" and "For example"; between "For example" and "Entry started"; between "shows how" and end of sentence).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1337. **Page 200, Exhibit 24 (entire chart).** This information contains non-public information regarding Google's confidential non-public internal strategic considerations related to creating value for and attracting developers to the Google Play Store. This information has never been disclosed publicly. Disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract developers away from Google.

1338. **Page 201, Exhibit 25 (entire chart).** This information contains non-public and confidential data regarding app sales, downloads, and user behavior data on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1339. **Page 201, Exhibit 26 (entire chart).** This information contains non-public and confidential data regarding app sales, downloads, and user behavior data on Google Play. This information has never been disclosed publicly and the Google Play product team treats it as strictly confidential. If publicly revealed, this information could influence the competitive decision-making and business strategies employed by Google's app store competitors, for example by influencing how those app stores market themselves to U.S. developers and how they distinguish themselves from Google Play in the eyes of U.S. developers.

1340. **Page 216, Paragraph 406 (between "of roughly" and "for the period"; between "be approximately" and end of sentence).** This information reflects and is calculated from internal, non-public Google financial data. Google spends significant resources compiling and maintaining this valuable data, which is non-public, and if revealed to competitors and potential business counterparties, could be used to disadvantage and cause Google competitive harm by giving competitors insight into confidential Google financial information. Further, this information reflects sensitive, highly confidential characterizations by Google's internal business teams that, if revealed,

could be referenced by potential counterparties in negotiations with Google to gain an unfair advantage against Google.

**Google's Motion to Exclude Opinions Offered by Marc Rysman -Exhibit 5 [Dkt. No. 484-6]**

**(Exhibit E3)**

1341.   **This Exhibit is duplicative of Exhibit 2 to Google's Motion to Exclude Opinions Offered by Hal Singer (Dkt. No. 487-3) and Google's sealing positions are reflected in Paragraphs 601 to 815 above.**

**Plaintiffs' Opposition to Google's Motion to Exclude Opinions Offered by Marc Rysman - Exhibit I [Dkt. No. 512-10]**

**(Exhibit I1)**

1342.   **Exhibit I, Page 77, Note 173 (between "which has grown from" and "and (ii) the number of U.S."; between "which has grown from" and "GOOG-PLAY-001047926").** This text reflects user and developer numbers on Google Play calculated or derived from Google's internal data which is non-public information, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor platforms became aware of this information they could use it to inform their own strategies, improperly leveraging Google's user and developer data in an effort to compete unfairly against Google Play.

DocuSign Envelope ID: 546EC904-6264-4D41-A9C8-B8411BA93D40

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 12th day of July, 2023, in Manacor, Spain.

Christian Cramer

Christian Cramer

DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN
CONNECTION WITH THE SUMMARY JUDGMENT AND DAUBERT BRIEFING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

464