# Exhibit A15
# Public Redacted Version

# EXHIBIT 33



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



4 Colour option

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666964



White Option

GOOG-PLAY-011666965



GOOG-PLAY-011666966



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666967

## Agenda

**01**   Key changes to acquisition insights

**02**   Custom Store Listings & opportunities

**03**   Quality and discoverability

**04**   Engagement, reactivation, and promotional content

Google Play   Proprietary • Confidential



## 01: Key changes to acquisition insights

### Understanding acquisition better

- New attribution to mirror your and your users' **intent**, not just Play surface
- Driving organic optimisation:
  - 'clean' buckets without ads
  - Differentiation between search types
- Increased data coverage

Acquisition insights

COMING NOV

Google Play

Updates to acquisition insights making it easier to understand your store traffic



Updates to acquisition insights making it easier to understand your store traffic

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666970



Updates to acquisition insights making it easier to understand your store traffic

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666971



Updates to acquisition insights making it easier to understand your store traffic

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666972



Updates to acquisition insights making it easier to understand your store traffic

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666973



As you heard from Tom and Andrew, quality is foundational to your success on Google Play.
Last week, we announced that Play is investing even more to increase the visibility of higher quality titles on Play.
In parallel, Play is also steering users away from lower-quality titles.

GOOG-PLAY-011666974



Play looks at quality across several dimensions.
Today I want to focus how we think about technical quality

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Many aspects of technical quality aren't fixed - for example, users on low RAM devices will potentially experience longer loading times or more ANRs than users on the latest flagship device.

Previous Play has only measured technical quality in aggregate: we grouped statistics from all users across all devices, into a single number.

But as everyone who has worked with distributions will know, if you collapse a distribution into a single number, you lose your understanding of what's happening at the individual user level.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Every user matters on Play, so the key change we have made is to start thinking about technical quality in a more user-focused way, at the device level. This means that we can make better recommendations to individual users, which in turn means better outcomes for developers who deliver good experiences, and a better perception of Android and Play overall.



We're also replacing the existing core vitals crash and ANR rate metrics, with new user-perceived versions of these metrics.
Previously we considered all crashes and ANRs when evaluating your app's stability.
Now we are focusing on only the subset that we believe are most visible to users.
We believe these are a better reflection of user experience; and we've seen a stronger correlation to uninstalls.
There's an additional benefit to you which is that the ANRs we're focusing on are input timeout ANRs more likely to have a stack trace, making them easier to fix.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666978



We've always had an overall bad behavior threshold in Android vitals, for both crash and ANR rates.
This sets a general bar for what we seem to be acceptable quality. Our overall threshold remains unchanged, but will now be evaluated on the new user-perceived metrics.



Now we're defining an additional threshold that is measured on a per device basis, for phones.
This also affects your discoverability on store, on those phones.
If your title exceeds device BBT on any core vital, for a given device model, then Play may reduce the visibility of your title for users on that device model, and steer them towards higher quality alternatives.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666980



In some cases, we will show a warning on your store listing that sets user expectations that the title may not perform well for them, and gives them the opportunity to consider a higher quality alternative.
We will generally look at the last 28 days of data when evaluating your quality, but may act sooner if we detect a spike.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



To help you meet these new quality guidelines, we've launched a number of new features in Android vitals to make it easier to monitor and act on any issues.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666982



To start with, you can see the new metrics in Android vitals, in the Console UI or using the Play Developer Reporting API.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666983



To start with, you can see the new metrics in Android vitals, in the Console UI or using the Play Developer Reporting API.
And when you miss a threshold either overall or on a device, Android vitals will tell you and give you a measure of the impact.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666984



Once you know there is an issue, or that you may be heading towards one, you can also use Vitals to narrow down the problem

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666985



For example, you can see all the device models which are missing the device threshold over a 28 day period, and identify ones that are on track to do so

GOOG-PLAY-011666986



# It also gives you the information you need to prioritise and act when there is a problem

Google Play

Another feature we've built is a new side panel to show device information in context
With one click



You can bring up consolidated information about the device model you're looking at, without leaving the page - so for example, the ratings and reviews, your install base, also the most common crash or ANR clusters, and how this device compares not only with your app's overall performance, but also how it compares to peers
And actually you can get this information for any hardware or software slice of the ecosystem, not just device model - Android version, RAM etc

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



So i've talked about how quality is foundational, how it drives your app's visibility, and explained Play's new definition of technical quality
Over time we do plan to reduce the per-phone thresholds down from 8%, as mentioned in the blogpost, and we will start to consider other aspects of technical quality like performance, when evaluating technical quality.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666989



But for now, my recommendation is to focus on stability. Ensure you have someone accountable for monitoring your technical quality on Play.

We launched the reporting API to make it easier for those of you who would prefer to do this in your own workflows, and we will continue to maintain and extend this API over time.

Finally, do ensure you take a holistic approach when evaluating the opportunity here, and comparing it to other areas where you could be spending your time and engineering resource.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666990



Updates to acquisition insights making it easier to understand your store traffic

GOOG-PLAY-011666991



Updates to acquisition insights making it easier to understand your store traffic

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666992



## What is Play Commerce?

Google Play Commerce provides **businesses** with the tools & capabilities necessary to **successfully monetize their apps,** all built on top of our **trusted & secure platform**.

Google Play Commerce provides **users** a **safe, consistent, and familiar purchase experience**.

Google Play

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-011666994

- **Reaching buyers around the world**
- **Converting more buyers to users**
- **Optimizing your monetization model**
- **Preventing fraud and securing purchases**



Google Play

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011666995



Key H2 FOP Launches:
IN: PayTM, UPI AutoPay
BR: PIX, PayPal

AR local cards + currency support in H1

When thinking about Play Commerce, most people, including our devs, will point to the ability to carry out global transactions.

Commerce connects dev to over 1 billion buyers in 170+markets worldwide.  We do this by constantly work on expanding and improving our FOP (or FORMS of Payments).  Key stats:
190+ countries & territories with accepted Credit/Debit cards
185+ partnerships with DCB carriers in over 65 markets, covering 1B+ active devices.
Add to that we also have Play Gift Cards, or POR (Print-on-receipt codes) - Our most visibly sold physical product - bigger than any of our HW business.  Currently, in 1.2M locations in over 30 Countries.
We also now are in 30+ countries where PayPal is accepted.

These are just 4 out 10 total "FOP" families. A few additional methods I'd like to call out:
- eWallets have seen significant popularity among users, and we've added many new payment methods such as *MerPay* in Japan,  *KCP* in Korea,  *Mercado Pago* in Mexico,  and several others.

In summary, there is a lot of different teams (from Android BD that works with our DCB partners to an entire dedicated to to GC production & distribution, to a dedicated Play Commerce PM/ENG teams that builds many of the tools I will speak of next, that helps bring all of this together for our Developer partner and users to have a easy & safe purchase experience on Google Play.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



New for subscriptions
# Flexible pricing

New features unlock more flexibility and control for developers:

- **Base plans** separate what you sell from how you sell it
- **Offers** support conversion and retention throughout the lifecycle
- **Regional availability** limits where a plan or offer can be purchased
- **Dev-determined eligibility** enables second-chance trials & winback offers
- **Price changes** for new and existing subscribers, with control over whether / when existing subscriptions change

GOOG-PLAY-011666997





Google Play

New for subscriptions

# Prepaid plans

- Supports all auto-renewing billing periods, **plus** 1-day and 3-day plans
- Play **reminds users** to extend their plan before it expires, and sends RTDNs enabling you to send your own
- **Seamless plan change** between prepaid and auto-renewing
- Supports for all payment methods supported for one-time purchases

1 day
3 days
1 week
4 weeks
1 month
3 months
6 months
1 year

*2, 4, 8 months available in EAP*

We're constantly working to reduce churn through experiments and features
This comes from developer feedback that it was hard to implement this using RTDN
Are there other things that have worked for you?

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY







Google Play

Coming soon

# Installments EAP

- Allows users to subscribe with monthly payments as part of a long-term commitment period
- Cancellation is effective at the end of commitment period, though involuntary churn is still possible for a monthly renewal
- EAP will initially be available in Brazil and France

Google Play

Coming soon

# Subscription Management EAP

- **Restorable Cancel API** allows customized in-app cancel flows equivalent to the Play Store experience
- **Manage in App** (on left) is an experimental feature enabling Play to deep link into the app to take actions such as changing their plan

We're constantly working to reduce churn through experiments and features
This comes from developer feedback that it was hard to implement this using RTDN
Are there other things that have worked for you?

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Google Play

Coming Soon (in Early Access)

# Featured SKUs

Reach buyers outside your app.

1. Showcase your in-app content across multiple Play Store surfaces
2. Users can purchase your in-app content directly from your App Details Page (or other places on Play)
3. Select certain new or promotional SKUs to feature
4. If you offer a promotion it will be amplified across the purchase flow
5. Initial country availability: Indonesia, Thailand, Vietnam, Malaysia, Brazil, Mexico and India

EAP Devs saw:
1-2% average order uplift when promotions are offered
2% buyer uplift when promotions are offered
5-6% uplift of re-engaged buyers
1-2% uplift of new buyers
6-7% increase in new buyers with subsequent purchases
35% order uplift and buyer uplift for best performing single title



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667005



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667006



Dual Mantra:
Make developers more successful & Make more successful developers

GOOG-PLAY-011667007





Goal is to help developers make better decisions

Google Play

GOOG-PLAY-011667010



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          GOOG-PLAY-011667011

## Insights and experience strengthen decision making

- **Category and Market Benchmarking**
  - Contextualized performance insights

- **Product Consultations**
  - Performance driven funnel analysis
  - Objective feedback on strategies & roadmaps

- **Structured solutions from an independent perspective**
  - Proven strategies & recommendations
  - Feedback from an objective and trusted outside party

Google Play



Example slide from Opportunity Analysis reports



**Best results achieved through open communication & collaboration**

1  Open, honest dialogue
   ○ Transparency is key to focusing resources on the right opportunities

1  Two way discussions are best
   ○ Leverage respective expertise to maximize context

1  Business consulting is a partnership
   ○ Optimal impact achieved via shared growth plans & opportunity identification

1  Emphasize insights -> outcomes -> impact
   ○ Focus requests and sharing on insights which best enable decision making

1  Share implementations & outcomes
   ○ Providing feedback on changes & impact helps us help you

**Optimal outcomes generated by deep & collaborative consulting engagements**

 Google Play

Minimize sharing 'data for the sake of data'

GOOG-PLAY-011667014



Global
MAU Share = 20%
Time Share = 17%
Installs Share = 13%
Spend Share = 22%



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667016



MJM: Users increasingly are leverage multiple devices. Better Together starts with
foundational experiences across key surfaces
Phone is the center
Wearables
Tablets - what we're talking about today
An app's experience is not just about how they work on a phone, but across all relevant surfaces in the android ecosystem

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667017

## Google & OEMs are investing in Large Screen Innovation





**Foldables**

### A once-in-a-generation hardware innovation

**Market fit & user base.** Foldables are the future of the premium segment of the Android market.

**Solving ergonomic limits.** A foldable device is a tablet that fits in your pocket. Now you can fit a tablet-sized screen in your pocket, unlocking utility users previously wouldn't be able to get.

**Tablets**

### An important and growing platform

**Expanding reach.** OEMs are investing in Android tablets and bringing more capable tablets to the market. We have seen use cases expand beyond consumption, with broader appeal for enterprise, education, and personal productivity.



Today, our focus is on Large Screens - both foldables and tablets. This is where we see the biggest opportunity for Bumble. We view foldables as the future of the premium segment of Android, Now you can fit a tablet-sized screen in your pocket - our thesis is that this unlocks utility you previously wouldn't be able to get except for on a laptop
So when we're thinking about our app ecosystem, we're excited because this is a hardware shift that will drive new expectations from users as to what you can do from a a phone

tablets continue to be a growing and important platform as use cases have expanded beyond consumption to productivity. OEMs are investing in android tablets and we saw their usage significantly change with WFH. Google is also investing heavily. And in fact, as we announced at I/O, Google will be launching a first party Tablet in 2023.
In parallel, we are working closely with developers to create amazing experiences,  to ensure user expectations are met. Which is why were are here today...Applications need to work across these form factors and consumption experiences benefit from additional real estate.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

# Large Screens are growing in reach

**400M**    Estimated Android tablets by 2023

**30M**    Estimated Android foldables by 2023

**16%**    Growth in Tablet install base during 2020

**92%**    YoY Chrome OS Growth

**270M**

**Active Large Screen devices today**
Tablets, Foldables, and ChromeOS devices

*Sources : Canalys Tablet Installed Base Forecast*
*Gartner April 2019*
*Note : Active Android tablets are a subset of installed base.*

Over the past year, we've seen device makers release exciting new foldable and tablet devices. Demand has increased as users are doing more than ever from these devices while at home. Tablets sales grew 16% in 2020 with analysts expecting more than 400M Android tablets by 2023, AND foldables are redefining what's possible on premium devices, with an estimated 30M foldable devices in the next 2 years.

Android apps can also run on ChromeOS, which has seen a surge of interest, and is now the 2nd most popular desktop OS. Altogether, an app today can reach more than 250M active foldables, tablets, and Chromebooks by building for Android large screen devices.

We're excited about this momentum as large screens continue to grow in reach - and we're working with many developers to get their apps ready

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Our approach for Large Screens is an adaptive UI that can scale from the Phone to a Tablet. We've been building APIs, Tools and Android Studio, and Jetpack Libraries (Including Compose and Views Support) to help. Multiple apps that were traditionally phone-sized only are expanding to large screens e.g. FaceBook, Whats App, TikTok.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667020

# Bumble today on a Foldable






NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667021



I mentioned that we're working with many developers to optimize, and their starting to share impact. Highlight a few. Pause for questions before handing it over to talk about how Google is investing.

Google Photos: Significant increase in usage of specific features -> After investing in optimizing for large screens, Google Photos saw overall increase in DAU for key product features on large screens, with Archive seeing as much as a 53% usage increase

Chrome: The addition a multi-instance option in the menu led to an 18x increase in usage.  Multi-instance is used 42% more on tablets and foldables than on phones that support the feature and 78% multi-instance users use two instances.

WPS - 15% more time reading

Office - Increased active users and retention, and positive user feedback

Candy Camera: With optimizations for large screens, Candy camera saw a 10% increase in user engagement  and a 14% increase in 7-day retention

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667022



When we talk about optimizing for tablets / foldables we are talking about three main backuets:
Design for large screen
Support for portrait and landscape orientations
WHY: These devices are moore likely to be used in either orientation, and you'll also see tablets get docked for laptop use (also like what we just announced at MBG)
Leverage the extra real estate.
Multi-tasking and configuration changes
WHY: We are not in kansas anymore and we're not the only app the user sees. Android 12L introduced a taskbar meant to increase split-screen usage on large screens - meaning your app can be resized when a device is folded / unfolded, put into split screen.
Need to support Resizability (Multi-window) & multi-resume.
Input mode - Tablet update of keyboard, stylus and mouse is much higher than phone. We need (at the least) basic accessibility support

GOOG-PLAY-011667023



## Larger screens allow for more variety in layouts

Chatting & Viewing Profile

Viewing Multiple images in a profile or multiple profiles

Additional Layouts

Beyond these more functional requirements, we think the larger screen presents many potential different layouts - there's a lot of possibilities. Here are some examples we have worked on with other apps that we think could be valuable for bumble. Our designers would be happy to collaborate or do working sessions on what's possible for a hero experience if you're interested, it's something we've done before and are happy to engage on.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667024



White Option

GOOG-PLAY-011667025



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667026

## Visual forward destination launched in US (English)

**More helpful and joyful formats than just icons**

- Larger format showcasing store listing screenshots
- List-based format showing snippets or tags

New requirements for new formats

- <u>High content quality</u> of snippets and screenshots



Google Play   Proprietary • Confidential



# User satisfaction

- User satisfaction are surveyed inside the store
- Data will be used to improve the experience

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667028

## Coming soon: Amplifying Editorial content

**Helping users learn more about interesting categories and areas**

- Larger homepage format to highlight editorial
- Additions to editorial team to increase quality and quantity of content

Google Play Proprietary + Confidential



# Coming soon: Amplifying LiveOps content

**Showcase interesting and relevant moments to users**

- New card format to highlight LiveOps

Google Play Proprietary + Confidential





NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667031



GOOG-PLAY-011667032







August Performance:
+29% on AdX
+77% overall

$12M ARR - only Badoo - will >3x with launch of Bumble, will also stand to increase from planned format updates

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667035

## Partnership Goals & Accomplishments as we round out the year

| Property | Launch | Rev Impact | Launch Date |
|---|---|---|---|
| All | IAB TCF Integration | Medium | Q4 2022 |
| Bumble | Native Ads Launch | High | Q4 2022 |
| | 1st Party Data Activation | High | Q1 2023 |
| | Programmatic Launch | High | 2023 |
| Badoo | Native Ads Re-launch | High | Q4 2022 |
| | Rewarded Interstitial | High | Q1 2023 |

Google Play   Proprietary + Confidential

Accomplishments: AdManager 360 contract, Platform Migration, PPID launch, New 3rd party partnerships,

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667036



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



White Option



speak to advertiser component, and how the publisher 'renders' the format
emphasize "premium" bumble is, etc

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667039





emphasize swiping for click

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667041

## Bumble and Badoo Formats Today ...





01

Full screen native - Features

## 1) Updated policies for full screen native (Beta)

Policies for native ads allow two new features:

I. **Asset overlays:** smaller assets like call-to-action buttons and text may be placed on top of the main image or video

I. **Screen holds:** video ads can prevent being dismissed for a up to 5 seconds

Call-to-action button, text, advertiser icon placed on top of the main image / video

**Asset Overlays**

Google Play Proprietary + Confidential

These features enable publishers to create ads experiences that match their content experiences.

Reminder: a close button MUST be present, unless you implement a swipe to dismiss.

**01**

Full screen native · Features

## 2) Compositions for full screen native (Beta)

- **Definition:** Compositions are improved ad assets that make better use of larger screen space

- **Benefits:** Improved CPM performance, more effective use of space, superior user engagement



Google Play    Proprietary • Confidential

**01**

# So what should Bumble do with this information??? 

1. Continue to invest in Full Screen Native experiences and other premium ad formats

1. Evaluate new beta opportunities for increased UX control on the 'client side'

1. Build formats so they can scale in both automated (programmatic) environments and to be sold directly to advertisers

Google Play   Proprietary • Confidential



White Option



Simply, "Programmatic Direct" is a direct deal trafficked through buyers' technology (often referred to as a DSP)

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



~10% more reach due to universal controls of audience lists and frequency

02

## So what do we do with this information???



1. Continue to invest in all forms of Direct ⟶ both traditional and programmatic

1. Ensure your sales team have experience in programmatic, or,

1. For those *new* to programmatic, trainings are available and Google is open to running trainings with your team

1. On the Formats front, ensure formats are compatible with programmatic standards

Google Play   Proprietary • Confidential

02

# **Spotify -** a best in class example of embracing and growing with programmatic

***Full Case Study Linked Here.***

Google Play Proprietary + Confidential





White Option

GOOG-PLAY-011667051



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667052



**03**

## As the industry evolves, customers are facing new challenges

**Agencies and Advertisers**
- Measuring/tracking impressions and conversions
- Getting relevant ads in front of the right users
- Invest in solution that is privacy-forward and future-proof

**Publishers**
- Maintaining eCPM rates
- Investing in solutions that will withstand long-term privacy regulations, and user preferences
- Replicating 3P-cookie-based signals with 1P data

**DSPs and SSPs**
- Evolving technologies and further investing in first-party data solutions to meet changing cookie restrictions
- Integrating platforms with emerging industry solutions

Google Play    Proprietary • Confidential

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667053

**O3**

## These changes have many implications for publishers







Third-party cookies are on the way to becoming obsolete, and **revenue is at risk for many publishers.**

Collecting data to **analyze and understand your users** is invaluable for the future, but doing so can be overwhelming.

Diversifying **revenue streams** requires planning and new product investment.

Google Play    Proprietary • Confidential

**03**

# So what do we do with this information???



1. Understand that despite uncertainty around identifiers broadly in the industry, Bumble is operating from a  position of strength given your relationship with users.

1. Map the type data that you would be comfortable sharing with advertisers for targeting (ie. an advertiser wants to reach "Males of a certain age demo")

1. Define that data in the ad server for targeting purposes, and adjust rate card to sell this targeting at a "premium"

Google Play    Proprietary • Confidential

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667055





03

# See How **Pandora has embraced their data advantage** and protected consumer privacy!

Think with Google

Future of Marketing — Overview | Creativity | Digital Transformation | Management & Culture | Privac

## How Pandora protects privacy and creates a better experience with first-party data

Maria Breza / November 2021 — Share

Back in the heyday of broadcast radio, listener requests and record sales helped stations determine what to play and when. These days, those signals still matter, but data science enables Pandora to engage each of our 70 million listeners with song selections that they didn't even know they wanted to hear next.

Cookies help us deliver our services. By using our services, you agree to our use of cookies. Learn More

***Full Case Study Linked Here.***

Google Play Proprieta

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667057



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667058



Moving forward, we're replacing the existing core vitals metrics with new more user-centric metrics, starting with foreground crash rate and user-perceived ANR rate. We believe these metrics are a better reflection of user experience; and we've seen a stronger correlation to uninstalls.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667059



## 03: Quality and discovery

### Quality as foundational across Play

- **New quality metrics** in Android vitals: more closely track user-impacting issues
  - Crashes >> user-perceived crash rate
  - ANRs >> user-perceived ANR rate
- Continued **overall bad behavior thresholds**
- New **per-device bad behavior thresholds**
  - Issues and emerging issues reported in Android vitals
  - Store listing warnings on Play

New per-device bad behavior thresholds

COMING SOON

Google Play

Technical quality can vary across devices: an app can be stable and smooth for one device model but not another. To account for this, we are introducing a new bad behavior threshold that is evaluated at device model level (e.g. Pixel 6 vs Pixel 7).



If your title exceeds device BBT on any core vital, for a given device model, then Play may reduce the visibility of your title for users on that device model, and steer them towards higher quality alternatives. For example, we may exclude the title from some discovery treatments, and in some cases, we will show a warning on your store listing. We will generally look at the last 28 days of data when evaluating your quality, but may act sooner if we detect a spike.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



When making this decision, you will want to take into account both existing users and the opportunity cost or impact on new users. To help with this assessment, we have launched a new feature 'full view of device' in Play Console that gives you one-click access to device information from across Play - including specs, top issues, user ratings and reviews, and install base - without leaving the page that you are on. We hope this information will make it quicker and easier for you to troubleshoot and prioritise.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011667062

# Exhibit A16
# Public Redacted Version

# EXHIBIT 34

NTK google confidential
attorney client privileged
created to get attorney advice

# Policy timeline and everest

CONFIDENTIAL

GOOG-PLAY-011700993

NTK google confidential
attorney client privileged
created to get attorney advice

**India landscape**

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

**Critical features landing after March: fix for lost buyflow sessions** UPI for subs ,EWallets - PayTM.

**Question:** is everest the path that will help in India with categories like matrimony that are not solved by current programs

████████████████████████████

If we delay we could optionally align JUST IN to Everest timeline

NTK google confidential
attorney client privileged
created to get attorney advice

**March for GPB and Jun-Jul for Everest**

**March date for Non compliant devs to be complaint, hold in the light of Everest**

Today we have two types of developers

1. Compliant developers : we are enforcing GPB policy
2. Non Compliant Apps developers: we have given a grace period upto March 2022 for developers to integrate with GPB system

As Everest lands, there will be new additional API's for developers to integrate that will not be available before Jan- Feb 2022.

**For a developer, that is complaint today:** **No change** we assert that they need to continue to be compliant with GPB policy. When new Everest API comes out they can choose to do the extra work for that or stay on GPB

**However for developers that are not compliant:** We mandate that they be working towards the March date. However, Everest optionality lands in Jan.

GOOG-PLAY-011700995

NTK google confidential
attorney client privileged
created to get attorney advice

## Messaging

**If India only change**

FOP coverage was the reason for extra time for india, we can stay in the same message theme.



GOOG-PLAY-011700997

NTK google confidential
attorney client privileged
created to get attorney advice

## Timeline - UPI for subs

MUST HAVE for India

- Dependencies - EOQ Q4
  - Lost buyflow sessions (UPI workstream only): Q4 code complete
  - Payments readiness for UPI : Q4
  - TBD: Adding Pending state to PBL 4.0 (may not need this)
- Commerce work for UPI - EOQ Q2
  - Start in Q4 (PRD)
  - Eng complete ~EOQ2 (dependent on additional resourcing landing in Q4)

GOOG-PLAY-011700998

| Id | Date | Text |
|---|---|---|
| 1 | 09/08/2021 20:22:06 | since this will likely spill to 2022 it will come close to PBL's google confidential... ~~NBL's google confidential fail~~) |
|   |   | <span style="color:red">attorney client privileged</span> |
|   |   | we need to discuss whether a PBL 4.2 makes sense before this (PBL 4.1 is launching soon with in-app messaging support) <span style="color:red">better to get attorney advice</span> |
| 1 | 09/08/2021 20:22:06 | We should align on this in leads  i thought  it is I/O goal PBL 5 but ray is under the impression that this is still v4 |
| 1 | 09/08/2021 22:24:38 | This slide doesn't show UPI for recurring does it? |
|   |   | But in any case, UPI for recurring isn't new, but it wasn't actually available to launch until fairly recently. So there was no action we could take a year ago. It's now available for integration with NPCI. This is something that Devs have been asking about for over a year now even though it wasn't available to anyone at that time. |
| 2 | 09/08/2021 22:32:51 | UPI support for prepaid is on track to start/deliver in Q4 so I assume this is only an issue with recurring. |
|   |   | Do you mean that, now the NPCI has allowed/enabled UPI for recurring payments, developers would expect any billing system to have it available for them and therefore making this urgent and a blocker? |
| 2 | 09/08/2021 22:53:28 | Yes it's only an issue with recurring. Recurring (called autopay by NPCI) wasn't allowed at all until earlier this year. Nothing was stopping us from using UPI for prepaid (via one time payments). |
|   |   | And yes that's exactly the POV of developers. |
| 3 | 09/08/2021 23:04:12 | @zhouji@google.com |
|   |   | Are all other things on Subscription team really higher priority than UPI for recurring then? |
|   |   | We have probably discussed it but I at least didn't have the full context.  Should we drop other Subscription team work so we can work on UPI for recurring then? |
|   |   | Seems like this would be higher priority than prepaid and potentially other things that are only needed for selected/top partner? |

CONFIDENTIAL

NTK google confidential
attorney client privileged
created to get attorney advice

## Summary

Need to investigate "GPB policy compliance" date for two reasons

1. For Non compliant devs, overlap with halla/everest
2. For India due to UPI/ewallet timeline

Proposal: for non compliant devs, move the deadline for compliance to July. no change for compliant devs.

GOOG-PLAY-011701000

# Exhibit A17
# Public Redacted Version

# EXHIBIT 41

HIGHLY CONFIDENTIAL

```
                                              Page 1

 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    -------------------------------------------------x
 5    IN RE GOOGLE PLAY STORE          Case No.
      ANTITRUST LITIGATION             3:21-md-02981-JD
 6
 7    THIS DOCUMENT RELATES TO:
 8    Match Group, LLC et al. v. Google LLC et al.,
      Case No. 3:22-cv-02746-JD
 9
      Epic Games Inc. v. Google LLC et al.,
10    Case No. 3:20-cv-05671-JD
11
      In re Google Play Consumer Antitrust
12    Litigation, Case No. 3:20-cv-05761-JD
13
      In re Google Play Developer Antitrust
14    Litigation, Case No. 3:20-cv-05792-JD
15
      State of Utah et al. v. Google LLC et al.,
16    Case No. 3:21-cv-05227-JD
      -------------------------------------------------x
17
18     ** HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER ***
19
20             REMOTE VIDEOTAPED DEPOSITION OF
21                      SARAH KARAM
22            Wednesday, September 28, 2022
23
24    REPORTED BY:
25    RENEE HARRIS, CA CSR 14168, NJ CCR, RPR
```

HIGHLY CONFIDENTIAL

Page 2

1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4    ------------------------------------------------x
5    IN RE GOOGLE PLAY STORE          Case No.
     ANTITRUST LITIGATION             3:21-md-02981-JD
6
7    THIS DOCUMENT RELATES TO:
8    Match Group, LLC et al. v. Google LLC et al.,
     Case No. 3:22-cv-02746-JD
9
     Epic Games Inc. v. Google LLC et al.,
10   Case No. 3:20-cv-05671-JD
11
     In re Google Play Consumer Antitrust
12   Litigation, Case No. 3:20-cv-05761-JD
13
     In re Google Play Developer Antitrust
14   Litigation, Case No. 3:20-cv-05792-JD
15
     State of Utah et al. v. Google LLC et al.,
16   Case No. 3:21-cv-05227-JD
     ------------------------------------------------x
17
      ** HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER ***
18
19          Remote Videotaped Deposition of SARAH
20   KARAM, appearing from Palo Alto, California, at
21   9:07 a.m. PDT, on Wednesday, Palo Alto, 2022,
22   before Renee Harris, California Certified
23   Shorthand Reporter No. 14168, New Jersey Certified
24   Court Reporter No. 30XI00241200, and Registered
25   Professional Reporter.

HIGHLY CONFIDENTIAL

Page 8

1           Wednesday, September 28, 2022

2                   9:07 a.m.

3      _____

4           THE VIDEOGRAPHER:  We are on the record

5      at 9:07 a.m. on September 28, 2022.

6           Please note that this deposition is being

7      conducted virtually.  Quality of recording

8      depends on the quality of camera and Internet

9      connection of participants.  What is seen

10     from the witness and heard on screen is what

11     will be recorded.  Audio and video recording

12     will continue to take place unless all

13     parties agree to go off the record.

14          This is Media Unit No. 1 of the

15     video-recorded deposition of Sarah Karam

16     taken by counsel for the plaintiffs in the

17     matter of Match Group LLC et al. v. Google

18     LLC, et al., filed in the United States

19     District Court for the Northern District of

20     California, Case Number Case No.

21     3:22-cv-02746-JD.

22          This deposition is being conducted

23     remotely using virtual technology.  My name

24     is Steven Togami representing the firm

25     Veritext Legal Solutions; I am the

HIGHLY CONFIDENTIAL

1   videographer.  The court reporter is Renée

2   Harris from the firm Veritext Legal

3   Solutions.

4       I am not related to any party in this

5   action, nor am I financially interested in

6   the outcome.

7       If there are any objections to

8   proceeding, please state them at the time of

9   your appearance.

10      At this time, will counsel and all

11  present please state their appearances and

12  affiliations for the record, starting with

13  the noticing party.

14      MR. DIXON:  Doug Dixon of Hueston

15  Hennigan for the Match Plaintiffs, and I'm

16  joined by my colleague, Will Larsen.

17      MS. NARANJO:  Do all the plaintiffs want

18  to go?

19      MR. WALCHAK:  This is David Walchak for

20  the consumer plaintiffs from Korein Tillery.

21      MS. ULRICH:  Ashley Ulrich, Cravath

22  Swaine & Moore for Epic Games, and with me is

23  my colleague, Malikah Williams.

24      MS. NARANJO:  This is Minna Naranjo from

25  Morgan Lewis & Bockius, joined by Nina Dutta,

HIGHLY CONFIDENTIAL

1        also from Morgan Lewis & Bockius, and Kathlyn

2        Querubin from Google representing the Google

3        Defendants and the witness.

4

5                          SARAH KARAM,

6   called as a witness and having been first duly

7   sworn by the Certified Shorthand Reporter, was

8   examined and testified as follows:

9

10                         EXAMINATION

11

12    BY MR. DIXON:

13        Q.  Good morning, Ms. Karam.  How are you?

14        A.  Good morning.  I'm doing well.  How are

15   you?

16        Q.  I'm doing well, thanks.

17            So my name is Doug Dixon as you just

18   heard.  I represent the Match Plaintiffs which own

19   and operate several dating apps which I believe

20   you are most likely familiar with; Tinder,

21   Match.com, PlentyofFish, OkCupid and OurTime.  I

22   may refer to those brands individually today or I

23   may refer to the Match Plaintiffs.

24            Would that be okay?

25        A.  Yes.

HIGHLY CONFIDENTIAL

1      Q.   Could you please state your full name for

2   the record.

3      A.   Yes, Sarah Karam.

4      Q.   And what is your city and state of

5   residence?

6      A.   My city and state of residence is

7   Sunnyvale, California.

8      Q.   And I believe earlier you mentioned that

9   you are currently in Palo Alto, California.

10      A.   Correct.

11      Q.   Is that correct?

12           And are you physically at an office of

13   outside counsel?

14      A.   Yes.

15      Q.   And what law firm is that?

16      A.   Morgan Lewis.

17      Q.   Is there anyone else in the room with you

18   currently?

19      A.   No.

20      Q.   Do you have any physical documents with

21   you today?

22      A.   I do not.

23      Q.   Now, because this is a remote deposition,

24   I want to confirm a few other things.

25           Do you understand that you are not

HIGHLY CONFIDENTIAL

1    points that they should be including if they were

2    to assess the value of Play.

3        Q.  So the answer to my question, Ms. Karam,

4    is "no," Google did not share that information

5    with Tinder?

6        A.  Correct.

7        Q.  Do you think Tinder would have been

8    interested in that analysis?

9        A.  I think Tinder already wanted to share

10   and -- consistently shared with us as we invited

11   with them to share feedback that they felt like

12   Play was not delivering the value that they looked

13   for and they were very concerned about maximizing

14   their margins and revenue.

15       Q.  So the answer to my question is:  "Yes,"

16   you believe Tinder would have been interested in

17   that analysis showing ███████████████████████

18       A.  Sure, but again, I don't think that

19   analysis would be complete.

20       Q.  You could have explained that to Tinder

21   if you shared that with them, right -- strike

22   that.

23           So it wasn't -- strike that.

24           Google did not begin enforcing its

25   payments policy until April 1, 2022; correct?

HIGHLY CONFIDENTIAL

Page 149

1        A.   We announced in end of 2020, that we were

2   planning to consistently enforce our policy in a

3   year-ish, and then we added an ability to extend,

4   to apply for an extension for those who had the

5   intention to come into compliance until April

6   2022.

7        Q.   I'm not trying to be difficult.  I'm just

8   trying to cut to the chase on some of this.

9             So is it correct that Google did not

10  begin enforcing its payments policy until April 1,

11  2022?

12       A.   Not quite.  Google consistently began

13  enforcing its policy across apps and games in

14  April 2022.

15       Q.   Prior to that time, it did not -- it was

16  not in a position to mandate that apps like Tinder

17  used Google Play Billing under its policy; right?

18       A.   We believed it made -- it was the right

19  thing to do for partners, to give them more time

20  and to clarify the language before we did that,

21  correct.

22       Q.   Google did not begin enforcing its Google

23  Play Billing policy as to the Match Plaintiffs

24  until April 2022, how's that?

25       A.   Correct.

HIGHLY CONFIDENTIAL

Page 150

1         MR. DIXON:  I'm going to introduce Tab 15

2     and we are going to mark that as

3     Exhibit 1989.

4         And while you download Exhibit 1989, for

5     the record, it's GOOG-PLAY-011226100 through

6     6103, and it's an e-mail chain with the last

7     e-mail being sent by Ms. Karam on September

8     6, 2019 to Brett Bouchard and others.

9         (Exhibit 1989 was received and marked

10         for identification on this date and is

11         attached hereto.)

12  BY MR. DIXON:

13     Q.  And my first question about Exhibit 1989,

14  once you've had a chance to review it is, is

15  Exhibit 1989 an e-mail that you sent in the

16  ordinary course of your responsibilities at

17  Google?

18     A.  I'm just taking a look.

19         Yes, to answer your question.

20     Q.  So the subject line of Exhibit 1989 is

21  "Content Taxonomy List of Strategic Partners."

22         Correct?

23     A.  Correct.

24     Q.  And do you recall having a discussion

25  around the fall of 2019 about strategic partners

HIGHLY CONFIDENTIAL

Page 255

1         for identification on this date and is

2         attached hereto.)

3    BY MR. DIXON:

4         Q.  By the way, looking back again at

5    Exhibit 1603, Google told Peter Foster that his

6    request for an extension as contained in

7    Exhibit 1603 was not made in the proper form;

8    right?

9         A.  I'm looking back at 1603.  Could you

10   refer me to where you're -- where you're pointing

11   at?

12        Q.  So -- sure.  If you look at the page

13   ending in Bates 6745, Brandon tells Peter,

14   [as read]: "That he'll need to fill out a form,"

15   and unfortunately as you continue on, Brandon

16   says, [as read]: "You can't do it in a single

17   batch for all apps of a single brand; right?

18        A.  Correct.  We didn't allow any developers

19   who had multiple apps to submit one single form.

20   Even developers with over 30 or 40 apps had to

21   submit a separate form for each app.

22        Q.  So Mr. Foster's request in 1603 was not

23   an effective request for an extension under the

24   policy?

25        A.  Sorry, his request for one form?

1      Q.   No, Mr. Foster's request in Exhibit 1603

2   was not an effective request to receive an

3   extension of the -- an extension to March, the end

4   of March 2022; right?

5      A.   To receive an extension, as Brandon

6   responded to Peter, a developer would need to

7   submit a form.

8      Q.   So is it fair to say Google didn't do

9   anything based on Mr. Foster's request in

10  Exhibit 1603?

11     A.   Sorry, just to be 100 percent clarifying

12  in your question, Google did not do what, sorry?

13     Q.   Google did not rely upon Mr. Foster's

14  request in Exhibit 1603; is that correct?

15     A.   Correct, that Google required, per

16  Brandon's e-mail, that Match submit a form for

17  each app to be officially granted an extension and

18  be approved that way.

19     Q.   So looking now at Exhibit 1996, this

20  appears to be a submission by Match.com LLC using

21  Google's form for app extension dated August 19th,

22  2021 and responses to that request; is that

23  accurate?

24     A.   Yes.

25     Q.   And there are a couple questions that a

1   developer had to answer in connection with

2   requesting the extension; right?

3       A.   Correct.

4       Q.   And the contact name for Match.com LLC is

5   identified as Casey Daniell; right?

6       A.   Yes.

7       Q.   And what we see here in Exhibit 1996,

8   this is, in essence, the form that Brandon Barras

9   was referring to in Exhibit 1603; right?

10      A.   That's correct.

11      Q.   So this was the form that Google used to

12  evaluate whether to grant an extension to the new

13  deadline of March 21st, 2022; right?

14      A.   Correct.

15      Q.   And it seems like the e-mail or -- strike

16  that.

17           The first -- the request was submitted on

18  August 19th, 2021 at 3:19 p.m. according to the

19  first entry on page ending in Bates 7123 of

20  Exhibit 1996; correct?

21      A.   It looks like -- I can't tell if the

22  e-mail -- the time stamp is a little confusing.

23  But yes, the request and the e-mail have the same

24  time stamp.

25      Q.   And then there's an automated response,

HIGHLY CONFIDENTIAL

Page 258

1    it looks like, sent at the exact same time saying,

2    [as read]:  "Thanks for contacting us, we received

3    the request, and will reply as soon as possible."

4    Correct?

5         A.  Correct.

6         Q.  And then there's a later response at

7    August 21st, 2021 at 12:32 a.m., that, "Thanks,

8    Casey Daniell, for the submission," and indicates

9    that Match.com LLC is eligible for the extension

10   until March 31st, 2022; correct?

11        A.  Yes, an extension until March 22 to come

12   into compliance with Google Play's payment policy,

13   yes.

14        Q.  And did Google rely on Mr. Daniell's

15   submission about how to invest in its business in

16   any way?

17        A.  Sorry, how to invest in Match's business?

18        Q.  No, in Google's business.

19        A.  Did Google rely on Casey Daniell's

20   submission for how to invest in Google's business?

21        Q.  Correct.

22        A.  Can you add another layer of clarity for

23   me?  I'm not sure what you mean by, "invest in our

24   business."

25        Q.  Did Google make any decisions with

HIGHLY CONFIDENTIAL

Page 263

1           So yes, I read this statement.  I don't
2   think it reflects other conversations and feedback
3   that we heard from Match previously.
4           Q.  Google didn't ask for any clarification
5   in response to that statement, did it?
6           A.  This form was intended to record and it
7   was used to grant extensions for those who were
8   working in good faith to come into compliance with
9   our policies.  It was not intended to be a
10  partnerships back-and-forth or a product feedback
11  form.  That wasn't the purpose of the form.  It
12  was for our policy team.
13          Q.  My question was a little different,
14  respectfully.  I simply said:  Google didn't ask
15  for clarification in response to Mr. Daniell's
16  submission; correct?
17          A.  Not in this form, no.
18          Q.  And Casey did get a specific response
19  from Danmar; right?
20          A.  Correct.
21          Q.  And Danmar is somebody who works for
22  Google?
23          A.  I believe Danmar is on our policy --
24  policy vendor team.
25          Q.  So now let's turn back -- actually,

HIGHLY CONFIDENTIAL

Page 264

1    before we go there, so I think you testified that

2    Google relied upon Mr. Daniell's statement in

3    granting an extension to Match.com LLC; correct?

4        A.   Correct.

5        Q.   Did Google rely on Mr. Daniell's

6    statement in making any other decisions?

7              MS. NARANJO:  Object to form.

8              THE WITNESS:  Can you please be more

9         specific on what decisions you're referring

10        to?

11     BY MR. DIXON:

12        Q.   Yeah, did Google rely on Mr. Daniell's

13    e-mail, say, for deciding how to allocate, I don't

14    know, internal resources or anything like that?

15        A.   Our -- the way Google viewed

16    Mr. Daniell's statement and then subsequent grant

17    of the extension and the way we interpreted that

18    was to continue working with Match towards

19    compliance.

20        Q.   I'm not sure that quite answered my

21    question.

22              I guess, again, did Google rely on

23    Mr. Daniell's request in the e-mail or the

24    submission deciding how to allocate internal

25    resources?

Page 265

1        A.  No, because that wasn't -- that wasn't an

2    expectation off any -- any submission of these

3    forms.

4        Q.  All right.  If you'll turn back to

5    Exhibit 1994, which is Google's Answer.

6        A.  Yeah.

7        Q.  And I want to look at page, on the bottom

8    footer, No. 46.  And there's a section about a

9    third from the top saying, "Count III, False

10   Promise."

11           Do you see that?

12       A.  I do.

13       Q.  And if you look at the paragraph No. 70,

14   it says, [as read]:  "Match Group's specific

15   misrepresentations regarding its intention to

16   comply with the DDA include the August 2021

17   request of Peter Foster for an extension."

18           Do you see that?

19       A.  I do.

20       Q.  And the reference there to that August

21   2021 request of Peter Foster is Exhibit 1603;

22   right?

23       A.  The e-mail from Peter to Brandon?

24       Q.  Correct.

25       A.  Yes.  I believe so.

HIGHLY CONFIDENTIAL

Page 266

1          Q.   And then it goes on and says, [as read]:

2     "Match Group's further representation later in

3     August 2021 that it was updating its apps to

4     comply with the DDA and Google's payment policy."

5               Do you see that?

6          A.   I do.

7          Q.   And that says, as we go on, [as read]:

8     "Including, for example, an August 19, 2021

9     communication from Casey Daniell on behalf of

10    Match.com LLC."  Right?

11         A.   I do.

12         Q.   And that is referring to Exhibit 1996;

13    right?

14         A.   I believe so.

15         Q.   And then if you look at exhibit -- do you

16    know of any other communications that's being

17    referred to in paragraph 70?

18         A.   From Casey Daniell?  I'm not aware of any

19    other communication.

20         Q.   And I'm sorry, thank you.

21              Are you aware of any other communications

22    that form the basis of the allegation in paragraph

23    70?

24         A.   I'm not aware of any specific written

25    communication.  There may have been calls between

HIGHLY CONFIDENTIAL

**Page 321**

1

2    9/28/2022 - KIRSTEN RASANEN

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   KIRSTEN RASANEN                        Date

25

HIGHLY CONFIDENTIAL

Page 323

1      STATE OF CALIFORNIA       )

2                                )      ss.

3      COUNTY OF LOS ANGELES   )

4           I, RENEE HARRIS, do hereby certify that I

5      am a licensed Certified Shorthand Reporter, duly

6      qualified and certified as such by the State of

7      California;

8         That prior to being examined, the witness named

9      in the foregoing deposition was by me duly sworn

10     to testify to tell the truth, the whole truth, and

11     nothing but the truth;

12        That the said deposition was by me recorded

13     stenographically;

14        And the foregoing pages constitute a full,

15     true, complete and correct record of the testimony

16     given by the said witness;

17           That I am a disinterested person, not

18     being in any way interested in the outcome of said

19     action, or connected with, nor related to any of

20     the parties in said action, or to their respective

21     counsel, in any manner whatsoever.

22     DATED: September 29, 2022

23

24                    Renee Harris, CSR, CCR, RPR

                      CA CSR No. 14168,

25                    NJ CRR No. 30XI00241200

# Exhibit A18
# Public Redacted Version

# EXHIBIT 44

Page 1

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4    ------------------------------------------------x

5    IN RE GOOGLE PLAY STORE           Case No.

     ANTITRUST LITIGATION              3:21-md-02981-JD

6

7    THIS DOCUMENT RELATES TO:

8    Match Group, LLC et al. V. Google LLC et al.,

     Case No. 3:22-cv-02746-JD

9

     Epic Games Inc. V. Google LLC et al.,

10   Case No. 3:20-cv-05671-JD

11

     In re Google Play Consumer Antitrust

12   Litigation, Case No. 3:20-cv-05761-JD

13

     In re Google Play Developer Antitrust

14   Litigation, Case No. 3:20-cv-05792-JD

15

     State of Utah et al. V. Google LLC et al.,

16   Case No. 3:21-cv-05227-JD

     ------------------------------------------------x

17

18    ** HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER ***

19

20           REMOTE VIDEOTAPED DEPOSITION OF

21                    DANIELLE STEIN

22              Friday, October 28, 2022

23

24   REPORTED BY:

25   RENEE HARRIS, CA CSR 14168, NJ CCR, RPR

HIGHLY CONFIDENTIAL

Page 8

1              Friday, October 28, 2022

2                   9:02 a.m.

3    _____

4              THE VIDEOGRAPHER:  Good morning.  We are

5         going on the record at 9:02 a.m. Pacific

6         Time, on Friday, October 28th, 2022.

7              Please note that this deposition is being

8         conducted virtually.  Quality of the

9         recording depends on the quality of the

10        camera and the Internet connection of

11        participants.  What is heard from the witness

12        and seen on screen is what will be recorded.

13        Audio and video recording will continue to

14        take place unless all parties agree to go off

15        the record.

16             This is Media Unit 1 of the

17        video-recorded deposition of Danielle Stein

18        in the matter of In re: Google Play Store

19        Antitrust Litigation v. Google Inc., et al.,

20        filed in the United States District Court,

21        Northern District of California, case number

22        3:22-cv-02746-JD.

23             My name is Craig Jones, and I am the

24        videographer.  The court reporter is Renée

25        Harris.  And we are from the firm Veritext

HIGHLY CONFIDENTIAL

Page 9

1    New York.

2        I am not authorized to administer an

3    oath; I am not related to any party in this

4    action; nor am I financially interested in

5    the outcome.  If there are any objections to

6    proceeding, please state them at the time of

7    your appearance.

8        Counsel and all present, including

9    remotely, will now state their appearance and

10   affiliation for the record, beginning with

11   the noticing attorney.

12       MR. DIXON:  Doug Dixon of Heuston

13   Hennigan for the Match Plaintiffs; and with

14   me is my colleague, Julia Haines.

15       MS. NARANJO:  Are there any other

16   Plaintiffs?

17       MR. MASON:  Good morning.  Lee Mason from

18   Bartlit Beck on behalf of the Consumer

19   Plaintiffs.

20       MR. ALTEBRANDO:  Good morning.  This is

21   Michael Altebrando for the Utah Attorney

22   General and the Plaintiff States.

23       MS. KLOSS:  Good morning.  This is Lauren

24   Kloss from Cravath, Swaine & Moore on behalf

25   of Epic Games.

HIGHLY CONFIDENTIAL

Page 10

1          MS. NARANJO:  And this is Minna Naranjo
2      from Morgan, Lewis & Bockius, representing
3      the witness and Google.  I also have Nina
4      Dutta from Morgan Lewis.
5          THE WITNESS:  Should I also introduce
6      myself?
7          THE VIDEOGRAPHER:  Ms. Harris will swear
8      you in.
9          At this time, will the court reporter
10     please swear in the witness.
11         (Witness duly sworn by the Certified
12     Shorthand Reporter.)
13         THE VIDEOGRAPHER:  Counsel, you may
14     proceed.
15
16                  DANIELLE STEIN,
17  called as a witness and having been first duly
18  sworn by the Certified Shorthand Reporter, was
19  examined and testified as follows:
20
21                  EXAMINATION
22
23   BY MR. DIXON:
24      Q.  Good morning, Ms. Stein.
25          My name is Doug Dixon, and I represent

HIGHLY CONFIDENTIAL

Page 11

1    the Match Plaintiffs in this litigation.  The

2    Match Plaintiffs own and operate various apps that

3    you may be familiar with, such as Tinder,

4    Match.com, Plenty of Fish, OurTime, and OkCupid.

5            I may refer to them throughout the course

6    of the day as the "Match Plaintiffs."  And if I do

7    so, will you understand whom I'm referring to?

8        A.  Yes.

9        Q.  I may also identify some of the brands by

10   name.  And I assume, again, you're familiar with

11   brands like Tinder or OkCupid?

12       A.  Yes.

13       Q.  Will you please state your full name for

14   the record?

15       A.  Danielle Stein.

16       Q.  And what is the city and state of your

17   residence?

18       A.  Menlo Park, California.

19       Q.  And where are you located right now?

20       A.  Palo Alto, in the offices of Morgan

21   Lewis.

22       Q.  And is there anyone else in the immediate

23   room with you?

24       A.  No.

25       Q.  Do you have any documents with you?

Page 164

1    opposed to directing the discussion -- like the
2    preparation for the discussions?
3        Q.   Yes.
4        A.   Probably, like, summer 2021.
5        Q.   So was it after -- it was after the
6    announcement of the change?
7        A.   Right.
8        Q.   So prior to September of 2020, you didn't
9    have any direct contact with anyone at Match Group
10   regarding the change; is that accurate?
11       A.   That's my recollection.
12       Q.   And the first time you would have had
13   direct contact with anyone at Match Group
14   regarding the announced change was Peter Foster
15   sometime in the summer of 2021?
16       A.   That's my recollection.
17       Q.   And was your conversations with -- or
18   conversation with Peter Foster, did that relate to
19   ███████████
20       A.   When I spoke to Peter Foster, we covered
21   a range of topics over the multiple times we spoke
22   or exchanged e-mail.  Sometimes it was about ████
23   But he would share with me his view on our policy
24   or on our -- anything we announced publicly,
25   whether it was like a new program or a new service

HIGHLY CONFIDENTIAL

1   fee.  So he was pretty -- and his feedback on our

2   business model.  So we've discussed a -- wide

3   range of topics.

4        Q.  How would you generally describe Peter's

5   feedback on Google Play's business model, based

6   upon your personal interactions with him?

7        A.  Pretty consistent with the feedback we

8   received over the years from other points of

9   contact.  They were pretty consistent, no matter

10  who was delivering it from Match.

11       Q.  And what was that feedback?

12       A.  They were frustrated that we were only

13  charging a service fee for the -- for digital

14  goods and not physical goods.  They were

15  frustrated -- they were frustrated that a small

16  number of developers were paying when a large

17  number of developers were receiving various

18  services from Play.  They were frustrated with the

19  number of the -- the service fee.  And they had

20  feedback on capabilities in Google Play Billing

21  that they felt were missing compared to their own

22  platform.

23       Q.  With respect to that last item, are you

24  referring there to feature gaps between Match's

25  own payment processor versus features in Google

HIGHLY CONFIDENTIAL

Page 166

1    Play Billing?

2         A.   Right.

3              They took it app by app.  So they had --

4    they have a few -- it seems to me that because

5    over the years they have consolidated a number of

6    different businesses, that there's a few systems,

7    perhaps, that different apps rely on, maybe

8    different clusters of apps.

9              And so certain apps or app team,

10   development teams, would identify certain features

11   as a difference between what they had available

12   and what Google Play Billing had available.

13             So when taken as a whole, we'd have to

14   look across all those various apps to compile one

15   view for Match Group.

16        Q.   And do you recall that one of the

17   features -- strike that.

18             Do you recall that one of the feature

19   gaps Google Play Billing wasn't offering included

20   installment payments?

21        A.   I do.

22             And we have been talking to them to try

23   to understand it and scope it out since even I was

24   a product specialist.

25        Q.   And even today, ███████████████ are

HIGHLY CONFIDENTIAL

```
 1        want to know if you're familiar with it and
 2        if you can identify it.
 3              And I'm going to mark it as PX 2639.
 4              And while that is uploading and then you
 5        are going to download it, for the record, PX
 6        2639 is a document Bates-stamped
 7        GOOG-PLAY-007875565 through 0095.
 8              (Exhibit 2639 was received and marked
 9              for identification on this date and is
10              attached hereto.)
11    BY MR. DIXON:
12        Q.  Let me know once you've had an
13    opportunity to download it.
14        A.  I'm opening it and scrolling through it.
15        Q.  And as you do so, my first question is
16    just going to be:  Do you recognize Exhibit PX
17    2639, which on the first page is entitled "Billing
18    Policy Landing
19              "Update on in-app comms policy
20              "May 2021?"
21        A.  Yeah.  I'm starting to recognize it.
22        Q.  Is PX 2639 a document that you
23    contributed to?
24        A.  Yes.
25        Q.  And it seems to incorporate some of the
```

HIGHLY CONFIDENTIAL

Page 231

1    ideas that you were exploring in PX 2638; right?

2         A.   Right.

3         Q.   And is PX 2639 a document that was

4    created in the ordinary course of business at

5    Google?

6         A.   Yes.

7         Q.   I don't have any further questions about

8    PX 2639, so you can put that away.

9              When Google announced an extension of

10   compliance with the policy, the payments policy,

11   to end of March 2022, the position of Google was:

12   Either you comply with the policy change or

13   clarification, or we're going to delist you from

14   the Play Store; right?

15        A.   Sorry.  Do you mean in September or --

16   could you clarify the question?

17        Q.   So Google set a deadline ultimately of

18   March 31st, 2022, for compliment -- for compliance

19   with the payments policy; right?

20        A.   The deadline was for September 30th,

21   2021, but you could apply for an extension if you

22   needed more time.  And if you applied for the

23   extension, then the deadline -- and this is for --

24   this excludes India and I believe Korea as well.

25   And if you applied for the extension, then you

HIGHLY CONFIDENTIAL

Page 232

1    would have an extension until end of March.

2         Q.   And for those who applied and received an

3    extension, the compliance deadline was March 31st,

4    2022; correct?

5         A.   Correct.   Outside of India and Korea.

6         Q.   And Google's position was that if you

7    didn't comply by March 31st, 2022, first, we would

8    reject any updates of apps that were not in

9    compliance; correct?

10        A.   I don't know.   Do you mean what we stated

11   publicly?   Because I'm not -- I don't remember

12   what guidance we publicly gave about how the

13   enforcement would work.

14        Q.   Do you recall, though, that ultimately

15   the enforcement would be, if you're out of

16   compliance with the new payments policy, we'll

17   delist you from the Play Store?

18        A.   I don't believe we were specific about

19   what the enforcement would be in our public

20   commentary; but I don't recall for sure.

21        Q.   Are you aware of any apps that were

22   delisted from the Play Store as a result of

23   refusing to comply with the new payments policy

24   announced in September of 2020?

25        A.   I'm not personally aware, but it's not

1    really my -- it wouldn't be in my job, normal

2    course, to be notified.  So me not being aware

3    doesn't really indicate whether it's happened or

4    not.

5        Q.  You're not aware of any of the apps or

6    brands that you worked with that were delisted

7    from the Play Store as a result of refusing to

8    comply with the policy?

9        A.  That's accurate.

10       Q.  Other than Match Group brands, are you

11   aware of any brands that you work with that have

12   resisted complying with the new policy announced

13   in September of 2020?

14       A.  None of the ones in my portfolio.

15       Q.  Was LinkedIn within your portfolio?

16       A.  No.

17       Q.  Were you involved in negotiations with

18   Spotify?

19       A.  Yes.

20       Q.  And Google publicly announced a special

21   deal with Spotify in the spring of 2022, described

22   as a "user-choice pilot program"; is that correct?

23       A.  A "user-choice billing pilot," yes.

24       Q.  And that applied to Spotify across the

25   world, right, including in the United States?

Page 247

1   STATE OF CALIFORNIA    )
2                          )  ss.
3   COUNTY OF LOS ANGELES  )
4        I, RENEE HARRIS, do hereby certify that I
5   am a licensed Certified Shorthand Reporter, duly
6   qualified and certified as such by the State of
7   California;
8        That prior to being examined, the witness named
9   in the foregoing deposition was by me duly sworn
10  to testify to tell the truth, the whole truth, and
11  nothing but the truth;
12       That the said deposition was by me recorded
13  stenographically;
14       And the foregoing pages constitute a full,
15  true, complete and correct record of the testimony
16  given by the said witness;
17       That I am a disinterested person, not
18  being in any way interested in the outcome of said
19  action, or connected with, nor related to any of
20  the parties in said action, or to their respective
21  counsel, in any manner whatsoever.
22  DATED: October 31, 2022
23
24                          Renee Harris, CSR, CCR, RPR
                            CA CSR No. 14168,
25                          NJ CRR No. 30XI00241200

HIGHLY CONFIDENTIAL

Page 249

1   GOOGLE PLAY STORE ANTITRUST LITIGATION

2   10/28/2022 - Danielle Stein (#5518886)

3              E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____     _____

24  Danielle Stein                          Date

25

# Exhibit A19
# Public Redacted Version

# EXHIBIT 1

**Case 8-8294000031717 • Requesting Additional Time to Comply with Google Play's Payments Policy**

Item types:  Important actions, Consults, Customer communication, …  ▾

Thu, Aug 19, 2021, 3:19 PM

Contact Us Form

First name
Casey

Last name
Daniell

Contact email
████████████████

Google Play developer account name
Match.com LLC

Play Console login email
███████████████

Application package name
█████████████████

Only apps published before January 20, 2021 are eligible for this extension. Was this app first published before January 20, 2021?
Yes

This extension is intended to aid developers that need more time to comply with Google Play's Payments policy. Do you need more time to comply with Google Play's Payments policy?
Yes

Please explain why you need additional time to comply with Google Play's Payments policy.
Our bespoke payment system is critical to our user experience. Due to significant feature gaps (payment/subs/discounts), Google's system is not a suitable substitute and exclusive use of Google's systems will meaningfully harm our users (inflate prices) & undermine our business

View Contact Us Form  ↗

⤺   FORWARD        REPLY

G   From: googleplay-developer-support@google.com                    Thu, Aug 19, 2021, 3:19 PM
     To:    casey.daniell@gmail.com

Re: Payment Extension Form Application - Auto Response [8-8294000031717]

Thanks for contacting the Google Play team. We received your request for additional time to bring your app into compliance with the Google Play Billing policy.  We'll reply as soon as possible; there is no need to submit a follow-up request.

Thanks for your patience and continued support of Google Play.

Exhibit
PX  1996
Sarah Karam

FORWARD        REPLY

G

From: googleplay-developer-support@google.com                    Sat, Aug 21, 2021, 12:32 AM

To:     casey.daniell@gmail.com

Re: Your message about Google Play [8-8294000031717]

Hi Casey,

Thanks for submitting a request for additional time to integrate Google Play Billing for your app,
com.match.android.matchmobile.

We've reviewed the information in your application form and determined your app is eligible for an extension until **March 31,
2022** to come into compliance with Google Play's Payments policy. No further action is required at this time.

Thanks for your continued support of Google Play.

Regards,
Danmar
The Google Play Team

Please visit the Google Play Developer Policy Center and Google Play's Academy for App Success to learn more
about building policy compliant and high quality apps. You can also visit the Android Developers Blog for the latest
Android and Google Play news for app and game developers.

## Requesting Additional Time to Comply with Google Play's Payments Policy

First name
Casey

Last name
Daniell

Contact email
████████████████████

Google Play developer account name
Match.com LLC

Play Console login email
████████████████████████

Application package name
████████████████████████

Only apps published before January 20, 2021 are eligible for this extension. Was this app first published before January 20,
2021?
Yes

CONFIDENTIAL                                                                                    GOOG-PLAY-011457124

This extension is intended to aid developers that need more time to comply with Google Play's Payments policy. Do you need more time to comply with Google Play's Payments policy?

Yes

Please explain why you need additional time to comply with Google Play's Payments policy.

Our bespoke payment system is critical to our user experience. Due to significant feature gaps (payment/subs/discounts), Google's system is not a suitable substitute and exclusive use of Google's systems will meaningfully harm our users (inflate prices) & undermine our business

FORWARD     REPLY

CONFIDENTIAL

GOOG-PLAY-011457125

# Exhibit A20
# Public Redacted Version

# EXHIBIT 2

**Case 3-6263000031703 • Requesting Additional Time to Comply with Google Play's Payments Policy**

Item types:  Important actions, Consults, Customer communication, …  ▾

Mon, Aug 16, 2021, 4:38 PM

Contact Us Form

First name
Micah

Last name
Bloom

Contact email
██████████████████

Google Play developer account name
Tinder

Play Console login email
██████████████████

Application package name
████████

Only apps published before January 20, 2021 are eligible for this extension. Was this app first published before January 20, 2021?
Yes

This extension is intended to aid developers that need more time to comply with Google Play's Payments policy. Do you need more time to comply with Google Play's Payments policy?
Yes

Please explain why you need additional time to comply with Google Play's Payments policy.
Our bespoke payment system is critical to our user experience. Due to significant feature gaps (payment/subs/discounts), Google's system is not a suitable substitute and exclusive use of Google's systems will meaningfully harm our users (inflate prices) & undermine our business

View Contact Us Form  ⧉

⤴  FORWARD       REPLY

---

G

From: googleplay-developer-support@google.com                    Mon, Aug 16, 2021, 4:38 PM
To:    joe.dao@gotinder.com

Re: Payment Extension Form Application - Auto Response [3-6263000031703]

Thanks for contacting the Google Play team. We received your request for additional time to bring your app into compliance with the Google Play Billing policy.  We'll reply as soon as possible; there is no need to submit a follow-up request.

Thanks for your patience and continued support of Google Play.

CONFIDENTIAL                                                          GOOG-PLAY-011457077

FORWARD     REPLY

G

From: googleplay-developer-support@google.com                    Tue, Aug 17, 2021, 2:05 AM

To:     joe.dao@gotinder.com

Re: Payment Extension Form Application - Auto Response [3-6263000031703]

Hi Micah,

Thanks for submitting a request for additional time to integrate Google Play Billing for your app, com.tinder.

We've reviewed the information in your application form and determined your app is eligible for an extension until March 31, 2022 to come into compliance with Google Play's Payments policy. No further action is required at this time.

Thanks for your continued support of Google Play.

Regards,
Judith
The Google Play Team

Please visit the Google Play Developer Policy Center and Google Play's Academy for App Success to learn more about building policy compliant and high quality apps. You can also visit the Android Developers Blog for the latest Android and Google Play news for app and game developers.

···

FORWARD     REPLY

CONFIDENTIAL

# Exhibit A21
# Public Redacted Version

# EXHIBIT 8



Revenue Acceleration

Play Apps 2015 Developer Initiative Strategy

CONFIDENTIAL

GOOG-PLAY-007325722

# Contents

- Overview
- High Potential Categories
- High Potential Regions
- Revenue Factors
- Revenue Acceleration Initiatives
- Execution
- Success Metrics

 

## Overview

Play Apps contributed **only 6%** of overall Play revenue in 2014. There is room to improve.

In the top 10 iOS apps markets (excl. China), Play accounts for **less than 20%** of consumer spend. There is room to improve.

**Objective:** Increase Play Apps revenue X% in 2015 by accelerating revenue in key categories through strategic and tactical initiatives.

**Focus:** Focus on highest revenue potential categories, regions and apps by impacting addressable revenue factors.

**Proxy:** Use revenue gap with iOS as a directional indicator of revenue potential and market size.

 Google play



**2014 Apps Consumer Spend - Top 10 iOS Markets**

▒ iOS Apps
    Consumer Spend
▪ Play Apps
    Consumer Spend

$ 571.8 m

$ 2,604.6 m

Source: Extrapolated Q4 2014 App Annie Data to annual



CONFIDENTIAL

# Highest Potential Categories (based on iOS Q4'14 Gap)

- Social (primarily Dating)
- Music & Audio
- Books & Reference
- News & Magazines
- Productivity
- Entertainment

|  | iOS | Play | Total $ Gap |
|---|---|---|---|
| Communication and Social | $ 123.3 m | $ 47.7 m | $75,528,727 |
| Music and Audio | $ 74.0 m | $ 9.1 m | $64,891,279 |
| Books and Reference | $ 48.7 m | $ 10.5 m | $38,199,941 |
| News and Magazines | $ 37.6 m | $ 2.4 m | $35,269,448 |
| Productivity | $ 42.4 m | $ 7.5 m | $34,896,695 |
| Entertainment | $ 43.7 m | $ 9.8 m | $33,967,193 |
| Lifestyle | $ 33.9 m | $ 3.2 m | $30,739,775 |
| Navigation and Transportation | $ 28.0 m | $ 2.4 m | $25,591,066 |
| Photo, Video and Media | $ 33.4 m | $ 7.8 m | $25,548,960 |
| Sports | $ 26.4 m | $ 4.4 m | $22,003,561 |
| Health and Fitness | $ 21.0 m | $ 4.5 m | $16,417,849 |
| Business | $ 20.5 m | $ 4.2 m | $16,384,170 |
| Medical | $ 15.3 m | $ 2.4 m | $12,884,545 |
| Tools and Utilities | $ 22.9 m | $ 10.8 m | $12,064,948 |
| Weather | $ 9.4 m | $ 1.5 m | $7,940,424 |
| Finance | $ 8.4 m | $ 1.2 m | $7,225,386 |
| Travel and Navigation | $ 11.1 m | $ 6.1 m | $4,976,707 |
| Catalogs and Shopping | $ 3.0 m | $ 0.4 m | $2,630,179 |

 Google play



Source: Q4 2014 App Annie Data

http://www.counterpointresearch.com/applepulsenov2014

CONFIDENTIAL

GOOG-PLAY-007325725

## Highest Potential Regions by Category Gap $ (Quarterly)

| | AU/NZ | Brazil | CA | DE | FR | GB | IT | Japan | RU | US |
|---|---|---|---|---|---|---|---|---|---|---|
| Books and Reference | $ 2.5 m | $ 1.4 m | $ 2.1 m | $ 1.2 m | $ 1.3 m | $ 3.0 m | $ 1.2 m | $ 10.1 m | $ 3.1 m | $ 12.5 m |
| Business | $ 1.7 m | $ 0.9 m | $ 1.1 m | $ 1.1 m | $ 0.9 m | $ 2.3 m | $ 0.8 m | $ 1.1 m | $ 1.0 m | $ 5.6 m |
| Catalogs and Shopping | $ 0.4 m | $ 0.2 m | $ 0.2 m | $ 0.2 m | $ 0.2 m | $ 0.3 m | $ 0.2 m | $ 0.2 m | $ 0.2 m | $ 0.5 m |
| Communication and Social | $ 5.3 m | $ 1.4 m | $ 3.8 m | $ 0.9 m | $ 5.0 m | $ 8.3 m | $ 1.2 m | $ 17.4 m | $ 2.9 m | $ 29.4 m |
| Education | $ 2.7 m | $ 2.3 m | $ 2.2 m | $ 2.0 m | $ 1.5 m | $ 4.0 m | $ 1.1 m | $ 2.6 m | $ 1.7 m | $ 20.9 m |
| Entertainment | $ 1.9 m | $ 0.6 m | $ 1.8 m | $ 1.8 m | $ 0.9 m | $ 2.6 m | $ 0.5 m | $ 4.2 m | $ 2.6 m | $ 16.9 m |
| Finance | $ 0.6 m | $ 0.5 m | $ 0.5 m | $ 0.7 m | $ 0.6 m | $ 0.6 m | $ 0.5 m | $ 0.6 m | $ 0.7 m | $ 1.8 m |
| Health and Fitness | $ 1.4 m | $ 0.5 m | $ 1.0 m | $ 0.8 m | $ 0.8 m | $ 1.7 m | $ 0.6 m | $ 0.6 m | $ 0.7 m | $ 8.3 m |
| Lifestyle | $ 3.7 m | $ 1.2 m | $ 1.9 m | $ 1.6 m | $ 1.3 m | $ 4.1 m | $ 1.4 m | $ 4.0 m | $ 1.3 m | $ 10.4 m |
| Medical | $ 1.3 m | $ 1.1 m | $ 1.1 m | $ 0.9 m | $ 0.9 m | $ 1.1 m | $ 0.7 m | $ 1.3 m | $ 0.7 m | $ 3.6 m |
| Music and Audio | $ 3.0 m | $ 2.6 m | $ 2.5 m | $ 2.8 m | $ 3.4 m | $ 5.7 m | $ 1.4 m | $ 1.6 m | $ 1.0 m | $ 40.9 m |
| Navigation and Transportation | $ 3.1 m | $ 1.4 m | $ 1.5 m | $ 3.2 m | $ 2.9 m | $ 3.2 m | $ 1.6 m | $ 1.5 m | $ 2.3 m | $ 4.9 m |
| News and Magazines | $ 2.7 m | $ 0.9 m | $ 1.7 m | $ 2.9 m | $ 2.0 m | $ 5.4 m | $ 4.5 m | $ 1.2 m | $ 0.6 m | $ 13.4 m |
| Photo, Video and Media | $ 1.6 m | $ 1.4 m | $ 1.4 m | $ 1.3 m | $ 1.1 m | $ 2.1 m | $ 1.3 m | $ 0.9 m | $ 1.5 m | $ 13.0 m |
| Productivity | $ 2.1 m | $ 1.1 m | $ 2.1 m | $ 1.9 m | $ 1.3 m | $ 3.5 m | $ 1.2 m | $ 1.5 m | $ 1.3 m | $ 18.8 m |
| Sports | $ 2.7 m | $ 0.9 m | $ 1.3 m | $ 0.9 m | $ 1.1 m | $ 3.0 m | $ 0.9 m | $ 1.4 m | $ 0.8 m | $ 9.1 m |
| Tools and Utilities | $ 0.9 m | $ 0.4 m | $ 0.6 m | $ 0.4 m | $ 0.3 m | $ 1.4 m | $ 0.6 m | $ 0.8 m | $ 0.4 m | $ 6.2 m |
| Travel and Navigation | $ 0.6 m | $ 0.5 m | $ 0.4 m | -$ 0.1 m | $ 0.4 m | $ 0.4 m | $ 0.5 m | $ 0.5 m | $ 0.4 m | $ 1.3 m |
| Weather | $ 0.4 m | $ 0.2 m | $ 0.5 m | $ 0.6 m | $ 0.3 m | $ 0.7 m | $ 0.3 m | $ 0.5 m | $ 0.2 m | $ 4.3 m |

Google play

NOTE: Korea is excluded here as it is not iOS top 10 but Global initiatives will apply to KR.

Key Categories with $3M+ gap and Countries aggregated key category gap of $10M+

http://www.counterpointresearch.com/applepulsenov2014

Key Categories with $3M+ and Countries aggregated key category upside of $10M+

Non-crossover markets: Where do China and Korea fit in?
Get category spend for Korea; eval opportunity and best areas of focus

CONFIDENTIAL

## Why are Apps not monetizing better on Play?

| Factor | Categories/Regions Most Impacted |
| --- | --- |
| Not using IAB - Policy Exception | Music, Social, Entertainment, Books/Ref (JP Comics) |
| Not using IAB - Rev Share Barrier | Music, Entertainment (Video) |
| Limited Subscription Product Offering | News & Magazines, Music, Social, Sports, Fitness (subs) |
| Low FOP Penetration | LATAM, EMEA |
| Low ARPPU | General |
| Lack of BD Engagement | General |
| Poor Billing Product Implementation | General |
| Android User Socio-economic gap | General |
| iOS Penetration in Developed Markets | US, AU/NZ, UK, JP, KR* |

▶ Google play

*Apple records highest ever market share  in Japan and Korea

Lack of BD Engagement
-- Some high revenue potential partners may not have previously had a Play partner manager; new vertical focus designed to identify these partners and maximize opportunity with them

Poor Billing Product Implementation
-- Play needs to establish best practices for implementing IAB, Partners need to more consistently integrate IAB so it's easy for users to find and understand (this requires BD, DevRel, Marketing coordination)

*Apple records highest ever market share  in Japan and Korea

CONFIDENTIAL

## What can we meaningfully address?

| Factor | Categories/Regions Most Impacted | Stakeholders |
|---|---|---|
| Not using IAB - Policy Exception | Music, Social, Entertainment, Books/Ref (JP comics) | Policy/BD |
| Not using IAB - Rev Share Barrier | Music, Entertainment (Video) | Policy/BD |
| Limited Subscription Product Offering | News & Magazines, Music, Social, Sports, Fitness (subs) | Product |
| Low FOP Penetration | LATAM, EMEA | Marketing/BD |
| Low ARPPU | General | Marketing/BD |
| Lack of BD Engagement | General | BD |
| Poor Billing Product Implementation | General | BD/Mktg/DevRel |
| Android User Socio-economic gap | General | |
| iOS Penetration in Developed Markets | US, AU/NZ, UK, JP, KR | |

Google play

Lack of BD Engagement
-- Some high revenue potential partners may not have previously had a Play partner manager; new vertical focus designed to identify these partners and maximize opportunity with them

Poor Billing Product Implementation
-- Play needs to establish best practices for implementing IAB, Partners need to more consistently integrate IAB so it's easy for users to find and understand (this requires BD, DevRel, Marketing coordination)

*Apple records highest ever market share  in Japan and Korea

CONFIDENTIAL



CONFIDENTIAL

GOOG-PLAY-007325729



# Variable Revenue Share

Reduce recurrence period rev share paid by devs (to 30 / 15 or 50 / 10) for a small number of strategic streaming music and video partners

**Though small in number, these media developer segments will grow and represent significant strategic value for Play**

Netflix | Hulu | HBO Go* | CBS

Deezer | Rdio | Rhapsody | Spotify

**Estimated Financial Gain: ~$20M - $45M/year**

PROPOSED CHANGE:
30% first month; 15% each recurrence

- Video & Music Content Partners Only: ~20M - $45M/year*
- All Licensed Subscription Developers: ~12M - 25M/year

(more detail on model)

POLICY

Google play

*Modeled Music & Video Partners = Spotify, Deezer, Rhapsody, Rdio, Slacker, Crunchyroll, Hulu;
Including Netflix raises 'Net Gain' by $27M/yr. for either scenario

Note: Play revenue from subscription IAB from 2012 through 2014 = $46.5 M, where 2014 = 01 January 2014 through 02 December 2014)

# Policy Change to Require Play Billing

Match Apple's policy requiring any developer
offering digital goods for sale through Play to
include Google Play Billing as a payment option.

- *Should Play Billing be mandatory <u>after</u> FOP
  penetration is achieved in market?*
- *Should Play Billing be <u>primary</u> billing option?*

**Though this is a 'stick' approach, there is precedent for this
kind of enforcement and it will bring some developers who are
currently using our policy 'loopholes' on to the platform**



LinkedIn



Match



Zoosk



Zinio



TripIt

**Estimated Financial Gain: ~$15M - 60M/year**

- Examine top non-monetizing apps on Play
- Assume policy change brings them on platform
- Model rev potential based on avg. iOS/Play
  consumer spend ratio

Rough Model

POLICY



Google play

GOOG-PLAY-007325731



[redacted] shared that iOS is monetizing 30x better for them than Android. They are anxious for Weekly subscription billing, which contributes 85% of their revenue on iOS. We hear the same from [redacted]
;
OKCupid says basically [redacted].

[redacted]

They are getting more detail about projected Android increase.

## Case Studies

We need category-specific, regionally relevant case studies to showcase the benefit of 1.) integrating IAB and 2.) offering subscriptions instead of one-time purchases.

**IAB Increases Conversion**: IAP leads to increased conversion that off-sets the 30% tarriff paid to Play. We need case studies in the Social and Music space.

**Subscription Products vs. OTP**: Subscriptions increase the LTV of a user. We need a case study from a developer who has added subscriptions to demonstrate.

**Estimated Financial Gain:**

Model by category to calculate revenue lift assuming top performing partners (iOS or current Play) integrate IAB and/or subscription products.

- EX: NYT increased conversions by 125% following Play Billing integration. Apply similar % (w/Play spend ratio) to other News & Magazine partners
- Similar models for other categories like Dating, Productivity, Books & Ref using conversion rate and/or LTV increase

MARKETING/BD

Google play



CONFIDENTIAL

GOOG-PLAY-007325733

# Education

Helping partners understand Play Billing advantages and best practices for implementation is critical to achieving greater penetration among top and mid-tier partners.

**Playtime and Category-specific Events:** Work to integrate IAB data, case studies and best practices into all relevant developer workshops to educate appropriate partners and facilitate Play Billing adoption.

**Estimated Financial Gain:**



*TBD*

MARKETING/BD/DEVREL





GOOG-PLAY-007325734



GOOG-PLAY-007325735

## 1H '15 Developer Facing Initiative Activities

| Initiative | Stakeholders | 1H'15 Activity (high-level) |
|---|---|---|
| Variable Revenue Share | Policy/BD | - Gain internal alignment on variable rev share model<br>- Execute deals with pilot partners (1H '15) |
| IAB Policy Change | Policy/BD | - Analyze risk/benefit of policy change<br>- If benefit+, determine appropriate IAB inclusion policy<br>- Work with XFN teams to enact/enforce policy |
| Subscription Product Changes | Product/BD | - Identify revenue potential for 3 & 6-mo and discounted promo subs<br>- Prioritize product development<br>- EAP program for new products |
| Case Studies | Marketing/BD | - Identify highest value case studies (category & region)<br>- Identify and gain partner commitments<br>- Create and distribute 3 revenue-specific case studies |
| Partner Education | BD/Marketing/DevRel | - Integrate IAB best practices and case studies into all appropriate developer events; customize for category (ex. Media  v. Music) and regional audiences |





CONFIDENTIAL

## Next Steps

1. **Select highest potential revenue apps** by category by region (not all regions or categories may be included)
2. **Identify initiatives per partner/category** with greatest impact
3. **Assign BD/Marketing owners** for each revenue acceleration initiative (regional where appropriate, category-level where appropriate)
4. **Initiative owners work with XFN teams** (executive, stratops, policy, product, marketing, devrel) and partners to progress initiatives through 1H, piloting with selected partners
5. **Track progress** for selected partners, regions and categories against 2014 revenue

Tracking Doc *(Perhaps we can track this in Jwaneng somehow?)*

 

CONFIDENTIAL
GOOG-PLAY-007325737



GOOG-PLAY-007325738

# Developers Interpret Play's Policy Differently Than Apple's





**App Store Guidelines Contain 17 Different Billing Rules**

*"11.2 Apps utilizing a system other than the In-App Purchase API (IAP) to purchase content, functionality, or services in an App will be rejected"*

| Example Subscription | Allowed | Purchase Type |
|---|---|---|
| Auto-Renewing Subscription to daily digital newspaper | ✔ | Auto-Renewable Subscription |
| Auto-Renewing Subscription to live TV streaming service | ✔ | Auto-Renewable Subscription |

**Play Has Comparatively Fewer Billing Requirements**

"Developers offering additional content, services or functionality within another category of app downloaded from Google Play must use Google Play's in app billing service as the method of payment, except:

- where payment is primarily for physical goods or services (e.g., buying movie tickets, or buying a publication where the price also includes a hard copy subscription); or

- where payment is for digital content or goods that may be consumed outside of the app itself (e.g., buying songs that can be played on other music players)."

*Apple's policy is absolute, which makes enforcement more manageable (esp. in the context of their protracted app review process)*

*Play's policy is slightly more open, in particular for media developers offering streaming services across platforms - - this makes enforcement more challenging*

 Google play



CONFIDENTIAL

GOOG-PLAY-007325739



# Estimated Financial Impact of Two Potential Rev Share Changes

*We modeled two new scenarios for subscription IAB terms, and each was universal -- that is, we did not consider offering subscription developers a choice between (A), (B), and existing terms*

Note: Including Netflix raises 'Net Gain' by $81 M (30 / 15) or $60 M (50 / 10)
Note: Play revenue from subscription IAB from 2012 through 2014 = $46.5 M, where 2014 = 01 January 2014 through 02 December 2014)

19

Hold-out Gains for 'Licensed Music and Video Only' section = Spotify, Deezer, Rhapsody, Rdio, Slacker, Crunchyroll, Hulu
Hold-out Gains for 'All Subscription Developers' section = Spotify, Deezer, Rhapsody, Rdio, Slacker, Crunchyroll, Hulu, LinkedIn

And, adding in Netflix raises this by $81 M (30 / 15) or $60 M (50 / 10).

# Consumer Spend: Top 100 Grossing Subscription Apps on Play

*Play subscription IAP yielded approximately $107 M in consumer spend in 2014\*, most of which comes from apps*



Consumer Spend in Top 100 Grossing Apps Offering Subscription IAP (by Vertical): 01 January – 02 December 2014

Note: * Data represent 2014 year-to-date developer revenues on Google Play (01 January through 02 December 2014).
Source: Play Analytics

20

CONFIDENTIAL

GOOG-PLAY-007325741

# App Counts and Installs: Top 100 Grossing Subscription Apps on Play



Count of Top 100 Grossing Apps Offering Subscription IAP (by Vertical): 01 January – 02 December 2014

User Daily Installs of Top 100 Grossing Apps Offering Subscription IAP (by Vertical): 01 January – 02 December 2014

Note: * Data represent 2014 year-to-date developer revenues on Google Play (01 January 2014 through 02 December 2014).
Source: Play Analytics

21

GOOG-PLAY-007325742

## Consumer Initiative: FOP Activation via Carrier Partnering

FOP-enabled user base is low in some regions. Partnering with carriers to promote Play *at the point of device sale* will be an effective way to grow user FOPs.
**[SEA, LATAM]**

<u>Rebrand Play Gift Cards:</u> Gift Card label does not resonate in many regions. Rebranding  as Pre-Paid Cards and distributing at the point of device sale or data plan top up will increase Play awareness and on-board users. $5 and $10 pre-pay cards will be critical in emerging mkts.

<u>Free Play Cards with phone purchase:</u> Carriers have a direct incentive to increase FOP adoption and paying users (DCB revenue). Partner with Carriers to subsidize pre-pay cards.

**Estimated Financial Gain:**

- % FOP-enabled lift/country * Current Users * Avg. user spend

  Ex: FOP increase of 5% * 10M current users * Avg spend of $5/year/user = $2.5M/yr.
  [calculations are for example only]

MARKETING/BD





Sub $99 test: Countries must have reasonable FOP penetration including DCB; Apps offered for sale must have broad audience; Promotion in regions should be prominent

CONFIDENTIAL

## Consumer Initiative: FOP Activation via Promo Pricing

In some markets, the $.99 floor on app pricing is a barrier to enabling paying users. In select markets, for select high-po apps, pilot a sub-$.99 promotion to increase FOP-adoption, Paying User % and ARPPU **[LATAM, EMEA]**

**Gameloft Success Story:** In conjunction with Gameloft, Play Games team conducted a short promotional event in selected regions.

https://docs.google.com/document/d/1y3NXfVFG6sBGbhCMMaYeTG9lx4q763afI8zezuBrD1A/edit

**Estimated Financial Gain:**

- % converted non-payers to payers * fop-enabled non-payers * Avg. paying user spend/yr

- New FOP-enabled users * avg. user spend/yr (by country)





Sub $99 test: Countries with reasonable FOP penetration including DCB perform better; Apps offered for sale must have broad audience; Promotion in regions should be prominent

CONFIDENTIAL

GOOG-PLAY-007325744



CONFIDENTIAL

GOOG-PLAY-007325745

## Google — Detailed driver analysis reveals specific areas to investigate

| | Consumer Spend | Paying Device % | % FOP Enabled | Play Home Active Device % | Android 30DA Penetn % | Smartphone & Tablet Device per capita | Avg $ per Paying Device | Orders per buyer | $ per Order |
|---|---|---|---|---|---|---|---|---|---|
| APAC | $1,661M | 2% | 11% | 73% | 36% | | | 4.9 | |
| EMEA | $552M | 2% | 13% | 71% | 40% | | $23.4 | 4.2 | $5.5 |
| Americas | $813M | 3% | 14% | 75% | 55% | 0.7 | $31.5 | | $5.7 |
| JP | $676M | | | 70% | 45% | 0.7 | | | |
| KR | $391M | 5.5% | 21% | 75% | | | | 4.0 | |
| US | $717M | 5.1% | 20% | 73% | 37% | | $32.6 | | $5.6 |
| DE | $124M | 4.7% | 21% | 72% | 49% | | $23.7 | 4.5 | $5.2 |
| GB | $102M | 5.6% | 22% | 65% | 37% | | $22.4 | 4.7 | $4.8 |
| FR | $77M | 2.9% | 14% | 67% | 42% | | $32.9 | | $6.4 |
| RU | $36M | 3.8% | 9% | 72% | 36% | | $17.3 | 2.9 | $4.4 |
| IT | $32M | 3.6% | 36% | 74% | 30% | 0.7 | $11. | | |
| ES | $22M | | 16% | 74% | 29% | 0.8 | $22.2 | 4.2 | |
| CH | $15M | 4.6% | 25% | 67% | 33% | | $36.6 | 4.8 | $8.0 |
| NL | $13M | 1.9% | 19% | 73% | 36% | | $24.4 | 3.9 | $6.3 |
| AT | $13M | 3.3% | 19% | 69% | 50% | | $31.7 | 4.3 | $7.4 |
| TR | $13M | | | 62% | | | $30.3 | 4.1 | $7.4 |
| NO | $11M | 4.3% | 31% | 60% | 40% | | $35.2 | 4.3 | $7.2 |
| SE | $11M | 3.7% | 24% | 65% | 36% | | $26.5 | 4.3 | $6.2 |
| SA | $8M | | | 63% | | 0.8 | | 3.2 | |
| AE | $8M | 3.0% | 2% | 79% | 47% | | | 4.1 | |
| ZA | $8M | 3.8% | 2% | 64% | 36% | | $35.2 | 4.2 | $6.5 |
| BE | $7M | 4.3% | 14% | 62% | 44% | 0.9 | $20.7 | 4.2 | $6.6 |
| DK | $6M | 3.7% | 21% | 65% | 26% | | $35.4 | 3.9 | $6.8 |

Google Confidential and Proprietary

Refreshed data (21 Jan 15)

GOOG-PLAY-007325746

# Top 20 Entertainment, Sports and News Apps on iOS

| Top developer by 2014 spend | iOS | Play | Gap | #1 User Country (and its share) |
|---|---|---|---|---|
| Disney | $ 22,929,050 | $ 631,422 | 2.68% | US-52% |
| Voltage | $ 18,941,934 | $ 12,284,300 | 39.34% | Japan-52% |
| MLB | $ 18,252,090 | $ 2,092,002 | 10.28% | US-89% |
| NY Times | $ 16,597,197 | $ 686,603 | 3.97% | US-84% |
| Conde Nast | $ 9,814,819 | $ 141,644 | 1.42% | US-56% |
| The Economist | $ 8,587,596 | $ 345,844 | 3.87% | US-41% |
| MagazineCloner | $ 8,494,451 | $ 6,181,864 | 42.12% | GB-16% |
| RCSMediaGroup | $ 8,261,272 | $ 3,996 | 0.05% | IT-85% |
| Budge | $ 7,965,514 | $ 0 | 0.00% | US-35% |
| Dow Jones | $ 7,880,863 | $ 338,203 | 4.11% | US-83% |
| Zinio | $ 7,862,583 | $ 0 | 0.00% | US-39% |
| Topps | $ 7,468,015 | $ 850,021 | 10.22% | US-84% |
| Time Inc. | $ 7,359,241 | $ 0 | 0.00% | US-78% |
| Outfit7 | $ 6,733,418 | $ 1,674,614 | 19.92% | US-19% |
| NFL | $ 5,715,122 | $ 767,496 | 11.84% | US-67% |
| Telstra | $ 5,638,603 | $ 1,568,815 | 21.77% | AU/NZ-99% |
| LINE | $ 5,270,213 | $ 7,255,622 | 57.93% | Japan-100% |
| COLOPL | $ 5,192,736 | $ 0 | 0.00% | Japan-100% |
| The Guardian | $ 4,880,222 | $ 440,451 | 8.28% | GB-77% |
| Gruppo Editoriale L'Espresso | $ 4,859,126 | $ 0 | 0.00% | IT-87% |
| Times Newspapers | $ 4,846,577 | $ 2,754 | 0.06% | GB-74% |



CONFIDENTIAL

# Top 20 Communications, Social and Music Apps on iOS

| Top Developers  by 2014 spend | iOS | Play | Gap | #1 User Country (and its share) |
|---|---|---|---|---|
| LINE | $ 121,226,730 | $ 133,308,364 | 52.37% | Japan-84% |
| Pandora | $ 97,979,797 | $ 12,430,836 | 11.26% | US-99% |
| Zoosk | $ 41,720,146 | $ 0 | 0.00% | US-49% |
| Skype | $ 38,149,651 | $ 0 | 0.00% | US-37% |
| ███████ | ███████ | ███████ | | ███████ |
| Badoo | $ 25,590,232 | $ 3,241,205 | 11.24% | FR-15% |
| ███████ | ███████ | ███████ | | ███████ |
| Grindr | $ 18,977,026 | $ 0 | 0.00% | US-43% |
| Match.com | $ 18,694,900 | $ 0 | 0.00% | US-58% |
| Deezer | $ 18,195,952 | $ 0 | 0.00% | FR-44% |
| Diverse inc | $ 14,031,925 | $ 1,964,083 | 12.28% | Japan-100% |
| Cocone | $ 13,795,605 | $ 8,760,843 | 38.84% | Japan-98% |
| Viber Media | $ 12,340,140 | $ 6,118,049 | 33.15% | US-26% |
| IK Multimedia | $ 11,815,620 | $ 157,081 | 1.31% | US-80% |
| GEB AdoptAGuy | $ 11,644,492 | $ 2,884,579 | 19.85% | FR-94% |
| OkCupid | $ 11,636,563 | $ 4,941,233 | 29.81% | US-82% |
| Ultimate Guitar | $ 11,369,583 | $ 2,210,017 | 16.27% | US-46% |
| Rdio | $ 10,717,215 | $ 0 | 0.00% | US-49% |
| PlentyOfFish | $ 10,076,634 | $ 0 | 0.00% | US-56% |
| PennyStreet | $ 9,760,530 | $ 777,167 | 7.38% | US-59% |
| LOVOO | $ 9,546,474 | $ 5,720,627 | 37.47% | DE-50% |

CONFIDENTIAL

## Top 20 Lifestyle Apps on iOS

| Top app franchises by 2014 spend | iOS | Play | Gap | #1 User Country (and its share) |
|---|---|---|---|---|
| Sygic | $ 47,451,953 | $ 1,911,091 | 3.87% | MENA-80% |
| Garmin | $ 46,804,335 | $ 10,546,797 | 18.39% | DE-10% |
| TomTom | $ 37,235,236 | $ 10,714,524 | 22.35% | GB-10% |
| NNG | $ 17,973,549 | $ 399,448 | 2.17% | MENA-80% |
| Navionics | $ 17,450,871 | $ 11,887,506 | 40.52% | US-14% |
| MagazineCloner | $ 14,599,950 | $ 137,338 | 0.93% | GB-13% |
| Hearst | $ 14,069,104 | $ 1,156 | 0.01% | US-33% |
| MedHand | $ 13,306,206 | $ 3,297,770 | 19.86% | MENA-13% |
| ALK Technologies | $ 12,898,721 | $ 8,264,444 | 39.05% | GB-10% |
| Runtastic | $ 12,267,053 | $ 4,763,023 | 27.97% | DE-15% |
| City App | $ 9,681,716 | $ 0 | 0.00% | MENA-90% |
| Elsevier Inc | $ 9,635,047 | $ 428,589 | 4.26% | MENA-80% |
| Conde Nast | $ 9,324,897 | $ 2,362 | 0.03% | US-27% |
| Inkling Systems | $ 9,288,296 | $ 0 | 0.00% | MENA-70% |
| 3D4Medical | $ 8,947,311 | $ 510,620 | 5.40% | US-11% |
| Plus Sports | $ 8,662,886 | $ 148,144 | 1.68% | US-19% |
| Future PLC | $ 8,460,107 | $ 0 | 0.00% | GB-18% |
| Coyote System | $ 8,019,376 | $ 62,544 | 0.77% | FR-81% |
| XROAD, INC. | $ 7,179,816 | $ 0 | 0.00% | MENA-40% |
| Crestron Electronics | $ 6,700,987 | $ 1,449,511 | 17.78% | US-28% |
| Svenska Resenatverket | $ 6,151,825 | $ 2,382,708 | 27.92% | GB-17% |

GOOG-PLAY-007325749

# Top 20 Utilities and Enterprise Apps on iOS

| Top Developers by  2014 spend | iOS | Play | Gap | #1 User Country (and its share) |
|---|---|---|---|---|
| LINE | $ 20,254,381 | $ 16,910,313 | 45.50% | Japan-94% |
| Microsoft | $ 18,413,968 | $ 1,009 | 0.01% | US-43% |
| Readdle | $ 15,449,488 | $ 0 | 0.00% | US-31% |
| Toca Boca | $ 15,084,663 | $ 1,131,610 | 6.98% | US-34% |
| LogMeIn | $ 14,341,288 | $ 99,471 | 0.69% | MENA-7% |
| Disney | $ 14,088,518 | $ 799,671 | 5.37% | US-33% |
| Oceanhouse Media | $ 12,327,983 | $ 2,016,403 | 14.06% | US-10% |
| MobiSystems | $ 11,934,433 | $ 10,338,263 | 46.42% | MENA-6% |
| Dropbox | $ 11,768,376 | $ 1,684,173 | 12.52% | US-45% |
| SHUEISHA | $ 11,042,351 | $ 2,002,554 | 15.35% | Japan-10% |
| Lesson Nine | $ 10,953,802 | $ 2,935,877 | 21.14% | DE-23% |
| Paragon Software | $ 10,407,798 | $ 2,367,668 | 18.53% | MENA-5% |
| ForeFlight | $ 10,356,944 | $ 0 | 0.00% | US-90% |
| DIGI117 | $ 10,010,463 | $ 148,817 | 1.46% | MENA-13% |
| AgileBits | $ 9,794,599 | $ 160,476 | 1.61% | US-31% |
| Nickelodeon | $ 9,460,822 | $ 433,567 | 4.38% | US-62% |
| Evernote | $ 9,232,228 | $ 2,319,148 | 20.08% | US-44% |
| Intuit | $ 9,145,328 | $ 813,776 | 8.17% | US-99% |
| Marvel | $ 9,053,100 | $ 2,716,741 | 23.08% | US-61% |
| Apixy | $ 8,928,579 | $ 401,810 | 4.31% | US-35% |
| Kinokuniya | $ 8,821,939 | $ 0 | 0.00% | Japan-100% |



GOOG-PLAY-007325750

## Highest Potential Regions by Category Gap %

| | AU/NZ | Brazil | CA | DE | FR | GB | IT | Japan | RU | US |
|---|---|---|---|---|---|---|---|---|---|---|
| Books and Reference | 19% | 10% | 13% | 25% | 14% | 14% | 14% | 26% | 8% | 10% |
| Business | 19% | 10% | 21% | 14% | 14% | 12% | 15% | 16% | 12% | 20% |
| Catalogs and Shopping | 15% | 4% | 7% | 22% | 5% | 10% | 9% | 5% | 7% | 17% |
| Communication and Social | 13% | 19% | 17% | 43% | 20% | 15% | 31% | 38% | 19% | 19% |
| Education | 14% | 14% | 12% | 25% | 19% | 13% | 19% | 21% | 13% | 8% |
| Entertainment | 14% | 14% | 11% | 18% | 23% | 20% | 18% | 35% | 4% | 9% |
| Finance | 22% | 11% | 9% | 18% | 7% | 9% | 10% | 10% | 9% | 12% |
| Health and Fitness | 20% | 19% | 16% | 34% | 21% | 20% | 21% | 20% | 13% | 13% |
| Lifestyle | 9% | 6% | 9% | 14% | 11% | 9% | 7% | 7% | 7% | 8% |
| Medical | 23% | 11% | 10% | 19% | 14% | 13% | 10% | 8% | 5% | 14% |
| Music and Audio | 12% | 7% | 11% | 16% | 8% | 9% | 12% | 20% | 18% | 11% |
| Navigation and Transportation | 8% | 4% | 4% | 7% | 3% | 5% | 6% | 25% | 6% | 6% |
| News and Magazines | 10% | 6% | 4% | 10% | 4% | 7% | 2% | 13% | 6% | 4% |
| Photo, Video and Media | 20% | 14% | 15% | 30% | 18% | 18% | 17% | 41% | 17% | 13% |
| Productivity | 17% | 17% | 13% | 24% | 17% | 13% | 19% | 28% | 17% | 11% |
| Sports | 17% | 5% | 13% | 19% | 13% | 7% | 10% | 15% | 7% | 17% |
| Tools and Utilities | 28% | 32% | 28% | 41% | 35% | 26% | 28% | 45% | 35% | 24% |
| Travel and Navigation | 37% | 20% | 26% | 51% | 33% | 39% | 29% | 25% | 36% | 31% |
| Weather | 32% | 9% | 7% | 23% | 14% | 9% | 16% | 18% | 16% | 8% |

Google play

http://www.counterpointresearch.com/applepulsenov2014

Only 9% of people who attempt to purchase on Play actually complete the purchase; better purchase flows are in the works
Abandonment happens for a variety of reasons; non-FOP-enablement is a big contributor

CONFIDENTIAL

# Exhibit A22
# Public Redacted Version

# EXHIBIT 9

Message
_____

| | |
|---|---|
| **From:** | Sameer Samat [ssamat@google.com] |
| **Sent:** | 1/17/2017 5:05:38 PM |
| **To:** | Kirsten Rasanen [krasanen@google.com] |
| **CC:** | Brandon Barras [bbarras@google.com]; Larissa Fontaine [larissa@google.com]; Tia Arzu [tiaa@google.com]; Paul Feng 馮友樸 [pfeng@google.com]; Jamie Rosenberg [jamiero@google.com]; Purnima Kochikar [kochikar@google.com]; Mary Oh [maryoh@google.com]; Larry Yang [lryang@google.com] |
| **Subject:** | Re: Tinder and Google Play Billing [Concern] |

Your point about dating being a category where it is unlikely you'll have year + long subscriptions is compelling to me.

Matching funds makes sense to me -- what can people use these for?  Is it like giving them credit for Adwords?

I still find the 15% number kind of random.  I understand what Paul is saying that Apple set a benchmark, but it seems like a gigantic decision and justifying such a huge business model impacting number (for the developer too!) with "apple did it" feels bad to me.

It seems like there is urgency to do something here.  What are you guys proposing now based on this thread ?

sameer

On Thu, Jan 12, 2017 at 10:06 AM, Kirsten Rasanen <krasanen@google.com> wrote:
Thanks, Sameer. It is a complicated issue and agree that there are many ways we can achieve the same end. Just want to offer a couple of nuances regarding the dating category that may be helpful context.

1.      It's true that Apple's model is 30% for year one and 15% thereafter, but that's not super enticing for dating apps. Since the traditional goal of these services has been to help users find a mate, subscription terms for longer than one year are not very common. From the user perspective, if Match.com doesn't work for me in 12 months, I'm probably going to try another service. If it does work for me, I'm going to unsubscribe. (Duly noted that Tinder is changing that a bit as the goal isn't necessarily the same for a Tinder user…)
2.      The larger (most profitable) services like Match, Zoosk and eHarmony, began as web businesses (10 - 20 years ago) and are actually quite sophisticated in terms of churn-reduction, reengagement and buyer conversion. In some ways our billing platform is not as good as theirs currently are. These three are primarily US-based. Services like Tinder and Plenty of Fish do have global ambitions which makes GPB more attractive, though for legacy businesses (like POF), they tell us 30% rev share is still prohibitive for exclusive adoption.

Finally, on the idea of co-marketing, we are thinking about ways that we can potentially offer marketing funds to Tinder as part of a broader co-marketing initiative. This would be a way to mitigate the risk of Tinder diversifying payment methods, but it's unlikely that co-marketing funds will bring services like Match or Zoosk on to GPB unless we are willing to make a huge investment ($10M+ to offset 30% rev share) which doesn't seem likely.

All said, this certainly merits additional consideration. BD and product (Paul, Larry, Larissa and others) are engaged in on-going discussions about billing policy, platform and incentives.

Thanks,
Kirsten


On Thu, Jan 12, 2017 at 8:51 AM, Sameer Samat <ssamat@google.com> wrote:
An alternative to dropping the rev share here could be a one time commitment to go-marketing funds for 2017 to help drive growth in exchange for them getting onto play billing.   This would cost us quite a bit in 2017 but



**Exhibit
PX 1437**

GOOG-PLAY-000838161

could make us more money in the medium term.  Once we go to 15% right off the bat there is no coming back and it puts pressure for us to do the same on other verticals.

ios's billing isn't 15% in the first year -- it's 30% then 15%, yes?  Do we need to go right to 15% here?   I think a longer term view here might be helpful -- I think the product team and bd should sit down and think this through a bit.  For example, if we put in place a promotions and loyalty system that developers can implement in their app to help subscription based services retain and reengagement consumers across ad networks and via play store / play marketing channels we could do something clever in the future and say:

It's 30% for subs in year 1.  But 50% of that we hold in an account for you to use our promotion systems to retain subs -- our goal is to help you build a long term  business with loyal users. Any sub that makes it to the 1 year renewal point billing drops to 15%.

If we go to 15% right now in year 1 there is no way to go back and implement these kinds of things so it is really important to think through where we want to go.

Also, you mentioned in your summary Brandon "undetermined platform value".  Are these dating companies all in the US? Do they have plans to go international?  Does our billing perform worse for all of them?  I have some trouble believing that because a lot these companies are smaller and unlikely to have developed sophisticated declines / involuntary churn efforts.  Although I could be surprised by how bad we are at this perhaps.

Also, PaulF: I think all this 30%, 15% stuff is pretty arbitrary.  The cost should be a function of the LTV and cost of acquisition in the category.  Not to make things too complicated, but in the retail world Amazon marketplace charges a variable rate per category based on the underlying margin and cost structure of those goods.  It shows respect for the partners business to understand things at this level -- and provides flexibility to be able to adjust as needed.  In the case of Play the reality is each partner would likely just have one rate they'd need to deal with (vs. retailers who sell across categories quite often).   Any thoughts on this ?

On Thu, Jan 12, 2017 at 7:16 AM, Brandon Barras <bbarras@google.com> wrote:
Per Larissa's note, we have thought about how we might extend LRAP-like rev share terms to dating partners. While there are not as many logical product integrations (i.e. dating apps on ATV or in Auto don't make a lot of sense), there is still opportunity for partners to increase investment in the platform in exchange for increased rev share from Play.

## Goal
- Ensure that top dating apps become and remain exemplar users of Google Play Billing and strengthen GPB position as a leading payments platform

## Overview
- Top dating partners have resisted using GPB due to:
  - Existing payments infrastructure
  - Lack of desire to pay 30% rev share for undetermined platform value
- 6 of the top grossing dating apps on iOS are not using Google Play Billing (est annual rev on iOS $136M)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Lack of policy clarity has allowed these partners to remain on their own payments infrastructure on Android

**Terms:**
- In exchange for a discounted 15% revshare, developers opted into DDAP must comply with:
  o GPB integration
  o Product Parity for iOS and Android
  o Adoption of Play best practices including Material Design, SmartLock...etc
  o Upgrade to the latest Android OS w/n 90 days of launch

- Potential Deal length
  o Minimum term commitment of 24 months and 12 month auto renewals unless either party terminates 30 days before renewal date; upon termination developer has a [3 month] transition period before revenue share will revert


Let us know your thoughts/comments.


Thanks,


-BB

On Wed, Jan 11, 2017 at 12:35 PM, Larissa Fontaine <larissa@google.com> wrote:
PRIVILEGED

Correction: not quite as much tindering as originally thought. 2016 consumer spend was ███████████ ███

On Wed, Jan 11, 2017 at 9:19 AM, Tia Arzu <tiaa@google.com> wrote:
Haha!!


Thanks,
Tia
-



||| **Tia Arzu**
||| Senior Counsel, Google Inc
     Registered In-House Counsel
(CA), Licensed only in Georgia
     <u>650-214-1908</u>

*This e-mail message is meant for the sole use of the intended recipient(s) and may contain CONFIDENTIAL, ATTORNEY CLIENT PRIVILEGED COMMUNICATIONS, and/or ATTORNEY WORK PRODUCT INFORMATION. If you are not the intended recipient, please contact the sender by reply email and delete the email.*

On Wed, Jan 11, 2017 at 9:13 AM, Sameer Samat <ssamat@google.com> wrote:
that's a lot of tindering ...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000838163

On Wed, Jan 11, 2017 at 8:57 AM, Larissa Fontaine <larissa@google.com> wrote:
PRIVILEGED

Worth noting that Tinder delivered ~$██████ in consumer spend last year, 2nd among all apps (Line is 1st) and the top subscription service.

On Wed, Jan 11, 2017 at 8:51 AM, Brandon Barras <bbarras@google.com> wrote:
Hi Sameer,

That's right - the decline is in **our** revenue from GPB. OKC noted that while overall conversion is lower with their credit card option, the conversion decrease is offset by the removed rev share. We've asked them to share specific data, but they've been hesitant to do so.

As you mentioned, the concern is Tinder would make similar changes without telling us, leading to a decline in Play's overall revenue.

-BB

On Wed, Jan 11, 2017 at 11:35 AM, Sameer Samat <ssamat@google.com> wrote:
Ok I see -- sorry for being slow -- to confirm, when we say revenue decline we mean they've added options next to ours and *our* revenue has declined -- it's not play billing that has caused *their* revenue to decline, yes?

and I understand now why you are worried -- they wouldn't necessarily need to mention much to us I guess -- they would just some day show up with these other options.

do we know why they added these?  I assume it's to escape the 30% ?  or do they find higher conversion with their own flow here?

On Wed, Jan 11, 2017 at 7:53 AM, Brandon Barras <bbarras@google.com> wrote:
Hi Sameer,

In addition to GPB, OKCupid added separate PayPal and credit card payment options in their payment flow leading to the revenue decline previously mentioned. They have since removed PayPal and now offer both GPB and credit card options - see attached.

You're correct that there has been no direct mention by Tinder of a billing change beyond the purchase data migration, most likely to the Match Group's backend. Given Match Group's reluctance to adopt GPB across their apps due to existing payment infrastructure and lack of desire to pay the 30% rev share, along with OKCupid's payment diversification, we wanted to be sure this group was aware of any possible change given Tinder's overall revenue impact for Play.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

-BB

On Wed, Jan 11, 2017 at 2:24 AM, Sameer Samat <ssamat@google.com> wrote:
The initial email here indicates there's been no mention on their end that they are concerned yet in this migration -- has something changed there?

btw, what does it mean exactly to add "additional payment options" ?

On Tue, Jan 10, 2017 at 8:26 PM, Larissa Fontaine <larissa@google.com> wrote:
PRIVILEGED

Meeting earlier would be ideal but I believe scheduling was proving difficult with this attendee list. To Jamie's point, we could explore an LRAP-style program for dating developers and share that over email in the next day or so (proposal has already been drafted). Even if we proceed with the policy change we'll need to account for a DDA change, notice periods, etc. and will likely need an interim solution for the next 6-12 months, anyway.

Thanks,
Larissa

On Tue, Jan 10, 2017 at 5:34 PM, Paul Feng 馮友樸 <pfeng@google.com> wrote:
Jamie,

The team is working on coming back with more details to address some of the feedback you, Sameer and Purnima gave. We have a review scheduled for 1/25, which is a couple of weeks away.

Given that what we do with Match Group will be influenced by our broader decision, I'd suggest that we discuss at the same time. If it's super urgent, I can see if we can pull in that 1/25 review. Larissa, what are your thoughts about doing that?

On Tue, Jan 10, 2017 at 1:02 PM, Jamie Rosenberg <jamiero@google.com> wrote:
PRIVILEGED

What is the status of the policy exercise?

My initial reaction is that even if the notion of a broad policy change for all subscription apps is a long way off, if we were to make a change for Tinder it should be in the context of *some* policy adjustment -- i.e., the expansion of the scope LRAP, as an example.  Doing it as a one-off without a way to explain to other similarly situated developers feels problematic.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

On Tue, Jan 10, 2017 at 11:49 AM, Larissa Fontaine <larissa@google.com> wrote:
+ Larry

PRIVILEGED

Repinging this thread post-holidays...Jamie and Sameer, I know we have a review on subscriptions policy+rev share coming up, do you want to include this topic or should we set up a separate time to discuss an interim solution for Tinder/Match?

Thanks,
Larissa


On Fri, Dec 16, 2016 at 4:55 PM, Brandon Barras <bbarras@google.com> wrote:
***PRIVILEGED AND CONFIDENTIAL***


**Tl;dr:** There is growing concern that Tinder may add additional billing options, or move away from Play Billing all together, in early 2017. We would like to discuss mitigating that risk by offering 15% rev share to Match Group. This recommendation is made in the context of a possible policy shift that would provide Match with this rev share adjustment without custom deal terms (recognize this is still under discussion and TBD).

**Background**
- Tinder is the only major dating app owned by the Match Group still exclusively using GPB and currently Play's second highest grossing app - ▮▮▮▮▮▮▮
- OKCupid, one of the first Match Group apps to use GBP, added additional payment forms in 2016 leading to an average ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
- Match Group's remaining major brands (Match.com, PlentyOfFish and Meetic) have resisted adoption of GPB due to a robust existing payment infrastructure and then the lack of desire to pay the 30% rev share
  o Those 3 apps generated ~$69M on iOS YTD

**Concern**
- Tinder recently told us they are undergoing a massive purchase data migration, most likely to the Match Group's backend.  This raises concern that Tinder may enable additional payment options or move off GPB entirely post migration, though there has not been any additional signaling of a change.

**Recommendation**
- Consider extending a reduced rev share across the Match Group with a requirement of GPB as the sole payment method in advance of a possible policy change.

**Jamie and Sameer**, would it be useful to discuss this in person?  Happy to work with Elyse and Erin to schedule something for next week or the first week in January.

Thanks,

GOOG-PLAY-000838166

Brandon

| Brandon Barras | | Google Play Partnerships | | bbarras@google.com | | 212-565-7477

| Larissa Fontaine | | Google Play | | larissa@google.com |

--
| Larissa Fontaine | | Google Play | | larissa@google.com |

----------------------------------------------------
This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

--
| Brandon Barras | | Google Play Partnerships | | bbarras@google.com | | 212-565-7477

--

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477

--

Larissa Fontaine | Google Play | larissa@google.com

-------------------------------------------------------
This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

--

Larissa Fontaine | Google Play | larissa@google.com

-------------------------------------------------------
This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

--

Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477

krasanen@google.com | 646-345-8662

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit A23
# Public Redacted Version

# EXHIBIT 11

Message

| | |
|---|---|
| **From:** | Kirsten Rasanen [krasanen@google.com] |
| **Sent:** | 1/12/2017 6:06:09 PM |
| **To:** | Sameer Samat [ssamat@google.com] |
| **CC:** | Brandon Barras [bbarras@google.com]; Larissa Fontaine [larissa@google.com]; Tia Arzu [tiaa@google.com]; Paul Feng 馮友樸 [pfeng@google.com]; Jamie Rosenberg [jamiero@google.com]; Purnima Kochikar [kochikar@google.com]; Mary Oh [maryoh@google.com]; Larry Yang [lryang@google.com] |
| **Subject:** | Re: Tinder and Google Play Billing [Concern] |

Thanks, Sameer. It is a complicated issue and agree that there are many ways we can achieve the same end. Just want to offer a couple of nuances regarding the dating category that may be helpful context.

1.       It's true that Apple's model is 30% for year one and 15% thereafter, but that's not super enticing for dating apps. Since the traditional goal of these services has been to help users find a mate, subscription terms for longer than one year are not very common. From the user perspective, if Match.com doesn't work for me in 12 months, I'm probably going to try another service. If it does work for me, I'm going to unsubscribe. (Duly noted that Tinder is changing that a bit as the goal isn't necessarily the same for a Tinder user…)

2.       The larger (most profitable) services like Match, Zoosk and eHarmony, began as web businesses (10 - 20 years ago) and are actually quite sophisticated in terms of churn-reduction, reengagement and buyer conversion. In some ways our billing platform is not as good as theirs currently are. These three are primarily US-based. Services like Tinder and Plenty of Fish do have global ambitions which makes GPB more attractive, though for legacy businesses (like POF), they tell us 30% rev share is still prohibitive for exclusive adoption.

Finally, on the idea of co-marketing, we are thinking about ways that we can potentially offer marketing funds to Tinder as part of a broader co-marketing initiative. This would be a way to mitigate the risk of Tinder diversifying payment methods, but it's unlikely that co-marketing funds will bring services like Match or Zoosk on to GPB unless we are willing to make a huge investment ($10M+ to offset 30% rev share) which doesn't seem likely.

All said, this certainly merits additional consideration. BD and product (Paul, Larry, Larissa and others) are engaged in on-going discussions about billing policy, platform and incentives.

Thanks,
Kirsten


On Thu, Jan 12, 2017 at 8:51 AM, Sameer Samat <ssamat@google.com> wrote:
An alternative to dropping the rev share here could be a one time commitment to go-marketing funds for 2017 to help drive growth in exchange for them getting onto play billing.   This would cost us quite a bit in 2017 but could make us more money in the medium term.  Once we go to 15% right off the bat there is no coming back and it puts pressure for us to do the same on other verticals.

ios's billing isn't 15% in the first year -- it's 30% then 15%, yes?  Do we need to go right to 15% here?   I think a longer term view here might be helpful -- I think the product team and bd should sit down and think this through a bit.  For example, if we put in place a promotions and loyalty system that developers can implement in their app to help subscription based services retain and reengagement consumers across ad networks and via play store / play marketing channels we could do something clever in the future and say:

It's 30% for subs in year 1.  But 50% of that we hold in an account for you to use our promotion systems to retain subs -- our goal is to help you build a long term  business with loyal users. Any sub that makes it to the 1 year renewal point billing drops to 15%.

If we go to 15% right now in year 1 there is no way to go back and implement these kinds of things so it is really important to think through where we want to go.

**Exhibit
2682**

Also, you mentioned in your summary Brandon "undetermined platform value". Are these dating companies all in the US? Do they have plans to go international? Does our billing perform worse for all of them? I have some trouble believing that because a lot these companies are smaller and unlikely to have developed sophisticated declines / involuntary churn efforts. Although I could be surprised by how bad we are at this perhaps.

Also, PaulF: I think all this 30%, 15% stuff is pretty arbitrary. The cost should be a function of the LTV and cost of acquisition in the category. Not to make things too complicated, but in the retail world Amazon marketplace charges a variable rate per category based on the underlying margin and cost structure of those goods. It shows respect for the partners business to understand things at this level -- and provides flexibility to be able to adjust as needed. In the case of Play the reality is each partner would likely just have one rate they'd need to deal with (vs. retailers who sell across categories quite often). Any thoughts on this ?

On Thu, Jan 12, 2017 at 7:16 AM, Brandon Barras <bbarras@google.com> wrote:
Per Larissa's note, we have thought about how we might extend LRAP-like rev share terms to dating partners. While there are not as many logical product integrations (i.e. dating apps on ATV or in Auto don't make a lot of sense), there is still opportunity for partners to increase investment in the platform in exchange for increased rev share from Play.

**Goal**
- Ensure that top dating apps become and remain exemplar users of Google Play Billing and strengthen GPB position as a leading payments platform

**Overview**
- Top dating partners have resisted using GPB due to:
  - Existing payments infrastructure
  - Lack of desire to pay 30% rev share for undetermined platform value
- 6 of the top grossing dating apps on iOS are not using Google Play Billing (est annual rev on iOS $136M)
- Lack of policy clarity has allowed these partners to remain on their own payments infrastructure on Android

**Terms:**
- In exchange for a discounted 15% revshare, developers opted into DDAP must comply with:
  - GPB integration
  - Product Parity for iOS and Android
  - Adoption of Play best practices including Material Design, SmartLock...etc
  - Upgrade to the latest Android OS w/n 90 days of launch

- Potential Deal length

  - Minimum term commitment of 24 months and 12 month auto renewals unless either party terminates 30 days before renewal date; upon termination developer has a [3 month] transition period before revenue share will revert

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Let us know your thoughts/comments.

Thanks,

-BB

On Wed, Jan 11, 2017 at 12:35 PM, Larissa Fontaine <larissa@google.com> wrote:
PRIVILEGED

Correction: not quite as much tindering as originally thought. 2016 consumer spend was ████████
████

On Wed, Jan 11, 2017 at 9:19 AM, Tia Arzu <tiaa@google.com> wrote:
Haha!!

Thanks,
Tia
•

||| **Tia Arzu**
||| Senior Counsel, Google Inc
    Registered In-House Counsel
(CA), Licensed only in Georgia
    <u>650-214-1908</u>

*This e-mail message is meant for the sole use of the intended recipient(s) and may contain CONFIDENTIAL, ATTORNEY CLIENT PRIVILEGED COMMUNICATIONS, and/or ATTORNEY WORK PRODUCT INFORMATION. If you are not the intended recipient, please contact the sender by reply email and delete the email.*

On Wed, Jan 11, 2017 at 9:13 AM, Sameer Samat <ssamat@google.com> wrote:
that's a lot of tindering ...

On Wed, Jan 11, 2017 at 8:57 AM, Larissa Fontaine <larissa@google.com> wrote:
PRIVILEGED

Worth noting that Tinder delivered ████ in consumer spend last year, 2nd among all apps (Line is 1st) and the top subscription service.

On Wed, Jan 11, 2017 at 8:51 AM, Brandon Barras <bbarras@google.com> wrote:
Hi Sameer,

That's right - the decline is in **our** revenue from GPB. OKC noted that while overall conversion is lower with their credit card option, the conversion decrease is offset by the removed rev share. We've asked them to share specific data, but they've been hesitant to do so.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000838127

As you mentioned, the concern is Tinder would make similar changes without telling us, leading to a decline in Play's overall revenue.

-BB

On Wed, Jan 11, 2017 at 11:35 AM, Sameer Samat <ssamat@google.com> wrote:
Ok I see -- sorry for being slow -- to confirm, when we say revenue decline we mean they've added options next to ours and *our* revenue has declined -- it's not play billing that has caused *their* revenue to decline, yes?

and I understand now why you are worried -- they wouldn't necessarily need to mention much to us I guess -- they would just some day show up with these other options.

do we know why they added these?  I assume it's to escape the 30% ?  or do they find higher conversion with their own flow here?

On Wed, Jan 11, 2017 at 7:53 AM, Brandon Barras <bbarras@google.com> wrote:
Hi Sameer,

In addition to GPB, OKCupid added separate PayPal and credit card payment options in their payment flow leading to the revenue decline previously mentioned. They have since removed PayPal and now offer both GPB and credit card options - see attached.

You're correct that there has been no direct mention by Tinder of a billing change beyond the purchase data migration, most likely to the Match Group's backend. Given Match Group's reluctance to adopt GPB across their apps due to existing payment infrastructure and lack of desire to pay the 30% rev share, along with OKCupid's payment diversification, we wanted to be sure this group was aware of any possible change given Tinder's overall revenue impact for Play.

-BB

On Wed, Jan 11, 2017 at 2:24 AM, Sameer Samat <ssamat@google.com> wrote:
The initial email here indicates there's been no mention on their end that they are concerned yet in this migration -- has something changed there?

btw, what does it mean exactly to add "additional payment options" ?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

On Tue, Jan 10, 2017 at 8:26 PM, Larissa Fontaine <<u>larissa@google.com</u>> wrote:
PRIVILEGED

Meeting earlier would be ideal but I believe scheduling was proving difficult with this attendee list. To Jamie's point, we could explore an LRAP-style program for dating developers and share that over email in the next day or so (proposal has already been drafted). Even if we proceed with the policy change we'll need to account for a DDA change, notice periods, etc. and will likely need an interim solution for the next 6-12 months, anyway.

Thanks,
Larissa


On Tue, Jan 10, 2017 at 5:34 PM, Paul Feng 馮友樸 <<u>pfeng@google.com</u>> wrote:
Jamie,

The team is working on coming back with more details to address some of the feedback you, Sameer and Purnima gave. We have a review scheduled for 1/25, which is a couple of weeks away.

Given that what we do with Match Group will be influenced by our broader decision, I'd suggest that we discuss at the same time. If it's super urgent, I can see if we can pull in that 1/25 review. Larissa, what are your thoughts about doing that?


On Tue, Jan 10, 2017 at 1:02 PM, Jamie Rosenberg <<u>jamiero@google.com</u>> wrote:
PRIVILEGED

What is the status of the policy exercise?

My initial reaction is that even if the notion of a broad policy change for all subscription apps is a long way off, if we were to make a change for Tinder it should be in the context of *some* policy adjustment -- i.e., the expansion of the scope LRAP, as an example.  Doing it as a one-off without a way to explain to other similarly situated developers feels problematic.


On Tue, Jan 10, 2017 at 11:49 AM, Larissa Fontaine <<u>larissa@google.com</u>> wrote:
+ Larry

PRIVILEGED

Repinging this thread post-holidays...Jamie and Sameer, I know we have a review on subscriptions policy+rev share coming up, do you want to include this topic or should we set up a separate time to discuss an interim solution for Tinder/Match?

Thanks,
Larissa

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

On Fri, Dec 16, 2016 at 4:55 PM, Brandon Barras <bbarras@google.com> wrote:
**PRIVILEGED AND CONFIDENTIAL**

**Tl;dr:** There is growing concern that Tinder may add additional billing options, or move away from Play Billing all together, in early 2017. We would like to discuss mitigating that risk by offering 15% rev share to Match Group. This recommendation is made in the context of a possible policy shift that would provide Match with this rev share adjustment without custom deal terms (recognize this is still under discussion and TBD).

### Background
* Tinder is the only major dating app owned by the Match Group still exclusively using GPB and currently Play's second highest grossing app █████████
* OKCupid, one of the first Match Group apps to use GBP, added additional payment forms in 2016 leading to an average████████████████████████████████████████████
████████████████████
* Match Group's remaining major brands (Match.com, PlentyOfFish and Meetic) have resisted adoption of GPB due to a robust existing payment infrastructure and then the lack of desire to pay the 30% rev share
  ○ Those 3 apps generated <u>~$69M on iOS YTD</u>

### Concern
* Tinder recently told us they are undergoing a massive purchase data migration, most likely to the Match Group's backend.  This raises concern that Tinder may enable additional payment options or move off GPB entirely post migration, though there has not been any additional signaling of a change.

### Recommendation
* Consider extending a reduced rev share across the Match Group with a requirement of GPB as the sole payment method in advance of a possible policy change.

**Jamie and Sameer**, would it be useful to discuss this in person?  Happy to work with Elyse and Erin to schedule something for next week or the first week in January.

Thanks,

Brandon


| Brandon Barras | | Google Play Partnerships | | bbarras@google.com | | 212-565-7477 |


| Larissa Fontaine | | Google Play | | larissa@google.com |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000838130

--

| Larissa Fontaine | | Google Play | | larissa@google.com |

------------------------------------------------------
This email may be confidential or privileged. If you received this communication
by mistake, please don't forward it to anyone else, please erase all copies and
attachments, and please let me know that it went to the wrong person. Thanks.

--

| Brandon Barras | | Google Play Partnerships | | bbarras@google.com | 212-565-7477

--

| Brandon Barras | | Google Play Partnerships | | bbarras@google.com | 212-565-7477

--

| Larissa Fontaine | | Google Play | | larissa@google.com |

------------------------------------------------------
This email may be confidential or privileged. If you received this communication
by mistake, please don't forward it to anyone else, please erase all copies and

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

attachments, and please let me know that it went to the wrong person. Thanks.

--

Larissa Fontaine | Google Play | larissa@google.com

----------------------------------------------------

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

--

Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477

--

Kirsten Rasanen | Google Play Partnerships | krasanen@google.com | 646-345-8662

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000838132