# Exhibit B12
# Public Redacted Version

# EXHIBIT 12
## FILED UNDER SEAL

**Date:** Tuesday, June 19 2018 12:47 PM

**Subject:** RE: Sorry...

**From:** Adrian Ong <Adrian.Ong@match.com>

**To:** Purnima Kochikar <kochikar@google.com>; Brandon Barras <bbarras@google.com>;

**CC:** Alyssa Ablao <aablao@google.com>; Ian Purves <Ian.Purves@match.com>;

Hi Purnima

1. We tested POF (all markets) and Meetic (Germany only). I know POF we've been running a test over many months but Meetic I'm still awaiting all the specifics.

2. On POF, 

4. Lastly, we then compute a 30% rev share on top of these numbers and we're looking at a world of pain

Thanks

-AO

**From:** Purnima Kochikar [mailto:kochikar@google.com]
**Sent:** Tuesday, June 19, 2018 11:01 AM
**To:** Adrian Ong <Adrian.Ong@match.com>; Brandon Barras <bbarras@google.com>
**Cc:** Alyssa Ablao <aablao@google.com>
**Subject:** Re: Sorry...

Hi Adrian,

So sorry I missed what would have been an important discussion.

Would you please share a few more details (adding Brandon who may already have these details)...

- Which apps did you test and in which markets over what period?
- Do you have hypothesis on why the shift is happening to smaller intervals? Does the user see the same subscriptions options on your own billing solution and on GPB?
- You had previously talked about not enough signals to proactively anticipate and address churn. Is this still the predominant reason for more churn on GPB? What signals would help you reduce the churn?

Thank you for your continued partnership. We will make the platform better together.

P

On Tue, Jun 19, 2018 at 11:56 AM Adrian Ong <Adrian.Ong@match.com> wrote:



MATCHGOOGLE00087739

Thank you - I also have an update on some GBP tests we have run ... unfortunately ████████ ██████████████████████████████████████████████████████████████████████████████ ████████████

On Jun 19, 2018, at 10:43 AM, Purnima Kochikar <kochikar@google.com <mailto:kochikar@google.com >> wrote:

Hi Adrian,

I am in NYC for work and had an unexpected conflict.  Sorry I could not make your call.  I thought I emailed you through the calendar, but realized that you are not on the invite, only Alyssa was.  My apologies.

A quick update - we discussed your feedback at length and we are taking the time to figure out how best to address.  Nothing new to report at this time.  We will keep you posted.

Alyssa, please reschedule. Thanks.

P

--
Purnima Kochikar
Google Play, Apps & Games
kochikar@google.com <mailto:kochikar@google.com >
+17813548147


--
Purnima Kochikar
Google Play, Apps & Games
kochikar@google.com
+17813548147

Confidential

# Exhibit B13
# Public Redacted Version

# EXHIBIT 21
## FILED UNDER SEAL



# Exhibit B14
# Public Redacted Version

# EXHIBIT 23
## FILED UNDER SEAL

# Exhibit B11
# Public Redacted Version

# EXHIBIT 22
## FILED UNDER SEAL



GOOG-PLAY-011270112

Proprietary and confidential

## Agenda

1. Status update on previous, mutually prioritized Match product asks
2. Play product update: Subscription Platform EAP
3. Next steps

CONFIDENTIAL AND SUBJECT TO NDA

Google Play





Proprietary and confidential

## Match Requested GPB Features

| Mutually prioritized *gating* features<br>*Shared tracker* | Additional FOPs |
| --- | --- |
| | Large value SKUs |
| | 2, 4, 8 month subscription periods |
| | Subscription bundles |
| Mutually prioritized *fast follow* features<br>*Shared tracker* | ▮▮▮▮▮▮▮ |
| | One day prepaid plans |

CONFIDENTIAL AND SUBJECT TO NDA

Google Play

Note that we can cover Q12022 requirements thanks to new features launched since our last technical engagement

Our two teams, together, agreed on what was gating vs fast follow, in the shared tracker

also you can voice over these were gating, and fast follow for gpb adoption and compliance (would prefer not to write it down)



- Consult our article in  Help Center
- Don't support Amex Digital at this time
- Exploring Delegated Authentication

| Id | Date | Text | Proprietary and confidential |
|---|---|---|---|
| 1 | 03/15/2022 15:24:24 | thanks rich. it looks like we hve ideal for otp already. whats otp? | |
| 2 | 03/15/2022 15:26:20 | and one more: Instant bank transfers @josephmills@google.com what's eta for it? | |
| 1 | 03/15/2022 18:39:19 | @josephmills@google.com @sshantikumar@google.com<br>Hi Joe, Swetha,<br>The partner is looking for more details on the 'launching imminently' FOPs on this slide. Here are the main three they are pointing out as blocking them from compliance:<br>- IDEAL<br>- SEPA<br>- SOFORT<br>- Direct debit in DE<br>Can you provide an update on these and see if it's possible to provide a delivery date estimate?<br>@ggalyan@google.com FYI<br>_Reassigned to Joseph Mills_ | |
| 1 | 03/15/2022 18:39:19 | SEPA isn't a FOP so not sure what it's referring to.<br><br>-iDEAL is launched (for one time purchases and balance purchases - balance purchases can be used for subscriptions)<br>-SOFORT is not a FOP on our roadmap | |

CONFIDENTIAL AND SUBJECT TO NDA

Google Play

GOOG-PLAY-011270118

Proprietary and confidential

## Large Value SKUs
### Confirmed for up to $5k (pending approval of SKUs)

| | |
|---|---|
| **Details** | Increased SKU value limit to $5k USD<br>● Available via allowlist for predetermined country + SKU + price<br>● Once approved, Match would be able to add the SKU in the console, per the normal process |
| **Brands requesting Large Value SKUs** | Plenty of Fish |
| **Action items requested from Match Group** | ● Confirmation that $5K USD limit suffices<br>● Final list of country + SKU + price combinations for approval |

CONFIDENTIAL AND SUBJECT TO NDA

Google Play

Working list: US, CA, AU, FR, UK, NZ, BR, MX

Proprietary and confidential

## 2, 4, 8 Month Subscription Periods
Launched

| Details | Available in Google Play Console (Subscriptions EAP) |
|---|---|
| Brands requesting 2, 4, 8 Month Subscription Periods | Plenty of Fish |
| Action items requested from Match Group | Confirmation that the feature can be adopted without issues |

CONFIDENTIAL AND SUBJECT TO NDA

Google Play

Proprietary and confidential

## Subscriptions Bundles (multi-line subscription purchases)

Launched EAP on current stack → EAP Closed → Now on roadmap for new
subscription platform

| | |
|---|---|
| **Details** | Play launched Subscription Bundles EAP, which has since closed:<br>● Google built a solution in Q22021 on current subscriptions stack<br>● Google made the feature available to Match via EAP in July, 2021<br>● Match did not test the feature<br>● EAP on current platform has closed<br><br>The feature is now on the roadmap for launch in the new subscription platform. Can include Match in EAP once available. |
| **Brands requesting Subscription Bundles** | Match.com |
| **Action items requested from Match Group** | N/A |

CONFIDENTIAL AND SUBJECT TO NDA

Google Play



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Proprietary and confidential

## One Day Prepaid Plans
### Solution proposed and available

| | |
|---|---|
| **Details** | One Day Prepaid Plans - with top ups - are available in the new subscription platform (EAP)<br>● The prepaid plans functionality has been available since Q42021<br>● Prepaid plans require the new subscription platform EAP and latest Play Billing Library |
| **Brands requesting One Day Prepaid Plans** | TBD |
| **Action items requested from Match Group** | ● List of brands that need the One Day Prepaid Plans feature<br>● Functional review by all brands that need this feature |

Google Play

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-011270123

Proprietary and confidential

## Google has Provided (or Planned) Solves for Mutually Prioritized Product Asks

| | | |
|---|---|---|
| **Mutually prioritized** *gating* features *Shared tracker* | Additional FOPs | Launched (or launching imminently) |
| | Large value SKUs | Launched (pending approval of SKUs) |
| | 2, 4, 8 month subscription periods | Launched |
| | Subscription bundles | Launched EAP, since closed; feature on roadmap for new platform |
| **Mutually prioritized** *fast follow* features *Shared tracker* | ███████████ | ████████ |
| | One day prepaid plans | Solution proposed and available |

Google Play

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-011270124



Google Confidential

## Sell your subscriptions the way you want to

**Increased flexibility**

- Create customized offers across the subscription lifecycle
- Determine user eligibility however you'd like
- Unlock new markets with prepaid plans and top-ups

**Decreased complexity**

- Create multiple offers per subscription - no need for redundant SKUs
- Reduce the need for app updates by using offer tags
- Change prices without affecting existing subscriptions

CONFIDENTIAL AND SUBJECT TO NDA

Google Play



GOOG-PLAY-011270127



Google Confidential

## Offers in Play Console

**Simple, scalable workflow**

- Create multiple base plans and offers per subscription

- Activate and deactivate offers as desired

- Create region-specific offers

- When changing prices, optionally keep existing subscribers at the current price



CONFIDENTIAL AND SUBJECT TO NDA

Google Confidential

## Flexible user eligibility, flexible pricing

Subscription offers support a wide range of offer strategies

**1** **Upgrade and retention offers**
Configure eligibility based on user's current subscription, base plan, and paid duration

**2** **Multiple free trials**
Choose when to provide users with additional free trials or intro prices

**3** **Country-level offer availability**
Supports regional offer types and local preferences

**4** **Prepaid plans and top-ups**
Unlock regions where pay-as-you-go is standard. Provides an alternative to auto-renewing

**5** **Developer-determined eligibility**
In addition to Play-determined eligibility, you can choose your own eligibility logic

CONFIDENTIAL AND SUBJECT TO NDA

Google Play

Google Confidential

## Graceful transition for existing developers

- The new Subscription Platform APIs will become publicly available later this year (PBL 5.0)
- Available now as EAP
  - ○ Play would need to allowlist developer account IDs and Google Cloud Platform project IDs (for backend APIs) for access
- Backwards compatibility means minimal effort is required day one
- Existing SKUs are automatically migrated
- Developer can adopt new features as desired
- Functionality provided via natural extensions of the existing subscription publishing and purchase APIs

CONFIDENTIAL AND SUBJECT TO NDA

Google Play





Google Confidential

## Next Steps for Match Group and Google Play Product

1. Match Group feedback requested for
   - Large value SKUs
   - 2, 4, 8 Month Subscription Periods
   - 
   - One Day Pre-Paid Plans
2. Match Group to share whether its brands are interested in partaking in the new Subscription Platform EAP. If interested:
   - Share Google Cloud Platform project ID for endpoint access allowlisting
   - Provide developer account ID for migration of SKUs (Play to migrate)

CONFIDENTIAL AND SUBJECT TO NDA

Google Play



Proprietary and confidential

| Match Requested Feature | Availability in EAP |
|---|---|
| Terms: 3 months + | ✓ |
| Discounted pricing for >1-month subscription | ✓ |
| Monthly payment schedule (no flexibility) | ✓ |
| Revenue realization - up-front or rolling (varies by Match app/geo) | ✓ (rolling only) |
| Drop the "debt" if a user cannot be recovered (varies by Match app/geo) | ✓ (will not vary) |
| Recovery: use a broader timeframe, including a Grace Period | ✓ |
| Recovery: interventions such as in-app messaging, emails, etc. | ✓ |
| Recovery: No debt "holdover" if a user is recovered after Grace Period | ✓ |
| Voluntary Cancellation winback offers | TBD |
| Upgrade / downgrade to a new plan | TBD |

*Important note:* The features listed above represent the current design plans for the first release and are subject to change

CONFIDENTIAL AND SUBJECT TO NDA

Google Play