1  Jeffrey L. Kessler (*pro hac vice*)
   JKessler@winston.com
2  Sofia Arguello (*pro hac vice*)
   SArguello@winston.com
3  WINSTON & STRAWN LLP
   200 Park Avenue
4  New York, NY 10166-4193
   Telephone: (212) 294-6700
5  Facsimile: (212) 294-4700

6  Jeanifer E. Parsigian (SBN: 289001)
   JParsigian@winston.com
7  WINSTON & STRAWN LLP
   101 California Street, 34th Floor
8  San Francisco, CA 94111
   Telephone: (415) 591-1000
9  Facsimile: (415) 591-1400

10 *Attorneys for Non-Party*
   ACTIVISION BLIZZARD, INC.

11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

| 17 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|---|
| 18 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR NON-PARTY ACTIVISION BLIZZARD, INC.'S RESPONSE TO PARTIES' OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING** |
| 19 | THIS DOCUMENT RELATES TO: | |
| 20 | *Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | |
| 21 | | |
| 22 | *In re Google Play Consumer Antitrust Litig.,* Case No. 3:20-cv-05761-JD | |
| 23 | | The Honorable James Donato |
| 24 | *State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD | |
| 25 | *Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | |
| 26 | | |

27

0

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR NON-PARTY ACTIVISION BLIZZARD, INC.'S
RESPONSE TO PARTIES' OMNIBUS MOTION TO SEAL
CASE NOS. 3:21-md-02981-JD, 3:20-cv-05671-JD; 3:20-cv-05761-JD, 3:21-cv-05227-JD,
3:22-cv-02746-JD

28

Pursuant to Northern District of California Civil Local Rule 6-2, non-party Activision Blizzard, Inc. ("Activision Blizzard"), along with Consumer Plaintiffs, State Plaintiffs, Plaintiff Epic Games, Inc., Match Plaintiffs, and Google Defendants (collectively, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending the deadline for Activision Blizzard to submit a response to the Parties' Omnibus Motion to Seal Materials Submitted in Connection with the Summary Judgment and *Daubert* Briefing ("Sealing Motion"). *See* MDL ECF No. 535.

WHEREAS, pursuant to the Order Modifying Sealing Procedures Relating to Dispositive and *Daubert* Motions ("Sealing Order"), the Parties filed the Sealing Motion (*see* MDL ECF Nos. 535–36), which appended Activision Blizzard's Declaration;

WHEREAS, the Sealing Motion raises issues that specifically pertain to Activision Blizzard's sealing requests, and Activision Blizzard would like to file a response to the Sealing Motion by July 25, 2023;

WHEREAS, all of the Parties have agreed to allow Activision Blizzard to file such a response by such date;

WHEREAS, deadlines have been extended in this litigation (*see* MDL ECF Nos. 199, 269, 290, 382, 401), none of which have involved Activision Blizzard; and

WHEREAS, the Parties and Activision Blizzard represent that the requested response will have no impact on the case schedule and will neither harm nor prejudice any party or the Court.

THEREFORE, the Parties and Activision Blizzard hereby agree and stipulate that, upon order of this Court, Activision Blizzard shall file a response to the Parties' Sealing Motion by July 25, 2023.

| | |
|---|---|
| Dated: July 21, 2023 | Respectfully submitted, |
| WINSTON & STRAWN LLP | BARTLIT BECK LLP |
| By:  /s/ Jeanifer E. Parsigian  <br>     Jeanifer E. Parsigian (SBN 289001)<br>101 California Street, 34th Floor<br>San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jparsigian@winston.com | By:  /s/ Karma M. Giulianelli  <br>     Karma M. Giulianelli (SBN 184175)<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br>karma.giulianelli@bartlitbeck.com |
| Jeffrey L. Kessler (*pro hac vice*)<br>Sofia Arguello (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>sarguello@winston.com | KAPLAN FOX & KILSHEIMER LLP<br><br>By:  /s/ Hae Sung Nam  <br>     Hae Sung Nam (pro hac vice)<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>hnam@kaplanfox.com |
| *Counsel for Non-Party Activision Blizzard, Inc.* | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| FAEGRE DRINKER BIDDLE & REATH LLP<br><br>By:  /s/ Paul J. Riehle  <br>     Paul J. Riehle (SBN 115199)<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>paul.riehle@faegredrinker.com | OFFICE OF THE UTAH ATTORNEY GENERAL<br><br>By:  /s/ Lauren Weinstein  <br>     Lauren Weinstein (*pro hac vice*)<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (202) 748-6489<br>lweinstein@agutah.gov |
| CRAVATH, SWAINE & MOORE LLP<br><br>By:  /s/ Michael J. Zaken  <br>     Michael J. Zaken (pro hac vice)<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>mzaken@cravath.com | *Counsel for the Plaintiff States*<br><br>HUESTON HENNIGAN LLP<br><br>By:  /s/ Douglas J. Dixon  <br>     Douglas J. Dixon (SBN 275389)<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br>ddixon@hueston.com |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | *Counsel for Plaintiffs Match Group, LLC, et al.* |

MUNGER, TOLLES & OLSON LLP

By:   */s/ Glenn D. Pomerantz*
      Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ Minna L. Naranjo*
      Minna L. Naranjo (SBN 259005)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
minna.naranjo@morganlewis.com
*Counsel for Defendants Google LLC et al*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Jeanifer E. Parsigian*
JEANIFER E. PARSIGIAN

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE