Jeffrey L. Kessler (*pro hac vice*)
JKessler@winston.com
Sofia Arguello (*pro hac vice*)
SArguello@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Jeanifer E. Parsigian (SBN: 289001)
JParsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Non-Party*
ACTIVISION BLIZZARD, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litig.*, Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE FOR NON-PARTY ACTIVISION BLIZZARD, INC.'S RESPONSE TO PARTIES' OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING**

The Honorable James Donato

0

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR NON-PARTY ACTIVISION BLIZZARD, INC.'S RESPONSE TO PARTIES' OMNIBUS MOTION TO SEAL
CASE NOS. 3:21-md-02981-JD, 3:20-cv-05671-JD; 3:20-cv-05761-JD, 3:21-cv-05227-JD, 3:22-cv-02746-JD

Pursuant to Northern District of California Civil Local Rule 6-2, non-party Activision Blizzard, Inc. ("Activision Blizzard"), along with Consumer Plaintiffs, State Plaintiffs, Plaintiff Epic Games, Inc., Match Plaintiffs, and Google Defendants (collectively, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending the deadline for Activision Blizzard to submit a response to the Parties' Omnibus Motion to Seal Materials Submitted in Connection with the Summary Judgment and *Daubert* Briefing ("Sealing Motion"). *See* MDL ECF No. 535.

WHEREAS, pursuant to the Order Modifying Sealing Procedures Relating to Dispositive and *Daubert* Motions ("Sealing Order"), the Parties filed the Sealing Motion (*see* MDL ECF Nos. 535–36), which appended Activision Blizzard's Declaration;

WHEREAS, the Sealing Motion raises issues that specifically pertain to Activision Blizzard's sealing requests, and Activision Blizzard would like to file a response to the Sealing Motion by July 25, 2023;

WHEREAS, all of the Parties have agreed to allow Activision Blizzard to file such a response by such date;

WHEREAS, deadlines have been extended in this litigation (*see* MDL ECF Nos. 199, 269, 290, 382,401), none of which have involved Activision Blizzard; and

WHEREAS, the Parties and Activision Blizzard represent that the requested response will have no impact on the case schedule and will neither harm nor prejudice any party or the Court.

THEREFORE, the Parties and Activision Blizzard hereby agree and stipulate that, upon order of this Court, Activision Blizzard shall file a response to the Parties' Sealing Motion by July 25, 2023.

Dated: July 21, 2023

WINSTON & STRAWN LLP

By: */s/ Jeanifer E. Parsigian*
Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

Jeffrey L. Kessler (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
sarguello@winston.com

*Counsel for Non-Party Activision Blizzard, Inc.*

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Paul J. Riehle*
Paul J. Riehle (SBN 115199)
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
paul.riehle@faegredrinker.com

CRAVATH, SWAINE & MOORE LLP

By: */s/ Michael J. Zaken*
Michael J. Zaken (pro hac vice)
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
mzaken@cravath.com

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Respectfully submitted,

BARTLIT BECK LLP

By: */s/ Karma M. Giulianelli*
Karma M. Giulianelli (SBN 184175)
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
karma.giulianelli@bartlitbeck.com

KAPLAN FOX & KILSHEIMER LLP

By: */s/ Hae Sung Nam*
Hae Sung Nam (pro hac vice)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
hnam@kaplanfox.com

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

OFFICE OF THE UTAH ATTORNEY GENERAL

By: */s/ Lauren Weinstein*
Lauren Weinstein (*pro hac vice)*
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (202) 748-6489
lweinstein@agutah.gov

*Counsel for the Plaintiff States*

HUESTON HENNIGAN LLP

By: */s/ Douglas J. Dixon*
Douglas J. Dixon (SBN 275389)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
ddixon@hueston.com

*Counsel for Plaintiffs Match Group, LLC, et al.*

MUNGER, TOLLES & OLSON LLP

By: *<u>/s/ Glenn D. Pomerantz</u>*
Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

MORGAN, LEWIS & BOCKIUS LLP

By: *<u>/s/ Minna L. Naranjo</u>*
Minna L. Naranjo (SBN 259005)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
minna.naranjo@morganlewis.com
*Counsel for Defendants Google LLC et al*

**<u>ORDER</u>**

Pursuant to stipulation, it is so ordered.

DATED: 7/24/2023

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge James Donato
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR NON-PARTY ACTIVISION BLIZZARD, INC.'S RESPONSE TO PARTIES' OMNIBUS MOTION TO SEAL
CASE NOS. 3:21-md-02981-JD, 3:20-cv-05671-JD; 3:20-cv-05761-JD, 3:21-cv-05227-JD, 3:22-cv-02746-JD