**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litig.*,<br>Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*,<br>Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER ON NON-PARTY ACTIVISION BLIZZARD, INC.'S OPPOSITION TO PORTIONS OF PARTIES' OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING**<br><br>The Honorable James Donato |

|   |   |
|---|---|
| 1 | The Court, having considered non-party Activision Blizzard, Inc.'s ("Activision Blizzard") Opposition to Portions of the Omnibus Motion to Seal Materials Submitted in Connection with the Summary Judgment and *Daubert* Briefing, |

IT IS HEREBY ORDERED that Activision Blizzard's sealing requests included in the Motion to Seal Materials Submitted in Connection with the Summary Judgment and *Daubert* Briefing (MDL ECF Nos. 535–36) are hereby **GRANTED**.

**IT IS HEREBY ORDERED:**

Dated: _____

                                      The Honorable James Donato
                                      United States District Judge
                                        Northern District of California

1

[Proposed] Order on Non-Party Activision Blizzard, Inc.'s Opposition to Portions of Parties' Omnibus Sealing Motion
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD; 3:20-cv-05761-JD, 3:21-cv-05227-JD, 3:22-cv-02746-JD