| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) | Glenn D. Pomerantz (SBN 112503) |
| karma.giulianelli@bartlitbeck.com | glenn.pomerantz@mto.com |
| **BARTLIT BECK LLP** | **MUNGER, TOLLES & OLSON LLP** |
| 1801 Wewatta St., Suite 1200 | 350 South Grand Avenue, Fiftieth Floor |
| Denver, CO 80202 | Los Angeles, CA 90071 |
| Telephone: (303) 592-3100 | Telephone: (213) 683-9100 |
| | |
| Hae Sung Nam (*pro hac vice*) | Justin P. Raphael, Bar No. 292380 |
| hnam@kaplanfox.com | justin.raphael@mto.com |
| **KAPLAN FOX & KILSHEIMER LLP** | **MUNGER, TOLLES & OLSON LLP** |
| 850 Third Avenue | 560 Mission Street, Twenty Seventh Fl. |
| New York, NY 10022 | San Francisco, California 94105 |
| Telephone: (212) 687-1980 | Telephone: (415) 512-4000 |
| | |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | Brian C. Rocca (SBN 221576) |
| | brian.rocca@morganlewis.com |
| | Sujal J. Shah, Bar No. 215230 |
| Brendan P. Glackin (SBN 199643) | sujal.shah@morganlewis.com |
| bglackin@agutah.gov | **MORGAN, LEWIS & BOCKIUS LLP** |
| **OFFICE OF THE UTAH ATTORNEY GENERAL** | One Market, Spear Street Tower |
| 160 E 300 S, 5th Floor | San Francisco, CA 94105-1596 |
| PO Box 140872 | Telephone: (415) 442-1000 |
| Salt Lake City, UT 84114-0872 | |
| Telephone: (801) 366-0260 | *Counsel for Defendants Google LLC et al.* |
| | |
| *Counsel for the Plaintiff States* | [Additional counsel appear on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF FILING OF JOINT STATEMENT RE CONCURRENT MERITS EXPERT WITNESS PROCEEDING** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Judge: Hon. James Donato |

Pursuant to this Court's Order dated May 24, 2023, *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") (ECF No. 517), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit attached as Exhibit 1, the Joint Statement Re: Concurrent Merits Expert Witness Proceeding Regarding the Opinions of Dr. Rysman, and Exhibit 2, the Joint Statement Re: Concurrent Merits Expert Witness Proceeding Regarding the Opinions of Dr. Hal Singer.

Dated: July 25, 2023

MORGAN, LEWIS & BOCKIUS LLP
    Sujal J. Shah
    Brian C. Rocca
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia

Respectfully submitted,

By: */s/ Sujal J. Shah*
    Sujal J. Shah

*Counsel for Defendants Google LLC et al.*

Dated: July 25, 2023

MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kyle W. Mach
    Kuruvilla Olasa
    Justin P. Raphael
    Emily C. Curran-Huberty
    Jonathan I. Kravis

Respectfully submitted,

By: */s/ Justin P. Raphael*
    Justin P. Raphael

*Counsel for Defendants Google LLC et al.*

Dated:  July 25, 2023            OFFICE OF THE UTAH ATTORNEY GENERAL
                Brendan P. Glackin
                Lauren M. Weinstein
                Brendan Benedict

                Respectfully submitted,

                By: */s/ Brendan P. Glackin*
                  Brendan P. Glackin

                *Counsel for the Plaintiff States*

Dated:  July 25, 2023            BARTLIT BECK LLP
                Karma M. Giulianelli

               KAPLAN FOX & KILSHEIMER LLP
                Hae Sung Nam

               Respectfully submitted,

               By: */s/ Karma M. Giulianelli*
                Karma M. Giulianelli

               *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

**E-FILING ATTESTATION**

I, Sujal J. Shah, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Sujal J. Shah*
Sujal J. Shah