| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, S.B. #112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, S.B. #281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, S.B. #248421 | Nicholas R. Sidney, S.B. #308080 |
| michelle.chiu@morganlewis.com | nick.sidney@mto.com |
| Minna Lo Naranjo, S.B. #259005 | **MUNGER, TOLLES & OLSON LLP** |
| minna.naranjo@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Rishi P. Satia, S.B. #301958 | Los Angeles, California 90071 |
| rishi.satia@morganlewis.com | Telephone: (213) 683-9100 |
| **MORGAN, LEWIS & BOCKIUS LLP** | |
| One Market, Spear Street Tower | Kyle W. Mach, S.B. #282090 |
| San Francisco, CA 94105 | kyle.mach@mto.com |
| Telephone: (415) 442-1000 | Justin P. Raphael, S.B. #292380 |
| | justin.raphael@mto.com |
| Richard S. Taffet, *pro hac vice* | Emily C. Curran-Huberty, S.B. #293065 |
| richard.taffet@morganlewis.com | emily.curran-huberty@mto.com |
| **MORGAN, LEWIS & BOCKIUS LLP** | Dane P. Shikman, S.B. #313656 |
| 101 Park Avenue | dane.shikman@mto.com |
| New York, NY 10178 | **MUNGER, TOLLES & OLSON LLP** |
| Telephone: (212) 309-6000 | 560 Mission Street, Twenty Seventh Floor |
| | San Francisco, California 94105 |
| *Counsel for Defendants Google LLC, et al.* | Telephone: (415) 512-4000 |
| | |
| | Jonathan I. Kravis, *pro hac vice* |
| | jonathan.kravis@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| | 601 Massachusetts Avenue NW, Suite 500E |
| | Washington, D.C. 20001 |
| | Telephone: (202) 220-1100 |
| | |
| | Neal Kumar Katyal, *pro hac vice* |
| | neal.katyal@hoganlovells.com |
| | Jessica L. Ellsworth*, pro hac vice* |
| | jessica.ellsworth@hoganlovells.com |
| | **HOGAN LOVELLS US LLP** |
| | 555 Thirteenth Street, NW |
| | Washington, D.C. 20004 |
| | Telephone: (202) 637-5600 |

RAPHAEL DECLARATION IN SUPPORT OF DEFS.' MOTION FOR LEAVE TO FILE SUPP. BRIEF
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. HAL J. SINGER**<br><br>Judge:     Hon. James Donato<br>Date:      August 3, 2023<br>Time:      10:00 a.m. Pacific Time<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

## DECLARATION OF JUSTIN P. RAPHAEL

I, Justin P. Raphael, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP and counsel of record for Defendants in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein

2. On October 3, 2022, Consumer Plaintiffs served on Google the Expert Report of Hal J. Singer, Ph.D. On December 23, 2022, Consumer Plaintiffs served the Expert Reply Report of Hal J. Singer, Ph.D. ("Singer Reply Report"). Attached hereto as **Exhibit A** is a true and accurate copy relevant excerpts from the Singer Reply Report.

3. On April 20, 2023, Google filed its Motion to Exclude Merits Opinions of Dr. Hal J. Singer ("Motion to Exclude"). On April 27, 2023, after Google filed its Motion to Exclude, lead trial counsel for all member cases held an in-person trial "summit" to discuss a plan and sequencing of the cases in this MDL for trial. At that trial summit, Google asked counsel for Consumer Plaintiffs how Plaintiffs intended to prove damages for any individual plaintiffs at trial. Google reiterated that inquiry by email on May 5, 2023, asking "how Plaintiffs intended to prove damages for individual plaintiffs if they are going to be part of the trial." Consumer Plaintiffs' counsel responded on May 6, 2023, informing Google's counsel that Plaintiffs "will be supplementing the reports to provide the calculation of damages for the individual plaintiffs under all of the models previously disclosed by Dr. Singer." A true and correct copy of this correspondence is attached hereto as **Exhibit B.**

4. On May 12, 2023, Consumer Plaintiffs served on Google a Supplemental Expert Report of Hal J. Singer, Ph.D. Attached hereto as **Exhibit C** is a true and accurate copy of relevant excerpts from this report.

5. On June 16, 2023, Google served on Plaintiffs a Supplemental Expert Rebuttal Report by Dr. Gregory Leonard responding to Dr. Singer's Supplemental Expert Report. Attached

-1-

RAPHAEL DECLARATION IN SUPPORT OF DEFS.' MOTION FOR LEAVE TO FILE SUPP. BRIEF
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

hereto as **Exhibit D** is a true and accurate copy of relevant excerpts from Dr. Leonard's rebuttal report.

6. More than three weeks after the close of briefing on Google's Motion to Exclude, on June 30, 2023, Dr. Singer submitted a Supplemental Expert Reply Report, along with certain backup work papers. Attached hereto as **Exhibit E** is a true and accurate copy of relevant excerpts from that report. Attached hereto as **Exhibit F** is a true and accurate copy of relevant portions of those backup work papers.

7. Google deposed Dr. Singer regarding his supplemental reports on July 18, 2023. Attached hereto as **Exhibit G** is a true and accurate copy of relevant excerpts from that deposition transcript.

8. On July 25, 2023, I emailed counsel for Plaintiffs asking whether they would stipulate to Google's request for leave to file a supplemental brief in support of Google's Motion to Exclude the Merits Opinions of Dr. Singer. On July 26, 2023, Plaintiffs' counsel indicated that Plaintiffs would not stipulate to Google's request for leave. A true and correct copy of my correspondence with Plaintiffs' counsel is attached hereto as **Exhibit H**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of July, 2023, at San Francisco, California.

s/ *Justin P. Raphael*
Justin P. Raphael

### E-FILING ATTESTATION

I, Sujal J. Shah, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for Defendants have concurred in this filing.

    /s/   Sujal J. Shah
       Sujal J. Shah