Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE**<br><br>Judge: Hon. James Donato |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

DB2/ 46305317.1

1    Pursuant to Civil Local Rules 7-11 and 79-5(c-f), Defendants Google LLC, Google

2   Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment

3   Corp. (collectively, "Google") respectfully submit this Administrative Motion to Consider

4   Whether Another Party's Material Should Be Sealed Relating to Google's Motion for Leave to

5   File Supplemental Brief In Support of Google's Motion to Exclude the Merits Opinions of Dr.

6   Hal Singer (MDL Dkt. 487). The excerpts at issue in this Motion to Seal are sourced from

7   documents that are designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE

8   COUNSEL EYES ONLY" pursuant to the Protective Order entered by the Court, ECF No. 248.

9   A redacted version of the exhibits to Google's Motion for Leave to File Supplemental Brief In

10  Support of Google's Motion to Exclude the Merits Opinions of Dr. Hal Singer have been filed in

11  accordance with the Local Rules.

12    Subsection (f) of Civil Local Rule 79-5 sets forth procedures that apply when a party

13  seeks to file information designated as confidential by another party. Under subsection (e), the

14  "motion must identify each document or portions thereof for which sealing is sought" and "serve

15  the motion on the Designating Party the same day the motion is filed." Pursuant to subsection

16  (f)(1), the Designating Party has seven days to "file a statement and/or declaration" to establish

17  why such designated material should be kept under seal pursuant to subsection (c)(1) of Civil

18  Local Rule 79-5.

19    Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a

20  party establishes that the documents are privileged, protectable as a trade secret, or otherwise

21  entitled to protection under the law. A "strong presumption" of access to judicial records applies

22  to dispositive pleadings, and a party seeking to seal those records must show "compelling

23  reasons." *Primus Grp., Inc. v. Inst. for Env't Health, Inc*., 395 F. Supp. 3d 1243, 1267 (N.D. Cal.

24  2019) (citations omitted). Compelling reasons justifying the sealing of court records generally

25  exist "when such court files might have become a vehicle for improper purposes, such as the use

26  of records to gratify private spite, promote public scandal, circulate libelous statements, or release

27  trade secrets." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)

28

1 (internal quotation marks omitted). However, "[t]he mere fact that the production of records may

2 lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not,

3 without more, compel the court to seal its records." *Id.*

4       Google identifies the following portions of its Motion for Leave to File Supplemental

5 Brief In Support of Google's Motion to Exclude the Merits Opinions of Dr. Hal Singer and

6 supporting papers as containing information designated as confidential by another party:

7

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 3, Paragraph 4 (between "data produced for" and ", since the beginning"; between "(August 16, 2016)," and "expenditures"). | Consumer Plaintiffs |
| Exhibit C | Page 3, Note 5 (word before "transaction data") | Consumer Plaintiffs |
| Exhibit C | Page 4, Paragraph 4 (between "Market came to" and "all of which"; between "were in the" and "category."). | Consumer Plaintiffs |
| Exhibit C | Page 4, Table 1 (Table 1 caption between "Damages" and end of line; all data in the "Category" column above "Total": all data below the "Expenditures" column, all data below the "Damages" column; text in "Notes & Sources" between "GOOG-PLAY-007335781" and "transaction"; between "'Damages_" and "_App_In-App"). | Consumer Plaintiffs |
| Exhibit C | Page 4, Paragraph 5 (between "Aftermarket," and "had expenditures"; between "totaling" and "in the"; between "in the" and "category."; between  beginning of sentence and "also had In-App"; between "totaling" and "in the"; between "in the" and "category."). | Consumer Plaintiffs |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD
BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 4, Note 6 (between "These games were" and "for a total of"; between "for a total of" and end of sentence). | Consumer Plaintiffs; Non-Party[1] |
| Exhibit C | Page 4, Note 8 (between "Includes" and "transactions"; between "listed twice in" and "Excel file"; between "purchase of the" and "category"; between "category in the" and end of sentence; between Gem Pack 2" and "in the"; between "in the" and "game".). | Consumer Plaintiffs; Non-Party |
| Exhibit C | Page 4, Note 10 (between "four payments of" and "each for"; between "each for" and "a subscription"; between "through the App" and end of sentence). | Consumer Plaintiffs; Non-Party |
| Exhibit C | Page 4, Note 11 (between "overcharge for" and "in the In-App"). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 6 (between "Table 1 above," and "total A/In-App"; between "damages come to" and end of sentence; between "range from to" and "to"; from "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 7 (between "assumption," and "total App/In-App"; between "damages come to" and "and App/In-App"; between "range from" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 8 (between "Table 1 above," and "total expenditures"; between "came to" and end of sentence; between "Accordingly" and "damages under"; between "Model come to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 9 (between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |

---

[1] Identifying the designating parties, in the case of non-parties, would itself reveal the specific confidential information the non-party may seek to seal pursuant to Local Rule 79-5(f), so the identities of certain designating non-parties has not been included in this filing.

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 5, Paragraph 11 (between "Table 2 below," and "expenditures"; between "in the" and "category"; between "came to" and end of sentence; between "7.2 percent, or" and "expenditures"; between  "in the" and "category"; between "came to" and end of sentence; between "6.5 percent, or" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 6, Table 2 (Table 2 caption between "Damages" and end of line; all data in the "Category" column above "Total": all data below the "Expenditures" column, all data below the "Damages" column; text in "Notes & Sources" between "'Damages.xlsx;" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 6, Paragraph 12 (between "Table 2 above," and "total"; between "damages come to" and end of sentence; between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 6, Paragraph 13 (between "Under this assumption," and "total"; between "damages come to" and ", and Single"; between "range from" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 6, Paragraph 16 (between "Table 3 below," and "expenditures"; between "came to" and end of sentence; between "7.1 percent, or" and end of sentence. | Consumer Plaintiffs |
| Exhibit C | Page 6, Note 26 (between "'Damages_" and "_Hybrid'")."). | Consumer Plaintiffs |
| Exhibit C | Page 6, Paragraph 17 (between beginning of sentence and "expenditures"; between "in the" and "category"; between "came to" and end of sentence; between "7.0 percent, or" and end of sentence. | Consumer Plaintiffs |

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 7, Table 3 (Table 3 caption between "Damages" and end of line; all data in the "Category" column above "Total": all data below the "Expenditures" column, all data below the "Damages" column; text in "Notes & Sources" between "'Damages.xlsx;" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 18 (between "Table 3 above," and "total"; between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 19 (between "Under this assumption," and "total"; between "damages come to" and "and Hybrid"; between "range from" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 20 (between "Table 1 above," and "total"; between "Accordingly," and "damages"; between "come to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 21 (between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Note 29 (between "Damages.xls;" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Note 33 (between "discounts of" and "percent"). | Amazon |
| Exhibit C | Page 8, Table 4 (all data in columns under first row and above "Notes and Sources"). | Consumer Plaintiffs |
| Exhibit D | Page 3, paragraph 4(h) (between "one plaintiff" and "was a member", and between "plaintiff" and "confirming"). | Consumer Plaintiffs |
| Exhibit D | Page 5, paragraph 7 (between "plaintiff" and "purchased", between "of the" and "app", between "plaintiff" and "and", between "of the" and "app", and between "plaintiff" and end of paragraph). | Consumer Plaintiffs; Non-Parties |

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 5-6, paragraph 8 (between "plaintiff" and "purchased", between "SKU" and "of", between "of" and "on August", and between "plaintiff" and "The data"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 5, paragraph 8, footnote 5 (between "only" and "out of", between "out of" and "SKUs", between "distributed by" and "purchased", between "plaintiff" and "and", between "and" and "SKU", and between "from the" and "app", between "plaintiff" and "would be"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 6, paragraph 9 (between "plaintiff" and "purchased", between "lead" and "to charge', between "Plaintiff" and "paid", and between "for the" and "subscription"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 7, paragraph 11, footnote 10 (between "although" and "subscription", between "Play," and "priced", between "whether" and "See", between "billing-system" and "See", and between "evidence from" and "is not consistent"). | Match Group Plaintiffs |
| Exhibit D | Page 8, Figure 1 (the names after "by Plaintiff" in the title of each graph, and the words after "Product ID=", in the title of each graph). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 9, paragraph 12 (between "example," and "charge", between "for a" and "subscription", between "plaintiff" and "purchased", between "the" and "app", between "app" and "charges", between "plaintiff" and "purchased", between "for why" and "and", between "such as" and "or", and between "or" and "suffered"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 10, paragraph 14 (between "app category" and "the app category's"). | Consumer Plaintiffs |
| Exhibit D | Page 11, paragraph 15 (between "plaintiff" and "purchase", between "of a" and "subscription", between "plaintiff" and "purchase", and between "of a" and "subscription"). | Consumer Plaintiffs; Non-Parties |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 11-12, paragraph 16 (between "that for" and "of the", between "of the" and "transactions", between "for plaintiff" and "purchases", between "the SKU" and "on July 1, 2021", between "to be" and "but the", between "was only" and "of the", between "of the" and "price", between "plaintiff" and "purchase", between "of the SKU" and "on July", between "to be" and "but", between "only" and "or", between "or" and "of the", and between "of the" and "price"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 11, footnote 16 (between "plaintiff" and "transactions") | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 11, footnote 17 (between "plaintiff" and "transactions") | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 12, paragraph 17 (between "app categories" and "Data"). | Consumer Plaintiffs |
| Exhibit D | Page 25, paragraph 20 (between "paid for" and "of the", between "of the" and "transactions", between "About", and "of these" and between "of these" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 16 (the name below "Individual Plaintiff Overcharge Damages") | Consumer Plaintiffs |
| Exhibit D | Page 16, paragraph 22 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 17, paragraph 23 (between "plaintiff" and "engaged in", between "engaged in" and "transactions", between "involving" and "SKUs", between "Of those" and "SKUs", and between "SKUs" and "were"). | Consumer Plaintiffs |
| Exhibit D | Page 17, paragraph 24 (between "Additionally," and "of", and between "plaintiff" and "transactions"). | Consumer Plaintiffs |

7

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 17, paragraph 25 (between "for" and "of plaintiff", and between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 17, the name before paragraph 26. | Consumer Plaintiffs |
| Exhibit D | Page 17, paragraph 26 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 18, paragraph 27 (between "plaintiff" and "engaged in", between "in" and "transactions", between "involving" and "SKUs", and between "SKUs," and "were"). | Consumer Plaintiffs |
| Exhibit D | Page 18, paragraph 28 (between "Plaintiff" and "purchased", between "subscription in" and "apps", between "apps –" and "- at the", and between "of these" and "apps"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 18, paragraph 29 (between "Additionally," and "of", and between "of plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 18, paragraph 30 (between "for" and "of", and between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 18, footnote 30, between "May 2023," and "redirects", between "to the" and "website", and between "plaintiff" and "and the"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 19, the name before paragraph 31. | Consumer Plaintiffs |
| Exhibit D | Page 19, paragraph 31 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 19, paragraph 32 (between "plaintiff" and "engaged", between "engaged in" and "transactions", between "involving" and "SKUs", and between "Of those" and "SKUs", between "SKUs" and "were"). | Consumer Plaintiffs |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD
BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 19, paragraph 33 (between "Plaintiff" and "purchased", between "subscriptions in" and "and a", between "in the" and "app"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 19, paragraph 34 (between "plaintiff" and "transactions") | Consumer Plaintiffs |
| Exhibit D | Page 20, paragraph 35 (between "plaintiff" and "transactions", and between "with the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 20, the name before paragraph 36. | Consumer Plaintiffs |
| Exhibit D | Page 20, paragraph 36 (between "plaintiff" and "sustained", between "damages of" and "and", and between "and" and "based"). | Consumer Plaintiffs |
| Exhibit D | Page 20, paragraph 37 (between "plaintiff" and "engaged in", between "engaged in" and "transactions", between "involving" AND "SKUs", between "SKUs," and "were", between "for" and "of those", between "exceptions are" and "SKUs", and between "by" and end of paragraph). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 20, paragraph 38 (between "Plaintiff" and "purchased", between "in the" and "app", and between "of the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 21, paragraph 39 (between "Additionally", and "of plaintiff", and between "of plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 21, paragraph 40 (between "for" and "of", between "plaintiff" and "transactions", and between "and" and "of the"). | Consumer Plaintiffs |
| Exhibit D | Page 21, paragraph 41 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD
BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 21, paragraph 42 (between "plaintiff" and "engaged in", between "engaged in" and "transactions", and between "involving" and "SKUs"). | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 43 (between "Plaintiff" and "purchased" and between "in the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 22, paragraph 44 (between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 45 (between "for" of "of plaintiff", between "of plaintiff" and "transactions" and between "with the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 22, the name before paragraph 46. | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 46, between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 47 (between "plaintiff" and "engaged", between "engaged in" and "transactions", between "involving" and "SKUs", and between "SKUs" and "were"). | Consumer Plaintiffs |
| Exhibit D | Page 23, paragraph 48 (between "Plaintiff" and "purchased", and between "in" and "apps", between "apps –" and "- at"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 23, paragraph 49 (between "Additionally" and "of" and between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 23, paragraph 50, between "for" and "of", between "plaintiff" and "transactions". And between "and" and "of the"). | Consumer Plaintiffs |
| Exhibit D | Page 24, paragraph 53 (between "Plaintiff" and "was not", between "plaintiff" and "purchases", and between "plaintiff" and "would have"). | Consumer Plaintiffs |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD
BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 25, paragraph 55 (between "plaintiff" and "was not"). | Consumer Plaintiffs |
| Exhibit D | Page 278-285 (entire chart below header, except column containing row number). | Consumer Plaintiffs; Non-Parties |
| Exhibit E | Page 5 Table 1 (all data in column below "Plaintiff" and above "Average"; all data in column below "Expenditures"; all data in column below "Category-Level Damages"; all data in column below "Developer/Transaction Level Damages"). | Consumer Plaintiffs |
| Exhibit E | Page 5 Table 2 (all data in column below "Plaintiff" and above "Average"; all data in column below "Expenditures"; all data in column below "Category-Level Damages"; all data in column below "Developer/Transaction Level Damages"). | Consumer Plaintiffs |
| Exhibit E | Page 6 Table 3 (all data in column below "Plaintiff" and above "Average"; all data in column below "Expenditures"; all data in column below "Category-Level Damages"; all data in column below "Developer/Transaction Level Damages"). | Consumer Plaintiffs |
| Exhibit E | Page 6, Paragraph 14 (between "payments by" and "for a specific"; between "SKU for the" and "in July"; between "Because" and "was priced at"; between "was priced at" and "per month"; between "came to" and "in each of"; between "and because" and "is less than"; between "is less than" and "he concludes that"; between "he concludes that" and "was overcharged"). | Consumer Plaintiffs; Non-Party |

DB2/ 46305317.1

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit E | Page 6, Paragraph 15 (between "(when" and "first subscribed"; between "when" and "remained"; between "service fees of" and end of sentence; between "duration of" and six-month" between "come to [" and "x 4 months]"; between "x 4 months] + ]" and "x 2 months]"; between "x 2 months] =" and end of sentence; between "which come to" and end of sentence; between "calculations show that" and "overcharges"; between "service fees for" and "purchases"; | Consumer Plaintiffs |
| Exhibit F | Enter chart below headers, except for column containing row number. | Consumer Plaintiffs; Non-Parties |

1    Dated: July 26, 2023                      By: _/s/ Sujal J. Shah_____
                                                    Sujal J. Shah
2
                                               Brian C. Rocca, Bar No. 221576
3                                              brian.rocca@morganlewis.com
                                               Sujal J. Shah, Bar No. 215230
4                                              sujal.shah@morganlewis.com
                                               Michelle Park Chiu, Bar No. 248421
5                                              michelle.chiu@morganlewis.com
                                               Minna Lo Naranjo, Bar No. 259005
6                                              minna.naranjo@morganlewis.com
                                               Rishi P. Satia, Bar No. 301958
7                                              rishi.satia@morganlewis.com
                                               **MORGAN, LEWIS & BOCKIUS LLP**
8                                              One Market, Spear Street Tower
                                               San Francisco, CA 94105
9                                              Telephone: (415) 442-1000

10                                             Richard S. Taffet, *pro hac vice*
                                               richard.taffet@morganlewis.com
11                                             **MORGAN, LEWIS & BOCKIUS LLP**
                                               101 Park Avenue
12                                             New York, NY 10178
                                               Telephone: (212) 309-6000
13
                                               Glenn D. Pomerantz, Bar No. 112503
14                                             glenn.pomerantz@mto.com
                                               Kuruvilla Olasa, Bar No. 281509
15                                             kuruvilla.olasa@mto.com
                                               **MUNGER, TOLLES & OLSON LLP**
16                                             350 South Grand Avenue, Fiftieth Floor
                                               Los Angeles, California 90071
17                                             Telephone: (213) 683-9100

18                                             Kyle W. Mach, Bar No. 282090
                                               kyle.mach@mto.com
19                                             Justin P. Raphael, Bar No. 292380
                                               justin.raphael@mto.com
20                                             Emily C. Curran-Huberty, Bar No. 293065
                                               emily.curran-huberty@mto.com
21                                             **MUNGER, TOLLES & OLSON LLP**
                                               560 Mission Street, Twenty Seventh Floor
22                                             San Francisco, California 94105
                                               Telephone: (415) 512-4000
23
                                               Jonathan I. Kravis, *pro hac vice*
24                                             jonathan.kravis@mto.com
                                               **MUNGER, TOLLES & OLSON LLP**
25                                             601 Massachusetts Avenue NW, Suite 500E
                                               Washington, D.C. 20001
26                                             Telephone: (202) 220-1100

27                                             *Counsel for Defendants*

28                                  13
     DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD
              BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
DB2/ 46305317.1         Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD
BE SEALED RELATING TO DEFENDANTS' MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD