Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, pro hac vice
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Attorneys for Defendants Google LLC, et al.

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF SUJAL J. SHAH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE MOTION FOR LEAVE**<br><br>Judge: Hon. James Donato |

1. I, Sujal J. Shah, am an attorney at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in this multi-district litigation (MDL). I am a member in good standing of the State Bar of California and admitted to practice in the state and federal courts of California. I respectfully submit this declaration in support of Google's Administrative Motion to Consider Whether to Seal Another Party's Materials Relating to Google's Motion for Leave to File Supplemental Brief in Support of Google's Motion to Exclude the Merits Opinions of Dr. Singer, and the related materials filed in support of that motion ("Motion for Leave").

2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge. If called upon as a witness in this action, I could and would testify competently thereto.

3. The accompanying exhibits ("Exhibits") to the Declaration of Justin P. Raphael in Support of Google's Motion for Leave contain portions that are sourced from materials that (on behalf of non-parties) have been designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the operative Protective Orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 247, 248, and 249. The following table shows the portions of Exhibits that contain information designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 3, Paragraph 4 (between "data produced for" and ", since the beginning"; between "(August 16, 2016)," and "expenditures"). | Consumer Plaintiffs |
| Exhibit C | Page 3, Note 5 (word before "transaction data") | Consumer Plaintiffs |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 4, Paragraph 4 (between "Market came to" and "all of which"; between "were in the" and "category."). | Consumer Plaintiffs |
| Exhibit C | Page 4, Table 1 (Table 1 caption between "Damages" and end of line; all data in the "Category" column above "Total": all data below the "Expenditures" column, all data below the "Damages" column; text in "Notes & Sources" between "GOOG-PLAY-007335781" and "transaction"; between "'Damages_" and "_App_In-App"). | Consumer Plaintiffs |
| Exhibit C | Page 4, Paragraph 5 (between "Aftermarket," and "had expenditures"; between "totaling" and "in the"; between "in the" and "category."; between beginning of sentence and "also had In-App"; between "totaling" and "in the"; between "in the" and "category."). | Consumer Plaintiffs |
| Exhibit C | Page 4, Note 6 (between "These games were" and "for a total of"; between "for a total of" and end of sentence). | Consumer Plaintiffs; Non-Party[1] |
| Exhibit C | Page 4, Note 8 (between "Includes" and "transactions"; between "listed twice in" and "Excel file"; between "purchase of the" and "category"; between "category in the" and end of sentence; between Gem Pack 2" and "in the"; between "in the" and "game".). | Consumer Plaintiffs; Non-Party |
| Exhibit C | Page 4, Note 10 (between "four payments of" and "each for"; between "each for" and "a subscription"; between "through the App" and end of sentence). | Consumer Plaintiffs; Non-Party |
| Exhibit C | Page 4, Note 11 (between "overcharge for" and "in the In-App"). | Consumer Plaintiffs |

---

[1] Identifying the designating parties, in the case of non-parties, would itself reveal the specific confidential information the non-party may seek to seal pursuant to Local Rule 79-5(f), so the identities of certain designating non-parties has not been included in this filing.

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 5, Paragraph 6 (between "Table 1 above," and "total A/In-App"; between "damages come to" and end of sentence; between "range from to" and "to"; from "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 7 (between "assumption," and "total App/In-App"; between "damages come to" and "and App/In-App"; between "range from" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 8 (between "Table 1 above," and "total expenditures"; between "came to" and end of sentence; between "Accordingly" and "damages under"; between "Model come to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 9 (between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 5, Paragraph 11 (between "Table 2 below," and "expenditures"; between "in the" and "category"; between "came to" and end of sentence; between "7.2 percent, or" and "expenditures"; between "in the" and "category"; between "came to" and end of sentence; between "6.5 percent, or" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 6, Table 2 (Table 2 caption between "Damages" and end of line; all data in the "Category" column above "Total": all data below the "Expenditures" column, all data below the "Damages" column; text in "Notes & Sources" between "'Damages.xlsx;" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 6, Paragraph 12 (between "Table 2 above," and "total"; between "damages come to" and end of sentence; between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 6, Paragraph 13 (between "Under this assumption," and "total"; between "damages come to" and ", and Single"; between "range from" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 6, Paragraph 16 (between "Table 3 below," and "expenditures"; between "came to" and end of sentence; between "7.1 percent, or" and end of sentence. | Consumer Plaintiffs |
| Exhibit C | Page 6, Note 26 (between "'Damages_" and "_Hybrid'")."). | Consumer Plaintiffs |
| Exhibit C | Page 6, Paragraph 17 (between beginning of sentence and "expenditures"; between "in the" and "category"; between "came to" and end of sentence; between "7.0 percent, or" and end of sentence. | Consumer Plaintiffs |
| Exhibit C | Page 7, Table 3 (Table 3 caption between "Damages" and end of line; all data in the "Category" column above "Total": all data below the "Expenditures" column, all data below the "Damages" column; text in "Notes & Sources" between "'Damages.xlsx;" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 18 (between "Table 3 above," and "total"; between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 19 (between "Under this assumption," and "total"; between "damages come to" and "and Hybrid"; between "range from" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 20 (between "Table 1 above," and "total"; between "Accordingly," and "damages"; between "come to" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Paragraph 21 (between "range from to" and "to"; between "to" and end of sentence). | Consumer Plaintiffs |

4

DECLARATION OF SUJAL J. SHAH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-05227-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit C | Page 7, Note 29 (between "Damages.xls;" and end of sentence). | Consumer Plaintiffs |
| Exhibit C | Page 7, Note 33 (between "discounts of" and "percent"). | Amazon |
| Exhibit C | Page 8, Table 4 (all data in columns under first row and above "Notes and Sources"). | Consumer Plaintiffs |
| Exhibit D | Page 3, paragraph 4(h) (between "one plaintiff" and "was a member", and between "plaintiff" and "confirming"). | Consumer Plaintiffs |
| Exhibit D | Page 5, paragraph 7 (between "plaintiff" and "purchased", between "of the" and "app", between "plaintiff" and "and", between "of the" and "app", and between "plaintiff" and end of paragraph). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 5-6, paragraph 8 (between "plaintiff" and "purchased", between "SKU" and "of", between "of" and "on August", and between "plaintiff" and "The data"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 5, paragraph 8, footnote 5 (between "only" and "out of", between "out of" and "SKUs", between "distributed by" and "purchased", between "plaintiff" and "and", between "and" and "SKU", and between "from the" and "app", between "plaintiff" and "would be"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 6, paragraph 9 (between "plaintiff" and "purchased", between "lead" and "to charge', between "Plaintiff" and "paid", and between "for the" and "subscription"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 7, paragraph 11, footnote 10 (between "although" and "subscription", between "Play," and "priced", between "whether" and "See", between "billing-system" and "See", and between "evidence from" and "is not consistent"). | Match Group Plaintiffs |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 8, Figure 1 (the names after "by Plaintiff" in the title of each graph, and the words after "Product ID=", in the title of each graph). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 9, paragraph 12 (between "example," and "charge", between "for a" and "subscription", between "plaintiff" and "purchased", between "the" and "app", between "app" and "charges", between "plaintiff" and "purchased", between "for why" and "and", between "such as" and "or", and between "or" and "suffered"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 10, paragraph 14 (between "app category" and "the app category's"). | Consumer Plaintiffs |
| Exhibit D | Page 11, paragraph 15 (between "plaintiff" and "purchase", between "of a" and "subscription", between "plaintiff" and "purchase", and between "of a" and "subscription"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 11-12, paragraph 16 (between "that for" and "of the", between "of the" and "transactions", between "for plaintiff" and "purchases", between "the SKU" and "on July 1, 2021", between "to be" and "but the", between "was only" and "of the", between "of the" and "price", between "plaintiff" and "purchase", between "of the SKU" and "on July", between "to be" and "but", between "only" and "or", between "or" and "of the", and between "of the" and "price"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 11, footnote 16 (between "plaintiff" and "transactions") | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 11, footnote 17 (between "plaintiff" and "transactions") | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 12, paragraph 17 (between "app categories" and "Data"). | Consumer Plaintiffs |
| Exhibit D | Page 25, paragraph 20 (between "paid for" and "of the", between "of the" and "transactions", between "About", and "of these" and between "of these" and "transactions"). | Consumer Plaintiffs |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 16 (the name below "Individual Plaintiff Overcharge Damages") | Consumer Plaintiffs |
| Exhibit D | Page 16, paragraph 22 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 17, paragraph 23 (between "plaintiff" and "engaged in", between "engaged in" and "transactions", between "involving" and "SKUs", between "Of those" and "SKUs", and between "SKUs" and "were"). | Consumer Plaintiffs |
| Exhibit D | Page 17, paragraph 24 (between "Additionally," and "of", and between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 17, paragraph 25 (between "for" and "of plaintiff", and between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 17, the name before paragraph 26. | Consumer Plaintiffs |
| Exhibit D | Page 17, paragraph 26 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 18, paragraph 27 (between "plaintiff" and "engaged in", between "in" and "transactions", between "involving" and "SKUs", and between "SKUs," and "were"). | Consumer Plaintiffs |
| Exhibit D | Page 18, paragraph 28 (between "Plaintiff" and "purchased", between "subscription in" and "apps", between "apps –" and "- at the", and between "of these" and "apps"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 18, paragraph 29 (between "Additionally," and "of", and between "of plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 18, paragraph 30 (between "for" and "of", and between "plaintiff" and "transactions"). | Consumer Plaintiffs |

7

DECLARATION OF SUJAL J. SHAH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-05227-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 18, footnote 30, between "May 2023," and "redirects", between "to the" and "website", and between "plaintiff" and "and the"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 19, the name before paragraph 31. | Consumer Plaintiffs |
| Exhibit D | Page 19, paragraph 31 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 19, paragraph 32 (between "plaintiff" and "engaged", between "engaged in" and "transactions", between "involving" and "SKUs", and between "Of those" and "SKUs", between "SKUs" and "were"). | Consumer Plaintiffs |
| Exhibit D | Page 19, paragraph 33 (between "Plaintiff" and "purchased", between "subscriptions in" and "and a", between "in the" and "app"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 19, paragraph 34 (between "plaintiff" and "transactions") | Consumer Plaintiffs |
| Exhibit D | Page 20, paragraph 35 (between "plaintiff" and "transactions", and between "with the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 20, the name before paragraph 36. | Consumer Plaintiffs |
| Exhibit D | Page 20, paragraph 36 (between "plaintiff" and "sustained", between "damages of" and "and", and between "and" and "based"). | Consumer Plaintiffs |
| Exhibit D | Page 20, paragraph 37 (between "plaintiff" and "engaged in", between "engaged in" and "transactions", between "involving" AND "SKUs", between "SKUs," and "were", between "for" and "of those", between "exceptions are" and "SKUs", and between "by" and end of paragraph). | Consumer Plaintiffs; Non-Party |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 20, paragraph 38 (between "Plaintiff" and "purchased", between "in the" and "app", and between "of the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 21, paragraph 39 (between "Additionally", and "of plaintiff", and between "of plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 21, paragraph 40 (between "for" and "of", between "plaintiff" and "transactions", and between "and" and "of the"). | Consumer Plaintiffs |
| Exhibit D | Page 21, paragraph 41 (between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 21, paragraph 42 (between "plaintiff" and "engaged in", between "engaged in" and "transactions", and between "involving" and "SKUs"). | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 43 (between "Plaintiff" and "purchased" and between "in the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 22, paragraph 44 (between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 45 (between "for" of "of plaintiff", between "of plaintiff" and "transactions" and between "with the" and "app"). | Consumer Plaintiffs; Non-Party |
| Exhibit D | Page 22, the name before paragraph 46. | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 46, between "plaintiff" and "sustained", between "damages of" and "and", between "and" and "based", and between "plaintiff" and "suffered"). | Consumer Plaintiffs |
| Exhibit D | Page 22, paragraph 47 (between "plaintiff" and "engaged", between "engaged in" and "transactions", between "involving" and "SKUs", and between "SKUs" and "were"). | Consumer Plaintiffs |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit D | Page 23, paragraph 48 (between "Plaintiff" and "purchased", and between "in" and "apps", between "apps –" and "- at"). | Consumer Plaintiffs; Non-Parties |
| Exhibit D | Page 23, paragraph 49 (between "Additionally" and "of" and between "plaintiff" and "transactions"). | Consumer Plaintiffs |
| Exhibit D | Page 23, paragraph 50, between "for" and "of", between "plaintiff" and "transactions". And between "and" and "of the"). | Consumer Plaintiffs |
| Exhibit D | Page 24, paragraph 53 (between "Plaintiff" and "was not", between "plaintiff" and "purchases", and between "plaintiff" and "would have"). | Consumer Plaintiffs |
| Exhibit D | Page 25, paragraph 55 (between "plaintiff" and "was not"). | Consumer Plaintiffs |
| Exhibit D | Page 278-285 (entire chart below header, except column containing row number). | Consumer Plaintiffs; Non-Parties |
| Exhibit E | Page 5 Table 1 (all data in column below "Plaintiff" and above "Average"; all data in column below "Expenditures"; all data in column below "Category-Level Damages"; all data in column below "Developer/Transaction Level Damages"). | Consumer Plaintiffs |
| Exhibit E | Page 5 Table 2 (all data in column below "Plaintiff" and above "Average"; all data in column below "Expenditures"; all data in column below "Category-Level Damages"; all data in column below "Developer/Transaction Level Damages"). | Consumer Plaintiffs |
| Exhibit E | Page 6 Table 3 (all data in column below "Plaintiff" and above "Average"; all data in column below "Expenditures"; all data in column below "Category-Level Damages"; all data in column below "Developer/Transaction Level Damages"). | Consumer Plaintiffs |

DECLARATION OF SUJAL J. SHAH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE MOTION FOR LEAVE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-05227-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit E | Page 6, Paragraph 14 (between "payments by" and "for a specific"; between "SKU for the" and "in July"; between "Because" and "was priced at"; between "was priced at" and "per month"; between "came to" and "in each of"; between "and because" and "is less than"; between "is less than" and "he concludes that"; between "he concludes that" and "was overcharged"). | Consumer Plaintiffs; Non-Party |
| Exhibit E | Page 6, Paragraph 15 (between "(when" and "first subscribed"; between "when" and "remained"; between "service fees of" and end of sentence; between "duration of" and six-month" between "come to [" and "x 4 months]"; between "x 4 months] + ]" and "x 2 months]"; between "x 2 months] =" and end of sentence; between "which come to" and end of sentence; between "calculations show that" and "overcharges"; between "service fees for" and "purchases"; | Consumer Plaintiffs |
| Exhibit F | Enter chart below headers, except for column containing row number. | Consumer Plaintiffs; Non-Parties |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of July 2023 in San Francisco, California.

                                                                *s/ Sujal J. Shah*
                                                                Sujal J. Shah