UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING STATES' MOTION FOR APPROVAL OF NOTICE OF PENDENCY AND OPPORTUNITY TO OPT-OUT FOR *PARENS PATRIAE* CLAIMS**<br><br>Judge: Hon. James Donato |

Upon consideration of the States' Motion for Approval of Notice of Pendency and Opportunity to Opt-Out for *Parens Patriae* Claims, the Court hereby approves the Notice and Opt-Out procedures for the States' *parens patriae* claims.

**IT IS SO ORDERED.**

Dated:

By: _____
THE HONORABLE JAMES DONATO
United States District Judge