| | | |
|---|---|---|
| 1 | John C. Hueston (SBN 164921)<br>jhueston@hueston.com | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com |
| 2 | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com | **BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200 |
| 3 | **HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300 | Denver, Colorado 80202<br>Telephone: (303) 592-3100 |

John C. Hueston (SBN 164921)
jhueston@hueston.com
Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

Joseph A. Reiter (SBN 294976)
jreiter@hueston.com
Christine Woodin, SBN 295023)
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for Consumer Plaintiffs*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

*Caption continued on next page.*

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGAINST EPIC AND MATCH**<br><br>Judge:   Hon. James Donato |

Before the Court is Plaintiffs' Motion to Bifurcate Defendants' Counterclaims against Epic Games, Inc. ("Epic") and Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. ("Match"). The Court, having reviewed the Motion and accompanying memoranda, declarations and exhibits in support, opposition thereto, the reply, the arguments of counsel, and good cause appearing, hereby ORDERS that the Motion is GRANTED. Defendants' Counterclaims against Epic and Match are bifurcated from the trial on common antitrust issues and, should Defendants' counterclaims remain viable after the verdict on the antitrust claims, they will be tried to the same jury in a second phase against Epic and Match only.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Bifurcate is **GRANTED** in its entirety.

Dated: _____, 2023

Honorable James Donato
United States District Court
Northern District of California

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS
AGANST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-05761-JD & 3:21-cv-05227-JD