1 | John C. Hueston (SBN 164921)
jhueston@hueston.com
2 | Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
3 | **HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
4 | Newport Beach, CA 92660
Telephone:     (949) 229-8640
5 |
6 | Joseph A. Reiter (SBN 294976)
jreiter@hueston.com
Christine Woodin, SBN 295023)
7 | cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
8 | 523 West 6th Street, Suite 400
Los Angeles, CA 90014
9 | Telephone:     (213) 788-4340

10 | *Counsel for Plaintiffs Match Group, LLC;*
*Humor Rainbow, Inc.; PlentyofFish Media*
11 | *ULC; and People Media, Inc.*

12 | Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
13 | **OFFICE OF THE UTAH ATTORNEY**
**GENERAL**
14 | 160 E 300 S, 5th Floor
15 | PO Box 140872
Salt Lake City, UT 84114-0872
16 | Telephone: (801) 366-0260

17 | *Counsel for the Plaintiff States*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel Consumer Plaintiffs*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 | ***Caption continued on next page.***
26 |
27 |
28 |

GIULIANELLI DECLARATION ISO MOTION TO BIFURCATE COUNTERCLAIMS AGAINST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| 13  THIS DOCUMENT RELATES TO: | **DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGAINST EPIC AND MATCH** |
| 14 | |
| 15  *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| 16 | |
| 17  *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge:   Hon. James Donato |
| 18  *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Date:         August 31, 2023<br>Time:         10:00 a.m.<br>Courtroom:   11 |
| 19 | |
| 20  *Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD | |

21
22
23
24
25
26
27
28

**DECLARATION OF KARMA M. GIULIANELLI**

I, Karma M. Giulianelli, declare as follows:

1.      I am an attorney at law duly licensed to practice before this Court. I am an attorney with the law firm of Bartlit Beck LLP, counsel of record for Consumer Plaintiffs in the above-captioned case.

2.      I submit this declaration in support of Plaintiffs' Motion to Bifurcate Defendants' Counterclaims Against Epic and Match. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of the deposition of ████████, taken in this action on December 9, 2021.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Google in this action, bearing Bates numbers GOOG-PLAY-000404105–106, which was marked as deposition exhibit DX0017.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Google in this action, bearing Bates numbers GOOG-PLAY-000512371–372, which was marked as deposition exhibit DX0018.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of July 2023, at San Francisco, California.


                                              /s/ Karma M. Giulianelli
                                              Karma M. Giulianelli

1

## **<u>E-FILING ATTESTATION</u>**

2

 I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this

3

document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the

4

signatories identified above has concurred in this filing.

5

6

7

 */s/ Douglas J. Dixon*
 Douglas J. Dixon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28