| | |
|---|---|
| 1  John C. Hueston (SBN 164921) | Karma M. Giulianelli (SBN 184175) |
|    jhueston@hueston.com | karma.giulianelli@bartlitbeck.com |
| 2  Douglas J. Dixon (SBN 275389) | **BARTLIT BECK LLP** |
|    ddixon@hueston.com | 1801 Wewatta St., Suite 1200 |
| 3  **HUESTON HENNIGAN LLP** | Denver, Colorado 80202 |
|    620 Newport Center Drive, Suite 1300 | Telephone: (303) 592-3100 |
| 4  Newport Beach, CA 92660 | |
|    Telephone:     (949) 229-8640 | |
| 5 | Hae Sung Nam (*pro hac vice*) |
|    Joseph A. Reiter (SBN 294976) | hnam@kaplanfox.com |
| 6  jreiter@hueston.com | **KAPLAN FOX & KILSHEIMER LLP** |
|    Christine Woodin, SBN 295023) | 850 Third Avenue |
| 7  cwoodin@hueston.com | New York, NY 10022 |
|    **HUESTON HENNIGAN LLP** | Telephone.: (212) 687-1980 |
| 8  523 West 6th Street, Suite 400 | |
|    Los Angeles, CA 90014 | *Co-Lead Counsel for Consumer Plaintiffs* |
| 9  Telephone:     (213) 788-4340 | |
| 10 *Counsel for Plaintiffs Match Group, LLC;* | Paul J. Riehle (SBN 115199) |
|    *Humor Rainbow, Inc.; PlentyofFish Media* | paul.riehle@faegredrinker.com |
| 11 *ULC; and People Media, Inc.* | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 12 Brendan P. Glackin (SBN 199643) | Four Embarcadero Center, 27th Floor |
|    bglackin@agutah.gov | San Francisco, CA 94111 |
| 13 **OFFICE OF THE UTAH ATTORNEY GENERAL** | Telephone: (415) 591-7500 |
| 14 160 E 300 S, 5th Floor | |
| 15 PO Box 140872 | Christine A. Varney (*pro hac vice*) |
|    Salt Lake City, UT 84114-0872 | cvarney@cravath.com |
| 16 Telephone: (801) 366-0260 | **CRAVATH, SWAINE & MOORE LLP** |
|    | 825 Eighth Avenue |
| 17 *Counsel for the Plaintiff States* | New York, New York 10019 |
| 18 | Telephone: (212) 474-1000 |
| 19 | |
| 20 | *Counsel for Plaintiff Epic Games, Inc.* |
| 21 | |
| 22 | |
| 23 | |
| 24 *Caption continued on next page.* | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS
AGANST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-05761-JD & 3:21-cv-05227-JD

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGANST EPIC AND MATCH**<br><br>Judge:   Hon. James Donato |
|---|---|

1    Before the Court is Plaintiffs' Motion to Bifurcate Defendants' Counterclaims against Epic
2  Games, Inc. ("Epic") and Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and
3  People Media, Inc. ("Match"). The Court, having reviewed the Motion and accompanying
4  memoranda, declarations and exhibits in support, opposition thereto, the reply, the arguments of
5  counsel, and good cause appearing, hereby ORDERS that the Motion is GRANTED. Defendants'
6  Counterclaims against Epic and Match are bifurcated from the trial on common antitrust issues and,
7  should Defendants' counterclaims remain viable after the verdict on the antitrust claims, they will
8  be tried to the same jury in a second phase against Epic and Match only.

10   **IT IS HEREBY ORDERED:**
11   1.   Plaintiffs' Motion to Bifurcate is **GRANTED** in its entirety.

13  Dated: _____, 2023

   _____
14  Honorable James Donato
   United States District Court
15  Northern District of California

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS
AGANST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-05761-JD & 3:21-cv-05227-JD