1  MARIAM AZHAR (SBN 329715)
   mazhar@cov.com
2  COVINGTON & BURLING LLP
   Salesforce Tower
3  415 Mission Street, Suite 5400
   San Francisco, California 94105-2533
4  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
5
   *Counsel for Non-Party Big Fish Games, Inc.*
6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF MARIAM AZHAR** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge James Donato |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21- cv-05227-JD | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Mariam Azhar of the law firm Covington & Burling LLP, who is a member of the bar of this Court, hereby appears as counsel of record on behalf of Non-Party Big Fish Games, Inc. in the above-referenced matter.

    Mariam Azhar
    Covington & Burling LLP
    Salesforce Tower
    415 Mission Street, Suite 5400
    San Francisco, California 94105-2533
    Telephone: (415) 591-6000
    Email: mazhar@cov.com

| | |
|---|---|
| DATED: August 2, 2023 | */s/ Mariam Azhar* |
| | MARIAM AZHAR (SBN 329715) |
| | mazhar@cov.com |
| | COVINGTON & BURLING LLP |
| | Salesforce Tower |
| | 415 Mission Street, Suite 5400 |
| | San Francisco, California 94105-2533 |
| | Telephone: (415) 591-6000 |
| | Facsimile: (415) 591-6091 |
| | |
| | *Counsel for Non-Party Big Fish Games, Inc.* |