```
JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.849.3578

Attorneys for Defendant
Supercell Oy
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No:   3:21-md-02981-JD<br><br>**DECLARATION OF HANNU PARTANEN RE SUPERCELL OY'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 542)**<br><br>Judge: Hon. James Donato |

DocuSign Envelope ID: 1A3B9F1A-E08C-4A11-BFB4-8DD6371FB07E
Case 3:21-md-02981-JD   Document 562-1   Filed 08/02/23   Page 2 of 4

I, Hannu Partanen, hereby declare as follows:

1. I have been employed by Supercell Oy ("Supercell") since 2017. My current title is Deputy General Counsel. Among other responsibilities, I manage Supercell business and litigation matters. Except as described below, I have personal knowledge of matters set forth in this declaration and, if called to testify as a witness, would be competent to testify as follows.

2. I have been informed that Supercell Oy information has been submitted for filing in this matter on Page 1 (of PDF document), rows 6-8, of Exhibit F to the Declaration of J. Raphael, filed in *In re Google Play Store Antitrust Litigation,* No. 21-md-02981-JD (N.D. Cal) ("MDL") at ECF No. 541; in *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-05761-JD (N.D. Cal) at ECF No. 424, and in *State of Utah, et al. v. Google LLC et al.*, No. 3:21-cv-05227-JD (N.D. Cal.) at ECF No. 415.

3. I have reviewed Page 1, lines 6-8 of the document provided and identified to me as Page 1 of Ex. F to J. Raphael Declaration In Support of Defendant's Motion for Leave to File Supplemental Brief in Support of Defendant's Motion to Exclude Merits Opinions of Dr. Singer [MDL Dkt. 541], which I understand was filed in this matter as described above. The one-page document that I reviewed was redacted, and only rows 6-8 were showing. I understand that the information in rows 6-8 is information that Defendants in this action are seeking to file under seal. These rows of the chart contain Supercell's confidential information, including raw data on in-app purchases in Supercell products, information that reflects highly confidential/sensitive business information that Supercell keeps confidential in the ordinary course of its business and under contract with Google. I also see that these materials disclose in-app purchase details, including breakdown of purchase prices both pre- and post-tax, and business metrics such as its take rates, and other commercial information. This information is not public to Supercell's knowledge, and if disclosed, would harm Supercell and place it at a competitive disadvantage in negotiations relating to take and pricing with Defendants' competitors (such as platforms that are competitive with Defendants). Supercell views this information as confidential and sensitive business information, has not made it public, and the disclosure of this information is likely to result in competitive or commercial disadvantage to Supercell. If these portions of the chart were

DECL. OF HANNU PARTANEN (SUPERCELL OY)
CASE NOS. Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD
1

to be made public, Defendants' competitors (for example, platforms operated by third parties competitive with Defendants where Supercell makes its games available to the public through agreements) would likely to gain insight into Supercell's relationship with Defendants (including pricing and agreed take), and could use this information in negotiations with Supercell to gain a competitive advantage at Supercell's expense. Disclosure of this information would harm Supercell by harming its bargaining position with third party platforms, and could give its competitors the ability to undercut Supercell and unfairly win additional business.

4. Accordingly, Supercell respectfully requests that the Court keep under seal Supercell's information in lines 6-8 of the document provided and identified to me as Page 1 of Ex. F to J. Raphael Declaration In Support of Defendant's Motion for Leave to File Supplemental Brief in Support of Defendant's Motion to Exclude Merits Opinions of Dr. Singer [MDL Dkt. 541].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2023.

DocuSigned by:

*Hannu Partanen*
6338B279CD57406

Hannu Partanen

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ciara McHale, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2023.

 */s/ Ciara McHale*
Ciara McHale