Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, Bar No. 308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, Bar No. 313656
dane.shikman@mto.com
Rebecca L. Sciarrino, Bar No. 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF KURUVILLA OLASA IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE STATES' MOTION FOR APPROVAL OF NOTICE OF PENDENCY AND OPPORTUNITY TO OPT-OUT FOR *PARENS PATRIAE* CLAIMS**<br><br>Judge:   Hon. James Donato |

1. I, Kuruvilla Olasa, am an attorney at Munger, Tolles & Olson LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in this multi-district litigation (MDL). I am a member in good standing of the State Bar of California and admitted to practice in the state and federal courts of California. I respectfully submit this declaration in support of Google's Opposition to the States' Motion of Pendency and Opportunity to Opt-Out for *Parens Patriae* Claims ("Opposition").

2. **Exhibit 1** is a true and correct copy of the court approved notice in *California v. eBay, Inc.*, No. 5:12-cv-05874-EJD, Dkt. Nos. 55-6, 85 (N.D. Cal. Sep. 3, 2015) is attached hereto.

3. **Exhibit 2** is a true and correct copy of the court approved notice in *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827-SI, Dkt. Nos. 7158-2, 7697 (N.D. Cal. Apr. 3, 2013) is attached hereto.

4. **Exhibit 3** is a true and correct copy of the court approved notice in *In re Macbook Keyboard Litig.*, No. 5:18-cv-02813-EJD, Dkt. Nos. 420-3, 426 (N.D. Cal. Dec. 2, 2022) *available at* https://www.keyboardsettlement.com/admin/api/connectedapps.cms.extensions/asset?id=7745e8c7-e728-462e-98e2-b083cf031fce&languageId=1033&inline=true.

5. **Exhibit 4** is a true and correct copy of the court approved notice in *In re Facebook Internet Tracking Litig.*, No. 5:12-md-02134-EJD, Dkt. No. 241 (N.D. Cal. March 31, 2022) *available at* https://angeion-public.s3.amazonaws.com/www.FBInternetTrackingSettlement.com/docs/FB+MDL_Long+Form+Notice+FINAL+06.14.2022.pdf.

6. **Exhibit 5** is a true and correct copy of the court approved notice in *Cottle v. Plaid, Inc.*, No. 20-cv-3056-DMR, Dkt. Nos. 153 (N.D. Cal. Nov. 19, 2021) *available at* https://angeion-public.s3.amazonaws.com/www.PlaidSettlement.com/docs/Long+Form+Notice.pdf

7. **Exhibit 6** is a true and correct copy of the court approved notice in *Taylor v. Shutterfly, Inc.*, No. 5:18-cv-00266, Dkt. Nos. 101-1, 106 (N.D. Cal. Dec. 7, 2021) *available at* https://angeion-public.s3.amazonaws.com/www.ShutterflyPromoSettlement.com/docs/Shutterfly_WORD_LongFormNotice_FINAL_amended+v2.pdf.

8. **Exhibit 7** is a true and correct copy of the court approved notice in *Briseno v. ConAgra Foods, Inc.*, 11-cv-05379-CJC-AGR, Dkt. Nos. 652-1, 655 (C.D. Cal. Apr. 4, 2019) *available at* https://www.wessonoilsettlement.com/admin/api/connectedapps.cms.extensions/asset?id=bd86212b-2f99-4698-83ae-b3431f41df3e&languageId=1033&inline=true.

9. **Exhibit 8** is a true and correct copy of the court approved notice in *In Re USC Student Health Center Litig.*, No. 2:18-cv-04258-SVW-GJS, Dkt. Nos. 139-2, 148 (C.D. Cal. June 12, 2019) *available at* https://www.usctyndallsettlement.com/admin/api/connectedapps.cms.extensions/asset?id=de0fd316-e507-4f58-824c-87ddd365ce54&languageId=1033&inline=true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of August 2023 in Los Angeles, California.

                                                    */s/ Kuruvilla Olasa*
                                                    Kuruvilla Olasa