| | |
|---|---|
| 1 | Karma M. Giulianelli (SBN 184175) |
| 2 | karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP** |
| 3 | 1801 Wewatta St., Suite 1200<br>Denver, Colorado 80202 |
| 4 | Telephone: (303) 592-3100 |
| 5 | Hae Sung Nam (*pro hac vice*) |
| 6 | hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP** |
| 7 | 850 Third Avenue<br>New York, NY 10022 |
| 8 | Telephone: (212) 687-1980 |
| 9 | *Co-Lead Counsel for Consumer Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF CONSUMER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AUTHORIZE NOTICE OF PENDENCY TO THE CONSUMER PLAINTIFF CLASS**<br><br>Judge:   Hon. James Donato<br><br>Date:      September 14, 2023<br>Time:     10:00 a.m.<br>Courtroom:   11 |

I, Karma M. Giulianelli, declare as follows:

1. I am an attorney duly admitted to practice in the States of Colorado and California and before this Court. I am a partner of the law firm of Bartlit Beck LLP and one of the two appointed Co-Lead Class Counsel for the certified Class of Consumer Plaintiffs in this action. I submit this declaration in support of Consumer Plaintiffs' Notice of Motion and Motion to Authorize Notice of Pendency to the Consumer Plaintiff Class. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents described herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of the proposed long-form Joint Notice of Pendency of Certified Class Action for the Consumer Plaintiffs' claims and the State Plaintiffs' *parens patriae* claims.

3. Attached hereto as **Exhibit B** is a true and correct copy of the proposed summary Joint Notice of Pendency of Certified Class Action for the Consumer Plaintiffs' claims and the State Plaintiffs' *parens patriae* claims.

4. Attached hereto as **Exhibit C** is a true and correct copy of the proposed long-form Notice of Pendency of Certified Class Action for the Consumer Plaintiffs' claims.

5. Attached hereto as **Exhibit D** is a true and correct copy of the proposed summary Notice of Pendency of Certified Class Action for the Consumer Plaintiffs' claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of August 2023 in Denver, Colorado.

BARTLIT BECK LLP

By: */s/ Karma M. Giulianelli*
Karma M. Giulianelli
*Co-Lead Counsel for Consumer Plaintiffs*

**E-FILING ATTESTATION**

I, Karma M. Giulianelli, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli