**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' MOTION TO AUTHORIZE NOTICE OF PENDENCY TO THE CONSUMER PLAINTIFF CLASS** |

This matter comes before the Court on the Consumer Plaintiffs' Motion to Authorize Notice of Pendency to the Consumer Plaintiff Class. Having considered the motion, the Court ORDERS:

1. The motion is GRANTED, and Consumer Plaintiffs are authorized to proceed with notice of pendency to the members of the certified Class of Consumer Plaintiffs.

2. The long-form and summary notices attached as Exhibits A and B to the Giulianelli Declaration are approved, and Consumer Plaintiffs are directed to proceed with the notice plan as further described in the Schachter Declaration.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING MOTION TO AUTHORIZE NOTICE OF PENDENCY TO THE CONSUMER PLAINTIFF CLASS
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD