1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

Case No. 3:21-md-02981-JD

**STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD FOR MOTION TO AUTHORIZE NOTICE OF PENDENCY TO THE CONSUMER PLAINTIFF CLASS**

Judge:   Hon. James Donato
Courtroom:   11

1     WHEREAS Consumer Plaintiffs have filed concurrently with this stipulation a Motion to

2  Authorize Notice of Pendency to the Consumer Plaintiff Class (the "Motion").

3     WHEREAS Google has not yet reviewed the Motion and reserves the right to respond to the

4  Motion.

5     WHEREAS Consumer Plaintiffs believe that it would be most efficient for the Motion to be

6  heard at the same time as the State Plaintiffs' previously filed Motion for Approval of Notice of

7  Pendency and Opportunity to Opt Out, ECF No. 546, which is set for argument on September 7,

8  2023, as well as the other pretrial conference matters set for that date, ECF No. 571.

9     WHEREAS Google takes no position on whether it would be most efficient for the Motion

10  to be heard on September 7, 2023, so long as Google has 14 days, as provided by Civil Local Rule

11  7-3(a), to respond to the Motion.

12     WHEREAS Civil Local Rule 7-2(a) provides that "all motions must be filed, served and

13  noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days

14  after filing of the motion."

15     WHEREAS Consumer Plaintiffs filed the Motion 28 days before the September 7 hearing.

16     WHEREAS, pursuant to Civil Local Rule 6-2(a), the circumstances underlying this request,

17  a description of previous time modifications in this case, and a description of the effect of this

18  requested time modification are detailed in the accompanying Declaration of Karma Giulianelli.

19

20     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

21     That Consumer Plaintiffs' Motion to Authorize Notice of Pendency to the Consumer Plaintiff

22  Class will be heard at 10 am on September 7, in Courtroom 11.

23     Google's Opposition to the Motion (if any) shall be due on August 24, 2023.

24     Consumer Plaintiffs' Reply to Google's Opposition (if any) shall be due on August 31, 2023.

25

26

27

28

1  DATED:  August 10, 2023                BARTLIT BECK LLP

2

3                                                   By:   /s/ Karma M. Giulianelli
                                                              _____
4                                                         Karma M. Giulianelli
                                                         *Co-Lead Counsel for Consumer Plaintiffs*
5

6  DATED:  August 10, 2023                KAPLAN FOX & KILSHEIMER LLP

7

8                                                   By:   /s/ Hae Sung Nam
                                                              _____
9                                                         Hae Sung Nam
                                                         *Co-Lead Counsel for Consumer Plaintiffs*
10

11 DATED: August 10, 2023                 MUNGER, TOLLES & OLSON

12

13                                                  By:  /s/ Kuruvilla Olasa
                                                              _____
14                                                        Kuruvilla Olasa
                                                         *Counsel for Defendants Google LLC et al.*
15

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18 Dated: _____          _____
                                                         HON. JAMES DONATO
19                                                  United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD
FOR MOTION TO AUTHORIZE NOTICE OF PENDENCY TO THE CONSUMER PLAINTIFF CLASS
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>E-FILING ATTESTATION</u>**

I, Karma M. Giulianelli, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli

STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD
FOR MOTION TO AUTHORIZE NOTICE OF PENDENCY TO THE CONSUMER PLAINTIFF CLASS
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD