1  Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
   1801 Wewatta St., Suite 1200
3  Denver, Colorado 80202
   Telephone: (303) 592-3100
4

5  Hae Sung Nam (*pro hac vice*)
   hnam@kaplanfox.com
6  **KAPLAN FOX & KILSHEIMER LLP**
   850 Third Avenue
7  New York, NY 10022
   Telephone: (212) 687-1980
8

9  *Co-Lead Counsel for Consumer Plaintiffs*

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
|---|---|
| THIS DOCUMENT RELATES TO: | **DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD FOR MOTION TO AUTHORIZE NOTICE OF PENDENCY TO THE CONSUMER PLAINTIFF CLASS** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| | Judge:   Hon. James Donato |

I, Karma M. Giulianelli, declare as follows:

1. I am an attorney duly admitted to practice in the States of Colorado and California and before this Court. I am a partner of the law firm of Bartlit Beck LLP and one of the two appointed Co-Lead Class Counsel for the certified Class of Consumer Plaintiffs in this action. I submit this declaration in support of the parties' Stipulated [Proposed] Order Shortening Time to Be Heard For Motion To Authorize Notice of Pendency to the Consumer Plaintiff Class. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents described herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Consumer Plaintiffs seek an order shortening time on Consumer Plaintiffs' Motion to Authorize Notice of Pendency to the Consumer Plaintiff Class (the "Motion"). Consumer Plaintiffs seek a shortening of time from 35 to 28 days so that the matter may be heard on September 7, 2023, the date when the Court has scheduled the hearing on several related motions and other trial preparation matters.

3. Hearing the Motion on September 7 will enable the Court to consider the motion alongside other related motions and issues, including the State Plaintiffs' previously filed Motion for Approval of Notice of Pendency and Opportunity to Opt Out, ECF No. 546, which is set for argument on September 7, 2023, as well as the other pretrial conference matters set for that date, ECF No. 571.

4. Preparation of the Motion after the August 3 summary judgment hearing required drafting the relevant papers and securing the services of A.B. Data, a notice administrator. On August 9, 2023, Class Counsel reached out to counsel for Google to request Google's position on shortening time to be heard on the Motion. Google counsel indicated that Google takes no position on whether the Motion should be heard on September 7, 2023, but agreed to stipulate to the Motion being heard on September 7, on the conditions that (1) the schedule did not shorten the time normally available for Google to respond to the Motion, (2) Consumer Plaintiffs filed their motion on August 10, and (3) Consumer Plaintiffs clearly stated that Google has not seen the Motion and reserves the right to respond.

1

DECLARATION OF KARMA M. GIULIANELLI ISO STIPULATED [PROPOSED] ORDER SHORTENING TIME
TO BE HEARD FOR MOTION TO AUTHORIZE NOTICE OF PENDENCY
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD

1      5.    The parties have negotiated and the Court has ordered several modifications to the operative Rule 16 Scheduling Order in this case. Consumer Plaintiffs have not previously submitted the Motion, however, so there have been no time modifications with respect to that motion.

    6.    The requested shortening of time would not affect any other deadline in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of August 2023 in Denver, Colorado.

                              BARTLIT BECK LLP

                              By:  */s/ Karma M. Giulianelli*
                                       Karma M. Giulianelli
                                       *Co-Lead Counsel for Consumer Plaintiffs*

**E-FILING ATTESTATION**

I, Karma M. Giulianelli, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli

DECLARATION OF KARMA M. GIULIANELLI ISO STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD FOR MOTION TO AUTHORIZE NOTICE OF PENDENCY
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD