Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas. R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF SUJAL J. SHAH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE NOTICE OF FILING OF DECLARATION OF DR. GREGORY K. LEONARD**<br><br>Judge:  Hon. James Donato |

1. I, Sujal J. Shah, am an attorney at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in this multi-district litigation (MDL). I am a member in good standing of the State Bar of California and admitted to practice in the state and federal courts of California. I respectfully submit this declaration in support of Google's Administrative Motion to Consider Whether to Seal Another Party's Materials Relating to Google's Notice of Filing of Declaration of Dr. Gregory K. Leonard In Response to Court's Order Re Dr. Singer's Proposed Expert Testimony and the related materials filed in support of that motion ("Notice of Filing").

2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge. If called upon as a witness in this action, I could and would testify competently thereto.

3. The accompanying exhibit to Google' Notice of Filing contains portions that are sourced from materials that (on behalf of non-parties) have been designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the operative Protective Orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 247, 248, and 249. The following table shows the portions of Exhibits that contain information designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 1 | Page 13, Paragraph 19 (between "shares of" and "respectively as of") | Rosetta Stone, Duolingo, and PictureThis |
| Exhibit 1 | Page 13, Paragraph 19 (between "Duolingo (" and "versus") | PictureThis |
| Exhibit 1 | Page 13, Paragraph 19 (between "versus" and ") simply" | Duolingo |
| Exhibit 1 | Page 13, Paragraph 19 (between "Rosetta Stone (versus" and "as predicted by") | PictureThis |

1

DECL. OF SUJAL J. SHAH IN SUPPORT OF ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE NOTICE OF FILING OF DECL. OF DR. GREGORY K. LEONARD
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:22-cv-05227-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 1 | Page 13, Paragraph 19, Table (all figures under "Category Share" and "Logit Model's Assumption Regarding Percentages of Switching from 'Rosetta Stone' to 'Duolingo' and 'PictureThis – Plaint Identifier'" columns) | Rosetta Stone, Duolingo, and PictureThis |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14th day of August 2023 in San Francisco, California.

                                                    _s/ Sujal J. Shah_
                                                    Sujal J. Shah

2

DECL. OF SUJAL J. SHAH IN SUPPORT OF ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE NOTICE OF FILING OF DECL. OF DR. GREGORY K. LEONARD
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:22-cv-05227-JD