# Exhibit 14

 (/en/welcome)

# Right Frank
## International Nutrition and Genetics Technologies

tel/fax +380
+380
mailbox@right

UA (/ua/suppliers/frank-wright.htm)   RU (/suppliers/frank-wright.

**Products**   **Services**   **Our Suppliers**   **News** (/en/news.htm)   **Articles** (/en/articles.htm)   **Gallery**
**About Us** (/en/pages/about-us.htm)   **Contact Us** (/en/pages/contacts.htm)

Main (/en/welcome/index)  /  Our Suppliers (/en/suppliers.htm)  /  Frank Wright



## Frank Wright

British company Frank Wright was founded in 1870. The Company manufacturers its products in the biggest single site premix factory in the World.

**Submit Enqui** (/en/pages/contacts

### The Company

Frank Wright is the largest independent premix manufacturer in Britain and has unrivalled experience in animal nutrition worldwide.

The company's products are now sold in more than 30 countries.

With its parent company, Frank Wright manufactures almost all the ingredients used in the production of its feed additives.

### The products

Some of the products that the Frank Wright company manufactures and supplies are:

· A comprehensive range of the most advanced feed premixes for all livestock.

· Water soluble vitamins that are added to the water supply for specific situations, such as times of stress in stock.

· Special products for pigs and poultry like pro-biotics and organic acid products that enhance digestive efficiency, animal performance and food conversion efficiency.

· Ruminant professional premixes to provide essential trace elements and vitamins in a very palatable free access form.

### The services

The manufacturing and supply of feed additives is only part of what Frank Wright contributes to the success of its farmer customers.

By using Frank Wright products, all our customers have access to the Frank Wright team of livestock nutrition specialists and the Company's scientific and technical resources.

Frank Wright employs leading specialists in the fields of pig, poultry and ruminant nutrition.  These specialists are available to assist with the latest techniques in diet formulation, raw material selection and all aspects of animal production.

### Ukraine

In Ukraine we are bringing to our customers not only the most advanced animal feed supplements, but also quick access to a complete team of highly qualified and experienced animal production specialists, who work with our customers to enhance the efficiency and profitability of their livestock units.

Our local team make sure that Frank Wright customers have access to the most up to date techniques and products to maximise profits from livestock production.

At Frank Wright we want our customers to be successful.  We will always seek ways to add performance and profitability to the business of our customers.

### Nufoer

The Spanish co
Nufoer specialis
developing and
manufacturing feed additives
animals.It is a family busines
activity is based on the tradit
consistent quality and solid
cooperation.The…

more > (/en/suppliers/

### Coventry Ch
Coventry Chem
9001:2000 and
accredited. Furt
the company is a member of
ISSA and BACS giving you th
confidence not only that the
are…

(/en/suppliers/coventryche

### Unipoint

Unipoint ag wa
1986 by a group
scientists and i
with the aim to find and deve
feed additives based on natu
nutrients that benefit…

more > (/en/suppliers/u

### Cogent

Cogent combin
of British geneti
developed throu
own pioneering UK breeding
programme with the very bes
and Italian bulls from the ma
World…

more > (/en/suppliers/

| Products (/en/production.htm) | Services (/en/services.htm) | Our Suppliers (/en/suppliers.htm) | News (/en/news.htm) | Articles (/en/articles.htm) | Gallery |
|---|---|---|---|---|---|
| Premixes For Dairy Cattle (/en/production/for-cattle.htm) Premixes For Pigs (/en/production/for-pigs.htm) | | | | | Photo (/en/gallery/photo.htm) Video (/en/gallery/video.htm) |