# Exhibit 1

*In re Google Play Antitrust Litigation*
Witness List (Google)

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| **Plaintiff Witnesses (Will Call Live)** | | | | | |
| Tim Sweeney | Live | Chief Executive Officer (Epic) | Will call | [leave blank for initial exchange] | [leave blank for initial exchange] |
| Chris Babcock | Live | Senior Platform Programmer (Epic) | Will call | - | - |
| Sharmistha Dubey | Live | Former CEO of Match Group, Inc., and current Director (Match) | Will call | - | - |
| Peter Foster | Live | General Manager at Match Group Media (Match) | Will call | - | - |
| Sonny Mangat | Live | Chief Information Security Officer, California AG | Will call | - | - |
| **Plaintiff Witnesses (May Call Live)** | | | | | |
| Steven Allison | Live | General Manager, Store (Epic) | May call | - | - |
| Ethan Diamond | Live | Senior Director (Epic) | May call | - | - |
| Andrew Grant | Live | Technical Director (Epic) | May call | - | - |
| Mark Rein | Live | Vice President (Epic) | May call | - | - |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Hans Stolfus | Live | Global Partnership Lead, Mobile (Epic) | May call | - | - |
| Alec Shobin | Live | Marketing Manager (Epic) | May call | - | - |
| Matthew Weissinger | Live | Head of Marketing (Epic) | May call | - | - |
| AJ Cihla | Live | Senior Director, Business Dev. At Tinder (Match) | May call | - | - |
| Adrian Ong | Live | Former Senior Vice President of Operations at Match Group (Match) | May call | - | - |
| Gary Swidler | Live | Former COO and current President and CFO at Match Group, Inc. (Match) | May call | - | - |
| Ryan Koppy | Live | North Dakota AG | May call | - | - |
| Melissa Larsen | Live | Former Chief of Staff to the Attorney General, Utah AG | May call | - | - |
| Christopher Earl | Live | Information Technology Director, Utah AG | May call | - | - |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Douglas Smith | Live | Chief Information Officer, Florida AG | May call | - | - |
| Mary Carr | Live | Consumer | May call | - | - |
| Daniel Egerter | Live | Consumer | May call | - | - |
| **Plaintiff Witnesses (May Call by Designation)** | | | | | |
| Joshua Kim | By Designation | Former COO of Bandcamp, Inc. | May call | - | - |
| Thomas Ko | By Designation | Former Head of Business and Online Strategy for Online Services (Epic) | May call | - | - |
| Haseeb Malik | By Designation | Former Marketing Director (Epic) | May call | - | - |
| Daniel Vogel | By Designation | Chief Operating Officer (Epic) | May call | - | - |
| Ian Purves | By Designation | Director of Partnerships at Match Group, LLC (Match) | May call | - | - |
| Zachary Palmer | By Designation | Consumer | May call | - | - |
| Serina Moglia | By Designation | Consumer | May call | - | - |
| Matt Atkinson | By Designation | Consumer | May call | - | - |
| Alex Iwamoto | By Designation | Consumer | May call | - | - |
| **Third-Party Witnesses (May Call Live)** | | | | | |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Mohsen Malekinehad | Live | Director of CA Notify Exposure Notification Program, California Department of Public Health | May call | - | - |
| Ian Sanford | Live | Information Technology Specialist, California Department of Public Health | May call | - | - |
| **Third-Party Witnesses (May Call by Designation)** | | | | | |
| Keith Tresh | By Designation | Chief Information Security Officer, Idaho Technology Authority | May call | - | - |
| Rohit Tandon | By Designation | Chief Information Security Officer, Minnesota IT Services | May call | - | - |
| Ted Goessling | By Designation | Systems Architect, Minnesota IT Services | May call | - | - |
| Jaime McClanahan | By Designation | Chief Information Officer, Texas Parks & Wildlife | May call | - | - |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Tracy Stevens | By Designation | Deputy Chief Information Security Officer, Virginia IT Agency | May call | - | - |
| Patrick Cox | By Designation | Biological Data Systems Manager, Washington Department of Fish & Wildlife | May call | - | - |
| **Google Witnesses (Will Call Live)** | | | | | |
| Hiroshi Lockheimer | Live | Senior Vice President, Technical | Will call | - | - |
| Don Harrison | Live | Vice President, Partnerships | Will call | - | - |
| Sameer Samat | Live | Vice President, Product Management | Will call | - | - |
| **Google Witnesses (May Call Live)** | | | | | |
| Brandon Barras | Live | Senior Strategic Partnerships Development Manager | May call | - | - |
| Patrick Brady | Live | Vice President, Engineering | May call | - | - |
| Edward Cunningham | Live | Director, Product Management | May call | - | - |
| Paul Feng | Live | Vice President, Product Management | May call | - | - |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Paul Gennai | Live | Vice President, Product Management | May call | - | - |
| Kobi Glick | Live | Director, Product Management | May call | - | - |
| Sarah Karam | Live | Director, Partnerships | May call | - | - |
| David Kleidermacher | Live | Vice President, Engineering | May call | - | - |
| Purnima Kochikar | Live | Vice President, Partnerships | May call | - | - |
| James Kolotouros | Live | Vice President, Partnerships | May call | - | - |
| Mrinalini Loew | Live | Director, Product Management | May call | - | - |
| Michael Marchak | Live | Director, Sales Strategy | May call | - | - |
| Rich Miner | Live | Director, Software Engineering | May call | - | - |
| Sebastian Porst | Live | Senior Staff Security Engineer, Manager | May call | - | - |
| Kirsten Rasanen | Live | Director, Partnerships | May call | - | - |
| Jamie Rosenberg | Live | Former Vice President, Product Management | May call | - | - |
| **Expert Witnesses (Will Call Live)** | | | | | |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Sandeep Chatterjee | Live | Chief Executive Officer, Experantis LLC | Will call | - | - |
| Matthew Gentzkow | Live | Landau Professor of Technology and the Economy, Stanford University | Will call | - | - |
| Donna Hoffman | Live | Professor of Marketing, George Washington University School of Business | Will call | - | - |
| Gregory Leonard | Live | Vice President, Charles River Associates | Will call | - | - |
| Zhiyun Qian | Live | Everett and Imogene Ross Associate Professor, Computer Science and Engineering Department, University of California Riverside | Will call | - | - |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Douglas Skinner | Live | Deputy Dean for Faculty and Eric J. Gleacher Distinguished Service Professor of Accounting, University of Chicago Booth School of Business | Will call | - | - |
| Catherine Tucker | Live | Sloan Distinguished Professor of Management Science, Massachusetts Institute of Technology | Will call | - | - |