Application for Admission of Attorney Pro Hac Vice
(Continuation)

Represented Defendants include:

Alphabet Inc.
Google Asia Pacific PTE, Limited
Google Commerce Limited
Google Ireland Limited
Google LLC
Google Payment Corp.