ELLIS GEORGE CIPOLLONE O'BRIEN LLP
Eric M. George (State Bar No. 166403)
  egeorge@egcfirm.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Attorneys for Plaintiff Ashly Esquivel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION,<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et. al., v. Google LLC, et. al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MARIBETH ANNAGUEY** |

**TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Maribeth Annaguey is no longer associated with Ellis George Cipollone O'Brien LLP and no longer represents Plaintiff Ashly Esquivel in this matter. Please remove Ms. Annaguey from the docket as counsel of record. Other attorneys from Ellis George Cipollone O'Brien LLP will continue to represent Plaintiff Ashly Esquivel.

Dated: September 1, 2023            ELLIS GEORGE CIPOLLONE O'BRIEN LLP


                                    By:      /s/ Eric M. George
                                            Eric M. George
                                            Attorneys for Plaintiff Ashly Esquivel