1   Karma M. Giulianelli (SBN 184175)
2   karma.giulianelli@bartlitbeck.com
    **BARTLIT BECK LLP**
3   1801 Wewetta St., Suite 1200
    Denver, Colorado 80202
4   Telephone: (303) 592-3100

5
    Hae Sung Nam (*pro hac vice*)
6   hnam@kaplanfox.com
7   **KAPLAN FOX & KILSHEIMER LLP**
    850 Third Avenue
8   New York, NY 10022
    Tel.: (212) 687-1980
9
    *Co-Lead Counsel for the Proposed Class in In*
10  *re Google Play Consumer Antitrust Litigation*

11
    Paul J. Riehle (SBN 115199)
12  paul.riehle@faegredrinker.com
    **FAEGRE DRINKER BIDDLE & REATH**
13  **LLP**
14  Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
15  Telephone: (415) 591-7500

16
    Christine A. Varney (*pro hac vice*)
17  cvarney@cravath.com
    **CRAVATH, SWAINE & MOORE LLP**
18  825 Eighth Avenue
    New York, New York 10019
19  Telephone: (212) 474-1000

20
    *Counsel for Plaintiff Epic Games, Inc. in Epic*
21  *Games, Inc. v. Google LLC et al.*

22

23

24

25

26  [Additional counsel appear on signature page]

27

28

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY**
**GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*


Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et*
*al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| This Document Relates To: | |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | **STIPULATED [PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Judge:  Hon. James Donato |
| *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |

1    WHEREAS, Defendants Google LLC et al. ("Google") intend to file an administrative

2  motion seeking leave to file a Statement of Recent Decision in connection with Google's Motion

3  for Partial Summary Judgment (MDL Dkt. No. 488).

4    WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al.

5  ("Match"), Consumer Plaintiffs, and State Attorneys General Plaintiffs, by and through their

6  undersigned counsel, do not object to Google's administrative motion but dispute the relevance of

7  the Third Circuit's decision to the facts underlying the *per se* claims that are the subject of Google's

8  Motion for Partial Summary Judgment.

9    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE

10  COURT'S APPROVAL:

11  • Google's Administrative Motion for Leave to File Statement of Recent Decision is

12    granted;

13  • Google shall file its proposed Statement of Recent Decision, attached as Appendix 1 to

14    its Administration Motion for Leave, on all relevant dockets.

15

16  Dated:  September 13, 2023           CRAVATH, SWAINE & MOORE LLP
                                          Christine Varney (pro hac vice)
17                                        Gary A. Bornstein (pro hac vice)
                                          Timothy G. Cameron (pro hac vice)
18                                        Yonatan Even (pro hac vice)
                                          Lauren A. Moskowitz (pro hac vice)
19                                        Justin C. Clarke (pro hac vice)
                                          Michael J. Zaken (pro hac vice)
20                                        M. Brent Byars (pro hac vice)

21                                        FAEGRE DRINKER BIDDLE & REATH LLP
22                                          Paul J. Riehle (SBN 115199)

23
                                          Respectfully submitted,
24                                        By:    /s/  *Lauren A. Moskowitz*
                                              Lauren A. Moskowitz
25
                                          *Counsel for Plaintiff Epic Games, Inc.*
26

27

28

1   Dated:  September 13, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By:   /s/  *Karma M. Giulianelli*
      Karma M. Giulianelli

      *Co-Lead Counsel for the Class in In re*
      *Google Play Consumer Antitrust Litigation*

Dated:  September 13, 2023

OFFICE OF THE UTAH ATTORNEY
GENERAL

Brendan P. Glackin
Lauren Weinstein

Respectfully submitted,

By:   /s/  *Lauren Weinstein*
      Lauren Weinstein

      *Counsel for Plaintiff States*

Dated:  September 13, 2023

HUESTON HENNIGAN LLP
  Douglas J. Dixon
  Christine Woodin
  Joseph A. Reiter

Respectfully submitted,

By:   /s/  *Douglas J. Dixon*
      Douglas J. Dixon

      *Counsel for Plaintiffs Match Group, LLC*
      *et al.*

1

Dated:  September 13, 2023

2

3

4

5

6

7

8

9

10

Dated:  September 13, 2023

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca
Sujal J. Shah
Minna L. Naranjo
Rishi P. Satia
Michelle Park Chiu

Respectfully submitted,

By:   /s/  *Brian C. Rocca*
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

STIP. RE ADMIN. MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated: _____          _____

4                                          HON. JAMES DONATO
                                           United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **E-FILING ATTESTATION**

2

3          I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to

4    file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

5    signatories identified above has concurred in this filing.

6

7                                                                      */s/  Glenn D. Pomerantz*

8                                                                      Glenn D. Pomerantz

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. RE ADMIN. MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD