**JOHN J. NOTAR**
California State Bar No. 332716
JACK NOTAR LAW
100 11th Ave, PHB
New York, NY 10011
Telephone: (703) 727-1685
jack@downdogapp.com

Attorney for Benjamin Simon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC et al, <br><br> Defendant. | CASE NO.:  3:21-MD-02981-JD <br><br> **NOTICE OF APPEARANCE** <br><br> Hon. James Donato |

TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I, John Notar, hereby appear as attorney of record for third-party respondent Benjamin Simon in the above-captioned action, and request that all court documents in connection with this action be served upon him at the email address listed above. I certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated:  September 18, 2023      *s/ John Notar*
                                Attorney for Ben Simon
                                Email: jack@downdogapp.com