AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br>THIS DOCUMENT RELATES TO:<br>Match Group, LLC, et al., v. Google LLC, et al.,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc.

Date: 09/18/2023

*Attorney's signature*

Moez M. Kaba/SBN 257456
*Printed name and bar number*

Hueston Hennigan LLP
523 West 6th Street, Ste. 400
Los Angeles, CA 90014
*Address*

mkaba@hueston.com
*E-mail address*

(213) 788-4340
*Telephone number*

(888) 775-0898
*FAX number*