# EXHIBIT 29

```
                                          Volume 1

                                          Pages 1 - 144
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ) <br> ANTITRUST LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Epic Games, Inc. vs. Google LLC, et al., ) <br> Case No. 3:20-cv-05671-JD ) <br> ) <br> In Re Google Play Consumer Antitrust ) <br> Litigation, Case No. 3:20-cv-05671-JD ) <br> ) <br> State of Utah, et al. v. Google LLC, ) <br> et al., Case No. 3:21-cv-05227-JD ) <br> ) <br> Match Group, LLC, et al. vs. Google LLC, ) <br> et al., Case No. 3:22-cv-02746-JD ) <br> _____ ) | NO. 21-md-02981-JD |

```
                                San Francisco, California
                                Thursday, January 12, 2023
```

**TRANSCRIPT OF PROCEEDINGS**

**IN RE EVIDENTIARY HEARING ON CHAT PRESERVATION**

**APPEARANCES**:

For Plaintiff Epic Games in C 20-05671 JD:
            CRAVATH SWAINE AND MOORE LLP
            825 Eighth Avenue
            New York, New York 10019
       **BY:  LAUREN ANN MOSKOWITZ, ATTORNEY AT LAW**
            **GARY A. BORNSTEIN, ATTORNEY AT LAW**

       **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

```
 1  you know of ever do any kind of an analysis or study to figure
 2  out how expensive it would be or how burdensome it would be to
 3  preserve chats just for this case?
 4      THE WITNESS:  I don't know.
 5      THE COURT:  You didn't do that?
 6      THE WITNESS:  I didn't.
 7      THE COURT:  And you don't know anybody else who did?
 8      THE WITNESS:  No.
 9      THE COURT:  Okay.
10      Okay.  Thanks.  Careful on the way down.  It's a steep,
11  steep step.
12      THE WITNESS:  Okay.  Thank you.
13                 (Witness excused.)
14      THE COURT:  Okay.  Who's next?
15      MR. KRAVIS:  Jonathan Kravis, Your Honor.
16      Google calls Mr. Jamie Rosenberg.
17   (Witness enters the courtroom and steps forward to be sworn.)
18      THE WITNESS:  Okay.
19      THE CLERK:  Please raise your right hand.
20                     JAMIE ROSENBERG,
21  called as a witness for the Defendants, having been duly sworn,
22  testified as follows:
23      THE WITNESS:  I do.
24      THE CLERK:  Please be seated.
25      Please --
```

1   **THE COURT:** We're going to have to move it along a bit --
2   okay? -- because we're getting short on time.
3   **MR. KRAVIS:** Yes, Your Honor.
4   **THE COURT:** Go ahead.
5   I'm sorry, Ms. Clark.
6   **MR. KRAVIS:** Good afternoon, sir.
7   **THE CLERK:** One second.
8   Please state your full name for the Court and spell your
9   last name.
10  **THE WITNESS:** My name is Jamie Rosenberg,
11  R-o-s-e-n-b-e-r-g.
12  **THE CLERK:** Thank you.
13                          **DIRECT EXAMINATION**
14  **BY MR. KRAVIS:**
15  **Q.** Good afternoon, sir.
16  **A.** Good afternoon.
17  **Q.** What is your name?
18  **A.** My name is Jamie Rosenberg.
19  **Q.** Where are you employed?
20  **A.** Well, I'm currently a part-time advisor at Google.
21  **Q.** And how long have you worked at Google?
22  **A.** I was in a full-time capacity for 12 years up until
23  September of 2022 and then, after a short break, moved into
24  this part-time role in November.
25  **Q.** What was the last full-time position that you held at

1  **Q.**  So you're referencing in an e-mail the fact that you had a
2  Google Chat conversation with Mr. Kolotouros about negotiations
3  with Samsung; correct?
4  **A.**  Yes.
5  **Q.**  And those chats no longer exist; right?
6  **A.**  I assume they don't.
7  **Q.**  And they no longer exist because when you had those
8  conversations, your chat history was turned off and so was
9  Mr. Kolotouros's; correct?
10 **A.**  I can't speak for his, but mine was turned off.
11 **Q.**  You also understood that he kept his off too?
12 **A.**  I -- I didn't -- didn't know that.
13 **Q.**  Okay.  All right.  Well, we have his testimony.
14     So the only reason we ever knew that these chats even
15 existed is the mention of them in an instant message -- I'm
16 sorry -- of an instant message in this e-mail; right?
17 **A.**  I assume so.
18 **Q.**  Okay.  Can I get your agreement that the IM chat
19 referenced in this e-mail was not the only conversation you had
20 with Mr. Kolotouros about the status of negotiations with
21 Samsung and other OEMs?
22 **A.**  Not the only conversation --
23 **Q.**  This wasn't the only chat you ever had with him; right?
24 **A.**  I don't -- I don't know if it was.
25 **Q.**  Do you think it was even possible that that was the single

1   certain issues in those trainings?
2   **A.**   I don't recall.
3   **Q.**   Do you ever recall getting trained on moving conversations
4   over to Chat in connection with those trainings?
5   **A.**   I don't recall.
6   **Q.**   Okay.  Well, we'll reserve that for closing.  I'll move
7   on.
8         During your time at Google, you kept your chat history off
9   the entire time; correct?
10  **A.**   Correct.  I didn't change the default.
11  **Q.**   And when you were deposed on February 10th of 2022, your
12  chat history was still turned off; correct?
13  **A.**   Correct.
14  **Q.**   You have done nothing to preserve chats for purposes of
15  this litigation; correct?
16  **A.**   I have not done anything to preserve chats for this
17  litigation.
18        **MS. MOSKOWITZ:**  I pass the witness, Your Honor.
19        **THE COURT:**  Did you get one of those litigation hold
20  notices for this case?
21        **THE WITNESS:**  I did.
22        **THE COURT:**  Okay.
23        Okay.  Is that it?
24        **MR. KRAVIS:**  Your Honor, may I just very briefly inquire
25  about these exhibits?