UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD FOR MOTION PURSUANT TO RULE 37(c)(1) TO EXCLUDE TRIAL TESTIMONY BY CARSON OLIVER**<br><br>Judge: Hon. James Donato |

STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

i

WHEREAS Plaintiffs have filed concurrently with this stipulation a Notice of Motion and Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver (the "Motion").

WHEREAS Plaintiffs believe it would be most efficient for the Motion to be heard during the October 12, 2023 pre-trial status conference to be held in the above-captioned action (the "October 12 Hearing") (*see* MDL Dkt. 603), and the parties have stipulated to page limits and a modified briefing schedule in order for the Motion to be fully submitted and heard by the Court on that date.

WHEREAS Civil Local Rule 7-2(a) provides that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion."

WHEREAS Plaintiffs are filing this Motion 15 days before the October 12 Hearing.

WHEREAS, pursuant to Civil Local Rule 6-2(a), the circumstances underlying this request, a description of previous time modifications in this case, and a description of the effect of this requested time modification are detailed in the accompanying declaration of Lauren A. Moskowitz.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Plaintiffs' Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver will be heard at 10 a.m. on October 12, 2023 in Courtroom 11;

Plaintiffs' Motion shall be limited to five pages in length.

Google's Opposition to the Motion (if any) shall be due on October 4, 2023, and shall be limited to five pages in length; and

Plaintiffs shall not be permitted to file a Reply in support of the Motion absent further order from this Court.

Dated:  September 27, 2023        CRAVATH, SWAINE & MOORE LLP
　　　　　　　　　　　　　　　　　　Christine Varney *(pro hac vice)*
　　　　　　　　　　　　　　　　　　Gary A. Bornstein *(pro hac vice)*
　　　　　　　　　　　　　　　　　　Yonatan Even *(pro hac vice)*
　　　　　　　　　　　　　　　　　　Lauren A. Moskowitz *(pro hac vice)*
　　　　　　　　　　　　　　　　　　Justin C. Clarke *(pro hac vice)*
　　　　　　　　　　　　　　　　　　Michael J. Zaken *(pro hac vice)*
　　　　　　　　　　　　　　　　　　M. Brent Byars *(pro hac vice)*

　　　　　　　　　　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　　　Paul J. Riehle (SBN 115199)

　　　　　　　　　　　　　　　　　By: */s/ Lauren A. Moskowitz*
　　　　　　　　　　　　　　　　　　Lauren A. Moskowitz

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Epic Games, Inc.*

Dated:  September 27, 2023        BARTLIT BECK LLP
　　　　　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　　　　　KAPLAN FOX & KILSHEIMER LLP
　　　　　　　　　　　　　　　　　　Hae Sung Nam

　　　　　　　　　　　　　　　　　By: */s/ Karma M. Giulianelli*
　　　　　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

Dated:  September 27, 2023        PRITZKER LEVINE LLP
　　　　　　　　　　　　　　　　　　Elizabeth C. Pritzker

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: */s/ Elizabeth C. Pritzker*
　　　　　　　　　　　　　　　　　　Elizabeth C. Pritzker

　　　　　　　　　　　　　　　　　*Liaison Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

| | |
|---|---|
| Dated:  September 27, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>　　Brendan P. Glackin<br>　　Lauren M. Weinstein<br><br>By: */s/ Lauren M. Weinstein*<br>　　Lauren M. Weinstein<br><br>*Counsel for the Plaintiff States* |
| Dated:  September 27, 2023 | HUESTON HENNIGAN LLP<br>　　Douglas J. Dixon<br>　　Christine Woodin<br>　　Joseph A. Reiter<br><br>By: */s/ Douglas J. Dixon*<br>　　Douglas J. Dixon<br><br>*Counsel for Plaintiffs Match Group, LLC et al.* |
| Dated:  September 27, 2023 | MUNGER, TOLLES & OLSON<br>　　Dane P. Shikman<br><br>By: */s/ Dane P. Shikman*<br>　　Dane P. Shikman<br><br>*Counsel for Defendants Google LLC et al.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　　　　HON. JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz