UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO RULE 37(c)(1) TO EXCLUDE TESTIMONY BY CARSON OLIVER**<br><br>Judge: Hon. James Donato |

Before the Court is Plaintiffs' Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver (the "Motion"). The Court, having reviewed the Motion and accompanying memoranda and declaration in support, any opposition thereto, the arguments of counsel, and good cause appearing, hereby **ORDERS** that the Motion is **GRANTED**. Mr. Oliver's testimony shall be excluded at the trial in this matter pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Paragraph 24 of this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED**

Dated: _____          _____
HON. JAMES DONATO
United States District Judge