1

2

3

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

4

5

6

7

8

9

10

11

12

13

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD FOR MOTION PURSUANT TO RULE 37(c)(1) TO EXCLUDE TRIAL TESTIMONY BY CARSON OLIVER**

Judge:  Hon. James Donato

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

i

1    WHEREAS Plaintiffs have filed concurrently with this stipulation a Notice of Motion and

2  Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver (the "Motion").

3    WHEREAS Plaintiffs believe it would be most efficient for the Motion to be heard during the

4  October 12, 2023 pre-trial status conference to be held in the above-captioned action (the "October 12

5  Hearing") (*see* MDL Dkt. 603), and the parties have stipulated to page limits and a modified briefing

6  schedule in order for the Motion to be fully submitted and heard by the Court on that date.

7    WHEREAS Civil Local Rule 7-2(a) provides that "all motions must be filed, served and noticed

8  in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of

9  the motion."

10    WHEREAS Plaintiffs are filing this Motion 15 days before the October 12 Hearing.

11    WHEREAS, pursuant to Civil Local Rule 6-2(a), the circumstances underlying this request, a

12  description of previous time modifications in this case, and a description of the effect of this requested

13  time modification are detailed in the accompanying declaration of Lauren A. Moskowitz.

14

15    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

16    Plaintiffs' Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver will

17  be heard at 10 a.m. on October 12, 2023 in Courtroom 11;

18    Plaintiffs' Motion shall be limited to five pages in length.

19    Google's Opposition to the Motion (if any) shall be due on October 4, 2023, and shall be limited

20  to five pages in length; and

21    Plaintiffs shall not be permitted to file a Reply in support of the Motion absent further order from

22  this Court.

23

24

25

Dated:  September 27, 2023

CRAVATH, SWAINE & MOORE LLP
   Christine Varney *(pro hac vice)*
   Gary A. Bornstein *(pro hac vice)*
   Yonatan Even *(pro hac vice)*
   Lauren A. Moskowitz *(pro hac vice)*
   Justin C. Clarke *(pro hac vice)*
   Michael J. Zaken *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

By: */s/ Lauren A. Moskowitz*
   Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

Dated:  September 27, 2023

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

By: */s/ Karma M. Giulianelli*
   Karma M. Giulianelli

*Co-Lead Counsel for Consumer Plaintiffs in In re
Google Play Consumer Antitrust Litigation*

Dated:  September 27, 2023

PRITZKER LEVINE LLP
   Elizabeth C. Pritzker

Respectfully submitted,

By: */s/ Elizabeth C. Pritzker*
   Elizabeth C. Pritzker

*Liaison Counsel for Consumer Plaintiffs in In re
Google Play Consumer Antitrust Litigation*

1    Dated:  September 27, 2023     OFFICE OF THE UTAH ATTORNEY GENERAL
                                     Brendan P. Glackin
2                                    Lauren M. Weinstein

3                                   By: /s/ Lauren M. Weinstein
                                     Lauren M. Weinstein
4
                                     *Counsel for the Plaintiff States*
5

6
     Dated:  September 27, 2023     HUESTON HENNIGAN LLP
7                                    Douglas J. Dixon
                                     Christine Woodin
8                                    Joseph A. Reiter

9                                   By: /s/ Douglas J. Dixon
                                     Douglas J. Dixon
10
                                     *Counsel for Plaintiffs Match Group, LLC et al.*
11

12   Dated:  September 27, 2023     MUNGER, TOLLES & OLSON
                                     Dane P. Shikman
13
                                    By: /s/ Dane P. Shikman
14                                   Dane P. Shikman

15                                   *Counsel for Defendants Google LLC et al.*

16

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

18

19   Dated: _____     _____
                                         HON. JAMES DONATO
20                                       United States District Judge

21

22

23

24

25

1

**E-FILING ATTESTATION**

2

I, Benjamin J. Cole, am the ECF User whose ID and password are being used to file this

3

document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4

identified above has concurred in this filing.

5

6

                                                      */s/ Benjamin J. Cole*
                                                      Benjamin J. Cole

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25