KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN #243780
alauridsen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Non-Party
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF BETSY CONTRO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' PROPOSED REMEDY RE GOOGLE'S DESTRUCTION OF CHAT EVIDENCE**<br><br>Judge:      Hon. James Donato<br><br>Date Filed:  February 5, 2021 |

I, Betsy Contro, declare:

1. I am not a party to this action and am over the age of 18 years. I submit this declaration pursuant to Northern District of California Civil Local Rule 79-5. Unless otherwise stated, the contents of this declaration are based on my personal knowledge, and if called as a witness in this matter, I could and would testify thereto.

2. Electronic Arts Inc. ("EA") is one of the world's leading digital interactive entertainment companies. It develops, publishes, and distributes games, content, and services for video game consoles, personal computers, and mobile devices.

3. I am an employee of EA and my title is Senior Counsel, Litigation. I am responsible for managing EA's civil litigation matters, including EA's collection and production of corporate documents. I am familiar with EA's document storage policies, including the steps EA takes to ensure that certain documents remain confidential and are accessible only by a limited group of authorized employees.

4. EA does not publicly disclose the terms and performance metrics of its distribution and marketing agreements with Google. This confidential information is commercially sensitive because EA engages in negotiations with partners over such deals, and the public disclosure of terms would give EA's other negotiating partners a strategic advantage in those negotiations. EA does not share this type of agreement information with third parties, and allowing them access to it through public disclosure in this litigation would prejudice EA and cause EA competitive harm.

5. I understand that certain documents submitted in connection with Plaintiffs' Proposed Remedy re: Google's Destruction of Chat Evidence reference information about EA that has been designated "Highly Confidential – Attorneys' Eyes Only." I have reviewed excerpts from those documents, provided to me by counsel for Defendants. EA hereby respectfully seeks the sealing of the following excerpts for the listed reasons:

////

////

////

| Excerpt Location | General Description | Reason for Sealing |
|---|---|---|
| Dkt. No. 608, Ex. 11 at GOOG-PLAY-010849911 | Contribution margin and value to developer metrics | EA does not publicly disclose performance metrics related to its agreements with Google. Such metrics are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 11 at GOOG-PLAY-010849930 | EA financial data | EA does not publicly disclose the terms of its agreements with Google. The terms of such agreements are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 15 at GOOG-PLAY-004146698 | Terms of EA agreement with Google | EA does not publicly disclose the terms of its agreements with Google. The terms of such agreements are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 15 at GOOG-PLAY-004146702 | EA assessment of relationship with Google | EA does not publicly disclose its assessments of its relationships with Google. |

2

DECLARATION OF BETSY CONTRO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PLAINTIFFS' PROPOSED REMEDY RE GOOGLE'S DESTRUCTION OF CHAT EVIDENCE
Case No. 3:21-md-02981-JD

2371606

| Excerpt Location | General Description | Reason for Sealing |
|---|---|---|
| | | Such assessments are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 15 at GOOG-PLAY-004146703 | Growth metrics | EA does not publicly disclose performance metrics related to its agreements with Google. Such metrics are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 15 at GOOG-PLAY-004146707 | EA financial data | EA does not publicly disclose the terms of its agreements with Google. The terms of such agreements are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 15 at GOOG-PLAY-004146731 | EA financial data | EA does not publicly disclose the terms of its agreements with Google. The terms of such agreements are commercially sensitive information, and EA's other |

3

DECLARATION OF BETSY CONTRO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' PROPOSED REMEDY RE GOOGLE'S DESTRUCTION OF CHAT EVIDENCE
Case No. 3:21-md-02981-JD

2371606

| Excerpt Location | General Description | Reason for Sealing |
|---|---|---|
| | | partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 15 at GOOG-PLAY-004146732 | EA financial data | EA does not publicly disclose the terms of its agreements with Google. The terms of such agreements are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |
| Dkt. No. 608, Ex. 15 at GOOG-PLAY-004146746 | EA financial data | EA does not publicly disclose the terms of its agreements with Google. The terms of such agreements are commercially sensitive information, and EA's other partners would use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. |

6. EA has sought to seal the narrowest amount of information possible while still protecting EA from the harm that would result from the public disclosure of this sensitive confidential information. There are no less-restrictive alternatives to address the harm EA would suffer if the information is publicly disclosed.

7. EA respectfully requests that the Court seal this limited information based upon good cause shown and file in the public record redacted versions of the documents described herein.

Executed this 28th day of September, 2023, at  Redwood City  , California.  I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*BETSY CONTRO*
07BA68ADB064466

BETSY CONTRO

5
DECLARATION OF BETSY CONTRO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PLAINTIFFS' PROPOSED REMEDY RE GOOGLE'S DESTRUCTION OF CHAT EVIDENCE
Case No. 3:21-md-02981-JD

2371606