# EXHIBIT A

Privileged & Confidential

# Executive Summary – We are fine-tuning Android Search Rev share (ex Samsung) to protect Google from key strategic risks

**Update: RSA spend and enrollment behind the target we set with 2016 BC approval**

- 2016 BC approval targeted 85% Android base coverage at ~15% of Total Search Distribution Revenue via Android. Due to device by-device nature of the deal, we are (1) not getting protection on some devices and (2) getting very limited traction in the "bonus" tier that is supposed to align OEMs with Google's xPA priorities

**Since 2016, Android dynamics changed and we have higher exposure of Search and Play revenue than before**

- Chinese OEMs and Samsung are actively investing in creating own app and services ecosystems; Microsoft and Amazon pursuing distribution deals on devices not covered by RSA; and Android market share is under pressure in developed carrier led geos

**Ask:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 2023 across Search and Play for carriers and non-Samsung OEMs to secure platform protections for Search, and Play and critical apps protections on more devices

- **Introduce a new platform tier of RSA** to secure browser defaults and assistant DHS exclusivity & gesture at scale
- **Offer up to** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **In 2020 and up to** ▇▇▇▇ (steady state) in addition to the **bonus tier of current RSA** to secure Play exclusivity, Android upgrades, and distribution for critical apps (Comms suite, Pay, Photos, Gmail, Gcal, Discover suite)
- **Offer additional** ▇▇ **of Search & Assistant revenue share to most strategic partners** (for **total** of ▇▇ for ▇▇ and ▇▇ for carriers) to incentivize clean UI devices with full set of Google apps

*Note: Total Search Distribution Revenue via Android Forecast includes Non-RSA Partner Dist. Rev*

2



Privileged & Confidential

# Since 2016, ecosystem dynamics have changed and competition has increased. Gaps in coverage exist.

**1 Search and Assistant**

- **EC** ruling created opportunity for **rivals to secure full Search exclusivity** on devices in EEA
- **Microsoft and Amazon actively pursuing deals for Bing/Alexa** on devices not covered by RSA (e.g. Bing is a default search on Xiaomi & Vivo in India; Alexa is prominent on LG/ Moto Prime phones)

**2 Play / Android**

- Chinese OEMs have **alternative stores preloaded on ~80% of Android devices,** and have a meaningful overlap with Play offering; **Huawei working on their own OS**
- **Samsung ramped up investments into their own store** with S10 launch
- **If Play is less relevant for OEMs, MADA protections may be at risk** (leading to higher TAC)

**3 Other apps**

- Chinese OEMs have **~90% services overlap with GMS apps and are at an inflection point on expanding their** services outside China & India, [redacted]
- iOS users expect **cohesive set of services** incl. Messages, Photos, Music, Mail, etc. and view lack of unified offering on Android as a deterrent for **switching**

**4 Android reach [Carriers]**

- Android **share is under pressure in US** (lost 6ppt in 2018; 2% DAU decline), and **developed markets where most of the last year Android gains were driven by Huawei;** Huawei ban puts ~250M shipments at risk over 2yrs

*NOTES: 1) Based on MagicEye study of Android One devices, controlling for user, device, and geo*

5



Privileged & Confidential

## OEMs: We are proposing a 3-tiered deal framework that can be customized for individual partner via the fallbacks:

*NEW*

| Core Experience (platform) | Optimized Experience (device level, conditional on Core) | Google Forward (device, conditional on Optimized) |
|---|---|---|
| [redacted] *Browser search revenue share 0% on GSA Widget* ([redacted] *overall Search rev share)* | [redacted] **Search revenue share (as TODAY base)** | [redacted] **Search (as TODAY bonus)** [redacted] *Play revenue share* ([redacted] *of spend) for Oppo/Vivo/Xiaomi;* [redacted] *for selected smaller OEMs*** |
| ● OEM browser search defaults *(waived in EEA)*<br>● *Assistant DHS, hotword and gesture exclusivity*<br>● *No search exclusivity* | ● *Full* exclusivity for Search & Assistant incl. Visual Search *(+DHS icon for Assistant)*<br>● Defaults for Feed (minimum shared) & Gboard | ● *Google apps as defaults for all key functions (i.e., Photos, Comms, Pay, Gmail, Calendar, etc.)*<br>● *Play as primary/ exclusive source of 3p downloads*<br>● *All access points for Search/Assistant/Lens*<br>● *Deeper product/ technical collaboration*<br>● *Google has approval over final UI*<br>● *Google retains rights to evolve the program over time*<br>*Expected 1: Oppo & Vivo*: Drop U /app requirements (& reduce Search revenue to Optimized level), but keep Play rev share*<br>*Expected 2:* *of Search rev**** |

**Also includes Transsion;*
***We pay on Google-portion of Non-DCB Apps & Games Revenue & Play ads excl. transaction costs; Lower (4%) ... to LG, Lenovo, Sony, Asus and other smaller OEMs;*

OS Upgrades and Play Exclusivity
Google approves the UX/SW experience, subject to change by Google, which today includes: deep integrations for Assistant, Clean UI, Defaults/ exclusivity for Comms, Pay, Photos, News/Podcast, Gmail, GCal)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004488115.R

**Strategic**
Aligns rapidly growing CN OEMs with Google before they pass the pivotal moment in 1P services growth (e.g. Xiaomi generated ▮▮▮ revenue from 1P services and ads in IN/ID)
Promotes Android and Google by advancing cleaner, more secure, fresher UX

**App efficiency**
Per device** and operational savings by consolidating standalone bounties:
Xiaomi: GFD is ▮ more expensive than app bounties, but adds Play, Clean UI, Photos, Gmail and Gcal protections
LG: ▮ savings per device after 2020 (GFD is $0.1 more expensive vs. app bounties until button deal runs out)
Other non CN OEMs ▮ savings per device (incl. HW button)

**Additional potential upside (not part of the deal model)**
▮ in marketing by carriers (might require additional 1-2 HC to manage)
3-5pts revenue uplift for Google Forward devices via Search & Play
Clean devices are 15-20% more likely to attract iOS switchers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Privileged & Confidential

## Sensitivity Analysis of exposed revenue in 2023F under current market dynamics

| Risk Vector | Low End Risk *(2023F)* | High End Risk *(2023F)* | Max At-Risk *(2023F)* |
|---|---|---|---|
| | [redacted] | | |
| Search in 3P Browser | *3P browser in hotseat from Chinese partners[1] point to rival, with full Firefox-level organic winback[2]* | *3P browser in hotseat from Chinese partners[1] point to rival, with [redacted] of Firefox-level organic winback[2]* | *3P browser revenue in hotseat with 0% winback* |
| | [redacted] | | |
| Search in Europe | *Rivals buy-out [redacted] of Xiaomi devices in EEA, equal to non-RSA 2.0 devices[3]* | *Rivals buy-out 30% of Chinese OEM devices in EEA* | *All GDAF partner EEA revenue* |
| | [redacted] | | |
| Play on CN Oems | *Chinese partners[1] secure [redacted] of Play revenue (low-end usage % of Aptoide, Oppo)* | *Chinese partners[1] secure [redacted] of Play revenue (high-end usage % of Aptoide, Vivo)* | *Chinese partners[1] secure 100% of Play revenue* |

*Notes: 1) Chinese OEMs include Xiaomi, Oppo, Vivo, and Lenovo, 2) Organic recovery after Firefox search default change was ~45-65% on U.S. desktops, 3) Xiaomi in Q1 '19 enrolled ~70% in RSA 2.0*

26

Other OEMs includes rampdown from Huawei RSA devices



Privileged & Confidential

# Search Model Assumptions

## Underlying Assumptions

- Revenue team's distribution revenue forecast [redacted]
- [redacted] Huawei's revenue momentum expected to leave Android

[redacted]

| Huawei Re-allocation of Revenue | | | |
|---|---|---|---|
| iOS or Other Non-Android | Samsung | Xiaomi | Other Smaller Android OEMs |

## Status Quo

- % of Distribution revenue for each OEM continues historical trend, with maximum [redacted] of revenue under RSA (except for Asus, Lenovo, and HMD)
- Historical TAC rates (ratio split between Base and Bonus are maintained), with maximum of 12% and minimum of 8% (except for Sony and Asus which have a Bonus 16% TAC rate from RSA 2.0)

## GDAF Expected Case

- % of Distribution Revenue under RSA increases to [redacted] % either at historical trend or within 3 years of current RSA expiry, whichever comes first
- OEMs
  - TAC Rate of [redacted] for Optimized and [redacted] GFWD for most [redacted] GFWD for Xiaomi, Sony, and Asus)
  - Enrollment between [redacted] GFWD for most partners
    - 100% GFWD in all geographies: Asus, HMD, Lenovo, LG, Sony
    - 100% Optimized in all geographies for TCL
    - 90% GFWD / 10% Optimized for all other Partners or Xiaomi in INMD)
  - Oppo / Vivo / Transsion expected to take Fallback #1 (8% search rate while still receiving Play revshare)
- Carriers
  - TAC Rate [redacted] Optimized and 20% for GFWD
  - [redacted] Optimized, 1 [redacted] GFWD
- KR and JP Carriers are also under consideration (if we decide to pursue RSA contracts with them)
  - Their potential revenue is represented by ~85% (steady state) of KR & JP revenue for Kyocera, Sharp, Lenovo, nd Sony devices
  - Their ramp is expected to be 5 years instead of 3 because of historically slow ramp time for past deals in

23

Other OEMs includes rampdown from Huawei RSA devices



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004488137.R



Privileged & Confidential

# Chinese OEMs have significant overlap with GMS apps and are actively monetizing these apps through ads

of ads revenue

## Google Forward (ROW ex. RU)

| NO | YES |
|---|---|
| ~~MI Store~~<br>~~MI Browser~~<br>~~-1~~<br>~~Security Center~~<br>~~Files Manager~~<br>~~Calendar~~<br>~~Music~~<br>~~Video~~<br>~~Message/Dialer~~<br>~~Theme Store~~<br>~~Gallery~~<br>~~Weather~~<br>~~Folder ads~~ | Drop<br>Community |

## Optimized Experience (IN/ID)

| NO | YES |
|---|---|
| ~~MI Store on DHS~~<br>~~Mi Browser as Default~~<br>~~-1~~ | Drop<br>Community<br>Security Center<br>Files Manager<br>Calendar<br>Music<br>Video<br>Message/Dialer<br>Theme Store<br>Gallery<br>Weather<br>Folder ads |

*Global UI has a team of 400
*All apps listed are Xiaomi first party



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    GOOG-PLAY-004488141.R



Privileged & Confidential

# 3&4: We propose investing [redacted] in getting [redacted] devices promoting best Google experience on Android ([redacted] per device)

## 3&4 Strategic Reasons

- **Aligns rapidly growing CN OEMs with Google** before they pass the pivotal moment in 1P services growth (e.g. Xiaomi generated [redacted] revenue from 1P services and ads in IN/ID)
- **Promotes Android and Google** by advancing cleaner, more secure, fresher UX

| | | | |
|---|---|---|---|
| -50% | System crashes* | +20% | Battery efficiency* |
| +40-50% | GMS app usage uplift | 2x | User NPS scores |

## 3&4 Efficiency

**Per device** and operational savings** by consolidating standalone bounties:

- **Xiaomi**: GFD is [redacted] **more expensive** than app bounties, but adds Play, Clean UI, Photos, Gmail and Gcal protections
- **LG** [redacted] **savings** per device after 2020 (GFD is $0.1 more expensive vs. app bounties until button deal runs out)
- **Other non CN OEMs** [redacted] **savings per device** (incl. HW button)

## 3&4 Additional potential upside

*(not part of the deal model)*

- [redacted] **in marketing by carriers** (might require additional 1-2 HC to manage)
- [redacted] **revenue uplift** for Google Forward devices via Search & Play
- Clean devices are **15-20% more likely to attract iOS switchers** (observed in Western Europe)

* Xiaomi A-One devices vs. same-spec'ed Xiaomi MIUI devices; **Varies



Privileged & Confidential

# So how do partner economics work?
(Illustrative Example: Xiaomi in 2020)

## Overall Payout

| (in millions) | 2019E | 2020F | 2021F | 2022F | 2023F |
|---|---|---|---|---|---|
| Status Quo (just RSA) | [redacted] | | | | |
| GDAF Incremental Search | | | | | |
| GDAF Incremental Play | | | | | |
| *RSA Actives* | | | | | |
| *Total OEM Client ID Actives* | | | | | |

*A [redacted] ys