# EXHIBIT 1

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   IN RE GOOGLE PLAY STORE ANTITRUST
     LITIGATION
 7
     Case No. 3:21-md-02981-JD
 8
 9   THIS DOCUMENT RELATES TO:
10   Epic Games Inc. v. Google LLC, et al.
     Case No.:  3:20-cv-05671-JD
11
     In re Google Play Consumer Antitrust
12   Litigation
     Case No.:  3:20-cv-05761-JD
13
     In re Google Play Developer Antitrust
14   Litigation
     Case No.:  3:20-cv-05792-JD
15
     State of Utah, et al. v. Google LLC, et
16   al.
     Case No.:  3:21-cv-05227-JD
17
     ------------------------------------x
18
19        ** HIGHLY CONFIDENTIAL **
20      REMOTE VIDEOTAPED DEPOSITION OF
21              PATRICK BRADY
22              April 21, 2022
23
24   Reported By:
25   ERIC J. FINZ
```

1          BRADY - Highly Confidential
2          financially interested in the
3          outcome.
4                Counsel attending remotely
5          will be noted on the stenographic
6          record.  Will the court reporter
7          please swear in the witness.
8    PATRICK BRADY,
9    having been first duly sworn by the
10   Notary Public (Eric J. Finz), was
11   examined and testified as follows:
12                THE VIDEOGRAPHER:  Thank you.
13         We may proceed.
14                EXAMINATION BY
15                MR. BENEDICT:
16         Q.    Good morning, Mr. Brady.  We
17   met off the record a moment ago.  I'm
18   Brendan Benedict for the Utah Office of
19   the Attorney General.  With me today is
20   Maria Martin of the Nevada Office of the
21   Attorney General.
22                Can you please state your full
23   name for the record?
24         A.    Yes.  Patrick Brady.
25         Q.    And where are you sitting

Page 42

1      BRADY - Highly Confidential
2  your email here, you see at the top,
3  "Some follow-up explanations below as
4  some have asked.  Patrick," and then
5  there is an explanation that follows.
6            Do you see that?
7      A.   I do.
8      Q.   And there is a bolded heading
9  here that says, "Android is not a Google
10 product."
11           Do you see that?
12     A.   I do.
13     Q.   And it says below that,
14 "Android is not a Google product, it's an
15 open source mobile platform that happens
16 to have a large number of contributors
17 who happen to work for Google," and then
18 it continues.
19           Do you see that you wrote
20 that?
21     A.   I do.
22     Q.   And what did you mean when you
23 said Android is an open source mobile
24 platform?
25     A.   I meant that Android was a

Page 43

1      BRADY - Highly Confidential
2   mobile operating system that was provided
3   as open source software to run on mobile
4   phones.
5          Q.    And it was provided open
6   source under the Apache license.  Do you
7   recall that?
8          A.    Primarily under the Apache
9   license.  There is a number of licenses
10  for different components in the open
11  source distribution.
12         Q.    Understanding that parts of
13  the Linux curl are licensed under
14  something separate.  Right?
15         A.    Correct.  And there are other
16  components that are licensed under a
17  different license.  But the primary
18  license for Android would have been
19  Apache, yes.
20         Q.    Okay.  And then there is a
21  heading below that that says, where you
22  wrote, quote, "Android does not include
23  Google's special sauce."
24               Do you see that?
25         A.    I do.

Page 44

1   BRADY - Highly Confidential
2   Q. And then it sets out Google
3   Mobile Services with some of the apps
4   that are listed there. Right?
5   A. It does.
6   Q. And Google Mobile Services and
7   these apps were what Google was licensing
8   to OEMs under the MADA. Correct?
9   A. That is correct.
10  Q. Now, in the paragraph below
11  that you write, "Most partners don't just
12  want Android for Android, they want
13  Android with GMS because this is a much
14  more compelling product."
15      Do you see that?
16  A. I do.
17  Q. Why did you believe that GMS
18  was a much more compelling product than
19  Android?
20      MS. CURRAN-HUBERTY: Object to
21  form.
22  A. I don't think that's an
23  accurate representation of what I said.
24  I didn't say GMS is more compelling than
25  Android. I said Android with GMS is more

```
                                             Page 173
 1           BRADY - Highly Confidential
 2   became of it after.
 3        Q.    Are there any lawyers on this
 4   email chain?
 5        A.    Yes.
 6        Q.    Is that Mr. Moss?
 7        A.    Yes.
 8              (Simultaneous crosstalk.)
 9        A.    -- he was a lawyer, anyway.
10        Q.    Did you seek Mr. Moss's
11   counsel when you sent your email?
12        A.    I don't think -- I mean, yes.
13   I think I was generally sharing this and
14   providing a recommendation.  Looking for
15   feedback.  I think after -- and copying
16   Tom, who is acting as the attorney in
17   this case.  And, you know, I think after
18   Andy responded, it was -- well, actually,
19   no.  I think -- sorry, I take that back.
20   It looks like Jennie added Tom later to
21   the thread.  So probably I did not send
22   it to Tom initially.
23        Q.    Okay.  Right.
24              Now, it was true that at some
25   point in time Google required, as a
```

Page 174

1     BRADY - Highly Confidential
2     condition of making Google Mobile
3     Services apps available under the MADA,
4     that OEMs take Android Market if they
5     wanted access to any other GMS apps.
6     Right?
7              MS. CURRAN-HUBERTY:  Object to
8         form.
9     A.    Android Market was part of the
10    Google Mobile Services core application
11    suite that was -- if it -- there were
12    certain apps that were optional in the
13    suite, potentially, but over time.  But
14    there was a core set of apps that if the
15    partner wanted to distribute any one of
16    those, they would have to take the rest.
17              And they were integrated.  You
18    know, the way, if you shipped Google
19    Maps, the way that we would update Google
20    Maps and provide security updates or
21    feature updates was through Android
22    Market, were they placed, or.  So if that
23    wasn't included, there was no way to
24    update that app.
25              So it was, the short version

Page 175

1  BRADY - Highly Confidential
2  is yes, that was part of the GMS core app
3  suite.
4       Q.    In other words, Android Market
5  was one of the mandatory apps under the
6  MADA?
7       A.    Yes.
8       Q.    You can set that aside.
9            MR. BENEDICT:  I'm going to
10       mark our next exhibit.  This will
11       be Plaintiffs' Exhibit 875.  It's
12       an email chain beginning with an
13       email from Chris Barton to you,
14       copying others, dated June 23,
15       2010.  With the Bates 280595.
16           (Exhibit PX 875 for
17       identification, email dated June
18       23, 2010.)
19  BY MR. BENEDICT:
20       Q.    Do you see that?
21       A.    I do.
22       Q.    And who is Mr. Barton?
23       A.    I believe we talked about
24  Chris Barton earlier.  He was a sales or
25  business development person in the, I