# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1           UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4    ---------------------------------------------------x
5    IN RE GOOGLE PLAY STORE              Case No.
     ANTITRUST LITIGATION                 3:21-md-02981-JD
6

7    THIS DOCUMENT RELATES TO:

     Epic Games Inc. v. Google LLC,
8    et al.,
     Case No. 3:20-cv-05671-JD
9

10   ---------------------------------------------------x
11
12      *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
13
14     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
15                    DOUGLAS BERNHEIM
16                 Thursday, April 6, 2023
17
18
19
20
21
22
23
24   Reported By: Lynne Ledanois, CSR 6811
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 12

1           Thursday, April 6, 2023
2                  9:05 a.m.
3      -----------------------------------------------------------
4           THE VIDEOGRAPHER: Good morning. We're
5      going on the record at 9:05 a.m. And audio and
6      video recording will continue to take place unless
7      all parties agree to go off the record.
8           This is Media Unit 1 of the video-recorded
9      deposition of Douglas Bernheim taken by counsel for
10     the defendant in the matter of In Re Google Play
11     Store Antitrust Litigation filed in the United
12     States District Court for the Northern District of
13     California, San Francisco Division. Case number is
14     3:21-md-02981-JD.
15          My name is Jeffree Anderson representing
16     Veritext and I'm the videographer. The court
17     reporter is Lynne Ledanois from the firm Veritext.
18          All parties are recorded on the record and
19     you may swear in the witness. Thank you.
20
21              DOUGLAS BERNHEIM, Ph.D.,
22        having been duly sworn, testified as follows:
23                   EXAMINATION
24     BY MR. MACH:
25          Q   Good morning, Dr. Bernheim.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 13

1    A    Good morning.
2    Q    Can you state your name for the record
3  please, sir?
4    A    My full name is Bert, B-E-R-T, Douglas,
5  Bernheim, B-E-R-N-H-E-I-M.
6    Q    And is Dr. Bernheim an appropriate way to
7  address you, sir?
8    A    That's totally fine.
9    Q    Okay.  Thank you.
10        How many times have you been deposed?
11   A    I really can't say.  I'm sure it's probably
12 a few dozen, but I don't know.
13   Q    More than, say, 30; is that fair?
14   A    I don't know.  I'm not sure it's more than
15 30.  It's probably in that general territory, but I've
16 honestly never tried to count up the number of times.
17   Q    Would it be fair to say approximately 25
18 to 30 times?
19   A    I don't want to say that with too much
20 conviction because I'm not really sure.  Again, I have
21 not counted it up.  I have to go back and figure out
22 how many cases I've been doing.
23        I'm just thinking to myself, you know,
24 I've been doing this for 30 years roughly and
25 probably have been having about a deposition a year

Page 26

1   to load.  I switched documents.
2           I've got it now.  I'm sorry, you said
3   Paragraph 10?  Yes.
4       Q   In Paragraph 10 you say, "In working with
5   Bates White staff, I instructed them to gather, for
6   my review, all materials that were relevant to my
7   analyses, regardless of whether the information was
8   helpful to Epic or to Google."
9           Do you see that, sir?
10      A   I do, yes.
11      Q   So in general, did you find that you had
12  access to sufficient information to adequately
13  assess the issues discussed in your report?
14      A   I did, yes.
15      Q   What materials relevant to your analysis
16  did you review that you found helpful to Google?
17          MR. BORNSTEIN:  Object to the form of the
18  question.
19          THE WITNESS:  I would not classify things
20  that way.  There's materials that speak to, for
21  example, the degree of competition between Google
22  and Apple and whether that competition is in
23  smartphones or whether it's in something else.
24          There are documents that speak to
25  different degrees of competition.  So documents that