# EXHIBIT 13

Page 1

1  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
2  SAN FRANCISCO DIVISION
   Case No. 3:21-md-02981-JD
3  ------------------------------------x
   IN RE GOOGLE PLAY STORE
4  ANTITRUST LITIGATION
5  THIS DOCUMENT RELATES TO:
6  Epic Games Inc. v. Google LLC, et al.,
   Case No: 3:20-cv-05671-JD
7
   In re Google Play Consumer
8  Antitrust Litigation,
   Case No: 3:20-cv-05761-JD
9
   In re Google Play Developer
10 Antitrust Litigation,
   Case No: 3:20-cv-05792-JD
11
   State of Utah, et al., v.
12 Google LLC, et al.,
   Case No: 3:21-cv-05227-JD
13
   Match Group, LLC, et al.,
14 v. Google LLC, et al.,
   Case No. 3:22-cv-02746-JD
15 ------------------------------------x
              Tuesday, August 23, 2022
16                9:16 a.m. PDT
17
          **HIGHLY CONFIDENTIAL
18       UNDER PROTECTIVE ORDER**
19            - Volume I -
20   Remote Videotaped Deposition by
21 Virtual Zoom of DONALD HARRISON, a
22 Witness on behalf of Google, taken before
23 Dawn Matera, a Certified Shorthand
24 Reporter and Notary Public of the State
25 of New York.

1   DONALD HARRISON - HIGHLY CONFIDENTIAL
2       and I am the videographer.  The court
3       reporter is Dawn Matera from the firm
4       of Veritext Legal Solutions.
5            I am not authorized to
6       administer an oath.  I am not related
7       to any party in this action nor am I
8       financially interested in the outcome.
9            Please note that all appearances
10      and affiliations will be noted on the
11      stenographic record and will the court
12      reporter please swear in the witness
13      remotely.
14  D O N A L D   H A R R I S O N, the
15  Witness herein, having first been duly
16  sworn by the Notary Public, was examined
17  and testified as follows:
18  EXAMINATION BY
19  MR. SCHWARTZ:
20      Q.   Good morning, Mr. Harrison.  My
21  name is Aaron Schwartz and I will be
22  asking you questions today on behalf of
23  the consumer class.
24           Can you please state your full
25  name for the record, please.

Page 323

```
 1   DONALD HARRISON - HIGHLY CONFIDENTIAL
 2   on global partnerships, there is a period
 3   of time where another executive named
 4   Daniel Alegre managed the relationship
 5   with Apple, together with Joan Braddi.  I
 6   wanted to say that lasted for a bit
 7   longer than a year and then I took over
 8   top partners and at that point started
 9   managing Apple.
10        Q.    Okay.  In terms of the
11   financial impact on Google, the money
12   flowing one way or the other, is Apple
13   considered Google's largest partner?
14        A.    In terms of the flow of funds,
15   in terms of the value of the commercial
16   relationship between the parties, Apple
17   is our largest partner.
18        Q.    And how long has Google
19   considered Apple a partner?
20        A.    I am sure we considered Apple a
21   partner since whenever we did the first
22   distribution deals that saw Search appear
23   on Apple surfaces, which probably goes
24   all the way back to 2006/2005.  Possibly
25   earlier.  I am not aware.
```