# EXHIBIT 8
# PUBLIC REDACTED VERSION

Case 3:21-md-02981-JD   Document 640-12   Filed 10/05/23   Page 2 of 5

Page 1

1   \*\* H I G H L Y   C O N F I D E N T I A L \*\*
2   UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA
3   SAN FRANCISCO DIVISION
    Case No. 3:21-md-02981-JD
4   ----------------------------------------X
    IN RE GOOGLE PLAY STORE
5   ANTITRUST LITIGATION
6
    THIS DOCUMENT RELATES TO:
7   Epic Games Inc. v. Google LLC, et al.,
    Case No: 3:20-cv-05671-JD
8
    In re Google Play Consumer
9   Antitrust Litigation,
    Case No: 3:20-cv-05761-JD
10
    In re Google Play Developer
11  Antitrust Litigation,
    Case No: 3:20-cv-05792-JD
12
    State of Utah, et al.,
13  v. Google LLC, et al.,
    Case No: 3:21-cv-05227-JD
14
    ----------------------------------------X
15
                        February 10, 2022
16                      9:04 a.m.
17
18      Videotaped Deposition of JAMIE
19  ROSENBERG, taken by Plaintiffs, pursuant to
20  Notice, held via Zoom videoconference,
21  before Todd DeSimone, a Registered
22  Professional Reporter and Notary Public.
23
24
25

Page 387

1   Google, every couple of years?
2       A.      Maybe a little -- a little less
3   frequently than that.
4       Q.      Great.  Okay, I'm going to move
5   to a new topic.
6               Mr. Rosenberg, I presume you
7   are paid a salary at Google?
8       A.      Yes.
9       Q.      What is your salary?
10      A.      I don't remember exactly.  It
11  was -- we just had an update.  It had been
12  ███    There was -- which was kind of a VP
13  salary level.  There was a recent update in
14  January where it went up I think ████████
15  ██████████████, but I don't remember the
16  exact number.
17              MR. POMERANTZ:  I should have
18  done this earlier, but if I could just
19  designate this entire transcript under the
20  protective order as highly confidential.
21      Q.      And when you say ████████████,
22  you mean into the range of between ████████
23  ████████████
24      A.      Correct.
25      Q.      Are you -- am I correct also,

```
                                                      Page 388
 1   Mr. Rosenberg, that you receive restricted
 2   stock units as part of your compensation
 3   package at Google?
 4       A.      Yes.
 5       Q.      How many unvested shares of
 6   Google stock do you have?  And I will take
 7   a ballpark or approximate answer of course,
 8   if necessary.
 9       A.      I'm doing some math.  I
10   think -- I think it would be ▇▇▇▇▇▇▇
11   ▇▇▇▇▇▇
12          ▇    ▇▇▇▇▇▇▇▇▇   shares?
13       A.      Correct.
14       Q.      Okay, great.  Sorry, I'm trying
15   to do the math in my head.  Google closed
16   today at 2,772.  What is the approximate
17   time frame over which those shares will
18   vest?
19       A.      I think it would be ▇▇▇▇▇
20   ▇▇▇▇▇▇▇▇   I believe.
21       Q.      So if Google closed today at
22   $2,772 and you have ▇▇▇▇▇▇▇▇▇▇▇▇▇
23   am I doing the math right to understand
24   that that's ▇▇▇▇▇▇▇▇ worth of Google
25   stock?
```

```
 1        A.       You are doing the math right.
 2        Q.       Okay, great.  Approximately how
 3   many Google shares -- let me strike that.
 4                 Do you hold any vested Google
 5   shares or unrestricted shares, if that's a
 6   better way to ask?
 7        A.       Vested, I do hold vested
 8   shares.
 9        Q.       Okay.  Approximately how many
10   vested shares do you hold?
11        █       ████████████████████
12        Q.       Great.  Are you selling shares
13   according to, Google shares, according to
14   any kind of schedule that has been put on
15   file with the SEC?
16        █     ████   ████████████████████
17   ██████████████████████████████████████
18   ████████████████
19        Q.       I don't know actually.
20        █       ████████████████████████████
21   ████████████████████   ██████████████
22   ████████████████████████████████████
23   ██████████████████████████████████████
24   ████████████████████████████████
25   ██████████████████████████████████████
```