# EXHIBIT 12
# PUBLIC REDACTED VERSION



## Table of contents

For discussion today

- <u>DR Update</u> [15m] - *Albert*
- Performance Update - July Readout [20m] - *Josh / Karen*
- Key product metrics scorecard [10m] - *Sarin/Lavan*
- Acceleration Scorecard [5m] - *Dhruv*
- <u>Store experiments</u> [20m] - *Jiahui*
- FOP Activation [15m] - *Steve / Amy*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FOP Activation Update (Link to Preso)

**August 2022**
sarthur@, amythompson@, nickprofita@, oscarsalinas@

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011675628

Privileged & Confidential

## Payments Revenue Acceleration Focus Areas

- Payments revenue acceleration focuses on driving spend & NPUs via:
  - **FOP Launches**
  - **eWallet Activations**
  - **Global PayPal Activation Program**
  - **Live Commerce Activations**

- Original target of ▮▮▮▮ incremental is now ▮▮▮▮▮▮
  - FOP launch process complexity / regulation
  - Revised measurement approach
  - Changing partner strategy

**Learnings, adjustments and successes have been extremely valuable and we are making huge strides towards connecting users to the content they love in the places where they shop.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011675629

Privileged & Confidential

Why are these programs incremental
to momentum?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011675630



The 4 launches this year are:

████████████████
████████████████
████████████████

Privileged & Confidential

What are these programs?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011675632

Privileged & Confidential

# FOP Launches: expansion and optimization

 ## FOPs Expansion

FOP expansion is critical to (1) accessing NBU buyers (2) setting us up for future commercial success (3) mitigating regulatory issues

**Key efforts driving this**
1. Prioritize focus countries with high growth / strong demand intent / low FOP penetration
2. Scale with 3P aggregator model supporting various FOP types
3. Experiment with new & emerging FOP types

 ## FOPs Optimization

Ensure FOPs are performing to their max potential by optimizing number of FOP'd users and FOP performance when used

**Key efforts driving this**
1. Activation programs to support FOP'ing users
2. FOPs performance improvement via product/ tech improvements
3. Efficient FOP migrations (ex. post shutdown)

Commerce / RPA  framework to driving revenue.  Commerce led.



Secured best offers from ShopeePay during April 15th - May 15th with our bounty program

This pilot is part of our JBP with ShopeePay ID, to grow First Purchasers by ██ and Transactions by ██ this year.
We secured commitment from the local marketing team to run the biggest collaboration with Bounty program & BFM this year
with ██ of ShopeePay marketing investment on this campaign.
They ran cashback promo for new users during the campaign period, and have additional cashback on special dates to support
big game moments & key seasonal events.
They amplified our Top Developers content from MLBB, Genshin Impact, Webtoon, etc.



And as part of our commitment to this collaboration, we supported the campaign by featuring ShopeePay promotion on Play buy flow.

We received great feedback from partner, especially they loved how we supported their promotion by providing media exposure to reach Play most potential users when users have their biggest intent to purchase.

We saw great results from the campaign, we acquired a total of ███████ during the campaign period ████ achievement against baseline), and hit the highest payout tiering for ShopeePay. From the impact measurement, it drove ██████ ███████████████████████████████████████████████

GOOG-PLAY-011675635



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Live Commerce: Korea (and soon Japan)

Privileged & Confidential



*Ads on retailer's homepage*    *Ads on gaming communities*    *Press Release*      *Influencers' SNS*    *Influencers' YT (Pre-live event)*      *Google Play App's Game Home*

**Retailer**      **External ads**      **Influencer Channels**      **Google**

GOOG-PLAY-011675637



page views (highest is ████ Hiighest uniques is ████ (Disney / Naver) █████████████ .

Interactive, entertaining, and relatable content structured with "missions" that involve users (e.g., comments, phone call) paired with live-only exclusive incentives sprinkled throughout the show

7 campaigns completed with 7 more to go.

GOOG-PLAY-011675638

Privileged & Confidential

How are we doing?

## RPA Rev Acceleration **2022** Progress

| | Est for H1 Activities | EOY Outlook | Original Target | Key Points |
|---|---|---|---|---|
| **FOP Launches** | | | | • 4 launches YTD vs 40 originally planned FY.  23 now confirmed<br>• Launch revenues impacted by RU shutdown, launch execution delays & regulatory (IN) |
| **eWallet Activations** | | | | • 60+ campaigns completed & live vs. 25 total in 2021<br>• Enhanced impact measurement approach led to lower uplift but higher confidence→ adjusted FY revenue estimates ▮▮▮▮ |
| **PayPal Activations** | | | | • Executed first user offer campaigns across 4 markets in H1<br>• 12 planned for H2 w/ ▮▮ n partner investment (media & promo value)<br>• Enhanced impact methodology + reduction in campaigns → reduction of orig target |
| **Live Commerce** | | | | • Executed first activation in H1 w/ 6 follow ons in KR; expanding to JP in H2 |
| **Total** | | | | (Official target was ▮▮▮ to be conservative) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY