1  Douglas J. Dixon (SBN 275389)
   ddixon@hueston.com
2  **HUESTON HENNIGAN LLP**
3  620 Newport Center Drive, Suite 1300
   Newport Beach, CA 92660
4  Telephone: (949) 229-8640

5  *Counsel for Plaintiffs Match Group, LLC;*
   *Humor Rainbow, Inc.; PlentyofFish Media*
6  *ULC; and People Media, Inc.*

7  Brendan P. Glackin (SBN 199643)
   bglackin@agutah.gov
8  **OFFICE OF THE UTAH ATTORNEY**
9  **GENERAL**
   160 E 300 S, 5th Floor
10 PO Box 140872
   Salt Lake City, UT 84114-0872
11 Telephone: (801) 366-0260

12 *Counsel for the Plaintiff States*
13
   Glenn D. Pomerantz (SBN 112503)
14 glenn.pomerantz@mto.com
   **MUNGER, TOLLES & OLSON LLP**
15 350 South Grand Avenue, Fiftieth Floor
   Los Angeles, CA 90071
16 Telephone: (213) 683-9100
17
   Brian C. Rocca (SBN 221576)
18 brian.rocca@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
19 One Market, Spear Street Tower
   San Francisco, CA 94105-1596
20 Telephone: (415) 442-1000
21
22 *Counsel for Defendants Google LLC et al.*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for Consumer Plaintiffs in In*
*re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

23
24
25
26
27
28

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **JOINT WITNESS LIST** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge:   Honorable James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Date:        October 19, 2023<br>Time:        1:30 p.m.<br>Courtroom:  17 |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC, et al., v. Google LLC, et al., Case No. 3:22-cv-02746-JD* | |

21

22

23

24

25

26

27

28

1    In accordance with Paragraph 14 of this Court's Standing Order for Civil Jury Trials, the

2  Parties hereby submit this Joint Witness List.

3    Attached hereto as **Exhibit 1** is the Parties' tentative trial witness list, based on the

4  assumption that only Epic and the Match Plaintiffs proceed to trial on November 6.

5    Attached hereto as **Exhibit 2** is the Parties' tentative trial witness list, based on the

6  assumption that all four Plaintiffs (States, Consumers, Epic and the Match Plaintiffs) proceed to

7  trial on November 6.

8

9

10

DATED:  October 5, 2023          HUESTON HENNIGAN LLP

11

12

13                               By:  */s/ Douglas J. Dixon*

14                                    Douglas J. Dixon
                                      Attorneys for Plaintiffs
15                                    Match Group, LLC, Humor Rainbow, Inc.,
                                      PlentyofFish Media ULC, and People Media, Inc.
16

17

DATED:  October 5, 2023          OFFICE OF THE UTAH ATTORNEY GENERAL
18

19

20                               By:  */s/ Brendan P. Glackin*

21                                    Brendan P. Glackin
                                      *Attorneys for Plaintiff States*
22

23

DATED:  October 5, 2023          BARTLIT BECK LLP
24

25

26                               By:  */s/ Karma M. Giulianelli*

27                                    Karma M. Giulianelli
                                      *Co-Lead Counsel for Consumer Plaintiffs*
28

1

2 DATED:  October 5, 2023                    KAPLAN FOX & KILSHEIMER LLP

3

4
                                           By:  */s/ Hae Sung Nam*
5                                               Hae Sung Nam
                                                *Co-Lead Counsel for Consumer Plaintiffs*
6

7 DATED:  October 5, 2023                    CRAVATH, SWAINE & MOORE LLP

8

9
                                           By:  */s/ Gary A. Bornstein*
10                                              Gary A. Bornstein (*pro hac vice*)
                                                *Counsel for Plaintiff Epic Games, Inc.*
11

12

13 DATED:  October 5, 2023                   MUNGER, TOLLES & OLSON LLP

14

15
                                           By:  */s/ Glenn D. Pomerantz*
16                                              Glenn D. Pomerantz
                                                *Attorneys for Defendants Google LLC et al.*
17

18

19 DATED:  October 5, 2023                   MORGAN, LEWIS & BOCKIUS LLP

20

21
                                           By:  */s/ Brian C. Rocca*
22                                              Brian C. Rocca
                                                *Attorneys for Defendants Google LLC et al.*
23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>E-FILING ATTESTATION</u>**

 I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

       */s/ Gary A. Bornstein*
       Gary A. Bornstein