# EXHIBIT 1

## *PLAINTIFFS' WITNESS LIST*[1]

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| | | | **Google Employee Witnesses (Live)** | | | |
| 1. | Brandon Barras | Senior Strategic Partnerships Development Manager | Google Play business practices; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in his deposition. | 50 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 45 min. |
| 2. | Paul Feng | Vice President, Product Management | Google Play business practices, strategy and finances; YouTube's business practices and strategy; topics covered in his deposition. | 40 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. |

---

[1] Epic and the Match Plaintiffs are basing this witness list on the assumption that both Match and Epic (and only Match and Epic) will go forward with trial on November 6. Epic and the Match Plaintiffs reserve the right to amend this list in the event the set of participating plaintiffs or if the scope of issues or claims to be tried changes, if any witness becomes unavailable, or in light of new information that becomes known, including through any additional deposition or trial testimony that has yet to be completed. Epic and the Match Plaintiffs further reserve the right to call any witness on Google's list in their case-in-chief, or withdraw any witness currently listed on Plaintiffs' witness list. Epic and the Match Plaintiffs further reserve their right to call any other witness for impeachment or in Plaintiffs' rebuttal.

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 3. | Emily Garber | Senior Product Counsel | Google efforts to conceal evidence; Google's destruction of Chat evidence. | 15 min. | Use of Chats and other forms of communication, Google's employee trainings. | 15 min. |
| 4. | David Kleidermacher | Vice President, Engineering | Android technical restraints; Android and Google Play security; Google's destruction of Chat evidence; topics covered in his deposition. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 45 min. |
| 5. | Purnima Kochikar | Vice President, Partnerships | Google Play business practices, strategy and finances; Google's relationships and agreements with developers; Android technical restraints; Google's destruction of Chat evidence; topics covered in her deposition. | 75 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 90 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 6. | James Kolotouros | Vice President, Partnerships | Android business practices, strategy and finances; Google's relationships and agreements with OEMs and carriers; Android technical restraints; Google's destruction of Chat evidence; topics covered in his deposition. | 75 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. |
| 7. | Margaret Lam | Strategy for Android | Google's efforts to conceal evidence; Google's destruction of Chat evidence. | 20 min. | Use of Chats and other forms of communication, Google's employee trainings. | 15 min. |
| 8. | Sundar Pichai | CEO | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's relationship and agreements with Apple; Google's destruction of Chat evidence; topics covered in his deposition. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 9. | Jamie Rosenberg | Former Vice President, Product Management | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition. | 75 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 60 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| | | | **Epic and Match Employee Witnesses (Live)** | | | |
| 10. | Steven Allison | General Manager, Store (Epic) | Epic's business and practices; Epic Games Store business; game and app distribution history and strategies; Epic's experience with Android and Google Play; topics covered in his deposition testimony. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. |
| 11. | Sharmistha Dubey | Former CEO and current Director of Match Group, Inc. | Match's business and practices; Match's history; Match's experience with Android and Google Play; Match's interactions with Google; topics covered in her deposition. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 60 min. |
| 12. | Peter Foster | General Manager at Match Group Media | Match's business and practices; Match's experience with Android and Google Play; Match's interactions with Google; topics covered in his deposition. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 60 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 13. | Timothy Sweeney | Chief Executive Officer (Epic) | Epic's business and practices; Epic's history; Epic's experience with app platforms, including PC, consoles and mobile; Epic Games Store business; Epic's experience with Android and Google Play; Epic's interactions with Google; topics covered in his deposition testimony. | 90 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 90 min. |
| 14. | Matthew Weissinger | Head of Marketing (Epic) | Epic's business and practices; app distribution and marketing; Epic's experience with Android and Google Play; Epic's interactions with Google; topics covered in his deposition testimony. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| **Third Party Witnesses (Live)** | | | | | | |
| 15. | Lawrence Koh | Google's Director of Games Business Development (Former) | Google Play business practices, strategy and finances; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in his deposition. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 45 min. |
| 16. | Christian Owens | CEO, Founder and Executive Chairman of Paddle | Paddle's business and practices; Paddle's payment solutions; Paddle's ability to offer a payment solution for in-app purchases on Android apps; topics covered in his deposition testimony. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |
| 17. | David Nachman | CEO, FastSpring | FastSpring's business and practices; FastSpring's payment solutions; FastSpring's ability to offer a payment solution for in-app purchases on Android apps; topics covered in his deposition testimony. | 30 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 18. | Andy Rubin | Former Senior Vice President of Mobile and Digital Content at Google | Topics covered in his designated deposition testimony. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 60 min. |
| 19. | Ben Simon | Software Engineer for Google (2012-2015), Founder and CEO of Down Dog | Down Dog's business and practices; Down Dog's experience with Android and Google Play; Down Dog's interactions with Google; topics covered in his deposition. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |
| **Expert Witnesses (Live)** | | | | | | |
| 20. | Ned Barnes | PhD | Accounting and profitability issues; topics covered in his expert reports. | 45 min. | Topics covered in expert report, topics identified by Plaintiffs. | 30 min. |
| 21. | Doug Bernheim | PhD | Antitrust economics issues relating to the licensable smartphone operating system and app distribution markets; topics covered in his expert reports. | 180 min. | Topics covered in expert report, topics identified by Plaintiffs. | 90 min. |

|  | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 22. | James Mickens | PhD | Security issues related to Android and Google Play; topics covered in his expert reports. | 60 min. | Topics covered in expert report, topics identified by Plaintiffs. | 45 min. |
| 23. | Douglas Craig Schmidt[2] | PhD | Non-duplicative security issues related to Android and Google Play; security issues related to Google Play Billing; topics covered in his expert reports. | 45 min. | Topics covered in expert report, topics identified by Plaintiffs. | 30 min. |
| 24. | Steve Schwartz | PhD | Non-duplicative antitrust economics issues related to the app distribution market and market for Android in-app payment solutions; damages to Match; topics covered in his expert reports. | 90 min. | Topics covered in expert report, topics identified by Plaintiffs. | 45 min. |

[2] Google objects to Plaintiffs Epic and Match calling Dr. Schmidt in their case-in-chief because neither Epic nor Match submitted an opening expert report from Dr. Schmidt on any topic. Google further objects to Plaintiffs offering Dr. Schmidt to testify in rebuttal unless Google offers relevant testimony from Dr. Chatterjee, the one expert for which Epic retained Dr. Schmidt to respond to. Moreover, Dr. Schmidt's rebuttal report to Dr. Chatterjee was expressly limited to Google Play Billing and excluded the other topics identified in Plaintiffs' disclosure.

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 25. | Steve Tadelis | PhD | Antitrust economics issues relating to the market for Android in-app payment solutions; topics covered in his expert reports. | 60 min. | Topics covered in expert report, topics identified by Plaintiffs. | 45 min. |
| **Google Witnesses  (Live or By Designation)** | | | | | | |
| 26. | Michael Marchak | Director, Sales Strategy | Google Play business practices, strategy and finances; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in his deposition. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 20 min. |
| 27. | Kirsten Rasanen | Director, Partnerships | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in her deposition. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 28. | Sameer Samat | Vice President, Product Management | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| | | | **Third Party Witnesses  (Live or By Designation)** | | | |
| 29. | Mary Carr | Consumer | Her experience with Google Play Store and in-app purchases; the effects of Google's anti-competitive practices; lack of information concerning Google's restrictions on consumers. | 15 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |
| 30. | John Lagerling | Former Google and Meta employee; CEO of Mercari | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; Facebook's business and practices; Facebook's experience with Android and Google Play; Facebook's interactions with Google; topics covered in his deposition. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 30 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 31. | Paul Perryman | VP of Partnerships | Netflix's business and practices; Netflix's experience with Android and Google Play; Netflix's interactions with Google; topics covered in his deposition testimony. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |
| **Google Employee Witnesses (By Designation)** | | | | | | |
| 32. | Christian Cramer | Finances Director for Platforms and Ecosystems | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 15 min. | Topics covered in his designated deposition testimony | 45 min. |
| 33. | Jon Gold | Managing Director, Platforms and Ecosystems Partnership Strategy | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 10 min. | Topics covered in his designated deposition testimony | 30 min. |
| 34. | Christopher Li | Google's Director and Head of Platform Growth | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 15 min. | Topics covered in his designated deposition testimony | 30 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 35. | Justin Mattson | Senior Software Engineer at Google | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 10 min. | Topics covered in his designated deposition testimony | 30 min. |
| 36. | Ruth Porat | CFO of Alphabet and Google | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 10 min. | Topics covered in her designated deposition testimony | 45 min. |
| 37. | Diana Garcia Rios | Developer Relations Engineering at Google | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 10 min. | Topics covered in her designated deposition testimony | 30 min. |
| 38. | Danielle Stein | Head of Monetizing App Partnerships at Google Play | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 10 min. | Topics covered in her designated deposition testimony | 30 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| | **Epic and Match Employee Witnesses (By Designation)** | | | | | |
| 39. | AJ Cihla | Senior Director, Business Development at Tinder, a division of Match Group, LLC | Topics covered in his designated deposition testimony | 30 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 15 min. |
| 40. | Ian Purves | Director of Partnerships at Match Group, LLC | Topics covered in his designated deposition testimony | 30 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 15 min. |
| 41. | Hans Stolfus | Global Partnerships Lead, Mobile (Epic) | Topics covered in his designated deposition testimony | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. |
| 42. | Gary Swidler | Former Chief Operating Officer and current President and Chief Financial Officer at Match Group, Inc. | Topics covered in his designated deposition testimony | 30 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 15 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| | **Third Party Witnesses (By Designation)** | | | | | |
| 43. | Sandra Alzetta | Vice President, Global Head of Payments, Spotify | Topics covered in her designated deposition testimony | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |
| 44. | Paul Bankhead | Google Play product team lead (Former) | Topics covered in his designated deposition testimony | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 20 min. |
| 45. | Eric Christensen | Executive Director of Software Product Management and Partner Management, Motorola | Topics covered in his designated deposition testimony. | 30 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 30 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 46. | Eric Chu | Former Head of the Open Handset Alliance/Android Developer Ecosystem (2007– 2012) | Google Play and Android business practices, strategy and finances; Android technical restraints; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; YouTube's business practices; Google's destruction of Chat evidence; topics covered in his deposition. | 45 min | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. |
| 47. | Christopher Dury | Former CEO, GetJar | Topics covered in his designated deposition testimony. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |
| 48. | Jeffrey Ezell | Vice President of Strategy and Business Development, AT&T | Topics covered in his designated deposition testimony. | 30 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 30 min. |
| 49. | Donn Morrill | Director of Developer Relations, Amazon | Topics covered in his designated deposition testimony. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 15 min. |

| | Witness | Title | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate | Substance of Google's Examination | Google's Time Estimate |
|---|---|---|---|---|---|---|
| 50. | Nick Sears | Co-Founder of Android and Engineer (2005-2013) | Topics covered in his designated deposition testimony. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 30 min. |
| 51. | Marc Shedroff | Vice President for Business Development and Alliances, Meta | Facebook's business and practices; Facebook's experience with Android and Google Play; Facebook's interactions with Google; topics covered in his designated deposition testimony. | 60 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 30 min. |
| 52. | Richard Watts | Vice President of Product Revenue, Bumble | Topics covered in his designated deposition testimony. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. |
| 53. | Armin Zerza | CFO, Activision | Activision's business and practices; Activision's app distribution strategies; Activision's experience with Android and Google Play; Activision's relationships and agreements with Google; topics covered in his deposition. | 45 min. | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 45 min. |

## *GOOGLE WITNESS LIST*[3]

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| | | | **Google Employee Witnesses (Live)** | | | |
| 1. | Patrick Brady | Vice President, Engineering | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 15 min. | Android technical restraints; Android security; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 45 min. |
| 2. | Edward Cunningham | Director, Product Management | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. | The lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct; testimony to support Plaintiffs' claims and defenses. | 30 min. |

---

[3] This list contains Google's current, good faith list of the witnesses Google is likely to call during its case in-chief in the event that both Match and Epic (and only Match and Epic) go forward with the trial on November 6. Google listed other witnesses on its prior witness lists and designated deposition testimony of others, who Google currently does not anticipate calling. That said, Google reserves its right to call any witness who was previously disclosed for potential trial testimony, if necessary after Plaintiffs' witnesses testify. Google reserves the right to amend this list in the event the set of participating plaintiffs or if the scope of issues or claims to be tried changes, if any witness becomes unavailable, or in light of new information that becomes known. Google further reserves the right to call any witness on Plaintiffs' list in its case-in-chief or withdraw any witnesses currently included in its list. Google further reserves its right to call any other witness for impeachment or in rebuttal.

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 3. | Paul Gennai | Vice President, Product Management | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 60 min. | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 45 min. |
| 4. | Don Harrison | Vice President, Partnerships | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's relationship and agreements with Apple; Google's destruction of Chat evidence; topics covered in his deposition; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 45 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 5. | Sarah Karam | Director, Partnerships | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 30 min. | Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in her deposition; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 45 min. |
| 6. | Hiroshi Lockheimer | Senior Vice President, Technical | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 45 min. | Google Play and Android business practices, strategy and finances; Android technical restraints; Android security; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's relationship with Apple; Google's destruction of Chat evidence; topics covered in his deposition; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 50 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 7. | Mrinalini Loew | Director, Product Management | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 60 min. | Google Play business practices, strategy and finances; Google's destruction of Chat evidence; topics covered in her deposition; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 40 min. |
| 8. | Rich Miner | Director, Software Engineering | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 90 min. | Android and Google Play business practices; topics covered in his deposition; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 30 min. |
| | | | **Epic Employee Witnesses (Live)** | | | |
| 9. | Ethan Diamond | Senior Director (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. | Bandcamp's business and practices; Bandcamp's experience with Android and Google Play; Bandcamp's interactions with Google; app distribution; topics covered in his deposition testimony; the lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct. | 30 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 10. | Andrew Grant | Technical Director (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. | Topics covered in his designated deposition testimony | 30 min. |
| | **Third Party Witnesses (Live)** | | | | | |
| 11. | Carson Oliver[4] | Sr. Director of Business Management (Apple) | Competition between the Apple App Store and the Google Play store. | 45 min. | TBD | TBD |
| 12. | Apple | Custodian of Records | Authentication of business record documents | 5 min. | TBD | TBD |
| 13. | Twitter | Custodian of Records | Authentication of business record documents | 5 min. | TBD | TBD |
| 14. | Mohsen Malekinehad | Director of CA Notify Exposure Notification Program, California Department of Public Health | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 15 min. | The lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct; testimony to support Plaintiffs' claims and defenses. | 5 min. |

[4] Plaintiffs object to the inclusion of Mr. Oliver on Google's witness list and have requested that the Court exclude his trial testimony pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Paragraph 24 of this Court's Standing Order for Civil Cases.  (ECF 613)

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 15. | Ian Sanford | Information Technology Specialist, California Department of Public Health | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. | The lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct; testimony to support Plaintiffs' claims and defenses. | 5 min. |
| | **Expert Witnesses (Live)** | | | | | |
| 16. | Sandeep Chatterjee | Chief Executive Officer, Experantis LLC | How Google Play services works, how it fits into the architecture of the Android operating system, and how it benefits app developers, OEMs, and users; expert opinion as disclosed in expert reports. | 30 min. | Topics covered in his expert report and deposition. | 30 min. |
| 17. | Matthew Gentzkow | Landau Professor of Technology and the Economy, Stanford University | Competitive effects of Google's conduct and procompetitive benefits of and justifications for that conduct, and responses to opinions of Plaintiffs' experts regarding the same; expert opinion as disclosed in expert reports. | 120 min. | Topics covered in his expert report and deposition. | 90 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 18. | Gregory Leonard | Vice President, Charles River Associates | Google's counterclaim damages against Epic and Match; analysis of pass-through; responses to Plaintiffs' damages analyses; expert opinion as disclosed in expert reports. | 45 min. | Topics covered in his expert report and deposition. | 25 min. |
| 19. | Zhiyun Qian | Everett and Imogene Ross Associate Professor, Computer Science and Engineering Department, University of California Riverside | Security practices to mitigate threats, threat environments facing the Android ecosystem, Android's security-related features and policies, and ramifications of alternative features and policies; expert opinion as disclosed in expert reports. | 60 min. | Topics covered in his expert report and deposition. | 60 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 20. | Douglas Skinner | Deputy Dean for Faculty and Eric J. Gleacher Distinguished Service Professor of Accounting, University of Chicago Booth School of Business | Evaluate calculations, findings, and opinions of Plaintiffs' experts regarding the profitability of Google Play; expert opinion as disclosed in expert reports. | 45 min. | Topics covered in his expert report and deposition. | 25 min. |
| 21. | Catherine Tucker | Sloan Distinguished Professor of Management Science, Massachusetts Institute of Technology | Relevant antitrust market, competition faced by Google,  Plaintiffs and their experts' assertions regarding the relevant market and Google's alleged market or monopoly power; expert opinion as disclosed in expert reports. | 120 min. | Topics covered in her expert report and deposition. | 90 min. |
| | **Third Party Witnesses (Live or By Designation)** | | | | | |
| 22. | Robert Beaty | Chief Technology Officer, OCV | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 30 min. | The lack of pro-competitive benefits and that Google has no legitimate justifications for its conduct; testimony to support Plaintiffs' claims and defenses. | 15 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 23. | Adrian Ong | Former Senior Vice President of Operations at Match Group, LLC | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 45 min. | Match's business and practices; Match's experience with Android and Google Play; Match's interactions with Google; topics covered in his deposition. | 45 min. |
| | **Epic and Match Employee Witnesses (By Designation)** | | | | | |
| 24. | Chris Babcock | Senior Platform Programmer (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. | Topics covered in his designated deposition testimony | 10 min. |
| 25. | Randy Gelber | Chief Financial Officer (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 45 min. | Topics covered in his designated deposition testimony | 15 min. |
| 26. | Joshua Kim | Former COO of Bandcamp, Inc. | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 5 min. | Topics covered in his designated deposition testimony | 5 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 27. | Joseph Kreiner | Vice President of Business Development (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 45 min. | Topics covered in his designated deposition testimony | 10 min. |
| 28. | Thomas Ko | Former Head of Business and Online Strategy for Online Services (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. | Topics covered in his designated deposition testimony | 10 min. |
| 29. | Haseeb Malik | Former Marketing Director (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |
| 30. | David Nikdel | Engineer (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |

|  | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 31. | Cameron Payne | Marketing Director (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |
| 32. | Nicholas Penwarden | VP of Engineering (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 15 min. | Topics covered in his designated deposition testimony | 10 min. |
| 33. | Adam Sussman | President (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 45 min. | Topics covered in his designated deposition testimony | 15 min. |
| 34. | Alec Shobin | Marketing Manager (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 30 min. | Topics covered in his designated deposition testimony | 10 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 35. | Daniel Vogel | Chief Operating Officer (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |
| 36. | Ed Zobrist | Former Head of Publishing (Epic) | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| | | | **Third Party Witnesses (By Designation)** | | | |
| 37. | Pal Berg | Lead of Streaming, Tidal | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |
| 38. | Asi Burak | Chief Business Officer, Tilting Point | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 30 min. | Topics covered in his designated deposition testimony | 15 min. |
| 39. | George Christopoulos | SlideME, Founder and CEO | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 15 min | Topics covered in his designated deposition testimony | 5 min. |
| 40. | Rich Czeslawski | Chief Operating Officer & President, Pure Sweat Basketball | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 10 min. | Topics covered in his designated deposition testimony | 5 min. |
| 41. | Patrick Cox | Biological Data Systems Manager, Washington Department of Fish & Wildlife | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |
| 42. | Ted Goessling | Systems Architect, Minnesota IT Services | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 5 min. | Topics covered in his designated deposition testimony | 5 min. |

| | Witness | Title | Substance of Google's Examination | Google's Time Estimate | Substance of Plaintiffs' Examination | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|---|
| 43. | Bradley Harris | IT Administrator, Louisiana Secretary of State | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 15 min. | Topics covered in his designated deposition testimony | 5 min. |
| 44. | Jamie McClanahan | Chief Information Officer, Texas Parks & Wildlife | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 5 min. | Topics covered in her designated deposition testimony | 5 min. |
| 45. | Jordan Pettinato | Director of Business Development, Soundcloud | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 5 min. | Topics covered in his designated deposition testimony | 5 min. |
| 46. | Rohit Tandon | Chief Information Security Officer, Minnesota IT Services | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 5 min. | Topics covered in his designated deposition testimony | 5 min. |
| 47. | Keith Tresh | Chief Information Security Officer, Idaho Technology Authority | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 5 min. | Topics covered in his designated deposition testimony | 5 min. |