1   Douglas J. Dixon (SBN 275389)
    ddixon@hueston.com
2   **HUESTON HENNIGAN LLP**
3   620 Newport Center Drive, Suite 1300
    Newport Beach, CA 92660
4   Telephone: (949) 229-8640

5   *Counsel for Plaintiffs Match Group, LLC;*
    *Humor Rainbow, Inc.; PlentyofFish Media*
6   *ULC; and People Media, Inc.*
7
    Brendan P. Glackin (SBN 199643)
8   bglackin@agutah.gov
    **OFFICE OF THE UTAH ATTORNEY**
9   **GENERAL**
    160 E 300 S, 5th Floor
10  PO Box 140872
11  Salt Lake City, UT 84114-0872
    Telephone: (801) 366-0260
12
    *Counsel for the Plaintiff States*
13
14  Glenn D. Pomerantz (SBN 112503)
    glenn.pomerantz@mto.com
15  **MUNGER, TOLLES & OLSON LLP**
    350 South Grand Avenue, Fiftieth Floor
16  Los Angeles, CA 90071
    Telephone: (213) 683-9100
17
18  Brian C. Rocca (SBN 221576)
    brian.rocca@morganlewis.com
19  **MORGAN, LEWIS & BOCKIUS LLP**
    One Market, Spear Street Tower
20  San Francisco, CA 94105-1596
    Telephone: (415) 442-1000
21
22  *Counsel for Defendants Google LLC et al.*

    Karma M. Giulianelli (SBN 184175)
    karma.giulianelli@bartlitbeck.com
    **BARTLIT BECK LLP**
    1801 Wewetta St., Suite 1200
    Denver, CO 80202
    Telephone: (303) 592-3100

    Hae Sung Nam (*pro hac vice*)
    hnam@kaplanfox.com
    **KAPLAN FOX & KILSHEIMER LLP**
    850 Third Avenue
    New York, NY 10022
    Telephone: (212) 687-1980

    *Co-Lead Counsel for Consumer Plaintiffs in In*
    *re Google Play Consumer Antitrust Litigation*

    Paul J. Riehle (SBN 115199)
    paul.riehle@faegredrinker.com
    **FAEGRE DRINKER BIDDLE & REATH**
    **LLP**
    Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
    Telephone: (415) 591-7500

    Christine A. Varney (*pro hac vice*)
    cvarney@cravath.com
    **CRAVATH, SWAINE & MOORE LLP**
    825 Eighth Avenue
    New York, NY 10019
    Telephone: (212) 474-1000

    *Counsel for Plaintiff Epic Games, Inc.*

23

24

25

26

27

28

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12 | IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

Case No. 3:21-md-02981-JD

13 | **JOINT TRIAL EXHIBIT LISTS**

THIS DOCUMENT RELATES TO:

14

15 | *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

Judge:   Honorable James Donato

16 | *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

17

Date:        October 19, 2023
Time:        1:30 p.m.
Courtroom:   17

18 | *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

19 | *Match Group, LLC, et al., v. Google LLC, et al., Case No. 3:22-cv-02746-JD*

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Standing Order for Civil Jury Trials and stipulations set out in the Joint Pretrial Statement concurrently filed herewith, the parties respectfully submit the following Joint Trial Exhibit Lists, attached hereto as Exhibit A and Exhibit B.

DATED:                          HUESTON HENNIGAN LLP


                                By:  */s/ Douglas J. Dixon*
                                     Douglas J. Dixon
                                     Counsel for Plaintiffs
                                     Match Group, LLC, Humor Rainbow, Inc.,
                                     PlentyofFish Media ULC, and People Media, Inc.


DATED:                          OFFICE OF THE UTAH ATTORNEY GENERAL


                                By:  */s/ Lauren M. Weinstein*
                                     Brendan P. Glackin
                                     Lauren M. Weinstein
                                     *Counsel for Plaintiff States*


DATED:                          BARTLIT BECK LLP


                                By:  */s/ Karma M. Giulianelli*
                                     Karma M. Giulianelli
                                     *Co-Lead Counsel for Consumer Plaintiffs*


DATED:                          KAPLAN FOX & KILSHEIMER LLP


                                By:  */s/ Hae Sung Nam*
                                     Hae Sung Nam
                                     *Co-Lead Counsel for Consumer Plaintiffs*

- 4 -

1   DATED:                                 CRAVATH, SWAINE & MOORE LLP

2

3                                By:  */s/ Gary A. Bornstein*

4                                    Gary A. Bornstein (*pro hac vice*)

5                                    *Counsel for Plaintiff Epic Games, Inc.*

6

7   DATED:                                   MUNGER, TOLLES & OLSON LLP

8

9                                By:  */s/ Glenn D. Pomerantz*

10                                   Glenn D. Pomerantz

11                                   *Attorneys for Defendants Google LLC et al.*

12

13  DATED:                                   MORGAN, LEWIS & BOCKIUS LLP

14

15                              By:  */s/ Brian C. Rocca*

16                                   Brian C. Rocca

17                                   *Attorneys for Defendants Google LLC et al.*

18

19

20

21

22

23

24

25

26

27

28

JOINT TRIAL EXHIBIT LISTS
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, M. Brent Byars, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

 */s/ M. Brent Byars*
M. Brent Byars