JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JACQUELINE L. SESIA, SBN 322362
jsesia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Non-Party, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re Google Play Store Antitrust Litigation | CASE NO. 21-md-02981-JD |
|---|---|
| | **NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY APPLE INC.** |
| | The Honorable James Donato |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jacqueline L. Sesia of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 322362) and admitted to practice in this Court, hereby appears on behalf of non-party Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  Her address, telephone, facsimile, and email are as follows:

>     JACQUELINE L. SESIA, SBN 322362
>     jsesia@gibsondunn.com
>     Gibson, Dunn & Crutcher LLP
>     333 South Grand Avenue
>     Los Angeles, CA 90071-3197
>     Telephone: 213.229.7000
>     Facsimile: 213.229.7520

Dated: October 6, 2023                                             GIBSON, DUNN & CRUTCHER LLP

                                                                                    /s/ Jacqueline L. Sesia

                                                                                    *Attorney for Non-Party, Apple Inc.*