JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JACQUELINE L. SESIA, SBN 322362
jsesia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Non-Party, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Play Store Antitrust Litigation | CASE NO. 21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY APPLE INC.'S MOTION TO QUASH TRIAL SUBPOENA**<br><br>The Honorable James Donato |

Before the Court is Non-Party Apple Inc.'s ("Apple") Motion to Quash Trial Subpoena (the "Motion"). The Court having reviewed the Motion and accompanying materials in support, any opposition thereto, the arguments of counsel, and good cause appearing, hereby **ORDERS** that the Motion is **GRANTED**. Mr. Oliver's testimony shall be excluded at the trial in this matter pursuant to Rule 45 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

DATED: _____, 2023

HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE