1    Brian C. Rocca, S.B. #221576
     brian.rocca@morganlewis.com
2    Sujal J. Shah, S.B. #215230
     sujal.shah@morganlewis.com
3    Michelle Park Chiu, S.B. #248421
     michelle.chiu@morganlewis.com
4    Minna Lo Naranjo, S.B. #259005
     minna.naranjo@morganlewis.com
5    Rishi P. Satia, S.B. #301958
     rishi.satia@morganlewis.com
6    **MORGAN, LEWIS & BOCKIUS LLP**
     One Market, Spear Street Tower
7    San Francisco, CA 94105
     Telephone: (415) 442-1000
8
     Richard S. Taffet, *pro hac vice*
9    richard.taffet@morganlewis.com
     **MORGAN, LEWIS & BOCKIUS LLP**
10   101 Park Avenue
     New York, NY 10178
11   Telephone: (212) 309-6000

12   *Counsel for Defendants Google LLC, et al.*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. # 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
Lauren Bell, *pro hac vice*
lauren.bell@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600

---

SUPP. SHIKMAN DECL. ISO OPP. TO APPLE'S MOTION TO QUASH TRIAL SUBPOENA
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD, 3:20-cv-05671-JD, 3:21-cv-05227-JD, 3:22-cv-01746-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

This Document Relates To:

*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**SUPPLEMENTAL DECLARATION OF DANE P. SHIKMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLE'S MOTION TO QUASH TRIAL SUBPOENA TO CARSON OLIVER**

Judge:       Hon. James Donato
Date:        October 12, 2023 at 10:00am

1        **SUPPLEMENTAL DECLARATION OF DANE P. SHIKMAN**

2        I, Dane P. Shikman, hereby declare:

3        1.        I am admitted to practice before all of the courts of the State of California and this

4    Court.  I am an attorney at the law firm of Munger, Tolles & Olson LLP ("MTO") and counsel of

5    record for Defendants ("Google") in the above-captioned matter.  I have personal knowledge of

6    the facts set forth in this declaration, and, if called as a witness, I could and would testify

7    competently to the matters set forth herein.

8        2.        I write to supplement my prior declaration, MDL Dkt. 632-1, with further detail

9    regarding conversations between counsel for Google and counsel for Apple on the subject of

10   producing an Apple employee witness to testify at trial.

11       3.        As noted in my prior declaration, counsel for Google contacted Apple's outside

12   counsel on June 9, 2023, to arrange for a telephone call, which we then scheduled for June 12.  On

13   that June 12 call, we communicated Google's intention to call an Apple witness at trial, and asked

14   Apple's counsel whether Apple would identify a witness who would appear voluntarily at trial to

15   testify about competition between the Apple App Store and the Google Play store.  Apple's

16   counsel responded that, while he believed his client would be hesitant to provide a witness

17   voluntarily, he would have to confer with his client before providing a final answer.  He explained

18   that Google's request might require further conversations between in-house counsel at Google and

19   Apple, and asked me to provide him with contact information for an in-house attorney at Google

20   that he could pass on to his client for further discussion.  I provided that information the next day,

21   on June 13.

22       4.        On July 6, Apple's outside counsel informed me that Apple had still not determined

23   whether it would agree to identify a witness who would voluntarily appear at trial.  He informed

24   me that he would update me with additional information when he had it.

25       5.        We continued to discuss this subject with Apple's outside counsel, including on

26   telephone calls on July 20 and August 10.  During these calls, counsel for Google communicated

27   that Google's questioning would be limited to competition between the Google Play store and the

28   Apple App Store.  On August 10, Apple's outside counsel communicated again that Apple was

-1-

1  reluctant to identify a witness who would appear voluntarily at trial.  Apple's outside counsel

2  provided the names of two in-house counsel at Apple, and suggested that Google's in-house

3  counsel make contact in order to further the discussion.

4        6.    I understand that on August 25 and September 1, Google's in-house counsel spoke

5  with Apple's in-house counsel about Google's request for Apple to identify a witness who would

6  appear voluntarily at trial.

7        7.    I understand that on September 1, Google provided the names of four Apple

8  employees that Google was considering, at that time, as potential trial witnesses based on Apple's

9  document production.  Google had not yet identified Carson Oliver, so Carson Oliver was not one

10 of those names.

11       8.    I understand that on September 11, Google's in-house counsel spoke with in-house

12 counsel at Apple, who said definitively that Apple would not identify any witness who would

13 appear voluntarily at trial.

14       9.    As noted in my prior declaration, MDL Dkt. 632-1, we disclosed Carson Oliver to

15 Plaintiffs and Apple the next day.  Google served the trial subpoena through Apple's counsel on

16 September 19.

17       I declare under penalty of perjury under the laws of the United States of America that the

18 foregoing is true and correct.

19       Executed on this 11th day of October, 2023, at San Francisco, California.

21       s/ *Dane P. Shikman*
      Dane P. Shikman