JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JACQUELINE L. SESIA, SBN 322362
jsesia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Non-Party, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re Google Play Store Antitrust Litigation | CASE NO. 21-md-02981-JD |
|---|---|
| | **CERTIFICATE OF SERVICE** |
| | The Honorable James Donato |

I, Jay P. Srinivasan, declare as follows:

1.      I am a member of the bar of the State of California and an attorney at Gibson, Dunn & Crutcher LLP located at 333 South Grand Avenue, Los Angeles, CA 90071-3197.

2.      I am over eighteen years of age and counsel for non-party Apple Inc.

3.      On October 11, 2023, I caused true and correct copies of the following documents to be served via electronic transmission to all Counsel of Record in the above captioned matter:

- Declaration of Jay P. Srinivasan in Support of Defendant's Motion to Seal, Dkt. 631 ("Srinivasan Decl.")
- Exhibit A to Srinivasan Decl.
- Exhibit B to Srinivasan Decl.
- Exhibit C to Srinivasan Decl.
- Exhibit D to Srinivasan Decl.
- Exhibit E to Srinivasan Decl.
- Exhibit F to Srinivasan Decl.
- Exhibit G to Srinivasan Decl.
- Proposed Order

4.      The documents in the preceding paragraph were served to the below email addresses:

- karma.giulianelli@bartlitbeck.com
- hnam@kaplanfox.com
- paul.riehle@faegredrinker.com
- cvarney@cravath.com
- bglackin@agutah.gov
- ddixon@hueston.com
- brian.rocca@morganlewis.com
- sujal.shah@morganlewis.com
- michelle.chiu@morganlewis.com
- minna.naranjo@morganlewis.com
- rishi.satia@morganlewis.com

- richard.taffet@morganlewis.com
- glenn.pomerantz@mto.com
- kuruvilla.olasa@mto.com
- nick.sidney@mto.com
- kyle.mach@mto.com
- justin.raphael@mto.com
- emily.curran-huberty@mto.com
- dane.shikman@mto.com
- rebecca.sciarrino@mto.com
- jonathan.kravis@mto.com
- lauren.bell@mto.com
- neal.katyal@hoganlovells.com
- jessica.ellsworth@hoganlovells.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.  Executed on October 11, 2023 in San Francisco, California.

*/s/ Jay P. Srinivasan*
Jay P. Srinivasan

CERTIFICATE OF SERVICE                                    CASE NO. 21-md-02981-JD