# EXHIBIT C

| | |
|---|---|
| **From:** | Johnny Nunes |
| **To:** | Carson Oliver |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Fwd: Google Play competitive analysis |
| **Attachments:** | |
| **Sent:** | 02/05/2019 10:53:20 PM 0000 (GMT) |

Hey, per Alastair's response, do you have any high-level data re: Google Play? (see below)

Thanks,

Johnny

> Begin forwarded message:
>
> **From:** Alastair Morse
> **Subject: Re: Google Play competitive analysis**
> **Date:** February 5, 2019 at 12:06:51 AM PST
> **To:** Ayman Khalil
> **Cc:** Johnny Nunes
>
> Those would give you the high level stuff probably.
>
>> On Feb 5, 2019, at 7:55 AM, Johnny Nunes wrote:
>>
>> Hey guys,
>>
>> Matt has asked that the product team provide a brief competitive analysis of Google Play at his offsite next week. Does your team have any data (I'm assuming 3rd party) that you've used for similar purposes? I'm thinking high-level numbers like: total revenue, downloads, market share, etc.
>>
>> Anything you can provide would be helpful.
>>
>> Thanks!
>>
>> Johnny

Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-APPSTORE_06153026
APL-Goog_00361212