# EXHIBIT F

**From:** Ryan Olson
**To:** James Goodrum
**CC:** Latika Kirtane, Carson Oliver, Anne Zelek, Michael Caldarone
**BCC:**
**Subject:** Re: Google Play Console - Data Benchmark Enhancements
**Attachments:**
**Sent:** 05/30/2019 03:59:44 PM 0000 (GMT)

Hey James,

Thanks for passing this along – a few of us chatted about it following the announcement and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Additionally, they made some interesting announcements related to an upcoming feature that will let developers create variants of their product pages that appear to users based on their state, such as if an app was previously downloaded and deleted, or if it is currently installed. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Best,
Ryan

☐ Ryan Olson | App Store Marketing | M: ▇▇▇▇▇▇

Review the App Store Marketing Guidelines
Visit developer.apple.com/app-store to learn about creating great apps and reaching more users

> On May 30, 2019, at 7:08 AM, James Goodrum ▇▇▇▇▇▇▇▇▇▇ wrote:
>
> Catching up on I/O announcements so excuse if this is old news, but these new benchmarking capabilities in GP Console ▇▇▇▇▇▇▇▇
>
> https://android-developers.googleblog.com/2019/05/whats-new-in-play.html
>
> <Screen Shot 2019-05-30 at 15.05.50.png>

Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-APPSTORE_06162015
APL-Goog_01150054