Justin Owens, State Bar No. 254733
  jowens@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Specially Appearing Third-Party
BUMBLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br>Judge: Hon. James Donato<br><br>**NOTICE OF APPEARANCE OF JUSTIN OWENS AS COUNSEL FOR SPECIALLY APPEARING THIRD-PARTY BUMBLE INC.** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

NOTICE OF APPEARANCE

Case No. 3:21-md-02981-JD

4887-3724-2758v1/107322-0001

1    TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN THIS ACTION,

2  PLEASE TAKE NOTICE THAT Justin Owens will appear in this matter as counsel for

3  Specially Appearing Third-Party Bumble Inc.  Counsel respectfully requests to be included via e-

4  mail on the Court's notification of electronic filings in this action at: jowens@stradlinglaw.com.

5

6  Dated:  October 12, 2023                    STRADLING YOCCA CARLSON & RAUTH, P.C.

7

8                                          By:    /s/ Justin Owens
                                                   Justin Owens
9                                          Attorneys for Specially Appearing Third-Party
                                           BUMBLE INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
NOTICE OF APPEARANCE
Case No. 3:21-md-02981-JD
4887-3724-2758v1/107322-0001