Justin Owens, State Bar No. 254733
 jowens@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Specially Appearing Third-Party
BUMBLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br>Judge: Hon. James Donato<br><br>**DECLARATION OF ELIZABETH MONTELEONE IN SUPPORT OF SPECIALLY APPEARING THIRD-PARTY BUMBLE INC.'S REQUEST TO SEAL TRIAL EXHIBITS TEMP2879, TEMP2880, TEMP2881, TEMP2882, TEMP2883** |

1    I, Elizabeth Monteleone, declare as follows:

2    1.    I am Assistant General Counsel at Bumble Inc. ("Bumble"). Bumble Inc. is the parent company of Bumble, an online dating and personal network application, and Badoo, a dating-focused social network.

3    2.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

4    3.    On Friday, October 6, 2023, counsel for Defendant Google LLC ("Defendant") informed Bumble's counsel that the parties in this matter had filed the following Bumble documents on their joint exhibit lists: BUMBLE-00000012; BUMBLE-00000298; BUMBLE-00000300; BUMBLE-00000619; BUMBLE-00000763. The documents were filed provisionally under seal.

5    4.    I have since reviewed these documents and determined that it is in Bumble's critical business interest that the documents remain sealed.

6    5.    BUMBLE-00000012, BUMBLE-00000300, BUMBLE-00000619, and BUMBLE-00000763 are slide decks reflecting several Bumble's board meetings.

7    6.    These documents contain competitively sensitive information, including Bumble's business plans, priorities, budgets and other financials, monetization strategies, and other business objectives and operations. They also reflect Bumble's internal analyses of challenges Bumble faced from external factors, including from Bumble's relationship with Defendant relating to app distribution on Defendant's Google Play Store.

8    7.    BUMBLE-00000298 is a slide deck reflecting Bumble's internal business review of its approach to app stores, including Defendant's Google Play Store.

9    8.    This document contains competitively sensitive information regarding Bumble's analysis of changes to Defendant's Google Play Store policies and how those changes would affect Bumble.

10   9.    Unsealing these documents would expose Bumble to significant competitive harm and business risk. Bumble requests that these documents remain under seal.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

DECLARATION OF ELIZABETH MONTELEONE

Case No. 3:21-md-02981-JD

4886-0171-3798v2/107322-0001

1    I declare under penalty of perjury of the laws of the United States of America that the
2    foregoing is true and correct. Executed on October 12, 2023, in Austin, Texas.

_____
Elizabeth Monteleone

Stradling Yocca
Carlson & Rauth
LAWYERS
NEWPORT BEACH

-3-
DECLARATION OF ELIZABETH MONTELEONE
Case No. 3:21-md-02981-JD
4886-0171-3798v2/107322-0001