| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*<br><br>[Additional counsel appear on signature page] | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.*<br><br>Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants Google LLC et al* |

STIP. RE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER REGARDING THE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Judge:  Hon. James Donato |

WHEREAS, under the Court's Standing Order for Civil Jury Trials, the parties were due to file proposed jury instructions and verdict forms on October 5, 2023;

WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al. ("Match"), and Defendants Google et al. ("Google") (collectively, the "Parties") filed a Stipulation and Proposed Order Regarding the Deadline to File Proposed Jury Instructions and Verdict Forms such that the deadline for the Parties to submit their proposed final jury instructions and verdict form was continued from October 5, 2023 to October 13, 2023;

WHEREAS, the Parties have continued exchanging drafts of jury instructions and verdict forms with one another and have continued to narrow disputed issues; and

WHEREAS, the parties believe that a short extension of additional time to meet and confer will allow the Parties to crystallize remaining issues to further streamline issues for the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The deadline for Epic, Match and Google to submit their proposed final jury instructions and verdict form is continued from Friday, October 13, 2023 to Monday, October 16, 2023.

Dated: October 12, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney (pro hac vice)
Gary A. Bornstein (pro hac vice)
Timothy G. Cameron (pro hac vice)
Yonatan Even (pro hac vice)
Lauren A. Moskowitz (pro hac vice)
Justin C. Clarke (pro hac vice)
Michael J. Zaken (pro hac vice)
M. Brent Byars (pro hac vice)

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,
By:   /s/  *Gary A. Bornstein*
Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

| | | |
|---|---|---|
| Dated: October 12, 2023 | | HUESTON HENNIGAN LLP<br>Douglas J. Dixon<br>Christine Woodin<br>Joseph A. Reiter |

Respectfully submitted,

By:  /s/  *Douglas J. Dixon*
     Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

Dated: October 12, 2023                    MORGAN, LEWIS & BOCKIUS LLP
                                           Brian C. Rocca
                                           Sujal J. Shah
                                           Minna L. Naranjo
                                           Rishi P. Satia
                                           Michelle Park Chiu

By:  /s/  *Brian C. Rocca*
     Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: October 12, 2023                    MUNGER, TOLLES & OLSON LLP
                                           Glenn D. Pomerantz
                                           Kyle W. Mach
                                           Kuruvilla Olasa
                                           Justin P. Raphael
                                           Emily C. Curran-Huberty
                                           Jonathan I. Kravis

Respectfully submitted,

By:  /s/ *Glenn D. Pomerantz*
     Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. JAMES DONATO
                                        United States District Judge

**E-FILING ATTESTATION**

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/   Douglas J. Dixon*
Douglas J. Dixon