AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Google Play Store Antitrust Litigation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  3:21-MD-02981-JD |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia.

Date: 10/17/2023

/s/ Tyler T. Henry
*Attorney's signature*

Tyler T. Henry (VA #87621)
*Printed name and bar number*

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
*Address*

THenry@oag.state.va.us
*E-mail address*

(804) 692-0485
*Telephone number*

(804) 786-0122
*FAX number*