AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br>THIS DOCUMENT RELATES TO:<br>Match Group, LLC, et al., v. Google LLC, et al.,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-MD-02981-JD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC and People Media, Inc.

Date: 10/18/2023

*Sourabh Mishra*
Attorney's signature

Sourabh Mishra / SBN 305185
Printed name and bar number

Hueston Hennigan LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Address

smishra@Hueston.com
E-mail address

(949) 229-8640
Telephone number

(888) 775-0898
FAX number