AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re: Google Play Store Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-MD-02981-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oregon.

Date: 10/18/2023

/s/ Timothy D. Smith
*Attorney's signature*

Timothy D. Smith (OSB # 914374)
*Printed name and bar number*

Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
*Address*

tim.smith@doj.state.or.us
*E-mail address*

(971) 673-3885
*Telephone number*

(503) 378-5017
*FAX number*