UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH PLAINTIFFS' REPLY ISO PLAINTIFFS' PROPOSED SANCTION RE CHATS**<br><br>Judge:  Hon. James Donato |

Having considered Google's Administrative Motion to File Under Seal Materials Submitted in Connection With Plaintiffs' Reply ISO Plaintiffs' Proposed Sanction re Chats and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of Plaintiffs' Reply In Support of Plaintiffs' Proposed Sanction re Chats ("Reply") and supporting documents may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit A1 to | Page 10, Line 27 (between "at | Cramer Decl. ¶ | |

| Cramer Decl. – Reply | least" and "Zaken Decl.,") | 9 | |
|---|---|---|---|
| Exhibit A2 to Cramer Decl. – Exhibit 1 | Page -795-796 (between "effective as of" and "(Execution", all text of Section 1, excluding title and all text of Section 2, excluding title) | Cramer Decl. ¶ 10 | |

Dated: _____, 2023

                                       Honorable James Donato
                                       United States District Judge
                                       Northern District of California