# Exhibit A2
# Public Redacted Version

# Exhibit 1

## NINTH AMENDMENT TO THE INFORMATION SERVICES AGREEMENT

This NINTH AMENDMENT TO THE INFORMATION SERVICES AGREEMENT (this "**Ninth Amendment**") is entered into effective as of ▇▇▇▇▇▇ ("**Execution Date**") by and among Apple Inc., Apple Distribution International Limited ("**ADI**"), and Apple South Asia Pte. Ltd. ("**ASA**" and collectively with Apple Inc., ADI and their respective subsidiaries, "**Apple**"), on the one hand, and Google LLC, Google Ireland Limited ("**GIL**"), and Google Asia Pacific Pte. Ltd. ("**GAP**" and collectively with Google LLC, GIL and their respective subsidiaries, "**Google**"), on the other hand, amending that certain Information Services Agreement dated December 20, 2002 between Apple Inc. and Google LLC (as amended or otherwise modified prior to the Execution Date and as amended by this Agreement, the "**ISA**").

The provisions of this Ninth Amendment are effective as of the Execution Date, and the remaining provisions of the ISA that are unchanged by this Ninth Amendment shall remain in full force and effect.  Any amendments or other modifications to this Ninth Amendment and/or the ISA, including any agreements related to the subject matter of this Ninth Agreement and/or the ISA, must be in writing and executed by a designated officer of each party.  Neither Apple nor Google may assign its rights or delegate its obligations under the ISA without the other's prior written consent, including but not limited to obligations of this Ninth Agreement.

**1.   Term & Termination**



*Confidential – Subject to Party NDA*                                                                                       *Ninth Amendment to ISA*





2. **CEO Check-Ins**



*Confidential – Subject to Party NDA* *Ninth Amendment to ISA*




NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY    GOOG-PLAY-007335796

This Agreement may be executed in counterparts, including facsimile counterparts.

| Google LLC | Apple Inc. |
|---|---|
| By: *[signature]* | By: _____ |
| Print Name: DONALD S. HARRISON | Print Name: _____ |
| Title: PRESIDENT, GLOBAL PARTNERSHIPS | Title: _____ |
| Date: 7/30/21 | Date: _____ |
| 1900 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Tel: (650) 330-0100<br>Fax: (650) 618-1711 | One Apple Park Way, MS 169-5MAL<br>Cupertino, CA 95014<br>Tel: (408) 996-1010<br>Fax: (408) 966-0275 |

| Apple Distribution International Ltd. | Apple South Asia Pte. Ltd. |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| Hollyhill Industrial Estate<br>Hollyhill, Cork, Ireland<br>Tel: (353) 21 4284000 | No. 7 Ang Mo Kio Street 64<br>Singapore 569086<br>Tel: (65) 6481 5511 |

| Google Ireland Limited | Google Asia Pacific Pte. Ltd. |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| Gordon House, Barrow Street<br>Dublin 4, Ireland | 8 Marina View, Asia Square 1 #30-01<br>Singapore 018960 |

3

Confidential -- Subject to Party NDA                     Ninth Amendment to ISA



This Agreement may be executed in counterparts, including facsimile counterparts.

| **Google LLC** | **Apple Inc.** |
|---|---|
| By: _____ | By: *Eddy Cue* (signature) |
| Print Name: _____ | Print Name: Eddy Cue |
| Title: _____ | Title: SVP Internet Services |
| Date: _____ | Date: 7/29/21 |
| 1900 Amphitheatre Parkway | One Apple Park Way, MS 169-5MAL |
| Mountain View, CA 94043 | Cupertino, CA 95014 |
| Tel: (650) 330-0100 | Tel: (408) 996-1010 |
| Fax: (650) 618-1711 | Fax: (408) 966-0275 |

| **Apple Distribution International Ltd.** | **Apple South Asia Pte. Ltd.** |
|---|---|
| By: *Cathy Kearney* (signature) | By: *Mykl Dunning* (signature) |
| Print Name: Cathy Kearney | Print Name: Mykl Dunning |
| Title: Director | Title: Director |
| Date: 30th July, 2021 | Date: 30 July 2021 |
| Hollyhill Industrial Estate | No. 7 Ang Mo Kio Street 64 |
| Hollyhill, Cork, Ireland | Singapore 569086 |
| Tel: (353) 21 4284000 | Tel: (65) 6481 5511 |

| **Google Ireland Limited** | **Google Asia Pacific Pte. Ltd.** |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| Gordon House, Barrow Street | 8 Marina View, Asia Square 1 #30-01 |
| Dublin 4, Ireland | Singapore 018960 |

3

This Agreement may be executed in counterparts, including facsimile counterparts.

| **Google LLC** | **Apple Inc.** |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| 1900 Amphitheatre Parkway<br>Mountain View, CA  94043<br>Tel:  (650) 330-0100<br>Fax: (650) 618-1711 | One Apple Park Way, MS 169-5MAL<br>Cupertino, CA  95014<br>Tel:  (408) 996-1010<br>Fax: (408) 966-0275 |

| **Apple Distribution International Ltd.** | **Apple South Asia Pte. Ltd.** |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| Hollyhill Industrial Estate<br>Hollyhill, Cork, Ireland<br>Tel:  (353) 21 4284000 | No. 7 Ang Mo Kio Street 64<br>Singapore 569086<br>Tel:  (65) 6481 5511 |

| **Google Ireland Limited** | **Google Asia Pacific Pte. Ltd.** |
|---|---|
| By: _____ *Ndeedel* _____ 2021.07.30 11:57:07 +01'00' | By: _____ *S. Lavanya* _____ 2021.07.30 15:10:13 +08'00' |
| Print Name: Atlia Gonçalves<br>For, Nick Leeder (Director) | Print Name: Lavanya Swetharanyan |
| Title: _____ | Title: Director, Google Asia Pacific Pte. Ltd |
| Date: _____ | Date: _____ |
| Gordon House, Barrow Street<br>Dublin 4, Ireland | 8 Marina View, Asia Square 1 #30-01<br>Singapore 018960 |

3

*Confidential – Subject to Party NDA*                               *Ninth Amendment to ISA*



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-007335799