Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Brian C. Rocca, State Bar No. 221576
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC, et al.*

Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.*

Paul J. Riehle, State Bar No. 115199
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC, et al., v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR NOVEMBER 6, 2023 TRIAL**<br><br>Judge: Hon. James Donato |

Defendants Google LLC et al., ("Google"), Plaintiff Epic Games, Inc. ("Epic"), and Plaintiffs Match Group, LLC, et al. ("Match Plaintiffs") (collectively, "the Parties"), by and through their undersigned counsel of record, respectfully request permission to bring certain equipment into the courthouse, and to install, possess and use that equipment in Courtroom 11 during trial, which is scheduled to begin Monday, November 6, 2023, at 9:00 a.m.

**Wireless Microphones, Rolling Television, Easels and Monitors**

The Parties request permission to use the following equipment to (i) allow counsel to move about the well when permitted by the Court without compromising the audio quality; (ii) improve the visual presentation for the jury; and (iii) improve trial counsel's ability to view evidence being displayed:

- (2) Rode Wireless Lapel Microphones
- (1) 70" High Definition TV on Rolling Stand
- (2) Easels or flipcharts
- (9) 19" Standard Definition (4:3) Display Monitors

**Technician Technology**

The Parties request permission to bring the following equipment for their respective trial technicians:

- (4) Technician Tables
- (Multiple) VGA Distribution Amps, Switches, Cables
- (3) Printers for the Parties' respective breakout rooms.
- (1) Audio Speaker (Backup Audio)

The Parties further request the Court's permission to set up the above equipment in Courtroom 11 on November 1, 2023, at such time the Court may specify, or on November 2, 2023, immediately following jury selection.

| | | |
|---|---|---|
| 1 | Dated: October 20, 2023 | MUNGER TOLLES & OLSON LLP |
| 2 | | By: /s/ Glenn D. Pomerantz |
| 3 | | Glenn D. Pomerantz |
| 4 | | *Counsel for Google* |
| 5 | Dated: October 20, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | | By: /s/ Brian C. Rocca |
| | | Brian C. Rocca |
| 7 | | *Counsel for Google* |
| 8 | Dated: October 20, 2023 | HUESTON HENNIGAN LLP |
| 9 | | By: /s/ Douglas J. Dixon |
| 10 | | Douglas J. Dixon |
| 11 | | *Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc.* |
| 12 | | |
| 13 | Dated: October 20, 2023 | CRAVATH, SWAINE & MOORE LLP |
| 14 | | By: /s/ Gary A. Bornstein |
| | | Gary A. Bornstein |
| 15 | | *Counsel for Plaintiff Epic Games, Inc.* |

**SO ORDERED**

Dated: _____

Honorable James Donato
United States District Judge
Northern District of California

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Gary A. Bornstein*
Gary A. Bornstein