# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 19, 2023                                              Judge: Hon. James Donato

Time: 1 Hour 22 Minutes

| | |
|---|---|
| Cases: | 3:21-md-02981-JD In re: Google Play Store Antitrust Litigation |
| | 3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al |
| | 3:22-cv-02746-JD Match Group, LLC et al v. Google LLC, et al |
| Attorney(s) for Plaintiff(s): | Douglas Dixon, Joseph Reiter, Lauren Moskowitz, Gary Bornstein, Yonatan Even |
| Attorney(s) for Defendant(s): | Jonathan Kravis, Kyle Mach, Justin Raphael, Brian Rocca, Michelle Chiu, Lauren Bell, Dane Shikman, Glenn Pomerantz |

Court Reporter: Irene Rodriguez

Deputy Clerk: Esther Chung

## PROCEEDINGS

Final Pretrial Conference -- Held

## NOTES AND ORDERS

The Court holds a final pretrial conference for the jury trial in the *Epic* and *Match* cases. A separate pretrial order will be filed.

For the jury questionnaire responses, the parties are directed to email Ms. Clark with the name and email address of the one person per side to whom the completed responses should be sent. The responses will likely be emailed on October 30, 2023. For the remote conference to be held on October 31, 2023, Ms. Clark will circulate the Zoom information by email.