AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Google Play Store Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-MD-02981-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

District of Columbia.

Date: 10/25/2023

/s/ Adam Gitlin
*Attorney's signature*

Adam Gitlin, DC Bar # 90004308
*Printed name and bar number*

400 Sixth Street NW, 10th Floor
Washington, D.C., 20001

*Address*

adam.gitlin@dc.gov
*E-mail address*

(202) 442-9864
*Telephone number*

*FAX number*