# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re: Google Play Store Antitrust Litigation ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:21-MD-02981-JD |
| ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania.

Date:   10/25/2023

/s/ Joseph S. Betsko
*Attorney's signature*

Joseph S. Betsko (PA #82620)
*Printed name and bar number*

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
*Address*

jbetsko@attorneygeneral.gov
*E-mail address*

(717) 787-4530
*Telephone number*

*FAX number*