AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Google Play Store Antitrust Litigation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-MD-02981-JD |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Hawaiʻi.

Date: 10/25/2023

/s/ Rodney I. Kimura
*Attorney's signature*

Rodney I. Kimura  HI # 2734
*Printed name and bar number*

Department of the Attorney General
425 Queen Street
Honolulu, HI  96813
*Address*

rodney.i.kimura@hawaii.gov
*E-mail address*

(808) 586-1180
*Telephone number*

(808) 586-1205
*FAX number*