AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re: Google Play Store Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-MD-02981-JD |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois                                                                                                                                                              .

Date:   10/26/2023

/s/ Elizabeth L. Maxeiner
*Attorney's signature*

Elizabeth L. Maxeiner (IL #6290159)
*Printed name and bar number*

Office of the Attorney General of Illinois
100 West Randolph Street
Chicago, IL 60601
*Address*

Elizabeth.Maxeiner@ilag.gov
*E-mail address*

(773) 590-7935
*Telephone number*

*FAX number*