AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Google Play Store Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-MD-02981-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maine.

Date: 10/26/2023

/s/ Christina M. Moylan
*Attorney's signature*

Christina M. Moylan, Maine Bar No. 7095
*Printed name and bar number*

Maine Attorney General's Office
6 State House Station
Augusta, ME 04333
*Address*

Christina.Moylan@Maine.gov
*E-mail address*

(207) 626-8800
*Telephone number*

*FAX number*