AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:21-MD-02981-JD |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Wyoming                                                                                          .

Date:     10/26/2023

/s/ Ryan Schelhaas
*Attorney's signature*

Ryan Schelhaas (WY #6-3321)
*Printed name and bar number*

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002

*Address*

ryan.schelhaas@wyo.gov
*E-mail address*

(307) 777-5786
*Telephone number*

(307) 777-6869
*FAX number*