AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Google Play Store Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-MD-02981-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Kansas.

Date: 10/27/2023

/s/ Lynette R. Bakker
*Attorney's signature*

Lynette R. Bakker (KS#22104)
*Printed name and bar number*

Office of the Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
*Address*

lynette.bakker@ag.ks.gov
*E-mail address*

(785) 296-3751
*Telephone number*

(785) 291-3699
*FAX number*