AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Google Play Store Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-MD-02981-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of South Carolina

Date:   10/31/2023

/s/ Rebecca M. Hartner
*Attorney's signature*

Rebecca Hartner (S.C. Bar No. 101302)
*Printed name and bar number*

South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211

*Address*

rhartner@scag.gov
*E-mail address*

(803) 734-5855
*Telephone number*

*FAX number*