AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION </br>THIS DOCUMENT RELATES TO: </br>Epic Games, Inc v. Google LLC et al., Case No. 3:20-cv-05671-JD | Case No. 3:21-MD-02981-JD |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Epic Games, Inc.

Date:   11/03/2023

*Attorney's signature*

John C. Hueston / SBN 164921
*Printed name and bar number*

Hueston Hennigan LLP
620 Newport Center Drive Suite 1300
Newport Beach, CA 92660

*Address*

jhueston@hueston.com
*E-mail address*

(949) 229-8640
*Telephone number*

(888) 775-0898
*FAX number*