1  LAUREN N. BECK (State Bar No. 343375)
   Lauren.Beck@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF LAUREN N. BECK** |

PLEASE TAKE NOTICE that attorney Lauren N. Beck of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served at the email address listed above.

| | |
|---|---|
| DATED: November 4, 2023 | MUNGER, TOLLES & OLSON LLP |
| | By:    /s/ *Lauren N. Beck* <br> Lauren N. Beck <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, Fiftieth Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 683-9100 |
| | Attorneys for Defendants |