UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | MDL No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER REGARDING NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 384 AND 8011** |

1    On November 6, 2023, Non-Party Nintendo of America Inc. ("NOA") filed a Motion to
2 Seal Portions of Trial Exhibits 384 and 8011. NOA's Motion refers to portions of pages GOOG-
3 PLAY-004146698.R, GOOG-PLAY-004146699.R, GOOG-PLAY-004146701.R, GOOG-PLAY-
4 004146703.R, GOOG-PLAY-004146707.R, GOOG-PLAY-004146730.R, GOOG-PLAY-
5 004146731.R, and GOOG-PLAY-004146739.R of Exhibit 384 and pages GOOG-PLAY-
6 000851374.R and GOOG-PLAY-000851384.R of Exhibit 8011 that relate or refer to Nintendo
7 ("Nintendo Confidential Information"). NOA moves to seal the courtroom when Nintendo
8 Confidential Information is discussed at trial. NOA also requests that Nintendo Confidential
9 Information be reacted from any versions of Exhibit 384 and Exhibit 8011 that are made available
10 in the public record.
11   Having considered NOA's Motion and supporting declaration,
12   **IT IS HEREBY ORDERED:**
13   The document portions described below may only be shown in a sealed courtroom and
14 will be redacted from any versions of Exhibits 384 and 8011 that appear in the public record:

| Deposition Exhibit Number (Bates Number) | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 384 (GOOG-PLAY-004146698.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146698.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions | |
| Exhibit 384 (GOOG-PLAY-004146699.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146699.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |

| Deposition Exhibit Number (Bates Number) | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 384 (GOOG-PLAY-004146701.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146701.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions; describes Nintendo's relationship and negotiation strategy with Google | |
| Exhibit 384 (GOOG-PLAY-004146703.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146703.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions; describes confidential financial details reflecting terms and performance of the business relationship between Nintendo and Google | |
| Exhibit 384 (GOOG-PLAY-004146707.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146707.R | Describes Nintendo's relationship and negotiation strategy with Google; discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |
| Exhibit 384 (GOOG-PLAY-004146730.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146730.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |

| Deposition Exhibit Number (Bates Number) | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 384 (GOOG-PLAY-004146731.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146731.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |
| Exhibit 384 (GOOG-PLAY-004146739.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146739.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions, contracts which are subject to contractual confidentiality protections | |
| Exhibit 8011 (GOOG-PLAY-000851374.R) | Hug program status | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-000851374.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, as part of an underlying contract subject to contractual confidentiality protections; describes Nintendo's relationship and negotiation strategy with Google | |
| Exhibit 8011 (GOOG-PLAY-000851384.R) | Hug program status | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-000851384.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, as part of an underlying contract subject to contractual confidentiality protections; describes Nintendo's relationship and negotiation strategy with Google | |

1
2  Dated: _____, 2023
3
                                       Honorable James Donato
4                                        United States District Judge
                                       Northern District of California

-1-
[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL
164402704.1