1  JENNIFER KELLY (CSB No. 193416)
   jennifer@tyzlaw.com
2  RYAN TYZ (CSB No. 234895)
   ryan@tyzlaw.com
3  ERIN JONES (CSB No. 252947)
   ejones@tyzlaw.com
4  CIARA MCHALE (CSB No. 293308)
   ciara@tyzlaw.com
5  SEAN APPLE (CSB No. 305692)
   sapple@tyzlaw.com
6  TYZ LAW GROUP PC
   4 Embarcadero Center, 14th Floor
7  San Francisco, CA 94111
   Telephone: 415.849.3578
8
   Attorneys for Defendant
9  Supercell Oy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No:       3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE NON-PARTY SUPERCELL OY'S REQUEST TO SEAL COURTROOM AND PORTIONS OF EXHIBIT 1525**<br><br>Judge: Hon. James Donato |

Having considered non-party Supercell Oy's ("Supercell") Request to Seal Courtroom and Portions of Exhibit 1525,

**IT IS HEREBY ORDERED:**

The following portions of Trial Exhibit 1525 set forth in the below table may be treated as sealed.

[*Option 1*] The Court shall seal the courtroom for introduction of, and testimony regarding, these portions of Trial Exhibit 1525, and such portions shall be filed only under seal.

[*Option 2*] The Court shall not seal the courtroom for introduction of, and testimony regarding, these portions of Trial Exhibit 1525, but shall require that the parties (1) publish such information to the jury and Court alone and not to the courtroom gallery or general public, and (2) prevent statement of the information during the course of trial; and (3) file such information under seal.

| Exhibit Number (Trial Exhibit No.) | Document Description | Portion to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| Exhibit 1525 (GOOG-PLAY-009201648) | Email chain "Re: Privileged – Supercell" | Page Exhibit 1525-001, highlighted portion of sentence beginning "Regarding localized" | Contains competitively sensitive information regarding Supercell's relationship and negotiation of business terms with Google, and Supercell business strategy. | |
| | | Pages Exhibit 1525-001 to 002, from highlighted bullet "Emerging markets" on 001 to "explore separately" on 002, and highlighted portions in last paragraph on 002 | Contains competitively sensitive information regarding Supercell's relationship and negotiation of business terms with Google, and Supercell business strategy and strategic planning. | |
| | | Page Exhibit 1525- 003, highlighted | Contains competitively sensitive information regarding Supercell's | |

| | | | | |
|---|---|---|---|---|
| | | portions, paragraph beginning "Please see below" and bullet points from "GVP insights" to bottom of page. | relationship and negotiation of business terms with Google, and Supercell business strategy and strategic planning. | |
| | | Page Exhibit 1525-004, in its entirety | Contains competitively sensitive information regarding Supercell's relationship and negotiation of business terms with Google, and Supercell business strategy, product strategy, product assessment, and strategic planning. | |
| | | Page Exhibit 1525-005, first bullet, paragraphs beginning "Supercell indicated", "Thank you for the update," "Qq," and "A quick update on the Supercell call." | Contains competitively sensitive information regarding Supercell's relationship and negotiation of business terms with Google, and Supercell business strategy, product assessment and planning, and strategic planning. | |
| | | Page Exhibit 1525-008, highlights in the paragraph beginning "I sent a quick note", the entire paragraph beginning "As a heads up," "Thanks for the update on Supercell's," and the final paragraph and bullet on the page. | Contains competitively sensitive information regarding Supercell's relationship and negotiation of business terms with Google, and Supercell business strategy, product planning and strategic planning. | |
| | | Page Exhibit 1525-009, first two bullets on the page, fourth and | Contains competitively sensitive information regarding Supercell's relationship and | |

| | | fifth bullets on the page (beginning "opportunity" and "Play"), last two paragraphs on the page | negotiation of business terms with Google, and Supercell business strategy and strategic planning. | |
| --- | --- | --- | --- | --- |
| | | Page Exhibit 1525-010, first three paragraphs on the page | Contains competitively sensitive information regarding Supercell's relationship and negotiation of business terms with Google, and Supercell business strategy, product assessment and plans, and strategic planning. | |

**IT IS SO ORDERED.**

Date: _____, 2023

Honorable James Donato
United States District Judge