1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11

12  **IN RE GOOGLE PLAY STORE**  　　　MDL No. 3:21-md-02981-JD
    **ANTITRUST LITIGATION**
13                                      **[PROPOSED] ORDER REGARDING NON-**
    THIS DOCUMENT RELATES TO:           **PARTY NINTENDO OF AMERICA INC.'S**
14                                      **MOTION TO SEAL PORTIONS OF TRIAL**
    *Epic Games Inc. v. Google LLC et al.*, Case  **EXHIBIT 1524**
15  No. 3:20-cv-05671-JD

16
17
18
19
20
21
22
23
24
25
26
27
28

1    On November 7, 2023, Non-Party Nintendo of America Inc. ("NOA") filed a Motion to
2 Seal Portions of Trial Exhibit 1524. NOA's Motion refers to portions of Pages 27, 28, 35, 37, and
3 41 of Exhibit 1524 that relate or refer to Nintendo ("Nintendo Confidential Information"). NOA
4 moves to seal the courtroom when Nintendo Confidential Information is discussed at trial. NOA
5 also requests that Nintendo Confidential Information be redacted from any versions of Exhibit
6 1524 that are made available in the public record.
7    Having considered NOA's Motion and supporting declaration,
8    **IT IS HEREBY ORDERED:**
9    The document portions described below may only be shown in a sealed courtroom and
10 will be redacted from any versions of Exhibit 1524 that appear in the public record:

| Deposition Exhibit Number | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 1524 | Games Velocity Program: Review of the program approved in April 2019 2 proposals for program extension | Excerpts referencing confidential Nintendo information on Page 27 | Describes information about a contractual arrangement between Nintendo and Google, including confidential financial details reflecting terms and performance of the business relationship between Nintendo and Google, and reflecting how Nintendo and Google view each other as partners and their respective market positions. All of this information is subject to contractual confidentiality protections. | |

| Deposition Exhibit Number | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 1524 | Games Velocity Program: Review of the program approved in April 2019 2 proposals for program extension | Excerpts referencing confidential Nintendo information on Page 28 | Contains competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information relating to a deal between Nintendo and Google, all of which is subject to contractual confidentiality protections. | |
| Exhibit 1524 | Games Velocity Program: Review of the program approved in April 2019 2 proposals for program extension | Excerpts referencing confidential Nintendo information on Page 35 | Contains competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information relating to a deal between Nintendo and Google, all of which is subject to contractual confidentiality protections. | |
| Exhibit 1524 | Games Velocity Program: Review of the program approved in April 2019 2 proposals for program extension | Excerpts referencing confidential Nintendo information on Page 37 | Contains competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information relating to a deal between Nintendo and Google, all of which is subject to contractual confidentiality protections. | |
| Exhibit 1524 | Games Velocity Program: Review of the program approved in April 2019 2 proposals for program extension | Excerpts referencing confidential Nintendo information on Page 41 | Contains highly confidential financial information, including confidential financial details reflecting terms and performance of the business relationship between Nintendo and Google, all of which is subject to contractual confidentiality protections. | |

1
2
3   Dated: _____, 2023
4
5                                              _____
                                               Honorable James Donato
                                               United States District Judge
                                               Northern District of California
6
7
...
28