Russell P. Cohen (SBN 213105)
russ.cohen@dechert.com
DECHERT LLP
One Bush Street, Ste.1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
Fax: (415) 262-4555

*Attorneys for Non-Parties TikTok Inc.
and Paddle.com Market Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No.: 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF RUSSELL P. COHEN**<br><br>Honorable James Donato |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Russell P. Cohen of Dechert LLP hereby appears as counsel of record for Non-Parties TikTok Inc. and Paddle.com Market Limited in the above captioned action, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in this matter, be provided and served on:

Russell P. Cohen
DECHERT LLP
One Bush Street, Ste.1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
russ.cohen@dechert.com

Dated:  November 7, 2023                          Respectfully submitted,

By: /s/ Russell P. Cohen
Russell P. Cohen
Attorney for Non-Parties TikTok Inc. and
Paddle.com Market Limited
