RUSSELL P. COHEN (SBN 213105)
Russ.Cohen@dechert.com
DECHERT LLP
1 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:     +1 415 262 4500

*Attorneys for Non-Party TikTok Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: NON-PARTY TIKTOK INC.'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

Having considered Non-Party TikTok Inc.'s ("TikTok") Motion to Seal Highly Confidential Information, pursuant to Local Rules 7-11, 79-5 and Docket No. 727:

**IT IS HEREBY ORDERED:**

The following documents or portions thereof will be shown either (1) during a closed session of trial, or (2) during an open session of trial but not displayed on the public monitor nor specifically referenced by the witness in testimony.

| Exhibit Number (Bates) | Document description | Portion sought to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| Exhibit 2698 (GOOG-PLAY-011073577) | TikTok Revenues Derived from the Google Play Store | Seal Entirety of Page 052 to Exhibit 2698 | Discloses specific Google Play revenue derived by TikTok and directly relates to the valuation of TikTok, which is a non-public company. This information could be used by competitors and cause competitive harm to TikTok. | |

**ENTERED THIS \_\_ DAY OF_____, 2023.**

                                            Honorable James Donato
                                            United States District Judge
                                            Northern District of California