UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER REGARDING NON-PARTY WARNER BROS. DISCOVERY, INC.'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

1  Having considered non-party Warner Brothers Discovery, Inc.'s ("WBD") Motion to Seal Highly Confidential Information, pursuant to Local Rules 7-11 and 79-5.

**IT IS HEREBY ORDERED:**

The following documents may be filed under seal and only shown or discussed in a sealed courtroom:

| Exhibit (Bates Number) | Portion sought to be sealed | Reasons for sealing request | Ruling |
|---|---|---|---|
| Exhibit 1704-014 (GOOG-PLAY-004683882.R) | Seal entirety | Includes confidential developer feedback reflecting business strategy from WBD regarding the Google Play store; if competitors had this information, they could use it to unfairly improve their products and to disadvantage WBD products. | |
| Exhibit 1704-016 (GOOG-PLAY-004683884.R) | Seal entirety | Includes confidential developer feedback reflecting business strategy from WBD regarding the Google Play store; if competitors had this information, they could use it to unfairly improve their products and to disadvantage WBD products. | |
| Exhibit 1704-019 (GOOG-PLAY-004683887.R) | Seal entirety | Contains WBD's confidential information about the number of subscribers for a WBD app; this information is not available outside of WBD; if disclosed it could be used to harm WBD's competitive position and provide competitors an unfair advantage in the marketplace. | |
| Exhibit 2698-052 (GOOG-PLAY-011073577) | Seal entirety | Contains WBD's confidential financial information about revenue for WBD's non-game applications; this information is not available outside of WBD; if disclosed it could be used to harm WBD's competitive position and provide competitors an unfair advantage in the marketplace. | |

| | |
|---|---|
| DATED:_____, 2023 | _____ |
| | The Honorable James Donato |
| | United States District Judge |
| | Northern District of California |