AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br>THIS DOCUMENT RELATES TO:<br>Epic Games, Inc v. Google LLC, et al., Case No. 3:20-cv-05671-JD | Case No. 3:21-MD-02981-JD |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Plaintiff Epic Games, Inc._

Date:  __11/07/2023__

_____
*Attorney's signature*

Douglas J. Dixon / SBN 275389
*Printed name and bar number*

Hueston Hennigan LLP
620 Newport Center Drive Suite 1300
Newport Beach, CA 92660
*Address*

ddixon@hueston.com
*E-mail address*

(949) 229-8640
*Telephone number*

(888) 775-0898
*FAX number*