Tiffany L. Lee (Bar No. 303007)
tiffanylee@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3304
Facsimile: (206) 359-4404

*Attorney for Non-Party
Nintendo of America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | MDL No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 384 AND 8011** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Non-Party Nintendo of America Inc. ("NOA") hereby withdraws its Motion to Seal Portions of Trial Exhibits 384 and 8011 in *Epic Games Inc. v. Google LLC et al., No. 3:20-cv-05671-JD*, Dkt. 507 and *In re Google Play Store Antitrust Litigation, No. 3:21-md-02981-JD*, Dkt. 739.  NOA withdraws its motion with the understanding that Epic will not refer in open court to most of the document portions that NOA originally identified for sealing.  NOA reserves the right to seek to seal portions of Exhibits 384 and 8011 under the local rules once the exhibits are admitted into evidence.

DATED:  November 8, 2023

*/s/Tiffany L. Lee*
Tiffany L. Lee (CA Bar No. 303007)
tiffanylee@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3304
Facsimile: (206) 359-4404

*Attorney for Non-Party*
*Nintendo of America Inc.*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on November 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

*/s/ Tiffany L. Lee*
Attorney