RUSSELL P. COHEN (SBN 213105)
Russ.Cohen@dechert.com
DECHERT LLP
1 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:     +1 415 262 4500

*Attorney for Non-Party TikTok Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY TIKTOK INC.'S MOTION TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Non-Party TikTok Inc. ("TikTok") hereby withdraws its Motion to Seal Highly Confidential Information in *Epic Games Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD, Dkt. 517 and *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD, Dkt. 748.  TikTok withdraws its motion with the understanding that neither Epic nor Google (separately confirmed by counsel) will refer in open court to the portion of Exhibit 2698 that TikTok originally identified for sealing.  TikTok reserves the right to seek to seal the portion of Exhibit 2698 under the local rules once the exhibits are admitted into evidence and before being made public.

Dated: November 8, 2023

Respectfully submitted,

*/s/ Russell Cohen*
Russell P. Cohen (SBN 213105)
DECHERT LLP
1 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:     +1 415 262 4500
Russ.Cohen@dechert.com

*Attorneys for Non-Party TikTok Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

Respectfully submitted,

*/s/ Russell Cohen*

Russell P. Cohen (SBN 213105)
DECHERT LLP
1 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:   +1 415 262 4500
Russ.Cohen@dechert.com

*Attorneys for Non-Party TikTok Inc.*
