KEKER, VAN NEST & PETERS LLP
CODY S. HARRIS - # 255302
charris@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Non-Parties
THE WALT DISNEY COMPANY and HULU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC, et al.*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF CODY S. HARRIS**<br><br>Judge:      Hon. James Donato |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Cody S. Harris of Keker, Van Nest & Peters LLP, hereby enters an appearance as counsel for Non-Parties THE WALT DISNEY COMPANY and HULU.

His address, telephone, fax, and email are listed below as follows:

CODY S. HARRIS - #255302
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email:  charris@keker.com

Dated:  November 8, 2023                                            KEKER, VAN NEST & PETERS LLP

                                                        By:   /s/ *Cody S. Harris*
                                                              CODY S. HARRIS

                                                        Attorneys for Non-Parties
                                                        THE WALT DISNEY COMPANY and
                                                        HULU