KEKER, VAN NEST & PETERS LLP
CODY S. HARRIS - # 255302
charris@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Non-Parties
THE WALT DISNEY COMPANY and HULU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC, et al.*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE NON-PARTIES THE WALT DISNEY COMPANY AND HULU'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 520 AND 523** |

[PROPOSED] ORDER RE NON-PARTIES THE WALT DISNEY COMPANY AND HULU'S MOTION TO SEAL
PORTIONS OF TRIAL EXHIBITS 520 AND 523
Case No. 3:21-md-02981-JD

2402604

Having considered Non-party The Walt Disney Company's Motion to Seal Portions of Trial Exhibits 520 and 523, pursuant to Local Rule 7-11 and 79-5,

**IT IS HEREBY ORDERED:**

The following documents must be filed under seal and will be shown either (1) during a closed session of trial, or (2) during an open session of trial but not displayed on the public monitor nor specifically referenced by counsel or witnesses during testimony or argument.

| Exhibit Number (Trial Exhibit No.) | Portion to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|
| Exhibit 520 (GOOG-PLAY 000571104) | Page Exhibit 520-029, entire slide | Contains competitively sensitive information regarding Hulu's business relationship with Google, and Hulu's internal business strategy and discussions. | |
| Exhibit 523 (GOOG-PLAY 007328856) | Pages Exhibit 523, Page 019, entire slide | Contains competitively sensitive information regarding TWDC's business relationship with Google, its contractual negotiations with Google, and TWDC's internal business strategy and discussions. | |

**IT IS SO ORDERED.**

Date: _____

_____
Honorable James Donato
United States District Judge

1

[PROPOSED] ORDER RE NON-PARTIES THE WALT DISNEY COMPANY AND HULU'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 520 AND 523
Case No. 3:21-md-02981-JD

2402604