UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Epic Games, Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, John A. Jurata Jr., an active member in good standing of the bar of District of Columbia District Court, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paddle.com Market Limited in the above-entitled action. My local co-counsel in this case is Russell P. Cohen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 213105.

| | |
|---|---|
| Dechert LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>MY ADDRESS OF RECORD | Dechert LLP<br>One Bush Street, Suite 1600<br>San Francisco, CA 94104<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 261-3300<br>MY TELEPHONE # OF RECORD | (415) 262-4500<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jay.jurata@dechert.com<br>MY EMAIL ADDRESS OF RECORD | russ.cohen@dechert.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 478602.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/8/2023

/s/John A. Jurata Jr.
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John A. Jurata Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/8/2023

UNITED STATES DISTRICT JUDGE

 

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## JOHN A. JURATA

was, on the 2nd day of February A.D. 2004 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 8th day of November A.D. 2023.



**ANGELA D. CAESAR,** Clerk of Courts

By: *Marquia Langford*

**Deputy Clerk**