Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRIAL EXHIBITS**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 79-5, Google Defendants ("Google") respectfully move the Court to seal limited portions of two exhibits to be used in Court on November 9. These exhibits contain non-public, highly confidential, and commercially sensitive financial figures, business strategy considerations, and deal terms, the public disclosure of which is likely to result in financial harm to Google. Moreover, these exhibits were previously sealed in *US et al. v. Google LLC*, 1:20-cv-03010-APM (D.D.C.). Google has limited its sealing requests to mirror those granted by the court in *US et al. v. Google LLC*.

The Ninth Circuit holds that sealing is appropriate where the "party seeking to seal a judicial record" demonstrates "compelling reasons" that outweigh the "general history of access and the public policies favoring disclosure." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (trade secrets were compelling reasons); *see also Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-CV-00220-LHK, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (confidential contracts, contract negotiations, and discussions of business strategy were compelling reasons); *Krieger v. Atheros Commc'ns, Inc.*, No. 11-CV-00640-LHK, 2011 WL 2550831, at *1 (N.D. Cal. June 25, 2011) (long-term financial projections were compelling reasons). As the Ninth Circuit has stated, "[s]ecrecy is a one-way street: Once information is published, it cannot be made secret again." *In re Copley Press, Inc.*, 518 F.3d 1022, 1025 (9th Cir. 2008). As discussed in the declaration filed herewith, public disclosure of this information will cause severe and irreparable harm to Google that outweigh the public interest in disclosure.

Google respectfully requests that the materials subject to this motion not be disclosed or displayed in open court. Instead, this information should be provided to the jury in hard copy and questions related to the two exhibits should be framed to avoid revealing this highly sensitive confidential information to the general public and to third parties who may use it competitively to their advantage.

| | | |
|---|---|---|
| Dated:  November 9, 2023 | | Respectfully submitted, |
| | By: | *Rishi P. Satia* |
| | | **MORGAN, LEWIS & BOCKIUS LLP** |
| | | Rishi P. Satia |
| | | *Counsel for Defendants* |

# DECLARATION OF CHRISTIAN CRAMER

I, Christian Cramer, declare as follows:

1. I have been Finance Director for Defendant Google LLC ("Google") since March 2017 and have worked at Google since September 2007. I have personal knowledge of Google's practices concerning the confidentiality of its strategic business information. The facts set forth here are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge of Google's policies and treatment of confidential information, the materials provided to me and reviewed by me, and/or conversations with other knowledgeable Google employees. If called upon as a witness in this action, I could and would testify from my personal knowledge and knowledge acquired from sources with factual foundation.

2. I submit this declaration in support of this Motion seeking to seal the non-public, highly confidential information identified below. As detailed below, there are "compelling reasons" to seal Google's highly confidential materials.

## Google's Targeted Sealing Requests

| Trial Exhibit | Highlights on Page(s) |
|---|---|
| The highlighted text in the below exhibits reflects Google's confidential, non-public financial information, deal terms, and related internal business strategy considerations regarding Google's Search and Play products. The public disclosure of the excerpts identified below is likely to cause Google competitive harm by giving its competitors and/or potential customers unfair and improper insight into Google's finances and strategic considerations. Competitors, customers, and/or potential customers, could use this information to gain an unfair advantage in competing against Google or in negotiations regarding commercial agreements. ||
| Exhibit 624 | -002, -004, -005, -006, -007, -010 to -013, -016, -017, -018, -029 |
| Exhibit 1065 | -001 to -004 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8th day of November, 2023, in Mountain View, California.

DocuSigned by:

Christian Cramer
753F7561408147C...
_____
Christian Cramer

# E-FILING ATTESTATION

I, Rishi P. Satia, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Rishi P. Satia*
Rishi P. Satia