KEKER, VAN NEST & PETERS LLP
CODY S. HARRIS - # 255302
charris@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Non-Parties
THE WALT DISNEY COMPANY and HULU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC, et al.*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTIES THE WALT DISNEY COMPANY AND HULU'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 520 AND 523**<br><br>Judge:     Hon. James Donato |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Non-Parties The Walt Disney Company ("TWDC") and Hulu hereby withdraw their Motion to Seal Portions of Trial Exhibits 520 and 523. *See* Dkt. 766. TWDC and Hulu reserve the right to seek to seal portions of Exhibits 520 and 523 under the local rules once the exhibit is admitted into evidence.

Respectfully submitted,

Dated:  November 9, 2023

KEKER, VAN NEST & PETERS LLP

By:  /s/ *Cody S. Harris*
CODY S. HARRIS

Attorneys for Non-Parties
THE WALT DISNEY COMPANY and HULU

---

1
NOTICE OF WITHDRAWAL OF NON-PARTIES THE WALT DISNEY COMPANY AND HULU'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 520 AND 523
Case No. 3:21-md-02981-JD

2403737

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

/s/ *Cody S. Harris*
CODY S. HARRIS

2
NOTICE OF WITHDRAWAL OF NON-PARTIES THE WALT DISNEY COMPANY AND HULU'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 520 AND 523
Case No. 3:21-md-02981-JD

2403737