JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.849.3578

Attorneys for Defendant
Supercell Oy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No:   3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE NON-PARTY SUPERCELL OY'S REQUEST TO SEAL COURTROOM AND PORTION OF TRIAL EXHIBIT 5674, P. 17**<br><br>Judge: Hon. James Donato |

Having considered non-party Supercell Oy's ("Supercell") Request to Seal Courtroom and Portion of Trial Exhibit 5674, page 17,

**IT IS HEREBY ORDERED:**

The portion of page 17 of Trial Exhibit 5674 containing Supercell's highly confidential information and designated "Non-Party Highly Confidential – Outside Counsel Eyes Only" may be treated as sealed.

[*Option 1*] The Court shall seal the courtroom for introduction of, and testimony regarding, this portion of Trial Exhibit 5674, and such portion shall be filed only under seal.

[*Option 2*] The Court shall not seal the courtroom for introduction of, and testimony regarding, this portion of Trial Exhibit 5674, but shall require that the parties (1) publish such information to the jury and Court alone and not to the courtroom gallery or general public; (2) prevent statement of the information during the course of trial; and (3) file such information under seal.

| Exhibit Number (Trial Exhibit No.) | Document Description | Portion to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| Exhibit 5674 | Excerpted table regarding Supercell | Portion of page 17 of exhibit that contains Supercell's highly confidential information | Contains competitively sensitive information regarding Supercell's relationship with Google, and customer game play and game purchases data. | |

**IT IS SO ORDERED.**

Date: _____, 2023

Honorable James Donato
United States District Judge