# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION )<br>)<br>THIS DOCUMENT RELATES TO: )<br>Epic Games, Inc v. Google LLC, et al., Case No. )<br>3:20-cv-05671-JD ) | Case No.   3:21-MD-02981-JD |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Epic Games, Inc.

Date:     11/07/2023

*Attorney's signature*

Joseph A. Reiter / SBN 294976
*Printed name and bar number*

Hueston Hennigan LLP
620 Newport Center Drive Suite 1300
Newport Beach, CA 92660

*Address*

jreiter@hueston.com
*E-mail address*

(213) 788-4536
*Telephone number*

(888) 775-0898
*FAX number*