UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al.
        21-md-2981 In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL HEARING DATE: 11/8/2023 | REPORTER(S): Rhonda Aquilina | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:08 am |  |  | Court in session; all parties present outside of the presence of jury. |  |
|  |  | 9:24 am |  |  | Court in session; all parties and jury present. |  |
|  |  |  |  |  | Cont'd direct examination of Michael Marchak |  |
| 388 |  |  | X | X | Project Basecamp - Optionality (04/14/2021) | LRC |
| 8000 |  |  | X |  | Presentation titled, "App Best Practices for Commerce developers" |  |
| 11110 |  |  | X | X | Undated document titled "Tinder Play Value Estimate" | LRC |
| 5809 |  |  | X | X | Email re Re: Value Exchange: Play/Google <-> Tinder/Match Group. | LRC |
|  |  |  |  |  | Witness shown exhibit 11110 |  |
| 381 |  |  | X |  | Email titled re: Hug with Kochikar (02/11/2019) |  |
| 384 |  |  | X | X | Games Velocity Program - V1 Business Impact Assessment. V2 Introduction slide deck (12/2020) | LRC |
|  |  | 10:18 am |  |  | Cross-examination of Michael Marchak |  |
|  |  |  |  |  | Witness shown exhibits 11110, 5809, 360 |  |
|  |  | 10:34 am |  |  | Re-direct of Michael Marchak |  |
| 939 |  |  | X | X | Slide deck titled, "Google Play Business Model" (08/19/2020) | LRC |
|  |  | 10:42 am |  |  | Plaintiff calls Christian Owens -- direct examination. |  |
|  |  | 11:01 am |  |  | Court in recess. |  |
|  |  | 11:23 am |  |  | Court in session. Cont'd direct examination of Christian Owens. |  |
|  |  |  |  |  | Witness shown exhibit 8022 |  |
|  |  | 11:27 am |  |  | Defendants' cross-examination of Christian Owens |  |
|  |  | 11:36 am |  |  | Plaintiff's re-direct of Christian Owens |  |
|  |  | 11:44 am |  |  | Video deposition of Richard Watts |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1348 | | | X | X | Undated presentation titled "MagicLab We build relationships" | LRC |
| 1349 | | | X | X | Slide deck | LRC |
| 1351 | | | X | X | Slide deck | LRC |
| 1352 | | | X | X | Slide deck | LRC |
| 1353 | | | X | X | Slide deck | LRC |
| 11370 | | | X | X | Slide deck | LRC |
| | | 12:13 pm | | | Court in recess. | |
| | | 12:49 pm | | | Court in session; out of the presence of the jury. | |
| | | 1:04 pm | | | Continued video deposition of Richard Watts | |
| | | 1:27 pm | | | Plaintiff calls Purnima Kochikar -- direct examination. | |
| 704 | | | X | X | 6/27/2017 email from B. Barras to S. Samat | LRC |
| 1526 | | | X | X | Email from D. Harrison to P. Kochikar re Magical Bridge TLDR (09/13/2019) | LRC |
| 1537 | | | X | X | Email from P. Kochikar to S. Karam re A/C Privileged: Update on Tinder / GPB (07/23/2019) | LRC |
| | | | | | Witness shown Kochikar Demonstrative #1, #2, #3, #8, #9 | |
| 2698 | | | X | X | Slide deck titled, "Project Everest - Options for Evolving Play's Business Model" | LRC |
| | | 2:14 pm | | | Court in recess. | |
| | | 2:33 pm | | | Court in session; all parties and jury present. Cont'd direct of Purnima Kochikar. | |
| | | | | | Witness shown Kochikar demonstrative #4, #6, #7 | |
| 5718 | | | X | X | Slide deck titled "Amazon Underground User Experience" (11/2015) | LRC |
| 1517 | | | X | X | Email from P. Kochikar to J. Rosenberg re Privileged: Call script (07/19/2018) | LRC |
| 1515 | | | X | X | Email from P. Kochikar to T. Arzu, J. McGuire re Next Steps? (06/23/2018) | LRC |
| 917 | | | X | X | Document titled, "Response to Epic" (06/23/2018) | LRC |
| 1704 | | | X | X | "Slide deck titled, ""Advanced GPB"" (11/4/2020)" | LRC |
| 805 | | | X | X | Slidedeck titled, "Epic/Fortnite BC Deal Review" (07/19/2018) | LRC |
| 1519 | | | X | X | Email re Facebook Connect…er, Casual Connect. | LRC |
| 1520 | | | X | X | Email from P. Kochikar to A. Gutterman re Hi-po/hi-risk AAA/Indie Coverage (10/11/2018) | LRC |
| | | 3:30 pm | | | Jury in recess. | |
| | | | | | Court in session; out of the presence of the jury. | |
| | | 3:44 pm | | | Court in recess. | |
| | | | | | Plaintiff has 1893 minutes left. Defendant has 2233 minutes left. | |