1  Renata B. Hesse (SBN 148425)
   (hesser@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   550 Hamilton Avenue
3  Palo Alto, California  94301
   Telephone:     (650) 461-5600
4  Facsimile:     (650) 461-5700

5  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
6  SULLIVAN & CROMWELL LLP
   125 Broad Street
7  New York, New York  10004
   Telephone:     (212) 558-4000
8  Facsimile:     (212) 558-3588

9  *Attorneys for Non-Party Spotify USA Inc.*

10
11                    **UNITED STATES DISTRICT COURT**
12                    **NORTHERN DISTRICT OF CALIFORNIA**

13  **IN RE GOOGLE PLAY STORE**                )   Case No. 3:21-md-02981-JD
    **ANTITRUST LITIGATION**                   )
14                                             )   **DECLARATION OF SHANE M.**
    THIS DOCUMENT RELATES TO:                  )   **PALMER IN SUPPORT OF NON-**
15                                             )   **PARTY SPOTIFY'S**
    *Epic Games, Inc.* v. *Google LLC*, No. 3:20-cv- )   **ADMINISTRATIVE MOTION TO**
16  05671-JD                                   )   **SEAL PORTIONS OF EXHIBIT 1496**
                                               )
17                                             )   Judge:  Hon. James Donato
                                               )
18
19
20
21
22
23
24
25
26
27
28

SULLIVAN
&
CROMWELL LLP

I, Shane M. Palmer, declare as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, and counsel to Non-Party Spotify USA Inc. ("Spotify"). I am a member in good standing of the Bars of the States of New York and California and a member of the Bar of this Court. I submit this declaration pursuant to Local Civil Rule 79-5(c)(2) in support of Spotify's Administrative Motion to Seal Portions of Exhibit 1496. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. On November 12, 2023, counsel for Google LLC ("Google") informed me by email that Epic Games, Inc. ("Epic") intends to use at trial a document identified as Exhibit 1496. Google's counsel informed me that the document is an internal Google slide deck that contains certain Spotify confidential information. Google's counsel provided excerpts of the portions of the document that Google identified as reflecting Spotify's confidential information. The excerpts reflect specific commercial terms proposed by Spotify in July 2020 in connection with confidential negotiations regarding Spotify's use of Google Play Billing that eventually led to the execution in mid-2022 of Spotify's User Choice Billing agreement with Google.

3. On November 7, 2023, Spotify filed a declaration by Sandra Alzetta, Vice President, Global Head of Commerce and Customer Service at Spotify, providing the reasons that Spotify would be competitively harmed in its business if the terms of Spotify's User Choice Billing agreement with Google and information relating to Spotify's confidential negotiations with Google regarding the use of Google Play Billing were to become public. (*See* MDL Dkt. No. 749-1.) Because the portions of Exhibit 1496 that are listed in the chart below also reflect information relating to those same confidential negotiations, that information should be sealed for the same reasons given in Ms. Alzetta's declaration:

-1-

DECL. OF SHANE M. PALMER IN SUPP. OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO SEAL PORTIONS OF EX. 1496
CASE NO. 3:21-MD-02981-JD

| Exhibit Number (Bates Number) | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|
| Exhibit 1496 (GOOG-PLAY-004692994.R) | Page -004: all text below "Google's May Proposal" and "Spotify's July Counter" | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 |
| | Page -008: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 |
| | Page -018: figure in chart under column titled "Processing Cost" and in row titled "Spotify Proposal" | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 |
| | Page -020: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 |
| | Page -021: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 |
| | Page -023: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this November 13, 2023 in Brooklyn, New York.

/s/ Shane M. Palmer
Shane M. Palmer

SULLIVAN & CROMWELL LLP

-2-

DECL. OF SHANE M. PALMER IN SUPP. OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO SEAL PORTIONS OF EX. 1496
CASE NO. 3:21-MD-02981-JD