Renata B. Hesse (SBN 148425)
(hesser@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Shane M. Palmer (SBN 308033)
(palmersh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Non-Party Spotify USA Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc.* v. *Google LLC*, No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBIT 1496**<br><br>Judge: Hon. James Donato |

1  On November 13, 2023, Non-Party Spotify USA Inc. ("Spotify") filed an
2 Administrative Motion to Seal Portions of Exhibit 1496 (the "Motion"). The Motion is supported
3 by the accompanying Declaration of Shane M. Palmer, and the Declaration of Sandra Alzetta filed
4 on November 7, 2023 in support of Spotify's Administrative Motion to Seal Portions of the
5 Deposition of Sandra Alzetta and Exhibits Thereto (MDL Dkt. No. 749-1).

6  Having considered Spotify's Motion and supporting declarations,

7  **IT IS HEREBY ORDERED:**

8  Compelling reasons exist to seal the information requested by Spotify for the
9 reasons set forth in the Declaration of Sandra Alzetta (MDL Dkt. No. 749-1). The following
10 portions of Exhibit 1496 may be filed under seal and may only be shown in a sealed courtroom:

| Exhibit Number (Bates Number) | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|
| Exhibit 1496 (GOOG-PLAY-004692994.R) | Page -004: all text below "Google's May Proposal" and "Spotify's July Counter" | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -008: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -018: figure in chart under column titled "Processing Cost" and in row titled "Spotify Proposal" | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -020: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -021: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -023: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |

26  The portions of Exhibit 1496 that are sealable, as indicated in the chart above, shall
27 be redacted from any version that is made available in the public record during or after trial.
28

Sullivan & Cromwell LLP

-1-

[Proposed] Order Re Non-Party Spotify's Admin. Mot. to Seal Portions of Exhibit 1496
Case No. No. 3:21-md-02981-JD

-2-

1  **IT IS SO ORDERED.**

2  Dated: _____, 2023

3

4                                                           _____
5                                                           Honorable James Donato
                                                            United States District Judge
6                                                           Northern District of California