UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRIAL EXHIBITS**<br><br>Judge:  Hon. James Donato |

Having considered Google's Administrative Motion to File Under Seal Trial Exhibits and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The highlighted portions of the following Proposed Trial Exhibits ("Exhibits") may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Ruling |
|---|---|---|
| Exhibit 1489 | Highlighted Excerpts | |
| Exhibit 1492 | Highlighted Excerpts | |
| Exhibit 1493 | Highlighted Excerpts | |
| Exhibit 1496 | Highlighted Excerpts | |
| Exhibit 6190 | Highlighted Excerpts | |

Dated: _____, 2023

Honorable James Donato
United States District Judge
Northern District of California