1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12 **IN RE GOOGLE PLAY STORE**  MDL No. 3:21-md-02981-JD
   **ANTITRUST LITIGATION**
13                                           **[PROPOSED] ORDER REGARDING NON-**
   THIS DOCUMENT RELATES TO:                 **PARTY NINTENDO OF AMERICA INC.'S**
14                                           **MOTION TO SEAL TRIAL EXHIBIT 5286**
   *Epic Games Inc. v. Google LLC et al.*, Case
15 No. 3:20-cv-05671-JD

16
17
18
19
20
21
22
23
24
25
26
27
28

On November 13, 2023, Non-Party Nintendo of America Inc. ("NOA") filed a Motion to Seal Trial Exhibit 5268. NOA requests that Exhibit 5268 be sealed when it is filed with the Court after the completion of trial.

Having considered NOA's Motion and supporting declaration,

**IT IS HEREBY ORDERED:**

The document described below will be sealed when filed with the Court after trial:

| Exhibit Number | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request |
|---|---|---|---|
| Exhibit 5286 | Games Velocity Program Addendum to the Google Play Developer Distribution Agreement | The entire document | The document is a confidential contract between Nintendo and Google and includes non-public details about the business relationship between Nintendo and Google. |

Dated: _____, 2023

_____
Honorable James Donato
United States District Judge
Northern District of California