# EXHIBIT A
# Public Redacted Version, Exhibit Filed Under Seal



**EXHIBIT 1489-001**

EXECUTION COPY

# Joint Cooperation Agreement (JCA)

This JCA between Apple and Google includes three parts: (i) a commercial agreement relating to search, that amends the Information Services Agreement (ISA) between the parties dated December 20, 2002, as amended, (ii) a litigation dismissal and executive escalation mechanism, and (iii) a collaboration framework regarding patent policy and reform.

**Term & Termination**



## (1) COMMERCIAL DEAL

Apple and Google wish to extend the ISA beyond the present termination date of July 31, 2015 to be co-terminus with this JCA.

**Search Rev Share**

1. Rev share will become ▮ effective July 31, 2015.
2. Subject to the options in point #3 below, Google shall remain the default search engine in all Geo's.
3. Apple will have the option to select a different default search engine in China and S. Korea on or after ▮, and in Russia on or after ▮ 
4. 

**Default Bookmark**



STRICTLY CONFIDENTIAL – CONTAINS BUSINESS SECRETS – CMA USE ONLY
NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-CMA-00009525
GOOG-PLAY2-000474736

EXHIBIT 1489-002

**EXECUTION COPY**

**(2) LITIGATION NOTICE AND ESCALATION**



2

STRICTLY CONFIDENTIAL – CONTAINS BUSINESS SECRETS – CMA USE ONLY
NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-CMA-00009526
GOOG-PLAY2-000474737

**EXHIBIT 1489-003**

**EXECUTION COPY**



(4) MISCELLANEOUS



3

STRICTLY CONFIDENTIAL – CONTAINS BUSINESS SECRETS – CMA USE ONLY
NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-CMA-00009527
GOOG-PLAY2-000474738

**EXHIBIT 1489-004**

**EXECUTION COPY**

Agreed:

**GOOGLE INC.**

By: ▮

Printed Name: LARRY PAGE

Title: CEO

Date: May 15, 2014

**APPLE**

By: ▮

Printed Name: TIM COOK

Title: CEO

Date: MAY 15, 2014

STRICTLY CONFIDENTIAL – CONTAINS BUSINESS SECRETS – CMA USE ONLY
NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-CMA-00009528
GOOG-PLAY2-000474739

**EXHIBIT 1489-005**