# EXHIBIT B
# Public Redacted Version,
# Exhibit Filed Under Seal

**Default Category**

| | |
|---|---|
| Control Number: | GOOG-PLAY2-000455423 |
| AllCustodians: | Google |
| Title: | Google-Apple_ISA-_Fully-Executed_Contract_(9-30-16).pdf |
| Filename: | Google-Apple_ISA-_Fully-Executed_Contract_(9-30-16).pdf |
| DateCreated: | 9/30/2016 |
| TimeCreated: | 19:25:04 |
| DateLastModified: | 10/29/2019 |
| TimeLastModified: | 19:39:12 |
| RecordType: | EDoc |
| Application: | |
| Author: | no Author |
| Production Vol.: | PROD039 |
| Group Identifier: | GOOG-PLAY2-000455423 |
| Subject: | |
| DateSent: | |
| TimeSent: | |
| Email From: | |
| Email To: | |
| Email CC: | |
| Email BCC: | |

**EXHIBIT 1492**

**EXHIBIT 1492-001**

## AMENDMENT TO THE INFORMATION SERVICES AGREEMENT

This AMENDMENT TO THE INFORMATION SERVICES AGREEMENT (this "**Agreement**") is entered into effective as of September 30, 2016 ("**Execution Date**") by and among Apple Inc., Apple Distribution International ("**ADI**"), and Apple South Asia Pte. Ltd. ("**ASA**" and collectively with Apple Inc., ADI and their respective subsidiaries, "**Apple**"), on the one hand, and Google Inc., Google Ireland Limited ("**GIL**"), and Google Asia Pacific Pte. Ltd. ("**GAP**" and collectively with Google Inc., GIL and their respective subsidiaries, "**Google**"), on the other hand, amending that certain Information Services Agreement dated December 20, 2002 between Apple, Inc. and Google Inc. (as amended or otherwise modified prior to the Execution Date and as amended by this Agreement, the "**ISA Agreement**"). The provisions of this Agreement are effective as of the Execution Date, and the remaining provisions of the ISA Agreement remain unchanged and in full force and effect.

### 1.  Use and Implementation of Google Services in Apple Software

#### *(a)  Safari (Web Browser Software)*

Apple will pre-set and use the Services as the Default search service for Search Queries in Apple's web browser software (e.g., Safari or successor versions) designed for use on (i) one or more of the following Apple operating systems: iOS, watchOS, tvOS, macOS or any other operating system software made generally available by Apple during the Term, or (ii) the Microsoft Windows operating system (such web browser software, the "**Web Browser Software**"). During the Term, Apple's use of the Services as Default in the Web Browser Software will remain substantially similar to its use (including, without limitation, vis-a-vis other providers of internet services) as of the Execution Date of this Agreement (such use, the "**Permissible Software Default Use**").

Subject to the Permissible Software Default Use, Apple shall not be limited in its ability to alter, modify and innovate its Web Browser Software,                           .

"**Default**" means the Services will automatically be used for responding to Search Queries initiated from the Web Browser Software, unless the End User selects a different third-party search service.



1

*Confidential – Subject to Party NDA*

**EXHIBIT 1492-002**

"**Services**" means Google's search services made generally available at www.google.com and the applicable international equivalents thereof (or successor versions) that handle Search Queries initiated from the Web Browser Software in accordance with the ISA Agreement.

"**End User**" means a user of the Web Browser Software, Spotlight, or Siri.

*(b) Spotlight*



*(c) Siri*



2

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455424

**EXHIBIT 1492-003**



**(d)  Provision of Query Set**



**(e)  Reporting**



3

*Confidential – Subject to Party NDA*

GOOG-PLAY2-000455425

**EXHIBIT 1492-004**



**2. Advertising and Monetization**

**3.**

4

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455426

**EXHIBIT 1492-005**



## 4. Ad Revenue Share

Effective September 1, 2016 Google will pay Apple ▮ of its Net Ad Revenue for the remainder of the Term.

5

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455427

**EXHIBIT 1492-006**



6

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455428

**EXHIBIT 1492-007**



## 5.    CEO Check-Ins

*Agreement Purpose*

Both parties agree they are entering into this Agreement for the following purposes (collectively, the "**Agreement Purpose**"): (1) to create tangible and intangible value for each party, (2) to increase the revenue performance of each party, and (3) to improve the search experience and performance of the Services, the Spotlight Services and the Siri Services for End Users on Apple products.

*Annual CEO Check-In*

At the end of each contract year, or earlier if reasonably requested by a party, Chief Executive Officers from each party will meet to review and discuss in good faith the performance of the ISA Agreement vis-a-vis the Agreement Purpose, and, upon request, to confirm each party's compliance with the terms of the ISA Agreement ("**Annual CEO Check-In**"). The parties mutually agree to address and resolve in good faith any issues identified during the Annual CEO Check-In that are interfering or have interfered with the Agreement Purpose. If a particular issue is under the reasonable control of Apple, then Apple will have primary responsibility for addressing and resolving such issue in good faith, with input from Google. If a particular issue is under the reasonable control of Google, then Google will have primary responsibility for addressing and resolving in good faith such issue, with input from Apple. The parties will have joint responsibility for addressing and resolving in good faith any other issues identified during the Annual CEO Check-Ins that are not under the reasonable control of one party.



## 6.    Limitation of Liability

7

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455429

**EXHIBIT 1492-008**



## 7.   Term & Termination



## 8.   Branding, Presentation and Usage



8

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455430

**EXHIBIT 1492-009**

## 9. Regulatory and Government Actions

Apple and Google will cooperate to support and defend the ISA Agreement, work in good faith to modify it if necessary to resolve regulatory concerns, and not intentionally delay or prevent implementation of the ISA Agreement.



## 10. Audit



9

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455431

**EXHIBIT 1492-010**



**11. Assignment**



**12. Parties and Affiliates**



10

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455432

**EXHIBIT 1492-011**

[redacted]

**13. Amendment**

[redacted]

**14. Tax**

[redacted]

**************

***[Remainder of page intentionally blank; Signature page follows]***

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                                    **Apple Inc.**

By: ████████████                                  By: _____

Print Name: DANIEL ALEGRE                         Print Name: _____

Title: President                                   Title: _____

Date: Sept. 30, 2016                               Date: _____

1600 Amphitheatre Parkway                          1 Infinite Loop, MS 301-4GC
Mountain View, CA 94043                            Cupertino, CA 95014
Tel: (650) 330-0100                                Tel: (408) 996-1010
Fax: (650) 618-1711                                Fax: (408) 966-0275


**Apple Distribution International**              **Apple South Asia Pte. Ltd.**

By: _____                        By: _____

Print Name: _____               Print Name: _____

Title: _____                     Title: _____

Date: _____                      Date: _____

Hollyhill Industrial Estate                        No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland                           Singapore 569086
Tel: (353) 21 4284000                              Tel: (65) 6481 5511


**Google Ireland Limited**                        **Google Asia Pacific Pte. Ltd.**

By: _____                        By: _____

Print Name: _____               Print Name: _____

Title: _____                     Title: _____

Date: _____                      Date: _____

Gordon House, Barrow Street                        8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                                  Singapore 018960

12

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 1492-013**

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**

By: _____

Print Name: _____

Title: _____

Date: _____

1900 Amphitheatre Parkway
Mountain View, CA 94043
Tel: (650) 330-0100
Fax: (650) 618-1711

**Apple Inc.**

By: _____

Print Name: Eddy Cue

Title: SVP Internet Software & Svcs

Date: 9/29/16

1 Infinite Loop, MS 301-4GC
Cupertino, CA 95014
Tel: (408) 996-1010
Fax: (408) 966-0275

**Apple Distribution International**

By: _____

Print Name: _____

Title: _____

Date: _____

Hollyhill Industrial Estate
Hollyhill, Cork, Ireland
Tel: (353) 21 4284000

**Apple South Asia Pte. Ltd.**

By: _____

Print Name: _____

Title: _____

Date: _____

No. 7 Ang Mo Kio Street 64
Singapore 569086
Tel: (65) 6481 5511

**Google Ireland Limited**

By: _____

Print Name: _____

Title: _____

Date: _____

Gordon House, Barrow Street
Dublin 4, Ireland

**Google Asia Pacific Pte. Ltd.**

By: _____

Print Name: _____

Title: _____

Date: _____

8 Marina View, Asia Square 1 #30-01
Singapore 018960

12

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 1492-014**

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**

By: _____

Print Name: _____

Title: _____

Date: _____

1900 Amphitheatre Parkway
Mountain View, CA 94043
Tel: (650) 330-0100
Fax: (650) 618-1711

**Apple, Inc.**

By: _____

Print Name: _____

Title: _____

Date: _____

1 Infinite Loop, MS 301-4GC
Cupertino, CA 95014
Tel: (408) 996-1010
Fax: (408) 966-0275

**Apple Distribution International**

By: ▮▮▮▮▮▮

Print Name: MICHAELO SULLIVAN

Title: DIRECTOR

Date: 29th SEPT 2016

Hollyhill Industrial Estate
Hollyhill, Cork, Ireland
Tel: (353) 21 4284000

**Apple South Asia Pte. Ltd.**

By: _____

Print Name: _____

Title: _____

Date: _____

No. 7 Ang Mo Kio Street 64
Singapore 569086
Tel: (65) 6481 5511

**Google Ireland Limited**

By: _____

Print Name: _____

Title: _____

Date: _____

Gordon House, Barrow Street
Dublin 4, Ireland

**Google Asia Pacific Pte. Ltd.**

By: _____

Print Name: _____

Title: _____

Date: _____

8 Marina View, Asia Square 1 #30-01
Singapore 018960

12

Confidential – Subject to Party NDA

GOOG-PLAY2-000455436

**EXHIBIT 1492-015**

This Agreement may be executed in counterparts, including facsimile counterparts.

| Google Inc. | Apple, Inc. |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| 1900 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Tel: (650) 330-0100<br>Fax: (650) 618-1711 | 1 Infinite Loop, MS 301-4GC<br>Cupertino, CA 95014<br>Tel: (408) 996-1010<br>Fax: (408) 966-0275 |

| **Apple Distribution International** | **Apple South Asia Pte. Ltd** |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: Peri HWEE HWEE |
| Title: _____ | Title: Director |
| Date: _____ | Date: 9/29/16 |
| Hollyhill Industrial Estate<br>Hollyhill, Cork, Ireland<br>Tel: (353) 21 4284000 | No. 7 Ang Mo Kio Street 64<br>Singapore 569086<br>Tel: (65) 6481 5511 |

| **Google Ireland Limited** | **Google Asia Pacific Pte. Ltd.** |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| Gordon House, Barrow Street<br>Dublin 4, Ireland | 8 Marina View, Asia Square 1 #30-01<br>Singapore 018960 |

*Confidential – Subject to Party NDA*

12

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455437

**EXHIBIT 1492-016**

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                                  **Apple Inc.**

By: _____           By: _____

Print Name: _____        Print Name: _____

Title: _____          Title: _____

Date: _____           Date: _____

1600 Amphitheatre Parkway             1 Infinite Loop, MS 301-4GC
Mountain View, CA 94043               Cupertino, CA 95014
Tel: (650) 330-0100                   Tel: (408) 996-1010
Fax: (650) 618-1711                   Fax: (408) 966-0275


**Apple Distribution International**   **Apple South Asia Pte. Ltd.**

By: _____           By: _____

Print Name: _____        Print Name: _____

Title: _____          Title: _____

Date: _____           Date: _____

Hollyhill Industrial Estate           No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland              Singapore 569086
Tel: (353) 21 4284000                 Tel: (65) 6481 5511


**Google** ███████████████            **Google Asia Pacific Pte. Ltd.**

By: ███████████████                   By: _____

Print Name: _Ronan Harris_            Print Name: _____

Title: _Director_                      Title: _____

Date: _30/09/2016_                    Date: _____

Gordon House, Barrow Street           8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                     Singapore 018960

EFD
Google

12

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455438

**EXHIBIT 1492-017**

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Inc.**                                  **Apple Inc.**

By: _____                      By: _____

Print Name: _____                       Print Name: _____

Title: _____                            Title: _____

Date: _____                             Date: _____

1600 Amphitheatre Parkway                          1 Infinite Loop, MS 301-4GC
Mountain View, CA  94043                           Cupertino, CA  95014
Tel:  (650) 330-0100                               Tel:  (408) 996-1010
Fax:  (650) 618-1711                               Fax:  (408) 966-0275

**Apple Distribution International**               **Apple South Asia Pte. Ltd.**

By: _____                       By: _____

Print Name: _____                        Print Name: _____

Title: _____                             Title: _____

Date: _____                              Date: _____

Hollyhill Industrial Estate                        No. 7 Ang Mo Kio Street 64
Hollyhill, Cork, Ireland                           Singapore 569086
Tel:  (353) 21 4284000                             Tel:  (65) 6481 5511

**Google Ireland Limited**                         **Google Asia Pacific Pte. Ltd.**

By: _____                       By: _____

Print Name: _____                        Print Name: ___MARCO BORLA___

Title: _____                             Title: ___DIRECTOR___

Date: _____                              Date: ___SEP 30, 2016___

Gordon House, Barrow Street                        8 Marina View, Asia Square 1 #30-01
Dublin 4, Ireland                                  Singapore 018960

12

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY       GOOG-PLAY2-000455439

**EXHIBIT 1492-018**

**EXHIBIT A**



13

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455440

**EXHIBIT 1492-019**



14

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455441

**EXHIBIT 1492-020**



15

*Confidential – Subject to Party NDA*

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY2-000455442

**EXHIBIT 1492-021**