JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
JACQUELINE L. SESIA, SBN 322362
jsesia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Non-Party, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Play Store Antitrust Litigation* | CASE NO. 21-md-02981-JD |
| This document relates to: | **CERTIFICATE OF SERVICE** |
| *Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD | The Honorable James Donato |

1  I, Jason C. Lo, declare as follows:

2  1.  I am a member of the bar of the State of California and an attorney at Gibson, Dunn &
3  Crutcher LLP located at 333 South Grand Avenue, Los Angeles, CA 90071-3197.

4  2.  I am over eighteen years of age and counsel for non-party Apple Inc.

5  3.  On November 13, 2023, I caused true and correct copies of the following documents to
6  be served via electronic transmission to all Counsel of Record in the above captioned matter:

7  - Motion to Seal Portions of Trial Exhibits 1489, 1492, 1493, and 6190 (the "Motion");
8  - Declaration of Jason C. Lo in support of the Motion ("Lo Declaration")
9  - Exhibit A to the Lo Declaration
10 - Exhibit B to the Lo Declaration
11 - Proposed Order

12 4.  The documents in the preceding paragraph were served to the below email addresses:
13 - cvarney@cravath.com
14 - dottaunick@cravath.com
15 - gbornstein@cravath.com
16 - wearnhardt@cravath.com
17 - jcclarke@cravath.com
18 - mbyars@cravath.com
19 - mzaken@cravath.com
20 - onasab@cravath.com
21 - tcameron@cravath.com
22 - yeven@cravath.com
23 - ddixon@hueston.com
24 - jhueston@hueston.com
25 - jreiter@hueston.com
26 - brian.rocca@morganlewis.com
27 - sujal.shah@morganlewis.com
28 - michelle.chiu@morganlewis.com

CERTIFICATE OF SERVICE                                                                                    CASE NO. 21-md-02981-JD

- minna.naranjo@morganlewis.com
- rishi.satia@morganlewis.com
- richard.taffet@morganlewis.com
- glenn.pomerantz@mto.com
- kuruvilla.olasa@mto.com
- nick.sidney@mto.com
- kyle.mach@mto.com
- justin.raphael@mto.com
- emily.curran-huberty@mto.com
- dane.shikman@mto.com
- rebecca.sciarrino@mto.com
- jonathan.kravis@mto.com
- lauren.bell@mto.com
- neal.katyal@hoganlovells.com
- jessica.ellsworth@hoganlovells.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct. Executed on November 13, 2023 in San Francisco, California.

*/s/ Jason C. Lo*
Jason C. Lo