| | |
|---|---|
| 1 | Renata B. Hesse (SBN 148425) |
| 2 | (hesser@sullcrom.com)<br>Sverker K. Hogberg (SBN 244640) |
| 3 | (hogbergs@sullcrom.com)<br>SULLIVAN & CROMWELL LLP |
| 4 | 550 Hamilton Avenue<br>Palo Alto, California  94301 |
| 5 | Telephone:     (650) 461-5600<br>Facsimile:      (650) 461-5700 |
| 6 | Shane M. Palmer (SBN 308033) |
| 7 | (palmersh@sullcrom.com)<br>SULLIVAN & CROMWELL LLP |
| 8 | 125 Broad Street<br>New York, New York  10004 |
| 9 | Telephone:     (212) 558-4000<br>Facsimile:      (212) 558-3588 |

*Attorneys for Non-Party Spotify USA Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **CORRECTED NOTICE OF APPEARANCE OF SVERKER K. HOGBERG** |
| *Epic Games, Inc.* v. *Google LLC*, No. 3:20-cv-05671-JD | Judge:  Hon. James Donato |

To the Clerk of the Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Non-Party Spotify USA Inc.

Dated: November 13, 2023

Respectfully submitted,

/s/ Sverker K. Hogberg
Sverker K. Hogberg
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
Email: hogbergs@sullcrom.com

*Attorney for Non-Party Spotify USA Inc.*