**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRIAL EXHIBITS**<br><br>Judge:   Hon. James Donato |

Having considered Google's Amended Administrative Motion to File Under Seal Trial Exhibits and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The highlighted portions of the following Proposed Trial Exhibits ("Exhibits") may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Ruling |
|---|---|---|
| Exhibit 1489 | Highlighted Excerpts | |
| Exhibit 1492 | Highlighted Excerpts | |

Dated: _____, 2023

Honorable James Donato
United States District Judge
Northern District of California

[PROPOSED] ORDER RE: GOOGLE'S AMENDED ADMIN. MOT. TO FILE UNDER SEAL TRIAL EXHIBITS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD