1
2
3
4

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

5
6
7
8

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

9
10

*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

*Counsel for Defendants Google LLC et al.*

11
12
13
14

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH
ATTORNEY GENERAL**
160 E 300 S, 5th Floor,
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0620

15

*Counsel for the Plaintiff States*

16
17
18

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

19
20

**IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION**

Case No. 3:21-md-02981-JD

21
22
23
24
25
26

THIS DOCUMENT RELATES TO:

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

**NOTICE OF EXECUTED
SETTLEMENT AND STIPULATED
[PROPOSED] ORDER REGARDING
DATE FOR FILING MOTION TO
GIVE NOTICE OF PROPOSED
*PARENS PATRIAE* SETTLEMENT**

Judge: Hon. James Donato

27
28

Plaintiffs in *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ("States"), Plaintiffs in *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD ("Consumers"), and Defendants Alphabet Inc., Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), state as follows:

**RECITALS:**

1. On September 5, 2023, States, Consumers, and Google ("Settling Parties") notified the Court that they had reached an agreement in principle to settle this case. (MDL Dkt. 596.)

2. At the October 12, 2023 status conference, the Settling Parties notified the Court that the attorneys general in 53 jurisdictions had approved the settlement and a final executed copy was being prepared.

3. After the October 12, 2023 status conference, the Court entered an order directing the States "to file a notice once the settlement agreement has been executed in full, and the Court will set a date for the approval motion." (MDL Dkt. 677 at 1.) The Court also stated that it was "amenable to Google's request that the filing be deferred until the jury trial has concluded."  (*Id.*)

4. The Settling Parties have now finalized their settlement and executed it in full, and are preparing to file a Motion to Give Notice of Proposed *Parens Patriae* Settlement in accordance with 15 U.S.C. § 15c(c).

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:**

1. The Settling Parties will file a Motion to Give Notice of Proposed *Parens Patriae* Settlement on December 8, 2023, or seven (7) calendar days after the jury renders its verdict in *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD, whichever is later. If the date for filing falls during the week of December 25, 2023, the Settling Parties

NOTICE OF EXECUTED SETTLEMENT AND STIPULATED [PROPOSED] ORDER REGARDING
DATE FOR FILING MOTION TO GIVE NOTICE OF PROPOSED *PARENS PATRIAE* SETTLEMENT

1     will file on January 5, 2024.

2

3    DATED: November 17, 2023

4                                                    Respectfully submitted,

5                                                    **BARTLIT BECK LLP**
                                                     Karma M. Giulianelli
6                                                    **KAPLAN FOX & KILSHEIMER LLP**
                                                     Hae Sung Nam
7
8                                                    By:      /s/ *Karma M. Giulianelli*
                                                              Karma M. Giulianelli
9
10                                                   *Co-Lead Counsel for Consumer Plaintiffs in In
                                                     re Google Play Consumer Antitrust Litigation*
11                                                   **OFFICE OF THE UTAH ATTORNEY
                                                     GENERAL**
12                                                   Brendan P. Glackin

13
14                                                   By:      /s/ *Brendan P. Glackin*
                                                              Brendan P. Glackin
15                                                   *Counsel for the Plaintiff States*
16                                                   **MUNGER, TOLLES & OLSON LLP**
17                                                   Glenn D. Pomerantz
                                                     Kuruvilla Olasa
18                                                   Emily C. Curran-Huberty
                                                     Jonathan I. Kravis
19                                                   Justin P. Raphael
                                                     Kyle W. Mach
20
21                                                   By:      /s/ *Glenn D. Pomerantz*
                                                              Glenn D. Pomerantz
22
23                                                   *Counsel for Defendants Google LLC et al.*

24                          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26    Dated: _____          _____
                                                     United States District Judge
27

28

1

## **E-FILING ATTESTATION**

2

     I, Brian Wang, am the ECF User whose ID and password are being used to file this

3

document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signatory

4

identified above has concurred in this filing.

5

                                     /s/ Brian Wang

6

                                     Brian Wang

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-md-02981-JD