UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 11/16/2023 | REPORTER(S): Kelly Shainline | CLERK: Tracy Geiger |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 10:15 AM |  |  | Jury excused for the day – Juror #5 stuck in traffic due to protest on the Bay Bridge. Jury to return on Monday, November 20, 2023, at 9:00 a.m. |  |
|  |  | 1:57 PM |  |  | Court in session; out of the presence of the jury. Counsel will work out new schedule for witness Don Harrison. |  |
|  |  | 2:11 PM |  |  | Witness: John Kent Walker – Chief Legal Officer for Google | Pltf |
| 8030 |  |  |  |  | Previously admitted |  |
| 1 |  |  |  |  | Previously admitted |  |
|  |  | 3:09 PM |  |  | Cross-examination of John Kent Walker | Deft |
|  |  |  |  |  | Exhibit 8030 shown to witness |  |
|  |  |  |  |  | Exhibit 10002 (previously admitted) shown to witness |  |
|  |  | 3:24 PM |  |  | Witness excused. |  |
|  |  | 3:30 PM |  |  | Court in recess. |  |