UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case: 3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 11/20/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:07 am |  |  | Court in session; out of the presence of the jury. |  |
|  |  | 9:20 am |  |  | Court in session; all parties and jury present. |  |
|  |  | 9:22 am |  |  | Plaintiff calls Don Harrison -- direct examination |  |
| 1483 |  |  | X | X | Email from D. Harrison to M. Murphy re BC Guidance (07/11/2018) | LRC |
| 1484 |  |  | X | X | Email from D. Harrison to D. Sobota re Strategic Rationale (07/16/2018) | LRC |
| 1485 |  |  | X | X | Slide deck titled, "Project Electra" (07/01/2018) | LRC |
| 8019 |  |  | X | X | Email from D. Harrison to R. Porat et al. re Activision Blizzard deal for Dec 19 BC Review | LRC |
| 1496 |  |  | X | X | Slide deck titled, "Modular Google Play Billing EAP Pre-BC Exec Review" (07/27/2020) | LRC |
| 1492 |  |  | X | X | Document titled, "Amendment to the Information Services Agreement" (9/30/2016) | LRC |
| 6190 |  |  | X | X | 12/20/2018 email from J. Dischler to D. Harrison | LRC |
| 1493 |  |  | X | X | Document titled, "Apple Partnership Strategy" (10/29/2020) | LRC |
|  |  | 10:01 am |  |  | Cross-examination of Don Harrison |  |
|  |  |  |  |  | Witness shown exhibits 8019, 153, 1496, 1530, 6190, 1493 |  |
|  | 8734 |  | X | X | 3/25/2020 email from T. Sweeney to D. Harrison | LRC |
|  |  | 10:42 am |  |  | Court in recess. |  |
|  |  | 11:01 am |  |  | Court in session; all parties and jury present. Cont'd cross-examination of Don Harrison. |  |
|  | 5735 |  | X | X | 4/10/2020 email from T. Sweeney to D. Harrison | LRC |
|  |  | 11:15 am |  |  | Re-direct of Don Harrison by plaintiff |  |
|  |  |  |  |  | Witness shown exhibits 8019, 1496, 5734 |  |
| 8612 |  |  | X |  | No description provided |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 8613 | | | X | X | No description provided | LRC |
| | | 11:40 am | | | Re-cross by defendants of Don Harrison | |
| | | 11"41 am | | | Plaintiff calls Tim Sweeney -- direct examination | |
| 8004 | | | X | X | No description provided | LRC |
| 8005 | | | X | X | Email from P. Rosenberg to T. Sweeney re Fortnite interoperability and esports (6/2/2018) | LRC |
| | | 12:00 pm | | | Court in recess. | |
| | | 12:36 pm | | | Court in session; all parties and jury present. Cont'd direct examination of Tim Sweeney. | |
| 5504 | | | X | X | Email from J. Rosenberg to T. Sweeney re Fortnite Android launch plan (6/22/2018) | LRC |
| 5509 | | | X | X | Email from T. Sweeney to H. Lockheimer; J. Rosenberg re Fortnite on Google Play (12/5/2019) | LRC |
| 5488 | | | X | X | 7/22/2020 email from H. Lockheimer to T. Sweeney | LRC |
| 8045 | | | X | X | Plaintiff's Sweeney Demonstrative | LRC |
| | | 1:28 pm | | | Cross-examination of Tim Sweeney. | |
| | | | | | Defendants' Sweeney Demonstrative shown to witness | |
| | 9061 | | X | | V-Bucks | |
| | 5520 | | X | X | Email from T. Sweeney to J. Rosenberg re Fortnite Android launch plan (7/22/2018) | LRC |
| | | 1:55 pm | | | Court in recess. | |
| | | 2:15 pm | | | Court in session; out of the presence of the jury. | |
| | | 2:23 pm | | | Court in session; all parties and jury present. Cont' cross-examination of Tim Sweeney. | |
| | 9200 | | X | X | No description provided. | LRC |
| | 10684 | | X | X | 5/11/2020 email from T. Sweeney to M. Rein | LRC |
| | 10026 | | X | X | 1/13/2020 email from T. Sweeney to H. Lockheimer | LRC |
| | 5530 | | X | X | Presentation dated 7/2020, titled "Project Liberty Update" | LRC |
| | 9016 | | X | X | No description provided. | LRC |
| | 5497 | | X | X | 8/7/2020 Email from T. Sweeney to P. Spencer | LRC |
| | | 3:00 pm | | | Re-direct of Tim Sweeney | |
| 10677 | | | X | X | 5/22/2019 email from D. Wallerstein to J. Babcock | LRC |
| | | 3:12 pm | | | Re-cross of Tim Sweeney | |
| | | 3:13 pm | | | Video Deposition of Donn Morrill | |
| 1362 | | | X | X | Document | LRC |
| 1363 | | | X | X | Spreadsheet | LRC |
| 1366 | | | X | X | Document | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 11405 | | | X | X | Updated document titled, "How to Sideload Apps onto Your Amazon Fire Tablet" | LRC |
| | | 3:30 pm | | | Court in recess. | |
| | | | | | Plaintiff has 961 minutes left. | |
| | | | | | Defendants have 1695 minutes left. | |