UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S ATTORNEY:<br>Lauren Moskowitz,<br>Yonatan Even, Gary Bornstein,<br>Brent Byars, Andrew Wiktor,<br>Justin Clarke | DEFENSE ATTORNEY:<br>Lauren Bell, Jonathan Kravis,<br>Michelle Chiu, Brian Rocca,<br>Kuru Olasa, Kyle Mach,<br>Justin Raphael, Glenn Pomerantz,<br>Nick Sidney |
|---|---|---|
| JURY TRIAL DATE:<br>11/21/2023 | REPORTER(S):<br>Kelly Shainline | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:09 am |  |  | Court in session; all parties and jury present. |  |
|  |  |  |  |  | Court advises parties and jury that trial will be held on Friday, December 1, 2023, and the week of December 4th will be dark. |  |
|  |  | 9:12 am |  |  | Continued deposition of Donn Morrill |  |
|  |  | 9:53 am |  |  | Deposition of Sandra Alzetta |  |
| 1532 |  |  | X | X | Google Play Better Together Program Partnership ("Program") Addendum to the Google Play Developer Distribution Agreement (06/14/2022) | LRC |
| 2062 |  |  | X | X | Document | LRC |
|  |  | 10:29 am |  |  | Court in recess. |  |
|  |  | 10:49 am |  |  | Plaintiff calls James Mickens, Ph.D. -- direct examination |  |
|  |  |  |  |  | Witness accepted as an expert on mobile device security |  |
|  |  | 11:59 am |  |  | Court in recess. |  |
|  |  | 12:48 om |  |  | Cross-examination of James Mickens, Ph.D. |  |
|  | 21 |  |  |  | Demonstrative |  |
|  | 11105 |  | X |  | No description provided. |  |
|  | 6595 |  | X |  | Blog post dated 12/19/2022, titled "Privacy and Mobile Device Apps," available at: https://www.cisa.gov/news-events/news/privacy-and-mobile-device-apps |  |
|  | 2 |  | X |  | Demonstrative |  |
|  | 6 |  | X |  | Demonstrative |  |
|  | 16 |  | X |  | Demonstrative |  |
|  | 19 |  | X |  | Demonstrative |  |
|  |  | 1:32 pm |  |  | Re-direct of James Mickens, Ph.D. |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:35 pm | | | Question from jury -- note #6 | |
| | | 1:43 pm | | | Defendants call Zhiyun Qian, Ph.D. -- direct examination. | |
| | | | | | Witness accepted as an expert on mobile device security. | |
| | | | | | Demonstrative | |
| | | 2:00 pm | | | Court in recess. | |
| | | 2:18 pm | | | Continued direct examination of Zhiyun Qian, Ph.D. | |
| | | 2:48 pm | | | Cross examination of Zhiyun Qian, Ph.D. | |
| 7196 | | | X | | Percentage of Devices With at Least One App That Has Permission to Download from Unknown Sources (November 2021) Worldwide (excl. China) | |
| 8607 | | | X | | No description provided. | |
| 8007 | | | X | | Google blog post titled, "Enhanced Google Play Protect real-time scanning for app installs", https://security.googleblog.com/2023/10/enhanced-google-play-protect-real-time.html | |
| 8577 | | | X | | No description provided. | |
| | | 3:23 pm | | | Court in recess. | |
| | | 3:25 pm | | | Court has discussion with parties regarding remaining witnesses and trial schedule. | |
| | | 3:31 pm | | | Court in recess. | |
| | | | | | Plaintiff has 833 minutes left. | |
| | | | | | Defendants have 1591 minutes left. | |