1  Michelle Lowery (SBN 302882)
   mslowery@mwe.com
2  **McDERMOTT WILL & EMERY LLP**
   2049 Century Park East, Suite 3200
3  Los Angeles, CA  90067-3206
   Telephone: 310. 277.4110
4  Facsimile: 310.277.4730

5  Counsel for Non-Party
   Motorola Mobility, LLC
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11                                          Civil Action No. 3:21-MD-02981-JD

12  IN RE GOOGLE PLAY STORE ANTITRUST    **NOTICE OF APPEARANCE**
    LITIGATION
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1

1     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that Michelle Lowery of the law firm of McDermott Will & Emery

3   LLP, appears as counsel for Non-Party Motorola Mobility, LLC ("Motorola").  Ms. Lowery hereby

4   requests that all notices required to be given, and all papers required to be served in the above-entitled

5   and numbered cause, be copied to and served upon her.

6     Please update service lists and addresses for all correspondence, notices, e-notices, and

7   pleadings pertaining to this matter accordingly.

8

9    Dated: November 27, 2023          **MCDERMOTT WILL & EMERY LLP**

10

11                                By:     /s/ *Michelle Lowery*
                                          Michelle Lowery
12                                        Counsel for Non-Party Motorola Mobility, LLC

13                                        Michelle Lowery (SBN 302882)
                                          mslowery@mwe.com
14                                        **McDERMOTT WILL & EMERY LLP**
                                          2049 Century Park East, Suite 3200
15                                        Los Angeles, CA  90067-3206
                                          Telephone: 310.277.4110
16                                        Facsimile: 310.277.4730

17
                                          Counsel for Non-Party Motorola Mobility, LLC
18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                                              CASE NO. 3:21-MD-02981-JD

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES