Michelle Lowery (SBN 302882)
mslowery@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone: 310. 277.4110
Facsimile: 310.277.4730

Counsel for Non-Party
Motorola Mobility, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Civil Action No. 3:21-MD-02981-JD<br><br>**NON-PARTY MOTOROLA MOBILITY, LLC'S MOTION TO SEAL** |

Non-Party Motorola Mobility, LLC ("Motorola") hereby moves to seal limited financial information that is contained within certain deposition testimony and the accompanying exhibit, set to be played in open court in the trial in this matter.[1]

1. Motorola understands that portions of the deposition testimony of Eric Christensen, taken on July 18, 2022, will be played in open court on Wednesday, November 29, 2023. Motorola also understands that Plaintiff Epic Games will seek to enter into evidence Motorola's Mobile Incentive Agreement with Google LLC ("MIA"), initially dated February 1, 2020, which has been renewed and is currently still in effect as amended. Although the exact figure that Plaintiff seeks to reveal has been amended somewhat, it is substantially similar to the comparable term in the current amendment.

2. Motorola seeks to seal only the confidential, proprietary financial terms of the MIA with Google. Specifically, the term that Motorola seeks to seal appears at lines 71:14 and 72:7 of Mr. Christensen's deposition. Motorola seeks to seal both the testimony revealing the financial term and the accompanying portion of the exhibit that will show simultaneously on the screen.

3. This Court applies the "compelling reasons" standard in determining whether sealing is appropriate at trial. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) ("[T]he resolution of a dispute on the merits, whether by trial or summary judgment, is at the heart of the interest in ensuring the 'public's understanding of the judicial process and of significant public events.' … Thus, 'compelling reasons' must be shown[.]").

4. "Compelling reasons" exist to permit the Court to seal the limited information that Motorola seeks to seal as it would reveal financial terms of a current contract. *FTC v. Qualcomm Inc.*, No. 17-CV-220-LHK, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) ("Thus, to the extent that the instant motion seeks to seal information that, if published, may harm Qualcomm's or third parties' competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets, the Court agrees with the parties that compelling reasons exist to seal this information"); *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, No. 17-CV-

---

[1] Motorola will file an accompanying declaration tomorrow morning.

03874-LHK, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) ("The Court agrees that compelling reasons exist to seal" information regarding "contracts between either AAA or GM and third parties, and information provided by third parties[.]").

5. Although the initial MIA expired on January 31, 2021, the parties have renewed the agreement and thus it is a current contract. Plaintiff seeks to introduce the financial terms of the MIA into evidence, including the payment amount Motorola negotiated with Google. That payment amount is heavily negotiated and would be highly valuable information to Motorola's competitors, which include other non-parties to this litigation.

| Deposition Testimony/Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Deposition Testimony of Eric Christensen dated July 18, 2022 | 71:14-72:7 | Contains the confidential, proprietary financial terms of Motorola's Mobile Incentive Agreement with Google LLC ("MIA") with Google |
| Motorola's Mobile Incentive Agreement with Google LLC ("MIA"), initially dated February 1, 2020, which has been renewed and is currently still in effect | The confidential, proprietary financial terms of the MIA with Google, which appears at lines 71:14 and 72:7 of Mr. Christensen's deposition | Contains the confidential, proprietary financial terms of the MIA with Google |

WHEREFORE, non-party Motorola Mobility, LLC respectfully requests that this Court seal the dollar figure revealed at lines 71:14 and 72:7 of Mr. Christensen's deposition and the accompanying exhibit.

/
/
/
/
/
/

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 27, 2023 | **McDermott Will & Emery LLP** |
| 3 | | By: */s/ Michelle Lowery* |
| 4 | | Michelle Lowery (SBN 302882) |
| | | mslowery@mwe.com |
| 5 | | **McDermott Will & Emery LLP** |
| 6 | | 2049 Century Park East, Suite 3200 |
| | | Los Angeles, CA 90067-3206 |
| 7 | | Telephone: 310.277.4110 |
| | | Facsimile: 310.277.4730 |
| 8 | | |
| 9 | | Counsel for Non-Party Motorola Mobility, LLC |

**CERTIFICATE OF SERVICE**

      I certify that on November 27, 2023, I served a copy of the foregoing on all counsel of record via the CM/ECF electronic filing system.

                                            */s/ Michelle Lowery*
                                            Michelle Lowery