Michelle Lowery (SBN 302882)
mslowery@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone: 310. 277.4110
Facsimile: 310.277.4730

Counsel for Non-Party
Motorola Mobility, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Civil Action No. 3:21-MD-02981-JD <br><br> **DECLARATION OF ERIC V. CHRISTENSEN IN SUPPORT OF NON-PARTY MOTOROLA MOBILITY, LLC'S MOTION TO SEAL** |

I, Eric Christensen, declare as follows:

1. I am executive director of software product management and partner management at Motorola Mobility, LLC ("Motorola"). I have held this position since July 2018. In my current role, I am responsible for Motorola's software development, including working with various software suppliers, one of which is Google LLC ("Google"). I also negotiate commercial contracts with Google. Based on my work experience, I am familiar with how Motorola handles confidential business information. Motorola keeps such information confidential to protect itself from potential competitive and commercial harm.

2. I respectfully submit this declaration pursuant to Civil Local Rule 79-5 in support of Motorola's motion to seal [Dkt. 810] the nonpublic, highly confidential information in my deposition testimony, taken on July 18, 2022, and portions of the accompanying exhibit, Motorola's Mobile Incentive Agreement with Google LLC ("MIA"), initially dated February 1, 2020, which will be shown to the jury as part of the deposition video. The MIA has been renewed and is currently still in effect as amended. As detailed below, there are compelling reasons to seal this highly confidential material.

3. On Saturday, November 25, 2023, at 11:33 PM Central, my counsel first received notice via email sent by Google's counsel that a portion of my deposition testimony will be presented in open court on Wednesday, November 29, 2023. This email did not include Epic's counter-designations, which is the portion of the transcript that contains the highly confidential information.

4. On Sunday, November 26, at 4:47 PM, my counsel received another email from Google's counsel with Epic's counter-designations of my deposition testimony and accompanying exhibits, which included the deposition testimony at issue, revealing the payment amount Motorola negotiated with Google.

5. On Monday, November 27, 2023, my counsel reached out to Epic's counsel and met and conferred with Epic's counsel regarding possibly removing the payment amount

Motorola negotiated with Google from Epic's counter-designations. Epic's counsel was not willing to do so.

6. I have reviewed the designated pages of my deposition testimony and the accompanying exhibits. The single financial term that Motorola seeks to seal appears at lines 71:14 and 72:7 of my deposition testimony. Motorola treats this financial term as confidential and sensitive business information that Motorola never shares publicly and that is limited internally to only those who need to know. This financial term, which is the payment amount Motorola negotiated with Google, is heavily negotiated and would be highly valuable information to Motorola's competitors, which include other non-parties to this litigation. If this financial term were to be made public, material contract terms will be revealed, harming Motorola and unfairly advantaging Motorola's competitors in the marketplace.

7. Negotiating the terms of the MIA involve details about Motorola's product portfolio, its mix of premium tier devices, and its market-specific channel strategies globally. These factors are unique to Motorola and would provide competitors with significant insights beyond the financial terms in the MIA.

8. The MIA, initially dated February 1, 2020, has been amended and extended six times. The original agreement at issue remains in effect as amended through March 31, 2024. The amendments do include amendments to the financial term, but the original financial term negotiated in the base MIA effective February 1, 2020 form the foundation for the subsequently negotiated amendments. If the original financial term is publicly disclosed, then a competitor will gain access to sensitive information regarding our negotiations with Google including insight into Motorola's present financial term, as well as market, channel, and portfolio mix.

9.  The chart below summarizes my review of my deposition testimony and the MIA:

| Deposition Testimony/Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Deposition Testimony of Eric Christensen dated July 18, 2022 | Lines 71:14 and 72:7 | Contain the confidential, proprietary financial terms of the MIA with Google |
| The MIA, initially dated February 1, 2020, which has been renewed and is currently still in effect as amended | The confidential, proprietary financial terms of the MIA with Google, which appears at lines 71:14 and 72:7 of Mr. Christensen's deposition | Contains the confidential, proprietary financial terms of the MIA with Google |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on November 28, 2023 in Libertyville, Illinois.

                                                    */s/ Eric Christensen*
                                                    Eric Christensen