Michelle Lowery (SBN 302882)
mslowery@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone: 310. 277.4110
Facsimile: 310.277.4730

Counsel for Non-Party
Motorola Mobility, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Civil Action No. 3:21-MD-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY MOTOROLA MOBILITY, LLC'S MOTION TO SEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Non-Party Motorola Mobility, LLC ("Motorola") hereby withdraws its Motion to Seal filed in *In re Google Play Store Antitrust Litigation,* No. 3:21-md-02981-JD, Dkt. 810. Motorola withdraws its Motion but reserves the right to seek to seal portions of testimony and the accompanying exhibit relating to certain Motorola financial information under the local rules once admitted into evidence.

DATED: November 29, 2023

McDermott Will & Emery LLP

 */s/ Michelle Lowery*
Michelle S. Lowery (*pro hac vice*)
2049 Century Park East
Suite 3200
Los Angeles, California 90067-3206
Telephone: (310) 551-9309
Email: mslowery@mwe.com

**CERTIFICATE OF SERVICE**

    I certify that on November 29, 2023, I served a copy of the foregoing on all counsel of record via the CM/ECF electronic filing system.

                                                    */s/ Michelle Lowery*
                                                    Michelle Lowery