1  RUSSELL P. COHEN (SBN 213105)
   Russ.Cohen@dechert.com
2  Dechert LLP
   1 Bush Street, Suite 1600
3  San Francisco, CA 94104
   Telephone:     +1 415 262 4500
4
   *Attorney for Non-Party Microsoft Corp.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|
| THIS DOCUMENT RELATES TO: *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | **[PROPOSED] ORDER RE: NON-PARTY MICROSOFT CORP'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION** <br><br> Honorable James Donato |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: NON-PARTY MICROSOFT CORP'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION
3:21-md-02981-JD, 3:20-cv-05671-JD

Having considered Non-Party Microsoft Corp. ("Microsoft") Motion to Seal Highly Confidential Information, pursuant to Local Rules 7-11 and 79-5:

**IT IS HEREBY ORDERED:**

The following document or portions thereof may be sealed and only shown in a closed session. Alternatively, the following document or portions thereof shall (1) not be displayed on a public monitor, and (2) not be specifically disclosed by the examining attorney or witness in testimony.

| Document | Document description | Portion sought to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| Demonstrative based on Bernheim Opening Expert Report, Figure 29 | Minecraft Monthly Active Users on Android, iOS, PlayStation 4, Switch, Windows, Xbox One, and Xbox Series X. | Seal Entirety | Discloses confidential monthly user data that is not publicly available and would cause Microsoft and its partners significant competitive harm. | |

**ENTERED THIS \_\_ DAY OF_____, 2023.**

_____
Honorable James Donato
United States District Judge
Northern District of California

- 2 –

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: NON-PARTY MICROSOFT CORP'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION
3:21-md-02981-JD, 3:20-cv-05671-JD

**WE ASK FOR THIS**:

*/s/ Russell Cohen*

Russell P. Cohen (SBN 213105)
DECHERT LLP
1 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:  +1 415 262 4500
Russ.Cohen@dechert.com

*Attorney for Non-Party Microsoft Corp.*

- 3 –

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: NON-PARTY MICROSOFT CORP'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION
3:21-md-02981-JD, 3:20-cv-05671-JD