1  RUSSELL P. COHEN (SBN 213105)
   Russ.Cohen@dechert.com
2  DECHERT LLP
   1 Bush Street, Suite 1600
3  San Francisco, CA 94104
   Telephone:    +1 415 262 4500
4
   *Attorney for Non-Party Microsoft Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY MICROSOFT CORP'S MOTION TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Non-Party Microsoft Corp. ("Microsoft") hereby withdraws its Motion to Seal Highly Confidential Information in *Epic Games Inc. v. Google LLC et al., No. 3:20-cv-05671-JD*, Dkt. 563 and *In re Google Play Store Antitrust Litigation, No. 3:21-md-02981-JD*, Dkt. 822. Microsoft withdraws its motion based on a representation from Epic Games Inc.'s counsel that neither the demonstrative nor the underlying confidential information that was the subject of Microsoft's motion (Dkt. 563) will be used at trial.

Dated: December 1, 2023                    Respectfully submitted,

*/s/ Russell Cohen*

Russell P. Cohen (SBN 213105)
DECHERT LLP
1 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:    +1 415 262 4500
Russ.Cohen@dechert.com

*Attorneys for Non-Party Microsoft Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

Respectfully submitted,

*/s/ Russell Cohen*

Russell P. Cohen (SBN 213105)
DECHERT LLP
1 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:   +1 415 262 4500
Russ.Cohen@dechert.com

*Attorneys for Non-Party Microsoft Corp.*