UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
       21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 11/30/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:28 am | | | Court in session; all parties and jury present. | |
| | | | | | Defendants call Paul Gennai -- direct examination. | |
| | | | | | Witness shown demonstrative | |
| | 591 | | X | X | Play Problem Statement (03/26/2019) | LRC |
| | 6712 | | X | | Screen recording of switching process from Android Pixel phone to iPhone | |
| | | 9:55 am | | | Cross-examination of Paul Gennai | |
| 2903 | | | X | X | Slide deck titled, "Smartphone Purchase Journey 2018" | LRC |
| | | | | | Witness shown exhibit 1766 | |
| 8567 | | | X | X | No description provided | LRC |
| 8636 | | | X | X | No description provided | LRC |
| | | 10:33 am | | | Court in recess | |
| | | 10:50 am | | | Cont'd cross-examination of Paul Gennai | |
| 596 | | | X | X | Email from P. Gennai to S. Krishnamachari re Play Distribution Project (01/12/2019) | LRC |
| | | | | | Witness shown exhibits 591, 136, 8523 | |
| 606 | | | X | X | No description provided | LRC |
| 588 | | | X | X | "Email from P. Gennai to A. Kumar re Hiroshi Monthly Review: Thursday Next Week (10/21/2021)" | LRC |
| | | 11:35 am | | | Re-direct of Paul Gennai | |
| | | | | | Witness shown exhibits 2903, 606, 136 | |
| | | 11:39 am | | | Jury in recess | |
| | | | | | Court questions witness regarding exhibit 591. | |
| | | 11:47 am | | | Court in recess | |
| | | 12:32 pm | | | Court in session; all parties and jury present | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Defendants call Matt Weissinger -- direct examination | |
| | 10521 | | X | X | Undated presentation titled "Fortnite Mobile: Mobile Business Update/Deep Dive" | LRC |
| | 7260 | | X | X | 5/15/2020 email from M. Weissinger | LRC |
| | 5528 | | X | X | Presentation dated 7/27/2020 titled, "Project Liberty Update to the Board of Directors (Draft)" pgs. 1 and 12 | LRC |
| | | 1:11 pm | | | Cross-examination of Matt Weissinger | |
| | | | | | Witness shown exhibit 10521 | |
| | | 1:16 pm | | | Re-direct of Matt Weissinger | |
| | | 1:17 pm | | | Defendants call Andrew Grant -- direct examination | |
| | 10010 | | X | X | 7/29/2020 messages between T. Stone and A. Grant | LRC |
| | 10004 | | X | X | Blogpost dated 9/6/2018 titled, "Fortnite on Android Launch Technical Blog" | LRC |
| | 10005 | | X | X | Email from J. Sargent to A. Grant re "what services are we NOT using from Google Play? " (08/15/2019) | LRC |
| | 10538 | | X | X | No description provided | LRC |
| | 10540 | | X | X | 5/5/2022 email from A. Grant to undisclosed recipients | LRC |
| | 6621 | | X | X | Undated webpage titled "Play Fortnite on Mobile Devices" Available at: https://www.fortnite.com/mobile | LRC |
| | 6618 | | X | X | Undated webpage titled "Play Fortnite on Android" Available at: https://www.fortnite.com/mobile/android | LRC |
| | 6619 | | X | X | Undated Fortnite download webpage Available at: https://www.fortnite.com/mobile/android/new-device | LRC |
| | | 1:54 pm | | | Court in recess | |
| | | 2:16 pm | | | Cross-examination of Andrew Grant by plaintiff | |
| | | | | | Witness shown exhibits 10004, 10005, 6619 | |
| | | 2:24 pm | | | Defendants play video depo of Han Stolfus | |
| | 812 | | X | X | Email from E. Gass to T. Stone re Update (03/27/2020) | LRC |
| | 813 | | X | X | Email from E. Gass to H. Stolfus | LRC |
| | 814 | | X | X | Email from E. Gass to H. Stolfus re "Epic Games x Game Space India" (06/12/2020) | LRC |
| | 815 | | X | X | Email from C. Yang to K. Shin re "Epic Games App Collaboration" (04/20/2020) | LRC |
| | 10028 | | X | X | 4/21/2020 Email from D. Song to L. Koh | LRC |
| | 10171 | | X | X | 4/28/2020 messages between A. Shobin and H. Stolfus | LRC |
| | 10184 | | X | X | Undated presentation titled "Fortnite Mobile: Mobile Business Update/Deep Dive" | LRC |
| | 10193 | | X | X | 4/15/2020 email from H. Stolfus to L. Koh | LRC |
| | 10194 | | X | X | 4/23/2020 email from H. Stolfus to E. Zobrist | LRC |
| | 10196 | | X | X | 4/30/2020 messages between E. Zobrist and H. Stolfus | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 10198 | | X | X | 7/17/2020 email from M. Weissinger to H. Stolfus | LRC |
| | | 3:37 pm | | | Court in recess | |
| | | 3:49 pm | | | Court discusses final jury instruction issues with parties. | |
| | | 4:16 pm | | | Court in recess. | |
| | | | | | Plaintiff has 299 minutes left | |
| | | | | | Defendants have 1010 minutes left. | |