**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case:   3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor, Tim Cameron | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Leigha Beckman, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 12/1/23 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:08 am | | | Court in session; all parties and jury present | |
| | | | | | Defendants call Carson Oliver -- direct examination. | |
| | 6836 | | X | X | Email from J. Nunes to C. Oliver | LRC |
| | 6853 | | X | X | Email from C. Oliver to J. Ng | LRC |
| | 9900 | | X | X | No description provided | LRC |
| | 6848 | | X | X | Email from D. Hopkins to C. Oliver | LRC |
| | 6839 | | X | X | Email from A. Rofman to C. Oliver | LRC |
| | 6849 | | X | X | Email from R. Olson to J. Goodrum | LRC |
| | 6840 | | X | X | Email from N. Sebastiani to C. Oliver | LRC |
| | 6691 | | X | X | Undated webpage titled "The apps you love. From a place you can trust." available at: https://www.apple.com/app-store/ | LRC |
| | | 9:38 am | | | Cross-examination of Carson Oliver | |
| | | | | | Witness shown exhibits 6836, 6853, 6849, 6839 | |
| 6845 | | | X | X | Email from M. Fischer to S. McGuigan | LRC |
| | | 9:54 am | | | Re-direct of Carson Oliver | |
| | | 9:55 am | | | Defendants play video deposition of Randy Gelber | |
| | 10692 | | X | X | Spreadsheet dated 12/31/2021 titled "Epic Games Non-GAAP Consolidated Financials" | LRC |
| | 10694 | | X | X | Spreadsheet titled, "Epic Games, Detailed Consolidated P&L (Overhaul & Non-GAAP)" (2/2/2021) | LRC |
| | 10708 | | X | X | 9/30/2020 email from R. Gelber to D. Wallerstein | LRC |
| | | 10:06 am | | | Defendants call Gregory Leonard, PhD -- direct examination | |
| | | | | | Witness accepted as an expert in damages | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Witness shown demonstrative | |
| | 9500 | | X | X | Demonstrative | LRC |
| | | 10:13 am | | | Cross-examination of Gregory Leonard, PhD | |
| | | 10:14 am | | | Defendants play video depo of Asi Burak | |
| | 11373 | | X | X | Slide deck | LRC |
| | | 10:36 pm | | | Court in recess | |
| | | 10:54 am | | | Court in session; all parties and jury present. | |
| | | | | | Video deposition of Robert Beaty. | |
| | | 11:13 am | | | Defendants call Mrinalini Loew -- direct examination | |
| | | | | | Witness shown demonstrative | |
| | 6229 | | X | | Undated presentation titled "Google Play Billing Partner Benefits" | |
| | 6178 | | X | X | Presentation titled "Google Play Q3 '21 Onboarding" | LRC |
| | 5 | | | | Demonstrative exhibit | |
| | | | | | Witness shown exhibit 8028 | |
| | | 11:49 am | | | Cross-examination of Mrinalini Loew | |
| 8594 | | | X | X | No description provided | LRC |
| 1710 | | | X | X | No description provided | LRC |
| | | 12:11 pm | | | Re-direct of Mrinalini Loew | |
| | | 12:12 pm | | | Jury in recess | |
| | | 12:13 pm | | | Court questions witness | |
| | | 12:15 pm | | | Court in recess. | |
| | | 12:57 pm | | | Court in session; all parties and jury present. | |
| | | | | | Plaintiff calls Douglas Bernheim, PhD -- direct examination. | |
| | | 1:32 pm | | | Cross-examination of Douglas Bernheim, PhD | |
| | | 1:47 pm | | | Re-direct of Douglas Bernheim, PhD | |
| | | 1:49 pm | | | Plaintiff rests. Defendants rest. Court in recess. | |
| | | 2:22 pm | | | Defendants move under Rule 50(a) for judgment as a matter of law. Court denies motion, subject to renewal under Rule 50(b). | |
| | | 2:45 pm | | | Court holds charge conference to finalize jury instructions. | |
| | | 3:53 pm | | | Court in recess. | |