Pages 1 - 25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE          )
ANTITRUST LITIGATION,            )
                                 )   **NO. 21-md-02981-JD**
_____  )
THIS DOCUMENT RELATES TO:        )
                                 )
EPIC GAMES, INC.,                )
                                 )
          Plaintiff,             )
                                 )
  VS.                            )   **NO. 3:20-cv-05671-JD**
                                 )
GOOGLE, LLC., et al.,            )
                                 )
          Defendants.            )
_____  )

San Francisco, California

**<u>MASTER INDEX</u>**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**APPEARANCES**:

For Plaintiff:

        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York  10019
BY:  **GARY BORNSTEIN, ATTORNEY AT LAW**
      **YONATAN EVEN, ATTORNEY AT LAW**
      **LAUREN MOSKOWITZ, ATTORNEY AT LAW**
      **MICHAEL ZAKEN, ATTORNEY AT LAW**
      **ANDREW WIKTOR, ATTORNEY AT LAW**

For Defendants:

        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue - 50th Floor
        Los Angeles, California  90071
BY:  **GLENN POMERANTZ, ATTORNEY AT LAW**
      **KURUVILLA J. OLASA, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        601 Massachusetts Avenue NW
        Suite 500 East
        Washington, DC  20001
BY:  **JONATHAN KRAVIS, ATTORNEY AT LAW**
      **LAUREN BELL, ATTORNEY AT LAW**

        MORGAN, LEWIS & BOCKIUS LLP
        One Market - Spear Street Tower
        San Francisco, California  94105
BY:  **MICHELLE PARK CHIU, ATTORNEY AT LAW**
      **BRIAN ROCCA, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        560 Mission Street - 27th Floor
        San Francisco, California  94105
BY:  **JUSTIN P. RAPHAEL, ATTORNEY AT LAW**
      **KYLE W. MACH, ATTORNEY AT LAW**

**I N D E X**

Thursday, November 2, 2023 - Volume 1
Monday, November 6, 2023 - Volume 2
Tuesday, November 7, 2023 - Volume 3
Wednesday, November 8, 2023 - Volume 4
Thursday, November 9, 2023 - Volume 5
Monday, November 13, 2023 - Volume 6
Tuesday, November 14, 2023 - Volume 7
Wednesday, November 15, 2023 - Volume 8
Thursday, November 16, 2023 - Volume 9
Monday, November 20, 2023 - Volume 10
Tuesday, November 21, 2023 - Volume 11
Monday, November 27, 2023 - Volume 12
Tuesday, November 28, 2023 - Volume 13
Wednesday, November 29, 2023 - Volume 14
Thursday, November 30, 2023 - Volume 15
Friday, December 1, 2023 - Volume 16
Monday, December 11, 2023 - Volume 17

|                                         | **PAGE** | **VOL.** |
|-----------------------------------------|------|------|
| Jury Voir Dire                          | 15   | 1    |
| Preliminary Jury Instructions           | 132  | 2    |
| Opening Statement by Mr. Bornstein      | 149  | 2    |
| Opening Statement by Mr. Pomerantz      | 178  | 2    |
| Plaintiff Rests                         | 3213 | 16   |
| Defendant Rests                         | 3213 | 16   |
| Charging Conference                     | 3214 | 16   |
| Jury Instructions                       | 3306 | 17   |
| Closing Argument by Mr. Bornstein       | 3352 | 17   |
| Closing Argument by Mr. Kravis          | 3386 | 17   |
| Rebuttal Argument by Mr. Bornstein      | 3430 | 17   |
| Verdict                                 | 3437 | 17   |

## I N D E X

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|

**ALLISON, STEVEN MATTHEW**

| (SWORN) | 206 | 2 |
| Direct Examination by Mr. Even | 207 | 2 |
| Cross-Examination by Mr. Mach | 240 | 2 |
| Redirect Examination by Mr. Even | 281 | 2 |

**SIMON, BENJAMIN**

| (SWORN) | 287 | 2 |
| Direct Examination by Mr. Bornstein | 287 | 2 |
| Cross-Examination by Mr. Kravis | 307 | 2 |

**LOPEZ, GENARO**

| (SWORN) | 343 | 3 |
| Direct Examination by Ms. Moskowitz | 344 | 3 |
| Cross-Examination by Mr. Kravis | 390 | 3 |
| Redirect Examination by Ms. Moskowitz | 401 | 3 |

**KOH, LAWRENCE**

| (SWORN) | 408 | 3 |
| Direct Examination by Ms. Moskowitz | 409 | 3 |
| Cross-Examination by Ms. Chiu | 489 | 3 |
| Redirect Examination by Ms. Moskowitz | 532 | 3 |

**MARCHAK, MICHAEL R.**

| (SWORN) | 554 | 3 |
| Direct Examination by Mr. Even | 555 | 3 |

**MARCHAK, MICHAEL (RECALLED)**

| (PREVIOUSLY SWORN) | 597 | 4 |
| Direct Examination resumed by Mr. Even | 597 | 4 |
| Cross-Examination by Ms. Chiu | 633 | 4 |
| Redirect Examination by  Mr. Even | 645 | 4 |

**OWENS, CHRISTIAN**

| (SWORN) | 651 | 4 |
| Direct Examination by Mr. Diessel | 651 | 4 |
| Cross-Examination by Mr. Raphael | 667 | 4 |
| Redirect Examination by  Mr. Diessel | 675 | 4 |

**WATTS, RICHARD**

| By Video Deposition (not reported) | 680 | 4 |

**I N D E X**

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **KOCHIKAR, PURNIMA** | | |
| (SWORN) | 691 | 4 |
| Direct Examination by Mr. Hueston | 692 | 4 |
| | | |
| **KOCHIKAR, PURNIMA (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 800 | 5 |
| Direct Examination resumed by Mr. Hueston | 800 | 5 |
| Cross-Examination by Ms. Chiu | 831 | 5 |
| Redirect Examination by Mr. Hueston | 908 | 5 |
| ReCross-Examination by Ms. Chiu | 954 | 5 |
| | | |
| **GARBER, EMILY** | | |
| (SWORN) | 955 | 5 |
| Direct Examination by Mr. Bornstein | 956 | 5 |
| Cross-Examination by Ms. Chiu | 974 | 5 |
| Redirect Examination by Mr. Bornstein | 975 | 5 |
| | | |
| **LAM, MARGARET** | | |
| (SWORN) | 976 | 5 |
| Direct Examination by Ms. Moskowitz | 977 | 5 |
| Cross-Examination by Ms. Chiu | 1027 | 5 |
| Redirect Examination by Ms. Moskowitz | 1029 | 5 |
| | | |
| **PERRYMAN, PAUL** | | |
| By Videotaped Deposition | 1033 | 5 |
| | | |
| **KOLOTOUROS, JAMES** | | |
| (SWORN) | 1049 | 6 |
| Direct Examination by Ms. Moskowitz | 1050 | 6 |
| Cross-Examination by Mr. Pomerantz | 1121 | 6 |
| Redirect Examination by Ms. Moskowitz | 1166 | 6 |
| Jury Questions | 1180 | 6 |
| | | |
| **ROSENBERG, JAMIE** | | |
| (SWORN) | 1183 | 6 |
| Direct Examination by Mr. Even | 1184 | 6 |
| Cross-Examination by Mr. Kravis | 1252 | 6 |
| Recross-Examination by Mr. Even | 1295 | 6 |
| | | |
| **PICHAI, SUNDAR** | | |
| (SWORN) | 1319 | 7 |
| Direct Examination by Ms. Moskowitz | 1320 | 7 |
| Cross-Examination by Mr. Pomerantz | 1389 | 7 |
| Redirect Examination by Ms. Moskowitz | 1415 | 7 |

# I N D E X

**PLAINTIFF'S WITNESSES**                                    **PAGE**  **VOL.**

**CHU, ERIC**
By Video Deposition                                       1442    7

**LOCKHEIMER, HIROSHI**
(SWORN)                                                   1442    7
Direct Examination by Mr. Bornstein                       1443    7
Cross-Examination by Mr. Pomerantz                        1493    7
Redirect Examination by Mr. Bornstein                     1523    7
Recross-Examination by Mr. Pomerantz                      1536    7

**RASANEN, KIRSTEN**
(SWORN)                                                   1556    8
Direct Examination by Mr. Hueston                         1556    8
Cross-Examination by Mr. Kravis                           1626    8
Redirect Examination by Mr. Hueston                       1661    8
Recross-Examination by Mr. Kravis                         1679    8

**KLEIDERMACHER, DAVID NOAH**
(SWORN)                                                   1681    8
Direct Examination by Mr. Even                            1681    8
Cross-Examination by Mr. Olasa                            1737    8
Redirect Examination by Mr. Even                          1772    8

**WALKER, JOHN KENT (OUT OF PRESENCE OF JURY)**
(SWORN)                                                   1801    9
Direct Examination by Ms. Moskowitz                       1801    9
Cross-Examination by Ms. Chiu                             1851    9

**HARRISON, DONALD STEWART**
(SWORN)                                                   1881   10
Direct Examination by Mr. Even                            1882   10
Cross-Examination by Mr. Pomerantz                        1917   10
Redirect Examination by Mr. Even                          1963   10
Recross-Examination by Mr. Pomerantz                      1981   10

**SWEENEY, TIMOTHY DEAN**
(SWORN)                                                   1982   10
Direct Examination by Mr. Bornstein                       1983   10
Cross-Examination by Mr. Kravis                           2032   10
Redirect Examination by Mr. Bornstein                     2091   10
Recross-Examination by Mr. Kravis                         2100   10
Jury Question                                             2101   10

**MORRILL, DONN**
By Video Deposition                                       2103   10

## I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| | | |
| **MORRILL, DONN** | | |
| By Video Deposition (resumed) | 2108 | 11 |
| | | |
| **ALZETTA, SANDRA** | | |
| By Video Deposition | 2110 | 11 |
| | | |
| **MICKENS, JAMES WILLIAMSON** | | |
| (SWORN) | 2111 | 11 |
| Direct Examination by Mr. Clarke | 2111 | 11 |
| Cross-Examination by Mr. Olasa | 2164 | 11 |
| Redirect Examination by Mr. Clarke | 2207 | 11 |
| Jury Question | 2214 | 11 |
| | | |
| **CRAMER, CHRISTIAN** | | |
| By Video Deposition | 2301 | 12 |
| | | |
| **BARNES, NED** | | |
| (SWORN) | 2301 | 12 |
| Direct Examination by Mr. Byars | 2302 | 12 |
| Cross-Examination by Mr. Rocca | 2317 | 12 |
| Redirect Examination by Mr. Byars | 2333 | 12 |
| | | |
| **BERNHEIM, BERT DOUGLAS** | | |
| (SWORN) | 2372 | 12 |
| Direct Examination by Mr. Bornstein | 2372 | 12 |
| Cross-Examination by Mr. Raphael | 2455 | 12 |
| Redirect Examination by Mr. Bornstein | 2510 | 12 |
| | | |
| **TADELIS, STEVE** | | |
| (SWORN) | 2523 | 13 |
| Direct Examination by Mr. Even | 2524 | 13 |
| Cross-Examination by Mr. Mach | 2567 | 13 |
| Redirect Examination by Mr. Even | 2606 | 13 |
| | | |
| **BERNHEIM, BERT DOUGLAS (IN REBUTTAL)** | | |
| (SWORN) | 3175 | 16 |
| Direct Examination by Mr. Bornstein | 3176 | 16 |
| Cross-Examination by Mr. Raphael | 3199 | 16 |
| Redirect Examination by Mr. Bornstein | 3211 | 16 |

# **I N D E X**

| **DEFENDANT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **QIAN, ZHIYUN** | | |
| (SWORN) | 2216 | 11 |
| Direct Examination by Mr. Olasa | 2216 | 11 |
| Cross-Examination by Mr. Clarke | 2251 | 11 |
| | | |
| **SKINNER, DOUGLAS** | | |
| (SWORN) | 2335 | 12 |
| Direct Examination by Mr. Rocca | 2335 | 12 |
| Cross-Examination by Mr. Byars | 2350 | 12 |
| Redirect Examination by Mr. Rocca | 2370 | 12 |
| | | |
| **GENTZKOW, MATTHEW** | | |
| (SWORN) | 2610 | 13 |
| Direct Examination by Mr. Raphael | 2611 | 13 |
| Cross-Examination by Mr. Even | 2682 | 13 |
| Redirect Examination by Mr. Raphael | 2709 | 13 |
| | | |
| **TUCKER, CATHERINE ELIZABETH** | | |
| (SWORN) | 2710 | 13 |
| Direct Examination by Mr. Rocca | 2711 | 13 |
| | | |
| **TUCKER, CATHERINE ELIZABETH (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 2782 | 14 |
| Cross-Examination by Mr. Bornstein | 2782 | 14 |
| Redirect Examination by Mr. Rocca | 2808 | 14 |
| | | |
| **ZERZA, ARMIN** | | |
| By Video Deposition | 2812 | 14 |
| | | |
| **SOTTOSANTI, MARK** | | |
| By Video Deposition | 2813 | 14 |
| | | |
| **MINER, RICHARD ALAN** | | |
| (SWORN) | 2819 | 14 |
| Direct Examination by Mr. Kravis | 2820 | 14 |
| Cross-Examination by Mr. Even | 2835 | 14 |
| Redirect Examination by Mr. Kravis | 2843 | 14 |
| | | |
| **CHRISTENSEN, ERIC** | | |
| By Video Deposition | 2845 | 14 |
| | | |
| **GENNAI, PAUL NICHOLAS** | | |
| (SWORN) | 2859 | 15 |
| Direct Examination by Mr. Kravis | 2859 | 15 |
| Cross-Examination by Ms. Moskowitz | 2880 | 15 |
| Redirect Examination by Mr. Kravis | 2953 | 15 |

## I N D E X

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **WEISSINGER, MATTHEW REED** | | |
| (SWORN) | 2964 | 15 |
| Direct Examination by Ms. Bell | 2964 | 15 |
| Cross-Examination by Ms. Moskowitz | 2995 | 15 |
| Redirect Examination by Ms. Bell | 3000 | 15 |
| **GRANT, ANDREW JAMES** | | |
| (SWORN) | 3001 | 15 |
| Direct Examination by Mr. Mach | 3002 | 15 |
| Cross-Examination by Mr. Byars | 3034 | 15 |
| **STOLFUS, HANS** | | |
| By Video Deposition | 3041 | 15 |
| **OLIVER, CARSON** | | |
| (SWORN) | 3070 | 16 |
| Direct Examination by Ms. Bell | 3071 | 16 |
| Cross-Examination by Mr. Cameron | 3093 | 16 |
| Redirect Examination by Ms. Bell | 3108 | 16 |
| **GELBER, RANDY** | | |
| By Video Deposition | 3110 | 16 |
| **LEONARD, GREGORY** | | |
| (SWORN) | 3110 | 16 |
| Direct Examination by Ms. Beckman | 3111 | 16 |
| Cross-Examination by Mr. Zaken | 3116 | 16 |
| **BURAK, ASI** | | |
| By Video Deposition | 3117 | 16 |
| **BEATY, ROBERT** | | |
| By Video Deposition | 3118 | 16 |
| **LOEW, MRINALINI** | | |
| (SWORN) | 3119 | 16 |
| Direct Examination by Ms. Bell | 3119 | 16 |
| Cross-Examination by Mr. Cameron | 3150 | 16 |
| Redirect Examination by Ms. Bell | 3171 | 16 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 1 | | 357 | 3 |
| 136 | | 412 | 3 |
| 142 | | 511 | 3 |
| 148 | | 448 | 3 |
| 149 | | 537 | 3 |
| 150 | | 455 | 3 |
| 151 | | 460 | 3 |
| 153 | | 467 | 3 |
| 154 | | 471 | 3 |
| 155 | | 475 | 3 |
| 156 | | 477 | 3 |
| 162 | | 482 | 3 |
| 163 | | 484 | 3 |
| 290 | | 1602 | 8 |
| 298 | | 1441 | 7 |
| 299 | | 1441 | 7 |
| 300 | | 1441 | 7 |
| 303 | | 1441 | 7 |
| 304 | | 1441 | 7 |
| 305 | | 1441 | 7 |
| 308 | | 1441 | 7 |

## **I N D E X**

### **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 312 | | 1441 | 7 |
| 316 | | 1441 | 7 |
| 319 | | 1441 | 7 |
| 320 | | 1441 | 7 |
| 322 | | 1441 | 7 |
| 332 | | 1441 | 7 |
| 355 | | 568 | 3 |
| 360 | | 558 | 3 |
| 384 | | 631 | 4 |
| 388 | | 598 | 4 |
| 428 | | 2301 | 12 |
| 433 | | 1458 | 7 |
| 433 | | 2301 | 12 |
| 434 | | 2301 | 12 |
| 436 | | 1598 | 8 |
| 440 | | 2301 | 12 |
| 588 | | 2947 | 15 |
| 591 | | 2873 | 15 |
| 596 | | 2916 | 15 |
| 606 | | 2939 | 15 |
| 617 | | 1064 | 6 |

### I N D E X

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 623 | | 1072 | 6 |
| 624 | | 1077 | 6 |
| 626 | | 1093 | 6 |
| 627 | | 1090 | 6 |
| 628 | | 1159 | 6 |
| 647 | | 1058 | 6 |
| 652 | | 1108 | 6 |
| 682 | | 1207 | 6 |
| 704 | | 697 | 4 |
| 706 | | 1521 | 7 |
| 708 | | 1251 | 6 |
| 713 | | 1033 | 5 |
| 761 | | 1226 | 6 |
| 762 | | 1726 | 8 |
| 768 | | 1700 | 8 |
| 783 | | 1239 | 6 |
| 785 | | 1241 | 6 |
| 787 | | 1243 | 6 |
| 799 | | 1200 | 6 |
| 800 | | 1197 | 6 |
| 801 | | 1189 | 6 |

## I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 805 | | 766 | 4 |
| 806 | | 1224 | 6 |
| 812 | | 3041 | 15 |
| 813 | | 3041 | 15 |
| 814 | | 3041 | 15 |
| 815 | | 3041 | 15 |
| 917 | | 759 | 4 |
| 939 | | 648 | 4 |
| 949 | | 1441 | 7 |
| 1065 | | 1110 | 6 |
| 1172 | | 1711 | 8 |
| 1231 | | 2845 | 14 |
| 1232 | | 2845 | 14 |
| 1348 | | 680 | 4 |
| 1349 | | 680 | 4 |
| 1351 | | 680 | 4 |
| 1352 | | 680 | 4 |
| 1353 | | 680 | 4 |
| 1362 | | 2103 | 10 |
| 1363 | | 2103 | 10 |
| 1366 | | 2103 | 10 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1376 | | 1452 | 7 |
| 1378 | | 1460 | 7 |
| 1380 | | 1464 | 7 |
| 1385 | | 1472 | 7 |
| 1386 | | 1481 | 7 |
| 1390 | | 1457 | 7 |
| 1391 | | 1488 | 7 |
| 1410 | | 819 | 5 |
| 1417 | | 1579 | 8 |
| 1436 | | 1557 | 8 |
| 1438 | | 1668 | 8 |
| 1440 | | 1577 | 8 |
| 1442 | | 1561 | 8 |
| 1478 | | 811 | 5 |
| 1483 | | 1884 | 10 |
| 1484 | | 1886 | 10 |
| 1485 | | 1890 | 10 |
| 1492 | | 1903 | 10 |
| 1493 | | 1910 | 10 |
| 1496 | | 1897 | 10 |
| 1515 | | 756 | 4 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1517 | | 753 | 4 |
| 1519 | | 770 | 4 |
| 1520 | | 774 | 4 |
| 1522 | | 803 | 5 |
| 1524 | | 858 | 5 |
| 1526 | | 702 | 4 |
| 1530 | | 922 | 5 |
| 1532 | | 2110 | 11 |
| 1537 | | 704 | 4 |
| 1545 | | 825 | 5 |
| 1546 | | 823 | 5 |
| 1549 | | 822 | 5 |
| 1704 | | 763 | 4 |
| 1710 | | 3164 | 16 |
| 1764 | | 1618 | 8 |
| 1766 | | 1610 | 8 |
| 1768 | | 1613 | 8 |
| 1977 | | 2811 | 14 |
| 1978 | | 2811 | 14 |
| 1979 | | 2811 | 14 |
| 1980 | | 2811 | 14 |

## I N D E X

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 2050 | | 1033 | 5 |
| 2051 | | 1033 | 5 |
| 2052 | | 1033 | 5 |
| 2054 | | 1033 | 5 |
| 2062 | | 2110 | 11 |
| 2698 | | 721 | 4 |
| 2720 | | 1371 | 7 |
| 2724 | | 1373 | 7 |
| 2726 | | 1344 | 7 |
| 2728 | | 1386 | 7 |
| 2731 | | 1336 | 7 |
| 2903 | | 2897 | 15 |
| 5187 | | 1130 | 6 |
| 5255 | | 1067 | 6 |
| 5399 | | 1134 | 6 |
| 5488 | | 2021 | 10 |
| 5497 | | 2079 | 10 |
| 5504 | | 2000 | 10 |
| 5509 | | 2013 | 10 |
| 5519 | | 211 | 2 |
| 5520 | | 2050 | 10 |

## I N D E X

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 5528, pages 1 and 12 | | 2991 | 15 |
| 5530 | | 2073 | 10 |
| 5580 | | 1289 | 6 |
| 5641 | | 1459 | 7 |
| 5653 | | 873 | 5 |
| 5666 | | 1510 | 7 |
| 5674 | | 1291 | 6 |
| 5696 | | 840 | 5 |
| 5714 | | 850 | 5 |
| 5718 | | 746 | 4 |
| 5734 | | 1947 | 10 |
| 5735 | | 1959 | 10 |
| 5809 | | 619 | 4 |
| 5816 | | 877 | 5 |
| 5820 | | 1570 | 8 |
| 5911 | | 901 | 5 |
| 5921 | | 547 | 3 |
| 5932 | | 1498 | 7 |
| 5941, cover page, page 10 and page 11 only | | 907 | 5 |
| 5945, page 46 | | 1750 | 8 |
| 5956 | | 1283 | 6 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 5963 | | 1206 | 6 |
| 5973 | | 1643 | 8 |
| 5996 | | 1285 | 6 |
| 6044 | | 902 | 5 |
| 6056 | | 345 | 3 |
| 6066 | | 1157 | 6 |
| 6133 | | 1258 | 6 |
| 6178, pages 112 and 132 | | 3135 | 16 |
| 6190 | | 1905 | 10 |
| 6288 | | 3169 | 16 |
| 6390 | | 843 | 5 |
| 6446 | | 1117 | 6 |
| 6454 | | 1023 | 5 |
| 6461 | | 373 | 3 |
| 6462 | | 1007 | 5 |
| 6464 | | 993 | 5 |
| 6465 | | 1018 | 5 |
| 6479 | | 1021 | 5 |
| 6485 | | 3103 | 16 |
| 6487 | | 960 | 5 |
| 6488 | | 969 | 5 |

## I N D E X

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 6618 | | 3031 | 15 |
| 6619 | | 3032 | 15 |
| 6621 | | 3030 | 15 |
| 6691 | | 3090 | 16 |
| 6836 | | 3073 | 16 |
| 6839 | | 3083 | 16 |
| 6840 | | 3085 | 16 |
| 6848 | | 3081 | 16 |
| 6849 | | 3084 | 16 |
| 6853 | | 3074 | 16 |
| 6903 | | 2372 | 12 |
| 6924 | | 2372 | 12 |
| 6931 | | 2372 | 12 |
| 6932 | | 2372 | 12 |
| 6940 | | 2372 | 12 |
| 6941 | | 2372 | 12 |
| 6950 | | 2372 | 12 |
| 6952 | | 2372 | 12 |
| 6956 | | 2302 | 12 |
| 6989 | | 2611 | 13 |
| 6991 | | 2611 | 13 |

## I N D E X

## E X H I B I T S

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 6993 | | 2611 | 13 |
| 6994 | | 2611 | 13 |
| 7002 | | 2711 | 13 |
| 7006 | | 2711 | 13 |
| 7008 | | 2711 | 13 |
| 7011 | | 2611 | 13 |
| 7020 | | 2611 | 13 |
| 7028 | | 2611 | 13 |
| 7031 | | 2611 | 13 |
| 7073 | | 2611 | 13 |
| 7079 | | 2611 | 13 |
| 7089 | | 2611 | 13 |
| 7090 | | 2611 | 13 |
| 7095 | | 2611 | 13 |
| 7102 | | 2611 | 13 |
| 7114 | | 2611 | 13 |
| 7115 | | 2611 | 13 |
| 7178 | | 2611 | 13 |
| 7179 | | 2611 | 13 |
| 7260 | | 2984 | 15 |
| 8004 | | 1991 | 10 |

## I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 8005 | | 1993 | 10 |
| 8009 | | 1777 | 8 |
| 8019 | | 1892 | 10 |
| 8020 | | 1005 | 5 |
| 8021 | | 1014 | 5 |
| 8022 | | 301 | 2 |
| 8024 | | 985 | 5 |
| 8025 | | 829 | 5 |
| 8028 | | 295 | 2 |
| 8029 | | 1186 | 6 |
| 8030 | | 1327 | 7 |
| 8033 | | 1676 | 8 |
| 8045 | | 2025 | 10 |
| 8054 | | 2836 | 14 |
| 8519 | | 952 | 5 |
| 8520 | | 910 | 5 |
| 8522 | | 950 | 5 |
| 8523 | | 920 | 5 |
| 8526 | | 947 | 5 |
| 8539 | | 1572 | 8 |
| 8554 | | 1586 | 8 |

## **I N D E X**

### **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 8555 | | 1592 | 8 |
| 8564 | | 1230 | 6 |
| 8567 | | 2903 | 15 |
| 8568 | | 1233 | 6 |
| 8574 | | 1567 | 8 |
| 8576 | | 1729 | 8 |
| 8594 | | 3160 | 16 |
| 8613 | | 1977 | 10 |
| 8636 | | 2910 | 15 |
| 9001 | | 255 | 2 |
| 9016 | | 2077 | 10 |
| 9051 | | 1770 | 8 |
| 9052 | | 1770 | 8 |
| 9053 | | 1770 | 8 |
| 9200 | | 2061 | 10 |
| 9500 | | 3115 | 16 |
| 9708 | | 2611 | 13 |
| 9900 | | 3077 | 16 |
| 10002 | | 383 | 3 |
| 10004 | | 3006 | 15 |
| 10005 | | 3019 | 15 |

## I N D E X

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 10010 | | 3003 | 15 |
| 10018 | | 523 | 3 |
| 10020 | | 529 | 3 |
| 10026 | | 2068 | 10 |
| 10028 | | 3041 | 15 |
| 10104 | | 365 | 3 |
| 10171 | | 3041 | 15 |
| 10184 | | 3041 | 15 |
| 10193 | | 3041 | 15 |
| 10194 | | 3041 | 15 |
| 10196 | | 3041 | 15 |
| 10198 | | 3041 | 15 |
| 10521 | | 2967 | 15 |
| 10538 | | 3024 | 15 |
| 10540 | | 3025 | 15 |
| 10677 | | 2096 | 10 |
| 10684 | | 2066 | 10 |
| 10692 | | 3110 | 16 |
| 10694 | | 3110 | 16 |
| 10708 | | 3110 | 16 |
| 10811 | | 2811 | 14 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 10883 | | 889 | 5 |
| 10928 | | 885 | 5 |
| 11110 | | 624 | 4 |
| 11221 | | 2813 | 14 |
| 11222 | | 2813 | 14 |
| 11226 | | 2813 | 14 |
| 11227 | | 2813 | 14 |
| 11229 | | 2813 | 14 |
| 11370 | | 680 | 4 |
| 11373 | | 3117 | 16 |
| 11405 | | 2103 | 10 |
| 11406 | | 2103 | 10 |
| 11409 | | 1625 | 8 |