***ERRATA SHEET***
*Epic Games, Inc. v. Google, LLC et al.*, **Case No. 3:20-cv-05671-JD**
*In re: Google Play Store Antitrust Litigation,* **Case No. 3:21-md-02981-JD**

**Purnima Kochikar**
11/9/2023 (Volume 5)

| Page | Line(s) | Original | Correction |
|---|---|---|---|
| 817 | 2 | "Call marketing" | "co-marketing" |

**Emily Garber**
11/9/2023 (Volume 5)

| Page | Line(s) | Original | Correction |
|---|---|---|---|
| 961 | 19 | "hatch sign" | "hash sign" |