Volume 12

Pages 2292 - 2518

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE          )
ANTITRUST LITIGATION,            )
                                 )   **NO. 21-md-02981-JD**
_____  )
THIS DOCUMENT RELATES TO:        )
                                 )
EPIC GAMES, INC.,                )
                                 )
          Plaintiff,             )
                                 )
  VS.                            )   **NO. 3:20-cv-05671-JD**
                                 )
GOOGLE, LLC., et al.,            )
                                 )
          Defendants.            )
_____  )


San Francisco, California

Monday, November 27, 2023


**<u>TRANSCRIPT OF PROCEEDINGS</u>**



STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**APPEARANCES**:

For Plaintiff:

        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York  10019
BY:  **GARY BORNSTEIN, ATTORNEY AT LAW**
     **YONATAN EVEN, ATTORNEY AT LAW**
     **LAUREN MOSKOWITZ, ATTORNEY AT LAW**
     **MICHAEL ZAKEN, ATTORNEY AT LAW**
     **BRENT BYARS, ATTORNEY AT LAW**
     **ANDREW WIKTOR, ATTORNEY AT LAW**

For Defendants:

        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue - 50th Floor
        Los Angeles, California  90071
BY:  **GLENN POMERANTZ, ATTORNEY AT LAW**
     **JAMIE LUGURI, ATTORNEY AT LAW**
     **KURUVILLA J. OLASA, ATTORNEY AT LAW**
     **NICK R. SIDNEY, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        601 Massachusetts Avenue NW
        Suite 500 East
        Washington, DC  20001
BY:  **JONATHAN KRAVIS, ATTORNEY AT LAW**
     **LAUREN BELL, ATTORNEY AT LAW**

        MORGAN, LEWIS & BOCKIUS LLP
        One Market - Spear Street Tower
        San Francisco, California  94105
BY:  **MICHELLE PARK CHIU, ATTORNEY AT LAW**
     **LEIGHA BECKMAN, ATTORNEY AT LAW**
     **BRIAN ROCCA, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        560 Mission Street - 27th Floor
        San Francisco, California  94105
BY:  **JUSTIN P. RAPHAEL, ATTORNEY AT LAW**

<u>**I N D E X**</u>

Monday, November 27, 2023 - Volume 12

| <u>**PLAINTIFF'S WITNESSES**</u> | <u>**PAGE**</u> | <u>**VOL.**</u> |
|---|---|---|
| <u>**CRAMER, CHRISTIAN**</u> | | |
| By Video Deposition | 2301 | 12 |
| | | |
| <u>**BARNES, NED**</u> | | |
| (SWORN) | 2301 | 12 |
| Direct Examination by Mr. Byars | 2302 | 12 |
| Cross-Examination by Mr. Rocca | 2317 | 12 |
| Redirect Examination by Mr. Byars | 2333 | 12 |
| | | |
| <u>**BERNHEIM, BERT DOUGLAS**</u> | | |
| (SWORN) | 2372 | 12 |
| Direct Examination by Mr. Bornstein | 2372 | 12 |
| Cross-Examination by Mr. Raphael | 2455 | 12 |
| Redirect Examination by Mr. Bornstein | 2510 | 12 |
| | | |
| <u>**DEFENDANT'S WITNESSES**</u> | <u>**PAGE**</u> | <u>**VOL.**</u> |
| | | |
| <u>**SKINNER, DOUGLAS**</u> | | |
| (SWORN) | 2335 | 12 |
| Direct Examination by Mr. Rocca | 2335 | 12 |
| Cross-Examination by Mr. Byars | 2350 | 12 |
| Redirect Examination by Mr. Rocca | 2370 | 12 |

<u>**E X H I B I T S**</u>

| <u>**TRIAL EXHIBITS**</u> | <u>**IDEN**</u> | <u>**EVID**</u> | <u>**VOL.**</u> |
|---|---|---|---|
| 428 | | 2301 | 12 |
| 433 | | 2301 | 12 |
| 434 | | 2301 | 12 |
| 440 | | 2301 | 12 |
| 6903 | | 2372 | 12 |
| 6924 | | 2372 | 12 |
| 6931 | | 2372 | 12 |

# <u>I N D E X</u>

## <u>E X H I B I T S</u>

| <u>TRIAL EXHIBITS</u> | <u>IDEN</u> | <u>EVID</u> | <u>VOL.</u> |
|---|---|---|---|
| 6932 | | 2372 | 12 |
| 6940 | | 2372 | 12 |
| 6941 | | 2372 | 12 |
| 6950 | | 2372 | 12 |
| 6952 | | 2372 | 12 |
| 6956 | | 2302 | 12 |

<u>**Monday - November 27, 2023**</u>                    <u>**9:04 a.m.**</u>

**P R O C E E D I N G S**

**---oOo---**

(Proceedings were heard out of the presence of the jury:)

**THE CLERK:**  We're on the record in Civil 20-5671, Epic Games, Inc. vs. Google LLC, and Multidistrict Litigation 21-2981, In re Google Play Store Antitrust Litigation.

**MR. BORNSTEIN:**  Good morning, Your Honor.  Gary Bornstein for Epic Games.

**MR. POMERANTZ:**  Good morning, Your Honor. Glenn Pomerantz on behalf of Google.

**THE COURT:**  Okay.  Are we all set?

**MR. BORNSTEIN:**  We had just one thing, Your Honor, on our side that we wanted to raise.

**THE COURT:**  Yes.

**MR. BORNSTEIN:**  Nothing to be done immediately, but the parties have spent a lot of time trying to streamline things in light of the conversation that we had before the holiday.  I'm pleased to report we've made some success.

**THE COURT:**  All right.

**MR. BORNSTEIN:**  We are, for example, dropping one of the fact witnesses that we were going to be presenting by deposition this morning --

**THE COURT:**  That's good.

**MR. BORNSTEIN:**  -- and streamline some of the expert

1  testimony as well.

2       The one thing I just wanted to put on Your Honor's radar

3  one more time was the importance, from Epic's perspective, of

4  having an opportunity for rebuttal testimony from the

5  economists.  We've spent a bunch of time trying to figure that

6  out.  There are two main issues that I just wanted to flag.

7       One is that there are certain issues in which the

8  defendants bear the burden of proof, and so our economists

9  addressed those matters just in their rebuttal reports once we

10  got the Google economist reports.

11      And the other is we really did try to figure out how we

12  could do it otherwise, how we could present everything without

13  rebuttal, and it really would require anticipating what the

14  Google economists would say, explaining their opinions, then

15  responding to them for things that may be -- they would never

16  present in the first place.

17      So our view that I just wanted to present one more time,

18  Your Honor, was that it would streamline things for our

19  presentation and for the jury by not introducing matters that

20  wouldn't otherwise have to be addressed, and my expectation is

21  any rebuttal that we do can be very brief, focused on just the

22  issues that the Google economists present.

23           **THE COURT:**  What do you think?

24           **MR. POMERANTZ:**  Well, Your Honor, you know,

25  Mr. Bornstein referenced the reports.  I am almost certain that

**PROCEEDINGS**

 1  their two economists will be testifying to things in their

 2  rebuttal reports during their testimony that's about to happen

 3  later today and tomorrow.  Whether they need a rebuttal case or

 4  not, given that they have it, is really something that

 5  Your Honor can assess at the time.

 6          **MR. BORNSTEIN:**  I'll just add, Your Honor, the parties

 7  had agreed beforehand, and we had talked about this at the

 8  trial conference, I realize it's not binding on the Court, but

 9  the parties had agreed that we would have the opportunity to

10  present rebuttal testimony from our economists.

11          **THE COURT:**  All right.  Let's -- I won't rule it out.

12  Okay?  But I don't want 45 minutes, this is just -- you know,

13  45 minutes of direct and then 3 hours of, quote/unquote,

14  "rebuttal."

15          **MR. BORNSTEIN:**  Absolutely not, no.

16          **THE COURT:**  I don't want that.  So if we can make it

17  work and it will save some time, we can try it.  Okay?

18          **MR. BORNSTEIN:**  I appreciate that, Your Honor.

19          **THE COURT:**  Now, who do we have first this morning?

20          **MR. BORNSTEIN:**  Well, first, we're just getting the

21  one fact deposition out of the way, which is by video.  That

22  will be less than 20 minutes total for both sides.  And then

23  we're beginning with the accounting experts from both sides.

24          **THE COURT:**  Okay.  We can make that quick I think.

25          **MR. BORNSTEIN:**  I think so too.

PROCEEDINGS

1          **THE COURT:**  All right.

2          **MR. BORNSTEIN:**  I think our examination is going to be

3     15 to 20 minutes total.

4          **THE COURT:**  All right.  And then what about -- and

5     then the economists?

6          **MR. BORNSTEIN:**  The economists will come after the

7     accountants from both sides.

8          **THE COURT:**  All right.  Let's not spiral into a black

9     hole of econometrics and Section 2 analysis.  Let's keep it --

10    all right.  I will help guide if necessary, but I want to

11    reiterate what I said on Tuesday.  This is the week to wrap up

12    the facts.  All right?  And we're going to press hard.

13         **MR. BORNSTEIN:**  I understand.

14         **THE COURT:**  We're going to drive the wagon train over

15    the pass and reach the Promised Land.  Okay?  That's what we're

16    going to do.

17         Okay.  Let's bring the jury in.

18         (Proceedings were heard in the presence of the jury:)

19         **THE CLERK:**  Calling Civil 20-5671, Epic Games, Inc.

20    vs. Google LLC, and Multidistrict Litigation 21-2981, In re

21    Google Play Store Antitrust Litigation.

22         Counsel.

23         **MR. BORNSTEIN:**  Good morning, Your Honor.  Gary

24    Bornstein for Epic Games.  I have with me today Yonatan Even,

25    Michael Zaken, Andrew Wiktor, Lauren Moskowitz, and Brent

PROCEEDINGS

1    Byars.

2         **MR. POMERANTZ:**  Good morning, Your Honor.

3    Glenn Pomerantz on behalf of Google, and with me are

4    Lauren Bell, Michelle Park Chiu, Lara Kollios, Jonathan Kravis,

5    Leigha Beckman, and Brian Rocca.

6         **THE COURT:**  Okay.  All right.  We're back.  We're

7    going to work very, very hard to get the evidence closed this

8    week.  I can't promise it.  As I said during jury selection,

9    it's a live show; but all of us are focused on doing that, so

10   we're going to drive and drive hard.  Okay?

11      All right.  Who do we have first?

12        **MR. BORNSTEIN:**  We're easing into things today,

13   Your Honor.  We have a very short video deposition testimony

14   from Christian Cramer.

15        **THE COURT:**  Okay.

16        **MR. BORNSTEIN:**  That's C-R-A-M-E-R.

17      And we have four exhibits to move in without objection,

18   Your Honor.

19        **THE COURT:**  All right.

20        **MR. BORNSTEIN:**  Shall I wait for Ms. Clark or --

21        **THE COURT:**  Yes, please.  Just do it, yeah.

22        **MR. BORNSTEIN:**  The four exhibits we'd like to move

23   in, Your Honor, are 428, 433, 434, and 440.

24        **THE COURT:**  Any objection?

25        **MR. ROCCA:**  No objection.

 1          THE COURT:  Okay.  They're admitted.

 2       (Trial Exhibits 428, 433, 434, and 440 received in

 3        evidence.)

 4          MR. BORNSTEIN:  Thank you, Your Honor.

 5              (Video was played but not reported.)

 6          MR. BYARS:  Good morning, Your Honor.  Brent Byars for

 7   Epic.

 8       Epic calls Mr. Ned Barnes.

 9          THE COURT:  Okay.

10                  (Pause in proceedings.)

11          THE CLERK:  Please raise your right hand.

12                      **NED BARNES**,

13   called as a witness for the Plaintiff, having been duly sworn,

14   testified as follows:

15          THE WITNESS:  Yes, I do.

16          THE CLERK:  Thank you.  Please be seated.

17       Please state your full name for the Court and spell your

18   last name.

19          THE WITNESS:  Ned Barnes, B-A-R-N-E-S.

20          THE CLERK:  Thank you.

21          MR. BYARS:  Your Honor, to expedite things a little,

22   the parties have agreed that a summary exhibit reflecting

23   Mr. Barnes' analysis could be admitted at this time.  So I

24   offer into evidence Exhibit 6956.

25          MR. ROCCA:  No objection.

1          **THE COURT:**  Okay.  It's admitted.

2       (Trial Exhibit 6956 received in evidence.)

3                    **DIRECT EXAMINATION**

4    BY MR. BYARS:

5    **Q.**   Mr. Barnes, what line of work are you in?

6    **A.**   I am a forensic accountant.  I'm also a CPA, certified

7    public accountant.

8    **Q.**   Where do you work, Mr. Barnes?

9    **A.**   I'm affiliated with a consulting firm called the Berkeley

10   Research Group, or BRG for short, headquartered across the bay

11   in Emeryville.

12   **Q.**   Can you explain for the jury what a forensic accountant

13   does?

14   **A.**   Yes.  Forensic accounting is a branch of accounting that

15   involves the investigation, analysis, and review of accounting

16   records and other business financial records; and forensic

17   accountants typically employ a set of methods, tools, and

18   techniques to investigate and verify the integrity and the

19   reliability of accounting data and other business data.

20   **Q.**   Mr. Barnes, do you have credentials, educational

21   credentials, relevant to your work?

22   **A.**   Yes, I do.  As I mentioned, I'm a CPA, I'm a licensed CPA,

23   and I'm also a certified fraud examiner, and I have a Bachelor

24   of Science degree in accounting from George Mason University.

25   **Q.**   Could you please briefly explain some of the assignments

1  that you've performed as a forensic accountant?

2  **A.**   Sure.  It varies quite a bit, but I've conducted

3  investigations involving allegations of embezzlement or

4  corporate fraud.

5      I've utilized forensic accounting techniques to conduct

6  valuations of businesses or individual business units and

7  business assets.

8      And as it relates specifically to this case, I have

9  utilized forensic accounting techniques to investigate and

10  analyze accounting data, including profit and loss statements,

11  for businesses.

12  **Q.**   And have you previously been qualified as a forensic

13  accountant in other cases?

14  **A.**   Yes, I have.

15      **MR. BYARS:**  Your Honor, Epic offers Mr. Barnes as an

16  expert in forensic accounting.

17      **MR. ROCCA:**  No objection.

18      **THE COURT:**  Okay.  He is qualified on that topic.

19      **MR. BYARS:**  Thank you, Your Honor.

20  **BY MR. BYARS:**

21  **Q.**   Mr. Barnes, could you please describe the assignment that

22  we asked you to perform in this case?

23  **A.**   Sure.  I was asked to investigate and determine the

24  operating profitability and the operating profit margin

25  percentages for the Google Play Store or Google Play.

1   Q.   And were you able to accomplish that assignment?

2   A.   Yes, I was.

3   Q.   If I could ask Ms. McGuire to go to the slide showing your

4   results.

5        Could you please explain what appears on this slide for

6   the jury?

7   A.   Sure.  It's not on my screen, but I can look over here.

8        This is a slide that shows --

9             THE COURT:  Just tap that thing.

10            THE WITNESS:  Oh, okay.

11            THE COURT:  Did it come up?

12  BY MR. BYARS:

13  Q.   Mr. Barnes, it may also be in the pocket --

14  A.   It came up now.  Thank you, Your Honor.

15            THE COURT:  Jury, you can see it?

16       Okay.  Good.

17       Okay.  Go ahead.

18            THE WITNESS:  So this slide reflects, from 2014 to

19  2021, the operating profits that Google Play generated as well

20  as a calculation of the operating profit percentage.

21  BY MR. BYARS:

22  Q.   And I'd like to break it down in pieces.

23       First, the blue columns, what do those represent?

24  A.   Those columns are for each year the amount of operating

25  profit that Google Play generated.

1  Q.   And how would you generally define "operating profit"?

2  A.   Operating profit is essentially what's left over after all

3  of the relevant operating expenses are deducted from the

4  revenues that a business generates.

5  Q.   And what does the yellow line represent?

6  A.   The yellow line is a calculation we call operating profit

7  percentage, which is calculated by taking the amount of the

8  operating profit and dividing it by the revenue.

9  Q.   So just to give a practical example, if a company

10  generated $100 in revenue and had a 71 percent margin, what

11  would that mean for its profits?

12  A.   That would mean that there were $29 worth of costs and

13  there were -- after you deduct those costs, there are $71 of

14  profit, which would be a 71 percent profit margin.

15  Q.   And how did you determine the results that are shown in

16  this slide?

17  A.   These results were obtained from my review of business

18  records, profit and loss statements, that were maintained at

19  Google in the normal course of business for Google Play.

20  Q.   And did you do any other investigation to determine

21  whether these results are reliable and accurate?

22  A.   Yes, I did.

23  Q.   Could you please explain the investigation you performed?

24  A.   So, first, I investigated the manner in which the

25  Google Play profit and loss statements were maintained at

1  Google, and I was able to determine that they were prepared and

2  maintained on a regular and consistent basis in the normal

3  course of business.

4      Second, I investigated and analyzed the extent to which

5  the results, such as these results, were communicated beyond

6  Google Play up the chain of command; and I was able to confirm

7  that on a regular basis, these results were communicated to

8  various Google executives, including the CFO and the Alphabet

9  board of directors.

10 **Q.**  And the jury has heard testimony from Mr. Pichai and

11 Mr. Cramer just now that the Google Play P&L statements don't

12 include all costs, that they only include costs that the

13 Google Play team can directly control.  Have you seen that

14 testimony?

15 **A.**  I have seen that testimony.

16 **Q.**  Okay.  Is that statement consistent with the results of

17 your investigation?

18 **A.**  It is not.

19 **Q.**  Could you explain for the jury why not?

20 **A.**  So my investigation found that the Google Play profit and

21 loss statements, which are reflected here, include not only

22 direct costs that would be under the control of Google Play but

23 they include significant allocations of costs that would be

24 controlled or managed by other organizations within Google or

25 centrally at Google corporate.

1  **Q.**  And not to get too technical, but for the nonaccountants

2  in the room, can you explain how allocations work as you've

3  described them?

4  **A.**  Sure.  Certainly.  An allocation of a cost, if there's a

5  cost center that is -- that utilizes or is utilized by several

6  different business units within the company, the management of

7  the company will make a determination typically as to how much

8  of that cost should be assigned to an individual business unit,

9  such as Google Play.  That's what we call an allocation of a

10  cost.

11  **Q.**  And we have a demonstrative showing some examples.

12      Ms. McGuire.  Thank you.

13      Mr. Barnes, could you explain what this slide is

14  depicting?

15  **A.**  Sure.  During the discovery process of this case, Google

16  was asked to explain several of the costs that appeared on the

17  Google Play P&Ls, and these are some examples of costs which

18  Google explained were not part of costs that would be managed

19  at the Google Play level.

20  **Q.**  And so, for example, the first one reads "Central" and

21  Google explained that it was costs managed at the central

22  Google level.  Is that an example you're describing?

23  **A.**  That's right.  And in their corporate financial

24  statements, their total company-wide financial statements, they

25  include costs such as technical infrastructure and even

1   depreciation as part of those centralized costs.

2   **Q.**   And the other two boxes, here one refers to business

3   operations, one is real estate workplace services, how do you

4   know those are not under the direct control of Google Play

5   management?

6   **A.**   Because my investigation found that those two cost centers

7   were managed directly by Ms. Porat's group, the CFO of Google.

8   **Q.**   And just to make sure it's clear, the CFO is who?

9   **A.**   Ruth Porat.

10   **Q.**   And the "CFO" means the chief financial officer?

11   **A.**   Correct.

12   **Q.**   Thank you.

13        Just to make it very clear, the costs that are depicted

14   here as allocations, are those already reflected in the P&L

15   results that you're presenting to the jury?

16   **A.**   They are.   They are already part of the calculations that

17   we saw on the last slide.

18   **Q.**   And did your investigation determine whether the

19   Google Play P&Ls also reflected any costs relating to research

20   and development?

21   **A.**   Yes.

22   **Q.**   And did you see Mr. Pichai testify that, in fact, in his

23   opinion, the Google Plays were missing costs relating to R&D?

24   **A.**   I did see that testimony.

25   **Q.**   And is that testimony consistent with the results of your

1  investigation on that topic?

2  **A.**   It's not.

3  **Q.**   Could you explain why not?

4  **A.**   Because, again, my investigation of, you know, how Google

5  maintained their -- the Play profit and loss statements in the

6  normal course of business, I found that there were significant

7  direct R&D, research and development, which would be R&D

8  specific to Google Play, but also that there were significant

9  allocations of research and development that would come from

10  other business units or centrally from Google corporate.

11  **Q.**   And to be clear, the R&D costs that you're describing now,

12  are those also already included in the Google Play P&L data

13  that you're presenting to the jury?

14  **A.**   Yes, they are.  They are reflected in the figures that we

15  saw on the first slide.

16  **Q.**   And is it proper for a business like Google to determine

17  that costs that benefit multiple business units should be

18  allocated to those various business units?

19  **A.**   Certainly.  That's very typical and provided it's done in

20  an appropriate manner, it's very common to allocate costs that

21  way.

22  **Q.**   And has your investigation confirmed whether or not, in

23  fact, Google did allocate those shared costs among its business

24  units?

25  **A.**   Yes, I believe they did.

1   Q.   And was there any other piece of your investigation that

2   you conducted to confirm that the Play P&L data was accurate?

3   A.   Yes.  I also performed what accountants refer to as a

4   reconciliation or a tie-out.  So by that I mean I was able to

5   identify from Google business records revenue and operating

6   profit data for all of their business units, not just

7   Google Play, and I was able to reconcile that or tie it to

8   their corporate financial statements, which they report

9   publicly to the SEC and to the investment community.

10  Q.   And what does your ability to perform this reconciliation

11  or tie-out tell you about the reliability of the Play P&L

12  information?

13  A.   Well, it essentially means that all of the costs, all of

14  the -- essentially all of the costs that Google as a

15  corporation incurs have been allocated across the various

16  business units.

17  Q.   So does that allow you to determine whether there's some

18  missing bucket of costs that could be added to Play and,

19  therefore, reduce those margins?

20  A.   Yes, it does.  And aside from a very small, less than

21  2 percent, of revenue of unallocated costs, all of the costs

22  have been allocated to the various business units.

23  Q.   And in your investigation, have you identified anyone from

24  Google, either in the normal course of its business or even in

25  the context of this litigation, offering an alternative

1   calculation of profitability and profit margins based on adding

2   these costs that they contend should be added to the Play P&L?

3   **A.**   I have not seen any alternative calculation of

4   Google Play's operating profits.

5   **Q.**   Okay.  Earlier you observed that the Play profitability

6   information had been communicated to senior managers of Google

7   and Alphabet.  I'd like to show you briefly some examples here.

8        This slide is Exhibit 434, which is in evidence.

9        What, Mr. Barnes, did you infer from this document?

10  **A.**   Well, we just saw Mr. Cramer testify about this document.

11  This was an update on Google Play's performance that was

12  communicated to Ms. Porat, the CFO, and her Council, which was

13  senior business leaders at the company.

14  **Q.**   Okay.  And on the next page there's a slide from within

15  this document.

16       What information, as a forensic accountant, is this

17  communicating to you?

18  **A.**   Well, this, again, is consistent with what I found in my

19  work, and what's been highlighted here is one thing that's

20  important to note is that the CFO Council is recognizing that

21  Google Play is a highly profitable business and it has

22  consistently improving margins.

23  **Q.**   And I'd like to show you what this document is reporting

24  for the profitability and margins, for example, for 2017.  Do

25  you see that?

1  **A.**  I do.

2  **Q.**  And so in 2017 they were -- they were determining there

3  was a 3.5 billion in operating profits and representing a

4  margin of 52 percent; is that correct?

5  **A.**  That's correct, and that's consistent with my -- with my

6  investigation as well.

7  **Q.**  And what has happened to that operating profit and that

8  operating profit percentage since 2017?

9  **A.**  It's gone up considerably since 2017.

10  **Q.**  Look at the next slide, which is also in evidence.

11  Could you explain, you know, what you inferred from this

12  document?

13  **A.**  Yes.  Well, this is a document, one of several that I

14  reviewed, that indicates that Google Play's financial

15  performance is being reported all the way to the Alphabet board

16  of directors.

17  **Q.**  And is it relevant to you as a forensic accountant that

18  this information is being communicated to the Alphabet board of

19  directors?

20  **A.**  Absolutely.  The board of directors of any company,

21  including Google and Alphabet, is they have ultimate oversight

22  responsibility for the company's management.  And in my

23  experience, and this is consistent with the testimony we've

24  heard, information that is going to the board is -- the people

25  responsible for providing that are going to strive to ensure

1    that it's accurate, it's reliable, and it's complete.

2    **Q.**    And if we go to the next page, could you explain what you

3    were able to determine on the basis of this slide of the

4    document?

5    **A.**    Well, this slide shows that this is only for half the year

6    in 2020.  So you have to make sure you take that into account.

7    But for the first half of 2020, Google Play -- what was being

8    communicated to the board is that Google Play generated

9    $4.4 billion worth of operating profit, which was a 65 percent

10   operating profit margin.

11   **Q.**    And were you able to determine, in fact, what the

12   operating profit for the entire year of 2020 was?

13   **A.**    Yes.  It was around 9 and a half billion dollars.

14   **Q.**    And just to address something else that Mr. Cramer

15   testified about, when you were assessing Play profitability,

16   did you include the revenues and costs associated with the ads

17   that appear in the Play Store?

18   **A.**    Yes, I did.

19   **Q.**    And have you seen at some times, as Mr. Cramer referenced,

20   there being P&L data that excludes costs and revenues related

21   to ads?

22   **A.**    Yes.  There were situations where they would have a P&L

23   that would not have the ads revenue; but from my review, on

24   balance, when information for Google Play's performance was

25   being reported to senior levels of management and the board of

**BARNES - DIRECT / BYARS**

1  directors, they typically included the ad revenue and the costs

2  associated with those ads in the results.

3  **Q.**  And there's a footnote here that says (as read):

4       "Inclusive of 1.6 billion ads revenue."

5       Is that consistent with what you just explained?

6  **A.**  Yes.

7  **Q.**  And is this the only example of that that you've seen?

8  **A.**  No.  I've seen it in quite a number of other examples.

9  **Q.**  And, by the way, the board is being told that these

10  figures include ads revenue.  Is the board being told that this

11  excludes some missing periods -- missing set of costs related

12  to Android?

13  **A.**  No.  There's no notification of that.

14  **Q.**  Would that surprise you that the board was not being told

15  that there were Android costs missing from this data?

16  **A.**  Well, it would surprise me if, in fact, that were the

17  case, but that's not consistent with my investigation that

18  there are missing costs.

19  **Q.**  By the way, we saw Mr. Cramer testify earlier that the

20  Play P&Ls were only used by the management of Play.  Is that

21  consistent with your investigation of Google's business

22  records?

23  **A.**  No, it's not.

24  **Q.**  Why is that?

25  **A.**  Well, we just looked at two examples of where this

1  information is being reported to the CFO of Google and Alphabet

2  as well as the Alphabet board of directors.  They have a much

3  larger role in the company than just Google Play.

4  **Q.**   And if someone testified that Alphabet executives do not

5  assess Play profitability as a separate business unit but only

6  in connection with other business units, is that consistent

7  with the results of your investigation?

8  **A.**   No, that's not correct.  That's -- my investigation was

9  exactly the opposite of that.

10          **THE CLERK:**  What exhibit is already in evidence?

11          **MR. BYARS:**  Yes, they are.

12          **THE CLERK:**  No.  What exhibit number is it?

13          **MR. BYARS:**  Oh, I'm sorry.  The last few slides, 2728

14  as well as 434 are both in.

15          **THE CLERK:**  Okay.  Thank you.

16  BY MR. BYARS:

17  **Q.**   And were you able to calculate the total profits that

18  Google Play generated in the last decade, since 2011 through

19  2021, when the last date that we have is?

20  **A.**   Yes.  It's approximately $42 billion in operating profit.

21  **Q.**   And I'd like to -- I'd like to give you the opportunity to

22  address something that occurred earlier in this trial regarding

23  the payment processer called Paddle.  Did you see Mr. Owens of

24  Paddle testify about certain metrics that his company had used?

25  **A.**   I did.  I did read that testimony.

1  **Q.**   Did you read the testimony where Google's counsel asked

2  Mr. Owens what Paddle's gross profit margin was, and he said it

3  was around 50 percent?

4  **A.**   Yes, I saw that.

5  **Q.**   And would it be appropriate for anyone to compare Paddle's

6  gross profit margin of 50 percent to Google's profit margin of

7  71 percent that you've determined?

8  **A.**   No.  Those are two completely different metrics.  Gross

9  profit and operating profit are not comparable at all.

10  **Q.**   Okay.  In what way do they differ?

11  **A.**   Gross profit essentially only takes into account the

12  direct -- or the cost of sales associated with generating

13  revenue.  It doesn't take into account any of the operating

14  expenses that a business incurs.  Operating profit takes into

15  account all of the costs.

16  **Q.**   And Mr. Owens eventually testified as to the operating

17  profits that his company was generating.  Did you see that?

18  **A.**   Yes.  He said it would be a negative number.  He would

19  have a loss.

20  **Q.**   Sure.  And no profits, only losses; right?

21  **A.**   Correct.

22  **Q.**   So if somebody were wanting to conduct a comparison such

23  as the one suggested by Google's counsel, would this be the

24  appropriate comparison?

25  **A.**   Correct.  At the operating profit level, Google in 2021

1    was 71 percent; and according to Mr. Owens, Paddle would have

2    been a negative number.

3    **Q.**    Thank you.

4           **MR. BYARS:**  No further questions, Your Honor.

5           **THE COURT:**  Okay.  Pass the witness.

6           **MR. ROCCA:**  May I proceed, Your Honor?

7           **THE COURT:**  Yes.

8                          **CROSS-EXAMINATION**

9    BY MR. ROCCA:

10   **Q.**    Good morning.

11   **A.**    Good morning.

12   **Q.**    I'm Brian Rocca.  Nice to meet you.

13   **A.**    Nice to meet you, Mr. Rocca.

14   **Q.**    Some questions about your background to start.

15          You don't have an advanced degree in accounting; right?

16   **A.**    Just a Bachelor of Science degree, correct.

17   **Q.**    So you don't have a master's degree or a Ph.D. in

18   accounting?

19   **A.**    That's correct.

20   **Q.**    You aren't a professor of accounting; right?

21   **A.**    That's correct.

22   **Q.**    You don't regularly publish any research that is reviewed

23   by peers on the subject of accounting?

24   **A.**    That's correct.

25   **Q.**    Your principal job is to consult or testify in legal

1   disputes like this one; right?

2   **A.**   It's something that I do fairly frequently, but it's

3   not -- a fair amount of my work is also consulting outside of

4   litigation.

5   **Q.**   Your experience in accounting principally is in a

6   dispute-resolution context; right?

7   **A.**   It's a significant -- it's a significant portion, yes.

8   **Q.**   Now, you testified that you conduct investigations into

9   accounting fraud.  Do you remember testifying to that?

10  **A.**   I have done that.

11  **Q.**   Just to be clear, there's no allegation of fraud in this

12  case; right?

13  **A.**   No, not that I'm aware of.

14  **Q.**   In fact, you're asserting the opposite.  You're asserting

15  that Google's accounting records are credible here; right?

16  **A.**   That was the results of my inquiry, yes.

17  **Q.**   So, Mr. Barnes, there are four topics I want to ask you

18  about, and I think we can move through these very quickly and

19  efficiently.

20      The first one, you understand that Google Play is an app

21  store; right?

22  **A.**   I do.

23  **Q.**   You're not offering any opinion here as to whether

24  Google Play earns higher profit margins compared to any other

25  app store; right?

**BARNES - CROSS / ROCCA**

1    **A.**   I have not -- I'm not offering that opinion.  I have not

2    made that inquiry.

3    **Q.**   So, for example, you're not offering any opinion here that

4    Google Play earns higher profit margins compared to the Apple

5    App Store; right?

6    **A.**   I am not.

7    **Q.**   You're not offering any opinion here that Google Play

8    earns higher profit margins compared to the Samsung

9    Galaxy Store; right?

10   **A.**   That's correct.

11   **Q.**   Same thing for the Amazon Appstore; right?

12   **A.**   Correct.

13   **Q.**   Same thing for the Sony PlayStation Store; right?

14   **A.**   Correct.

15   **Q.**   Same thing for the Microsoft store for Xbox; right?

16   **A.**   Correct.

17   **Q.**   And the same thing for the Nintendo EShop; right?

18   **A.**   Correct.

19   **Q.**   Same thing for the Steam store; right?

20   **A.**   I'm sorry.  I don't know -- I'm not familiar with that

21   one.

22   **Q.**   It's another store on PCs --

23   **A.**   Okay.

24   **Q.**   -- is the Steam store.

25   **A.**   I haven't offered that, no.

1  **Q.**   Okay.  So I have a demonstrative here to capture this

2  testimony.

3       Phil, if you could put up Slide 2.

4       So just so we're clear, Mr. Barnes, in this case you're

5  not offering any opinion as to whether Google has higher profit

6  margins for Google Play compared to any other entity offering

7  similar services; right?

8  **A.**   That is correct.

9  **Q.**   You can pull that down, Phil.

10      Now, you did compare a moment ago Play's margin to the

11  margin of a company called Paddle.  Do you remember that?

12  **A.**   I was shown a slide regarding that, yes.

13  **Q.**   Right.  And your slide cited trial testimony from the

14  founder of Paddle.  Do you remember that?

15  **A.**   Yes, Mr. Owens.

16  **Q.**   And you're familiar with Mr. Owens' testimony from earlier

17  in this trial?

18  **A.**   Yes.  I wasn't here, but I read it.

19  **Q.**   Okay.  Great.

20      Let's put up your slide.

21      First of all, this is Slide 3, Phil.

22      So this is the slide you just looked at; right?

23  **A.**   Correct.

24  **Q.**   Now let's put up Slide 4, Phil, which is the testimony

25  from Mr. Owens.

1    Now you see in this testimony, Mr. Barnes, that Paddle

2  doesn't have an app store; right?  You see that in the first Q

3  and A?

4  **A.**   I do.

5  **Q.**   And you see that he admits that Google Play is an app

6  store; right?

7  **A.**   Yes.

8  **Q.**   And he admits that Google Play does more than just process

9  payments; correct?

10  **A.**   Correct.

11  **Q.**   Okay.  So let's update our demonstrative to Slide 5.

12  Okay?

13    So just so we're clear, you're comparing Google Play's

14  profitability in this Paddle example to something that is not

15  an app store; right?

16  **A.**   That is correct.

17  **Q.**   You can take that down.

18    Second topic.  There are a number of factors that

19  contribute to a company's profit margins; right?

20  **A.**   There certainly can be.

21  **Q.**   And there can be a number of factors that enable a company

22  to earn high profit margins; right?

23  **A.**   There certainly can be in the abstract, yes.

24  **Q.**   So, for example, a company's operations may contribute to

25  high profit margins; right?

1    **A.**   It's possible.

2    **Q.**   So a company's operations could lead to higher revenues

3    which could impact profitability; right?

4    **A.**   Right.  If management operates the company efficiently,

5    that could be -- that could contribute to higher profit

6    margins.

7    **Q.**   Right.  And that could mean lower costs if they operate

8    efficiently; right?

9    **A.**   Correct.

10   **Q.**   A strong brand might be another factor that contributes to

11   a company's high profitability; correct?

12   **A.**   It's possible.

13   **Q.**   And one way to have a strong brand is to offer a superior

14   product.  You would agree with that; right?

15   **A.**   That wouldn't surprise me, that a superior product would

16   generate brand strength.

17   **Q.**   And those are just a few examples.  There are many other

18   factors that could contribute to a company's high profit

19   margins; right?

20   **A.**   In any given situation there certainly could be multiple

21   factors, yes.

22   **Q.**   Let's put up a demonstrative to capture that testimony.

23        Slide 6, Phil.  Thank you.

24        Now, you aren't offering an opinion here, Mr. Barnes, as

25   to whether Google Play's profits are contributed to by any of

1  these factors; right?

2  **A.**   I have not evaluated what caused the operating profits.

3  I'm communicating what the operating profits actually were, the

4  results.

5  **Q.**   Right.  So you're not offering any opinion as to whether

6  Google, for example, has a really good brand; right?

7  **A.**   That's not part of my analysis, no.

8  **Q.**   Right.  And you're not offering any opinion as to whether

9  Google Play is a superior product to others; right?

10 **A.**   I haven't conducted that investigation, no.

11 **Q.**   So just to move this along, let's build on this

12 demonstrative.

13      Phil, next slide.

14      So you're not offering any opinion as to whether any

15 factor contributes to Google Play's, quote, "high profit

16 margins"; right?

17 **A.**   Right.  That's beyond the scope of my investigation.

18 **Q.**   Right.

19      Let's take that down, Phil.

20      Now, you mentioned that one of the factors that

21 contributes to profitability is costs; right?

22 **A.**   Costs are a component of a profit and loss statement.  So

23 that's something that is going to have to be factored in to

24 determine operating profits.

25 **Q.**   Right.  So let's look at your summary of Google Play's

1  costs, and I want to show you this.  It's Exhibit 6956 in

2  evidence.  And it's quite small, but let me say this:  This

3  exhibit includes various categories of Google Play's costs;

4  correct?  This is your exhibit.

5  **A.**   Yes.  Well, this is not -- this is a summary-level

6  exhibit.  So there are additional -- I mean, there's more

7  detail behind each of these lines but, yes.

8  **Q.**   Right.

9       Why don't we zoom in on 2015, Phil.  I think that's

10  Slide 9.

11      Okay.  So there are categories of costs that you've

12  summarized as total directs cost of sales, infrastructure, and

13  total OpEx.  Do you see that?

14  **A.**   Yes.

15  **Q.**   And those add up to about $2.4 billion.  Does that look

16  about right?  I have a calculator here, but I think you

17  wouldn't be surprised --

18  **A.**   It's in the neighborhood.  I'm sure you've done the math

19  right.

20  **Q.**   Okay.  So just in 2015 alone, according to your exhibit,

21  Google Play spent about $2.4 billion to support its Play Store;

22  right?

23  **A.**   Those were the costs that Google Play incurred in

24  generating the revenue that it generated for 2015.

25  **Q.**   For 2015, right.

1           Let's put up the next slide, Phil.  So let's capture this

2     in a demonstrative.

3           This is $2.4 billion in app store costs in one year, 2015.

4     Are you with me so far?

5     **A.**    I am.

6     **Q.**    Okay.  Now, you didn't compare Google Play's costs to the

7     costs of any other app store, did you?

8     **A.**    No.  That was not part of my inquiry here.

9     **Q.**    For example, you didn't compare what Google spent on

10    Google Play with what Amazon spent on its app store, the Amazon

11    Appstore; right?

12    **A.**    No.  That wasn't part of my assignment.

13    **Q.**    Let's put up Slide 11, which is trial testimony from

14    Amazon.

15          Thank you, Phil.

16          And you see here that Mr. Morrill is asked (as read):

17              "How much expense did Amazon incur in connection with

18          its app store from 2015 through 2021?"

19          And you see that Mr. Morrill responds (as read):

20              "In the aggregate, roughly $1.4 billion."

21          Do you see that?

22    **A.**    I do.

23    **Q.**    Okay.  So in those seven years, according to Mr. Morrill's

24    testimony, Amazon spent $1.4 billion on its app store; right?

25    **A.**    I see that testimony.

1    **Q.**   Okay.  Let's put up the next demonstrative, Phil.

2         So comparing these costs, Google Play spent $2.4 billion

3    in one year and Amazon over seven years spent a billion dollars

4    less than Google Play spent.  Do you see that?

5    **A.**   I see what you put on the slide, but you haven't compared

6    the revenue.

7    **Q.**   Okay.  So this is the kind of investment, however, that

8    may contribute to a better product; right?  If a company spends

9    more on a product, it's conceivable that it has a better

10   product; is that fair?

11        **THE COURT:**  He's here as -- how is this related to his

12   qualifications?  He's an accountant.  He's not here as a

13   product developer.  So let's move on to a different question.

14        **MR. ROCCA:**  Very well.

15        Take that down, Phil.

16   **BY MR. ROCCA:**

17   **Q.**   Next topic, third topic, you understand that Epic is

18   complaining about the 30 percent service fee; right?

19   **A.**   Generally.

20   **Q.**   Right.  And you understand that Epic itself charges a

21   12 percent service fee for its Epic Game Store; right?

22   **A.**   I've seen reference to that.  It's not something that I

23   personally investigated, though.

24   **Q.**   You didn't conduct an analysis of alternative

25   profitability for Google Play based on different service fees?

**BARNES - CROSS / ROCCA**

1   **A.**   Actually you're right.  Now I do recall, yes.

2   **Q.**   Okay.

3   **A.**   I am aware of that.

4   **Q.**   So specifically you calculated hypothetical income for

5   Google Play based on alternative service fee scenarios; right?

6   **A.**   Right.  There were three.

7   **Q.**   There were three.  And one of those was 12 percent as

8   charged by Epic Games in its store.  Do you remember that?

9   **A.**   I believe that's correct, yes.

10  **Q.**   And you did these calculations for the period of 2011

11  through 2021; right?

12  **A.**   I believe that's right.

13  **Q.**   Okay.  For this analysis, you kept everything the same

14  about the Google Play financial data.  You just changed the

15  level of the service fee.  Is that fair?

16  **A.**   That's correct.

17  **Q.**   Okay.  Let's look at Slide 13.

18       This is a table you prepared.  Do you recognize this

19  table?

20  **A.**   Yes.

21  **Q.**   And you see that the title says "Comparison of Actual and

22  Alternative Revenue Share Percentages for all App-Related

23  Purchases."  Did I read that right?

24  **A.**   Yes.

25  **Q.**   Now let's just focus on the top row, which says "Actual."

1          **MR. BYARS:**  Your Honor, objection.  This is not

2    responsive to an opinion that Mr. Barnes is offering today.

3          **THE COURT:**  Well, I agree with that.  I'll let you

4    have a little leeway, but we've got to get moving here.

5          **MR. ROCCA:**  Thank you, Your Honor.

6          **THE COURT:**  So just get right to the punch line.

7    Okay?

8    **BY MR. ROCCA:**

9    **Q.**   Okay.  The punch line is, Mr. Barnes, that when a number

10   is in parentheses, that means that the company lost money that

11   year; right?

12   **A.**   In that individual year, there would be an operating loss

13   or a negative operating profit.

14   **Q.**   Okay.  Let's go to the next slide and let's look at the

15   12 percent calculation.

16        So we've blown up the 12 percent.  So this applies

17   12 percent that Epic Games is arguing in this case is a more

18   fair service fee to the Google Play data.  Is that fair?

19   **A.**   Well --

20   **Q.**   That's what your table shows.

21   **A.**   Your preamble there, I presented the math.

22   **Q.**   Okay.  And let's look at the math.

23        So this math shows that in 2011 and 2012 Google Play would

24   lose money; right?  That's the numbers in the parentheses?

25   **A.**   They would have operating losses through 2017.

1   **Q.**   Okay.  So in 2013, instead of making $300 million as it

2   did in the actual world, Google Play would lose $597 million;

3   right?

4   **A.**   They would have operating losses through 2017 at which

5   point they would have significant operating profit.

6   **Q.**   In 2000 -- that wasn't my question.  My question was:  In

7   2013, your calculation shows a $597 million loss; right?

8   **A.**   That's correct.

9   **Q.**   And in 2014, instead of a profit, Google Play would have

10   lost over a billion dollars; right?

11   **A.**   That's correct.

12   **Q.**   And in 2015, instead of making a profit, they would have

13   lost over $564 million; right?

14   **A.**   That's correct.

15   **Q.**   I'll spare you the rest.

16       It wouldn't surprise you that those numbers add up to over

17   $3 billion in losses based on your hypothetical calculation;

18   right?

19   **A.**   Through just 2017 or are you counting the years where they

20   actually made significant profits?

21   **Q.**   I'm focusing on the years where Google Play would lose

22   money.  And according to your calculations, if Google Play

23   would have charged 12 percent instead of what it actually

24   charged, it would have lost over $3 billion from 2011 to 2017;

25   right?

1   A.   Holding everything else completely constant, that's

2   correct.

3   Q.   You can take that down.

4        Last topic.  Now, for all those numbers we just looked at,

5   if we were to add in more costs to Google Play than were shown

6   on those exhibits and kept everything else the same,

7   Google Play would have been even less profitable; right?

8   A.   If you artificially add costs, you're going to erroneously

9   calculate different lower profit margins.

10  Q.   Okay.  You added some words there.

11       All I'm asking is:  If you added in more costs,

12  profitability would go down keeping everything else the same;

13  right?

14  A.   That's math, but that's not -- that's not proper financial

15  analysis.

16  Q.   Okay.  We'll get to that.

17       So let's talk about your assertion that the Android costs

18  don't belong in the Google Play profitability analysis.

19       Do you remember testifying that Google keeps a separate

20  profit and loss statement for Android?

21  A.   I'll answer that question because I don't agree with your

22  preamble, but I do recall that I did testify that there's a

23  separate profit and loss statement for Android.

24  Q.   And that profit and loss statement shows all costs; right?

25  A.   It shows -- it shows that Android was operated at a loss

1   and did not have revenue.

2   **Q.**   It shows that Android was a massive investment that Google

3   made to support the ecosystem; right?

4   **A.**   It had significant costs.

5   **Q.**   And the costs totaled over $40 billion; right?

6   **A.**   I don't recall the specifics.  I saw that reference to

7   that number in Mr. Cramer's testimony, but I don't have that in

8   front of me.

9   **Q.**   Well, you testified earlier that Google Play made, was it

10  $42 million in profits according to your analysis?

11  **A.**   From 2011 to 2021, that's correct.

12  **Q.**   But your opinion doesn't consider that Google spent over

13  $40 billion to support Android; right?

14  **A.**   That's not true.  That's incorrect, sir.

15  **Q.**   Well, you recognize in this case that the lawyers that

16  hired you for this case are contending that this case is about

17  Android and only about Android.  You recognize that; right?

18          **MR. BYARS:**  Objection, Your Honor.

19          **THE COURT:**  Sustained.

20      Next question.

21  BY MR. ROCCA:

22  **Q.**   Your analysis of the Google Play profitability does not

23  include the separate profit and loss statement for Android,

24  which includes over $40 billion in investment; right?

25  **A.**   It includes the allocated R&D costs that Google has

1   determined should be on the Google Play P&L.

2   **Q.**   None of your calculations of Google Play profitability,

3   actual or hypothetical in this case, include any Android costs;

4   right?

5   **A.**   That's incorrect.

6   **Q.**   That's not -- you've included the Android costs in your

7   analysis?

8   **A.**   I said there are Android costs in the calculation of the

9   R&D costs that appear on the Google Play P&L.

10  **Q.**   But the Android P&L, the $40 billion P&L that sits right

11  next to it, your analysis doesn't include that one; right?

12  **A.**   Those costs were not allocated to Google Play based on the

13  decision making that Google management determined.

14  **Q.**   Okay.  We'll get to that in a little bit.

15       My final question.

16       If you could put up Slide 18, Phil.

17       Now, this is the demonstrative you just put up.  Does it

18  look familiar?

19  **A.**   It does.

20  **Q.**   Phil, can you please highlight the bottom of the slide

21  which shows the $92 billion?  Thank you.

22       This document is showing that Google Play as of 2020

23  helped generate $92 billion in value for developers.  Do you

24  see that?

25  **A.**   I believe that's revenue to the developers.

1  **Q.**  And those revenues for the developers don't show up on

2  Google Play's financial statements.  It shows up on the

3  financial statements of the developers that Google supports;

4  right?

5  **A.**  Presumably it would show up on the financial statements of

6  all of the developers that have apps on Google Play.

7  **Q.**  Right.  And that's value that Google helped third-party

8  developers create through the Google Play Store.  That's fair;

9  right?

10  **A.**  That's not really something I've investigated.

11  **Q.**  Right.

12          **MR. ROCCA:**  No further questions.

13          **THE COURT:**  Okay.  Any brief redirect?

14          **MR. BYARS:**  Just a few brief questions, Your Honor.

15                    <u>**REDIRECT EXAMINATION**</u>

16  BY MR. BYARS:

17  **Q.**  Mr. Barnes, you were asked about the alternative

18  hypothetical profitability.

19      I think you were observing that counsel for Google was

20  stopping his questions as of 2017.  Is it proper financial also

21  to stop looking at the profitability of a company as of the

22  year it actually starts generating profits?

23  **A.**  No.  That didn't make much sense to me.

24  **Q.**  Okay.  So it's not proper to ignore the fact that by 2021,

25  even under a 12 percent commission, Google Play would be

**PROCEEDINGS**

1  generating $5.7 billion in profits?

2  **A.**   I agree with that, yes.

3  **Q.**   To be clear, you agree it's not proper?

4  **A.**   It's not proper to stop.  It's proper to look at the whole

5  picture.

6  **Q.**   Okay.  Thank you.

7       And you were asked about the Android cost and you were

8  thrown some big numbers, a 40-billion number.  Is it proper

9  financial analysis or accounting analysis just to assume that

10  costs that are sitting on one Android P&L could just be moved

11  over to a separate P&L when that hasn't been done in the

12  ordinary course of business?

13  **A.**   No.  That's improper.  I mean, those costs, to the extent

14  there's any costs that should be allocated to any other

15  business unit, that would be something that management would

16  determine.  And no one has ever presented any calculation that

17  allocates any of those costs to either Google Play or any other

18  business unit amongst the others that may or may not utilize

19  the Android ecosystem.

20           **MR. BYARS:**  Thank you, Your Honor.

21           **THE COURT:**  Okay.  You may step down.  Careful on the

22  way down.

23           **THE WITNESS:**  Thank you, Your Honor.

24                    (Witness excused.)

25           **THE COURT:**  Who do we have next?

1          **MR. ROCCA:**  Your Honor, Google calls Professor Doug

2     Skinner.

3          **THE COURT:**  Stand up for a second and stretch.  We'll

4     take our morning break at 10:45.  Is that okay?

5                    (Pause in proceedings.)

6          **THE COURT:**  Okay.

7          **THE CLERK:**  Please raise your right hand.

8                    <u>**DOUGLAS SKINNER**</u>,

9     called as a witness for the Defendant, having been duly sworn,

10    testified as follows:

11         **THE WITNESS:**  I do.

12         **THE CLERK:**  Thank you.  Please be seated.

13         Please state your full name for the Court and spell your

14    last name.

15         **THE WITNESS:**  Douglas Skinner, S-K-I-N-N-E-R.

16         **THE CLERK:**  Thank you.

17                    <u>**DIRECT EXAMINATION**</u>

18    BY MR. ROCCA:

19    **Q.**   Good morning, Professor Skinner.

20         Where are you currently employed?

21    **A.**   At the University of Chicago, Booth School of Business.

22    **Q.**   I'm going to put up a demonstrative to get us through your

23    background more efficiently.

24         What is your role at the University of Chicago, Booth

25    School of Business?

**SKINNER - DIRECT / ROCCA**

1    **A.**   I am deputy dean for faculty and a professor of

2    accounting.

3    **Q.**   What types of courses do you teach at the University of

4    Chicago?

5    **A.**   I teach a range of courses in accounting and finance.  So

6    financial accounting, financial statement analysis, corporate

7    finance, valuation, Ph.D. classes in research methods in

8    corporate financial reporting, and most recently I teach

9    managerial accounting in our executive MBA program.

10   **Q.**   What is managerial accounting?

11   **A.**   Managerial accounting has to do with the use of various

12   types of accounting and financial information within companies

13   in various ways to make management decisions.

14   **Q.**   Does managerial accounting differ than financial

15   accounting?

16   **A.**   Yes, it does.

17   **Q.**   How so?

18   **A.**   Financial accounting has to do with external reporting in

19   the financial statements that are reported, for example, in SEC

20   filings.  So the external financial statements have to comply

21   with a very specific set of rules known as general accepted

22   accounting procedures or GAAP.

23   **Q.**   Before the University of Chicago, where were you employed?

24   **A.**   I was at the University of Michigan, Ross School of

25   Business.

SKINNER - DIRECT / ROCCA

1   **Q.**   What was your role there?

2   **A.**   I was also a professor of accounting there.

3   **Q.**   Professor, how many years of accounting experience do you

4   have?

5   **A.**   I have something over 40 years of experience in

6   accounting.

7   **Q.**   And briefly what's your educational background?

8   **A.**   I have a Bachelor of Economics with first class honors

9   specializing in accounting and finance from

10  Macquarie University, as well as a Master's of Science and

11  Ph.D. concentrating in accounting and finance from the

12  University of Rochester.

13  **Q.**   I notice you have an accent.  Are you from Australia?

14  **A.**   Yes, I am.

15  **Q.**   Okay.  Do you have any real-world business experience

16  outside of the academic arena?

17  **A.**   Yes, I do.  I started my career in Sydney with Coopers &

18  Lybrand working as an accountant or as an external auditor.

19       More recently, the last four years, I have served on the

20  board of trustees and as chair of the Audit Committee of Harbor

21  Funds ETF, which is an investment complex that manages around

22  45 billion of assets.

23       **MR. ROCCA:**  Your Honor, Google offers

24  Professor Skinner as an expert in the subject of accounting.

25       **MR. BYARS:**  No objection.

1          **THE COURT:**  He is qualified on that topic.

2   **BY MR. ROCCA:**

3   **Q.**   What is your assignment in this case?

4   **A.**   I was primarily asked to review and respond to the

5   opinions of Mr. Barnes.

6   **Q.**   Did you listen to Mr. Barnes' testimony a short time ago?

7   **A.**   I did, yes.

8   **Q.**   Do you agree with that testimony?

9   **A.**   No, I do not.

10  **Q.**   Let's talk about the areas of disagreement and focus on

11  your opinions.  We have a demonstrative here to make this more

12  efficient.

13         Please tell the jury, what is your first opinion?

14  **A.**   My first opinion is that Epic and Mr. Barnes overstates

15  the profitability of Google Play.

16  **Q.**   And why do you believe that Epic and Mr. Barnes overstate

17  the profitability of Google Play?

18  **A.**   Primarily because Mr. Barnes' analysis and measures of

19  profitability exclude the costs of the investments that Google

20  has made over the years in Android.

21  **Q.**   What is the result of Mr. Barnes' excluding those Android

22  costs from the profitability analysis he just presented?

23  **A.**   It causes the profitability measures to be overstated.

24  **Q.**   What is your second opinion?

25  **A.**   The second opinion is that Epic and Mr. Barnes claim that

1    Google Play's profitability is high, as they call it, is

2    misleading.

3    **Q.**   Why is it misleading?

4    **A.**   Primarily because Mr. Barnes relies on the management, the

5    internal management P&Ls, that we've already heard about this

6    morning, for example, from Mr. Cramer.  And those internal

7    management P&Ls were not designed to and do not reflect all of

8    the costs that are necessary to sustain the Play business.

9    **Q.**   What is a management P&L?

10   **A.**   A management P&L is an internal P&L that's used by a

11   company internally for different purposes.

12   **Q.**   Does this management P&L relate to the kinds of courses

13   that you described teaching in your current job at the

14   university?

15   **A.**   Yes, it does.

16   **Q.**   How so?

17   **A.**   Whereas, I mentioned before for the last several years, I

18   taught managerial accounting in our executive MBA program,

19   managerial accounting is all about the use of different types

20   of accounting data, including cost data, within companies to

21   make different types of business and management decisions.

22   **Q.**   And, again, why is Mr. Barnes' reliance on a management

23   P&L misleading in this case?

24   **A.**   Because the internal management P&L, as we heard, for

25   example, Mr. Cramer say already this morning, were intended for

1  the Play management team to manage their own business.  As a

2  result, these were not what we might think of as full financial

3  P&Ls that were designed to capture all of the relevant costs.

4  **Q.**  So let's show the broader context.  I know you have a

5  demonstrative.  Please briefly explain, what is this showing?

6  **A.**  So this is what we might like to think of as the context

7  in which Play operates and in which the Play management P&Ls

8  would be used and interpreted by management, including senior

9  management of Google.

10      So at the top, of course, we have Alphabet.  Alphabet

11  reports three different business segments as we call them.  We

12  see on the left Google Cloud, on the right we see the Other

13  Bets segment, and in the middle we see Google Services.

14  **Q.**  Why do you have Google Services highlighted in dark blue?

15  **A.**  Because the case here is primarily about Google Play, and

16  so Google Play sits with Android and other products as part of

17  the platforms and ecosystems product area, which in turn is a

18  part of the Google Services segment.

19  **Q.**  Why is this structure relevant to your opinion?

20  **A.**  Because this structure provides the context -- and we

21  heard Mr. Cramer use that term -- the context within which we

22  can understand how Google Play operates, including its

23  financial information.

24  **Q.**  Have you seen evidence in this case that supports your

25  view that Google Play and Android should be viewed together in

1  context and not in isolation?

2  **A.**   I have, yes.

3  **Q.**   I'm showing you trial testimony from Mr. Pichai, who's the

4  CEO.

5      You've reviewed this testimony; right?

6  **A.**   I have, yes.

7  **Q.**   Can you start with the first question and answer and

8  describe to the jury why this testimony is relevant to your

9  opinion?

10  **A.**   Sure.  So if we just look at the first question and answer

11  as you mentioned, Mr. Pichai is asked about the costs of

12  Android.  So what he is conveying in his answer is, as we can

13  see, that Google invests billions of dollars a year in Android,

14  including in research costs and engineering development costs,

15  go-to-market costs, and he indicates that it's a significant

16  and substantial investment.

17  **Q.**   Have you seen data in this case as to how significant and

18  how substantial Android's investment is?

19  **A.**   I have, yes.

20  **Q.**   I'm showing you another demonstrative.  What is this?

21  **A.**   This is showing us information on the cost, the total

22  cost, through 2021 of the investments that Google made in

23  Android.  So as we can see, that cost is in excess of

24  $40 billion.

25  **Q.**   Now let's go back do the second part of Mr. Pichai's

1    testimony.

2        Why is the second part relevant to your opinion?

3    **A.**   The second part is relevant because, as we can see here,

4    Mr. Pichai is asked whether the investments in Android help

5    Play succeed; and he says, "Yes, Play wouldn't be possible

6    without the investments in Android."  So those investments that

7    Google makes in Android are really critical to the successful

8    operation of Play.

9    **Q.**   Professor, should the investments in Android be considered

10   when assessing the profitability of Google Play?

11   **A.**   Absolutely, yes.

12   **Q.**   If they are included, what would be the effect on

13   Google Play's profitability?

14   **A.**   Well, if we were to include those substantial costs of

15   Android, those would reduce substantially the reported

16   profitability or the measured profitability of Play.

17   **Q.**   Have you prepared a series of demonstratives to help

18   explain this basic concept to the jury?

19   **A.**   Yes, I have.

20   **Q.**   Let's go through this briskly.  What is this first slide

21   showing?

22   **A.**   This is showing an example, I'm calling it the A1 Camera

23   Company, and we're going to start out, it has a single product,

24   which is a digital camera.

25   **Q.**   You now have a profit and loss statement.  What is this

1  showing?

2  **A.**   So this is a profit and loss statement, or a P&L as we

3  call it.   It just conveys at the top line here we have the

4  revenue that the product has earned during this period of a

5  million.   We're substracting operating costs of 600,000.   That

6  then allows us to obtain a measured operating profit here of

7  400,000.

8  **Q.**   And from that, how do you calculate the operating margin?

9  **A.**   The operating margin is calculated by taking that 400,000

10 of operating profit and dividing by the top line, the revenue

11 of a million, and gives us a 40 percent margin.

12 **Q.**   You've now adjusted your example.   Please explain what

13 you've done.

14 **A.**   Yeah.   So here I'm just introducing a second product, a

15 wearable camera.

16 **Q.**   And you've added an R&D item at the bottom of $200,000.

17 What is happening here?

18 **A.**   So what I'm denoting here is that as part of the example,

19 the company incurs research and development, or what we call

20 R&D, costs in this case of $200,000.   Those R&D costs are

21 incurred to, for example, develop technology or intellectual

22 property, IP, that supports both of the products, the digital

23 camera and the wearable camera.

24 **Q.**   The words "R&D cost center" are on the bottom right.   What

25 is a cost center?

1   **A.**   A cost center is, if you like, a business unit or a P&L

2   that simply tracks costs associated with a particular type of

3   activity; in this case, research and development.

4   **Q.**   Why would a company set up a cost center?

5   **A.**   Well, because a couple different reasons, but one is

6   primarily so they can track the costs of a certain type of

7   activity.  Again, in my example, that would be the research and

8   development activity.

9   **Q.**   Is there anything unusual about setting up a cost center

10  as you've shown in this example?

11  **A.**   No.  Companies use cost centers all the time.

12  **Q.**   Now let's go back to the P&L and see what happens with

13  your example.

14       What is shown on the screen now?

15  **A.**   So what I'm showing on the screen now is that same P&L.

16  So we see the same million dollars of revenues.  We have the

17  same 600,000 of operating costs, but now what I'm showing is

18  that the R&D costs of 200,000 are part of the 600,000 in

19  operating costs.

20       If I deduct, again, the total 600,000 of operating costs,

21  I have the same operating profit of 400,000, the same operating

22  margin of 40 percent.

23  **Q.**   Now you have three new P&Ls instead of the single old P&L.

24  Please briefly walk through what's shown on the screen.

25  **A.**   So what I'm now showing you is with a new structure, so

1  now we have two products, so the company's internal management

2  P&Ls, if you like, are shown in orange in the right three

3  columns, those right P&Ls.  So we have a P&L for the digital

4  camera product, we have a P&L for the wearable camera product,

5  and then we have a separate P&L for the R&D cost center.

6  **Q.**   We've highlighted the R&D cost at $200,000.  Can you

7  please explain where that $200,000 moved from and where it

8  landed?

9  **A.**   So when we just had the single product company, the P&L

10  shown in the blue on the left, we had the R&D costs, as I

11  mentioned before, as part of the operating costs.  Now that we

12  have a multiproduct company, the company is tracking those R&D

13  costs in a separate cost center.  So that 200,000 has moved

14  into the column on the right, the R&D cost center; and as a

15  result, it's no longer shown in the P&L for digital camera.

16  **Q.**   So now let's look at the digital camera's new P&L after

17  moving the $200,000 into a cost center.  Please explain to the

18  jury what happened.

19  **A.**   So as we can see, if I move that 200,000 out of the

20  digital camera P&L and now are tracking that cost in the cost

21  center, that 200,000 has been removed from the operating cost

22  of the digital camera, so we have the remaining operating costs

23  of 400,000.  So that P&L -- P&L now shows a higher operating

24  profit of 600,000, and now the operating margin looks higher.

25  We see the operating margin has gone from 40 percent up to

1   60 percent.

2   **Q.**   And it's gone up, Professor, even though the revenues for

3   the product stayed the same?

4   **A.**   Yes, the revenues are the same.

5   **Q.**   Okay.  How does this slide fit into your criticism of

6   Mr. Barnes?

7   **A.**   Well, the problem with what Mr. Barnes has done in his

8   analysis is he focuses in isolation on the digital camera P&L

9   that we've shown in blue.  So he's looking exclusively at that

10  60 percent margin without presenting the full context, which is

11  the whole set of P&Ls that the board and the senior management

12  team would be looking at.

13  **Q.**   So let's apply this example to Android and Google Play.

14      Back to your context slide, you've added a green box here.

15  Can you please explain to the jury what you've done.

16  **A.**   Sure.  This, again, is a slide we saw before and, again,

17  this is the context in which the senior management, the board,

18  and others at Google understood the business that they were

19  running.

20      And so what I'm showing, again, down the bottom here are

21  the various components of what they call the platforms and

22  ecosystems group.  And so we see Android.  We see Google Play.

23  And as I've already mentioned, and as Mr. Cramer talked about,

24  the Android costs are tracked in a separate P&L, which is

25  largely costs, almost exclusively costs.  Those costs are not

**SKINNER - DIRECT / ROCCA**

1  allocated to any of the other products, including to Play.  So

2  this is analogous to the R&D cost center in my camera example.

3  **Q.**  Professor, why would it make sense that the Android costs

4  are not allocated?

5  **A.**  A couple different reasons.  One is it just makes sense if

6  you want to track the costs of a particular activity, like R&D

7  or in Google's case the Android costs, you would track them in

8  a separate P&L, which is essentially a cost center.

9     The other reason is that these costs benefit the entire

10  ecosystem, so a whole set of different products, and it just

11  doesn't make sense.  You know, in managerial accounting, we

12  call this a joint cost as opposed to a shared cost because that

13  cost benefits all of the different products simultaneously

14  essentially.  It's just not sensible to do an allocation, and

15  it's not at all uncommon for companies not to allocate those

16  types of shared or joint costs to individual products or

17  product areas.

18  **Q.**  And, again, what is the magnitude of the Android costs

19  that were not allocated here?

20  **A.**  So as we've already seen, those costs were in excess of

21  $40 billion through 2021.

22  **Q.**  Now, what's the orange box?

23  **A.**  So the orange box is showing that in addition to the

24  Android costs, there are a bunch of other what we will call

25  shared or indirect costs that are not fully allocated into the

1    Google Play P&L.  And so those costs are also not reflected in

2    the Google Play P&L, but are understood by management as costs

3    of the entire ecosystem or the business as a whole.

4    **Q.**   What is an example of a shared cost that does not appear

5    in the Google Play P&L?

6    **A.**   So one very prominent example might be the cost that

7    Google has incurred almost from its inception in making

8    investments in the brand.  The Google brand is one of the most

9    valuable brands in the world.  It's worth I think around

10   $200 billion.  And the costs of the investments that are

11   necessary for Google over the years to develop that brand are

12   not allocated to the different products or product area.  They

13   are certainly not fully allocated to those different product

14   areas for the reasons I mentioned before.

15   **Q.**   Now, Mr. Barnes' testimony suggests that because Play's

16   management P&L is relied upon by Google's senior leadership,

17   that it must be reliable.  What is your response to that?

18   **A.**   I think it's misleading.

19   **Q.**   Why?

20   **A.**   Because although the Google Play financials, those

21   internal management P&Ls, are -- as Mr. Cramer said, they're

22   reliable, they're accurate, they're only reliable and accurate

23   for the purpose that was intended, which was for specific

24   internal purposes.

25        So what's misleading about that is that it ignores the

1  context that we've mentioned, which is that senior management

2  and the board, Ms. Porat, Mr. Pichai, and others at the top of

3  the company, fully understood the context that's represented on

4  this slide and that there were a bunch of costs, including the

5  Android costs, that are not reflected in that internal

6  management P&L.

7  **Q.**   Have you seen financial information relating to the

8  platforms and ecosystems level of this organization?

9  **A.**   Yes, I have.

10 **Q.**   Our last slide.   There are two bar charts.   Can you please

11 explain to the jury what's on the left?

12 **A.**   Sure.   What's on the left is the operating margin for

13 Google Play for 2020 as calculated by Mr. Barnes.

14 **Q.**   And what is on the right?

15 **A.**   On the right is the operating margin for the platforms and

16 ecosystems product area again for 2020, and that shows a much

17 lower number of 19 percent.

18 **Q.**   And why, Professor, is the number on the right so much

19 lower than the number on the left?

20 **A.**   Well, primarily because the number on the right reflects

21 all of the different costs that are necessary to sustain the

22 ecosystem.   So that would reflect, for example, the Android

23 costs that we've been talking about.

24 **Q.**   Professor, are you saying that the 19 percent number is

25 the precise operating profit that should apply to Google Play?

1  **A.**   I'm not, no.

2  **Q.**   Can you just explain that?

3  **A.**   Sure.  What I'm saying is, again, my opinion is that the

4  66 percent number that Mr. Barnes has presented for 2020

5  overstates the profitability of Google Play.  And if we were to

6  account for all of the relevant costs, which would include the

7  Android costs that we've talked about, the actual operating

8  profit margin that we would think about for Google Play would

9  probably be closer to the 19 percent than it is to the

10  66 percent.

11  **Q.**   And, finally, back to your opinion.  Remind the jury, what

12  is your first opinion?

13  **A.**   My first opinion is that Epic and Mr. Barnes overstate the

14  profitability of Google Play.

15  **Q.**   And your second opinion?

16  **A.**   Is that Epic and Mr. Barnes claim that Google Play's

17  profitability is high, as they call it, is misleading.

18          **MR. ROCCA:**  Pass the witness, Your Honor.

19          **MR. BYARS:**  May I proceed, Your Honor?

20          **THE COURT:**  Yes.

21          **MR. BYARS:**  Thank you.

22                       **CROSS-EXAMINATION**

23  BY MR. BYARS:

24  **Q.**   Good morning, Dr. Skinner.  Good to see you again.

25          Now, we spent some time covering your academic

1  credentials.  I just want to clarify a few things first.

2       You don't have a CPA; right?

3  A.  That's correct.

4  Q.  You're not a certified public accountant; right?

5  A.  That's correct.

6  Q.  And you spent about two years working at an accounting

7  firm; right?

8  A.  That's right.

9  Q.  That was right after you graduated high school?

10  A.  That's right.  In Australia at the time you could go to

11  college at night and work at the same time as -- so I worked

12  in -- during the day as a CPA and --

13  Q.  Sir, I'm sorry.  Interesting story, but we need to be

14  efficient.  I'm on a clock here.  I just want an answer to my

15  specific question, please.  Thank you, though.

16       Other than that, you've never practiced as a professional

17  accountant; right?

18  A.  That's correct.

19  Q.  And apart from teaching, you also often give expert

20  testimony in cases like this one; correct?

21  A.  I do give expert testimony, yes.

22  Q.  15 to 20 times at least; right?

23  A.  That sounds about right, yes.

24  Q.  Okay.  And you saw Mr. Barnes' testimony.  You must have

25  seen his testimony that Google Play generated a 71 percent

1  profit margin in 2021; correct?

2  **A.**   That's his opinion, yes.

3  **Q.**   Okay.  Understood.  That's his opinion.

4        **MR. BYARS:**  Can we show that, Ms. McGuire?

5     Ms. Clark, would you mind giving us control?  Thank you

6  very much.

7  **BY MR. BYARS:**

8  **Q.**   And you also saw his opinion that Google Play generated

9  $12.6 billion in operating income in 2021; correct?

10 **A.**   Yes, based on that internal management P&L data.

11 **Q.**   Understood.  That is what his testimony was; correct?

12 **A.**   (No audible response.)

13 **Q.**   And you'll have to answer verbally instead of nodding.

14 **A.**   Yes.

15 **Q.**   Thank you very much.

16    Now, you didn't calculate Google Play's profit margin;

17 correct?

18 **A.**   I did not.  I was not asked to calculate Google Play's

19 profit margin.

20 **Q.**   Google didn't even ask you to determine what the

21 Google Play profit margin was; right?

22 **A.**   I was not asked to do that, and there are good reasons for

23 that.

24 **Q.**   I just want an answer to my question.

25    They did not ask you to do that; correct?

SKINNER - CROSS / BYARS

1  **A.**    That's correct.

2  **Q.**    Okay.  And they also didn't ask you to calculate the

3  operating income for Google Play in 2021 or any other year;

4  correct?

5  **A.**    That's correct.

6  **Q.**    Now, we saw a lot of slides where you calculated various

7  hypothetical profit margins for your fictional camera company;

8  right?  That was part of your direct?

9  **A.**    Yes.

10  **Q.**    Okay.  But you didn't do that for Google Play, the

11  business that's actually under consideration in this case;

12  correct?

13  **A.**    That's correct.  The camera example was designed to

14  explain how companies might have --

15  **Q.**    I think we heard that on direct.  I don't need that again.

16  I appreciate it, but I just want to get the answer to my

17  question.

18      You didn't do any of those calculations for the company

19  that we're actually here today to talk about; correct?

20  **A.**    Those calculations are reflected, for example, in the

21  platforms and ecosystems number that we saw.

22  **Q.**    But the platform and ecosystems number, I think as you

23  just testified, is not the operating margin or operating income

24  for Play; correct?

25  **A.**    Not as reported on the internal management P&L, but that,

1    as I said, ignores the full context that management understood.

2    Q.   Sir, I just want an answer to my question.

3         The platforms and ecosystems profit margin and operating

4    income is not Play; right?

5    A.   It includes Play.  It includes --

6    Q.   It is not Play, though; right?

7    A.   It is not specifically Play, no.

8    Q.   You didn't do any calculations for Play; right?

9    A.   That's correct.

10   Q.   Okay.  Now, you had an org chart where you went through

11   the various levels.  The top level was Alphabet, so let's talk

12   about Alphabet profitability.

13        That's the Google parent company; correct?

14   A.   Correct.

15   Q.   And you don't know, despite your academic credentials, how

16   to evaluate whether that parent company makes significant

17   profits; correct?

18   A.   We know from the annual report, the 10-K how much the

19   company reports externally according to its GAAP financials.

20   Yes, we know some -- its profitability from there.

21   Q.   Okay.  I appreciate that information, but you personally

22   do not know how to valuate whether that amount of profits is

23   significant; correct?

24   A.   Well, I think my expertise includes financial analysis,

25   and certainly I'm able to evaluate the significance of profits

 1   for any company, including Alphabet.

 2          **MR. BYARS:**  Your Honor, I'd like to use in his

 3   deposition page 55, lines 3 through 8.

 4          **THE COURT:**  3 through 8?

 5          **MR. BYARS:**  Yes, sir.

 6          **THE COURT:**  It's not, sir.

 7          **MR. BYARS:**  I'm sorry.  Apologies.

 8          **THE COURT:**  Okay.  I think I gave back that binder.

 9   Do you have -- can you hand it up to me?

10       Oh, wait.  I'm sorry.  3 through 8.  Okay.

11          **MR. BYARS:**  Page 55, 3 through 8.

12          **THE COURT:**  All right.  I don't have the right one.

13       What date is it?  Is there more than one deposition for

14   him?

15          **MR. BYARS:**  There should only be one deposition in the

16   binder.  There may be a different deposition of another person

17   that we may use.

18          **THE COURT:**  Page 3?

19          **MR. BYARS:**  Page 55, lines 3 through 8.

20          **THE COURT:**  55.  Oh, okay.

21                        (Pause in proceedings.)

22          **THE COURT:**  That's fine.

23   BY MR. BYARS:

24   **Q.**   Sir, if you look at the screen, you were asked the

25   question; correct (as read):

1          "Let's focus on Alphabet, the company as a whole.

2      Alphabet earns significant operating income; correct?"

3      And you answered (as read):

4          "I don't know how to evaluate what might be

5      significant."

6      Were you asked that question and did you give that answer?

7  **A.**   I did give that answer, yes.

8  **Q.**   Okay.  Thank you, sir?

9  **A.**   And that was not the complete answer.

10 **Q.**   You'll have the opportunity if they want to clear

11 something up.  I just want the answer to the question.

12     Let's look at -- and you mentioned that Alphabet does, in

13 fact, report its operating income to the public and investors;

14 correct?

15 **A.**   Correct.

16 **Q.**   And, for example, in 2022, Alphabet reported over

17 74.8 billion in operating income; correct?

18 **A.**   I don't remember the 10-K number offhand, but I will take

19 your word for it that that's the number reported on the 10-K.

20 **Q.**   Okay.  Good enough.

21     That's the number that you didn't know how to evaluate

22 whether that represented significant profits; correct?

23 **A.**   Again, I was asked a specific question, yes, I gave the

24 answer I gave.

25 **Q.**   Okay.  Understood.

1          Now, one step down on your organization chart was the

2    services segment; correct?

3    **A.**    Correct.

4    **Q.**    And services includes Play; correct?

5    **A.**    Services does include Play.

6    **Q.**    Services also includes Android?

7    **A.**    It does.

8    **Q.**    It includes all the costs that you've testified are

9    associated with Android; correct?

10   **A.**    It does, and it includes the ad business and the Search

11   business and everything else.

12   **Q.**    And many other businesses too; right?

13   **A.**    Correct.

14   **Q.**    And in 2022, for example, the services segment, as

15   reported in the 10-K, generated 86.6 billion in operating

16   income; right?

17   **A.**    That sounds right, yes.

18   **Q.**    So, in fact, the services segment that includes both Play

19   and Android made more profits than the company as a whole;

20   correct?

21   **A.**    Correct.

22   **Q.**    Now let's talk about a level down in the internal

23   Google Play P&Ls.

24          Now, you're not saying those are completely useless;

25   right?

1  **A.**   No.  As Mr. Cramer testified, they're used primarily by

2  the managers of each different product, so including for Play,

3  to manage their businesses.  So, no, they were used for the

4  purposes intended, which was for the management teams to manage

5  their businesses.

6  **Q.**   Okay.  In fact, the Play P&Ls are used for some pretty

7  important business purposes within Google; correct?

8  **A.**   I believe so, yes.

9  **Q.**   By design, those P&Ls provide Google managers with insight

10  into their respective businesses; correct?

11  **A.**   Yes.  And I would say, you know --

12  **Q.**   That's all --

13  **A.**   -- we have to be careful of using managers because there

14  are managers at a whole bunch of different levels within the

15  organization that would use the data differently.

16  **Q.**   Okay.  Let's look at a specific person then outside of

17  Google Play, the CFO, Ruth Porat.

18      Ms. Porat testified that the P&Ls were used for trends

19  analysis; correct?

20  **A.**   I don't recall specifically.  That sounds like something

21  she might have testified to.

22  **Q.**   Okay.  And she also testified that they were used to gauge

23  opportunities or issues for the businesses; correct?

24  **A.**   That -- again, I don't recall her testimony word for word,

25  but that sounds like it might be correct.

1   **Q.**  Well, did you recall quoting that testimony in your expert

2   report, sir?

3   **A.**  I quoted her testimony in a number of different places so,

4   yes.  I don't recall the exact words, but that sounds like.

5   **Q.**  It sounds like something you would have quoted that she

6   said; correct?

7   **A.**  It sounds like it could be, yes.

8   **Q.**  Okay.  And the Play P&L does include joint costs that have

9   been allocated to Google Play; correct?

10  **A.**  No.  You're using the term "joint costs."  I think that we

11  might call them shared costs.  Certainly the Google Play P&L

12  includes some allocated indirect costs from high levels in the

13  organization.

14  **Q.**  Okay.  So you aren't testifying that the Google Play P&L

15  is missing all shared costs; right?

16  **A.**  No.  As my report and testimony indicated, there are

17  certainly allocated indirect costs that are reflected in the

18  Google Play P&L.

19       **THE COURT:**  Okay.  We'll take our morning break.

20  We'll be back at 11:00.

21       **THE CLERK:**  All rise.

22           (Recess taken at 10:46 a.m)

23        (Proceedings resumed at 11:04 a.m.)

24    (Proceedings were heard in the presence of the jury:)

25      **MR. BYARS:**  May I proceed, Your Honor?

1          THE COURT:  Yes, please.

2          MR. BYARS:  Thank you.

3   BY MR. BYARS:

4   Q.   Dr. Skinner, I'd like to focus on one of the two main

5   opinions that you've offered.  I'm looking at your

6   demonstrative now.

7          Your second opinion is that Epic's claim that

8   Google Play's profitability is high is misleading.  That's one

9   of your main opinions; right?

10  A.   It is, yes.

11  Q.   But it's not just Epic asserting that Google Play's

12  profitability is high; right?

13  A.   Well, that's out of what Epic and Mr. Barnes' opinion is,

14  yes.

15  Q.   But, in fact, folks within Google have also asserted that

16  Google Play's profitability is high?

17  A.   In certain context that may be true, yes.

18  Q.   In fact, they've informed the CFO, the chief financial

19  officer, of Alphabet that Google Play's profitability is high?

20  A.   Perhaps, but perhaps -- are there specific documents you

21  have in mind here?

22  Q.   I'm happy to show you Exhibit 434, which we have in a

23  demonstrative.  We can pull it up for you.

24         This is the Play update@cfocouncil.  We saw testimony

25  about this earlier today.  You were here for that; correct?

1    A.    I was, yes.

2    Q.    And this was a 2018 slide deck presented to CFO Council;

3    right?

4    A.    That's what I understand this to be, yes.

5    Q.    CFO refers to Ms. Porat.  She's the chief financial

6    officer of Alphabet as well as Google; right?

7    A.    She is, yes.

8    Q.    Okay. and the CFO Council also includes other senior

9    finance leaders of Alphabet; right?

10   A.    As I understand it, yes.

11   Q.    Okay.  If you look at the slide here, those, the people on

12   that council, were informed that Play was highly profitable

13   with consistently improving margins; right?

14   A.    That's what the slide says; but, again, the CFO Council --

15   Q.    I just want to know -- I just want to make sure that's

16   what this slide says; right?

17   A.    That's what the slide says.

18   Q.    You're not testifying that the folks who presented this to

19   the CFO and senior business leaders were trying to mislead

20   them; right?

21   A.    No, there is no misleading.

22   Q.    Okay.  And if you see, this is connected to the 2017

23   figure here, which is a 52 percent profit margin; right?

24   A.    A 52 percent profit margin including the ads, yes.

25   Q.    Yes.  4/20/17?

**SKINNER - CROSS / BYARS**

1   **A.**   As reported on this slide, yes.

2   **Q.**   Okay.  And as reported on this slide, that meant to these

3   folks that Google Play was highly profitable with consistently

4   improving margins; correct?

5   **A.**   That's what the slide says, yes.

6   **Q.**   Thank you.

7        I'd like focus on the Android costs you talked about.  You

8   have a demonstrative reporting them as 40 billion.

9        I just want to clear one thing up that may be unclear.

10  That number includes costs going all the way back to 2005;

11  right?

12  **A.**   It does.  The Android --

13  **Q.**   And that -- 2005, that was before Google Play even

14  existed; right?

15  **A.**   Correct.  Android Market preceded Google Play, and then --

16  **Q.**   But 2005 was even before Android Market; right?

17  **A.**   Correct.  I believe that was the time of the initial

18  investment into Android.

19  **Q.**   Okay.  And you cannot say that any of that 40 billion in

20  Android costs should necessarily be allocated to the Play P&L;

21  right?

22  **A.**   Allocation is a specific accounting terminology.

23  **Q.**   I just want to know whether you're able to give an opinion

24  that any amount of that 40 billion cost should necessarily be

25  allocated to Play.

1  **A.**   Well, again, we need to understand that, as Mr. Cramer

2  said and as I've seen other testimony, that $40 billion in

3  Android costs, we saw Mr. Pichai's testimony that that was

4  necessary to support the Play.

5  **Q.**   I don't want to talk over you for the benefit of the court

6  reporter, but I don't think you're answering the question I'm

7  asking you.

8      I just want to know:  Can you give any opinion that any

9  amount of that 40 billion cost should necessarily be allocated

10  to Play?

11  **A.**   If we wanted to get a full picture of the --

12          **THE COURT:**  Mr. Skinner, I need you to say "yes,"

13  "no," or "I don't know."  Okay?

14      Ask the question again, please.

15  **BY MR. BYARS:**

16  **Q.**   Can you give an opinion that any of those Android costs

17  should necessarily be allocated to Play?

18  **A.**   Yes, I think some of them should be.

19          **MR. BYARS:**  Okay.  Your Honor, may I use in his

20  deposition page 146, lines 6 through 16?

21                      (Pause in proceedings.)

22          **THE COURT:**  Yes.

23  **BY MR. BYARS:**

24  **Q.**   Dr. Skinner, you were asked the question, and I apologize

25  for this preface (as read):

1          "And for one more time, indulge me, revisiting the

2     Android investments that in your opinion ought to be

3     allocated to the Play P&L, have you attempted to determine

4     what allocation mechanisms would be reasonable to

5     determine the portion of those investments that should be

6     allocated to Play P&L?"

7     And your answer was (as read):

8          "Let me be clear about the conclusion in my report,

9     which I hope is clear as it's written, which is I'm not

10    necessarily opining that those Android costs should be

11    allocated."

12    Were you asked that question and did you give that answer?

13         **THE COURT:**  That part is already carved in stone.  He

14    was asked the question and he gave that answer.  You don't have

15    to say that.  Okay?

16         **MR. BYARS:**  I appreciate that, Your Honor.  Thank you.

17         **THE COURT:**  You can just move on.  All right?

18         **MR. BYARS:**  Thank you, Your Honor.  I appreciate that.

19         **THE COURT:**  That's a tip for everybody.  You don't

20    have to say "Is the sky blue?"  All right?  We all know that.

21    Okay.  Go ahead.

22         **MR. BYARS:**  Thank you.

23    **BY MR. BYARS:**

24    **Q.**  And, furthermore, in your opinion, it's unlikely at least

25    that all of the Android costs would ever be allocated to Play

 1   as opposed to one of Google's other businesses; right?

 2   **A.**   The Android costs collectively support the entire

 3   ecosystem, including Play and the other products.

 4   **Q.**   Sir, that's an entirely different question that I think

 5   you're answering other than mine.

 6       It is unlikely that you would ever be allocating all of

 7   those Android costs to Google Play as opposed to one of

 8   Google's other businesses; right?

 9   **A.**   That's correct.  You wouldn't be allocating all of them

10   necessarily.

11   **Q.**   And, in fact, you haven't calculated the portion of those

12   Android costs that you think should be allocated to

13   Google Play; right?

14   **A.**   Well, I think I've made clear that at least a portion of

15   those costs is necessary to support the ecosystem, which

16   includes Play; and so a full picture of the --

17   **Q.**   Sir, I'm asking you the question --

18   **A.**   If I could just finish.

19       The full picture of the profitability of Play would

20   reflect those costs.

21   **Q.**   Sir, this is my time.  I asked you a specific question

22   about whether you had calculated the amount of Android costs

23   that you believe should be allocated to Play.  You have not

24   done that; correct?

25   **A.**   Correct.

1    Q.    Thank you.

2          And if you were to engage in a hypothetical exercise to

3    allocate Android costs, you would need to allocate those costs

4    to each of the different business units within Google that

5    benefit from those costs; right?

6    A.    It would depend on the purpose.

7    Q.    Let me ask it again.

8          If you were to allocate Android costs, you would need to

9    allocate a portion of those costs to each of the different

10   business units that benefited from Android costs, not just

11   Play; right?

12   A.    Again, I think we heard Mr. Cramer say today that --

13          THE COURT:  Mr. Skinner, please.  Just say "yes,"

14   "no," or "I don't know."

15          Let's have the question again, please.

16          MR. BYARS:  Sure.  I'll ask it a different way.

17   BY MR. BYARS:

18   Q.    If you're preparing P&Ls for different business units

19   within an organization and more than one of those business

20   units benefits from costs, you would need to allocate some

21   portion of those costs among all of those business units that

22   benefit; right?

23   A.    You would often do that, yes.

24   Q.    In fact, you would need to do that; right?

25   A.    It depends on the purpose.

1          MR. BYARS:  Your Honor, may I use his deposition

2   page 230, lines 7 through 22?

3          THE COURT:  230?

4          MR. BYARS:  Yes, Your Honor.

5                    (Pause in proceedings.)

6          THE COURT:  That's fine.

7   BY MR. BYARS:

8   Q.   So the question was (as read):

9          "To be more precise, for most purposes, if you were

10       asked to attribute Android costs to Google Play as part of

11       analyzing the Play Store's profitability, do you agree

12       that you would also need to, as part of the analysis,

13       attribute those Android costs to other Alphabet businesses

14       that benefit from Android investment?"

15       The answer was (as read):

16          "So I guess I'll say it in the following way and make

17       a general statement.  If I'm preparing P&Ls for different

18       business units within an organization and those different

19       business units each benefit from a given indirect cost, in

20       many instances we would be allocating some portion of

21       those indirect costs to each of the different business

22       units."

23       That was your answer?

24          THE COURT:  Just go.

25          MR. BYARS:  Thank you, Your Honor.

SKINNER - CROSS / BYARS

1    BY MR. BYARS:

2    Q.   And it is true that the Android ecosystem includes

3    multiple other products than Play; right?

4    A.   It does include a set of products, yes.

5    Q.   Multiple other products other than Play; right?

6    A.   A number of products.

7    Q.   Okay.  And the businesses that may benefit from Android

8    could include Google's Search business; right?

9    A.   Well, the Search business sits outside platforms and

10   ecosystems, but potentially it could benefit them.

11   Q.   Search could benefit from the Android ecosystem; right?

12   A.   It could, yes.  I'm not an expert on Search.

13   Q.   Okay.  YouTube also could benefit from the Android

14   ecosystem; right?

15   A.   It could potentially, yes.

16   Q.   And, for example, the Search business is a much larger

17   business than Play in terms of revenues; right?

18   A.   As I understand it, yes.

19   Q.   Search is a much bigger business; right?

20   A.   It is.  It has larger revenues, yes.

21   Q.   But you didn't evaluate the extent to which any of these

22   business units, including the really big one, benefited from

23   Android compared to Play; right?

24   A.   My understanding is that a bunch of different Google

25   products and businesses benefit from Android, yes.

SKINNER - CROSS / BYARS

1   Q.   Sir, I'm asking a different question, which is whether

2   you've calculated or conducted any comparison of the extent to

3   which any of these other businesses, including Search, benefit

4   from Android.  You haven't done so; right?

5   A.   Correct.  Yes.

6   Q.   And in your opinion, there are both costs and benefits

7   that Play experiences as a result of being involved in the

8   Android ecosystem; correct?

9   A.   Yes.

10  Q.   Just one last point that I think we should address, and

11  I'd like to refer you to one of your demonstratives.

12       Ms. McGuire, if you could put that up.

13       This is page 8.  Sorry.  Page 8 in our slide deck.

14       Thank you.

15       This was your demonstrative in which you compared the

16  operating margin of Google Play to the operating margin of the

17  platforms and ecosystems area within Google; right?

18  A.   Correct.

19  Q.   But there are lots of other products within what I'll call

20  P&E, platforms and ecosystems, not just Play and Android;

21  right?

22  A.   Yes, there are several other products.

23  Q.   Okay.  And, in fact, all of those several other products

24  within P&E are unprofitable businesses with one exception;

25  right?

1  **A.**   They generally are unprofitable apart from Play, yes.

2  **Q.**   Apart from Play.  Play is that one exception; correct?

3  **A.**   Correct.

4  **Q.**   And so it's not Google Play that is pulling down that

5  66 percent margin to 19 percent; right?

6  **A.**   No.  But, I mean, to be clear --

7  **Q.**   That's all.  That's all.  Thank you.

8  **A.**   Okay.

9      **MR. ROCCA:**  Two questions, Your Honor.

10      **THE COURT:**  Go ahead.

11      **MR. BYARS:**  Sorry.  Pass the witness, Your Honor.

12      **THE COURT:**  Yes.  That's fine.

13      **MR. ROCCA:**  Thank you.

14          **REDIRECT EXAMINATION**

15  **BY MR. ROCCA:**

16  **Q.**   That chart that you were just looking at, Professor, do

17  you have it in mind?

18  **A.**   Yes, I do.

19  **Q.**   What is the largest source of revenue in platforms and

20  ecosystems?

21  **A.**   It is Play.

22  **Q.**   What is the largest source of costs in platform and

23  ecosystems?

24  **A.**   Android.

25  **Q.**   So the red bar captures the largest source of revenue and

1  the largest source of costs in that unit; right?

2  **A.**   Correct.

3  **Q.**   And you indicated there were reasons why you didn't

4  calculate Google Play's profits, profitability.  Counsel didn't

5  let you finish.  Can you just explain the reasons?

6  **A.**   Yes.  Because the questions were specifically about

7  allocations.  Now, we know from Mr. Cramer's testimony and

8  other testimony of senior Google executives, that the Android

9  costs, like my example, were not allocated at all, and there

10  were good reasons those costs were not allocated at all.

11  **Q.**   And, again, what are some of those reasons?

12  **A.**   Well, because, A, the Android costs were tracked in a

13  separate cost center, which made sense if, as we heard

14  Mr. Cramer say, the managers of Android wanted to keep track of

15  those costs.

16      And then, secondly, if these are joint costs that benefit

17  a multitude of products, it's common not to allocate those

18  costs to individual product management P&Ls.

19  **Q.**   Thank you, Professor Skinner for your time.

20          **THE COURT:**  Okay.  You may step down.

21                      (Witness excused.)

22          **THE COURT:**  And who do we have next?

23          **MR. BORNSTEIN:**  Your Honor, Epic calls Professor Doug

24  Bernheim.

25          **THE COURT:**  Let me get the binders.

1          **THE CLERK:**  Please raise your right hand.

2                    **BERT DOUGLAS BERNHEIM**,

3     called as a witness for the Plaintiff, having been duly sworn,

4     testified as follows:

5          **THE WITNESS:**  I do.

6          **THE CLERK:**  Thank you.  Please be seated.

7        Please state your full name for the Court and spell your

8     last name.

9          **THE WITNESS:**  It's Bert Douglas Bernheim.  The last

10    name is spelled B, as in boy, E-R-N-H-E-I-M.

11         **THE CLERK:**  Thank you.

12       **MR. BORNSTEIN:**  Your Honor, before I begin the

13    examination, as we did with Mr. Barnes, we have a few exhibits

14    to move in in advance without objection for the sake of

15    efficiency.

16       The exhibits are numbers 6903, 6924, 6931, 6932, 6940,

17    6941, 6950, and 6952.

18         **MR. RAPHAEL:**  No objection, Your Honor.

19         **THE COURT:**  Okay.  They're admitted.

20       (Trial Exhibits 6903, 6924, 6931, 6932, 6940, 6941,

21         6950, and 6952 received in evidence.)

22       **MR. BORNSTEIN:**  Thank you, Your Honor.

23                    **DIRECT EXAMINATION**

24    BY MR. BORNSTEIN:

25    **Q.**  Professor Bernheim, how are you employed?

**BERNHEIM - DIRECT / BORNSTEIN**

1  **A.**    I'm a professor of economics at Stanford University where

2  I was also department chair head of the Economics Department

3  for seven years.  I'm also a partner at the economic consulting

4  firm of Bates White.

5  **Q.**    And would you describe your educational background,

6  please?

7  **A.**    Sure.  I have a Ph.D. in economics from the Massachusetts

8  Institute of technology.

9       Prior to that, I received a bachelor's degree from Harvard

10  University with highest honors.

11  **Q.**    And how long have you been at Stanford as a professor?

12  **A.**    Grand total, something like 35 years.

13  **Q.**    And what specifically is your field of study?

14  **A.**    I specialize in a number of areas.  One of them is known

15  as industrial organization, which is -- which includes

16  competition economics and antitrust.

17       I also work in a number of other fields.  One of the other

18  fields that will come up is behavioral economics.

19  **Q.**    Have you authored any economic scholarship in these

20  fields?

21  **A.**    Yes.  I've written over 125 academic articles, most in

22  peer-reviewed journals.  I've also written two books.  One is

23  an undergraduate microeconomics textbook.

24  **Q.**    Does any of that research relate to antitrust or

25  competition economics?

1   **A.**   Yes, it does.  Some of it concerns monopolistic practices,

2   vertical practices, cartels, those sorts of topics.

3   **Q.**   And have you previously been qualified as an expert on

4   those issues by other courts?

5   **A.**   Yes.  Multiple times.

6           **MR. BORNSTEIN:**  All right.  Your Honor, I would offer

7   Professor Bernheim as an expert in the field of economics and,

8   in particular, competition and antitrust economics.

9           **MR. RAPHAEL:**  No objection, Your Honor.

10          **THE COURT:**  He is qualified.

11      Go ahead.

12          **MR. BORNSTEIN:**  All right.  Thank you, Your Honor.

13  **BY MR. BORNSTEIN:**

14  **Q.**   Professor Bernheim, do you have a set of slides to help

15  you make it through your testimony today?

16  **A.**   Yes, I do.

17  **Q.**   All right.  Let's see if we can get those up on the

18  screen.

19      Can you please summarize the assignment that you were

20  asked to undertake here?

21  **A.**   Well, the main assignment is listed at the top of this

22  slide.  It was to conduct economic analyses of the challenged

23  conduct in this case and to determine its impact both on

24  competition and on market outcomes, and that involved a number

25  of steps, a number of pieces.

1        The main objective was to determine how Google's conduct

2   or the extent to which it -- whether it obstructs competition.

3   That's the first item.

4        To do that I had to do several other things.  One of them

5   was to identify what are known as relevant antitrust markets.

6   That's a concept that I'm going to be discussing and

7   explaining.  That was the second -- that's the second item on

8   the screen.

9        The next thing is to determine whether Google possesses

10  what's known as monopoly power in those antitrust markets.

11  That's the third item.

12       And then the final item is to go back to the conduct and

13  determine whether the conduct adversely impacts the customers

14  in these markets, in particular developers and smartphone

15  users.

16  **Q.**   And so, Professor, what's the bottom line?  What did you

17  conclude here?

18  **A.**   In brief, what I concluded is that Google has monopoly

19  power in the market for app distribution on Android

20  smartphones; that it engages in anticompetitive conduct that

21  sustains and enhances and maintains that power; and that as a

22  result of that, their customers, meaning users and developers,

23  are harmed.

24  **Q.**   Did you do any writing or author anything that summarized

25  the analysis that you performed?

1   **A.**   I did.   I wrote two reports in this matter totaling over

2   600 pages.

3   **Q.**   So before we dive in, and we're not going to do all 600

4   pages, but before we dive in, I want to just get out there some

5   of the basic economic principles that you applied, and I'll

6   start with -- start with the beginning.

7        So why do economists care about competition at all?

8   **A.**   Competition is a core concept in antitrust economics.

9   Competition refers to the process by which companies vie for

10   customers by lowering their prices, by improving the quality of

11   their products.   So competition leads to the provision of

12   high-quality products at low prices.   It also stimulates

13   innovation.   So all of these are benefits for consumers;

14   they're benefits for the economy.

15   **Q.**   How is it that competition produces all of these good

16   things?

17   **A.**   I have a demonstrative slide that will allow me to walk

18   through this.

19        So in this slide I'm depicting, first of all, a

20   transaction between a seller, which is the middle seller here.

21   This is Seller A that has a product or service which it

22   provides to the buyer.   The blue arrow is indicating that a

23   transaction is taking place, and that transaction is satisfying

24   a very particular need or desire on the part of the buyer.

25        Now, what we're concerned about in antitrust economics is

1    the possibility that a seller might be in a position to take

2    advantage of a buyer by charging higher prices for lower

3    quality products and what limits that ability.

4         What limits that ability is the presence of other sellers,

5    and here in this diagram I've shown two other sellers.  I've

6    labeled them as B and C with gray arrows going to the buyer to

7    indicate that while those aren't transactions that took place,

8    they could have taken place.  These are also products and

9    services that could satisfy the same need or desire.

10        And the fact that the buyer has the ability to switch to

11   one of the other sellers keeps Seller A here in line.

12   Competition between these sellers will produce a good outcome

13   for the buyer.

14   **Q.**   So is there a name that antitrust economists give to this

15   sort of set of substitutes that you're looking at here?

16   **A.**   Yes.  We call them substitutes, and the substitutes fall

17   into what we call a product market.  So we have -- that slide

18   has now added that.

19        These transactions all fall within the same product market

20   because they're satisfying the same need or desire on the part

21   of the buyer.

22   **Q.**   And did you look at or attempt to define any product

23   markets in this case?

24   **A.**   I did.  We're going to focus on two of them.  One of them

25   involves third-party operating systems for smartphones and the

1    other involves app distribution on Android.

2    **Q.**   All right.  So using app distribution on Android and the

3    Google Play Store as an example, why is it that an antitrust

4    economist goes through this exercise of defining a product

5    market?

6    **A.**   Well, when you define a product market, you're determining

7    who the competitors are.  You're finding out who can compete.

8    So if we're talking about Android operating systems, you're

9    looking to see who provides the operating systems; Google, for

10   example.

11       We do that so we can evaluate the competition, the

12   intensity of the competition; and we can also, having done

13   that, evaluate the effect of the conduct on the competition.

14   **Q.**   Okay.  You had said something earlier about assessing

15   whether or not Google has monopoly power.  Can you explain what

16   that is?

17   **A.**   Sure.  Let me start with the concept of market power.

18   Economists talk about an ideal called perfect competition.  In

19   a perfectly competitive market with tons and tons of

20   competition, prices are competed down to costs.

21       Now, the term "market power" refers to the ability to set

22   prices significantly above costs.  When that power is

23   substantial and when it's sustained, we often refer to that as

24   monopoly power.  And that's kind of a funny term because the

25   word "monopoly" literally means one seller, but we don't mean

1    that when we say "monopoly power."  We mean substantial and

2    sustained market power.

3    **Q.**   And why did you go through the exercise of assessing

4    whether or not Google has monopoly power in any of these

5    markets?

6    **A.**   Well, we assessed whether Google has monopoly power in

7    these markets to determine whether it has the ability to do

8    what I've described, to charge higher prices and also to engage

9    in anticompetitive practices.

10   **Q.**   What do you mean by "anticompetitive practices"?

11   **A.**   An anticompetitive practice is conduct on the part of a

12   company that in some ways interferes with competition, and it

13   can do that either by impairing rivals or it can do that by

14   disincentivizing rivals from competing.

15   **Q.**   Did you look here and apply that distinction between sort

16   of anticompetitive conduct in the Google Play Store in this

17   matter?

18   **A.**   I did, and we're going to be talking about that at some

19   length.

20        But just to kind of give a simple synopsis of what an

21   economist looks like in reaching that judgment, there's a lot

22   that's written on the distinction between pro-competitive and

23   anticompetitive conduct, but there is a simple and intuitive

24   principle that often is a good guide.

25        And the principle is that if a company is attracting

1    customers by improving its own offering, making it more

2    valuable to customers, either by improving its quality or by

3    reducing its price, well, that's creating value.  That's a good

4    thing.  So that's pro competitive.

5        In contrast, if a company is competing by interfering with

6    its rivals and degrading the quality of the rival's offerings,

7    that is destroying value, and that's typically bad.  That would

8    be anticompetitive.

9        As I said before, providing payments to a rival, for

10   example, not to compete, also would be anticompetitive.

11   **Q.**   All right.  So let's take those principles, apply them to

12   the various issues you looked at specifically here in this

13   case.

14       So using that framework, what transactions between buyers

15   and sellers did you actually look at?

16   **A.**   Yeah.  It's important to start with the transactions when

17   analyzing competition.  So let me begin with one kind of party

18   that participated in those transactions, and these are the

19   smartphone users, the Android smartphone users.

20       They're going to -- we're going to focus on two different

21   kinds of transactions here and they're related.  They're

22   satisfying two different needs.  One need is the need for app

23   functionalities on their phones.  They want their phones to be

24   able to do certain things.

25       The other, which is related, is the need for app

**BERNHEIM - DIRECT / BORNSTEIN**

1    distribution.  And when I talk about app distribution, what I

2    mean is two things:  Discovery, finding the apps; and then

3    installation, actually getting them on the phone so that people

4    can use them.  Those are two different needs:  The apps

5    themselves and then getting them -- finding them and getting

6    them on the phones.

7    **Q.**  All right.  So let's talk about the first of those, the

8    apps themselves.

9         Who are the buyers and sellers with respect to that need?

10   **A.**  The buyers are the smartphone users.  The sellers are the

11   app -- are the Android app developers who are providing the

12   apps to the smartphone users.  And the yellow arrow here

13   indicates the transaction that's taking place to satisfy the

14   need for apps.

15   **Q.**  All right.  And then for the second need you described app

16   distribution.  Who are the buyers and sellers there?

17   **A.**  Well, here you really have two buyers because there are

18   two parties with a shared need.  You've got the users who want

19   apps on their phones and you have the developers who want the

20   users to get the apps on their phones.  So they both demand the

21   app distribution services.

22        Those are provided in transactions with what I'm calling

23   here Android app distribution service providers.  So just to

24   take an example of that, Google Play is an app store.  That is

25   an app distribution service provider.

**BERNHEIM - DIRECT / BORNSTEIN**

1   Q.   And which of the two markets that you have on the screen

2   here right now was the focus of your analysis?

3   A.   The main focus of my analysis with respect to the markets

4   on this screen is the app distribution markets, those that

5   contain the transaction that's highlighted in blue.

6   Q.   All right.  We're going to step away from these markets

7   for a second.

8        Were there any other markets that you also looked at?

9   A.   Yes.  In doing this analysis, it was also important for me

10  to think about the Android operating system because that

11  basically is the core of Google's power.

12  Q.   All right.  So who are the buyers and the sellers there?

13  A.   Well, here, the buyers are equipment manufacturers.

14  You've probably heard the term OEMs, original equipment

15  manufacturers.  They make the smartphones.  The smartphone

16  isn't any good without an operating system.  So they have a

17  specific need, and their specific need is for the rights to use

18  an operating system.

19       They obtain that through transaction with another party

20  that provides license to an operating system.  So that's -- the

21  arrow in this case is a transaction providing the operating

22  system.  So those parties would -- I mean, it's Google Android

23  is an operating system provider.

24       And these are transactions now that are satisfying

25  different needs and they're with different buyers.

**BERNHEIM - DIRECT / BORNSTEIN**

1    Consequently, they fall within a different antitrust market.

2    So here I'm referring to the market containing third-party

3    smartphone OSs.

4    **Q.**   All right.  How do these markets all fit together?

5    **A.**   Shown on the slide -- although mine is cut off a little

6    bit.  I hope everyone else can see well.

7        What I've done here is put all the markets that we've just

8    talked about on the same slide, and now I'm going to add one

9    additional arrow that runs from the smartphone OEMs, the folks

10   who make the smartphones, to the smartphone users.

11       And what's going on in these transactions, which are

12   indicated by that additional arrow, is the smartphone OEMs are

13   providing smartphones to the smartphone users to satisfy their

14   need for smartphones.  And that's a different transaction --

15   different kind of transaction satisfying a different kind of

16   need, so we have to think about a different antitrust market

17   for that as well.  And I've described that as markets for

18   smartphones.

19   **Q.**   All right.  Where does Apple and the iPhone fit into all

20   of this?

21   **A.**   Yeah.  So Apple has -- it makes smartphones, but it also

22   has its own proprietary operating system, iOS.  It does not

23   offer that operating system to other OEMs.  So it's actually

24   not a participant in the market for third-party smartphone OSs.

25   It simply doesn't participate.

1        Likewise, Apple does not participate in the market for app

2    distribution on Android.  Instead, Apple is -- let's add it to

3    the slide -- Apple is down there (indicating).  In other words,

4    Apple is creating a phone with its own proprietary operating

5    system and providing that to smartphone users for Android

6    smartphone users.  It's an alternative that they could

7    consider.

8        So this is where Android -- this is where Apple shows up.

9    Apple's presence here in this part of the ecosystem has

10   implications for the rest of the markets that I've talked

11   about, and we're going to need to discuss those in some detail,

12   but this is where they actually interact.

13   **Q.**   Before we get to any detail, would there be anything wrong

14   with just looking at all of this stuff on top here that's part

15   of -- that relates to Android and saying that that's one big

16   market that competes with Apple?

17   **A.**   Well, there would be quite a lot wrong with that.

18   **Q.**   Why is that?

19   **A.**   Well, you can come at this from two perspectives.  One is

20   a bit of a formal perspective of just asking:  Okay.  There's a

21   framework that antitrust economists use to think about these

22   kind of issues, and it's the framework that I've described.

23   And that framework says:  You know, we're looking for -- to see

24   whether there are pockets of transactions where sellers can

25   take advantage of buyers.

**BERNHEIM - DIRECT / BORNSTEIN**

1      To mix all of these things together where you're talking

2  about different buyers satisfying different needs and to lump

3  them all together without distinguishing between them, it is

4  contrary to the principles, the general principles, that

5  there's a wide consensus among antitrust economists.  That's

6  not -- that's not how you do competition analysis.

7      To be, you know, a little bit more practical about this,

8  the issue is that Apple can introduce potentially some

9  competition in this system in the market for smartphones; and

10  while that has implications for what occurs elsewhere in that

11  system, simply knowing that there is competition there does not

12  mean that Google is not positioned to take advantage of buyers

13  in the other transactions that are in this system.

14  **Q.**  So let's turn back to the specific assignment that you had

15  here.

16      And can you just give a summary of your main conclusions?

17  **A.**  To run through it very quickly, the first thing that I

18  concluded is that Google possesses monopoly power in the market

19  for third-party operating systems.

20      Second, that Google uses that power to deploy a collection

21  of anticompetitive practices.

22      Third -- which are aimed at app distribution.

23      Third, that that conduct creates, maintains, amplifies

24  monopoly power in the market for app distribution on Android

25  smartphones.

1        And then, finally, that the customers, the users --

2    smartphone users and developers are harmed as a result.

3    **Q.**   All right.  So let's turn to the first one, Google

4    possesses monopoly power in the market for third-party

5    smartphone OSs.

6        So just to situate it on your little map here, which

7    market are we talking about right now?

8    **A.**   We put a big red circle around it to just make it clear

9    that this is where we're starting.

10   **Q.**   All right.  And how did you conclude that Google has

11   monopoly power here in this circled market?

12   **A.**   Well, the first step is to determine who participates in

13   this -- in these transactions as sellers and what are their --

14   what's the magnitude of their activity.  So I have a slide that

15   shows that.

16       In this slide you can see the date on the bottom axis and

17   on the vertical axis, this is the percentage of units sold.  So

18   the percentage of smartphones.  The green line is Android.  And

19   you can see for third-party smartphone operating systems,

20   Android has basically had close to 100 percent since around

21   2016-2017.  There were other participants in this market, but

22   have sort of died off.

23   **Q.**   Why is Apple not here?

24   **A.**   Well, again, as I was describing as were looking at the

25   schematic, Apple doesn't participate in these transactions.

1  Apple has a proprietary operating system.  They don't try and

2  license one from anybody else and they don't offer to license

3  it to anyone else.  They kind of wall themselves off.

4  **Q.**  So, now, is this slide on the screen an Android's share of

5  third-party operating systems sufficient for you to conclude

6  that Google has monopoly power in this market?

7  **A.**  Not quite.  It's a good indication, but that's not where

8  one stops.  That's not where an economist stops.

9  **Q.**  What else did you look at?

10  **A.**  So I looked at the additional items that are listed on the

11  slide in addition to having nearly 100 percent share.  I also

12  examined what are called barriers to entry; in other words, how

13  hard it is -- how hard is it for some other company to come in

14  and start competing with Google even if they're not there now.

15      Barriers to entry here are extremely high.  There hasn't

16  been attempted entry into this market since I think 2014, and

17  that was unsuccessful.

18      And then the final thing that I looked at was Google's

19  profitability from Android, which I determined was not only

20  substantial but also sustained, and the combination of those

21  things is quite indicative of market power.

22  **Q.**  There's been some testimony in the case suggesting that

23  Google gives Android away for free.  Does that undercut your

24  conclusion regarding monopoly power here?

25  **A.**  No, it doesn't, because Google doesn't give Google Android

1    away for free, the Android that's in those figures.

2        What is correct is that when Google enters these licenses,

3    it doesn't receive a cash payment from the OEMs.  But, instead,

4    what it receives is certain contractual agreements, contractual

5    obligations on the part of the OEMs.  The OEMs are receiving

6    something and they're doing something for Google.

7        And one of the very important things that the OEMs are

8    doing for Google is agreeing that they're going to put the

9    suite of GMS apps on their smartphones, and that generates

10   billions of dollars of revenue for Google.

11   **Q.**   And by "GMS apps," you mean things like Search and YouTube

12   and Maps and so forth?

13   **A.**   Yes.  Those kind of apps, yes.

14   **Q.**   Aside from the apps, are there any other value that Google

15   gets from the OEMs in licensing Android?

16   **A.**   Yes.  Google also derives value from other aspects of its

17   agreements, its licensing agreements, in relationships with the

18   OEMs.  We'll talk about some of them later.  They involve the

19   anticompetitive restrictions that I'm going to be focusing on.

20   **Q.**   All right.  Well, why don't we turn to that now in your

21   second conclusion, that Google uses its power in that market we

22   just talked about to engage in a collection of anticompetitive

23   practices that protect the Google Play Store.

24       And you list on this slide two different types of conduct.

25   Can you explain what they are, please?

1  **A.**   Sure.   The first one is conduct that impairs potential

2  rivals' ability to compete by degrading their offerings

3  basically.

4       The second is basically just paying a rival not to

5  compete.

6  **Q.**   All right.   And just to situate what we're talking about

7  here on your map, again, we're talking about anticompetitive

8  conduct in which of these markets?

9  **A.**   Well, now it's the -- I can't say "circle" anymore -- the

10  odd-shaped thing that's encompassing the transactions that I've

11  described as transactions for app distribution services.

12  **Q.**   Okay.   So you talked about one of the types of

13  anticompetitive practices was impairing or obstructing rivals'

14  ability to compete.

15       What are the specific ways that Google actually does that?

16  **A.**   So we're going to talk about three ways that Google is

17  doing that that are listed in the three bullet points, the

18  subbullet points here under this first point.

19       The first of those is impairing direct app distribution by

20  imposing frictions on off-Play installations of apps.

21  **Q.**   All right.   Well, why don't we just dive right into those,

22  and we can take them one by one as we get to them.

23       So the jury's heard a lot about the frictions from direct

24  downloading of apps.

25       I want to ask you something that we haven't gotten to yet,

1  which is have you done any quantitative analysis to assess what

2  the impact of those frictions is?

3  **A.**  Yes, I have.

4  **Q.**  What kind of work did you do on that?

5  **A.**  I did a couple of things.  The first of those was to look

6  at what Epic calls its funnel data for installations.

7  **Q.**  So can you explain, you know, what we're seeing on this

8  slide here about the funnel data?

9  **A.**  Sure.  So this is describing the installation process of

10  EGA, the Epic Games app, followed by Fortnite, and that

11  involves a number of steps that are listed along the bottom

12  axis here.  So, you know, they're numbered and then under each

13  one is a little label saying what it is.

14      On the vertical axis, I'm measuring number of people.  And

15  this particular figure applies to a particular month, a single

16  month in 2021.  I've looked at data for other months in '21

17  and -- 2021 and 2022.  They all look very similar.

18      In any case, what I'm focused on here is moving between

19  steps 2A and 3.  That's the focus because that's where the

20  warning messages show up, the messages that could potentially

21  alarm a user and induce them to drop off.

22      And what you see in this figure is that about 35 percent

23  of users drop off averaged across months when they encounter

24  these warnings.

25  **Q.**  Did you do any other quantitative assessments of the --

BERNHEIM - DIRECT / BORNSTEIN

1          THE COURT:  Can I jump in?

2          MR. BORNSTEIN:  Of course, Your Honor.

3          THE COURT:  So, Professor, so when you -- the click to

4    download means a user has just initially expressed interest in

5    downloading the app and then portal heartbeat means a

6    successful completed download?

7          THE WITNESS:  Well, remember this is EGA followed by

8    Fortnite.  So this is first clicking to download EGA and then

9    the warning message comes up; and then if they click "Yes,

10   please install," it installs EGA and now the process continues

11   to install Fortnite.

12         THE COURT:  What does portal heartbeat mean?

13         THE WITNESS:  I can't remember.  I think it's just

14   that they're getting a signal back from the device saying that

15   it's installed.

16         THE COURT:  It's finished?  Its successful?

17         THE WITNESS:  For the EGA part, that's -- I think that

18   that's roughly correct.

19         THE COURT:  Okay.  Thank you.

20      Go ahead.  Sorry.

21         MR. BORNSTEIN:  Thank you, Your Honor.

22   BY MR. BORNSTEIN:

23   Q.   So aside from this assessment of the funnel, as you called

24   it, or as Epic called it, did you look at any other

25   quantitative measurements of the impact that the sideloading or

1  direct downloading frictions and warnings have?

2  **A.**   Yes.  I also looked at an episode involving One Store,

3  which is an OEM, in providing smartphones in India.  And I

4  think you heard testimony that there was a period of time where

5  One Store was not constrained by its agreements with Google.

6  There was an ability to provide -- to preinstall the Epic Games

7  app on certain phones in India.

8      And during that period of time, I was able to look at what

9  happened on smartphones, OnePlus smartphones in India, where

10  the EGA was preinstalled and where it was not preinstalled.

11      And what you see is that relative to the phones where it

12  was not preinstalled, when you get to the preinstallation

13  period, downloads of Fortnite increase by about 75 percent.

14  **Q.**   So when the EGA app was able to be preinstalled, you're

15  saying that downloads increased; is that correct?

16  **A.**   Downloads of Fortnite increased quite substantially, yes.

17  **Q.**   And just so the record is clear, at some point in that

18  answer you referred to One Store and at some point you referred

19  to OnePlus?

20  **A.**   Sorry.  OnePlus.

21  **Q.**   Okay.  Great.  Thank you.

22  **A.**   Yes.  I meant OnePlus in both cases.

23  **Q.**   Great.

24      There's been some testimony in this case from a

25  representative from Amazon who said that only about 11 percent

1  of users who attempted to download the Amazon Appstore at one

2  point actually made it all the way through the process.  Is

3  that consistent with your analysis?

4  **A.**   Yes, it's consistent, it's corroborative of what I'm

5  finding.

6  **Q.**   All right.  So after reviewing that and the other

7  materials that you've seen in this case, what did you

8  ultimately conclude about the impact of these frictions and

9  warnings on the competitive significance of direct downloading?

10 **A.**   Well, by degrading the quality of the download experience,

11 at least to the extent that's shown here, I mean, it may be

12 greater if people are having a bad experience here, they may

13 get uncomfortable with the process, drop off later; they may do

14 it once, not try it again.  So this is kind of a lower bound on

15 the impact.

16     But my conclusion here is that this process is degrading

17 one of the important competitive alternatives to Google Play;

18 and because it does that, it will enhance Google Play's power

19 in the market for app distribution.

20 **Q.**   Let's talk about another way that a competing app store

21 might compete.

22     Are there other ways that an app store can get onto a

23 phone aside from being directly downloaded by the user?

24 **A.**   Yes.  The other way that an app store can get on a phone

25 is through preinstallation.

1  **Q.** All right.  And did you look at whether Google's conduct

2  affects the competitive significance of preinstallation as an

3  option?

4  **A.** I did.  Google also has conduct that impacts the

5  feasibility of preinstallation.

6  **Q.** All right.  Before we get to what Google actually does,

7  just can you explain why preinstallation matters, what its

8  competitive importance is?

9  **A.** Sure.  So to start with, Google Play is preinstalled on

10  all Android phones.  So it's there.  It's a potential default.

11  And we know from research and behavioral economics, one of my

12  areas of specialization, that defaults can be extremely

13  powerful; that if there is a default, that people tend to stick

14  with it unless they have a compelling reason to do something

15  else.

16      Now, that means that if there is no preinstallation of

17  anything else, Google has an enormous advantage.

18  **Q.** So did you look at how well or poorly other app stores

19  have succeeded in being able to get preinstalled?

20  **A.** I did.  And I think we have a slide that shows this.

21  **Q.** All right.  Can you tell us what we're looking at here?

22  **A.** So this is a slide that's summarizing preinstallations as

23  of July 2021, and you can see that it basically has three

24  pieces to it.  The top is Google Play.  That's just to remind

25  you that Google Play is preinstalled on 100 percent of Android

**BERNHEIM - DIRECT / BORNSTEIN**

1    smartphones.

2         The rest of this is divided into two sections, and I want

3    to start with the section on the bottom to begin with.  These

4    are the non-OEM stores.  And by looking at the final column,

5    those are shares, those are shares of phones that they're

6    preinstalled on, you can see that they're all very tiny.  All

7    but one are significantly less than 1 percent.

8         So the non-OEM stores have not been able to achieve any

9    success with preinstallation.

10        Now let's look at that panel that's kind of shaded

11   yellowish which says "OEM Stores."  This is where you see some

12   significant preinstallation.

13        So, first of all, Galaxy Store worldwide is on about

14   40 percent of Android smartphones.  And then there are some

15   others, some other OEMs, that also have nontrivial

16   installations, in particular Xiaomi, Vivo, and Oppo.

17   **Q.**   And you've got some that are grayed out.  Just quickly,

18   why did you gray some out?

19   **A.**   I grayed two of them out.  I grayed out Huawei and LG.

20   And the reason is, first of all, LG stopped making smartphones

21   in 2021.  So they're not part of this picture anymore.

22        With respect to Huawei, Huawei ran afoul of sanctions I

23   think in 2019, and those sanctions made it impossible for

24   Google to do business with them so they lost access to, you

25   know, Google products and suffered from other sanctions as

1   well, and their market share kind of collapsed after that.

2   Outside of China their market share collapsed.

3   **Q.**   So if you do some rough math here, on the right column in

4   the yellow there's, you know, around 50 percent of the stores

5   that have an OEM -- excuse me -- 50 percent of the phones that

6   have an OEM store preloaded.  So does that mean that this is

7   actually a big competitive force against Google Play?

8   **A.**   No.  That does not follow.

9   **Q.**   Why not?

10  **A.**   Well, for several reasons.  I mean, the first thing that

11  you have to keep in mind is that there are a lot of -- a lot of

12  smartphones that only have Google Play.  I don't know whether

13  it's 50 percent, but it's around a third to 40 percent of

14  Android smartphones only have Google Play and there it's the

15  only default.

16       And then on the rest of the Android phones, generally

17  there's only one.  You know, on each one of these OEMs, there

18  would be one.  A very small number there is more than one.  So

19  even in those situations, Google is still on a very

20  advantageous position.

21       But there's more, which is that Google also engages in

22  conduct to essentially discourage these OEMs from competing

23  with Google Play with their stores.

24  **Q.**   So what conduct are you talking about?

25  **A.**   Here I'm referring to what's called Premier Tier Revenue

1  Sharing Agreements, part of what's abbreviated RSA 3.0, and

2  these premier tier agreements actually have exclusivity

3  provisions in them where the OEM is incentivized to classify

4  smartphones -- some of the smartphones or all of the

5  smartphones that they produce as premier tier; and when they do

6  that, they can't preinstall any other -- any other app store on

7  their devices.

8  **Q.**  Did you look at how many phones and which OEMs devices

9  were affected by these types of premier tier agreements?

10  **A.**  I did, and we have another slide on this.

11      So this is leaving out Samsung, and I'm going to come back

12  to Samsung later.  So I just wanted to flag that.  Samsung is

13  important.  They're preinstalled on 40 percent of phones, and

14  I'm going to talk about Samsung in a little bit.

15      This is all the other OEMs, and I've listed them here from

16  left to right in order of the size of their smartphone shares.

17  So you can see that Xiaomi is the biggest of them.  That's the

18  blue bar.  The blue bar is their smartphone sales.

19      And as you go to the right, those shares are getting

20  smaller.  All the way on the right there's a category that says

21  "The remaining 830."  They're all individually quite small.

22      Now the other thing that this figure shows are these

23  orange bars, and this is OEM by OEM, the fraction of their

24  devices that are classified as premier tier and that are,

25  therefore, subject to the exclusivity provision.  Not all their

1  phones fall into that category in part because they -- you

2  know, the older phones with lower technical specs don't

3  qualify.  But you can see that four specific OEMs, the numbers

4  are quite high.

5  **Q.**  Can you conclude anything by looking at which OEMs have a

6  lot of devices within the premier tier?

7  **A.**  Absolutely.

8  **Q.**  What is that?

9  **A.**  Well, remember on the previous slide I had grayed out two

10  OEMs for reasons that I explained; and aside from Samsung,

11  there were three left that had significant amounts of

12  preinstallation of their app stores.  Those were, and we're

13  showing them again, Xiaomi, Vivo, and Oppo.

14      Now let's go back to the other slide and see where the

15  RSAs are having an impact.  For Xiaomi, Oppo, and Vivo, the

16  orange bars indicate, averaging across them, that it's roughly

17  60 percent of their phones.  So a very large fraction of the

18  phones associated with the OEMs who actually had competing app

19  stores, they had to stop putting those app stores on the

20  phones.

21  **Q.**  You talked about now ways in which the RSA 3.0 premier

22  tier has affected OEM app stores.

23  **A.**  Could I just add one item to my previous answer?

24  **Q.**  Of course.

25  **A.**  Because I forgot to say it.

1        These figures apply to new phones rather than the stock of

2   phones.  I mean, preinstallations for competition only really

3   matter with respect to new phones.  So I have focused here on

4   new phones.

5   **Q.**   Great.  Thank you, Professor.

6        We've talked about the impact that these RSA 3.0 premier

7   tier provisions have on OEM app stores.  Do they have any

8   impact on the third-party app stores, the non-OEM stores?

9   **A.**   Well, they do.

10  **Q.**   What is that?

11  **A.**   I think there's been testimony about the Epic experience

12  with trying to get preinstallation of Epic Games App, EGA, and

13  those efforts ran smack into these restrictions.

14  **Q.**   All right.  Now --

15          **THE COURT:**  We'll take lunch at 12:15.

16          **MR. BORNSTEIN:**  Thank you, Your Honor.

17  **BY MR. BORNSTEIN:**

18  **Q.**   You covered this just a little bit with your observation

19  about new phones versus old phones, but there has been some

20  testimony from Google witnesses during the course of the trial

21  so far that the premier tier covers only a very small portion

22  of devices.

23       Now, what is, in your view, the competitive -- or the

24  significance of that claim for your analysis?

25  **A.**   Well, first of all, if we're talking about competition

1  from apps, we have to think about new phones.  Of course

2  there's an installed base, and that's going to dilute these

3  numbers.  You've got to focus on the new phone -- new

4  smartphone sales, and for those the numbers are much higher.

5      But then the other thing important to keep in mind is how

6  these RSA restrictions are targeted.  Okay?  What I'm showing

7  in this figure is that Xiaomi, Oppo, and Vivo, the one with

8  competing game stores -- these aren't potential competitors;

9  these are actual competitors -- they're being hit quite

10  heavily.

11      Whereas, for example, Transsion, the third largest

12  worldwide smartphone provider according to these numbers, but

13  you saw in the previous table they didn't appear.  As far as I

14  know, they don't have a significant app store and they also

15  don't have these restrictions.

16  **Q.**   So besides direct downloading and preinstallation, any

17  other way for a competing app store to get onto an Android

18  phone?

19  **A.**   That's pretty much it for all practical purposes.

20  **Q.**   Okay.  So you talked about a third way in which Google has

21  obstructed rivals' ability to compete, which you say is

22  removing opportunities to differentiate themselves.

23      What do you mean by differentiation here?

24  **A.**   Right.  Well, what I'm talking about here is that in many

25  markets where you have a dominant firm that is benefiting from

**BERNHEIM - DIRECT / BORNSTEIN**

1    its position as the incumbent, it's hard to -- it's hard to

2    make inroads against that.

3        In the context of Google Play, you've got users going

4    to -- smartphone users going to Google Play because the apps

5    are there, and you've got developers putting their apps on

6    Google Play because users are going there, and it's all kind of

7    reinforcing.  And to break into that, you need to offer the

8    consumer a compelling reason to do something else.

9        And the way that that's typically done in these types of

10   markets is to offer some sort of exclusive content to say "We

11   have some sort of content here that actually you can't get

12   there so you ought to try us."  This is a way that companies

13   often successfully break into markets.  If they didn't

14   differentiate themselves, they'd just get squashed and they

15   wouldn't be competition.

16   **Q.**   What has Google done to prevent that kind of

17   differentiation?

18   **A.**   Here we come to the Project Hug agreements with

19   developers.  And the Project Hug agreements have provisions in

20   them that prevent the competing app stores from obtaining or

21   even developing in cooperation with developers exclusive

22   content that they could offer for this purpose.

23   **Q.**   There's been a lot of testimony about Project Hug in the

24   trial.

25       One thing that has been asserted, though, that I'd like to

1   get you to share your opinion on is that there were only about

2   20 or 22 developers that signed these agreements.  Does that

3   affect how competitively significant they were?

4   **A.**   Well, I mean, an assessment of it has to take that into

5   account, but there are other facts here that I think are

6   extremely relevant and that we need to consider.

7        In the first place, yes, there are thousands of other

8   developers, but these are very large and important developers.

9   They account for about 20 percent of Google Play revenue.

10  That's just off the top.

11       But there are a number of other important considerations

12  about them.  The issue is that they are strategically

13  important, and I've seen quite a few Google documents that

14  recognize their strategic importance to a potential entrant.

15       So think about it this way:  You want to differentiate

16  yourself.  You're an app store and you're entering and you want

17  to differentiate yourself from Google Play.  If you have

18  exclusive content to League of Legends, that's a well-known

19  app, lots of people want it, that's splashy, that feels

20  important to users, that will make a difference.  If you

21  announce that you have exclusive content to, you know, Veggie

22  Garden Planner, that's not going to make an impression on

23  anyone.

24       So the thing that's important to execute this strategy

25  well, this entry strategy well, is to be able to develop

1  exclusive content that will make a difference.  And just

2  judging from Google's own documents describing the Project Hug

3  developers, these were the ones that it had identified as

4  potentially being able to make a difference to these entrants,

5  and also they were characterized as the ones that were willing

6  to consider going off Google Play.

7  **Q.**  So what did you ultimately conclude about the competitive

8  effect of the Project Hug provisions that the jury's heard so

9  much about and that appear on the screen here?

10  **A.**  Right.  These provisions, just to be clear, are parity

11  provisions.  They basically say that developers have to release

12  on Google Play at the same time that they release elsewhere,

13  and what they release has to have the same content and

14  features.  So this is basically, you know, preventing any

15  significant differentiation.

16      My conclusion about this is that it has significant

17  anticompetitive effects, and I say that for a couple of

18  reasons.  One reason is it blocks the main viable entry

19  strategy into this industry.  You need the differentiation to

20  accomplish anything.

21      The other thing is it discourages app developers and

22  competing app stores from developing new content.  If you think

23  about, you know, the position of an app store, you might try

24  and make a deal with one of the app developers to actually

25  develop new content that you could then have -- you could then

1   offer exclusively through your app store.

2       But these provisions are saying, "Well, even if you

3   develop it cooperatively, you still have to put it on

4   Google Play."  Think of what that does to the incentives of a

5   rival app store.

6       I mean, you develop something and then your competitor

7   gets the benefit of it too.  So it takes away their incentives

8   to do that.  It takes away the incentives of the developers to

9   develop the kind of content that would be suitable for these

10  exclusives that they could offer other app stores.  So there's

11  a disincentive to create value.

12  **Q.**   All right.  Let's turn to the other category of

13  anticompetitive practice that you describe, which was buying

14  off potential rivals.

15  **A.**   Yes.

16  **Q.**   As an economic principle here, why would it make any sense

17  for a monopolist to pay its rivals not to compete?

18  **A.**   So I have a couple of demonstrative exhibits that I want

19  to talk through that explains how the economics of this works.

20      In this slide, I'm showing two different scenarios.  These

21  are very simplified scenarios, and the numbers here are just

22  all hypothetical, made up, so that I can make the point.

23      Okay.  In the scenario over on the left, we have a

24  dominant firm that is providing some product to consumers

25  without competition; and in that setting, because there's no

 1   competition, the dominant firm gets a very large slice in the

 2   value that's created.  I've written that as $75.  Only 25 is

 3   left for consumers.

 4        Now, over on the right I'm showing another scenario.  This

 5   is a scenario where we have a rival in the market.  Two things

 6   happen when you have a rival.  The first is that the pie grows.

 7   The reason the pie grows is that competition helps good things

 8   happen.  It lowers price.  It increases quantity.  It spurs

 9   innovation.  So there's more value being created, so it's a

10   bigger pie.

11        The other thing that's going on here is now the consumers

12   get a much larger slice, the reason is that the rival firm and

13   the dominant firm are now vying for the consumer's attention.

14        Okay.  Now, let me explain now how paying off a rival

15   works.

16        Going to the next slide, the scenario on the right is

17   exactly the same as before.  I haven't changed it.  What I've

18   done is changed the scenario on the left, and what I'm assuming

19   here is that the established firm, the dominant firm, is paying

20   this rival not to compete.  So that's that slice.  That $20

21   slice becomes a payment to the rival.  The size of the pie is

22   the same as it was on the last slide because the rival isn't

23   competing.  You don't have the benefits of competition.

24        Now, you'll notice that the $20 that goes to the rival on

25   the left is bigger than the 15 that the rival would get on the

1   right.  So what that means is it's better for the rival to

2   decide to play ball with the dominant firm rather than to enter

3   as a competitor.  If it plays ball, it gets 20.  If it

4   competes, it only gets 15.

5       Okay.  Now, what about the dominant firm?  The dominant

6   firm pay has to pay off the rival; but on the left, it's left

7   with 55 and on the right it gets 40.  So which is better for

8   the dominant firm?  It's clearly better to pay off the rival.

9       What happens -- okay.  So now the dominant firm is better

10  off, has greater profits.  The rival has greater profits.

11  Where do those come from?  They come from consumers.  So

12  compare how consumers do on the left and the right.  Consumers

13  are much worse off.

14      So this is what we worry about in antitrust economics;

15  that firms will find these kinds of ways to suppress

16  competition and hurt consumers as a result.

17  **Q.**   Now, have you seen conduct that Google has engaged in that

18  you think fits this framework that you've just described?

19  **A.**   I have, yes.

20          **THE COURT:**  Okay.  We'll leave that, and we'll take

21  our lunch break and we'll be back at 12:45.

22          **THE CLERK:**  All rise.

23          (Luncheon recess was taken at 12:13 p.m.)

24

25

1    **AFTERNOON SESSION**                                    **12:51 p.m.**

2         (Proceedings were heard in the presence of the jury:)

3              **MR. BORNSTEIN:**  Thank you, Your Honor.

4    **BY MR. BORNSTEIN:**

5    **Q.**   So, Professor Bernheim, before lunch, you had explained

6    the slide that's currently on the screen about the incentive

7    that a monopolist might have to pay off a rival, and I had

8    asked you whether you had seen any conduct that Google had

9    engaged in that fits this framework.

10   **A.**   Yes.  There are two contexts in which this sort of thing

11   takes place, and I've referred to both of them already.  One is

12   the RSA 3.0 revenue sharing agreements with OEMs and the other

13   is the Project Hug agreements with developers.

14   **Q.**   All right.  So as to the RSA 3.0 agreements with OEMs, how

15   do they fit into this framework?

16   **A.**   So part of premier tier is there's an exclusivity

17   provision that I've discussed, but we can set that aside for a

18   moment.

19        There are also revenue sharing provisions whereby Google

20   shares a fraction of Google Play revenues with the OEM.  And so

21   imagine that you're an OEM and you have a 20 percent revenue

22   share with Google.  Think about the effect on your incentives

23   for launching a competing app store.  You could by virtue of

24   doing that, by virtue of doing that you could draw business

25   away from Google; but for every dollar that you pull away from

**BERNHEIM - DIRECT / BORNSTEIN**

1    Google, you're losing 20 cents right off the top.

2         And it's even worse than that.  Because if by virtue of

3    entering the market and competing with Google, Google ends up

4    reducing its commissions in response -- its commission rate in

5    response to your competitive entry, you then lose money on

6    everything else that Google sells because your 20 percent is

7    now 20 percent of a smaller number.

8         So entirely apart from the exclusionary provisions here,

9    these provisions strongly disincentivize rivals from operating

10   competitively with Google Play.

11   **Q.**   Which OEMs got the most generous revenue sharing terms

12   from Google?

13   **A.**   Well, according to my understanding based on the documents

14   that my team and I reviewed, this is a list of the premier tier

15   revenue sharing percentages for Google Play revenue, and you

16   can see at the top of the list are Xiaomi, Oppo, and Vivo.

17   These are the OEMs that had competitive preinstalled app

18   stores, setting aside Samsung and setting aside the two that

19   essentially disappeared.

20        So what we see here is aggressive revenue sharing being

21   given not to potential competitors but to actual competitors.

22   **Q.**   And OnePlus I see is also on here as a 20 percent rev

23   share.  How does OnePlus fit into this list?

24   **A.**   Well, OnePlus also received this provision.  My

25   understanding is OnePlus is affiliated with Oppo.  I can't

remember at this point in time whether it was some sort of a

partnership or ownership, but there was an affiliation between

the two companies.

**Q.**   Excuse me.

You also mentioned the Project Hug agreements with

developers.  How do they fit into this buying-off-rivals

framework?

**A.**   Well, remember, the Project Hug agreements provided

generous payments to the developers in exchange for agreeing to

these exclusionary provisions.  And if you're a developer,

think about the position that this is putting you in.  Some of

these developers -- there is indication in the trial testimony,

I think, certainly in the record, that some of the developers

considered launching game stores; and had they done that, they

would have been actually competing with Google Play.

Instead, they, by virtue of being induced through these

incentives to agree to these terms, put themselves in a

position where they couldn't even take the material that they

developed for their own apps and launch an app store and have

any exclusive content for their own apps.  So this would have

strongly discouraged them from entering.

**Q.**   Well, there's been some testimony that the agreements that

were signed by these developers, like Activision and Riot,

didn't actually prohibit the developers from opening their own

store.  What significance does that have to you as an

1  economist?

2  **A.**   Well, as an economist, I look at this as a matter of

3  incentives, and I'm asking:  What -- how does the agreement

4  affect the developer's incentives to entry -- enter?

5      If you take away the developers's ability to have

6  exclusive content for its own apps on its own store, you're --

7  you know, you're cutting the ground out from underneath them.

8  **Q.**   So we've walked through a number of different types of

9  conduct.  As an economist, do you look at all of these one by

10  one or do you look at them together as a collective?

11  **A.**   Well, I think both.  I mean, I look at them one by one;

12  and taking them one by one, I consider them anticompetitive,

13  but it's really important not just to think of them one by one.

14  Here it's the collectivity of this conduct that's really

15  important.

16      The way to think about this is Google is erecting multiple

17  hurdles that a competitor would have to clear to be a

18  meaningful factor in app distribution, and it could get by one

19  hurdle, it could get by two hurdles.  If there's another hurdle

20  and it doesn't clear that one, that takes care of them.  So

21  it's important to think about them together.

22  **Q.**   Did you see any evidence in the record during your review

23  that suggested or supported your view about the importance of

24  reviewing this all as a whole?

25  **A.**   Yes.  I think internal Google documents confirmed that

1    they thought of it that way.

2    **Q.**   Have you seen this document before?

3         And this is in evidence, Your Honor.

4    **A.**   I have, yes.

5    **Q.**   Can you tell us whether you drew any inferences from this

6    document about the importance of viewing the conduct as a

7    whole?

8    **A.**   Well, I view this document as corroborative.  It

9    corroborates the explanation that I just gave.

10   **Q.**   How so?

11   **A.**   So the title here refers to GDAF.  That, as I understand

12   it, is a precursor to the revenue share agreements.  So this

13   is -- RSA 3.0 was a follow-on to that.

14        And you can see that in the title it's describing these

15   Revenue Sharing Agreements as complementing Hug and Banyan.

16   And I haven't talked about Banyan yet, but I know that there's

17   been trial testimony about that, and we'll come to it.  So this

18   is acknowledging that these things are complementary.

19        And then the slide is identifying various threats to

20   Google Play and talking about their risk mitigation strategies,

21   and you see there's a column for developers and a column for

22   OEMs.  And in the column for developers, they refer to Hug; and

23   in the column for OEMs, they refer to Banyan and GDAF, which,

24   as I said, is revenue sharing.

25        And then below that where it describes the mechanism, it

BERNHEIM - DIRECT / BORNSTEIN

1  refers to incentives in both cases.  And that's exactly what

2  I'm saying, that these provisions, this conduct,

3  disincentivizes the competition.

4  **Q.**  Let's turn to a different one of your conclusions, which

5  was that Google's conduct allows it to create and maintain

6  monopoly power.

7     So as part of your work, did you look into the question of

8  whether there are currently any other app stores on Android

9  that have a significant presence?

10  **A.**  I did.

11  **Q.**  And what other stores did you look at?

12  **A.**  Well, I looked at a collection of I think it was a dozen,

13  12, 13, 14 app stores.  These were stores that Google gave us

14  data on.

15  **Q.**  And what did you find?

16  **A.**  I have a slide that shows my conclusions here.

17     You can see again on the bottom axis we have time.  This

18  is date.  And on the vertical axis it's percents.  Those

19  percents represent share of entitlements, and I need to explain

20  what an entitlement is.  An entitlement basically refers to a

21  downloaded app.  So you can think of it that way.  You get, you

22  know, one entitlement, that means that one app was downloaded.

23     Now, at the bottom you can see that there are all sorts of

24  app stores represented on this figure.  Samsung is there, Oppo,

25  Vivo, and Xiaomi is there, and the figure is showing their

1    individual and collective shares of entitlements, and it's this

2    tiny sliver.  It's barely detectable here.

3         So let's blow it up.  Let's zoom in on it.  Okay.  Now I'm

4    blowing it up so we can actually see it.

5         Now, the vertical axis, notice that that's changed.

6    Instead of running from 0 to 100 percent, it now runs from 0 to

7    6 percent.  So these are not big shares, but now you can at

8    least see what's going on.

9         Okay.  So Vivo, one of the app stores that's preinstalled,

10   that's the blue at the bottom, they hit about 1 percent.  And

11   then Oppo adds maybe another percent to that.  Samsung a little

12   bit less.  Xiaomi, something in the same order of magnitude.

13   And then there's lots of little things here that don't amount

14   to much at all.  So each one of these stores has a slice of

15   like 1 percent at most of downloads.  It's very small.

16        Now let's zoom back out and look at Google Play.

17        That's what utter dominance looks like.  Okay?

18   Google Play's share relative to the other app stores is

19   completely dominant.

20   **Q.**   You said a couple of times during your testimony that we'd

21   come back to Samsung.

22   **A.**   Yes.

23   **Q.**   And we saw the Samsung store was preinstalled on something

24   close to 40 percent of phones on one slide.  Doesn't that make

25   it a meaningful competitor?

**BERNHEIM - DIRECT / BORNSTEIN**

1   **A.**   No, it doesn't.  That's something that's helpful for

2   competing, but it doesn't mean that Samsung is competing or is

3   competing effectively.  And, in fact, Samsung is represented on

4   this diagram at this scale, it's really hard to detect because

5   it has such a small share of the app downloads.

6   **Q.**   Are there other indications you've seen beyond just the

7   tiny share that Samsung has that it has not been a significant

8   competitor to Google Play?

9   **A.**   Yes.  The other thing that I've looked at that's really

10  quite striking is Samsung's app catalog, and I want to come at

11  this in two different ways.  One is to look at the top 20 apps

12  on Android worldwide.  I believe this is by downloads.  You see

13  each one of these apps listed, and then there's a column for

14  whether it's on the Galaxy Store.

15      And you can see that the Galaxy Store, at least at this

16  point in time, only had five of the top 20 apps on Android.

17  Now here's what's really peculiar about that.  You might think:

18  Well, that's just because Google somehow, you know, has greater

19  reach, they have more.

20      But other stores also had more.  Amazon, the Amazon

21  Appstore, which had an even tinier slice of the downloads on

22  the previous slide, it was hard to make out at all, amazon has

23  10 of the top 20.  So what's going on with Samsung here?

24      I'll tell you the other statistic.  Total number of apps

25  offered on the Samsung App Store, most recent data that I know

1   about, places it around 200,000, maybe a little less, maybe a

2   little bit more, and that sounds like a lot.  Google Play has

3   something like 3 million apps.  So very big difference.

4       But even when we think about other app stores, if we think

5   about the Amazon Appstore, it has more than twice as many

6   titles as Samsung.  Aptoide, which is one of those third-party

7   stores with a tiny, tiny slice, it has more than five times as

8   many as Samsung.  So something odd is going on here with

9   Samsung.

10  Q.  Did you see anything in the record on your review that

11  gives you an indication of what that might be that was going on

12  here?

13  A.  The record and testimony, as I have read it in any case,

14  indicates that historically Samsung has just not been terribly

15  interested in competing vigorously with Google Play.

16  Q.  Were there instances or times when Samsung got a little

17  bit more robust in its efforts to compete?

18  A.  Yes, there was.  In the 2018-2019 time frame, Samsung made

19  a deal with Epic to distribute the Fortnite app on the Samsung

20  Galaxy Store.

21      And then around the same time, Samsung was looking at

22  developing exclusive conduct with other app developers, which

23  is the entry strategy that I've talked about.  And at the same

24  time, the documents indicate that Samsung was considering using

25  more aggressive or lower commission rates; that it was

1  requiring Galaxy Store to be loaded on the home screen.  So

2  they were doing all of these things at that point in time.

3  **Q.**  Did Google do anything in response to these actions by

4  Samsung?

5  **A.**  Yeah.  Google did a couple of things.  The first thing it

6  did was Project Hug.  Project Hug, the deals that were struck

7  with the major developers, took them off the table from the

8  point of view of exclusive conduct -- content.

9      And then the second thing that -- and the impact of that,

10  of course, was the same as before; that limited Samsung's

11  ability to differentiate itself from Play.

12      And then the second thing that Google did was to launch

13  what was called Project Banyan.

14  **Q.**  And there's been a lot of testimony about Project Banyan

15  we need not go over again.  But did Project Banyan happen?  Was

16  it actually signed?

17  **A.**  No, it wasn't.

18  **Q.**  So why does it matter?

19  **A.**  Well, I mean, it matters for two reasons.  It gives us a

20  window on Google's strategies because we see this strategy

21  playing out with rivals in a number of contexts.

22      The other thing is you have to keep in mind that though

23  Banyan didn't happen, further negotiations between Samsung and

24  Google did, and eventually an extremely generous revenue

25  sharing agreement was signed.  It didn't prevent Samsung from

**BERNHEIM - DIRECT / BORNSTEIN**

1  preloading its Play Store; but since then Samsung seems to have

2  gone back to the historical pattern of going:   Okay.   We're

3  really not interested with competing that much with Google in

4  app distribution.

5  **Q.**   So set aside the factual questions about what Samsung may

6  or may not have been thinking.   I want to ask you, as an

7  economist, are there principles that you have seen and written

8  about that would explain Samsung taking that approach here?

9  **A.**   Sure.   The principles, the economic principles, that speak

10  to this issue concern what happens when you have corporations

11  that do many things and have many points of contact with each

12  other.   So they have a very interdependent relationship.

13      So just to take an example, I think Samsung makes a chip

14  for the Google Pixel phone.   So there are various ways that

15  these companies interact.   They are independent; they are

16  interdependent.   And what we know is that in those kind of

17  settings, companies tend to mutually forebear to some degree.

18  Even if they agree not to compete, they find it in their

19  interests individually not to compete too vigorously.

20  **Q.**   All right.   So we've talked about other app stores and

21  their presence.   Did you also look at competitive alternatives

22  to Google Play besides app stores?

23  **A.**   Yes, I did.

24  **Q.**   All right.   And did you look at what the share was of

25  those other alternatives?

BERNHEIM - DIRECT / BORNSTEIN

1   **A.**   Sure.  Let's go to the next slide.

2        This slide is data on shares of downloads that include not

3   just app stores but direct downloading and other ways of

4   downloading apps onto Android smartphones.

5        Again, you can see that the horizontal axis at the bottom

6   is just time, it's just date; and then the vertical axis is

7   showing you percentages or shares, and the green is

8   Google Play's share.

9        So in the most recent year for which I have data,

10  Google Play's share roughly -- of these entitlements is roughly

11  83 percent.

12  **Q.**   And to be clear, what makes up the gray portion at the top

13  of each bar?

14  **A.**   Well, that's everything else that we can determine in the

15  data.  So it would cover the app stores that I talked about.

16  It would cover other app stores that possibly we missed.  It

17  would include direct downloading.  It would include

18  peer-to-peer file sharing.

19  **Q.**   And is this ballpark 15-ish percent gray portion at the

20  top of the bar competitively significant in your view?

21  **A.**   Well, it's not terribly significant competitively, both

22  because the share is small and because it's not one or a couple

23  of significant viable competitors.  It's a bunch of very tiny

24  competitors who individually can't stand up to Google Play.

25  **Q.**   Did you do any analysis to dig in a little further on what

1  kinds of circumstances explain some portion of those downloads

2  that happen off of Play?

3  **A.**   Yes.  And this is actually important to understand that

4  many of the downloads that occur on alternatives to Google Play

5  are taking place under circumstances that don't really tell us

6  very much about how competitive they are with Google Play, how

7  easily consumers can substitute them.

8      And I'll just give you some examples.  In Iran, which is

9  included in those shares that I was showing you a minute ago,

10  in Iran, Google Play is periodically banned; and if you can't

11  use Google Play, well, okay, then you use something else.  It

12  doesn't mean it's a good substitute; it just means there isn't

13  an alternative.  So you see the figure in Iran, actually close

14  to 80 percent of it is not Google Play.  That's in the previous

15  slide.

16      Okay.  What about India?  Well, some special things happen

17  in India too.  One of the things that happens is people buy

18  their phones at shops, and the shopkeeper will some of the time

19  install something in the shop and then hand it to the consumer.

20  That is a -- it's not something that the consumer did or

21  potentially even knows about, but it is counted in these

22  figures.

23      Another thing that happens, which is also relevant in

24  India, is when you get into areas where access to the Internet

25  is intermittent, well, then you can't really use Google Play

1   all the time, and that's where peer-to-peer file sharing comes

2   into play.

3       So in the countries where there are those circumstances,

4   you do see more of these off Google Play downloads.  Much less

5   in the United States.  The Google Play share here for the U.S.

6   is 95 percent.

7   **Q.**   So going back to this prior slide here, do you know -- set

8   aside percentages, do you know about how many downloads each

9   month this gray non-Google Play portion represents?

10  **A.**   Yes.  It's a huge number.  It's like 3 billion downloads

11  per month.  So a large number.

12  **Q.**   That's a huge number.  Doesn't that mean that these are

13  good alternatives to or substitutes for Google Play?

14  **A.**   No.  You have to think about the scale of the market.

15  This is the globe.  This is the world.  Okay?  3 billion is a

16  big number.  A bigger number is 15 billion.  That's about what

17  Google Play has.

18      And when economists look at competitive impact, they don't

19  look at the absolute numbers.  They look at shares.  They ask:

20  How big is the share?  The share is speaking to competitive

21  significance.  The share for Google Play here is dominant.

22  It's overwhelming.

23  **Q.**   Well, does 80 or 85 percent as shown here, does that

24  ordinarily indicate monopoly power to an economist?

25  **A.**   If it is a share of the market, yes, that would usually

BERNHEIM - DIRECT / BORNSTEIN

1    indicate that.

2         Just to take an example, let's say you had a market where

3    one firm had 50 percent of the market.  Not 80.  50 percent of

4    the market.  Under the criteria that economists use to evaluate

5    concentration, criteria that are endorsed and used regularly by

6    the Federal Trade Commission, the Department of Justice when

7    they enforce competition policy, if one firm has 50 percent of

8    the market, under this criteria, that market is classified as

9    highly concentrated, which means that there's a considerable

10   concern that there is meaningful monopoly power.

11        This isn't 50 percent.  This is over 80 percent.  So this

12   is extreme.

13   **Q.**   All right.  You were very careful in answering the

14   question I just asked you to say if this were a market, it

15   might indicate monopoly power.  Can you explain why you gave

16   that careful clarification?

17   **A.**   Yes.  Well, we haven't reached the conclusion yet that app

18   distribution on Android smartphones is properly -- is a

19   properly defined antitrust market.  To do that, we have to ask:

20   Are there other substitutes that customers might use?  Not just

21   these forms of app distribution but something else.

22   **Q.**   All right.  And we spent some time before the lunch break

23   talking about substitutes and how you think about them, but let

24   me ask one more question along those lines.

25        In defining a product market, does an economist look at

BERNHEIM - DIRECT / BORNSTEIN

1   every possible substitute that a buyer might turn to?

2   **A.**   No.   No, we don't.   The criterion is whether they are

3   close substitutes, reasonable substitutes.   The substitution

4   has to be close enough for the product to provide meaningful

5   competitive discipline.

6       So let me give you an example of that.   Let's say that

7   you're buying a television and you might buy a Samsung

8   television.   Well, you could have bought an LG television.   You

9   could have bought a Panasonic.   Those are good substitutes.

10  Okay?   Those would be in the product market.   They would

11  discipline Samsung's price of televisions.

12      Let's say that you're buying this TV because you like to

13  watch movies.   All right.   Well, another way to watch movies is

14  to go to movie theaters.   That's a substitute at some level.

15      But we have to ask ourselves the question:   Is that a

16  close enough substitute such that the movie theater operators

17  are providing meaningful competitive discipline for the

18  television manufacturers?   And in that example, that's kind of

19  farfetched; right?

20      So it's not enough that it's a substitute.   It has to be a

21  close substitute.

22  **Q.**   Did you look for and analyze what constitutes sufficiently

23  close substitutes to Android app distribution services like

24  Google Play?

25  **A.**   Yes, I did.

**BERNHEIM - DIRECT / BORNSTEIN**

1   **Q.**   All right.  And which potential substitutes did you look

2   at?

3   **A.**   Well, we have another slide.

4       And you can see that there are three alternates listed

5   under the first bullet point.  The first is app distribution

6   on iPhones.  The second is app distribution on other kinds of

7   devices.  So game consoles, for example, would be an

8   alternative.  And then the final possibility is web apps.

9   **Q.**   And you've divided this slide between consumers and

10  developers.  Why did you look at both?

11  **A.**   Well, remember that the app distribution transaction has a

12  seller, like an app store, and two buyers.  You've got a

13  developer and a user that the store's basically putting

14  together to satisfy their shared need.  So you have to think

15  about both.

16  **Q.**   All right.  So I want to dive into each of these; and

17  given the trial testimony, I really want to focus on and spend

18  more time on iPhones and Apple than the other subject matter.

19      So what did you conclude about whether or not app

20  distribution on iPhones is a close enough substitute to be in

21  the same market as the Google Play Store?

22  **A.**   Well, I concluded that it isn't.  And to be clear, this is

23  a different conclusion.  I'm not saying that Apple and Android

24  don't compete.  What I'm saying is that Apple is not in the

25  market that I am defining, which is about app distribution.

**BERNHEIM - DIRECT / BORNSTEIN**

1   Not about smartphones.  It's about app distribution.

2   **Q.**   Well, let's look at the map of markets again.  Can you

3   explain where you're focusing and where Apple fits again?

4   **A.**   Right.  So, again, to just remind you, the focus here is

5   on the markets that are in this kind of red circly object thing

6   that I have here, which is the market containing Android app

7   distribution services.  That's what we're focusing on.

8        Apple, as I explained before, they're here (indicating).

9   Okay?  They're important.  We have to think about them, but

10  they're not competing to satisfy those consumers -- pardon

11  me -- in those transactions.  What they're doing is competing

12  to satisfy consumers in transactions that involve buying

13  smartphones.

14  **Q.**   So how would you determine whether or not Apple and the

15  app store imposed a sufficient constraint on the Google Play

16  Store?

17  **A.**   So here I use a device that economists often deploy to

18  think about these issues, which is to think about the effects

19  of what's called -- this is a technical term that gets

20  abbreviated -- a small but significant nontransitory increase

21  in price, and that's abbreviated SSNIP.  So when I say a SSNIP,

22  that's what I'm referring to.

23       It is usually when they say a small but significant, the

24  standard is usually a 5 percent price increase.  Some of the

25  time 10 percent is used, but 5 percent more commonly.

1    And basically what we're asking is:  How much substitution

2  would there be in response to a 5 percent change in price?

3  **Q.**   And you refer to substitution here.  Are you talking about

4  people moving from using the Google Play Store to using the

5  Apple App Store, or do you mean something else?

6  **A.**   Well, yes, but indirectly.  So this would have to be

7  someone saying, "Okay.  I want to switch from the Google Play

8  Store to the Apple App Store.  I need to get rid of my Android

9  phone and get an Apple phone so that I can use the Apple App

10  Store."

11    So it's indirect.  The ability to substitute is very

12  indirect.  You can't use the Apple App Store on the Android

13  store, so you have to change phones.

14  **Q.**   All right.  So did you do any analysis to see how big a

15  SSNIP or a price increase here of the type you described would

16  be?

17  **A.**   Yes.  Well, one way to gauge it is to think about:  Okay.

18  What are the fees that Google Play collects for app

19  distribution over the life of the typical user's phone?  And we

20  have those statistics from Google.  That's about $10.82.

21    Okay.  Now, if Google Play were to increase those prices

22  by 5 percent, that number would go up -- increase the fees that

23  it's charging by 5 percent, that number, that $10.82, which is

24  the average, would go up by 5 percent, which is about 52 cents

25  over the life of a phone.

**BERNHEIM - DIRECT / BORNSTEIN**

1    Now, I want to be clear that's an average.  All right?
2  Some people use Google Play a lot more than others and generate
3  more revenue than others; but even if it's five times that big,
4  somebody who spends five times more than the average, that's
5  only $2.50 or 2.60.  Someone who has 10 times as many purchases
6  on Google Play, that's only a little over $5.
7    And to put those numbers in perspective, you know, the
8  price of a typical phone where someone would be considering
9  switching to an iPhone, the comparable Android phones are
10  like $700.  Okay?  So we're talking about not a lot of money in
11  comparison to that.
12    Moreover, someone who's when they're buying the phone
13  thinking about the costs of the apps they're going to buy
14  presumably would be thinking about the rest of the operating
15  costs too, and over the life of a phone, that's going to be
16  thousands of dollars in total because you have to have, you
17  know, your cell phone plan and all that sort of thing.
18    So when we talk about these kinds of changes and what
19  consumers would be spending on Google Play in response to a
20  SSNIP, a small price increase, it's just really tiny compared
21  to what they're spending on their phones.
22  **Q.**  And so what does that tell you about the substitution
23  patterns here?
24  **A.**  Well, you have to consider substitution patterns in the
25  context of a given price increase.  And what it's saying is

BERNHEIM - DIRECT / BORNSTEIN

1    that in the context of this price increase, this is just hard

2    to believe it's material for many people.

3         Now, to be totally clear, if we were talking about

4    smartphone markets, if we were focused on the part of this

5    slide where Apple and Android OEMs are vying for the attention

6    of Android smartphone users, selling phones to them, if we were

7    focused on that, then in considering a SSNIP, we would be

8    focused on the price of a phone, not on the price of app

9    distribution services.

10        So the phone is $700 and you do a 5 percent SSNIP on that,

11   that's $35.  It's a lot bigger.  So it's entirely possible that

12   consumers would substitute in the smartphone markets in

13   response to such differences, but it's hard to believe that

14   they would substitute much in response to the differences that

15   I'm describing that would come from the app distribution

16   market.

17   Q.   All right.  Well, let's set the numbers aside.

18        Did you do anything else to assess whether competition

19   between Android and iOS smartphones constrains Google's power

20   over app distribution?

21   A.   I did, yes.  And I have another slide that summarizes the

22   things that I looked at.

23   Q.   All right.  Well, let's -- we'll go through these.  Let's

24   focus on the first reason here, which is limited substitution

25   in the smartphone market.  Can you explain why that is?

1  **A.**   Right.  So now I'm actually focused on that smartphone

2  market that was in the lower right on the -- and I should have

3  said "markets" plural -- that was in the lower right of the

4  previous figure.

5      There are a couple of things that I examined here.  One is

6  switching costs between platforms.  The other is these

7  platforms are actually targeting different customer segments

8  which limits substitution between them.

9  **Q.**   All right.  So let's talk about those.  What do you mean

10  by switching costs?

11  **A.**   Switching costs are costs and inconvenience that a

12  smartphone user incurs when they switch from one platform to

13  another.  So that would include things -- I think there's been

14  testimony about it -- things like learning a new operating

15  system, incompatibility with your other devices, things like

16  that.  Those are, whether they're monetary or not, they're real

17  costs, inconvenience, time.  A lot of people just don't want to

18  go through that.

19  **Q.**   And what did you find about the magnitude of the switching

20  costs here?

21  **A.**   Well, there are some estimates on the magnitude of

22  switching costs between these platforms in the academic

23  literature.  They're older estimates now.  They come from data

24  that was between 2011 and 2014.  At that point in time the

25  switching costs were measured as being equivalent to literally

BERNHEIM - DIRECT / BORNSTEIN

1  many hundreds of dollars.

2      Now, since then things have changed.  In some way

3  switching has gotten easier, but what's interesting is that

4  rates of switching from Android to Apple have not gone up.  In

5  fact, they've gone down -- okay? -- which is not consistent

6  with this process having gotten -- maybe it's gotten easier in

7  some respects, but there are still barriers and the barriers

8  are actually reducing switching even more.

9  Q.  Why do these switching costs matter to your analysis?

10 A.  Well, these switching costs speak to the degree of

11 substitution between Apple phones and Android phones.  And I

12 want to underscore I'm saying "degree."  I am not denying that

13 there is substitution between Android phones and Apple phones

14 or that they see each other as competitors in smartphone

15 markets.  All of that I think is true.

16     The issue is:  Is there enough substitution that gets fed

17 into the app distribution market?  And it's -- again, this is

18 limited substitution in the smartphone market is going to be

19 further attenuated when you start thinking about app

20 distribution.

21 Q.  All right.  And you also mentioned that iOS and Android

22 target different customer segments.  What do you mean by that?

23 A.  Well, oftentimes in markets there are different segments.

24 I mean, it's familiar to have budget brands of certain things

25 and then luxury brands of those things, and Apple and Android

BERNHEIM - DIRECT / BORNSTEIN

1    have really specialized in different parts of this market.

2         So this figure is showing the distribution of smartphone

3    prices separately for iOS, Apple iPhones, and for Android.

4    And Android is in green.  iOS is in blue.

5         Along that bottom axis, all those categories, those are

6    price bins.  Okay.  So you'll see right in the middle there's a

7    bin 700 to $799, and there's a blue bar there and that blue bar

8    tells us that about 10 percent of Apple phones fall into this

9    category.

10        Now, these phones, by the way, it says at the top here I'm

11   just looking at phones with four or more gigabytes of RAM.  If

12   I included all phones, what I'm about to tell you would be even

13   more striking.

14        What you see here is that there basically are no Apple

15   phones at most of the Android phone price points.  The Android

16   phones tend to be sold at prices that are over to the left.

17   Okay?  And then as you go to the right, to the higher prices,

18   Apple starts appearing.

19        So about overall, the figure is that about I think it's

20   83 percent, 85 percent, something like that, of Android phones

21   worldwide are less expensive than the cheapest iPhone.

22   **Q.**   And so --

23   **A.**   I'm sorry.

24        The one other thing I wanted to point out about this is

25   that at the higher end of the price distribution, there are

**BERNHEIM - DIRECT / BORNSTEIN**

1    actual Android phones at the iPhone price points.  There are

2    fewer of them, but they are actually there; and to the extent

3    there's a lot of substitution, well, that's where you would

4    expect it to occur.

5    **Q.**   So what is the relevance of this segmentation between

6    Android and iOS for your product market definition?

7    **A.**   What sometimes happens in markets where you have very

8    small numbers of firms -- and, you know, here in this industry

9    we've got two making, you know, two systems.  We've got the

10   Android phones and then we've got -- you know, we're thinking

11   about Android phones versus the iPhones.  That what sometimes

12   happens in those markets is the firms realize that it's in

13   their mutual interests to go after different market segments.

14   And this, at least, is consistent with that.

15   **Q.**   Well, could it -- here's an alternative:  Could it be the

16   case that Android by lowering its prices in this way is just

17   competing really hard against Apple?

18   **A.**   Yeah, I think it's pretty clear that that's not what's

19   going on, and I have another slide that gets at that.

20        So look at the slide over on the left.  And, again, on the

21   bottom is time, that's date.  And here on the vertical axis

22   we're measuring smartphone prices.  Let's just start with the

23   green line.  Not the dashed ones.  The solid green line.

24        The solid green line is the average price of an Android

25   phone over time, and you can see that it's been going down over

**BERNHEIM - DIRECT / BORNSTEIN**

1    time.  What those dashed lines represent, that's the middle

2    50 percent range for their phones.

3        Okay.  Now compare that to what's gone on with Apple

4    iPhones.  Exactly the opposite pattern.  Their average prices

5    have been rising.  That's the blue line.  Okay?  And, again,

6    the dashed lines mean exactly the same thing.

7        If Google was just competing aggressively in price, if

8    that's what we were observing here, competition of that form,

9    Apple's prices would be competed down.  It would be following

10   Google.  That's not what we've got.  We've got them

11   bifurcating.  We got them going in different directions.

12       And over on the right-hand side, what I've plotted there

13   is the difference in the average price of Apple phones and

14   Android phones.  You can see that that's been steadily

15   increasing over time.

16       So what all of this tells me is, yes, there is some

17   substitution between these phones, yes, there is competition,

18   but it's very blunted by the fact that they are, to a large

19   extent, going after different market segments.

20   **Q.**   All right.  Well, let's turn to your second set of reasons

21   relating to whether iOS constrains the Google Play Store.

22       The first reason here, price of app distribution is much

23   smaller than the price of the phone, I think you've largely

24   covered this.  But, briefly, what's the issue here?

25   **A.**   I have covered that.  That's the size of the SSNIP.  And

**BERNHEIM - DIRECT / BORNSTEIN**

1   if you were talking about smartphones, it would be 5 percent of

2   a much bigger number.  So the SSNIP would be bigger.  You'd be

3   considering more substitution for app distribution.  It's

4   5 percent of a small number, so there isn't going to be a lot

5   of substitution.

6   **Q.**   So the second bullet here, what do you mean when you say

7   that people pay little attention to app distribution prices

8   when they buy a phone?

9   **A.**   Right.  So this is another principle that comes from

10  behavioral economics.  When people buy durable goods -- a phone

11  is a durable good.  You have it for, you know, a long period of

12  time.  You just don't buy it and consume it right away.  You

13  know, cars, refrigerators, these are all durable goods.

14       What we know is that when people buy durable goods, they

15  don't pay a lot of attention to the operating costs of those

16  goods.  They pay some but they, to some significant extent,

17  ignore those costs when making those purchases; and that

18  further attenuates any effect of, you know, the -- a change in

19  the price of app distribution services on the choice of a

20  phone.

21       This is actually supported in this context by consumer

22  surveys that indicate which phone features are important to

23  them when they buy their phone.  And on the surveys that I've

24  seen, Play Stores often don't appear at all.  If they appear,

25  they're quite far down.  So this isn't front of mind when

BERNHEIM - DIRECT / BORNSTEIN

1    people are making these decisions about which phone to buy.

2    **Q.**   And why does it matter -- turning to your third bullet,

3    why does it matter that people buy phones infrequently?

4    **A.**   Right.  So by infrequently I mean on average once every

5    2.7 years.  Remember, any switching that takes place between

6    Google Play Store and the Android App Store can only occur if

7    somebody switches their phone, and that's when they buy a new

8    phone.  It only happens once every 2.7 years.

9        And what that means is, if Google raises its Play prices

10   today, the average consumer isn't going to do something about

11   it at all for something like 17 or 18 months.

12   **Q.**   And how does that affect your ultimate conclusion here

13   about switching?

14   **A.**   Well, it means that substitution is that much more

15   attenuated going from the smartphone market to the app

16   distribution market, which means it's that much less likely

17   that substitution in response to a SSNIP and app distribution

18   would have a meaningful affect on the division between

19   Google Play and Android -- and Apple App Store.

20   **Q.**   So looking at all of this quantitative and qualitative

21   evidence that you've described, what was your ultimate

22   conclusion about the extent to which Apple constrains Google's

23   behavior with respect to the Google Play Store?

24   **A.**   Again, I want to underscore that we are talking about the

25   Google Play Store.  We are talking about app distribution.  I'm

BERNHEIM - DIRECT / BORNSTEIN

1   not talking here about smartphone markets.  It's a critical

2   distinction.

3        Basically here we're balancing the factors that I just

4   described.  You know, this is what affects the balance of which

5   phone you buy?  Well, on the one side, you've got this small

6   increase in the price of Android app distribution, which, as I

7   said, on average, life of the phone, 52 cents, something like

8   that, users who use it 10 times as much as the average, it's,

9   you know, $5, a little over $5.

10       On the other side, you've got all the other factors that

11  I've just listed.  And I don't think that it's plausible that

12  substitution in response to a SSNIP is significant in light of

13  these considerations.

14  **Q.**   All right.  A couple other things on Apple.

15       Number one, did you look at actual switching rates between

16  Android phones and iPhones?

17  **A.**   I did, yes.

18  **Q.**   And what did you conclude based on that review?

19  **A.**   Well, the switching rates -- I mean, there's a range of

20  switching rates.  One figure that I've seen is that when people

21  buy a new phone, they switch from Android to iPhones about

22  12 percent of the time.

23       Now, to put that into perspective, that's happening on

24  average once out of every 2.7 years, which means that in any

25  given year, only about 3 or 4 percent are switching.

**BERNHEIM - DIRECT / BORNSTEIN**

1      So now think again in terms of app distribution.  You're

2   increasing the price of app distribution; and, you know, over

3   the next year, there just aren't a lot of people who are going

4   to be switching.

5   **Q.**   Second question.  There's been some testimony at trial

6   about Google employees looking at what Apple does in its

7   business and paying attention to that.  Doesn't that show a

8   competitive constraint that Apple is imposing?

9   **A.**   No.  You can't reach that conclusion from that kind of

10  evidence.

11  **Q.**   Why not?

12  **A.**   Well, there's a practice that goes on all the time in

13  businesses.  It's called benchmarking.  Benchmarking is a

14  matter of looking around at other firms who are doing something

15  similar in order to get good ideas:  Find out what's working.

16  Find out what isn't working.  We learn from observing what

17  others are doing, and that goes on even when firms don't

18  compete.

19      A good example would be, imagine that there are two

20  regional airlines that have nonoverlapping routes, so they

21  don't compete with each other.  Maybe one flies on the West

22  Coast.  The other flies on the East Coast.  They may still look

23  at each other.  They may still look at each other's business

24  models and see what are they doing to attract customers and so

25  forth.  They may get great ideas from that, and they may find

1    other things don't work by looking at what others are doing.

2        So benchmarking isn't just a matter of looking at your

3    competitors.  It's a matter of looking at a range of firms who

4    kind of do things that are similar.  So you can't draw

5    conclusions about substitution from that.

6    Q.   Are there any other aspects of the complicated

7    Google-Apple relationship that you looked at in considering the

8    extent of the constraint that Apple may impose?

9    A.   This is related to a point I raised about Samsung earlier.

10   There are many points of contact between Apple and Google.  You

11   know, Google apps are on Apple phones and so forth.  And,

12   again, when you have large companies with many points of

13   contact, there tends to be some degree of mutual forbearance

14   for the reasons that I've described previously.

15   Q.   All right.  So that's Apple.

16       There were two other potential substitutes you looked at.

17   I suggest you move through these much more quickly.

18       The first one you mentioned is other nonsmartphone

19   devices.  What types of devices are you talking about here?

20   A.   Well, these are things like game consoles, personal

21   computers, things like that.

22   Q.   What did you find about whether these are sufficiently

23   close substitutes to be in the same market as Google Play?

24   A.   I do not find evidence that they're good substitutes for

25   app distribution.

BERNHEIM - DIRECT / BORNSTEIN

1  **Q.**   And at a high level, why is that?

2  **A.**   Well, I mean, think of it this way:  These devices have

3  very different functionalities and because of their different

4  functionalities, they're used for different purposes and, you

5  know, for -- and in different ways.

6      If you are commuting to work on a bus and you want to play

7  Fortnite, you can pull out your iPhone.  You can't pull out

8  your game console.  Once you get home, you may really prefer to

9  play on the game console rather than on your phone because

10  you've got -- I think I said "iPhone" when I meant to say

11  "smartphone" -- because you've got a big screen and you think

12  that that's a lot better.

13     So the different functionalities make them, you know, not

14  very good substitutes.

15  **Q.**   Are there the same types of apps available on the

16  different devices?

17  **A.**   To a large extent not.  We have a slide up now that

18  summarizes this.

19     This is looking at the top 150 apps on Android, and I've

20  noted here that of those, about two-thirds were available on

21  Windows.  And when we look at the leading game consoles,

22  they -- well, they just have games, so it's a very, very small

23  fraction of what's available on Google Play.

24  **Q.**   And why does that matter for switching?

25  **A.**   Well, it means that you simply can't switch for a lot of

BERNHEIM - DIRECT / BORNSTEIN

1   these apps.

2   **Q.**   Did you look at any quantitative analyses about

3   substitution to other devices besides smartphones?

4   **A.**   I did.

5   **Q.**   What was that?

6   **A.**   I did an analysis of what happened when Fortnite was

7   removed from Google Play.  That's an event I think there was

8   testimony about at trial.

9        So I looked at that event; and in interpreting that event,

10   it's important to remember that Google -- not Google -- Epic

11   has designed Fortnite as a multiplatform game.  So if you're

12   going to find substitution anywhere, you ought to find a lot of

13   it here.

14        Okay.  So what I did was look at what happened with usage

15   of Fortnite on Android and other platforms before and after

16   Fortnite was removed from Google Play, and I found two things.

17        One is that when it was removed from Google Play, usage on

18   Android fell quite significantly.  And, you know, that

19   indicates people aren't just substituting to other modes of

20   distribution on Android.

21        But the other thing that I found was usage on other

22   platforms didn't go up detectably at all.  There's no

23   indication of substitution of usage to other platforms.

24   **Q.**   And you keep saying "usage."  What metric or, you know,

25   measure did you use to assess usage?

**BERNHEIM - DIRECT / BORNSTEIN**

1   **A.**   This was minutes spent on the games.

2   **Q.**   Did you look at any other possible ways of measuring

3   usage?

4   **A.**   Well, I think that for the purpose of app distribution,

5   this is the right measure because you can't use an app on a

6   smartphone unless you use the distribution services on the

7   smartphone.  So usage is really the right measure, but I've

8   also looked at data on revenues generated.

9   **Q.**   Okay.  Which showed what?

10  **A.**   Well, the general pattern with revenues is that people pay

11  where they play.  So, you know, somebody has a lot of their

12  usage on a particular device, then proportionately they have,

13  you know, comparable share of their spending on that device.

14  **Q.**   All right.  Let's look at the last potential substitute

15  you addressed, which was web apps.  First of all, what does

16  that mean?

17  **A.**   Web app is an app that you can use directly on the web.

18  You go to a developer's site and you can just use it there.

19  **Q.**   And what did you find about whether or not web apps were a

20  sufficiently close substitute to Google Play?

21  **A.**   There's -- there aren't good indications that web apps

22  substitute very well with apps on Google Play for a bunch of

23  reasons.

24      One is that they have different functionalities.  Web apps

25  are limited in many respects.  They can't access the

BERNHEIM - DIRECT / BORNSTEIN

1    functionalities of the phone.  They can't use the phone's

2    camera, for example.  They can't use the geolocation services.

3    And the processing speeds also differ because, you know, for a

4    phone, you actually have your computing power right there on

5    your phone.

6         Also, you can do a lot on native apps, which are the apps

7    on your phone.  You can do a lot with them even without access

8    to the Internet.  With web apps, you don't really have a

9    choice.

10   **Q.**   And did you see any evidence of differences in how users

11   interact with web apps versus native apps?

12   **A.**   Yes, I did.  I think I have a slide.

13        These data reflect shares of total minutes on native apps

14   and web apps for a number of app categories.  And you can see

15   that -- just take games, for example.  It's the second one.

16   For games, native apps, apps on smartphones, comprise about

17   99 and a half percent of the total.  The web apps are just not

18   meaningful in terms of competitive presence.

19        And you can see that that's the case for most of these app

20   categories.  You have to get all the way down to the last three

21   here -- retail, news, and Internet search -- before you start

22   seeing a meaningful presence for web apps.

23   **Q.**   So if web apps aren't substitutes, what are they?

24   **A.**   Well, there's some indication that they're complements,

25   which is the absence -- the opposite of a substitute.

1   Complements means that they go together as opposed to, you

2   know, substitute for each other.

3       So here what I'm referring to is, for example, for many

4   developers, if you go to their website and use their web app,

5   you'll see something that says something like "Your experience

6   would be better on our app.  Download our app."  So in some

7   ways the web apps provide gateways to the native apps.

8       And you see that in the time usage data too.  So in the

9   data that I've looked at, what it shows is that for many apps,

10  the web app users are not using it for very many minutes; that

11  the usage is far more intensive for the native app users in

12  terms of numbers of minutes, which is consistent with the idea

13  that you may try out an app that's available on the web, decide

14  that you like it, and move over to the native app.

15  **Q.**   All right.  Let's look at your last piece here where you

16  said you assessed whether developers have close substitutes.

17  And on developers, let's just limit it to Apple.

18      Did you -- what did you conclude about whether developers

19  consider developing their apps for iOS as a substitute for

20  developing for Android?

21  **A.**   Right.  So here what you have to think about is the

22  economics of developer substitution.  What would make a

23  developer substitute?  And the main point here is, if there

24  isn't a lot of user substitution, then there isn't going to be

25  a lot of developer substitution either because the developers

**BERNHEIM - DIRECT / BORNSTEIN**

1    are developing for the users.

2        Let me give you an example of this.  Let's say that

3    there's a grocery chain and they are thinking about possibly

4    building a grocery store, a supermarket, in San Francisco and

5    possibly building one in Los Angeles.  Okay?

6        Now, the question that we would ask when we think about

7    substitutability is whether building the grocery store in

8    San Francisco reduces the profitability of building the grocery

9    store in Los Angeles.  If they're substitutes, that's what

10   would have to be going on.

11       But people aren't driving from San Francisco to

12   Los Angeles to go to a different grocery store.  It's very

13   different than if the supermarket chain decided to build the

14   supermarket in San Francisco and another one a mile away.  In

15   that case you'd get the same people driving to both stores.

16   Building one of those would reduce the profitability of

17   building the other one.

18       That's what substitutability is about.  It's two ways of

19   addressing the same need or desire, two ways of addressing the

20   same objective.

21   **Q.**   So how does that apply in the context of Apple and Google?

22   **A.**   Well, if there isn't a lot of user substitution, then, you

23   know, the analogy is that Apple users are like grocery store

24   customers in Los Angeles and Android users are like grocery

25   store customers in San Francisco.

**BERNHEIM - DIRECT / BORNSTEIN**

1    Developing for one platform does not reduce the

2  profitability of developing for the other platform.  In fact,

3  it probably goes the other way around.  The reason is that a

4  lot of apps, the value of using them increases as more people

5  use them.  So social networking apps, for example.  So that

6  would mean that if you did one of these things, doing the other

7  would be more profitable, not less.

8  **Q.**    Have you seen evidence in actual developer behavior that

9  supports your analysis here?

10 **A.**    I have, yes.  And I think --

11 **Q.**    What do you have in mind?

12 **A.**    I have a slide.

13    This is looking at the top hundred apps on Google Play and

14 the top hundred apps on the Apple App Store, and I'm breaking

15 it down two ways, the top ones by developer revenue and by

16 downloads.

17    And you can see that virtually all of the top apps on one

18 platform are also available on the other platform.  So they're

19 developing for both.

20 **Q.**    So the jury has heard some evidence and testimony that

21 developers are wooed by Apple and Google differently, but

22 differently that Apple and Google compete for developer

23 attention.  Does that show that these are actually substitutes

24 from a developer's perspective?

25 **A.**    Not to any great extent.  What it shows is that Google is

**BERNHEIM - DIRECT / BORNSTEIN**

1    very conscious about lagging behind Apple in terms of releasing

2    titles.  That doesn't mean that if Google was able to

3    accelerate the development of apps for Google, the developers

4    would then stop developing them for iOS, for Apple, and

5    that's what would have to happen if there was substitutability.

6    What I haven't seen is evidence that that substitutability is

7    consequential.

8    Q.    All right.  So looking at all of the evidence we've just

9    talked about, what did you conclude was the right product

10   market in which to analyze the Google Play Store?

11   A.    As I summarized at the start of my testimony, the right

12   market is app distribution on Android smartphones.

13   Q.    And much as we might want to be at the end of market

14   definition, was there anything else you needed to do to define

15   a market here?

16   A.    Yes.  There's one more step, which is that when economists

17   define markets, they also define their geographic boundaries.

18   Q.    What does that mean?

19   A.    Well, it means, you know, where does this market take

20   place?  Is it within a city?  Is it a state?  Is it a country?

21   Is it the world?

22   Q.    And what did you conclude here?

23   A.    Well, I think that the best way to define the geographic

24   market in this matter is global, excluding China.

25   Q.    And why is that?

1   **A.**   Well, there are two main considerations that come into

2   play.  The first is that to the extent the data have given us a

3   window on what happens in different countries, it's largely

4   similar.  Competitive conditions are largely similar.

5        So to take an extreme case, if you had a situation in

6   which competitive conditions were identical in every country,

7   if they were just carbon copies of each other, there would be

8   no point in treating them separately.

9        Okay.  And then the other factor that plays into this is

10   that the conduct cuts across countries.  The conduct is global,

11   excluding China.

12        To the extent the conduct is global, a remedy has to be

13   global as well.  So normally in these kinds of situations,

14   economists tend to group similar markets together.  They

15   wouldn't group dissimilar things together; but if they're

16   sufficiently similar, we take that shortcut and put them

17   together.

18   **Q.**   And why do you keep carving out China?

19   **A.**   China is not similar.  China is very dissimilar.  Android,

20   Google Android, is not in China.  Google Play is not in China.

21   The conduct is not in China.  So this just would not be

22   something that you would naturally group with the other

23   countries.

24   **Q.**   Did you consider any other markets besides this worldwide

25   minus China market?

BERNHEIM - DIRECT / BORNSTEIN

1    **A.**   I did.  I considered the possibility of excluding some

2    additional countries.  We know that there are some others with

3    other kinds of -- where competitive conditions are not exactly

4    the same, like Iran.  Collectively they're not that important,

5    and by including them I exaggerate the importance of off

6    Google Play distribution because those are the ones where

7    Google Play isn't dominant.

8        I also considered a U.S.-only market, just the

9    United States, and I did that because this is U.S. court and,

10   you know, the primary interest may be in the United States.

11   **Q.**   And did that change any of your conclusions if you used

12   the United States only market?

13   **A.**   No, it didn't.  I reached the same conclusions.

14   **Q.**   So let's get back to your third conclusion, that Google's

15   conduct allows it to create and maintain monopoly power.  Now

16   we've defined a market.

17   **A.**   Yes.

18   **Q.**   How do you conclude or assess whether or not Google has

19   monopoly power in that market?

20   **A.**   Well, in several ways.  The first thing that we look at is

21   shares, and this is the same diagram that I showed you earlier

22   except earlier I was careful to say I'm not calling this a

23   market yet because I hadn't considered these other

24   possibilities.

25       So these are downloads worldwide, Android versus other

1   download options.  It's share of app entitlements, as I

2   explained earlier, and they're showing that Google has this

3   very high share that would ordinarily be considered extremely

4   dominant.

5   **Q.**   What else did you look at besides market share?

6   **A.**   I also looked at barriers to entry as I did before, as

7   well as app distribution fees and profitability.

8   **Q.**   All right.  We talked about barriers to entry.  What did

9   you conclude or assess with respect to app distribution fees?

10  **A.**   So this figure shows app distribution fees collected from

11  app transactions on Google Play app distribution transactions.

12  It's the fees that Google collects by virtue of facilitating

13  the downloading of those apps on a per-download basis.

14      And this is the right way to think about what they're

15  charging because it's basically what they're doing is

16  facilitating the downloading of the app, and the question is:

17  How much money are they getting in exchange for that?  They're

18  getting that through a bunch of different fees; but when you

19  add them up, in 2015, it was 15 cents per download.  In 2021,

20  it was more than five times that amount.

21  **Q.**   And what does that tell you as part of your analysis of

22  monopoly power?

23  **A.**   Well, this is showing one index of monopoly power.  The

24  fees that they're collecting, which is the right way to think

25  about the economic price of app distribution services, those

1  have been going up dramatically.

2  **Q.**    There's been some discussion about the way that Google's

3  30 percent -- percentage rate compares to the percentage rate

4  that is charged on other platforms.  Do you need to take

5  account of doing that in doing this assessment too?

6  **A.**    No.  That's really an apples-to-oranges comparison.

7  **Q.**    Why?

8  **A.**    Well, in fact, I'd say it's pretty much the same as

9  comparing the price of apples to the price of oranges.

10      The point here is that the economics of different

11  platforms is very different.  The same commission rate leads to

12  a very different profitability structure depending on the

13  platform.  I have looked at some of the financials for game

14  console companies, and with their commission rate, their profit

15  margins are much, much lower.

16  **Q.**    Speaking of profits, you said you looked at Google's

17  profits.  What did you find there and why is that relevant to

18  market power, monopoly power?

19  **A.**    Well, the other way we try and gauge monopoly power is by

20  looking at profits, and here I'm showing the data on profits

21  that Google uses internally from their accounting data.  The

22  bars show revenues from Google Play.  The orange and red lines

23  are profit margins.  Operating profit margin is shown in red.

24  And you can see that it's been rising steadily over time.  It's

25  now about 70 percent.

BERNHEIM - DIRECT / BORNSTEIN

1   **Q.**   In assessing monopoly power, why does that matter?

2   **A.**   Well, as I described earlier, monopoly power reflects

3   substantial market power, which is the ability to set price

4   substantially in excess of costs, which generates profits.  And

5   so here we're measuring profits.

6        Now, we're not quite there because I haven't addressed

7   investments explicitly, but I've done the calculations to

8   account for, you know, what Google is investing in this

9   platform.  And, you know, my calculations show that they've

10  come out many billions of dollars ahead and have earned a rate

11  of return on these investments that's a high multiple of what's

12  called their cost of capital, and anything over their cost of

13  capital is gravy for them.

14  **Q.**   We -- in addition to the investments, we heard some debate

15  this morning between economists -- excuse me -- between

16  accountants about how to take account of costs.  Did you do any

17  independent assessment of that issue?

18  **A.**   I did, yes.

19  **Q.**   And does that alter these profit calculations here in any

20  way?

21  **A.**   Well, I don't think it should.  I don't think that -- I

22  disagree with Professor Skinner about -- and I want to be clear

23  about this -- I disagree with him about the economics of what

24  we're trying to measure.

25       So when an economist measures profits for the purpose of

**BERNHEIM - DIRECT / BORNSTEIN**

1   evaluating market power, we're interested in very specific

2   things; and the principle that governs my calculation here, I'm

3   going to try and explain it.  The issue is whether a particular

4   activity is incremental or not.

5       Another way to explain it is to say that, look, Google

6   could do -- Google Android without doing Google Play.  That's

7   entirely feasible.  They can't do Google Play without doing

8   Google Android.  And what that means is that Google Play is

9   incremental; and, consequently, what we should be looking at is

10  the incremental costs and the incremental revenues associated

11  with Google Play.  That's the right economic principle for

12  assessing profits.  That's what I applied.

13      But I also did calculations -- sorry -- to address

14  Professor Skinner's concern.  You know, I don't agree with his

15  concern, but I also made adjustments to determine what the

16  answer -- what the numbers would show if we took the issues

17  that he was raising into account.

18      One thing that I did was allocate these joint and common

19  costs in proportion to revenues, which is a reasonable way to

20  do things.  When you do that, you still find that Google is --

21  has made from Google Play many billions of dollars, and its

22  rate of return on these investments that it's made in

23  Google Play have still been I think something like four or five

24  times its cost of capital.  It's still indicative of profits.

25      You would have to allocate 75 percent of these joint and

**BERNHEIM - DIRECT / BORNSTEIN**

1  common costs to Google Play to get Google Play's internal rate

2  of return on its investments down to its cost of capital, and

3  that just isn't plausible.

4  **Q.**  All right.  So we're in the home stretch, Professor.

5  Your last conclusion, that Google's conduct harmed users

6  and developers.  Can you explain what you found here?

7  **A.**  Yes.  And I think we will move through this one quickly.

8  Can we go to the next slide?

9  So here I've made several points.  The first is that

10  Google Play's -- Google's conduct harms users and developers by

11  causing app distribution fees to be higher for developers.

12  **Q.**  How does that happen?

13  **A.**  This is just a matter of the mechanics of competition.

14  When rivals enter, they frequently enter with lower prices.

15  Consumers benefit directly from that.  The incumbent in the

16  market typically responds by lowering their prices.  Customers

17  benefit from that as well.

18  **Q.**  So just to put a number on the kind of fees we're talking

19  about here, what would the impact be of even a 1 percent

20  reduction in Google's commission rate?

21  **A.**  That's an easy calculation to make.  We know that Google

22  makes about $12 billion a year from its Google Play revenue,

23  and their average effective commission rate is a little over

24  26 percent.

25  So if we divide 12 billion by 26, we're getting the amount

**BERNHEIM - DIRECT / BORNSTEIN**

1  per percentage point in their commission rate, and that's about

2  $460 million per percentage point; going from 25 to 26 percent,

3  for example.

4  **Q.**  And those data are from 2021; is that right?

5  **A.**  I think that's right.

6  **Q.**  And have the numbers gone up or down since then?

7  **A.**  I don't recall seeing the more recent numbers.

8  **Q.**  Okay.  Let's go to your second point on higher effective

9  cost of apps for users.  How does that happen?

10  **A.**  Users often benefit from competition -- users would

11  probably benefit from competition as well.  You know, you --

12  competition is giving customers a better deal, and the typical

13  pattern in most markets is benefits are distributed across

14  customers.  Some may benefit more than others, but the gains

15  tend to be shared.

16  **Q.**  Okay.  And then you mentioned reduced variety and

17  innovation.  What's going on there?

18  **A.**  Well, this is referring to the fact that app -- that

19  competing app stores would, if they were more viable, be

20  introducing new innovations into app distribution.  There are

21  examples of that in the record.  One store in Korea, for

22  example, introducing new forms of payment.

23      I'm not saying here, by the way, that Google doesn't

24  innovate.  It does.  It innovates a lot.  But if there were

25  competition, there would be additional sources of innovation

**BERNHEIM - DIRECT / BORNSTEIN**

1   and additional pressure on Google to innovate.

2   **Q.**   All right.  And the last point, reduced output and

3   innovation in apps on Android.  Can you explain what you saw

4   there?

5   **A.**   Well, one thing that comes up from academic research is

6   that when the costs of development are higher, app developers

7   do less development.  And so if they're doing less development

8   because the commission rates are higher, that means that

9   products are not -- you know, products are not being developed,

10   consumers are losing out.

11   **Q.**   All right.  We have reached the end, Professor.  Could you

12   just quickly summarize for everyone the conclusions that you

13   reached?

14   **A.**   Just to review, the first thing that I demonstrated is

15   that Google possesses monopoly power in an antitrust product

16   market for third-party operating systems for smartphones.

17   That's the core of its power.

18        The second is that Google has used that power to deploy a

19   collection of practices that I've concluded are anticompetitive

20   because they stifle competition with the Google Play app store.

21   Rivals have been impaired directly; other rivals in a sense

22   have been paid off not to compete.

23        The third conclusion is that Google's conduct, the conduct

24   that I just described, allows it to create and maintain

25   monopoly power in the market for app distribution on Android

BERNHEIM - CROSS / RAPHAEL

```
 1   smartphones.
 2        And then, of course, the final conclusion is that users
 3   and developers have suffered as a result.
 4   Q.   All right.  Thank you very much, Professor.
 5           MR. BORNSTEIN:  Your Honor, I pass the witness.
 6           THE COURT:  Okay.  Let's take our afternoon break, and
 7   we'll come back at 2:25.
 8           THE CLERK:  All rise.
 9              (Recess taken at 2:07 p.m.)
10              (Proceedings resumed at 2:27 p.m.)
11       (Proceedings were heard in the presence of the jury:)
12           MR. RAPHAEL:  May I proceed?
13       For the court reporter's benefit, it's Justin Raphael for
14   Google.
15                     CROSS-EXAMINATION
16   BY MR. RAPHAEL:
17   Q.   Good afternoon, Dr. Bernheim.
18   A.   Good afternoon.
19   Q.   You talked about focusing on app distribution as opposed
20   to the purchase of smartphones.  Do you recall that?
21   A.   Yes.
22   Q.   So I noticed on your slides you referred to what you
23   called the Android ecosystem.  Do I have that right?
24   A.   Yes.
25   Q.   And in an ecosystem, Dr. Bernheim, everything in the
```

**BERNHEIM - CROSS / RAPHAEL**

1  system is connected and has to work together; right?

2  **A.**   I'm not sure I'd say it that way, but approximately.

3  **Q.**   And when users purchase a smartphone today, their device

4  is either part of the Android ecosystem or the Apple ecosystem;

5  right?

6  **A.**   Yes.

7  **Q.**   And a smartphone ecosystem includes an operating system,

8  apps, and devices; right?

9  **A.**   Yes.

10  **Q.**   And when users buy a smartphone, they aren't just buying a

11  device, are they?

12  **A.**   No.

13  **Q.**   When users buy a smartphone, they're also choosing an

14  operating system and a set of apps for that system; right?

15  **A.**   Well, they're not choosing the apps when they buy the

16  phone.  They're choosing the set of apps that are available on

17  that platform.

18  **Q.**   Right.  And apps are essential components of smartphones;

19  right?

20  **A.**   Yes.

21  **Q.**   And apps are an essential part of a smartphone ecosystem;

22  right?

23  **A.**   Yes.

24  **Q.**   And so attracting app developers is critical to the

25  success of a mobile operating system; right?

BERNHEIM - CROSS / RAPHAEL

1    A.    Yes.

2    Q.    And the quality and variety of apps is an important factor

3    for what devices users buy, isn't it?

4    A.    It is a factor.  As I said in my direct testimony, there

5    are consumer surveys that indicate that it's not --

6    Q.    Well, I'm asking for your opinion, Dr. Bernheim.

7          And it's true, isn't it, that the quality and variety of

8    apps is an important factor for what devices users buy, isn't

9    it?

10   A.    It's important on some level.  What I was referring to is

11   relative importance.

12   Q.    Now, the value of an app store depends on the number and

13   variety and quality of apps in that store; right?

14   A.    In part, yes.

15   Q.    And developers typically favor Apple's platform because

16   iOS apps tend to generate more money; isn't that right?

17   A.    I've heard testimony and seen -- well, I've seen documents

18   that suggest that that's true.

19   Q.    And an example of that happening is that Facebook launched

20   on the iPhone before it launched on Android; right?

21   A.    That would be an example, yes, and that's one factor.  I

22   don't think it's the only one but, yes.

23   Q.    And another example is that Tinder launched on the

24   iPhone before Android; right?

25   A.    Yes.

**BERNHEIM - CROSS / RAPHAEL**

1   **Q.**   And another example is that Fortnite, which is made by

2   Epic, the plaintiff, launched on iOS before Android?

3   **A.**   True, yes.

4   **Q.**   And, in fact, the Google Play Store and the Apple App

5   Store compete for developers; isn't that true?

6   **A.**   It depends on what you mean by "compete."  I addressed

7   that point in my direct testimony.  The --

8   **Q.**   Let me ask you about something that happened in the real

9   world.

10      So in January of 2018, Google reduced its service fee for

11   subscriptions after the first year from 30 percent to

12   15 percent.  You're aware of that?

13   **A.**   Yes.

14   **Q.**   And Google did that to better compete with Apple, didn't

15   it?

16   **A.**   Google did that to improve their platform.  I think that

17   regardless of the competition with Apple, they're benefiting

18   from that.  So I don't know that that's the only reason.

19   **Q.**   Well, were you aware that one of your sources in your own

20   report says that that price reduction was for Google to compete

21   with Apple?

22   **A.**   I'm sure that that was probably listed as one of the

23   reasons.

24   **Q.**   And that, in fact, was one of the reasons, wasn't it,

25   Dr. Bernheim?

**BERNHEIM - CROSS / RAPHAEL**

1    **A.**   Well, I can only refer to what the documents say.

2    **Q.**   Okay.  Well, let's look at that then.

3    Would you go to Tab 1 of the binder you have there?

4    **A.**   I have three binders.  Which one would you look like me to

5    look at?  Volume 1?  Volume 2?  Or just D Bernheim?

6    **Q.**   Bernheim is there, so let's start with Volume 1.

7    **A.**   Volume 1, okay.

8    **Q.**   And while we're at it, on your expert reports, you wrote

9    expert reports that identified all of your opinions in this

10    case; right?

11    **A.**   As far as I know, yes.

12    **Q.**   And you tried to be as accurate as you could be in those

13    reports because you knew you'd be in court here today

14    testifying about them; right?

15    **A.**   That's true, yes.

16    **Q.**   And you used your words very carefully in those reports,

17    didn't you?

18    **A.**   As carefully as I could.

19    **Q.**   And you relied on the materials that you cited in those

20    reports, didn't you?

21    **A.**   I did.

22    **Q.**   If you could go to page 38 of your report, which is Tab 1,

23    and you'll see there there's a footnote at the bottom, 163,

24    which is your citation for that price reduction I mentioned;

25    right?

BERNHEIM - CROSS / RAPHAEL

1   **A.**   Yes.

2   **Q.**   And would you read the title of the article that you

3   relied on?

4   **A.**   You're referring to "Google Play lowers app subscription

5   fee to 15 percent.  Matches Apple's offering"?

6   **Q.**   Yes.  And if you go to the second binder and look at

7   Exhibit 9100, you'll find that article.

8   **A.**   Second being Volume 2?

9   **Q.**   Yes, sir.

10  **A.**   Okay.  Because I have three, and the third one isn't

11  labeled with a number, so...

12  **Q.**   I trust we probably won't be using that third one, and

13  I'll do my best to tell you which volume I'm referring to.

14  **A.**   All right.  So for right now, I'll set that one on the

15  floor.  That will make it a little easier.

16      And I'm sorry.  I need you to tell me again which tab to

17  go to.

18  **Q.**   Sure.  No problem.  It's Exhibit 9100.

19  **A.**   I have it, yes.

20      Wait a sec.  Let me turn this.

21      There.  Now we're ready.

22  **Q.**   All right.  Is this the article you cited in your report?

23  **A.**   I assume it is.  It has the same title.  I don't remember

24  what they all look like.

25  **Q.**   Could you read the first paragraph?

1          **THE COURT:**  Let's not do that.  What's the question?

2   We're not going to publish things that are not in evidence.  So

3   what's the question?

4          **MR. RAPHAEL:**  Sure.  I'd just like him to agree that

5   his article says that Google reduced --

6          **THE COURT:**  You can read it silently but not aloud.

7          **MR. RAPHAEL:**  Very well, Your Honor.

8          **THE COURT:**  So just read it to yourself.

9          **THE WITNESS:**  (Witness examines document.)  Yes.

10  **BY MR. RAPHAEL:**

11  **Q.**   And the article that you cited in your report says that

12  Google lowered the money it charged app developers to better

13  compete with Apple; right?

14  **A.**   It does say that.

15  **Q.**   Now, Dr. Bernheim, you would agree that economic analysis

16  is not abstract math, is it?

17  **A.**   No, it's not.

18  **Q.**   And economic analysis, if done properly, should refer to

19  conditions in the real world; right?

20  **A.**   Yes.

21  **Q.**   And in the real world, there's a company called Apple;

22  right?

23  **A.**   Yes, there is.  We've talked about it.

24  **Q.**   And in the real world, there are real people who work at

25  Apple on the Apple App Store; right?

**BERNHEIM - CROSS / RAPHAEL**

1   **A.**   Yes.

2   **Q.**   And your opinion is that the Apple App Store does not

3   compete in the same relevant market as the Google Play Store;

4   correct?

5   **A.**   Well, that opinion is an opinion that it's a technical

6   opinion that involves the way economists use the word "compete"

7   when we talk about relevant markets.  That has to do with

8   evaluating SSNIPs and so forth.  It's not necessarily the same

9   statement as when a noneconomist says the word "compete."

10  **Q.**   Right.  And so your opinion that Google and Apple don't

11  compete in the same market with their app stores is a technical

12  opinion, isn't it?

13  **A.**   It's based on the technical analysis -- it's based on a

14  technical antitrust analysis to determine whether, as a matter

15  of antitrust principles, they belong in the same market for the

16  purpose of evaluating competition.

17  **Q.**   And it's not necessarily the same way that people who

18  actually are working in the real world would think about

19  competition, is it?

20  **A.**   Well, it's not necessarily the same way that they would

21  use the word "compete," and that's -- that means that they

22  simply aren't addressing in all situations the same issues that

23  antitrust economists are addressing when we do our evaluations.

24  **Q.**   So when you reached your conclusion about the relevant

25  market in a technical sense, as you said, you didn't base your

1   conclusion on any documents created by Apple employees in the

2   real world, did you?

3   **A.**   Well, I examined a variety of documents.  I don't have

4   them all in mind as I sit here right now.

5   **Q.**   Sitting here today, you actually don't know whether you

6   considered any document created by an Apple employee when you

7   first decided that Apple wasn't in the market; right?

8   **A.**   Honestly, I would have to page through my reports, which

9   are 600 pages.  I don't -- I haven't memorized all of them.

10  **Q.**   Well, I think we can do that faster because you did a --

11  you had a list in your opening report of the materials you

12  relied upon, didn't you?

13  **A.**   I did, yes.

14  **Q.**   Okay.  So if you go to Tab 1 in that first volume.

15  **A.**   Yes.

16  **Q.**   You'll go to the back which has pages -- they're in an

17  appendix where the pages actually start with H; and if you go

18  to page H10, I think you'll see a list of documents from

19  companies that you relied on.

20  **A.**   Okay.  I'm at H10.

21  **Q.**   Do you see there that you have the list of materials from

22  companies that you relied on?

23  **A.**   I see a list of depositions and then a section that says

24  "Discovery," which appears to include a long list of documents.

25  **Q.**   Right.  And you've testified for a number of times, and

**BERNHEIM - CROSS / RAPHAEL**

1  you know those documents have numbers that companies put on

2  them when they produce them; right?

3  **A.**   Yes.

4  **Q.**   Can you go through that list and tell me if you see any

5  document that was created by Apple?

6  **A.**   I think that there aren't documents.   There's one that

7  starts with "APL," but I think that that's a Google document.

8  So I don't think that Apple documents are listed here.

9  **Q.**   Right.   So when you first reached the conclusion that

10  Google and Apple do not compete in the same relevant market,

11  you did not rely on any documents created by Apple employees in

12  the real world; correct?

13  **A.**   None are listed here.

14  **Q.**   Well, Dr. Tucker did look at -- that's Google's expert?

15  You're familiar with her?

16  **A.**   Yes.

17  **Q.**   And she did look at documents from Apple, didn't she?

18  **A.**   I don't remember specific documents in her report.

19  **Q.**   Okay.   Well, you looked at documents from Amazon, though;

20  right?

21  **A.**   I did.

22  **Q.**   And that's another company that in the real world has an

23  app store?

24  **A.**   I'm sorry?

25  **Q.**   Amazon has an app store in the real world; right?

1  **A.**   Yes.  I thought you said the opposite.

2         **THE COURT:**  We're only talking about the real world.

3  So you can stop saying that.  All right?

4         **MR. RAPHAEL:**  Thank you, Your Honor.

5  **BY MR. RAPHAEL:**

6  **Q.**   And there are -- you relied, I think you said, on both

7  documents and testimony from Amazon?

8  **A.**   I believe so.

9  **Q.**   Can we look at a document created by Amazon that's already

10  in evidence?  This is Exhibit 11405.  It should be on the

11  screen in front of you, Dr. Bernheim, if that's easier.

12  **A.**   I have it both ways.

13  **Q.**   Then I'll leave it to you.

14      Do you see here there's a document from Amazon that says

15  that they compared the user experience of the Amazon Appstore

16  versus competitors?

17  **A.**   I do, yes.

18  **Q.**   And they identified both the Apple App Store and the

19  Google Play Store as competitors, didn't they?

20  **A.**   Well, it appears that they mean competitors over a broad

21  range of platforms.  In the table, the first column says "Web

22  and Desktop" and the checkmarks are for Amazon Appstore,

23  Google Play, and Apple App Store in that column.  So it's not

24  clear what "compete" refers to here.

25  **Q.**   Your interpretation of this document is that Amazon -- the

1   Amazon employees who wrote it are not saying that the Google

2   Play Store and the Apple App Store are competitors even though

3   they used the word "competitors"?  That's what you're telling

4   the jury?

5   **A.**   No.   I'm saying that they're competitors in the sense that

6   they understand the word "competitors," but that it's not clear

7   from what you're pointing me to in this document whether they

8   mean competitors across platforms or within platforms.

9   **Q.**   And you didn't rely on this document in reaching your

10  conclusion about the relevant market, did you?

11  **A.**   No, I didn't.

12  **Q.**   Now, in analyzing competition in this case, you also

13  looked at documents that were created by Google; right?

14  **A.**   Yes.

15  **Q.**   And I think you testified about a Google document or two,

16  and you referred to some of them in your direct testimony?

17  **A.**   I'm sorry, was that a question?

18  **Q.**   Yes.

19  **A.**   Oh.   Yes, I did.

20  **Q.**   Okay.   Now, just to be clear, you're not offering expert

21  opinions about the meaning of any individual Google documents;

22  right?

23  **A.**   I am not.

24  **Q.**   But let me show you a Google document that's already in

25  evidence.   It's Exhibit 5956.

BERNHEIM - CROSS / RAPHAEL

1    And do you see this is an e-mail from Hiroshi Lockheimer

2  at Google to someone named Jamie, and that's Jamie Rosenberg?

3  Do you see that?

4  **A.**   I'm sorry.  I was flipping to it.  Yes, I see that.

5  **Q.**   Okay.  And do you see he's talking about how Apple is

6  offering a 15 percent rev share?  Do you see that?

7  **A.**   In which of these passages?  There are three blocks.

8  **Q.**   It should be on your screen there.

9  **A.**   Oh, okay.  The one on the bottom, yes.

10  **Q.**   And you see that Mr. Lockheimer is saying that Apple's

11  offering a 15 percent rev share?

12  **A.**   I do.

13  **Q.**   And do you see he says "I'm worried that we're about to

14  massively lose this developer base"?  And he asks for ideas on

15  what we can do to remain competitive?  Do you see that?

16  **A.**   I see that.

17  **Q.**   And you didn't rely on this document in reaching your

18  conclusion about the relevant market, did you?

19  **A.**   I don't remember looking at this document in particular.

20  I looked at many other things.

21  **Q.**   Right.  And in looking at those other many things, you

22  were paid $1600 an hour for your work?

23  **A.**   Yes, that's correct.

24  **Q.**   And approximately how many hours did you spend on this

25  matter?

**BERNHEIM - CROSS / RAPHAEL**

1  **A.**   Honestly, I didn't add it up so I don't know the answer to

2  that question, but it's many hundreds of hours.

3  **Q.**   Okay.  And is it fair to say you've been paid north of a

4  million dollars for your time in this case?

5  **A.**   As I said, I haven't added it up.  And the way my

6  compensation works with the consulting firm that I work with,

7  I'm not directly paid my billings.  So that money in any case

8  doesn't flow to me directly.  My compensation is much more

9  complicated.

10  **Q.**   Right.  It's more complicated because you're a partner in

11  the consulting firm and you get a share of their profits;

12  right?

13  **A.**   Yes.

14  **Q.**   Now let's talk about Android phones and iPhones for a

15  minute.  You testified some about that; right?

16  **A.**   Yes.

17  **Q.**   Many millions of people are buying a smartphone for the

18  first time every year; right?

19  **A.**   I'm sure that's true.

20  **Q.**   And those first-time buyers, they don't have any switching

21  costs; right?

22  **A.**   That's correct, although there are some issues if they

23  already own devices.

24  **Q.**   Right.  You testified about the price of Android phones

25  and iPhones comparatively; right?

BERNHEIM - CROSS / RAPHAEL

1    A.    I'm sorry.  Say that again.

2    Q.    You testified about the comparative price of Android

3    phones and iPhones?

4    A.    I did, yes.

5    Q.    Could we have Slide 46 from Dr. Bernheim's presentation?

6          You showed this slide in your direct examination; right?

7    A.    I did.

8    Q.    And this slide shows on average Android phones cost less

9    than iPhones; right?

10   A.    That's one of the things that it shows.  It shows more

11   than that.

12   Q.    Right.  But the fact that some -- many Android phones cost

13   less than iPhones benefits consumers who can't afford an

14   iPhone; right?

15   A.    Sure.  It's appealing to a different --

16   Q.    Can we have slide --

17   A.    -- customer segment.

18         THE COURT:  Hold on.  Let's let the witness finish.

19         Okay.  Go ahead.

20   BY MR. RAPHAEL:

21   Q.    I wanted to talk about that.

22         Could we have Slide 45 from Dr. Bernheim's presentation?

23         You showed this slide in your direct exam as well; right?

24   A.    Yes.

25   Q.    And the green bars are Android phones?

BERNHEIM - CROSS / RAPHAEL

1   A.   Correct.

2   Q.   And the blue bars are iPhones?

3   A.   Correct.

4   Q.   And each of these bars is like many millions of phones;

5   right?

6   A.   Sure.

7   Q.   And at every price point where there's a blue bar for

8   iPhones, there's also a green bar for Android phones; right?

9   A.   Yes.

10  Q.   So at every price point where there's an iPhone sold,

11  there's also an Android phone sold; right?

12  A.   Yes, but not the other way around.

13  Q.   And for every iPhone, there's an Android phone that's

14  just as expensive?

15  A.   Pretty much, yes.

16  Q.   And so if you can afford an iPhone, there is always an

17  Android phone for you to choose; right?

18  A.   At those price points, yes, not --

19  Q.   Your chart shows --

20  A.   That's a small fraction of Android phones.

21  Q.   And your chart shows that at those price points where

22  people can afford an iPhone, they really prefer iPhones,

23  don't they?

24  A.   Well, more people are buying the iPhones.

25  Q.   Right.

BERNHEIM - CROSS / RAPHAEL

1    **A.**   Those who buy the iPhones prefer the iPhones.

2    **Q.**   It's not easy to compete with the iPhone, is it?

3    **A.**   I can't imagine that it would be.

4    **Q.**   And, in fact, in the last several years, the share of

5    people in the United States with iPhones has gone up and the

6    share of people in the United States with Android phones has

7    gone down; right?

8    **A.**   And the opposite of that in the rest of the world, yes.

9    **Q.**   Between 2016 and 2021, the share of people in the

10   United States with iPhones went up 10 percent and the share

11   of people with Android phones went down 10 percent; right?

12   **A.**   My recollection was 6 percent, but I'll take your word for

13   it.

14   **Q.**   Well, let's just look quickly at Exhibit 6903, which is in

15   evidence.

16        And you see there in 20 -- between 2016 and 2021, iOS

17   went up 10 percent and Android went down 10 percent in the

18   United States; right?

19   **A.**   That's what that -- that's what that table is showing.

20   **Q.**   So the 10 percent shifted from the iOS column to the

21   Android column; right?

22   **A.**   That's correct.

23   **Q.**   I think you testified that there's limited substitution

24   between Android phones and iPhones; right?

25   **A.**   Yes.

**BERNHEIM - CROSS / RAPHAEL**

1   **Q.**   I want to just get some principles down if we could.

2   Two products can be in the same market even if not every

3   one would switch between them; right?

4   **A.**   They can.   The more people who are willing to switch, the

5   more likely they are to be in the same market; and the less --

6   fewer people, the less likely they are to be in the same

7   market.

8   **Q.**   You would agree with me that the test for whether two

9   products are in the same market isn't whether any individual

10  person would switch; right?

11  **A.**   No.   That is, no -- no, it isn't.   I agree with you.

12  **Q.**   Thank you.

13  And you also testified, I think, that people buy phones

14  infrequently.   I think that's the word you used.

15  **A.**   Well, in my testimony I was more precise and said 2.7

16  years on average.

17  **Q.**   So on average, that means that someone gets a new phone

18  every two to three years?

19  **A.**   Yeah.   I mean, yes, 2.7.   So, yeah.

20  **Q.**   And so each year roughly one-third to one-half of people

21  with phones shop for a new one?

22  **A.**   Closer to one-third but, yes.

23  **Q.**   And there's, like, billions of people with smartphones;

24  right?

25  **A.**   Sure.

**BERNHEIM - CROSS / RAPHAEL**

1  Q.   So each year there's hundreds of millions people shopping

2  for a new smartphone; right?

3  A.   I'm sure that's true.

4  Q.   And I think you said that the estimate you had of the

5  switching rate that you found was 12 percent of people switch

6  from an Android phone to an iPhone?

7  A.   When they buy a new phone, I think that that's -- the

8  switching rate in that -- at least that was one of the

9  estimates of the switching rate in that direction.

10  Q.   Right.  Do you know who Purnima Kochikar or Hiroshi

11  Lockheimer or Kirsten Rasanen are?

12  A.   Those are Google employees who testified at trial.

13  Q.   Right.  You saw their testimony?

14  A.   I didn't read all of their testimony, but I'm familiar

15  with parts of it.

16  Q.   And you're aware, then, that all of them testified that

17  12 percent of users switching from Android to iOS would be

18  concerning?

19  A.   I don't remember that.

20  Q.   Okay.  Well, but you're not telling the jury that you know

21  more than those three Google employees about what would be

22  concerning to Google's business; right?

23  A.   No.  I'm sure they're right.

24  Q.   So let's talk really quickly about that price increase

25  test you mentioned.  That's the SSNIP test?

BERNHEIM - CROSS / RAPHAEL

1   **A.**   Yes.

2   **Q.**   Now, if we could have Slide 48 from your presentation.

3       And I think this slide kind of summarized the SSNIP test.

4   Do I have that right?

5   **A.**   In some sense it's summarizing the factors that go into

6   the SSNIP test.

7   **Q.**   It summarizes the general idea, just not the numbers;

8   right?

9   **A.**   Yes.

10  **Q.**   Now, on the left here you see that there's a small

11  increase in price; right?

12  **A.**   Yes.

13  **Q.**   But you would agree, and I think we talked about this

14  earlier, that companies compete on quality and not just price;

15  right?

16  **A.**   Yes.  But when we do SSNIP tests to define antitrust

17  markets, we focus on the change in price and the impact of it.

18  **Q.**   Exactly my point.  There's nothing about quality on this

19  slide or in your SSNIP test that you talked to the jury about;

20  right?

21  **A.**   Quality is held constant when you do the test.  It's not

22  that this doesn't take the quality into account.  It says,

23  "Okay.  The quality is whatever it is for each one of these

24  products.  Now we're going to consider the impact of the change

25  in price."

1  Q.   Exactly.  And so the SSNIP test isn't measuring what

2  consumers would do if the quality of the Google Play Store went

3  down; right?

4  A.   If you're doing it in price, you shouldn't be doing it in

5  quality at the same time, although in principle you can also do

6  a SSNIP test varying quality instead of price.

7  Q.   Right.  You didn't do that, though?

8  A.   I think I wrote something about that in one of the

9  reports.  I don't think it really makes a difference because

10  quality can be translated into monetary terms, which means that

11  you can kind of treat it as a price.  You reach the same

12  conclusions.

13  Q.   But at a higher level, an economist doesn't even need to

14  use the SSNIP test to define a relevant market; right?

15  A.   Sometimes economists define markets entirely based on more

16  qualitative approaches, evaluating substitution, but the

17  SSNIP -- the SSNIP idea remains the lens that we think about

18  when we consider the magnitude of substitution.

19  Q.   And, in fact, you, yourself, have testified about the

20  relevant market in other cases without doing the SSNIP test

21  that you described to the jury today; right?

22  A.   I think you're referring in particular to the hypothetical

23  monopolist test, which involves a little bit more than a SSNIP.

24  And, yes, I've testified in other cases without doing a

25  hypothetical -- a quantitative hypothetical monopolist test.

BERNHEIM - CROSS / RAPHAEL

1   Q.   Let's talk about the geographic market for a second.

2        So I think you said in order to define the market, you

3   have to define the geography of the market; right?

4   A.   That's part of it, yes.

5   Q.   And I think kind of like the discussion we were just

6   having about the change in price, when you look at the

7   geographic market, you look at what would -- where consumers

8   would go if the price in one area increased; right?

9   A.   Well, that's based on the consumer substitution principle,

10  right.  That's where you start.

11  Q.   Right.  So you start by asking if the price of a product

12  in one geography went up, would consumers go to a different

13  geography?

14  A.   Yes, that's where you begin.

15  Q.   Now, your relevant market includes the entire world

16  outside of China; right?

17  A.   Yes, it does.

18  Q.   And so Korea is in your relevant market?

19  A.   South Korea, yes.

20  Q.   Right.  And the One Store is an app store in Korea?

21  A.   It is, yes.

22  Q.   And the prices in that store are in Korean won which is

23  the South Korean currency?

24  A.   I assume.

25  Q.   And the names of the apps and the descriptions of the apps

1    in the One Store are in Korean; right?

2    **A.**    I assume they are.

3    **Q.**    And the reviews of the apps in the One Store are in

4    Korean?

5    **A.**    I haven't tried to read them, but I'm sure they are.

6    **Q.**    Right.  So you don't really think that most Americans are

7    going to switch to the One Store in Korean if the price of the

8    Google Play Store went up, do you?

9    **A.**    No, I don't.

10   **Q.**    And, in fact, you haven't analyzed whether users outside

11   of Korea would switch between Google Play and One Store; right?

12   **A.**    No, I haven't.

13   **Q.**    Now, you mentioned Iran on your direct examination?

14   **A.**    I did.

15   **Q.**    And Iran is part of the relevant geographic market you

16   defined; right?

17   **A.**    Yes.  I also said that -- well, did I say this in my

18   direct testimony or in my report?  I don't remember whether I

19   said it in my direct testimony, but to the extent competitive

20   conditions in Iran differ significantly from the rest of the

21   world, that would be an argument for removing them, but that

22   would strengthen my conclusions because the result would be an

23   increase in measured dominance for Google Play.

24   **Q.**    Right.  But when you first set out to define the

25   geographic market, you put in every country besides China,

1  including Iran; right?

2  **A.**   I put in all countries for which I had data in large part

3  because Google did not break the data out in a way that would

4  have allowed me to do my calculations in any different way.

5  **Q.**   So the market you defined in your reports when you first

6  set out to reach your conclusions included Iran; right?

7  **A.**   It did, yes.

8  **Q.**   Now --

9  **A.**   And as a result, it overstates the importance of

10  alternatives to Google Play.

11  **Q.**   Could we have Demonstrative 5, Mr. Nickels?

12      So Cafe Bizarre is an app store designed for Iran that's

13  generally in Farsi; right?

14  **A.**   I haven't actually investigated Cafe Bizarre.  I'll take

15  your word for it.

16  **Q.**   Exactly, right.  But the relevant market you defined in

17  your report said that Google Play competes with Cafe Bizarre

18  but not with the Apple App Store; right?

19  **A.**   If you take it very, very literally, yes.  This is an

20  inconsequential aspect of the analysis.

21  **Q.**   Okay.  So in Iran, I think you said that the government

22  there has banned Google Play for a period of time; right?

23  **A.**   That's my understanding; that from time to time,

24  Google Play becomes unavailable.

25  **Q.**   And in Iran, as well as 45 other countries, users are not

BERNHEIM - CROSS / RAPHAEL

1   actually able to purchase paid content through Google Play;

2   right?

3   **A.**   Yes.   In total, those countries don't account for a lot of

4   commerce but, yeah, that's true.

5   **Q.**   But you still included all of those countries in your

6   relevant geographic market; right?

7   **A.**   Again, that's the best approximation you can do with the

8   data because we can't eliminate all of them.

9        I mean, the countries that you have in mind are

10  1.3 percent of world GDP, so they're just not very significant.

11  It doesn't make a difference.   To the extent it does make a

12  difference, again, what it's doing is overstating the

13  importance of alternatives to Google Play like Cafe Bizarre.

14  **Q.**   You testified about how Google has monopoly power over app

15  distribution.   I want to get into that for a bit.

16       And, again, let's start with some principles.   Without

17  market power, a company can't act anticompetitively; right?

18  **A.**   Yes.

19  **Q.**   And the presumption among economists is that when firms

20  without market power do something, it's pro competitive; right?

21  **A.**   Generally, yes.

22  **Q.**   So with that in mind, let's go back to when the Google

23  Play Store first launched.   And it was called Android Market

24  then; right?

25  **A.**   It was.

BERNHEIM - CROSS / RAPHAEL

1   Q.   And that was around 2008 or 2009?

2   A.   Yes.

3   Q.   And that's right around when Google started offering

4   agreements called the MADAs?

5   A.   It is.

6   Q.   And that's right around when the consent screens for

7   sideloading started appearing?

8   A.   As I recall, yes.

9   Q.   And when Google Play launched in that time period, it was

10  a small entrant in the market, wasn't it?

11  A.   That's -- Google Play, obviously when -- at the very

12  beginning it was a small player.  It grew rather rapidly

13  because it and Apple had both come out with revolutionary

14  products, and they kind of had first-mover advantages in this

15  scenario.

16  Q.   Right.  So in the time period that I'm talking about when

17  Google Play launched, Google had come out with a revolutionary

18  product, and it was a small entrant; right?

19  A.   It was a small but rapidly growing entrant.  By the time

20  you got a couple years later, it was quite a substantial

21  operation.

22  Q.   Right.  But when Google Play first launched, it followed a

23  small entrant strategy by matching Apple's service fee; right?

24  A.   That appears to be what it did at that time.

25  Q.   And Apple's service fee was 30 percent then, and Google

BERNHEIM - CROSS / RAPHAEL

1   also set its fee at 30 percent; right?

2   **A.**   Yes.  At that time, yeah.

3   **Q.**   And when Google followed that small entrant strategy of

4   matching its price to Apple, you're not arguing, then, that the

5   market was limited to Android; right?

6   **A.**   Wait.  You just changed what you were asking me about.

7   Before you were talking about commission rates and now you're

8   saying price.

9   **Q.**   Oh, I'm happy --

10  **A.**   Commission rates are not prices.

11  **Q.**   I think -- we'll get to that, but let me ask a clearer

12  question then.

13         When Google followed a small entrant strategy of matching

14  Apple's service fee, you're not arguing that the market was

15  limited to Android; right?

16  **A.**   As we understand the term "service fee" to mean commission

17  rate, you're asking me at that time was the market limited to

18  Android?  Was that the question?

19  **Q.**   Yes.

20  **A.**   I haven't done the analysis to make that evaluation.

21  **Q.**   And if a company didn't start off with market power but

22  got it sometime later, what you'd expect is that they would be

23  raising prices or holding prices consistent while reducing

24  quality; right?

25  **A.**   Well, under certain conditions, yes.  You're describing

BERNHEIM - CROSS / RAPHAEL

1   unusual conditions here in that you have a new emerging market

2   with a revolutionary product which leads to a different

3   dynamic.  But under other conditions, I certainly agree that

4   that's true.

5   **Q.**   And since the time that Google first started charging that

6   30 percent fee as a small entrant, Google's net commission rate

7   hasn't gone up, has it?

8   **A.**   I think it has.  I mean, at the very beginning when it was

9   charging 30 percent, it had deals with many of the carriers

10  where it gave away 25 percent of that.  Google's net was

11  5 percent at that point after it paid the OEMs -- not the

12  OEMs --

13  **Q.**   Sir --

14  **A.**   Did I say OEMs?  Carriers.

15  **Q.**   -- I'd just appreciate if you could answer my question.

16       The developers -- the commission rate that the consumers

17  of the Play Store the developers and the users paid, that has

18  not increased since 2009; correct?

19  **A.**   The percentage that developers paid hasn't changed.

20  **Q.**   Right.

21  **A.**   What Google has received has changed.

22  **Q.**   And you haven't reached any conclusion about what happened

23  with the overall quality of the Play Store since that early

24  2009 time period; right?

25  **A.**   I'm sure there's been improvements.

1   **Q.**   Now, while we're on the topic of monopoly power, let's

2   talk about market share.  You testified a bunch about that;

3   right?

4   **A.**   Yes, I did.

5   **Q.**   Now, just to be clear, market share is not the same thing

6   as monopoly power; right?

7   **A.**   Definitely not.

8   **Q.**   And your basic point about market share is that

9   Google Play has a lot more downloads than other Android app

10  stores; right?

11  **A.**   Not just a lot more but a high proportion, which is what

12  economists find as an indicator, a strong indicator, of market

13  power.

14  **Q.**   But evidence that Google has a significant market share,

15  that doesn't tell you whether or not that market share was

16  gained through anticompetitive or competitive means; right?

17  **A.**   Not by itself, no.

18  **Q.**   The fact that the share is high doesn't tell you how

19  Google got the share; right?

20  **A.**   That's correct.  In fact, in this case I don't think that

21  there's any challenge to conduct regarding Google's share of

22  operating -- of the operating system market.

23  **Q.**   Now, a company might gain share simply by competing more

24  aggressively; right?

25  **A.**   Yes, it can.

BERNHEIM - CROSS / RAPHAEL

1  Q.   And a company might gain market share by offering a better

2  product; right?

3  A.   Yes, it can.

4  Q.   And another way a company might have a bigger market share

5  is just by having more stuff in stock; right?

6  A.   Having more stuff in stock?

7  Q.   Yes.

8  A.   Well, I suppose there are circumstances in which that will

9  improve market share.

10 Q.   Like in general, the more products that you stock, the

11 more products you're going to sell; right?

12 A.   Mechanically.  I mean, just stocking more products may

13 mean your profits go down and then your share shrinks.  So I

14 think it's -- the dynamics are not quite that simple.

15      But if you're just asking me mechanically selling more

16 things without changing your prices of the other things that

17 you sell, sure, you will sell more.

18 Q.   Like Costco sells more than a convenience store; right?

19 A.   It doesn't sound like the same question that you just

20 asked; but, yes, Costco sells more than a convenience store.

21 Q.   And that's one reason that people like to shop at Costco;

22 right?

23 A.   You mean that it has more products than a convenience

24 store?

25 Q.   Yes.

**BERNHEIM - CROSS / RAPHAEL**

1   **A.**   Yes, some people prefer Costco for that reason.   Some

2   people prefer the convenience store for other reasons.

3   **Q.**   And Google Play offers more apps than competing app stores

4   on Google Play; right?

5   **A.**   Yes, it does.

6   **Q.**   As of 2022, there were 3.3 million apps on the Google Play

7   Store?

8   **A.**   The right ballpark.   I've seen it as ranges.

9   **Q.**   But as of that time, there were only 220,000 in the

10   Samsung Galaxy Store; right?

11   **A.**   As I discussed.

12   **Q.**   That's only about 6 percent as many?

13   **A.**   It sounds right.

14   **Q.**   And Amazon had only 400-some-odd thousand; is that right?

15   **A.**   Amazon had I think 480,000.

16   **Q.**   And that's only about 15 percent of the apps that

17   Google Play had?

18   **A.**   Yes.

19   **Q.**   So let's talk not about the number of apps but the most

20   popular apps.   And I think you testified a little bit about

21   that as well?

22   **A.**   Yes.

23   **Q.**   And it's true that other Android apps -- excuse me --

24   other Android app stores generally lack most of the most

25   popular apps that Google Play has; right?

**BERNHEIM - CROSS / RAPHAEL**

1    **A.**   Well, I talked about Samsung and the Amazon store in my

2    direct testimony.  For the Amazon store, it was half.  So I'm

3    just trying to be precise.  That's not actually most.  It's

4    just exactly half.

5    **Q.**   Yeah, I wanted to ask you about the difference between

6    Samsung and Amazon, so we'll get there in just a moment.

7        You showed a chart about the most popular apps worldwide,

8    I think; right?

9    **A.**   Is that the one that we put up?  I think that's right.

10   **Q.**   So you also had a chart in your report, though, about the

11   most popular apps in the United States?

12   **A.**   Yes.

13   **Q.**   So could we have Demonstrative 6, please?

14       And I've recreated a bunch of your chart with your

15   demonstrative so it's a little easier to see.  You can follow

16   along on page 30 of your report if you want to check whether

17   I've got it right.

18   **A.**   This is opening report?

19   **Q.**   Yes.

20   **A.**   All right.  I'm there.

21   **Q.**   Okay.  So I'm just going to do the ones on the screen, but

22   I just wanted to let you know where it came from.

23   **A.**   Uh-huh.

24   **Q.**   So I think you talked about how there was some disparity

25   that was significant between the Samsung store and the Amazon

**BERNHEIM - CROSS / RAPHAEL**

1  store in terms of how many of the most popular apps they had?

2  **A.**   I indicated that they had more of the most popular apps.

3  **Q.**   So if you look at the chart of the United States, though,

4  Samsung and Amazon, they don't have WhatsApp; right?

5  **A.**   Yes.

6  **Q.**   They don't have Disney Plus; right?

7  **A.**   Yes.

8  **Q.**   They don't have Netflix?

9  **A.**   Yes.

10  **Q.**   They don't have Snapchat?

11  **A.**   Yes.

12  **Q.**   They don't have Roblox?

13  **A.**   I can stipulate that they don't have any of the ones that

14  have red Xs in them.

15  **Q.**   Right.  They don't have DoorDash or PayPal or Spotify;

16  right?

17  **A.**   Well, yes, that's what this says.

18  **Q.**   In fact, according to your report, the Amazon Appstore

19  doesn't even have the Amazon shopping app, does it?

20  **A.**   I'm sorry?

21  **Q.**   The Amazon Appstore doesn't even have the Amazon shopping

22  app according to your report; right?

23  **A.**   I don't remember that.

24  **Q.**   But the Google Play Store has all of these apps, doesn't

25  it?

BERNHEIM - CROSS / RAPHAEL

 1          If we could have the next slide.

 2     **A.**    Yeah, it does.

 3     **Q.**    And Google doesn't have exclusive deals with all of these

 4     apps; right?

 5     **A.**    Yeah.  I'm puzzled, though, why you've listed the apps

 6     that you've listed.  You say you took this from my table, and

 7     there are 20 apps that are listed in my table.

 8     **Q.**    Right, sir.  I just took some of them.  Your counsel can

 9     ask you about the other ones if he'd like.

10          My question is --

11     **A.**    I'm just asking whether there was a reason that we're

12     looking at these.

13     **Q.**    My question, sir, is that Google does not have exclusive

14     deals with these apps; right?

15     **A.**    That's correct, as far as I know.

16     **Q.**    Right.  And so if these really popular apps wanted to be

17     in the Samsung store or the app store, they could -- or the

18     Amazon Appstore, they could choose to do that; right?

19     **A.**    They could choose to do that.

20     **Q.**    So we've been talking about market share, and I want to

21     switch now to talk about prices.

22          And I think you mentioned this earlier, but on direct

23     examination you testified that Google's prices for app

24     distribution have been going up; right?

25     **A.**    If we think about the economic price of app distribution,

**BERNHEIM - CROSS / RAPHAEL**

1   that's correct.

2   **Q.**   Now, even if that were true, it would be dangerous to

3   accept evidence that a firm increased prices as an indication

4   that it has market power; right?

5   **A.**   By itself, yes.

6   **Q.**   Because that would open the door to finding that all kinds

7   of firms have market power even when they don't; right?

8   **A.**   It could, which is why we look at many things when we

9   evaluate market power.

10   **Q.**   Right.  In fact, Epic itself recently raised prices,

11   didn't they?

12   **A.**   I don't know that I'm aware of that.

13   **Q.**   But you're not opining that Epic has market power; right?

14   **A.**   Well, price increases occur for lots of reasons.  For

15   example, because costs go up.  That doesn't reflect market

16   power.  You have to investigate the circumstances and look at

17   other indicators as I did.

18   **Q.**   So I want to look at the charts that you showed.

19       If we could have Slide 58 from Dr. Bernheim's

20   presentation.

21       You showed this slide during direct examination?

22   **A.**   Yes, I did.

23   **Q.**   Right.  Now, this is a chart of app revenue per download;

24   right?

25   **A.**   This is, yes, the revenue generated from the app per app.

BERNHEIM - CROSS / RAPHAEL

1   That is Google Play revenue generated from each app that is

2   downloaded.

3   **Q.**   Right.  And so the prices on this chart, like this isn't

4   the actual price that Google charges anyone for a download;

5   right?

6   **A.**   Well, from an economist's point of view, you have to ask

7   when you're talking about price:  What is the value that

8   Google Play is receiving in return for what it's providing?

9        Google Play, to these buyers, the developer in particular,

10  is -- well, it's providing app distribution services.  The

11  developer in return for that is providing an agreement that

12  allows Google essentially to tax transactions.

13       The value of that consideration that Google is receiving

14  in return is the price.  From an economist's point of view,

15  that is the price.  It's the value of consideration.

16  **Q.**   I'm just asking you, Dr. Bernheim, if the developers

17  actually pay the money that's on your bars here.

18  **A.**   Well --

19  **Q.**   No one pays 35 cents every time an app is downloaded;

20  right?

21  **A.**   No.  That takes the form of the fees that follow from the

22  download.

23  **Q.**   Right.

24  **A.**   That's the compensation that Google Play is receiving.

25  **Q.**   And, in fact, companies like Epic get millions and

BERNHEIM - CROSS / RAPHAEL

1   millions of downloads without paying service fees; right?

2   **A.**   Well, if you're talking about the fee that they pay for

3   the download itself, that's right.

4   **Q.**   All right.  And Google doesn't charge a fee for each

5   download because that might discourage people from trying out

6   new apps; right?

7   **A.**   I understand that that's part of the reason for doing

8   that, yeah.

9   **Q.**   Now, in your chart, Google is earning more app revenue for

10  each download over time; right?

11  **A.**   Correct.

12  **Q.**   And app revenue is a reasonable way to measure the value

13  that consumers get from apps that they download; right?

14  **A.**   Yes, apps that the developers are creating.

15  **Q.**   Right.  And so what your chart shows is that consumers are

16  getting more and more value from the apps that they download

17  over time; right?

18  **A.**   Yes.  Developers are creating more valuable -- value for

19  consumers, and Google is taking a slice of that.  The fact that

20  it's in a position to do that is indicative of market power.

21  **Q.**   And delivering more value to consumers is what companies

22  do to compete; right?

23  **A.**   That's part of what they do to compete; but when they're

24  competing, they don't take a slice of --

25  **Q.**   Now, by the way, on this chart that you showed, the

BERNHEIM - CROSS / RAPHAEL

1   revenue is from in-app purchases; right?

2   **A.**   This is from app transactions.  So that would be in-app

3   purchases and I believe subscriptions.

4   **Q.**   And your view is that the money that Google earns from

5   in-app purchases is relevant to the market for app

6   distribution; right?

7   **A.**   I'm sorry, did you say relevant or irrelevant?

8   **Q.**   Relevant.  The money that Google earns from in-app

9   purchases is relevant to analyzing power in the market for app

10  distribution; right?

11  **A.**   Yes, because this is the nature of how Google charges for

12  app distribution.  It receives a commitment from the developer

13  that has value and this is the value.

14  **Q.**   Right.  And that's because Google's service fees that it

15  charges are the combined price for app distribution and the

16  payment services; right?

17  **A.**   They also cover payment services, yes.

18  **Q.**   So it's the combined price of app distribution and payment

19  services; right?

20  **A.**   I agree that this would also include payment services, but

21  that number hasn't changed appreciably over time.  There's no

22  reason to think that it has.

23  **Q.**   Well, sir, I'm just asking a very specific question, which

24  is that the service fee that Google charges is for app

25  distribution and payment services; right?

**BERNHEIM - CROSS / RAPHAEL**

1   **A.**   Yes, it is.

2   **Q.**   I think you said something about comparing Google's

3   commission rates to other app stores?

4   **A.**   In my testimony?

5   **Q.**   Yes.

6   **A.**   I know I said that in my report.

7         But go ahead.  I mean, I have made those comparisons, so

8   ask away.

9   **Q.**   Just because a company charges more than another company

10  doesn't mean that it has market power; right?

11  **A.**   That's true.

12  **Q.**   A company could charge a higher price because it has a

13  higher quality product?

14  **A.**   Yes.

15  **Q.**   And you haven't done any work to determine the quality of

16  other app stores compared to the quality of Google Play; right?

17  **A.**   No, I didn't try to assess market power that way.

18  **Q.**   And it's inappropriate to compare prices without also

19  comparing costs; right?

20  **A.**   It depends on what -- it depends on what your purpose is;

21  but if we're assessing market power, that's certainly something

22  you would want to consider.

23  **Q.**   And Epic's costs for the Epic Game Store have been much

24  higher than its revenues; right?

25  **A.**   I'm sorry.  Ask that again.

BERNHEIM - CROSS / RAPHAEL

1  **Q.**  Epic's costs for the Epic Game Store have been much higher

2  than its revenues; right?

3  **A.**  From the Epic Game Store.  So we're talking about PCs now?

4  **Q.**  Yes.

5  **A.**  Okay.  I don't remember those numbers.

6  **Q.**  So you're not aware that Mr. Steve Allison was Epic's

7  first witness in this case?

8  **A.**  I am.  I'm saying that I don't remember those numbers.

9  **Q.**  So you don't remember whether he testified -- forget the

10  numbers -- that Epic has been losing a significant amount of

11  money on the Epic Game Store?

12  **A.**  I think that that's right, yeah.

13  **Q.**  And that's something you would want to factor into

14  comparing the service fee from the Epic Game Store to other

15  stores; right?

16  **A.**  You'd want to take that into account.

17  **Q.**  So we've been talking about prices.  Let's talk now about

18  profits.  And that was another thing you testified about;

19  right?

20  **A.**  Yes.

21  **Q.**  A company can earn profits even though it faces

22  competition; right?

23  **A.**  Not durably.  I mean, if it -- it depends upon the

24  intensity -- I'm sorry.  Let me be clear.

25      It's hard to answer that question without saying something

1   about the intensity of competition.  So, you know, some level

2   of competition is consistent with earning profits.

3   **Q.**   A company could earn a substantial profit by making

4   significant investments; right?

5   **A.**   I think that question reflects confusion on the concepts.

6   When we talk about profits -- when I talk about profits, I'm

7   talking about economic profits.  So I'm taking into account the

8   investment and thinking about the return on the investments and

9   whether that's above cost of capital.  So investment isn't

10   separate from this.  It's part of the profit calculation.

11   **Q.**   Dr. Bernheim, a way to earn a lot of profits is to invest

12   a lot; right?

13   **A.**   It usually reduces your profit rate rather than increasing

14   it.

15   **Q.**   Well --

16   **A.**   You mean it increases the scale of your operation?  I'm

17   not sure what you're asking, honestly.

18   **Q.**   I'm just asking that you can become a very profitable

19   company over time by investing a lot of money early on; right?

20   **A.**   Sure.

21   **Q.**   And according to your estimate, Google spent $54 billion

22   to create and maintain Google Android, including the

23   Play Store; right?

24   **A.**   Yes, and made that back many times over.

25   **Q.**   Right.  And you showed Slide 59.

1          If we could have that on the screen.

2          You showed this on direct examination?

3     **A.**  I did.

4     **Q.**  But you didn't put Google's net commission rate on this

5     slide; right?

6     **A.**  No.

7     **Q.**  So if we could have Demonstrative 8, I'd like to do that.

8          And I've taken this from Figure 66 of your report.

9          So Google's net commission rate isn't going up, is it?

10    **A.**  No.  Google's -- I'm sorry.

11    **Q.**  The reason why Google -- the reason why Google is earning

12    a higher profit margin over time is not because it's raising

13    its commission rate; right?

14    **A.**  Well, it depends on whether you factor in the deals with

15    OEMs back in the 2011-2012 time frame.  Whereas, I said before,

16    you know, the right way to think about net commission is you've

17    got to net that against the commission, in which case they

18    started down at 5 percent.  This figure, the line that you put

19    in there, the green line, doesn't reflect that.  So that's one

20    issue.

21         The other issue is the one that we discussed a little

22    while ago.  Look, by keeping the percentage the same, if the

23    value creation of the developers is going up, you're making a

24    lot more money and what you're earning is increasingly

25    deviating from your costs because, you know, that's something

1  that somebody else is created.

2  **Q.**   Right.  I think you anticipated my question.

3      So the blue bars that we see here, that's the revenue that

4  Google's getting from service fees; right?

5  **A.**   The blue bars are app-related fees, yes.

6  **Q.**   And that's a percentage of what the developers are

7  earning; right?

8  **A.**   Generally, yes.

9  **Q.**   And the increase in those blue bars is contributing to why

10 the red line of the profit margin is going up; right?

11 **A.**   Of course.

12 **Q.**   And so one reason why Google's profit margin is going up

13 is that developers are earning more money; right?

14 **A.**   Yes.  And Google is taking a share of that, and that's not

15 being competed away.  In a competitive market, that would be

16 competed away.

17 **Q.**   Well, let's talk about the consent screens, if we could;

18 right?  I think you call these maybe the sideloading warnings?

19 **A.**   Yes.

20 **Q.**   You're not an expert in mobile device security; right?

21 **A.**   I am not.  I defer to the experts who have already

22 testified on that issue.

23 **Q.**   So could we look at Slide 22 that you showed the jury?

24 This was the chart based on Epic data; right?

25 **A.**   That's correct.

**BERNHEIM - CROSS / RAPHAEL**

1  Q.   And this slide shows how many people made it through each

2  step of the process of sideloading Fortnite?

3  A.   It does.

4  Q.   And you found a 35 percent dropoff between 2A and 3;

5  right?

6  A.   That's correct.

7  Q.   And that's where people see the consent screens?

8  A.   For the Epic Games app.

9  Q.   But you don't know why that 35 percent of people actually

10  dropped off; right?

11  A.   No.  We can only observe when they dropped off, that's

12  right.

13  Q.   Right.  And so after that time period you've highlighted

14  in red, there's another steep drop; right?

15  A.   Yes.

16  Q.   That's between Steps 3 and 4?

17  A.   Yes.

18  Q.   And Step 4 says "Passed or failed min spec"; right?

19  A.   Right.

20  Q.   And the min speck issue is whether the user's device can

21  actually run Fortnite?

22  A.   Yes.  So the first part of this is for EGA.  And at this

23  point we go to Fortnite and to install Fortnite, you have to

24  have minimum specifications for the phone.

25  Q.   Right.  So I just want to unpack that a little bit to make

1    sure we understand.

2       So the EGA you referred to is like a launcher that Epic

3    has where you can launch the games from?

4    **A.**   Correct.

5    **Q.**   And that's what's at issue with the 35 percent you have

6    there?

7    **A.**   That's my understanding, yes.

8    **Q.**   But once you get past Step 3, what we're talking about is

9    whether you can actually, like, launch the game?

10    **A.**   Well, whether you can launch Fortnite.

11    **Q.**   Right.  That's what we're talking about after Step 3?

12    **A.**   That's my understanding, yes.

13    **Q.**   And it's just true that the Fortnite game actually doesn't

14    work on the phones that many people have; right?

15    **A.**   That's correct.

16    **Q.**   And Google doesn't have anything to do with that min spec

17    problem; right?

18    **A.**   No, it doesn't.  That's a matter of Epic designing for

19    certain phones and at some point in the process, people who

20    don't have those phones need to be screened out.  It happens

21    that that occurs between Steps 3 and 4.

22    **Q.**   Right.  And so your chart shows that a significant

23    percentage of people were unable to launch Fortnite because of

24    something that Epic did, not something Google did; right?

25    **A.**   That's correct.

BERNHEIM - CROSS / RAPHAEL

1  Q.   And so even if the consent screens or sideloading warnings

2  were different, some of those 35 percent of people actually

3  wouldn't be able to use Fortnite; right?

4  A.   Well, I think the way to say it is some fraction of the

5  people at the start are not Epic's target customers and they

6  haven't been removed yet.  We don't know who they are until you

7  get to Step 3.  So the 35 percent just shows that customers

8  generally, 35 percent of them, drop off when they see the

9  warnings.

10 Q.   Now, you relied on the testimony of Dr. Mickens?  I think

11 you said that earlier.

12 A.   I did.

13 Q.   And he's Epic's computer security expert who testified the

14 other day?

15 A.   He is.  I'm not sure I said that earlier but, yes.  Go

16 ahead.

17 Q.   And he proposed some ideas for other ways that the

18 sideloading flow could look; right?

19 A.   He did.

20 Q.   And you haven't calculated how many people would actually

21 sideload Fortnite if that's what the flow looked like; right?

22 A.   Well, I think what Professor Mickens --

23 Q.   Have you calculated it or not, Dr. Bernheim?

24 A.   No.  I wouldn't need to.

25 Q.   Now let's shift from sideloading to RSA 3.0.  You

**BERNHEIM - CROSS / RAPHAEL**

1  testified about that?

2  **A.**  I did.

3  **Q.**  Could we have Slide 206 from Dr. Bernheim's presentation?

4     Now, I think you referred to this on direct.  I just want

5  it to be really clear.  The chart here has a 41 percent figure;

6  right?

7  **A.**  Yes.

8  **Q.**  And that's 41 percent of phones activated in this month in

9  2022 were at the premier tier; right?

10  **A.**  41 percent of phones for this group of OEMs, which

11  excludes Samsung.

12  **Q.**  Right.  Just so we're super clear, your 41 percent figure

13  excludes Samsung; right?

14  **A.**  That's correct.

15  **Q.**  And so even at this time period, though, the percentage

16  of -- 60 percent of phones that were sold in August of 2022,

17  had no restrictions of having an app store besides Google Play;

18  right?

19  **A.**  That's correct.

20  **Q.**  And you said you excluded Samsung.  Samsung is the largest

21  of all the manufacturers of Android smartphones; right?

22  **A.**  Yes, which is why I addressed Samsung separately.

23  **Q.**  And if this chart did include Samsung, the percentage of

24  devices covered would be lower; right?

25  **A.**  Sure.

BERNHEIM - CROSS / RAPHAEL

1  Q.   And you never reported the figure in your analysis of what

2  the figure would be if Samsung was included; right?

3  A.   Well, actually, let me -- what I said was not right.  Let

4  me correct it.

5       The 41 percent figure would be smaller, but none of the

6  other bars in the figure would change.  So all of the

7  conclusions that I drew from that would be completely

8  unaffected.

9  Q.   The 41 percent figure would be lower if Samsung was

10  included; right?

11  A.   That one number would be lower.  None of the other

12  features of the figure would change.

13  Q.   And you haven't reported what the overall number would be

14  with Samsung included; right?

15  A.   No, but it's a relatively easy calculation given --

16  Q.   Right.  It's not a calculation you did, though; right?

17  A.   I mention it in my reply report I'm pretty sure because

18  Dr. Gentzkow talked about this.

19  Q.   Right.  Google's expert Dr. Gentzkow included Samsung;

20  right?

21  A.   He did, yes.

22  Q.   Okay.  Let's talk about Project Hug.

23       Now, none of the Project Hug agreements forbids anyone

24  from opening their own app store; right?

25  A.   I'm not sure that that has not been challenged.  Well, the

**BERNHEIM - CROSS / RAPHAEL**

1  formal agreements, yeah.  I think that that's right about the

2  formal agreements.

3  **Q.**   Right.  And you're familiar with the phrase "but-for

4  world"; right?

5  **A.**   I am, yes.

6  **Q.**   That's a world where the challenged conduct didn't happen?

7  **A.**   Correct.

8  **Q.**   So the but-for world is one where the Project Hug

9  agreements didn't exist; right?

10  **A.**   You could certainly use the term that way.

11  **Q.**   And you haven't tried to reconstruct the but-for world

12  without the Project Hug agreements for any of the app

13  developers; right?

14  **A.**   No.  What I'm doing is -- no, that's right.  That's --

15  **Q.**   And what that means is you haven't tried to figure out

16  what any of the Hug developers actually would have done without

17  those agreements; right?

18  **A.**   Right.  I can just speak to their economic incentives.

19  **Q.**   Right.  And you're not aware of any evidence regarding

20  whether it was the Project Hug agreements that caused anyone to

21  choose -- that caused Activision to choose not to launch its

22  own app store; right?

23  **A.**   Well, I mean, there is some documentary evidence that

24  speaks to that at some level.  I remember that Activision was

25  negotiating with Samsung and then signed a Hug agreement, and

1    those negotiations ended.

2            MR. RAPHAEL:  Could I have page 97, lines 11 through

3    20 of the deposition, Your Honor?  It's in Tab 3 in Volume 2.

4                    (Pause in proceedings.)

5            THE COURT:  Okay.

6            MR. RAPHAEL:  Can we have that?

7    BY MR. RAPHAEL:

8    Q.   So you were asked (as read):

9            "Are you aware of any evidence that indicates one way

10       or another whether it was the Project Hug agreements that

11       caused Activision to choose not to launch its own app

12       store?"

13       And you said (as read):

14            "No, I'm not."

15       Correct?

16   A.   At that time -- I know that I said this in my report, and

17   I guess I didn't remember it during the deposition.

18   Q.   And your opinion -- we can take that down -- your opinion

19   is that potential Android app store makers face entry barriers

20   arising from the nature of the market; right?

21   A.   Well, there's a combination of the difficulties that I

22   described with Google Play as the incumbent, which by itself is

23   not anticompetitive, that gets combined with the artificial

24   barriers that I described.

25   Q.   Well, entry barriers means that it's hard to open an app

BERNHEIM - CROSS / RAPHAEL

1    store; right?

2    **A.**    It does.

3    **Q.**    And it's expensive to open an app store?

4    **A.**    It's hard to succeed.  It's not necessarily expensive, but

5    there are certainly expenses and that can be part of the reason

6    why, you know, parties don't open the app stores.

7    **Q.**    And Google launched Project Hug as a way to incentivize

8    large gaming developers to favor Google Play in response to the

9    threat of losing their business; right?

10   **A.**    In the large sense, yes.  The threat of losing their

11   business included losing their business because competition was

12   potentially emerging at that point in time.

13   **Q.**    The incentives that Google offered through Project Hug had

14   the effect of lowering the commission rate that app developers

15   paid; right?

16   **A.**    It did, yes.

17   **Q.**    And through Project Hug, Google provides discounts to

18   developers on Google products and services; right?

19   **A.**    It does.

20   **Q.**    And discounts are a form of competition; right?

21   **A.**    They are usually a form of competition.  They can become

22   problematic when combined with other conduct like parity

23   clauses.

24   **Q.**    I want to close by talking about the Samsung Galaxy Store

25   which you talked about, and I want to show you a chart from one

1    of your reports.

2        So if we could have Slide 9, please.

3        So this is a chart from your report and it has a bunch of

4    conduct on the top and potential rivals on the left side;

5    right?

6    A.   It does.

7    Q.   Could we blow up the Samsung row, please?

8        So let's go row by row here.  Your chart has a checkmark

9    for each type of conduct that you say affected the rival;

10   right?

11   A.   I think you meant column by column but, yes.

12   Q.   Yes, column by column.

13       So let's look first at Project Hug; right?  We were

14   talking about that a minute ago.

15       The Project Hug agreements don't prohibit developers from

16   using both the Samsung store and the Google Play Store; right?

17   A.   No, they don't.  What they do is prohibit --

18   Q.   In fact, some of the Hug developers that have become --

19   that have those agreements --

20           THE COURT:  Let's let the witness finish.  Okay?

21           MR. RAPHAEL:  I apologize, Your Honor.

22           THE COURT:  Please, finish your answer.

23           THE WITNESS:  Yeah.  They prevent differentiation

24   through exclusive content.

25   \\\

**BERNHEIM - CROSS / RAPHAEL**

1  BY MR. RAPHAEL:

2  **Q.**   Well, it's just true, right, that some developers that

3  have Project Hug agreements have games in the Samsung

4  Galaxy Store too?  Right?

5  **A.**   As far as I know.

6  **Q.**   And then you have a column for RSA 3.0 premier; right?

7  **A.**   I'm sorry, yes.

8  **Q.**   And there's no checkmark in that box for the Samsung

9  Galaxy Store; right?

10  **A.**   That's right.

11  **Q.**   Because we already established that Google's conduct with

12  respect to the RSA 3.0 didn't affect Samsung; right?

13  **A.**   That's correct.

14  **Q.**   And Samsung's agreements don't require exclusivity for

15  Google Play; right?

16  **A.**   That's correct.

17  **Q.**   Now, the next column you have are "Preload Placement

18  Restrictions"; right?

19  **A.**   Yes.

20  **Q.**   And there's no checkmark in that box; right?

21  **A.**   That's correct.

22  **Q.**   Because the Samsung Galaxy Store is preloaded on nearly

23  all Samsung smartphones; right?

24  **A.**   That's right.

25  **Q.**   And there are more than 1 billion Samsung devices in the

**BERNHEIM - CROSS / RAPHAEL**

1    world; right?

2    **A.**   Is it 1 billion?  That sounds about right, yeah.

3    **Q.**   So there are more than 1 billion devices in the world with

4    the Samsung Galaxy Store preloaded; right?

5    **A.**   I think that's right.

6    **Q.**   Now, in the next column you have "Direct Downloads";

7    right?

8    **A.**   Wait.  Well, I think that there's a qualification to the

9    last question, but I'm not sure it's terribly important, so

10   let's move forward.

11        Direct download degradation, yes.

12   **Q.**   And there's no check box in that box because they don't

13   see sideload warnings when they download apps from the Samsung

14   Galaxy Store; right?

15   **A.**   That's correct.

16   **Q.**   And in the next column you have "Rival Buyoffs"; right?

17   **A.**   Yes.

18   **Q.**   For Samsung, the checkmark in that box is, like, faded

19   out; right?

20   **A.**   It indicates, as we said before, the Project Banyan didn't

21   reach fruition.

22   **Q.**   Right.  You couldn't bring yourself to actually check that

23   box because a deal between Google and Samsung was never

24   reached; right?

25   **A.**   I don't think that that's a fair way to describe what goes

**BERNHEIM - CROSS / RAPHAEL**

1  on in that box.  I'm correctly indicating that Google deployed

2  a strategy that had deployed in many other instances, that it

3  didn't work out for them.  And then I think the -- you know,

4  the testimony that I gave earlier was talking about how that

5  was followed by renegotiations that led to a revenue sharing

6  agreement.

7  **Q.**  Right.  But there's no full checkmark there; right?  It's

8  just a faded-out one; right?

9  **A.**  Because it's referring to Project Banyan, that's right.

10  **Q.**  Right.  And your footnote there, Footnote 1, says "A deal

11  with Samsung from Project Banyan was never reached"; right?

12  **A.**  That's correct.

13  **Q.**  Okay.  So let's wrap up by talking about Epic and the

14  Samsung Galaxy Store.

15      And as we sit here today, when it comes to Android app

16  stores, Epic exclusively distributes through the Samsung

17  Galaxy Store; right?

18  **A.**  It does.

19  **Q.**  And that's the type of exclusive distribution arrangement

20  that you say can help a competing app store get traction;

21  right?

22  **A.**  It can when the competing app store is intent on

23  competing.

24  **Q.**  And Fortnite is one of the most popular games in the

25  world; right?

**BERNHEIM - REDIRECT / BORNSTEIN**

1    **A.**   It is, yes.

2    **Q.**   And Epic's game doesn't actually work on all Android

3    phones.  We talked about that; right?

4    **A.**   Right.

5    **Q.**   But for the users who have phones that actually run

6    Fortnite, they can buy V-Bucks inside the Fortnite app that

7    they get from the Samsung Galaxy Store; right?

8    **A.**   Yes, they can.

9    **Q.**   And no matter how many of those 1 billion users who can

10   get the Fortnite app from the Samsung Galaxy Store, download

11   it, and buy V-Bucks, Epic doesn't pay Google a single penny;

12   correct?

13   **A.**   As far as I know, yeah.

14       **MR. RAPHAEL:**  No further questions, Your Honor.

15       **THE COURT:**  Okay.  How much do you have?

16       **MR. BORNSTEIN:**  I'll be very brief, Your Honor.  Five

17   minutes maybe.

18       **THE COURT:**  Just we'll finish with this witness and be

19   done for the day.

20       Please go ahead.

21       **MR. BORNSTEIN:**  All right.  Thank you for the

22   accommodation, Your Honor.

23                    <u>**REDIRECT EXAMINATION**</u>

24   BY MR. BORNSTEIN:

25   **Q.**   Professor Bernheim, there were a couple questions you just

1    received about Project Hug, which we've all talked about lot.

2    Do you remember talking about Project Hug?

3    **A.**    I do recall.

4    **Q.**    Okay.  And you were asked whether or not those agreements

5    were intended to provide or had the effect of providing

6    discounts to the developers who signed the agreements.  Do you

7    recall that?

8    **A.**    I do.

9    **Q.**    Were those discounts unconditional?

10   **A.**    No.  They were conditional on agreeing to the parity

11   requirements that preclude rival app stores from

12   differentiating themselves.  So this is paying developers to

13   impose a condition that restricts competition.

14   **Q.**    And so from the perspective of an antitrust economist, how

15   were the Hug agreements different from just straight-up

16   ordinary discounts in terms of their effect on competition?

17   **A.**    Straight-up ordinary discounts would not be conditional in

18   that way, and then they would simply be price reductions.

19         Here, the reduction in commission fees, Google is getting

20   something in exchange for that, and what it's getting in

21   exchange is something that allows it to block successful entry.

22   **Q.**    One other question on Project Hug.

23         Just near the end of the exam, you were shown a

24   demonstrative relating to Samsung where you pointed out that

25   those were columns rather than rows.  Do you recall that?

**BERNHEIM - REDIRECT / BORNSTEIN**

1  **A.**   I do.

2  **Q.**   And there were a number of Xs that were populated along

3  the way as counsel went through the questions.

4      Did you agree with the decisions to put Xs in all of those

5  boxes that counsel made?

6  **A.**   I'm not sure what you mean.

7  **Q.**   Sure.  I'll start with there was a very first box relating

8  to Project Hug where you had a checkmark on your report, but

9  counsel put an X in there.  Did you think that was fair?

10  **A.**   Oh.  No, I didn't remember that he put an X on that one.

11  No, that misses the point.

12  **Q.**   How so?

13  **A.**   Samsung -- remember, Samsung only accounts for about

14  1 percent of app downloads for all of the preinstallations that

15  they have.  They're making very few sales.  In order to get

16  traction as a small player in this market, they would have to

17  be able to differentiate themselves.  Hug prevents them from

18  doing it.

19  **Q.**   You were shown a chart from your report in your direct

20  testimony of profits, and counsel overlaid on it the net

21  commission rate.  Do you recall that?

22  **A.**   I do.

23  **Q.**   And a couple of times you gave some testimony, or tried to

24  give some testimony, about how the increase in profits while

25  commission rate was declining a little bit, but not too much,

1    was indicative of monopoly power on Google's part.  Do you

2    recall that?

3    **A.**   Yes, I do.

4    **Q.**   Can you please give the explanation as to why that chart

5    that counsel showed actually demonstrates monopoly power on

6    Google's part?

7    **A.**   Sure.  If you're maintaining a commission rate that's

8    delivering more and more revenue that is coming from the

9    activity of others, from the developers, in a competitive

10   environment, that would get competed away.  Those -- those

11   commission rates would get competed down until the returns the

12   app distribution provider was receiving were closer to their

13   costs, were tethered to their costs.

14       What you're seeing in that figure is that their revenues

15   are just tethered to, you know, what the developers are doing,

16   not to their own costs, and that's kind of -- that's kind of

17   the essence of market power.

18   **Q.**   So there was a moment when you were looking at page 30 of

19   your report, which was the page that related to apps that were

20   on the Samsung store versus on the Amazon store, and you made a

21   remark about the selection of apps that appeared on counsel's

22   demonstrative versus the apps that are actually in your report,

23   and counsel invited me to ask you about it, so I'm asking you

24   about it.

25       What was it that you wanted to say about counsel's

1    selection of apps?

2    **A.**   No, I didn't -- I was just confused as to why counsel had

3    selected the apps and whether that was part of the question,

4    why he was trying to focus my attention on apps.

5        The ones he picked I think had a significantly higher

6    frequency of nos.  There are more yeses in the table, and those

7    seem to have disproportionately dropped.

8    **Q.**   I see.  Two other quick things, Professor.

9        One is, you were shown some charts about switching from

10   iPhones to Android or Android to iPhone near the beginning

11   of the cross.  Do you recall that?

12   **A.**   Some.  You said some charts?

13   **Q.**   Some tables with numbers showing switching of percentages

14   from iPhone to Android or Android to iPhone use.  It's

15   Exhibit 6903, if that's helpful.

16   **A.**   Let's look at it because I'm remembering something that's

17   not quite that.  Oh, I had it open to the right page.

18       Yeah, this isn't actually switching.  This is operating

19   system shares.

20   **Q.**   I apologize.  You are, of course, right.

21       So you were asked, however, about the movement in shares

22   from iOS to Android; correct?

23   **A.**   I was, yes.

24   **Q.**   All right.  Does that movement in share from one operating

25   system to the other tell you anything one way or the other

1    about competition between app distribution on iOS versus

2    Android?

3    **A.**    No.  This is a really long distance from app distribution.

4    **Q.**    What do you mean?

5    **A.**    Well, this is just shifting of the total number of --

6    total number of units which could be changing for a lot of

7    reasons that, you know, are unrelated to anything.

8         I mean, something like, you know, economic activity

9    changes differently in different countries and the countries

10   have -- well, I'm trying to give an example and not coming up

11   with the right one.

12        **THE COURT:**  That's okay.  You've got one more.  You

13   said two.  You've already had four.  All right.  One more.

14        **MR. BORNSTEIN:**  Okay.  I think I came from one more,

15   Your Honor, which is let's take a look at Exhibit 11405.

16        **TECH PERSONNEL:**  Ms. Clark, can you move to our side,

17   please?

18        **THE WITNESS:**  (Witness examines document.)  Yes.

19   BY MR. BORNSTEIN:

20   **Q.**    All right.  And you were asked some questions about this

21   slide.  I want to call your attention -- this document.

22        I want to call your attention to the top right corner

23   where it says "Amazon Benchmarking."

24   **A.**    Yes.

25   **Q.**    And you had talked a little bit about benchmarking in your

1    direct exam.  What does benchmarking mean in this context?

2    **A.**   Well, benchmarking appears to -- they've got all these

3    platforms listed on this document, and I think what they're

4    doing is just looking at stores that do similar things in order

5    to evaluate, you know, what they do well and what they do

6    poorly to try and improve their own offering, which is what,

7    you know, competitors are supposed to do.

8    **Q.**   Does that show competition in the antitrust economist

9    sense of the term?

10   **A.**   No, it doesn't.  As I said before, benchmarking can just

11   be we're looking at these because, you know, they do something

12   that's similar and maybe in similar context, maybe on a

13   different platform.

14        **MR. BORNSTEIN:**  Thank you very much, Your Honor.

15   Thank you, Professor.

16        **THE COURT:**  Okay.  You may step down.  Thank you.

17                      (Witness excused.)

18        **THE COURT:**  All right.  End of the day.  Making

19   excellent progress.  See you tomorrow morning.  Remember, put

20   this all out of mind.  No research.  No talking.  No thinking.

21   We'll see you at 9:00 a.m.

22        **THE CLERK:**  All rise.

23      (Proceedings were heard out of the presence of the jury:)

24        **THE COURT:**  Okay.  What's happening tomorrow?

25        **MR. BORNSTEIN:**  So tomorrow, Your Honor, we have our

1    other economist who talks about the payment market, Professor

2    Tadelis, and then we'll be turning over the baton to Google to

3    have their economists come.

4          **THE COURT:**  All right.

5          **MR. POMERANTZ:**  And that's right, Your Honor.  I think

6    that will take up all of tomorrow.  I think we all feel pretty

7    confident that with three economists testifying, we hope we can

8    get it all done tomorrow, but that's a pretty heavy lift, but

9    we'll try.

10         **THE COURT:**  Well, let's finish it tomorrow.  Okay?  We

11   really have to get this wrapped up.

12         **MR. POMERANTZ:**  Your Honor, the one thing I would say

13   is we have used far fewer hours than they have so far.  Our

14   experts when they testify -- we want to make sure, just like

15   they spent probably two hours with Dr. Bernheim in his direct,

16   we would just appreciate the same accommodation.

17         **THE COURT:**  Of course.  Look, no one is going to lose

18   out on fairness that way; but, you know, there is some value to

19   just letting the experts have a conversation and not burning an

20   hour on cross-examination.  I mean, just let the experts handle

21   it.  So you may want to think about that.  Okay?

22         I mean, that's what they're here for; and, you know, think

23   of it as a mini hot tub in some respects.  I don't know if the

24   cross-examinations are as useful as having the experts engage

25   in direct dialogue, you know, serially, so...

1        **MR. BORNSTEIN:**  I'm going to press my luck here,

2  Your Honor, and say that makes the rebuttal really important.

3        **THE COURT:**  Well, not if there's two hours of

4  meandering cross-examination in between, and that will affect

5  my appetite for rebuttal.

6        **MR. BORNSTEIN:**  I hear you loud and clear.

7        **THE COURT:**  All right.

8     Okay.  And that goes for you too.

9     We'll see you tomorrow.

10        **MR. BORNSTEIN:**  Thank you, Your Honor.

11            (Proceedings adjourned at 3:45 p.m.)

12                    ---oOo---

13

14            <u>**CERTIFICATE OF REPORTER**</u>

15        I certify that the foregoing is a correct transcript

16  from the record of proceedings in the above-entitled matter.

17

18  DATE:   Monday, November 27, 2023

19

20

21

22  _____

23     Kelly Shainline, CSR No. 13476, RPR, CRR
              U.S. Court Reporter

24

25