| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br><br>*Counsel for Defendants Google LLC, et al.* | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>Nicholas R. Sidney, S.B. #308080<br>nick.sidney@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>Dane P. Shikman, S.B. #313656<br>dane.shikman@mto.com<br>Rebecca L. Sciarrino, S.B. # 336729<br>rebecca.sciarrino@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>Lauren Bell, *pro hac vice*<br>lauren.bell@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO EPIC'S PROPOSED AMENDMENT TO THE PROPOSED VERDICT FORM**<br><br>Judge:  Hon. James Donato<br>Ctrm:   11 |

-2-

DEFENDANTS' ADMIN MOTION FOR LEAVE TO FILE A RESPONSE TO EPIC'S PROPOSED
AMENDMENT TO THE PROPOSED VERDICT FORM
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

## ADMINISTRATIVE MOTION

Pursuant to Local Rule 7-11, Defendants Google LLC et al. ("Google") respectfully request leave to file a response to Epic's Proposed Amendment to the Court's Proposed Verdict Form. MDL ECF Nos. 851 and 854.

On December 7, 2023, Epic requested a change to the Court's proposed verdict form. Google objects to that change and requests leave to file the 2-page response that briefly describes Google's position that is attached hereto as Exhibit A.

Google requested that Epic consent to this filing, but Epic has declined.

DATED: December 8, 2023                     Respectfully submitted,


By:     */s/ Glenn D. Pomerantz*
        Glenn D. Pomerantz

        *Glenn D. Pomerantz, S.B. #112503*
        glenn.pomerantz@mto.com
        Kuruvilla Olasa, S.B. #281509
        kuruvilla.olasa@mto.com
        **MUNGER, TOLLES & OLSON LLP**
        350 South Grand Avenue, Fiftieth Floor
        Los Angeles, California 90071
        Telephone: (213) 683-9100
        *Counsel for Defendants Google LLC, et al.*

        Kyle W. Mach, S.B. #282090
        kyle.mach@mto.com
        Justin P. Raphael, S.B. #292380
        justin.raphael@mto.com
        Emily C. Curran-Huberty, S.B. #293065
        emily.curran-huberty@mto.com
        Dane P. Shikman, S.B. #313656
        dane.shikman@mto.com
        Rebecca L. Sciarrino, S.B. # 336729
        rebecca.sciarrino@mto.com
        **MUNGER, TOLLES & OLSON LLP**
        560 Mission Street, Twenty Seventh Floor
        San Francisco, California 94105
        Telephone: (415) 512-4000

| | |
|---|---|
| 1 | Jonathan I. Kravis, *pro hac vice* |
| 2 | jonathan.kravis@mto.com<br>Lauren Bell, *pro hac vice* |
|   | lauren.bell@mto.com |
| 3 | **MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E |
| 4 | Washington, D.C. 20001 |
|   | Telephone: (202) 220-1100 |

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants Google LLC, et al.*

-4-
DEFENDANTS' ADMIN MOTION FOR LEAVE TO FILE RESPONSE TO EPIC'S PROPOSED AMENDMENT
TO THE PROPOSED VERDICT FORM
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD