| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, Bar No. 282090<br>kyle.mach@mto.com<br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, Bar No. 293065<br>emily.curran-huberty@mto.com<br>Dane P. Shikman, Bar No. 313656<br>dane.shikman@mto.com<br>Rebecca L. Sciarrino, Bar No. 336729<br>rebecca.sciarrino@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>Lauren Bell, *pro hac vice*<br>lauren.bell@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Ave. NW, Ste 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF ERRATA REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO EPIC'S PROPOSED AMENDMENT TO THE PROPOSED VERDICT FORM**<br><br>Judge:   Hon. James Donato<br><br>Case No. 3:20-cv-05671-JD |

Defendants Alphabet, Inc.; Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific PTE. Limited; and Google Payment Corp. (collectively, "Google"), respectfully submit this Notice of Errata regarding their Administrative Motion for Leave to File a Response to Epic's Proposed Amendment to the Proposed Verdict Form, which was filed on December 8, 2023, at Docket No. 858 (3:21-md-02981-JD) and Docket No. 598 (3:20-CV-06571-JD).

At Epic's request, Google writes to clarify that Google had asked Epic to consent to the relief requested—*i.e.*, permission to file a short response to Epic's Proposed Amendment to the Proposed Verdict Form—but Google did not accompany its request with a copy of Google's response.  Google does not believe any clarification is necessary or that the Local Rules required Google to share a copy of its response before requesting Epic's consent. But Google is providing this clarification to avoid an unnecessary dispute.  In any event, Epic has since reviewed Google's filed response and confirms that it continues to object to the filing.

DATED: December 8, 2023         Respectfully submitted,

                                By:   /s/ Glenn D. Pomerantz
                                      Glenn D. Pomerantz

                                MUNGER TOLLES & OLSON LLP
                                    Glenn D. Pomerantz
                                    Kuruvilla Olasa
                                    Emily C. Curran-Huberty
                                    Jonathan I. Kravis
                                    Lauren Bell
                                    Justin P. Raphael
                                    Kyle W. Mach
                                    Dane Shikman
                                    Rebecca L. Sciarrino
                                    Jamie B. Luguri
                                    Lauren N. Beck

                                MORGAN, LEWIS & BOCKIUS LLP
                                    Minna Lo Naranjo
                                    Brian C. Rocca
                                    Sujal J. Shah
                                    Michelle Park Chiu
                                    Rishi P. Satia

                                *Counsel for Defendants*