Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT NOTICE REGARDING SETTLEMENT DISCUSSIONS**<br><br>Judge:   Hon. James Donato |

1  The Court ordered Google and Epic Games to exchange written settlement proposals and
2  to meet in person to discuss a potential settlement.
3  After the parties exchanged written settlement proposals, Sameer Samat (Vice President /
4  General Manager, Google) and Don Harrison (President, Global Partnerships & Corporate
5  Development, Google) met with Tim Sweeney (CEO, Epic Games) on December 6, 2023, to
6  discuss a potential settlement.  Mr. Samat is responsible for the Android and Google Play
7  businesses.  Mr. Harrison (who attended remotely for health reasons) is responsible for the
8  organization within Google that negotiates partnership agreements with companies that engage in
9  business across Google's product areas (*e.g.*, Spotify).  The meeting lasted 60-90 minutes.
10  After that meeting, Sundar Pichai (CEO, Google) and Mr. Sweeney met in person for a
11  follow-up discussion about a potential settlement.  That meeting occurred the next day, December
12  7, 2023, and lasted approximately 60 minutes.
13  Counsel for Google (Glenn Pomerantz) and Epic Games (Gary Bornstein) attended both
14  meetings.
15  These meetings did not result in a settlement.

| | |
|---|---|
| DATED:  December 8, 2023 | CRAVATH, SWAINE & MOORE LLP |
| | By:  s/ *Gary A. Bornstein* |
| | Gary A. Bornstein (*pro hac vice*) |
| | *Counsel for Plaintiff Epic Games, Inc.* |
| DATED:  December 8, 2023 | MUNGER, TOLLES & OLSON LLP |
| | By:  s/ *Glenn D. Pomerantz* |
| | Glenn D. Pomerantz |
| | *Counsel for Defendants Google LLC et al.* |
| DATED:  December 8, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| | By:  s/ *Brian C. Rocca* |
| | Brian C. Rocca |
| | *Counsel for Defendants Google LLC et al.* |

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   s/ *Dane P. Shikman*
          Dane P. Shikman