UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case:   3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| **JUDGE:**<br>Hon. James Donato | **PLAINTIFF'S ATTORNEY:**<br>Lauren Moskowitz,<br>Yonatan Even, Gary Bornstein,<br>Brent Byars, Andrew Wiktor | **DEFENSE ATTORNEY:**<br>Lauren Bell, Jonathan Kravis,<br>Michelle Chiu, Brian Rocca,<br>Kuru Olasa, Kyle Mach,<br>Justin Raphael, Glenn Pomerantz |
|---|---|---|
| **JURY TRIAL DATE:**<br>12/11/2023 | **REPORTER(S):**<br>Kelly Shainline | **CLERK:**<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:35 am | | | Court in session; out of the presence of the jury. Court rules on parties' objections to the verdict form. | |
| | | 8:44 am | | | Court in recess. | |
| | | 9:09 am | | | Court in session; all parties and jury present. Court instructs the jury. | |
| | | 10:25 am | | | Court in recess. | |
| | | 10:48 am | | | Court in session; all parties and jury present. Plaintiff's closing argument. | |
| | | 11: 41 am | | | Defendants' closing argument. | |
| | | 12:41 pm | | | Rebuttal argument by plaintiff. | |
| | | 12:48 pm | | | Jury deliberating | |
| | | 12:55 pm | | | Jury at lunch | |
| | | 1:25 pm | | | Jury deliberating | |
| | | 3:24 pm | | | Jury on break | |
| | | 3:40 pm | | | Jury deliberating | |
| | | 4:06 pm | | | Court in session; all parties and jury present. | |
| | | | | | Court reads the verdict. Verdict for the plaintiff. Jury discharged. | |
| | | | | | Status conference set for 1/11/2024 @10 a.m. Parties to meet and confer on a briefing schedule for any post-trial motions and briefing on remedy. | |
| | | 4:20 pm | | | Court in recess. | |
| | | | | | | |
| | | | | | | |