1
RUSSELL P. COHEN (SBN 213105)
Russ.Cohen@dechert.com
2
DECHERT LLP
1 Bush Street, Suite 1600
3
San Francisco, CA 94104
Telephone:    +1 415 262 4500
4
*Attorney for Non-Party TikTok Inc.*
5

6

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
SAN FRANCISCO

11

12

13
**IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION**

14
THIS DOCUMENT RELATES TO:

15
*Epic Games, Inc. v. Google LLC et al.,*
Case No. 3:20-cv-05671-JD

16

17

18

Case No. 3:21-md-02981-JD

**DECLARATION OF RUSSELL COHEN
IN SUPPORT OF NON-PARTY TIKTOK
INC.'S MOTION TO SEAL HIGHLY
CONFIDENTIAL INFORMATION**

Honorable James Donato

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    I, Russell Cohen, declare as follows:

2    1.    I am a partner at the law firm of Dechert LLP, counsel for non-party TikTok Inc.

3    ("TikTok").  I am licensed to practice law in the State of California, and I am admitted to the

4    Northern District of California.  I make this declaration in support of TikTok's Motion to Seal

5    Highly Confidential Information.  This Declaration is based on my personal knowledge.

6    2.    On November 7, 2023, TikTok filed a motion to seal a limited portion of Exhibit

7    2698 after TikTok received notice from Google LLC's ("Google") counsel that Google intended to

8    disclose certain non-public information related to TikTok revenue derived from the Google Play

9    Store in open court.

10    3.    Late that evening, counsel for Epic Games ("Epic") contacted me in an effort to

11    resolve TikTok's motion.  Epic's counsel represented that they would not reference the portion of

12    Exhibit 2698 that was the subject of TikTok's motion in open court, that TikTok would have an

13    opportunity to renew its motion before Exhibit 2698 was made public and that Epic would not

14    oppose any such renewed motion.

15    4.    On November 8, 2023, I attended trial to confirm with counsel for both Epic and

16    Google that the highly sensitive financial data contained in Exhibit 2698 at -052 would not be

17    disclosed in open court.  Based on representations from counsel for both Epic and Google, TikTok

18    withdrew its motion to seal on November 8, 2023.  TikTok reserved its rights to seek to seal Exhibit

19    2698 at -052 once the exhibit was admitted into evidence and before it was made public.  On

20    November 8, 2023, Exhibit 2698 was admitted into evidence during the afternoon session.

21    5.    On December 5, 2023, I contacted counsel for Epic and Google to request that they

22    stipulate to TikTok's requested relief or agree not to oppose it.  To date, I have not received a

23    response.

24    6.    Following the jury verdict on December 11, 2023, and before any trial exhibits are

25    made public, TikTok renews its motion to seal and respectfully requests that Exhibit 2698 at -052

26    be redacted from the public record because the exhibit contains detailed financial information that

27    would harm TikTok if publicly disclosed, as further explained in the previously filed declaration

28

- 2 -

1    of Warren Solow (Dkt No. 748-1) and the motion filed herewith.

2          I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct to the best of my knowledge.

4    Executed on:   December 12, 2023

5                                                             */s/ Russell Cohen*

6                                                             Russell Cohen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO