#1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>JAMES DONATO</u>          Case No. <u>3:20-cv-05671-JD, 21-md-2981 &</u>
<u>3:22-cv-02746-JD</u>

CASE NAME: : <u>Epic Games, Inc. v. Google LLC  et al,</u>

<u>In re: Google Play Store Antitrust Litigation</u>

<u>Match Group, LLC et al v. Google LLC  et al</u>

<u>NOTE FROM THE JURY</u>

Note No. ___1___

Date ___11/10/23___

Time ___3:13 pm___

1.  The Jury has reached a unanimous verdict (  )

    or

2.  The Jury has the following question:

<u>1) How is pricing presented on iOS? Is the web</u>
<u>option shown in app?</u>

_____
Foreperson of the Jury

#2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO

3:22-cv-02746-JD

Case No. 3:20-cv-05671-JD, 21-md-2981 &

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. __2__

Date __11/13/23__

Time __11:58__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

For Android devices in terms of ~~both total number of devices and separately~~ total revenue, what percentage is enrolled in the RSA premier tier?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO                    Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. __2__

Date __11/13/23__

Time __11:58__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question: Android
   What percentage of new Android phones are subject to RSA premier tier?

Foreperson of the Jury

#4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO             Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. ____4____

Date ____11/13/23____

Time ____11:58____

1.   The Jury has reached a unanimous verdict ( )

     or

2.   The Jury has the following question:

Are there any restrictions for an OEM to move ↓their devices up or down the RSA tiers, or opt out of the tier system if they wish?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO

Case No. 3:20-cv-05671-JD, 21-md-2981 & 3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. __5__

Date __11/20/23__

Time __3:13 pm__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

When all were active, approximately what % of Fortnite in-app revenue came from each source (PC/Mac, Console, Apple, Android)?

_____
Foreperson of the Jury

#6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO    Case No. 3:20-cv-05671-JD, 21-md-2981 & 3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

### NOTE FROM THE JURY

Note No. ___6___

Date ___11/21/23___

Time ___1:35 pm___

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

TAKING INTO CONSIDERATION THIRD PARTY STORES AND DIRECT INSTALLATION, ARE THERE DIFFERENT KINDS OF MALWARE THAT APPS DOWNLOADED/SIDELOADED THROUGH THESE CHANNELS MAY BE SUBJECT TO, THAT APPS DOWNLOADED THROUGH THE GOOGLE PLAYSTORE WOULD NOT BE?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO          Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. __7__

Date __11 Dec 2023__

Time __3:55 PM__

1. The Jury has reached a unanimous verdict [X]

   or

2. The Jury has the following question:

_____

_____

_____

_____
Foreperson of the Jury