UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(CAND 435)
(CAND Rev. 08/2018)

**TRANSCRIPT ORDER**
Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

1a. CONTACT PERSON FOR THIS ORDER
Peter Harris

2a. CONTACT PHONE NUMBER
(202) 510-4916

3. CONTACT EMAIL ADDRESS
pharris@premierduediligence.com

1b. ATTORNEY NAME (if different)

2b. ATTORNEY PHONE NUMBER

3. ATTORNEY EMAIL ADDRESS

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Premier Due Diligence LLC
PO Box 31110
Bethesda, MD 20814

5. CASE NAME
Epic Games v Google LLC

6. CASE NUMBER
3:20-CV-05671

7. COURT REPORTER NAME: FOR FTR, LEAVE BLANK AND CHECK BOX.— ☐ FTR
Kelly Shainline

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL          ☐ CRIMINAL
☐ NON-APPEAL      ☒ CIVIL

CJA: Do not use this form; use Form CJA24.
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)

9. TRANSCRIPT(S) REQUESTED Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS):

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (incl. init.) | TYPE (e.g. DMC) | PORTION * required if box is not full hearing, specify portion e.g. witness or time | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14 day | EXPEDITED (7-day) | 3-DAY | DAILY (next-day) | HOURLY (2 hrs.) | REAL-TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2023 |  |  |  | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11 & 12) By signing below, I certify that I will pay all charges (deposit plus additional)

11. SIGNATURE

12. DATE
12/14/2023