1  VENABLE LLP
2  Philip T. Sheng (SBN 278422)
   David E. Fink (SBN 169212)
3  William A. Hector (SBN 298490)
   101 California Street, Suite 3800
4  San Francisco, CA 94111
   Telephone: 415-653-3750
5  Facsimile: 415-653-3755
   Email: ptsheng@venable.com
6          definck@venable.com
           wahector@venable.com
7
   *Attorneys for Non-Party*
8  *Warner Brothers Discovery, Inc.*

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF WILLIAM A. HECTOR**<br><br>Honorable James Donato |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, WILLIAM A. HECTOR, of Venable LLP, hereby enter my appearance as counsel for Non-party Warner Brothers Discovery, Inc. in this matter. I am a member of the State Bar of California and have been admitted to the bar of the Northern District of California. My contact information is as follows:

VENABLE LLP
William A. Hector (SBN 298490)
101 California Street, Suite 3800
San Francisco, CA 94111
Email: WAHector@venable.com
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Please serve said counsel with all necessary pleadings, papers, correspondence, and notices in this action.

Dated:  December 19, 2023

VENABLE LLP

By: */s/ William A. Hector*
William A. Hector (SBN 298490)

*Attorneys for Non-Party*
*Warner Brothers Discovery, Inc.*