UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: NON-PARTY AMAZON.COM LLC'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

Having considered non-party Amazon.com LLC's ("Amazon") Motion to Seal Highly Confidential Information, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of the referenced documents may be filed under seal:

| Trial Exhibit Number (Bates Number) | Document description | Portion sought to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| Exhibit 1362 (AMZ-GP_00001492) | Amazon App Developer Key Terms Chart | Redact Portion | Redact the entirety of document other than: the Header, Column 3; row 4, Column C; row 14, and Column D; row 21. Discloses five of the most sensitive and confidential contract terms for Amazon's top 30 largest app developers, including royalty share, financial incentives, payment processing requirements, content exclusivity, and technical support. If developers had access to this information, they could use it to harm Amazon in negotiations with Amazon; if competitors had this information, they could use it to disadvantage Amazon. | |
| Exhibit 1363 (AMZ-GP_00002471) | Appstore data pulled for purposes of litigation | Redact portion | Redact only Tabs 1-3 that were not shown in Court. Detailed financial information which discloses Amazon's contractual revenue share with developers, and specifically how much of Amazon's revenue comes from contracts with developers in certain revenue share bands (*i.e.*, >70% revenue share, 71-75% revenue share, *etc.*). If developers had access to this information, they could use it to harm Amazon in negotiations with Amazon; if competitors had this | |

1

[Proposed] Order Re: Non-Party Amazon.com LLC's Request to Seal Highly Confidential Information
3:21-md-02981-JD, 3:20-cv-05671-JD

| Trial Exhibit Number (Bates Number) | Document description | Portion sought to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| | | | information, they could use it to disadvantage Amazon. | |
| Exhibit 1366 (AMZ-GP_00003257) | Draft press release for "Project Spelljammer" | Redact portion | Redact only the portions of the document not displayed in Court: entirety of pages 3-15, 17-18, and all of page 2 other than paragraph 3. These pages contain highly confidential business information, including forward looking financial projections for the Amazon Appstore. If a competitor had access to these financial projections, it could cause competitive harm to Amazon. | |
| Exhibit 11406 (AMZ-GP_00001672) | 2021 Appstore Experience Final Review | Redact portion | Redact only the section of the document not displayed in Court, namely pages 3-7. This document contains Amazon's confidential analysis of its app store and other app stores. If disclosed, Amazon's competitors could use this information to disadvantage Amazon in contract negotiations, in their own business strategy, or in advertising or marketing about Amazon. | |

Dated: _____, 2023

By: _____
Honorable James Donato
United States District Judge
Northern District of California