Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS**<br><br>Judge: Hon. James Donato<br>Trial Date: November 6, 2023<br>Time: 9:00 am<br>Place: Courtroom 11, 19th Floor |

In compliance with Local Rule 5-1(g)(1)(A), Plaintiff Epic Games, Inc. and Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd. and Google Payment Corp. (collectively, the "Parties") certify that the exhibits listed below and attached hereto (and, due to the size of the exhibits, to the related docket entries) are true and correct copies of the admitted exhibits that were submitted to the jury in the above-captioned matters.

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 1** | Web page titled "Google Chat Retention Policy" (02/26/2021), available at: https://support.google.com/info-gov/answer/9366391?hl=en&ref_topic=10252791 | November 7, 2023 |
| **Exhibit 122** | Document titled "Fortnite Task Force" (08/06/2018) | November 15, 2023 |
| **Exhibit 136** | Slide deck titled "Boosting Top Game Developer Support and Securing Play Distribution on Samsung Devices" (03/28/2019) | November 7, 2023 |
| **Exhibit 142** | Email from J. Heurlin to L. Koh re Hello and Follow Up (03/27/2019) | November 7, 2023 |
| **Exhibit 148** | Email from K. Aviram Beatty to R. Wyatt and L. Koh re ABK Update - Armin Mtg (11/27/2019) | November 7, 2023 |
| **Exhibit 149** | Email from L. Koh to M. Marchak re ABK Update - Armin Mtg 11/26 (12/04/2019) | November 7, 2023 |
| **Exhibit 150** | Email from L. Koh to M. Marchak re ABK Update (12/12/2019) | November 7, 2023 |
| **Exhibit 151** | Document titled "Google Strategic Partnership with Activision Blizzard King" (11/18/2020) | November 7, 2023 |
| **Exhibit 153** | Document titled "Google Play Games Velocity Program Addendum to the Google Play Developer Distribution Agreement" (01/25/2020) | November 7, 2023 |
| **Exhibit 154** | Email from L. Koh to B. Bazinski re Riot - Update (02/13/2020) | November 7, 2023 |
| **Exhibit 155** | Email from K. Gambhir to G. Yousling re Riot GVP Call 1/23/20 - Next Steps (01/24/2020) | November 7, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 156** | Email from G. Yousling to L. Koh re Riot & GVP (02/18/2020) | November 7, 2023 |
| **Exhibit 162** | Document titled "Games Velocity Program Addendum to the Google Play Developer Distribution Agreement" (03/09/2020) | November 7, 2023 |
| **Exhibit 163** | Document titled "Google Ads Credits Addendum" (06/16/2021) | November 7, 2023 |
| **Exhibit 290** | Slide deck titled "Pixel Switching Study" (01/18/2017) | November 15, 2023 |
| **Exhibit 298** | Email from A. Rubin to E. Chu re Draft blog post and FAQ for Android Market – Updated version with Erin's feedback (08/27/2008) | November 14, 2023 |
| **Exhibit 299** | Email from Google Documents [on behalf of E. Chu] to E. Chu re Android's User-Driven Content... (10/22/2008) | November 14, 2023 |
| **Exhibit 300** | Email from N. Shanbhag to E. Chu et al. re Android Market Business Model GPS Notes – 2/3/2009 (02/04/2009) | November 14, 2023 |
| **Exhibit 303** | Email from E. Chu to M. Womack re Transaction Fee for Android Market priced apps in Japan (06/30/2009) | November 14, 2023 |
| **Exhibit 304** | Email from J. Mattson to D. Morrill re Change in default revenue share (12/17/2009) | November 14, 2023 |
| **Exhibit 305** | Web page titled "Android Developers Blog – Android Market: Now available for users" (10/22/2008) | November 14, 2023 |
| **Exhibit 308** | Email from M. Stepka to E. Chu re Android Marketplace Payments – UPDATE (04/24/2009) | November 14, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 312** | Email from J. Lagerling to E. Chu re FW Meeting notes from meeting with Eric Chu (08/23/2011) | November 14, 2023 |
| **Exhibit 316** | Chat messages between E. Chu and E. Kim (06/07/2020) | November 14, 2023 |
| **Exhibit 319** | Email from E. Chu to G. Prachi re Draft Email to Prep John (07/31/2020) | November 14, 2023 |
| **Exhibit 320** | Email from E. Chu to P. Gupta re Scott Email for Play-YT Work Estimation (07/11/2020) | November 14, 2023 |
| **Exhibit 322** | Email from E. Chu to P. Gupta re Boy-Flow/Policy 3-Team Sync (Monday) (06/07/2020) | November 14, 2023 |
| **Exhibit 332** | Chat messages between E. Chu and P. Gupta (05/28/2020) | November 14, 2023 |
| **Exhibit 355** | Email from R. Sharif to F. Hu et al. re FOP value (04/23/2019) | November 7, 2023 |
| **Exhibit 360** | Slide deck titled "Play Value Model: Play BD StratOps" (08/08/2019) | November 7, 2023 |
| **Exhibit 384** | Slide deck titled "Games Velocity Program - V1 Business Impact Assessment. V2 Introduction" (12/2020) | November 8, 2023 |
| **Exhibit 388** | Slide deck titled "Project Basecamp – Optionality" (04/14/2021) | November 8, 2023 |
| **Exhibit 428**\*** | Spreadsheet containing Google Play P&L information | November 27, 2023 |
| **Exhibit 433**\* | Slide deck titled "2021 Annual Plan- Finance Fact Pack Platforms & Ecosystems" (11/06/2020) | November 14, 2023 |
| **Exhibit 434** | Slide deck titled "Play Update @ CFO Council" (09/20/2018) | November 27, 2023 |
| **Exhibit 436**\* | Slide deck titled "Compute - Platform & Ecosystem - Devices & Services - Board of Directors Update" (01/00/2020) | November 15, 2023 |
| **Exhibit 440**\*** | Spreadsheet containing Android P&L information | November 27, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 588** | Email from P. Gennai to A. Kumar re Hiroshi Monthly Review: Thursday Next Week (10/21/2021) | November 30, 2023 |
| **Exhibit 591** | Untitled document containing Play Problem Statement (03/26/2019) | November 30, 2023 |
| **Exhibit 596** | Email from P. Gennai to S. Krishnamachari re Play Distribution Project (01/12/2019) | November 30, 2023 |
| **Exhibit 606** | Document titled "Next Steps With Samsung" (05/23/2016) | November 30, 2023 |
| **Exhibit 617** | Slide deck titled "MADA & RSA: Android Commercial Agreements" (08/00/2019) | November 13, 2023 |
| **Exhibit 623** | Email from J. Kolotouros to D. Thevenon re rev share agreement with OEMs (07/08/2014) | November 13, 2023 |
| **Exhibit 624** | Slide deck titled "Google Distribution on Android Framework" (06/01/2019) | November 13, 2023 |
| **Exhibit 626** | Document titled "Google Mobile Revenue Share Agreement" (02/01/2020) | November 13, 2023 |
| **Exhibit 627** | Document titled "Premier Tier Requirements" (05/12/2020) | November 13, 2023 |
| **Exhibit 628** | Document titled "Partner Info Doc - Oneplus 8 Fortnite partnership" (03/27/2020) | November 13, 2023 |
| **Exhibit 647** | Slide deck titled "Android 101" (05/00/2019) | November 13, 2023 |
| **Exhibit 652** | Document titled "Store Agreement Term Sheet" (06/20/2019) | November 13, 2023 |
| **Exhibit 682** | Slide deck titled "Amazon competitor deep dive" (04/00/2017) | November 13, 2023 |
| **Exhibit 704** | Email from B. Barras to S. Samat re Tinder and Google Play Billing [Concern] (06/27/2017) | November 8, 2023 |
| **Exhibit 706** | Email from S. Samat to H. Lockheimer re Transaction fee update (10/18/2017) | November 14, 2023 |
| **Exhibit 708** | Document titled "Ruminations on Play's Business model" (08/07/2019) | November 13, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 713** | Web page titled "Android Developers Blog - Listening to Developer Feedback to Improve Google Play" (09/28/2020), available at:  https:/landroid-developers.googleblog.com/2020109/listening-to-developer-feedback-to.html | November 9, 2023 |
| **Exhibit 761** | Email from E. Cunningham to S. Samat re FN Update (08/15/2018) | November 13, 2023 |
| **Exhibit 762** | Email from D. Kleidermacher to W. Luh re Fortnite today (08/15/2018) | November 15, 2023 |
| **Exhibit 768** | Chat messages between E. Liderman and D. Kleidermacher (09/25/2020) | November 15, 2023 |
| **Exhibit 783** | Email from J. Kolotouros to H. Lockheimer re Samsung Store Proposal (05/30/2019) | November 13, 2023 |
| **Exhibit 785** | Email from J. Kolotouros to S. Samat re Samsung Next Steps (06/06/2019) | November 13, 2023 |
| **Exhibit 787** | Email from E. Crosby to J. Kolotouros re Banyan (06/19/2019) | November 13, 2023 |
| **Exhibit 799** | Email from J. Lagerling to J. Rosenberg re Wallet and DCB (10/08/2013) | November 13, 2023 |
| **Exhibit 800** | Email from J. Rosenberg to S. Kassardjian re DirecTV Status (05/26/2016) | November 13, 2023 |
| **Exhibit 801** | Email from J. Rosenberg to P. Kochikar re PLEASE READ: WSJ details (08/27/2013) | November 13, 2023 |
| **Exhibit 805** | Slide deck titled "Epic/Fortnite BC Deal Review" (07/19/2018) | November 8, 2023 |
| **Exhibit 806** | Email from J. Rosenberg to C. Smith re Fortnite Status (08/08/2018) | November 13, 2023 |
| **Exhibit 812** | Email from E. Gass to T. Stone re Update (03/27/2020) | November 30, 2023 |
| **Exhibit 813** | Email from E. Gass to H. Stolfus re OnePlus Fortnite Solution Update (03/30/2020) | November 30, 2023 |
| **Exhibit 814** | Email from E. Gass to H. Stolfus re Epic Games x Game Space India (06/12/2020) | November 30, 2023 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 815** | Email from C. Yang to K. Shin re Epic Games App Collaboration (04/20/2020) | November 30, 2023 |
| **Exhibit 917** | Document titled "Response to Epic" (06/23/2018) | November 8, 2023 |
| **Exhibit 939** | Slide deck titled "Google Play Business Model" (08/19/2020) | November 8, 2023 |
| **Exhibit 949** | Email from E. Chu to A. Rubin re [Fwd: Re: 70-30 worldwide?] (06/07/2009) | November 14, 2023 |
| **Exhibit 1065** | Document titled "Samsung 2020 Mobile Incentive Agreement(s)" (11/04/2020) | November 13, 2023 |
| **Exhibit 1172** | Email from J. Woloz to B. Bilodeau et al. re Request for Fortnite Signing keys (08/11/2018) | November 15, 2023 |
| **Exhibit 1231** | Email from E. Christensen to S. Buniac re 2020 Google Revenue Search Agreement Summary (Mobile Incentive Agreement) (02/12/2021) | November 29, 2023 |
| **Exhibit 1232** | Document titled "Mobile Application Distribution Agreement" (01/18/2018) | November 29, 2023 |
| **Exhibit 1348** | Slide deck titled "MagicLab - We build relationships" | November 8, 2023 |
| **Exhibit 1349** | Slide deck titled "Q3/4 Business Review – App Stores Approach" (00/00/2020) | November 8, 2023 |
| **Exhibit 1351** | Slide deck titled "Bumble Q3 2021 Board Meeting" (11/00/2021) | November 8, 2023 |
| **Exhibit 1352** | Slide deck titled "Bumble Q2 2021 Board Meeting" (08/00/2021) | November 8, 2023 |
| **Exhibit 1353** | Slide deck titled "Bumble Q4 2021 Board Meeting" (02/00/2022) | November 8, 2023 |
| **Exhibit 1362** | Document titled "Amazon App Developer Key Terms Chart" (01/29/2021) | November 20, 2023 |
| **Exhibit 1363\*\*\*** | Spreadsheet containing Amazon information | November 20, 2023 |
| **Exhibit 1366** | Document titled "Amazon Unlocks Coins Discounts for All Mobile Gamers" (08/24/2020) | November 20, 2023 |
| **Exhibit 1376** | Email from T. Sullivan to H. Lockheimer re GMS Update Mechanism (05/18/2011) | November 14, 2023 |
| **Exhibit 1378** | Email from J. Lagerling to H. Lockheimer re Clarification (01/28/2014) | November 14, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 1380** | Email from H. Yoon to H. Lockheimer re Samsung Launches Samsung GALAXY Apps (07/11/2014) | November 14, 2023 |
| **Exhibit 1385** | Email from M. Murphy to P. Schindler re [BC Approval Required] URGENT: Epic Games (07/21/2018) | November 14, 2023 |
| **Exhibit 1386** | Email from S. Newberry to J. Rosenberg re Fortnight Task Force (08/25/2018) | November 14, 2023 |
| **Exhibit 1390\*** | Slide deck titled "2021 Annual Planning - Platforms & Ecosystems" (11/05/2020) | November 14, 2023 |
| **Exhibit 1391** | Chat messages between S. Wojcicki and H. Lockheimer (06/23/2020) | November 14, 2023 |
| **Exhibit 1410** | Slide deck titled "Project Wichita Update and Discussion Guide" (04/01/2016) | November 9, 2023 |
| **Exhibit 1417** | Email from K. Rasanen to S. Samat re Spotify Policy Meeting Notes (10/17/2017) | November 15, 2023 |
| **Exhibit 1436** | Web page titled "Play Console Help – Payments" | November 15, 2023 |
| **Exhibit 1438** | Email from K. Rasanen to J. Rosenberg re Update Open Questions (09/18/2017) | November 15, 2023 |
| **Exhibit 1440** | Email from K. Rasanen to J. Rosenberg et al. re GPB Grandfathering Discussions Update (02/07/2018) | November 15, 2023 |
| **Exhibit 1442** | Email from K. Rasanen to P. Feng re Prep Doc for Spotify Meeting (11/27/2017) | November 15, 2023 |
| **Exhibit 1478** | Document titled "Riot GVP Deal" (02/15/2020) | November 9, 2023 |
| **Exhibit 1483** | Email from D. Harrison to M. Murphy re BC Guidance (07/11/2018) | November 20, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 1484** | Email from D. Harrison to D. Sobota re Strategic Rationale (07/16/2018) | November 20, 2023 |
| **Exhibit 1485** | Slide deck titled "Project Electra" (07/01/2018) | November 20, 2023 |
| **Exhibit 1492\*** | Document titled "Amendment to the Information Services Agreement" (09/30/2016) | November 20, 2023 |
| **Exhibit 1493** | Document titled "Apple Partnership Strategy" (10/29/2020) | November 20, 2023 |
| **Exhibit 1496** | Slide deck titled "Modular Google Play Billing EAP Pre-BC Exec Review" (07/27/2020) | November 20, 2023 |
| **Exhibit 1515** | Email from P. Kochikar to T. Arzu and J. McGuire re Next Steps? (06/23/2018) | November 8, 2023 |
| **Exhibit 1517** | Email from P. Kochikar to J. Rosenberg re Call script (07/19/2018) | November 8, 2023 |
| **Exhibit 1519** | Email from P. Kochikar to J. Rosenberg re Facebook Connect…er, Casual Connect (08/03/2013) | November 8, 2023 |
| **Exhibit 1520** | Email from P. Kochikar to A. Gutterman re Hi-po/hi-risk AAA/Indie Coverage (10/11/2018) | November 8, 2023 |
| **Exhibit 1522** | Email from P. Kochikar to M. Theermann re risk (12/13/2019) | November 9, 2023 |
| **Exhibit 1524** | Slide deck titled "Games Velocity Program" (06/01/2021) | November 9, 2023 |
| **Exhibit 1526** | Email from D. Harrison to P. Kochikar re Magical Bridge TLDR (09/13/2019) | November 8, 2023 |
| **Exhibit 1530** | Document titled "BC: Spotify Ltd. (BC22-006)" (02/17/2022) | November 9, 2023 |
| **Exhibit 1532** | Document titled "Google Play Better Together Program Partnership ("Program") Addendum to the Google Play Developer Distribution Agreement" (06/14/2022) | November 21, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 1537** | Email from P. Kochikar to S. Karam re A/C Privileged: Update on Tinder / GPB (07/23/2019) | November 8, 2023 |
| **Exhibit 1545** | Email from M. McCurdy to C. Li et al re FB Pre-Installer Impacted by Android BD Outreach (03/02/2020) | November 9, 2023 |
| **Exhibit 1546** | Document titled "Internal Briefing Document" (03/02/2020) | November 9, 2023 |
| **Exhibit 1549** | Email from P. Kochikar to S. Lee re Next Steps + A Question (06/10/2020) | November 9, 2023 |
| **Exhibit 1704** | Slide deck titled "Advanced GPB" ( 11/04/2020) | November 8, 2023 |
| **Exhibit 1710** | Document titled "2022 planning 2-pager: GPB as Platform of Choice" | December 1, 2023 |
| **Exhibit 1764*** | Excel workbook titled "30(b)(6)" (02/12/2020) | November 15, 2023 |
| **Exhibit 1766** | Slide deck titled "Android Consideration: Likely Purchasers and Recent Purchasers" | November 15, 2023 |
| **Exhibit 1768** | Slide deck titled "Android Brand Health" (06/00/2020) | November 15, 2023 |
| **Exhibit 1977** | Email from A. Zerza to T. Sweeney re Interconnectivity (07/27/2019) | November 29, 2023 |
| **Exhibit 1978** | Slide deck titled "Project Boston Overview" (12/12/2019) | November 29, 2023 |
| **Exhibit 1979** | Slide deck titled "Google / [redacted] – Board Review of Enterprise Deal Proposals (01/00/2020) | November 29, 2023 |
| **Exhibit 1980** | Document titled "Terms for Strategic Partnership" (06/16/2021) | November 29, 2023 |
| **Exhibit 2050** | Document titled "Google's Updated Billing Proposal" (09/29/2017) | November 9, 2023 |
| **Exhibit 2051** | Document titled "The Case Against Google Play Billing" (10/04/2017) | November 9, 2023 |
| **Exhibit 2052** | Slide deck titled "Netflix & Google" (07/00/2018) | November 9, 2023 |
| **Exhibit 2054*** | Untitled spreadsheet | November 9, 2023 |
| **Exhibit 2062** | Untitled table containing Third-party Payment Fees | November 21, 2023 |
| **Exhibit 2698** | Slide deck titled "Project Everest - Options for Evolving Play's Business Model" (8/10/2021) | November 8, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 2720\*\*\*** | Video of 2011 Chrome Keynote Presentation | November 14, 2023 |
| **Exhibit 2724** | Email from A. Bishop to R. Roy-Chowdhury re Sync up on Polycraft Chrome App (10/28/2013) | November 14, 2023 |
| **Exhibit 2726** | Email from R. PC Gibson to Android Leadership re Android Leadership 2013-04-16 (04/17/2013) | November 14, 2023 |
| **Exhibit 2728** | Slide deck titled "Google Play Alphabet Board Update" (07/15/2020) | November 14, 2023 |
| **Exhibit 2731** | Chat messages between S. Pichai and E. Singer (10/12/2021) | November 14, 2023 |
| **Exhibit 2903** | Slide deck titled "Smartphone Purchase Journey 2018" (10/00/2018) | November 30, 2023 |
| **Exhibit 5187** | Document titled "Android Compatibility Commitment" (01/30/2012) | November 13, 2023 |
| **Exhibit 5255** | Document titled "Mobile Application Distribution Agreement (Android)" (03/30/2017) | November 13, 2023 |
| **Exhibit 5399** | Document titled "Mobile Application Distribution Agreement (MADA)" (01/01/2018) | November 13, 2023 |
| **Exhibit 5488** | Email from H. Lockheimer to T. Sweeney re Consumer Choice & Consumption (07/22/2020) | November 20, 2023 |
| **Exhibit 5497** | Email from T. Sweeney to P. Spencer re Apple (08/07/2020) | November 20, 2023 |
| **Exhibit 5504** | Email from J. Rosenberg to T. Sweeney re Fortnite Android launch plan (06/22/2018) | November 20, 2023 |
| **Exhibit 5509** | Email from T. Sweeney to H. Lockheimer and J. Rosenberg re Fortnite on Google Play (12/05/2019) | November 20, 2023 |
| **Exhibit 5519** | Email from P. Meegan to T. Sweeney et al. re Congratulations on Fortnite & Epic Games Launcher (03/24/2018) | November 6, 2023 |
| **Exhibit 5520** | Email from T. Sweeney to J. Rosenberg re Fortnite Android launch plan (07/22/2018) | November 20, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 5528\*\*** | Slide deck titled "Project Liberty Update to the Board of Directors (Draft)" (07/27/2020) | November 30, 2023 |
| **Exhibit 5530** | Slide deck titled "Project Liberty Update" (07/01/2020) | November 20, 2023 |
| **Exhibit 5580** | Email from S. Samat to J. Rosenberg re email (06/08/2016) | November 13, 2023 |
| **Exhibit 5641\*** | Slide deck titled "P&E Annual Plan Play Sandbox" (2021) | November 14, 2023 |
| **Exhibit 5653** | Slide deck titled "Lion Force Strategy: Pitch Document-WIP" (06/00/2018) | November 9, 2023 |
| **Exhibit 5666** | Email from A. Pimplapure to A. Ludwig re We need to improve Android Security (09/23/2015) | November 14, 2023 |
| **Exhibit 5674** | Slide deck titled "Subscriptions V2 Follow-Up" (07/31/2017) | November 13, 2023 |
| **Exhibit 5696** | Email from M. Theermann to M. Marchak re ABK xPA deal terms (12/06/2019) | November 9, 2023 |
| **Exhibit 5714** | Slide deck titled "Project Hug Update @ PPS" (06/19/2019) | November 9, 2023 |
| **Exhibit 5718** | Slide deck titled "Amazon Underground User Experience" (11/00/2015) | November 8, 2023 |
| **Exhibit 5734** | Email from T. Sweeney to D. Harrison re Fortnite and Android follow-up (03/25/2020) | November 20, 2023 |
| **Exhibit 5735** | Email from T. Sweeney to D. Harrison re Invitation – Don Harrison & Tim Sweeney @ Mon Apr 13, 2020 (04/10/2020) | November 20, 2023 |
| **Exhibit 5809** | Email from B. Barras to S. Karam re Value Exchange: Play/Google <-> Tinder/Match Group (06/07/2019) | November 8, 2023 |
| **Exhibit 5816** | Document titled "How Google Play Works: 2019 Google Play Public Policy Report" (2019) | November 9, 2023 |
| **Exhibit 5820** | Email from S. Sayigh to Z. Levine et al. re Play Payment Policy -- Carrier Plan (12/05/2017) | November 15, 2023 |
| **Exhibit 5911** | Slide deck titled "App Quality Gap 1. Initial thoughts & learning plan" (2020) | November 9, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 5921** | Email from P. Kochikar to D. Harrison and L. Koh re Fortnite on Google Play (12/10/2019) | November 7, 2023 |
| **Exhibit 5932** | Slide deck titled "P&E Better Together First Draft" (10/27/2020) | November 14, 2023 |
| **Exhibit 5941\*\*** | Slide deck titled "The Gen Z Effect: Tech, trends, and truths for a new(er) generation" (04/03/2020) | November 9, 2023 |
| **Exhibit 5945\*\*** | Slide deck "Android Feature Audit" (04/02/2020) | November 15, 2023 |
| **Exhibit 5956** | Email from J. Rosenberg to H. Lockheimer re TV (03/24/2015) | November 13, 2023 |
| **Exhibit 5963** | Slide deck titled "GMS apps on Low RAM - leadership update" (05/25/2016) | November 13, 2023 |
| **Exhibit 5973** | Email from S. Karam to P. Kochikar re Sorry... (06/20/2018) | November 15, 2023 |
| **Exhibit 5996** | Email from J. Rosenberg to S. Samat et al. re Time-Sensitive: Subscriptions (05/28/2016) | November 13, 2023 |
| **Exhibit 6044** | Slide deck titled "Summaries of Individual Apps – 2020 Q3" (11/05/2020) | November 9, 2023 |
| **Exhibit 6056** | Slide deck titled "You Said What?! 10 Things to Ensure You Are Communicating with Care" | November 7, 2023 |
| **Exhibit 6066** | Email from J. Rosenberg to P. Bankhead et al. re Project Banyan Update (07/12/2019) | November 13, 2023 |
| **Exhibit 6133** | Email from S. Samat to E. Crosby re Samsung & Games (02/07/2019) | November 13, 2023 |
| **Exhibit 6178\*\*** | Slide deck titled "Google Play Q3' 21 Onboarding" (08/20/2021) | December 1, 2023 |
| **Exhibit 6190** | Email from J. Dischler to D. Harrison re Tim Briefing Feedback (12/20/2018) | November 20, 2023 |
| **Exhibit 6288\*\*\*** | Video excerpts from 2020 Play & Friends All Hands meeting | December 1, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 6390** | Slide deck titled "Google Enterprise Deal Extension" (08/24/2022) | November 9, 2023 |
| **Exhibit 6446\*** | Untitled document containing "Notes for Don" (05/08/2019) | November 13, 2023 |
| **Exhibit 6454** | Chat messages between T. McDowell and M. Lam (11/09/2022) | November 9, 2023 |
| **Exhibit 6461** | Chat messages between O. Jan and D. Chandra (12/08/2022) | November 7, 2023 |
| **Exhibit 6462** | Chat messages between E. Young and M. Lam (03/17/2022) | November 9, 2023 |
| **Exhibit 6464** | Chat messages between M. Lam, M. Jayson and P. Ladhawala (02/16/2021) | November 9, 2023 |
| **Exhibit 6465** | Chat messages between K. Stolz and M. Lam (03/21/2022) | November 9, 2023 |
| **Exhibit 6479** | Chat messages between M. Lam and S. Walsh (09/06/2022) | November 9, 2023 |
| **Exhibit 6487** | Chat messages between E. Garber and T. Ostrowski (01/26/2021) | November 9, 2023 |
| **Exhibit 6488** | Chat messages between E. Garber and T. Ostrowski (03/17/2022) | November 9, 2023 |
| **Exhibit 6618** | Web page titled "Play Fortnite on Android," available at: https://www.fortnite.com/mobile/android | November 30, 2023 |
| **Exhibit 6619** | Web page titled "Fortnite Download," available at: https://www.fortnite.com/mobile/android/new-device | November 30, 2023 |
| **Exhibit 6621** | Web page titled "Play Fortnite on Mobile Devices," available at: https://www.fortnite.com/mobile | November 30, 2023 |
| **Exhibit 6691** | Web page titled "The apps you love. From a place you can trust," available at: https://www.apple.com/app-store/ | December 1, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 6695\*\*\*** | Video titled "Apple Makes Fun of Android #3," available at: https://www.youtube.com/watch?v=z1APG3HjO4Q (04/22/2018) | November 14, 2023 |
| **Exhibit 6836** | Email from J. Nunes to C. Oliver re Fwd: Google Play competitive analysis (02/05/2019) | December 1, 2023 |
| **Exhibit 6839** | Email from A. Rofman to C. Oliver re Google now lets apps display sale price in the Play Store – The Verge (02/28/2017) | December 1, 2023 |
| **Exhibit 6840** | Email from N. Sebastiani to C. Oliver re Google Play Pass, Apple Arcade will spar for mobile gamers – Quartz (09/17/2019) | December 1, 2023 |
| **Exhibit 6845** | Email from M. Fischer to S. McGuigan re Google Play Store shows on the streaming apps that have the movie or show you're searching for (09/17/2019) | December 1, 2023 |
| **Exhibit 6848** | Email from D. Hopkins to C. Oliver re Google Play now lets Android app developers see review highlights, rating charts | VentureBeat | Dev | by Jordan Novet (03/02/2016) | December 1, 2023 |
| **Exhibit 6849** | Email from R. Olson to J. Goodrum re Google Play Console – Data Benchmark Enhancements (05/30/2019) | December 1, 2023 |
| **Exhibit 6853** | Email from C. Oliver to J. Ng re Content Price Comparison (11/28/2017) | December 1, 2023 |
| **Exhibit 6903** | Summary exhibit titled "Operating System Shares Based on Smartphone Sales by Region" | November 27, 2023 |
| **Exhibit 6924** | Summary exhibit titled "Operating System Shares Based on Smartphone Sales by Region" | November 27, 2023 |
| **Exhibit 6931** | Summary exhibit titled "Native App and Web App Share of Total Minutes Among 14 App Categories With Most Total App Minutes on US Android Smartphones, May 2022" | November 27, 2023 |
| **Exhibit 6932** | Summary exhibit titled "Third-Party Smartphone Operating System Unit Shares, Based on Number of Smartphone Unit Sales" | November 27, 2023 |
| **Exhibit 6940** | Summary exhibit titled "Shares of App Entitlements on Google Android Devices, Worldwide (Excluding China)" | November 27, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 6941** | Summary exhibit titled "Third-Party App Store Shares of App Entitlements on Google Android Devices, Worldwide (Excluding China)" | November 27, 2023 |
| **Exhibit 6950** | Summary exhibit titled "Google Play Revenue and Profit by Year, Worldwide, 2011–2021" | November 27, 2023 |
| **Exhibit 6952** | Summary exhibit titled 'Difference Between Average Android and iOS Smartphone Price, 2009-2021, Worldwide (Excluding China)" | November 27, 2023 |
| **Exhibit 6956** | Summary exhibit titled "Google Play Historical Operating Results 2011-2021" | November 27, 2023 |
| **Exhibit 6989** | Summary exhibit titled "Active RSA 3.0 Premier or MIA Devices and Active Android Devices That Are Not RSA 3.0 Premier or MIA Devices United States" | November 28, 2023 |
| **Exhibit 6991** | Summary exhibit titled "Active RSA 3.0 Premier or MIA Devices and Active Android Devices That Are Not RSA 3.0 Premier or MIA Devices Worldwide (excl. China)" | November 28, 2023 |
| **Exhibit 6993** | Summary exhibit titled "Android Devices with a Preinstalled Alternative App Store (United States)" | November 28, 2023 |
| **Exhibit 6994** | Summary exhibit titled "Android Devices with a Preinstalled Alternative App Store Worldwide, excl. China" | November 28, 2023 |
| **Exhibit 7002** | Summary exhibit titled "Epic Revenue From All Fortnite Players By Device Type United States" | November 28, 2023 |
| **Exhibit 7006** | Summary exhibit titled "Epic Revenue From Android Fortnite Players By Device Type United States" | November 28, 2023 |
| **Exhibit 7008** | Summary exhibit titled "Epic Revenue From Android Fortnite Players By Device Type Worldwide (excl. China)" | November 28, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 7011** | Summary exhibit titled "Worldwide Smartphone and Feature Phones Sales by Operating System (U.S. Dollars)" | November 28, 2023 |
| **Exhibit 7020** | Summary exhibit titled "Gross Revenue and Active Users from Fortnite on iOS and Android – Weekly Gross Revenue from Fortnite" | November 28, 2023 |
| **Exhibit 7028** | Summary exhibit titled "Worldwide Android Smartphone Sales" | November 28, 2023 |
| **Exhibit 7031** | Summary exhibit titled "Worldwide App Developer Revenue" | November 28, 2023 |
| **Exhibit 7073** | Summary exhibit titled "Share of Active GMS Devices and Fortnite Compatible Active GMS Devices by RSA Type" | November 28, 2023 |
| **Exhibit 7079** | Summary exhibit titled "Share of Active GMS Devices and Fortnite Compatible Active GMS Devices by RSA Type" | November 28, 2023 |
| **Exhibit 7089** | Summary exhibit titled "Share of Active Devices That Are Premier Tier of MIA Devices, Worldwide (Excluding China)" | November 28, 2023 |
| **Exhibit 7090** | Summary exhibit titled "Share of Active Devices That Are Premier Tier of MIA Devices, United States" | November 28, 2023 |
| **Exhibit 7095** | Summary exhibit titled "Share of New Apps That Pay Service Fees" | November 28, 2023 |
| **Exhibit 7102** | Summary exhibit titled "Share of App Developer Revenue (User Spend) In Google Play by Monetization Type" | November 28, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 7114** | Summary exhibit titled "Share of U.S. Active GMS Devices by RSA Type" | November 28, 2023 |
| **Exhibit 7115** | Summary exhibit titled "Premier Tier Share of GMS Device Activations, United States" | November 28, 2023 |
| **Exhibit 7178** | Summary exhibit titled "Number of App Installations from Alternative Sources (United States)" | November 28, 2023 |
| **Exhibit 7179** | Summary exhibit titled "Number of App Installations from Alternative Sources Worldwide (excl. China)" | November 28, 2023 |
| **Exhibit 7260** | Email from M. Weissinger re Fortnite going big (5/15/2020) | November 30, 2023 |
| **Exhibit 8004** | Email from T. Sweeney to P. Spencer (03/08/208) | November 20, 2023 |
| **Exhibit 8005** | Email from P. Rosenberg to T. Sweeney re Fortnite interoperability and esports (06/02/2018) | November 20, 2023 |
| **Exhibit 8009** | Web page titled "Man-in-the-Disk: A New Attack Surface for Android Apps," available at: https://blog.checkpoint.com/security/man-in-the-disk-a-new-attack-surface-for-android-apps/ | November 15, 2023 |
| **Exhibit 8019** | Email from D. Harrison to R. Porat et al. re Activision Blizzard deal for Dec 19 BC Review (12/16/2019) | November 20, 2023 |
| **Exhibit 8020** | Chats between M. Lam and M. Mackey et al. (09/22/2021) | November 9, 2023 |
| **Exhibit 8021** | Chats between E. Young and M. Lam (03/17/2022) | November 9, 2023 |
| **Exhibit 8022** | Web page titled "Developer Program Policy" (effective 08/31/2023) | November 6, 2023 |
| **Exhibit 8024** | Chats between S. Lu and M. Lam (01/13/2021) | November 9, 2023 |
| **Exhibit 8025** | Slide deck titled "Play Payments Policy" (06/17/2020) | November 9, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 8028** | Screenshot titled "Only 14 days left on your free trial! Get unlimited access to all Down Dog apps" | November 6, 2023 |
| **Exhibit 8029** | Document titled "Google Play Developer Program Policies" (06/24/2014) | November 13, 2023 |
| **Exhibit 8030** | Email from M. Drake to B. Coughran and K. Walker re [Googlers] Business communication is a complicated word (09/16/2008) | November 14, 2023 |
| **Exhibit 8033** | Email from K. Rasanen re Activity Report, January 29 - February 16, Play Apps BD (02/20/2018) | November 15, 2023 |
| **Exhibit 8045** | Screenshot of purchasing V-Bucks on Android device | November 20, 2023 |
| **Exhibit 8054*** ** | Video titled "The Uncertain Internet: Core Values for the Next Administration" | November 29, 2023 |
| **Exhibit 8519** | Slide deck titled "Ecosystem Enablement –: Increase the value of Play to Android Developers" (1/00/2020) | November 9, 2023 |
| **Exhibit 8520** | Document titled "Final Themes for BD Planning" | November 9, 2023 |
| **Exhibit 8522** | Slide Deck titled "Play + Cloud Credit Program Proposal (Project Hug)" (03/00/2019) | November 9, 2023 |
| **Exhibit 8523** | Slide Deck titled "Project Banyan Phase 1: Ecosystem Overview" (02/00/2019) | November 9, 2023 |
| **Exhibit 8526** | Email from K. Rasanen to J. Rosenberg et al. re [Meeting Summary] Play Payment Policy (03/24/2018) | November 9, 2023 |
| **Exhibit 8539** | Email from K. Rasanen to S. Shih et al. re KR Impressions of India [Long Read] (08/01/2018) | November 15, 2023 |
| **Exhibit 8554** | Email from K. Rasanen to P. Feng et al. re Link in-app actions to rewards on Tez (03/30/2018) | November 15, 2023 |
| **Exhibit 8555** | Email from S. Sayigh to T. Arzu et al. re Reviewing the YT payment flow as part of the policy work (10/02/2017) | November 15, 2023 |
| **Exhibit 8564** | Text message chat involving J. Kim (08/09/2018) | November 13, 2023 |
| **Exhibit 8567** | Email from M. Petrillo to J. Rosenberg et al. re Time-Sensitive: Subscriptions (06/03/2016) | November 30, 2023 |
| **Exhibit 8568** | Chung Eui-Suk chat (08/09/2018) | November 13, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 8573\*\*** | Slide deck titled "Google Play Q2 18 Onboarding Day 1" | November 15, 2023 |
| **Exhibit 8574** | Document titled "Netflix/Google exec meeting Internal Brief" | November 15, 2023 |
| **Exhibit 8576** | Email from E. Cunningham to P. Kochikar et al. re Vulnerability report: Fortnite Installer downloads on ANdroid are vulnerable to hijacking (08/15/2018) | November 15, 2023 |
| **Exhibit 8591** | Web page titled "Download & install Google Chrome" | November 15, 2023 |
| **Exhibit 8594** | Chat messages between T. Lim, D. Menon, K. Vitaldevara, G. Hartrell, P. Feng and M. Loew (08/20/2021) | December 1, 2023 |
| **Exhibit 8613** | Email from D. Jackson to C. Smith et al. re FYI: Epic / Google Play (01/09/2020) | November 20, 2023 |
| **Exhibit 8636** | Email from E. Crosby to A. Cheng et al. re [Meeting Notes & ALS] PPS - Subscriptions 3/8 + 3/9 (3/10/2017) | November 30, 2023 |
| **Exhibit 9001** | Chat messages between T. Randall and S. Allison (08/11/2020) | November 6, 2023 |
| **Exhibit 9016** | Email from T. Sweeney to P. Spencer re Subscription-free multiplayer (08/05/2020) | November 20, 2023 |
| **Exhibit 9051\*\*\*** | Video titled "Kleidermacher Demonstrative 1" | November 15, 2023 |
| **Exhibit 9052\*\*\*** | Video titled "Kleidermacher Demonstrative 2" | November 15, 2023 |
| **Exhibit 9053\*\*\*** | Video titled "Kleidermacher Demonstrative 3" | November 15, 2023 |
| **Exhibit 9200** | Email from TM Roh to T. Sweeney et al. re Fortnite on Google Play and future Samsung Pay efforts (05/06/2020) | November 20, 2023 |
| **Exhibit 9500** | Demonstrative titled "Testimony of Gregory K. Leonard, Ph.D" | December 1, 2023 |
| **Exhibit 9708** | Summary Exhibit titled "Worldwide Android Smartphone Prices" | November 28, 2023 |
| **Exhibit 9900** | C. Oliver Tweet (09/07/2016) | December 1, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 10002** | Website titled "Google Chat Retention FAQs" (10/01/2021) | November 7, 2023 |
| **Exhibit 10004** | Web page titled "Fortnite on Android Launch Technical Blog" (09/06/2018) | November 30, 2023 |
| **Exhibit 10005** | Email from J. Sargent to A. Grant re what services are we NOT using from Google Play? (08/15/2019) | November 30, 2023 |
| **Exhibit 10010** | Chat messages between T. Stone and A. Grant (07/29/2020) | November 30, 2023 |
| **Exhibit 10018** | Email from E. Zobrist to L. Koh re Follow up to our Google Meet chat (04/11/2020) | November 7, 2023 |
| **Exhibit 10020** | Email from D. Song to L. Koh re Thank you (04/21/2020) | November 7, 2023 |
| **Exhibit 10026** | Email from T. Sweeney to H. Lockheimer re Fortnite on Google Play (01/13/2020) | November 20, 2023 |
| **Exhibit 10028** | Email from D. Song to L. Koh re Thank you (04/21/2020) | November 30, 2023 |
| **Exhibit 10104** | Document titled "Example of '1:1' Chat" | November 7, 2023 |
| **Exhibit 10171** | Chat messages between A. Shobin and H. Stolfus (04/28/2020) | November 30, 2023 |
| **Exhibit 10184** | Slide deck titled "Fortnite Mobile: Mobile Business Update/Deep Dive" | November 30, 2023 |
| **Exhibit 10193** | Email from H. Stolfus to L. Koh re Follow up to our Google Meet chat (04/15/2020) | November 30, 2023 |
| **Exhibit 10194** | Email from H. Stolfus to E. Zobrist re Heads up (04/23/2020) | November 30, 2023 |
| **Exhibit 10196** | Chat messages between E. Zobrist and H. Stolfus (04/30/2020) | November 30, 2023 |
| **Exhibit 10198** | Email from M. Weissinger to H. Stolfus re The Why (07/17/2020) | November 30, 2023 |
| **Exhibit 10521** | Slide deck titled "Fortnite Mobile: Mobile Business Update/Deep Dive" | November 30, 2023 |
| **Exhibit 10538** | Email from D. Shaw to T. Sweeney et al. re xCloud (10/06/2021) | November 30, 2023 |
| **Exhibit 10540** | Email from A. Grant to undisclosed recipients re Fortnite Releases on xCloud Tomorrow! (05/05/2022) | November 30, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 10677** | Email from D. Wallerstein to J. Babcock re Epic Board Report 2Q19 and 2018 Annual Audited Financial Statements (Internet mail) (05/11/2019) | November 20, 2023 |
| **Exhibit 10684** | Email from T. Sweeney to M. Rein re Apple/Google approach (attorney client privilege) (05/11/2020) | November 20, 2023 |
| **Exhibit 10692** | Spreadsheet titled "Epic Games Non-GAAP Consolidated Financials" (12/31/2021) | December 1, 2023 |
| **Exhibit 10694\*\*\*** | Spreadsheet titled "Epic Games, Detailed Consolidated P&L (Overhaul & Non-GAAP)" (02/02/2021) | December 1, 2023 |
| **Exhibit 10708** | Email from R. Gelber to D. Wallerstein re (Internet mail) (09/30/2020) | December 1, 2023 |
| **Exhibit 10811** | Email from T. Sweeney to A. Zerza re Interconnectivity (06/29/2019) | November 29, 2023 |
| **Exhibit 10883** | Google Play Developer Distribution Agreement (11/17/2020) | November 9, 2023 |
| **Exhibit 10928** | Email from A. Ong to P. Kochikar, B. Barras re Sorry... (06/19/2018) | November 9, 2023 |
| **Exhibit 11110** | Document titled "Tinder Play Value Estimate" | November 8, 2023 |
| **Exhibit 11221** | Slide deck titled "Mobile Distribution" (12/00/2018) | November 29, 2023 |
| **Exhibit 11222** | Document titled "Self-Publishing Games - Circumventing Google Play" | November 29, 2023 |
| **Exhibit 11226** | Document titled "Nicolo:Jarred Agenda" (01/30/2019) | November 29, 2023 |
| **Exhibit 11227** | Slide deck titled "Google Velocity Deal" (02/04/2020) | November 29, 2023 |
| **Exhibit 11229** | Email from S. O'Donnell to N. Laurent re [Singing Session] Non-Coupa, Credits Contract: Google, Inc. (RGI) – Google Velocity P, GCP, and AC Addendums (03/09/2020) | November 29, 2023 |
| **Exhibit 11370** | Slide deck titled "MagicLab: 2020 Q1 Board Meeting: Buzz Holdings GP LLC, Worldwide Vision Ltd (05/14/2020) | November 8, 2023 |
| **Exhibit 11373** | Slide deck titled "Tilting Point – Google – Annual Recap (01/27/2022) | December 1, 2023 |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Exhibit 11405** | Document titled "US Amazon Appstore – Consumer Q1-13 Program Summary (04/23/2013) | November 20, 2023 |
| **Exhibit 11406** | Document titled "2021 Appstore Experience Final Review" | November 20, 2023 |
| **Exhibit 11408** | Web page titled "How to Sideload Apps onto Your Amazon Fire Tablet" (03/02/2022) | November 20, 2023 |
| **Exhibit 11409** | Demonstrative titled "Developer Concerns" | November 15, 2023 |

\* The Court has permitted the Parties to file Exhibit 433, Exhibit 436, Exhibit 1390, Exhibit 1492 and Exhibit 5641 in excerpted form. *See* Trial Tr. 3297:17-3300:20. Exhibit 6446 was inadvertently omitted from the list of exhibits that Google requested to file in excerpted form. Epic does not object to Google's request to file excerpts of this document. All of these exhibits were admitted into evidence in their entirety, and complete, unexcerpted copies were provided to the Court and jury. The Parties agree that the entirety of these exhibits—and not just the excerpted pages—are part of the record and may be used in any further proceedings or on appeal.

\*\* The Court admitted portions of Exhibit 5528, Exhibit 5941, Exhibit 5945, Exhibit 6178 and Exhibit 8573. For these exhibits, the Parties have filed just the portions that were admitted into evidence.

\*\*\* Exhibit 428, Exhibit 440, Exhibit 1363, Exhibit 1764, Exhibit 2054, Exhibit 2720, Exhibit 6288, Exhibit 6695, Exhibit 8054, Exhibit 9051, Exhibit 9052, Exhibit 9053 and Exhibit 10694 could not be filed electronically in their native form. Copies of these exhibits in their native forms are being maintained in the case file in the Clerk's office.

1    DATED:  December 21, 2023        CRAVATH, SWAINE & MOORE LLP

2                        Christine Varney *(pro hac vice)*
cvarney@cravath.com

3                        Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com

4                        Timothy G. Cameron *(pro hac vice)*
tcameron@cravath.com

5                        Yonatan Even *(pro hac vice)*
yeven@cravath.com

6                        Lauren A. Moskowitz *(pro hac vice)*
lmoskowitz@cravath.com

7                        Justin C. Clarke *(pro hac vice)*
jcclarke@cravath.com

8                        Michael J. Zaken *(pro hac vice)*
mzaken@cravath.com

9                        M. Brent Byars *(pro hac vice)*
mbyars@cravath.com

10                 FAEGRE DRINKER BIDDLE & REATH LLP
                       Paul J. Riehle (SBN 115199)

11

12                 Respectfully submitted,

13                 By: * /s/ Gary A. Bornstein*
                       Gary A. Bornstein

14    DATED:  December 21, 2023        MORGAN, LEWIS & BOCKIUS LLP

15                        Brian C. Rocca
                       Sujal J. Shah

16                        Minna L. Naranjo
                       Rishi P. Satia

17                        Michelle Park Chiu

18

19                 By:    /s/  *Brian C. Rocca*

20                        Brian C. Rocca

21                 *Counsel for Defendants Google LLC et al.*

22

23

24

25

26

27

28

1    DATED:  December 21, 2023                MUNGER, TOLLES & OLSON LLP
2                                                Glenn D. Pomerantz
                                                 Kyle W. Mach
                                                 Kuruvilla Olasa
3                                                Justin P. Raphael
                                                 Emily C. Curran-Huberty
4                                                Jonathan I. Kravis

5                                             Respectfully submitted,

6

7                                           By:   */s/ Glenn D. Pomerantz*
                                                 Glenn D. Pomerantz

8                                            *Counsel for Defendants Google LLC et al.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## E-FILING ATTESTATION

2

    I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this

3

document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4

identified above has concurred in this filing.

5

6

                      */s/ Gary A. Bornstein*

                      Gary A. Bornstein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28