# PIXEL SWITCHING STUDY

1.18.17

Jessica Beavers @  / Katy Bennett @



EXHIBIT 290.R

**EXHIBIT 290.R-001**

CONFIDENTIAL

GOOG-PLAY-000880576.R





## QUICK LINKS TO IMPORTANT THINGS

SWITCHING HYPOTHESES | PG.03

METHODOLOGY | PG.10

EXECUTIVE SUMMARY | PG.13

INSIGHTS & IMPLICATIONS | PG.17

THE SWITCHING PROCESS | PG.46
W/ RECOS

APPENDIX | PG.63

EXHIBIT 290.R-002

# We know users approach switching smartphone brands with caution.

Google

3

But we know there's openness to switching from iOS users.

People are tiring of their iPhones and we need to give them a compelling reason to switch.

**EXHIBIT 290.R-003**

CONFIDENTIAL

GOOG-PLAY-000880578.R

# Android has a reputation of being complicated; and iOS users especially feel this way.



Source:
https://docs.google.com/presentation/d/1Pwwu65uk3x4EjIW_qXTMYBisJhGjmbSgP6LGZRFao
Fk/edit?ts=5875531e#slide=id.gc9a5e2c4d_0_70

**EXHIBIT 290.R-004**

CONFIDENTIAL

GOOG-PLAY-000880579.R

# Losing data is one the biggest concerns with switching; along with learning a new OS, apps/feature incompatibility and phone spec inequality.



SW3. Which, if any, of the following reasons would prevent you from choosing a different smartphone brand than [main smartphone], the next time you buy a phone? Base=all respondents

*Ordered based on total*

5

Source:

https://docs.google.com/presentation/d/1Pwwu65uk3x4EjIW_qXTMYBisJhGjmbSgP6LGZRFaoFk/edit?ts=5875531e#slide=id.gc9a5e2c4d_0_70

**EXHIBIT 290.R-005**

CONFIDENTIAL

GOOG-PLAY-000880580.R

# iOS users are generally more concerned than others about making the switch.



SW3. Which, if any, of the following reasons would prevent you from choosing a different smartphone brand than [main smartphone], the next time you buy a phone? Base=all respondents

*Ordered based on total*

6

Source:

https://docs.google.com/presentation/d/1Pwwu65uk3x4EjIW_qXTMYBisJhGjmbSgP6LGZRFao Fk/edit?ts=5875531e#slide=id.gc9a5e2c4d_0_70

**EXHIBIT 290.R-006**

CONFIDENTIAL

GOOG-PLAY-000880581.R

# And iOS users are VERY attached to key features in the Apple's ecosystem:





spencer cz
@spencer_cz
⚙ ✉ Follow

the pixel phone by google looks awesome but i simply can't switch from apple until cross-compatibility with imessage exists on other phones





"I'm interested in Google Pixel but also apprehensive because I have been so loyal to the iPhone models and brand and don't want to lose all my music from iTunes. It would be a hassle to start over."
- Female 26-35/ iOS



Laura Mosher
@thelovelywren
⚙ ✉ Follow

Switched from iPhone to Pixel. I miss:

1. The way the emojis look
2. FaceTime

That is all.

  


Punbar
@PeteSchoen1
⚙ ✉ Follow

I switched from iPhone to the google phone and I'm embarrassed to even think about using those knock off emojis

Google                                                                                          7

Sources:1) https://docs.google.com/presentation/d/1T2_KMxUaIkoFMhKdkv3XefVldGXgOQpDJbzz0nPd7oY/edit#slide=id.p32
2)
    https://docs.google.com/presentation/d/1RL4EmAUtJWfeNI5KRWM3wVGiUehkIAZPU6EZtpnkeUw/edit?ts=58753a47#slide=id.g1bdf9bb63d_0_172

**EXHIBIT 290.R-007**

CONFIDENTIAL                                   GOOG-PLAY-000880582.R

# So, what is it like to switch?
# And how well are we doing for our users?

Google

8

**EXHIBIT 290.R-008**

CONFIDENTIAL

GOOG-PLAY-000880583.R

# RESEARCH HYPOTHESIS:

*Switching is not as easy we think.*

*We are oversimplifying the process.*

*More clear resources are needed for iOS users.*

Google

9

**EXHIBIT 290.R-009**

CONFIDENTIAL

GOOG-PLAY-000880584.R



# WHAT DID WE DO?

## METHODOLOGY

**EXHIBIT 290.R-010**

CONFIDENTIAL

GOOG-PLAY-000880585.R

# THREE-PART METHODOLOGY

**1**

## DOCUMENTED 3 "SWITCHES"
### 3 participants total

**iPhone to Pixel**
(2 Participants)

**Android to iPhone**
(1 Participant)

**METHODS:**
Filmed on participants phone and uploaded via email. Two Google Hangouts as follow ups. Respondents maintained journals.

  

**2**

## AUDITED EXTERNAL COMMS & SOCIAL

**Google's existing content and communications**
**Third-party communications**
**Social media dialogue**
**Packaging and included literature**

      

**3**

## EXISTING RESEARCH

**Audited existing internal research in the past 6-12 mths**

11

**EXHIBIT 290.R-011**

CONFIDENTIAL

GOOG-PLAY-000880586.R

# THE "SWITCHERS"







**Ivan L.**
iPhone 7 → Pixel

**Dan S.**
iPhone 6 → Pixel

**Hannah F.**
Samsung Galaxy → iPhone 7

**PRE-SWITCH ATTITUDE:**
Optimistic and enthusiastic

**PRE-SWITCH ATTITUDE:**
Optimistic but anxious

**PRE-SWITCH ATTITUDE:**
Optimistic and eager

**TECH IQ:**
First adopter of new technology, feels
confident troubleshooting on his own

**TECH IQ:**
High dependence on his phone, but not
necessarily tech-savvy

**TECH IQ:**
Moderate dependence on phone,
she is used to frequent glitches



**EXHIBIT 290.R-012**

CONFIDENTIAL

GOOG-PLAY-000880587.R



**EXHIBIT 290.R-013**

CONFIDENTIAL

GOOG-PLAY-000880588.R



# Executive Summary

Google

Proprietary + Confidential

**Switching phones = switching ecosystems**.
You not only have to learn how to use a new OS, but completely new platforms around it.

**It feels a lot like learning a foreign language.**
From iOS to Android; from App Store to Play Store; from iTunes to Play Music/Google Music/Etc; from iOS core Apps to infinite choices.

**It really IS NOT as easy as 1, 2, 3.**
Transfer and set up involves an average of 40 steps and can take as long as 9 hours if you use the cloud.

**There is no ONE place for help.**
It needs to be clear and easy to find the right switching resources. We have 4 websites currently.

**A successful transfer of data does not equal a successful switch.**
Switching happens in 3 phases. Prep work, data transfer and then adapting to the new phone.

**It's an individual experience.**
Because what's on our phone is unique to us, the process and what works/does not work is is also individual.

WE NEED TO MANAGE PEOPLE'S EXPECTATION OF THE SWITCH
TO FEND OFF "SWITCHER'S REMORSE"

**EXHIBIT 290.R-014**

CONFIDENTIAL

GOOG-PLAY-000880589.R

# What's Working; What's Not

Google

## What is working:



- Communications are resonating highly positive

- People are excited; and iOS users are itching for something new

- The process IS easier than it was before (but…)

- Customization throughout the setup process is new and appreciated by iOS users

- Transferring data via cable is much easier and thorough than via cloud

- The Android community is available and willing to aid new Pixel users through unique troubleshooting scenarios

## What is not:



Proprietary + Confidential

- Not preparing customers for the switch

- Data transfer is inconsistent and sometimes incomplete

- Progress through the transfer process is unclear

- Photos, messages, contacts, music, apps = consistent issues

- Lack of language transfer from iOS to Android (ie: what's my new message app called?)

- Users need help with acclimating to the OS - more in product help / tour

- More follow up after 7 days / 30 days

**EXHIBIT 290.R-015**

CONFIDENTIAL

GOOG-PLAY-000880590.R

Proprietary + Confidential

# Action Items to Prototype

Google

- A single "Switch from iOS" website (currently there are 3)

- A pre-game checklist to prepare  iOS customers

- "Tips and Tricks" page that solves switching pain points, provides optimization tools, is easy to navigate and easy to find (ie: navigation, notifications, "hacks," shortcuts, etc.)

- A "Get Started / Top 10" curated list of third-party Play Store apps.

- A "Welcome to Pixel" book made for iOS users (given at POS or when ordered online) that's highly visual and fun, developed by an artist, to introduce new users to Android

- Develop language/descriptions to explain iOS equivalent apps  (ie: "What's my new iMessage?").

- Emojis that compete with switchers' beloved iOS emojis.

- Follow up communications that help switchers acclimate to the world of Pixel.

**EXHIBIT 290.R-016**

CONFIDENTIAL

GOOG-PLAY-000880591.R

# WHAT WE FOUND

**INSIGHTS, EXPECTATIONS, COMMUNICATIONS, SWITCHING PROCESS, PRODUCT IDEAS**

**EXHIBIT 290.R-017**

CONFIDENTIAL

GOOG-PLAY-000880592.R



# 4 MACRO INSIGHTS

### AND THEIR IMPLICATIONS

**EXHIBIT 290.R-018**

CONFIDENTIAL

GOOG-PLAY-000880593.R

# 4 MACRO INSIGHTS

1.EXPECTATIONS FOR PIXEL ARE SET VERY HIGH

1.SWITCHING IS A MARATHON, NOT A SPRINT

1.THE SWITCHING PROCESS IS NOT AS EASY AS 1, 2, 3

1.THE SWITCHING PROCESS CAN FEEL LIKE A FOREIGN LANGUAGE



19

**EXHIBIT 290.R-019**

CONFIDENTIAL

GOOG-PLAY-000880594.R

MACRO INSIGHT #1
# EXPECTATIONS FOR PIXEL ARE SET VERY HIGH



**EXHIBIT 290.R-020**

CONFIDENTIAL

GOOG-PLAY-000880595.R

# PEOPLE EXPECT A LOT FROM GOOGLE BASED ON YEARS OF EXPERIENCE WITH ITS PRODUCTS— i.e. SIMPLICITY, RELIABILITY





**EXHIBIT 290.R-021**

CONFIDENTIAL

GOOG-PLAY-000880596.R

# CURRENT PIXEL COMMUNICATIONS
# IN THE WORLD SET A VERY HIGH BAR…



**GOOGLE STORE**



**MADE BY GOOGLE**



**GOOGLE BLOG**



**OOH**



**TECH WEBSITES**



**BRAND DIALOGUE**



**PIXEL SUPPORT**



**GOOGLE ASSISTANT**



**PIXEL USER COMMUNITY**



**THIRD-PARTY QUOTES**



**GOOGLE REDDIT FORUM**



**TWITTER HASHTAGS**



**YOUTUBE ACCOUNT**



**TWITTER ACCOUNT**



**FACEBOOK ACCOUNT**



**WELCOME EMAIL**



**BOX CONTENTS**



**INSTAGRAM HASHTAGS**



**EXHIBIT 290.R-022**

CONFIDENTIAL

GOOG-PLAY-000880597.R

**GOOGLE COMMUNICATES:**
**"BEST PHONE EVER"**

**CONSUMER EXPECTATION:**
**"BEST PHONE EVER;**
**BETTER THAN MY iPHONE"**



"Need a new phone? Like new new? Like doesn't have a version number new?"

YOUTUBE ADVERTISEMENT,
"INTRODUCING PIXEL, PHONE BY GOOGLE"



**Mashable**

" A digital assistant that's actually smart. "

" The camera is the best ever in a smartphone. "

" A high IQ and a world of potential. "

MADE BY GOOGLE WEBSITE

**Made by Google** @madebygoogle · 4 Oct 2016

Today marks an inflection point for Google — and what's possible when the best software meets the best hardware.



Your Phone, Never Full

Never lose a memory with unlimited storage for your photos and videos, all stored at full resolution in Google Photos. And use Smart Storage to let Pixel help free up space when you need it. Just set it up once and say good-bye to those annoying "storage is full" warnings.



23

**EXHIBIT 290.R-023**

CONFIDENTIAL

GOOG-PLAY-000880598.R

**GOOGLE COMMUNICATES:**
**"BY YOU"**

**CONSUMER EXPECTATION:**
**"FREEDOM TO PERSONALIZE"**



JOYRIDE BY YOU,
PHONE BY GOOGLE



LIFE BY YOU,
PHONE BY GOOGLE





FREEDOM BY YOU,
PHONE BY GOOGLE



CRUSH BY YOU,
PHONE BY GOOGLE



POSE BY YOU,
PHONE BY GOOGLE



TOGETHER BY YOU,
PHONE BY GOOGLE

MEMORIES BY YOU,
PHONE BY GOOGLE

NIGHT MOVES BY YOU,
PHONE BY GOOGLE

- Pixel Advertisements -



24

**EXHIBIT 290.R-024**

CONFIDENTIAL

GOOG-PLAY-000880599.R

## GOOGLE COMMUNICATES:
## "A SMARTER ASSISTANT"

## CONSUMER EXPECTATION:
## "A SUPERIOR, LIFE ASSISTANT"









## Ask it anything.

Search for the capital of Botswana or find translations in over 100 languages. Ask your Assistant for your flight status, and what the weather's like when you get there.

## Tell it to do things.

Tell your Assistant to play jazz on the living room speakers or dim the lights through Google Home. Make a reservation, set a reminder or send a message with the help of your Assistant on Pixel.

## All your devices.
## One Assistant.

From your smartphone to your smart home. Your one Assistant will extend to help you across contexts. Meet your Assistant today on Google Home, Google

## Your Assistant works with your favorite stuff, too.

Your Google Assistant continues to learn over time, working with your favorite services and home devices. Shuffle your chill playlist on your phone. Stream videos to your TV, dim the lights or turn down the heat with the help of your Assistant on Google Home.



- Assistant.Google.com -

25

**EXHIBIT 290.R-025**

CONFIDENTIAL

GOOG-PLAY-000880600.R

## GOOGLE COMMUNICATES:
## "EASY AS 1-2-3"

## CONSUMER EXPECTATION:
## "FRICTIONLESS TRANSITION"



MADE BY GOOGLE WEBSITE

"Meet Pixel. The first phone made by Google. The power of Google, at your fingertips. Every touch, every interaction, every moment - made easy."

GOOGLE FI WEBSITE

"Ready to make the leap to Pixel? As you'll see here, it's pretty simple. Your content from your old device will love its new home and you'll be up and running in no time at all."

YOUTUBE VIDEO, "#PIXEL TIPS: SWITCHING FROM IPHONE®"



**EXHIBIT 290.R-026**

CONFIDENTIAL

GOOG-PLAY-000880601.R

# THE PRESS AND CONSUMERS CONFIRM THESE EXPECTATIONS

| "A MAGICAL EXPERIENCE" | "FRICTIONLESS TRANSITION" | "FREEDOM TO PERSONALIZE" | "A SUPERIOR, LIFE ASSISTANT" |

## PRESS

*"It's fast. It's intelligent. And I've never used an Android phone quite so full of surprise and delight."*
PC WORLD

*"Changing to your new Pixel in three simple steps. Just connect, sign in, and transfer."*
VERIZON STORE

*"Android allows for much more customization than iOS, with alternate launchers, widgets, shortcuts, backgrounds, lock screens..."*
HEAVY

*"Google's Assistant Is More Ambitious Than Siri and Alexa. The search giant wants its virtual assistant to rule your home, phone, and TV."*
MIT TECHNOLOGY REVIEW

## CONSUMERS

*"I've been on iPhones since the beginning and I feel like they finally lost their magic. I'm looking forward to trying out a clean cut version of android and all the supposed features and freedom that brings."*
ENTERTAINMENT-720, REDDIT USER

*"the transfer of Photos, Contacts, Calendar etc. was nice and simple with the cable (This is what kept me with Apple in the first place, buying a new iPhone, logging in and everything's there). Everything went smoothly."*
CROSSBLADE_08, REDDIT USER

*"…assuming Pixel reviews are comparable to the iPhone, I'm dropping my iPhone. No point in staying on such a closed ecosystem, if the one benefit it had was gone."*
SAGAN96, REDDIT USER

*"I'm excited about the Pixel and the digital assistant on it. I always felt like Siri didn't do enough. I want that conversational aspect of it. "Hey phone, what is the temp?" and all that. Siri was a leader for a long time but it's stale in my opinion."*
- DruidOfFail, REDDIT



27

**EXHIBIT 290.R-027**

CONFIDENTIAL

GOOG-PLAY-000880602.R

# The campaign message is strong, but finding switching answers is hard.

Google

28

**EXHIBIT 290.R-028**

CONFIDENTIAL

GOOG-PLAY-000880603.R

# THE SUPPORT IS OUT THERE, BUT iOS CUSTOMERS DON'T KNOW WHERE TO GO FOR ANSWERS IF THEY HAVE A PROBLEM.



**3 GOOGLE OWNED SWITCHING WEBSITES ALONE:**

G-Store

Madeby

Help Support

"*[I went to]* the Made by Google website just so that I could see the actual specs of it. **They had their fun little animation of the simple one, two, three step, but I feel like with any major purchase, I'll usually look at actual people reviews.** I'll go to CNET and then I'll go to YouTube to see people interacting with it and doing side-by-side camera comparisons and just showing how quickly the different programs can run on it."
-DAN S. RECENT SWITCHER

"***I went to the Google search engine and I typed in "switching from iPhone to Pixel"*** and out of the first page maybe like eight out of the first top 10 results brought me to Reddit and none of the results brought me to the Google page for switching from iPhone to Android, which is odd, but, I guess it's fair that they'll give you what you're looking for instead of pushing their own result to the top."
-IVAN L., RECENT SWITCHER



**EXHIBIT 290.R-029**

CONFIDENTIAL

# IMPLICATION: WE NEED TO MAKE IT EASY AND CLEAR WHERE TO FIND HELP SO THE PROCESS IS SMOOTHER.



**CREATE A COMMUNICATIONS ECOYSYSTEM**

**SET & MANAGE EXPECTATIONS**

- One website for people to go to

- Check list for users to prepare

- Step-by-step instructions

- Troubleshooting for common issues (SIM card, turning off iMessage, etc)

- Introduction to Android (where things live now, etc)

- Clear links to other help resources (social, technical pages, specs, etc)



30

**EXHIBIT 290.R-030**

GOOG-PLAY-000880605.R



MACRO INSIGHT #2
# SWITCHING IS A MARATHON, NOT A SPRINT



**EXHIBIT 290.R-031**

CONFIDENTIAL

GOOG-PLAY-000880606.R

# SUCCESSFUL TRANSFER OF DATA ≠ SUCCESSFUL SWITCH.

The switching process is more than just moving data from one phone to another.
There are three steps we've identified in the journey.



**PHASE 1:**

**DISCOVERY &
PREPARATION:**

Exploring what the Pixel has to
offer, what a switch entails,
and determining is it's right for
them.



**PHASE 2:**

**TRANSFER &
ACTIVATION**

Transferring the contents of
ones original phone to the
Pixel, as well as setting up new
preferences.



**PHASE 3:**

**LEARNING &
ACCLIMATION**

Exploring and adjusting to
Pixel's distinct ecosystem, as
well as learning optimum
usage techniques.



**EXHIBIT 290.R-032**

CONFIDENTIAL

GOOG-PLAY-000880607.R

# FINDING COMFORT OUTSIDE OF ONE'S COMFORT ZONE, TAKES TIME.



● COMFORT ZONE   ● STRETCH ZONE   ● PANIC ZONE



*"we are programmed to initially dislike unfamiliar stimuli [and] we take this initial negative reaction as our true--and stable--reactions toward them….but over time, and with repeated exposure to them, we grow to like them. The effect of familiarity on liking is thus slow, but reliable.*
**PSYCHOLOGY TODAY, "FAMILIARITY BREEDS ENJOYMENT"**

*"I've been with an iPhone ever since I've had a smart phone, so I don't take the switch over lightly. So to see something that's kind of like this picture and to see like things online that are like 1, 2, 3 ... you're like okay that's cool and all but like... a little more talking about the process might have been helpful."*
**- DAN S., RECENT SWITCHER**

**EXHIBIT 290.R-033**

CONFIDENTIAL

GOOG-PLAY-000880608.R

# IMPLICATION: THOROUGHLY PREPARE USERS IN PHASE 1 FOR A MORE SUCCESSFUL DATA TRANSFER (PHASE 2)

**1. GIVE PREPARATION IT'S OWN DISTINCT PLACE (ONLINE, PIXEL BOX), SO THAT IT DOESN'T GET OVERLOOKED.**



**2. THE PIXEL WEBSITE SHOULD SET EXPECTATIONS ON THE SWITCHING PROCESS, BE A HUB FOR ONBOARDING, AND BE A REPOSITORY OF TECH SPECS**

*"I absolutely considered going back to the iPhone. There were so many moments where I was like, 'I'm trying to learn to do this thing that I already knew how to do… I thought that the whole point of Android was that they are so many steps ahead of the iPhone…[Pixel] should be able to do what I did before and more."*

-IVAN L., RECENT SWITCHER



34

CONFIDENTIAL

**EXHIBIT 290.R-034**

GOOG-PLAY-000880609.R

# IMPLICATION CONT'D: THOROUGHLY PREPARE USERS IN PHASE 1 FOR A MORE SUCCESSFUL DATA TRANSFER (PHASE 2)

## 3. ACCOUNT FOR MORE PREPARATION THAN DEACTIVATING iMESSAGES AND FACETIME

- Turn off iMessages
- Turn off FaceTime
- Deactivate your iPhone (if reselling or donating)
- Transfer your SIM card before turning on the Pixel phone
- Create a Google account (if they haven't already)
- De-select the "backup encryption" within iPhone settings
- Backup photos to computer or cloud as a precautionary measure
- Provide instructions on how to transfer iCloud photos to Google Photos, given that they won't transfer with the cable.
- Introduce Google apps early so that switchers have time to explore offerings and decide if it's right for them, pre-setup (e.g. Allo, Daydream, Pay, Duo, Keep, etc.).
- Provide instructions on how to transfer contents of Apple apps into Google apps that won't transfer automatically, such as Apple Notes to Google Keep.

## 4. PROVIDE "TIPS AND TRICKS" THAT FEED THE NECESSITIES (INSTILLED BY APPLE) TO HELP ALLEVIATE LEARNING CURVE

**IPHONE MIRRORING:**
- App counter - (Apps such as "Notifyer Unread Count," and "Nova Launcher")
- iOS emojis - (Apps such as "Emoji Switcher")
- Text from your computer - (Apps such as "Join")

**CUSTOMIZATION:**
- Customize "Moves" within settings
- Edit Quick Settings
- Enable System UI Tuner
- Customize the Google Assistant
- Customize Daily Briefing

**SECRET FEATURES:**
- Turn on Notification lighting
- Play Trivia with Google Assistant
- Access Split screen mode
- Enable and/or program Night Light
- Get more information related to what's currently on screen via Google Assistant
- Automatically (and securely) connect to open WiFi networks
- Caller ID & Spam (Get more info on incoming callers and block numbers)
- Accessing Support (located within the Settings app)
- Turning on Battery Saver (located within Settings and notification shade)
- Shortcuts:
  - Ability to respond to messages directly through notifications
  - Long-pressing on icons (e.g. Long-press on the Gmail icon and you can jump straight into the compose tab. Long-press on the Maps icon and you can navigate home without opening up the app. Long press the Photos icon, and you'll see a shortcut to "free up space.")

**PERKS**
- Google Opinion Rewards



**EXHIBIT 290.R-035**

CONFIDENTIAL

GOOG-PLAY-000880610.R

# IMPLICATION: ONCE DATA TRANSFER IS COMPLETE (P2), PROVIDE MORE RESOURCES TO HELP USERS ACCLIMATE

*"I'm very satisfied with the Pixel. I think there's **still room to grow and things to learn** about it, which makes me excited, rather than frustrated at this moment. Before, it was all just so new that I just didn't know how to do anything. Now, it's like alright, I have a good grasp of it and there's more that I don't know and I'm excited to learn more.*

-IVAN L., RECENT SWITCHER

*"...when you sign up, **you get one forgettable e-mail** saying, "Here's all the FAQs." I think that they should definitely have more follow-ups… I feel like they could be more vocal. I get more e-mails from Bed Bath and Beyond than I do Google. I never use those 20% coupons from Bed Bath and Beyond, so why is it that they can't **proactively reach out to be like, 'How's it going?** Are you feeling these issues that other people may be feeling?' I can't be the only one. Even if it's just a weekly e-mail like, 'Oh a new exciting thing to use.' "*

- DAN S. RECENT SWITCHER



36

**EXHIBIT 290.R-036**

CONFIDENTIAL

GOOG-PLAY-000880611.R



MACRO INSIGHT #3
# THE SWITCHING PROCESS IS NOT "AS EASY AS 1, 2, 3"



**EXHIBIT 290.R-037**

CONFIDENTIAL

GOOG-PLAY-000880612.R

# TRANSFER & SETUP INVOLVES AN AVERAGE OF 40 STEPS (SOME WITH MINI-PROMPTS), AND CAN TAKE AS LONG AS 9 HOURS IF USING THE CLOUD

## PHASE 2 STEPS ("TRANSFER & SET UP")



SEE PG. 36 FOR TRANSCRIBED JOURNEY AND RECOMMENDATIONS
SEE APPENDIX FOR FULL PHOTO JOURNEY

*"Every time I look it says a different number. One time it will say like "Uploading 125 photos, 123 left", and next time I look it will say like "Uploading 637 photos, 625 left" and all things like that. And the number left hardly goes down at all - I left it going all night and it uploaded 12 photos in 8 hours!"*
-GEOFF L., PRODUCTFORUMS.GOOGLE.COM



**EXHIBIT 290.R-038**

CONFIDENTIAL

GOOG-PLAY-000880613.R

# WHILE APPLE HAS A SIMILAR AMOUNT OF STEPS (37), THEY MANAGE TO STREAMLINE THE PROCESS BY DOING THE FOLLOWING:

| MINIMAL LANGUAGE | TRADITIONAL CUSTOMIZATION | BULK AGREEMENTS |
|---|---|---|

 

| iPhone | Pixel | iPhone | Pixel | iPhone | Pixel |
|---|---|---|---|---|---|



**EXHIBIT 290.R-039**

GOOG-PLAY-000880614.R

# RESULTING IN A SHORTER SWITCHING DURATION
## (THOUGH PIXEL EXCELS WHEN IT COMES TO IDLE TIME)

| PIXEL | iPHONE |
|---|---|



**PIXEL**

TRANSFER MECHANISM:
**Cable**

IDLE TRANSFER TIME:
**~13 minutes**
*with an option to skip ahead*

TOTAL TRANSFER TIME:
**~92.44 minutes***

**iPHONE**



TRANSFER MECHANISM:
**WiFi, Application**

IDLE TRANSFER TIME:
**~44.19 minutes**

TOTAL TRANSFER TIME:
**~68.29 minutes***

*Note: These numbers are based on a sample size of 2 and could be longer than average due to dialogue between the researcher and participant.*



**EXHIBIT 290.R-040**

CONFIDENTIAL

GOOG-PLAY-000880615.R

**Switching is hard, either way you go. Preparing people in advance will make the process smoother, shorter and more successful overall.**

Google

41

**EXHIBIT 290.R-041**

CONFIDENTIAL

GOOG-PLAY-000880616.R



MACRO INSIGHT #4
# THE SWITCHING PROCESS CAN FEEL LIKE A FOREIGN LANGUAGE

**EXHIBIT 290.R-042**

CONFIDENTIAL

GOOG-PLAY-000880617.R

# PIXEL (+ANDROID/PLAY STORE) OPENS CONSUMERS UP TO A WORLD OF CHOICE, WHICH CAN BE OVERWHELMING FOR THOSE USED TO THE 'iPHONE PRISON.''

**THERE IS A MULTITUDE OF APPS THAT DO THE SAME THING (AND ARE NOT ALWAYS OWNED BY GOOGLE)…**

*"even trying to figure out the email reader or an unread text counter on the new Pixel, there are so many options I don't know how to choose which is the one. I'm going into different forums to try to find out. They are like, 'Here are the top 10 email counters.' It just feels like a lot and I don't know how they're managing their developers… who am I giving permissions too? I just don't know who I'm allowing to look at my emails.*
-IVAN L., RECENT SWITCHER

**…REQUIRING MORE TIME AND EFFORT THAT A BUSY WORK WEEK DOESN'T ALWAYS ALLOW FOR.**

*"…in a busy work week, I already have all of these things that I have to think about and now I have to think about how to use my device. On my holiday week, it's like oh, I can just like kind of relax and just look around in the phone and see what this thing does, and like why is my data bill going up so quickly? Oh, I should turn these things off. [I have more time to] delve into it and toggle around a little bit more."*
-DAN S., RECENT SWITCHER

           

*Pixel*                    *iPhone*



43

**EXHIBIT 290.R-043**

CONFIDENTIAL

GOOG-PLAY-000880618.R

# REGARDLESS OF TECH IQ, SOME OF THE SIMPLEST, MOST STRAIGHTFORWARD SET UP QUESTIONS ON PIXEL CAN BE CONFUSING.



*iPhone*                    *Pixel*

## GENERAL SETUP

*"There's this wonderful sub-Reddit called, "Explain It Like I'm Five," where people ask really difficult concepts and then all these experts weigh in, pare things back and get to the core of the issue. I feel like the people who created [Pixel] created a great phone, but they need to step back a little bit and explain things more simply and naturally."*
-DAN S., RECENT SWITCHER

## SHARING PERSONAL DATA

*"[Sharing my personal information] just doesn't seem as appealing when you have to read it, whereas I guess with Siri it's kind of out of sight out of mind. Right? And this is just kind of, "Hey, we're going to let you know exactly what we're doing," and it starts making you question their motives."*
-IVAN L., RECENT SWITCHER



44

**EXHIBIT 290.R-044**

CONFIDENTIAL

GOOG-PLAY-000880619.R

# BECAUSE THERE IS NO CLEAR HELP CENTER, USERS RELY ON FRIENDS AND/OR SEEK OUT A COMMUNITY ONLINE FOR ANSWERS VS. US

*"Whenever I had a question about how to use the Pixel, I just reach out to other friends that have Androids and then I would go online. A lot of the immediate information that I would get were from different forums… people asking questions and trying to figure out their problem… they didn't necessarily own the Pixel but did have other iterations of Android."*
-IVAN L., RECENT SWITCHER







*"This is the manual I wanted with the phone, instead I got a cryptic Lego instruction-style fold-out. Thank you!"*
-CRYSTALISTWO, REDDIT USER, COMMENTING ON A PIXEL CUSTOMIZATION STARTER GUIDE



45

**EXHIBIT 290.R-045**

CONFIDENTIAL

GOOG-PLAY-000880620.R

# IMPLICATION: TRANSLATE MORE CLEARLY WHAT WE ARE ASKING FOR OF USERS

## 1. TRANSLATE ANDROID IN iOS TERMS

Switchers have not only been using Apple products for the last 9 years, but they've been speaking the language, fluently. In order for switchers to take full advantage of the setup process and have context when it comes to Google applications, notifications, and preference settings, refer to their Apple language when need be.

## 2. EXPLAIN WHAT DATA SETTINGS WILL ACCOMPLISH IN BENEFIT TERMS.

While iPhone users believe data monitoring, sharing, and analyzing is inevitable, they aren't used to being confronted with it (thanks to Apple's notorious "Terms and Conditions" page). In the Pixel setup process, switchers appreciate Google's elaboration in non-lawyer language, but it's unclear what those benefits looks like. Explain benefits first, and then ask for permission to capture data.'





**EXHIBIT 290.R-046**

CONFIDENTIAL

GOOG-PLAY-000880621.R

# THE SWITCHING PROCESS

**STEP-BY-STEP TRANSFER FROM iPHONE TO ANDROID; AND ANDROID TO iPHONE**



**EXHIBIT 290.R-047**

CONFIDENTIAL

GOOG-PLAY-000880622.R

# HOW DOES THE SWITCHING PROCESS COMPARE BETWEEN iPHONE AND PIXEL?

## WHERE iPHONE WINS

**Magical Process:** Transferring data app-to-app through WiFi (and without any problems) made the experience feel magical and future-forward.

**Handled with Care:** Switcher valuables are transferred over without harm (contacts, calendar, photos, messages, applications).

**Simple, Brief Communications:** Apple provides just enough information to keep switchers feeling informed, but not enough to cause alarm or question.

## WHERE iPHONE LOSES

**Consistent Progress:** Because switching to an iPhone requires Wifi, the transfer of data took longer than expected and progress percentage jumped erratically (e.g. from 3% to 50%).

**Transparency:** Throughout the transfer process, Apple does not inform switchers about what is going on in the process beyond "transferring data" and "moving data into place." It is important to note that the lack of transparency as it relates to the many "terms and conditions" pages is expected, and not an issue for switchers.

**Forced Defaults:** No matter if users delete Apple-owned apps such as Safari, iPhones will still force users to re-download and use the service by default.

## WHERE PIXEL WINS

**Customization:** Switchers appreciate the the ability to customize every aspect of their phone in the setup phase. The toggling system was a favorite of all of our switchers.

**Consistent Progress:** Whether it is due to animations, updates on specific data being transferred, or the ability to skip ahead, switchers never felt a stuck or bored throughout the transfer and setup process.

**Idle Time:** Throughout Phase 2 of the switching process (Transfer & Activation), the longest amount of idle time is ~13 minutes, very short in comparison to iPhone's ~44 minutes.

## WHERE PIXEL LOSES

**Transparency:** Pixel is more transparent than Apple when getting permissions from consumers, forgoing the lawyer-language "Terms and Conditions" page; however, because communications emphasize what the brand needs instead of how consumers will benefit, switchers begin to question Google's motives.

**Quick Acclimation:** Switchers are thrilled to leave the "iPhone prison," but they don't realize just how many new things there are to learn when it comes to Pixel (and Android).



**EXHIBIT 290.R-048**

CONFIDENTIAL

GOOG-PLAY-000880623.R

# iOS ➡ ANDROID
## PHASE 1: DISCOVERY & PREPARATION



| STEPS | RECOMMENDATIONS / OPPORTUNITIES |
|---|---|



Switchers seek out Pixel Homepage for hardware specifications.

Make the switching page more prominent and intuitive to find on madeby.google.com, as many switchers did not refer to the switching page when asked about their Pixel research.

Switchers seek out the general internet and friends for the "dirty truth" on switching and the benefits of moving over to Android.

Direct all Pixel-owned properties to one main switching website. Provide more detail on the switching process (with visuals and text) on madeby.google.com as well as YouTube. Encourage #teampixel to post tips, tricks, and advice (not just photos) to social media, and advertise Care by Google.



Some Switchers tend to prepare for the transfer process by turning off iMessages and FaceTime on their iOS device (a recommendation from the general internet and friends), as well as backing up photos (to the cloud or a computer). Some switchers may upload photos to the Google Cloud, and because of uploading restrictions, their photos are converted to lower resolutions.

Create a thorough checklist online to prepare consumers for switching. Switchers knew a thing or two, but because knowledge came from a variety of sources, they weren't sure if they had the most exhaustive, accurate checklist.



Open box and look for instructions

While switchers appreciate the design and aesthetic of the Pixel box contents, the lack of instruction made them feel anxious and uneasy. Label and explain the contents of the box (cords, especially), as well as the steps necessary to commence the switching process.

** For full image journey, see appendix **



49

**EXHIBIT 290.R-049**

CONFIDENTIAL

GOOG-PLAY-000880624.R

# iOS ➡ ANDROID
## PHASE 2: TRANSFER & ACTIVATION



| STEPS | RECOMMENDATIONS |
|---|---|
| Pixel boot animation | |

**1** Landing page. Option to begin the setup via "Let's Go" button, make an emergency call, edit language (default is English), or edit vision settings.

**2** *Phone activation. Please wait while we prepare your phone.*

**3** Pop-up notification: *How to activate your phone. To activate your phone, follow the instructions included with your new phone or contact the Verizon Wireless administrator at your organization.*

Ask switchers to transfer their SIM card on the first setup screen. Edit pamphlet within box that states, "Your SIM Card has been preinstalled.

**4** *Switcher takes out iPhone sim card and places it in Pixel phone.*

**5** *"Welcome to your Pixel."*
*"Copy your data. From an iPhone or Android Device" or the cloud" or "Setup as new."*

**6** *"Get connected"* (Wifi setup)

**7** *"Checking for updates (this may take a minute of two)"*

**8** *"Check your other phone. To continue, check your iPhone device and approve the connection."*









*** For full image journey, see appendix ***



50

**EXHIBIT 290.R-050**

CONFIDENTIAL

GOOG-PLAY-000880625.R



| STEPS | RECOMMENDATIONS |
|---|---|

*Backup encryption. Backup encryption is turned on for your iPhone device. If you didn't turn this on yourself, it might have been turned on by your IT admin. Only photos, music, and videos can be copied over. For more information, visit g.co/datatransferhelp."*
Options: *"Don't copy"* or *"Continue"*

**(9)**

Provide instructions on how to un-encrypt data for personal accounts within the setup process as well as g.co/datatransferhelp. Currently that link does not provide a solution.

User goes to g.co/datatransferhelp, searches "backup encryption" and doesn't find the answer.

**(10)**

Goes to "summary tab" in iTunes, deselects "encrypt iPhone backup," re-connects Pixel and iPhone via cord.

**(11)**

*"Phones are connected. On the next screen, you can sign in to your Google Account, or create a new one. If you don't add your Google Account, your iOS Calendar events won't transfer."*

**12**

*"Sign in with your Google Account"*

**13**

*"Enter your password"*

**14**

*"By signing in, you agree to the Terms of Service and Privacy Policy" (Policy is hyperlinked)*
Button: *"I Agree"*

**15**

*"Getting ready to copy... 13 minutes left"* (countdown updates by minute)

**16**

*"Choose what to copy: Apps, Calendar, Contacts, Email, Message attachments, Messages, Music, Photos & Videos" (toggle customization)*

**17**

Create a dropdown icon for the "Applications" section so that switchers know they can re-download the third-party apps they once had on their iPhone. Not every switcher realized this opportunity.





*\*\* For full image journey, see appendix \*\**

**EXHIBIT 290.R-051**

CONFIDENTIAL

GOOG-PLAY-000880626.R



| STEPS | RECOMMENDATIONS |
|---|---|

**18** *"Copying. Keep phones connected and turned on. We'll let you know when the transfer is done. In the meantime, you can continue setting up your new Pixel."*

Some switchers were hesitant to move forward with setup. It may be beneficial to mention what type of data is being copied and how moving forward will not interfere with transfer integrity.

**19** *"Unlock with fingerprint. Pixel Imprint uses your fingerprint to wake and unlock your phone, authorize purchases, or sign in to apps. Be careful whose fingerprints you add. Any fingerprints added will be able to do these things.*
*Note: Your fingerprint may be less secure than a strong pattern or PIN."*
Options: "Add fingerprint" or "Skip"

Some switchers weren't sure if "skip" would allow them to add a fingerprint at a later time. Clarify this option.

**20** *"Choose screen lock. For added security, set up a backup screen lock: Pixel Imprint + Pattern, Pixel Imprint + Pin, Pixel Imprint + Password"*

**21** *"Choose your pin"*

**22** *"Find the sensor. Hint: It's on the back of your phone."*

**23** *"Let's start. Put your finger on the sensor and lift after you feel a vibration."* (option to skip)

**24** *"Keep going. Move your finger slightly to add all the the different parts of your fingerprint."* (option to skip)

**25** *"Fingerprint added! Just touch the Pixel Imprint sensor to wake and unlock your phone. When you see this icon, you can also authorize purchases or sign in to apps."* (option to add another fingerprint).





** For full image journey, see appendix **

**EXHIBIT 290.R-052**

CONFIDENTIAL

GOOG-PLAY-000880627.R



| STEPS | RECOMMENDATIONS |
|---|---|

** For full image journey, see appendix **

 

*"Back up to Google Drive. Automatic backup ensures you can easily restore or switch phones at any time (Learn More). Backup includes: Apps and app data, Calendar, Call history, Contacts, Device settings (including Wi-Fi passwords), Photos and videos, SMS. Note: Calendar, contacts, photos, and videos are synced to your Google Account and may be used across services."*
(Option to turn off backup)

**26**

*"Google Services. You can turn these services on or off at any time for name@gmail.com. Data will be used according to Google's Privacy Policy (hyperlink). If you want to learn more, you can tap each service."*
(toggle customization)

**27**

The toggling system gave switchers a sense of customization, something they did not previously have with Apple. Consider adding this feature to more windows.

*"Meet your Google Assistant. Ask it questions. Tell it to do things. It's your own personal Google, always ready to help. To get help from your assistant, say "Ok Google" or touch & hold the Home button."*
Button: *"Continue"*

**28**

*"Give your new assistant permission to help you. The assistant depends on these settings in order to work correctly. Turn these settings on for name@gmail.com"*
Options: *"No Thanks"* or *"Yes, I'm in"*

**29**

The language in this section made switchers question Google's motives. Lead communications with the "whys" - teasers that explain how switchers will benefit from sharing data. End communications with the whats and reassurance that their data is safe.

*"Turn on Trusted Voice. With Trusted Voice, you'll be able to use "Ok Google" even when your phone is locked. Your device will automatically recognize your voice and unlock after you say "Ok Google." (toggle activation). This can be less secure: a similar voice or a recording of your voice could unlock your phone. But after one or more attempts you must unlock your phone another way.*
Button: *"Done"*

**30**

Some switchers worry that if the phone can be unlocked via the command "OK Google," it is listening and recording their conversations at all times. Assure them that this is not the case.







**EXHIBIT 290.R-053**

CONFIDENTIAL

GOOG-PLAY-000880628.R

| STEPS | RECOMMENDATIONS |
|---|---|

*Teach the Assistant to recognize your voice. Say "Ok Google" to talk to your Assistant anytime: even if your screen is off or you're using your favorite apps. Your Assistant will use what's on your screen to show you related info, apps, and actions. You can change this in Assistant settings.*
Button: "Do it later" or "Get started" **(31)**

*Teach the Assistant to recognize your voice. Recording "Ok Google" 3 times created your voice model, which is stored on your device. Delete or retrain this model in voice settings (hyperlink). View or delete voice commands in your Google activity controls (hyperlink).*
Option for "Do it later" **(32)**

*Enter pin* **(33)**

*"Anything else? Here are a few more things you can set up. Or you can finish them later by going to Settings: Add another email account, Review additional apps, Control lock screen notifications."* **(34)**

*Selects "Review additional apps"*

*Almost complete. These apps can help you make the most of your device. Tap Next to install them. (toggle system allows users to deactivate these apps)"* **(35)**

3 of 3 switchers said, "Ok Google" before they finished reading and realized they had to click the "Get started" button. Reword the first sentence so that switchers don't jump to the wrong conclusion.





** For full image journey, see appendix **



**EXHIBIT 290.R-054**

CONFIDENTIAL

GOOG-PLAY-000880629.R



| STEPS | RECOMMENDATIONS |
|---|---|

Selects *"Add another email account."*
Options: *Google (accounts are added in Settings)*
*Outlook, Hotmail, and Live, Yahoo,*
*Exchange, Other*

**36** Switchers were annoyed that they would have to go into settings after setup to add a second Google account. Allow them to add multiple Google apps within setup.

Selects *"Control lock screen notifications"*
*When your device is locked, how do you want*
*notifications to show? Options: Show all notification*
*content, Hide sensitive notification content, Don't*
*show notifications at all*

**37** Switchers were confused by these instructions and did not feel comfortable allowing Google to make the decision on what was sensitive and what wasn't. Explain Google's methodology for selection.

*"Your phone's almost ready.*
Notification: *Some of your photos weren't copied.*
*(Hyperlinked 'Learn More' says, 'Photos stores in*
*iCloud can't be copied. To bring these photos to your*
*Pixel, install the Google Photos app on your iPhone*
*device, and turn on Back up & sync. Visit*
*g.co/datatransferhelp for more instructions.')*
*You can disconnect the cable now."*

**38** Switchers were surprised that Google didn't offer a fix to this problem. Explain how to transfer iCloud photos to Google photos.

*Pop-up notification: "To keep receiving SMS*
*messages from iPhone device users, you'll need*
*to turn off iMessage. Visit g.co/iMessageHelp for*
*instructions."*

**39** Switchers believed this recommendation came too late within the setup process. Provide this notification before setup begins.

*"Adding finishing touches"*

**40**

Transfer is complete. Switchers are introduced to the Pixel home screen



** For full image journey, see appendix **



**EXHIBIT 290.R-055**

CONFIDENTIAL

GOOG-PLAY-000880630.R

# iOS ➡ ANDROID
## PHASE 3: LEARNING AND ACCLIMATION



| STEPS | RECOMMENDATIONS |
|---|---|
| Unassigned text messages start coming through. | Mention within the setup process that there might be some lag in assigning contact names to numbers so that switchers aren't alarmed after setup. |
| Checks to make sure contacts, photos and messages transferred accurately. | Some photos are unorganized due to lost metadata. Either mention that this will occur before transfer or offer a solution to fix the problem. In some instances, iMessage photos (screenshots, random photos from the internet) were jumbled in with personal photos. |
| Explores the phone, including installed apps. | iOS owners are used to having all of their apps on the main page, without having to swipe right, left, up or down. Create a welcome tutorial that explains where things are, as well as what they are (e.g. "widgets" are something they haven't encountered in years) |
| Look to find apps that replicated iPhone services (e.g. email notifications). | Create a list of "tips and tricks" offering guidance on settings and applications that can give switchers the "good" of their iPhone they can't live without. |
| After a month of battery drainage problems, intense research and help from friends, switchers realize third-party applications are to blame. | Provide general on-boarding immediately after the transfer with crucial information for phone optimization (e.g. battery optimization via Data Saver), as well as individual tutorials for all Google apps (whether within the phone or direct new Pixel owners to a specific website). Create and deliver a daily learning plan over the first few weeks of usage. Introduce Pixel Care within the setup process and make the resource easily accessible on their phone (potentially through a pre-downloaded application). Currently, Pixel Care is only mention in the box pamphlet. |
| Group text messages with iPhone users continue to be an issue, whether text messages are missing or they feel "judged" for being green. | |

MISCELLANEOUS
- Leverage third parties and #teampixel to inspire customization in an approachable, non-Android tech way.
- Turn 'Care 24/7' into a positive resource for learning, not troubleshooting alone.
- Keep Pixel users in the loop on updates and product developments, as they expect to be more "in the know" of Android opportunities before non-Pixel owners.



56

**EXHIBIT 290.R-056**

CONFIDENTIAL

GOOG-PLAY-000880631.R

# ANDROID ➡ iOS
## PHASE 2: TRANSFER & ACTIVATION



| STEPS | APPLICATION SCREENSHOTS |
|---|---|

**1** Greets new iOS users with "Hello" in multiple languages

**2** Selects language

**3** *"Select Your Country or Region"*

**4** Setup WiFi network

**5** *"Location services. Location Services allows Maps and other apps and services like Find My Phone to gather and use data indicating your approximate location. About Location Services (hyperlink)"* Option to either enable or disable Location Services.

**6** *"Touch ID. Use your fingerprint in place of your passcode of Apple ID password for purchases. Start by placing your finger or thumb on the Home Button."* Option to Set up Touch ID later"

**7** *"Create a Passcode. A passcode protects your data and is used to unlock iPhone."* Options: Custom alphanumeric code, custom numeric code, 4-digit numeric code, don't add passcode.











**EXHIBIT 290.R-057**

CONFIDENTIAL

GOOG-PLAY-000880632.R

| STEPS | APPLICATION SCREENSHOTS |
|---|---|

Options: Restore from iCloud Backup, Restore from iTunes Backup, Set Up as New iPhone, Move Data from Android. *"What does restoring do? Your personal data and purchased content will appear on your device, automatically."* **8**

*"Move from Android. If you have an Android phone or tablet, you can transfer your photos, messages and more to this iPhone. Download the "Move to iOS" app on your Android device to get started: www.apple.com/move-to-ios* **9**

iPhone provides a code to be entered in Android "Move to iOS" application. **10**

Downloads "Move from Android" application on Android **11**

Switcher downloads and launches "Move to iOS" application on Android. **12**

Terms and conditions page on Android application **13**

Switcher types in code that iPhone provided. **14**

Phones "prepare" for transfer **15**

Android device: *"Transfer Data. Choose what you would like to copy to your iPhone: Google Account, Messages, Contacts, Camera Roll, Applications, Photos."* **16**

Android and iPhone: *"Data transferring"* **17**

*Android: "Transfer complete"
iPhone: "Moving items into place"* **18**



**8**



**9**



**18**



**10**



**EXHIBIT 290.R-058**

CONFIDENTIAL

GOOG-PLAY-000880633.R

| STEPS | APPLICATION SCREENSHOTS |
|---|---|

iPhone: "Transfer complete. Continue setting up iPhone." **19**

"Sign in with your Apple ID" **20**

Terms and conditions page **21**

"Merge and store safari data and contacts with the iCloud" **22**

"Add credit, debit, or store cards and use Apple Pay and touch ID to make purchases easily and securely right from your phone." **23**

"iCloud Keychain - keep the passwords and credit card information secure and up-to-date on the devices you approve. The information on your keychain is encrypted and cannot be read by Apple." **24**

"Use iCloud passcode as iCloud security code?" **25**

"Enter a phone that can receive SMS messages." **26**

"Siri. Siri helps you get things done just by asking. Siri helps you get things done just by asking. Make a call, send a message, send money, even request a ride suing your favorite apps. To use Siri, press and hold the home button or say 'Hey Siri' any time." **27**

"Say "Hey Siri,' into the iPhone" (this is repeated three times) **28**

"Say 'Hey Siri, how's the weather today?'" **29**

"Now say 'Hey Siri, it's me.'" **30**



**EXHIBIT 290.R-059**

CONFIDENTIAL

GOOG-PLAY-000880634.R



| STEPS | APPLICATION SCREENSHOTS |
|---|---|

**31** *"'Hey Siri' Is Ready. Siri will recognize your voice when your iPhone is connected to power and you say, 'Hey Siri.'"*

**32** *"Diagnostics. Help Apple improve its products and services by automatically sending diagnostic and data usage. Diagnostic data may include location. You can also help app developers improve their apps by choosing to share your app activity and crash data with them through Apple."*

**33** *"App analytics. Help app developers improve their apps by choosing to share your app activity and crash data with them through Apple."*

**34** *"Meet the new home button! Make your iPhone experience even more personal by choosing the click that's right through you. Choose your click: tap an option below, then press the home button to give it a try. To set the one you like best, tap 'next.'"*

**35** *Display Zoom. Choose how you would like to view iPhone. Zoomed shows larger text and controls. Standard fits more on screen. You can change this at any time in Settings.*

**36** *"Welcome to iPhone."*







**EXHIBIT 290.R-060**

CONFIDENTIAL

GOOG-PLAY-000880635.R

# ANDROID ➡ iOS
## PHASE 3: LEARNING AND ACCLIMATION



| STEPS | OBSERVATIONS |
|---|---|
| Prompts user to enter google passwords | |
| Terms and conditions page | |
| Checks photos, contacts, calendar, text messages, and applications. | *Switcher appreciated that each Apple app provided a unique tutorial on how to use the app, as well as how to control and customize settings.* |
| Adapts to notifications and swiping techniques | |



**EXHIBIT 290.R-061**

CONFIDENTIAL

GOOG-PLAY-000880636.R

# iOS ➡ ANDROID
## PHASE 3: LEARNING AND ACCLIMATION

| PHASE 2 STEPS |
|---|

1. Switcher selects "Copy data from an iPhone or Android device."

2. Calls and text messages may pop-up with unidentified numbers (contacts have not yet transferred).

3. Selects "other ways to copy data" and is confused with two similar options: "Backup from the cloud" or "Transfer from an iPhone device."

4. Selects "Transfer from an iPhone device" and is redirected to android.com/switch on his iPhone.

5. Switcher returns to the previous screen, selects "backup from the cloud" and enters his username and password.

6. The need to share an abundance of information with the Google Assistant can be overwhelming and slighting unnerving.

7. Switcher decides how much control to give Google when it comes to handling notifications.

8. Pop-up Notification: "Can't restore. There aren't any backups available on your other device." Switcher clicks "All set" and arrives at his Pixel home screen

| PHASE 3 STEPS |
|---|

9. Checks contacts, database is incomplete.

10. Pop-ups within Contacts: "allow contacts to access this device's location… Allow contacts to access your calendar…allow contacts to send and view SMS messages…Allow contacts to send and view SMS messages."

11. Remembers the android.com/switch instructions instructing him to download a contact card on his computer, but decides to plug in the provided cord to see if he can transfer just the contacts (doesn't work).

12. Adds other email accounts, and other contacts pull up. Not entirely sure that everything is there, but it is much more populated.

13. Resets phone to factory settings and and re-switches via cord.

| QUOTES |
|---|

*"I only uploaded my pictures and videos to the Google Cloud. I haven't uploaded any of my contacts or anything… For contacts it says "if you don't already know which account your contacts are saved to, you'll need to change this in iOS. To do this on your iPhone or iPad, tap settings then mail, contacts, and calendars. Once you're in the contact section, tap default account to see which account is selected. From the list below, read the instructions for your default account.' I guess I have to find out which account is connected." - Ivan*

*"I'm selecting 'No Thanks' for these… It feels like spying, to me, at this point. Location history, I don't mind. Web and app activity, I don't mind. I guess even device information: my contacts, calendars, apps and music, I wouldn't mind… but the voice and audio is a little much, for me at least. -Ivan*

*"…my main question here would be, how do they discern what's sensitive and what's not? Right? I guess I'm just going to show all notification content. ' - Ivan*

*"The cord switch was much better than the Cloud switch. The entire process took between 25 to 30 minutes, and all my information was transferred right over. There were no problems at all." - Ivan*



**EXHIBIT 290.R-062**

CONFIDENTIAL

GOOG-PLAY-000880637.R



SYLVAIN LABS | 401 LAFAYETTE, 6TH FL NEW YORK, NY 10003

T +1 646 308 1611

HELLO@SYLVAINLABS.COM | SYLVAINLABS.COM

#SYLVAINLABS

63

**EXHIBIT 290.R-063**

CONFIDENTIAL

GOOG-PLAY-000880638.R



# APPENDIX

64

PIXEL SWITCHING STUDY    |    0

**EXHIBIT 290.R-064**

CONFIDENTIAL

GOOG-PLAY-000880639.R

# THE SWITCHING PROCESS:
## RECOMMENDATIONS FOR IMPROVEMENT

| PHASE 1:<br>DISCOVERY & PREPARATION | PHASE 2:<br>TRANSFER & ACTIVATION | PHASE 3:<br>LEARNING & ACCLIMATION |
|---|---|---|
| • Make the switching page more prominent and intuitive to find on madeby.google.com, as many switchers did not refer to the switching page when asked about their Pixel research.<br><br>• Direct all Pixel-owned properties to one main switching website.<br><br>• Provide more detail on the switching process (with visuals and text) on madeby.google.com as well as YouTube.<br><br>• Encourage #teampixel to post tips, tricks, and advice (not just photos) to social media, and advertise Care by Google.<br><br>• Create a thorough checklist online to prepare consumers for switching. Switchers knew a thing or two, but because knowledge came from a variety of sources, they weren't sure if they had the most exhaustive, accurate checklist.<br><br>• While switchers appreciate the design and aesthetic of the Pixel box contents, the lack of instruction made them feel anxious and uneasy. Label and explain the contents of the box (cords, especially), as well as the steps necessary to commence the switching process. | • Ask switchers to transfer their SIM card on the first setup screen. Edit pamphlet within box that states, "Your SIM card has been preinstalled.<br><br>• Provide instructions on how to un-encrypt data for personal accounts within the setup process as well as g.co/datatransferhelp. Currently that link does not provide a solution.<br><br>• Create a dropdown icon for the "Applications" section so that switchers know they can re-download the third-party apps they once had on their iPhone. Not every switcher realized this opportunity.<br><br>• Some switchers were hesitant to move forward with setup. It may be beneficial to mention what type of data is being copied and how moving forward will not interfere with transfer integrity.<br><br>• Some switchers weren't sure if "skip" would allow them to add a fingerprint at a later time. Clarify this option.<br><br>• The toggling system gave switchers a sense of customization, something they did not previously have with Apple. Consider adding this feature to more windows.<br><br>• The language in this section made switchers question Google's motives. Lead communications with the "whys" - teasers that explain how switchers will benefit from sharing data. End communications with the whats and reassurance that their data is safe.<br><br>• Some switchers worry that if the phone can be unlocked via the command "OK Google," it is listening and recording their conversations at all times. Assure them that this is not the case.<br><br>• 3 of 3 switchers said, "Ok Google" before they finished reading and realized they had to click the "Get started" button. Reword the first sentence so that switchers don't jump to the wrong conclusion.<br><br>• Switchers were annoyed that they would have to go into settings after setup to add a second Google account. Allow them to add multiple Google apps within setup.<br><br>• Switchers were confused by these instructions and did not feel comfortable allowing Google to make the decision on what was sensitive and what wasn't. Explain Google's methodology for selection.<br><br>• Switchers were surprised that Google didn't offer a fix to this problem. Explain how to transfer iCloud photos to Google photos.<br><br>• Switchers believed this recommendation came too late within the setup process. Provide this notification before setup begins. | • Mention within the setup process that there might be some lag in assigning contact names to numbers so that switchers aren't alarmed after setup.<br><br>• Some photos are unorganized due to lost metadata. Either mention that this will occur before transfer or offer a solution to fix the problem. In some instances, iMessage photos (screenshots, random photos from the internet) were jumbled in with personal photos.<br><br>• iOS users are used to having all of their apps on the main page, without having to swipe right, left, up or down. Create a welcome tutorial that explains where things are, as well as what they are (e.g. "widgets" are something they haven't encountered in years).<br><br>• Create a list of "tips and tricks" offering guidance on settings and applications that can give switchers the "good" of their iPhone they can't live without.<br><br>• Provide general on-boarding immediately after the transfer with crucial information for phone optimization (e.g. battery optimization via Data Saver), as well as individual tutorials for all Google apps (whether within the phone or direct new Pixel owners to a specific website). Create and deliver a daily learning plan over the first few weeks of usage. Introduce Pixel Care within the setup process and make the resource easily accessible on their phone (potentially through a pre-downloaded application). Currently, Pixel Care is only mention in the box pamphlet.<br><br>• Leverage third parties and #teampixel to inspire customization in an approachable, non-Android tech way.<br><br>• Turn 'Care 24/7' into a positive resource for learning, not troubleshooting alone.<br><br>• Keep Pixel users in the loop on updates and product developments, as they expect to be more "in the know" of Android opportunities before non-Pixel owners. |

Sulrain Labs

65

**EXHIBIT 290.R-065**

CONFIDENTIAL

GOOG-PLAY-000880640.R

PHOTO JOURNEY: iPHONE TO ANDROID - PHASE 2



CONFIDENTIAL

**EXHIBIT 290.R-066**

GOOG-PLAY-000880641.R





**EXHIBIT 290.R-067**

CONFIDENTIAL

GOOG-PLAY-000880642.R

**PHOTO JOURNEY: iPHONE TO ANDROID - PHASE 2**

### 24



Keep going

Move your finger slightly to add all the different parts of your fingerprint

Lift finger, then touch sensor again

Skip

### 25



Fingerprint added!

Just touch the Pixel Imprint sensor to wake and unlock your phone.

When you use this icon, you can also authorize purchases or sign in to apps.

Add another     DONE

### 26



Back up to Google Drive

Automatic backup ensures you can easily restore or switch phones at any time. Learn more

Backup includes:

Apps and app data
Calendar
Call history
Contacts
Device settings (including Wi-Fi passwords)
Photos and videos
SMS

Calendar, contacts, photos, and videos are synced to your Google Account and may be used across services.

Turn off backup     OK

### 27



Google services

You can turn these services on or off at any time for jon@tewmeyer.com. Data will be used according to Google's Privacy Policy.

If you want to learn more, you can tap each service.

Use Google's location service to help apps determine your location. Anonymous location data will be sent to Google when your device is on.

Improve location accuracy by allowing apps and services to scan for Wi-Fi and Bluetooth, even when these settings are off.

Free up space when your device storage is almost full by removing some data from your device, like backed-up photos and videos.

Help improve your Android experience by automatically sending diagnostic and device and app usage data to Google.

### 27 continued.



Improve location accuracy by allowing apps and services to scan for Wi-Fi and Bluetooth, even when these settings are off.

Free up space when your device storage is almost full by removing some data from your device, like backed-up photos and videos.

Help improve your Android experience by automatically sending diagnostic and device and app usage data to Google. This won't be used to identify you and will help improve battery life, app stability, network connectivity, and more.

Allow Google Live wallpapers to respond to your location by accessing Google's location service.

By continuing, you agree that this device may also automatically download and install updates and apps from Google, your carrier, and your device manufacturer, possibly using cellular data. Some of these apps may offer in-app purchases. You can remove these apps at any time.

NEXT

### 28



Hi, how can I help?

Meet your personal Google Assistant.

Ask it questions. Tell it to do things. It's your own personal Google, always ready to help.

To get help from your assistant Say "Ok Google" or touch & hold the Home button.

CONTINUE

### 29



Give your new assistant permission to help you

The assistant depends on these settings in order to work correctly. Turn these settings on for:

monaltarpeyer@gmail.com

Web & App Activity from this device
Includes Chrome history and content you browse on the web and in apps.

Location History
Creates a private map of where you go with your signed in devices

Device Information
Includes contacts, calendars, apps, music, battery life, sensor readings

Voice & Audio Activity

### 29 continued.



Web & App Activity from this device
Includes Chrome history and content you browse on the web and in apps

Location History
Creates a private map of where you go with your signed in devices

Device Information
Includes contacts, calendars, apps, music, battery life, sensor readings

Voice & Audio Activity
Records your voice/audio input to help recognize your voice and improve speech recognition

Please remember that the data governed by these settings may be saved from any of your signed in devices. You can always control and review your activity at myaccount.google.com.

No Thanks     YES I'M IN

### 29 cont. (expanded)



Give your new assistant permission to help you

The assistant depends on these settings in order to work correctly. Turn these settings on for:

jon@tewmeyer.com

Additional Web & App Activity
Includes Chrome history and content you browse on the web and in apps.

Google can help you find things you've seen before on the web and in apps by including your Chrome history and activity from sites and apps in your private Web & App Activity.

Voice & Audio Activity
Records your voice/audio input to help recognize your voice and improve speech recognition

When you use audio activation commands, such as "Ok Google" or touching the microphone icon, your private Voice & Audio Activity stores some voice and other audio to your account. A recording of the following speech/audio, plus a few seconds before, will be stored.

Device Information
Includes contacts, calendars, apps, music,

### 29 cont. (expanded)



Device Information
Includes contacts, calendars, apps, music, battery life, sensor readings

Google can help you keep track of the events, people, and other stuff that matters to you throughout your day.

In order to do so, Device Information privately stores your contacts, calendars, alarms, apps, music, movies, books, and other content. It also stores the status of, and history of, your device. For instance, whether the screen is on, the battery level, the quality and duration of network connections like Wi-Fi and Bluetooth, touchscreen and sensor readings, and crash reports.

Voice & Audio Activity
Records your voice/audio input to help recognize your voice and improve speech recognition

When you use audio activation commands, such as "Ok Google" or touching the microphone icon, your private Voice & Audio Activity stores some voice and other audio to your account. A recording of the following speech/audio, plus a few seconds before, will be stored.

This helps Google recognize your voice and improve speech and audio recognition in order to give you results faster and with fewer hassles.

### 30



Turn on Trusted Voice

With Trusted Voice, you'll be able to use "Ok Google" even when your phone is locked.

Your device will automatically recognize your voice and unlock after you say "Ok Google".

This can be less secure: a similar voice or a recording of your voice could unlock your phone. But after one attempt you must unlock your phone another way

DONE

### 31



Teach the Assistant to recognize your voice

Say "Ok Google" to talk to your Assistant anytime: even if your screen is off or you're using your favorite apps.

Your Assistant will use what's on your screen to show you related info, apps, and actions. You can change this in Assistant settings.

Do it later     GET STARTED

**EXHIBIT 290.R-068**

PHOTO JOURNEY: iPHONE TO ANDROID - PHASE 2



**EXHIBIT 290.R-069**

CONFIDENTIAL

GOOG-PLAY-000880644.R

**PHASE 3: iPHONE TO ANDROID**

| Home screen | Messenger | Messenger cont. | Welcome email | Welcome email cont. | Welcome email cont. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**EXHIBIT 290.R-070**

CONFIDENTIAL