| | |
|---|---|
| **Message** | |
| **From:** | Andy Rubin [▒▒▒@google.com] |
| **Sent:** | 8/27/2008 6:35:41 AM |
| **To:** | Eric Chu [▒▒▒@google.com] |
| **CC:** | Erin Fors [▒▒▒@google.com]; Azhar Hashem [▒▒▒@google.com]; Daniel Morrill [▒▒▒@google.com]; Meghan Hughes P [▒▒▒@google.com]; Nick Sears [▒▒▒@google.com]; Edward Yim (Google) |
| **Subject:** | Re: Draft blog post and FAQ for Android Market - Updated version with Erin's feedback |

I think I'll need a little more time to review. Let's discuss tomorrow -- no specific issues, just too tired.

On Aug 26, 2008, at 11:26 PM, Eric Chu wrote:

Hi Andy,

Below is the updated version with Erin's feedback. Please let us know if you're ok with us moving forward tomorrow morning.

Thanks
Eric

**Proposed Blog Post**

Since we announced Android last November, I've talked to many developers around the world and have received lots of great feedback (as well as a lot of questions!). One of the topics that seems to be top of mind for many of you is how will Android applications be distributed. While we're finalizing some of the details, I'd like to give you a preview of our plans for the Android Market, a global content marketplace designed to simplify how applications are delivered to Android devices.

The key objective for the Android Market is to create the shortest and simplest path for developers to deliver great content to users. Once someone has been validated as a registered developer, this developer will be able to publish apps without additional processing or approval delays. Developers will also be able to set the appropriate prices for their apps or make them available for free. Using a feedback system similar to YouTube, users will be able to rate which apps they like, putting developers' success in their own hands: the coolest apps will get the highest ratings, and the highest placement in the Market.

In order to collect feedback from consumers and developers as early as possible, a beta version of the Android Market will be available with the first device. Developers will be able to get validated as a merchant and make their apps available to consumers for free during this period. Users can start downloading free or for-trial content from the Android Market onto their Android devices. About three months after Android Market's first availability, we will update the Android Market based on community feedback and add support for paid content.

I hope you'll agree that what we're doing with Android Market is exciting. We think this will be a great way for developers to get access to users and turn their hard work into success with minimal efforts. Whether developers define their success as making money or seeing their name at the top of the ratings list, we think the

CONFIDENTIAL  GOOG-PLAY-005557084

EXHIBIT 298-001

Market will help them realize it.  We will provide more details on merchant validation, the submission process, and commercial terms in the coming months.  I am incredibly energized by the support and amazing content I've seen so far for Android. I look forward to working with many of you in the coming months.

# FAQ

**Q. What is the Android Market?**
A. The Android Market is a global content marketplace for Android applications. Developers will be able to upload content to the marketplace and make their apps available to users of Android devices worldwide.

**Q. Is the Android Market the only revenue model for Android?**
A. No. Google is investing in the success of the Android Market an open content marketplace for all Android devices worldwide. Google will collect a small charge to cover costs of handling and billing.  We don't have anything to announce now but look forward to sharing more information with you in the coming months.

**Q. Will there be a revenue share?  If so, what percentage of revenue will developers get?**
A. To succeed, it's important that the Market is attractive to everyone involved, including users, carriers and developers.  While the global reach of the Android Market will increase economy-of-scale and lower cost for users, a revenue share model between carriers and ISVs will make it attractive for all parties to participate.  We don't have any details to announce now but look forward to sharing more information with you in the coming months.

**Q. How is the Android Market different from other carriers' portals?**
A. The Android Market is designed to operate with any carrier that deploys Android devices. It's also designed to minimize application submission overhead. Once a developer has been validated as a merchant, there's no need for further application approval or certification to publish their apps.  Our goal is to make it extremely easy for developers to deliver their apps to users.

**Q. Will the Android Market support non Android content or apps?**
A. No. The Android Market will only support applications designed for Android devices.

**Q. How can I get better placement in the Android Market?**
A. By creating a great app that users like! User recommendations will determine which apps receive the highest ratings.

**Q. Can users only get content from the Android Market?**
A. Users can get content from the Android Market through other means, such as the built-in browser.  The Android Market shows Google's commitment in create an open global content marketplace for Android developers.

**Q. How will I get my content to users if the carrier chooses not to allow access to my app?**
A. While we can't speak for all carriers, many of the carriers we've spoken to are all supportive of the open approach of Android.  And we expect many carriers will be supportive of the open nature of the Android Market.

**Q. Why are you launching with a beta version?**
A. We believe feedback from users and developers will allow us to build a better solution for the Android community.  That's why we're choosing to involve them in the process sooner via a beta version.

**Q. When can developers start uploading their apps?**
A. We expect that developers will want to test their apps on the shipping device before they start making their apps available for mainstream adoption by consumers. Developers will be able to start applying to be a part of the Android Market when the first Android devices become available.

**Q. Does the Android Market support both free and paid content?**
A. Not initially. During the beta period, the Android Market will only support free or trial content. However, after the beta period, paid and free content will be supported.

```
Erin Fors wrote:
I talked to Eric about this tonight and gave him some additional
feedback on the post and the questions. I think we're close but it
needs some work.

Cheers,
Erin

On Tue, Aug 26, 2008 at 4:36 PM, Eric Chu (Google)                                  > wrote:

Hi Andy,

Here is what the team pulled together.  Please let us know if this is ok or
not.  Assuming we're close, I'll post this tomorrow morning.

Thanks
Eric


Proposed Draft

Since we announced Android last November, I've talked to many developers
around the world and have received lots of great feedback and questions.
One of the areas that is of most interest to developers is Android
application distribution.  Today, I'd like to share with you our plans for
the Android Market, a global content marketplace designed to simplify how
applications are delivered to Android devices.

The key objective for the Android Market is to create the shortest and
simplest path for developers to deliver great content to users.  Once a
developer has been validated as a merchant, this developer will be able to
publish apps without additional processing or approval delays.  Developers
will also be able to set the appropriate prices for their apps or make them
available for free.  Using a feedback system similar to YouTube, users will
be able to rate which apps they like, putting developers' success in their
own hands: the coolest apps will get the highest ratings, and the highest
placement in the Market.

In order to allow us to collect feedback from consumers and developers as
early as possible, a beta version of the Android Market will be available
with the first device.  Developers will be able to get validated as a
merchant and make their apps available to consumers for free during this
period.  Consumers can start downloading free or for-trial content from the
Android Market onto their Android devices.  About three months after Android
Market's first availability, support for paid content will be turned on
along with improvements and feedback we'll collect during this period.
```

CONFIDENTIAL

GOOG-PLAY-005557086

**EXHIBIT 298-003**

I hope you'll agree that what we're doing with Android Market is exciting. We think this will be a great way for developers to get access to users and turn their hard work into success with minimal fuss. Whether developers define their success as making money or seeing their name at the top of the ratings list, we think the Market will help them realize it. We will provide more details on merchant validation, the submission process, and commercial terms in the coming months. I am incredibly energized by the support and amazing content I've seen so far for Android. I look forward to working with many of you in the coming months.

FAQ

Q. What is the Android Market?

A. The Android Market is a global content marketplace for Android applications. Developers will be able to upload content onto the marketplace and make their apps available to users of Android devices worldwide.

Q. Is the Android Market the only revenue model for Android?

A. No. Google will not be operating the Android Market as a profit center. Rather, we'll be investing to make the Android Market an open content marketplace for all Android devices worldwide. Google will collect a small charge to cover costs of handling and billing. We'll be announcing these details in the coming months.

Q. Will there be a revenue share? If so, what percentage of revenue will developers get?

A. To succeed, it's important that the Market is attractive to everyone involved, including both carriers and developers. There will be a revenue share between participating carriers and ISVs, and we'll be announcing these details in the coming months.

Q. How is the Android Market different from other carriers' portals?

A. The Android Market is designed to operate with any carrier which deploys Android devices, not just a certain carrier. The Android Market is also designed to minimize application submission overhead. Once a developer has been validated as a merchant, there's no need for further application approval or certification to publish their apps. Our goal is to make it extremely easy for developers to deliver their apps to users.

Q. Will the Android Market support non Android content or apps?

A. No. The Android Market will only support applications designed for Android devices.

Q. How can I get better placement in the Android Market?

CONFIDENTIAL

GOOG-PLAY-005557087

EXHIBIT 298-004

```
A. By creating a great app that users like.  Users ratings will determine
which apps will get "bubbled-up" to the top.


Q. Can users only get content from the Android Market?

A. Users can get content from the Android Market through other means, such
as the built-in Browser.  Our goal with the Market is to ensure there's at
least one open marketplace that users and developers can count on.


Q. Why are you launching with a beta version?

A. We believe feedback from users and developers will allow us to build a
better solution for the Android community.  That's why we're choosing to
involve them in the process sooner via a beta version.


Q. When can developers start uploading their apps?

A. We expect developers to want to test their apps against shipping device
before they start making their apps available.  Developers will be able to
start applying to be a part of the Android Market when the first Android
devices become available.


Q. Can the Android Market support both free and paid content?

A. Yes.  During the beta period, the Android Market will only support free
or trial content.  After this period, both paid and free content will be
supported.
```

CONFIDENTIAL

GOOG-PLAY-005557088

**EXHIBIT 298-005**