| | |
|---|---|
| **Message** | |
| From: | Eric Chu (Google) |
| Sent: | 6/30/2009 11:58:34 PM |
| To: | Mark Womack [          :@google.com] |
| CC: | Eugene Koh [    @google.com]; David Conway [     @google.com]; Junichi Monma [     @google.com] |
| Subject: | Re: Transaction Fee for Android Market priced apps in Japan |

Revenue share for developers will be 70% worldwide with or without carrier revenue share. Andy wants to make this consistent for everyone.

Thanks
Eeric


Mark Womack wrote:
We don't have any rev share set up with any Japan specific carriers (yet). We give the developers either 70% or 95%. If it is a carrier we have rev share set up for, they get 70%. If it is a carrier we do not have a rev share set up for, they get
95%. That might change in the future, but that is the current set up. The developer never gets 30%.

(are we supposed to be setting up revenue sharing for docomo launch?)

-Mark

On Tue, Jun 30, 2009 at 4:38 PM, Eugene Koh <   @google.com> wrote:
Eric,

Can you confirm whether the developer gets 30% or 95% for priced apps sold in Japan?

http://market.android.com/support/bin/answer.py?answer=112622

Thanks,
Eugene

P.S. If 30% in Japan, then are there any other territories worldwide for which the developer gets 95%?



CONFIDENTIAL

GOOG-PLAY-005652564

EXHIBIT 303-001