developers

## Android Developers Blog

The latest Android and Google Play news for app and game developers.



### Android Market: Now available for users
22 October 2008



Last month I outlined some details around Android Market. Today, Android Market launched for users to download applications along with the first Android-powered phone—the T-Mobile G1.

With Android Market, users can easily download apps to their Android-powered phone. Users can also rate the apps they've downloaded and leave comments. These users' ratings along with anonymous usage statistics help determine how apps are ranked and presented within Android Market.

If you're a developer, you will be able to register and upload your applications starting next Monday, 2008-10-27, when we've wrapped up a few final details. In order to make sure that each developer is authenticated and responsible for their apps, you will need to register and pay a one time $25 application fee. Once registered, your apps can be made available to users without further validation or approval.

Starting in early Q1, developers will also be able to distribute paid apps in addition to free apps. Developers will get 70% of the revenue from each purchase; the remaining amount goes to carriers and billing settlement fees—Google does not take a percentage. We believe this revenue model creates a fair and positive experience for users, developers, and carriers.

There are already over 50 apps available in Android Market today. You can view a showcase of some of these apps—which include multimedia, location-based tools, barcode scanners, travel guides and games—at http://www.android.com/market/. Now that Android Market is live and ready for contributions, we hope to see developers adding their own compelling apps starting next week.

In the coming months, we'll continue to roll out additional tools and enhancements to Android Market. We also expect to see additional Android-powered devices rolling out by

EXHIBIT 305-001

upload your application and publish it. It's really that easy. I look forward to seeing what you bring to the Market.

**Update**: As of Monday morning (2008-10-27), http://market.android.com/publish is now available for developers to publish their apps on Android Market.

  

Labels: Android Market , Announcements

  

## Global Google developer blogs

Google Developers Blog

Programa con Google (Spanish LATAM)

Codigo (Portuguese LATAM)

Developers Italia

Google Developers Indonesia Blog

Google Developers Korea

Google Developers Japan

Privacy  |  License  |  Brand guidelines

Get news and tips by email   SUBSCRIBE

**EXHIBIT 305-002**