Message
| | |
|---|---|
| **From:** | John Lagerling ████████@google.com] |
| **Sent:** | 8/23/2011 8:17:41 PM |
| **To:** | Eric Chu [██████@google.com] |
| **CC:** | Patrick Brady ██████@google.com] |
| **Subject:** | Re: FW: Re: Meeting notes from meeting with Eric Chu |

I agree with you Eric. I will push towards that direction.

On Aug 23, 2011 12:58 PM, "Eric Chu" <██████@google.com> wrote:
>
> Yes. For example, they will have a time-limited exclusive on some new
> Adobe apps... I agree with the logic of no revenue share for devices
> with multiple app stores.
>
> Only reason I'm even pushing for this is if we can leverage this trade
> to turn Samsung App Store into Samsung Merchandising app for the
> Americas, I would think that's a bigger strategic win...
>
> Eric
>
> On 8/23/11 11:59 AM, John Lagerling wrote:
>> We shouldn't pay for promotional placement (AM rev-share) when there
>> are other app-stores side-by-side.
>> Chris cut a deal with Moviles where they are not going to litter the
>> device with several app-stores, in turn for a good rev-share. I think
>> this is fair. And Samsung are unhappy about it. Eric: Has Samsung done
>> any exclusive app-deals with developers?
>>
>> On Tue, Aug 23, 2011 at 10:02 AM, Patrick Brady <██████@google.com
>> <mailto:██████@google.com>> wrote:
>>
>> Yeah, I guess it's just not clear to me if their store has any
>> legs to stand on as it is.
>>
>>
>> On Tue, Aug 23, 2011 at 10:00 AM, Eric Chu <██████@google.com
>> <mailto██████@google.com>> wrote:
>>
>>
>> That was my first reaction also. Reason why I thought we
>> should entertain this is that if we can get Samsung to
>> completely move to a model where Samsung App store is just
>> merchandising and they deep link to Android Market, that's a
>> big win for us. If we can get them to start with moving to
>> this model in the US, that would be a great step forward.
>>
>> That's the trade that I'm referring to...
>>
>> Eric
>>
>>

**EXHIBIT 312**

GOOG-PLAY-001083890

**EXHIBIT 312-001**

```
>>
>> On 8/23/11 9:42 AM, Patrick Brady wrote:
>>> Why would we endorse their app store if their customer
>>> doesn't want it? On what basis would we endorse? (That we
>>> think it offers a good UX?)
>>>
>>> I don't think that trade makes sense unless we really need it.
>>>
>>> On Tue, Aug 23, 2011 at 9:33 AM, Eric Chu <████████@google.com
>>> <mailto:████████@google.com>> wrote:
>>>
>>>
>>> Hi guys,
>>>
>>> Have been having discussions with Samsung to get them to
>>> stop distributing apps through Samsung apps store. They
>>> seemed to be willing to go with a hybrid model where they
>>> deep link to Android Market for actual distribution.
>>>
>>> It turns out that America Movil is pushing back on
>>> Samsung App store. Samsung is asking for Google's
>>> endorsement.... What do you guys think? Should we ask for
>>> a trade where they move all US deployments to this new
>>> model? Our party line is that it is easy to explain this
>>> as something we're doing together in general but not as
>>> an exception for 1 carrier...
>>>
>>> Eric
>>>
>>>
>>> -------- Original Message --------
>>> Subject: Re: Re: FW: Re: Meeting notes from meeting with
>>> Eric Chu
>>> Date: Tue, 23 Aug 2011 10:24:21 +0000 (GMT)
>>> From: 신보연 <Boyeon Shin@samsung.com>
>>> <mailto:Boyeon Shin@samsung.com>
>>> Reply-To: Boyeon Shin@samsung.com
>>> <mailto:Boyeon Shin@samsung.com>
>>> To: Eric Chu <Eric Chu@google.com>
>>> <mailto:Eric Chu@google.com>
>>> CC: 권강현 <Key Won@samsung.com>
>>> <mailto:Key Won@samsung.com>, Martin Tannerfors
>>> <Martin Tannerfors@sta.samsung.com>
>>> <mailto:Martin Tannerfors@sta.samsung.com>, Eui Suk Chung
>>> <Eui Suk Chung@sta.samsung.com> <mailto:Eui Suk Chung@sta.samsung.com>,
>>> Seok Ha Koh <Seok Ha Koh@sta.samsung.com>
>>> <mailto:Seok Ha Koh@sta.samsung.com>, Quam Erogbogbo
>>> <Quam Erogbogbo@sta.samsung.com>
>>> <mailto:Quam Erogbogbo@sta.samsung.com>, James Botello
>>> <James Botello@sta.samsung.com>
>>> <mailto:James Botello@sta.samsung.com>, G. Kim@sta.samsung.com"
```

GOOG-PLAY-001083891

**EXHIBIT 312-002**

>>> <mailto ███ ░sta.samsung.com> ███ ░sta.samsung.com>
>>> <mailto: ███ ░sta.samsung.com>, 반문기
>>> ███ @samsung.com> <mailto ███ @samsung.com>, 강병진
>>> ███ @samsung.com> <mailto ███ @samsung.com>, 남환우
>>> ███ @samsung.com>
>>> <mailto ███ @samsung.com>, 김호경
>>> ███ @samsung.com> <mailto ███ @samsung.com>,
>>> 김도경 ███ @samsung.com> <mailto ███ @samsung.com>, 김
>>> 현중 <███ @samsung.com>
>>> <mailto ███ @samsung.com>
>>>
>>>
>>>
>>> Hi Eric,
>>>
>>> At the moment, we do not have a short term plan to launch
>>> paid application services in the US.
>>>
>>> So, your concern on the confusion regarding two different
>>> payment systems do not arise.
>>>
>>> Samsung's own application tab is only for the
>>> preload/postload updates which we should use our internal
>>> system (all are free apps).
>>>
>>>
>>> They can use Android Market to update their own apps and 3rd
>>> party apps as of Phonesky, and that offers a more consistent UX.
>>>
>>> Hope this explains better for you to understand our
>>> proposal.
>>>
>>> In the mean time, we do have a bit of issues in Latin
>>> America as we briefly mentioned in our meeting earlier
>>> this month on America Movil.
>>>
>>> America Movil say that they do not want us to service
>>> Samsung Apps any more unless Google agrees to it.
>>>
>>> So, if we both agree on this new model, can we launch
>>> this hybrid Samsung Apps in Latin America for America Movil?
>>>
>>>
>>> Please let me know your thoughts.
>>>
>>> Thank you,
>>>
>>> Boyeon Shin
>>>
>>> *Manager*
>>>

CONFIDENTIAL

GOOG-PLAY-001083892

**EXHIBIT 312-003**

>>> *Service Operation Team*
>>> *Media Solution Center*
>>> **SAMSUNG ELECTRONICS*
>>>
>>> *Office : ▓▓▓▓▓▓▓ *Mobile: *▓▓▓▓▓▓▓
>>> *E-Mail :*▓Boyeon Shin▓@samsung.com
>>> <mailto▓Boyeon Shin▓@samsung.com>
>>>
>>> ------- *Original Message* -------
>>>
>>> *Sender* : Eric Chu▓Eric Chu▓@google.com>
>>> <mailto▓Eric Chu▓@google.com>
>>>
>>> *Date* : 2011-08-23 01:16 (GMT+09:00)
>>>
>>> *Title* : Re: FW: Re: Meeting notes from meeting with
>>> Eric Chu
>>>
>>>
>>> Hi Boyen,
>>>
>>> Thanks for the proposal. If I understand it correctly,
>>> the Samsung App Store application will merchandise a list
>>> of apps where many of the apps will be deep-linked to
>>> Android Market and some of them will be from Samsung's
>>> backend.
>>>
>>> Assuming that's the proposal, it can certainly work. I do
>>> think it will be somewhat confusing for users especially
>>> if some of these apps ask for payments for example. In
>>> that scenario, users who have already purchased products
>>> from Android Market will be asked again to set up yet
>>> another forms of payment.
>>>
>>> If the problem Samsung is solving is to make sure apps
>>> that are designed to run only in a specific country or
>>> carrier, Android Market already provide the ability to
>>> apps to be targeted only to specific devices.
>>>
>>> Does that address what Samsung is looking to solve with
>>> the hybrid proposal?
>>>
>>> Thanks
>>> Eric
>>>
>>> On 8/17/11 9:10 PM, Boyeon Shin wrote:
>>>>
>>>> HI Eric,
>>>>
>>>> As promised we have reviewed the feedback, during our
>>>> meeting in Mountain View, and investigated possible
>>>> options for Samsung and Google to collaborate in the US.

CONFIDENTIAL

GOOG-PLAY-001083893

**EXHIBIT 312-004**

>>>>
>>>> Overall, Samsung agrees with the proposed architecture
>>>> for Samsung Apps deep-link collaboration with Android
>>>> market while still controlling the
>>>> merchandising/promotion/curation of applications.
>>>> Allowing Samsung to retain the brand as Samsung Apps in US.
>>>>
>>>> What we propose is a hybrid model leveraging the Android
>>>> Market infrastructure while still meeting the needs of
>>>> Samsung application strategy.
>>>>
>>>> Hence, we envisage the following two components:
>>>>
>>>> 1.A Featured application tab to provide
>>>> merchandizing/promotion of Android market apps most
>>>> suitable for Samsung devices (deep link to Android market)
>>>>
>>>> 2.Samsung's own applications tab (preload/post load
>>>> updates) and local specific applications for each
>>>> country/carriers.
>>>>
>>>> For Samsung launch and carrier purposes these will still
>>>> remain on Samsung Apps
>>>>
>>>> Detailed architecture of this arrangement still needs to
>>>> be discussed, however, we anticipate launching this in
>>>> Q1, 2012.
>>>>
>>>> Would greatly appreciate your thoughts on the above
>>>> proposal and look forward to discussing next steps together.
>>>>
>>>> Kind regards,
>>>>
>>>> Boyeon Shin
>>>>
>>>> *Manager*
>>>>
>>>> *Service Operation Team*
>>>> *Media Solution Center
>>>> **SAMSUNG ELECTRONICS*
>>>>
>>>> *Office :▇▇▇▇▇▇▇▇*Mobile: *▇▇▇▇▇▇▇
>>>> *E-Mail :*Boyeon Shin@samsung.com
>>>> <mailtoBoyeon Shin@samsung.com>
>>>>
>>>> ------- *Original Message* -------
>>>>
>>>> *Sender* : Eric Chu<Eric Chu@google.com>
>>>> <mailtoEric Chu@google.com>
>>>>
>>>> *Date* : 2011-08-08 12:47 (GMT+09:00)
>>>>

CONFIDENTIAL

GOOG-PLAY-001083894

EXHIBIT 312-005

>>>> *Title* : Re: FW: Re: Meeting notes from meeting with
>>>> Eric Chu
>>>>
>>>>
>>>> Thank you again for coming to Google for this meeting.
>>>> Looking forward
>>>> to hear on the possible Samsung/Google collaboration on
>>>> merchandising/store starting with the US.
>>>>
>>>> Thanks
>>>> Eric
>>>>
>>>> On 8/4/11 12:39 AM, Martin Tannerfors wrote:
>>>> > Hi Eric,
>>>> >
>>>> > Thank you for taking the time to meet yesterday
>>>> (Tuesday) with us all, much appreciated.
>>>> >
>>>> > Attached are the meeting minutes from our meeting
>>>> which hopefully correctly reflects the discussion and
>>>> action items. Please feel free to comment if any items
>>>> are unclear or misunderstood by us. Look forward to
>>>> closer collaboration moving forward in both US and globally.
>>>> >
>>>> >
>>>> > Regards,
>>>> > Martin
>>>>
>>>
>>>
>>>
>>> --
>>> Patrick
>>
>>
>>
>>
>> --
>> Patrick
>>
>>

GOOG-PLAY-001083895

**EXHIBIT 312-006**