| Message | |
|---|---|
| From: | Eric Chu [████@google.com] |
| Sent: | 5/28/2020 6:49:07 PM |
| To: | Prachi Gupta [████@google.com] |

- **Eric Chu**, 2020-05-28 11:49:07

Hi Prachi, just want to raise concerns that GPM/YT meeting at Director working level keeps getting moved out while VPs are meeting potentially without context. The meeting scheduled today has been deleted/moved again.

- **Eric Chu**, 2020-05-28 11:49:24

Eunice is keep touch with Paul

- **Prachi Gupta**, 2020-05-28 11:50:08

thanks for the heads up Eric

- **Prachi Gupta**, 2020-05-28 11:50:13

just chatted with John also

- **Prachi Gupta**, 2020-05-28 11:50:31

it is a little weird with Play right now

- **Prachi Gupta**, 2020-05-28 11:50:51

they were meeting with payments at 11..wonder if that was part of it

- **Eric Chu**, 2020-05-28 11:51:33

Yes. It seems that for both the ShopTube project and YT/Play, these PAs are having meetings talking about YouTube without YouTube's presence.

- **Eric Chu**, 2020-05-28 11:52:10

More understandable on ShopTube since Shopping and Payment do need to figure out how they work together even without YouTube.

- **Eric Chu**, 2020-05-28 11:52:24

On Play/YT, it doesn't make sense for those discussions to happen without YT.

- **Prachi Gupta**, 2020-05-28 11:53:21

I hear you..PLay is being very weird ..first they were not even talking with Payments..now talking to them without us

- **Prachi Gupta**, 2020-05-28 11:53:39

we need to keep communication very tight

- **Prachi Gupta**, 2020-05-28 11:53:59

yesterday night chatted with Kan Liu from gPayments..also introed him to Eunice

- **Prachi Gupta**, 2020-05-28 11:54:09

hoping you are in close touch with Stavan

- **Prachi Gupta**, 2020-05-28 11:54:43

fwiw, scott and neal have our backs..they are asking hard questions from Play...but agree its a complex situation right now

- **Eric Chu**, 2020-05-28 11:54:47

I am but currently, I'm not directly plugged into the Play discussions at any levels. Only behind the scene.



CONFIDENTIAL

**EXHIBIT 332**

GOOG-PLAY-003600774

**EXHIBIT 332-001**

- **Eric Chu**, `2020-05-28 11:56:40`

Last comment on this topic is that it is clear this is all about Play revenue. They could have easily put us in the same category as Spotify/Netflix. They worry that if they let YT into the club, they need to let others and risk revenue.

- **Eric Chu**, `2020-05-28 11:57:19`

So bottom line is that we're protecting already at risk Play revenue at the cost of YouTube opportunity cost and growth...

- **Prachi Gupta**, `2020-05-28 11:58:18`

give me 2 mins (wrapping up GPM velocity)

- **Prachi Gupta**, `2020-05-28 12:04:20`

ok back now

- **Eric Chu**, `2020-05-28 12:04:37`

I'm here

- **Prachi Gupta**, `2020-05-28 12:04:51`

regarding Play revenue..i don't see a world where we pay Play cut

- **Eric Chu**, `2020-05-28 12:05:22`

ARe you available to chat over VC?

- **Prachi Gupta**, `2020-05-28 12:06:03`

re: you not engaged at any level - I agree that we need to have you (and me) to be included in these discussions - fwiw, i feel behind the scenes as well (that is what I mean by &quot;tight communication&quot; is missing

- **Prachi Gupta**, `2020-05-28 12:06:18`

&lt;a href="https://www.google.com/url?q=http://goto.google.com/meet/ep&amp;sa=D&amp;source=hangouts&amp;ust=1590779178571000&amp;usg=AFQjCNEle9-U3ewLkz0SlE5S9ixyhSVErg"&gt;go/meet/ep&lt;/a&gt;

- **Eric Chu**, `2020-05-28 12:06:44`

On the bridge now

CONFIDENTIAL

GOOG-PLAY-003600775

**EXHIBIT 332-002**