**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Basecamp - Optionality

## 4/14 discussion

**DRAFT for discussion (WIP)**

Other relevant documents:
User Choice MGPB (owner: Paul Feng )
Thoughts about Play promotion of Alternate App Stores (DRAFT) (owner: Paul Feng )



EXHIBIT 388.R-001

GOOG-PLAY-006829073.R

# Agenda for today

Recap of payment processing cost structure - 3P vs Google

Path forward on the solution and pricing

Backstop solutions with alt monetization models (Sameer's ask)

Google

**EXHIBIT 388.R-002**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-006829074.R

# Distribution of developers by estimated payment costs (Top 5,000 Developers, includes DCB and GC)





*Actual costs will vary depending on provider and negotiated prices

**EXHIBIT 388.R-003**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829075.R

# Distribution of developers by estimated payment costs (Top 5,000 Developers, excl. DCB and GC)



**Actual costs will vary depending on provider and negotiated prices*

EXHIBIT 388.R-004

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829076.R

Privileged y-Confidential

# Payment Processing Costs Variability (Top 100 developers only)



Blended Credit Card Rate — **3%**

3% + 10¢ — **4%** — Fixed Fee of 10¢ drives ~4ppt variance due to differences in AOV
*Amount of variability depends on fixed fee amount*

Credit Card (Adyen Rates) — **3%**

All FOPs (Adyen Rates) — **6%** — FOP mix (from DCB and Giftcards) drives another ~4ppt variance

Google

**EXHIBIT 388.R-005**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829077.R

# Agenda for today

Recap of payment processing cost structure - 3P vs Google

Path forward on the solution and pricing

Backstop solutions with alt monetization models (Sameer's ask)

Google

EXHIBIT 388.R-006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829078.R

# Reminder: decided to explore phased approach

Privileged & Confidential

| | Phase 1 | Phase 2 - Follow up | |
|---|---|---|---|
| Core issue | 30% is too high | Large devs : (30−X)% is too high | |
| Ecosystem action/response | Ask for Billing optionality *Core assumption: billing optionality would reduce rev share materially* | (preempted) | Ask for Distribution optionality |
| Play response | 15% for the first $1M (Runway) + **Unbundle billing with X% service fee reduction (X~= cost of payment processing)** **Service fee charged for discovery/distribution + (optional) billing** | Preempt dev agitation through a.) Private deals - AVP/GVP/LRAP/ADAP b.) Public programs - Rev share incentives aligned with Play objectives (eg tenured buyer discounts, bounties) | Make it easier for 3P stores to distribute |

Google

**EXHIBIT 388.R-007**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829079.R



EXHIBIT 388.R-008

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829080.R



EXHIBIT 388.R-009

GOOG-PLAY-006829081.R

# Pricing at 30-x creates issues if x depends on FOP

Proplegued y CGofiSdentziel



Google

EXHIBIT 388.R-010

GOOG-PLAY-006829082.R

# Explored 2 types of options...

Privileged y Confidential





**EXHIBIT 388.R-011**

GOOG-PLAY-006829083.R

# ...Also explored pricing options where total charge >30% for some transactions

Note: legal ramifications?



EXHIBIT 388.R-012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829084.R

# Developers likely reaction to select discrete options

Privileged y Confidential

| Option | 15% developers | Large developers who would unbundle at any price | Large developers who would unbundle to save | |
| --- | --- | --- | --- | --- |
| | | | Consumer spend w/ choice | Dev incentive to steer user choice |
| 28% + FOP fee | Not impacted | Will unbundle if given the option | $0 | |
| 25% + FOP fee | | | $ (~$0-1B) | ++ |
| 25% + 5% | | | $$ (~$1-10B) | + |
| 20% + FOP fee | | Will attempt to move consumers to their billing platform | $$$ (~$20B+) | +++ |
| 20% + 10% | | | $$$ (~$20B+) | +++ |

Google

**EXHIBIT 388.R-013**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829085.R

# WYHTB - option 1

Privileged & Confidential

| Option Our breakeven | 15% developers | Large developers who would unbundle at any price | Large developers who would unbundle to save | |
|---|---|---|---|---|
| | | | Consumer spend w/ choice | Dev incentive to steer user choice |
| 28% + 2% | | Will unbundle if given the option | $0 | |
| 25% + FOP fee | Not impacted | | $ (~$0-1B) | ++ |
| 25% + 5% | | | $$ (~$1-10B) | + |
| 20% + FOP fee | | Will attempt to move billing platform | $$$ (~$20B+) | +++ |
| 20% + 10% | | | $$$ (~$20B+) | +++ |

*We are comfortable announcing such a discount*

+

*regulators will be satisfied that these devs unbundle*

Google

**EXHIBIT 388.R-014**

GOOG-PLAY-006829086.R

Privileged y CConfidential

# WYHTB – option 2

| Option | 15% developers | Large developers who would unbundle at any price | Large developers who would unbundle to save | |
|---|---|---|---|---|
| Our breakeven | | | Consumer spend w/ choice | Dev incentive to steer user choice |
| 28% + 2% | | Will unbundle if given the option | $0 | |
| 25% + FOP fee | | | $ (~$0-1B) | ++ |
| 25% + 5% | | | $$ (~$ | |
| 20% + FOP fee | | Will attempt to move consumers to their billing platform | $$$ (~$20B+) | +++ |
| 20% + 10% | | | $$$ (~$20B+) | +++ |

*... charging devs that choose to unbundle possibly more than 30%...*

*We are comfortable announcing such a discount ...*

*... & heightening incentive to influence user choice to save $$*

Google

EXHIBIT 388.R-015

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829087.R

# WYHTB – option 3

Privileged y CConfidential

| Option *Our breakeven* ↓ | 15% developers | Large developers who would unbundle at any price | Large developers who would unbundle to save | |
|---|---|---|---|---|
| | | | Consumer spend w/ choice | Dev incentive to steer user choice |
| 28% + 2% | | Will unbundle if given the option | $0 | |
| 25% + FOP fee | | | $ (~$0-1B) | ++ |
| **25% + 5%** *We are comfortable announcing such a discount …* | Not impacted | | **$$ (~$1-10B)** | **+** |
| 20% + FOP fee | | Will attempt to move consumers to their billing platform | $$$ (~… *& putting more $$ at risk to (materially? marginally?) protect user experience* | |
| 20% + 10% | | | $$$ (~ +++ | |

Google

**EXHIBIT 388.R-016**

GOOG-PLAY-006829088.R

# Additional Considerations for disintegration

Privileged y COonfidential

- Economic considerations

- Diversity of FOP and geo

- Complexity of disintegration (product requirements)

Google

**EXHIBIT 388.R-017**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829089.R

# Agenda for today

Recap of payment processing cost structure - 3P vs Google

Path forward on the solution and pricing

Backstop solutions with alt monetization models (Sameer's ask)

Google

**EXHIBIT 388.R-018**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829090.R

# $ per install: Distribution across apps

Privileged y CComfidentials

## Annual spend per acquisition across top 100 apps and games





Google

**EXHIBIT 388.R-019**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829091.R

# $ per install: Fixed charge

Privileged y Confidential



Avg. ~$150 per install

*To achieve same level of spend, would be overcharging most developers*

Medium: ~$20 per install

*Significant price arbitrage and half of developers would still be overcharged*

Google

**EXHIBIT 388.R-020**

GOOG-PLAY-006829092.R

# $ per install: Variable charge

Projequired y CUohBdenisls



*How to estimate ahead of time or for new games?*

➡ *We have an Ads model that already solves for these complexities*

Google

**EXHIBIT 388.R-021**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829093.R

# Alternative ways to charge: Other measure

Projected y Confidential

- Time spent
- Active users
- Opens
- GB/Updates

Anything else or is the above
a comprehensive list
(reminder: Play Pass analysis)?

*Aside from consumer spend, what are the most reliable predictors of **value captured by the developer**?*

Google

**EXHIBIT 388.R-022**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829094.R

Proprietary + Confidential

# Appendix



**EXHIBIT 388.R-023**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-PLAY-006829095.R

# Google's scale in payments

Privileged y CConfidentiasl



| Company | GMV ($B) |
|---|---|
| FIS/Worldpay | 1,700 |
| Chase / PTI | >1,000 |
| PayPal | 936 |
| Amazon | 490 |
| Adyen | 367 |
| Stripe | 350 |
| Apple | 300 |
| Google | 300 |
| Shopify | 120 |
| ebay | 100 |
| | |
| | |

Notes:
https://static.googleusercontent.com/media/pay.google.com/en//about/business/static/data/GPay_RTP_2019.pdf
GMV #s

Google

**EXHIBIT 388.R-024**

GOOG-PLAY-006829096.R

# PSP fees - Market rates

Privileged y-Confidential

|  | Who prices this way | Illustration |
|---|---|---|
| "10% all in" 5-15% | All in one solutions for whom Payment Processing is part of a broader package | Memberful, Substack, Subscribe w Google, EPIC Store |
| $30^c + 2.9\%$ | PSPs that focus on simplicity and ease of integration | Stripe, Paypal, Shopify, Authorize.net... |
| $X^c$ + FOP specific cost passthrough (itself typically $X^c + X\%$) | PSPs that focus on cost optimization | Adyen, WorldPay, Chase, |

Google

**EXHIBIT 388.R-025**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829097.R

# CPI: Distribution across apps



EXHIBIT 388.R-026

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829098.R

Privileged y-Confidential

# Options for alternative ways to charge

| | | |
|---|---|---|
| Fixed $ per install |  | *Games and apps fall on a wide spectrum, even within a market* |
| Variable $ per install |  | *How to estimate ahead of time or for new games?*<br>➡ *We have an Ads model that already solves for these complexities* |
| **Other measures** |  | ● **Time spent**<br>● **Active users**<br>● **Opens**<br>● **GB/Updates**<br>Anything else or is the above a comprehensive list (reminder: Play Pass analysis)? |

*Aside from consumer spend, what are the most reliable predictors of value captured by the developer?*

Google

**EXHIBIT 388.R-027**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829099.R

**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Basecamp - Optionality

## 4/8 discussion

**DRAFT for discussion (WIP)**

Other relevant documents:
User Choice MGPB (owner Paul Feng)
Thoughts about Play promotion of Alternate App Stores (DRAFT) (owner Paul Feng)

**EXHIBIT 388.R-028**

# Context reminder: 3 cost components to assess total cost of handling payment processing



Depends on the type of good/service sold and service level ambition

Other costs (~1-2%)
(mostly customer support)

What the next charts dive into

Payment processing
(x%)

Infrastructure cost (largely fixed) depending on the complexity of the billing operations

Payment processing providers like Stripe differentiate their offering so that
this cost is as limited as possible (e.g. a fraction of 1 headcount).
Companies like Spotify employ xx FTEs on this
Companies like Google employ xxx FTEs on this

Google

**EXHIBIT 388.R-029**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Related expenses

Proprietary y Confidential

## One time expenses

| Expense type | Preliminary sizing |
|---|---|
| Integration with Play Billing | Fixed allocation of $xxk |
| | |

## Recurring expenses

| Expense type | Preliminary sizing |
|---|---|
| Returns & Customer support | 0.5-2% of consumer spend subject to achievement of customer satisfaction targets |
| Ongoing interface with Play Billing | Fixed allocation of $xxk subject to quality metrics |
| | |

Google

**EXHIBIT 388.R-030**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829102.R

# Total cost of billing - Market scan

Privileged y Confidential

## Per transaction fixed fee

- Stripe: $0.3
- Paypal: $0.3
- Square: $0.3
- Adyen: $0.12

## Variable fee

- Stripe: 2.9% +
- Paypal: 2.9% +
- Square: 2.9% +
- Adyen: Interchange ++ (mix of fixed and % fee depending on the acquirer's card)

Google

**EXHIBIT 388.R-031**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829103.R

# Spread of estimated payment costs developers would incur (based on published rates)

Privileged & Confidential



**Distribution of Developers and Spend by Payment Cost (Adyen)**

Avg.: 6%
Median: 8%

- Costs can vary greatly depending on the platform
- For lots of developers GPB is a good deal

2K devs w/ costs >30% and insignificant spend

**Distribution of Developers and Spend by Payment Cost (Stripe)**

Avg.: 6%
Median: 14%

25K devs w/ costs >30%

*Actual costs will vary depending on provider and negotiated prices

**EXHIBIT 388.R-032**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829104.R

# Distribution of developers by estimated payment costs incurred (based on published rates)

Privileged & Confidential

**Cumulative Distribution of Developers by Payment Cost**

**Cumulative Spend Coverage of Developers by Payment Cost**



18K devs < 5%
91K devs ≥ 5%

9K devs < 5%
100K devs ≥ 5%



Devs < 5% make up $12B in spend

Devs < 5% make up $11B in spend

25K devs w/ costs >30%

**\*Actual costs will vary depending on provider and negotiated prices**

**EXHIBIT 388.R-033**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829105.R

# Spread of estimated payment costs of Top 100 developers

Privileged & Confidential



**Actual costs will vary depending on provider and negotiated prices**

Google

EXHIBIT 388.R-034

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829106.R

# Takeaways

Privileged y Confidential

Spread is larger than we assumed

→ Makes fixed price option more challenging, there are more nuances

→ If we go with variable rate, there could be significant number of developers where fee would be ~0% after billing opt-out

Google

**EXHIBIT 388.R-035**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829107.R

# How Epic manages high cost FOPs: consumer surcharge



Consumer checks out
from EPIC Store with a $10 item

Is FOP high cost?

No — Consumer pays $10
(+ sales taxes if not included in advertised price)

Yes — Consumer pays $10+surcharge
(+ sales taxes if not included in advertised price)

Developer gets $8.8
(- sales tax credit if included in advertised price)

https://www.epicgames.com/store/en-US/about

Which payment methods are supported?

The Epic Games store supports credit cards, Paypal, and a variety of alternative payment methods. Approximately 80% of store transactions use credit cards and Paypal. The other 20% comprise alternative payment methods, primarily in countries where credit cards aren't widely available. Some of these alternate payment methods carry payment processing fees, which Epic charges directly to the purchaser, and are not

Google

**EXHIBIT 388.R-036**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829108.R

# 4 ways to address pricing

Privileged y-COonfidentialal

**1. Offer rev share discount**

**2. Address pricing through ecosystem incentives**

**3. Create alternative pricing (eg upfront download fee)**

**4. Create App Store Optionality**

Google

**EXHIBIT 388.R-037**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-006829109.R

Privileged y. COonfidentiaal

# Options for incentivizing developers to choose Play billing and add value back into the ecosystem

| Ecosystem Goals | Programs Today | New Program Ideas | Likely benefeciaries |
|---|---|---|---|
| Strengthen Android on other form factors, Assistant | LRAP/ADAP/BCAP | Consider making public | App devs with video/audio/books biz |
| Deepen partnerships through X-Google integrations | GVP/AVP | Expand to more devs with strategic rationale | Large developers with concentration risk to Play |
| Accelerate Play buyer growth, create new buyers (esp in emerging markets) | Various | Create bounty programs for NPUs in EMs | Developers building for EMs - lowers entry barriers for more devs |
| Improve Play buyer retention | Play points | Tenured buyer discounts (Potential upside for Ads) | Developers with established IP, tenured users (eg Aniplex, Supercell, Mid) |

Google

- Retain the optionality to reinvest the margins and create conditions for developers to choose Play billing (vs policy enforcement) via structural incentives and other developer programs
  - Continue to invest in large developer programs like GVP/AVP/LRAP etc
  - Incentivize developers to drive Play's long term objectives like buyer creation and retention to maximize the size of the pie - bounty programs, tenured buyer discounts, volume discounts
- Strengthening ecosystem, adding value, things you're doing that's adding positive externalities
- Seeding form factors, nascent use cases
- Give/Get

**EXHIBIT 388.R-038**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829110.R

Proprietary + Confidential

# Appendix



EXHIBIT 388.R-039

**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Basecamp - Optionality

3/31 discussion

**DRAFT for discussion (WIP)**

Other relevant documents:
User Choice MGPB (owner Paul Feng)
Thoughts about Play promotion of Alternate App Stores (DRAFT) (owner Paul Feng)

**EXHIBIT 388.R-040**

Privileged + Confidential

# Agenda

Following up on debrief from Sameer meeting:

1. Pricing specifics – Kickoff with Economics team next week

2. Implications of price – Game theory on pricing scenarios

3. Implementation scheme – Paul F?

 Google Play

EXHIBIT 388.R-041

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            GOOG-PLAY-006829113.R

# Developer issues (for discussion)

Privileged y CConfidential

| Developer issues ("flip-side" reminder) | Developers most impacted | Under what conditions does billing optionality address | Alternative way to solve |
|---|---|---|---|
| **Intrinsic cost of doing business** *(Platform operator for profit status)* | Low margin businesses *(e.g. Video Ente...)* | ● Price substantially better than payment processing cost ● Substantial portion of dev user base de-integrates Play Billing | Targeted service fee decrease (e.g. vertical specific, by user tenure or other desirable outcome) |
| **Full ownership of user billing information and flow** *(user trust & safety)* | Large developers with high market power *(e.g. Netflix, Spotify, Disney+)* | ● Product implementation enables full dev control of flow and preferencing of dev's own billing | Developer/Play pass-thru with Play as processor |
| **Inadequate FOP coverage** *(fraud)* | Developers with material business in emerging markets *(e.g. PUBG, Garena, Tencent Games)* | ● Product implementation enables complete integration of full list of FOPs | GPB closes FOP coverage |
| **Multiplatform complexity (don't have unified billing / view of user)** *(platform stickiness)* | Developers with presence across mobile, PC, TV, etc. *(e.g. Video Entertainment, Music, Multiplatform games)* | ● Substantial portion of dev user base de-integrates Play Billing | ?Top partner work in progress? |
| **...** | | | |

*Price level is a critical condition only for 1 of developers' issues*

*Does not require substantial price change*

- Does it move the needle for developers

**EXHIBIT 388.R-042**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-006829114.R

# Developer issues (for discussion)

Privileged y COnfidential

| Developer issues ("flip-side" reminder) | Developers most impacted | Under what conditions does billing optionality address | Alternative way to solve |
|---|---|---|---|
| Intrinsic cost of doing business (Platform operator for profit status) | Low margin businesses (e.g., Video Entertainment, Music) | ● Price substantially better than payment processing cost ● Substantial portion of dev user base de-integrates Play Billing | Targeted service fee decrease (e.g. vertical specific, by user tenure or other desirable outcome) |
| Full ownership of user billing information and flow (user trust & safety) | Large developers with high market power (e.g., Netflix, Spotify, Disney+) | ● Product implementation enables full dev control of flow and preferencing of dev's own billing | Developer/Play pass-thru with Play as processor |
| Inadequate FOP coverage (fraud) | Developers with material business in emerging markets (e.g., Playrix, Garena, Tencent Games) | ● Product implementation enables complete integration of full list of FOPs | GPB closes FOP coverage |
| Multiplatform complexity (don't have unified billing / view of user) (platform stickiness) | Developers with presence across mobile, PC, TV, etc. (e.g., Video Entertainment, Music, Multiplatform games) | ● Substantial portion of dev user base de-integrates Play Billing | ?Top partner work in progress? |
| ... | | | |

● Does it move the needle for developers

**EXHIBIT 388.R-043**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829115.R

# Pricing in Billing Optionality
## What does it need to accomplish?

Privileged & Confidential

0%                                    30%

Create billing optionality while
preserving Play's margins

Developer agitation likely to
shift from choice to price

Generate material market
adoption of billing optionality

Attractive to large developers
and other aggregators

Address local market
challenges (eg IN)

Risk of contagion

Google

**EXHIBIT 388.R-044**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829116.R

# Reminder - Payment processing cost varies by transaction value (in addition to FOPs)



Privileged & Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829117.R

Google

**EXHIBIT 388.R-045**

# Game theorizing price level - Some large developers would take advantage of billing optionality no matter the price



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 388.R-046**

GOOG-PLAY-006829118.R

# Billing optionality by itself is a defensive solution and doesn't accrue any long term ecosystem benefits

We should consider addressing following objectives with the biz model change:

- Give developers **choice** in billing → Address the 'lack of choice' narrative while preserving Play's margins

- **Retain the optionality** to reinvest the margins and create conditions for developers to **choose** Play billing (vs policy enforcement) via structural incentives and other developer programs
  - Continue to invest in large developer programs like GVP/AVP/LRAP etc
  - Incentivize developers to drive Play's long term objectives like buyer creation and retention to maximize the size of the pie - bounty programs, tenured buyer discounts, volume discounts

Google

**EXHIBIT 388.R-047**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829119.R

# Other ways to lower our service fee - Reminder

Privileged y C Confidential

| Option (announced, active) | Rationale | Devs (% Play Rev) | Service fee equivalent benefit |
|---|---|---|---|
| "15% up to $1M" | Help developers on their way to success | All | 0-15% |
| GVP/AVP | Help our most strategic accounts better leverage G | 20-50 (~40% Play Rev) | 3-5% |
| Tenured buyer discount | Incentivize/Reward focus on long term user sat. | All (or TBD) | 3-5% (or TBD) |
| ... | | | |

Google

**EXHIBIT 388.R-048**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829120.R

# What are the behaviors we want to incentivize?

Privileged y COofidential

**Behaviors we would like to see**

More investment in Android ecosystem

Better buyer conversion and retention to maximize the overall pie

Users prefer Play over 3P options

**Behaviors Billing Optionality induces**

Margin optimization by Devs. Continued agitation over the rest of service fees

Potentially better FOP coverage for users from local players

Aggregators incentivized to ladder up

**Billing Optionality by itself is a defensive solution and doesn't accrue any long term ecosystem benefits**

Google

**EXHIBIT 388.R-049**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829121.R

# Proposing a phased approach to Play's biz model changes

|  | **Phase 1** | **Phase 2 - Follow up** | |
|---|---|---|---|
| **Core issue** | Price is too high | Price is still too high | |
| **Ecosystem action/response** | Ask for Billing optionality *Core assumption: billing optionality would reduce rev share materially* | (preempted) | Ask for Distribution optionality |
| **Play response** | 15% for the first $1M (Runway) + Unbundle billing with X% service fee reduction (X~= cost of payment processing) Service fee charged for discovery/distribution + (optional) billing | Preempt dev agitation through a.) Private deals - AVP/GVP/LRAP/ADAP b.) Public programs - Rev share incentives aligned with Play objectives (eg tenured buyer discounts, bounties) | Make it easier for 3P stores to distribute |

Google

**EXHIBIT 388.R-050**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829122.R

**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Basecamp - Optionality

Slides for Sameer 3/24 discussion

**DRAFT for discussion (WIP)**

Other relevant documents:
User Choice MGPB (owner )
Thoughts about Play promotion of Alternate App Stores (DRAFT) (owner Paul Feng)

**EXHIBIT 388.R-051**

GOOG-PLAY-006829123.R



- Liability and value, consume and sold on platform so platform value is really high, we create the market. Most of the value deliver occurs outside after we make the connection (role of platform is limited)

- Value and consumer protection

**EXHIBIT 388.R-052**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829124.R

# More communication likely needed to address perception gap

## Esp. value beyond billing & why digital goods are singled out



Android & Google Play [...] **gave rise to entirely new** digital-only businesses

[...] **infrastructure services** are **uniquely catering** to these apps (e.g., subscription platform, pre-reg / games support, buyer programs, etc.)

[...] **uniquely able** to ensure a safe, secure & trusted environment **when the entirety of their experience** happens on their **Android phone with Play Protect**

[...] businesses are **free to choose alternative** models
- [...] can charge their users outside of Play Protect
- [...] can choose alternative income streams (ads, other indirect monetization means)

Apps free to consumers, or not primarily enabled by digital experiences on mobile, contribute to our vibrant ecosystem by delivering incredible user value and invest via ads or other means into the Android enabled digital economy.

EXHIBIT 388.R-053

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-006829125.R

# More communication likely needed to address perception gap

## Esp. value beyond billing & why digital goods are singled out

Android & Google Play [...] gave rise to entirely new digital-only businesses
[...] infrastruc[...] [...] apps (e.g., subscription platform, pre-reg [ ] games support, buyer programs, etc.)
[...] uniquel[...] [...]ment when the entirety o[...] [...]d phone with Play Protect

[...] businesses are free to choose alternative models

- [...] c[...]
- [...] can [...] [...]ncome streams rank other indirect monetiz[...]

Apps free to consumers, or not primarily enabled by digital experiences on mobile, contribute to our vibrant ecosystem by delivering incredible user value and invest via ads or other means into the Android enabled digital economy.

*Should we start charging ads-support apps?*

*Should we start charging for specific deliverables?*

*What about distribution and discovery value?*

*Should we expand and publicize LDAP, ADAP, etc.?*

*How much choice is afforded by our policies?*



**EXHIBIT 388.R-054**

GOOG-PLAY-006829126.R

# Need to move carefully to maximize probability of success

Proprietary & Confidential

## Types of actions possible

Behind the scene work (e.g. Spotify, ...)

- Does it prepare us well in case our hand is forced?

Informing public narrative (e.g. value beyond billing)

- Are we increasing or decreasing our options?
- Are we positively affecting public perception or "stirring the pot"?

Business model change (e.g. Runway, Billing optionality...)

- Too much too early vs. too little too late

## Success = a thriving ecosystem

- Android app ecosystem is a safe and trusted place for users

- Quality developers (of any size) can thrive and innovate

- Overall pie is largest it can be and Google is adequately compensated for stewardship

- (Marginally) lower pressure for adversarial regulation

Google

- What should we do that prepares us best yet doesn't accelerate the expected outcome we foresee

**EXHIBIT 388.R-055**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829127.R

Proprietary + Confidential

# Appendix



EXHIBIT 388.R-056

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829128.R

# Rationale for digital goods service fee

- By lowering barriers to entry and providing simple path to instantly and securely deliver apps to billions of users, Android and Google Play gave rise to **entirely new digital-only businesses**

- Google Play keeps users safe in consumer transactions and frictionless consumption of goods/services/content that are unique to digital goods apps

- Google Play offers unique services to digital goods apps (e.g., subscription platform, games support, buyer programs, etc.)

- Google Play has different charging models offering choice to a diverse set of businesses
  - Developers can choose to sell in app or on web; charging revshare on digital goods sold in app is an industry standard
  - Developers can choose to advertise with Play store ads
  - Non-digital good apps have additional operating costs



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 388.R-057**

GOOG-PLAY-006829129.R

# What success looks like "a year" from now

## Several paths could lead to successful outcome of being able to defend and grow the business



EXHIBIT 388.R-058

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829130.R

**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Basecamp - Optionality

March 22 discussion document

**DRAFT for discussion (WIP)**

Other relevant documents:
User Choice MGPB (owner  Paul Feng)
Thoughts about Play promotion of Alternate App Stores (DRAFT) (owner Paul Feng)

**EXHIBIT 388.R-059**

# 3 core issues need to be addressed

Privileged y COonfidentiol

1. Asymmetry b/w Developers and Play in expectations from Billing Optionality

1. Work on the service fee implications of Billing Optionaity - tbd with Legal and Econ teams

1. Rationale for charging service fee to only the digital goods developers
   a. Alternatively, make an argument for service differentiation and/or charging all developers
   b. Justify why the rest of the service fee (post billing optionality) should still be a % of the consumer spend

Google

**EXHIBIT 388.R-060**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-006829132.R



- How do we mitigate this information gap?

EXHIBIT 388.R-061



- Liability and value, consume and sold on platform so platform value is really high, we create the market. Most of the value deliver occurs outside after we make the connection (role of platform is limited)

- Value and consumer protection

**EXHIBIT 388.R-062**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829134.R



- Liability and value, consume and sold on platform so platform value is really high, we create the market. Most of the value deliver occurs outside after we make the connection (role of platform is limited)

- Value and consumer protection

**EXHIBIT 388.R-063**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829135.R



- Liability and value, consume and sold on platform so platform value is really high, we create the market. Most of the value deliver occurs outside after we make the connection (role of platform is limited)

- Value and consumer protection

**EXHIBIT 388.R-064**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829136.R

# Other issues with our flat and targeted service fee

Different developers / apps use different types of services from us

*Should we start charging for specific deliverables?*

Different verticals have different economics (especially fixed vs. variable cost mix)

*Should we expand and publicize LDAP, ADAP, etc.?*

2 player competitive structure invites side-by-side comparison

Other major issues?

Google

**EXHIBIT 388.R-065**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829137.R

# What to do about non-digital goods apps?

- Do nothing

- Differentiate discovery and distribution services

- Introduce a charge (or menu of charges)

Google

**EXHIBIT 388.R-066**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829138.R

# 3 types of models to expand fee basis
## Tierings* always possible







**Charge platform access (higher developer fee)**

**Charge per outcome we deliver (access, referral)**

- by download
- GB/update
- first action (e.g., open, purchase, etc.)
- ...

**Charge for value as it is realized**

- by GMV
- ads inventory
- Users, opens, time,
- ...

*Can differentiate any rate card by different size, vertical, service level commitment, etc.*

Google

**EXHIBIT 388.R-067**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829139.R

Proprietary + Confidential

# Appendix



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 388.R-068**

GOOG-PLAY-006829140.R

# Why non-digital goods apps don't need to pay service fee?

*Amazing digital experiences for 3B Android users, **keeping users safe** and support developers*

- Google Play keeps users safe in consumer transactions and frictionless consumption of goods/services/content that is unique to digital goods apps

- Google Play created the market that uniquely benefits and creates value for digital goods apps (e.g., integrated billing supporting Freemium model)

- Google Play offers unique services to digital goods apps (e.g., subscription platform, games support, buyer programs, etc.)

- Google Play has different charging models offering choice to a diverse set of businesses
  - Developers can choose to sell in app or on web; charging revshare on digital goods sold in app is an industry standard
  - Developers can choose to advertise with Play store ads
  - Non-digital good apps have additional operating costs

Google

**EXHIBIT 388.R-069**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829141.R

# Why non-digital goods apps don't need to pay service fee?

*Amazing digital experiences for 3B Android users, keeping users safe and support developers*

| Reasons for paying service fee | Why non-digital goods apps don't need to pay? | Counter points |
|---|---|---|
| Guard against malicious apps (e.g., Play Protect)<br><br>Family settings<br><br>User privacy protection | | |
| Consumer protections<br>• Content monitoring<br>• Policy on purchase terms and conditions<br>• Fraud detection/prevention<br>• Buyer and seller support | Google Play consumer protections apply to content/goods/services that are provisioned and consumed digitally (within app) | • Ads supported apps that don't pay a service fee also have content that's consumed within app<br>• Implies that digital goods apps are more dangerous than non-digital goods apps |
| Optional protections<br>• Spend management<br>• Digital wellbeing | Google Play guards against certain purchasing and consumption behaviors (addictive, chance-based rewards, instant/impulsive, etc.) that are not applicable to non-digital good apps | • Subscription apps do not elicit the same behavior and have to pay a service<br>• Social media apps are the most highly engaged apps w.r.t. digital wellbeing |

Google

**EXHIBIT 388.R-070**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829142.R

# Why non-digital goods apps don't need to pay service fee?

*Amazing digital experiences for 3B Android users, keeping users safe and **support developers***

| Reasons for paying service fee | Why non-digital goods apps don't need to pay? | Counter points |
|---|---|---|
| Global reach and distribution<br><br>Tools to help optimize product<br>(e.g., Google Play Console, testing, updates) | | |
| Discovery and growth support | Google Play provides a myriad of services that are not applicable to non-digital good apps (Games Home, liveOps, pre-reg, buyer programs, etc.) | Not all paying apps & games are featured or receive these benefits |
| Business support | Google Play wants businesses to succeed and non-digital good apps have different operating margins and business models | Facebook is very profitable |

Google

**EXHIBIT 388.R-071**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829143.R

**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Basecamp - Optionality

## March 18 discussion document

### DRAFT for discussion (WIP)

Other relevant documents:
User Choice MGPB (owner: Paul Feng)
Thoughts about Play promotion of Alternate App Stores (DRAFT) (owner: Paul Feng)

**EXHIBIT 388.R-072**

# Billing optionality - Agenda for today

Privileged y CConfidential

*Done last time*

Explored possible **adverse implications** of introducing billing optionality (please see <u>additional case studies on "laddering up"</u> in Appendix)

*Today's focus*

**Discuss conditions for billing optionality to prevent** these adverse implications

- Assess extent to which we are all aligned

- Identify any sticky point that would require further analysis

- Decide next steps & timing for next level of product design work

*If time*

Discuss full store optionality (shared offline last time)

Google

**EXHIBIT 388.R-073**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY           GOOG-PLAY-006829145.R

# Principles reminder



EXHIBIT 388.R-074

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829146.R

# Starting from the user

Privileged y Confidential

| | | Conditions | | Pros | | Cons |
|---|---|---|---|---|---|---|
| **What does the user see?** | **Branding** | Must meet Play specifications and no additional branding (beyond Play and App/Developer)? | + + | Consistent user experience Keeps user relationship between Play or Developer / diminishes incentives for 3P aggregators | – | Developer ma freedom of br to address?) |
| | **User (default) preference** | 1-time user selection of billing option? No additional in-app message to prompt or preference billing choice? | + | Seamless user experience | – – | Play is the ini into Google pr Difficult to en level) |
| **What does the user get?** | **User Value** | Parity across billing options<br>• Price and SKU parity?<br>• Equivalent terms: serv access to transactional history, refunds, etc.?<br>Additional rewards (e.g. points): what level of restriction? | + | Consistent user experience | – – – | Not pro-cons Difficult to en Implications Points (to discuss) |
| | **Backend integration** (including compliance & consumer support) | Operated by certified partner Integrated with Play Billing? Strong (Play-validated) track record | + + + | Consumer protection Limits entry point for non-payment providers / diminishes incentives for 3P aggregators Streamlines operations | – – | Limited flexib partner list / p requirements) Does not reso owning custo developer car (partially reso |

How do we make this a real option for developers?
How do we ground this so it can be argued to stakeholders?

**EXHIBIT 388.R-075**

# Exploring billing optionality conditions (for discussion)

Privileged y Confidential

| | Conditions | | Pros | | Cons (mitigation) |
|---|---|---|---|---|---|
| **Branding** | Must meet Play specifications and no additional branding (beyond Play and App/Developer)? | + + | Consistent user experience<br>Keeps user relationship between Play or Developer / diminishes incentives for 3P aggregators | − | Developer may contest on freedom of branding (choose not to address?) |
| **User (default) preference** | 1-time user selection of billing option? No additional in-app message to prompt or preference billing choice? | + | Seamless user experience | −<br>− | Play is the initial default (lean into Google precedents)<br>Difficult to enforce (penalty level) |
| **User Value** | **Parity** across billing options<br>● Price and SKU parity?<br>● Equivalent terms: service levels, access to transactional history, refunds, etc.?<br>Additional rewards (e.g. points): what level of restriction? | + + | Consistent user experience<br>Limits price arbitrage and gamification | −<br>−<br>− | Not pro-consumer (to discuss)<br>Difficult to enforce (penalty level)<br>Implications on Google Play Points<br>(to discuss) |
| **Backend integration** (including compliance & consumer support) | Operated by certified partner Integrated with Play Billing?<br><br>Strong (Play-validated) track record | +<br>+<br><br>+ | Consumer protection<br>Limits entry point for non-payment providers / diminishes incentives for 3P aggregators<br>Streamlines operations | −<br><br>−<br><br>− | Limited flexibility / choice (broad partner list / public eligibility requirements)<br>Does not resolve issue on owning customer relationship if developer cannot use own billing (partially resolved)<br>Datastream is still valuable to 3rd parties |

**EXHIBIT 388.R-076**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829148.R

# Where are we setting the dial

Privileged y CConfidentdal

| | Conditions | Pros | Cons (mitigation) |
|---|---|---|---|
| **Branding** | Must meet Play specifications, unless additional branding (beyond Play and App/Developer)? | Consistent user experience Keeps user relationship within Play or Developer / diminishes incentives for 3P aggregators | Developer may contest on freedom of branding (choose not to address?) |
| **User (default) preference** | 1-time user selection (unchangeable) No additional in-app messaging to prompt or preference billing | Seamless user experience | Inherits default (lean toward Google precedents) Difficult to enforce (penalty level) |
| **User Value** | Parity across billing options<br>• Price and SKU parity<br>• Equivalent terms, SKU access to transactional history, refunds, etc.?<br>Additional rewards (e.g. points): what level of restriction? | Consistent user experience Limits price arbitrage and gamification | Not pro-consumer (to discuss) Difficult to enforce (penalty level) Implications on Google Play Points (to discuss) |
| **Backend integration (including compliance & consumer support)** | Operated by certified partner Integrated with Play Billing Strong (Play-validated) track record | Consumer protection Limits number of 3P payment providers / diminishes incentives for 3P aggregators Streamlines operations | Limited flexibility / choice (broad partner list / public eligibility requirements) Does not resolve issue on owning customer relationship if developer cannot use own billing (partially resolved) |

**Branding:** Any brand(s) ●───▲ ▲───● No new brand

**User (default) preference:** No restrictions, Free to prompt and solicit users ●───▲ ▲───● Inherits defaults, minimal option to change

**User Value:** No restrictions, Free to differentiate on value ●───▲ ▲───● Parity across the board

**Backend integration:** No restriction ●───▲ ▲───● Stringent restrictions/ selected partners

▲ Last week's archetype
▲ This week's archetype

**EXHIBIT 388.R-077**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829149.R

Proprietary + Confidential

# Appendix



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 388.R-078**

GOOG-PLAY-006829150.R



- https://www.forbes.com/sites/gulnazkhusainova/2020/05/21/shopify-has-a-plan-for-e-commerce-domination-and-it-just-might-work/?sh=48b6720d58d1

**EXHIBIT 388.R-079**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829151.R

# Laddering up is a proven strategy
## How  is doing it on the Web and in SEA

For backup Confidential

## XSHOP

White-label top-up platform for ecommerce and superapp partners - integrated distribution network of digital goods

Payoff: extended reach and became a distributor



## CODASHOP

Top-up website connecting users to digital goods, amassing ~40M visits per month - channel for games to gain visibility and advertise

Payoff: extended value chain, expanded userbase, and became destination for discovery

## CODAPAY

Aggregator helping online merchants accept more than 100 alternative payments (including carrier billing, banks, ewallets, cash, etc.)

Payoff: owned payments and built commercial relationships



Google

EXHIBIT 388.R-080

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829152.R

# How payment providers and aggregators could ladder up on mobile?

For backup Confidential






*Codashop has already done this on web and their practice would be legitimized*



Leverage large userbase and developer relationship to **re-invent** and expand further into app discovery, then distribution

**Payoff - integrated full store value chain expanding beyond just payments**



Then create **super app** to surface **promotions/deals** and allow for **direct purchasing of apps and in-app items.**

**Payoff - user adoption**

**Expand services and offers**, catering to games and IAPs, and **leverage existing commercial relationships and userbase to attract developers** - get foot in the door by providing more attractive payment offers

**Payoff - developer adoption**

Google

**EXHIBIT 388.R-081**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829153.R

**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Basecamp - Optionality

## March 11 discussion document

**DRAFT for discussion (WIP)**

Other relevant documents:
User Choice MGPB (owner: Paul Feng)
Thoughts about Play promotion of Alternate App Stores (DRAFT) (owner: Paul Feng)

**EXHIBIT 388.R-082**

Proprietary + Confidential

# Basecamp
# Billing Optionality



**EXHIBIT 388.R-083**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829155.R

BILLING: 'User Choice' Billing Optionality lets the user choose which payment provider to use



**Billing optionality considerations**

☑ **Scope**

☑ **User experience**

☑ **Implementation**

☐ **Ecosystem reaction**    Today's discussion

☑ = Discussed, not solved

**EXHIBIT 388.R-084**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829156.R

# Billing optionality likely to evolve to full stack optionality/competition



- https://marketingland.com/top-10-payment-processing-companies-world-175913

EXHIBIT 388.R-085

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                GOOG-PLAY-006829157.R

**Slide 85**

---

1        We need to develop the most constrained version of billing optionality for this week's discussion eg. Paul's comment that it is not open to aggregators etc. just to stress test the idea

            Ravikant Pandey, 3/16/2021

1        AI: explore how billing optionality design parameters could preempt/mitigate some of this

            Antoine Carriere, 3/16/2021

2        <span style="background-color:black;color:white">Linda Vu  </span>@google.com making sure you have this

            Antoine Carriere, 3/16/2021

**EXHIBIT 388.R-086**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Who would disrupt and why?

*For backup*

Privileged y Confidential



Consistent with DNA
- Proven capabilities at every step of the consumer transaction stack
- Complements suite of assets for developers (AWS, Twitch, app store, Prime, retail)



Aligned with strategic priorities
- Facebook's Ads business relies heavily on the app ecosystem and app store data, and disintermediating allows its business to grow unconstrained
- Consistent with e-commerce push
- Leverages meaningful base of FOP'd users / billing capabilities.



Sunk costs
- Samsung has aspirations to grow its services revenue and bolster its hardware sales by becoming more relevant to users through app store investments



Stripe offers fully integrated suite of payment products and can extend its value chain by investing in additional business building blocks aimed at connecting users to developers



Epic is a big proponent of app store de-integration to further its own Metaverse ambitions without control imposed by Apple and Google

Google

**EXHIBIT 388.R-087**

GOOG-PLAY-006829159.R

# Laddering up is a proven strategy - Netflix case study *For backup* Confidential



Leveraged high-profile brand, large user base, and ever deeper pockets, Netflix moved into original programming through exclusives and original content

**Payoff - Largest library of original content, global distribution, pricing power**
**Casualty - Content networks**



Then leveraged their user base to acquire streaming rights and went orthogonal to incumbents (linear TV)

**Payoff - Expanded user base, transformed their brand, and continued to increase their buying power**
**Casualty - Broadcasting/Linear TV networks**



Started by leveraging existing content that was freely available (DVDs) and got foot in the door purely through distribution

**Payoff - User base, brand recognition**
**Casualty - Blockbuster**

Google

**EXHIBIT 388.R-088**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829160.R

**Slide 87**

---

3      AI: explore Shopify / PayTM / Codashop / TW PC OEMs as alternative relevant examples
       Antoine Carriere, 3/12/2021

**EXHIBIT 388.R-089**

# Billing optionality shortcomings

*For backup*

Privileged & Confidential

- "30% - X" fee could still be perceived as too high shifting issue from billing optionality to distribution & discovery

- Issues on charging digital goods vs. non-digital goods apps for same services provided becomes forefront

  *follow-up on next slide*

- Operational complexity on still charging based on GMV, how do you still track consumer spend?

Google

**EXHIBIT 388.R-090**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829162.R

# Billing optionality shortcomings

*For backup*

Projected y COonfidentital

Issues on charging digital goods vs. non-digital goods apps for same
services provided becomes forefront

- Do nothing

- Differentiate discovery and distribution services

- Introduce a charge (or menu of charges)
  - Higher developer fee
  - Charge for outcomes we deliver (access, referral ...)
    - by download/updates, etc.
  - Charge for the value we enable only as it is realized
    - by GMV, time, ad inventory, opens, users, etc.

Google

**EXHIBIT 388.R-091**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829163.R

Proprietary + Confidential

# Basecamp
# Store Optionality



**EXHIBIT 388.R-092**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-006829164.R

# Where to offer optionality?



- Is this a credible alternative?

- Distribution is a special power

- Aside from accelerating the end state, are there benefits

**EXHIBIT 388.R-093**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829165.R

Privileged y Confidential

# Store optionality has benefits

| | **Billing Optionality** | **Store Optionality** |
|---|---|---|
| **Play's competitive position** | Weaker? | Leans into Play's competitive strengths and ability to differentiate on distribution, discovery, T&S |
| **Business model & Pricing** | Arbitrary x2? | Is part of the value proposition |
| **User experience** | More complex? | Cleaner |
| **Positioning in App Store debate** | Accepting the debate as stated by stakeholders | Furthering the perceived positive difference between Google and Apple's approach |

Google

**EXHIBIT 388.R-094**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829166.R

# Barriers to successful entry to date are fading

Privileged & Confidential

Platform wide restrictions  Android 11 & 12 actively addressing

User relationship  Several brands with large Mobile user base and strong user relationship

App catalog acquisition  Ways to support mass distribution; Development tools maturity

Google

**EXHIBIT 388.R-095**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-006829167.R

# Store optionality likely leads to user facing innovation
## Play's position subject to delivering superior user & dev outcomes

Privileged y- COofitiderials

**1**  ————————————  **2**  ————————————  **3**

**App stores become
first-class citizens**
Level playing field on Android

Grounds for agitation weakens



**Users decide**
A couple of major contenders vie for
user traffic and engagement

Increased competition leads to better user
experience and content



**Play likely wins on merit**
Users choose Google Play as their
primary trusted app store?

Google Play maintains business model &
pricing?



Google

- app stores made 1st class citizens on Android --> users decide -->  Play likely to retain its position

**EXHIBIT 388.R-096**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829168.R

Proprietary + Confidential

# Appendix



**EXHIBIT 388.R-097**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829169.R

# How would ecosystem evolve over time?



**1 Selective de-integration**
based on developer's payment mix

Optimization and contagion leads to more de-integration

Agitation grows on 20-25% fee, ecosystem imbalance, and limited distribution/discovery alternatives

**2 Consolidation**
To a few primary service providers

Primary service providers push towards distribution & discovery

Agitation reaches tipping point

**3 Displacement**
of Google Play as the preferred app store

• https://marketingland.com/top-10-payment-processing-companies-world-175913

**EXHIBIT 388.R-098**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006829170.R



- Is billing optionality a sustainable solution or a glide path to xxx end state
- Why would FB, Amazon, Stripe, Samsung do it?
- Consolidation
- Fixed cost business, low value add
- Amazon
- Facebook
- Samsung
- Stripe

**EXHIBIT 388.R-099**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-006829171.R

# Where to offer optionality?

Privileged y Confidential




| | **All Inclusive** | **Billing Optionality** | **Store Optionality** |
|---|---|---|---|
| | 30% | (30 – X)% | |
| Viable alternatives | | | ? |
| - | Distribution | Distribution | Distribution |
| Yes | Discovery | Discovery | Discovery |
| Yes | Promo, CRM, Loyalty | Promo, CRM, Loyalty | Promo, CRM, Loyalty |
| Yes | Billing | ? Billing | Billing |

Apps can choose to de-integrate fully by listing on another app store without delisting on Google Play

**EXHIBIT 388.R-100**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        GOOG-PLAY-006829172.R