# Google

# Play Update @ CFO Council

September 20, 2018
Privileged & Confidential

Confidential + Proprietary



**EXHIBIT 434.R-001**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Play Financial Overview - Revenue & Profitability



| in USD ($M) | 2016 Actuals | 2017 Actuals | 2018 Outlook | Y/Y% '17 | Y/Y% '18 |
|---|---|---|---|---|---|
| Total Revenue | $5,310 | $6,853 | $8,657 | 29% | 26% |
| Total COS | $1,824 | $2,073 | $2,379 | 14% | 15% |
| Gross Profit | $3,487 | $4,780 | $6,278 | 37% | 31% |
| % | 66% | 70% | 73% | 4 ppt | 3 ppt |
| Total OpEx | $1,057 | $1,228 | $1,450 | 16% | 18% |
| Op Profit | $2,430 | $3,552 | $4,828 | 46% | 36% |
| % | 46% | 52% | 56% | 6 ppt | 4 ppt |

**Play is very large and growing at healthy rates**
- Attributable to healthy Apps business and launch & scaling of Ads business

**Highly profitable and consistently improving margins**
- Efficiencies in transaction costs and growth of ~100% gross margin based Ads revenue

### Goals for today:

+ **Form common understanding of recent changes in competitive landscape and how they impact the risks and opportunities for Play**
+ **Share strategies that Play leadership is pursuing and discuss how leveraging x-PA collaboration may contribute to enhanced solves and success of potential investment strategies**

Google

Confidential + Proprietary

2

**EXHIBIT 434.R-002**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445444.R



# Play Revenue Overview - Mix changing but still weighted to Apps
*Total 2018 Revenue of $8.7B, growing 26% y/y*

**EXHIBIT 434.R-003**

# Play revenue heavily concentrated across biz models, geos, users & devs
*Making business particularly vulnerable to advances by other players in ecosystem*



**Play Apps & Video/Books Revenue**

**APPS & GAMES 94%**    **V/B 6%**

**Primary Area of Concentration**

**A. By Category** / **B. Business Model** / **C. Geo**

Games 88% | In-Apps 94% | US 29% / JP 22% / KR 13% / TW 4% / DE 4% / GB 3% / RoW 25%
Apps 12% | Paid <1% | Sub 6%

*Percentages based on Q2'18 revenue*

**Vertical** — Video 69% / Books 31%

**Geo** — USA 50% / GB 5% / JPR 4% / AU 7% / DE 5% / FR 4% / RoW 25%

*Percentages based on Q2'18 revenue*

**D. Developers**

<1% Devs | 90% Spend

**E. Buyers**

*Buyers*: HVUs 3% / Other buyers 97%
*Revenue*: HVUs ~50% / Other buyers ~50%

Confidential + Proprietary    4

**EXHIBIT 434.R-004**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-000445446.R



- Transaction cost reductions over years & Payroll to revenue growth ratio
- If interest in doing a deep dive in cost structure then happy to take a follow on

- Link to detailed breakdown appendix slide
- Link to Trix

-
  Marketing A&P $188

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 434.R-005**

GOOG-PLAY-000445447.R

- G&A Allocation Breakdown: $280
- REWs: $121M; Finance: $63; Legal: $45; POps: $24; Central: $23; Public Relations: $4
- Ads & Commerce
- Sales & Marketing Allocation Breakdown: $203M
- Marketing $19M (55HC)
- GBO $82M (258 HC) -- gCon, Ingestion for content, Partnerships (Books)
- Non-Cash House Ads $102M
- TI Allocations $88M  Operating Expenses from two types of costs (Original TI Costs & Inherited (Rews, Pops, etc); costs come from five different TI costs pools
- Resource Economy - C&S (Allocation method: Usage of server resources multiplied by unit prices)
- Resource Economy - Networking (Allocation Method: Actual cost multiplied by each product areas (PA's) share of throughput)
- Resource Economy - Other  (overhead activities, such as: SRE support, Corp Fleet resources (InSIDE), TI C&S and networking cost) Allocated proportionally to each PA's Compute & Storage charges.
- Corp Eng- Direct Allocation for PA Specific; For general services, proportional to headcount within PA or number of hardware devices
- Privacy and Security- Proportional to headcount within PA

- Other COS: Localization, Amort of Intangible Assets

**EXHIBIT 434.R-006**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445448.R

# Long Term Play revenue outlook - Line of sight to $18B if we mitigate ecosystem risks & continue to invest in new opportunities



## Path to $18B - Agenda for today

1. **Protect User Trust & Safety & Play/Google reputation**
2. **Enhance Developer ties & value proposition**
3. **Transform User relationship**
4. **Leverage X-Google assets**

+ *Initiatives not discussed today:*
  *- Product innovation (e.g high fidelity gaming solves which are key)*

  *- Diversify revenue streams*

  *- Emerging markets*
  *- FOP expansion*
  *- Ads*
  *- Media & Entertainment*

Google   *2018 Plan Fixed FX rates (Core performance revenue only)*

Confidential + Proprietary    6

**EXHIBIT 434.R-007**

# 1. Protect User Trust & Safety and Play/Google Reputation

*With ~4.3M Apps on Play & ~65K submissions everyday, trust and safety is an ongoing & evolving challenge*

## Reputation and User Risk *(examples)*

> "Thousands of Android apps potentially violate child protection law"
> -- The Guardian

> "Pornographic malware found in Android apps for kids"
> -- CNN Tech


**Elsagate**
(kids)


**Fake Whatsapp**
(impersonation)


**Adultswine**
(kids + ads + copycat)

## Play Initiatives

- **Respond:** Declared "Code Yellow" in Q1 → removed 1.7M non-compliant apps (150k bad kids apps) & 5k devs

- **Actively investing:** Ramping ~300 TVCs ($19M in '18)

- **High priority area needing further attention & investment**

Google

Confidential + Proprietary    7

- Link to original slide
- Respond: Declared Code Yellow in Q1 → removed 1.7M non-compliant apps
- Exited Code Yellow in early Q3 by reducing Brandspam abuse by 90%
- Investments to Monitor: On track to ramp ~ 300 TVCs to expand thorough kids app reviews ($19M in '18 investment)
- Expect need for additional investments, likely in form of HC:
- Hired a seasoned engineering executive with relevant background to build a dedicated engineer team on user safety & trust
- Planning to revamp ML-based Classifiers and forming an "intelligence desk" to proactively counter rising threats
- Operation is in-bound based
- Brandspam: use of brands to generate install, the app is non-compliant (e.g. violent content)
- Response: offensive approach to attack the problem. Monitor: Defensive approach
- Store is a different place, looks a different now.

**EXHIBIT 434.R-008**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445450.R

# 2. Enhance Developer Ties & Value Proposition
## Competitive landscape: Pressures increasing & complex to address

| **Alternative to Android** | **Alternative to Play within Android** | | | **Replacement of Play on Android** |
| --- | --- | --- | --- | --- |











**iOS** spend **2x** that of **Play** spend

**High Fidelity games work better on iOS**

*KR specific store owned by major carriers*

**Dev rev share (80%** vs. Play's 70%)

Allowing **3P payment systems** (dev **rev share** of **95%)**

**KFTC** investigation

**Dev rev share (75%** vs. Play's 70%)

Aggressive **discounts** for buyers (**15%+**)

Increasingly **building replacements** for **Google developer services**

Engaging w/ alternative stores via **preload deals** (like OneStore)

Also trying to establish its own **Galaxy App Store** (via exclusive deals such as Fortnite)

**Bypassing Play** altogether via **sideloading** (only way to play Fortnite on Android)

**High Fidelity games challenged on Android**

Google

Confidential + Proprietary    8

**EXHIBIT 434.R-009**

# Ex. 1 - User Risk: AMZN: $1B long-term exposure
## Short-term threat of $100M-$350M



| AMZN offering compelling incentives to: | Potential Impact |
|---|---|

## Developers



**Preferential dev rev share (75% vs. Play's 70%)**

## Users



50,000 Amazon Coins
★★★★☆ ▼   19,122 customer reviews
List Price: $500.00
Price: $400.00
You Save: $100.00 (20%)
Denomination: 50000

| 300 | 500 | 1000 | 2500 | 5000 | 10000 | **50000** |

* Save up to 20% when you buy Amazon Coins

Google



| | | ST Risk | | LT Risk |
|---|---|---|---|---|
| | | (1) High Risk Titles *(25 of Top 100 Globally)* | (2) Titles in 1 + Top 10 *(local)* | (3) Top 100 Titles |
| % of HVU's Convert to AMZN | 15% | **A** $100M Rev | $200M | $300M |
| | 30% | $200M | $350M | $550M |
| | 50% | $350M | $600M | **B** $950M |

*JP represents ~50% of total global risk, due to high degree of HVU & Top Title concentration there)

Confidential + Proprietary   9

- Speaker notes:
- 15% of JP / Global (ex. JP) HVUs = 42K / 19K
- 50% of JP / Global (ex. JP) HVU's = 347K / 342K
- How many developers does top 100 titles JP / globally (ex. JP) cover? 57 / 78 link

**EXHIBIT 434.R-010**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000445452.R



## Ex. 2 - Dev Risk: Potential implications of Fortnite not launching on Play?
*Direct impact and contagion risk could decrease revenue by $550M+ through 2021*



| Probability | | Scenario | Play Revenue Loss Through 2021 |
|---|---|---|---|

Base case: *Fortnite launches on Play and elsewhere including own site (Fortnite.com)*

■ At-Risk   ■ Probability-Weighted Expected loss

| Direct | 100% (Reality today) | A: Fortnite does not launch on Play | $250 M / $130 M |
| Primary Contagion | 30% | B: Powerful developers able to go on their own (Blizzard, Valve, Sony, Nintendo) | $600 M / $180 M |
| Downstream Contagion | 15% | C: Major developers will co-launch off Play (EA, King, NCSOFT, Netmarble, Nexon, Supercell, Ubisoft) | $410 M / $61 M |
| | 8% | D: All remaining titles co-launch off Play | $2,300 M / $180 M |

**Recent Fortnite + Samsung partnership further amplifies risk & urgency of problem**

| Total at Risk: | $3,600 M |
|---|---|
| Prb. wt. Risk | $550 M |

10

- Don't have to stretch very far to get to the 550M
- Put a caveat on the probability (indicate that it's conservative in voice over)

- In addition to these scenarios, users could switch to iPhone resulting in further substantial downsides
- Probabilities given that Fortnite does not launch on Play. $s rounded to 2 significant figures. Totals may not equal sum of rounded numbers.
- Source: Play FP&A. Sheet.

**EXHIBIT 434.R-011**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445453.R

# 3. What are we doing to transform user relationships? → "Play Points" loyalty program (launched in JP only)

*Objective: Improve HVU retention by deepening our relationship w/ users via a rewards platform*

**Problem statement**: Play HVUs in Japan are only **6.5% of buyers**, but comprise **70% of revenue**. Significant loss risk from **16%** annual **HVU buyer churn** (~$200M revenue / yr)



Google Play Points

**Program Goals**

- Cultivate a direct relationship with users, primarily targeting HVUs to reduce churn
- Provide a point of differentiation vs. AMZN (& iOS)
- Enhance developer partnerships

| | | *HVU* | | |
|---|---|---|---|---|
| Bronze ブロンズ Up to $181 (Spend required/yr) | Silver シルバー $181-$617 | Gold ゴールド $618-$2,000 | Platinum プラチナ $2,001-$6,099 | Diamond ダイアモンド $6,100+ |

**Expected Impact: 5% HVU churn reduction** (~$100M+ in annual revenue) and a strong defensive value by establishing a relationship with users who represent **$2B+ in revenue in 5 potential mkts**

Google

Confidential + Proprietary    11

- Launch developers cover 50% of JP HVU spend
- Very targeted investment (85% of cost is going towards HVUs)

- 5% churn is reducing 5% churn of the joined members. Concurrently the stretch goal is to have 70% of HVUs join. So combined the goal would be 3.5% (5% x 70%) reduction from the 16%, from 16% to 12.5%. We split up the goals since 2-3 years later HVU trends may be different.
- $100M in revenue for HVU churn reduction only applies to all countries (JP, KR, US, TW HK) assuming the same 5% churn reduction of 70% joined HVUs in a steady annualized run rate.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-PLAY-000445454.R

EXHIBIT 434-R-012

- 2.6B in revenue that is covered under this program in 2020 if the team launches in JP,KR,US,TW,HK, and enrollees represent 45% of total revenue, providing defensive value against competitive platforms

- High revenue concentration among our top developers has created an environment ripe for disruption. Competitive Android stores like OneStore and Amazon have reached 2-10% of developer revenue, mainly by attracting Play HVUs with discounts
- Launch timing: JP (9/22), KR (Q2'19), US (Q4'19)
- Mechanics: Users (1) earn points for every Play purchase and/or for installing select apps and (2) use points on Play credit, discounted IAP, game credits and exclusive in-game items
- User benefit: Total giveback to users starting at 3% (for Bronze level), with HVUs receiving 6-8+% (higher giveback than most programs for CCs, airlines, shopping, partially made possible by devs funding IAP discounts and credits)
- JP launch collaboration with JP Pixel launch (Gold status w/ purchase + 1,000 points)

- GPP success metrics:
  https://docs.google.com/presentation/d/19UH94o1rzqjI_ircgKbc4NanmVTQsoxI8QkRd7AB4ks/edit#slide=id.g41250be554_0_0
- Finance Review:
  https://docs.google.com/presentation/d/15fakqGTuf6Z6yQDaDbEWptT8ZwPKpn7OtHgTqREHrrk/edit#slide=id.g3ece8e49e0_0_10
- Older PPS from Jan (don't use only if you need it!):
  https://docs.google.com/presentation/d/10fvW_6dO0duOcSVAehbl4P1sUYIW1HVTxnusvI-ZTUY/edit#slide=id.g2d27bc6192_0_15

**EXHIBIT 434.R-013**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          GOOG-PLAY-000445455.R

# 4. Leverage x-Google Assets → Cloud/Play Dev Pilot

## Problem statement:
Game devs do not meaningfully spend on GCP today



**Estimated Annual Cloud Spend by Play Game Developers**

## Pilot Design

1. Devs prioritize Play as distribution point on Android
2. Devs adopt GCP
3. Create foundation for broader dev loyalty offer x-Google

### Terms

Dev receives up to 2% of Play spend as a GCP credit



## Progress to Date

☑ Pilot launched May'18

☑ Just concluded first wave of developer outreach. Key wins include:



☑ Gaining traction with:

 

Google

Confidential + Proprietary    12

- <u>Link</u> to original slide

- Terms: Dev receives up to 2% of Play spend as a GCP credit
- Credits capped to $50K per month. If dev eligible for >$50K monthly credit, and wants to unlock full 2% credit, dev must agree to contract
- Duration: 9 months (Based on pilot results, program may be extended)
- # of Devs: targeting 30-50
- Geography: All geos, excluding Canada, Brazil, and India
- Budget: $10M (funded by GCP)

**EXHIBIT 434.R-014**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445456.R



- Google Analytics is separate from Cloud/Firebase.  There is a distinct Google Analytics for Firebase within the Google Analytics umbrella, however.

**EXHIBIT 434.R-015**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445457.R



## <u>Project Bear Hug</u> - Early stage initiative and investment thesis on how best to leverage x-Google assets



**Goal: Improve outcomes for developers by strengthening the Google value proposition, reducing their appetite to look elsewhere while continuing to invest in product development.**

+ **P&E/Play Leadership Sponsored**

+ **X-PA engagement initiated**

**More to come...**

Google

Confidential + Proprietary

14

**EXHIBIT 434.R-016**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445458.R

# Discussion

Confidential + Proprietary     15

**EXHIBIT 434.R-017**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445459.R



Confidential + Proprietary     16

**EXHIBIT 434.R-018**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        GOOG-PLAY-000445460.R



- 2014 & 2015 includes Music; 2016-2018 excludes Music
- Estimated Op Profit for 2014 if excluding Music = ~23%

**EXHIBIT 434.R-019**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445461.R

# What are we doing to diversify the buyer base? → Play Pass

*Objective: Activate more recurring buyers by delivering users the best of Play via 1P subscription of apps*

| Play Pass Subscription Apps Offering | Play Pass Goals |
|---|---|

**Play Pass Subscription Apps Offering**

+ **First of kind** 1P subscription bundle offering by Google

+ Access to **hundreds** of **apps & games** for flat monthly charge

+ **No Ads** or **IAPs**



**Play Pass Goals**



+ New recurring revenue stream for developers

+ Capitalize on 50M subscriber market opportunity

+ Sticky, direct relationships with paying users

+ Diversified revenue growth

+ Opportunities for stronger partnerships w/ OEMs and Carriers

Google

Confidential + Proprietary    18

- Launch US Q2'19
- Acquire 17M subscribers and be margin positive by year 5
- ~$150M - $400M in revenue by year 5
- New recurring revenue stream for developers
- Google drives buyer acquisition, so developers can focus on creating engaging experiences
- Sticky, direct relationships with paying users
- Aggregation of curated content from across Play attracts both individuals and families to buy into the ecosystem
- Diversified revenue growth
- More paying users and successful developers reduce reliance on handful of HVUs and titles
- Opportunities for stronger partnerships
- Differentiated offering helps carriers and OEMs retain existing users and attract underserved user segments

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 434.R-020**

GOOG-PLAY-000445462.R



- Outlook as of v8; YTD thru Jul Actuals, RoY = Aug-Dec; link to waterfall

**EXHIBIT 434.R-021**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000445463.R

# Top Market: Japan Apps challenged at -2% YTD growth y/y[1]

## Japan Apps Revenue
Q3 Continues to Shrink y/y



## Buyers/Spend per Buyer



-1% y/y (New buyers -21% y/y): new-to-Androids and past buyers not engaging or converting like historical levels.

## Developers



Y/Y growth slowing from top titles Fate Grand Order & Monster Strike (10% of rev each).
*Not enough new or import titles to replace top-title drops.*

## Android



Play revenue has been stable to improving at 83% of iOS YTD. *(AppAnnie source)*

[1] Data through Sep'18 fcst.

Confidential + Proprietary      20

**EXHIBIT 434.R-022**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        GOOG-PLAY-000445464.R

## Play P&L Overview

| in USD ($M) | 2017 Actuals | 2018 Outlook | 2018 Plan | 2018 Δ v. Plan | 2018 Y/Y% |
|---|---|---|---|---|---|
| Total Revenue | $6,853 M | $8,657 M | $8,445 M | $212 M | 26% ① |
| Core Perf. (in Fixed FX) | $6,835 M | $8,637 M | $8,498 M | $139 M | 26% |
| Apps | $5,769 M | $6,646 M | $6,799 M | ($153 M) | 15% |
| VX | $401 M | $472 M | $464 M | $8 M | 18% |
| Ads | $664 M | $1,518 M | $1,235 M | $284 M | 128% |
| Other/Contra Rev | $40 M | ($38 M) | ($53 M) | $15 M | (194%) |
| FX Adj. | ($22 M) | $59 M | $ - | $59 M | n/m |
| Direct COS (ex. Infra) | $1,947 M | $2,267 M | $2,474 M | ($207 M) | 16% |
| Infrastructure | $80 M | $112 M | $99 M | $13 M | 39% |
| Gross Profit | $4,825 M | $6,278 M | $5,872 M | $406 M | 30% ② |
| % | 70% | 73% | 70% | 3% ppt | 2% ppt |
| Total OpEx | $1,273 M | $1,450 M | $1,437 M | $13 M | 14% |
| Direct OpEx | $573 M | $608 M | $621 M | ($14 M) | 6% |
| Other EngPM(1) | $17 M | $81 M | $83 M | ($2 M) | 370% |
| Marketing A&P | $201 M | $187 M | $184 M | $4 M | (7%) |
| Sales & Marketing (ex. A&P) | $170 M | $203 M | $200 M | $3 M | 20% |
| G&A Allocations | $241 M | $282 M | $260 M | $21 M | 17% |
| TI Allocations | $71 M | $89 M | $88 M | $1 M | 25% |
| Op Profit | $3,552 M | $4,828 M | $4,435 M | $393 M | 36% ③ |
| % | 52% | 56% | 53% | 3% ppt | 4% ppt |

(1) **Revenue charting to $8.7B in 2018, growing 26% y/y**
- Ads accounting for 18% of revenue ( up from 10% in 2017),
- Revenue represents total consumer & developer ad spend of $25B being spent on Play.

(2) **Gross profit of $6.3B (73% of revenue), +2ppt improvement vs. 2017**
- Driven by efficiencies in transaction costs and growth of 100% gross margin based Ads revenue

(3) **Op Profit of $4.8B, growing 36% y/y**
- Driven by gross profit gains above and modest (direct opex + marketing A&P) to in-line growth with revenue (allocations) of OpEx

Google

Note (1) Other EngPM growth of 370% y/y, due to 2018 being first full year of allocations from Ads & Commerce PA

Confidential + Proprietary    21

- V8 Outlook

**EXHIBIT 434.R-023**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445465.R



Confidential + Proprietary    22

- FY 2017 Actuals vs. FY 2018 Projection (v6)  link to trix
- G&A Allocation Breakdown: $280
- REWs: $121M; Finance: $63; Legal: $45; POps: $24; Central: $23; Public Relations: $4

- Marketing A&P $188
- Sales & Marketing Allocation Breakdown: $203M
- Marketing $19M (55HC)
- GBO $82M (258 HC) - gCon,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 434.R-024**

GOOG-PLAY-000445466.R

- Non-Cash House Ads $102M

- TI Allocations:  Operating Expenses from two types of costs (Original TI Costs & Inherited (Rews, Pops, etc); costs come from five different TI costs pools
- Resource Economy - C&S (Allocation method: Usage of server resources multiplied by unit prices)
- Resource Economy - Networking (Allocation Method: Actual cost multiplied by each product areas (PA's) share of throughput)
- Resource Economy - Other  (overhead activities, such as: SRE support, Corp Fleet resources (InSIDE), TI C&S and networking cost) Allocated proportionally to each PA's Compute & Storage charges.
- Corp Eng- Direct Allocation for PA Specific; For general services, proportional to headcount within PA or number of hardware devices
- Privacy and Security- Proportional to headcount within PA

- Other COS: Localization, Amort of Intangible Assets, Latchsky placeholder, etc

**EXHIBIT 434.R-025**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                  GOOG-PLAY-000445467.R

# FOP launches key to expanding Play's buyer footprint


11% of PC are FOP Enabled; 0.8% are Buyers



Spend Concentration in top 5 markets; High Play Connected & low Buyer% signal key opportunity areas



- FOP launches enable Android users across the world to transact on our platform
- High Spend & Buyer Concentration : Top 5 countries represent 56% of Play buyers & 88% of Spend
  - Unlocking countries with high Play Connected & low buyer penetration key to revenue diversification & growth
  - Additional factors include country's propensity for gaming/digital consumption, android adoption growth etc
  - Need for locally relevant FOPs given geo differences in payment preferences, shifting/evolving digital payments landscape

*Note: Play Revenue funnel based on 7 DA view*

Google Confidential and Proprietary

23

- Key message for this slide:
- Purpose of FOP launches: FOP launches enable Android users to transact on Play Platform.
- Country's FOP opportunity signaled by high Play Connected and low FOP connected/ buyer penetration.
- Geo differences in payment preferences, shifting/evolving digital payments landscape
- Key emerging market priorities require concurrent commerce platform development & Play store content/demand creation

**EXHIBIT 434.R-026**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000445468.R

# Market sizing of Apps consumer spend based on external data
*Major agencies forecast slowdown across platforms*





Google

Confidential + Proprietary   24

EXHIBIT 434.R-027

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000445469.R