# Compute
Platform & Ecosystems
Devices & Services

## Board of Directors Update
January 2020

Privileged & Confidential

EXHIBIT 436.R

EXHIBIT 436.R-001

GOOG-PLAY-001018676.R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Android has 85% share of global smartphones, with over 2.4B active devices



Privileged & Confidential   12

**EXHIBIT 436.R-014**

GOOG-PLAY-001018689.R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Users are also buying into an ecosystem - not just a mobile device



Apple users with multiple devices are much less likely to switch to Android

(Users not considering other OS for next phone purchase)

- iPhone Only: 80%
- iPhone + Apple TV: 86%
- iPhone + iPad: 90%
- iPhone + Macbook: 93%
- iPhone + Apple Watch: 94%
- iPhone + iPad + Apple TV: 98%
- 4+ Devices: 100%

- Shift WearOS 2.x to more open, partner-focused offering *(emphasizing customization, performance and LTE)*
- Develop 3P ecosystem, tools & support
- New Connected 1P watch
- Deeper 1P integrations *(Assistant, Maps, YouTube & Payments)*
- Fitbit: integration planning underway

Privileged & Confidential   15

**EXHIBIT 436.R-017**

GOOG-PLAY-001018692.R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY