# Next Steps With Samsung

@ Paul Bankhead@

Updated 5/23/16

Attendees in KR

Open Questions

Non storified version of what is going on in this deal

Conversation Scope Options

Story 1: Motivate with "apps are important", past deals as context

Story 2: Motivate with User Journeys for Context

Story 3: Skip the user journey and prior deal context.  Quick background and then just get down to "here's two things we'd like to propose"

Detailed User Journeys for Story 2

## Attendees in Seoul?

Jamiero
Sameer
Zahavah Levine
Paul Joyce @google.com>,
Elias Roman @google.com>,
Sandeep Menon @google.com>,
John Evans @google.com>,
Paul Bankhead @google.com>,
Ashish Pimplapure @google.com>

## Open Questions

1) Do we attempt to solve buckets 1-3 or buckets 1-4 in this round of meetings
- Team recommendation: buckets 1-3



GOOG-PLAY-008646366

EXHIBIT 606-001

2) How direct should we be in terms of our business interests in phasing out 3P apps with install permissions vs focus solely on user arguments?  How strongly do we want to point out that we don't like the user experience with AMZN / FB installing other apps without user flipping the 3p bit
- Team recommendation: ???

3) How direct should we be in terms of economic exchange?  Do we make proposals in the first meeting? Do we ask directly for data to help us figure this
Out?
- Team recommendation: wait for Samsung to bring it up, but if we are honest with ourselves, hard to clean up 3P stores without writing a check of some kind

4) Are we better off leading with the user journey method of storytelling, or is this already familiar to Samsung and we should dive into brass tack details on PAI, Samsung Zone, 3P apps, etc.
- See Story 1,2,3 below.  Ashish advises Story 1 (direct approach) is OK given much history and many previous meetings on these topics.
- How much warm fuzzy do we need up front?

5) how down in the details do we expect to get at this first meeting. Examples:
- They might say MADA apps should be uninstallable and managed via PAI. Do we discuss this?
- They might complain that carriers have the power in certain markets. Are we prepared to discuss detailed options or do we demur

6) Who is the team pulling off (BD, PM, bizops).  Who is presenting in the meeting?

## Non storified version of what is going on in this deal

| # | Bucket | Google Gives | Samsung Gets | Google Gets | Samsung Gives | User Benefit |
|---|--------|--------------|--------------|-------------|---------------|--------------|

CONFIDENTIAL

GOOG-PLAY-008646367

EXHIBIT 606-002

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Samsung adopts Play Auto-Installs**<br>-better pre-installs<br>-get correct apps | *PAI V2<br>-No GAIA required<br>-Smart install using user data cache + connection type specific experience<br><br>-App setup upsell during wizard<br>-Better app onboarding in Play store after wizard | -Easy SKU management via PAI<br>-less user and regulator disgust with bloatware | -better user experience | -carrier discussion may be harder<br>-some apps may be uninstalled<br>-PAI is the exclusive pre-installer of non-essentials apps<br>-policy for what is and isn't an essential apps | -user choice<br>-user can delete<br>-quicker setup of my phone with key apps ready on first use |
| 2 | **Samsung Zone in Play replaces Galaxy Store** | -Samsung Zone in Play Store<br>-Samsung Zone in Setup Flow<br>-Scalable promotions platform<br>Samsung gets commercial opportunities in the store + setup | | No Galaxy Store | | -Less confusion with conflicting apps and stores |
| | | Tax on the store team to build and maintain | Stop wasting resources on Galaxy Store | | | |
| 3 | **Cleanup app-install privileges** | Google Economics<br>-ad rev share<br>-bounty<br>-API for granting carrier apps system privileges | Less app store fragmen-tation | 3P Economics | -less confusion with apps and stores<br>-security<br>-Users have to opt-in before getting cludgy experiences | |
| 4 | **Other Setup Wizard Stuff** (phase 2) | -Unified TOS across Google, Samsung, carrier<br>-Unified Sign in across Google, Samsung<br>-Co-branding | | | | |

## Conversation Scope Options

Common elements in black
Option A)cover 1-3 from above
Option B)cover 1-4 from above

**Commented [1]:** this is new.  They are expecting just simple deal for Galaxy vs Samsung zone

**Commented [4]:** tmobile needs to tie the app to the device

**Commented [5]:** getting rid of the carrier defined app install privileges is messier

**Commented [6]:** we have to involve the carriers, including the economics

**Commented [7]:** we should know this, but don't bring up econmics ourselves wait for them

**Commented [2]:** MADA can be used against

**Commented [3]:** 1)google is best
2)samsung is best
3)3Pis best
4)neither company has the best app.. ex: photos/gallery

**Commented [8]:** use this to help their favorite developers

**Commented [9]:** *samsung gets:*
- higher visibility in a core user experience on the device

- leveraging existing store traffic

- opportunity to provide user education in the store

*user benefits:*
- helps users learn more about their device / device specific education

- single location for update management for users.

**Commented [10]:** samsung wil say the carriers dictate all this, we don't control

**Commented [11]:** Potential way to mitigate is offer carriers similar incentives, similar to what we do with search revenue share

**Commented [12]:** wait to bring this up?

**Commented [13]:** we need more detail about what system privileges the carriers think they need . . . i don't see why they need app-install privileges

**Commented [14]:** I think there is an important nuance here. It's actually other dangerous permissions (e.g. SMS, Phone) that carriers want. They want these pre

GOOG-PLAY-008646368

EXHIBIT 606-003

## Story 1: Motivate with "apps are important", past deals as context

- Phones are about apps as much as they are about hardware and OS; we both want to win in premium, which means a premium apps experience.
    a. We are doing lots of things right
        - Great press on S7
        - Here's what's new in the Play Store, people love it (unsaid: building a good app store is hard)
    b. But we have some user problems
        - They aren't getting the apps they needed
        - Pre-installed apps aren't super user friendly, and they are hard for you to manage + regulator headaches. There are some security risks with other providers
        - Multiple app stores are confusing, and both Galaxy and 3P
- We are aware you are worry about the following issues
    a. Differentiation, loyalty, services, OEM management
- We both tried in good faith last year on PAI and galaxy store. We couldn't find the motivation to get these done on one or both sides.
- However, since we last talked, we
    a. Discovered an opportunity in initial setup to help user get more of the apps she needs
    b. Discovered an increase in pre-installed apps with system app install permissions and potentially unsafe pre-installer packages
    c. (Option B only) Identified several other issues with the first half of the Setup wizard WRT T&Cs and Logins
- We are motivated to offer more product changes than we were last year if we can do a deal that solves the old and new issues together
    a. Google creates Play Assist, to upgrade the app setup experience during and after onboarding
    b. Google fixes Play Auto Installs, creates a Samsung Zone and Promotions Platform to meet your + carrier requirements
    c. Samsung phases out Galaxy Store, moves 3P apps out of system partition, and use PAI to manage pre-installs
    d. (unsaid) there may be some economic value exchange

CONFIDENTIAL

GOOG-PLAY-008646369

**EXHIBIT 606-004**

    e. We'd also like to work with you on the rest of the Anroid Setup Wizard (T&C, Login)
- (Option A) As a Phase 2 later on
- (Option B) We have early ideas to discuss today

- Summary
  a. We both want premium
  b. App setup and use experience isn't as premium today as it could be
  c. Google is prepared to invest in PAI, Samsung Zone, and Initial app setup
  d. We'd like Samsung to phase out Galaxy Store, adopt PAI as the pre-installing platform, and avoid default app-install permissions on other apps
  e. What's the best way to work together on this going forwrad?

## Story 2: Motivate with User Journeys for Context

- What's new in the Play app Platform
  a. Unsaid, but subtle point is that it's hard to do an app store right
- We are worried about our shared user experience. Let's use a user journey to illustrate issues with
  a. (Option B only) Too many screens, T&Cs, and account requirements
  b. (Option A and B) App setup and management.
- We are aware you are worried about the following issues
  a. Differentiation, loyalty, services, OEM management
- Imagine a different user journey
  a. (Option B only) Preview unified login and TOS screens
  b. (Option A and B) New App setup in Wizard, preview Samsung Zone, preview post-wizard setup flows
- Improving the situation requires cooperation and work from both sides
  a. Google fixes Play Auto Installs, creates a Samsung Zone
  b. Samsung phases out Galaxy Store, moves 3P apps out of system partition to clean up app install permissions
- Summary
  a. We'd like a better user experience

CONFIDENTIAL

GOOG-PLAY-008646370

**EXHIBIT 606-005**

b. We know you have concerns
c. We have concrete proposals on fixing the App setup experience, with work required from both of us
d. We'd also like to work with you on the rest of the Anroid Setup Wizard (T&C, Login)
  - ▣ (Option A) As a Phase 2 later on
  - ▣ (Option B) We have early ideas to discuss today

## Story 3: Skip the user journey and prior deal context.  Quick background, problems, and then just get down to "here's two things we'd like to propose".  Current marketing deck roughly follows this

- We are doing lots of things right
  a. Here's what's new in the Play Store, people love it (unsaid: building a good app store is hard)
  b. Great press on S7
- But we have some user problems
  a. Pre-installed apps aren't super user friendly, and they are hard for you to manage + regulator headaches.  There are some security risks with other providers
  b. Multiple app stores are confusing,  both Galaxy and 3P
  c. After all this, users don't always get the apps they actually want
- We are aware you are worried about the following issues
  a. Differentiation, loyalty, services, OEM management
- We have some ideas improving initial app setup user experience, we call this Play Assist
  a. Google creates better app onboarding during and after setup wizard
  b. Google fixes Play Auto Installs, creates a Samsung Zone and Promotions Platform to meet your + carrier requirements
  c. Samsung phases out Galaxy Store and uses PAI to manage pre-installs.  We realize there is a policy discussion around which apps are essential and not managed by pre-install tech, but we think we can sort this out.
- Summary
  a. We both want premium
  b. App setup and use experience isn't as premium today as it could be

**Commented [15]:** · Charmaine d'Silva (Google) Charmaine I think this may require two slides, but if you want one that's fine.  some screenshots if you want them.  I really want to show that there are multiple amazon apps, that they can install copies of the same app that play installed, that the copies are different.  So galaxy store using Word is an example, Star Wars Rebels: Recon is a good one for AMZN. If you don't have a Samsung device let me know and you can borrow mine

https://photos.google.com/u/1/share/AF1QipOCMfje2G bp_y3oSbAtCzrIxWsyA8bLDa658e4nvGDTG0SzMzW ukOU42YVk4IV3BA?key=aVFMSUIsQW1EcjlZUnMxc m5tWEFPckRGaHMxcGVn

**Commented** Andy Abramson Google)        my notes from today FWIW

Two basic flows.  1)during the setup wizard, 2) after the setup wizard.

1). Show context somehow that we are in the setup wizard.  We need an action button, there is no "next" button now.  Maybe it is "skip" and "OK" or whatever.  Kill MADA apps.  Change Samsung apps to be something more motivating, like "Apps with exclusive Samsung offers".  Have a cluster that emphasizes what google knows, like "because you like role playing games" or something.  Show us finishing this up as the last step.  Show some notification or other method of showing that the apps you ordered are already on your home screen or whatever so the user is done.

2).  What if the user skipped this flow?  Show how her screen still has the pre-installed apps, but no cool other apps.

Show an notification like "get setup with apps."  Skip GAIA and FOP creation. Similar selection from the apps setup flow in the beginning, except PAI pre-installs aren't shown here because the user didn't get to pick those and they still got installed.

When she's done, she can click on the hamburger, to to My Apps, and uninstalls something kind of lame, like Samsung Gear or some 3P app.

My Apps has a link to "Samsung Zone".  She goes there, and sees lots of cool promos, and signs up for free Evernote for 2 months or whatever."

CONFIDENTIAL

GOOG-PLAY-008646371

**EXHIBIT 606-006**

    c.  Google is prepared to invest in PAI, Samsung Zone, and Initial app setup

    d.  We'd like Samsung to phase out Galaxy Store, adopt PAI as the pre-installing platform, and avoid default app-install permissions on other apps

    e.  What's the best way to work together on this going forward

- After Meeting

    a.  Hey, we really need to clean up these

<END PRE READING FOR 5/24 MEETING

---

## Detailed User Journeys for Story 2

1.  **What's new in the Play app platform**
    a.  Announcements from Google IO
        i.  Beta testing, store-listing experiments, analytics, crash reports, etc
    b.  Breadth and depth of our catalog
        i.  Show big number # of apps , devs,  revenue
        ii.  Show cool / exclusive content
        iii.  Show local content on Samsung's top markets
    c.  Publisher for Google app install ads
    d.  Google Brain; 500k cores using neural network models...; Google search technology
2.  **We are worried about our shared users.  We'll use one user journey to illustrate**
    a.  Show a zoom out of the 47 or so screens required to setup a phone.  Highlight in red or something the subset of the flow we will use to illustrate our concerns.
        i.  Option A) last part of flow thru app setup and use
        ii.  Option B)first and last part of flow
    b.  Start at "restore/new" screen.
        i.  Some stats about % of phones setup by shopkeepers
        ii.  Some stats about % of users who choose restore vs new
    c.  Go down "new" flow
        i.  Option B
            1.  Voiceover Problem: Too many T&Cs
                a.  Google security pop up above Samsung T&C

<div style="float:right; border:1px solid #000; padding:4px; width:40%;">

**Commented [17]:** + Paul Bankhead (Google)
⁺ Charmaine d'Silva (Google)

I'm worried we don't have any real data around this (and won't get any).

**Commented [18]:** Jhilmil Jain (Google) ı do you have any data for either of these points?

**Commented [19]:** We have data on #1 - adding it soon

**Commented [20]:** #2 - we are running a GCS survey, and I have *some* data from Android

**Commented [21]:** #1
1a)
In India, from shopkeeper's perspective, 100% of shopkeepers install apps on users phone (slide 9), primarily using shareit (slide 13). They install the same basic apps (slide 21)

(see here: https://docs.google.com/presentation/d/1mzYySECqNLnQAtm1RznrkRsSfpurCMD3iSUo1cBBevA/edit#slide=id.gb9102fc09_0_70)

1b)
We then ran an exhaustive survey in India with users. 33% of Android users have their phone set-up by the shopkeeper, up to 60% in some cities

https://docs.google.com/presentation/d/1vdQVR3QVxln6nFCNtGfA8ALpeEbCE5OMjBGnH1QDRag/edit#slide=id.g1280e49406_0_1131

1c) Data point of 1: 1 AT&T store in US mentioned they set up phones for 99.99% of users

**Commented [22]:** #2
From this Android study, 5/9 users wanted to see their apps (including 3rd party social media apps) and System Settings (ex: notifications, ringtones) restores https://docs.google.com/presentation/d/1oAzNvahd9eS4n3_MJXC15Rduuc4-

**Commented [23]:** _Marked as resolved_

**Commented [24]:** _Re-opened_

**Commented [25]:** #2 restore vs new.

We ran a GCS survey.

78% of respondents wanted some kind of restoration

</div>

GOOG-PLAY-008646372

**EXHIBIT 606-007**

      b.  Samsung T&C
      c.  Accept Samsung T&C
      d.  Tmobile T&C
      e.  Choose not to upgrade from previous device, go with new

2. **Voiceover Problem: Too many accounts**
   a. Add Google Account
   b. Google services T&C
   c. Add a FOP // comment about how no reason is given for why you should provide FOP
   d. User has to select time zone //  comment about how the network should know this
   e. Samsung account. User chooses to skip
3. Copy content from old device courtesy of Samsung tools
4. Now on Tap pop up consent

  ii.  **Voiceover Problem: pre installed apps may be unwanted and user has no choice to edit**
   1. Show folder of pre-installed apps from Samsung and ATT
   2. Show screen of a pre-installed app that shows you can't delete it, next to a regular app that can be deleted
   3. Show screen in app manager showing size of pre-installed apps

  iii.  **Voiceover Problem: multiple app stores are not coordinated and confuse users**
   1. Install Microsoft Word from Play.  Shows as updated, 57MB
   2. Open Galaxy Store. Find Microsoft Word.  Shows a different update is available. I install it, it's 60MB
   3. Install Amazon Shopping from Play Store.  Show Amazon Shopping and Amazon next to each other on launcher screen
   4. Install Starwars Rebels from Amazon App Store.  Install Starwars Rebels from Play. Show two copies of the same app on launcher next to each other
   5. Show FB "I can update FB" setting-user loses control over auto updates here, but at least they have consent

  iv.  **Voiceover Problem: after all that, she still doesn't have the apps she needs to bring her phone alive**

d. **Summary of user problems**:
   i. Too many T&Cs
   ii. Too many accounts
   iii. I got a bunch of apps I didn't want and can't delete, and they are taking up storage
   iv. I have 3+ app stores on my phone and don't even know what that means
   v. I don't have the apps I actually need

3. Here is our understanding of what Samsung is trying to achieve
   a. Showcasing new device features is important -- need users to easily discover and install apps that make the most of their device
   b. Need ways to promote Samsung loyalty throughout the experience
   c. Services revenue is important; Samsung Pay is a major bet
   d. Requirements of downstream partners are difficult to manage / operationally expensive

CONFIDENTIAL

**EXHIBIT 606-008**

     e.   Maximize revenue/margin

4.   Here is an aspirational, different user journey

    a.   Single T&C with co-branding from Google, Samsung, T-mobile.  3 pre-checked boxes, one "OK" button

    b.   Log into Google Account.  2 pre-checked boxes: Sign into Samsung with Google;, Sign into T-mobile with Google

    c.   Choose not to upgrade from previous device

    d.   Quick Pick Apps:

       i.   1 carousel of "apps you use a lot", "recommended by Samsung", "Recommended for you by Google" or whatever.  Make the UI dense, not a carousel, like the current compact version in the restore toggle

       ii.   List the pre-installed apps.  Include Facebook and Amazon Shopping Here, but have them be the Play version.

       iii.   Make sure user knows this costs no data

       iv.   Netflix offer

    e.   Show some confirmation like "you are done, your apps are ready"

    f.   Show that you can delete one of the pre-installed apps if you don't want it

    g.   Show a launcher link to the Galaxy App Zone. Have it pop up the Samsung zone inside Play.

    h.   What if the user skipped the "Quick Pick Apps" screen during setup?

       i.   Show a notification: "hope you've enjoyed the first week of your new Galaxy.  Get set up with must have apps"

       ii.   Take user to inside-play version of the App picker, maybe inside "My Apps"

       iii.   Allow the user to uninstall some T-mobile bloatware app

       iv.   When done, have them click the hamburger menu and then visit the Samsung Zone again

5.   Getting this done requires some work on both sides. We have some basic proposals today around app setup, and eventually would like to work together on the rest of the setup process.

    a.   Google needs to invest significantly in Play Auto Installs to meet your needs

    b.   Google needs to create and traffic the Samsung zone in the store

    c.   Samsung needs to tighten up rules around app install permissions and use Play to manage pre-installed apps

    d.   Samsung would avoid pre-installing apps with app-install privileges, including the galaxy store.

    e.   Google is open to discussions around economics if the above result in a negative economic outcome from Samsung

6.   Summary

    a.   The shared experience we are delivering around device and app setup is bad for users

       i.   Too many T&Cs

       ii.   Too many accounts

       iii.   I got a bunch of apps I didn't want and can't delete, and they are taking up storage

       iv.   I have 3+ app stores on my phone and don't even know what that means

       v.   But I don't have the apps I actually need

    b.   We want to work with you towards a more ideal flow that creates value for users, samsung, google

    c.   We have concrete proposals around app setup, play auto installs, and app-install permissions

CONFIDENTIAL

GOOG-PLAY-008646374

EXHIBIT 606-009

    d.  We are willing to explore economic incentives

    e.  Longer term we want to work with you on the more challenging T&C and shared login issues

**OLD STUFF BELOW**

---

05-06-2016 (05-05-2016)

7.  **[Charmaine] What's new in the Play app platform**
    a.  Announcements from Google IO
    b.  Beta testing, store-listing experiments, analytics, crash reports, etc
    c.  Breadth and depth of our catalog
        i.  Show big number # of apps , devs,  revenue
        ii.  Show cool / exclusive content
        iii.  Show local content on Samsung's top markets
    d.  Publisher for Google app install ads
    e.  Google Brain; 500k cores using neural network models...; Google search technology

CONTENT:
- a b d e - Slides 29-35 (Note waiting on final metrics approval) from epowers@
- c - pending slides from mmarchak@

8.  **[Charmaine] What we're worried about**
    a.  Apple is killing us on user experience and it shows in premium market share: Easier to get started, less confusion, more consistency at upgrade, assurance of things just working
        i.  Show long confusing set up experiences
        ii.  Show bloatware on devices (Example)
        iii.  Bloatware increases rooting which increases vulnerability (Viking Horde)
    b.  Fragmentation of app delivery puts security at risk, confuses users, and makes device upgrades more difficult
        i.  Developer feedback on creating SKUs for OEMs
    c.  We're mutually limiting our upside by not improving the experience

9.  **[Charmaine] What we know you worry about**

**Commented [26]:** See slide 30 in here: https://docs.google.com/presentation/d/1_sSxF5kt5lwOVeNkLZsAKJjxkX57oLoovuJdadqHKSw/edit#slide=id.gd40526823_0_106

**Commented [27]:** User Beliefs about Phone Security: https://docs.google.com/presentation/d/1wn31-DCvL1Jm60ZvmE9k5U-gKzJm3Z_BnpGLGf-rpAk/edit#slide=id.gd33efe15b_0_3

**Commented [28]:** App Management: https://docs.google.com/presentation/d/1j387HShF5W7AgugZ8nQ3zfYbR-jCwU1hJvfjEQQmPVA/edit#slide=id.g98b35d687_1_1

**Commented [29]:** Michael Marchak (Google)

**Commented [30]:** Mike did you get a chance to talk to Expedia?

**Commented [31]:** Here's the HTC One A9 Suggested Apps experience that is (in my opinion) better integrated with the Play Store...

https://docs.google.com/a/google.com/presentation/d/1fbWWapfoPjcWxbU4UNrQm-C9L2Zzy75H2oEN1pT8yPA/edit?usp=sharing

**Commented [32]:** Content here: https://docs.google.com/document/d/16GsAu86o8D4clovd_eWQD6jQyKMONBRGQrpslpgY6hQ/edit#heading=h.r83oces70adz

GOOG-PLAY-008646375

**EXHIBIT 606-010**

    a.  Showcasing new device features is important -- need users to easily discover and install apps that make the most of their device

    b.  Need ways to promote Samsung loyalty throughout the experience

    c.  Services revenue is important; Samsung Pay is a major bet

    d.  Requirements of downstream partners are difficult to manage / operationally expensive

10. **[Paul B] We think we can improve things in a few key ways**

> **Commented [33]:** outline here: https://docs.google.com/a/google.com/presentation/d/13Kdc7W1Uv0dUgK51rYQpl11cA4-_4Ng-Wjah9y4lHOM/edit?usp=drive_web

    a.  Simplify and unify the device set up experience

        i.   More consistency in screens / less jarring brand transitions (co-branding)

        ii.  Fewer fields to fill out / passwords to remember

        iii. Wait for later / remind to complete

    b.  More help getting the right apps

        i.   More assistance at device setup to get the right set of apps (presented by both Google and Samsung)

        ii.  Preloads delivered by Google Play (new features: install pre-loaded apps without GAIA, system permissions, waiting for WiFi, etc.)

        iii. ~~App entitlements?~~

    c.  A feature-rich Samsung home on Google Play

> **Commented [34]:** What about transfer of app entitlements from Galaxy store to Play?
>
> **Commented [35]:** I'd strongly prefer if we didn't have to go through that (high cost for limited upside), though it is possible
>
> **Commented [36]:** I don't think we should offer this because:
> 1. Users barely use their app store for generic apps.
> 2. The popular apps are either device specific or apps only on their store - so we can't transfer entitlements for there.
>
> So it seems like a lot of work for little benefit.

        i.   Nice and visible. Clear branding.

        ii.  Categories, merchandising capability, etc.

        iii. Promotions platform for exclusive app deals

11. **[Charmaine] What we need to make this happen**

    a.  Some rules on content policy so that we don't increase fragmentation

    b.  Tighten up app distribution / improve security (Play as single installer)

12. **[Petrillo] What does Samsung get in return?**

> **Commented [37]:** Slides here: https://docs.google.com/presentation/d/1ipcgHF2q_TReC6vs95F3ujC8wK_zJ8XCN3l2m24EsN0/edit#slide=id.g85e1e4e48_0_17
>
> **Commented [38]:** Mike Petrillo(Google)      Any ETA for the first draft of this?

    a.  All the products specified above

    b.  Some economics

        i.   Rev-share on app install ads

            1.  100% on Samsung managed pages

            2.  x% on set up wizard

            3.  y% in Play search

        ii.  Bounty per device, or

        iii. Small rev-share on all installs, or

        iv. Higher rev-share for Samsung-driven installs

CONFIDENTIAL

**EXHIBIT 606-011**

**Schedule:**

- 5/16 - First draft complete (Agency starts working)
  - Section 6: ETA 5/20
  - SUW: ETA 5/20
- 5/20 - Content complete
- 5/25 - First review with Jamie (with rough agency mocks)
- 5/31 - Second review with Jamie  (with final agency mocks)
- 6/3 - Final review with Jamie
- 6/9 - Meeting in KR

**Commented [39]:** Andy Abramson Google)
Michael Marchak (Google)
Maxime Hameline(Google)   Albert Cheng (Google)

Tentative schedule with Jamie check ins. Please lmk if it lgty.

**Commented [40]:** Mike Petrillo(Google)   FYI

**Commented [41]:** Thanks for sharing this, Charmaine -- extremely helpful.
The 23rd deadline looks tough. It would be super helpful if the changes between the 'draft' (16th) and 'complete' (20th) are small.

**Commented [42]:** agreed. on 23rd some content will be more polished than others and that's okay. we can use the meeting on the 23rd to get good directional feedback

**Commented [43]:** I'm going to add most of the Part (6) content next week. We have started collecting data. Modeling on M, T, W. Refinements Th, F.

CONFIDENTIAL

**EXHIBIT 606-012**

## GOOG-PLAY-008646366

EXHIBIT 606-013

# Metadata

| | | |
|---|---|---|
| **All Custodians** | Paul Gennai | SEMANTIC |
| **Author** | Paul Gennai (Google) | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Custodian** | Paul Gennai | SEMANTIC |
| **Date Created** | 05/05/2016 3:09 pm | SEMANTIC |
| **Date Modified** | 11/21/2020 7:23 am | SEMANTIC |
| **Document Type** | E-Document | SEMANTIC |
| **Extension** | docx | SEMANTIC |
| **File Size** | 175952 | SEMANTIC |
| **Filename** | Next Steps With Samsung (Play Assist and P_1lbDJBZjACllmDz8OUKpimTKovpjCYZ5nyP-ywISSmHk.docx | SEMANTIC |
| **MD5 Hash** | FEFBF5AD022B124B6FCFA6F35BD7995C | SEMANTIC |
| **Parent Date** | 11/21/2020 7:23 am | SEMANTIC |
| **Primary Date** | 11/21/2020 7:23 am | DOC_TYPE_ALIAS |
| **Production Volume** | PROD059 | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Time Zone** | UTC | SEMANTIC |
| **Title** | Next Steps With Samsung (Play Assist and Protect) | SEMANTIC |