# Android 101

Prepared by Android Global Business team ▮▮▮▮, Jim Kolotouros, Christopher Li, Sidney Lee)
May 2019

Google

Confidential + Proprietary

**EXHIBIT 647.R**

EXHIBIT 647.R-001

GOOG-PLAY-000128863.R

# Agenda

What is Android?

Why did we build it?

Where are we now?

Challenges and opportunities on the horizon

Google

Confidential + Proprietary

EXHIBIT 647.R-002

CONFIDENTIAL

GOOG-PLAY-000128864.R

# The Basics

What is Android? Overview of Android, Google Mobile Services (GMS), Compatibility, and Fragmentation

Google

Confidential + Proprietary

EXHIBIT 647.R-003

CONFIDENTIAL

GOOG-PLAY-000128865.R

# Google Search and Services in early 2000s....

**A SINGLE SERVICE ON A SINGLE WEBPAGE ON A SINGLE BROWSER ON A SINGLE OS**



**Google Apps & Services:** Google Search, Gmail, Maps, etc.



## Evolution of a desktop strategy:

- We had access via Windows (IE) and then Mac (OS X/Safari) but always worried about getting blocked by 3rd party OS/browser platforms

- Netscape Navigator = Google's first search distribution deal. Firefox and Safari search deals came later

- Google Toolbar & Protector provided access to IE users

- Initiated Chrome browser so that i) service & feature innovation, and ii) user access to search/services would not be throttled by IE

- ChromeOS eventually evolved from Chrome browser

Google

Confidential + Proprietary

EXHIBIT 647.R-004

GOOG-PLAY-000128866.R

# A very new landscape in 2007

**Market Landscape:** iPhone launches in June 2007 which accelerates adoption of smart devices on multiple platforms

Nokia

Samsung

Apple

Motorola

LG

Sony

## IMPLICATIONS

- Same platform concerns as desktop; access and innovation

- Impossible to scalably get great experiences/apps in front of users – app team had to optimize each app for every single device / platform permutation ("fragmentation")

- **What can Google do to focus its solutions/services innovations?**

- **What would make sense for Google as an App developer?**

Google

Confidential + Proprietary

EXHIBIT 647.R-005

CONFIDENTIAL

GOOG-PLAY-000128867.R

# Android Open Source Project (AOSP) provided the solution to evolving market conditions for many...



Google-led Android Project



Supported by consortium of partners

- **Created a solution to address platform and developer fragmentation:** Bought by Google in 2005
- **Ally with key ecosystem partners:** Created an alliance with a consortium of partners in 2007 to make an open source platform for ecosystem partners to participate and compete in the rapidly growing smartphone industry
- **Create friendly policies to encourage adoption by OEM's, developers, SOC's, etc.,:**

Google

Confidential + Proprietary

EXHIBIT 647.R-006

CONFIDENTIAL

GOOG-PLAY-000128868.R

# Android Open Source Project (AOSP) provided the solution to evolving market conditions for many...



Google-led Android Project



Supported by consortium of partners

Make it open source and free

- **Created a solution to address platform and developer fragmentation:** Bought by Google in 200...
- **Ally with key ecosystem partners:** Created an alliance with a consortium of partners in 2007 to make an open source platform for ecosystem partners to participate and compete in the rapidly growing smartphone industry
- **Create friendly policies to encourage adoption by OEM's, developers, SOC's, etc.,**

Google

Confidential + Proprietary

EXHIBIT 647.R-007

CONFIDENTIAL

GOOG-PLAY-000128869.R

## What is AOSP?



- The Android Open Source Project (AOSP) consists of 3 key elements:
  - ○ (1) An operating system,
  - ○ (2) middleware, and
  - ○ (3) open-source apps (e.g., dialer, email, gallery, and messaging services).

- Manufacturers, carriers, and third-party developers can use these components as-is or can customize them into their own proprietary versions without a license from Google.

- Amazon is one example of a company which uses AOSP to built out their own proprietary version (FireOS)

Google

Confidential + Proprietary

EXHIBIT 647.R-008

CONFIDENTIAL

GOOG-PLAY-000128870.R

# What is compatibility? Why & where does it matter?

Device compatibility is important to ensure that
developers have confidence that their app will work
perfectly on a specific form factor; it allows developers
to focus their creativity and innovation while accessing a
maximum universe of devices & users

Google

Confidential + Proprietary

EXHIBIT 647.R-009

CONFIDENTIAL

GOOG-PLAY-000128871.R

# Compatibility stretches across different form factors as well

The Android platform works across several device form factors - **mobile devices (smart phones, tablets), wearables, TVs, and auto**; therefore, the Android compatibility requirements apply to these device types as well

     

**Note:** Wear, Auto, Audio, and TV are unique in that GMS-equivalents for wearables and TV's requires more than just a MADA (more on this later)

Google

Confidential + Proprietary

EXHIBIT 647.R-010

CONFIDENTIAL

GOOG-PLAY-000128872.R

# Google Mobile Services (GMS) layered on top of AOSP



- The Android Open Source Project (AOSP) consists of 3 key elements:
  - (1) An operating system,
  - (2) middleware, and
  - (3) open-source apps (e.g., dialer, email, and messaging services).

- Manufacturers, carriers, and third-party developers can use these components as-is or can customize them into their own proprietary versions without a license from Google.

- Google Mobile Services (GMS) apps, in contrast, are Google's proprietary apps

Google

Confidential + Proprietary

EXHIBIT 647.R-011

CONFIDENTIAL

GOOG-PLAY-000128873.R

# AOSP and Google Mobile Services (GMS) are often inaccurately intermixed and misunderstood

**PURE AOSP**

**AOSP +**
**GMS pre-loaded onto device**





OEMs can choose to load Google Mobile Service (GMS) on any (or none) of their devices to provide a more comprehensive out-of-box experience.

This point is not always well understood.



GOOGLE IN EUROPE

### Android has created more choice, not less

Sundar Pichai
CEO
Published Jul 18, 2018

If you buy an Android phone, you're choosing one of the world's two most popular mobile platforms—one that has expanded the choice of phones available around the world.

Today, the European Commission issued a competition decision against Android, and its business model. The decision ignores the fact that Android phones compete with iOS phones, something that 89 percent of respondents to the Commission's own market survey confirmed. It also misses just how much choice Android provides to thousands of phone makers and mobile network operators who build and sell Android devices, to millions of app developers around the world who have built their businesses with Android, and billions of consumers who can now afford and use cutting-edge Android smartphones.

Today, because of Android, there are more than 24,000 devices, at every price point, from more than 1,300 different brands, including Dutch, Finnish, French, German, Hungarian, Italian, Latvian, Polish, Romanian, Spanish and Swedish phone makers.

### Android provides choice

Google

Confidential + Proprietary

EXHIBIT 647.R-012

CONFIDENTIAL

GOOG-PLAY-000128874.R

# We believed Google Applications would enhance the user experience on mobile phones and tablets

## What is GMS?

- **GMS is a collection of Google applications** for Android
    - ○ Most GMS apps are optional and available a la carte
    - ○ Some GMS apps are only available in a bundle; but there is no obligation for OEM's to pre-load these

- GMS works beautifully on *compatible* Android smartphones / tablets and is intended to provide the best possible mobile experience on smartphones (feature phones are in play again too!)

- App updates are administered by Google Play
    - ○ E.g., Google Maps cannot be updated on a device if Play is also not installed

- **There is not a single agreement with any OEM that requires them to pre-load any GMS app on their device**

### GMS MANDATORY APPS






Google

Confidential + Proprietary

EXHIBIT 647.R-013

CONFIDENTIAL

GOOG-PLAY-000128875.R

# Google Play Services / GMS Core is an important element of Play

**What is Google Play Services / GMS Core?**

- **Play Store provides a set of Google APIs** that help support functionality of **all** Android applications (aka GMS Core APIs, Google Play Services)
  - ○ Ads
  - ○ Maps
  - ○ Analytics
  - ○ Location, etc.,

- Used by GMS, and hundreds of thousands of 3rd party apps

- 826 out of the top 1000 Android apps use 1 or more GMS Core APIs (Facebook, WhatsApp, Twitter, and many other apps)

GmsCore API Usage (3P)
- Only apps evaluated by Marmot (mostly limited to apps in active in Google Play Store)

Nr Applications using GmsCore API

|  | Count ▼ |
|---|---|
| ~ All | 636,142 |
| gms.ads | 414,506 |
| gms.common | 353,587 |
| gms.maps | 164,252 |
| gms.gcm | 140,041 |
| gms.analytics | 97,374 |
| gms.location | 90,457 |
| gms.plus | 74,466 |
| gms.games | 52,085 |
| gms.auth | 39,121 |
| gms.appstate | 21,439 |
| gms.internal | 16,534 |
| gms.b | 8,449 |
| gms.a | 6,472 |
| gms.wallet | 4,537 |
| gms.drive | 4,263 |
| gms.cast | 3,953 |
| gms.wearable | 3,820 |

Google

Confidential + Proprietary

EXHIBIT 647.R-014

CONFIDENTIAL

GOOG-PLAY-000128876.R

# GMS requires signing a set of agreements with Google – ACC and MADA are the two main ones

**Android Compatibility Commitment (ACC)**

**Mobile Application Distribution Agreement (MADA)**

**What does Google get**





**Compatibility:** Company will **only distribute Android devices that are Android-Compatible Devices.** i.e., if a device uses Android (even without GMS), it must be compatible (pass the compatibility test suite; comply with CDD). Exceptions are granted on a case-by-case basis

**Pre-load + Placement:** Pre-load i) GMS mandatory apps, and ii) search widget, Play store, and Google Collection on the default home screen (i.e., invoked by the home button)

**but...**

Companies do not need to sign any other agreements, such as MADA, although almost all OEMs take this step. Carriers and retailers do not/cannot sign the ACC

**MADA gives OEMs a device-by-device choice.** OEM can pre-load any other application in addition to Google services; there's no obligation for an OEM to load GMS on any device. **Zero exclusivity within the MADA**

Google

Confidential + Proprietary

EXHIBIT 647.R-015

CONFIDENTIAL

GOOG-PLAY-000128877.R

# Common misconceptions with Android & GMS

| STATEMENT | TRUE | FALSE | REALITY |
|---|---|---|---|
| If a partner signs up for a GMS license, all their devices must include GMS | ☐ | ☑ | Partner can choose whether or not to pre-load GMS onto their devices on a **device-by-device** basis |
| An Android device that does not have GMS pre-installed is a fork of Android | ☐ | ☑ | A device is defined as a fork of Android if the underlying ROM (software image) is not Android-compatible |
| Google requires some app exclusivity as part of the GMS licensing process | ☐ | ☑ | There are no exclusivity provisions as part of the MADA agreement. However, we do offer to select partners a revenue share opportunity in exchange for some exclusivity clauses. The revenue share agreement is **separate from** GMS licensing. |

Google

Confidential + Proprietary

EXHIBIT 647.R-016

CONFIDENTIAL

GOOG-PLAY-000128878.R

# So what is actually a forked device?

"ABI Research reports that forked Android or AOSP smartphones grew 20% sequentially from 1Q 2014 to 2Q 2014 (total market growth was 3% sequentially) and also accounted for **20% of the smartphone market.**"

**-ABI Research**



Xiaomi
**MIUI**



OnePlus
**Oxygen OS**



Amazon
**Fire OS**



Huawei
**HongMeng OS**

Google

Confidential + Proprietary

EXHIBIT 647.R-017

CONFIDENTIAL

GOOG-PLAY-000128879.R

## So what is actually a forked device?

"ABI Research reports that forked Android or AOSP smartphones grew 20% sequentially from 1Q 2014 to 2Q 2014 (total market growth was 3% sequentially) and also accounted for **20% of the smartphone market.**"

‑ABI Research



Xiaomi
**MIUI**



OnePlus
**Oxygen OS**



Amazon
**Fire OS**

Huawei
**HongMeng OS**

Google

Confidential + Proprietary

EXHIBIT 647.R-018

CONFIDENTIAL

GOOG-PLAY-000128880.R

# Huawei Case Study – what will they be able to do / not do?





Google

Confidential + Proprietary

CONFIDENTIAL

EXHIBIT 647.R-019

GOOG-PLAY-000128881.R

EXHIBIT 647.R-020

CONFIDENTIAL

GOOG-PLAY-000128882.R

# Android was built to help secure more users for Google services...



## Tools and programs to make Google internet services successful



| Preload | Default Intent | Placement (Hotseat, DHS) | First three + exclusivity |
|---|---|---|---|
| MADA | RSA | RSA | RSA |
| GMS Req | Program | Program | Program |
| RSA | Bespoke | Bespoke | Bespoke |
| Programs: GMS Express, A-Go | | | |
| Bespoke: Ex: "N50M", "Waterloo", "Optimus" | | | |

As baseline, apply MADA / GMS to 1B new device activations per year, and RSA / Programs / Bespoke to large subset of new activations

Confidential + Proprietary

EXHIBIT 647.R-021

CONFIDENTIAL

GOOG-PLAY-000128883.R



EXHIBIT 647.R-022

CONFIDENTIAL                                                                                    GOOG-PLAY-000128884.R

## ... across all device verticals


 




 
 







 
 
 

**Note:** only a sampling; not comprehensive

Google

Confidential + Proprietary

EXHIBIT 647.R-023

CONFIDENTIAL

GOOG-PLAY-000128885.R

# **Case study:** Assistant - quick ramp to 1B scale with increasing presence

**Instant distribution**
Long-press home & AGSA

**Premium entry points**
Dedicated H/W button

**Increased presence**
Built into OS, suggestion chips, ambient mode





Google

Confidential + Proprietary

EXHIBIT 647.R-024

CONFIDENTIAL

GOOG-PLAY-000128886.R

# We also provide the guardrails for the platform (GMS Requirements)

| One gesture please... | Digital well-being for users and control for parents | Safe driving | Fresh device software | Device preload safety |
|---|---|---|---|---|

    

Google

Confidential + Proprietary

EXHIBIT 647.R-025

CONFIDENTIAL

GOOG-PLAY-000128887.R

# Ensuring our experiences are not throttled, even in unique circumstances



Google

Confidential + Proprietary

EXHIBIT 647.R-026

CONFIDENTIAL

GOOG-PLAY-000128888.R

# Android Today

- Current lay of the land
- Key trends
- Where are things headed

Google

Confidential + Proprietary

EXHIBIT 647.R-027

CONFIDENTIAL

GOOG-PLAY-000128889.R



EXHIBIT 647.R-028

CONFIDENTIAL

GOOG-PLAY-000128890.R

# Profitability story remains challenging... may get worse over time







Google

Confidential + Proprietary

EXHIBIT 647.R-029

CONFIDENTIAL

GOOG-PLAY-000128891.R



- Note: "CN OEMs" inc. Xiaomi, Oppo, Vivo, Gionee, TCL, ZTE, Lenovo/Moto, Transsion, OnePlus, Coolpad, Wiko, and Meizu

EXHIBIT 647.R-030

CONFIDENTIAL

GOOG-PLAY-000128892.R

# CN OEMs Will Continue to Seek Out New Sources of Growth Outside CN

Developing APAC & MEA will serve as new sources of growth.  Increased OEM competition in these markets should benefit consumers and have significant secondary effects e.g. helping drive local economies & assembly capabilities, injecting vibrancy into the ecosystem etc.  Geopolitical forces will play a major role, potentially resulting in ABC (anywhere but China) supply chain shifts.



Google   Source: GfK (Mar'19)

Confidential & Proprietary

EXHIBIT 647.R-031

GOOG-PLAY-000128893.R

## ... but the latest news changes things



| | Italy | Spain | Germany | France | Saudi Arabia | Colombia | Poland | Russia |
|---|---|---|---|---|---|---|---|---|
| Huawei L12M volume | 5.7 M / 37% | 4 M / 29% | 5 M / 29% | 3.2 M / 26% | 4.4 M / 43% | 3.4 M / 30% | 3.2 M / 33% | 10.5 M / 35% |

Google

Confidential + Proprietary

EXHIBIT 647.R-032

CONFIDENTIAL

GOOG-PLAY-000128894.R



## Android share in select markets – OEM Portfolio balance a concern

Total =124.5 M

Total = 49.7 across top 8 countries

Total = 39.4 M across top 10 countries; over 120 M total globally

- Huawei L12M volume
- Samsung L12M volume

Google

Confidential + Proprietary

EXHIBIT 647.R-033

CONFIDENTIAL

GOOG-PLAY-000128895.R

# Challenges on the horizon

- Regulatory (EEA, China)
- Balanced set of partners
- Keeping partners healthy
- Switching
- Alternate 3P platforms
- Execution

Google

Confidential + Proprietary

EXHIBIT 647.R-034

CONFIDENTIAL

GOOG-PLAY-000128896.R

## Regulatory

   

Google

Confidential + Proprietary

EXHIBIT 647.R-035

CONFIDENTIAL

GOOG-PLAY-000128897.R

# Keeping partners healthy, including financially




Google

Confidential + Proprietary

EXHIBIT 647.R-036

CONFIDENTIAL

GOOG-PLAY-000128898.R



EXHIBIT 647.R-037

CONFIDENTIAL

GOOG-PLAY-000128899.R

# APPENDIX

Google

Confidential + Proprietary

EXHIBIT 647.R-038

CONFIDENTIAL

GOOG-PLAY-000128900.R

## Ambitious 3P Platforms





Google

Confidential + Proprietary

CONFIDENTIAL

EXHIBIT 647.R-039

GOOG-PLAY-000128901.R

# Execution – increasingly complex and difficult to align internally, but an opportunity as well



Google

Confidential + Proprietary

EXHIBIT 647.R-040

CONFIDENTIAL

GOOG-PLAY-000128902.R

# Strong growth in all Android verticals



## 2X M
activations / 12M



## 1 M
activations / 12M



## XX M
activations / 12M



## XX M
activations / 12M

Google

Confidential + Proprietary

EXHIBIT 647.R-041

CONFIDENTIAL

GOOG-PLAY-000128903.R

**Slide 41**

| 2 | Jim to fill out |
| --- | --- |
| | Christopher Li, 6/19/2019 |
| 1 | Jim to fill out |
| | Christopher Li, 6/19/2019 |

EXHIBIT 647.R-042

CONFIDENTIAL

GOOG-PLAY-000128904.R

# SP & FP Markets Decline in 2018 with CN OEMs Share Rising

We are at single digit shipment growth overall. FP conversion is occurring, albeit slowly. Globally, top-6 OEMs to account for >65% market share and CN OEMs are expected to account for more than half of global SP shipment in '18. (TBD)



Source: IDC (go/idc-dashboard)
Note: All figures inc. Apple unless otherwise stated

Confidential & Proprietary

EXHIBIT 647.R-043

GOOG-PLAY-000128905.R

Believe this can be an appendix slide

# Android Compatibility Requirements



1) **Comply 100% with the requirements of the Compatibility Definition Document ("CDD")**

2) **Pass 100% of the Compatibility Test Suite ("CTS")**
   CTS is composed of 1000s of automated test cases to ensure compatibility with platform

**Note: 1)** Google updates CDD and CTS for each version of Android and releases them as part of AOSP.  **2)** Also, we do have a liberal exception/exemption policy to grandfather in older devices and/or address unique form factors

Google

Confidential + Proprietary

EXHIBIT 647.R-044

CONFIDENTIAL

GOOG-PLAY-000128906.R

Believe this can be an appendix slide

# Review of hypothetical scenarios

| SCENARIO | YES | NO | NOTES |
|---|:---:|:---:|---|
| Can a mobile phone without Google Play and GMS core APIs run other Android apps? | ☑ | ☐ | Yes, as long as the apps don't require any APIs from GMS Core or they find ways to replicate API functionality (themselves or other 3P APIs) |
| Can someone effectively utilize GMS Core APIs without Google Play installed? | ☐ | ☑ | No, the APIs require and use Play's infrastructure |
| If a device has Google Play illegally sideloaded, can it access GMS Core APIs? | ☑ | ☐ | Can access GMS Core APIs, but we cannot validate the authenticity of the Core API functionality. This is why enforcing unlicensed devices is important. |
| Does Apple offer its own version of iOS "GMS Core APIs"? | ☑ | ☐ | iOS has a similar API model, but there are less APIs and they do not offer as deep functionality |

Google

Confidential + Proprietary

EXHIBIT 647.R-045

CONFIDENTIAL

GOOG-PLAY-000128907.R

# Many media-defined Android forks are in fact not forks and are compatible



Xiaomi
**MIUI**

**NOT a FORK**
**- COMPATIBLE -**



BLU
**Cyanogen 12**

**NOT a FORK**
**- COMPATIBLE -**



Amazon
**Fire OS**

**ANDROID FORK**
**-**
**INCOMPATIBLE**



OnePlus
**Oxygen OS**

**NOT a FORK**
**- COMPATIBLE -**

Google

Confidential + Proprietary

EXHIBIT 647.R-046

CONFIDENTIAL

GOOG-PLAY-000128908.R