# Google-Samsung Store Agreement Term Sheet
### June 20th, 2019

This Term Sheet summarizes the business terms of a proposed agreement between Samsung ("Samsung") and Google Inc. ("Google") (collectively "Parties"). This Term Sheet is for discussion purposes only and is not intended to be binding on either party. Neither party shall have any legal obligations to the other until a definitive agreement is signed by both Parties.

| Criteria | Consideration | Samsung position |
|---|---|---|
| **Structure** | Goal | • Prevent unnecessary competition on store to enable:<br>   - For developers: Unified window for app distribution to allow streamlined cycle for app development, distribution and update<br>   - For consumers: Diverse channels to discover & download quality apps |
| | Principles | • Utilize Google IAP as the main payment module on Galaxy Store<br>• Stop distributing 3rd Party app/game installer via Galaxy Store<br>• Allow Samsung to curate, show and distribute all apps on Play Store<br>   - Launch same app/game at same time on Play Store & Galaxy Store<br>• Joint-PR on Store partnership |
| | Term length | • 5 years |
| | Scope | • Galaxy store on Android Smartphones and Tablets<br>• Android apps with exception of items tagged with Samsung IAP below:<br><br>|  | Existing Apps | New Apps |<br>|---|---|---|<br>| Game | Samsung IAP | Google IAP |<br>| Non-Game | Samsung IAP | Google IAP |<br>| Made for Samsung | Samsung IAP | Samsung IAP/ Google IAP |<br><br>※ Existing app without Samsung IAP will be directed to Play Store<br>• Games in pipeline, AR/Cloud Game, Block-chain apps to be excluded |
| | Model & Geo Coverage | • All new/existing devices once the integrated store model is launched<br>• Global except the countries where Play Store is not available |
| **Product Differentiation** | Promotion Support | • Google to convince developers to apply following filters for running promotions tailored to Galaxy devices<br>   - Device Model<br>   - Game<br>   - Item<br>   - Period<br>   - Country<br>   - Carrier |

**EXHIBIT 652**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   GOOG-PLAY4-004259430

EXHIBIT 652-001

| | | |
|---|---|---|
| | |    - Billing Type<br>・ Show applied discount schemes on Google IAP UI<br>・ Insert Samsung's promotion page Pre-/Post-purchase |
| | Joint Engineering | ・ Set-up regular practice to co-develop following items for Android Game ecosystem and allow time-to-market exclusivity<br><br>1) Graphics / Gaming<br> - Avoiding APK / Expansion file size restriction (100MB / 2GB)<br> - Enhanced Memory Monitor / Manager<br> - Gaming Aware Scheduler / Governor<br> - Improved Controller Support<br> - New Vulkan API Version<br><br>2) Tooling<br> - Interaction with Game Engine Profiler<br> - Unified Graphics debugger<br> - GPU deep dive profiler<br><br>3) Display<br> - Variable Frame Rate<br> - High Refresh Rate<br> - Adaptive Sync |
| | SLA | ・ Dedicated Play Store  + TAM team<br>・ Google to setup a customer VOC team (respond within 3 working days) |
| | Escalations | ・ VP/SVP level escalation process in case critical issue arises |
| **Payment** | IAP | ・ Samsung Pay included as payment option in Google IAP<br>・ Customize Google IAP UI to fit Galaxy Store's design |
| | Account | ・ For users without Google Account or not signed in to Google, allow users to download free apps without Google log-in process |
| **Data** | Data sharing | ・ Google to share following data from transaction in Galaxy Store<br> - Package Title<br> - Package Name<br> - App Life-cycle (Install, Uninstall, Usage Log)<br> - App Search (Search Keyword)<br> - Navigation on detailed pages<br> - Payment Type, Refund, Price<br> - Discount/Coupon application<br><br>※ Google AD ID as identifier. In case Google cannot provide data based on Google AD ID, provide list of data mapped to a separate ID scheme. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-PLAY4-004259431

EXHIBIT 652-002

| | | |
|---|---|---|
| | | ・ Google to share following app-related data per apps distributed<br>  - App description and images for curation<br>  - Rating, User Comments<br>  - Top 100 List, etc.<br>  - Number of Download per app<br>  - Revenue per app |
| **Business** | Fund | ・ $50M/Year funding for 5 years |
| | Revenue Share | ・ 50% R/S on Google's Revenue generated from Galaxy Store |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY4-004259432

**EXHIBIT 652-003**