PRIVILEGED AND CONFIDENTIAL
FOR DISCUSSION PURPOSES ONLY
SEEKING LEGAL ADVICE



# Amazon
# competitor deep dive
Apr. 2017

Discussed in 4/27 PBF, notes from discussion here

Google  Confidential and Proprietary



**EXHIBIT 682.R**

# Amazon emerging as a major challenge to Play in gaming globally

**In JP (and other markets) are securing top content and migrating HVUs …**

- **20 of top 100 Play JP games on Amazon[1]**, offering developers really valuable benefits e.g.,:
  - Amazon funded IAP cashbacks
  - e-sports tournaments on twitch
  - Higher revshare for key devs (Mixi)
  - … *but most developers not convinced yet*

- Titles on Amazon see **~10% of Play spend[2]** there as Amazon offering users:
  - Same IAPs as Play at 15%+ discount
  - … *have grown to 1-2% of Play users, 20% of Play HVUs[3]*

**… NOT just OneStore 2.0 or MS - this is a broader threat**

- **Deeper pockets:** Amazon can sustain cashbacks indefinitely especially if they gain Prime customers

- **Global reach:** Unlike OneStore which operates in KR only, Amazon can offer developers near global reach

- **Significant long-term ambitions** to disrupt gaming globally across console + mobile, given gaming > movies in user time and $. In addition to the store, Amazon has created/acquired a number of gaming assets including Twitch, Lumberyard, AWS etc.

**Bad news:** We face the risk of becoming a "showroom" for Amazon or other apps stores. Play JP growth already under pressure, Amazon JP expected to be ~2.2% of Play JP by year end with possibility for higher downside risk. JP might just be the start as Amazon (historically) tries different approaches in a market (usually for a couple of years) before scaling up and going global with services.

**Good news:** Amazon yet to establish critical mass. We have an opportunity to react before this happens

**Desired outcomes for today:**
- Align on goals: making Play user and developer loyalty a rational and attractive proposition
- Agree on levers most likely to achieve our goals

1 37% of revenue from top 100 Play JP games; 2 includes spend on Kindle Fire; 3 Based on Monsterstrike analysis

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-002

# Amazon works on a problem until it figures out the right commercial and product model... it then goes global



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307943.R

EXHIBIT 682.R-003

- **Amazon global gaming strategy**

- Amazon JP deep dive

- Questions for discussion

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-004

# Amazon suddenly seems very interested in gaming and the press is taking note ...



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-005

# Amazon building replacements for Google developer stack



PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE   6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307946.R

EXHIBIT 682.R-006

- Amazon global gaming strategy

- Amazon JP deep dive
  - What Amazon has achieved so far
  - Where/How they are winning with consumers
  - Where/How they are winning with developers

- Questions for discussion

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-007

AMAZON JP DEEP DIVE

# Amazon in JP super focused on acquiring top titles and HVUs, able to grow fast by free-riding on Play

**Estimate Amazon JP 2017 Revenue to be $38M (2.2% of Play JP) higher if they acquire more top titles**



**+$35M** (hypothetical)

*... if Amazon represented 20% of Play revenues for our top 3 titles by Dec 2017*

**$38M Rev in 2017**

*...fueled by Monster Strike's launch in October (doubled monthly revenue)*

*Forecast*

SOURCE: Amazon JP RevForce Slides

- **Amazon's fast growth is fueled by focus on acquiring existing top games** *(that Play helped to grow)* **with large existing buying base** *(that Play helped to create)* **and migrating those to Amazon**

- Have also been able to grow fast by explicitly NOT:
  - Playing any role in discovery i.e., is not able to bring new users to developers

  - Building a comprehensive apps store i.e., free riding on breadth of our catalog

- This formula is easily applicable to more top 100 titles and other markets too

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE     8

AMAZON JP DEEP DIVE: CONSUMERS

# Amazon is engaging 1-2% of Play users, but getting ~10% of spend, ~25% of HVUs for MS

(xx%) Amazon as proportion of Play

## Comparison of Play, Amazon app store and Monsterstrike apk engagement (Mar 6 - Apr 4)

| App Store | Active Users | | |
|---|---|---|---|
| Google Play 28da Browsers[1] | 35,600,000 | | |
| Amazon "Complete App"[3] 28da Engaged | 622,000 (1.7%)<br>[From Lockbox[2]] | | |
| **MonsterStrike (Mixi)** | Active Users | HVUs | Consumer Spend |
| Play Version 28DAU (jp.co.mixi.monsterstrike) | 4,333,196<br>[From Lockbox[2]] | 86,434 | $ 51.6M |
| Amazon Version 28DAU (jp.co.mixi.monsterstrike.amazon) | 22,300 (0.5%)<br>[From Lockbox[2]] | ~17,000 (20%)<br>[From BD] | ± $ 5.2M (10%)<br>[From BD] |

1) 28d Browsers per go/play-active
2) Active/Engaged users estimated through Lockbox, extrapolated adjusting for coverage by device_year_class
3) Amazon App Store APK also serves as Amazon **shopping app**; use is not dedicated to app store use.
SOURCE:  Amazon Deepdive Analysis (User Journeys) [awtimmering@]; Amazon JP AppStore Research Report [iku@]

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-009

AMAZON JP DEEP DIVE: CONSUMERS

# We mapped ~8000 user journeys involving Amazon MS apk: 65% of these users don't use Play MS apk anymore, 25% use it but don't spend on Play apk

## Categorization of user journeys involving Play MS apk, Amazon MS apk (Mar 3 - Apr 7)

| Category | Lockbox Sample | % of Amazon MS users | |
|---|---|---|---|
| Play MS only players | 1,559,293 | | |
| Amazon MS only players | 5,333 | 65% | ~65% of AMZN MonsterStrike players no longer use the Play version |
| Players with activity on both Play & Amazon MS | 2,833 | 35% | |
| * No Play spend in observed period | 1,994 | 24% | ~25% of AMZN MonsterStrike players are also engaged with the Play version, while likely spending with Amazon. |
| * With any Play spend in observed period | 839 | 10% | |
| - Stops Play spend, but remains engaged on both | 78 | 1% | |
| - Stops Play spend, and stops Play engagement | 176 | 2% | |
| - Engaged with Amazon MS, but continues some Play spend | 585 | 7% | |

SOURCE:   Amazon Deepdive Analysis (User Journeys) [awtimmering@];
              Amazon JP AppStore Research Report [iku@]; more details here

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE          10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                GOOG-PLAY-000307950.R

EXHIBIT 682.R-010

AMAZON JP DEEP DIVE: CONSUMERS

# Amazon strongly promoting its 15%+ discount on IAPs available via Play, but for now switching hurdle too high for most users

**YouTube creators, including JP's biggest gaming site, (and Amazon affiliates) helping to share Amazon value proposition and onboard users**



Click video in presentation mode to play back - 2m15s
(Provides explanation in English)

**User proposition**

- **Up to 15% evergreen discount on Amazon Coins** (boosted to 20% at monthly DCB refresh)

- Up to 30% coin back promos for IAP (mostly 5%)

- Attractive Fire device for Prime subscribers at $40

**Significant hurdle to switching to Amazon apk**

- **Process is quite complex, involves 14 steps** (but motivated users will follow walkthroughs like this on YT)

- Apks on Amazon are sometimes lacking in features e.g., no LINE integration for MS and aren't updated as frequently

SOURCE: Amazon JP AppStore Research Report; YouTube

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE          11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307951.R

EXHIBIT 682.R-011

AMAZON JP DEEP DIVE: DEVELOPERS

# Amazon offering attractive incentives to developers to port games to Amazon store, economics most favorable for developers without growth/export potential

**Amazon has approached most large JP devs but many are hesitant to port to Amazon**

| Dev. | Amazon offer (add-on to always-on coin discounts) | Developer decision | Rationale |
|------|---------------------------------------------------|--------------------|-----------|
| Mixi | Preferred rev-share (75%)<br>Large coin-back campaign at launch<br>Sponsorship for Mixi's eSports event<br>Marketing investment using MS IP | Port to Amazon | **Larger margin** and **aggressive discount promo** was very attractive. Mixi has been struggling to grow domestically and to go global, Amazon's offer to help them to increase margin in the domestic market was very attractive. |
| GungHo | Title specific coin-back campaign<br>Inclusion of PAD in Kindle Fire device promo incl TVCM | Port to Amazon but for **Fire device only** | Gungho has been supporting PAD for Amazon Fire devices only from its early stage but does not support non-Fire devices respecting partnership with Google Play |
| Bandai Namco | Title specific coin-back campaign | Play only | Valued overseas growth potential with Play above any upside from Amazon (BD negotiation involved) |
| Aniplex | Title specific coin-back campaign<br>X-vertical IP branded page in Amazon eCommerce site | Play only | Very concerned about maintaining multiple APK (have had bad experience with carrier store apks in the past). However, their IP holder is interested in Amazon's offer including special promo in eCommerce side. If IP holder decides to work with Amazon, Aniplex will have to follow |

- Starting to leverage Twitch and other gaming assets to provide **integrated xfn proposition to developers** (we can but are not doing the same). Offers are also getting more aggressive - **offered Nintendo a blank check**

- So far only **20 of top 100 apps on Play have published to Amazon**. Many (like Aniplex, Bandai Namco) are concerned about the large and ongoing development / maintenance burden and potential loss of Go Global support. *Decisions may change as Amazon gets more users*

- Developers like Mixi might be the sweet spot for Amazon as they consider JP to be saturated and international potential to be limited

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-012

- Amazon global gaming strategy

- Amazon JP deep dive

- Questions for discussion

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-013

# Need to focus on making Play user and developer loyalty a rational and attractive proposition

**Context: Amazon JP lacks critical mass of users and developers today. If they can achieve either, we believe this will create a virtuous cycle drawing in more users and developers - increasing appeal of Fire devices and greatly increase the severity of the threat**

| | Current situation | What we worry about | What you would have to believe | Our goals |
|---|---|---|---|---|
| **Users** | • ~1-2% of Play users using Amazon store, Amazon apks<br><br>• For titles on Amazon store, ~20% of HVUs using Amazon apk | • Amazon can grow its reach to 20-30% of Play users | • Massively increase Fire OS device sales or Amazon Prime discounted mobile devices<br><br>• Amazon store pre-installation deal with major OEM, carrier<br><br>• Increase discounts on IAPs | • Make it attractive for users to stay on Play |
| **Developers** | • ~20 of top 100 Play apps are available on Amazon apps store<br><br>• For titles on Amazon store, ~10% of Android spend coming from Amazon | • Amazon can attract 40+ of top 100 Play apps or increase share of Android spend to 20%+ | • Amazon offers even better incentives to developers<br><br>• Amazon acquires major gaming company and publishes exclusively on their store<br><br>• Developers become more pessimistic about growth | • Make it more compelling for developers to focus on Play |

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE          14

- Play benefits from network effects.
- Users come to Play because we have by far the most compelling catalogue of apps / games
- Developers come to Play because that's where the users are.
- Amazon will struggle to break those network effects.
- Users won't go to Amazon, because their catalogue of apps / games is very limited
- Developers won't focus on Amazon, because they don't have users.
- For Amazon to become successful, they have 2 options:
- Build a critical mass of users, without having many developers. Once they have a critical mass of users, developers will follow.
- Build a critical mass of developers, without having many users. Once they have a critical mass of developers, users will follow.
- Once they have their own critical mass of users and developers, they'll also benefit from network effects.
- At that point, it'll become much harder for us to compete.
- We need to be particularly concerned because Amazon thinks about gaming like all of Prime… as a loss leader to bring buyers to their ecommerce store. Realistically, they can sustain losses indefinately.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307954.R

EXHIBIT 682.R-014

# For discussion: Agree on levers most likely to achieve our goals

More details in appendix

| Our goals | Solution spaces | Potential levers |
|---|---|---|
| **Users** — Make it attractive for users to stay on Play | Make it harder for users to switch stores | **1** Disable profile porting or IAP porting (via policy), create more third party apk install friction |
| | Differentiate Play gaming experience | **2** Innovate Google Play Games Services |
| | Give users something to lose by doing this | **3** VIP program w/ explicit benefits or conditions incentivizing Play store activity |
| | | **4** Offer targeted cashback to HVUs, matching discounts from Amazon |
| | | **5** Play branded credit card for HVUs with 5-10% cashback on Play funded by DCB margin savings |
| **Developers** — Make it more compelling for developers to focus on Play | Increase app porting hurdle | **6** Differentiate Play gaming experience e.g., Instant apps, Unified app framework |
| | Offer incentives to developers not doing this | **7** Developer loyalty program e.g., better rev. share, x-Google perks for developers exclusive to Play |
| | | **8** Leverage YouTube as an asset with developers |
| | Create "penalties" for developers doing this | **9** Limit smerch, Go Global support |

Note: Matching Amazon cashbacks for all users intentionally excluded from solution spaces, as it carries substantial risk (race to the bottom) and may not be effective at deterring Amazon

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE          15



PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307956.R

EXHIBIT 682.R-016

# Amazon app store / gaming resources

| Type | Resource | Description |
|------|----------|-------------|
| External | Amazon Is Getting Serious About Video Games | Article on The Motley Fool (Apr 2017) about Amazon's gaming ambition and assets |
| External | Amazon bets big on gaming with high-profile hires | Interview on Venture Beat (Mar 2017) with Mike Frazzini VP of games at Amazon about Amazon's gaming strategy and objectives |
| Internal | Amazon JP AppStore Research Report | Excellent summary of Amazon JP situation written by iku@ (Feb 2017) |
| Internal | User Flow to migrate two accounts between Play and AMZN | Step by step guide to porting Monsterstrike profile from Play to Amazon apk by iku@ (Mar 2017) |
| Internal | Amazon JP RevForce Slides | High level summary of Amazon JP situation and financial impact analysis for discussion Rev Force. Created by pquintana@ (Mar 2017) |
| Internal | Competition working group (Mar 2017) | Discussion document for Competition working group meeting. Prepared by ashnil@ (Mar 2017) |
| Internal | Amazon JP promotions tracker | List of promotions being offered for IAP purchases on Amazon apks as of Mar 28, 2017. Prepared by iku@ (Mar 2017) |
| Internal | Play JP March update | Two slides in Play JP Mar update providing overview of Amazon JP situation. Prepared by mtd@ (Mar 2017) |
| Internal | Amazon Deepdive Analysis (User Journeys) | [Restricted] Deep dive into Amazon store, and Amazon MS users and usage pattern .Created by awtimmering@ (Apr 2017) |
| Dashboard | [Play] Third Party Store Coverage | Dashboard showing how many and which of the top 100 Play apps (by spend) are available on Amazon JP apps store (based on data from AppAnnie). Refreshed monthly, developed by seandeb@ |

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307957.R

EXHIBIT 682.R-017



# Amazon JP consumer retention offer - short-term options for discussion

## Proposal overview

- Limited time financial incentives for HVUs to buy time for Loyalty reboot

*Objectives / characteristics of a good proposal*

- **Targeted:** target HVUs already on Amazon apks or at risk of doing so

- **Fast:** rolled out or kicked off quickly (this quarter)

- **Simple:** obvious what users lose by switching to Amazon; must be easy to redeem

- **Sustainable:** must not trigger a race to the bottom

More details here

| Idea + User Target | Pros | Cons |
|---|---|---|
| **Option 1**<br>**Monetary code:**<br>10-15% Cashback<br><br>**Target: MS HVUs that have already migrated** to Amazon apks (~20K HVUs) | • Very targeted and hence relatively inexpensive. Easy to execute<br>• Hard for Amazon to defend since our offer is more targeted | • Complex messaging and offer delivery / redemption<br>• Unlikely to trigger loss aversion unless messaging is clear, or we commit upfront to repeating<br>• Repeating may be complex and expensive<br>• Potential PR / legal implications |
| **Option 2**<br>**Play credit card:**<br>5% Play spend cashback<br><br>**Target: All HVUs** | • Quasi loyalty program until we roll out something better<br>• Simple experience / proposition<br>• Should trigger loss aversion<br>• Scalable to other titles, markets<br>• Can fund through DCB margin | • Commit upfront to 50K subs in 1 yr<br>• Play would need significant marketing budget & min 1 HC to drive uptake<br>• Credit card application an added hurdle for users<br>• 6-12 months to execute<br>• 5-10% << 15% Amazon max discount<br>• DCB partners may be unhappy<br>• Recent JP co-branded cards have higher rate of failure |
| **Option 3**<br>**Play gift cards/ top-up:** Tiered discounts up to 15%<br><br>**Target: All HVUs** | • Relatively lightweight<br>• Approximates Apple and Amazon evergreen discounts<br>• Scalable to other titles, markets<br>• Can fund through DCB margin | • Majority of HVUs using some combo of credit cards + DCB<br>• May not stop HVUs from taking advantage of both Amazon and Play discounts<br>• DCB partners may be unhappy |

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

 # Developer loyalty program - options for discussion

 Recommended option

## Proposal overview

- Offer our top 20-50 developers globally a 5% higher revenue share

- Incremental revenue share in exchange for conditions such as Android exclusivity, iOS sim ship etc.

- Could also increase top developer focus on Play instead of iOS

- Potential risks:
  - Higher top developer concentration
  - Negative PR
  - Could lead to escalation with Amazon offering more lucrative incentives to developers
  - Overall cost of program as high as ~$500M (12% of 2016 revenue)[1]

1 Assumes top 50 developers qualify for this offer
More details here

## Key question is the form of incentive to offer developers ...

| Idea | Pros | Cons |
|------|------|------|
| **Option 1**<br>Paid as cash | • Simple and attractive | • Expensive<br>• Will trigger race to the bottom |
| **Option 2**<br>Paid as MDF i.e., adwords credits | • Shouldn't trigger race to the bottom<br>• Least expensive: cost to Google would be ~50% of credit<br>• Could help GBO deepen gaming relationships | |
| **Option 3**<br>Paid as other Google discounts e.g., Google cloud credits, Maps API credits | • Shouldn't trigger race to the bottom<br>• Very attractive to small group of developers<br>• Could help Cloud deepen their gaming relationships | • Limited appeal |
| **Option 4**<br>Mix of options 2, 3 per developer | • Best of options 2, 3 above | • Adds some operational complexity |

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# "Sideloaded Amazon app" combines multiple marketplaces including - Amazon shopping app, an app store and in many markets Amazon Underground

## Comparison of Play Amazon app vs. Sideloaded Amazon app

| | Play Amazon app<br>(com.amazon.mShop.android.shopping)[1] | Sideloaded Amazon app<br>(com.amazon.mShop.android)[1] |
|---|---|---|
| Functionality | Amazon e-commerce app | Amazon e-commerce app + Amazon video store + Amazon app store (which may include Underground) |
| Branding | Amazon Shopping | Very confusing. Referred to as Amazon app, Amazon app store, Amazon Underground interchangeably |
| Distribution | Play store, iOS Apps store | Pre-installed on FireOS devices Sideloaded from the web (no known carrier or OEM pre-install agreements) |

**Amazon Underground** = An app store with engagement based monetization model i.e., apps are "actually free" IAPs are removed or are free, Amazon insert ads into gameplay and pays developers based on time users spend playing. Available in most markets except for IN, CN, JP

1 Apk names vary by market - see here
More information here

## Screenshots of Sideloaded Amazon app



Left navigation contains shopping + video + app store

Expanding app store shows All apps & games and Underground (select markets)

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Screenshot: Amazon advertising coin discounts on all JP Fire devices

JP Kindle Fire Default Wallpaper



**Device: Amazon JP Kindle Fire link**
- ¥8980, but 50% discount for Prime JP subscribers
- Appears on all lockscreens as first ad in JP
  *"Use Amazon Coins for cheap app purchases & in-app billing"*

**Implications**
- This advertising real estate and mechanism not limited to Fire JP
  - will likely also appear on Amazon's new line of Prime-only discounted Android phones that are also ad-subsidized and come with both Play and Amazon app stores pre-loaded
  - US selection only at this point; but anticipate a JP launch of similar competitively priced devices sometime soon

- High potential for Amazon to run this in-house advertising on all Kindle Fires and Amazon Android Phones globally

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Amazon - Play Profile in JP

| Asset | Amazon JP | Play JP |
|---|---|---|
| Distribution | Amazon Webstore | Pre-installed on GMS Android devices |
| FOPs | Credit Card; Gift Cards | Credit Card; Gift Cards; DCB |
| Virtual Currency | Amazon Coins; Amazon Points | None |
| Loyalty Drivers | 1. Amazon Prime<br>2. 2 co-branded credit cards w up to 2.5% cashback<br>3. 3rd party programs feeding into amzn points: banks, retailers | 1. No loyalty program; although VIP Program WIP<br>2. No co-branded credit card<br>3. No 3rd party programs |
| User Proposition | • Value: "you're overpaying on other app stores"<br>• Security: "Amazon apps are more secure"<br>• Discovery: "Find better games via Twitch" | • Discovery: "world's biggest catalogue"<br>• Ease: Play is default; no complex app store or app installation or data portability flows |
| Developer Proposition | • Favorable revshare for key devs (Mixi)<br>• Global Reach - 236 Countries<br>• 85% Play apps just work on Amazon<br>• Highest Buyer Penetration (near 100% in JP)<br>• Twitch Video / E-Sports Sponsor Budgets<br>• AWS cloud hosting; discounts offered | • Global Reach - 1XX countries<br>• Go Global Program<br>• YouTube Video; no formal e-sports integration<br>• GCP cloud hosting; no discount program |
| JP Headcount | **~14** (Current estimated 7 + Open HC 7) | **15** (Current 14 + Open HC 1) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Amazon Dev proposition





### WHY AMAZON APPSTORE?

Higher percentage of Amazon Fire developers
**above the app poverty line** versus other platforms

Vision Mobile

Source: Developer Economics Q3 2014 © VisionMobile, All Rights Reserved



### BENEFITS AT A GLANCE



**85%**
MOST APPS JUST WORK

WORLDWIDE AVAILABILITY

**64%**
MOST CUSTOMERS SPEND

Source: Amazon dev webinar, "Make Money with Promotions That Work"

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307963.R

EXHIBIT 682.R-023

AMAZON JP DEEP DIVE: CONSUMERS

# We mapped user journeys for ~8000 users that engaged with Amazon MS apks and bucket them into the 6 categories visualized here

### Reading the user journey chart



Graph represents one specific gaia

Consumer spend on **Play version of game**

Engagement with **Play version of game**

Engagement with **AMZN version of game**

Launches of **Amazon App Store**

One month period, hourly intervals
Each dot representing
engagement/spend within that hour

### User journey categories     Example journey



| Amazon MS only players | |
| Active on both MS apks | No Play spend in observed period |
| | Stops Play spend, but remains engaged on both |
| | Stops Play spend, and stops Play engagement |
| | Continues some spend on Play |

SOURCE:   Amazon Deepdive Analysis (User Journeys) [awtimmering@]

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE        24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307964.R

EXHIBIT 682.R-024

AMAZON JP DEEP DIVE: CONSUMERS

## Very significant decrease in buying & spend from users engaging with Amazon MS apk





**1** While MS is showing a decline in users & spend across the board, ...

**2** cohort of users with known engagement on the Amazon version of MS show a very rapid decline in **Play spend** (-83% vs. -29%)

SOURCE: Amazon Deepdive Analysis (User Journeys) [awtimmering@]

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE          25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000307965.R

EXHIBIT 682.R-025

# 44 open roles for Amazon Apps Store globally - mostly in JP, US

## Amazon JP roles (11)

Visual Designer - Appstore
Quality Assurance Manager - Appstore
Business Development  Manager - Appstore
Sr. Content Operations Manager - New Technologies
Content Test Specialist - Appstore
Solutions Architect
Content Manager
Sr. Manager, Marketing - Appstore
Site Merchandising Specialist, videogames
Director of Business Development  (Twitch)
APAC Events Manager (Twitch)

## Amazon IN roles (10)

Quality Assurance Engineer - Appstore
Operations Manager
Content Risk Analyst
Content Risk Analyst
Content Risk Analyst
Sr Manager - Content Operations Amazon Appstore
Content Risk Analyst
Content Risk Analyst
Content Risk Analyst
Digital Content Merchandiser

More details here

## Amazon US roles (22)

Games Business Development  Manager
Games Business Development  Manager
Senior Product Marketing Manager
Business development  Manager
Content Test Specialist
Design Technologist - appstore design
Sr. Product Manager - Amazon Appstore
PR Specialist - Amazon Devices
Senior Operations Manager (Salesforce and Infrastructure),  Appstore
business development
Sr. UX Designer - Amazon Appstore
Economist - Appstore
Business Development  Leader,  Subscriptions
Games Business Development  Manager
Marketing Manager
Senior Product Marketing Manager
Sr. Program Manager, Digital Customer Experience
Business Analyst
Sr. Business Development  Manager
Sr. User Researcher
Director, Amazon Underground  (Amazon Appstore)
Senior Business Development  Manager - New Game Initiative
Program Manager, Content Operations

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 682.R-026



PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307967.R

EXHIBIT 682.R-027

# For discussion: Agree on levers most likely to achieve our goals



Insert title…



Recommended options for Phase 2 deep dive

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE        28

## Questions

- What is our assessment of the severity of Amazon apps store threat?

- How should we prioritize activities to a) better understand the nature of the threat and b) develop response plans?

- **At present, Amazon positioned to slow Play growth in JP and potentially some other markets, but not <u>yet</u> positioned to seriously threaten our business**

  - Twitch JP a nonfactor; JP devs reluctant to port; distro challenges

  - However, we believe this is a more serious, far-reaching trend than One Store in KR, given Amazon's price strategy, reach, & ambition

- **Do we think it is possible for Amazon to reach parity with Play in JP?**

  - What would need to happen to enable this?

  - How likely do we think this scenario is? Timeline?

- **Do we think it is possible for Amazon to become an existential threat to Play globally -- or at least in targeted, critical markets like the US & JP?**

  - What would need to happen to enable this?

  - How likely do we think this scenario is? Timeline?

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE          29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307969.R

EXHIBIT 682.R-029

# Key questions for discussion (2/2)

*Where should we focus?*
*Who should we work with?*
*How broad or deep should we go?*

## Questions

- What is our assessment of severity of Amazon apps store threat?

- - - - - - - - - - - - - - - - - - - -

- How should we prioritize activities to a) better understand the nature of the threat and b) develop response plans?

**Proposals to understand the problem better:**

**1** Conduct user research to better understand user motivations and barriers in JP related to switching to & from Amazon versions of games[1]

**2** Repeat user journey study in other Amazon markets to assess size of threat

**3** Size Amazon games team by country

**4** Look into how Amazon Fire contributes to the Amazon gaming threat

**Proposals related to formulating response plan:**

**5** **Explore ideas related to making it more compelling for developers to focus on Play** (ROI +ve to be loyal):
  ○ Increase app porting hurdle (e.g., Unified app framework)
  ○ Offer incentives to developers not doing this (e.g., Developer loyalty program)
  ○ Create "penalties" for developers doing this (e.g., limit smerch, Go Global support)

**6** **Explore ideas related to making it more attractive for users to stay on Play:**
  ○ Make it harder for users to switch stores (e.g., Disable profile porting (via policy), create more third party apk friction e.g., speed bump type hurdles)
  ○ Differentiate Play gaming experience (e.g., innovate via GPGS)
  ○ Give users something to lose by switching (e.g., Store loyalty program)

1 Explicit questions to answer here a) "Why do users switch to Amazon?" (most likely because of discount); b) "Why do users play with a Play version again, if they do at all?" (very likely different reasons per game, depending on game dynamics, account migration mechanics and policies) c) "How hard is it perceived to be to switch?"

PRIVILEGED AND CONFIDENTIAL // SEEKING LEGAL ADVICE

30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000307970.R

**EXHIBIT 682.R-030**

# GOOG-PLAY-000307941.R

## Metadata

| All Custodians | Jamie Rosenberg;Kevin Wang;Purnima Kochikar;Sameer Samat;Tian Lim | SEMANTIC |
|---|---|---|
| Author | Ravikant Pandey @google.com | SEMANTIC |
| Confidentiality | HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY | SEMANTIC |
| Custodian | Purnima Kochikar | SEMANTIC |
| Date Created | 05/12/2017 4:46 pm | SEMANTIC |
| Date Modified | 11/17/2020 6:40 am | SEMANTIC |
| Extension | pptx | SEMANTIC |
| File Size | 3263288 | SEMANTIC |
| Filename | Copy of Amazon competitor deep dive (Apr 2017_1H7jhOpKAInM-LnolLtARvo_IEOPC4LGrHreLVPwcxsM.pptx;Copy of Amazon competitor deep dive (Apr 20_1H7jhOpKAInM-LnolLtARvo_IEOPC4LGrHreLVPwcxsM.pptx;Copy of Amazon competitor deep dive (Apr 2_1H7jhOpKAInM-LnolLtARvo_IEOPC4LGrHreLVPwcxsM.pptx;Copy of Amazon competitor deep dive (Apr _1H7jhOpKAInM-LnolLtARvo_IEOPC4LGrHreLVPwcxsM.pptx | SEMANTIC |
| MD5 Hash | 90B156C6EA28712C964460DE54E6B7D9 | SEMANTIC |
| Parent Date | 11/17/2020 6:40 am | SEMANTIC |
| Primary Date | 11/17/2020 6:40 am | DOC_TYPE_ALIAS |
| Production Volume | PROD048 | SEMANTIC |
| Record Type | E-Document | SEMANTIC |
| Redacted | No | SEMANTIC |
| Time Zone | UTC | SEMANTIC |
| Title | Copy of Amazon competitor deep dive (Apr 2017) (go/amzn-pbf-2017apr) | SEMANTIC |

EXHIBIT 682.R-031