Message

| From: | Eugene Liderman [____@google.com] |
| Sent: | 9/25/2020 12:54:43 PM |
| To: | Dave Kleidermacher [____@google.com] |

- **Eugene Liderman**, 2020-09-25 05:54:43

In the definition we didn't say "managed" I think we said "curated" store that has predefined guidelines and policies

- **Eugene Liderman**, 2020-09-25 05:54:57

that could include Samsung's app store or Aptoid

- **Dave Kleidermacher**, 2020-09-25 06:36:39

The point is limiting app store, that doesn't seem right

- **Dave Kleidermacher**, 2020-09-25 06:37:14

Or useful, frankly

- **Eugene Liderman**, 2020-09-25 06:39:12

but it's not limiting to specific app stores

- **Eugene Liderman**, 2020-09-25 06:39:22

and it helps meet certain pledge items

- **Eugene Liderman**, 2020-09-25 06:39:32

i'll book time to discuss with you and Brooke

- **Eugene Liderman**, 2020-09-25 06:39:47

can we use your office hours? or are you booked up

- **Dave Kleidermacher**, 2020-09-25 06:40:11

What pledge item?

- **Eugene Liderman**, 2020-09-25 06:40:35

Verified Software - The product shall only support signed software updates.

- **Dave Kleidermacher**, 2020-09-25 06:42:09

A vendor can do that and still deliver from their web site. Delivering from their web site can be safer than many app stores because the user knows the app is authentic

- **Eugene Liderman**, 2020-09-25 06:43:21

lets do what you did with GMS

- **Eugene Liderman**, 2020-09-25 06:43:37

"The app must be distributed through XYZ or an alternative that meets the same criteria"

- **Dave Kleidermacher**, 2020-09-25 06:47:21

What's the criteria? Seems to me that the only benefit of extending this baseline item (verified updates are already required, we don't need to restate that) is to give the user confidence in app authenticity/provenance. If that's what you mean it seems ok to me

- **Eugene Liderman**, 2020-09-25 06:47:42

yup exactly

**EXHIBIT 768**

CONFIDENTIAL

- **Dave Kleidermacher**, `2020-09-25 06:48:07`

👍

- **Eugene Liderman**, `2020-09-25 06:48:50`

Since you are up early want to approve my SIMBA deal 😀

- **Dave Kleidermacher**, `2020-09-25 06:52:14`

The only problem left in my mind on the app store thing is the reality that we&#39;re not particularly good at keeping knockoffs off the store. So if someone publishes a knockoff of the app, will a researcher make a claim against the developer? Something to keep in mind.

- **Eugene Liderman**, `2020-09-25 06:53:16`

that can happen on any store

- **Dave Kleidermacher**, `2020-09-25 06:57:45`

Exactly. That&#39;s why placimg the canonical app on your web site is actually the best from the perspective of authenticity and developer control. But you lose the benefit of autoupdate. And you have to enable unknown sources for the browser which isn&#39;t great. I&#39;m just not convinced this is worth adding to the profile TBH - the user has to get the app from somewhere - it&#39;s like a NOP. And I like simplicity.

- **Eugene Liderman**, `2020-09-25 06:59:59`

A user can be fooled by going to a fraudulent site too

- **Eugene Liderman**, `2020-09-25 07:00:05`

So same risk

- **Eugene Liderman**, `2020-09-25 07:00:33`

You could restrict to a app distribution mechanism that relies on a native app on the device

- **Dave Kleidermacher**, `2020-09-25 07:03:06`

Actually here&#39;s the answer. Publish on a curated app store. Then publish a canonical app store link from their official web site. This is what we&#39;ve thought about mandating for banks

- **Eugene Liderman**, `2020-09-25 07:03:42`

Works for me

- **Dave Kleidermacher**, `2020-09-25 07:05:03`

&quot;app transparency&quot;

- **Eugene Liderman**, `2020-09-25 07:08:35`

I&#39;m in the transparency business

- **Eugene Liderman**, `2020-09-25 07:09:24`

I created this preso for the Android Mobile Partner conference in case you want to re-purpose for stuff later - <a href="https://www.google.com/url?q=https://docs.google.com/presentation/d/1s0iWSR1MjA1St72t09EN7i1rC vMKsNEzq-lpmvTy1F8/edit%23slide%3Did.g5bcc607afa_0_19&amp;sa=D&amp;source=hangouts&amp;ust=1601129364 579000&amp;usg=AFQjCNHfGgGclq--h82S02MW-VAfnLaDkw">https://docs.google.com/presentation/d/1s0iWSR1MjA1St72t09EN7i1rCvMKsNEzq-lpmvTy1F8/edit#slide=id.g5bcc607afa_0_19</a>

- **Eugene Liderman**, `2020-09-25 07:09:40`

I took the best from Billy&#39;s and Xevi&#39;s preso&#39;s and updated/consolidated

- **Eugene Liderman**, `2020-09-25 07:09:54`

CONFIDENTIAL

GOOG-PLAY-009935249

**EXHIBIT 768-002**

legal approved!

- **Dave Kleidermacher,** 2020-09-25 07:52:38

I will steal some stuff for my ioXt talk, thanks!

- **Dave Kleidermacher,** 2020-09-25 07:52:56

is there a 1pager on how the cmvp integrity check was done? curious...

- **Eugene Liderman,** 2020-09-25 07:53:30

thats not in the slides?

- **Eugene Liderman,** 2020-09-25 07:53:39

you want a slide on our certification work?

- **Dave Kleidermacher,** 2020-09-25 07:54:20

unrelated... just curious about how this miracle was pulled off ☺

- **Eugene Liderman,** 2020-09-25 07:54:53

we are doing a lot of FIPS work these days. Are you referring to CMVP for Conscrypt or CMVP for KernelCrypto

- **Dave Kleidermacher,** 2020-09-25 07:55:06

curious about both actually!

- **Dave Kleidermacher,** 2020-09-25 07:55:26

approved simba

- **Eugene Liderman,** 2020-09-25 07:55:31

I saw thanks!

- **Eugene Liderman,** 2020-09-25 07:59:57

<a href="https://www.google.com/url?q=https://docs.google.com/document/d/1X-Ovw8HFJqbY8IlIOhkYzNghzYgdJ6vguZ-LVs9mRmM/edit%23heading%3Dh.vxxl9yffaxvg&amp;sa=D&amp;source=hangouts&amp;ust=16011323980 38000&amp;usg=AFQjCNHxm5T0iPlawtN4-NoXvkGrNpJ5wA">https://docs.google.com/document/d/1X-Ovw8HFJqbY8IlIOhkYzNghzYgdJ6vguZ-LVs9mRmM/edit#heading=h.vxxl9yffaxvg</a>

- **Eugene Liderman,** 2020-09-25 08:12:56

Curated - (of online content, merchandise, information, etc.) selected, organized, and presented using professional or expert knowledge.

- **Dave Kleidermacher,** 2020-09-25 08:20:26

sorry to be difficult, just trying to get to the best place for ioXt and not so much wearing my Google hat, although I think the competition concern is real

- **Eugene Liderman,** 2020-09-25 08:20:45

np at all. i appreciate the pressure test

- **Eugene Liderman,** 2020-09-25 08:20:50

want this to be the best possible outcome

CONFIDENTIAL

GOOG-PLAY-009935250

**EXHIBIT 768-003**