**Message**

**From:** ericchu [████]@google.com]
**Sent:** 6/7/2009 7:30:34 PM
**To:** Andy Rubin [████]@google.com]
**Subject:** Re: [Fwd: Re: 70-30 worldwide?]

I can go fight legal.  Android Market is my job and you got bigger fish to fry.  Redacted - Privilege

**Redacted - Privilege**

Thanks
Eric


Andy Rubin wrote:
70% to developers, but I wouldn't announce it.  looks like I have to go fight legal.

PS -- you control the japan messaging.  "japan team" shouldn't be creating the messaging for android.  Please forward this message as appropriate.


On Sun, Jun 7, 2009 at 5:43 AM, ericchu <[████]@google.com> wrote:

Hi Andy,

**Redacted - Privilege**

EXHIBIT 949

CONFIDENTIAL

GOOG-PLAY-007582256

EXHIBIT 949-001

Want to make sure I understand your direction so that we can figure next steps on your guidance of 70% for developers worldwide.

Thanks
Eric


-------- Original Message --------
    **Subject:** Re: 70-30 worldwide?
       **Date:** Fri, 5 Jun 2009 09:30:11 -0700
      **From:** Nikhil Shanbhag <​@google.com>
         **To:** David Conway <​@google.com>
        **CC:** Eric Chu <​@google.com>
 **References:** <4384185b0906041556w156350afn37274c3e6435301c@mail.gmail.com>


ATTORNEY CLIENT PRIVILEGED

**Redacted - Privilege**

--Nikhil

On Thu, Jun 4, 2009 at 3:56 PM, David Conway <​@google.com> wrote:
ATTORNEY CLIENT PRIVILEGED

**Redacted - Privilege**

D


---------- Forwarded message ----------
From: **Andy Rubin** <​@google.com>
Date: Wed, Jun 3, 2009 at 12:27 AM
Subject: Re: revshare for non-carrier distributed devices
To: ericchu <​@google.com>
Cc: David Conway <​@google.com>, Patrick Brady <​@google.com>


70/30 worldwide.


On Wed, Jun 3, 2009 at 12:15 AM, ericchu <​@google.com> wrote:

CONFIDENTIAL

GOOG-PLAY-007582257

**EXHIBIT 949-002**

Hi Andy,

What about DCM? Does this apply to DCM also? DCM current rev share with their developers is 91/9. We've been thinking 90/10.

Thanks
Eric


Andy Rubin wrote:
70% to developer
30% to google




--
David Conway
███████@google.com
work: ████████



--
Nikhil Shanbhag
Product Counsel | Google Inc.
███████@google.com | ████████

CONFIDENTIAL

GOOG-PLAY-007582258

**EXHIBIT 949-003**