*AMAZON PRIVILEGED AND CONFIDENTIAL*  1/29/2021

## Amazon App Developer Key Terms Chart

| Top 30 in no particular order | A<br>Negotiated app distribution terms? (Y/N) | B<br>Royalty Share (%) or Billing Fees (e.g. bounty fee)* | C<br>Additional financial incentives (e.g. advances, upfront payments, minimum guarantees, etc.) | D<br>IAP processing requirements (i.e. requirements to use our IAP API or Amazon Pay, or exceptions to our policy etc.)* | E<br>Content exclusivity | F<br>Specific APIs provided to the developer, or any other technical/engineering support to develop, improve, or update app. |
|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | Amazon retains 15% of revenue but this may be reduced to 0-5% depending on the retail price. | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |

**EXHIBIT 1362**

*AMAZON PRIVILEGED AND CONFIDENTIAL* 1/29/2021



Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00001493

**EXHIBIT 1362-002**

*AMAZON PRIVILEGED AND CONFIDENTIAL* 1/29/2021

