| | |
|---|---|
| **Message** | |
| From: | Tim Sullivan [_____@google.com] |
| Sent: | 5/18/2011 2:06:56 AM |
| To: | Hiroshi Lockheimer [_____@google.com] |
| CC: | Hugo Barra [_____@google.com]; Michael Siliski [_____@google.com] |
| Subject: | Re: GMS update mechanism |

We're making a first move in this direction in ICS by separating Dialer (and call log, et) and Contacts, for which we now have approval from Andy. The dialer uses many private telephony APIs and was one of the primary reasons for us not being able to unbundle contacts. But as of right now, we're not planning to separate the two parts into different APKs and make sure that the contacts part uses only public APIS, which is the other piece required to unbundle.

Given where we are for ICS, we can't make this a new P0; the Contacts team is already swamped. But everyone knows that the apk split is an eventual goal, and we'll see how far in that direction we can get in ICS.

One final note: we already have a mechanism to allow only updating apps on devices we control: a google_build library that an APK we put in Market can depend on.

Tim

On Mon, May 16, 2011 at 10:31 PM, Hiroshi Lockheimer <_____@google.com> wrote:
Apologies for the delay. Is there still a need for this? Looping in Tim as well for his thoughts.

On Wed, Apr 20, 2011 at 3:01 PM, Hugo Barra <_____@google.com> wrote:
Sorry for the huge latency. This issue came up again today. We're talking about the idea of unbundling Contacts (which we'll discuss with you soon if the team really believes it makes sense) and the scenario is one where we'd want to update it solely on phones that have it pre-installed. The update UI would be the same as any Market app except the app wouldn't be visible in Android Market if you search/browse for it.

Thoughts?

On Thu, Apr 7, 2011 at 9:42 PM, Hiroshi Lockheimer <_____@google.com> wrote:
Rationale per discussions on this months ago -- it hasn't come up recently: We've been unbundling GMS from the platform so that they can be launched / updated independently. Right now that means they need to go on Market. However, GMS is a highly sought after set of products, and it brings OEMs to the negotiating table. If we put all GMS in Market, there's less incentive for OEMs to negotiate for GMS.

I think there's merit to this argument. However, it creates a strange dynamic. For instance if an OEM decides to launch a device with XYZ Maps, there's no way for a consumer to download GMM on their own. So the flip-side of keeping GMS close to the chest is that there will be no mechanism for a customer to install it themselves. So far this hasn't been a huge issue since most devices do ship with GMS.

There's also a UI consideration. Would our GMS updater have a UI? Will that duplicate the update UI we have in Market? Will that be confusing? Will that set the wrong precedent for third party developers?

On Thu, Apr 7, 2011 at 9:27 PM, Hugo Barra <_____@google.com> wrote:
Hiroshi,

I've heard on and off that we want to create a special update mechanism for GMS apps that doesn't require making them visible to everyone in Android Market.

CONFIDENTIAL

GOOG-PLAY-001772596

**EXHIBIT 1376**

**EXHIBIT 1376-001**

Is this something that you've discussed with Andy recently?  What's your opinion?

Hugo

CONFIDENTIAL

GOOG-PLAY-001772597

**EXHIBIT 1376-002**