ATTORNEY CLIENT PRIVILEGED // FOR DISCUSSION ONLY

# PROJECT WICHITA
## Update and Discussion Guide

April 2016

**EXHIBIT 1410.R**

CONFIDENTIAL

GOOG-PLAY-007339480.R

**EXHIBIT 1410.R-001**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Executive Summary

**Issue**

- Facebook has preloaded at least three Facebook apps on Samsung S7 devices; one or more of the apps likely has 'Install_Packages' permission

- **Facebook is actively using these preloaded apps to install and update the core Facebook app (com.facebook.katana), circumventing Play, in some cases**

**Meeting Objectives**

- Review behavior

- Discuss implications and potential next steps

2

- Core FB app (katana) is preloaded on many more devices. We've confirmed the behavior / screenshots shown in this deck only for S7s thus far

GOOG-PLAY-007339481.R
**EXHIBIT 1410.R-002**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Facebook / Samsung has preloaded <u>at least three Facebook apps</u> on Samsung S7 devices

***CORE FACEBOOK APP***
*(preload footprint in US on next page)*



***NEW!***

*View from device application manager*

3

GOOG-PLAY-007339482.R
**EXHIBIT 1410.R-003**



GOOG-PLAY-007339483.R
**EXHIBIT 1410.R-004**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# S7 treats these preloaded apps as "Android system apps": user cannot uninstall them via the Play Store or Android Application Manager

Play Store



*User can uninstall <u>updates</u> to com.facebook.katana via Play Store*

Application Manager



*User can disable (but non uninstall) all Facebook preloads in Android Application Manager*

**EXHIBIT 1410.R-005**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

## "Cold start" launch of core Facebook app triggers what seems to be a Facebook-driven install (on a T-Mobile S7)

*User opens Facebook app for first time on T-Mobile S7* →





GOOG-PLAY-007339485.R

**EXHIBIT 1410.R-006**

**Slide 6**

| | |
|---|---|
| **1** | Resolve if this is dynamic code loading. AI to look at manifest.xml for FB App Manager? |
| | Mike Petrillo, 4/11/2016 |
| **1** | Are we certain this is not Samsung's virtual preload system? |
| | Jamie Rosenberg, 4/13/2016 |
| **1** | Aurash Mahbod@google.com can you please help here? |
| | Samer Sayigh, 4/13/2016 |

CONFIDENTIAL

GOOG-PLAY-007339486.R

**EXHIBIT 1410.R-007**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Facebook also redirects users from Play to Facebook app for install in some cases (assuming user previously disabled Facebook or uninstalled updates)



Note: Play triggers install if user clicks "Update" button.
Play may also automatically update the Facebook app

GOOG-PLAY-007339487.R
**EXHIBIT 1410.R-008**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Facebook gives user option to allow Facebook to update its app

Facebook App Settings



*'App Updates'*
*option is new!*

*Facebook Auto-Update*
*enabled by default*

Facebook auto-update option is available even <u>after Play updates the Facebook app</u>

GOOG-PLAY-007339488.R
**EXHIBIT 1410.R-009**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Implications

| Immediate |
|---|

- **User Confusion**: Users may believe Play facilitates install / update of Facebook app, while, in reality, Facebook does

- **Security Concerns**: If user disables 'Verify Apps', Facebook updates will bypass certain Android security measures, including malware detection

- **1P App Management:** Facebook may decide to manage updates to all its 1P apps. As other developers notice, they may begin to do the same (e.g. Amazon Underground)

| Longer Term |
|---|

- **3P App Distribution**: One or more preloaded Facebook apps may have INSTALL_PACKAGES permission. If so, Facebook could distribute 3P apps, possibly to support direct fulfillment on Facebook ads or to create a standalone app store

9

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# What does Google Play Policy say?

### Relevant Google Play Policies

- "An app downloaded from Google Play may not modify, replace, or update itself using any method other than Google Play's update mechanism"

- "We don't allow apps that directly or indirectly engage in... promotion or installation tactics that... download apps without informed user action"

- "We don't allow apps or ads that mimic or interfere with system functionality, such as notifications or warning"

### Interpretation

- Whether Facebook is violating current policy depends, in part, upon interpretation of "an app downloaded from Play"

- If a preloaded app updated by Play is considered to be "an app downloaded from Play", then Facebook is violating policy

10

CONFIDENTIAL

GOOG-PLAY-007339490.R
**EXHIBIT 1410.R-011**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Potential Next Steps for Discussion

**Direct Engagement**

- Initiate conversation with Facebook regarding intent and roadmap for 1P app management *(owner:* Kirsten Rasanen *@)*
- Share this doc with select folks from Android Leads and Android BD to inform upcoming discussions with Facebook

**Policy**

- Update existing policy language to clarify that apps updated by Play are considered "apps downloaded from Play" *(owner:* Kevin Wa *@)*
- Issue policy violation warning to Facebook *(owner:* Kevin Wa *@)*

**Technical**

- Warn users of risks associated with installing / updating apps via non-Play sources (e.g. using real-time, user-facing dialog boxes)
- Require user to enable "unknown sources" for 3P app install, even when app is preloaded and has INSTALL_PACKAGES permission
- *Both options are likely technically feasible for 3P installs today, but may not be possible for 3P dynamic code load until Android O release (or MR in N)*

11

- Other Technical Response Options to Consider
- Visual clarity to user of who installs / updates app

GOOG-PLAY-007339491.R
**EXHIBIT 1410.R-012**

**Slide 11**

2    Aurash Mahbod@google.com to weigh in. Here is Rich's old doc for reference:
     https://docs.google.com/document/d/1GAzshDHYBR_3HrCeza8gwOAuoHz-LPZPrQ66v95EJ3s/edit?ts=570bc8c4
     Samer Sayigh, 4/11/2016

2    Let's make this more proactive. Write out a potential plan and then we can revise it.
     Mike Petrillo, 4/11/2016

2    Does dynamic code loading introduce a new loophole?
     Jamie Rosenberg, 4/13/2016

3    Not necessarily. Policy states "an app downloaded from Play may not *modify*, replace, or update itself..." from non-Play sources -- I
     think dynamic code load qualifies as modification. There's also a proposal to update Play policy language to clarify this (ongoing
     discussions with legal; policy update date TBD).

     The point on this slide re dynamic code load was relevant *if* we wanted to introduce user-facing warnings at time of 3P install or code
     load (but sounds like we'd previously decided against that). Android Security mentioned there may be technical limitations in showing
     user-facing warnings at time of 3P code load
     Samer Sayigh, 4/13/2016

GOOG-PLAY-007339492.R
**EXHIBIT 1410.R-013**



Appendix

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Thinking through technical solutions . . .

| **Near Term**  | **Long Term**  |
|---|---|

All app updates are verified against source of install
- Throws dialogue box (à la Sidewinder) if update from source other than the one that drove the install

Limit use of Google APIs to apps installed from Play
- Billing 
- Other?

Play signs all apps
- Migration challenges?
- Understand data savings

GOOG-PLAY-007339494.R

**EXHIBIT 1410.R-015**

**Slide 13**

**3**    Ficus Kirkpatrick @google.com
       Mike Petrillo, 4/13/2016

**4**    Paul Gennai  google.com
       Mike Petrillo, 4/13/2016

**1**    There's also the work to only allow payments from Play delivered installs (Zeina is on point)
       Paul Gennai, 4/13/2016

CONFIDENTIAL

GOOG-PLAY-007339495.R

**EXHIBIT 1410.R-016**





GOOG-PLAY-007339497.R
**EXHIBIT 1410.R-018**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# Facebook app (com.facebook.katana) preload footprint in KR

**Facebook is preloaded on ~1M active MCS devices in KR**
*(primarily on LG U+ devices)*

GOOG-PLAY-007339498.R

**EXHIBIT 1410.R-019**