| | |
|---|---|
| **Message** | |
| From: | Purnima Kochikar [▇▇▇@google.com] |
| Sent: | 6/23/2018 12:19:32 AM |
| To: | Tia Arzu [▇@google.com]; John McGuire [▇▇▇@google.com] |
| CC: | Paul Gennai [▇▇▇@google.com]; Jamie Rosenberg [▇▇▇@google.com]; Adam Gutterman [▇▇▇@google.com] |
| Subject: | Re: Next steps? |

Privileged

Hi All,

Just landed from NYC...wifi was not working in flight. Adding John, as Adam is in Berlin for the Unity conference.

John and I will put our heads together and get back to you with current state (reachable devices etc) and some plans.

Paul, is there someone on your team who can help pull data for device volumes, sideload volumes etc.?

P


On Fri, Jun 22, 2018, 16:06 Tia Arzu <▇@google.com> wrote:
> I may be having a brain fart, but I don't recall the issue with Fortnite. And I'm not sure if anyone else on my team may be have been involved. Can someone brief me?

**EXHIBIT 1515**

Thanks,
Tia

- ||| **Tia Arzu**
  ||| Senior Counsel, Google Inc
  Registered In-House Counsel (CA), Licensed only in Georgia
  ▇▇▇

-

*This e-mail message is meant for the sole use of the intended recipient(s) and may contain CONFIDENTIAL, ATTORNEY CLIENT PRIVILEGED COMMUNICATIONS, and/or ATTORNEY WORK PRODUCT INFORMATION. If you are not the intended recipient, please contact the sender by reply email and delete the email.*


On Fri, Jun 22, 2018 at 3:55 PM Paul Gennai <▇▇▇@google.com> wrote:
> ATTORNEY CLIENT PRIVILEGED
>
> Even if we can't share partner specific data, it would be useful to get some data points on how many installs even the large players get when they choose to distribute off of Play. The Amazon App Store would be a good example, and Venkatesh's team (under Matt K) should be able to get numbers -- penetration of devices by country would be ideal. The website Amazon uses to help users install it is also a cationary tale of how difficult it may be.
>
> Also, would be good to get the latest numbers on how what % of devices have unknown sources turned off by country. Venkatesh won't have that data, but he can point you in the right direction (I believe Jenny Huang in Dave K's team has it). Again, to highlight

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-002414562

**EXHIBIT 1515-001**

that there'll be large hurdles for distribution, unless they were to get preloaded (which is a very long game). She can also give the latest stats on % of malware coming from off-Play installs.

On the Ads side, I'd expect that they'll just buy ads pointing to their website, similar to the Amazon app store.

Jamie: For Chrome webview, it really does feel like a conversation similar to GMS Core -- that is, the degree to which this sort of functionality should be available at all to apps not distributed through Play (which I recognize is different to other cases we've discussed)

Sorry that I can't jump in as much as I'd like here. Typing this on my phone in the middle of nowhere.


On Fri, Jun 22, 2018, 3:30 PM Jamie Rosenberg <███@google.com> wrote:
ATTORNEY CLIENT PRIVILEGED

(Tia, please advise)

Purnima, Adam,

Just wanted to check in on next steps we/ respect to Fortnite.  I think we need to call a small internal meeting as soon as possible... but ideally after you guys have had a chance to put together some
thoughts.  Complicating logistics is the fact that both Sameer and I will be in Hong Kong next week.  I believe we could be available for a call during your Sunday evening... or late afternoon your time on Monday (before our Tuesday meetings begin).

Related to Epic's stated plan, my interest is in seeing some fleshed out thinking and talking points on:

Compromises/ Tradeoffs with their approach along the following vectors:
* User experience
* "Health" risks associated with security & updatability
* Billing/ FOP coverage, and why certain FOPs are more important on mobile than on PC/ Web
* Marketing/ Promotional support
* Availability of Google ads platforms (do we accept ads for sideloaded apps?)
* Technical support
* Compliance/ Regulatory/ Family Fraud, etc.

I'm also interested to understand the current fact base in terms of how this would work on various versions of Android (and the number of users they are targeting on each of those versions) -- specific to the behavior of unknown sources (which has evolved) and any other security/ malware prevention systems.

Also, is Web view (with Chrome auto-fill) available to sideloaded apps?

Finally, as background for me, I would be interested to know how they manage billing and updates today, where they are distributing direct.  Do they use IAP?

Paul might have other thoughts as well.  Perhaps Tia can help us prepare a doc with her advice and where we can share thoughts.

Note that Megan is on vacation but Tracey is helping with my calendar.

Thanks,

Jamie

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-002414563

**EXHIBIT 1515-002**