| | |
|---|---|
| Message | |
| From: | Purnima Kochikar [████@google.com] |
| Sent: | 12/13/2019 5:30:36 PM |
| To: | Marc Theermann [████@google.com] |
| CC: | Lawrence Koh [████@google.com] |
| Subject: | Re: risk |

If we don't do a deal, ABK will continue to try different ways to get revenues off of Play. Building a stronger relationship (and we need to believe this will deal will lead to that) will preclude investments in alternative ways of monetizing off Play. A store is one of many options that could be explored.

Also, this may be a finance question - Play margin risk and it's impact to Google margins is greater than revenue risk. The finance team ought to be looking at margin risk mitigated.

P

On Fri, Dec 13, 2019 at 9:24 AM Marc Theermann <████@google.com> wrote:
  No. I am saying that if you guys truly feel that the risk is low, then we should not do this deal.

  It was my impression that we wanted a favorable story with ABK across the board, and truly secure a long term commitment from a Tencent company.

  But you guys are closer to it. So if you think Play is fine with the 2020 King deal, we should walk away (or take a much harsher position with them).

  Feels like we are way too agreeable, if the risk is low

  Marc


  On Fri, Dec 13, 2019 at 12:01 PM Lawrence Koh <████@google.com> wrote:
    Got it. If I understand correctly, is finance saying that securing ABK GVP commitments in 2021 and 2022 is not enough because risk in 2020 is low?


    On Fri, Dec 13, 2019 at 8:33 AM Marc Theermann <████@google.com> wrote:
      As it currently stands, the GCP component is net margin positive.
      Even with the Esports license.
      It was better at 5 years of course, but even at three years it seems to be ok.


      On Fri, Dec 13, 2019 at 11:24 AM Lawrence Koh <████@google.com> wrote:
        Hi Marc,

        How does the 3 yr GCP opportunity factor in to the consideration for this deal?

        Lawrence

CONFIDENTIAL

EXHIBIT 1522

GOOG-PLAY-002423807

EXHIBIT 1522-001

On Fri, Dec 13, 2019 at 4:05 AM Marc Theermann <███████@google.com> wrote:
Hi Friends,
So if our official answer is: the risk is low.
(Lets say 20%)

We will get significant pushback from the financial planning team (and perhaps BC(.

They are saying: this deal construct (which cost $150M more than a regular hug deal) is only worth it if it saves Play.

I don't have strong feelings either way.
Just FYI


Marc



--

Marc Theermann | Director Partnership Solutions | ███████@google.com | ███████

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person.
--
Lawrence Koh
Google Play Games
███████@google.com
cell: ███████




--

Marc Theermann | Director Partnership Solutions | ███████@google.com | ███████

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person.
--
Lawrence Koh
Google Play Games
███████@google.com
cell: ███████



--

Marc Theermann | Director Partnership Solutions | ███████@google.com | ███████

CONFIDENTIAL

GOOG-PLAY-002423808

**EXHIBIT 1522-002**

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person.

--
Purnima Kochikar
Google Play, Apps & Games
████@google.com
████████

CONFIDENTIAL

GOOG-PLAY-002423809

**EXHIBIT 1522-003**