| | |
|---|---|
| **Message** | |
| **From:** | Donald Harrison [█████@google.com] |
| **Sent:** | 9/13/2019 6:58:26 PM |
| **To:** | Purnima Kochikar [█████@google.com] |
| **Subject:** | Re: Magical bridge tldr |

Sundar moved our Reliance Jio review to the same time as this so I'm either going to be late or can't attend (depending on our timing).  I'll do my best to join as quickly as possible.  Hiroshi is in a similar boat but likely can leave early.  Thank you for this.

On Fri, Sep 13, 2019 at 8:52 AM Purnima Kochikar <█████@google.com> wrote:
Hi Don,

Here's the tldr on the Play Billing review this afternoon. There are three big questions that we need to get exec steer/alignment on -

1. Can we make policy change without a public change to the business model?
    o   Value exchange models support the hypothesis that custom deals (Hug++, LRAP/ADAP++) will suffice and a blanket change to rev share is not needed - only~200 top devs have a value gap.
    o   Team is confident we can find deals for almost all.  Spotify remains a ?, which we would love your guidance on.
    o   Play execs are uncertain that custom deals will suffice.
2. Can we make a public rev share change for just subscriptions and avoid contagion with games?
    o   Subscription biz model already has a different rev share than IAP, and the industry seems ok with it
    o   Games adding subscriptions has proven to be additive so far both from revenues and new paying users, so it would be good for the ecosystem
    o   Games cannot move to subscriptions en masse overnight
    o   Risk remains that game devs could agitate with regulators for the change (Legal teams don't seem overly concerned)
3. Can we design a deal that brings Spotify over the line?  (We believe Netflix will go consumption only, if we make the policy change).
    o   We are working on a model that could allow Spotify and Netflix two to use their own billing - it would be great to get your take on viability.

Please let me know if you have further questions.  Look forward to the discussion this afternoon.
P

--
Purnima Kochikar
Google Play, Apps & Games
█████@google.com
+█████



**EXHIBIT 1526**

CONFIDENTIAL

GOOG-PLAY-008142225

**EXHIBIT 1526-001**