| | |
|---|---|
| **Message** | |
| **From**: | Mary Liz McCurdy [████]@google.com] |
| **Sent**: | 3/2/2020 11:33:37 PM |
| **To**: | Christopher Li [████]@google.com]; Purnima Kochikar [████]@google.com]; Kirsten Rasanen [████]@google.com]; Caity Downey [████]@google.com] |
| **CC**: | Nick Montaperto [████]@google.com]; Sarah Karam [████]@google.com]; Joe Marini [████]@google.com]; Tia Arzu [████]@google.com]; Hiro Komatsu [████]@google.com]; kona-oem-business@google.com |
| **Subject**: | Re: FB Pre-Installer Impacted by Android BD Outreach |

+Purnima Kochikar
+Caity Downey
+Kirsten Rasanen

as FYI

On Mon, Mar 2, 2020 at 10:15 AM Mary Liz McCurdy [████]@google.com> wrote:
thanks Chris. I added some time for us to connect-- pls add the right folks on your end. I've also made modifiable in case 1p doesn't work.

Talk soon

On Mon, Mar 2, 2020 at 10:05 AM Christopher Li [████]@google.com> wrote:
- moving VPs to bcc

Hi Mary - we can find time to discuss with your team.

+My team as FYI

On Mon, Mar 2, 2020, 10:01 AM Mary Liz McCurdy [████]@google.com> wrote:
A/C Privileged

Hi Jim and Chris,

FB reached out this weekend with an urgent request to get an exemption from reported negotiations the Android BD team is driving, offering a premium tier to *not* allow OEM installers.

They are under the impression that we have an executive verbal agreement (dating back to Hiroshi & Jamie, 2+years ago) that Facebook should be exempt from these kinds of pitches, which adversely would hurt their business in a big way and is likely not the intended target of our negotiations.

Would be super helpful to get clarity on this asap both internally and externally. This will likely escalate today.

thanks,
ML & Nick (FB BD POC)
--
Mary Liz McCurdy | Platform Partnerships Lead, Google Play | Mountain View, CA

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY    GOOG-PLAY-008694813

**EXHIBIT 1545**

**EXHIBIT 1545-001**

--

| Mary Liz McCurdy | Platform Partnerships Lead, Google Play | Mountain View, CA |

--

| Mary Liz McCurdy | Platform Partnerships Lead, Google Play | Mountain View, CA |

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          GOOG-PLAY-008694814

**EXHIBIT 1545-002**