# 2022 planning 2-pager: GPB as Platform of Choice

Proposal type: Continuation
Proposers: [Mrinalini Loew] [Hareesh Pottamsetty] [Alex Musil] [Federico Colla] [Andrew Zaeske] [Paul Cooper] [Ya-Bing Chu] [Mekka Okereke] [Natascha Bock] [Steve Arthur] [Mike Marchak]
Status: Draft | Ready for Proposal | Ready for Review

## PROPOSAL

### What problem / opportunity are you after?

- Developers & Users will have more choice in check-out post Halla & Everest -- what are we doing to make GPB the platform they *want* to choose?
- As Developers are coming onto GPB (post payments policy), some are noticing that GPB doesn't compare to previous solutions in performance A/B tests. They attribute this to multiple factors:
  - Not enough local FOP support (or checkout with local FOP experience doesn't match in-market consumer expectations)
  - Poor Platform performance (cart conversion, payment auth, invol churn for subs)
  - Missing platform features to support their business models / GTM strategy
- Users don't always recognize all the work we do to give them a trusted platform. We need to elevate the product offering by leaning into the three pillars of trust, convenience, value:
  - Convenience: Make GPB the obvious choice b/c of FOP availability, FOP usage, meeting buyers where they are
  - Value: GPB provides extra value when faced with alternatives (eg. Loyalty, Growth Offers, etc). Users should feel comfortable that they are getting the best value
  - Trust: Tablestake to user choice, can become a differentiator in some cases.

Tianlim notes:
- ensure payments PA dependencies called out

**Exhibit 1710**

### What does success look like?

- **GPB rev continues to grow at current rate** (2025 forecast: $XXB, X% CAGR)
- For digital choice (GPB + Everest), **GPB supports >90% of spend b/c:**
  - **devs can easily quantify the positive ROI** for integrating with GPB, with high DSAT
  - **users choose it** when faced with a decision

### What is the proposed solution?

For **developers**, we must show **demonstrable & indisputable ROI vs. alternative options** (consumption only, 3PB) through demonstrating that GPB can *easily* **support any current or future business model** for their global business, deliver **strong platform performance** and a focus on **features that uniquely add value** to their business.

In case they still choose to supplement Play Billing with 3PB, we must also **connect directly with users** and give them a compelling case to check out with Play Billing based on **trust, convenience & value.**

| Initiative | User Value | Developer Value |
| --- | --- | --- |

| | | |
|---|---|---|
| Maximize FOP'd Users | • Convenience: When deciding how to check out, FOP availability is often a deciding factor. | • Performance: Devs will see improvements in cart conversion with more FOP'd users. |
| Best in class platform performance (cart conversion, FOP auth rates, subs churn) | • Convenience: Easier checkout, less friction on wanted subscriptions<br>• Trust: Users trust that they'll be able to reliably purchase digital content & services | • Performance: Devs will see noticeable impact on buyers/spend |
| Google/Play Unique Value Adds (User) | • Value: Play Points + Growth Offers tip the scale when all else is considered equal. Leverage network effect of stored points. | • Performance: Demonstrate to devs that users who appreciate these "value-adds" increase conversion/retention for them. |
| Google/Play Unique Value Adds (Developer) | • n/a | • Performance: Lean in on features that demonstrate business performance impact *but only work on GPB*<br>• Choice: Some features will only be offered to developers who exclusively use GPB (eg. AGPB), b/c the feature breaks / doesn't make sense in a world of choice. |
| Explicit & Public Focus on User Trust | • Trust: User knows exactly what they are paying for, that they will have a secure checkout, and their data privacy settings will be secure<br>• Trust: Users values access additional set of features that allow them to opt-in to upgraded trust features that are personally important & relevant to them (eg. families) | • Choice: Stronger dev marketing and reporting showcase how much fraud & abuse we are shielding the developer from |

1. <u>FOPs Strategy as a P0</u>
    **What is the proposed solution?**
    ○ 10X local FOP support, globally (Imali e-Wallet/Redirect & IFC) #payments #androidBD
    ○ Android + Play make adding FOP key element of onboarding #Android #Store #Points #PCO
    ○ Payment activation as a top priority, including plugging into FOP-promo ecosystem #RPA

    **Success Metrics**
    • Primary: RTP Play Users
    • Supporting: Cart conversion, orders, buyers

    **How much of a difference will this make?**
    • FOP'd carts conversion = X% vs. unFOP'd carts carts = Y%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- When users have choice, it will be more convenient for them to choose GPB b/c they already have FOP on File.
- FYI, other app stores make this the TOP priority
- Devs less likely to supplement GPB with 3PB b/c of FOP reasons

**How do we make it happen?**
- Strategic alignment that FOP'd users are important to Play
  - Willingness to cue users to add FOPs throughout user lifecycle (eg. onboarding, store, notifs, etc)
- Ringfenced team in Payments
  - Can move fast with us, on our prioritize
- Headcount
  - Play: TBD
  - non-Play: TBD
- Budget
  - FOP Activation Budget
  - Partnership Budget (RPA)
- xP&E/PA partnership:
  - Android
  - Payments

2. **Best in Class Platform Performance**
   **What is the proposed solution?**
   MUCH larger investment into the commerce performance metrics that are regularly complained about by devs:
   - Cart Conversion (FOP Adds, Authentication, Buying Intent) #payments
   - Payments Success (across all global FOPs, for one-time & auto-recurring) #payments
   - Subscriptions Performance (Increase F2P, decrease invol churn) #payments
   - Support for Global Business Models (eg. BNPL, creator-community needs) #payments

   **Success Metrics**
   - Primary:
     - Cart Conversion
     - Subscription Invol Churn

   **How much of a difference will this make?**
   - Developers more likely to choose / stay with GPB
     - Developer success is the goal!
     - Less likely to supplement with 3PB b/c our billing doesn't support their business models (eg. UPI for Subs)

   **How do we make it happen?**
   - Headcount
     - Play: TBD
     - Payments: TBD
     - ID:
   - xP&E/PA partnership:
     - Payments
     - Identity (authentication is the biggest drop off point, need partnership here to improve cart conversion)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3. <u>Google/Play-Unique Value Adds</u>
   **What is the proposed solution?**
   - Invest in providing extra value for Buying with GPB: Play Points & Growth Promos
   - Provide Developers specific Insights & Optimizations to unlock Android's massive user base (eg. scaled pricing guidance + A/B testing)
   - GPB-exclusive features (unavailable on 3PB), (eg. Play Gift Cards, promo support)

   **Success Metrics**
   - Primary: GPB >90% of choice (for devs & users)

   **How much of a difference will this make?**
   - Users will choose Play billing even if there are slight price differences, b/c of the value of paying with GPB
   - Insights & optimizations can increase Buyer % (eg. localized pricing / business model guidance)
   - Developers choose Play billing b/c:
     - User want it
     - Access to GPB features that are only available to GPB-exclusive devs

   **How do we make it happen?**
   - Headcount
     - Play: TBD
     - Payments: TBD
     - ID:

4. <u>Commitment to Trust is visible & valued by all ecosystem</u>
   - Protect ecosystem from fraud & abuse (invest and more actively talk about)
   - Safe for Parents & Families (move from life-support to actively promoting)
   - Strong GTM for User Trust Features, including adoption rate targets

   **Success Metrics**
   - Primary: Reduce ecosystem fraud by X%
   - Supporting:
     - Trust Feature Use / Adoption Rates
     - PR / Media mentions

   **How much of a difference will this make?**
   - Stronger proof for the importance of platform trust & safety (for both users & devs) help support public narrative

   **How do we make it happen?**
   - Headcount
     - Play: TBD
   - Team alignments with:
     - Marketing/PR

5. <u>Additional Horizontal Opportunities</u>
   - Play Onboarding Flow (Loyalty Sign-Up, Growth Offers, RTP)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-007745832
Exhibit 1710-004

REVIEW

## Impact Detail

- Provide a more complete analysis of projected impact over time (1-3 years)
- Highlight key assumptions in the model and point out rationale/sources for the assumptions
- Call out active work underway to complete model, if applicable

## Risks

- What are the risks in pursuing this? If we do not pursue it?
- What is difficult about executing?
- If this project doesn't have the impact described above, why would that be?

## Project Breakdown

- Breakdown the project by key components (in stack rank order) and outline your assumed HC per team that is likely needed
- Include XFN in your HC assumptions
- Highlight where incremental HC is needed, assuming this is the top priority for each of the teams involved (beyond their core efforts)

*Stack Ranked Projects*

| Project / Component | Rationale / Business Case | Existing HC & what they can do next year | Incremental HC & what it will unlock |
|---|---|---|---|
| <<Sample component>> | <<Why this is important>> | X People can:<br>● Project 1<br>● Project 2<br><br>*For new projects, this column might be 0.* | +Y people can:<br>● Project 1++<br>● Project 3<br>● Project 4<br><br>*Be clear on what roles are needed (eg. PM, Eng, UX, BD Ops, etc.)* |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007745833

Exhibit 1710-005

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007745834
Exhibit 1710-006

# Guidelines for filling in the template

## Phases

There are two phases for this template: the **Proposal** phase, and the **Review** Phase.

The Proposal phase outlines the opportunity or problem to be solved, and makes the case for why it's important (largely defined by how well it contributes to the strategic pillars). At this Phase, only high level T-shirt sizing and impact on metrics is needed. However, it's critical to identify the key teams who will need to collaborate on the next level of detail for the initiative going into the Review phase.

The Review phase adds more detail, such as risks, more impact analysis and more clear resource needs. Also, the initial sections under Proposal can be updated with new information as appropriate.

## New or Continuation

You can specify whether an initiative is completely new, or is largely a continuation of work already underway. In either case, the information needed is the same. Even for continuation initiatives, it's a time to take stock and rearticulate the original goals and rationale; especially after learning more from building or being in-market.

## 2-pager length

We know communicating ideas succinctly takes longer and is harder than writing dozens of pages, but in order to make it possible for all attendees to read and absorb the proposals, we ask you to stay **under 4 pages** with the final proposals. This will likely require you to summarize and align the narrative across teams and leads, but we believe this exercise is a key part of strategy planning and worth your time.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Initiative | User Value | Developer Value | Projects |
|---|---|---|---|
| FOPs Strategy | • Convenience: When deciding how to check out, FOP availability is often a deciding factor.<br>• Value: Users benefit from FOPs ecosystem value amplifiers | • Performance: Devs will see improvements in cart conversion with more FOP'd users. | • 10X local FOP support, globally (Imali e-Wallet/Redirect & IFC) #payments #androidBD<br>• Android + Play make adding FOP key element of onboarding #Android #Store #Points #PCO<br>• Payment activation as a top priority, including plugging into FOP-promo ecosystem #RPA |
| Best in class platform performance (cart conversion, FOP auth rates, subs churn) | • Convenience: Easier checkout, less friction on wanted subscriptions<br>• Trust: Users trust that they'll be able to reliably purchase digital content & services | • Performance: Devs will see noticeable impact on buyers/spend | MUCH larger investment into the commerce performance metrics that are regularly complained about by devs:<br>• Cart Conversion (FOP Adds, Authentication, Buying Intent) #payments<br>• Payments Success (across all global FOPs, for one-time & auto-recurring) #payments<br>• Subscriptions Performance (Increase F2P, decrease invol churn) #payments |
| Best Global Business Support | • Convenience: Users can access paid content in ways that are familiar to them | • Global Biz: Devs can be globally successful leveraging local commerce norms, and can optimize their multi-national businesses | Support for Global Business Models (eg. BNPL, creator-community needs) #payments |
| Google/Play Unique Value Adds (User) | • Value: Play Points + Growth Offers tip the scale when all else is considered equal. | • Value Amplifiers: Demonstrate to devs that users who appreciate these "value-adds" increase conversion/retention | Invest in providing extra value for Buying with GPB: Play Points & Growth Promos |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| | | for them. | |
| Google/Play Unique Value Adds (Developer) | • n/a | • Value Amplifiers: Lean in on features that demonstrate business performance impact *but only work on GPB* | • Provide Developers specific Insights & Optimizations to unlock Android's massive user base (eg. scaled pricing guidance + A/B testing)<br>• GPB-exclusive features (unavailable on 3PB), (eg. Play Gift Cards, promo support) |
| Explicit & Public Focus on User Trust | • Trust: User knows exactly what they are paying for, that they will have a secure checkout, & their data/privacy will be secure<br>• Trust: Users value opt-in trust features to that are important to them (eg. families) | • Global Biz: Stronger dev marketing and reporting showcase how much fraud & abuse we are shielding the developer from | • Protect ecosystem from fraud & abuse (invest and more actively talk about)<br>• Safe for Parents & Families (move from life-support to actively promoting)<br>• Strong GTM for User Trust Features, including adoption rate targets |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY