

Google

# Android Consideration

Likely Purchasers and Recent Purchasers



Meaghan Davenport

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-011119640.R
**EXHIBIT 1766.R-001**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Methodology





**Research Objectives**
- Track key brand funnel metrics
- Discover most influential factors in purchase decision
- Uncover why buyers migrated from purchase plan
- Determine retailers purchased from

**Sample**
- Internet Population 18+
- Likely purchasers in next 6 months (n=~1,500)
- Recent purchasers in the last 3 months (~n=650)

**Timing**
- An unbranded survey with the pre wave fielded on YouGov panels from March 26th - April 5th

**Weighting**
- Weighted to a sampling frame of Internet population, 18+
- Frame source: CPS 2019
- Weight adjusted to OS benchmarks using the Gallup World Survey 2019

Google



# Tiering Methodology

**Model Tiering Using Retail Price of Smartphone**

Smartphone device models that likely purchasers are considering, or models that recent purchasers purchased were used to tier. The retail price of the model was used to tier the respondent into 4 buckets: Ultra Premium ($950+), Premium ($700-$950), Mass Premium ($400-$699), Mid/Low (Less than $400). Model classifications shown below.

| Ultra Premium ($950+) | Premium ($700-$950) | Mass Premium ($400-$699) | Mid ($200-$399) | Low (<$200) |
|---|---|---|---|---|
| Samsung Galaxy S21 | Samsung Galaxy S20 | Samsung Galaxy S9 | Samsung Galaxy S8, A21s, A52, A32 | Samsung Galaxy A11, S6, S7 |
| Samsung Galaxy Z Flip | Samsung Galaxy S21 | Samsung Galaxy A72 | SHARP sense4, sense5G | Xiaomi Redmi Note 9 |
| Samsung Galaxy Fold | Xiaomi Mi 11 | Samsung Galaxy A51 | Xiaomi Redmi Note 10 | Google Pixel 3 |
| Samsung Note 20 Ultra | OnePlus 9 | Google Pixel 4a 5G | Apple iPhone SE, 8 Plus | Oppo A72 |
| Samsung Note 21 Ultra | OnePlus 8 | Apple iPhone 11 | Google Pixel 3a | Honor 7X |
| Apple iPhone 12 Pro | Oppo Find X3 | Honor View 20 | Google Pixel 3a | Huawei P20 Lite |
| Apple iPhone 12 Pro Max | Google Pixel 5 | Honor 10 | Honor 9 | LG K51 |
| Huawei Mate 40 Pro | Sony Xperia 5 II | Nokia 9 Pureview | Huawei P40 Lite | OnePlus Clover |
| LG V40 ThinQ | XTE Axon 10 Pro | Apple iPhone X | LG Stylo 6 | Sony Xperia XZ2 Compact |
| LG G8X ThinQ | Apple iPhone 12 | Apple iPhone XR | Oppo A52 | ZTE Blade Max View |
| Motorola Edge | Apple iPhone 11 Pro | Apple iPhone XS | OnePlus Nord | Nokia 2.4 |
|  | Apple iPhone 11 Pro Max | Apple iPhone XS Max | Sony Xperia L2 | Motorola Moto E |
|  | Apple iPhone 12 Mini |  | Xiaomi Mi 9T Pro | Alcatel GO Flip 3, 1C |
|  |  |  | ZTE Axon 7 | Logicom L-248 |
|  |  |  | Nokia 8.3 5G | Apple iPhone 4, 4s, 5, 5c, 5s, 6, 6 |
|  |  |  | Motorola Moto G 5G Plus | Plus, 6s, 6s Plus, 7, 7 Plus |

Google

GOOG-PLAY-011119643.R
**EXHIBIT 1766.R-004**



# Tiering Methodology

Three tiering methods were evaluated for classifying respondents into Mid/Low (Less than $400), Mass Premium ($400-699), Premium ($700-950), and Ultra Premium ($950+) tiers.

| Layman | Pricing (Upfront) OR Pricing (Monthly) | | Models |
|---|---|---|---|
| Which of the following best describes the new smartphone that you think you will/did purchase? Please select one response.<br>- Top-of-the-line smartphone with the most advanced capabilities<br>- Meets all my needs, but not best of the best<br>- Meets my most important needs and is within my budget, even though it doesn't have everything I want<br>-Affordable smartphone with basic capabilities | How much will you most likely spend/did you spend for your recent smartphone purchase?<br>- Less than $200<br>- $200-299<br>- $300-$399<br>- $400-$699<br>- $700-$950<br>- More than $950<br>- Not Sure | How much will you most likely/did you spend on this smartphone purchase including any carrier charges and data plan? Please provide your best estimate.<br>- Less than $64 per month<br>- $64-72 per month<br>- $73-$85 per month<br>- $86-$95 per month<br>- More than $95 per month<br>- Not sure | Which device model would you most likely/did you purchase? Please select one only.<br>- OEM Model List characterized into Low, Mid, Mass Premium, Premium, Ultra Premium |
| **Conclusion:** Too subjective | **Conclusion:** Good method for tiering, but classifications get muddy when coupled with monthly pricing options | **Conclusion:** Too many assumptions for monthly contract resulting in an increase in error. | **Conclusion:** Close proxy for price which tiering is based on |

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Tiering Approach: Next Steps

While the model tiering method has been implemented for March - May waves, an additional approach will be evaluated after the June wave.

| Step 1: Questions added to June surveys that combines Price + Model | Step 2: Evaluate Price + Model tiering method | Step 3: Confirm tiering approach |
|---|---|---|
| **Likely Purchasers:**<br>*How much will you **most likely** spend on this smartphone purchase? Please provide your best estimate.*<br><br>**Recent Purchasers:**<br>*How much did you spend for your recent smartphone purchase?*<br><br>Response options combine Price with Model examples:<br>- Up to $299 (e.g., Samsung Galaxy A11, iPhone 7, Google Pixel 3, Xiaomi Redmi Note 9)<br>- $300 - $399 (e.g., iPhone SE, Google Pixel 4a, Motorola one fusion+)<br>- $400 - $699 (e.g., Google Pixel 4a 5G, Samsung A51, iPhone 12 mini)<br>- $700 - $950 (e.g., Samsung S21, OnePlus 8, Google Pixel 5, iPhone 12)<br>- More than $950 (e.g., Samsung Note 20 Ultra, Samsung Galaxy Fold, iPhone 12 Pro) | ● Determine if consumers can self-classify into a price tier using Price + Model question<br><br>● Compare fidelity of Price + Model question approach versus the model tiering method already implemented<br><br>● Recommend if Price + Model question should replace model tiering method | ● If Price + Model question has good fidelity to the model tiering method, decide which method to adopt for future waves<br><br>● If Price + Model question has poor fidelity to the model tiering method, determine if additional approaches for tiering classification should be pursued |

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 1766.R-006**



# Table of contents

**Click to jump to a section**

- OEM Key Metrics

- Key Metrics - Current OEM Breakdown

- OS/OEM Key Metrics

- Likely Purchasers

- Recent Purchasers

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Key Takeaways



| Metrics | Switchers | Retailer and Purchase Sources |
|---|---|---|

**Metrics**

Among Likely Purchasers and Recent Purchasers, Samsung and Apple lead the competitive set for all funnel metrics.

About half (49%) of Likely Purchasers intend to buy an Apple phone. A similar proportion of Recent Purchasers (47%) purchased an Apple phone.

For Likely Purchasers, Apple has the highest OEM consideration and intent across all premium tiers, but is weaker at the mid/low tier, while Samsung's consideration and intent is fairly balanced across tiers. LG consideration is comparatively lower than Apple's and Samsung's at every tier.

**Switchers**

Roughly one-fifth of iOS (22%) and Android (17%) users are considering the other OS.

Device users are loyal to their OS: just 9% of iOS likely purchasers intend to switch to an Android, while 7% of Android likely purchasers intend to switch to an iOS device.

OS switching behavior is limited, yet the rate of switching OS is 2 times higher for switchers to iOS (12%) than switchers to Android (6%).

**Retailer and Purchase Sources**

About two-thirds (64%) of Recent Purchasers bought their phone upfront.

The smartphone brand was the top purchase reason (28%), with more recent Android purchasers buying because the device was affordable (32% vs 20% for iOS purchasers).

Family and friends (59%), online shopping sites (58%), and retail stores (52%) were most influential in the purchase with internet ads being more influential with recent Android purchasers (35% vs 26% for iOS purchasers.

**For trended data, please see the Android Consideration Key Metrics Trix**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-011119648.R
**EXHIBIT 1766.R-009**



- Tiering is done by model, skews Android vs other studies we do with similar screening criteria.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119649.R

**EXHIBIT 1766.R-010**



Recent Purchasers: a snapshot

**Gender**
♂ Male   49%
♀ Female   51%

**Generations**
Gen Z — 11%
Millennial — 32%
Gen X — 27%
Baby Boomers — 26%
Silent Generation — 4%

**Urbanicity**
Urban   33%
Suburban   43%
Rural   23%

**Household Income**
Lower Income (< $30,000)   28%
Middle Income ($30k - $100k)   43%
High Income ($100k +)   20%

**Employment**
Currently Employed   53%
Currently Not Employed   47%

**Race/Ethnicity**
White   65%
Black/ Hispanic/ Asian/ Other   35%

**Education**
HS or Less   27%
Some College   30%
4 Year Degree   27%
Post-grad   16%

**Household Composition**
Children <18   29%
No children under 18 (in HH)   71%

GOOG-PLAY-011119650.R
**EXHIBIT 1766.R-011**



- Tiering is done by model
- OS - 4% said "i don't know"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119651.R
**EXHIBIT 1766.R-012**



GOOG-PLAY-011119652.R
**EXHIBIT 1766.R-013**

# Likely Purchasers March 2021: Key OEM and OS Metrics



## Funnel Metrics for Priority OEMs

| Top OEMs | Unaided Awareness | Aided Awareness | OEM Familiarity | OEM Favorability | Purchase Consideration | Purchase Intent |
|---|---|---|---|---|---|---|
| Samsung | 71% | 92% | 60% | 72% | 51% | 29% |
| Apple | 64% | 92% | 69% | 70% | 59% | 49% |
| LG | 32% | 83% | 38% | 52% | 27% | 8% |
| Google | 19% | 68% | 30% | 46% | 19% | 3% |

## Consideration and Intent by Price Tier

| Price Tier | Apple Consider | Samsung Consider | LG Consider | Apple Intent | Samsung Intent | LG Intent |
|---|---|---|---|---|---|---|
| Ultra Premium ($950+) | 68% | 50% | 22% | 59% | 34% | 4% |
| Premium ($700-950) | 71% | 46% | 15% | 60% | 24% | 1% |
| Mass Premium ($400-699) | 78% | 47% | 18% | 67% | 24% | 0% |
| Mid/Low (<$400) | 46% | 53% | 38% | 34% | 21% | 15% |

## Lower Funnel Metrics by Key Android Devices

| Android hero devices | Consider | Intent | Purchase* |
|---|---|---|---|
| **Samsung** Galaxy S21, S21+, ZFlip, Fold, S20, A52, A72, Note Ultra, 21 Ultra | 27% | 16% | TBD |
| **Pixel** 4a, 5 | 10% | 2% | TBD |
| **OnePlus** 9, 8 | 2% | 1% | TBD |

## Lower Funnel Metrics of Potential Switchers

| Current OS | Consider other OS | Intend other OS | Switched* |
|---|---|---|---|
| Apple iOS | 22% | 9% | TBD |
| Android | 17% | 7% | TBD |

- Samsung and Apple lead across funnel metrics.
- Roughly one-fifth of iOS (22%) and Android (17%) users are considering the other OS for their next purchase.

*Switched and Purchase data will come from recontact

---

- Base Sizes
- Funnel Metrics for Priority OEMs
- Unaided Awareness (Asked among all respondents, % of total, n=1,279)
- Aided Awareness (Asked among all respondents, % of total, n=1,279)
- Familiarity (Asked among awares, % of awares)
  - Samsung (n=1,190)
  - Apple (n=1,166)
  - LG (n=1,083)
  - Google (n=881)
- Favorability (Asked among awares, % of awares)
  - Samsung (n=1,186)
  - Apple (n=1,164)
  - LG (n=1,081)
  - Google (n=878)
  - Consideration (Asked among awares, n=1,279)
  - Purchase Intent (Asked among those considering, n=1,278)

- Consideration Intent by Price Tier
- Ultra Premium (n=342)
- Premium (n=276)
- Mass Premium (n=158)
- Mid/Low (n=236)
- Questions
- Unaided Awareness
  - When you think of companies who manufacture smartphones, which brands come to mind? (Asked of both Likely Purchasers and Recent Purchasers)
- Aided Awareness
  - Which of the following smartphone brands have you heard of? (Asked of both Likely Purchasers and Recent Purchasers)
- Familiarity
  - How familiar are you with each of the following smartphone brands? (Asked of both Likely Purchasers and Recent Purchasers.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119653.R

**EXHIBIT 1766.R-014**

- Brands that respondents are aware of are shown here)
- Favorability
  - Which best describes how you feel about each of the following smartphone brands? (Asked of both Likely Purchasers and Recent Purchasers. Brands that respondents are aware of are shown here)
- Consideration
  - When purchasing this smartphone, which smartphone brand(s) will you consider? (Asked of Likely Purchasers)
  - Which brand(s) of smartphone did you consider purchasing. Be sure to include the brand of smartphone that you actually purchased. (Asked of Recent Purchasers)
- Purchase Intent (Purchase Preference)
  - Of the smartphone brands you will consider purchasing, which one would you most likely choose?  (Asked of Likely Purchasers. If multiple brands are selected in Consideration, the respondent will see this list and will be asked to select which brand they are most likely to purchase. Select one only. If the respondent only selects one brand in Consideration, then this respondent will be auto punched into this question.)
  - What brand of smartphone did you purchase?(Asked of Recent Purchasers)
- Android Hero Devices
- Samsung
- Samsung Galaxy S21
- Samsung Galaxy S21+
- Samsung Galaxy Z Flip
- Samsung Galaxy Fold
- Samsung Galaxy S20
- Samsung Galaxy A52
- Samsung Galaxy A72
- Samsung Galaxy Note Ultra
- Samsung Galaxy 21 Ultra
- OnePlus
- OnePlus 9
- OnePlus 8
- Google Pixel
- Pixel 4a
- Pixel 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119654.R
**EXHIBIT 1766.R-015**

# Likely Purchasers March 2021: Additional OS Metrics



**Likely Purchaser OS Funnel Metrics**

| Top OSs | Aided Awareness | OS Familiarity | OS Consider | % Purchased Device |
|---------|-----------------|----------------|-------------|--------------------|
| Android | 89% | 67% | 54% | n/a |
| iOS | 82% | 68% | 55% | n/a |

**Likely Purchaser OS Funnel Metrics by OEM**

| OEM Owners | iOS Familiarity | Android Familiarity | iOS Consider | Android Consider |
|------------|-----------------|---------------------|--------------|------------------|
| Apple owners | 92% | 44% | 95% | 21% |
| Samsung owners | 35% | 89% | 19% | 91% |

**Likely Purchaser OS Funnel Metrics by Generation**

| Generation | iOS Familiarity | Android Familiarity | iOS Consider | Android Consider |
|------------|-----------------|---------------------|--------------|------------------|
| Gen Z | 84% | 71% | 68% | 45% |
| Millennial | 74% | 70% | 62% | 51% |
| Gen X | 69% | 70% | 52% | 58% |
| Baby Boomers | 55% | 60% | 48% | 55% |

**Funnel Metrics by Price Tier**

| Price Tier | iOS Consider | Android Consider | iOS Purchase | Android Purchase |
|------------|--------------|------------------|--------------|------------------|
| Ultra Premium ($950+) | 65% | 49% | TBD | TBD |
| Premium ($700-950) | 67% | 49% | TBD | TBD |
| Mass Premium ($400-699) | 73% | 46% | TBD | TBD |
| Mid/Low (<$400) | 44% | 62% | TBD | TBD |

- Android consideration and intent is higher among older generations, while iOS has higher consideration and intent among Gen Z.
- Android intent is higher than iOS among Mid/Low tier likely purchasers, and iOS has higher purchase intent among Premium tier purchasers.

- Base Sizes
- Likely Purchaser OS Funnel Metrics
- Aided Awareness (n=1,279)
- Familiarity
-       Android (n=1,171)
-       iOS (n=1,019)
-       Consideration (n=1,278)
- Likely Purchaser OS Funnel Metrics by OEM
-       Apple Owners (n=617)
-       Samsung Owners (n=310)
- Likely Purchaser OS Funnel Metrics by Generation
-       Gen Z (n=100)
-       Millennial (n=422)
-       Gen X (n=371)
-       Baby Boomers (n=353)
- Funnel Metrics by Price Tier
-       Ultra Premium (n=342)
-       Premium (n=276)
-       Mass Premium (n=158)
-       Mid/Low (n=236)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Recent Purchasers March 2021: Key OEM and OS Metrics



**Funnel Metrics for Priority OEMs**

| Top OEMs | Unaided Awareness | Aided Awareness | OEM Familiarity | OEM Favorability | Purchase Consideration | Purchase |
|---|---|---|---|---|---|---|
| Samsung | 65% | 81% | 58% | 68% | 41% | 25% |
| Apple | 63% | 83% | 68% | 68% | 52% | 47% |
| LG | 27% | 69% | 39% | 48% | 17% | 8% |
| Google | 14% | 58% | 31% | 48% | 14% | 4% |

**Lower Funnel Metrics by Key Android Devices**

| Android hero devices | Purchase |
|---|---|
| **Samsung** *Galaxy S21, S21+, ZFlip, Fold, S20, A52, A72, Note Ultra, 21 Ultra* | 10% |
| **Pixel** *4a, 5* | 2% |
| **OnePlus** *9, 8* | 0% |

**Funnel Metrics by Price Tier**

| Price Tier | iOS Considered | Android Considered | iOS Purchased | Android Purchased |
|---|---|---|---|---|
| Ultra Premium ($950+) | 73% | 50% | 68% | 32% |
| Premium ($700-950) | 71% | 48% | 66% | 34% |
| Mass Premium ($400-699) | 73% | 50% | 69% | 31% |
| Mid/Low (<$400) | 41% | 72% | 35% | 65% |

**Switchers**

| Old OS | Consider other OS | Switched |
|---|---|---|
| Apple iOS | 23% | 6% |
| Android | 22% | 12% |

- Android has a greater share of Mid/Low tier phone purchases than iOS, yet iOS has a greater proportion of purchases at the Premium tiers.
- Switching behavior is 2x higher for switching from Android to iOS than for switchers to Android from iOS.

- Base Sizes
- Funnel Metrics for Priority OEMs
- Unaided Awareness (n=650)
- Aided Awareness (n=650)
- Familiarity
  - Samsung (n=538)
  - Apple (n=513)
  - LG (n=459)
  - Google (n=389)
- Favorability
  - Samsung (n=538)
  - Apple (n=514)
  - LG (n=459)
  - Google (n=390)
  - Consideration (n=650)
  - Purchase (n=646)

- Funnel Metrics by Price Tier
  - Ultra Premium (n=80)
  - Premium (n=124)
  - Mass Premium (n=99)
  - Mid/Low (n=210)
- Android Hero Devices
- Samsung
- Samsung Galaxy S21
- Samsung Galaxy S21+
- Samsung Galaxy Z Flip
- Samsung Galaxy Fold
- Samsung Galaxy S20
- Samsung Galaxy A52
- Samsung Galaxy A72

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119656.R

**EXHIBIT 1766.R-017**

- Samsung Galaxy Note Ultra
- Samsung Galaxy 21 Ultra

- OnePlus
- OnePlus 9
- OnePlus 8

- Google Pixel
- Pixel 4a
- Pixel 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119657.R

**EXHIBIT 1766.R-018**

# Recent Purchasers March 2021: Additional OS Metrics



**Recent Purchaser OS Funnel Metrics**

| Top OSs | Aided Awareness | OS Familiarity | OS Consideration | % Purchased Device |
|---|---|---|---|---|
| Android | 82% | 65% | 64% | 53% |
| Apple iOS | 75% | 62% | 52% | 47% |

**Recent Purchaser OS Funnel Metrics by OEM**

| OEM Owners | iOS Familiarity | Android Familiarity | iOS Consideration | Android Consideration | iOS Purchased | Android Purchased |
|---|---|---|---|---|---|---|
| Apple owners | 83% | 40% | 91% | 32% | 90% | 10% |
| Samsung owners | 34% | 88% | 16% | 96% | 6% | 94% |

**Recent Purchaser OS Funnel Metrics by Generation**

| Generation | iOS Familiarity | Android Familiarity | iOS Consideration | Android Consideration | iOS Purchased | Android Purchased |
|---|---|---|---|---|---|---|
| Gen Z | 82% | 62% | 60% | 54% | 58% | 42% |
| Millennial | 73% | 73% | 50% | 73% | 41% | 59% |
| Gen X | 53% | 71% | 45% | 68% | 42% | 58% |
| Baby Boomers | 55% | 55% | 56% | 57% | 51% | 49% |

- Most Apple and Samsung recent purchasers owners remain loyal to the OEM, yet Apple owners have higher consideration of another ecosystem than Android owners.
- iOS is the most purchased OS for Gen Z, while Android was the most purchased for Millennials and Gen X.

- Base Sizes
- Recent Purchaser OS Funnel Metrics
- Aided Awareness (n=)
- Familiarity
  - Android (n=)
  - iOS (n=)
  - Consideration (n=)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119658.R
**EXHIBIT 1766.R-019**





GOOG-PLAY-011119660.R
**EXHIBIT 1766.R-021**



## Familiarity of Samsung and Apple is the highest



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Younger ages have higher familiarity with most smartphones than older generations



| | Gen Z (a) | Millennial (b) | Gen X (c) | Baby Boomers (d) |
|---|---|---|---|---|
| Apple | 87% (b,c,d) | 76% (a,c,d) | 68% (a,b,d) | 56% (a,b,c) |
| Samsung | 66% (d) | 66% (d) | 61% (d) | 50% (a,b,c) |
| LG | 40% | 44% (d) | 42% (d) | 30% (b,c) |
| Google | 42% (c,d) | 41% (c,d) | 27% (a,b,d) | 17% (a,b,c) |
| Sony | 30% (d) | 34% (c,d) | 23% (b,d) | 12% (a,b,c) |
| Nokia | 30% (d) | 35% (c,d) | 26% (b,d) | 16% (a,b,c) |
| Motorola | 26% | 33% (d) | 35% (d) | 26% (b,c) |
| Huawei | 20% (b) | 35% (a,c,d) | 15% (b) | 9% (b) |

Google   How familiar are you with each of the following smartphone brands? Asked of awares. Top 2 box shown.
Lowercase letters indicate statistically significant to group

- Base Sizes
- Gen Z
  - Apple (n=136)
  - Samsung (n=125)
  - LG (n=96)
  - Google (n=97)
  - Sony (n=81)
  - Nokia (n=86)
  - Motorola (n=83)
  - Huawei (n=61)

- Millennial
  - Apple (n=532)
  - Samsung (n=549)
  - LG (n=482)
  - Google (n=433)
  - Sony (n=401)
  - Nokia (n=451)
  - Motorola (n=434)
  - Huawei (n=353)

- Gen X
  - Apple (n=486)
  - Samsung (n=510)
  - LG (n=481)
  - Google (n=389)
  - Sony (n=317)
  - Nokia (n=431)
  - Motorola (n=451)
  - Huawei (n=293)

- Baby Boomers
  - Apple (n=485)
  - Samsung (n=501)
  - LG (n=445)
  - Google (n=332)
  - Sony (n=308)
  - Nokia (n=425)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119662.R

**EXHIBIT 1766.R-023**

- Motorola (n=437)
- Huawei (n=242)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Samsung and Apple lead for favorability





## Samsung's favorability spans all age groups, while Apple and Google favorability skews younger

|  | Gen Z (a) | Millennial (b) | Gen X (c) | Baby Boomers (d) |
|---|---|---|---|---|
| Apple | 73% | 73% (c,d) | 67% (b) | 66% (b) |
| Samsung | 72% | 72% | 68% | 73% |
| Google | 51% | 54% (c,d) | 41% (b) | 42% (b) |
| LG | 40% (c,d) | 49% | 53% (a) | 52% (a) |
| Nokia | 39% | 39% (d) | 34% | 32% (b) |
| Sony | 36% | 45% (d) | 38% | 36% (b) |
| Huawei | 36% (c,d) | 41% (c,d) | 18% (a,b,d) | 11% (a,b,c) |
| Motorola | 32% (c) | 41% | 46% (a) | 43% |

Google    Which best describes how you feel about each of the following smartphone brands? Asked of awares. Top 2 box shown.
Lowercase letters indicate statistically significant to group

- Base Sizes
- Gen Z
  - Apple (n=135)
  - Samsung (n=124)
  - LG (n=95)
  - Google (n=97)
  - Sony (n=80)
  - Nokia (n=85)
  - Motorola (n=82)
  - Huawei (n=60)

- Millennial
  - Apple (n=531)
  - Samsung (n=547)
  - LG (n=481)
  - Google (n=431)
  - Sony (n=399)
  - Nokia (n=449)
  - Motorola (n=432)
  - Huawei (n=352)

- Gen X
  - Apple (n=486)
  - Samsung (n=510)
  - LG (n=481)
  - Google (n=389)
  - Sony (n=317)
  - Nokia (n=431)
  - Motorola (n=451)
  - Huawei (n=293)

- Baby Boomers
  - Apple (n=485)
  - Samsung (n=501)
  - LG (n=445)
  - Google (n=332)
  - Sony (n=308)
  - Nokia (n=425)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119665.R

**EXHIBIT 1766.R-026**

- Motorola (n=437)
- Huawei (n=242)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119666.R

**EXHIBIT 1766.R-027**



Mid/Low tier are most likely to favor LG over other tiers. Mid/Low tier are least likely to favor Apple compared to all other tiers.

| | Premium Ultra (a) | Premium (b) | Mass Premium (c) | Mid/Low (d) |
|---|---|---|---|---|
| Apple | 79% (d) | 77% (d) | 80% (d) | 64% (a,b,c) |
| Google | 48% | 48% | 51% | 50% |
| Huawei | 30% | 24% | 22% (d) | 31% (c) |
| LG | 47% (d) | 44% (d) | 50% (d) | 62% (a,b,c) |
| Samsung | 76% (b) | 66% (a,c) | 76% (b) | 72% |
| Sony | 43% | 37% | 37% | 43% |

Google   Which best describes how you feel about each of the following smartphone brands? Asked of awares. Top 2 box shown.
*Tiering is based on models* and lowercase letters indicate statistically significant to group.

- Apple
  - Premium Ultra (n=392)
  - Premium (n=373)
  - Mass Premium (n=233)
  - Mid/Low (n=336)
- Google
  - Premium Ultra (n=297)
  - Premium (n=297)
  - Mass Premium (n=176)
  - Mid/Low (n=254)

- Huawei
  - Premium Ultra (n=231)
  - Premium (n=207)
  - Mass Premium (n=129)
  - Mid/Low (n=211)
- LG
  - Premium Ultra (n=352)
  - Premium (n=332)
  - Mass Premium (n=193)
  - Mid/Low (n=318)

- Samsung
  - Premium Ultra (n=394)
  - Premium (n=365)
  - Mass Premium (n=227)
  - Mid/Low (n=368)
- Sony
  - Premium Ultra (n=260)
  - Premium (n=245)
  - Mass Premium (n=153)
  - Mid/Low (n=236)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119667.R

**EXHIBIT 1766.R-028**



# Among likely purchasers who are considering both iOS and Android, Apple leads purchase preference



Google   Of the smartphone brands you will consider purchasing, which one would you most likely choose? Please select one only.  Likely purchasers who consider both iOS and Android  (n=200).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119668.R
**EXHIBIT 1766.R-029**



GOOG-PLAY-011119669.R
**EXHIBIT 1766.R-030**



# More than half of likely purchasers are aware you can transfer data across devices in the same ecosystem

One quarter or fewer think data from a device can be transferred across ecosystems.



Google   Based on what you know or have heard, which of the following statements is true?  Select all that apply. Asked of likely purchasers (n=1,279).
*Tiering is based on models* and lowercase letters indicate statistically significant to group.

- Tier Definitions:
- Ultra Premium ($950+)
- Premium ($700-$950)
- Mass Premium ($400-$699)
- Mid/Low (Less than $400)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119670.R
**EXHIBIT 1766.R-031**



## Among likely purchasers, Gen Z are the least likely to say they will use monthly payments to purchase a smartphone



Google   Which of the following best describes how you think you will purchase this smartphone? Asked of likely purchasers.
Lowercase letters indicate statistically significant to group

GOOG-PLAY-011119671.R
**EXHIBIT 1766.R-032**



Fewer than half of those considering an Apple smartphone plan to purchase the device outright



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119672.R
**EXHIBIT 1766.R-033**



Awareness of Samsung, LG, Motorola and Nokia is lower among likely purchasers who plan to purchase within the next month versus those who intend to purchase further out. Likely purchasers who plan to purchase within the next month are more likely to be aware of Honor compared to those who plan to purchase within the next three months.



Google  Which of the following smartphone brands have you heard of? Asked of likely purchasers.
"/* indicates statistically significant differences compared to within the next month

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119673.R
EXHIBIT 1766.R-034



Likely purchasers who plan to purchase within the next month are more likely to consider OnePlus and Honor compared to likely purchasers who plan to purchase within the next three months





GOOG-PLAY-011119675.R
**EXHIBIT 1766.R-036**



# About one quarter bought their smartphone because they liked the brand

Yet Android purchasers mention affordability of their phone more so than iOS purchasers.



### Top Reasons for Smartphone Purchase

| | |
|---|---|
| I liked the smartphone brand | 28% |
| My prior smartphone stopped working or slowed down | 26% |
| The price of the smartphone was affordable | 26% |
| It was a good deal | 25% |
| I liked the operating system of the smartphone | 22% |
| The smartphone had the hardware specifications I want | 20% |
| My carrier provided a discount | 13% |
| I liked how the smartphone looks | 13% |
| It had good customer reviews | 12% |
| It was recommended to me from my friends / family | 11% |
| It was compatible with my other devices | 10% |
| My prior smartphone had a cracked screen | 9% |
| I saw a compelling advertisement | 7% |
| My friend got one and I needed to have it | 4% |
| Other | 4% |

### Top Reasons for Smartphone Purchase – OS Differences

| | iOS (n=227) | Android (n=403) |
|---|---|---|
| The price of the smartphone was affordable | 20% | 32% * |
| I liked the operating system of the smartphone | 26% | 19% * |
| It was compatible with my other devices | 15% | 5% * |

Google   What were your top 3 reasons why you purchased? Asked of recent purchasers (n=650)

*/ * indicates statistically significant difference between iOS and Android users.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119676.R
**EXHIBIT 1766.R-037**



Recent purchasers in the Ultra Premium tier were more likely than the Mid/Low and Mass Premium tiers to have purchased their device because they liked the smartphone brand. Discounts were more likely to motivate Premium tier purchasers than Mid/Low tier purchasers.



Google    What were your top 3 reasons why you purchased? Asked of recent purchasers (n=650).
*Tiering is based on models* and lowercase letters indicate statistically significant to group.

- Tier Definitions:
- Ultra Premium ($950+)
- Premium ($700-$950)
- Mass Premium ($400-$699)
- Mid/Low (Less than $400)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119677.R
**EXHIBIT 1766.R-038**

Gen Z and Millennials are more likely than Gen X and Baby Boomers to have purchased because of a compelling advertisement. Millennials were more likely than Gen X and Baby Boomers to say the smartphone's appearance and customer reviews were factors in their purchase.

| | Gen Z (n=68) (a) | Millennial (n=217) (b) | Gen X (n=183) (c) | Baby Boomers (n=161) (d) |
|---|---|---|---|---|
| I liked the smartphone brand | 22% (c) | 25% (c) | 34% (a,b) | 29% |
| The price of the smartphone was affordable | 19% (d) | 21% (d) | 29% | 32% (a,b) |
| My prior smartphone stopped working or slowed down | 14% (c,d) | 22% (d) | 27% (a,d) | 37% (a,b,c) |
| I liked the operating system of the smartphone | 17% | 21% | 20% | 28% |
| I liked how the smartphone looks | 15% | 20% (c,d) | 12% (b) | 8% (b) |
| It had good customer reviews | 14% | 17% (c,d) | 8% (b) | 10% (b) |
| It was recommended to me from my friends / family | 5% (b) | 14% (a,c) | 6% (b) | 11% |
| I saw a compelling advertisement | 18% (c,d) | 9% (c,d) | 3% (a,b) | 2% (a,b) |
| My friend got one and I needed to have it | 12% (c,d) | 5% | 2% (a) | 2% (a) |
| It was compatible with my other devices | 4% (b,d) | 11% (a) | 8% | 14% (a) |
| My carrier provided a discount | 16% | 11% | 12% | 16% |

Google  What were your top 3 reasons why you purchased? Asked of recent purchasers.
Lowercase letters indicate statistically significant to group and green shading indicates top two reasons for purchasing in each generational group.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





- The graph reports odds ratios from a logistic regression predicting satisfaction with reasons for smartphone purchase. Odds ratios > 1 increase the odds of satisfaction, odds ratios < 1 decrease the odds of satisfaction; * next to coefficient indicates a statistically significant effect at p<0.05.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# More than half reported online shopping sites, friends and family, and retail stores as most influential in purchase

iOS purchasers were more likely than Android purchasers to say family and friends influenced their purchase choice.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119680.R
**EXHIBIT 1766.R-041**



Gen Z and Millennial are the most likely to have been influenced by social networks. Baby Boomers and Gen X are more likely to have been influenced by a retail store.

|  | Gen Z (n=68) (a) | Millennial (n=218) (b) | Gen X (n=183) (c) | Baby Boomers (n=161) (d) |
|---|---|---|---|---|
| Online shopping site | 52% | 57% | 64% | 56% |
| Family and friends | 58% | 59% | 57% | 61% |
| Retail store | 38% (c,d) | 43% (c,d) | 55% (a,b) | 63% (a,b) |
| Internet ads | 39% | 37% (c,d) | 27% (b) | 27% (b) |
| Internet news sites and blogs | 27% | 28% (d) | 30% | 38% (b) |
| Social networks | 43% (c,d) | 40% (c,d) | 24% (a,b) | 17% (a,b) |
| Television ads | 17% | 12% (c) | 23% (b,d) | 14% (c) |
| Magazines and newspaper ads | 14% | 14% (d) | 9% | 7% (b) |
| Magazine or newspaper article | 6% (d) | 5% (d) | 5% (d) | 16% (a,b,c) |
| Television show | 7% | 6% (d) | 6% (d) | 1% (b,c) |

Google   Which of these sources were the most influential in your smartphone purchase choice? Select top three. Asked of recent purchasers.
Lowercase letters indicate statistically significant to group and green shading indicates top two sources for purchasing in each generational group.

GOOG-PLAY-011119681.R
**EXHIBIT 1766.R-042**



# Just over one-third shopped for their smartphone at a wireless carrier retailer

Android purchasers were more likely than iOS purchasers to have shopped at a mass merchant retail store



GOOG-PLAY-011119682.R
**EXHIBIT 1766.R-043**



## Gen Z are more likely to shop for smartphones at manufacturer retailers

| | Gen Z (n=68) (a) | Millennial (n=218) (b) | Gen X (n=183) (c) | Baby Boomers (n=161) (d) |
|---|---|---|---|---|
| Independent Retailer | 15% (d) | 10% (d) | 6% | 2% (a,b) |
| Manufacturer Retailer | 27% (b,c,d) | 14% (a) | 11% (a) | 10% (a) |
| Wireless Carrier Retailer | 28% | 31% | 37% | 40% |
| Mall kiosk | 3% | 5% (d) | 2% (d) | 0% (b,c) |
| Mass Merchant Retailer | 13% | 11% | 14% | 11% |
| Electronics Retailer | 10% | 16% (c,d) | 5% (b) | 5% (b) |
| Club Store | 10% | 17% (c,d) | 6% (b) | 5% (b) |
| Amazon.com | 15% | 15% (d) | 10% | 8% (b) |
| Online Independent Store | 8% | 6% | 5% | 2% |
| Online Manufacturer Website | 25% (c,d) | 17% (c,d) | 8% (a,b) | 5% (a,b) |
| Online Mobile Carrier Website | 16% (d) | 23% | 18% (d) | 28% (a,c) |
| Online Mass Merchant Website | 10% | 11% (c,d) | 5% (b) | 4% (b) |
| Online Electronic Retailer Website | 13% (d) | 10% (d) | 6% | 3% (a,b) |
| Online Club Store Website | 8% (d) | 7% (d) | 4% | 1% (a,b) |
| Reseller sites | 6% | 6% (d) | 4% | 2% (b) |
| Some other store or website | 2% | 3% | 5% | 5% |

Google   At which of the following retailers did you shop for your smartphone? Please select all that apply. Asked of recent purchasers (n=650)
Lowercase letters indicate statistically significant to group and green shading indicates top two sources for purchasing in each generational group.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119683.R
**EXHIBIT 1766.R-044**



# Just under one-third actually purchased their smartphone from a wireless carrier retailer

Android purchasers were more likely than iOS purchasers to have purchased their smartphone at a mass merchant retail store, via Amazon or an online club store.

### Smartphone Purchase Channel

| Channel | % |
|---|---|
| Wireless Carrier Retailer | 30% |
| Online Mobile Carrier Website | 16% |
| Manufacturer Retailer | 8% |
| Mass Merchant Retailer | 7% |
| Online Manufacturer Website | 7% |
| Amazon.com | 6% |
| Independent retailer | 5% |
| Electronics Retailer | 4% |
| Club Store | 4% |



### Smartphone Purchase Channel - OS Differences

| Channel | iOS (n=227) | Android (n=403) |
|---|---|---|
| Wireless Carrier Retailer | 35% | 25% ★ |
| Mass Merchant Retailer | 2% | 12% ★ |
| Manufacturer Retailer | 13% | 5% ★ |
| Amazon.com | 4% | 7% ★ |
| Online Club Store Website | 0% | 2% ★ |

■ iOS (n=227)   ■ Android (n=403)

Google   From which of the following retailers did you actually purchase your smartphone? Please select one response. Asked of recent purchasers (n=650); showing channels with 3%+

*/* indicates statistically significant difference between iOS and Android users.



# More Gen X and Baby Boomers purchase their smartphones from wireless carrier retailers

|  | Gen Z (n=68) (a) | Millennial (n=217) (b) | Gen X (n=182) (c) | Baby Boomers (n=161) (d) |
|---|---|---|---|---|
| Wireless Carrier Retailer | 23% (d) | 22% (c,d) | 34% (b) | 37% (a,b) |
| Online Mobile Carrier Website | 7% (b,c,d) | 14% (a,d) | 16% (a,d) | 25% (a,b,c) |
| Manufacturer Retailer | 14% | 9% | 5% | 7% |
| Mass Merchant Retailer | 9% | 5% | 8% | 9% |
| Online Manufacturer Website | 15% (c,d) | 9% (d) | 5% (a) | 2% (a,b) |
| Amazon.com | 14% (d) | 6% | 5% | 4% (a) |
| Independent Retailer | 6% | 7% (d) | 5% (d) | 1% (b,c) |
| Electronics Retailer | 4% | 7% (c,d) | 3% (b) | 2% (b) |
| Club Store | 3% | 6% (c) | 2% (b) | 2% |
| Online Mass Merchant Website | 0% (b,c) | 3% (a) | 3% (a) | 1% |
| Online Independent Store | 1% | 2% | 2% | 2% |
| Online Electronic Retailer Website | 2% | 2% | 2% | 1% |
| Mall kiosk | 0% | 2% (d) | 2% | 0% (b) |
| Reseller sites | 0% | 1% | 2% | 0% |
| Online Club Store Website | 0% | 2% | 2% | 0% |

Google From which of the following retailers did you actually purchase your smartphone? Please select one response. Asked of recent purchasers (n=650)
Lowercase letters indicate statistically significant to group and green shading indicates top two sources for purchasing in each generational group.

Thank You

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011119686.R
**EXHIBIT 1766.R-047**