

Proprietary + Confidential  US

# Android Brand Health

June 2020 Report

go/android-brandpulse



Google

Questions? Contact Wanda He @google.com



**EXHIBIT 1768.R-001**

# Contents

Proprietary + Confidential   US



**1** **Context**

- Executive summary
- Study background

**2** **Funnel & Attributes**

- Awareness & Engagement Funnel
- Standard attributes
- Custom category attributes
- Use drivers

**3** **KPI Snapshot**

- Privacy
- Security
- Safety
- Innovation
- OS Developer

Google

**EXHIBIT 1768.R-002**

Executive Summary

## If you remember nothing else

Proprietary + Confidential  US

- **There's an ownership bias.** Owners prefer their devices to the alternative — and plan to stick with them.

- **Android works well with Google.** iOS is seen as fast and high quality, while Android is believed to work well with Google apps. But most Android owners don't know Google makes Android.

- **Less trusted than iOS.** Android is less likely to be trusted than iOS and is less likely to be seen as secure.

- **Apps are a cause for security concerns** — and among Android owners, Android outperforms Google Play on all key metrics.

Google

**EXHIBIT 1768.R-003**

CONFIDENTIAL

GOOG-PLAY-011128194

## Study Background

Proprietary + Confidential  US



### Objectives

Monitor the overall
brand health and funnel
metrics of Android and
competitor iOS



### Target market

US n=2,000 per quarter



### Respondent criteria

Internet users ages 16-70
who must have some
knowledge of smartphone
operating systems



### Markets

US, UK, FR, JP, KR

Google

EXHIBIT 1768.R-004

GOOG-PLAY-011128195



**Awareness & engagement funnel: Gen pop snapshot**

Android has higher awareness among Gen Pop; however, **consideration and usage intent are declining WoW. iOS leads across most metrics, including advocacy and trust.**

Proprietary + Confidential  US

June 2020, Gen Pop · ■ Android  ■ iOS

| Metric | Android | iOS |
|---|---|---|
| Unaided Awareness | 43% | 62% |
| Awareness | 78% | 72% |
| Consideration | 54% ▼ | 55% ▲ |
| Use Intent | 46% ▼ | 47% |
| Interest | 40% | 42% |
| Familiarity | 48% | 47% |
| Primary Usage | 49% ▼ | 51% ▲ |
| Favorability | 68% | 71% |
| Advocacy | 51% | 58% |
| Trust | 49% | 56% |

▲ ▼ Significant + / − from previous wave

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Unaided awareness question:** "When you think about smartphone operating systems, what products or brands have you heard of?" **Aided awareness question:** "Which of the following smartphone operating systems have you heard of? Please select all that apply." **Consideration question:** "Including any you might already use, which of the following smartphone operating systems would you consider using in the future?" **Purchase / Use Intent question:** "Which one of the following smartphone operating systems would you most likely choose?" **Interest question:** "How interested would you be to learn more about each of the following smartphone operating systems?" **Familiarity question:** "How much do you know about each of the following smartphone operating systems?" **Favorability question:** "Which best describes how you feel about each of the following smartphone operating systems?" **Advocacy question:** "Which statement best reflects your overall opinion and perceptions towards each brand?" **Trust question:** "Overall, how much do you trust [Android/iOS]?"

Google

**EXHIBIT 1768.R-005**

CONFIDENTIAL

GOOG-PLAY-011128196

**Awareness Funnel: Deep dive by ownership**

With a closer look by ownership: while owners may consider the other OS, **the intent to use another OS is incredibly low**, potentially driven by high switching costs and/or loyalty to their existing OS.

Proprietary + Confidential    US



June 2020, **by OS Ownership**

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Unaided awareness question:** "When you think about smartphone operating systems, what products or brands have you heard of?" **Aided awareness question:** "Which of the following smartphone operating systems have you heard of? Please select all that apply." **Consideration question:** "Including any you might already use, which of the following smartphone operating systems would you consider using in the future?" **Purchase / Use Intent question:** "Which one of the following smartphone operating systems would you most likely choose?" **Interest question:** "How interested would you be to learn more about each of the following smartphone operating systems?"

Google

**EXHIBIT 1768.R-006**

**Perception & Engagement Funnel: Deep dive by ownership**

Continuing to look at engagement by ownership, the story is consistent: **Android owners are slightly less likely to trust and advocate for their OS** compared to iOS owners, while trust of Android has declined among iOS owners.

Proprietary + Confidential  US



June 2020, **by OS Ownership**



- 🟢 Android owners x 🤖
- 🟦 Android owners x 🍎
- ⚪ iOS owners x 🍎
- 🟪 iOS owners x 🤖

▲▼ Significant + / − from previous wave

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Familiarity question:** "How much do you know about each of the following smartphone operating systems?" **Favorability question:** "Which best describes how you feel about each of the following smartphone operating systems?" **Advocacy question:** "Which statement best reflects your overall opinion and perceptions towards each brand?" **Trust question:** "Overall, how much do you trust (Android/iOS)?"

Google

**EXHIBIT 1768.R-007**

GOOG-PLAY-011128198



**Standard Attributes: Category snapshot**

Across key attributes, more **Gen Pop respondents see iOS as fast** (+10 ppts), **high quality** (+11 ppts), **secure** (+8 ppts), **and respects my privacy** (+8 ppts) versus Android.

Proprietary + Confidential  US

June 2020, **Gen Pop** ■ Android ■ iOS

| Attribute | Android | iOS |
|---|---|---|
| Easy to use | 68% | 70% |
| Enjoyable to use | 64% | 70% |
| Fast | 67% | 77% |
| Gaining in popularity | 62% | 63% |
| Helpful | 72% | 75% |
| High quality | 68% | 79% |
| Keeps personal info secure | 55% | 63% |
| Respects my privacy | 54% | 62% |

▲▼ Significant +/ - from previous wave

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"

**EXHIBIT 1768.R-008**

GOOG-PLAY-011128199



**Standard Attributes: Deep dive of OS perceptions by ownership**

Exploring these attributes by ownership, Android and iOS are at parity for owners across: **ease & enjoyment of use, and helpful,** but **Android owners are more likely to say iOS is fast and high quality** than vice versa.

**EXHIBIT 1768.R-009**

CONFIDENTIAL

GOOG-PLAY-011128200



- iOS owner perception of Play & Android are very close.

**EXHIBIT 1768.R-010**

GOOG-PLAY-011128201

**Custom Attributes: Category snapshot**

Across category-specific attributes, **Gen Pop says Android is customizable and works well with Google apps** while **iOS is seen as more innovative and modern.**

Proprietary + Confidential    US

June 2020, **Gen Pop**   ■ Android  ■ iOS



Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"

▲▼ Significant +/- from previous wave

**EXHIBIT 1768.R-011**

CONFIDENTIAL

GOOG-PLAY-011128202

**Custom Attributes: Deep dive of OS perceptions by ownership**

Looking at these attributes by ownership: while the majority of owners say both operating systems are compatible with 5G, **only their OS is the best platform for 5G**. And, reinforcing switching costs, **owners say their OS is compatible with their devices but other is not**.





Proprietary + Confidential

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. Attributes question: "Which of the following smartphone operating systems would you describe as…?"

**EXHIBIT 1768.R-012**

GOOG-PLAY-011128203



CONFIDENTIAL

**EXHIBIT 1768.R-013**

GOOG-PLAY-011128204



**Drivers Analysis: Likelihood to use iOS (Gen Pop)**

Similarly, **compatibility, enjoyment, ease of use, helpful,** and **fast** are most likely to influence the use of iOS devices. Notably, iOS consistently outperforms Android on **fast** and **high quality** perceptions.

 US

Proprietary + Confidential

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"

**EXHIBIT 1768.R-014**

CONFIDENTIAL

GOOG-PLAY-011128205

## Privacy

An encouraging privacy story: by ownership, **Android is perceived to respect user's privacy** (72%) **almost at parity with iOS** (75%). Concerns and uncertainty with how Android uses personal data are key drivers to a believed lack of privacy.

Proprietary + Confidential  US

### Which phones respect my privacy?



| | March | May | June |
|---|---|---|---|
| iOS owners about | 77% | 77% | 75% |
| Android owners about | 76% | 72% | 72% |
| Gen Pop about (iOS) | 59% | 60% | 62% |
| Gen Pop about (Android) | 61% | 57% | 54% |

Among those who <span style="color:red">don't believe Android respects my privacy</span>, here are the top reasons why:

| Gen Pop | Android Owners | June 2020 responses |
|---|---|---|
| 22% | ▲ 29% | I believe that Android sells my data |
| 21% | 26% | I have seen news stories about Android devices not protecting privacy |
| 20% | ▲ 28% | I don't understand how Android uses my mobile data |
| 16% | 18% | I believe apps on Android devices can access more data than apps on iPhone devices |
| 14% | 17% | I don't understand how my apps use my mobile data |
| 13% | 19% | I believe my data has been taken off my device without my permission |
| 12% | 7% | My family or friends say Android does not protect privacy |
| 25% | 24% | Other |

▲▼ Significant +/ - from previous wave

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"
**Smartphone OS Android security question:** "Why do you think Android devices do not respect your privacy?"

**EXHIBIT 1768.R-015**

## Security

**But a concerning trend for security**: as more iOS owners say their phone is secure, fewer Android owners say the same (quarterly delta increased from -4 ppts to -10 ppts). And **perceived lack of app security continues to rise among those who say Android isn't secure.**



### Which phones are secure?



| | March | May | June |
|---|---|---|---|
| iOS owners about 🍎 | 78% | 76% | 80% |
| Android owners about 🤖 | 74% | 69% | 70% |
| Gen Pop about 🍎 | 60% | 60% | 62% |
| Gen Pop about 🤖 | 61% | 58% | 56% |

### Why people believe Android isn't secure

| Gen Pop | Android Owners | June 2020 responses |
|---|---|---|
| 21% | 22% | I think some Android devices are secure, but others aren't |
| 18% | ▲ 26% | I think that apps downloaded from other app stores, messaging apps, or websites are not secure |
| 15% | 14% | I have seen news stories about Android devices not being secure |
| 13% | 10% | I know someone who has experienced malware on an Android device |
| 13% | 7% | I have heard that Android phones don't receive updates, so they're easier to hack |
| 9% | ▲ 13% | I think that apps downloaded from the Google Play Store are not secure |
| 9% | 8% | I have experienced malware on an Android device |
| 8% | 3% | My family or friends say Android is not secure |
| 33% | 36% | Other |

▲▼ Significant +/- from previous wave

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Smartphone OS perceptions question:** "How much do you agree or disagree with each of the following statements?" **Smartphone OS Android security question:** "Why do you think Android devices are not secure?"

Google

**EXHIBIT 1768.R-016**

GOOG-PLAY-011128207

### Safety & App stores

The trend continues to play out in owner's perceptions of their own app store's safety. That said, **75% of Android Owners say Google Play is a safe place to get apps** even while **less than half are aware of Google Play Protect**.

Proprietary + Confidential    US

#### Which store is a safe place to get apps?





| | March | May | June |
| IOS owners about | 80% | 82% | 84% |
| Android owners about | 78% | 75% | 75% |
| Gen Pop about | 78% | 65% | 67% |
| Gen Pop about | 66% | 64% | 63% |



Have you ever heard of or seen Google Play Protect before today?

| % Aware | March | May | June |
|---|---|---|---|
| Gen Pop | 43% | 39% | 37% |
| Android Owners | 53% | 49% | 46% |

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Smartphone OS perceptions question:** "How much do you agree or disagree with each of the following statements?" Smartphone OS
**Google Play Protect Aware question:** "Google Play Protect is built-in security protections for all certified Android phones. Have you ever heard of or seen Google Play Protect before today?"

**EXHIBIT 1768.R-017**

CONFIDENTIAL



**EXHIBIT 1768.R-018**

GOOG-PLAY-011128209

**Operating System Developer**
Consistent with earlier waves, **less than one-third of Android owners correctly identified Google as the developer of Android** (versus 84% of iOS owners who correctly identified Apple as their smartphone OS developer).

Proprietary + Confidential    US

Who developed the Operating System that runs on your smartphone?

■ Google  ■ Apple  ■ Samsung  ■ Other  ■ I don't know

June 2020

Total Android Owners: 29% | 25% | 20% | 2% | 1%

Total iOS Owners: 84% | 4% | 3% | 0%

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Maker of your OS question:** "Who develops the operating system that runs on your smartphone?"

CONFIDENTIAL

**EXHIBIT 1768.R-019**

GOOG-PLAY-011128210

See the
Brand Pulse
Dashboard
for more at go/il-
tracking



Google

EXHIBIT 1768.R-020

CONFIDENTIAL

GOOG-PLAY-011128211

Proprietary + Confidential

# Appendix

Google

**EXHIBIT 1768.R-021**

CONFIDENTIAL

GOOG-PLAY-011128212

Brand Pulse Questions

# Standard questions & attributes

Proprietary + Confidential 

**Unaided Awareness:** When you think about [Smartphone Operating Systems], what products or brands have you heard of?

**Aided Awareness:** Which of the following [Smartphone Operating Systems] have you heard of? Please select all that apply.

**Familiarity:** How much do you know about each of the following [Smartphone Operating Systems]?

**Interest:** How interested would you be to learn more about each of the following [Product]?

**Consideration:** Including any you might already use, which of the following [Product] would you consider using in the future?

**Use/Purchase Intent:** Which one of the following [Product] would you most likely choose?

**Favorability:** Which best describes how you feel about each of the following [Product]?

**Advocacy:** Which statement best reflects your overall opinion and perceptions towards each brand?

**Trust:** Overall, how much do you trust [PIPE IN BRAND]?

**Primary Usage:** Which of these [Product] that you use are your primary?

Which of the following [Product] would you describe as...?

> Helpful
>
> Fast
>
> Enjoyable to use
>
> Easy to use
>
> Respects my privacy
>
> High quality
>
> Keeps my personal information secure
>
> Gaining in popularity

Google

**EXHIBIT 1768.R-022**

GOOG-PLAY-011128213

Brand Pulse Questions
## Custom attributes & module

Proprietary + Confidential  US

**Which of the following [Product] would you describe as...?**

Innovative

Compatible with devices I own

Modern

Customizable

Accessible to users with disabilities

Works well with Google apps

Helps me control my device usage

Compatible with a 5G network

Trustworthy

Gives me new and exciting experiences

Empowers me

Best platform for 5G

How much do you agree or disagree with the following statement?
**Android phones are secure.**
**Apple iPhones are secure.**

How much do you agree or disagree with the following statement?
**The Google Play Store is a safe place to get apps.**
**The Apple App Store is a safe place to get apps.**

How much do you agree or disagree with the following statement?
Google Play Protect is built-in security protections for all certified Android phones. Have you ever heard of or seen Google Play Protect before today?

How much do you agree or disagree with the following statement? **Android devices are empowering the world. They put the best technology innovations into users' hands.**

[For those who answered 'not secure'] **Why do you think Android devices are not secure?**

[For those who do not agree 'protects my privacy'] **Why do you think Android devices do not protect your privacy?**

Who developed the Operating System that runs on your smartphone?

How much do you agree or disagree with each of the following statements?
**Android phones are innovative**
**Apple iPhones are innovative**

How much do you agree or disagree with each of the following statements?

Google

**EXHIBIT 1768.R-023**