| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**MANUAL FILING NOTIFICATION**<br><br>Judge: Hon. James Donato |

**EXHIBIT 2054**

This exhibit was not filed electronically for the following reason(s):

 ___ Voluminous Document (PDF file size larger than e-filing system allowances)

 ___ Unable to Scan Documents

 ___ Physical Object (description): _____

 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 ___ Item Under Seal

 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

 _X_ Other (description):  native form not accepted by e-filing system_____


 A copy of this exhibit is being maintained in the case file in the Clerk's office. For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.


DATED: December 21, 2023    CRAVATH, SWAINE & MOORE LLP
               Christine Varney *(pro hac vice)*
               cvarney@cravath.com
               Gary A. Bornstein *(pro hac vice)*
               gbornstein@cravath.com
               Timothy G. Cameron *(pro hac vice)*
               tcameron@cravath.com
               Yonatan Even *(pro hac vice)*
               yeven@cravath.com
               Lauren A. Moskowitz *(pro hac vice)*
               lmoskowitz@cravath.com
               Justin C. Clarke *(pro hac vice)*
               jcclarke@cravath.com
               Michael J. Zaken *(pro hac vice)*
               mzaken@cravath.com
               M. Brent Byars *(pro hac vice)*
               mbyars@cravath.com

               FAEGRE DRINKER BIDDLE & REATH LLP
               Paul J. Riehle (SBN 115199)

               Respectfully submitted,

               By: */s/ Gary A. Bornstein*_____
                  Gary A. Bornstein

DATED: December 21, 2023         MUNGER, TOLLES & OLSON LLP
                                 Glenn D. Pomerantz
                                 Kyle W. Mach
                                 Kuruvilla Olasa
                                 Justin P. Raphael
                                 Emily C. Curran-Huberty
                                 Jonathan I. Kravis

                                 Respectfully submitted,


                                 By:  /s/ Glenn D. Pomerantz
                                      Glenn D. Pomerantz

                                 *Counsel for Defendants Google LLC et al.*

DATED: December 21, 2023         MORGAN, LEWIS & BOCKIUS LLP
                                 Brian C. Rocca
                                 Sujal J. Shah
                                 Minna L. Naranjo
                                 Rishi P. Satia
                                 Michelle Park Chiu



                                 By:  /s/ Brian C. Rocca
                                      Brian C. Rocca

                                 *Counsel for Defendants Google LLC et al.*