| | |
|---|---|
| **From:** | Tim Sweeney <░░░░░░@epicgames.com> |
| **Sent:** | Fri, 7 Aug 2020 01:35:16 +0000 (UTC) |
| **To:** | Phil Spencer <░░░░░@microsoft.com> |
| **Subject:** | Re: Apple |

Totally understood! I gather there's a lot going on at Microsoft nowadays. � Anyway, you'll enjoy the upcoming fireworks show.

Tim

> On Aug 6, 2020, at 9:20 PM, Phil Spencer <░░░░░@microsoft.com> wrote:
>
> I owe you a bunch of things and I'm behind. I apologize for that, just a lot going on but that's not an excuse. You've obviously seen our Samsung announce and now our back and forth with Apple. At the highest levels of MS we are committed to pushing on these policies and continuing to expand our console platforms capabilities. You can chime in as you feel comfortable. But I did want to just let you know that I have your point on xCloud on other consoles (haven't given up), F2P outside of Gold (we will get there and I want to partner with you) and our Store entitlement ideas as items I'm going to review with you to make progress. I'm committed to that, just behind.
>
> Hope you are well,
>
> Phil



**EXHIBIT 5497**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    EPIC_GOOGLE_00996910

EXHIBIT 5497-001