

EXHIBIT 5674.R

**EXHIBIT 5674.R-001**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437819.R

# Context & Summary

## Context

- 2 key follow-ups from last meeting:
  - **Billing Policy Update Tactical Plan:** not yet complete. Target completion date: ~8/21, Announcement @ Playtime 10/17
  - **Subs Rev Share Change:** Two options: (1) 30% for 6 months / 15% thereafter or (2) 30% for 12 months / 15% thereafter (Apple, Amazon model)
- Increasing concern that top subscription devs will de-integrate with Play Billing
- Spotify update

## To Discuss Today

- De-integration risk, and potential short-term solutions to mitigate, while we wait for policy change to launch

Google Confidential

**EXHIBIT 5674.R-002**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 5674.R-003**

GOOG-PLAY-000437821.R

# Increasing concern that top subs devs de-integrate

| | Subs Rank (by 2016 spend) | 2016 Spend | Status | Comments |
|---|---|---|---|---|
| LINE MUSIC | 8 | $6M | De-integrated (June 2017) | -Stated 30% rev share too high<br>-We decided not to offer ADAP |
| tinder (Match) | 1 | $46M | Moderate Risk | -Asked if they could launch other payments |
| Dropbox | 9 | $6M | High Risk | -Stated they'll move off Play Billing this week<br>-Asked for 10-15% terms |
| okcupid (Match) | 18 | $4M | Moderate Risk | -Launched CC in addition to GBP |
| badoo | 23 | $3M | Moderate Risk | -Launched CC + PayPal in addition to GPB |
| bumble (Badoo) | 43 | $2M | Moderate Risk | -Launched CC in addition to GBP |

**Primary concern is NOT Play revenue impact, but (1) increased apps billing inconsistency and (2) more difficulty launching policy change**

Google Confidential

**EXHIBIT 5674.R-004**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437822.R

# Options to mitigate de-integration risk

| Option | Risk |
|--------|------|
| **Recommended** — Wait to launch universal **billing policy** and **revenue share change** | More developers de-integrate, making policy change harder and optics worse |
| Offer select devs early access to new subs rev share **terms** (30% for 6 or 12 mo, 15% thereafter), and inform of upcoming policy change | - May be perceived as inconsistent<br>- At risk devs still de-integrate<br>- Increased risk of leaks to press and competitors |
| Launch universal rev share change (30% for 6 or 12 mo, 15% thereafter) *now, prior to* billing policy update | - No longer can bundle rev share change with billing policy update announcement<br>- At risk devs still de-integrate |
| Extend LRAP terms (15% effective immediately) to qualifying devs in other categories | - Increases price pressure (on apps and games)<br>- Rationale unclear<br>- Consideration unclear |

Google Confidential

- 50% chance for Dropbox for option 3.

EXHIBIT 5674.R-005

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        GOOG-PLAY-000437823.R

**Slide 5**

1   Larissa Fontaine (Google), Paul Feng (Google)  feels like optimal solution is to launch the universal billing policy and rev share update,
especially if we can get it done soon. We may lose a few more devs, but we'd avoid short-term fixes (e.g. more aggressive price cuts)
which could create more inconsistency and pricing pressure. What do you think?
Samer Sayigh, 7/31/2017

**EXHIBIT 5674.R-006**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              GOOG-PLAY-000437824.R



EXHIBIT 5674.R-007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437825.R

# Competition: Apple & Amazon @ 30% for 12 months

70/30 rev share model prevalent. Apple & Amazon publicly changed subscription terms

~20% effective subscription rev share is not out of band, when compared to "specialist" competitors

|  | Non-Subs IAP | Subs |
|---|---|---|
| **Facebook (for news)** | N/A | **0%** |
| **Apple** | 70/30 | **70/30 (1st year)** <br> **85/15 (13+ month)** |
| **Subscribe with Amazon** | N/A | **70/30 (1st year)** <br> **85/15 (13+ month)** |
| Amazon (Paid Apps) | 70/30 | |
| Amazon (UG Apps) | $0.002 / minute (varies by geo) | |
| Samsung Galaxy Apps | Standard: 70/30 <br> Galaxy App Partners: 80/20 | |
| OneStore (KR) | 70/30 | |
| Opera Mobile | 70/30 | |
| Yandex (RU) | 70/30 | |
| Airtel Apps (IN) | Free (pays dev $0.15 per install) | |
| 9apps (IN) | Free | |
| SideMe | Varies by FOP | |
| Chinese App Stores | ~50/50; varies by spend tier, form factor | |

| Competing Service | Effective monthly revenue share* |
|---|---|
| **Subscriber Acquisition** (video, music) <br> Affiliates, OEMs, Cable Companies | **10-15%** |
| **Payment Processing & Billing Mgmt** <br> Zuora, Stripe, Chargify, Recurly, Braintree | **3-6%** |
| **Analytics & Reporting** <br> Mixpanel, Flurry, App Annie | **0-1%** |

*Total: 13-22%*

*Competitors use various price metrics: revenue share, subscriptions, and one-time bounties. Table estimates effective monthly revenue share.

Google Confidential

- Presenter: Samer

**EXHIBIT 5674.R-008**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437826.R

# We're leaning towards 30% for 6 month (vs. 30% for 12 months)

## Cons

### Price war risk

- Could trigger race to bottom (w/ Apple & Amazon)

### Higher games contagion

- Increased pricing pressure on games non-recurring IAP
- Increased interest from games in converting to subs business model

### Gives away some margin, but impact isn't substantial

## Pros

### Better helps land billing policy change

- Best offer on the market

### Makes Android platform more attractive

- Acknowledges only a few devs can keep subscribers for 13+ months (data)
- Meaningful benefit for developers, addressing platform monetization gap

### More sustainable

- Less pressure for LRAP-like deals

Google Confidential

**EXHIBIT 5674.R-009**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Potential competitor response to 30% for 6 months / 15% change from Play

Three potential responses from Apple or Amazon:

| **Stay** *(30% for 12 months)* | **Match** *(30% for 6 months)* | **Beat** *(30% for <6 months)* |
|---|---|---|



**Possible**
- Can argue that devs achieve longer sub periods on iOS vs. Android

**Possible**
- May succumb to pressure from developers that Play has better pricing than Apple

**??**
- News pressure?



**Unlikely**
- Competing for developer attention

**Possible**
- Added incentive for devs to integrate with Amazon

**Possible**
- Amazon may be less interested in direct revenue from Subscribe with Amazon

Google Confidential

**EXHIBIT 5674.R-010**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437828.R

# Potential Spend + Revenue Uplift

|  | Total (2 year) | | Total (4 year) | |
|---|---|---|---|---|
|  | *Spend* | *Play Revenue* | *Spend* | *Play Revenue* |
| **Base Case**<br>*(No rev share or policy change)* | $1.7B | $447M | $3.7B | $971M |
| **Rev Share + Policy Change** |  |  |  |  |
| *30 (6 months) / 15* | $2.3B<br>*(+$600M)* | $500M<br>*(+$53M)* | $4.8 - 5.1B<br>*(+$1.1 - 1.4B)* | $1101 - 1221M<br>*(+$130 - 250M)* |
| *30 (12 months) / 15* | | $548M<br>*(+$101M)* | | $1231 - 1471M<br>*(+$260 - 500M)* |

Google Confidential

10

- Presenter: Samer

- Effective Rev Share Assumptions
- 30 (12 months) / 15: 28%
- 30 (6 months) / 15: 25%

**EXHIBIT 5674.R-011**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY           GOOG-PLAY-000437829.R



EXHIBIT 5674.R-012

# Games Impact: 2 risks to consider

| Risk | Risk Assessment | Risk Mitigation |
|---|---|---|
| ① **Games Convert to Subscription** | **LOW** <br> • Subs may appeal to head games due to <u>long non-recurring IAP spend duration</u> *(For top 10 games, buyers take ~11 months to reach 80% of lifetime spend from 1st purchase; detail in appendix)* <br> • However, per Games BD, head games unlikely to <u>fully</u> convert to subs model *(may undermine HVU upside); also,* game subs on Play today have short durations *(1-2 months)* | • Include policy / guidelines about what may be sold via subscription <br> • Keep subs rev share @ 30% for 6+ months |
| ② **Price Pressure on Non-Recurring IAP in Games** | **MEDIUM** | • Develop rationale *(next slide)* <br> • Come up with subs rev share that isn't visible price cut |

Google Confidential

- Presenter: Samer
- John M: Game devs are profit maximizing so they won't switch HVUs down to subscriptions. Also, the "in the moment" purchasing driven by LiveOps can be hard to replicate with a subscription.

**EXHIBIT 5674.R-013**

GOOG-PLAY-000437831.R

# Games

< we need to work with John McGuire on games positioning.... >

Google Confidential

13

**EXHIBIT 5674.R-014**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000437832.R

**Slide 13**

1          Paul to talk to John....

           AI - add the games analysis.
           Paul Feng, 7/28/2017

**EXHIBIT 5674.R-015**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY               GOOG-PLAY-000437833.R



Source: Internal data.

**EXHIBIT 5674.R-016**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437834.R

# Top game titles on Play have reasonably long spend duration (non-recurring IAP)

| | Months since 1st purchase before reaching 80% of total spend on game | |
|---|---|---|
| **Top Game Titles** | **All Buyers** | **High Value Gamers Only** *($1000+ minimum spend on title)* |
| Clash of Clans | 10 | 13 |
| Clash Royale | 5 | 6 |
| Candy Crush Saga | 18+ | 18+ |
| Game of War | 14 | 15 |
| Mobile Strike | 8 | 8 |
| Candy Crush Soda Saga | 15 | 18 |
| Slotomania Free Slots 777 | 18+ | 18+ |
| Star Wars: Galaxy of Heroes | 8 | 9 |
| Pokemon Go | 3 | 6 |
| Clash of Kings | 12 | 12 |
| *Average* | *~11 months* | *~12 months* |

Source: Internal Play Data

**EXHIBIT 5674.R-017**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437835.R

# Top 100 Game Spend Distribution



Source: Internal Play Data

**EXHIBIT 5674.R-018**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437836.R

# Rev share positioning vs. Games

Subs are challenging but worthwhile investment for users / developers / Google

## Ecosystem investment

- Subscriptions help diversify content and experiences for the ecosystem, and that's good for users. We are investing to ensure we have great subscription experiences available for Android users.
- Subscriptions bring in high value new paying users and diversify the user base
- Game developers can also build subscription experiences

## Customer commitment

- Subscriptions require users to make an upfront commitment to pay over many periods, that commitment is hard to earn

## Subscriptions (often) cost more

- Incremental users cost subscription services more because of content fees, etc and the need to provide ongoing content.

Google Confidential

- Presenter: Paul

**EXHIBIT 5674.R-019**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437837.R

# Play transaction costs

| | 2016 <u>Subscription</u> Spend, by FOP | Google Transaction Cost *(% of spend)* |
|---|---|---|
| **Credit Card** | **61%** *(down 5pp from 2014)* | 4.5% to 6.5% |
| **DCB** | **27%** *(down 4pp from 2014)* | 6% to 15%* |
| **PayPal** | **12%** *(up 9pp from 2014)* | 4.5% to 6.5% |
| **Stored Value** | **0%** *(launched March 2017)* | 10.5- 12.5% |

> **2016 weighted average cost for subscriptions = ~7%**

Google Transaction Cost includes transactions fees, chargebacks, & customer support.
* Assume 10% average for DCB. Contracts currently migrating from 15% to 6%.

**EXHIBIT 5674.R-020**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437838.R

# Developer category margins

| Developer Category | Price (per month) | Contribution Margin | Sub Duration (months) | Android Subscriber LTV |
|---|---|---|---|---|
| Video | $10 | 30% | 4 | $12 |
| Music & Audio | $10 | 25% | 6 | $12 |
| News & Magazines | $15 | 60% | 5 | $60 |
| Dating / Social | $25 | 80% | 3 | $60 |
| Health & Fitness | $15 | | 4 | $48 |
| Tools | $10 | | 4 | $32 |
| Productivity | $10 | | 5 | $40 |

Google Confidential

**EXHIBIT 5674.R-021**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000437839.R