| | |
|---|---|
| **Message** | |
| From: | Marc Theermann (Google Slides) [@docs.google.com] |
| Sent: | 12/6/2019 8:37:22 PM |
| To: | Mike Marchak@google.com |
| Subject: | ABK xPA deal term.. Mike Marchak google.com Mike, I know your... |

Marc Theermann marked an action item as done in the following document

ABK xPA deal terms - Dec 2019 _ BC Review

Activision has told us that they will build their own mobile store Tencent has opened up the dialog with Sameer, Sundar, Don Tencent company Epic has done side loading, and turned their Fortnite launcher into the Epic Game store.

Marc Theermann

Mike Marchak @google.com Mike, I know your team has done some risk analysis. Can you please help with this section, and link to the appropriate materials for BC

*Assigned to you*

Purnima Kochikar

This risk is not real. Launching off Play is not a big risk.

Marc Theermann

If this is not the major risk with the Tencent portfolio companies. Then we should outline what the major risks are - if any (perhaps a slow drain via gift card etc).

Purnima Kochikar

Apologies. That was not a productive comment.

We should keep what Activision has told us they would do. And add... Tencent portfolio exploring other business models to take revenues off Play.

Marc Theermann

**New**

*Marked as done*

Open

View files with action items assigned to you

Google LLC,

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

EXHIBIT 5696

CONFIDENTIAL                                                                                         GOOG-PLAY-000521369

EXHIBIT 5696-001