



# Amazon Underground User Experience

November 2015

Confidential and Proprietary

EXHIBIT 5718.R

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575018.R
EXHIBIT 5718.R-001



Installing the Amazon Underground App

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY          GOOG-PLAY-000575019.R
**EXHIBIT 5718.R-002**

# Installing the App from an Android phone:



| Search for "Amazon Underground" | Amazon.com opens, with option to download Amazon Underground | Amazon Underground downloads, and user sees instructions on how to install | User has to go to Settings on their phone | And then select Security |

GOOG-PLAY-000575020.R
EXHIBIT 5718.R-003

# Installing the App from an Android phone:



| User needs to toggle 'Unknown Sources" to on | User receives a security warning | Unknown sources is turned on | Step 2 is to install the apk | User confirm they want to install the app |

GOOG-PLAY-000575021.R
**EXHIBIT 5718.R-004**

## Installing the App from an Android phone:



| A follow-up Google security warning | App is installed | User is prompted to sign-in | User sign-in | Amazon App home page opens |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575022.R

**EXHIBIT 5718.R-005**

## Installing the App from an Android phone:



Drop-down display option to open Underground Apps

Underground section of the store opens

User is prompted to create a home screen shortcut

Amazon App Store now shows up on Home Page

**EXHIBIT 5718.R-006**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575024.R
**EXHIBIT 5718.R-007**



**The Underground Apps Home Experience:**

User can scroll through Highlights row - 10 featured titles

Amazon App Store Shortcut

Apps & Games Home Page

Underground Home Page Clusters: Featured Actually Free Apps and Games; Actually Free Customer Favorites; Apps and Games Biggest Savings; Actually Free Productivity & Lifestyle; Recommended for You, Top Amazon Underground Apps; All Underground

For each cluster you can see 4 titles, and can scroll across 2 times, displaying a total of 12 titles per cluster

GOOG-PLAY-000575025.R

EXHIBIT 5718.R-008

## Underground Apps Clusters:



GOOG-PLAY-000575026.R

**EXHIBIT 5718.R-009**

## Underground Apps Clusters:



**Top Amazon Underground Apps:** ~100 titles listed

**All Underground:** Can sort by new releases, average customer reviews, and bestselling

- No categories
- Clusters do not seem dynamic

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

# The App Detail Page Experience

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575028.R

**EXHIBIT 5718.R-011**

## App Detail Page:



GOOG-PLAY-000575029.R
EXHIBIT 5718.R-012

## App Detail Page:



For apps which are traditionally paid, the original price is displayed and then crossed out.

There is however no break out of IAPs and what the user is saving there.

Developer video embedded in highlights row

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

## Installing An App

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575031.R
**EXHIBIT 5718.R-014**

## Installing An App:



Clicking on "Download" immediately begins download - user is not asked to agree to any permissions

Permissions come after download and before install

App appears in user's App Catalog, but no shortcuts from the Home pages are created

GOOG-PLAY-000575032.R
EXHIBIT 5718.R-015

# App Install Receipt:



User is emailed app acquisition receipt, with up-sell suggestions to similar apps at the bottom

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Making an In-App Purchase

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575034.R

**EXHIBIT 5718.R-017**

## Making an IAP:









When you first open an app with IAP, user receives a notifications that everything in the app will be free

User selects an IAP as normal, and is told that Amazon Underground is getting the item and that they will not be charged. Original price of IAP displayed

User receives email confirmation of purchase

Searching for An App

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575036.R

**EXHIBIT 5718.R-019**

## Searching for a New App:



Search has auto-suggestions

Shows both the Underground app and the Paid app. Underground app is listed first.

Paid app detail page does not mention Underground

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575037.R

**EXHIBIT 5718.R-020**

## Searching for an Already Owned App:



Once in the detail page, recognises user already owns the app

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY