| | |
|---|---|
| **Message** | |
| **From:** | Tim Sweeney [▓▓▓▓@epicgames.com] |
| **Sent:** | 4/10/2020 11:15:24 PM |
| **To:** | Donald Harrison [▓▓▓▓@google.com] |
| **CC:** | Nicole Freeman [▓▓▓▓@google.com] |
| **Subject:** | Re: Invitation: [VC] Don Harrison (Google) & Tim Sweeney (Epic) @ Mon Apr 13, 2020 4pm - 4:30pm (EDT) [▓▓▓▓@epicgames.com) |

Hi Don,

Thanks for your message. Generally, Epic has come to two realizations:

First, that Google puts software downloadable outside of Google Play at an insurmountable disadvantage to software available on Google Play through technical and business measures such as scary and repetitive security pop-ups for downloaded and updated software, restrictive manufacturer and carrier agreements and dealings, coordination with press outlets to plant misleading and stigmatizing stories about competitors, and new efforts such as Google Play Protect to outright block software obtained outside your store.

Second, that out of respect to our customers, Epic should be uniform in our dealings with Apple and Google.

We hope that Google will revise all of its policies and culture of business dealings in the near future to so that all developers are free to reach and engage in commerce with customers on Android and in the Play Store through open services that can compete on a level playing field.

In the meantime, you had said that Google would be happy to have Fortnite on Android under its existing terms, so here we are.

Tim Sweeney


On Apr 10, 2020, at 4:48 PM, Donald Harrison [▓▓▓▓@google.com> wrote:

Hi Tim,

My team just informed me that Epic is planning to publish a compliant version of Fortnite on Play. That is great news and we are looking forward to supporting the launch but this turn of events came as a surprise (at least to me) based on our last few conversations and so I wanted to understand your thinking and expectations. Even if this was a hard decision, I am hopeful we can build on the moment and so going through your expectations for launch, what markets you were focused on etc. would be helpful. Also, as we've discussed, my charter is across Google and so if there are other services (YT, Cloud) I can connect you with, let me know.

That was the purpose of the call - happy to proceed as you see fit and hope you are safe and healthy. Thanks,

Don


On Fri, Apr 10, 2020 at 11:52 AM Tim Sweeney [▓▓▓▓@epicgames.com> wrote:
Hi Don,


EXHIBIT 5735

CONFIDENTIAL
GOOG-PLAY-000783828
EXHIBIT 5735-001

Can we please cover any topics you wanted to discuss in email?

Tim

On Apr 10, 2020, at 2:07 PM, Donald Harrison <███@google.com> wrote:

**You have been invited to the following event.**

### [VC] Don Harrison (Google) & Tim Sweeney (Epic)

Mon Apr 13, 2020 4pm – 4:30pm

meet.google.com/okb-tthm-umg (map)

Join Hangouts Meet
meet.google.com/okb-tthm-umg

Join by phone

More phone numbers

Tim Sweeney@epicgames.com

- Donald Harrison
- Nicole Freeman
- Tim Sweeney@epicgames.com

**more details »**

Tim Sweeney @epicgames.com    **Yes** - **Maybe** - **No**    more options »

Google Calendar

Tim Sweeney@epicgames.com        Tim Sweeney@epicgames.com

https://www.google.com/calendar/

Learn More

<mime-attachment.ics>
<invite.ics>

CONFIDENTIAL

GOOG-PLAY-000783829

EXHIBIT 5735-002