PROJECT KOKORO

# P&E Better Together
# First Draft

**go/p+e**



**Bird Dogs**

*Design Strategy*
Golden Krishna, Magnus Borg, Lily Duraiswami

*Program Manager*
Kelsey Hansen

**Collaborators**

*P&E Strategy*
Tim McDowell

*Android*
Ronald Ho, Hideaki Oshima,
Ravi Palanki, Liza Ma, Vignesh Sachidanandam

*WearOS*
Marc Paulina, Robert Tansley

*ChromeOS*
Shiba Sheikh, Jesse Johnston

*Android Auto*
Fabio Sasso, Roshan Khan

*Google TV*
Rohan Dhing, Philipp Terres

*Ambient*
Russ Matsuo

**Partners**

*P&E Leads*
Sagar Kamdar, Thomas Riedl,
Bjorn Kilburn, Mickey Kataria
Tian Lim, Andrei Lifchits, Travis McCoy
Vince Wu

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908292.R





HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908293.R
**EXHIBIT 5932.R-002**



GOOG-PLAY-002908294.R
EXHIBIT 5932.R-003

This is an early take at a high level

## Possible story,
## Product philosophy,
## And user experience moments.

It's an appetizer of a possible deck.

CONFIDENTIAL · PROPRIETARY

GOOG-PLAY-002908295.R

**EXHIBIT 5932.R-004**

# It's missing a layer down...

## More ideas,
## Many details,
## And pixels.

CONFIDENTIAL + PROPRIETARY

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908296.R

**EXHIBIT 5932.R-005**

We're trying to define the right path
before we go down the path:

## The correct story?
## Is this the correct strategy?
## The correct basics to build upon?

So next time we can go deeper.

CONFIDENTIAL + PROPRIETARY

# Introduction

### The Vision

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908298.R

**EXHIBIT 5932.R-007**



- Voiceover:
- The HTC One launched in 2008, and Android was born!
- It was only available at T-mobile…
- And had 35 apps available through the Android market
- Sources:
- # of apps at launch  - CNN

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



- Voiceover:
- Since then, Android has really grown up!
- Android is now in every country with 2.8B actives and 85% of smartphone units shipped
- Sources:
- Android actives - go/play-central
- 2020 Android Share of Units shipped globally - IDC

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908300.R

**EXHIBIT 5932.R-009**



- Voiceover:
- Android helped build the Google we all know today
- We've extended the OS to tablets, TVs, and cars
- We've built new platforms and bootstrapped ecosystems around watches and laptops,
- And we've enabled at least 8 additional Billion+ user products!

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908301.R

**EXHIBIT 5932.R-010**



- Voiceover:
- But the times they are a changin

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908302.R

**EXHIBIT 5932.R-011**



- Voiceover:
- Android is losing share to iPhone, particularly in the mass premium and premium segments with phones >$400)

- Source: Android Staples, Q2 2020 via IDC

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908303.R

**EXHIBIT 5932.R-012**



- Voiceover:
- Users historically flocked to Android because of the superior value we provided for the price as well as better choice and customization….
- ….while Apple won on Security, Brand, and x-device compatibility
- Source: Greenheart Brand Relevance Study & Android Brand Tracker 2019, Source deck
- *Consistent gap magnitude from '17-'19 (Marketing Analytics - Android Insights team)

GOOG-PLAY-002908304.R

**EXHIBIT 5932.R-013**



- Voiceover:
- But now Apple is closing in on Android's few remaining strengths….
- With the release of the $399 iPhone SE and iOS 14+ feature drops focused on greater customization

- Source: Greenheart Brand Relevance Study & Android Brand Tracker 2019, Source deck
- *Consistent gap magnitude from '17-'19 (Marketing Analytics - Android Insights team)



- Voiceover:
- We're losing users to Apple's beloved and sticky ecosystem, and the effects grow the more devices a user buys
- Over 95% of users who own 3 or more Apple device won't consider switching phone OSs
- While users owning multiple Android devices are actually less likely to promote the Android brand!
- Sources:
- Android Staples, 2019Q4 via Asymco, Cantar, Apple Public Reports - # of users not considering another OS for their next phone purchase
- Kantar, Q2 2020 - more Android devices owned means flat NPS

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908306.R

**EXHIBIT 5932.R-015**



- Voiceover:
- Apple's ecosystem stickiness comes from their products feeding off of and enhancing one another….

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908307.R

**EXHIBIT 5932.R-016**



- Voiceover:
- Our partners are doing their best to meet users' increasing expectations for how their ecosystems of devices should work well together
- And we're seeing great innovation from the Samsungs, Xiaomis and Oppos of the world
- However going it alone is producing additional fragmentation within the broader Android ecosystem
- They are begging for direction, since we haven't painted a compelling cross-Google story

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908308.R

**EXHIBIT 5932.R-017**



OUR SUCCESS    OUR REALITY    A NEW STRATEGY

# So where do we go next?

CONFIDENTIAL + PROPRIETARY

- Voiceover:
- So where do we go next?

GOOG-PLAY-002908309.R

**EXHIBIT 5932.R-018**



OUR SUCCESS          OUR REALITY          **A NEW STRATEGY**

# We have much to gain from becoming **Better Together**.



*An ecosystem with benefits beyond those offered by standalone products*

CONFIDENTIAL + PROPRIETARY

- Voiceover:
- We believe "Better Together" has four main benefits to Google

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908310.R

**EXHIBIT 5932.R-019**



- Voiceover:
- First, we need to meet users rising expectations, as Better Together becomes table stakes

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908311.R

**EXHIBIT 5932.R-020**



OUR SUCCESS    OUR REALITY    **A NEW STRATEGY**

Meet users rising expectations,

# Slow share loss,

CONFIDENTIAL + PROPRIETARY

- Voiceover:
- Second, we need to stem the bleeding from Android mobile

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908312.R

**EXHIBIT 5932.R-021**



OUR SUCCESS      OUR REALITY      A NEW STRATEGY

Meet users rising expectations,

Slow share loss,

# Limit ecosystem fragmentation,

CONFIDENTIAL + PROPRIETARY

- Voiceover:
- Third, let's limit ecosystem fragmentation as islands of Samsung, etc. devices emerge

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908313.R

**EXHIBIT 5932.R-022**



OUR SUCCESS        OUR REALITY        **A NEW STRATEGY**

Meet users rising expectations,

Slow share loss,

Limit ecosystem fragmentation,

## Give our emerging platforms oxygen,

CONFIDENTIAL + PROPRIETARY

- Voiceover:
- And finally, we need to be able to rely on Android for the health and growth of our other platforms

GOOG-PLAY-002908314.R
**EXHIBIT 5932.R-023**



- Voiceover:
- Let's build user loyalty not just for point devices, but for our ecosystem

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908315.R

**EXHIBIT 5932.R-024**



OUR SUCCESS          OUR REALITY          **A NEW STRATEGY**

# How might we turn this around?

## What are the building blocks to start now?

CONFIDENTIAL + PROPRIETARY

-   Voiceover:
- So how might we achieve Better Together?

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908316.R
**EXHIBIT 5932.R-025**



- Voiceover:
- Our x-functional team will walk you through three pillars to show you how….
- First, we need to make a great first impression

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908317.R

**EXHIBIT 5932.R-026**



- Voiceover:
- Then, let's create cross-platform moments that delight our users

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908318.R

**EXHIBIT 5932.R-027**



- Voiceover:
- And then deepening these cross-device connections to create an ecosystem our users can't imagine being without

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908319.R

**EXHIBIT 5932.R-028**



- Thanks, Tim
- As Tim shared, myself, Shiba, and Marc will be discussing the first principle that foremost, we need to make a great first impression

**EXHIBIT 5932.R-029**



- People no longer think of devices as singular, standalone units, but as part of something larger
- They are looking for technology that not only makes their lives easier, but also fits into their existing network of devices
- In fact, "how well it connects to devices in my tech setup" is the #1 driver for people considering a new device

- <u>Source</u>

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908321.R

**EXHIBIT 5932.R-030**



- When people invest their time, energy and money into a Google ecosystem device, we have limited opportunities to incite delightful discovery
  - Reasons a person might go on to appreciate their decision to join our ecosystem, to remain loyal to it, and even promote it to friends and family
- One such opportunity is setup, which is foundational to setting users up for long term success and satisfaction,
- Setup helps answer users questions around the four pillars shown at the bottom of this illustration, including...
  - Device discovery - "What's being set up?"
  - Connecting & provisioning - "Let's get it online"
  - Education - "Teach me how to use it"
  - Services & settings - "Personalize my device for me & my household"

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908322.R

**EXHIBIT 5932.R-031**



- Despite the fact that setup is foundational, it's increasingly difficult to onboard to a single device, let alone to adopt our broader ecosystem
- Using (minimal necessary) taps as an example proxy, as device functionality has grown, so too has the time and effort needed to get that device set up
- This is not intended to pick on any one product area, but rather call attention to the increasing friction users face when adopting Google-powered technology

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908323.R

**EXHIBIT 5932.R-032**



- The fact is, as people scale their device ecosystem, that friction becomes impossible to ignore
- Today, the more Google ecosystem devices a person purchases, the more frictionful setup becomes…
  - Again, using taps in the setup flow as an example proxy…
  - Buy an Android phone, a Chromebook, and connect the former to your car, and these flows are cumulative (26+21+17 = 64 taps)
- This is undeniably Google's Achilles' heel, and it's finally time we did something about it

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908324.R

**EXHIBIT 5932.R-033**

HELLO   BETTER   TOGETHER

How might we

# Make new device setup our strength?

CONFIDENTIAL + PROPRIETARY

- So we ask… how might we make new device setup our strength?

**EXHIBIT 5932.R-034**



- Today, when you get a new Google device (eg. An Android TV or a Chromebook),
- you may not even know it can work with your other Google devices...

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908326.R

**EXHIBIT 5932.R-035**



- What if we embraced that moment, brought some joy to adding another device from our ecosystem

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908327.R

**EXHIBIT 5932.R-036**



- For someone who already has an Android device, imagine when you turn on a new Chromebook to setup….there is a celebration of your new device.

- Implicitly establishing a relationship between them and reducing the number of steps it takes to get started!

**EXHIBIT 5932.R-037**



- The same moment that could occur across our entire ecosystem. So the next time you get a new device we build on the same experience...

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



- And in that moment, with a simple confirmation make setup fast and seamless : Syncing GAIA and installing apps that are optimised for the new device you're setting up

GOOG-PLAY-002908330.R

**EXHIBIT 5932.R-039**



- Why limit this to just the phone, maybe setup even via your watch?

GOOG-PLAY-002908331.R
EXHIBIT 5932.R-040



- Or maaaybe even through voice? Syncing our voice training model to setup any new device a user adds to Google ecosystem.

GOOG-PLAY-002908332.R
**EXHIBIT 5932.R-041**



- After you connect with your device, it may oddly know nothing about you.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908333.R

**EXHIBIT 5932.R-042**

HELLO    BETTER    TOGETHER

DELIGHTFUL DISCOVERY    SEAMLESS SYNC

# What if like a good friend, Google remembered what you told it about you?

CONFIDENTIAL + PROPRIETARY

- What if like a good friend, Google remembered what you told it about you?

- A good friend remembers the secrets we tell them, why doesn't Google?
- (Michael DelGaudio from TV told us this, we could give him a shoutout when presenting)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908334.R

**EXHIBIT 5932.R-043**



- What if Google could help you get connected by passing your Wifi credentials along

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908335.R

**EXHIBIT 5932.R-044**



- And pass along your apps and permissions so you can immediately get started with your favorite services without having to find it, install it and log in

GOOG-PLAY-002908336.R

**EXHIBIT 5932.R-045**



- And set up seamless connections to your peripherals like the pixel buds

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908337.R

**EXHIBIT 5932.R-046**

HELLO        BETTER    TOGETHER                              DELIGHTFUL DISCOVERY            SEAMLESS SYNC

# A delightful first impression the moment a new Android device says Hello.

- We can make a delightful first impression.
- From the moment your devices recognize each other
- To delightful ways to authenticate users, from voice and biometrics, to simply using other authenticated devices like your Google watch
- We can seamlessly set up your peripherals like the pixel buds
- And even pass along your preferences, apps and permissions so there is nothing in the way of getting things done with all of your devices.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908338.R

**EXHIBIT 5932.R-047**



- Once we've established a solid connection between devices, this second pillar 'Better' is all about daily interactions users have across these devices

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908339.R

**EXHIBIT 5932.R-048**



- A lot in this pillar is based on the simple recognition that every device is best at something
- So devices can complement each others capabilities

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908340.R

**EXHIBIT 5932.R-049**



HELLO **BETTER** TOGETHER

# It's something our users value:
# Seamless, multi-device experiences.

*"The phone + laptop were found to the most popular and most frequent hub and spoke combination with phone + TV following."*

UXR Report: Project PTOLEMY

CONFIDENTIAL + PROPRIETARY

- What we see in UXR is that users value the comfort they get when they can move seamlessly between devices
- so hub and spoke relationships can emerge

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908341.R

**EXHIBIT 5932.R-050**



- Obviously our competitors realize that as well

- While on the Apple end of the spectrum these experiences are super seamless
- In the Android world, we rely a lot on Chrome as a fallback, which is nowhere near as seamless
- And in some way Microsoft with their "Your Phone" app is doing a better job than we are in our own ecosystem

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908342.R

**EXHIBIT 5932.R-051**



- So these are small features individually but their aggregate value for users is a huge opportunity for our ecosystem
- Because there are billions of users that don't want to limit themselves to a single OEM
- The right features at the OS level could act like glue that makes our ecosystem stickier
- So how could these features like?

**EXHIBIT 5932.R-052**

HELLO   **BETTER**   TOGETHER

**How might we**

# Make our daily interactions better across multiple devices?

CONFIDENTIAL + PROPRIETARY

- HMW make daily interactions better across multiple devices?

GOOG-PLAY-002908344.R

**EXHIBIT 5932.R-053**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908345.R
**EXHIBIT 5932.R-054**

HELLO   **BETTER**   TOGETHER

HANDOFFS

DEVICE HARMONY

# What if we could provide users the ability to easily handoff tasks to another device?

CONFIDENTIAL + PROPRIETARY

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908346.R

**EXHIBIT 5932.R-055**



- Workout timw!
- Tv starts automagically
- HANDOFF
- Mention ongoing effort

- HANDO

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908347.R

**EXHIBIT 5932.R-056**



- Universal Clipboard
- Copy text on phone,
- paste on Chromebook
- (find the related deck in the
- Setting up for success sheets)

**EXHIBIT 5932.R-057**



EXHIBIT 5932.R-058



- Some of these use cases can be more on the delightful side than productivity
- You come home from a workout through your Fit watch > TV recognizes that and provides more value

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908352.R

**EXHIBIT 5932.R-061**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908353.R

**EXHIBIT 5932.R-062**



GOOG-PLAY-002908354.R

EXHIBIT 5932.R-063



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908355.R

**EXHIBIT 5932.R-064**

GOOG-PLAY-002908356.R

**EXHIBIT 5932.R-065**

HANDOFFS

**DEVICE HARMONY**

# If our ecosystem knew what's active,

# We could even put others to sleep, extending battery life from hours to days.



HELLO   **BETTER**   TOGETHER

HANDOFFS

**DEVICE HARMONY**

# We can make daily tasks better when we bring continuity with the other devices in our ecosystem.

CONFIDENTIAL + PROPRIETARY

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908359.R

**EXHIBIT 5932.R-068**



- An ecosystem you can't imagine being without.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5932.R-069**



**EXHIBIT 5932.R-070**



EXHIBIT 5932.R-071



- Realistically we will depend on our ecosystem partners to deliver the punch of Better Together to the masses. And also to be able to justify our investments.

- https://www.statista.com/statistics/299618/tablet-shipments-samsung/ 7 Mil Q2 '20
- https://www.statista.com/statistics/273268/worldwide-tablet-sales-by-operating-system-since-2nd-quarter-2010/ 23.6 Mil Q2 '20
- https://docs.google.com/presentation/d/1fXvuFg3uhNB3lPgY7IpE2_hf0_NSo7D6bwtiRvxVms8/edit#slide=id.g40439a9937_2_1210

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908363.R

**EXHIBIT 5932.R-072**

HELLO      BETTER   **TOGETHER**

## How might we

# Build momentum together with our diverse partners?

Justify our longer term investments

Strengthen the ecosystem as a whole

Lessen fragmentation

CONFIDENTIAL + PROPRIETARY

GOOG-PLAY-002908364.R
**EXHIBIT 5932.R-073**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

HELLO        BETTER        **TOGETHER**

**ROBUST APIs**          AWARENESS

# What if even partner devices knew when they could work together with the help of Robust APIs?

CONFIDENTIAL + PROPRIETARY

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908366.R

**EXHIBIT 5932.R-075**







- https://docs.google.com/presentation/d/1KkdNwW_efHJA5alJNKZwtLXYusPOGkIXeR5UszkKuSE/edit#slide=id.gd4fe7f8d5_0_0 go/subtlerevolution
- https://www.bizjournals.com/boston/blog/techflash/2015/09/irobots-smartest-robotic-vacuum-debuts-after-well.html#:~:text=Angle%20said%20%22well%20over%22%20%24100,field%20of%20robotic%20mapping%20technology.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



- 2018 https://screenshot.googleplex.com/3SVNHQQw23jSbEP

- 2015 https://docs.google.com/presentation/d/1n1p_H9qJ1adxg2Z1hBgy-gP3yWmAdAD6gLULRdBPm8U/edit#slide=id.g3586d2045_09

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908370.R

**EXHIBIT 5932.R-079**

HELLO        BETTER        **TOGETHER**

ROBUST APIs                **AWARENESS**

# What if we brought our ecosystem together by increasing **awareness** of Better Together experiences?

CONFIDENTIAL + PROPRIETARY

**EXHIBIT 5932.R-080**





GOOG-PLAY-002908373.R

**EXHIBIT 5932.R-082**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



- (purchase flow marketing, works with many devices, support for X years)

- And even on purchase flows and show how that it works better together with other devices too,

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908375.R

**EXHIBIT 5932.R-084**



- \

GOOG-PLAY-002908376.R
**EXHIBIT 5932.R-085**

HELLO      BETTER      **TOGETHER**

# To succeed, we need to build momentum together with our partners.

*Invest in foundational building blocks*

*Tell the story to our consumers*

GOOG-PLAY-002908377.R
**EXHIBIT 5932.R-086**

# Here To There

## Technical roadmap

- An ecosystem you can't imagine being without.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908378.R

**EXHIBIT 5932.R-087**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908379.R

**EXHIBIT 5932.R-088**

- There are a whole host of solutions we provided here, and we tried to organize it and see how we can build against this end goal and parallelize some of this investments in a way that each progression builds on one another
- This also helps to see what clams we can make along this journey based on the experience and hardware we enable.
- _____
- Reference: Seamlessly Multidevice - (from https://docs.google.com/presentation/d/1XYs9SwWwwNTj_rWRgHnb9rMvN4XN5e-JAP5OLUiE6js/edit#slide=id.g95af7c5369_0_509)

GOOG-PLAY-002908380.R

**EXHIBIT 5932.R-089**



- There are a whole host of solutions we provided here, and we tried to organize it and see how we can build against this end goal and parallelize some of this investments in a way that each progression builds on one another

- This also helps to see what clams we can make along this journey based on the experience and hardware we enable.
- _____
- Reference: Seamlessly Multidevice - (from https://docs.google.com/presentation/d/1XYs9SwWwwNTj_rWRgHnb9rMvN4XN5e-JAP5OLUiE6js/edit#slide=id.g95af7c5369_0_509)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908381.R

**EXHIBIT 5932.R-090**



- There are a whole host of solutions we provided here, and we tried to organize it and see how we can build against this end goal and parallelize some of this investments in a way that each progression builds on one another
- This also helps to see what clams we can make along this journey based on the experience and hardware we enable.
- _____
- Reference: Seamlessly Multidevice - (from https://docs.google.com/presentation/d/1XYs9SwWwwNTj_rWRgHnb9rMvN4XN5e-JAP5OLUiE6js/edit#slide=id.g95af7c5369_0_509)

**EXHIBIT 5932.R-091**

# Summary

- An ecosystem you can't imagine being without.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



- Voiceover:
- We're losing users to Apple's beloved and sticky ecosystem, and the effects grow the more devices a user buys
- Over 95% of users who own 3 or more Apple device won't consider switching phone OSs
- While users owning multiple Android devices are actually less likely to promote the Android brand!
- Sources:
- Android Staples, 2019Q4 via Asymco, Cantar, Apple Public Reports - # of users not considering another OS for their next phone purchase
- Kantar, Q2 2020 - more Android devices owned means flat NPS

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908384.R

**EXHIBIT 5932.R-093**

# How might we turn this around?

**What are the building blocks to start now?**

**What technologies we already have, can we build upon?**

CONFIDENTIAL + PROPRIETARY

- Voiceover:
- So how might we achieve Better Together?

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908385.R

**EXHIBIT 5932.R-094**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908386.R

**EXHIBIT 5932.R-095**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908387.R

**EXHIBIT 5932.R-096**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



- Voiceover:
- Let's build user loyalty not just for point devices, but for our ecosystem

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908389.R

**EXHIBIT 5932.R-098**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-002908390.R

**EXHIBIT 5932.R-099**



**EXHIBIT 5932.R-100**