

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 5941.R

GOOG-PLAY-003330183.R

EXHIBIT 5941.R-001

**TL;DR**

# iPhone is an even bigger problem than you think.

==Apple's product consistently delivers—full stop.== Once Gen Zers are iPhone users, in-group tools like iMessage, AirDrop, FaceTime and iCloud hook them for life.

On the emotional side, Apple is a lifestyle brand with unparalleled social cachet and desirability. On the functional side, it's a great ecosystem.

And it's not all $1000 phones. ==Apple is thriving in resale and mid-market, and they're enticing Gen Zers with accessories like AirPods and the Apple Watch.==

10

**android** 

> I was using Android before when I started high school but there are capabilities only iPhone can do like AirDrop, iOS and the apps. My friends were using iPhones more and more. I was jealous, so I asked my parents to get me one.
>
> Gonda, 18, Tokyo

> I feel like the different products that Apple offers are so current in pop culture and general day-to-day life so it feels that you need it more. Once you get into buying an Apple product it's hard to get out.
>
> Cherice, 22, London

> If you do have a phone that is not an iPhone, you get labeled as poor or all these bad things...which is not true.
>
>  Ryan, 17, Cincinnati

2020 | Confidential: Platforms & Ecosystems Global Brand Team

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003330192.R

EXHIBIT 5941.R-010

TL;DR

# Play isn't helping Android.

We haven't built a brand yet, and it shows.

**But does it even matter if…**

→ We don't have some of ==the apps and games Zers care about==, and

→ The ones we do have are ==cringy and don't work== as well?





"My first phone was a Sony Xperia. My friends all had iPhones and I couldn't play games with them. So then I got an iPhone 5S. The camera quality was better and I could download more apps."

Ollie, 16, London



"There are many, many apps on Play but there are some risky apps. Google Play store doesn't have scrutiny, it's easy to put apps on it. Apple store has scrutiny for its applications."

Hataya, 15, Tokyo



"You're going to find most of the apps that are popular and everything on Apple. I rarely see any apps I desire on Play."

Kayla, 17, Cincinnati

11

2020 | Confidential: Platforms & Ecosystems Global Brand Team

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003330193.R

EXHIBIT 5941.R-011