

# Android Feature Audit

go/Android-Feature-Audit

Android Product Marketing

Jason Fass　　　Sarah Scharf　　　Ty Booyzen



**EXHIBIT 5945.R**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003331888.R
**EXHIBIT 5945.R-001**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003331933.R

EXHIBIT 5945.R-046