# GMS apps on Low RAM - leadership update

Teddy Wonderwosen, Madan Ankapura @  |  25, May 2016  |  Google Confidential

go/gmslite-ilio-leader
go/gmslite-ilio

Google Confidential

- Hi -

EXHIBIT 5963.R

# Agenda

**A. Background**

**B. Core GMS app status for Svelte Devices**

**C. Introducing the Budget**

Google Confidential

GOOG-PLAY-003687134.R

**EXHIBIT 5963.R-002**



- There are 3 distinct pillars for Android to be still relevant in the entry level.

- Today we will focus on the overview/status of the app teams outside of Android PA. This effort coupled with the performance standup that Dave Burke's team is running will help bring to market a svelte device with GMS. The details of the device itself are not finalized but we do have few ideas that we can touch later, or come back with a more concrete plan.



- Team has been busy with 2 initiatives driven by outside of the app teams - SYSTEM HEALTH which is tied to launchcal bit & PRIMES which is to track instrumentation

**EXHIBIT 5963.R-004**

# Today, OEM's options for shipping GMS on 512 MB devices are not ideal ...



GMS 3.1 bundle

*All* 8 Apps are part of an "all apps, or nothing" pre-install bundle ...

... so, OEMs' **choice** becomes:
a)  1 GB *with* GMS *OR*
b)  512 MB *without* GMS

Performance/usage on Svelte is *not acceptable*

... So, Today BDs / TAMs recommend **NOT** shipping GMS w/ 512 MB ...

... but we want to be able to recommend and support 512 MB *with* GMS!

Google Confidential

- CDD allows 512MB with GMS (Svelte) but performance on Svelte is not acceptable - so, BDs / TAMs recommend NOT shipping GMS with 512 MB of RAM ..
- For example, the Pamoja (Africa) device was originally intended to launch with 512 MB, but ultimately launched with 1GB via a $2 subsidy to the OEM for the additional RAM ..
- Basically then, OEMs' choice becomes: a) ship 1GB with GMS OR b) ship 512 MB without GMS .. both of these options are commercially viable to OEMs, so its us who needs to ensure that they are incentivized and officially encouraged to ship 512 MB devices with GMS (Svelte).

GOOG-PLAY-003687137.R

**EXHIBIT 5963.R-005**

# We have been talking to ALL Core GMS Apps teams ...

**A. 1:1s w/ Apps Eng/TLs :** fact finding

**B. Roadshow #1 :** w/ Apps TLs (w/ PRIMES)

**C. App TL Summit :** Svelte/GMS Lite apps update

**D. Roadshow #2 :** w/ Apps TLs/Leadership [ongoing]

**E. Android Leadership PR :** Svelte/GMS Lite [today]

Google Confidential

GOOG-PLAY-003687138.R

**EXHIBIT 5963.R-006**

# Agenda

**A. Background**

**B. Core GMS app status for Svelte Devices**

**C. Introducing the Budget**

Google Confidential

CONFIDENTIAL

GOOG-PLAY-003687139.R

**EXHIBIT 5963.R-007**

# State of GMS Apps progress ...

Blue = Using Lite App #s, assuming pre-install for Svelte
Purple = Missing in PRIMES - Procstats #s used

Source & Scoring/Weighting:
APE/PRIMES/B4B_GMS Lite Apps Tracker

| Weights | 170.00 | | 2.5 | 35 | | 10 | 10 | 10 | 10 | 10 | 10 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| App | APE w/ B4B (max = 135) | APE w/ B4B Score % | Target Date | Use is LowRAMDevice() Multiplier | isLowRAMDev ice() Multiplier | PRIMES Play D/L Patch Size Monthly* | LDPI Disk Size | PRIMES Median APK on Low RAM | PRIMES Low RAM FOREGROUND RAM* | PRIMES Low RAM BACKGROUND RAM* | PRIMES Low RAM BG/FG Ratio | Active Global User Penetration on Low RAM | PRIMES RAM APK? | TikTok / Stitch? | Top EM App | Uninstall Rate | Telephony Manager | GCM | Memory Class | Intent Device Low Storage | Intent Network Usage | Job Scheduler | App Compat Support Library | Material Design Score |
| Ideal | | | Q3'16 | Yes | | 5.00 | 24.00 | 15.00 | 31.00 | 19.00 | 0.61 | 100% | Production | Yes | | | | | | | | | | |
| AGSA | 128.62 | 75.66% | Q2'17 | Yes | 1 | 18.95 | 56.37 | 47.20 | 45.85 | 42.89 | 0.94 | -56% | Production | No | TRUE | 11% | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0.9 |
| Calendar | 97.26 | 57.21% | — | Yes | 0.33 | 10.01 | 30.00 | 22.48 | 22.49 | 19.74 | 0.88 | -93% | Production | No | FALSE | 9% | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 0.5 |
| Chrome | 116.48 | 68.52% | Q4'16 | Yes | 1 | 15.97 | 83.59 | 42.04 | 58.72 | 37.37 | 0.64 | -60% | Not Planned | No | TRUE | 14% | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0.5 |
| Drive | 134.16 | 78.92% | Q2'17 | Yes | 1 | 7.78 | 32.60 | 19.83 | 28.99 | 26.14 | 0.90 | -79% | Production | No | FALSE | 14% | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0.8 |
| Gmail | 127.52 | 75.01% | — | Yes | 1 | 10.04 | 19.88 | 17.32 | 32.29 | 31.33 | 0.97 | -73% | Production | No | FALSE | 14% | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0.6 |
| Google + | 129.95 | 76.44% | — | Yes | 0.33 | 12.95 | 36.89 | 23.22 | 23.55 | 20.53 | 0.87 | -1% | Production | Yes | FALSE | 20% | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.8 |
| Hangouts | 115.67 | 68.04% | Q2'16 | Yes | 0.33 | 13.42 | 45.46 | 28.23 | 35.45 | 31.38 | 0.89 | -40% | Production | No | FALSE | 22% | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0.5 |
| Maps | 89.32 | 52.54% | — | No | 0 | 19.32 | 46.90 | 33.10 | 51.87 | 49.27 | 0.95 | -78% | Production | Yes | TRUE | 12% | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0.8 |
| Photos | 134.42 | 79.07% | — | Yes | 1 | 14.60 | 41.62 | 24.18 | 35.61 | 33.65 | 0.94 | -85% | Production | No | FALSE | 23% | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0.8 |
| Play Movies | 126.37 | 74.34% | — | Yes | 0.33 | 7.34 | 17.73 | 10.60 | 37.67 | 19.02 | 0.00 | -44% | Pending | Yes | FALSE | 19% | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0.7 |
| Play Music | 127.54 | 75.02% | — | Yes | 0.33 | 16.01 | 28.84 | 13.78 | 20.43 | 16.52 | 0.00 | -35% | Pending | No | FALSE | 0% | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0.8 |
| Play Store | 113.11 | 66.54% | Q3'16 | Yes | 0.33 | 6.29 | 25.55 | 12.58 | 45.07 | 44.48 | 0.99 | -57% | Production | No | TRUE | 16% | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0.8 |
| YouTube | 102.26 | 60.15% | Q1'17 | No | 1 | 11.74 | 32.68 | 22.00 | 47.27 | 46.62 | 0.99 | -59% | Production | No | TRUE | 16% | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0.8 |
| Webview* | 40.16 | 50.19% | — | Yes | 0.33 | 18.13 | 54.72 | 34.20 | — | — | — | | Not Planned | No | — | 3% | — | 1 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Average | | 70% | | Averages | | 12.65 | 38.32 | 24.35 | 37.33 | 32.23 | 0.77 | -58% | | | | | | | | | | | | |
| | | | | Medians | | 12.95 | 32.68 | 22.48 | 35.61 | 31.38 | 0.90 | -59% | | | | | | | | | | | | |

## Goal = 85+ for each app and 85+ average for all apps

Google Confidential

- APK and Size on Disk is measured on-device on an mdpi (typical Svelte type device) device..
- For teams with a Lite version of their app, the Lite app's #s are used in luei of the Main app's #s..
- RAM is measured via PRIMES instrumentation - for those teams who've implemented in either the Production or Alpha/Dogfood Play channels .. It is the median determined from the app usage of opt-in users ..
- For teams with a Lite version of their app, RAM #s are used in luei of the Main app's #s..
- Server/Client optimizations - Server Side example: rendering browser content on the server and serving the content as a compressed image to the user;
- Client Side example: allowing photos to be taken without the need to upload the photo or any related data to the cloud, and allowing features on the client-side like auto-awesome instead of requiring the image be sent back to our servers to enhance then sent back ..
- isLowRAMDevice() - Usage of the isLowRAMDevice() flag to hide / degrade 1 or more features / capabilities in the app — as for specifics, we're currently beginning to track how each of the apps teams are utliizing this flag and plan to share them broadly to encourage more usage where applicable ..

CONFIDENTIAL

GOOG-PLAY-003687140.R

**EXHIBIT 5963.R-008**

# Evaluating Apps on Svelte - what metrics did we use?

Lite Initiative Exists?

Lite Target by Q4?

Efficient / Separate APK Reductions

In-App Data Usage

Using is Low RAM Device()

Recent APK Patch Size

BRIIM Usage Ratio (Min/User) RAM Uninstall Rate

**PRIMES** Median / Lite BG

**PRIMES** Instrumented?

Google Confidential

- Why did we choose these metrics?
- Lite Initiative: Having a Lite Initiative is a key driver for significantly reducing RAM, Update Size, On-Disk Size, and other critical metrics
- Lite Target Date: Since we hope to initiate and launch a device program, as well as since we have SoCs / Partners looking for a GMS Lite bundle, a Target Date is key to having sufficient visibility to bring a device program and related outputs to bear by EOQ4'16;
- Efficient/Seperate APK: Lite APK is <= 14MB and/or can run separate from its Main app counterpart — Lite apps that rely on Main apps don't address the Disk Size or APK Update size issue when considered on aggregate;
- In-App Data Usage: Reducing data/bandwidth use while in-app is a critical consideration for Svelte devices because these devices are of course in BRIIM/NBU regions where data availability is generally very limited and costs are high relative to per capita income;
- Using isLowRAMDevice(): Reducing RAM footprint on Svelte devices (all are low in RAM ~ 512 MB) by specifically turning features on/off is

GOOG-PLAY-003687141.R

**EXHIBIT 5963.R-009**

- critical to improving performance and reducing jank;
- Recent APK Update Size: A core consideration for enabling updates on Svelte devices in BRIIM/NBU regions is size of the APK update. Additionally Play is rolling out BSDiff based updates which will help reduce update size;
- Latest MDPI/Lite Disk Size: Size of the app on disk is important considering most active Svelte/MDPI devices have just 4GB on-device storage - after system and GMS app files, its typical that there is < 2GB of space left for the user's apps/content;
- PRIMES Median/Lite App RAM: RAM is the cornerstone of performance on Svelte devices - instrumenting PRIMES and measuring RAM usage on Svelte devices is critical to meeting a <= 40MB footprint;
- BRIIM Usage Ratio: Based on minutes of use per user, this is the ratio of Usage in Non-BRIIM/NBU countries to usage in BRIIM/NBU countries - ideally, the number should be 1 - a smaller ratio indicates lower usage in regions where Svelte devices are highly prevalent;
- Uninstall Rate: Uninstall rate north of a couple percent may indicate low usage - rates will be even higher in BRIIM/NBU countries, signifying low use/usefulness in those regions for the app, though it still sits pre-loaded taking up disk space in both the system and user partition (2x the actual size);
- PRIMES Instrumented: Instrumenting PRIMES is critical to facilitating a single platform and dashboard view for RAM, APK, Data, Battery, and Crash information across all 1P Apps, as well as very helpful to teams in their performance reduction efforts - especially for teams who don't have their own performance measurement instrumentation already;

GOOG-PLAY-003687142.R

EXHIBIT 5963.R-010

# Support and advocacy Asks from Android Leadership ...

+ **GMSCore:** Support Audit of GMS Services and continue to optimize efforts to reduce RAM

+ **Hangouts:** Support replacing Hangouts with Fireball(Allo) on Svelte devices only [proposal in-flight]

+ **Maps:**           Reduce APK on-device/update size;
          Move more features behind lowram flag;

+ **YouTube:**           Use isLowRAMDevice() in YouTube main app, to support existing svelte userbase;
          Allow Mango to replace YT Main app in svelte devices like Allo [YT prefers not to cannibalize main app]

+ **Play:** Filtering support needed to target Svelte devices for GMS apps like YT [prioritization needed]

+ **Chrome:**           Allow monochrome to be preloaded only without webview on new devices [per grace, confirmed];
          Help reduce BG RAM usage to <=20MB & On-Disk size to <=25MB for svelte devices [pre grace, not currently feasible];

+ **AGSA:**           Move more features behind lowram flag like VoiceSearch & Now;
          Help reduce BG RAM usage to <=20MB and reduce APK Disk Size to <= 25MB;

+ **Photos:**           Reduce to/release reduced 14MB APK (potentially as Lite version); Reduce BG RAM use to <= 20MB;

+ **Gmail:**           Evaluate low app usage in svelte devices
          Reduce BG RAM usage to <=20MB;

→ Support for timeline convergence from all Apps: EOQ3'16 ...

Google Confidential

GOOG-PLAY-003687143.R

**EXHIBIT 5963.R-011**

# Agenda

A. Background

B. Core GMS app status for Svelte Devices

**C. Introducing the Budget**

Google Confidential

GOOG-PLAY-003687144.R

**EXHIBIT 5963.R-012**

# We likely have the following options for apps on Svelte ...

**Do Nothing**

**Pros:** Less distraction for teams - continued focus on overall system health and premium

**Cons:** Competitor's lite apps continue to gain popularity and poach our future revenue/growth base

**Introduce a Budget** ...

**Pros:**
- Collective effort to meet RAM/ROM/Disk/Data budget;
- Quickest and most assured path

**Cons:**
- Collective responsibility may = lack of accountability,
- May need reducing GMS mandatory on Svelte from **8 -> ?**

Google Confidential

GOOG-PLAY-003687145.R

**EXHIBIT 5963.R-013**

GOOG-PLAY-003687146.R

EXHIBIT 5963.R-014



# Appendix

Google Confidential

CONFIDENTIAL

GOOG-PLAY-003687147.R

**EXHIBIT 5963.R-015**

# svelte - why should we care?

Google Confidential

CONFIDENTIAL

GOOG-PLAY-003687148.R

**EXHIBIT 5963.R-016**

Why is the Svelte devices space a strategic advantage for Android .. and Google?

Google Confidential

- We can skip some of the these slides as needed but we wanted to recap why this is important for us

GOOG-PLAY-003687149.R

**EXHIBIT 5963.R-017**





- The half a billion for Svelte devices is composed of the existing 330M active devices along with another 170M we expect to see added within the next year, bringing the total number of devices to 500M.

**EXHIBIT 5963.R-019**



- We want Android device with GMS to be relevant in maximum possible market segments. There are more than 7+B ppl with 6+B phones WW. With just over 3.6+B smartphones, majority of the smartphones users in the future will be feature phone users upgrades to smartphones. That opportunity is HUGE and amounts to 2.4B TAM. Based on the forecasts, we expect the svelte class of devices with Android be at lteast half a billion.

- We have to note that this is the only class of devices that is growing YOY, we have a slide to show this later

**EXHIBIT 5963.R-020**

# As presented to NBU x-PA Leads: opportunity to break into lower price bands where Feature phones dominate ...



Smartphone vs Feature Phone Shipments (India, Q4'15)

| Price Band | Mix of Shipments (Q4'15) | | SP Units [Android %] | YoY Δ | FP Units | YoY Δ |
|---|---|---|---|---|---|---|
| *Opportunity to break into lower price bands* | | | | | | |
| Below $50 | 6% | 94% | 2M [100%] | +1.2M | 29M | +2M |
| $50-$99 | 89% | 11% | 8M [100%] | +4M | 1M | -6M |
| $100-$149 | 100% | | 6M [98%] | +0.3M | 0 | -0.8M |
| $150-$199 | 100% | | 3M [99%] | +0.2M | 0 | -0.1M |
| $200+ | 100% | | 7M [88%] | -0.3M | 0 | -0.3M |
| | Smartphones   Feature Phones | | 27M | +5M | 31M | -5M |

→ India feature phone to smartphone opportunity ~30M units for Q4'15 ...

→ $50 and below market ripe for disruption with Svelte smartphones ...

**Sources:** Canalys, Android Staples, April NBU x-PA Leads Meeting (incl. NBU Analytics) ...

Google Confidential

- We want Android device with GMS to be relevant in maximum possible market segments. There are more than 7+B ppl with 6+B phones WW. With just over 3.6+B smartphones, majority of the smartphones users in the future will be feature phone users upgrades to smartphones. That opportunity is HUGE and amounts to 2.4B TAM. Based on the forecasts, we expect the svelte class of devices with Android be at lteast half a billion.

- We have to note that this is the only class of devices that is growing YOY, we have a slide to show this later

GOOG-PLAY-003687153.R

**EXHIBIT 5963.R-021**



- The only growth area for smartphones is the below $100 price range, which represents Svelte devices, doubling from 2015 to 2019..
- Other price-points are static or collectively shrinking as the below $100 segment gains market share.

GOOG-PLAY-003687154.R

**EXHIBIT 5963.R-022**

# Why are Lite, Relevant apps running on Svelte devices a strategic imperative for Android .. and Google?

Google Confidential

- We can skip some of the these slides as needed but we wanted to recap why this is important for us

CONFIDENTIAL

GOOG-PLAY-003687155.R

**EXHIBIT 5963.R-023**



# 2015: BRIIM Search volume surpasses US ... *Future RPU!*

**FUTURE RPUs** WILL COME FROM BRIIM ...



**ANDROID** INSTALL BASE (M) ...



Sources: BRIIM AMSG Presentation ...

**Google Confidential**

GOOG-PLAY-003687157.R

**EXHIBIT 5963.R-025**

# In these same BRIIM markets, competitors are launching Lite data / RAM / APK apps …






**Facebook Lite**
**<1MB**
42x smaller than full app
>100M d/ls

**Opera Mini**
**1.2MB**
26x smaller than full app
~100M d/ls[2]

**UC Browser Mini**
**1.5MB**
10x smaller than full app
~100M d/ls[1]

**Line**
**<1MB**
34x smaller than full app
~5M d/ls

Google Confidential

CONFIDENTIAL

GOOG-PLAY-003687158.R

EXHIBIT 5963.R-026

# GMS engagement dropping YoY vs Android adoption ...

## ANDROID USER GROWTH



## GMS ENGAGEMENT vs ANDROID USER GROWTH



Android adoption growing, but GMS engagement dropping ...
Our apps are losing ground to competitors on the platform in the key growth markets ...

**Google Confidential**

Sources: ULE Android for NBU ...

**EXHIBIT 5963.R-027**

# FB, Carriers, OEMs working on custom ROMs ...

## THE RISK

OEMs, Carriers working w/ Custom ROM Houses on 256 MB+ DEVICES running Android ...

FB reaching out to ODMs and SoCs (MTK) to have FB Lite pre-installed ...

Such implementations of Android targeting Feature Phone space pose a greater threat to Google than simply capturing the low end of the device market ...

Unlike GMS, FB, WhatsApp, other FB properties, and similar competitor offerings run excellently on low end devices, gaining early user adoption on feature phones and maintaining this segment as they progress to smart phones ...

## NON-COMPLIANT ANDROID FOR THE LOW END

## FB LITE ON ANDROID FOR THE LOW END

Google Confidential

Sources: ULE Android for NBU ...

**EXHIBIT 5963.R-028**

**Slide 27**

**1**    █████Google IT█████ pretty interesting set of slides. Relevant to our interests
Simon Tokumine, 11/26/2016

**1**    Good to hear - you guys are definitely on it! :)
█████Madan Ankapura█████
Teddy Wondwosen, 11/26/2016

**EXHIBIT 5963.R-029**









We need to experiment+launch+iterate Lite apps quickly in key markets, rather than hedge with Main apps ...



→ Competitors aren't bundling or building Lite into Main apps ...
→ Facebook Lite has 100M DAU 8 months after launch ...

Google Confidential

GOOG-PLAY-003687163.R
**EXHIBIT 5963.R-031**



Google Confidential

GOOG-PLAY-003687164.R

**EXHIBIT 5963.R-032**



GOOG-PLAY-003687165.R
EXHIBIT 5963.R-033



GOOG-PLAY-003687166.R

**EXHIBIT 5963.R-034**



GOOG-PLAY-003687167.R

**EXHIBIT 5963.R-035**



GOOG-PLAY-003687168.R
EXHIBIT 5963.R-036

# Reducing apps on-disk size and APK update size is critical on Svelte devices …



→ **System partition space constrained** on Svelte devices …

→ **Expensive data + time needed** updating apps …

Google Confidential

GOOG-PLAY-003687169.R

**EXHIBIT 5963.R-037**

# RAM, On-Disk usage, and Data usage represent the core tenets of health on Svelte devices ...

## Svelte Trifecta

## RAM
- ❏ Reduce # of GMS services in auto-start
- ❏ Reduce RAM usage of GMS apps/services

## Data
- ❏ Reduce GMS apps' data usage/needs
- ❏ Reduce GMS apps' Play update size

## Disk Space
- ❏ Reduce pre-installed GMS apps on-disk size
- ❏ Reduce GMS apps' APK size

"The holy trinity"

Google Confidential

GOOG-PLAY-003687170.R

**EXHIBIT 5963.R-038**

# how are we doing on svelte?
# ram, disk, data budget proposals

Google Confidential

CONFIDENTIAL





RAM Recommendation : Reduce BG RAM by 1/3rd ...

**1/3RD REDUCTION**

in Median Background RAM GMS Apps on Svelte to allow for 3 apps - 1 FG, 2 BG - to run and allow spikes (Max PSS ~45 MB) to combined 90 MB without causing performance issues, app kills, restarts, and jank ...

~64 MB

~28 MB

~45 MB

~20 MB

**Max Background PSS**

**Average Background PSS**

Let's allow Svelte users to run at least 3 GMS apps stably and continuously to ensure an acceptable user experience ...

Google Confidential

**EXHIBIT 5963.R-040**



GOOG-PLAY-003687173.R

**EXHIBIT 5963.R-041**

## Data Recommendation : Cap Monthly GMS Update to 20 MB for Svelte dominant regions ...



**20MB**

Average Monthly Play Updates Downloaded per Svelte device in IN, ID

→ This means a Svelte device in **India, Indonesia, Russia,** and similar EM countries **downloads a fraction (20 MB average) of the ~145 MB of available monthly Play Updates** for the core 8 GMS Apps, and is **consistently and significantly behind in recency of updates** when compared to countries with much higher Wifi availability

*MBs / Active Device*

Google Confidential

Sources: Play GMS Apps Updates Analysis (30 data data) ...

GOOG-PLAY-003687174.R

**EXHIBIT 5963.R-042**



GOOG-PLAY-003687175.R

**EXHIBIT 5963.R-043**



**EXHIBIT 5963.R-044**



GOOG-PLAY-003687177.R

**EXHIBIT 5963.R-045**



GOOG-PLAY-003687178.R
**EXHIBIT 5963.R-046**

# However, GMS Apps' background RAM use is often much higher - A Tragedy of Commons ...



**Average PSS**   **Max PSS**

GMS Core
Hangouts
Chrome
AGSA
Photos
YouTube
Maps
Gmail
Play Store

0.00   50.00   100.00   150.00   200.00

... average of ~28 - ~64 MB of Background RAM usage each ...

→ This means that **frequently, any 3 or more apps** (along w/ GMS Core) running on a Svelte device result in jank, sluggish performance, and trigger app kills/re-launches, degrading user experience ...

... on a device with ~100-160MB of max free RAM avail ...

**Google Confidential**

Source: GMS Procstats Average and Max RAM Usage ...

CONFIDENTIAL

GOOG-PLAY-003687179.R

**EXHIBIT 5963.R-047**



GOOG-PLAY-003687180.R

EXHIBIT 5963.R-048



GOOG-PLAY-003687181.R
EXHIBIT 5963.R-049



GOOG-PLAY-003687182.R

**EXHIBIT 5963.R-050**



GOOG-PLAY-003687183.R

**EXHIBIT 5963.R-051**



# ~1 GB free storage on Svelte is insufficient for users ...

## 93%
**Transfer content** like Photos, Videos, and contacts to another device ...

## 75%
**Use SD Cards** for extra storage needs on their device ...

### Common Workarounds ...

→ Delete content on phone
→ Transfer to SD card, flash drive & other devices
→ Use web apps instead of native apps
→ Run optimization app
→ Email content to self, or 'keep safe' on Facebook, Instagram, or YouTube

**Google Confidential**

Sources: Project Chegar Desk Research ...

GOOG-PLAY-003687185.R

**EXHIBIT 5963.R-053**



Google Confidential

CONFIDENTIAL





# Global app update rate max of ~85% of app installs ...
# Key Svelte regions: much lower rate due to Wifi/Disk ...

**15%**

Minimum global app staleness due to factors *outside* of Play Store restrictions ...

**This % is *much higher* in key Svelte regions.**

100%

**85%**

72%

Typical Chrome Release Updates @day 50

**Chrome M47 'Flag Day' Release @day 50** ...

Chrome was auto-updated by Play Store as soon as staleness was detected, **w/o usual restrictions**:

- Not on wifi
- Low on disk
- Network errors
- Disabled by user
- Auto-update disabled for app
- Foreground app

Sources: Play Team: What is Update Rate? ...

Google Confidential

GOOG-PLAY-003687187.R
**EXHIBIT 5963.R-055**



CONFIDENTIAL

# Ideas for increasing Play Update Rates in Svelte Regions :
## Update Play Store Restrictions ...

Reduce min 500 MB avail required to 400 MB (10% of 4GB) for Svelte and update free disk check algo to not include APK patch and existing APK in calc ...

Change requirement where 'Wifi Only' Auto-Updates currently also require device to be plugged into power to instead >= 50% power ...

Throttle and prioritize updates based on User on-device usage #s for Core GMS apps on Svelte Devices based on device region/network ...

**CHANGE >= 500 MB DISK SPACE REQUIREMENT**

**CHANGE WIFI + *POWER* REQUIREMENT**

**THROTTLE AND PRIORITIZE UPDATES**

Google Confidential

**EXHIBIT 5963.R-057**

# New thinking also needed to keep Svelte users running latest, lite 1P apps ...

(Westinghouse / Instant Apps) Modularized, Disk/RAM efficient, lite 1P app modules instantly installed/run while web browsing - also on cellular ...

Develop separate / decoupled Lite Apps for Svelte ... FB RAM <= 40 MB, APK <= 15 MB ... Use Play Svelte targeting to manage Lite app updates ...

GMS teams could work with Spacecast and similar efforts to allow for updates which require no wifi or cellular service - most key Svelte regions / BRIIM ...

## EPHEMERAL SVELTE APPS

## LITE VERSIONS OF APPS

## INNOVATIVE DISTRIBUTION

Google Confidential

Sources: ...

GOOG-PLAY-003687190.R

**EXHIBIT 5963.R-058**

# why size and relevance matters

Google Confidential

CONFIDENTIAL

GOOG-PLAY-003687191.R

**EXHIBIT 5963.R-059**



CONFIDENTIAL

GOOG-PLAY-003687192.R

**EXHIBIT 5963.R-060**



CONFIDENTIAL

**Slide 59**

1   Teddy Wondwosen@google.com is there a dash for this data?
     Samer Sayigh, 7/19/2016

**EXHIBIT 5963.R-062**



GOOG-PLAY-003687195.R

**EXHIBIT 5963.R-063**



GOOG-PLAY-003687196.R

EXHIBIT 5963.R-064



GOOG-PLAY-003687197.R

**EXHIBIT 5963.R-065**



GOOG-PLAY-003687198.R

**EXHIBIT 5963.R-066**



GOOG-PLAY-003687199.R

**EXHIBIT 5963.R-067**



GOOG-PLAY-003687200.R

**EXHIBIT 5963.R-068**



# Relevance matters, too:  Usage paltry in some EMs ...

App  Usage Minutes on Low RAM Devices — 30 Days (average minutes/user)

Cumulative **average minutes** a user spent using app over **30 days**, by country ..



... some Main app's average **usage in EM 3 - 5x+** less than in US ———— low risk of experimenting w/**new, locally relevant lite app** versions ...

Google Confidential

GOOG-PLAY-003687201.R

**EXHIBIT 5963.R-069**



# India: Competitors have 2x share of usage minutes ...





... In top 25 apps in India, Google apps have 11% share, while competing for same use cases, non-Google apps have 25% share ...

Google Confidential

GOOG-PLAY-003687202.R

**EXHIBIT 5963.R-070**



# App download/update failure rates rise with APK / APK patch size ...



India

APK download/patch size (what is downloaded from the Play Store) is function of APK Size - currently, patch size is at ~50% of APK size ...

The larger the APK size (i.e., if > 10 MB), the higher the failure rate for updates to users from the Play Store ...

Source: % Download Error by APK Size ...

Google Confidential

GOOG-PLAY-003687204.R

EXHIBIT 5963.R-072



Google Confidential



- Teams are taking a 3 pronged approach:

- a) Shrinking APK size and RAM footprint;
- b) Disabling features on Svelte devices or shipping with just MVP (Minimum Viable Product) features and allowing users to download non-core features on-demand, as-needed; and
- c) Building a lite app from the ground-up, intended address not only device capability needs, but locale feature needs/network realities

GOOG-PLAY-003687206.R

EXHIBIT 5963.R-074

# Photos shrunk their APK by 50% to 14MB ...



+ Remove resource files
+ Compress PNGs better
+ Compress APKs better
+ Compress resources.arsc



SHRINK
to fit

Google Confidential

GOOG-PLAY-003687207.R

**EXHIBIT 5963.R-075**

AGSA used server-side optimization to 10x speed ...



+ Removed Hotword detection
+ Wrapped all components
  around server-side flags
+ Built Lite Search Results
+ Degraded other features using
  isLowRAMDevice()

Turn features OFF



**Google Confidential**

GOOG-PLAY-003687208.R

**EXHIBIT 5963.R-076**

## YouTube built Mango @5MB for Low RAM + Bandwidth ...



+ Offline content / videos
+ Targeting Android J+
+ Reducing RAM cache/buffer
+ Target @40mb of RAM
+ Tactical data usage
+ Upselling data within app



Build a
LITE
app

Google Confidential

GOOG-PLAY-003687209.R

**EXHIBIT 5963.R-077**



GOOG-PLAY-003687210.R

**EXHIBIT 5963.R-078**



GOOG-PLAY-003687211.R

**EXHIBIT 5963.R-079**

# What is a Lite GMS App? ...



APK/Play Update Size < ~15 MB *per app*
RAM Use ~ 30-40 MB *per app*
Disk Size < ~25 MB *per app*

A Lite App has APK + RAM usage @~30-50% *less* than today's GMS median, at a minimum ...

Google Confidential

CONFIDENTIAL



# Svelte YoY activations & as % of Total by Country ...



→ Total worldwide activations hovering ~200M / year ...
→ Svelte activations as % of total average ~20% ...

Google Confidential

GOOG-PLAY-003687213.R

**EXHIBIT 5963.R-081**

# Memory pricing Q416 estimates for 512 MB / 1GB ...

| Package | RAM | Flash | Q4'15 Price est | Q4'16 Price est |
|---|---|---|---|---|
| **Discrete**<br>*DDR3L RAM + eMMC storage* | 512MB DDR3L | 4GB eMMC | ~$4.10 | |
| | 256MB DDR3L | 4GB eMMC | ~$3.50 | |
| | 128MB DDR3L | 4GB eMMC | ~$3.30 | |
| **Discrete**<br>*DDR3L RAM + flash storage* | 256MB DDR3L | 512MB SLC flash | ~$2.60 | |
| | 256MB DDR3L | 256MB SLC flash | ~$2.20 | |
| **Discrete**<br>*LP3 RAM + flash storage* | 1GB LP3 | 1GB SLC flash | $9.00 | $7.50 |
| | 1GB LP3 | 512MB SLC flash | ~$7.80 | ~$6.50 |
| **eMCP**<br>*LP2/LP3 RAM + eMMC storage* | 1GB LP2/LP3 | 8GB eMMC | ~$8.50 | ~$6.00 |
| | 512MB LP2/LP3 | 4GB eMMC | ~$4.50-$5.50 | |
| **MCP**<br>*<512MB RAM + flash storage* | 256MB LP2 | 512MB SLC flash | ~$3.60 | |
| | 128MB LP2 | 256MB SLC flash | ~$3.00 | |

Google Confidential

Source: ULE Android for NBU ...

CONFIDENTIAL

# Memory pricing Q416 estimates for 512 MB / 1GB ...

|  | 256MB | | 512MB | | 1GB | |
|---|---|---|---|---|---|---|
|  | **Current** | **EO 2016** | **Current** | **EO 2016** | **Current** | **EO 2016** |
| *LP4* | | | | | $7.60 | ~$5-$6 |
| *LP3* | Not available | Not available | ~$3.3 | low $2's | ~$6.30 | ~$5 |
| *LP2* | ~$2.95 | Mid-$2's | ~$3.3 | ~$3.00 | ~$6.20 | ~$5.30 |
| *DDR4* | Not available | Not available | ~$3 | low $2's | ~$7.35 | ~$4.5-$5.0 |
| *DDR3L* | ~$1.1 | low $1's | ~$1.9 | low $2's | $4.80 | low $5's |
| *DDR2* | Niche, not recommended | Niche, not recommended | Not available | Not available | Not available | Not available |

*Actual forward pricing may vary subject to changes in memory conditions*

Source: ULE Android for NBU ...

**Google Confidential**

GOOG-PLAY-003687215.R

**EXHIBIT 5963.R-083**



# Efforts support these APE asks from Apps by EOQ3'16...

Build **Lite apps@** <= 15 MB APK, <= 40 MB RAM ...

Develop separate / **decoupled** Lite Apps for **Svelte** ...

Use Play **Svelte targeting** to manage Lite app updates ...

**Launch** Lite apps in target markets *quickly* & iterate ...

**Google Confidential**

- We'd like Apps teams to converge on the following key asks by EOQ3'16, to ensure we can meet the goal of launching a Svelte device on N by EOQ4'16:
- a) Build new/existing versions of apps with APK/Disk size and RAM footprint in the Lite range (as determined by reference internal GMS Lite apps and external competitor apps)
- b) Develop with separation in mind — some of our core GMS apps tend to serve as platforms for other GMS apps (YouTube / Chrome) — but lowering the overall Core GMS APK/Disk size and RAM footprint means Lite apps shouldn't carry "baggage"
- c) Leverage Play's multi-apk targeting capability which will be expanded to support Svelte devices to release Lite apps in leui of full/regular/main versions of apps
- d) Launch lite apps on devices in BRIIM / NBU markets where risk is low and reward potential high as experimental grounds — operate like startup

GOOG-PLAY-003687216.R

**EXHIBIT 5963.R-084**

# Launching a Lite version of an APK for Svelte devices will be much easier going forward for 1P GMS teams ...



... Play will be adding a Svelte flag/deployment option allowing deploying Lite app with existing Main app APK name ...

Google Confidential

GOOG-PLAY-003687217.R

**EXHIBIT 5963.R-085**



**EXHIBIT 5963.R-086**



**EXHIBIT 5963.R-087**



GOOG-PLAY-003687220.R

EXHIBIT 5963.R-088



GOOG-PLAY-003687221.R

EXHIBIT 5963.R-089



GOOG-PLAY-003687222.R
EXHIBIT 5963.R-090