Message

| | |
|---|---|
| **From:** | Sarah Karam████████@google.com] |
| **Sent:** | 6/20/2018 5:21:44 AM |
| **To:** | Purnima Kochikar████████@google.com] |
| **CC:** | Brandon Barras████████@google.com]; Kirsten Rasanen████████@google.com] |
| **Subject:** | Re: Sorry... |

EXHIBIT 5973

That all makes sense to me. Thanks, Purnima for the feedback.

On Tue, Jun 19, 2018 at 4:55 PM, Purnima Kochikar ████████@google.com> wrote:
Hi Sarah,

There are two related questions here:

One - should we limit our engagement to Tinder? I am supportive of this, with a caveat. I would like to explicitly tell them that we will pause all other engagement till fall. That is when Jamie/Sameer plan to review the policy discussion with Sundar/Hiroshi.

Two - should we therefore stop calls with Adrian. I am happy to pause these until fall as well. With respect to the vent sessions - the tone and anxiety increased after FB announced their intent to go into dating. The goal of the venting if you read carefully is to get better rev share terms. The #4 on the list. There is an implicit assumption that

Despite the above, I believe it makes sense to review the data with them as described by Brandon. I will send the email to Adrian suggesting we let Brandon and his Match counterparts drive that. We can let them know after that assessment that we will pause engagement for a bit.

Makes sense?

P

On Tue, Jun 19, 2018 at 4:04 PM Sarah Karam ████████@google.com> wrote:
+1

@Purnima - would love your feedback on this and whether you think we should keep the monthly engagement with Adrian. It sounds like he views it as an opportunity to vent vs. an opportunity to discuss potential strategic bets we could take together.

Looking at this thread, it reads that we're rabbit holing on their (conjecture based) hypotheses on Play Billing's negative performance, without any data analysis yet. We will dig into the numbers with them, but I would suggest we shift the conversation to what "value adds" we can work on with them to offset feature gaps (e.g. instead of continuing to beat the 2/4/6 horse, perhaps we can create a promotion calendar with POF with the Merch/Ads team for when they've launched Play Billing to use Tinder to inform what #s we could drive for them).

After speaking to Brandon, it sounds like he's been working to this exact end but Adrian and Match in general (outside of Tinder) seem less interested in strategic discussions and keep beating the rev share / feature gap drum.

Thoughts from the group on de-prioritizing our discussions with them (outside of Tinder) until (if) anything changes on the policy front?

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

EXHIBIT 5973-001

Thanks,
Sarah


On Tue, Jun 19, 2018 at 12:23 PM, Brandon Barras ▇▇▇▇@google.com> wrote:
-Match
+Sarah Karam
+Kirsten Rasanen

My personal feeling is engaging Adrian point by point plays into what he is looking for and won't result in any positive results for the relationship. I do think perhaps you could respond to #3 as he seems to be upset that we're allowing our users to easily manage their subs vs. being locked into their product, which is not putting their users first. My suggested response would be:

*Thanks for sharing. Let's dig into the numbers together and address point by point together with our engineering/BD teams. Brandon, please continue to engage with the proper teams to collect the data points from Match and drive next steps.*

*Re #3, this is actually incredibly important to our business to respect user intent. We believe it yields better long term outcomes for developers as well when they allow their users choice when it comes to their products, even if that is leaving.*

*We appreciate the feedback and look forward to working together on scaling a successful solution."*

From there, I can work with his team to dig into their tests and ensure we help them mitigate as much risk as possible as they transition. At the end of the day, we're not going to build our product to their exact specs, but will do our best to help grow their business, but Adrian is set on fighting this in every/all ways possible.


Open to others thoughts as well or any edits to the response.


BB



On Tue, Jun 19, 2018 at 1:47 PM Adrian Ong ▇▇▇▇@match.com> wrote:

Hi Purnima


1.   We tested POF (all markets) and Meetic (Germany only).  I know POF we've been running a test over many months but Meetic I'm still awaiting all the specifics.

2.   On POF, the user sees the same subscription options (we did a 1/3/6 product mix to setup an even test since I've heard that apparently Google will now not be supporting the 2/4/8 month mix which we find optimizes conversion for POF).  I believe on Meetic Germany, we're not supporting certain installment payments + the direct debit solution we use in Germany but more to follow once I have all the specifics.  We're seeing more users shift into 1M packages which results in lower LTV and this is further compounded by the fact that retention is significantly worse.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-003963579

**EXHIBIT 5973-002**

3.    On that note, retention I think is the real issue since the customer is having the same experience regardless of payment method. My hypothesis here is that GPB makes it much easier to cancel a subscription – which is positive from a customer experience perspective but clearly will have negative LTV impact across most, if not, all of our brands if this holds true across the board. Voluntary churn due to switching off renewal is significantly higher and renewal rates on credit card or IOS are anywhere from 100 to over 200% higher depending on the platform and product length. I've noted that on IOS there are more steps to turn off renewal including signing in with your password in order to manage anything payments related.

4.    Lastly, we then compute a 30% rev share on top of these numbers and we're looking at a world of pain

Thanks

-AO


**From:** Purnima Kochikar [mailto:      @google.com]
**Sent:** Tuesday, June 19, 2018 11:01 AM
**To:** Adrian Ong      @match.com>; Brandon Barras      @google.com>
**Cc:** Alyssa Ablao      @google.com>
**Subject:** Re: Sorry...


Hi Adrian,

So sorry I missed what would have been an important discussion.

Would you please share a few more details (adding Brandon who may already have these details)...

- Which apps did you test and in which markets over what period?

- Do you have hypothesis on why the shift is happening to smaller intervals? Does the user see the same subscriptions options on your own billing solution and on GPB?

- You had previously talked about not enough signals to proactively anticipate and address churn. Is this still the predominant reason for more churn on GPB? What signals would help you reduce the churn?

Thank you for your continued partnership. We will make the platform better together.


P




On Tue, Jun 19, 2018 at 11:56 AM Adrian Ong      @match.com> wrote:

Thank you - I also have an update on some GBP tests we have run ... unfortunately not very positive (negative revenue impact due to package mix shift to shorter term packages and significantly lower retention rates on renewal).

On Jun 19, 2018, at 10:43 AM, Purnima Kochikar      @google.com<mailto:      @google.com>> wrote:

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Hi Adrian,

I am in NYC for work and had an unexpected conflict. Sorry I could not make your call. I thought I emailed you through the calendar, but realized that you are not on the invite, only Alyssa was. My apologies.

A quick update - we discussed your feedback at length and we are taking the time to figure out how best to address. Nothing new to report at this time. We will keep you posted.

Alyssa, please reschedule. Thanks.

P

--
Purnima Kochikar
Google Play, Apps & Games
███████@google.com<mailto:██████@google.com>
█████████

--
Purnima Kochikar
Google Play, Apps & Games
██████@google.com
█████████

--
| Brandon Barras | | Google Play Partnerships | | ██████@google.com | | ███████ |

--
| Sarah Karam | | Google Play | | ████████@google.com | | ███████ |

--
Purnima Kochikar

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 5973-004**

Google Play, Apps & Games
███████ @google.com
███████████

--

| Sarah Karam | | Google Play | | ███████ @google.com | ███████████ |

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 5973-005**