# Summaries of Individual Apps

2020 Q3

Luke Li@, Julie Aranda@, Bold Insights

go/iOS-Android-per-app-diff



**EXHIBIT 6044.R**

# Index

2Do
A Color Story
ABCmouse
Adobe Lightroom
Adobe Photoshop Express
AdopteUnMec
AirBNB
AirVisual
Amazon Prime Video
Amazon Shopping
Apple Music
Asana
Audiomack
Babbel
Badoo
BBC News
Bike Racer
Bitlife
Booking.com
Bumble
Calm
CBS
Citymapper
Cricbuzz
Deezer

Discord
Disney+
DoorDash
Duo
DuoLingo
Economist
ESPN
Evernote
Expedia
Fabulous
Facebook
Facetune2
Financial Times
Flightradar24
Flipboard
Free Now (Kapten)
Freeletics
Google Podcasts
Grubhub
Guardian
Happn
HBO Max
Headspace
Hinge
Hotels.com

Houseparty
Houzz
Hulu
IDAGIO
Instacart
Instagram
KBB
Kindle
Lifesum
LinkedIn
LOVOO
Lyft
Match (1 of 2)
Match (2 of 2)
Medium
Meetic
Meitu
Messenger
Mint
Miro
My Fitness Pal
Netflix
NY Times
OKCupid
OneFootball

OpenTable
Pairs
Pandora
Peacock
Peloton
Photomath
Pinterest
Plenty of Fish
Pokemon Go
Pregnancy tracker
Redfin
Remind
Runkeeper
Runtastic
Seesaw
Skype
Skyscanner
Slack
Sleep Cycle
Smule
Soundcloud
Spotify (1 of 2)
Spotify (2 of 2)
Tandem
Teams

Ticketmaster
Tiktok
Tinder
TomTom
Trainline
Truecaller
Twitter
Uber
Uber Eats
Udemy
Venmo
VSCO (1 of 2)
VSCO (2 of 2)
Walmart
Warriors of Waterloo
Washington Times
What to expect
WhatsApp
Whole Foods
Yahoo Fantasy Sports
Yelp
Yousician
Youtube Music
Zillow
Zoom

GOOG-PLAY-004760528.R
**EXHIBIT 6044.R-002**

## 2Do – Productivity – Overall thoughts and impressions

→ iOS feels slightly more updated and visually unified, with additional features that Android lacks.

○ **iOS has additional features, additional settings, offers Siri integration, and looks cleaner across the app.** However, back swipe doesn't always works across the app.

○ **Android lacks some newer features and some screens feel out of sync with the overall visuals.** However, Android does offer free trial for some of its Pro features.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## A Color Story – Photography – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

○ **iOS provides easier-to-read** action names in the editing functions.

○ **It is easier to select a photo to edit in Android.  Android has better accessibility support** when it came to font size, but the largest font makes some actions hard to read. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## ABCmouse – Education – Overall thoughts and impressions

→ The app is nearly identical on both phones, with minimal differences in the initial registration and content loading speeds. The experience and overall functionality on both phones are essentially identical.

💡 **iOS performs slightly faster in downloading content and loading images/videos, as well as including a parental control feature when initially opening the app.**

💡 **The Android version did not feature the same parental control feature and loaded images and videos slower than iOS.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760531.R
**EXHIBIT 6044.R-005**

## Adobe Lightroom - Photography - Overall thoughts and impressions

→ Overall, iOS appeared to have better features while Android had better tutorials and accessibility.

💡 **iOS appeared to have more options for the in-app camera and the "Learn" tab.**

💡 **The Android version had an interactive guided tutorial for learning how to edit photos.** iOS did not have an equivalent tutorial.

💡 **Android changed in-app font size when system font size was adjusted,** unlike iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Adobe Photoshop Express – Art & Design – Overall thoughts and impressions

→ Overall, both apps met the goal of editing photos quickly and easily. iOS was better for editing photos because it had more features and functions than the Android version.

○ **iOS had significant features that Android did not have,** such as additional photo editing options, an in-app camera with live editing, a social media-type platform for sharing edited photos, etc.

○ **The Android and iOS versions were clean and easy to use.** While the iOS version crashed once, it did not cause any data to be lost and was a minor inconvenience.

○ **Android's usability was good.** The back feature on Android was more reliable than in the iOS version, and **Android had better accessibility** with changing font sizes. However, neither of these strengths could outweigh the additional capabilities of the iOS app.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## AdopteUnMec – Dating – Overall thoughts and impressions

→ Overall, the app stopped working on both versions, likely due to being a non-US app with location-based services. From what screens were available, both versions were very similar.

💡 **iOS allowed users to connect their account to Apple,** while Android did not.

💡 **The Android version appeared to have better visual accessibility,** changing in-app font sizes when system font sizes were increased. iOS did not adjust in-app font sizes when system settings were adjusted.

💡 **Both versions appeared to have similar settings, features, and options.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Airbnb – Travel – Overall thoughts and impressions

→ Both are equal in meeting users needs with nearly identical functionalities.

💡 **iOS large font sizes** make the app difficult to use.

💡 **Android has more features** which benefit the user (Account switching, Upcoming/Past trips). **Android has better accessibility support** when it came to font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## AirVisual - Weather - Overall thoughts and impressions

Consider your overall experiences with the apps.

- Considering the goals of the app, which app version meets them better? (ex: A game should be engaging, sticky, entertaining, competitive.  A fitness app should include detailed metrics, be motivating)
    - The Android app makes it easier for me to add cities to monitor, and gives me more information (temperature, humidity). It serves the core function of a weather app better.

- Does one feel more premium or more well-crafted?
    - iOS version feels less polished (animation, font size considerations, search).

- Do you have a preference for one, and if so, why?
    - Overall I prefer Android, because:
        - The iOS app has reduced functionality (temperature, humidity).
        - App feedback requests and advertisements to share come sooner (or there are more of them).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Amazon Prime Video - Entertainment - Overall thoughts and impressions

→ Both apps feel premium and well-crafted in their own way, with each having exclusive features. iOS has a slight edge due to more efficient structuring of its content and additional movie details.

○ **iOS structures its content more efficiently, includes more details about movies, and has better support for text size changes.**

○ **Android's search interface is more user friendly, has a beta feature that iOS doesn't have, and utilizes color to make movie details easier to read.** However, some content and tabs feel repeated and settings can feel confusing.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Amazon Shopping** - Shopping - Overall thoughts and impressions

→ Overall, the iOS version of the app is slightly better than the Android version for searching and buying items.

○ **The in-app camera search feature appears to work well on iOS**, but using the same camera feature on **Android does not appear to work**.

○ **Searching for items using the search bar works equally well on both app versions.** Android users can still have a successful user journey without the camera search function, but it may not be as convenient as iOS.

○ **The Android version is more accessible** because it allows users to change the system font size to increase in-app font sizes. iOS does not allow users to change in-app font sizes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760538.R
**EXHIBIT 6044.R-012**

## Apple Music - Music & Audio - Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

💡 **iOS had an app** for the Apple Watch. **iOS shows** what song is playing on the bottom of every screen. No sign in required for iOS app since already logged into phone.

💡 **Android does not support Moto360. Search approach** is less intuitive than iOS. **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Asana – Productivity – Overall thoughts and impressions

→ Neither app is able to function as intended based on the app's description. However, iOS has more working functions than Android.

💡 **iOS is able to create tasks, view the task list, and check off completed items.** The Android version could add new tasks, but it could not view the list or check off items.

💡 **Neither app version can open or create a project or assign tasks.**

💡 **The iOS version supports Dark Mode.** Android does not.

💡 **iOS has more visuals and animations than Android.**

💡 **The Android version is more visually accessible** by adjusting in-app font size when system font size is increased.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Audiomack – Music & Audio – Overall thoughts and impressions

→ iPhone is slightly preferred because of its sleep timer and genre indicator. Both are equal in meeting users needs with identical functionalities.

○ **iOS has Sleep Timer setting. iOS has an easier-to-see** indicator for music genre along top menu.

○ **Android has a Notifications setting** that alerts the user on upon a variety of inputs. **It also uses non-typical** difficult-to-use number entry for birthdate. **Android also had better accessibility support** when it came to font size, but at largest font size some titles are difficult to read. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Babbel – Education – Overall thoughts and impressions

→ The lessons in both of the app versions were almost exactly the same, but small differences made the Android version more enjoyable to use.

○ **Android had more white space and rounder visuals overall,** making it more visually pleasing.

○ **The Android version was more accessible and better for learning** because it could adjust to accessible font sizes and had a features where users could go back and correct their mistakes from the lesson.

○ **iOS appeared to have older-looking visuals,** such as sharper corners, shadowing, etc. that made it feel slightly outdated compared to the Android version.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760542.R
**EXHIBIT 6044.R-016**

## Badoo – Dating – Overall thoughts and impressions

→ Both are equal in meeting users needs with nearly identical functionalities.

💡 **iOS provides a Favorites function**.

💡 **Android has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760543.R
**EXHIBIT 6044.R-017**

## BBC News – News & Magazines – Overall thoughts and impressions

→ The contents of the app pages were similar, though iOS did a better job with navigation and by showing more information per screen than the Android app. However, Android made accessibility options more accessible by placing controls for accessibility in the app itself.

iOS provided more intuitive navigation than Android and presented more information per screen than Android. However, iOS's settings require a user to exit the app to control settings in the phone's general settings area.

The Android version made discovery of features difficult because it was initially unclear that the top menu scrolled horizontally; there was no indication that items were off the page. Android allowing users to control settings within the app was seamless and enables users to control how they want to view their news without leaving the app.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 6044.R-018**

## <u>Bike Racer</u> - Games - Overall thoughts and impressions

→ Actual gameplay was identical for the iOS and Android apps. iOS had some additional features and presented a more refined visual aesthetic for gameplay. Android offered slightly easier navigation in some instances. The clear difference between apps was the presence of in-game video advertisements which disrupted the user's experience in the iOS app.

💡 **iOS** presented a **more polished looking game** and offered **more features** than the Android app. However, the in-game advertisements interrupted game play, which may cause users to abandon the app.

💡 **The Android version had the biker riding on line art**, which **felt cheaper** than the iOS version. In some instances, navigation was easier on the Android version. Android's app was not "better," but the iOS app was made worse by the inclusion of in-game video ads.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 6044.R-019**

## Bitlife – Games – Overall thoughts and impressions

→ The iOS version involved more enjoyable user interactions, gave the user choice in how to proceed through the game, had better visual displays, and provided more features and functionality. iOS's tutorial provided instructions that helped a user understand what to do within the game.

💡 **iOS provides choices immediately** upon opening the app, **provides a tutorial** so users know what to do within the app, and requires **decisions during gameplay that keep the user engaged.** iOS also presents more features and functions, both for gameplay and accessibility, than are offered in the Android version of the app.

💡 **The Android version does not allow the user to make choices.** In initial gameplay, the only actionable button results in a single line of text added to the "logbook." There is nothing "sticky" about the app.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Booking.com – Travel & Local – Overall thoughts and impressions

→ Overall, the Android version is a more functional app than the iPhone version. The Android version meets user needs better than the iOS version because it supports the app goals (booking rentals) with fewer interruptions.

💡 **iOS supports Dark Mode and changing font sizes** while Android does not.

💡 **However, iOS crashed repeatedly when trying to book a car rental.** Android did not crash.

💡 **The Android version supports more sorting and filtering of search results than iOS.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Bumble – Dating – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

○ **iOS had a app** for the Apple Watch.

○ **Android has slightly lower cost** within the app for improved "visibility" and additional functionality.  **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Calm – Health & Fitness – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

💡 **iOS had a app** for the Apple Watch.

💡 **Android does not support Moto360. Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## CBS – Entertainment – Overall thoughts and impressions

→ Android has a slightly simpler navigation experience and more accessible features than iOS, but both versions are largely identical.

💡 **iOS asks for additional permissions and has settings for subtitles within its video player.** However, iOS does not support casting, has separate Browse and Search tabs, and does not support font size changes.

💡 **Android includes Chromecast functionality, supports font size changes, and merges Browse and Search tabs for a simpler browsing experience.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760550.R
**EXHIBIT 6044.R-024**

## Citymapper – Maps & Navigation – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

**iOS had an app** for the Apple Watch and provides integration with Siri.

**Android does not support Moto360. Android provided better** train alternatives. **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Cricbuzz – Sports – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

○ **iOS has a major deficiency** in not having a Back control during video playback**. iOS has an easier control** for Dark Mode. **Largest font sizes** make app difficult to use.

○ **Android video playback** worked as expected. **Android has more user settings. Android also had better accessibility support** when it came to font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Deezer – Music & Audio – Overall thoughts and impressions

→ iOS has a more premium feel over Android, mainly due to it's smoother browsing experience, better use of colors, and some additional features that Android lacks. Android has a few features that iOS lacks, including casting, grid view, and font size support, but these aren't enough to compensate for the lack of some features and a less premium feel than iOS.

💡 iOS's music player feels more immersive and colorful, has a well organized settings menu, allows you to adjust crossfade duration, and keeps its bottom menu bar fixed in all screens.

💡 Android's music player feels bland, and its bottom menu bar disappears in some screens, causing you to go back several screens if you want to navigate to certain options like Settings, Favorites, etc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Discord - Communication - Overall thoughts and impressions

→ Overall, no preference for this app on one platform or the other. iOS seems to be slightly more updated with newer features, but Android has better accessibility support and a dedicated help section. In terms of overall functionality and experience, both versions are virtually identical.

💡 **iOS offers newer features like Nitro Gifting and additional helpful steps when creating a server.** However, iOS doesn't support font size changes, but does support dark mode.

💡 **Android has a dedicated help section, has a dedicated button for creating direct messages, and supports both font scaling and dark mode, both with real-time interactions.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Disney+ - Entertainment - Overall thoughts and impressions

→ Overall, the apps were nearly indistinguishable.

💡 **iOS displays some screens as pop-ups**, which allows for a swipe-down navigation to "go back."

💡 **iOS also has an option to toggle Autoplay** for each profile on an account that displays when creating a new user.

💡 **The Android version supports its system "back" feature,** the Samsung back button. iOS does not support the system back gesture in the app.

💡 **Android also lets users choose where to save their downloads**, an option that is visible under Settings. iOS users do not have that freedom.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## DoorDash – Food & Drink – Overall thoughts and impressions

→ Overall, the Android version of the app is better because it has more features that would make the app easier or more rewarding to use.

○ **Android has "Offers" in its menu bar** which brings users to a page of featured deals on food and delivery. iOS does not have an Offers page.

○ **The Android version allows users to pay with Google Pay, PayPal, or Credit/Debit.** iOS users can only pay with PayPal or Credit/Debit.

○ **Android is more visually accessible.** Android adjusts in-app font size when system font size is increased. iOS does not.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Duo – Communications – Overall thoughts and impressions

→ Slightly prefer Android for the extra Notification settings and faster effect loading. Both are equal in meeting users needs with identical functionalities.

💡 **Android has faster loading** of photo and video effects. **Android has more** Notification settings. **Android has better accessibility support** when it came to font size. The iOS version generally did not change font size except for at least one menu.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Duolingo – Education – Overall thoughts and impressions

→ Both versions were visually and functionally similar, and both were successful at teaching the user a new language.

💡 **iOS had some features that Android did not,** such as a "News Feed" and the ability to drag words to re-order them in sentences.

💡 **The Android version gave more visual feedback** about where the user was clicking.

💡 **Android was more visually accessible**, increasing in-app font sizes with increased system font sizes, unlike iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760558.R
**EXHIBIT 6044.R-032**

## The Economist – News & Magazines – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

💡 **iOS has additional** in-app global font setting, but within within a specific article, font size can be changed over a wide range. **iOS will toggle light/dark mode** both within the app as well as system level.

💡 **Android does not** have global in-app setting. Within an article, font size can be changed over a wide range. **Android follows** system light/dark mode setting, but can be over-ridden inside specific articles.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## ESPN – Sports – Overall thoughts and impressions

→ Both are equal in meeting user needs with nearly identical functionalities.

💡 **iOS has very nice integration** with Apple Watch. Scores/game times displayed compactly on watch.

💡 **Android does not support Moto360. Android can share with "nearby" devices, iPhone cannot. Android also has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Evernote – Productivity – Overall thoughts and impressions

→ Both meet user needs with many of the same functionalities.

💡 **iOS has more useful choices** with the note creation and editing function. **App is supposed to work with Watch,** but it did not integrate for this app as it did for others.

💡 **Android has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Expedia** – Travel & Local – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

🔘 **iOS has nicer UI** for the same functionality (flight info, child age). **iOS also has additional features** (Tell a Friend and Share Feedback).

🔘 **Android has better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Fabulous – Health & Fitness – Overall thoughts and impressions

→ Android provides significantly more functionality than iOS.

**iOS has basic functionality** to track daily routines**.**

**Android has many more tasks** that a user can access in the free version. **Android also has better accessibility support** when it comes to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760563.R
**EXHIBIT 6044.R-037**

## Facebook – Social – Overall thoughts and impressions

→ Both iOS and Android have varying differences that make each better or worse than the other. iOS feels more visually polished and easier to navigate, while Android as a few additional editing/security/account options that make it more user friendly.

💡 **iOS has an improved navigation experience, placing the menu bar at the bottom of the screen for easier accessibility. It also shows live search results, has additional camera effects, and includes more suggested options when creating a profile.**

💡 **Android allows you to sign up without uploading contacts, includes language options within its login screen, and has a few additional settings options. Android also allows you post a 3D photo and has a few more options for past posts.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760564.R
**EXHIBIT 6044.R-038**

## Facetune2 – Beauty – Overall thoughts and impressions

→ iOS supported more functions and features than the Android version and was a better app overall.

💡 **iOS had more editing features, sharing options, and live re-touching in an in-camera app.** Many iOS features were not available to Android.

💡 **The iOS version also supported Dark Mode,** which was unavailable in the Android version.

💡 While **Android supported increasing font size** and iOS did not, the increased font size **cut off some text in the Android version.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760565.R
**EXHIBIT 6044.R-039**

## Financial Times - News & Magazines - Overall thoughts and impressions

→ While the differences are minimal and do not impede the experience, iOS has a slight edge due to its more unified interface, a more organized settings menu, and better search capabilities. Android has a few more features that iOS lacks but is not significant enough to hamper the experience in iOS.

💡 **iOS's interface feels more unified, with a simpler menu layout, a more organized settings tab, and slightly better search capabilities.**

💡 **Android's menu layout can be slightly more confusing - menu options are separated into a vertical sidebar as well as a fixed bottom tab.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Flightradar24 – Travel & Local – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

💡 **iOS has an easier interaction in flight playback mode.**

💡 **Android provides more map types.  Android also has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Flipboard – News & Magazines – Overall thoughts and impressions

→ Both phones served the core functionality of the app well, but the iOS version appears to be more recently updated with newer features, a smoother experience, better support for accessibility.

○ iOS has more newer features including the ability to follow personal contacts, a dedicated notifications tab, and support for text scaling and dark mode,

○ Android feels slightly more outdated compared to its iOS counterpart, with a unique yet annoying "flipping" animation that shows less content than traditional vertical scrolling. Dark mode isn't supported. Android does let you sign up with a Twitter account and filter content while exploring, two features that aren't in the iOS version.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760568.R
**EXHIBIT 6044.R-042**

**Free Now (Kapten)** – Travel & Local – Overall thoughts and impressions

→ Overall, the apps are almost identical in features and functions. However, the appearance and interactions differ slightly between iOS and Android.

💡 **iOS uses Apple Maps** while **Android uses Google Maps.**

💡 **iOS opens some windows in a 3D-like format.** When there is a window, swiping down can be used to go back to the previous screen.

💡 **Android opens all windows full screen.** The Android system back button can always be used to "go back," but there is not gesture for navigating to a previous screen on Android.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Freeletics – Health & Fitness – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with close to identical functionalities.

💡 **iOS had a app** for the Apple Watch.  The integration was very good. **The haptic feedback on the iPhone was noticeably better than the Android.**

💡 **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Google Podcasts – Music & Audio – Overall thoughts and impressions

→ Overall, both app versions are extremely similar, and any preference would likely come down to which operating system is more familiar to the user.

○ **iOS may be easier for some users to navigate** because it supports gesture navigation typical to iPhones. Similarly, the **Android system back button worked throughout the app.**

○ **The Android version gives users more control** by offering more settings options than iOS.

○ **iOS and Android have  split strengths and weaknesses when adjusting font size for accessibility.** Android adjusts all in-app font size, but text can easily be cut off so it is no longer readable. iOS adjust most, but not all, of the in-app font size. Some text overlaps, but most remains readable.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Grubhub – Food & Drink – Overall thoughts and impressions

→ iOS has a more polished UI and fleshed out content and features. Android suffers from some visual flaws and lack of content.

💡 **iOS shows recent orders, includes friend referral codes, and dedicates more screen space to the cart.**

💡 **Android includes order tracking settings and supports font size changes.** However, Android suffers from visual flaws, like truncated text and a tight cart UI.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760572.R
**EXHIBIT 6044.R-046**

## Guardian – News & Magazines – Overall thoughts and impressions

→ The content of the app was nearly identical for all elements of the app except for the Settings. Settings in the Android platform outperformed the Settings in the iOS platform. Android offered "Advanced Settings," which included accessibility features, that were not offered by iOS.

💡 **iOS had fewer accessibility features** accessible within the app than Android. Otherwise, the app was nearly identical across platforms.

💡 **The Android version provided Advanced Settings** and **Accessibility features** that were not offered in iOS. Otherwise, the app was nearly identical across platforms.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Happn – Dating – Overall thoughts and impressions

→ Both are equal in meeting users needs with identical functionalities.

🟣 **Android also has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## HBO Max - Entertainment - Overall thoughts and impressions

→ No preference.  Apps are identical and both are equal in meeting users needs with identical functionalities.

○ **iOS provides connection** to iTunes to subscribe.  Android does not.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Headspace – Health & Fitness – Overall thoughts and impressions

Consider your overall experiences with the apps.

- Considering the goals of the app, the iOS app is smoother, more fluid and immersive. It captures the feeling of Headspace visually better. It looks like they built it first on iOS and then tried to match it as much as possible on Android. New features appear first on iOS and then on Android.

- The iOS app feels more premium because of the smooth quality of the animations

- I prefer the iOS app, because (as a nitpicky designer) I like the seamless motion design

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Hinge – Dating – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with similar functionality.

💡 **iOS had a few more features** that improve the user experience - sharing selected individuals with others and access to Apple contacts. A moderator at Hinge also sent me a welcome note on the iPhone; I did not receive on on the Android phone.

💡 **Android had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Hotels.com – Travel & Local – Overall thoughts and impressions

→ Both are equal in meeting users needs with nearly identical functionalities.

💡 **iOS shows Recently Viewed function** about the in-app ad.  Android has this function below ad.

💡 **Android has a better UI** regarding the date choices and property info.   **Android has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Houseparty – Communication – Overall thoughts and impressions

→ iOS feels more updated and visually pleasing, with additional settings, a cleaner and more immersive UI, and a streamlined profile creation process. Android's UI feels inconsistent at times, with oddly-placed overlays and uneven spacing between elements.

💡 **iOS has a more polished UI, additional features, and streamlined profile creation process.** However, iOS does not support dark mode or font size changes.

💡 **Android's UI feels inconsistent and cheap - some overlays are oddly-placed and some elements are unevenly spaced. Some elements also change positions after clicking for no apparent reason.** While Android supports font size changes, it appears to make the app buggy, rendering some buttons unclickable.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Houzz - House & Home - Overall thoughts and impressions

→ Android has a slight edge over iOS due to the ability to use some of the app's core features without creating an account and helpful tutorials and pop-ups on how to use those features. Visually and content-wise, both apps look very identical.

💡 **iOS does not let you use some of the app's core features without an account. Back swipe does not work on some screens, which can cause you to be stuck and force a reboot.** However, iOS does support dark mode.

💡 **Android allows you use the app's project editing features without an account and has pop-ups to help you use the app.** However, dark mode isn't supported on Android.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760580.R
**EXHIBIT 6044.R-054**

## Hulu – Entertainment – Overall thoughts and impressions

→  Overall, iOS is more visually consistent and pleasing to look at, but Android is more functional.

💡  **iOS maintains consistent theming throughout app use,** whereas Android's account setup process used different theming from the rest of the app.

💡  **The Android version has more tutorial pop-ups than the iOS version** to explain how to use the app. **Android also lets users share shows externally,**

💡  **Android  supports its system "back" feature and changing font size,** iOS does not support the system back gesture in the app and the iOS app does not reflect changes in system font sizes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## IDAGIO - Music & Audio - Overall thoughts and impressions

Consider your overall experiences with the apps.

- The Android version is consistently lagging in terms of the functionality supported. The lack of support of playlists on Android is the best example of this.
- The iOS version is clearly better because it supports playlists which Android does not. New features are also consistently introduced on the iOS version first, with unclear messaging from the company around when these features will show up on Android.
- Both apps are well crafted, but the Android version is not quite as crisp in terms of attention to detail.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Instacart – Shopping – Overall thoughts and impressions

→ iOS is preferred since it has "Sales" function. Both are equal in meeting users needs with identical functionalities.

🔍 **iOS has a "Sales" function** that lists the sales in various local stores on a separate screen. Android does not have that capability.

🔍 **Android also had better accessibility support** when it came to font size. The iOS version does not support changes in font size consistently across screens.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Instagram - Social - Overall thoughts and impressions

- **Resulting quality of videos / images are often lower quality when uploaded from Android (1, 2)**
  - Can feel 'second class' when making posts using an Android phone due to quality
- **Instagram on Android design looks like it was (and is) built for iPhone first**
  - Android version goes even further to copy iOS specific patterns (see peek and pop)
- **iOS version often has new features before Android**
  - New editing tools typically make it to iOS first then Android second (e.g. new font choices / filters) . The social exclusion is more painful when I see friends on iPhone using these tools in their stories while I sometimes cannot participate
- **Built-in iOS photos app offers better video editing**
  - Creators can use external apps including the built-in iOS photos app to crop / trim / add effects easily before uploading to IG. Google Photos for Android only offers basic trim functionality for videos.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760584.R

**EXHIBIT 6044.R-058**

## KBB – Auto & Vehicles – Overall thoughts and impressions

→ The comparison of app differences for KBB.com is incomplete due to the Android version being nonfunctional..

💡 **The Android version repeatedly freezes and crashes**. The only screens that do not appear to make the app immediately crash are the home screen and settings screen.

💡 **The Android version does not allow any searching for cars and does not allow users to browse car information.**

💡 **The iOS version appears to function as intended** with the exception of a few images failing to load.

💡 **Both app versions appear to change in-app text when system font size is increased.** Neither app version supports Dark Mode.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760585.R
**EXHIBIT 6044.R-059**

## Kindle – Books & Reference – Overall thoughts and impressions

→ Both app versions are extremely similar in most respects. However, Android is superior to iOS overall.

💡 **The Android version supports browsing and purchasing new books in the app.** iOS does not support new book purchases. iOS would have to use a different platform than the app to access new books.

💡 **iOS  appears to have a few more options and settings for reading within the app** compared to Android.

💡 **Both apps support an in-app Dark Mode and font size changes for accessibility.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Lifesum – Health & Fitness – Overall thoughts and impressions

→ Overall, these apps functioned similarly and each would help a user track their meals and move towards their dietary goals. The **iOS app outperformed the Android app in visual presentation.**

- **iOS** provides a cleaner visual presentation than the Android app. **It appears less busy**, which is important in a rather busy app. iOS also presented a video at start-up that was more engaging than the Android startup screen. This was one of few iOS apps that incorporated dark mode.

- **The Android version provided the same functionality as the iOS version.** The Android app appeared more busy--such as by using headers to present each meal, and then below each header having only the single option to add that meal. Some **navigation elements and text size adjustments were stronger** in the Android app than in the iOS version.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## LinkedIn – Business – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with close to identical functionalities.

💡 **iOS had a contact sync** that made it easier to find new contacts. **iOS's tutorial was also more instructive** since it placed instructional pop-ups over actionable areas of the screen.

💡 **Android allowed one to confirm email on a separate device** (iOS did not, which resulted in becoming stuck in the iOS app). **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## LOVOO – Dating – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with close to identical functionalities.

💡 Overall, **iOS was more pleasing and better at introducing users to using the app's main function with a short tutorial animation.**

💡 **Android had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Lyft** – Travel & Local – Overall thoughts and impressions

→   Both are equal in meeting users needs with similar functionalities.

💡   **iOS has a method to set a default tip.**

💡   **Android provides two useful features** - a method to arrange ride for someone else andd a method to set reminder to arrange a future trip.  **Android also has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Match – Dating – Overall thoughts and impressions

Consider your overall experiences with the apps.

- The functionality of both versions seems fairly close.

- The UIs are pretty similar, didn't feel one felt obviously better than the other in terms of UI polish.

- No strong preference, the apps seems pretty similar.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Match – Dating – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with close to identical functionalities.

○ Overall, **iOS has more subtle delights, fluid transitions, and felt better crafted, and on brand.**

○ iOS version also incorporated details like larger border radius, bottom nav reacting to tap, making it feel better crafted compared to the Android version.

○ Android had better accessibility support when it came to font size but no big differences otherwise.

○ On wearables, **Match is not supported on WearOS** but only on Apple Watch.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760592.R
**EXHIBIT 6044.R-066**

## Medium – Productivity – Overall thoughts and impressions

Email verification did not complete for either app.

Accounts were never created. Apps were not evaluated any further.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760593.R

**EXHIBIT 6044.R-067**

## Meetic – Dating – Overall thoughts and impressions

→ The comparison of app differences for Meetic was impeded by the Android version becoming unusable.

○ **The Android version did not allow users to create an account** and crashed after a few minutes of logging in with an existing account.

○ **iOS appeared to function as intended.**

○ App and account set-up appeared to look very different between the iOS and Android versions with similar functions. However, iOS was successful where Android was not.

○ At first glance in the main app after creating an account, the iOS and Android appeared nearly identical.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760594.R
**EXHIBIT 6044.R-068**

## Meitu – Beauty – Overall thoughts and impressions

→ Overall, both app versions were successful at editing photos for sharing. The iOS version felt like a better, more complete app than the Android version.

**iOS had more features and functions than the Android version,** including making animations from photos, creating an account, and making gifs.

**The Android version appeared to require more permissions and had a more visually pleasing home screen.**

The tutorial for both apps and most functionalities were essentially the same.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 6044.R-069**

## Messenger (Facebook) - Communications - Overall thoughts and impressions

- Goals of personal messaging (for me):
  - Personalization & customization options
  - Feeling connected with whoever I'm messaging
  - Ease of messaging

- In terms of achieving the above goals, the iOS version does better with its:
  - Larger variety of emojis (when setting emojis to personalize specific conversations)
  - Cleaner interface that brings the focus to the conversations themselves (e.g., each conversation row and its contact photo is bigger than in Android)

- The Android version of the app actually offers more functionality, but often at the cost of feeling more cluttered
  - Android does do better in terms of creating group chats (no downsides here!)
  - I don't use FB Messenger for posting public stories, so that functionality on Android is irrelevant to me
  - There are more settings on Android but they're more disorganized
  - There are more options for individual conversations (slide 148) but the menu is more disorganized

- Generally, I prefer the iOS version because it feels more premium with smoother and sleeker UI (e.g., transitions)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Mint – Finance – Overall thoughts and impressions

→ Overall, both apps had similar features and functions, but iOS is slightly better at meeting the app's goals. However, if a user has major concerns about accessibility and privacy, Android is better.

💡 **iOS has a more intuitive interface and a feature to chat with a live expert.** Android does not have this feature.

💡 **The Android version adjusts in-app font size when system font size is increased.**

💡 **Android has more settings options and shields the app from screenshots or screen recordings for privacy.** iOS does not shield from screenshots.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Miro – Productivity – Overall thoughts and impressions

→ Android is preferred for the in-app tutorial and more Search choices.  Both are equal in meeting users needs with identical functionalities.

💡 **Android has a tutorial;** iOS does not.  **Android provides more Search choices** (Theme, image, GIF, Clipboard, etc.) in the Note creation function.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## MyFitnessPal – Health & Fitness – Overall thoughts and impressions

→  Both are relatively equal in meeting users needs with close to identical functionalities.

💡  **iOS had a app** for the Apple Watch.  The integration was very good.

💡  **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Netflix – Entertainment – Overall thoughts and impressions

→ The Android version was an overall better app than the iOS version.

- **The iOS version does not allow users to create a new Netflix account** or subscribe to a plan within the app.

- **The Android version allows users to create a new account.**

- **Android also has additional features that iOS does not have**, such as a pre-teen setting for new user profiles.

- **The Android version adjusts in-app text size when system font size is increased for accessibility**, unlike iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760600.R
**EXHIBIT 6044.R-074**

## NYTimes - News & Magazines - Overall thoughts and impressions

Consider your overall experiences with the apps.

- Considering the goals of the app, which app version meets them better? (ex: A game should be engaging, sticky, entertaining, competitive.  A fitness app should include detailed metrics, be motivating).
  - ○ Both serve core user needs (reading news)

- Does one feel more premium or more well-crafted?
  - ○ iOS

- Do you have a preference for one, and if so, why?
  - ○ iOS. While Android has useful features like Dark Theme, the overall experience feels less premium

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## OKCupid – Dating – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with close to identical functionalities.

○ **iOS had a Discovery function** that made it easier to find new people. **iOS was also easier to use** since it had common dialog box closure indicators.

○ **Android had a Read Receipt function** that would provide a level of comfort to users that send messages to connect. **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## OneFootball – Sports - Overall thoughts and impressions

→ Overall, the Android and iOS versions are almost identical. However, Android is slightly better because it allows users to adjust the font size as needed for accessibility.

💡 **The Android version increases the in-app font size when system font size is increased.** iOS does not have a way to adjust in-app font size.

💡 **Android's system back button works to return users to a previous screen.** The iOS system back gestures do not work within the app, and users must tap a back arrow in the app to go back.

💡 **However, the iOS version has an option to upgrade by subscribing** that Android does not appear to have. However, this option to upgrade does not outweigh Android's greater accessibility.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760603.R

**EXHIBIT 6044.R-077**

## OpenTable – Food & Drink – Overall thoughts and impressions

→ iOS has more detailed information on restaurant pages and a more helpful search function. Android's interface can feel crowded and unpolished at times.

💡 **iOS includes an "About you" section in the user's profile, shows more details about each restaurant on their page, has helpful category buttons when searching, and provides more screen real estate when browsing.**

💡 **Some elements in Android are oddly spaced, and browsing real estate feels limited due to the overly large header.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Pairs - Dating - Overall thoughts and impressions

→ With both platforms, it was possible to set up an account without understanding the written language. Based on expected conventions, it appears the account was set up with the intended self-descriptive information and the intended match-descriptive criteria. The means of selecting potential matches of interest was equally clear on each app.

💡 **iOS had more screens and questions in the setup.** Due to language barrier, it was not possible to determine if the additional questions translated into an enhanced feel with the app.

💡 **The Android version supported differing text size** and had a **more appealing front page** that provided 5 images for review.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Pandora – Music & Audio – Overall thoughts and impressions

Consider your overall experiences with the apps.

- Apps are extremely similar, with each having some visual and animation elements better than the other

- iOS feels more polished overall:
  - The animations are more polished (sliding from screen to screen) as opposed to abrupt changes from screen to screen
  - Carets help with clickability in iOS
  - Text and subtext is marginally better

- Do you have a preference for one, and if so, why?
  - Slight preference for iOS due to polish and small efficiencies, but prefer use of space (items fit onto the page) with Android (with some exceptions)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760606.R

**EXHIBIT 6044.R-080**

## Peacock – Entertainment – Overall thoughts and impressions

→ No preference, the apps are nearly identical. Only difference is the Permissions (asked for in iOS) and additional control for Ads in Android settings.  Both are equal in meeting users needs with identical functionalities.

○ **iOS asks for permission** to search for Connected devices and sending Notifications. Android does not.

○ **Android has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760607.R
**EXHIBIT 6044.R-081**



**Peloton** – Health & Fitness – Overall thoughts and impressions

iOS feels premium and like I get more for my money.  I pay the same monthly rate whether I use Android or iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760608.R

**EXHIBIT 6044.R-082**

## Photomath – Education – Overall thoughts and impressions

→ In terms of functionality, there were virtually no differences between iOS and Android versions. The only noticeable difference was that iOS asked for notification permissions, while Android supported font size changes.

💡 **iOS asks for notification permission, but doesn't support font size changes.**

💡 **Android supports font size changes, but doesn't ask for notification permission.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760609.R
**EXHIBIT 6044.R-083**

## Pinterest – Social – Overall thoughts and impressions

→ iOS is preferred since it provides better Search information.  Both are equal in meeting users needs with nearly identical functionalities.

💡 **iOS provides more useful information as result of Search.**

💡 **Android has better image selection capabilities.  Android also had better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Plenty of Fish – Dating – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with close to identical functionalities.

Overall, **iOS has more subtle delights, has more pleasing visuals and animations, and is on brand.**

**The Android version has better usability and less room for user error.** For example, users are able to use system navigation to "go back" on Android, whereas swiping back only sometimes returns iOS to the previous screen.

The Android version felt less premium compared to the sleeker iOS version because of its lack of animations and occasional typos.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Pokemon GO - Games - Overall thoughts and impressions

→ Overall, the two app versions are nearly indistinguishable.

💡 **iOS can create a Pokemon Go account with Apple**, but Android cannot. Both iOS and Android allow creation of a Pokemon Go account through Google.

💡 **The Android version has a promo code feature in the in-app store** that iOS does not appear to support.

💡 **The Android version has slightly better visuals than iOS.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Pregnancy tracker – Parenting – Overall thoughts and impressions

→ The iOS app offered a more welcoming experience for sign-up and getting started. Once into the app, the functions offered between platforms were nearly identical. iOS offered more information above the fold, which aided discoverability. This made up for instances of poor text wrapping.

💡 **iOS** offered a cleaner and more welcoming introduction to the app. Navigation was visible at all times, so it was always clear how to move to a different section of the app. iOS keeping more information above the fold assisted with discoverability of features and with navigation of the app. There were issues with font size adjustment and text wrapping.

💡 **The Android version** was more abrupt in its introduction to the app. Within the app, the visual presentation of each element on the page was clear. At times, the Navigation icons were hidden (when scrolling down). WIthout these icons, the only visible option for Navigation was to "go back."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760613.R
**EXHIBIT 6044.R-087**

**Redfin** – House & Home – Overall thoughts and impressions

→ No preference. Both are equal in meeting users needs with identical functionalities.

💡 **iOS has some Mortgage tools** some users may find useful.

💡 **Android has better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Remind – Education – Overall thoughts and impressions

→ Both are equal in meeting users needs with nearly identical functionalities.

💡 **iOS provides quicker access** to the Settings function.

💡 **Android provided specific push notification controls** (Sound, Vibrate, Light). **Android also has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Runkeeper – Health & Fitness – Overall thoughts and impressions

Consider your overall experiences with the apps.

- Considering the goals of the app, which app version meets them better? (ex: A game should be engaging, sticky, entertaining, competitive. A fitness app should include detailed metrics, be motivating).

- Does one feel more premium or more well-crafted?
  Definitely iOS I'm afraid. The overall design is tidier, feels more accessible and takes less time and less clicks... interactions are generally available there and then.

- Do you have a preference for one, and if so, why?
  iOS.
  It seemed to recognise that I am not a new user whether or not i reinstalled the app and didn't force me to do all sorts of annoying newbie things. The permissions and settings on Android although a little quicker at the start felt messy and gave me lots of unexpected prompts later on. iOS prompted me for the most important permissions there and then and had automatically enabled some things that made sense for a running app .. like mobile data use and physical activity/motion permissions. And overall just all the extra clicks and obvious slow loading made the Android app feel inferior despite largely having the same functionality.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760616.R
**EXHIBIT 6044.R-090**

## Runtastic – Health & Fitness – Overall thoughts and impressions

→  Both are equal in meeting users needs with identical functionalities.

💡  **iOS had a app** for the Apple Watch.

💡  **Android does not support Moto360.  Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Seesaw - Education - Overall thoughts and impressions

→ Overall, both apps appear to have the same features and functionality.  iOS has generally more pleasing visuals, but Android is more usable.

💡 **iOS has rounder visuals, and new pages appears almost like popup windows**  to give a 3D navigation feel.

💡 However, **the iOS version also has some overlapping visual elements** which can prevent use of those elements.

💡 **The Android version is more usable because it is easier to read and navigate.** Visual features do not overlap and are easier to find. Changing the system font size in Android changes in-app font size, unlike iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Skype – Communications – Overall thoughts and impressions

→ iOS has a better organized interface, with additional camera features that Android lacks. Android suffers from a slightly more confusing interface, lack of some video features, and a glitchy experience but does have a few features that iOS lacks, like audio testing services and multitasking.

🔘 **iOS has a simpler interface and additional camera features like background blur and audio settings.**

🔘 **Android has a few exclusive features such as an echo/sound testing service and multitasking, but suffers from a confusing interface, lack of dark mode support, and glitchy or truncated screens.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760619.R
**EXHIBIT 6044.R-093**

## Skyscanner – Travel & Local – Overall thoughts and impressions

→ iOS interface feels slightly more cleaner and better organized than Android. All pages follow the same overall theme and feels more unified. Some pages on Android follow conflicting color themes, and sort/filter function feels more confusing and disorganized.

💡 **iOS app screens are more consistent with its overall theme and has a more organized sort/filter function.** iOS also support dark mode but doesn't support text size changes. iOS also lets you share links to your search results, which Android cannot do.

💡 **Android app screens are inconsistent in a few areas, which may feel jarring at times. Sort/filter function feels cluttered and disorganized.** Android doesn't support dark mode but does support text size changes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Slack – Communication – Overall thoughts and impressions

Consider your overall experiences with the apps.

- Both apps seem to have the same functions and largely perform in the same way.  There are slight differences in feedback (particularly haptic), responsiveness to a11y settings, and the sharing, but I found that I could largely move seamlessly between them (worth noting: I had never used this app on Android before this exercise).

- iOS does feel a bit more premium; the settings experience is better designed/more modern, the animations/interactions feel a bit more polished, and there are some minor differences (e.g. the additional copy for the sharing experience) that make it feel a bit more "thought-out".

- I have a slight preference for the iOS experience because of the greater polish, though, admittedly, it is also more familiar.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Sleep Cycle – Health & Fitness - Overall thoughts and impressions

→ Overall, both apps were extremely similar in functionality and visuals. iOS had more features available, making it a slightly stronger app.

💡 **iOS had options and features that made it feel more premium than Android,** such as linking a partner's account, setting the phone to auto-lock after setting an alarm, weekend settings, etc.

💡 **The Android version had slightly better visual accessibility,** because changing system font size changed the in-app font size, which was not the case for iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760622.R
**EXHIBIT 6044.R-096**

## Smule – Music – Overall thoughts and impressions

→ iOS visuals and UI feels significantly more polished and updated than Android, with additional updated features that feel more exciting.

💡 **iOS visuals and UI feel fresh, polished, and consistent across the app.** Default text sizing and spacing feel better. Additional, updated features are also included. However, there is no text size change or dark mode support.

💡 **Android lacks some features that iOS has like rewind/forward, and its visuals feel outdated and inconsistent on some screens.** Some text sizing and spacing look awkward and out of place. However, Android allows you to sync with the phone's contacts.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Soundcloud – Music & Audio – Overall thoughts and impressions

→ Android is slightly preferred since some operations are easier (set-up, word completion). Both are equal in meeting users needs with identical functionalities.

💡 **iOS provides setting** to "Autoplay related tracks".

💡 **Android search offers** title suggestions based on word completion. **Android separates** playlist and albums in Library menu; iOS has them together. **iOS requires an additional click to get selection. Android provides method** to "Clear application cache" and "Show comments on waveform". **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Spotify – Music & Audio – Overall thoughts and impressions

→  Overall, Android and iOS mostly have the same features and layout on Spotify.

→  Spotify on Android and iOS both serves its main goal of playing music to the phone or other devices, finding songs/artists/podcasts and viewing suggestions.

💡 **iOS is slightly better crafted due to smooth transitions** when clicking out of the pop up that appears when listening to a song, animations and, haptics support.

💡 On wearables, Spotify on **Apple Watch supports wider selection** of playlists through the app.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Spotify – Music & Audio – Overall thoughts and impressions

Consider your overall experiences with the apps.

- Spotify on Android and iOS both serves its main goal of playing music to the phone or other devices, finding songs/artists/podcasts or viewing suggestions.

- iOS is better crafted due to smooth transitions, animations and haptics support, as well as a few extra features (music ID)

- iOS is the better app

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760626.R

**EXHIBIT 6044.R-100**

## Tandem – Education – Overall thoughts and impressions

→ Overall, both versions of the app were extremely similar, with iOS being a little more visually pleasant.

💡 **iOS had rounder, more visually pleasing buttons.** This difference was most noticeable during account creation and setup.

💡 **The Android version was equally or more usable than iOS**, because it adjusted font size with system settings and allowed the user to toggle between online and offline statuses.

💡 Animations throughout the app were nearly identical.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Teams – Communications – Overall thoughts and impressions

→ No preference. Both are equal in meeting users needs with identical functionalities.

💡 **iOS asks for permissions for Notifications and Microphone.**

💡 **Android does not ask for any permissions.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Ticketmaster – Events – Overall thoughts and impressions

→  iPhone preferred because of easier navigation.  Both are equal in meeting users needs with nearly identical functionalities.

○  **iOS has an "always on" bottom menu** and a "Sell" tickets function on the home screen.

○  **Android has better accessibility support** when it came to font size. The iOS version does not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## TikTok – Social – Overall thoughts and impressions

→ Both app versions were remarkably similar and nearly indistinguishable.

💡 **iOS had a few additional functions compared to Android,** such as Dark Mode and an option to be a TikTok Tester.

💡 However, the **Android version had better accessibility** because changing the system font size changed font sizes within the app.

💡 Android had more haptic feedback.

💡 iOS used slightly more pleasing font styles than Android, such as using sentence case in place of all caps for headings.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Tinder - Dating - Overall thoughts and impressions

→ Tinder on Android and iOS both serves its main goal of finding a match and start messaging others in the app.

💡 **iOS feels overall more well-crafted** due to its delightful moments, clear visual and smooth transitions.

💡 There were a few discrepancies on default settings and permission requests on location/camera access.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## TomTom – Maps & Navigation – Overall thoughts and impressions

→ Overall, both apps perform similarly in function. Android has more pleasing visuals and more features overall compared to iPhone.

💡 **iOS has faster download speeds** when downloading maps to the device.

💡 **iOS is compatible with Apple CarPlay,** while Android is not.

💡 **The Android version has an opt-in for experimental features.**

💡 **Android also has more features that are available at one-tap during navigation** compared to iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760632.R
**EXHIBIT 6044.R-106**

## Trainline – Travel & Local – Overall thoughts and impressions

→ Android has a slight edge due to its notification settings and font size support. The iOS app appears to have a glitch in some of its screens where you can't go back or return to the home screen.

○ **iOS has a "Cheapest" tag on its cheaper flights, as well as the ability to refresh search results when swiping down.** However, some app screens don't give the ability to go back or return to the home screen, forcing a reboot of the phone to reset the app.

○ **Android has a dedicated notification settings and support for font size changes.** However, search results do not refresh when swiping down.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Truecaller – Tools – Overall thoughts and impressions

→ Android appears to have more updated features, functionality, and settings, whereas iOS seems to be lacking in some of these features. Both versions look identical in terms of visuals.

💡 **iOS lacks a quick tour guide, Facebook/Google sync, and some tabs within its pages. iOS also doesn't support font size changes and its back swipe does not work on some screens.**

💡 **Android has a quick tour guide, additional settings, and allows you to change app language upon opening the app for the first time.** Android also includes additional sections, supports both text size changes and dark mode, and has a more robust spam/blocking page.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760634.R
**EXHIBIT 6044.R-108**

## Twitter – Social – Overall thoughts and impressions

For the most part Twitter on both platforms has equal functionality. The iOS one is more polished in general in many areas.

That being said, Twitter UI Design has adopted Material Design. An Android user who uses their Android app has no context switching because their app feels and looks like it belongs on Android.



Twitter Web

GOOG-PLAY-004760635.R
**EXHIBIT 6044.R-109**

## Uber – Travel & Local – Overall thoughts and impressions

→ Both are nearly equal in meeting users needs with very similar functionalities.

💡 **iOS had a app** for the Apple Watch (showed new Uber Pet function on Watch but not on iPhone). **iPhone allows user** to change rider, Android does not.

💡 **Android allows user** to schedule a ride, iOS does not. **Android does not support Moto360. Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Uber Eats - Food & Drink - Overall thoughts and impressions

→ Slight preference for iOS because of the quick access feature. Both are equal in meeting users needs with nearly identical functionalities.

○ **iOS has capability** for "frequent buyer" type programs for specific restaurants. **iOS has buttons** on Home screens to quickly filter for specific categories. Android does not have this capability.

○ **Android has method** to keep business-related food purchases separate from personal. **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760637.R
**EXHIBIT 6044.R-111**

## Udemy – Education – Overall thoughts and impressions

→ While both phones offer the same content in identical layouts, iOS has a more robust video player and dedicated settings, as well as a dedicated profile tab. The scrolling experience on iOS feels more premium, with more support for accessibility settings like dark mode and font size changes.

○ **iOS has a more robust video player, dedicated profile and settings sections, and support for text size changes.** Otherwise, content and overall functionality is similar.

○ **Android has a shopping cart feature.** Otherwise, content is similar but the experience is lacking in some features that is included in iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Venmo** – Finance – Overall thoughts and impressions

→ Though iOS had a more pleasing design overall, Android had better accessibility and more features.

💡 **iOS used icons and round text to give the app a premium feel.**

💡 **The Android version had the ability to connect with Facebook,** which iOS did not appear to have.

💡 **The Android OS appeared to integrate better with the app than iOS.** The Android system back feature worked throughout the app, unlike the iOS back gesture. Android also adjusted all in-app font sizes with increased system font sizes where iOS only adjusted some text.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## VSCO (1 of 2) - Photography - Overall thoughts and impressions

Consider your overall experiences with the apps.

- Overall experience and performance in terms of achieving the user goals are almost identical, but the subtle visual or UI differences make the iOS app feel a bit more premium and well-crafted

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**VSCO (2 of 2)** - Photography - Overall thoughts and impressions

→ Both versions looked visually similar and met the core functionality of the app identically. iOS has a slight edge when it comes to camera integration and editing options, while Android has a few additional secondary functions that iOS lacks, though it doesn't affect the experience significantly.

💡 iOS has better camera integration and photo editing features that Android lacks.

💡 Android has some additional settings, secondary features, and supports font size changes, but these aren't enough to compensate for its poor camera integration.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Walmart – Shopping – Overall thoughts and impressions

→ Both are equal in meeting users needs with nearly identical functionalities.

💡 **iOS is easier to create online "like" lists and share them.**

💡 **Android also had better accessibility support** when it came to font size. The iOS version did not support changes in font size.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Warriors of Waterloo [sic, Waterdeep] – Games – Overall thoughts and impressions

Consider your overall experiences with the apps.

- The setup flow was a bit cumbersome on both, but primarily because I didn't already have 2 factor set up on iOS or a Google Play Games account set up on Android. Starting the game on a more established device would mitigate those pain points.

- The gameplay itself is the same on both versions, other than sound only working on Android.

- Some system interactions felt superior on iOS: keyboard transition in the support page is better on iOS, and Android has a bug where quick switching to the game means you can't click the crucial buttons temporarily (keep in mind my iPhone doesn't have gesture navigation for a fair comparison here though).

- Overall, I prefer the Android version because of Google Play Games integration - Achievements, cloud backup, etc. all felt seamless - and volume actually worked.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760643.R

**EXHIBIT 6044.R-117**

## Washington Times – News & Magazines – Overall thoughts and impressions

→ The apps on iOS and Android were very equivalent in their function, navigation, and information presented.

💡 **iOS** allowed a user to **choose whether to accept push notifications** and had **slightly better visuals** in that it presented more information on each screen.

💡 **The Android version** did a better job with **font size** and it offered **back navigation,** which was not available for iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760644.R
**EXHIBIT 6044.R-118**

**What to expect** – Parenting – Overall thoughts and impressions

→ Both are relatively equal in meeting users needs with close to identical functionalities. iOS presents a softer and more positive feel for some elements of the app, especially related to interacting with the community.

💡 **iOS is more navigable** and **allows greater discoverability** based on presenting more information above the fold and better organization of information in the Community area.

💡 **iOS offered more functions**, including a Photo Journal, the ability to export information from the app, and the ability to explore on the first screen in the Community area without providing additional personal information

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## WhatsApp – Communications – Overall thoughts and impressions

→ Overall, iOS has the better app version because it is has better usability and a more premium feel.

○ **iOS makes features and settings more discoverable** by using a menu bar, labelling icons, and not nesting settings as much as Android.

○ Both versions support changing in-app font sizes when system font size is increased, but **iOS keeps text readable where Android cuts off large text.**

○ **The Android version shares most features with the iOS version** but the overall design themes are different. **Android has a flatter, less premium feel** even though functionality is almost identical.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Whole Foods – Shopping – Overall thoughts and impressions

→ iOS is a better app because it meets the app's goal of searching for nearby stores and adding items to a shopping list. Android is unable to add items to a shopping list.

💡 **Both app versions appear the have the same intended function and visual design**, with the exception of the different settings menu layouts and types of arrows used to go back.

💡 However, **the iOS version is able to add items to a list** while **trying to add items to a list on Android results in an error.**

💡 **The Android version does not explain what the error is or how to resolve it.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Yahoo Fantasy Sports – Sports – Overall thoughts and impressions

→ Both apps are nearly identical in terms of overall functionality and visuals. There are minor differences that give the edge to iOS, such as better organized settings, no ads, and account-free usage.

💡 **In iOS, settings are better organized, dark mode is supported, has no ads, and allows you to use the app in limited capacity without an account.** However, back swipe doesn't work on some screens, which can be frustrating.

💡 **In Android, an account is required to use the app, and settings are mixed in with the menu options, which can be confusing. Ads are also shown in the Android version.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760648.R

**EXHIBIT 6044.R-122**

## Yelp - Food & Drink - Overall thoughts and impressions

Consider your overall experiences with the apps.

- Considering the goals of the app, which app version meets them better? (ex: A game should be engaging, sticky, entertaining, competitive.  A fitness app should include detailed metrics, be motivating).
  Finding a preferred restaurant in iOS app is faster & easier.

- Does one feel more premium or more well-crafted?
  The iOS app feels more premium, potentially implies the company focus more on the iOS app. e.g. Shared Element Transition from nearby to search was fully implemented on iOS while only partially implemented in Android despite the fact that
  1) shared element transition wasn't supported natively by iOS, developers have to handcraft their own solution
  2) android developers can get it for free since it is supported natively

- Do you have a preference for one, and if so, why?
  The iOS app is more efficient in getting things done while also provides a more pleasant UX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760649.R
**EXHIBIT 6044.R-123**

## Yousician – Music & Audio – Overall thoughts and impressions

→ Overall, the two app versions were almost indistinguishable.

💡 **iOS was slightly faster at loading workouts and lessons.**

💡 **The Android version had more advanced audio settings and used an in-app sound to calibrate the microphone.**

💡 **iOS could be linked to an Apple account,** while Android could not.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Youtube Music – Music & Audio – Overall thoughts and impressions

→ Overall, the app versions are nearly identical. iOS has slightly better visuals, and Android has slightly better functionality.

💡 **iOS has slightly more enticing visuals,** such as the landing screen animation versus the black background of the Android landing screen.

💡 **The Android version gives users more freedom** by allowing font sizes to adjust and keeping settings discoverable (versus nested as deeply as they are in iOS).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Zillow - House & Home - Overall thoughts and impressions

→ iOS shows more search results than Android and thus feels more resourceful. It also shows pop-ups for helpful tips on using the app.

💡 **iOS shows more search results, has helpful pop-ups on using the app, and allows you to take videos of listings.** However, iOS only supports font size changes within the map and may have performance issues when loading search results.

💡 **Android supports dark mode and font size changes across the app except for the map and shows a few more details in the header for each listing.** However, search results feel very slim compared to iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760652.R
**EXHIBIT 6044.R-126**

## Zoom - Communications - Overall thoughts and impressions

→ Neither iOS or Android are preferred.  Both are equal in meeting users needs with identical functionalities.

🔘 **Haptic feedback on iOS** for birth date selection was better than +/- "spinner" in Android.

🔘 **Swiping on Android** moved through bottom menu items.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004760653.R

**EXHIBIT 6044.R-127**