| | |
|---|---|
| **Message** | |
| **From:** | Sameer Samat [____]@google.com] |
| **Sent:** | 2/7/2019 7:28:47 PM |
| **To:** | Erin Crosby [____]@google.com] |
| **CC:** | Lydia Ash [____]@google.com] |
| **Subject:** | Re: Samsung & Games |



**EXHIBIT 6133**

I think so.

On Thu, Feb 7, 2019, 11:28 AM Erin Crosby <____@google.com wrote:
> Do we think this is something Tian can handle on 2/20 while you are out?
>
> ---------- Forwarded message ---------
> From: **Tian Lim** <____@google.com>
> Date: Thu, Feb 7, 2019 at 9:31 AM
> Subject: Re: Samsung & Games
> To: Jamie Rosenberg <____@google.com>
> Cc: Sameer Samat <____@google.com>, Kate Lee <____@google.com>, Mike Hochberg <____@google.com>, Lydia Ash <____@google.com>, Jim Kolotouros <____@google.com>, Christopher Li <____@google.com>, Paul Gennai <____@google.com>, Megan Johnston <____@google.com>, Erin Crosby <____@google.com>
>
> thanks for the context.
>
> i'll start digging in to understand where we are since that amazing deck, then figure out who might drive.
>
> On Thu, Feb 7, 2019 at 6:50 AM Jamie Rosenberg <____@google.com> wrote:
>> ATTORNEY CLIENT PRIVILEGED
>> (Kate, please advise)
>>
>> Jim and I met with Jay Kim from Samsung yesterday, with the primary agenda item being how we can collaborate better on games/ app store stuff. This was direct follow-up from the strong message we delivered to Samsung execs at GDC.
>>
>> TLDR: Potentially on orders from DJ, the Samsung games/ app store teams are "willing to work with us to figure out collaboration" and would like to have a workshop in SF on the afternoon of February 20, after the GS10 Unpacked Event.
>>
>> I know we have a lot going on, but this is a first and a big at-bat for us, so I'm hoping we can rally a team to 1) Clear their calendars for that afternoon; and 2) Make a sprint on prep for product/ eng collaboration things we can offer, based on our understanding of their goals (see below).
>>
>> Here is what Jay said about Samsung's goals:
>>
>> * Primary motivation for investing in Games is to compete with Apple
>> * Secondary motivation to have some differentiation vs. the Chinese OEMs
>> * Also, YJ Kim (head of services) has a revenue target in this area -- though also gets credit somehow for how his activities help device sales
>>
>> They have four areas of tactical focus against those goals:
>> 1) Deep dev tech collaboration with devs to get top games working well on Samsung devices.

2) Ability to promote/ curate games optimized for Samsung
3) Ability to offer "special things" to users in games on Samsung devices -- i.e., unique IAP items, etc.
4) Participation in revenue in some form

Jay said a few things about potential collaboration:
1) Samsung would value tying up with a Google dev tech effort on games and working with developers together.  He said that folks from the Samsung games eng team were at the Q workshop last week and came away very positive on Google's increased investment in the area

2) They are open to a world in which games they promote in the Samsung Store are fulfilled by Google's back end, but in that world:

-- Having some Samsung-controlled destination for curation is important to them, so they can highlight best titles or titles that have special offers to Samsung users
-- They would want those games to be able to offer unique IAP items to users on Samsung devices.  [I said I was pretty sure this was already possible today and developers could do this on their own... but not sure].
-- They would want some participation in economics
-- If Google could also promote those games in Play, it would be extra benefit for them

They have a bunch of questions about our capabilities and how their store UI could work in concert with our backend in service of the above tactics.

For the meeting on the 20th, I think we should focus principally on discussion about:
1) Dev tech collaboration
2) Product possibilities for Galaxy Store as curation destination/ Play as fulfillment

The group will likely be too large to get into commercials, and while we will work in parallel on some ideas for a commercial proposal (and can be prepared to signal certain things), I think we should handle that in a smaller setting afterward.

If you guys agree, is there someone on the Product side who can lead prep for this?  We can also potentially provide support from Paul's team if helpful.  I think the prep should cover both 1 and 2 above.  We could also use guidance on attendees -- seems like it would be great to have Frank Savage there.

I also think it would be helpful to carve out some exec time early next week (and perhaps later next week as well) to discuss strategy and review the prep.  If you guys agree, Megan and Erin can work on scheduling options.

A couple of other tidbits:
* I pressed Jay on whether we should expect anything from Samsung at Unpacked or otherwise that would be perceived as antagonistic to Google in this area -- and I said that it would be very damaging to potential partnership if they did anything like that.  He said games is not a big emphasis for GS10 launch, and the only thing planned is that at Unpacked they will show how Fortnite is even further optimized for GS10. : \

* For you amusement and in case helpful, here is a <u>proposal</u> put together by our very own Paul Bankhead for a meeting with Injong in Suwon nearly three years ago.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                         GOOG-PLAY-007280992

**EXHIBIT 6133-002**

--

- **Erin Crosby**
- ABP for Sameer Samat (Android + Google Play)
  ▇▇▇▇▇▇@google.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007280993

**EXHIBIT 6133-003**