# Google Play

## Q3' 21 Onboarding

Confidential and Proprietary, do not share

Google Play

EXHIBIT 6178.R
EXHIBIT 6178.R-001
GOOG-PLAY-007830491
CONFIDENTIAL

Google Confidential

EXHIBIT 6178.R-112
GOOG-PLAY-007830602

CONFIDENTIAL

# Google Play Commerce



Google Confidential

# Spotlight: Preventing Fraud & Abuse

## Payment Fraud


## Promotions & Play Points


## Refund Abuse


## Developer Collusion


## Gift Card Scams


## Carrier Billing Abuse


EXHIBIT 6178.R-132
GOOG-PLAY-007830622
CONFIDENTIAL