ACTIVISION BLIZZARD

Alphabet

Google

# GOOGLE ENTERPRISE DEAL EXTENSION

AUGUST 16 MEETING FOLLOW-UP MATERIALS

AUGUST 24, 2022

EXHIBIT 6390

8/17/2022 10:28 AM | Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011683579

EXHIBIT 6390-001

# Executive Summary

- Current partnership drove **Google Play ecosystem growth across several key metrics versus your competitor,** including:
  - GP share of ABK mobile revenue **growing +3ppts** versus iOS (FY17-FY19 42% of Android/iOS IAP share growing to 45% FY20-FY22);
  - GP share of ABK mobile MAU **growing +6ppts** versus iOS (FY19 71% of Android/iOS MAU share growing to 76% FY22)
- Following the launch of the enterprise partnership, there was material growth in additional KPIs:
  - ~1,250% growth **(~+1,000pts vs. iOS)** in paid installs (vs. Jan '17)
  - ~450point increase in MAU **(~+300pts vs. iOS)** from paid installs (vs. Jan '17)
  - ~450point increase in ABK revenue from paid installs **(~+300pts vs. iOS)** as compared to Jan '17
- Increased share of **daily payers vs. competitor of ~+100ppts** (vs. Jan '19), with global gross bookings ~50ppts higher than competitor since January 2019



2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011683580

**EXHIBIT 6390-002**

# Partnership successfully grew the GP ecosystem…

## …increasing GP's market share across both revenue and MAU

**GP Mobile Gaming Revenue Share of ABK Titles**
Current Deal FY20-FY22 vs Pre-Deal FY17-FY19



+3ppts
42% (FY19) → 45% (FY22)

**GP Share of ABK Mobile MAU**
FY19 vs. FY22



+6ppts
71% (FY19) → 76% (FY22)



1 Numbers may not tie exactly due to rounding

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011683581

EXHIBIT 6390-003

# Partnership led to higher paid installs vs. competitor
## This drove an accelerating lead for both reach and revenue on GP vs. competitor



**ABK Paid Installs vs. Competitor[1]**
Indexed to January 2017

**ABK MAU from Paid Installs**
Indexed to January 2017

**ABK Revenue from Paid Installs**
Indexed to January 2017



1. *Excluding CoDM from October 2019 which had data issues in paid/organic tracking during launch.*

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011683582

**EXHIBIT 6390-004**

# Monthly payer gap vs. competitor expanded during the partnership
## Nearly +60ppt gap between GP and competitor since January 2019 in monthly payers



**Global ABK Gross Bookings vs. Competitor**
Indexed to January 2019

~+50ppts



**Monthly Payers vs. Competitor**
Indexed to January 2019

~+100ppts



1. Includes Diablo: Immortal

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011683583

EXHIBIT 6390-005