**Sent:** Tue 2/16/2021 11:07:16 PM (UTC)
**From:** Margaret Lam (Google)
**To:** Matt Jayson (Google), Parag Ladhawala (Google)

Margaret Lam (Google) 2021-02-16 15:07:15

thanks parag!

Margaret Lam (Google) 2021-02-16 15:07:22

would it be too much to ask you to turn history off?

Margaret Lam (Google) 2021-02-16 15:07:36

lots of sensitivity with legal these days :)

Parag Ladhawala (Google) 2021-02-16 15:07:47

ah okay.

Margaret Lam (Google) 2021-02-16 15:07:57

thanks so much!!

Parag Ladhawala (Google) 2021-02-16 15:08:01

wanted to keep the MADA info for reference

Parag Ladhawala (Google) 2021-02-16 15:08:11

can do



EXHIBIT 6464

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000374364

EXHIBIT 6464-001