| Sent: | Tue 9/6/2022 10:18:47 PM (UTC) |
|---|---|
| From: | Margaret Lam (Google) |
| To: | Margaret Lam (Google), Shadia Walsh (Google) |
| Subject: | j-dJEIAAAAE-MBI-FLAT:2022-09-06T03:18:46.128895 |

**Margaret Lam (Google)**  2022-09-06T22:18:46.128Z

heeeey

**Margaret Lam (Google)**  2022-09-06T22:18:59.558Z

also just realized our history is 😬

**Updated on** 2022-09-06T22:19:18.776Z

also just realized our history is on 😬

**Margaret Lam (Google)**  2022-09-06T22:19:09.378Z

can we turn it off? haha

**Shadia Walsh (Google)**  2022-09-06T22:29:47.756Z

yes let's turn it off 🙂

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY5-000433345

EXHIBIT 6479-001