

# The apps you love.
# From a place you can trust.

For over a decade, the App Store has proved to be a safe and trusted place to discover and download apps. But the App Store is more than just a storefront — it's an innovative destination focused on bringing you amazing experiences. And a big part of those experiences is ensuring that the apps we offer are held to the highest standards for privacy, security, and content. Because we offer nearly two million apps — and we want you to feel good about using every single one of them.

**EXHIBIT 6691**

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-001

Page 1 of 14







Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-002

Page 2 of 14

Over 20K stories and counting.





New

Explore in-app events like movie premieres, gaming competitions, and livestreams.



Discover amazing apps with a rich



1.8M apps

Discover amazing apps with a rich search experience.

1.8M apps available worldwide.

175 storefronts in over 40 languages.

Over 150 expert editors worldwide.



Get the details on every app.



# Privacy and security.
# Built into everything we do.



## Security for every app. At every level.

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-005

Page 5 of 14

**100% of apps are automatically screened for known malware.**

**Over 16K apps use Apple health technologies like HealthKit, CareKit, and ResearchKit designed to protect patient privacy.**



**You choose what data to share. And with whom.**







Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-006

Page 6 of 14

Over 215K submissions rejected last year for violating privacy guidelines.



Apps can't pull your data from other apps.



## Dedicated to trust and safety.

Apps must adhere to our guidelines.

Every week, over 500 dedicated experts

adhere to our guidelines.


     


over 300 dedicated experts around the world review over 100K apps.

Over 1M submissions rejected for objectionable, harmful, unsafe, or illegal content.



You should never have to worry about inappropriate content.



No surprise purchases.

Every day, moderators review

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-008

Page 8 of 14

No surprise purchases.



Every day moderators review worldwide App Store charts for quality and accuracy.

In 2020, we removed over 80M user reviews that were considered spam.

We have removed over 2.3M apps because they haven't been updated or don't work on our latest OS releases.

# Hardware and software. Powering amazing experiences together by design.



Apps help unlock the full potential of your Apple devices.



We help app developers take advantage of our latest hardware

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-010

Page 10 of 14



# Download with confidence.



# Make any app yours. Instantly.



Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-011

Page 11 of 14

Make any app yours instantly.

Over 900K apps have secure payment technologies like Apple Pay and StoreKit for goods and services.



Purchase safely and securely.



Problem with an app? Easily report it from the App Store.

Need a refund? AppleCare has your back.



report it from the App Store.



More than 4B apps distributed each day from data centers running on 100% renewable energy.

Over 195 local payment methods and 45 currencies supported.

# News about the App Store.

See all Newsroom articles >

# News about the App Store.

[See all Newsroom articles ›](#)



**Meet the 2023 App Store Award finalists**

November 14, 2023



**Apple supercharges Logic Pro for Mac and iPad**

November 6, 2023



**8 new games coming to A...**

November 1, 2023

 

\* Disney+ subscription required. Must be at least 18 to subscribe.

 **App Store**

| Shop and Learn | Account | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Manage Your Apple ID | Find a Store | Apple and Business | Accessibility |
| Mac | Apple Store Account | Genius Bar | Shop for Business | Education |
| iPad | iCloud.com | Today at Apple | | Environment |
| iPhone | | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | **Entertainment** | Apple Store App | Apple and Education | Privacy |
| Vision | Apple One | Certified Refurbished | Shop for K-12 | Racial Equity and Justice |
| AirPods | Apple TV+ | Apple Trade In | Shop for College | Supplier Responsibility |
| TV & Home | Apple Music | Financing | | |
| AirTag | Apple Arcade | Carrier Deals at Apple | **For Healthcare** | **About Apple** |
| Accessories | Apple Fitness+ | Order Status | Apple in Healthcare | Newsroom |
| Gift Cards | Apple News+ | Shopping Help | Health on Apple Watch | Apple Leadership |
| | Apple Podcasts | | Health Records on iPhone | Career Opportunities |
| **Apple Wallet** | Apple Books | | | Investors |
| Wallet | App Store | | **For Government** | Ethics & Compliance |
| Apple Card | | | Shop for Government | Events |
| Apple Pay | | | Shop for Veterans and Military | Contact Apple |
| Apple Cash | | | | |

More ways to shop: [Find an Apple Store](#) or [other retailer](#) near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.   Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                                                          United States

---

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

**EXHIBIT 6691-014**

Page 14 of 14