**EXHIBIT 6840**

| | |
|---|---|
| **From:** | Nicola Sebastiani [████]@apple.com) |
| **To:** | Carson Oliver [████]@apple.com) |
| **CC:** | Mike Schmid [████]@apple.com), Chip Canter [████]@apple.com) |
| **BCC:** | |
| **Subject:** | Re: Google Play Pass, Apple Arcade will spar for mobile gamers — Quartz |
| **Attachments:** | |
| **Sent:** | 09/17/2019 07:51:24 PM 0000 (GMT) |

I know nothing unfortunately.

Nicola D. Sebastiani | Apple Arcade https://developer.apple.com/apple-arcade/ | [████] [████] [████]

*Please send your testflight builds to this address*

> On Sep 10, 2019, at 7:08 PM, Carson Oliver [████]@apple.com> wrote:
>
> Hi Mike, Nicola, Chip
>
> Have you or your teams heard anything about Google Play Pass from any developers? (I'm guessing the target is primarily premium app developers, but that's not clear from the public info.) If so, can you send over any details you have?
>
> Thanks,
> Carson
>
>> Begin forwarded message:
>>
>> **From:** Matt Fischer [████]@apple.com>
>> **Subject: Google Play Pass, Apple Arcade will spar for mobile gamers — Quartz**
>> **Date:** September 10, 2019 at 2:44:37 PM PDT
>> **To:** Phil Schiller [████]@apple.com>, Eddy Cue [████]@apple.com>, Alex Rofman [████]@apple.com>, Jeff Robbin [████]@apple.com>, Jon Gieselman [████]@apple.com>, Ann Thai [████]@apple.com>, Carson Oliver [████]@apple.com>
>>
>> FYI
>>
>> Alex/Ann/Carson - please try to get some more details on this and let us know what you find.
>>
>> Thanks,
>> Matt
>>
>> https://qz.com/1706533/google-play-pass-apple-arcade-will-spar-for-mobile-gamers/amp/?

## Google just confirmed its competitor to Apple Arcade

Matthew De Silva   September 10, 2019



REUTERS/Dado Ruvic

Google Play Pass is "coming soon."

While most of Silicon Valley drools over Apple's new gadgets, another tech giant is trying to make waves this week. The day before Apple's special event today (Sept. 10), Google coyly shared an update on Twitter.

In an understated post, Google confirmed it was launching its own subscription service, Google Play Pass, an ad-free Android offering that includes games and other apps. It seems the pass will not require additional in-app purchases. XDA Developers first reported on rumors of Google Play Pass last year.

Like Apple Arcade, it appears Google Play Pass will cost $4.99 per month. (At least, that's how much Google charged for the service during beta testing in July.) Although Google hasn't verified pricing or even revealed a launch date, the company's tweet included a new logo which shares a color scheme with Google Play,

Non-Party Highly Confidential - Outside Counsel Eyes Only

the official Android app store. It's not clear how different Google's subscription service will be from Apple's offering, which features over 100 games from both prominent and indie games developers, many developed exclusively for Apple Arcade. Apple's new service launches Sept. 19.

Google did not respond immediately to a request for comment.

Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-Goog_00368992

EXHIBIT 6840-002