| | |
|---|---|
| From: | Matt Fischer (███████@apple.com) |
| To: | Steve McGuigan ███████@apple.com) |
| CC: | Pedraum Pardehpoosh ███████@apple.com), Carson Oliver ███████@apple.com), Debankur Naskar ███████@apple.com) |
| BCC: | |
| Subject: | Re: Google Play Store shows you the streaming apps that have the movie or show you're searching for |
| Attachments: | |
| Sent: | 08/30/2018 10:34:26 PM 0000 (GMT) |

+ Debankur

I've always wanted the ability to search for content within apps (specific movies, music, etc.) and show the relevant apps in search results.

> On Aug 30, 2018, at 3:26 PM, Steve McGuigan ███████@apple.com> wrote:
>
> Seems like a great way to rive subscriptions for us.  Are we exploring this for App Store search?
>
> Search for your favorite show (Pedraum will appreciate this one), and we return nothing today.

https://www.androidpolice.com/2018/08/29/google-play-store-shows-streaming-apps-movie-show-youre-searching/

# Google Play Store shows you the streaming apps that have the movie or show you're searching for

Rita El Khoury Aug 29, 2018

It used to be that the TV show you wanted to watch was on one of a few cable channels and the movies were available as physical rentals from your neighborhood video store. Nowadays, with streaming services popping left and right, you hear about a new show and have no idea where to watch it. Is it on Hulu? Or HBO? Or Amazon Prime? Or the network's own service only? Google took a step to alleviate that in March when it started displaying the streaming services any show or movie is available on after you search for them in Google Play Movies. Back then, it said the same would come to the Play Store, and now it has.

To be frank, we don't know when *exactly* this started happening, but none of us here are Android Police recall seeing this behavior. It's either new or we missed it and no one tipped us about it.



Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-APPSTORE_06117438
APL-Goog_00898564

EXHIBIT 6845-001

Regardless, when you search for a TV show or movie on the Play Store, you'll first see the cards related to it on Google Play Movies or Books (if it's available there), then among the top results will be the different Android apps where you can stream this content. On the app's card, below the title and developer, is a line in italics indicating that the movie/show are available to stream on this app.



Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-APPSTORE_06117438
APL-Goog_00898565

EXHIBIT 6845-002



I only get results on Amazon Prime Video, since this is the only supported streaming app in my country. (Netflix is accessible too here, but it's not among the list of services Google checks for content.) In the US, you should get more suggestions for apps to download where that video content is available.

**Thanks:**
*Himanshu Singh*

Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-APPSTORE_06117438
APL-Goog_00898566

EXHIBIT 6845-003



Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-APPSTORE_06117438
APL-Goog_00898567

EXHIBIT 6845-004