HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Operating System Shares Based on Smartphone Sales by Region

### (1) Worldwide (excluding China)



### (2) United States



Source: IDC smartphones 2021.



EXHIBIT 6924-001