HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Shares of App Entitlements on Google Android Devices, Worldwide (Excluding China)

Source: GOOG-PLAY-000808464 (Google Play entitlements); GOOG-PLAY-007335206 (Off-Google Play entitlements); GOOG-PLAY-011127880 (Off-Google Play entitlements by origin); GOOG-PLAY-011354600 (GPP-enabled devices by country); Defendants' Responses and Objections to Consumer Plaintiffs' First Set of Interrogatories to Defendants, 16:14–17:1.



EXHIBIT 6940

EXHIBIT 6940-001