HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Difference Between Average Android and iOS Smartphone Price, 2009-2021, Worldwide (Excluding China)

Source: IDC smartphones 2021.



EXHIBIT 6952-001