

**Android Devices with a Preinstalled Alternative App Store**
*United States*

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Exhibit 6993

Exhibit 6993-001

**Notes:** [1] Data include US devices.

[2] Alternative app stores include Samsung Galaxy Store, Amazon Appstore, LG Smart World, Xiaomi Market, Huawei App Gallery, ONE Store, Oppo, Vivo, ShareIT, and the KT Store.

[3] Data are provided daily, and reflect worldwide active Android devices that were scanned by Google Play Protect in the previous 28 days.

[4] Devices included are limited to approved phones and tablets only.

**Source:** "OEM Footprint Data (2015-2021)," GOOG-PLAY-010801683.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Exhibit 6993-002