

**Android Devices with a Preinstalled Alternative App Store**
*Worldwide, excl. China*

| Date | % |
|---|---|
| 12/31/2015 | 25.7% |
| 13/31/2016 | 43.2% |
| 12/31/2017 | 52.0% |
| 12/31/2018 | 59.4% |
| 12/31/2019 | 65.0% |
| 12/31/2020 | 65.6% |
| 7/1/2021 | 65.9% |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Exhibit 6994

Exhibit 6994-001

Notes:   [1] Data include devices worldwide (excluding China).

[2] Alternative app stores include Samsung Galaxy Store, Amazon Appstore, LG Smart World, Xiaomi Market, Huawei App Gallery, ONE Store, Oppo, Vivo, ShareIT, and the KT Store.

[3] Data are provided daily, and reflect worldwide active Android devices that were scanned by Google Play Protect in the previous 28 days.

[4] Devices included are limited to approved phones and tablets only.

Source:   "OEM Footprint Data (2015-2021)," GOOG-PLAY-010801683.

**HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY**

**Exhibit 6994-002**