

**Epic Revenue From All Fortnite Players By Device Type**
*United States*

| Device | Percentage |
|---|---|
| Android | 1.0% |
| PC | 6.1% |
| iOS | 11.1% |
| Switch | 12.2% |
| Xbox One | 31.8% |
| PS4 | 37.8% |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Exhibit 7002

**Exhibit 7002-001**

Notes:   [1] April 21, 2020 through August 13, 2020 is the period during which Fortnite was available on the Google Play store.

[2] Only revenue from users in the United States is included in this analysis.

[3] United States, April 21, 2020–August 13, 2020

Source:   Evans Production Data, EPIC_GOOGLE_05131937-940.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Exhibit 7002-002