

**Epic Revenue From Android Fortnite Players By Device Type**
*Worldwide (excl. China)*

| Device | Share |
|---|---|
| iOS | 4.8% |
| Switch | 8.6% |
| PC | 12.4% |
| Android | 13.6% |
| Xbox One | 19.7% |
| PS4 | 40.9% |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Exhibit 7008

Exhibit 7008-001

**Notes:**   [1] April 21, 2020 through August 13, 2020 is the period during which Fortnite was available on the Google Play store.

[2] Android users are identified as accounts that played at least once or made any purchases on Android during this time period.

[3] Purchases by users from China are excluded.

[4] Worldwide (Excluding China), April 21, 2020–August 13, 2020

**Source:**   Evans Production Data, EPIC_GOOGLE_05131937-940.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Exhibit 7008-002**