



**Worldwide Smartphone and Feature Phone Sales by Operating System (U.S. Dollars)**

**Notes:**

[1] Yearly sales value in USD are shown, and include sales of phones sold directly to end users and sales of phones sold through distribution channels.

[2] Data are classified according to the preinstalled operating system at time of sale. The category "Other Smartphone" includes BlackBerry OS, Windows Phone, Linux and Symbian, among others.

[3] Data include all smartphones and feature phones sold worldwide as reported in the International Data Corporation ("IDC") data, excluding China.

[4] The IDC reports phone sale values as the average selling price multiplied by units sold. The average selling price is the average end-user price paid for a typically configured mobile phone, excluding point-of-sale taxes and additional subsidies offered by mobile operators. It is an estimate of the final price paid by the average end-user, and includes any implicit channel markup.

[5] Feature phones, as classified by IDC, are devices that run either a proprietary OS such as KaiOS, or a real time OS ("RTOS"). Proprietary OSs and RTOSs are tightly controlled by manufacturers and functionality is limited to exclude features, such as user installation of native, third-party apps via a widely available app store. Smartphones, as classified by IDC, contain a high-level OS, where third-party native apps can be user-installed.

[6] IDC data include mobile phones, defined by the IDC as devices with a screen size of less than 7 inches (with noted exceptions), out-of-the-box cellular telephony with a built-in microphone speaker, and the capacity to connect to a cellular network for voice communication through a communication service provider plan.

**Sources:** Bernheim Production Materials ("IDC Quarterly Mobile Phone Tracker"); "IDC's Worldwide Mobile Phone Tracker Taxonomy 2020," GOOG-PLAY-010801633-669.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



EXHIBIT 7011-001