

**Note:**
"Share of New Apps Published Worldwide in Google Play to Which Service Fees Apply" is calculated using the App Catalog data. It is the sum of all new apps published in Google Play to which service fees apply within a given quarter, divided by the sum of all new apps published in that quarter. Apps to which service fees apply monetize through at least one of initial download fees, in-app purchases, or in-app subscriptions.

**Sources:** "App Catalog Data," GOOG-PLAY-001507601; GOOG-PLAY-001507602.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



EXHIBIT 7095-001