

**Share of App Developer Revenue (User Spend on Digital Goods) By Monetization Type**

**Notes:**
[1] App developer revenues include worldwide app developer revenues (excluding China) from initial download fees, in-app purchases, and in-app subscriptions. App developer revenues are obtained by adding app developer revenues net of Google's service fees and Google revenues, and are thus equivalent to user spend.
[2] The "Share of App Developer Revenues" is the given monetization type revenues as a share of total app developer revenues. Revenue comprises user spend on all apps in Google Play.

**Sources:** "Google Revenue by App Category," GOOG-PLAY-010801685.R; "Developer Revenue by App Category," GOOG-PLAY-010801686.R.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



EXHIBIT 7102-001