

**Number of App Installations from Alternative Sources**
*United States*

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Exhibit 7178-001

| | |
|---|---|
| **Notes:** | [1] Installs captured in these data are new app installs only, and do not include app updates. |
| | [2] Installs via direct downloading or a downloaded alternative app store corresponds to installs where the installer is an "unknown source." |
| | [3] Installs via a preinstalled alternative app store corresponds to installs where the installer is preinstalled on the device (for example, an OEM app store) and uses the privileged INSTALL_PACKAGES permission. |
| | [4] Installs from alternative sources where the installer was an app that was managing the device or a work profile, an installer signed by the OEM, or the installer was not identified are not shown. |
| | [5] Data on installs from alternative sources includes new app installs onto Android devices running Jelly Bean MR 1 (Android 4.2, released in 2012) or a more recent Android OS version, which shipped with GMS and had Google Play Protect enabled. |
| **Source:** | "System Installers vs. Unknown Sources Install Volume," GOOG-PLAY-007335206. |

**HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY**

**Exhibit 7178-002**