

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Exhibit 7179-001

**Notes:**   [1] Installs captured in these data are new app installs only, and do not include app updates.

[2] Installs via direct downloading or a downloaded alternative app store corresponds to installs where the installer is an "unknown source."

[3] Installs via a preinstalled alternative app store corresponds to installs where the installer is preinstalled on the device (for example, an OEM app store) and uses the privileged INSTALL_PACKAGES permission.

[4] Installs from alternative sources where the installer was an app that was managing the device or a work profile, an installer signed by the OEM, or the installer was not identified are not shown.

[5] Data on installs from alternative sources includes new app installs onto GMS devices running Jelly Bean MR 1 (Android 4.2, released in 2012) or a more recent Android OS version, which shipped with GMS and had Google Play Protect enabled.

**Source:**   "System Installers vs. Unknown Sources Install Volume," GOOG-PLAY-007335206.

**HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY**

**Exhibit 7179-002**