| | |
|---|---|
| Sent: | Wed 9/22/2021 3:47:39 PM (UTC) |
| From: | Margaret Lam (Google) |
| To: | Margaret Lam (Google), Preye Okah (Google), Marie Mackey (Google) |
| Subject: | AAAAvfySnjY-MBI-FLAT:2021-09-21T20:53:15.947151 |

Margaret Lam (Google)     2021-09-22T15:47:38.341Z

Updated room membership.

Preye Okah (Google) 2021-09-22T15:53:15.947Z

Hi Margaret

Preye Okah (Google) 2021-09-22T15:53:42.812Z

I think there was some confusion about the # and sequence of waivers we need to send

Preye Okah (Google) 2021-09-22T15:54:26.233Z

I think where we are landing is that Pixel waivers need to be sent first, so even though Pixel is launching on A12, the waivers will be compared against the current RSA terms (which are based on Android 11)

Preye Okah (Google) 2021-09-22T15:54:41.057Z

The Android 12 updates will then be made separately once they are finalized

**Updated on**2021-09-22T15:55:26.226Z

The Android 12 notifications will then be made separately once they are finalized

Margaret Lam (Google)     2021-09-22T15:55:36.220Z

That sounds like the right cadencing to me

Margaret Lam (Google)     2021-09-22T15:55:54.738Z

If possible, do you mind turning History off? Would not like to have a trail of us talking about waivers, etc. Thanks!

Preye Okah (Google) 2021-09-22T15:55:54.977Z

Okay, thank you

Marie Mackey (Google)     2021-09-22T15:56:11.628Z

+1 to the sequencing of the waivers

Preye Okah (Google) 2021-09-22T15:57:17.714Z

Okay, thanks both. I'll follow up by email then



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000492848

EXHIBIT 8020-001