Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**MANUAL FILING NOTIFICATION**<br><br>Judge:  Hon. James Donato |

**EXHIBIT 8054**

This exhibit was not filed electronically for the following reason(s):

____ Voluminous Document (PDF file size larger than e-filing system allowances)

 X  Unable to Scan Documents

____ Physical Object (description): _____

 X  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

____ Other (description): _____

A copy of this exhibit is being maintained in the case file in the Clerk's office.  For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.

DATED:  December 21, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney *(pro hac vice)*
cvarney@cravath.com
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Timothy G. Cameron *(pro hac vice)*
tcameron@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
Lauren A. Moskowitz *(pro hac vice)*
lmoskowitz@cravath.com
Justin C. Clarke *(pro hac vice)*
jcclarke@cravath.com
Michael J. Zaken *(pro hac vice)*
mzaken@cravath.com
M. Brent Byars *(pro hac vice)*
mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Gary A. Bornstein*
Gary A. Bornstein

**MANUAL FILING NOTIFICATION**
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

DATED:  December 21, 2023                    MUNGER, TOLLES & OLSON LLP
                                             Glenn D. Pomerantz
                                             Kyle W. Mach
                                             Kuruvilla Olasa
                                             Justin P. Raphael
                                             Emily C. Curran-Huberty
                                             Jonathan I. Kravis


                                             Respectfully submitted,


                                      By:   */s/ Glenn D. Pomerantz*
                                             Glenn D. Pomerantz

                                      *Counsel for Defendants Google LLC et al.*

DATED:  December 21, 2023                    MORGAN, LEWIS & BOCKIUS LLP
                                             Brian C. Rocca
                                             Sujal J. Shah
                                             Minna L. Naranjo
                                             Rishi P. Satia
                                             Michelle Park Chiu




                                      By:   */s/  Brian C. Rocca*
                                             Brian C. Rocca

                                      *Counsel for Defendants Google LLC et al.*

**MANUAL FILING NOTIFICATION**
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD