

# Ecosystem Enablement

*Increase the value of Play to Android Developers*

Jan, 2020

*Authors:* Ashraf Hassan



**EXHIBIT 8519.R**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285821.R

**EXHIBIT 8519.R-001**

## Agenda

- *The change in Developers' needs*

- *DSAT Results*

- *Solution [Ecosystem Enablement]*

- *Progress to date on Ecosystem Enablement Partners and expected close date*

- *Communications to dev Strategy and Workflows*

- *Next Steps*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Executive Summary

- Developers 'needs are changing and they outsource big part of their needs. The main 2 reasons of outsourcing are the lack of expertise on their teams and the lack of budget. They are also very interested in Google's recommendations on which 3rd party to outsource to

- Ecosystem Enablement is bridging the gap between devs' outsourcing needs and 1st and 3rd party solutions

- 3rd P providers are keen in working with us but they need to know more details about the target audience, but we are finalizing partnerships

- Some pilots are not feasible given the complexity of the 3rd P. integrations and overhead on devs

- We are gaining traction and expected to have a good catalog to kick off pilots

AC PRIVILEGED // REFLECTS LEGAL ADVICE



GOOG-PLAY-000285824.R

**EXHIBIT 8519.R-004**



GOOG-PLAY-000285825.R

**EXHIBIT 8519.R-005**

# The Mobile App Ecosystem Has Changed

### Mobile Ecosystem Has Changed

| **Revenue Concentration** | Most of Play revenue is driven by handful of developers |

| **Evolving Developer Needs** | Developers are more sophisticated and have expect more from us |

| **Increasing Distribution Competition** | • 3P platform stores (e.g., Amazon) and OEM stores<br>• Developers exploring 1P solutions (e.g., Epic) |

### Developer churn risk: Developers stop distributing (or distribute less) on Play

- Many developers evaluating other distribution options
- Current "App Store Tax" meme fueling discontent; undercuts value of Play

### Google opportunity to diversify the number of successful developers and increase the value of Play to developers

- Apps and Games developers asking for solutions to help them accelerate growth and to help them with their outstanding business challenges

6

AC PRIVILEGED // REFLECTS LEGAL ADVICE

GOOG-PLAY-000285826.R

**EXHIBIT 8519.R-006**

# Developer churn from Play adversely impacts the ecosystem

**Users**

- Risks to security and privacy
- Arduous device management
- Friction navigating several catalogs
- Inconsistent and confusing UX

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Developers**

- Increased development complexity
- More app breakages, more SDKs and bloat
- Difficulty growing an Android app business

**Implications for Google**

- **Decrease in Play revenues** through lower volumes and price pressure
- More **attention to Android fragmentation** and **security concerns**
- **Lower adoption** of Google's developer services / APIs
- **New catalog gaps** over time
- Increase in **churn to iOS**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285827.R

**EXHIBIT 8519.R-007**

Developer churn risk has focused on impact to Play. But we're also concerned about impact to Android user experience (and Android churn risk)



**EXHIBIT 8519.R-008**



**EXHIBIT 8519.R-009**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-000285831.R

EXHIBIT 8519.R-011



GOOG-PLAY-000285832.R

**EXHIBIT 8519.R-012**



The primary reasons for outsourcing are either the **lack of expertise** in-house or **lack of Budget**

What are the reasons you did or do need to outsource? Select all that apply.

n=234 (Base: Those who outsource)

- Lack the expertise — 57%
- Lack the budget — 33%
- Lack the headcount — 33%
- k the technology / infrastructure — 16%
- e other reason (Please specify) — 4%

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# 50% of developers know where to find 3rd party outsourcing resources and the other half don't



Have you found 3rd parties or partners that can support the needs you can't meet in-house?

n=234 (Asked of those who say they don't need to outsource services or tools)

● Yes   ● No



AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 8519.R-014**

# 73% consider having a trusted resource that can refer potential partners to be valuable

Now imagine if you'd had a trusted resource to connect you to potential partners for the 'out of your core competencies' support.  Would you find that…? (5= very valuable, 1= not at all valuable)

n=234 (Asked of those who say they don't need to outsource services or tools)



AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# 50% say they'd be extremely interested in connecting with out of their core competencies' service providers

How interested would you be in having a trusted resource connect you to potential partners for the 'out of your core competencies' support?

n=234 (Asked of those who say they don't need to outsource services or tools)

● Extremely interested   ● Very interested   ● Moderately interested   ● Slightly interested   ● Not at all interested   ● Don't know or not sure

20%
30%
30%
13%
6%

AC PRIVILEGED // REFLECTS LEGAL ADVICE



*So what did we decide to do for our developers?*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       GOOG-PLAY-000285837.R

**EXHIBIT 8519.R-017**

*Bring world-class 1st and 3rd party solutions at a subsidised pricing or higher service levels in the areas that developers need to help them accelerate growth.*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285838.R

**EXHIBIT 8519.R-018**



GOOG-PLAY-000285839.R

**EXHIBIT 8519.R-019**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-000285841.R

EXHIBIT 8519.R-021

## Performance Testing

| Development/ Design | Growth | Performance Testing | A/B Testing | Customer Service | UA (Attributions) |

| Developer Needs / Use Cases | Partner | Progress | Expected Close Date |
|---|---|---|---|
| • Global Expansion(GoGlobal)  • Identify Bugs and Fixes  • Faster app/feature Release | • TestFairy    • HeadSpin | • Pilot in progress    • Proposal negotiations | • Agreements Accepted    • March 2020 |

Description

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-000285843.R

EXHIBIT 8519.R-023



GOOG-PLAY-000285844.R

EXHIBIT 8519.R-024

# UA (Attributions)

| Development/ Design | Growth | Performance Testing | A/B Testing | Customer Service | UA (Attributions) |
|---|---|---|---|---|---|

| Developer Needs / Use Cases | Partner | Progress | Expected Close Date |
|---|---|---|---|

| Description | • Non-organic user acquisition Measurement and Tracking<br>• User Behaviour Tracking<br>• Fraud Prevention | • Kochava<br>• Branch<br>• AppsFlyer<br>• Adjust | • Proposal in-progress<br>• Proposal in-progress<br>• Proposal in-progress<br>• Proposal Received and Agreement has been shared for signature | • March 2020<br>• March 2020<br>• March 2020<br>• Feb 2020 |
|---|---|---|---|---|

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285845.R

**EXHIBIT 8519.R-025**



GOOG-PLAY-000285846.R

**EXHIBIT 8519.R-026**



- As part of our Q1 & early Q2 pilot work we will be focused on testing services & data in execution. With scoping, planning and some execution happening around building out marketing campaigns & custom activities for each developer track meant to increase adoption of recommendations, cross functional perks to drive overall Google partnership value and to help accelerate growth.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285847.R

**EXHIBIT 8519.R-027**

## [Approach #1- Workflow] Mapping 1st/3rd P Solutions to Devs' Needs Directly

```
BDM's Core Portfolio  →  Opportunity Analysis  →  Scaled EE Email  →  Training Webinar (1:Many)  →  EE Report
```

**BDM's Core Portfolio**

BDM/Program Team Review:
-Set Priority Devs & Titles
-Deselect non-priority
-Validate genre assignments
-Identify devs Needs

**Opportunity Analysis**

Send Survey to Identify and group developers in portfolio with:
-Primary Title
-Growth Opportunities
-Training Needs
-Go Global
-Product Needs

**Scaled EE Email**

EE Email:
-Funnel view of highlights
-Email asks Dev for focus areas
-Invite to webinar

**Training Webinar (1:Many)**

- BDM Lead Webinar in collaboration with EE
- Share Helpful Tips and Introduction to the EEs Offers

**EE Report**

BDM delivers content and relevant 1st/3rd party tools

**Implementation & Impact Tracking**

BDM logs activity into Playhub for implementation tracking

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Step 1. BDM Portfolio filtering
- BDM sets priority and de-selects certain devs
- Sets priority apps/games across devs
  - If Dev has already been contacted or engaged in activity in past (flagged)
- Validate Genre assignment
- Create Peer set (priority title)
- Step 2. Playhub Prioritization Tool
- Biggest Opportunities by key title
  - Funnel opportunity list view
  - >25% opportunities bubble up
- Monthly refresh of opportunities to BDM portfolios

- Step 3 GC Email
- Funnel View of highlights
- Ask dev on focus areas
- With Webinar sign-up, BDMs mark attendance
  - Devs that attend get the scaled
  - No Shows (repeat) are dropped from Core
- Sent only bi-annual

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Priority and tracking set

- Step 4 BDM Sends Abridged Report (2 days prior)
- Sent to devs that signed up for webinar
- Common solutions deck

- Step 5 Webinar
- GC content
  - Abridged 301 with example data
- GC team trains BDMs
- BDM decides how to deliver - Hangouts, live stream
  - External Dory
- Step 6 Report
- IAP Games first (Adam H.)
- Abridged Deck
  - 25-30 slides
  - Sample data
  - Playhub template

- Implementation & tracking - need to update activity tracker (to capture impact)

- Scaled GC Interaction - BDM Triggered

- TechOps Consultation - UX consultations (tech consulting separate offering)

- 3. "Scaled" GC
- (team generates reports, sends out via email and handles follow ups, questions etc.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285849.R

**EXHIBIT 8519.R-029**



- As part of our Q1 & early Q2 pilot work we will be focused on testing services & data in execution. With scoping, planning and some execution happening around building out marketing campaigns & custom activities for each developer track meant to increase adoption of recommendations, cross functional perks to drive overall Google partnership value and to help accelerate growth.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Step 1.  BDM Portfolio filtering
- BDM sets priority and de-selects certain devs
- Sets priority apps/games across devs
  - If Dev has already been contacted or engaged
  - in activity in past (flagged)
- Validate Genre assignment
- Create Peer set (priority title)
- Step 2. Playhub Prioritization Tool
- Biggest Opportunities by key title
  - Funnel opportunity list view
  - >25% opportunities bubble up
- Monthly refresh of opportunities to BDM portfolios

- Step 3 GC Email
- Funnel View of highlights
- Ask dev on focus areas
- With Webinar sign-up, BDMs mark attendance
  - Devs that attend get the scaled
  - No Shows (repeat) are dropped from Core
- Sent only bi-annual

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285851.R
**EXHIBIT 8519.R-031**

Priority and tracking set

- Step 4 BDM Sends Abridged Report (2 days prior)
- Sent to devs that signed up for webinar
- Common solutions deck

- Step 5 Webinar
- GC content
    - Abridged 301 with example data
- GC team trains BDMs
- BDM decides how to deliver - Hangouts, live stream
    - External Dory
- Step 6 Report
- IAP Games first (Adam H.)
- Abridged Deck
    - 25-30 slides
    - Sample data
    - Playhub template

- Implementation & tracking - need to update activity tracker (to capture impact)

- Scaled GC Interaction - BDM Triggered

- TechOps Consultation - UX consultations (tech consulting separate offering)

- 3. "Scaled" GC
- (team generates reports, sends out via email and handles follow ups, questions etc.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Implementation & tracking - need to update activity tracker (to capture impact)

- Scaled GC Interaction - BDM Triggered

- TechOps Consultation - UX consultations (tech consulting separate offering)
- 3. "Scaled" GC
- (team generates reports, sends out via email and handles follow ups, questions etc.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285853.R

**EXHIBIT 8519.R-033**



So what has been happening since the inception of the ecosystem enablement idea?

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000285854.R

**EXHIBIT 8519.R-034**



GOOG-PLAY-000285855.R

EXHIBIT 8519.R-035



GOOG-PLAY-000285856.R

**EXHIBIT 8519.R-036**



GOOG-PLAY-000285857.R

EXHIBIT 8519.R-037

## Next Steps

**Q1'20**
- Finalize agreements that are in progress to ensure a complete catalog of solutions in each area
- Kick off pilots with the completed catalogs available
- Train BDMs on the value of each 3rd party category and what solutions are good fit for their partners
- Kick Off comms approvals with Legal
- Launch Jarvis App Name

**Q2'20**
- Kick off pilots and evaluate the previous pilots
- Pilot the 2 workflows and modify as needed
- Close more 3rd party agreements
- Launch Jarvis Benchmark with developers

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Control Number :       GOOG-PLAY-000285821.R

AllCustodians :        Kochikar, Purnima

Title :                Ecosystem Enablement
                       Overview and Next Steps

Filename :             Ecosystem Enablement
                       Overview and Next
                       St_1n3O-3lnEiBGAhScFuRvC7AGP
                       nXO2jiRWTaeNMbKobrO.pptx

DateCreated :          2/6/2020 12:00 AM

TimeCreated :          00:51:00

DateLastModified :     11/17/2020 12:00 AM

TimeLastModified :     06:19:00

RecordType :           E-Document

Application :

Author :               Ashraf Hassan

Production Vol. :      PROD048

Group Identifier :

Subject :

DateSent :

TimeSent :

Email From :

Email To :

Email CC :

Email BCC :

EXHIBIT 8519.R-040