NOTE: SOME COMPONENTS OF THIS DECK ARE NOW OUTDATED. ANY QUESTIONS PING Sophie Hasson

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-003333662.R

EXHIBIT 8522.R

**EXHIBIT 8522.R-001**

**CONFIDENTIAL - INTERNAL ONLY**



# Play + Cloud Credit Program Proposal (Project Hug)

March 2019

Core Working Group: Sophie Hasson@, Samer Sayigh@, Paul Christensen@, Mary Oh@

Confidential + Proprietary

# Executive Summary

**Goal**

- **Play:** Unlock incremental value for developers on Play (boost developer loyalty to Play)
- **Play:** Reduce *effective* revenue share take (ease pricing pressure)
- **GCP:** Boost GCP awareness and adoption among Play developers

**Proposal**

- **Program:** 2% of Play spend returned as GCP credit (no cap) for 3 years
- **Deployment:**
  - **Short Term Option:** Extend existing pilot to 22 of Play's Top Developers ('Hug' devs)

 

# Contents

*Pre-Read*

1    **Program Motivation & Goals**

2    **Pilot Feedback**

3    **Program Design Options & Developers**

---

*For Review & Discussion*

4    **Discussion: Program Options & Duration**

5    **ROI & Funding**

6    **Sales Considerations & Solutions**

7    **Operational Considerations & Solutions**

8    **Accounting & TTL**

 Google Play |  Google Cloud

**EXHIBIT 8522.R-004**



## Expanded Program Goals

### Desired Developer Behaviors

| Prioritize Play (+ Android) | Invest Across Google | Improve Sentiment |
|---|---|---|
| **Prioritize Play for title distribution on Android** | **Boost investment across Google's developer services** *(Ads, YT, GCP)* | **Improve sentiment about Play revenue share and Google gaming value proposition** |

**Prioritize Play (+ Android)**

- Sim-ship on Android and iOS
- Launch on Play on "day 1" of Android launch

**Invest Across Google**

- For GCP, acquire net new logos
- Greatly expand existing developer' footprint within GCP (win new titles, migrate existing games/data)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333667.R

**EXHIBIT 8522.R-006**

## Context: 2019 is a Key Year for Mobile Game Developer Support

Changes in mobile gaming create **risk of game dev churn from Play ($XB Play revenue at risk by 2021)**, but also present opportunity for **X-Google collaboration with top devs**

### Mobile Gaming Has Changed

| **New Developer Segments** | • Major PC / Console game devs coming to mobile |

| **Evolving Developer Needs** | • "Live Ops" and gaming-as-a-service<br>• More concurrent, more multi-player, more social |

| **Increasing Distribution Competition** | • 3P platform stores (e.g., Amazon) and OEM stores<br>• Developers exploring 1P solutions (e.g., Epic) |

### Developer churn risk: game developers de-prioritize distribution on Play

- Store rivals aggressively competing for game dev attention/exclusive content (e.g., Epic Store only taking 12% rev. share vs. Play's 30%) → many devs evaluating other distribution options
- Current "App Store Tax" meme fueling discontent; undercuts value of Play

### Google opportunity to strengthen relationships and grow x-PA services revenue

- Top game developers asking for broader partnership discussions with Google
- Developer needs span multiple Google products; we can address with right (hybrid) offer

 Google Play | Google Cloud

Confidential + Proprietary

GOOG-PLAY-003333668.R

**EXHIBIT 8522.R-007**

## Pilot Learnings & What to Adjust Moving Forward

**Takeaways**

**Implications**

- **Difficult to understand sales attainment guidelines; soured some Sales reps**
  - ○ Guidelines changed mid-semester
  - ○ Reps only receive attainment for 1st semester, after which they do not (quota is "lowered" instead)
  - ○ No way easily understand attainment rectification until EOQ

- **Credits lowered barrier to entry for new customers, but often not enough to secure larger workloads**
  - ○ Often only won smaller workloads to test, no promise of future titles, central infra



- Need to ensure program design is **amenable to Sales incentives & encourages incremental spend.** Need Exec sponsorship on Sales side

- Need to **lengthen duration** to win new titles & **justify migration of existing games/data workloads**

- Need to **sweeten the offer**

GOOG-PLAY-003333669.R
**EXHIBIT 8522.R-008**

# Program Design & Deployment Options

| Terms | Play developers receive 2% of their Play spend to invest in GCP (no cap)** |
|---|---|
| Duration | *Recommendation of 2-3 years*** |
| Funding | *Play* / Hug, via *internal accounting*** (unlike pilot where GCP funded) |

|  | **SHORT TERM: OPTION A**<br>Deploy to 22 strategic "Hug" Devs & Extend for 20 Existing Pilot Devs | **LONG TERM: OPTION B**<br>Deploy Broadly to All Play Devs** |
|---|---|---|
| **Scope** | • *22 Devs Total: 22 "Hug" Devs (with potential to add a few pilot devs)*<br>• *~28 GCP pods affected, ~48 accounts*<br>• *6 commits*<br>• *39 Existing Spenders, 9 "New" GCP Customers\**<br>*(39 spending <$1M on GCP in 2018)* | • *All 14k+ Play developers*<br>• *Est. ~1500 existing GCP accounts, 160 Corp & Enterprise pods*<br>• *38 Commits*<br>• *~400 Existing, 13,500+ "New" Customers\** |
| **Pros & Rationale** | • These devs are highest priority for Play<br>• Minimal operational constraints | • Public, large scale X-Google initiative<br>• Greater opportunity for GCP to win Gaming market more quickly |
| **Cons** | • **Doesn't get us the accompanying PR boost** | • **Significant operational challenges to deploy broadly; hard to roll-back** |

| \* = less than <$2k / yr on GCP | \*\* = notable change from original pilot | \*\*\* = extremely challenging to map GCP accounts to Play because no unique ID |
|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Top 22 Play 'Hug' Developers & Revenue

Option A

| # | Play Developer Name | 2018 Play Spend (Gross Rev) | Mapped Cloud Account(s) | 2018 Cloud Rev | Has Commit? | Max Annual Cloud Credit |
|---|---|---|---|---|---|---|
| 1 | Activision Publishing, Inc. | $1.2M | Activision Publishing, Inc. | $23K | FALSE | $24K |
| 2 | Aniplex Inc. | $661M | ANIPLEX INC. | $25K | FALSE | $13M |
| 3 | BANDAI NAMCO Entertainment Inc. | $742M | BANDAI NAMCO ENTERTAINMENT INC | $2.9M | TRUE | $15M |
|  |  |  | BANDAI NAMCO STUDIOS INC. | $1.6M | FALSE |  |
|  |  |  | Namco Bandai Games America Inc. | $5.7K | FALSE |  |
| 4 | Bethesda Softworks LLC | $9.8M | BETHESDA SOFTWORKS LLC | $0 | FALSE | $200K |
| 5 | Blizzard Entertainment, Inc. | $63M | Activision Blizzard, Inc. | $43K | FALSE | $1.2M |
| 6 | Com2uS | $215M | Com2us Corporation | $155K | FALSE | $4.3M |
| 7 | Electronic Arts Inc | $274M | Electronic Arts | $1.3M | FALSE | $5.4M |
|  |  |  | Electronic Arts (Canada) Inc | $1.2K | FALSE |  |
| 8 | King | $710M | King | $2M | TRUE | $14M |
| 9 | mixi, Inc. | $469M | MIXI, INC. | $434K | FALSE | $9.3M |
| 10 | NCSOFT Corporation | $790M | NCSOFT Corporation | $1.6K | FALSE | $16M |
| 11 | NetEase Games | $129M | NetEase Information Technology (Beijing) Co., Ltd. | $1.7M | FALSE | $2.6M |
| 12 | Netmarble | $572M | Netmarble Corp. | $1.8M | TRUE | $11M |
| 13 | NEXON Company | $188M | NEXON Korea Corporation | $271K | FALSE | $3.8M |
|  |  |  | Nexon Korea | $1.3K | FALSE |  |
| 14 | Niantic, Inc. | $345M | Niantic, Inc. | $32M | TRUE | $6.9M |
| 15 | Nintendo Co., Ltd. | $157M | NINTENDO CO., LTD. | $4.3M | TRUE | $3.1M |
|  |  |  | Nintendo of America Inc. | $2.7K | FALSE |  |
| 16 | PEARL ABYSS | $191M | Pearl Abyss Co.,Ltd. | $2.4K | FALSE | $3.8M |
| 17 | Riot Games, Inc | - | Riot Games | $8.5k | FALSE | TBD |
| 18 | SQUARE ENIX Co.,Ltd. | $339M | SQUARE ENIX CO., LTD | $846K | FALSE | $6.8M |
|  |  |  | SQUARE ENIX CO., LTD | $558K | FALSE |  |
|  |  |  | Square Enix Montreal | $386 | FALSE |  |
| 19 | Supercell | $583M | Supercell Oy | $3,599 | FALSE | $12M |
| 20 | Tencent Mobile International Ltd. | $73M | 深圳市腾讯计算机系统有限公司 | $497K | FALSE | $1.5M |
| 21 | The Pokemon Company | $8.6M | THE POKEMON COMPANY | $9.5K | FALSE | $172K |
| 22 | Ubisoft Entertainment | $33M | UBISOFT ENTERTAINMENT | $446K | TRUE | $660K |
|  |  |  | Ubisoft Divertissements Inc. | $57.6K | FALSE |  |
|  |  |  | Ubisoft Entertainment Sweden AB | $33.3K | FALSE |  |

**2018 Cloud Rev for Existing Devs w/o commit = $6M**

**2018 Cloud Rev for Existing Devs w/ commit = $46M**

For devs with commit, we will allow them to receive this benefit only **after** they have fulfilled their commit* (NOTE: this is still under discussion)

- i think Tariq will want to see who is impacted by optoin A. don't want to include too many data points.. do you think we need max annual cloud credit & "est. 2019/2020 cloud spend?)
- Note that giving concessions on GCP commitments may have additional immediate revenue impacts. If, for example, a given commit customer is behind on their commit, and this allows them to exit that commit, it creates a history of Google not enforcing commitment contracts, which we do not want to do. I want to flag that we should not give the option to exit a commit if a customer is behind on their spend.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 20 Existing Pilot Developers, Revenue per PA

**Option A**

| | Play Dev Name | Pilot Start | 2018 Play Spend (Gross Rev) | 2018 Credit Consumption | 2018 GCP Net Revenue | Max Annual Cloud Credit |
|---|---|---|---|---|---|---|
| 1 | FoxNext Games | June 2018 | $43,063,927 | -$200,000 | $450,216 | $861,279 |
| 2 | Gamebasics BV | June 2018 | $3,361,483 | -$11,758 | $538 | $67,230 |
| 3 | Headup | June 2018 | $492,497 | -$1,675 | $0 | $9,850 |
| 4 | Jam City, Inc. | June 2018 | $135,910,038 | -$273,664 | $93,778 | $2,718,201 |
| 5 | WRKSHP | June 2018 | $3,255,777 | -$15,697 | -$21 | $65,116 |
| 6 | Devsisters Corporation | July 2018 | $20,096,034 | -$33,650 | $9,207 | $401,921 |
| 7 | Pearl Abyss* | July 2018 | $190,531,222 | -$78,480 | $2,442 | $3,810,624 |
| 8 | Scientific Games Interactive | July 2018 | $120,170,793 | -$279 | $2,612 | $2,403,416 |
| 9 | Glu | August 2018 | $43,166,990 | -$29,283 | $9,123 | $863,340 |
| 10 | NEOWIZ corp | August 2018 | $44,060,334 | -$42,582 | $7,732 | $881,207 |
| 11 | Zynga | August 2018 | $198,062,686 | -$70,552 | -$1,671 | $3,961,254 |
| 12 | Headspace, Inc. | September 2018 | $12,940,026 | $0 | $0 | $258,801 |
| 13 | Big Fish Games | December 2018 | $109,437,899 | -$1,863 | $6,685 | $2,188,758 |
| 14 | EUROCENTER GAMES | December 2018 | $692,265 | $0 | $0 | $13,845 |
| 15 | Godzilab Inc | December 2018 | $2,518,474 | -$4,891 | $226,883 | $50,369 |
| 16 | Pixelbite | December 2018 | $203,982 | $0 | $0 | $4,080 |
| 17 | Rogue Games, Inc. | December 2018 | $62,473 | -$399 | $2,619 | $1,249 |
| 18 | Playtika | January 2019 | $281,486,388 | $0 | $322,985 | $5,629,728 |
| 19 | Tinder | January 2019 | $290,218,580 | $0 | $39,359 | $5,804,372 |
| 20 | Tap Slots Free Casino Slot Machines | February 2019 | $1,144,202 | $0 | $0 | $22,884 |
| **Grand Total** | | | | -$764,773 | $1,133,129 | $30,017,521 |

Google

*Pearl Abyss is both a "Hug" Dev & a "Pilot" Dev

11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333672.R

**EXHIBIT 8522.R-011**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333673.R

**EXHIBIT 8522.R-012**

# Assumed Impact of Program Duration on Developer Adoption

**What % of overall customers do we win today vs. what we think we'll win with a 3 yr program?**

- **Today:** we win est. 25-30% of the deals we pitch (of that ¼ of top Gaming customers sign commits)

- **With 3 Year Program:** we would win est. 85% of customers onto the platform (higher for Enterprise)

## How much of their total cloud consumption do we expect to win?

| Duration | Est. % of Acq. Workload | Rationale |
|---|---|---|
| 1 Year | 0-35% | This will incent some devs, but migrating large workloads takes **time**, thus we expect to win at a **similar rate to normal deals given short duration**. Not enough time to get incremental spend above credits. |
| 2 Years | 45-55% | We might not get any workloads from existing titles, but would probably **win central data infrastructure & ~50% of new titles** |
| 3 Years | 75-85% | We'd get more **existing titles to migrate, all of central infrastructure & most of the new** titles. At this point we become **sticky, familiar partners** (which we are not today) |
| 5 Years | 85-90% | We're even stickier at this point |

Google

- Before we jump into the #s, want to add a bit of color to how we think program duration will impact developer adoption, therby impacting success of program
- First, we sought to understand what % of customers do we win today vs. predict to win with a longer program? (By win here, we mean do they come onto GCP at all)
- Today we're winning 25-30% of overall deals we pitch. It's not a ton, bec Of that, we see that about ¼ of the top gaming customers sign a commit)
- W/ a 3 yr program - we think we'd increase to winning 85% of customers
- Basically, a shorter program doesn't change the main challenge our sellers have today - AWS is the incumbent. We're unfamiliar and we're not the standard provider. For most, there is no reason to switch. With a long enough program, that fundamentally changes. We're reducing costs to switch and providing enough time to become familiar and at that point we should not only have product parity but our gaming specific offerings should be much stronger.
- Second, we wanted to understand HOW much of their workloads would we win?

GOOG-PLAY-003333674.R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 8522.R-013**

Option A

# GCP P&L: Option A - **22 Hug Devs**

**3 Year Credit Program - 6 month delay**

| 3 Year Credit Program ($M) - 6m delay | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|
| Gross Revenue | $86 | $141 | $209 | $228 | $251 | $915 |
| Credit usage | $0 | -$60 | -$118 | -$135 | $0 | -$313 |
| Discounts | -$17 | -$19 | -$22 | -$28 | -$52 | -$138 |
| Net Revenue (before Play reallocation) | $69 | $62 | $69 | $65 | $199 | $463 |
| | | | | | | |
| Play Revenue reallocation | $0 | $64 | $112 | $129 | | $305 |
| Net Revenue (after Play reallocation) | $69 | $126 | $181 | $193 | $199 | $768 |
| | | | | | | |
| *Credit Grants* | *$0* | *$129* | *$152* | *$185* | *$0* | *$466* |
| | | | | | | |
| CoGS | $30 | $49 | $73 | $80 | $88 | $320 |
| Gross Margin (Before Play reallocation) | $39 | $12 | -$4 | -$15 | $111 | $143 |
| *GM %* | *56%* | *20%* | *-6%* | *-23%* | *56%* | *31%* |
| | | | | | | |
| Gross Margin (After Play reallocation) | $39 | $77 | $108 | $113 | $111 | $448 |
| *GM %* | *56%* | *61%* | *60%* | *59%* | *56%* | *58%* |

## Assumptions

- Includes all 22 Hug Developers, including 6 with commits
- Developers that have commits, gain access to credits once they have satisfied commit
- After credits end, Developers renegotiate 20% discount
  - Existing commit customers keep their negotiated discount
- 10% churn assumed per year after credits end
- 90% revenue reallocation from Play
  - Year 1: 90% of granted credits
  - Year 2+: 90% of used credits
- COS: assumes 65% GM at list prices.

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333675.R

**EXHIBIT 8522.R-014**

**Option A**

# GCP Impact over 5 years: Option A - **6 Hug Devs - with Commit**

| | 1 year credit program | 2 year credit program | 3 year credit program |
|---|---|---|---|
| Win rate | 100% | 100% | 100% |
| Total GCP Credit Outlay | $27 | $64 | $132 |
| Estimated GCP Redemption Rate | $5.6 | $12.7 | $29.4 |
| GCP Net Revenue Impact | -$6 | -$15 | -$35 |
| 5th Year Net Rev Impact | $0 | $0 | $0 |
| GCP Net Gross Margin Impact | -$9.3 | -$14.7 | -$35.2 |

**Assumptions**

- Demand assumes commit is 60% of likely spend
- Developers can get credits after meeting commitment
- After credits end, Developers renegotiate existing commit discount
  - No churn assumed after credits end
- Base case (no credits)
  - 100% win rate
  - Existing negotiated discount ranges from 13%-25%

 Google Play  Google Cloud

- Nintendo Co., Ltd. - 13%
- Ubisoft Entertainment - 17%
- BANDAI NAMCO Entertainment Inc. - 10.3%
- King - 23%
- Niantic - 25%
- Netmarble - 23.5%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333676.R

**EXHIBIT 8522.R-015**

**Option A**

## GCP Impact over 5 years: Option A - **16 Hug Devs - No Commit**

| | 1 year credit program | 2 year credit program | 3 year credit program |
|---|---|---|---|
| Win rate | 25% | 45% | 60% |
| Total GCP Credit Outlay | $97 | $212 | $330 |
| Estimated GCP Redemption Rate | $2.8 | $47.4 | $179 |
| GCP Net Revenue Impact | -$2 | $68 | $63 |
| 5th Year Net Rev Impact | $0 | $32 | $64 |
| GCP Net Gross Margin Impact | -$2.4 | $21.9 | -$27.2 |

**Assumptions**

- Developers grow demand at Play revenue forecast
- After credits end, Developers negotiate discount of 20% (reviewed with GCP pricing team
  - 10% / year churn assumed after credits end
- Developers ramp 5% in year 1, 35% in year 2 and 70% in Year 3
  - GCP is primary provider for multi-cloud users, hence max 70%
  - Ramp continues +10%/year thereafter to reflect organic growth
- Base case (no credits)
  - 25% win rate
  - 20% discount

 Google Play  Google Cloud

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333677.R

**EXHIBIT 8522.R-016**

**Option A**

# GCP ROI Impact Over 5 Years: Option A – **20 Existing Pilot Devs**

| | 1 year credit program | 2 year credit program | 3 year credit program |
|---|---|---|---|
| Win rate | 35% | 50% | 65% |
| Total GCP Credit Outlay | $36 | $80 | $124 |
| Estimated GCP Redemption Rate | $1 | $19.8 | $70.1 |
| GCP Net Revenue Impact | -$1 | $17 | $11 |
| 5th Year Net Rev Impact | $0 | $10 | $21 |
| GCP Net Gross Margin Impact | -$1 | $3 | -$18 |

**Assumptions**

- Pilot Devs are already on GCP - 10% higher base win rate than 22 Hug Devs
  - No churn in any scenario
- After credits end, Developers negotiate max EDP discount of 13.5% (3 year, >$5m annual value)
- Developers ramp 5% in year 1, 35% in year 2 and 70% in Year 3
  - GCP is primary provider for multi-cloud users, hence max 70%
  - Ramp continues +10%/year thereafter to reflect organic growth
- Base case (no credits)
  - 35% win rate
  - 13.5% discount

 Google Play  Google Cloud

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333678.R
**EXHIBIT 8522.R-017**

**Option B**

# GCP ROI Impact Over 5 Years: Option B – Broad 14k Devs Launch

| | 1 year credit program | 2 year credit program | 3 year credit program |
|---|---|---|---|
| Win rate | 25% enterprise 15% others | 45% enterprise 35% others | 60% enterprise 50% others |
| Total GCP Credit Outlay | $145 | $316 | $492 |
| Estimated GCP Redemption Rate | $2.5 | $54.9 | $222.2 |
| GCP Net Revenue Impact | $55 | $234 | $249 |
| 5th Year Net Rev Impact | $12.6 | $63.0 | $331.1 |
| GCP Net Gross Margin Impact | $34 | $127.8 | $341.7 |

**Assumptions**

- Developers grow demand at same rate as top devs
- After credits end, Developers negotiate EDP discount:
  - 13.5% enterprise
  - 6% others
  - No churn assumed after credits end
- Developers ramp 5% in year 1, 50% in year 2 and 90% in Year 3
  - GCP is primary provider for multi-cloud users, hence max 90%
- Base case (no credits)
  - 25% enterprise win rate
  - 10% other win rate
  - 13.5% enterprise discount, 6% others discount

  Google Play | Google Cloud

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Sales Comp/Incentives Considerations & Solutions

**Option A**   **Option B**

| Guiding Question | How do we encourage developers to spend **incrementally** on GCP? |
|---|---|
| Necessary Components | 1. **Align sales incentives to** encourage **incremental** growth **beyond credit allotment**<br>2. Ensure customers **feel supported** to launch large workloads on GCP |

### Translating this to Sales Compensation, Attainment & Quota Planning

| Current Pilot Approach | • Reps are compensated for Play + Cloud credit usage during the **1st semester only.**<br>• In subsequent semesters, **attainment is not increased** by credit usage. Instead **account quota is lowered** due to credits consumed in the last semester. |
|---|---|
| **Recommended Approach & Rationale** | **Always compensate reps for Play + Cloud credit usage and incorporate credit consumption into quota.**<br><br>**Rationale:**<br>• These "credits" are **fundamentally different than other credits** we give out, because Play is paying<br>• If you don't, rep has **very little incentive to work with the customer in short/medium term** (e.g., rep would have to get Zynga to spend $5M in credits without getting any credit, before they start getting attainment)<br>• Because of that, large customers are **unlikely to consume all the credits, let alone spend incrementally**<br><br>(Note: there may be a compliance blocker here that we're exploring) |

- In order to get the desired outcomes that Paul & Mary just explained, it ultimately largely falls on our Sales teams to execute. And how they behave is ultimately dictated by how they're compensated. This is a consideration for both A & B.

- Finance says deliver this
- Sales ops divide by region
- Account level quota is NRR - if you have left over -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Operational Challenges & Solutions to Deploy

| Option A | Option B |

| xFN Workstream | Owner | Key Challenges | Proposed Solutions & Timeline | Potential Blocker to Deploy? |
|---|---|---|---|---|
| **Credit Deployment** | **Cloud:** pgchristensen, sudeepcs **Play:** ssayigh@ | ● Credits manually calculated, approved & deployed<br>● Mapping Cloud to Play account is manual | **Option A:** utilize current mechanism OR bulk upload via API (via sending Argentum team a bug w/ CSV). Website/Form to acquire Billing ID (Possible soon)<br><br>**Option B:**<br>● **Long Term:** TBD - need ENG input on design time/resources | **Option A:** No<br><br>**Option B:** Potentially, Yes |
| **Sales Comp & Attainment** | **Cloud:** shepelin@, axelb@, johnny jesson, shasson@ | ● Complex Rules: Play Credit rules differ vs. other credits<br>● Risk of errors as inputs are manual | **Option A:** utilize existing rules for H2'19, begin compensating fully in 2020 up to 90% of rev recognized. Manually adjust.<br><br>**Option B:** Would need a schema change that would treat Play credits in backend more like net revenue & feed into attainment calculations | **Option A:** Likely No<br><br>**Option B:** Yes |
| **Sales Quota Planning** | TBD | ● Quota planning is changing ownership<br>● Would need to train managers on rules governing these accounts since they have ultimate discretion | **Option A Option B:** Adjust quota models in 2020 to include credit consumption. Need to train managers on rules governing these unique accounts since they have acct level discretion | **Option A/ Option B:** No |

● Credit Deployment: Essentially requires us to send the Argentum SWEs a bug with CSV attached with billing account id, credit amount and validity to be applied. There isn't an SLA on the process today since it is an exception process we use.

　○ dependent on TPM team who is OOO until Mar. 28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Accounting & TTL Considerations & Solutions

**Option A**  **Option B**

| xFN Team | Key Challenge | Proposed Solutions, Status & Timeline | Potential Blocker to Deploy? |
|---|---|---|---|
| **Tax + Local Accounting** | Play/Cloud entity structure misalignment presents intercompany revenue issues | **Option A:** Possible Cloud minicluster (Japan/Korea) manual workaround; working with Local Acctg to confirm stat compliance<br><br>**Option B:** Will need country-specific diligence but not expected to be a blocker in most areas except for particularly challenging environments | **Option A: Potentially in Korea / Japan**<br><br>**Option B: Potentially, in certain locations (e.g. Brazil, China)** |
| **Business Controllers** | Automated solution required to support revenue recognition across Play / Cloud for issuance / consumption of credits to ~14k developers | **Option A:** No known blockers<br><br>**Option B:** TBD - need Eng input on design time/resources | **Option A: No**<br><br>**Option B: Yes** |
| **Legal** | Intercompany agreement and commercial contract between developers and Cloud entities needed to facilitate issuance of credits | **Option A / Option B:** Contingent on completion of tax diligence.  Agreements will likely take ~ 1 month to draft. | **Option A / Option B: No** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333682.R

**EXHIBIT 8522.R-021**



GOOG-PLAY-003333683.R

**EXHIBIT 8522.R-022**

# How Attainment Works Today

**Eligible GCP Promo Credits for H1'19**

- Start-Up [Spark & Surge only]
- News
- Cross-PA (Play and DVIP)
- EDU
- Life Sciences
- Global Alliances



**EX: Non-Greenfield** account with $30K spend Jan-Mar. $100K credits created in **Apr 2019** of which $30K used from Apr-Jun (channel neutral)



**EX: Non-Greenfield** account with $100K credits created in **H2'18** of which $30K still available as of Jan 1; Jan-Mar - all $30k credits used, Apr - Jun $30K of spend (channel neutral)



NOTE: Illustrative only. Full details in go/salesguidelines. In cases of disputes or conflict, go/SalesGuidelines controls. Adjustments completed at the end of the semester

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Comp Treatment | In Attainment |
|---|---|

# How Quota Adjustment Works Today

| Month | Net Revenue | Credit Consumed |
|---|---|---|
| 2018-01 | 9494.65 | 0 |
| 2018-02 | 8996.94 | 0 |
| 2018-03 | 7334.65 | 3977.36 |
| 2018-04 | -182 | 13211.30 |
| 2018-05 | -252.58 | 14720.60 |
| 2018-06 | -247.91 | 15033.82 |

| Month | Net Revenue | Credit Consumed |
|---|---|---|
| 2018-07 | -227.09 | 17400.48 |
| 2018-08 | -625.02 | 20678.77 |
| 2018-09 | 6914.28 | 14977.66 |
| 2018-10 | 20198.31 | 0 |
| 2018-11 | 18867.99 | 0 |
| 2018-12 | 17092.76 | 0 |

Bookings (Net of Credits): 25143.75
Start-Up Credit Consumption: 46943.09
Bookings + Start-Up Credit Consumption: 72086.84

Quota for H2 (Based Bookings, net of credits): 27315.34
Alternate H2 Quota (with Credit Consumption): 78312.7634

Bookings (Net of Credits): 46943.09
Start-Up Credit Consumption: 53056.91
Bookings + Start-Up Credit Consumption: 115278.15

Account Achievement: 172%
Alternate Achievement: 147%

**NOTE**: Pod's attainment is made whole only in the first semester when an eligible credit is granted and consumed. For that semester only, the quota for the account would not have anticipated spend being lowered due to credit consumption. However, attainment is not increased in subsequent semesters. The account quota was already lowered due to credits consumed in the last semester. If attainment in subsequent semesters need to incorporate credit consumption, quotas must also increase by anticipating credit consumption.

 Google Play |  Google Cloud

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Option B**

## Breakdown of Pods Affected By Broad Deployment

| # of Pods | Pod Region |
|-----------|------------|
| 77 | AMER |
| 49 | EMEA |
| 23 | APAC |
| 17 | JP |
| 1 | OTHER |
| 1 | Government |

Google

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333686.R

**EXHIBIT 8522.R-025**



# GCP Impact over 3 years: Option A – **22 Hug Devs**

| | 1 year credit program | 2 year credit program | 3 year credit program |
|---|---|---|---|
| Win rate | 25% | 50% | 80% |
| Total GCP **Credit** Outlay | $168 | $348 | $534 |
| Estimated GCP Redemption Rate | $4.9 | $114.8 | $369.7 |
| GCP Net Revenue Impact | –$4 | $35 | –$8 |
| 3rd Year Net Rev Impact | $0 | $84 | $42 |
| GCP Net Gross Margin Impact | –$4.2 | –$19.5 | –$127.0 |

**Assumptions**

- Developers grow demand at Play Revenue forecast
- After credits end, Developers negotiate max EDP discount of 13.5% (3 year, >$5m annual value)
  - **No churn** assumed after credits end
- Developers ramp 5% in year 1, 50% in year 2 and 90% in Year 3
  - GCP is primary provider for multi-cloud users, hence max 90%
- Base case (no credits) assumes 25% win rate, and 13.5% discount.

 Google Play |  Google Cloud

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333687.R

**EXHIBIT 8522.R-026**

**Option A**

## GCP Base Case P&L: **22 Devs, no Pilot program**

### Assumptions

| Negotiated Discounts | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|
| Gross Revenue | $64 | $91 | $122 | $133 | $147 | $557 |
| Credit Grants | | | | | | |
| Credit usage | | | | | | |
| Discounts | $13 | $18 | $25 | $27 | $30 | $113 |
| Net revenue | $51 | $72 | $97 | $106 | $117 | $444 |
| | | | | | | |
| COS | $23 | $32 | $43 | $47 | $51 | $195 |
| | | | | | | |
| GCP Gross Margin | $29 | $40 | $55 | $60 | $65 | $249 |
| GM % | 44% | 45% | 45% | 45% | 45% | 45% |
| | | | | | | |
| Play Revenue reallocation | $0 | $0 | $0 | | | $0 |
| | | | | | | |
| GCP Adjusted Gross Margin | $29 | $40 | $55 | $60 | $65 | $249 |
| GM % | 44% | 45% | 45% | 45% | 45% | 45% |

- Includes all 22 Hug Developers, including 6 with commits
- 25% win rate in year 1 for 16 developers without commits.
- New developers negotiate 20% discount
  - Existing commit customers keep their negotiated discount
- 10% churn assumed per year after year 3
- COS: assumes 65% GM at list prices.

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003333688.R

**EXHIBIT 8522.R-027**

```
Control Number :      GOOG-PLAY-003333662.R

AllCustodians :       Bankhead, Paul, Feng, Paul,
                      Kochikar, Purnima, Lim, Tian,
                      Rosenberg, Jamie, Wang, Kevin

Title :               CONFIDENTIAL | Play + GCP
                      Hug Proposal

Filename :            CONFIDENTIAL - Play + GCP
                      Hug
                      Proposal_1E2ZIj2GUHth_Mpkxzc
                      hZ346m811WE7iFVnmeKjOQStw.pp
                      tx

DateCreated :         2/1/2019 12:00 AM

TimeCreated :         16:59:00

DateLastModified :    11/12/2020 12:00 AM

TimeLastModified :    02:32:00

RecordType :          E-Document

Application :

Author :              ▓▓▓▓▓▓▓google.com

Production Vol. :     PROD113

Group Identifier :

Subject :

DateSent :

TimeSent :

Email From :

Email To :

Email CC :

Email BCC :
```

EXHIBIT 8522.R-028