**Google Play**

## Project Banyan
Phase 1: Ecosystem Overview

WORK IN PROGRESS

*Privileged and Confidential*
Feb 2019

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL // REFLECTS LEGAL ADVICE



**EXHIBIT 8523.R**

GOOG-PLAY-007329076.R
**EXHIBIT 8523.R-001**

# Agenda

1. Project scope and milestones (including exec meeting cadence)

2. Overview of recent ecosystem events

3. Proposed list of scenarios

4. Initial scenario analysis (in-progress)

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Wendy

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329077.R
**EXHIBIT 8523.R-002**



Play succeeds only when our partners succeed and find ongoing compelling value with us

- Yooki

GOOG-PLAY-007329078.R
**EXHIBIT 8523.R-003**

## Existential Question

How do we continue to keep Play as the
preeminent distribution platform for Android?

AC PRIVILEGED // REFLECTS LEGAL ADVICE                          4

- Yooki

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329079.R

**EXHIBIT 8523.R-004**

## Three major milestones to agree on (1) scenarios to deep-dive, (2) overall response strategy, and (3) specific initiatives by mid Q2

| What are the **biggest risks** to Play's value proposition to partners? | What should be **our priorities** to address these risks? | What **initiatives** should we prioritize for 2019? |
|---|---|---|
| Identify the **needs** of developers, OEMs, carriers, and users that Play doesn't meet, and **assets** that potential players[1] bring to app distribution | Evaluate the **outcome** and **impact** (economic & strategic) of the most likely scenarios | Identify **existing & new initiatives** to implement the strategy |
| Identify the **most likely scenarios** for alternative app distribution, including **financial feasibility** of each | Identify the major **levers** to address the risks in the scenarios | Evaluate and prioritize initiatives based on **feasibility** and **impact** |
| | Prioritize these levers and develop a high-level **strategy** | |

**Milestone 1:** Agree on most likely scenarios for deep-dives

*In progress, targeting late Feb/early March*

**Milestone 2:** Agree on the highest-impact levers and a high-level response strategy

*ETA: ~end of March*

**Milestone 3:** Agree on a response plan (initiatives to kick off or expand)

*ETA: ~end of April*

1 Out of scope: MSFT launcher since this trend is not a Play specific issue, Subscriptions (e.g. Netflix) given their workarounds for Play billing are being addressed separately by Play team

AC PRIVILEGED // REFLECTS LEGAL ADVICE          5

- Yooki

# Major deliverables by milestone

| **Milestone 1:** Agree on most likely scenarios for deep-dives | **Milestone 2:** Agree on the highest-impact levers and a high-level response strategy | **Milestone 3:** Agree on a response plan (initiatives to kick off or expand) |
|---|---|---|
| *In progress, target late Feb/early Mar* | *ETA: ~end of March* | *ETA: ~end of April* |
| **Ecosystem players analysis** (OEM, Carrier, developers, users, others e.g. Amazon) - Needs, assets, economics (where relevant) | **Impact analysis** of most likely scenarios, including strategic and economic implications for Play | Current or potential new initiatives to implement the recommended strategy |
| **Scenario enumeration and modeling** - <u>how</u> each scenario plays out, and <u>why</u> it would happen | **Enumerate available levers** for counteracting or mitigating impact of scenarios & criteria to evaluate them | **Impact and feasibility analysis** of available initiatives, including high-level timelines and resourcing needs |
| *Preliminary analysis for discussion today* | **Recommended strategy** based on prioritized levers to address the highest-impact risks | **Recommended initiatives** for 2019H2 and beyond |
| **Recommendation of most likely scenarios** for further deep-dives | | |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

6

- Yooki

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329081.R
**EXHIBIT 8523.R-006**

## Stakeholders and updates

| Sponsors | Jamie Rosenberg, Sameer Samat |

*Every ~4 weeks for milestone reviews*

| Steering Team | Paul Gennai, Tian Lim, Mike Hochberg, Shafiq Ahmed, Purnima Kochikar, Sri Krishnamachari |

*TBC: every ~2 weeks for progress reviews and input as needed*

**Working Team**

| Strategy | BizOps | Analytics | Finance | Play BD | Product | Eng |
|----------|--------|-----------|---------|---------|---------|-----|
| Atul K | Stephen K | Jon G | Mary O | Lawrence K | Matt H | TBD |
| Tim M | Wendy L | Sonia L | Josh O | Mike M | | |

AC PRIVILEGED // REFLECTS LEGAL ADVICE          7

- Yooki

- Questions:
- Timing for Jamie / Sameer meeting (will need help from Paul)
- Try to have as needed meeting with Steering team

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          GOOG-PLAY-007329082.R

**EXHIBIT 8523.R-007**

# Critical Strategic Initiatives: Project Hug and Project Banyan

Initiatives necessary to sustain Google Play growth and provide value to key constituencies in 2019 and beyond

| | **Project Hug** | **Project Banyan** |
|---|---|---|
| **Context** | <ul><li>Today's mobile game devs have new and different needs from the mobile devs of five years ago</li><li>Some **mobile devs are questioning the value of Google Play** as a distribution partner; **considering alternatives**</li></ul> | <ul><li>Google Play is **facing increased competition from app store rivals and other distribution channels** (OEMs, carriers), causing fragmentation & mindshare loss</li><li>Meanwhile, some partners are applying **price pressure and experimenting with direct distribution models**</li></ul> |
| **Key Questions** | <ul><li>What are **the new needs of today's mobile game devs?**</li><li>How can Google Play help with those needs beyond traditional value-add (reach, security)?</li><li>In what ways we **expand our xGoogle value proposition** to mobile devs who are increasingly asking for it?</li></ul> | <ul><li>What are some **future scenarios that would challenge Google Play's continued growth as the leading Android app store?** What are the driving forces? What is the impact?</li><li>**How could Play prepare for these possible futures** by changing its **product or business model?**</li></ul> |
| **Outputs, Outcomes?** | <ul><li>Priority game developer segments and needs</li><li>**x-PA commercial programs to enhance Google's gaming value proposition**</li><li>**Timeline: execute in 1H 2019 (pilots underway)**</li></ul> | <ul><li>Scenario definition with underlying motives, levers and tactics</li><li>**Prioritized Play product and commercial changes for different constituencies to address fragmentation**</li><li>**Timeline: Start execution in H2 2019 - H1 2020**</li></ul> |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Tim

**Recent developments:** Ecosystem partners are investing in Game Distribution + exclusive content acquisition; key developers are evaluating options

| STORE | | | GEO FOCUS | ACTIVITY | DETAILS |
|---|---|---|---|---|---|
| Mobile | OEM | Samsung | Global | • 70/30 standard rev share, 80/20 rev share for select partners<br>• **Aggressively pursuing exclusive** deals with major Android game developers (e.g. $40M for exclusives from Niantic)<br>• Investing via **direct payments, silicon optimization, and or DevTech** resources<br>• **Galaxy store on device home screen** for S10 line | factpack |
| | Carrier | One Store | Korea | • **80/20 revenue share** (originally 70%)<br>• **More IAP promotions**<br>• **Titles listed on OneStore automatically co-listed on Samsung Store** | factpack |
| | Platform | Epic Store | Global | • **88/12 rev share (likely)** for new Android game store, based on rev share on PC<br>• **Building dev credibility** via Fortnite success and Unreal Engine brand<br>• **Fortnite MAUs / downloads on Android was subpar** (technical issues)<br>• Secured few exclusives | factpack |
| | | Amazon App Store | Japan | • **Latent risk:** stable MAU / catalog coverage, no major exclusives or new EoY promotions; ~15-20% IAP discounts | factpack |
| PC / Console | | Steam (Valve) | Global | • **3-tiered graduated rev share:** 70/30 (<$10M), 75/25 ($10-50M), 80/20 ($50M+)<br>• Lost some titles to Epic Store | factpack |
| | | Discord | Global | • **90/10 rev share;** self-publishing game platform<br>• Some 90d exclusive indie titles and monthly game subscription service | details |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Tim

GOOG-PLAY-007329084.R
**EXHIBIT 8523.R-009**

# Major working hypotheses & assumptions guiding our scenarios (1/2)
*FOR DISCUSSION*

**Ecosystem players**

| | |
|---|---|
| **OEMs** | • **Samsung is the only OEM** with sufficient share **to plausibly build its own store in key Play markets** (71% share[1] of premium Android ($600+) in top 10 Play countries) |
| | • **Chinese OEMs lack sufficient share** today in Play markets to be an immediate concern outside China, but are a long-term consideration |
| **Carriers** | • **Carriers stores would have limited appeal to global developers** — but carriers may play a role in pre-install of other (OEM, developer, or 3P) stores |
| **Developers** | • **Major games with strong existing user bases are the likely driver of any new distribution platform** (top 10 devs ~25% of Play app & game revenue) |
| | • **Biggest concern are AAA / Hi-Fidelity games** or **geographic-focused games** where Play's value proposition is weakest (~62% top AAA games[2] spend on Samsung devices, NCSoft / Mixi have 98% spend in KR / JP) |
| | • **Other popular app categories lack a strong incentive to pursue alternative distribution** |

1) Based on IDC last 24 months unit sales (2017-2018) 2) Based on set of 15 representative hi fidelity, hi spend games

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Atul
- AAA, Hi Fidelity games are most likely, because Play's broad Android reach is less helpful to these games (e.g. focus on high-end devices for XX% revenue)
- Casual games are less likely drivers as Play's broad reach is more important (only XX% revenue on high end devices)

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329085.R
**EXHIBIT 8523.R-010**

# Major working hypotheses & assumptions guiding our scenarios (2/2)
*FOR DISCUSSION*

**Ecosystem players**

**Users**

- Users would **switch** to a new distribution channel only with a **strong draw** - **exclusive, high-profile titles,** and/or **sustained pricing advantage**
- Users would **stay** on on **alternative channel** with better pricing (discounts, loyalty programs), a sufficiently strong catalog over time, and transferability to new devices

**Other 3P platforms**

- **Amazon and MSFT are best positioned 3Ps** to disrupt games distribution with existing assets (Prime, Twitch, XBox), 1P titles (for MSFT e.g. Minecraft, Halo) and willingness to invest

**Macro trends**

**Emerging technology**

- **5G:** Significant improvement in bandwidth and latency opens up new distribution channels
- **Cloud Streaming:** could disrupt game distribution by bringing console/PC games to mobile and enabling more cross-platform experiences

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Atul
- AAA, Hi Fidelity games are most likely, because Play's broad Android reach is less helpful to these games (e.g. focus on high-end devices for XX% revenue)
- Casual games are less likely drivers as Play's broad reach is more important (only XX% revenue on high end devices)
- Carriers
- US
  - Single Country: Verizon
  - Multi-country: T-Mo (deutch telecom), Sprint (Softbank), AT&T (owns some Latin American Telcos)

- Japan (3 carriers own 85% of market)
  - NTT (some small overseas stakes, but mostly Japan)
  - KDDI (Mostly Japan)
  - Softbank (Lots of holdings in many tech companies, but Sprint is only telco)
- Korea
  - SK Telcom (has subsidiaries in China and Vietnam)
  - LG (no overseas telcom)
  - KT (has some small subsidiaries in mongolia and a few eastern european countries)

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329086.R
**EXHIBIT 8523.R-011**

## Scenarios list *FOR DISCUSSION*

| | | Scenarios | Key assumptions // Likely players |
|---|---|---|---|
| **OEM** | **1** | **Samsung app store goes big** with exclusive AAA games, building a gaming distribution platform | • OEMs invest in exclusivity to gain user base for store & future rev share |
| **Developers** | **2** | **Major gaming platforms builds a store** with titles from multiple developers | • Epic Games, Steam, Tencent build mobile stores |
| | **3** | **AAA gaming developer goes direct** through side- or pre-loading | • Riot, Tencent, Activision, EA go direct |
| **3P platforms** | **4** | **Amazon or Microsoft** launches a complete gaming platform with distribution | • AMZN/MSFT drive uptake w/ exclusives & streaming<br>• Longer-term, AMZN builds out a complete app catalog |
| **Carriers** | **5** | **OneStore goes big in Korea** — inspiring carriers in JP and US to duplicate | • Likely driven by major US or JP carriers — biggest Play markets |
| | **6** | **Carriers drive streaming distribution** — move high end gaming off Play to the Cloud | • Carriers package game streaming with 5G network rollout (e.g., PlayGiga model, VZN cloud gaming) |
| **Other / multiple** | **7** | **Multiple alternatives stores emerge,** and significantly erode the Android user experience | • Multiple stores create fragmentation and user / developer confusion |

*Note: Focusing on Top 3 + Next 7 Play markets (64% + 18% rev in 2018), NBU/BRIIM strategy is out of scope*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Atul

GOOG-PLAY-007329087.R
**EXHIBIT 8523.R-012**

## Scenario 1: Samsung goes big w/exclusives to build successful Galaxy Store

*PRELIMINARY — for discussion.*
<u>Underlined</u> *assumptions discussed on next page*

**Challenging to see Galaxy Store becoming attractive enough to developers to be a successful, sustainable stand-alone business**

- To bootstrap adoption, need to spend $27M - 36M to buy 2-month exclusive rights to <u>[3 TBD] games</u> (<u>$9-12M+</u> per title) per year

- Would need to offer ~<u>80-20</u> revenue share (better than Play, but room to make margin)

- Need to believe that exclusives would build a user base loyal to the Galaxy Store (sufficient to drive <u>~20%</u> of Samsung device consumer spend for co-listed apps to Galaxy store)

- Need to believe user base and rev-share attract 50 of top 100 games to co-list on the Galaxy store - *challenging; is <u>~$1M</u> in annual benefit sufficient to entice developers to co-list?*

- Net-net: successful store would yield margins of ~$30M/yr in long run for Samsung to offset $40-60M net investment[1] for first 2 years

**Samsung** *could* **use game exclusives to drive hardware sales**, but this would not hinge on building a sustainable game distribution business

1) Net investment net revenue share less exclusivity payments

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Stephen

- 50 of 100 games selected given is sufficiently big enough to be of note to Play, while still be plausible

GOOG-PLAY-007329088.R
**EXHIBIT 8523.R-013**

## Scenario 1: Key assumptions and model output

**Phase 1
3 exclusive titles
to bootstrap the
Galaxy store**

- **$9M-$12M** **exclusivity payment per title**
  - $9M: foregone revenue from missing 2mo of revenue on non-Samsung devices
  - $12M: max Samsung could pay to breakeven on the store in 4 years
- **[3 TBD] exclusive titles for 2 months:** each title brings XM users and 20% of consumer spend, building a base large enough to attract users in Phase 2 (*in progress)
- **80-20 revenue share:** to be sustainable long term, Samsung's revenue share needs to be more than their 15% store operations cost (assume same as Play)

**Phase 2
Galaxy Store
with 50 co-listed
games**

- **20% of consumer spend of the 50 co-listed games** **on Samsung Devices moves to Galaxy Store:** one known high profile game currently co-listed in Korea (Black Desert), finance estimates 5-20% user shift
- **~$1M revenue upside from co-listing** for each of 50 games
  - ~$110M average annual consumer spend on a Top 100 game on Play
  - 55% of consumer spend for these games on Samsung devices
  - 20% of consumer spend on Samsung shifts to Galaxy store from Play
  - 10% better revenue share on Galaxy store vs. Play *(assuming Play doesn't move from 70/30)*

**Net impact to
Samsung**

- **Phase 1 (2 year investment):** +$24M rev share - ($27M to $36M) exclusivity payment - $18M to operate the store = $20-30M investment per year x 2 years = $40-60M
- **Phase 2 Profits:** $120M revenue share - $90M cost to operate the store = $30 / yr profit

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Stephen

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329089.R
**EXHIBIT 8523.R-014**

# Appendix I
# Ecosystem needs and assets

AC PRIVILEGED // REFLECTS LEGAL ADVICE

GOOG-PLAY-007329090.R
**EXHIBIT 8523.R-015**

# Ecosystem Review: Device OEMs

## Unmet needs / motivation to pursue a Play alternative

1. **Differentiated software experience** (e.g. exclusive apps) to help turnaround slowing hardware sales

1. **New revenue streams** via apps & services to offset slowing hardware sales

## Assets OEMs bring to a Play alternative

1. **Distribution power** via base of installed devices, ability to set pre-loads and push updates

2. **Technical capabilities** to optimize apps & hardware, esp. for high-end games

3. **Brand power & marketing investment**, e.g. Samsung co-marketing with Fortnite, esports sponsorships

4. **Existing app stores** for local OEMs in China, Samsung

5. (Limited) **User FoP** e.g., Samsung Pay

## Scenario implications

**Strong incentive** for OEMs to act for both differentiation and service revenue

**Strong opportunity** for major OEMs to act - have the pieces needed for either <u>direct distribution</u> of select apps (e.g. Fortnite) or a broader <u>app store offering</u> (e.g. Samsung store)

**Focus on Samsung, Huawei, Xiaomi (TBC)** - high market share, esp. premium segment (most relevant to hi-fi games) and premium markets (KR, JP, US)

AC PRIVILEGED // REFLECTS LEGAL ADVICE

GOOG-PLAY-007329091.R
**EXHIBIT 8523.R-016**

# Ecosystem Review: Developers

## Unmet needs / motivation to pursue a Play alternative

1. Developers would **prefer a better revenue share** and do not always feel that Play (or Apple) justify their 30% share - esp. those with large existing fan bases (e.g. AAA games) or limited global ambitions

1. Developers have product & technical needs to support the development lifecycle [details here]

## Assets Developers bring to a Play alternative

1. **Developers own IP** (apps, games, rights to franchises) — that **users spend money and time consuming**

1. **Small number of developers with the "best IP"** — the most desireable content with the most devoted fans, who will overcome significant barriers to get that IP

## Scenario implications

Developers who see the **least benefit** from Play's global distribution and discovery have **biggest incentive** to seek cheaper alternatives - in particular, AAA games (focus of Project Hug)

Games developers also have **significant technical needs** that are not well-met by Play/Google offerings (e.g. LiveOps support)

Only select developers with **committed audiences** likely to forgo Play distribution entirely.

[TBD] Developers have limited incentive to tackle complexity of **co-listing** in alternative stores unless they have significant reach

AC PRIVILEGED // REFLECTS LEGAL ADVICE

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329092.R
**EXHIBIT 8523.R-017**

# Ecosystem Review: Other 3P Platforms

## Motivation to pursue mobile app/game distribution

1. **Amazon:** known **interest in gaming** (twitch, lumberyard), desire to **expand Prime ecosystem**, existing app store

1. **Microsoft:** Existing **gaming strength** (Xbox, PC), desire to **expand desktop services portfolio** to mobile (e.g., Bing)

## Assets Developers bring to a Play alternative

1. **Bring exclusive 1P IP** (MSFT Office, Minecraft, Halo)

1. Enable unique **integrations with 1P platforms** (Prime, Twitch, Xbox)

1. Influence OEMs with access to **new device sales channels** (Amazon.com, MSFT Enterprise Sales)

1. Integration or discounts on **development platforms** (AWS, Lumberyard, Azure)

1. Deep pockets and willingness to invest

## Scenario implications

Other 3P platforms have **compelling assets and deep pockets** to try to disrupt app/game distribution on Android…

…but **both have tried — and failed** — to do so in the past, but recent changes create opportunity:
- Openness of potential OEMs or Developers to partner
- Relative strength of platforms (e.g. complete gaming stack)
- Technology shifts (e.g., streaming, 5G, cloud)

AC PRIVILEGED // REFLECTS LEGAL ADVICE

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329093.R
**EXHIBIT 8523.R-018**

# Ecosystem Review: Carriers

## Unmet needs / motivation to pursue a Play alternative

1. Increase subscriptions or subscription prices with **exclusive / differentiated apps**

1. **New revenue streams** via apps & services

## Assets Carriers bring to a Play alternative

1. **Connection to the user**
   a. **FoP/DCB:** Carriers have a billing relationship w/users
   b. **Influence of user's device purchase decision** at POS in store & online (e.g., merchandising, commissions)

1. **Influence over the OEM: Pre-loading** of carrier apps & app stores negotiated in commercial agreements w/OEMs

1. **Influence over the Developers: Network control & paid prioritization** could potentially impact developers ability to serve their apps to users

## Scenario implications

Carriers in **markets with significant Play revenue** and **strong carrier presence in device retail** in best position to pursue app distribution
- Carriers in Korea, Japan, and US best positioned (e.g. Onestore)

Carriers would still need to **strike deals with OEMs** to pre-install stores - but some could offer developers **broader reach** than a single OEM

AC PRIVILEGED // REFLECTS LEGAL ADVICE

GOOG-PLAY-007329094.R
**EXHIBIT 8523.R-019**



AC PRIVILEGED // REFLECTS LEGAL ADVICE

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329095.R
**EXHIBIT 8523.R-020**

## Scenario 1: Baseline assumptions driving the model

| Assumption | Phase 1: 3 Exclusives | Phase 2: 50 co-listed games | Comment |
|---|---|---|---|
| Months of exclusivity for exclusive Samsung games | 2 | 0 | Moderate length exclusive to line up with critical first few months of a hardware launch |
| Number of exclusive games per year | 3 | 0 | Phase 1: Data request out to Play Analytics to validate<br>Phase 2: No exclusives anymore — Galaxy store is self-sustaining |
| Share of consumer spend on top games on Samsung devices | 62% | 62% | Average of today based on representative apps. This is correlated with general market share of devices and would take time to shift |
| Share of consumer spend on Top 100 games on Samsung devices | 54% | 54% | Based on top 100 apps today. This is correlated with general market share of devices and would take time to shift |
| Galaxy store revenue share with devs | 80% | 80% | Assume it needs to be better than Play |
| Galaxy store revenue share for Samsung | 20% | 20% | Needs to be higher than 15% cost to operate the store |
| Galaxy Store share of Samsung device spend when exclusive | 100% | 100% | Game is exclusive — Galaxy store should get all of the spend |
| Galaxy Store share of Samsung device spend when co-listed | 20% | 20% | Based on high end of experience today of 5-20% for game Black Desert which is co-listed on Galaxy store for Phase |
| Number of top 100 titles co-listed on Galaxy store | 0 | 50 | Phase 1: Focus mostly on exclusives -- little other developer co-listing<br>Phase 2: Significant co-listing among top 100 apps |
| Cost to operate the store as percent of store revenue | 15% | 15% | Based on number of Play finance |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Yooki / Stephen

GOOG-PLAY-007329096.R
**EXHIBIT 8523.R-021**

**Scenario 1:** Modest phone sales increases could fund Galaxy store investments, but unclear if exclusives or a store can affect units sales

| Context: Samsung Premium phone (>$700) sales 2018 were 57M units (ex-China) | | |
|---|---|---|
| **Incremental Annual Unit sales** | **Incremental Units** | **Incremental Gross Profit for Samsung[1]** |
| 0.5% | 295K | $75M |
| 1.0% | 590K | $150M |
| 1.5% | 885K | $225M |

*If Galaxy store exclusives and/or store loyalty can help drive small incremental phone sales vs. Samsung baseline — could easily be worth $100M+ per year*

However, unclear at this time if:

- Exclusive titles would be able to drive such an increment

- The additional effort in building a successful store would make a difference

1) Assume ASP of $853 (average of GS9, GS9+, Note 9) and Gross Margin of 30%
Reference: OEM market share analysis

AC PRIVILEGED // REFLECTS LEGAL ADVICE

GOOG-PLAY-007329097.R
**EXHIBIT 8523.R-022**



Appendix III
Ecosystem factpack - link

AC PRIVILEGED // REFLECTS LEGAL ADVICE

GOOG-PLAY-007329098.R
**EXHIBIT 8523.R-023**

# Appendix IV
## Play business context

AC PRIVILEGED // REFLECTS LEGAL ADVICE

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007329099.R
**EXHIBIT 8523.R-024**

## **Context:** Overview of revenue concentration

**Product**



Ads
20.1% (+0.8 ppt q/q)    497

Books
1.4% (-0.2 ppt)
Video
3.5% (-0.2 ppt)
Apps Subs
4.6%
(+0.2 ppt q/q)

86
114
1,741

Apps (IAP + DL)
70.4%
(-0.6 ppt q/q)

In-app purchases drive majority (70%+) of spend; ads in Play 20%

**Geo**

| Q4-18 | Top 3 | Non-Top | Quarterly Trends |
|---|---|---|---|
| Play (non-Ads) Rev. $M: | 1,221.4 | 755.1 | Share of Top 3 Rev |
| y/y: | 10% | 33% | Y/Y Growth of Rev |
| Growth Contr. to Rev.: | 6.9ppts. | 11.3ppts. | |
| | (+1.6ppts. q/q) | (+1.6ppts. q/q) | |

2016-10        2018-10

Top 3 countries (JP, KR, US) 62% of revenue, trending down

**Developer**

| Q4-18 | Top 10 | Non-Top | Quarterly Trends |
|---|---|---|---|
| A&G Rev. $M: | 437.3 | 1,417.9 | Share of Top 10 Rev. |
| y/y: | -15% | 35% | Y/Y Growth of Non-Top Rev |
| Growth Contr. to Rev.: | -5.0ppts. | 23.2ppts. | |
| | (+1.4ppts. q/q) | (+2.3ppts. q/q) | |

2016-10        2018-10

Top 10 devs ~25% of revenue, but declining QoQ

**Buyers**

| Q4-18 | HVU | Non-HVU | Quarterly Trends |
|---|---|---|---|
| IAP Spend $M | 3,452.5 | 2,734.8 | Share of HVU Spend |
| y/y | 17% | 20% | Y/Y Growth of Non-HVU Spend |
| Growth Contr. to IAP Spend: | 9.6ppts. | 8.5ppts. | |
| | (+3.1ppts. q/q) | (+1.3ppts. q/q) | |

2016-10        2018-10

High Value Users (HVUs) still more than half of in app purchase spend

*Actuals up to 12/31/2018

AC PRIVILEGED // REFLECTS LEGAL ADVICE



- FOP: Forms of Payment
- A&G: Apps and Games
- Store browsers: people who open the play store
- Acquirers: people that download apps from the play store

GOOG-PLAY-007329101.R
**EXHIBIT 8523.R-026**



GOOG-PLAY-007329102.R
**EXHIBIT 8523.R-027**

Control Number :        GOOG-PLAY-007329076

AllCustodians :         Li, Christopher, Kochikar,
                        Purnima, Koh, Lawrence, Kolotouros,
                        Jim, Marchak, Michael, Wang,
                        Kevin

Title :

Filename :              Project Banyan- Ecosystem
                        Overview -WORK IN
                        P_18Jjv9HCa6_dRzUGG96gk2bjLP
                        pijXWLaOdpsCpuyNTE.pptx;Proj
                        ect Banyan- Ecosystem Overview
                        -WORK
                        I_18Jjv9HCa6_dRzUGG96gk2bjLP
                        pijXWLaOdpsCpuyNTE.pptx;Proj
                        ect Banyan- Ecosystem Overview
                        -WORK
                        _18Jjv9HCa6_dRzUGG96gk2bjLPp
                        ijXWLaOdpsCpuyNTE.pptx;Proje
                        ct Banyan- Ecosystem Overview
                        -WO_18Jjv9HCa6_dRzUGG96gk2bj
                        LPpijXWLaOdpsCpuyNTE.pptx;Pr
                        oject Banyan- Ecosystem Overview
                        -_18Jjv9HCa6_dRzUGG96gk2bjLP
                        pijXWLaOdpsCpuyNTE.pptx

DateCreated :           1/23/2019 12:00 AM

TimeCreated :           22:54:00

DateLastModified :      11/17/2020 12:00 AM

TimeLastModified :      06:28:00

RecordType :            E-Document

Application :

Author :

Production Vol. :       PROD035

Group Identifier :

Subject :

DateSent :

TimeSent :

Email From :

Email To :

Email CC :

**EXHIBIT 8523.R-028**