**Chat Filters** ☑ **History**

| | Participant/Sender | Messages | Attachments |
|---|---|---|---|
| ☑ | ▮▮▮▮▮▮▮▮▮▮ | 1 | 0 |

**PARTICIPANTS List:** ▮▮▮▮▮▮▮▮▮▮ Jay Kim; ▮▮▮▮▮▮▮▮▮▮

| ▮▮▮▮▮▮▮▮▮▮ | 8/9/2018 3:58:47 PM(UTC+0) |
|---|---|

Someone on our side was just able to fully download Fortnite on Note 8 with no unknown sources. We really need to understand what's going on (and I think DJ should, too). Very concerned. Also surprised that it's on Note 8 given what you said about Note 9 and Tab S4 only.



**EXHIBIT 8564**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-009216475
EXHIBIT 8564-001