| | Participant/Sender | Messages | Attachments |
|---|---|---|---|
| ☑ | | | |
| ☑ | ▇▇▇ Chung Eui-Suk | 1 | 0 |

**PARTICIPANTS List:** ▇▇▇▇▇▇▇▇ Chung Eui-Suk; ▇▇▇▇▇▇

▇▇▇▇ Chung Eui-Suk     8/9/2018 11:10:38 PM(UTC+0)
Good. I heard about the Fortnite case from Jay. It was done by the Service team without my knowledge. I am looking into it now.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 8568

GOOG-PLAY-009216473
EXHIBIT 8568-001

**Default Category**

| Field | Value |
|---|---|
| Control Number: | GOOG-PLAY-009216473 |
| AllCustodians: | Rosenberg, Jamie |
| Title: | |
| Filename: | |
| DateCreated: | |
| TimeCreated: | |
| DateLastModified: | |
| TimeLastModified: | |
| RecordType: | E-Document |
| Application: | |
| Author: | |
| Production Vol.: | PROD062 |
| Group Identifier: | |
| Subject: | |
| DateSent: | |
| TimeSent: | |
| Email From: | |
| Email To: | |
| Email CC: | |
| Email BCC: | |

EXHIBIT 8568-002