**Sent:** Fri 8/20/2021 5:09:57 PM (UTC)
**From:** Tian Lim (Google)
**To:** Tian Lim (Google); Deepti Menon (Google); Krish Vitaldevara (Google); Greg Hartrell (Google); Paul Feng (Google); Mrinalini Loew (Google)
**Subject:** AAAAkjWzDH8-MBI-THREADED:_XCXPcL7hyo%%%2021-08-19T22:09:56.486591

| | |
|---|---|
| **Tian Lim** | 2021-08-20T17:09:56.486Z |

hey all

| | |
|---|---|
| **Tian Lim** | 2021-08-20T17:10:30.243Z |

▆▆▆▆▆▆▆▆▆▆     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

| | |
|---|---|
| **Deepti Menon** | 2021-08-20T17:12:07.382Z |

▆▆▆▆▆▆▆▆▆▆

| | |
|---|---|
| **Krish Vitaldevara** | 2021-08-20T17:14:49.338Z |

▆▆

| | |
|---|---|
| **Krish Vitaldevara** | 2021-08-20T17:15:27.002Z |

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

| | |
|---|---|
| **Greg Hartrell** | 2021-08-20T17:17:12.300Z |

▆▆▆▆ ▆▆▆▆▆ ▆▆▆▆▆ ▆▆▆▆ ▆▆▆▆

| | |
|---|---|
| **Tian Lim** | 2021-08-20T17:19:24.504Z |

added mrinalini/yabing to the mix

| | |
|---|---|
| **Tian Lim** | 2021-08-20T17:19:38.746Z |

▆▆▆▆▆▆▆▆▆▆▆▆

| | |
|---|---|
| **Krish Vitaldevara** | 2021-08-20T17:20:08.222Z |

Billing Policy related ▆▆▆▆

| | |
|---|---|
| **Paul Feng** | 2021-08-20T17:22:15.048Z |

We have this : which I believe is mostly up to date. Will doublecheck with ▆▆
https://docs.google.com/spreadsheets/d/17teuoQXYQw-akGvJ8CyZrwiwznAsDrsz3VObs7MvxTA/edit#gid=0

https://drive.google.com/open?id=17teuoQXYQw-akGvJ8CyZrwiwznAsDrsz3VObs7MvxTA
https://docs.google.com/spreadsheets/d/17teuoQXYQw-akGvJ8CyZrwiwznAsDrsz3VObs7MvxTA/edit#gid=0

| | |
|---|---|
| **Krish Vitaldevara** | 2021-08-20T17:23:02.413Z |

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

| | |
|---|---|
| **Mrinalini Loew** | 2021-08-20T17:25:03.531Z |

Tax Projects: https://docs.google.com/spreadsheets/d/1nDW2mhRO-3b9sqk-cxThb1arjwqWpK6VRAGTSdml05Y/edit#gid=0

https://drive.google.com/open?id=1nDW2mhRO-3b9sqk-cxThb1arjwqWpK6VRAGTSdml05Y

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000105444
EXHIBIT 8594-001

EXHIBIT 8594

**Mrinalini Loew**  2021-08-20T17:26:52.084Z

▆▆▆▆▆▆▆▆▆ (huge impact on commerce eng):
https://docs.google.com/presentation/d/1P2AAJHHlUnEnHKYvAqcAbGa1AmAZlUR2V4sA6sMHbaY/edit#slide=id.ge6a711cc6f_0_267

https://drive.google.com/open?id=1P2AAJHHlUnEnHKYvAqcAbGa1AmAZlUR2V4sA6sMHbaY
https://docs.google.com/presentation/d/1P2AAJHHlUnEnHKYvAqcAbGa1AmAZlUR2V4sA6sMHbaY/edit#slide=id.ge6a711cc6f_0_267

**Mrinalini Loew**  2021-08-20T17:27:39.213Z

Managing a ton of India specific stuff for Payments / Subs ▆▆▆▆▆▆▆
https://docs.google.com/presentation/d/1hiPyXymR4gkrBRuKF1CoTMB_IspODk6OIoPTdXVI7ac/edit?resourcekey=0-bgdmA1DQaZvhGLPF-hhpaA#slide=id.gd33838657b_0_13

https://drive.google.com/open?id=1hiPyXymR4gkrBRuKF1CoTMB_IspODk6OIoPTdXVI7ac
https://docs.google.com/presentation/d/1hiPyXymR4gkrBRuKF1CoTMB_IspODk6OIoPTdXVI7ac/edit?resourcekey=0-bgdmA1DQaZvhGLPF-hhpaA#slide=id.gd33838657b_0_13

**Tian Lim**  2021-08-20T17:27:48.987Z

ah shit just remembered rooms dont get deleted. dont opine in here.

**Mrinalini Loew**  2021-08-20T17:27:57.198Z

ok

**Tian Lim**  2021-08-20T17:29:55.473Z

need access to those docs

**Mrinalini Loew**  2021-08-20T17:32:47.423Z

granted