Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**MANUAL FILING NOTIFICATION**<br><br>Judge:  Hon. James Donato |

1

**EXHIBIT 9051**

2

This exhibit was not filed electronically for the following reason(s):

3

   ___ Voluminous Document (PDF file size larger than e-filing system allowances)

4

   _X_ Unable to Scan Documents

5

   ___ Physical Object (description): _____

6

   _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

7

   ___ Item Under Seal

8

   ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

9

   ___ Other (description): _____

10

11

     A copy of this exhibit is being maintained in the case file in the Clerk's office.  For information

12

on retrieving this filing directly from the court, please see the Court's main website, at

13

http://www.cand.uscourts.gov.

14

15

16

DATED:  December 21, 2023

CRAVATH, SWAINE & MOORE LLP

17

   Christine Varney *(pro hac vice)*
   cvarney@cravath.com

18

   Gary A. Bornstein *(pro hac vice)*
   gbornstein@cravath.com

19

   Timothy G. Cameron *(pro hac vice)*
   tcameron@cravath.com

20

   Yonatan Even *(pro hac vice)*
   yeven@cravath.com

21

   Lauren A. Moskowitz *(pro hac vice)*
   lmoskowitz@cravath.com

22

   Justin C. Clarke *(pro hac vice)*
   jcclarke@cravath.com

23

   Michael J. Zaken *(pro hac vice)*
   mzaken@cravath.com

24

   M. Brent Byars *(pro hac vice)*
   mbyars@cravath.com

25

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

26

27

Respectfully submitted,

28

By: */s/ Gary A. Bornstein*_____
   Gary A. Bornstein

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  December 21, 2023              MUNGER, TOLLES & OLSON LLP
                                    Glenn D. Pomerantz
                                    Kyle W. Mach
                                    Kuruvilla Olasa
                                    Justin P. Raphael
                                    Emily C. Curran-Huberty
                                    Jonathan I. Kravis

Respectfully submitted,


By:   */s/ Glenn D. Pomerantz*
             Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

DATED:  December 21, 2023              MORGAN, LEWIS & BOCKIUS LLP
                                    Brian C. Rocca
                                    Sujal J. Shah
                                    Minna L. Naranjo
                                    Rishi P. Satia
                                    Michelle Park Chiu


By:   */s/  Brian C. Rocca*
             Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

**MANUAL FILING NOTIFICATION**
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD