| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**MANUAL FILING NOTIFICATION**<br><br>Judge: Hon. James Donato |

**EXHIBIT 9052**

This exhibit was not filed electronically for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

_X_ Unable to Scan Documents

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

A copy of this exhibit is being maintained in the case file in the Clerk's office.  For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.

| | |
|---|---|
| DATED:  December 21, 2023 | CRAVATH, SWAINE & MOORE LLP<br>Christine Varney *(pro hac vice)*<br>cvarney@cravath.com<br>Gary A. Bornstein *(pro hac vice)*<br>gbornstein@cravath.com<br>Timothy G. Cameron *(pro hac vice)*<br>tcameron@cravath.com<br>Yonatan Even *(pro hac vice)*<br>yeven@cravath.com<br>Lauren A. Moskowitz *(pro hac vice)*<br>lmoskowitz@cravath.com<br>Justin C. Clarke *(pro hac vice)*<br>jcclarke@cravath.com<br>Michael J. Zaken *(pro hac vice)*<br>mzaken@cravath.com<br>M. Brent Byars *(pro hac vice)*<br>mbyars@cravath.com<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Paul J. Riehle (SBN 115199)<br><br>Respectfully submitted,<br><br>By: */s/ Gary A. Bornstein*<br>Gary A. Bornstein |

DATED: December 21, 2023					MUNGER, TOLLES & OLSON LLP
								Glenn D. Pomerantz
								Kyle W. Mach
								Kuruvilla Olasa
								Justin P. Raphael
								Emily C. Curran-Huberty
								Jonathan I. Kravis

						Respectfully submitted,


						By:   /s/ Glenn D. Pomerantz
							Glenn D. Pomerantz

						*Counsel for Defendants Google LLC et al.*

DATED: December 21, 2023					MORGAN, LEWIS & BOCKIUS LLP
								Brian C. Rocca
								Sujal J. Shah
								Minna L. Naranjo
								Rishi P. Satia
								Michelle Park Chiu




						By:   /s/  Brian C. Rocca
							Brian C. Rocca

						*Counsel for Defendants Google LLC et al.*