

*December 1, 2023*

# Testimony of Gregory K. Leonard, Ph.D.



**EXHIBIT 9500**

1

**EXHIBIT 9500-001**

## Google's Lost Service Fees

| | |
|---|---|
| Epic Direct Pay Revenue (on Fortnite distributed through Google Play) | $1,329,770 |
| Service Fee | 30% |
| **Lost Service Fees** | **$398,931** |

Leonard Rep., ¶ 21

**EXHIBIT 9500-002**

2