**Thread Id:3020025446**

---

**"Trevor Stone"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 4:42:56 PM +00:00
ID:8001846634

Hey, let me know if you need clarification on anything before that meeting

---

**"Andrew Grant"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 4:49:18 PM +00:00
ID:8001846597

Just one thing actually. Did we create the signing key that we use to sign GP builds we upload? It's been a while since I did anything like that but if I recall it was something developers created and not some thing Google provided via a portal

---

**"Andrew Grant"** ▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 4:49:48 PM +00:00
ID:8001846570

I think they now have a way to sign it automatically for devs but I'm not sure

---

**"Andrew Grant"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 4:51:05 PM +00:00
ID:8001846562

The needle we are trying to thread is to not fall foul of any agreements we have with Google, other than as needed for project liberty

---

**"Andrew Grant"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 4:51:21 PM +00:00
ID:8001846537

E.G we could, but won't, put up a banner in the client that redirects people to our own installer

---

**"Trevor Stone"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 4:59:47 PM +00:00
ID:8001846610

Yes we created it and registered it

---

**"Trevor Stone"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 5:00:02 PM +00:00
ID:8001846628

There is a new feature called an app signing key but we don't use it

---

**"Trevor Stone"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 5:00:48 PM +00:00
ID:8001846534

They do not have a copy of our signing key, just the public key to validate it was us

---

**"Andrew Grant"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 5:06:39 PM +00:00
ID:8001846521

:ok_hand::skin-tone-2:

---

**"Trevor Stone"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 5:18:16 PM +00:00
ID:8001846548

ok I was slightly wrong

---

**"Trevor Stone"** <▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 5:22:09 PM +00:00
ID:8001846518

Google has a copy of our private key due to us needing to use AABs to distribute Fortnite (so they can generate child apks)

---

**"Trevor Stone"** ▓▓▓▓▓@epicgames.com"@Slack>   7/29/2020 5:22:18 PM +00:00
ID:8001846503

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   EPIC_GOOGLE_03774489

**EXHIBIT 10010-001**

but we created and provided the key

---

**"Andrew Grant"** <@epicgames.com"@Slack>  7/29/2020 5:29:28 PM +00:00
ID:8001846477

kk. That shouldn't change things I think

---

**"Trevor Stone"** <@epicgames.com"@Slack>  7/29/2020 5:31:01 PM +00:00
ID:8001846506

I agree

---

**"Trevor Stone"** <@epicgames.com"@Slack>  7/29/2020 9:13:56 PM +00:00
ID:8001846546

When was/is the Tim meeting for the blessing?

---

**"Andrew Grant"** <@epicgames.com"@Slack>  7/29/2020 9:16:01 PM +00:00
ID:8001846575

Today. Need to follow up with legal just to check there are no concerns but he was :+1::skin-tone-2: on making it graceful by signing with the very we use for GP

---

**"Andrew Grant"** <@epicgames.com"@Slack>  7/29/2020 9:16:15 PM +00:00
ID:8001846483

Now we just need to do it!

---

**"Trevor Stone"** <@epicgames.com"@Slack>  7/29/2020 9:16:45 PM +00:00
ID:8001846514

speaking with Gena right now

---

**"Andrew Grant"** <@epicgames.com"@Slack>  7/29/2020 9:17:38 PM +00:00
ID:8001846459

I presume there's nothing we need to rush into the 13.40 client that goes out next week?

---

**"Trevor Stone"** <@epicgames.com"@Slack>  7/29/2020 9:19:38 PM +00:00
ID:8001846460

Chris Babcock has done the minor change that needed to go in

---

**"Trevor Stone"** <@epicgames.com"@Slack>  7/29/2020 9:31:36 PM +00:00
ID:8001846471

looks like we're good

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_03774490

**EXHIBIT 10010-002**