Message

| | |
|---|---|
| **From:** | Ed Zobrist [ ████████ @epicgames.com] |
| **Sent:** | 4/11/2020 11:58:27 AM |
| **To:** | Lawrence Koh [ ████████ n@google.com] |
| **Subject:** | Re: Follow up to our Google Meet chat |

**EXHIBIT 10018**

Hey Lawrence,

Yep, Tim said he's replied to Don. Lmk if there's anything else we need to get unblocked. The April 23 concert is going to be huge and we're all going to benefit if we are live on Google Play in advance of it.
Thanks,
Ed

On Fri, Apr 10, 2020 at 5:56 PM Lawrence Koh █████████ @google.com> wrote:
Hi Ed,

Just wanted to give a quick update. I'm still working through my channels to find a way to help your team test out the billing integration. Will get back to you with an update as soon as I hear back.

Also, I just heard that someone from our leadership team (possibly Don Harrison?) will be reaching out to Tim to chat about launching on Play.

Lawrence

On Thu, Apr 9, 2020 at 7:36 PM Purnima Kochikar <k████████ :@google.com> wrote:
Ed - thanks for the quick follow up. Please give us until tomorrow to get back to you.

P

On Thu, Apr 9, 2020 at 1:51 PM Ed Zobrist < ████████ @epicgames.com> wrote:
Hi Purnima and Lawrence,

Thanks for the meeting. We are looking forward to getting this submission squared away and moving forward on the Google Play store. We appreciate your flexibility around the normal submission process-- reviewing the updated build before we send in our formal submission will help us address any compliance issues without the risk of another strike.

On our call, Purnima requested that we send an email identifying 1) the changes to the new build made to address the violations Google listed in the rejection/suspension notice for the prior Fortnite submissions and 2) any technical reasons why Epic is unable to test a new build for compliance in advance of submission and/or attach a current APK. Here you go:

1) As we discussed, Epic will submit an updated build that fully complies with Google's policies and restrictions. To that end, the new build will differ from past rejected build in these ways:

Old Build Issue: Violation of Google's Payments policy due to providing a payment method other than Google Play Billing for purchases. New Build Fix: Google Payment platform integrated and all other payment platforms removed.

Old Build Issue: Violation of the Developer Distribution Agreement due to linking out to our website that

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

could be used to go to the sideloading flow text on our website. New Build Fix: We are removing the sideloading flow text from our website to accommodate this request.

Old Build Issue: Build included the Epic Games App launcher. New Build Fix: The app will strictly be Fortnite and not include the Epic Games App launcher.


2) The new build, and technical issues due to the block:

I discussed it with our engineers. We have no issue providing an AAB (App Bundle) before we submit for publishing, but in order to make sure the build we provide fully complies with Google's policies we need to add Google's billing platform into the app. And to add the billing platform, we need our application suspension removed so that we can add purchase items and test on the internal test track. I'm not sure there is value in sending anything now since it is not compliant, and we'd rather provide a compliant build to you.

Please let us know if you can accommodate this request to remove our application suspension so that we can create a compliant AAB and email it to you.


Thanks,
Ed


--
Head of Publishing
Epic Games
███████████ cell
██ ██████████████████████

--
Purnima Kochikar
Google Play, Apps & Games
████████@google.com
████████████

--
Lawrence Koh
Google Play Games
█████████h@google.com
cell: ██████████

--
Head of Publishing
Epic Games
███████████ cell
██ ██████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 10018-002**