**Message**

| | |
|---|---|
| **From**: | Dan Song [▮▮▮@google.com] |
| **Sent**: | 4/21/2020 11:05:00 PM |
| **To**: | Lawrence Koh [▮▮▮▮▮▮▮n@google.com] |
| **CC**: | Hans Stolfus [▮▮▮▮▮▮▮@epicgames.com]; Edward Zobrist [▮▮▮▮▮@epicgames.com]; Jocelyn Lefrancois [▮▮▮▮▮▮▮▮@epicgames.com] |
| **Subject**: | Re: Thank you |

Huge props to your and the whole Epic team's excellence and efforts here -- launching a new platform is monumental, and infinitely more so given the record-breakingly short timespan we were all given to work with here. High anticipation for the event and player experience, and if you open your eyes after the nap and you see us on a GVC, don't worry--not a nightmare, us gearing up to team up on the next version with you guys :)

---

Dan Song |   Partnerships, Google Play Games |   ▮▮▮l@google.com |   ▮▮▮▮▮▮

On Tue, Apr 21, 2020 at 12:13 PM Lawrence Koh <l▮▮▮▮▮▮n@google.com> wrote:
> Thank you Hans.  Great job by you and your teams as well!  Congrats on launching on Play and will look forward to the concert later this week.
>
> Lawrence

On Tue, Apr 21, 2020 at 11:59 AM Hans Stolfus <▮▮▮▮▮▮s@epicgames.com> wrote:
> Hey Lawrence / Dan,
>
> Sorry I had to drop from our call. Thanks again for all the time and energy spent on getting Fortnite live on the Google Play store. Wouldn't have happened without 24 hour support, so we recognize and appreciate it.
>
> Know we're still working on a long term anti-cheat solution, but super excited for the players who will get to experience Fortnite on Google Play this weekend for such a cool, collective in-game moment.
>
> About to close my eyes for potentially good, so if I don't wake up it's been a pleasure.
>
> Great work by you and your teams.
>
> Hans

--
Lawrence Koh
Google Play Games
▮▮▮▮▮▮▮▮@google.com
cell: ▮▮▮▮▮▮▮

**EXHIBIT 10020**

CONFIDENTIAL

GOOG-PLAY-000229152

EXHIBIT 10020-001