Thread Id:2975630149

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:55:13 PM +00:00
ID:7536220974

hey should we be doing more gameplanning around haseebs transition? does he have any responsibilities we don't know about that we need to plan on taking up?

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:56:02 PM +00:00
ID:7536221185

also i caught up with mattw on fri, said we're going to need an associate or someone to help free up our bandwidth in areas - particularly helping for live ops SH stuff, spyjinx and battle breakers so we can do more FN & mobile strategy

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:56:13 PM +00:00
ID:7536221226

i think we're going to die if we don't get help

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:56:29 PM +00:00
ID:7536220564

and i also think we may not need a new boss but someone more tactical instead

**"Hans Stolfus"** <▇▇▇▇▇@Slack>   4/28/2020 1:56:35 PM +00:00
ID:7536220905

Good questions.

**"Hans Stolfus"** <▇▇▇▇▇@Slack>   4/28/2020 1:56:49 PM +00:00
ID:7536221011

I had a 1:1 with him on Friday as well and was super honest

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:56:50 PM +00:00
ID:7536220563

i asked haseeb if he had any responsibilities we aren't aware of yet

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:56:52 PM +00:00
ID:7536221287

nice

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:57:12 PM +00:00
ID:7536220551

any good deets?

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:57:17 PM +00:00
ID:7536221001

i just reassured him that we got this

**"Alec Shobin"** <▇▇▇▇▇@Slack>   4/28/2020 1:57:24 PM +00:00
ID:7536220771

but that we were pretty strapped

**"Hans Stolfus"** <▇▇▇▇▇@Slack>   4/28/2020 2:07:41 PM +00:00
ID:7536220778

We actually got into what we're really doing here. On Android specifically.

**"Hans Stolfus"** <░░░░░░░@Slack>  4/28/2020 2:07:50 PM +00:00
ID:7536221108

It was a super serious call I won't lie

**"Hans Stolfus"** <░░░░░░░@Slack>  4/28/2020 2:08:06 PM +00:00
ID:7536221348

Very little ra ra if you know what I mean

**"Alec Shobin"** <░░░░░░░@Slack>  4/28/2020 2:08:15 PM +00:00
ID:7536220497

i mean

**"Alec Shobin"** <░░░░░░░@Slack>  4/28/2020 2:08:15 PM +00:00
ID:7536220595

yeah that makes sense

**"Alec Shobin"** <░░░░░░░@Slack>  4/28/2020 2:08:18 PM +00:00
ID:7536220956

what are we actually doing?

**"Alec Shobin"** <░░░░░░░@Slack>  4/28/2020 2:08:22 PM +00:00
ID:7536221236

what are we even doing with iOS?

**"Alec Shobin"** <░░░░░░░@Slack>  4/28/2020 2:08:35 PM +00:00
ID:7536221199

this payment this is a $1B bet if it gets us delisted on app store

**"Alec Shobin"** <░░░░░░░@Slack>  4/28/2020 2:08:41 PM +00:00
ID:7536220907

its crazy

**"Hans Stolfus"** <░░░░░░░@Slack>  4/28/2020 2:09:38 PM +00:00
ID:7536220708

I just told him I'm not really comfortable being the Face of this on Android with zero leadership support

**"Hans Stolfus"** <░░░░░░░@Slack>  4/28/2020 2:09:58 PM +00:00
ID:7536220810

I did not speak for you in any way on Apple.

**"Alec Shobin"** <░░░░░░░@Slack>  4/28/2020 2:10:02 PM +00:00
ID:7536220701

leadership doesnt support it?

**"Hans Stolfus"** <░░░░░░░@Slack>  4/28/2020 2:10:11 PM +00:00
ID:7536220348

Which I will never do, I hope you know that

CONFIDENTIAL                                                                                                                    EPIC_GOOGLE_03614128

EXHIBIT 10171-002

**"Hans Stolfus"** <█████@Slack>   4/28/2020 2:10:19 PM +00:00
ID:7536220438

Meaning I'm currently on an island

**"Alec Shobin"** <█████@Slack>   4/28/2020 2:10:26 PM +00:00
ID:7536220900

for OEMs or GP too?

**"Alec Shobin"** <█████@Slack>   4/28/2020 2:10:32 PM +00:00
ID:7536220318

seems that way for OEMs

**"Hans Stolfus"** <█████@Slack>   4/28/2020 2:10:38 PM +00:00
ID:7536220210

No one will join any of these calls or support anything Android

**"Alec Shobin"** <█████@Slack>   4/28/2020 2:10:42 PM +00:00
ID:7536220160

damn

**"Hans Stolfus"** <█████@Slack>   4/28/2020 2:10:44 PM +00:00
ID:7536220329

It's absurd

**"Alec Shobin"** <█████@Slack>   4/28/2020 2:10:53 PM +00:00
ID:7536220285

weird that its a priority according to tim then

**"Hans Stolfus"** <█████@Slack>   4/28/2020 2:10:59 PM +00:00
ID:7536220212

I know

**"Hans Stolfus"** <█████@Slack>   4/28/2020 2:11:07 PM +00:00
ID:7536220115

But it appears to only be him

**"Alec Shobin"** <█████@Slack>   4/28/2020 2:11:16 PM +00:00
ID:7536220180

does seem that way

**"Hans Stolfus"** <█████@Slack>   4/28/2020 2:11:18 PM +00:00
ID:7536220019

No one else is really helping

**"Alec Shobin"** <█████@Slack>   4/28/2020 2:11:40 PM +00:00
ID:7536219918

even this GP stuff seems to highlight how android perf is maybe in a really rough spot

**"Alec Shobin"** <█████@Slack>   4/28/2020 2:11:43 PM +00:00

CONFIDENTIAL

EPIC_GOOGLE_03614129

EXHIBIT 10171-003

**"Hans Stolfus"** <████████@Slack>   4/28/2020 2:12:43 PM +00:00
ID:7536220098
because we have one engineer

**"Hans Stolfus"** <████████@Slack>   4/28/2020 2:12:43 PM +00:00
ID:7536220022
Exactly

**"Hans Stolfus"** <████████@Slack>   4/28/2020 2:13:04 PM +00:00
ID:7536219785
We're all drowning and getting hammered but no one really wants to figure it out or make it better

**"Alec Shobin"** <████████@Slack>   4/28/2020 2:14:56 PM +00:00
ID:7536220113
maybe we need to pitch a better plan

**"Alec Shobin"** <████████@Slack>   4/28/2020 2:15:18 PM +00:00
ID:7536219795
or accept that mobile isn't a growth opportunity and instead just a tool to realize tim's agenda

**"Alec Shobin"** <████████@Slack>   4/28/2020 2:15:32 PM +00:00
ID:7536219758
and we're like the mob enforcers trying to make it happen

**"Hans Stolfus"** <████████@Slack>   4/28/2020 2:15:58 PM +00:00
ID:7536220723
That's what I asked: "are we just pawns in Tim's game?"

**"Hans Stolfus"** <████████@Slack>   4/28/2020 2:16:02 PM +00:00
ID:7536219719
Verbatim

**"Alec Shobin"** <████████@Slack>   4/28/2020 7:36:35 PM +00:00
ID:7536219543
oh man i just saw this

**"Alec Shobin"** <████████@Slack>   4/28/2020 7:36:41 PM +00:00
ID:7536219556
yep... sounds about right

**"Alec Shobin"** <████████@Slack>   4/28/2020 7:37:31 PM +00:00
ID:7536219648
i talked to Nate a bit more about this. He said the single most important thing to Tim is "destroying the platform Tax" that Google and Apple charge. So... yep we are lol.

**"Alec Shobin"** <████████@Slack>   4/28/2020 7:37:45 PM +00:00
ID:7536220991
on the plus side i never got a meeting invite for the payment stuff so maybe i'm not involved. sweet.

**"Hans Stolfus"** <████████@Slack>   4/28/2020 9:08:24 PM +00:00
ID:7536219558

CONFIDENTIAL                                    EPIC_GOOGLE_03614130

EXHIBIT 10171-004

Oh shit. That's right. You weren't on that. You DEF need to be.

---

**"Alec Shobin"** <█████@Slack>   4/28/2020 9:08:38 PM +00:00
ID:7536221022

ha ok

---

**"Alec Shobin"** <█████@Slack>   4/28/2020 9:08:39 PM +00:00
ID:7536219516

can you add me?

---

**"Alec Shobin"** <█████@Slack>   4/28/2020 9:08:41 PM +00:00
ID:7536219505

RIP

---

**"Hans Stolfus"** <█████@Slack>   4/28/2020 9:09:43 PM +00:00
ID:7536220798

Yes, absolutely

CONFIDENTIAL

EPIC_GOOGLE_03614131

**EXHIBIT 10171-005**