| | |
|---|---|
| From: | Hans Stolfus <█████@epicgames.com> |
| Sent: | Thu, 23 Apr 2020 17:43:44 +0000 (UTC) |
| To: | Ed Zobrist <█████@epicgames.com> |
| Subject: | Re: Heads up |

Sweet Jesus.

Okay.

On Apr 23, 2020, at 1:33 PM, Ed Zobrist <█████@epicgames.com> wrote:

For your eyes only.

**Tim Sweeney**

to me, Haseeb, Daniel, Thomas, Chris, Kayla

https://mail.google.com/mail/u/0/images/cleardot.gif

Hi all,

Ed, can you arrange a meeting next week for 90 minutes to discuss mobile payment strategy and options in detail? E.g. timeline required to implement Epic payment processing on Android and iOS side by side with platform payments, new payment options to prioritize (carrier billing, Samsung Pay on Android), whether we can make the Samsung Pay UX nice in this timeframe, and the likely strategy of providing 18% more VBucks for Epic payment purchases versus platform payment purchases, REDACTED FOR PRIVILEGE

Tim

--
Head of Publishing
Epic Games
████████ cell
████████████

**EXHIBIT 10194**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_01967907

EXHIBIT 10194-001