**Epic Games Inc**
**Google Discovery**
**12/31/2021**
**Non- GAAP (unaudited)**

## Epic Games Non-GAAP Consolidated Financials

(\$ in millions)

| | Jan-17A | Feb-17A | Mar-17A | Apr-17A | May-17A | Jun-17A | Jul-17A | Aug-17A |
|---|---|---|---|---|---|---|---|---|
| **Fortnite** | | | | | | | | |
| PS4 | - | - | - | - | - | - | - | $6.7 |
| Xbox One | - | - | - | - | - | 0.2 | 19.1 | 8.0 |
| Switch | - | - | - | - | - | - | - | - |
| PC | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 16.3 | 6.7 |
| iOS | | | | | | | | |
| Android | | | | | | | | |
| Samsung | | | | | | | | |
| WeGame | - | - | - | - | - | - | - | - |
| **Rocket League** | | | | | | | | |
| PS4 | - | - | - | - | - | - | - | - |
| Steam | - | - | - | - | - | - | - | - |
| Switch | - | - | - | - | - | - | - | - |
| XboxOne | - | - | - | - | - | - | - | - |
| EGS | - | - | - | - | - | - | - | - |
| **Other Games** | 0.7 | 3.1 | 8.4 | 0.6 | 3.4 | 3.9 | 0.7 | 0.9 |
| **Game Revenue** | **$0.8** | **$3.1** | **$8.4** | **$0.6** | **$3.4** | **$5.4** | **$36.0** | **$22.3** |
| **Other Income** | **$13.7** | **$8.1** | **$6.3** | **$2.1** | **$10.1** | **$15.2** | **$3.5** | **$20.4** |
| **Total Gross Revenue** | **$14.4** | **$11.2** | **$14.6** | **$2.7** | **$13.5** | **$20.6** | **$39.5** | **$42.7** |
| **Cost of Sales** | **($1.1)** | **($1.4)** | **($1.8)** | **($1.0)** | **($1.3)** | **($2.0)** | **($10.0)** | **($8.6)** |
| **Gross Income** | **$13.3** | **$9.8** | **$12.9** | **$1.7** | **$12.2** | **$18.6** | **$29.5** | **$34.1** |
| *Gross Margin* | *92%* | *88%* | *88%* | *64%* | *90%* | *90%* | *75%* | *80%* |
| **Total Operating Expense** | **($11.6)** | **($14.0)** | **($13.1)** | **($14.1)** | **($13.6)** | **($17.8)** | **($13.4)** | **($14.6)** |
| **EBITDA** | **$1.7** | **($4.2)** | **($0.2)** | **($12.3)** | **($1.4)** | **$0.8** | **$16.2** | **$19.5** |
| *EBITDA Margin* | *11%* | *(38%)* | *(2%)* | *(454%)* | *(10%)* | *4%* | *41%* | *46%* |

EXHIBIT 10692-001

EXHIBIT 10692

EXHIBIT 10692-002

| Sep-17A | Oct-17A | Nov-17A | Dec-17A | Jan-18A | Feb-18A | Mar-18A | Apr-18A | May-18A | Jun-18A | Jul-18A |
|---|---|---|---|---|---|---|---|---|---|---|
| $2.5 | $9.4 | $7.8 | $42.4 | $65.4 | $166.3 | $193.9 | $232.0 | $284.6 | $222.4 | $343.7 |
| 2.6 | 8.4 | 7.8 | 37.6 | 38.1 | 100.5 | 117.1 | 151.6 | 174.3 | 129.3 | 197.5 |
| - | - | - | - | - | - | - | - | - | 9.6 | 21.9 |
| 3.0 | 3.6 | 2.0 | 6.4 | 12.3 | 33.5 | 45.2 | 61.8 | 74.3 | 52.9 | 83.1 |
| | | | | - | - | 9.9 | 23.5 | 29.8 | 27.9 | 45.9 |
| | | | | - | - | - | - | - | - | - |
| - | | - | | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - |
| 0.4 | 0.4 | 0.3 | 0.5 | 12.0 | (2.5) | (1.8) | (0.6) | (0.1) | 0.0 | 0.2 |
| $8.5 | $21.9 | $17.9 | $87.0 | $127.9 | $297.7 | $364.2 | $468.3 | $563.0 | $442.1 | $692.2 |
| $15.1 | $7.8 | $24.8 | $7.2 | $4.9 | $25.9 | $3.6 | $5.4 | $23.4 | $6.0 | $5.7 |
| $23.6 | $29.7 | $42.7 | $94.1 | $132.8 | $323.7 | $367.7 | $473.8 | $586.4 | $448.2 | $697.9 |
| ($8.7) | ($9.6) | ($11.9) | ($34.4) | ($48.2) | ($95.3) | ($120.5) | ($152.1) | ($180.2) | ($151.8) | ($227.1) |
| $14.9 | $20.1 | $30.8 | $59.7 | $84.6 | $228.4 | $247.3 | $321.6 | $406.2 | $296.4 | $470.8 |
| 63% | 68% | 72% | 63% | 64% | 71% | 67% | 68% | 69% | 66% | 67% |
| ($17.5) | ($12.7) | ($15.6) | ($27.1) | ($34.7) | ($74.5) | ($84.6) | ($70.4) | ($95.0) | ($74.0) | ($98.1) |
| ($2.6) | $7.4 | $15.2 | $32.6 | $49.9 | $153.9 | $162.7 | $251.2 | $311.2 | $222.4 | $372.7 |
| (11%) | 25% | 36% | 35% | 38% | 48% | 44% | 53% | 53% | 50% | 53% |

**EXHIBIT 10692-003**

| | Aug-18A | Sep-18A | Oct-18A | Nov-18A | Dec-18A | Jan-19A | Feb-19A | Mar-19A | Apr-19A | May-19A | Jun-19A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $213.1 | $235.6 | $235.9 | $156.3 | $371.3 | $162.7 | $185.2 | $170.0 | $153.4 | $201.5 | $131.5 |
| | 124.3 | 136.5 | 129.8 | 94.3 | 230.4 | 93.9 | 109.7 | 102.1 | 85.9 | 109.6 | 70.5 |
| | 19.2 | 24.9 | 24.3 | 20.9 | 44.1 | 29.1 | 34.4 | 33.7 | 30.5 | 40.4 | 27.6 |
| | 45.3 | 52.2 | 53.3 | 32.0 | 72.6 | 30.9 | 37.1 | 29.6 | 28.2 | 36.9 | 22.1 |
| | 34.0 | 39.0 | 40.2 | 27.0 | 57.7 | 24.7 | 29.2 | 24.1 | 21.4 | 29.2 | 18.4 |
| | - | - | 0.2 | 0.6 | 1.3 | 0.6 | 0.8 | 0.7 | 0.6 | 0.8 | 0.6 |
| | 1.2 | 2.0 | 2.8 | 2.0 | 4.0 | 1.8 | 1.4 | 1.1 | 1.4 | 2.0 | 1.4 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | - | - | - | - | - | - | - | - | - | - | 2.4 |
| | - | - | - | - | - | - | - | - | - | - | 1.7 |
| | - | - | - | - | - | - | - | - | - | - | 0.5 |
| | - | - | - | - | - | - | - | - | - | - | 2.1 |
| | - | - | - | - | - | - | - | - | - | - | - |
| | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 3.2 | 2.5 |
| | $437.3 | $490.3 | $486.6 | $333.2 | $781.5 | $343.7 | $397.8 | $361.4 | $321.4 | $423.7 | $281.1 |
| | $9.4 | $4.2 | $7.7 | $13.3 | $34.0 | $5.0 | $18.1 | $30.3 | $23.8 | $19.9 | $32.2 |
| | $446.7 | $494.5 | $494.3 | $346.5 | $815.4 | $348.8 | $415.9 | $391.7 | $345.2 | $443.6 | $313.3 |
| | ($171.1) | ($169.8) | ($154.1) | ($123.6) | ($270.2) | ($140.1) | ($208.6) | ($180.4) | ($158.3) | ($194.3) | ($144.0) |
| | $275.6 | $324.6 | $340.2 | $222.9 | $545.3 | $208.6 | $207.4 | $211.2 | $186.9 | $249.3 | $169.3 |
| | 62% | 66% | 69% | 64% | 67% | 60% | 50% | 54% | 54% | 56% | 54% |
| | ($77.4) | ($82.5) | ($133.9) | ($66.4) | ($149.9) | ($67.2) | ($79.4) | ($86.6) | ($80.4) | ($89.6) | ($135.1) |
| | $198.2 | $242.1 | $206.3 | $156.5 | $395.4 | $141.4 | $128.0 | $124.7 | $106.5 | $159.7 | $34.2 |
| | 44% | 49% | 42% | 45% | 48% | 41% | 31% | 32% | 31% | 36% | 11% |

EXHIBIT 10692-004

| | Jul-19A | Aug-19A | Sep-19A | Oct-19A | Nov-19A | Dec-19A | Jan-20A | Feb-20A | Mar-20A | Apr-20A | May-20A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $127.5 | $149.3 | $95.9 | $129.2 | $86.7 | $150.0 | $83.8 | $112.8 | $99.2 | $183.6 | $190.3 |
| | 67.0 | 81.4 | 47.6 | 63.3 | 48.2 | 86.8 | 44.2 | 64.7 | 55.4 | 104.3 | 99.6 |
| | 28.5 | 32.6 | 23.3 | 29.3 | 23.5 | 46.2 | 33.5 | 40.1 | 37.0 | 62.2 | 63.6 |
| | 22.3 | 27.1 | 17.8 | 29.8 | 18.9 | 30.7 | 17.4 | 25.6 | 18.4 | 30.4 | 29.0 |
| | 19.9 | 21.3 | 13.3 | 17.4 | 13.2 | 20.6 | 12.1 | 15.5 | 14.7 | 29.7 | 32.5 |
| | 0.6 | 0.8 | 0.5 | 0.6 | 0.5 | 0.2 | 0.1 | 0.4 | 0.4 | 0.9 | 0.9 |
| | 1.5 | 1.8 | 1.5 | 2.6 | 1.9 | 2.4 | 1.4 | 1.7 | 1.2 | 2.1 | 1.9 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| | | | | | | | | | | | |
| | 5.4 | 5.1 | 4.1 | 4.0 | 4.3 | 11.9 | 5.3 | 4.5 | 6.9 | 7.0 | 5.3 |
| | 4.3 | 3.9 | 2.9 | 2.9 | 2.8 | 9.2 | 3.9 | 3.3 | 5.4 | 4.5 | 3.4 |
| | 0.6 | 0.6 | 0.5 | 0.5 | 0.9 | 2.7 | 1.0 | 0.8 | 1.5 | 1.4 | 1.0 |
| | 4.8 | 4.2 | 3.1 | 2.9 | 3.4 | 11.1 | 4.0 | 3.7 | 5.0 | 4.7 | 4.4 |
| | - | - | - | - | - | - | - | - | - | - | - |
| | 2.1 | 1.2 | 0.5 | 0.6 | 0.5 | 2.0 | 0.4 | 0.5 | 0.6 | 0.7 | 0.6 |
| | $284.6 | $329.4 | $211.0 | $283.1 | $204.7 | $373.9 | $207.1 | $273.5 | $245.8 | $431.5 | $432.6 |
| | $13.0 | $23.2 | $97.5 | $45.8 | $33.4 | $75.4 | $18.3 | $22.1 | $36.2 | $27.8 | $50.0 |
| | $297.7 | $352.5 | $308.5 | $328.9 | $238.1 | $449.4 | $225.4 | $295.7 | $282.0 | $459.4 | $482.6 |
| | ($147.6) | ($168.8) | ($230.3) | ($191.8) | ($163.3) | ($245.1) | ($152.0) | ($163.3) | ($168.7) | ($281.8) | ($377.3) |
| | $150.0 | $183.7 | $78.2 | $137.1 | $74.7 | $204.3 | $73.4 | $132.3 | $113.2 | $177.6 | $105.2 |
| | 50% | 52% | 25% | 42% | 31% | 45% | 33% | 45% | 40% | 39% | 22% |
| | ($179.1) | ($118.7) | ($79.1) | ($85.8) | ($70.3) | ($138.0) | ($74.0) | ($96.8) | ($112.9) | ($99.9) | ($80.2) |
| | ($29.1) | $65.0 | ($0.8) | $51.3 | $4.4 | $66.3 | ($0.6) | $35.5 | $0.3 | $77.7 | $25.0 |
| | (10%) | 18% | (0%) | 16% | 2% | 15% | (0%) | 12% | 0% | 17% | 5% |

**EXHIBIT 10692-005**

| | Jun-20A | Jul-20A | Aug-20A | Sep-20A | Oct-20A | Nov-20A | Dec-20A | Jan-21A | Feb-21A | Mar-21A | Apr-21A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $223.0 | $182.8 | $193.7 | $137.9 | $125.7 | $125.2 | $268.4 | $138.4 | $126.7 | $179.2 | $126.3 |
| | 121.6 | 97.0 | 106.1 | 74.9 | 67.2 | 68.3 | 154.1 | 78.2 | 74.4 | 104.8 | 69.5 |
| | 80.6 | 71.2 | 83.7 | 59.0 | 57.7 | 61.4 | 130.0 | 77.9 | 72.2 | 95.7 | 68.9 |
| | 39.1 | 30.7 | 37.2 | 28.9 | 26.4 | 30.8 | 64.3 | 35.9 | 35.0 | 49.4 | 35.4 |
| | 40.6 | 35.4 | 19.7 | 0.3 | 0.2 | 0.2 | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 1.0 | 0.8 | 0.9 | 0.7 | 0.7 | 0.8 | 1.7 | 1.4 | 1.5 | 2.0 | 1.3 |
| | 2.0 | 1.9 | 2.8 | 2.5 | 2.5 | 2.8 | 4.3 | 1.9 | 1.5 | 2.2 | 1.5 |
| | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 | 0.2 | 0.5 | 0.1 | 0.5 | 0.6 | 0.2 |
| | | | | | | | | | | | |
| | 4.1 | 4.7 | 4.1 | 5.7 | 15.3 | 16.3 | 25.1 | 17.7 | 15.6 | 14.0 | 18.2 |
| | 2.9 | 3.4 | 3.1 | 3.7 | 3.6 | 2.9 | 4.5 | 2.5 | 2.4 | 2.1 | 4.3 |
| | 0.8 | 0.8 | 0.7 | 0.7 | 1.6 | 1.4 | 2.7 | 2.1 | 2.0 | 1.9 | 2.6 |
| | 3.6 | 4.3 | 4.1 | 4.8 | 9.8 | 10.0 | 17.1 | 11.7 | 8.9 | 8.3 | 11.4 |
| | - | - | - | 1.5 | 4.9 | 3.6 | 5.3 | 3.4 | 3.1 | 3.1 | 5.1 |
| | 0.7 | 0.6 | 0.4 | 0.4 | 1.5 | 0.0 | 1.3 | 0.5 | 0.4 | 4.8 | 4.7 |
| | **$520.5** | **$433.9** | **$456.8** | **$321.2** | **$317.5** | **$324.1** | **$679.6** | **$371.7** | **$344.3** | **$468.2** | **$349.3** |
| | **$30.4** | **$18.9** | **$28.3** | **$40.9** | **$34.9** | **$54.9** | **$71.8** | **$47.8** | **$33.4** | **$52.8** | **$35.7** |
| | **$550.9** | **$452.8** | **$485.0** | **$362.0** | **$352.4** | **$379.0** | **$751.4** | **$419.5** | **$377.7** | **$521.0** | **$385.0** |
| | ($307.3) | ($242.0) | ($265.1) | ($202.7) | ($209.0) | ($206.8) | ($382.2) | ($224.0) | ($201.0) | ($255.2) | ($197.6) |
| | $243.6 | $210.9 | $219.9 | $159.3 | $143.4 | $172.1 | $369.2 | $195.5 | $176.7 | $265.8 | $187.3 |
| | *44%* | *47%* | *45%* | *44%* | *41%* | *45%* | *49%* | *47%* | *47%* | *51%* | *49%* |
| | ($113.9) | ($108.2) | ($131.3) | ($107.0) | ($124.0) | ($125.8) | ($296.7) | ($118.9) | ($120.0) | ($207.1) | ($146.6) |
| | **$129.6** | **$102.7** | **$88.7** | **$52.3** | **$19.5** | **$46.3** | **$72.4** | **$76.6** | **$56.7** | **$58.7** | **$40.8** |
| | *24%* | *23%* | *18%* | *14%* | *6%* | *12%* | *10%* | *18%* | *15%* | *11%* | *11%* |

EXHIBIT 10692-006

| May-21A | Jun-21A | Jul-21A | Aug-21A | Sep-21A | Oct-21A | Nov-21A | Dec-21A | 2017A | 2018A | 2019A | 2020A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $119.0 | $142.3 | $112.3 | $105.9 | $117.8 | $96.5 | $85.6 | $218.3 | $69 | $2,721 | $1,743 | $1,927 |
| 61.9 | 78.9 | 63.3 | 61.4 | 68.8 | 57.3 | 49.2 | 151.4 | 84 | 1,624 | 966 | 1,058 |
| 65.2 | 73.0 | 59.5 | 55.6 | 61.4 | 49.1 | 7.0 | 108.6 | - | 165 | 379 | 780 |
| 34.8 | 41.7 | 32.0 | 34.3 | 37.8 | 32.2 | 31.1 | 73.3 | 39 | 618 | 331 | 378 |
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | - | 335 | 253 | 201 |
| 1.4 | 1.5 | 1.3 | 1.3 | 1.3 | 1.2 | 1.1 | 2.1 | - | 2 | 7 | 9 |
| 1.6 | 1.8 | 1.5 | 1.6 | 1.6 | 1.4 | 1.4 | 2.1 | - | 12 | 21 | 27 |
| 0.1 | 0.4 | 1.5 | 1.3 | 0.5 | 0.3 | 0.1 | - | - | 0 | 0 | 2 |
|  |  |  |  |  |  |  |  |  |  |  | - |
| 11.7 | 10.3 | 6.6 | 7.0 | 4.0 | 4.8 | 5.4 | 7.8 | - | - | 37 | 104 |
| 3.3 | 2.2 | 1.4 | 2.2 | 1.1 | 1.8 | 1.7 | 1.9 | - | - | 28 | 45 |
| 1.6 | 1.3 | 1.1 | 1.1 | 0.3 | 0.8 | 0.9 | 1.2 | - | - | 6 | 14 |
| 7.1 | 5.4 | 4.3 | 4.5 | 2.0 | 5.2 | 4.2 | 4.5 | - | - | 32 | 76 |
| 3.3 | 3.3 | 1.9 | 2.3 | 1.3 | 2.1 | 3.0 | 2.7 | - | - | - | 15 |
| 4.7 | 5.6 | 3.4 | 4.9 | 6.7 | 3.0 | 1.8 | 3.3 | 23 | 8 | 13 | 8 |
| **$315.6** | **$367.6** | **$290.1** | **$283.4** | **$304.6** | **$255.5** | **$192.5** | **$577.3** | **$215** | **$5,484** | **$3,816** | **$4,644** |
| **$46.8** | **$99.4** | **$33.0** | **$37.9** | **$42.5** | **$59.3** | **$57.4** | **$97.2** | **$134** | **$143** | **$418** | **$435** |
| **$362.4** | **$467.0** | **$323.1** | **$321.4** | **$347.1** | **$314.8** | **$249.9** | **$674.5** | **$349** | **$5,628** | **$4,234** | **$5,078** |
| ($209.4) | ($240.6) | ($169.4) | ($176.6) | ($189.6) | ($194.6) | ($167.6) | ($401.1) | ($92) | ($1,864) | ($2,173) | ($2,958) |
| $153.1 | $226.4 | $153.8 | $144.7 | $157.5 | $120.2 | $82.3 | $273.5 | $258 | $3,764 | $2,061 | $2,120 |
| *42%* | *48%* | *48%* | *45%* | *45%* | *38%* | *33%* | *41%* | *74%* | *67%* | *49%* | *42%* |
| ($139.7) | ($250.1) | ($147.5) | ($173.8) | ($211.9) | ($184.3) | ($183.7) | ($209.2) | ($185) | ($1,041) | ($1,209) | ($1,471) |
| $13.4 | ($23.7) | $6.3 | ($29.0) | ($54.4) | ($64.1) | ($101.4) | $64.3 | $72 | $2,722 | $852 | $650 |
| *4%* | *(5%)* | *2%* | *(9%)* | *(16%)* | *(20%)* | *(41%)* | *10%* | *21%* | *48%* | *20%* | *13%* |

**EXHIBIT 10692-007**

| 2021A |
| --- |
| $1,568 |
| 919 |
| 794 |
| 473 |
| 0 |
| 17 |
| 20 |
| 6 |
| - |
| 123 |
| 27 |
| 17 |
| 78 |
| 35 |
| 44 |
| $4,120 |
| $643 |
| $4,763 |
| ($2,627) |
| $2,137 |
| *45%* |
| ($2,093) |
| $44 |
| *1%* |

**Epic Games Inc**
**Google Discovery**
**12/31/2021**
**Non- GAAP (unaudited)**

**Commissions to 3rd Party Platforms**

| FN | All Modes | Platform Fee % | Jan-17A | Feb-17A | Mar-17A | Apr-17A | May-17A | Jun-17A | Jul-17A |
|---|---|---|---|---|---|---|---|---|
| Microsoft | 30% | - | - | - | - | - | - | 4,727,340 |
| Sony | 30% | - | - | - | - | - | 472,136 | 1,399,692 |
| Nintendo Co., Ltd. | 30% | - | - | - | - | - | - | - |
| Apple Inc. | 30% | - | - | - | - | - | - | - |
| Gearbox Software, LLC | 40% | - | - | - | - | - | - | - |
| Samsung Electronics Co., Ltd | 12% | - | - | - | - | - | - | - |
| Google Inc | 30% | - | - | - | - | - | - | - |
| **Rocket League** | | | | | | | | |
| Microsoft | 30% | - | - | - | - | - | - | - |
| Valve Corporation | 30% | - | - | - | - | - | - | - |
| Sony | 30% | - | - | - | - | - | - | - |
| Nintendo Co., Ltd. | 30% | - | - | - | - | - | - | - |
| Other | 30% | - | - | - | - | - | - | - |
| **Other Games** | | | | | | | | |
| All | 30% | 224,517 | 928,596 | 2,508,834 | 174,615 | 1,018,216 | 1,163,645 | 198,236 |
| **Total Third Party Platform Fees** | | **$224,517** | **$928,596** | **$2,508,834** | **$174,615** | **$1,018,216** | **$1,635,781** | **$6,325,267** |

EXHIBIT 10692-008

**EXHIBIT 10692-009**

| | Aug-17A | Sep-17A | Oct-17A | Nov-17A | Dec-17A | Jan-18A | Feb-18A | Mar-18A | Apr-18A | May-18A | Jun-18A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,980,570 | 580,540 | 1,896,092 | 1,763,294 | 7,741,842 | 10,997,021 | 30,789,240 | 35,651,291 | 44,999,298 | 52,162,355 | 37,527,010 |
| | 1,854,200 | 703,168 | 3,012,186 | 2,616,799 | 15,299,180 | 20,124,913 | 48,424,531 | 57,990,029 | 70,772,654 | 87,825,785 | 68,631,765 |
| | - | - | - | - | - | - | - | - | - | - | 2,884,798 |
| | - | - | - | - | - | - | - | 2,932,487 | 6,997,264 | 9,109,987 | 8,421,764 |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | 270,824 | 128,117 | 130,123 | 99,505 | 159,869 | 3,605,887 | (757,646) | (544,907) | (184,310) | (17,657) | 4,800 |
| | $4,105,594 | $1,411,825 | $5,038,400 | $4,479,597 | $23,200,891 | $34,727,821 | $78,456,125 | $96,028,900 | $122,584,906 | $149,080,470 | $117,470,137 |

**EXHIBIT 10692-010**

| Jul-18A | Aug-18A | Sep-18A | Oct-18A | Nov-18A | Dec-18A | Jan-19A | Feb-19A | Mar-19A | Apr-19A |
|---|---|---|---|---|---|---|---|---|---|
| 58,728,758 | 38,367,086 | 41,810,173 | 38,147,056 | 28,182,025 | 71,575,594 | 28,674,399 | 32,625,201 | 30,856,317 | 26,513,184 |
| 101,347,508 | 64,679,656 | 69,174,115 | 69,756,281 | 44,332,411 | 95,799,358 | 55,756,547 | 56,735,428 | 52,673,915 | 49,067,980 |
| 6,428,175 | 5,905,792 | 7,559,252 | 7,072,733 | 6,031,849 | 13,545,424 | 6,392,976 | 9,567,352 | 9,597,376 | 9,416,752 |
| 13,510,544 | 10,468,515 | 11,876,687 | 11,714,040 | 7,814,218 | 17,236,830 | 7,782,050 | 8,686,031 | 7,259,648 | 6,600,000 |
| - | 177,508 | 295,981 | 411,417 | 297,809 | 639,384 | 233,587 | 220,505 | 155,949 | 198,166 |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| 63,394 | 30,263 | 19,079 | 18,576 | 20,649 | 10,177 | 10,132 | 17,140 | 10,412 | 8,169 |
| $180,078,379 | $119,628,820 | $130,735,286 | $127,120,102 | $86,678,961 | $198,806,767 | $98,849,693 | $107,851,657 | $100,553,617 | $91,804,252 |

| | May-19A | Jun-19A | Jul-19A | Aug-19A | Sep-19A | Oct-19A | Nov-19A | Dec-19A | Jan-20A | Feb-20A | Mar-20A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 33,961,864 | 22,699,817 | 21,055,441 | 25,597,606 | 14,600,553 | 20,333,461 | 13,726,998 | 20,967,312 | 13,816,261 | 18,965,201 | 16,248,176 |
| | 64,564,916 | 40,321,321 | 40,934,420 | 44,666,608 | 28,214,266 | 39,595,746 | 27,338,105 | 49,167,272 | 19,988,506 | 32,840,482 | 29,478,470 |
| | 12,427,792 | 7,967,463 | 8,587,918 | 9,869,569 | 6,618,913 | 9,134,239 | 7,208,878 | 8,364,417 | 17,623,515 | 11,770,842 | 9,258,289 |
| | 9,007,316 | 5,381,890 | 6,229,710 | 6,465,589 | 3,969,422 | 5,288,011 | 1,195,212 | 3,794,070 | 1,189,276 | 2,763,784 | 1,272,858 |
| | 243,290 | 180,994 | 183,133 | 173,873 | 263,349 | 324,968 | 139,185 | 439,740 | 17,591 | 376,147 | 12,532 |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | 1,376,836 | 1,180,890 | 822,259 | 840,563 | 815,957 | 1,959,925 | 1,183,452 | 932,648 | 1,514,835 |
| | - | - | 1,252,713 | 1,090,968 | 755,684 | 813,858 | 666,111 | 1,585,763 | 1,053,382 | 477,719 | 951,298 |
| | - | - | 1,563,519 | 733,701 | 1,078,377 | 1,175,261 | 1,027,190 | 2,040,335 | 1,531,465 | 1,127,280 | 2,060,044 |
| | - | - | 185,551 | 174,375 | 128,539 | 146,194 | 221,556 | 450,594 | 285,994 | 192,148 | 451,614 |
| | - | - | 169,482 | 112,956 | 89,475 | 50,150 | 19,824 | 219,924 | 441,563 | 263,000 | 95,727 |
| | 968,762 | 756,476 | 643,577 | 355,822 | 157,522 | 184,293 | 163,849 | 609,757 | 116,878 | 152,261 | 173,378 |
| | $121,173,939 | $77,307,962 | $82,182,300 | $90,421,958 | $56,698,358 | $77,886,745 | $56,353,117 | $95,757,859 | $61,066,098 | $74,498,952 | $65,911,291 |

EXHIBIT 10692-011

**EXHIBIT 10692-012**

| | Apr-20A | May-20A | Jun-20A | Jul-20A | Aug-20A | Sep-20A | Oct-20A | Nov-20A | Dec-20A | Jan-21A | Feb-21A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 31,169,577 | 29,193,819 | 35,707,138 | 28,401,835 | 31,064,030 | 20,631,229 | 20,795,310 | 20,504,531 | 46,217,885 | 23,468,725 | 22,305,165 |
| | 54,180,434 | 56,795,351 | 67,086,441 | 54,901,867 | 57,881,739 | 41,267,804 | 36,984,146 | 37,571,674 | 80,517,898 | 41,527,662 | 38,007,700 |
| | 16,730,187 | 15,667,640 | 19,905,589 | 17,950,329 | 23,158,908 | 16,544,006 | 14,318,112 | 18,428,443 | 39,011,205 | 23,380,734 | 21,674,607 |
| | 8,947,253 | 9,890,502 | 12,270,722 | 10,711,125 | 5,765,192 | - | - | - | - | - | - |
| | (183,367) | 1,743,356 | 2,903,271 | 2,334,811 | 2,350,494 | 1,741,537 | 1,350,757 | 2,163,393 | 19,435,616 | 3,419,636 | 2,860,866 |
| | 218,147 | 171,910 | 187,127 | 185,144 | 307,855 | 189,336 | 297,818 | 336,940 | 520,570 | 225,615 | 181,643 |
| | 114,337 | 566,895 | 905,009 | 1,042,594 | - | - | - | - | - | - | - |
| | 1,417,518 | 1,182,175 | 1,021,507 | 1,310,908 | 1,135,184 | 1,354,596 | 3,010,194 | 2,999,851 | 5,134,463 | 3,495,150 | 2,662,461 |
| | 778,406 | 605,039 | 556,911 | 688,741 | 569,801 | 753,326 | 697,119 | 860,062 | 1,348,843 | 740,642 | 718,506 |
| | 2,108,961 | 1,476,478 | 1,170,190 | 1,414,344 | 1,127,877 | 1,752,583 | 4,567,441 | 4,884,283 | 7,522,119 | 5,318,785 | 4,692,597 |
| | 433,950 | 277,879 | 218,389 | 234,792 | 207,430 | 212,632 | 505,636 | 430,507 | 818,024 | 627,081 | 604,316 |
| | 156,659 | 70,485 | 91,178 | - | - | - | - | - | - | - | - |
| | 200,398 | 174,843 | 200,081 | 172,154 | 118,949 | 133,219 | 440,958 | 8,623 | 381,168 | 136,438 | 111,132 |
| | $116,272,460 | $117,816,373 | $142,223,553 | $119,348,642 | $123,687,458 | $84,580,269 | $82,967,489 | $88,188,308 | $200,907,791 | $102,340,467 | $93,818,993 |

EXHIBIT 10692-013

| | Mar-21A | Apr-21A | May-21A | Jun-21A | Jul-21A | Aug-21A | Sep-21A | Oct-21A | Nov-21A | Dec-21A | | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 31,442,645 | 20,840,812 | 18,555,196 | 23,683,076 | 18,988,764 | 18,416,819 | 20,634,462 | 17,191,022 | 14,747,332 | 45,425,221 | | 18,689,677 |
| | 53,762,857 | 37,887,748 | 35,705,113 | 42,678,856 | 33,696,674 | 31,781,945 | 35,343,629 | 28,959,143 | 25,690,163 | 65,501,609 | | 25,357,360 |
| | 28,702,126 | 20,661,292 | 19,553,990 | 21,890,688 | 17,843,464 | 16,666,533 | 18,430,427 | 14,721,062 | 2,097,547 | 32,588,404 | | - |
| | - | - | - | - | - | - | - | - | - | - | | - |
| | 5,025,715 | 5,493,087 | 5,011,509 | 5,005,950 | 3,650,226 | 2,450,101 | 5,304,525 | 4,844,155 | 3,177,306 | 13,486,718 | | - |
| | 262,483 | 178,052 | 196,425 | 211,587 | 177,491 | 194,228 | 188,145 | 170,912 | 167,415 | 250,933 | | - |
| | - | - | - | - | - | - | - | - | - | - | | - |
| | 2,492,696 | 3,424,298 | 2,118,711 | 1,625,771 | 1,293,734 | 1,362,820 | 592,979 | 1,573,061 | 1,274,209 | 1,363,021 | | - |
| | 621,644 | 1,282,318 | 982,776 | 653,048 | 434,354 | 649,114 | 331,823 | 528,449 | 510,793 | 566,768 | | - |
| | 4,202,754 | 5,461,300 | 3,498,999 | 3,080,679 | 1,968,438 | 2,096,500 | 1,197,233 | 1,445,256 | 1,616,868 | 2,354,622 | | - |
| | 565,941 | 791,412 | 478,304 | 384,588 | 333,253 | 341,352 | 104,990 | 228,398 | 258,957 | 356,552 | | - |
| | - | - | - | - | - | - | - | - | - | - | | - |
| | 1,452,433 | 1,402,055 | 1,410,174 | 1,677,203 | 1,009,977 | 1,474,425 | 2,008,394 | 892,690 | 540,323 | 999,160 | | 7,005,096 |
| | $128,531,295 | $97,422,374 | $87,511,195 | $100,891,447 | $79,396,376 | $75,433,838 | $84,136,605 | $70,554,148 | $50,080,913 | $162,893,007 | | $51,052,133 |

**EXHIBIT 10692-014**

| 2018 | 2019 | 2020 | 2021 | |
|---|---|---|---|---|
| 488,936,905 | 291,612,153 | 312,714,993 | 275,699,239 | |
| 798,859,007 | 549,036,525 | 569,494,812 | 470,543,098 | |
| 49,428,023 | 105,153,646 | 220,367,065 | 238,210,874 | |
| 100,082,336 | 76,658,667 | 60,434,518 | - | |
| - | 4,989,282 | 39,065,785 | 59,729,794 | |
| 1,822,098 | 2,756,740 | 2,821,117 | 2,404,930 | |
| - | - | 2,628,835 | | |
| - | 6,996,430 | 22,197,330 | 23,278,912 | |
| - | 6,165,097 | 9,340,647 | 8,020,235 | |
| - | 7,618,383 | 30,743,064 | 36,934,031 | |
| - | 1,306,808 | 4,268,996 | 5,075,143 | |
| - | 661,811 | 1,118,613 | | |
| | | | | *increase in 2021 driven by acquisition of mediatonic / fall guys* |
| 2,268,304 | 3,885,911 | 2,272,909 | 13,114,404 | |
| **$1,441,396,674** | **$1,056,841,454** | **$1,277,468,684** | **$1,133,010,659** | |

**Epic Games Inc**
**Non- GAAP (unaudited)**

| Gearbox - Gift Cards, Gross Consumer Spend revenue | Jan-17A | Feb-17A | Mar-17A | Apr-17A | May-17A | Jun-17A | Jul-17A | Aug-17A |
|---|---|---|---|---|---|---|---|---|
| **Gross Consumer Spend - USD** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross Consumer Spend - CAD** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross Consumer Spend - EUR** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross Consumer Spend - GBP** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

* Note Gross Consumer Spend is the amount paid by customers at retail.  Epic's share is reduced by manufacturing and distribution costs as well as (

EXHIBIT 10692-015

| | Sep-17A | Oct-17A | Nov-17A | Dec-17A | Jan-18A | Feb-18A | Mar-18A | Apr-18A | May-18A | Jun-18A | Jul-18A | Aug-18A | Sep-18A | Oct-18A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Gearbox's platform fee, which combined is approximately 40%

EXHIBIT 10692-016

| Nov-18A | Dec-18A | Jan-19A | Feb-19A | Mar-19A | Apr-19A | May-19A | Jun-19A | Jul-19A | Aug-19A | Sep-19A | Oct-19A | Nov-19A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $ 5,859,240 |
| $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |

EXHIBIT 10692-017

| Dec-19A | Jan-20A | Feb-20A | Mar-20A | Apr-20A | May-20A | Jun-20A | Jul-20A | Aug-20A | Sep-20A |
|---|---|---|---|---|---|---|---|---|---|
| $ 19,614,585 | $ 4,780,790 | $ 6,229,225 | $ 4,519,895 | $ 7,858,115 | $ 8,803,985 | $ 12,142,965 | $ 11,812,490 | $ 11,084,825 | $ 8,632,759 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ 374,988 | $ 797,338 | $ 962,223 | $ 704,023 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

EXHIBIT 10692-018

| Oct-20A | Nov-20A | Dec-20A | Jan-21A | Feb-21A | Mar-21A | Apr-21A | May-21A | Jun-21A |
|---|---|---|---|---|---|---|---|---|
| $ 8,147,253 | $ 11,026,318 | $ 47,707,035 | $ 12,119,372 | $ 6,856,533 | $ 16,631,381 | $ 14,768,680 | $ 11,926,968 | $ 14,589,661 |
| $ 703,082 | $ 975,809 | $ 2,652,279 | $ 536,763 | $ 667,009 | $ 864,582 | $ 1,295,050 | $ 991,434 | $ 1,198,735 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**EXHIBIT 10692-019**

| Jul-21A | Aug-21A | Sep-21A | Oct-21A | Nov-21A | Dec-21A | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|
| $ 13,275,351 | $ 12,215,244 | $ 12,076,874 | $ 11,698,228 | $ 14,277,929 | $ 58,927,333 | $    - | $    - | $ 25,473,825 |
| $ 1,090,573 | $ 1,044,439 | $ 1,052,248 | $ 1,034,700 | $ 1,228,773 | $ 4,346,680 | $    - | $    - | $    - |
| $ 961,314 | $ 551,789 | $ 611,790 | $ 774,919 | $ 1,149,484 | $ 3,692,870 | $    - | $    - | $    - |
| $ 428,969 | $ 142,831 | $ 128,939 | $ 206,901 | $ 518,558 | $ 2,453,807 | $    - | $    - | $    - |

EXHIBIT 10692-020

| 2020 | 2021 |
|---|---|
| $ 142,745,656 | $ 199,363,554 |
| $ 7,169,742 | $ 15,350,986 |
| $ - | $ 7,742,167 |
| $ - | $ 3,880,005 |

EXHIBIT 10692-021

**Epic Games Inc**
**Apple Discovery**
**12/31/2021**
**Non- GAAP (unaudited)**

| iOS Only | Jan-17A | Feb-17A | Mar-17A | Apr-17A | May-17A | Jun-17A | Jul-17A | Aug-17A | Sep-17A | Oct-17A | Nov-17A | Dec-17A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue** | | | | | | | | | | | | |
| Apple | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Epic Direct | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Platform Royalties** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

EXHIBIT 10692-022

| | Jan-18A | Feb-18A | Mar-18A | Apr-18A | May-18A | Jun-18A | Jul-18A | Aug-18A | Sep-18A |
|---|---|---|---|---|---|---|---|---|---|
| | $ - | $ - | $ 9,774,957 | $ 23,324,214 | $ 30,366,623 | $ 28,072,547 | $ 45,035,145 | $ 34,895,051 | $ 39,588,956 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ (2,932,487) | $ (6,997,264) | $ (9,109,987) | $ (8,421,764) | $ (13,510,544) | $ (10,468,515) | $ (11,876,687) |
| | $ - | $ - | $ 6,842,470 | $ 16,326,950 | $ 21,256,636 | $ 19,650,783 | $ 31,524,602 | $ 24,426,536 | $ 27,712,269 |

EXHIBIT 10692-023

| | Oct-18A | Nov-18A | Dec-18A | Jan-19A | Feb-19A | Mar-19A | Apr-19A | May-19A | Jun-19A |
|---|---|---|---|---|---|---|---|---|---|
| $ | 39,046,800 | $ 26,047,394 | $ 57,456,101 | $ 24,771,055 | $ 28,953,365 | $ 29,894,618 | $ 20,348,943 | $ 27,460,997 | $ 21,056,836 |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | (11,714,040) | $ (7,814,218) | $ (17,236,830) | $ (7,782,050) | $ (8,686,031) | $ (7,259,648) | $ (6,600,000) | $ (9,007,316) | $ (5,381,890) |
| $ | 27,332,760 | $ 18,233,176 | $ 40,219,271 | $ 16,989,005 | $ 20,267,334 | $ 22,634,970 | $ 13,748,943 | $ 18,453,681 | $ 15,674,946 |

EXHIBIT 10692-024

| | Jul-19A | Aug-19A | Sep-19A | Oct-19A | Nov-19A | Dec-19A | Jan-20A | Feb-20A | Mar-20A |
|---|---|---|---|---|---|---|---|---|---|
| | $ 17,218,728 | $ 21,551,965 | $ 17,803,416 | $ 12,835,288 | $ 12,767,503 | $ 31,004,835 | $ 12,638,429 | $ 15,458,128 | $ 14,152,696 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ (6,229,710) | $ (6,465,589) | $ (3,969,422) | $ (5,288,011) | $ (3,830,251) | $ (6,158,749) | $ (3,818,215) | $ (4,637,439) | $ (4,394,070) |
| | $ 10,989,018 | $ 15,086,375 | $ 13,833,994 | $ 7,547,277 | $ 8,937,252 | $ 24,846,086 | $ 8,820,214 | $ 10,820,689 | $ 9,758,626 |

EXHIBIT 10692-025

| | Apr-20A | May-20A | Jun-20A | Jul-20A | Aug-20A | Sep-20A | Oct-20A | Nov-20A | Dec-20A |
|---|---|---|---|---|---|---|---|---|---|
| $ | 30,100,973 | $ 32,968,339 | $ 43,831,976 | $ 36,167,976 | $ 19,217,305 | $ - | $ - | $ - | $ - |
| $ | - | $ - | $ - | $ - | $ 7,085,605 | $ 2,776,193 | $ 2,305,921 | $ 1,232,697 | $ 1,165,790 |
| $ | (8,947,253) | $ (9,890,502) | $ (12,270,722) | $ (12,267,144) | $ (5,765,192) | $ - | $ - | $ - | $ - |
| $ | 21,153,720 | $ 23,077,837 | $ 31,561,254 | $ 23,900,832 | $ 20,537,718 | $ 2,776,193 | $ 2,305,921 | $ 1,232,697 | $ 1,165,790 |

EXHIBIT 10692-026

| | Jan-21A | Feb-21A | Mar-21A | Apr-21A | May-21A | Jun-21A | Jul-21A | Aug-21A | Sep-21A |
|---|---|---|---|---|---|---|---|---|---|
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | 598,050 | $ 445,076 | $ 448,798 | $ 334,863 | $ 248,276 | $ 196,770 | $ 154,031 | $ 111,889 | $ 38,903 |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | 598,050 | $ 445,076 | $ 448,798 | $ 334,863 | $ 248,276 | $ 196,770 | $ 154,031 | $ 111,889 | $ 38,903 |

EXHIBIT 10692-027

| | Oct-21A | | Nov-21A | | Dec-21A | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | - | $ | - | $ | - | $ | - | $ | 333,607,788 | $ | 265,667,548 | $ | 204,535,822 | $ | - |
| $ | 3,197 | $ | 2,444 | $ | 19,180 | $ | - | $ | - | $ | - | $ | 14,566,206 | $ | 2,601,476 |
| $ | - | $ | - | $ | - | $ | - | $ | (100,082,336) | $ | (76,658,667) | $ | (61,990,537) | $ | - |
| $ | 3,197 | $ | 2,444 | $ | 19,180 | $ | - | $ | 233,525,452 | $ | 189,008,881 | $ | 157,111,491 | $ | 2,601,476 |

EXHIBIT 10692-028

**Epic Games Inc**
**Apple Discovery**
**12/31/2021**
**Non- GAAP (unaudited)**

| Android Only | Jan-17A | Feb-17A | Mar-17A | Apr-17A | May-17A | Jun-17A | Jul-17A | Aug-17A |
|---|---|---|---|---|---|---|---|---|
| **Gross Revenue** | | | | | | | | |
| Samsung | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Google | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Epic Direct | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Platform Royalties** | | | | | | | | |
| Samsung | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Google | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

EXHIBIT 10692-029

| | Sep-17A | | Oct-17A | | Nov-17A | | Dec-17A | | Jan-18A | | Feb-18A | | Mar-18A | | Apr-18A | | May-18A | | Jun-18A | | Jul-18A | | Aug-18A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 998,701 |
| $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 270,642 |
| $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | (177,508) |
| $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 1,091,835 |

EXHIBIT 10692-030

| | Sep-18A | Oct-18A | Nov-18A | Dec-18A | Jan-19A | Feb-19A | Mar-19A | Apr-19A | May-19A | Jun-19A |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ - | $ 1,251,084 | $ 2,637,881 | $ 1,570,474 | $ 1,557,994 | $ 1,456,612 | $ 1,028,565 | $ 1,312,561 | $ 1,612,775 | $ 1,237,647 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 492,739 | $ 745,009 | $ 637,926 | $ 1,316,840 | $ 613,026 | $ 825,358 | $ 735,203 | $ 681,546 | $ 1,021,428 | $ 657,153 |
| | $ (295,981) | $ (411,417) | $ (297,809) | $ (639,384) | $ (233,587) | $ (220,505) | $ (155,949) | $ (198,166) | $ (243,290) | $ (180,994) |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 196,758 | $ 1,584,676 | $ 2,977,999 | $ 2,247,930 | $ 1,937,433 | $ 2,061,465 | $ 1,607,819 | $ 1,795,941 | $ 2,390,913 | $ 1,713,806 |

EXHIBIT 10692-031

| | Jul-19A | Aug-19A | Sep-19A | Oct-19A | Nov-19A | Dec-19A | Jan-20A | Feb-20A | Mar-20A | Apr-20A |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ 1,179,443 | $ 1,147,622 | $ 1,735,459 | $ 2,166,473 | $   927,884 | $ 5,565,349 | $   117,270 | $ 2,483,211 | $   419,458 | $ 1,826,168 |
| | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $   381,123 |
| | $   790,563 | $   898,354 | $   612,957 | $   767,237 | $   577,153 | $   268,520 | $   84,686 | $   424,770 | $   541,239 | $ 1,043,351 |
| | $  (183,133) | $  (173,873) | $  (263,349) | $  (324,968) | $  (139,185) | $  (439,740) | $   (17,591) | $  (376,147) | $   (12,532) | $  (218,147) |
| | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $  (114,337) |
| | $ 1,786,872 | $ 1,872,103 | $ 2,085,068 | $ 2,608,742 | $ 1,365,851 | $ 5,394,129 | $   184,365 | $ 2,531,834 | $   948,165 | $ 2,918,157 |

EXHIBIT 10692-032

| May-20A | Jun-20A | Jul-20A | Aug-20A | Sep-20A | Oct-20A | Nov-20A | Dec-20A | Jan-21A | Feb-21A |
|---|---|---|---|---|---|---|---|---|---|
| $ 1,417,537 | $ 1,552,830 | $ 1,525,433 | $ 2,549,742 | $ 1,450,539 | $ 2,455,793 | $ 2,319,493 | $ 3,077,942 | $ 2,388,953 | $ 1,675,436 |
| $ 1,904,210 | $ 3,016,697 | $ 3,475,312 | $ 970,975 | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,027,680 | $ 1,157,585 | $ 921,538 | $ 998,808 | $ 771,804 | $ 783,268 | $ 851,942 | $ 1,682,859 | $ 1,271,112 | $ 1,215,114 |
| $ (171,910) | $ (187,127) | $ (185,144) | $ (307,855) | $ (189,336) | $ (297,818) | $ (278,339) | $ (369,353) | $ (286,630) | $ (203,972) |
| $ (566,895) | $ (905,009) | $ (1,042,594) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 3,610,621 | $ 4,634,976 | $ 4,694,545 | $ 4,211,670 | $ 2,033,007 | $ 2,941,243 | $ 2,893,096 | $ 4,391,449 | $ 3,373,435 | $ 2,686,579 |

EXHIBIT 10692-033

| | Mar-21A | Apr-21A | May-21A | Jun-21A | Jul-21A | Aug-21A | Sep-21A | Oct-21A | Nov-21A |
|---|---|---|---|---|---|---|---|---|---|
| $ | 1,794,663 | 1,384,338 | 1,222,182 | 1,487,677 | 1,291,547 | 1,235,445 | 1,264,792 | 1,026,497 | 1,104,396 |
| $ | - | - | - | - | - | - | - | - | - |
| $ | 1,752,582 | 1,338,462 | 1,381,314 | 1,535,362 | 1,294,400 | 1,373,744 | 1,284,993 | 1,223,779 | 1,234,484 |
| $ | (215,459) | (166,188) | (146,701) | (178,555) | (155,045) | (148,294) | (151,773) | (123,210) | (132,517) |
| $ | - | - | - | - | - | - | - | - | - |
| $ | 3,331,786 | 2,556,612 | 2,456,795 | 2,844,484 | 2,430,901 | 2,460,895 | 2,398,012 | 2,127,066 | 2,206,363 |

EXHIBIT 10692-034

| Dec-21A | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| $ 1,114,143 | $          - | $  6,458,141 | $ 20,928,385 | $ 21,195,417 | $ 16,990,069 |
| $          - | $          - | $          - | $          - | $  9,748,316 | $          - |
| $ 2,210,035 |  | $  3,463,156 | $  8,448,498 | $ 10,289,531 | $ 17,115,382 |
| $   (133,697) | $ (1,182,714) | $ (2,956,384) | $ (2,105,529) | $ (2,611,299) | $ (2,042,041) |
| $          - | $          - | $          - | $          - | $ (2,628,835) | $          - |
| $ 3,190,481 | $  5,851,268 | $ 23,473,944 | $ 31,161,472 | $ 35,993,130 | $ 32,063,409 |

EXHIBIT 10692-035