| | |
|---|---|
| **Date:** | Tuesday, June 19 2018 12:47 PM |
| **Subject:** | RE: Sorry... |
| **From:** | Adrian Ong <▊▊▊▊▊@match.com> |
| **To:** | Purnima Kochikar <▊▊▊▊@google.com>; Brandon Barras ▊▊▊▊@google.com>; |
| **CC:** | Alyssa Ablao ▊▊▊▊@google.com>; Ian Purves <▊▊▊▊@match.com>; |

Hi Purnima

    1.    We tested POF (all markets) and Meetic (Germany only). I know POF we've been running a test over many months but Meetic I'm still awaiting all the specifics.
    2.    On POF, the user sees the same subscription options (we did a 1/3/6 product mix to setup an even test since I've heard that apparently Google will now not be supporting the 2/4/8 month mix which we find optimizes conversion for POF). I believe on Meetic Germany, we're not supporting certain installment payments + the direct debit solution we use in Germany but more to follow once I have all the specifics. We're seeing more users shift into 1M packages which results in lower LTV and this is further compounded by the fact that retention is significantly worse.
    3.    On that note, retention I think is the real issue since the customer is having the same experience regardless of payment method. My hypothesis here is that GPB makes it much easier to cancel a subscription – which is positive from a customer experience perspective but clearly will have negative LTV impact across most, if not all of our brands if this holds true across the board. Voluntary churn due to switching off renewal is significantly higher and renewal rates on credit card or IOS are anywhere from 100 to over 200% higher depending on the platform and product length. I've noted that on IOS there are more steps to turn off renewal including signing in with your password in order to manage anything payments related.
    4.    Lastly, we then compute a 30% rev share on top of these numbers and we're looking at a world of pain

Thanks
-AO

**From:** Purnima Kochikar ▊▊▊▊▊▊@google.com]
**Sent:** Tuesday, June 19, 2018 11:01 AM
**To:** Adrian Ong <▊▊▊▊@match.com>; Brandon Barras ▊▊▊▊@google.com>
**Cc:** Alyssa Ablao <▊▊▊▊@google.com>
**Subject:** Re: Sorry...

Hi Adrian,

So sorry I missed what would have been an important discussion.

Would you please share a few more details (adding Brandon who may already have these details)...

- Which apps did you test and in which markets over what period?
- Do you have hypothesis on why the shift is happening to smaller intervals? Does the user see the same subscriptions options on your own billing solution and on GPB?
- You had previously talked about not enough signals to proactively anticipate and address churn. Is this still the predominant reason for more churn on GPB? What signals would help you reduce the churn?

Thank you for your continued partnership. We will make the platform better together.

P


On Tue, Jun 19, 2018 at 11:56 AM Adrian Ong <▊▊▊▊@match.com> wrote:



Confidential

MATCHGOOGLE00087739

EXHIBIT 10928-001

Thank you - I also have an update on some GBP tests we have run ... unfortunately not very positive (negative revenue impact due to package mix shift to shorter term packages and significantly lower retention rates on renewal).

On Jun 19, 2018, at 10:43 AM, Purnima Kochikar <█████r@google.com<mailto:█████@google.com>> wrote:

Hi Adrian,

I am in NYC for work and had an unexpected conflict.  Sorry I could not make your call.  I thought I emailed you through the calendar, but realized that you are not on the invite, only Alyssa was.  My apologies.

A quick update - we discussed your feedback at length and we are taking the time to figure out how best to address.  Nothing new to report at this time.  We will keep you posted.

Alyssa, please reschedule. Thanks.

P

--
Purnima Kochikar
Google Play, Apps & Games
█████@google.com<mailto:█████@google.com>
█████


--
Purnima Kochikar
Google Play, Apps & Games
█████@google.com
+█████

Confidential                                                                                                                                    MATCHGOOGLE00087740

**EXHIBIT 10928-002**