# Developer Concerns

 Don't want to give up **customized billing platforms**

1

# Developer Concerns

 Don't want to give up **customized billing platforms**

 Google fees are **too high**

2

# Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

3

# Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

⚠️ **Prohibition** on telling users they can purchase for less elsewhere

4

# Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

⚠️ **Prohibition** on telling users they can purchase for less elsewhere

⚠️ **Google apps** themselves do not follow our policy

5

# Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

⚠️ **Prohibition** on telling users they can purchase for less elsewhere

⚠️ **Google apps** themselves do not follow our policy

⚠️ Worried about **providing data to Google**

6

# Reasons People Don't Switch

 **COST**

# Reasons People Don't Switch

❌ **COST**

❌ **Time: people keep their phones 2.8 years on average**

8

# Reasons People Don't Switch

❌ **COST**

❌ Time: people keep their phones 2.8 years on average

❌ Switching phones = switching ecosystems

❌ It feels a lot like learning a foreign language

❌ Transfer and set up involves an average of 40 steps and 9 hours

❌ There is no one place for help

❌ A successful transfer of data does not equal a successful switch

9

# Reasons People Don't Switch

❌ **COST**

❌ **Time: people keep their phones 2.8 years on average**

❌ **Switching phones = switching ecosystems**

❌ **It feels a lot like learning a foreign language**

❌ **Transfer and set up involves an average of 40 steps and 9 hours**

❌ **There is no one place for help**

❌ **A successful transfer of data does not equal a successful switch**

❌ **Losing data**

# Reasons People Don't Switch

- ❌ **COST**
- ❌ **Time: people keep their phones 2.8 years on average**
- ❌ **Switching phones = switching ecosystems**
- ❌ **It feels a lot like learning a foreign language**
- ❌ **Transfer and set up involves an average of 40 steps and 9 hours**
- ❌ **There is no one place for help**
- ❌ **A successful transfer of data does not equal a successful switch**
- ❌ **Losing data**
- ❌ **Apps / feature incompatibility**
- ❌ **Phone spec inequality**

11

# Reasons People Don't Switch

- ❌ **COST**
- ❌ Time: people keep their phones 2.8 years on average
- ❌ Switching phones = switching ecosystems
- ❌ It feels a lot like learning a foreign language
- ❌ Transfer and set up involves an average of 40 steps and 9 hours
- ❌ There is no one place for help
- ❌ A successful transfer of data does not equal a successful switch
- ❌ Losing data
- ❌ Apps / feature incompatibility
- ❌ Phone spec inequality
- ❌ Users are attached to key features

12

# Reasons People Don't Switch

- ❌ **COST**
- ❌ **Time: people keep their phones 2.8 years on average**
- ❌ **Switching phones = switching ecosystems**
- ❌ **It feels a lot like learning a foreign language**
- ❌ **Transfer and set up involves an average of 40 steps and 9 hours**
- ❌ **There is no one place for help**
- ❌ **A successful transfer of data does not equal a successful switch**
- ❌ **Losing data**
- ❌ **Apps / feature incompatibility**
- ❌ **Phone spec inequality**
- ❌ **Users are attached to key features**
- ❌ **Users' technical acumen**

13

# Reasons People Don't Switch

- ❌ **COST**
- ❌ **Time: people keep their phones 2.8 years on average**
- ❌ **Switching phones = switching ecosystems**
- ❌ **It feels a lot like learning a foreign language**
- ❌ **Transfer and set up involves an average of 40 steps and 9 hours**
- ❌ **There is no one place for help**
- ❌ **A successful transfer of data does not equal a successful switch**
- ❌ **Losing data**
- ❌ **Apps / feature incompatibility**
- ❌ **Phone spec inequality**
- ❌ **Users are attached to key features**
- ❌ **Users' technical acumen**
- ❌ **Committed to other devices in the ecosystem**

14

| Study | % of potential switchers |
|---|---|
| Exhibit 1766 | 7-9% |



| Study | % of potential switchers |
|---|---|
| Exhibit 1766 | 7-9% |
| Exhibit 1766 | 6-12% |

16

| Study | % of potential switchers |
|---|---|
| Exhibit 1766 | 7-9% |
| Exhibit 1766 | 6-12% |
| Exhibit 1768 | 4-6% |

17

| Study | % of potential switchers |
|---|---|
| Exhibit 1766 | 7-9% |
| Exhibit 1766 | 6-12% |
| Exhibit 1768 | 4-6% |
| Exhibit 1764 | 6.9% |