| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. James Donato<br>Trial Date:  November 6, 2023<br>Time:  9:00 am<br>Place:  Courtroom 11, 19th Floor |

I, Michael J. Zaken, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. in the above-captioned actions. I am admitted to appear before this Court pro hac vice.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Portions of the Parties' exhibits admitted during trial and filed in compliance with Local Rule 5-1(g)(1)(A) contain certain Third Parties' confidential information. The following table shows the portions of those Exhibits that contain Third Parties' confidential information.

| Party | Exhibit No. | Pages |
| --- | --- | --- |
| Amazon | 1362 | -001 (all text below the gray row except for cell B4)<br>-002 (all text in the chart except for cell C14)<br>-003 (all text in the chart except for cell D21) |
| | 1363 | -Summary_1 (entire tab)<br>-Summary_2 (entire tab)<br>-Summary_3 (entire tab) |
| | 1366 | -002 (all text except for Q&A 3)<br>-003-15 (entire pages)<br>-017-18 (entire pages) |
| | 11406 | -003-07 (entire pages) |
| Apple | 1492 | -002 (under "(a) Safari (Web Browser Software), in second paragraph from "Web Browser Software" to end of sentence)<br>-002 (definition of term following "Default")<br>-008 (information in the paragraph continued from previous (not excerpted) page)<br>-008 (information in the paragraph following "Annual CEO-Check-In")<br>-008 (information under "6. Limitation of Liability";) |
| | 1493 | -005 (information in row 1 of the Relationship Map related to "Ads (GCAS)")<br>-005 (information in row 2 of the Relationship Map related to "Ads (GMP)")<br>-005 (information in row 5 of the Relationship Map related to "Corp Eng")<br>-005 (information in row 6 of the Relationship Map related to "Cloud") |
| Nintendo | 1524 | -007 (graphic on the bottom right)<br>-016 (entire first row of the table on the left)<br>-027 (entire eleventh row)<br>-028 (entire third bullet under "Cloud Deals")<br>-030 (right two cells of the tenth row) |

| Party | Exhibit No. | Pages |
|---|---|---|
| | | -035 (entire fifth line of speaker notes)<br>-037 (entire third bullet; entire third sub bullet)<br>-038 (second through eighth words and tenth through twelfth words of third bullet on the leftmost column)<br>-041 (entire sixth row) |
| | 384 | -011 (entire fourth bullet of speaker notes)<br>-014 (entire eleventh row of table)<br>-015 (entire eleventh row of table)<br>-019 (first, third and sixth columns of the fourth row of table)<br>-025 (first word in footnote 1 and fourth word in footnote 1 through the end of footnote 1)<br>-042 (entire fifth bullet of speaker notes)<br>-043 (entire third bullet)<br>-044 (entire fourth row of chart)<br>-052 (in the last two lines in the bottom left box: the first through third words, and the sixth word through the end)<br>-058 (first and last columns of the fourth row of table) |
| Riot | 11221 | -Entire exhibit |
| | 11222 | -Entire exhibit |
| | 11226 | -Entire exhibit |
| | 11227 | -Entire exhibit |
| | 11229 | -Entire exhibit |
| Sony | 7089 | -Entire ninth row |
| | 7090 | -Entire eleventh row |
| TikTok Inc. | 2698 | -052 (entire page) |
| Warner Bros. Discovery, Inc. | 1704 | -014 (entire fifth bullet point that references HBO under the column "[Status] Asks")<br>-016 (entire fifth bullet point that references HBO under the column "[Status] Asks")<br>-019 (entire bullet point that references HBO Now Subscribers) |
| | 2698 | -052 (entire subheading that references WarnerMedia and the green bar in the graph that references WarnerMedia revenue) |
| | 5674 | -016 (entire blue bar in the graph that references HBO Now average subscription information) |

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
2  correct and that I executed this declaration on December 21, 2023 in New York, NY.
3
4                                                              */s/ Michael J. Zaken*
                                                                Michael J. Zaken
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                     */s/ Gary A. Bornstein*
                                     Gary A. Bornstein