LISA J. DEMSKY (State Bar No. 186006)
Lisa.Demsky@mto.com
JESSICA O. LAIRD (State Bar No. 331713)
Jessica.Laird@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Non-Party Riot Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD<br><br>*Epic Games, Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD | Case No. 21-md-02981-JD<br><br>**DECLARATION OF DAN NABEL IN SUPPORT OF SEALING NON-PARTY RIOT GAMES, INC'S CONFIDENTIAL EXHIBITS**<br><br>Judge: Hon. James Donato |

I, Dan Nabel, declare as follows:

1. I am the Associate General Counsel for non-party Riot Games, Inc. ("Riot"). I have been employed by Riot in the Legal Department since 2015. Based on my responsibilities and experience at Riot I am familiar with Riot's treatment and protection of confidential information, including highly sensitive information regarding strategy in negotiating deals and strategy relating to competitors in the industry. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration on the basis of my personal knowledge.

2. I file this Declaration in support of Riot's Statement in support of the parties' Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion to Seal"). I have reviewed the Exhibits listed in the below chart

1  provided to Riot by counsel for Google. The Exhibits I reviewed are non-public information

2  relating to Riot that is sensitive and highly confidential.

3        3.      Specifically, the portions of the Exhibits to the October 27, 2023 deposition of

4  Mark Sottosanti ("Sottosanti Deposition"), as indicated in the below chart, reflect or reference

5  highly confidential negotiating strategy and internal discussions relating to the terms of an

6  agreement with Google, as well as internal discussions of Riot's confidential engineering and

7  technical strategy and capabilities that should be maintained under seal. Riot keeps this

8  information confidential, even within Riot, and limits its disclosure to those employees whose job

9  responsibilities require it. In addition, Riot does not disclose this information publicly and takes

10 steps to shield it from public disclosure. Riot has ongoing and future negotiations and business

11 dealings with both Google and Epic, as well as other competitors who are not parties to this

12 litigation. For example, Riot is currently in active, highly confidential negotiations with another

13 platform for the distribution of its content. If this highly confidential information is publicly

14 disclosed, it could be utilized by Riot's competitors to Riot's commercial detriment in current

15 negotiations and future business transactions. This is especially true because the descriptions of

16 some of the considerations, strategies, negotiation points, or terms in the below-referenced

17 documents may be inaccurate and/or misleading without further context, which context also is

18 highly confidential and non-public. Competitors seeking to make inroads with Google could also

19 copy the contractual provisions that Riot negotiated with Google. That would obviate any

20 competitive advantage Riot obtained through its negotiations with Google.

21       4.      The below chart lists the Exhibits marked during the Sottosanti Deposition that

22 Riot understands were admitted at trial and that it believes are sealable for the reasons stated in

23 Paragraph 3 of this declaration:

| Category of Highly Confidential Information | Sottosanti Deposition Exhibit (Bates Number) | Description of Testimony |
|---|---|---|
| **Negotiation strategy and considerations regarding content** | 1221 (GOOG-RIOT-0000333); | Exhibit 1221 is an internal Riot presentation following a meeting with Google describing negotiation strategy |

| | | |
|---|---|---|
| **delivery and market strategy** | 1229 (GOOG-RIOT-0000046) | and considerations that may affect active negotiations.<br><br>Exhibit 1229 is an internal Riot email communication summarizing an agreement with Google regarding content delivery and Riot's internal negotiation strategy and considerations that may affect active negotiations. |
| **Technical capabilities and content delivery considerations** | 1222 (GOOG-RIOT-0000347) | Exhibit 1222 is an internal Riot document summarizing technical capabilities and content delivery considerations, which if revealed would competitively disadvantage Riot. |
| **Negotiation strategy and considerations relating to internal impressions of confidential meetings** | 1226 (GOOG-RIOT-0000105) | Exhibit 1226 is an internal Riot document following a meeting with Google describing negotiation strategy and considerations. It reveals negotiation strategy not disclosed to persons outside the Riot negotiating team that may affect active negotiations. |
| **Negotiation strategy for particular deal terms** | 1227 (GOOG-RIOT-0000034) | Exhibit 1227 is an internal Riot presentation summarizing negotiation strategy and considerations for particular agreement terms that may affect active term negotiations with other parties. |

Exhibits 1221, 1222, 1226, 1227, and 1229 contain Riot's confidential information that was previously produced by Riot and designated "Highly Confidential - Outside Counsel Eyes Only" pursuant to the operative protective orders (*see, e.g.*, Case No. 3:21-md-02981-JD, ECF 248).

5. The sealing request is narrowly tailored to the confidential business information of Riot.

I CERTIFY UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED at Los Angeles, California this 27th day of December, 2023

*Dan Nabel* (signature)

Dan Nabel

## **ATTESTATION**

I, Lisa J. Demsky, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated: December 27, 2023                              */s/ Lisa J. Demsky*
                                                                          Lisa J. Demsky