John F. Cove, Jr. (SBN 212213)
john.cove@shearman.com
Patrick T. Hein (SBN 254431)
patrick.hein@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
Telephone: 415.616.1100
Fax: 415.616.1199

*Attorneys for Non-Party Sony Electronics Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: NON-PARTY SONY ELECTRONICS INC.'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

Having considered non-party Sony Electronic Inc.'s ("Sony") Motion to Seal Highly Confidential Information, pursuant to Local Rule 79-5;

**IT IS HEREBY ORDERED:**

The following portions of the referenced documents may be filed under seal:

| *Exhibit* | *Document Description* | *Portion Sought to Be Sealed* | *Explanation* | *Ruling* |
|---|---|---|---|---|
| Exhibit 7089 | Chart showing "Share of Active Devices That Are Premier Tier or MIA Devices" in world-wide (excluding China) | Redact the row containing data on numbers of Sony active devices and related metrics | This row contains Sony's confidential business information, which if revealed would put Sony at a competitive disadvantage in the marketplace and could be leveraged in future negotiations by Sony's contracting partners. This information is not relevant to this action and was not discussed in trial testimony. | |
| Exhibit 7090 | Chart showing "Share of Active Devices That Are Premier Tier or MIA Devices" in solely the United States | Redact the row containing data on numbers of Sony active devices and related metrics | This row contains Sony's confidential business information, which if revealed would put Sony at a competitive disadvantage in the marketplace and could be leveraged in future negotiations by Sony's contracting partners. This information is not relevant to this action and was not discussed in trial testimony. | |

Dated: _____, 202       By: _____

HONORABLE JAMES DONATO
United States District Court Judge