Bahadur S. Khan (*pro hac vice*)
bkhan@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone:  801-366-0260

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge: Hon. Judge James Donato |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, under Civil Local Rule 11-5(a), Bahadur S. Khan, serving as a Special Assistant Attorney General in the Utah Office of the Attorney General in the above-captioned litigation, withdraws his appearance as counsel for the State of Utah.

The State of Utah will continue to be represented by other counsel of record in this action.

**Dated:       January 5, 2024**                                Respectfully submitted,

By: /s/ *Bahadur S. Khan*
Bahadur S. Khan (*pro hac vice*)
Office of the Utah Attorney General
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Counsel for Plaintiff State of Utah*