1   Paul J. Riehle (SBN 115199)                    Glenn D. Pomerantz (SBN 112503)
    paul.riehle@faegredrinker.com                  glenn.pomerantz@mto.com
2   **FAEGRE DRINKER BIDDLE & REATH LLP**          **MUNGER, TOLLES & OLSON LLP**
    Four Embarcadero Center, 27th Floor            350 South Grand Avenue, Fiftieth Floor
3   San Francisco, CA 94111                        Los Angeles, California 90071
    Telephone: (415) 591-7500                      Telephone: (213) 683-9100
4
    Christine A. Varney (*pro hac vice*)           Brian C. Rocca (SBN 221576)
5   cvarney@cravath.com                            brian.rocca@morganlewis.com
    **CRAVATH, SWAINE & MOORE LLP**                **MORGAN, LEWIS & BOCKIUS LLP**
6   825 Eighth Avenue                              One Market, Spear Street Tower
    New York, New York 10019                       San Francisco, CA 94105-1596
7   Telephone: (212) 474-1000                      Telephone: (415) 442-1000

8   *Counsel for Plaintiff Epic Games, Inc.*       *Counsel for Defendants Google LLC et al.*

9   [Additional counsel appear on signature page]

10

11                        **UNITED STATES DISTRICT COURT**

12                       **NORTHERN DISTRICT OF CALIFORNIA**

                              **SAN FRANCISCO DIVISION**
13

14  **IN RE GOOGLE PLAY STORE**              Case No. 3:21-md-02981-JD
    **ANTITRUST LITIGATION**
15
    THIS DOCUMENT RELATES TO:                **PARTIES' JOINT ADMINISTRATIVE**
16                                           **MOTION TO CONSIDER WHETHER**
    *Epic Games, Inc. v. Google LLC et al.*, Case  **ANOTHER PARTY'S MATERIALS**
17  No. 3:20-cv-05671-JD                     **SHOULD BE SEALED PURSUANT TO**
                                             **CIVIL LOCAL RULE 79-5**
18
                                             Judge: Hon. James Donato
19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. and Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd. and Google Payment Corp. (collectively, the "Parties") submit this joint administrative motion to consider whether another party's materials should be sealed with respect to the Parties' filing of deposition video clips that were played in Court during trial and therefore constitute trial testimony. The portions of testimony the Parties seek to provisionally file under seal are listed below:

| Document | Portions Containing Designated Information | Designating Party |
|---|---|---|
| Deposition Designations of Mark Sottosanti (**Exhibit A**) | 34:02 - 35:16; 35:18; 35:20 – 36:13; 36:19 – 37:07; 38:02 – 38:14; 38:22 – 39:10; 39:12 – 13; 39:18 – 40:12; 40:14 – 40:17; 58:11 – 60:10; 61:05 – 62:15; 62:22 – 62:25; 63:02 – 63:05; 63:14 – 63:18; 63:20; 63:22 – 63:23; 63:25; 64:02 – 64:08; 64:10 – 64:23; 65:01 – 65:07; 69:05 – 69:14; 69:16; 104:13 – 104:15; 104:17 – 104:23; 104:25 – 105:02; 145:01 – 145:02; 145:04 – 145:15; 146:11 – 146:12; 146:17 – 146:25; 147:02 – 147:04; 148:07 – 148:10; 148:17 – 149:08; 149:11; 150:04 – 150:13; 150:16 – 150:17; 150:19 – 150:20; 150:22 – 150:24; 151:02 – 151:06; 151:22 – 152:11; 152:22 – 152:25; 153:01 – 153:07; 153:09; 153:11 – 153:12; 153:14; 153:16 – 153:24; 154:01 – 154:03; 154:05 – 154:13; 154:15 – 154:21; 155:13 – 156:22; 157:25 – 158:06; 158:08 – 158:11; 158:22 – 158:24; 163:10 – 163:15; 163:20 – 163:22; 163:24 – 163:25; 164:02 – 164:0; 164:08 – 165:10; 165:12; 165:14 – 165:16; 165:20 – 165:22; 166:11 – 166:12; 166:21 – 166:22; 166:24; 167:02 – 167:07; 167:09; 167:11 – 167:13; 167:22 – 167:24; 168:01 – 168:08; 168:10 – 168:14; 168:21 – 168:22; 169:06 – 169:08; 169:11 – 169:15; 170:24 – 171:18; 171:20 – 172:02; 172:25 – 173:08; 174:05 – 174:10; 174:14 – 174:19; 174:21; 175:08 – 175:11; 175:16 – 175:20; 175:22; 178:01 – 178:02; 179:21 – 180:10; 180:12; 180:14 – 180:15; 180:17 – 180:18; 180:20 – 180:23; 181:25 – 182:06; 182:14 – 182:23; 182:25 – 183:01; 183:06 – 183:10; 183:12; 183:14 – 184:01; 191:09 – 191:11; 191:13 | Riot Games, Inc. |

The Parties hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

1    DATED:  January 22, 2024                    CRAVATH, SWAINE & MOORE LLP
                                                 Christine Varney *(pro hac vice)*
2                                                cvarney@cravath.com
                                                 Gary A. Bornstein *(pro hac vice)*
3                                                gbornstein@cravath.com
                                                 Timothy G. Cameron *(pro hac vice)*
4                                                tcameron@cravath.com
                                                 Yonatan Even *(pro hac vice)*
5                                                yeven@cravath.com
                                                 Lauren A. Moskowitz *(pro hac vice)*
6                                                lmoskowitz@cravath.com
                                                 Justin C. Clarke *(pro hac vice)*
7                                                jcclarke@cravath.com
                                                 Michael J. Zaken *(pro hac vice)*
8                                                mzaken@cravath.com
                                                 M. Brent Byars *(pro hac vice)*
9                                                mbyars@cravath.com

10                                               FAEGRE DRINKER BIDDLE & REATH LLP
                                                 Paul J. Riehle (SBN 115199)
11
                                                 Respectfully submitted,
12
                                                 By: */s/ Gary A. Bornstein*
13                                                   Gary A. Bornstein

14   DATED:  January 22, 2024                    MORGAN, LEWIS & BOCKIUS LLP
                                                 Brian C. Rocca
15                                               Sujal J. Shah
                                                 Minna L. Naranjo
16                                               Rishi P. Satia
                                                 Michelle Park Chiu
17

18

19                                               By:   */s/  Michelle P. Chiu*
20                                                   Michelle P. Chiu

21                                               *Counsel for Defendants Google LLC et al.*

22

23

24

25

26

27

28
                                                 2

DATED:  January 22, 2024

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

1

### **E-FILING ATTESTATION**

2   I, Michelle Park Chiu, am the ECF User whose ID and password are being used to file this

3   document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4   signatories identified above has concurred in this filing.

5

6   */s/ Michelle Park Chiu*
   Michelle Park Chiu

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28