Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.,*
*Case No. 3:20-cv-05671-JD*

Case No. 3:21-md-02981-JD

**DECLARATION OF RISHI P. SATIA IN SUPPORT OF PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**

Judge:  Hon. James Donato

1.     I, Rishi P. Satia, am an attorney at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in this multi-district litigation (MDL).  I am admitted to practice before this Court.  I respectfully submit this declaration in support of the Plaintiff Epic Games, Inc.'s and Google's Joint Administrative Motion to Consider Whether to Seal Another Party's Materials Should Be Sealed Pursuant to Civil Local Rule 79-5.

2.     I submit this declaration pursuant to Civil Local Rule 79-5(f).  The contents of this declaration are based on my personal knowledge.  If called upon as a witness in this action, I could and would testify competently thereto.

3.     Portions of the Non-Party Riot Games, Inc. ("Riot") deposition video clips played in Court during trial that constitute trial testimony and are being filed on the docket contain information that Riot asserts is confidential and should be sealed.  A true and correct copy of the Riot deposition testimony played in Court is attached hereto as **Exhibit A**.  The following table shows the portions of the Riot testimony that I understand that Riot intends to move to seal.

| Document | Portions Containing Designated Information | Designating Party |
|---|---|---|
| Deposition Designations of Mark Sottosanti (Riot) (**Exhibit A**) | 34:02 - 35:16; 35:18; 35:20 – 36:13; 36:19 – 37:07; 38:02 – 38:14; 38:22 – 39:10; 39:12 – 13; 39:18 – 40:12; 40:14 – 40:17; 58:11 – 60:10; 61:05 – 62:15; 62:22 – 62:25; 63:02 – 63:05; 63:14 – 63:18; 63:20; 63:22 – 63:23; 63:25; 64:02 – 64:08; 64:10 – 64:23; 65:01 – 65:07; 69:05 – 69:14; 69:16; 104:13 – 104:15; 104:17 – 104:23; 104:25 – 105:02; 145:01 – 145:02; 145:04 – 145:15; 146:11 – 146:12; 146:17 – 146:25; 147:02 – 147:04; 148:07 – 148:10; 148:17 – 149:08; 149:11; 150:04 – 150:13; 150:16 – 150:17; 150:19 – 150:20; 150:22 – 150:24; 151:02 – 151:06; 151:22 – 152:11; 152:22 – 152:25; 153:01 – 153:07; 153:09; 153:11 – 153:12; 153:14; 153:16 – 153:24; 154:01 – 154:03; 154:05 – 154:13; 154:15 – 154:21; 155:13 – 156:22; 157:25 – 158:06; 158:08 – 158:11; 158:22 – 158:24; 163:10 – 163:15; | Riot |

| | 163:20 – 163:22; 163:24 – 163:25; 164:02 – 164:0; 164:08 – 165:10; 165:12; 165:14 – 165:16; 165:20 – 165:22; 166:11 – 166:12; 166:21 – 166:22; 166:24; 167:02 – 167:07; 167:09; 167:11 – 167:13; 167:22 – 167:24; 168:01 – 168:08; 168:10 – 168:14; 168:21 – 168:22; 169:06 – 169:08; 169:11 – 169:15; 170:24 – 171:18; 171:20 – 172:02; 172:25 – 173:08; 174:05 – 174:10; 174:14 – 174:19; 174:21; 175:08 – 175:11; 175:16 – 175:20; 175:22; 178:01 – 178:02; 179:21 – 180:10; 180:12; 180:14 – 180:15; 180:17 – 180:18; 180:20 – 180:23; 181:25 – 182:06; 182:14 – 182:23; 182:25 – 183:01; 183:06 – 183:10; 183:12; 183:14 – 184:01; 191:09 – 191:11; 191:13 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 22nd day of January 2024 in San Francisco, California.

/s/ Rishi P. Satia
Rishi P. Satia