UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

1  Upon consideration of the Parties' Joint Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal
3  the following portions of the Riot Games, Inc. ("Riot") deposition testimony until the resolution
4  of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto:

| Document | Portions Containing Designated Information | Designating Party |
|---|---|---|
| Deposition Designations of Mark Sottosanti (Riot) | 34:02 - 35:16; 35:18; 35:20 – 36:13; 36:19 – 37:07; 38:02 – 38:14; 38:22 – 39:10; 39:12 – 13; 39:18 – 40:12; 40:14 – 40:17; 58:11 – 60:10; 61:05 – 62:15; 62:22 – 62:25; 63:02 – 63:05; 63:14 – 63:18; 63:20; 63:22 – 63:23; 63:25; 64:02 – 64:08; 64:10 – 64:23; 65:01 – 65:07; 69:05 – 69:14; 69:16; 104:13 – 104:15; 104:17 – 104:23; 104:25 – 105:02; 145:01 – 145:02; 145:04 – 145:15; 146:11 – 146:12; 146:17 – 146:25; 147:02 – 147:04; 148:07 – 148:10; 148:17 – 149:08; 149:11; 150:04 – 150:13; 150:16 – 150:17; 150:19 – 150:20; 150:22 – 150:24; 151:02 – 151:06; 151:22 – 152:11; 152:22 – 152:25; 153:01 – 153:07; 153:09; 153:11 – 153:12; 153:14; 153:16 – 153:24; 154:01 – 154:03; 154:05 – 154:13; 154:15 – 154:21; 155:13 – 156:22; 157:25 – 158:06; 158:08 – 158:11; 158:22 – 158:24; 163:10 – 163:15; 163:20 – 163:22; 163:24 – 163:25; 164:02 – 164:0; 164:08 – 165:10; 165:12; 165:14 – 165:16; 165:20 – 165:22; 166:11 – 166:12; 166:21 – 166:22; 166:24; 167:02 – 167:07; 167:09; 167:11 – 167:13; 167:22 – 167:24; 168:01 – 168:08; 168:10 – 168:14; 168:21 – 168:22; 169:06 – 169:08; 169:11 – 169:15; 170:24 – 171:18; 171:20 – 172:02; 172:25 – 173:08; 174:05 – 174:10; 174:14 – 174:19; 174:21; 175:08 – 175:11; 175:16 – 175:20; 175:22; 178:01 – 178:02; 179:21 – 180:10; 180:12; 180:14 – 180:15; 180:17 – 180:18; 180:20 – 180:23; 181:25 – 182:06; 182:14 – 182:23; 182:25 – 183:01; 183:06 – 183:10; 183:12; 183:14 – 184:01; 191:09 – 191:11; 191:13 | Riot |

1

[PROPOSED] ORDER RE PARTIES' JOINT ADMIN. MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD

Dated: _____, 2024

                                                        Honorable James Donato
                                                       United States District Judge
                                                       Northern District of California

2

[PROPOSED] ORDER RE PARTIES' JOINT ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD