DREW H. WRIGLEY
Attorney General of North Dakota
PARRELL D. GROSSMAN, *pro hac vice*
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
E-mail:  pgrossman@nd.gov
*Attorneys for Plaintiff State of North Dakota*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge: Hon. James Donato |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, under Civil Local Rule 11-5(a), Parrell D. Grossman, Assistant Attorney General with the North Dakota Office of the Attorney General, hereby notices withdrawal of his appearance as counsel for the State of Nort Dakota in the above-captioned litigation. The State of North Dakota will continue to be represented by other counsel of record.

Dated: January 31, 2024

STATE OF NORTH DAKOTA
Drew H. Wrigley
Attorney General

/s/ Parrell D. Grossman
Parrell D. Grossman, ND ID 04684
Director, Consumer Protection & Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
Facsimile (701) 328-5568
pgrossman@nd.gov

*Attorneys for the State of North Dakota*