AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re: Google Play Store Antitrust Litigation ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:21-MD-02981-JD |
| ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Territory of the United States Virgin Islands                     .

Date:     02/02/2024                                    /s/ Julie A. Beberman
*Attorney's signature*

Julie A. Beberman (VI 670)
*Printed name and bar number*

Virgin Islands Department of Justice
213 Estate La Reine
Kingshill, VI 00850

*Address*

Julie.Beberman@doj.vi.gov
*E-mail address*

(340) 773-0295
*Telephone number*

*FAX number*