| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, S.B. #112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, S.B. #281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, S.B. #248421 | **MUNGER, TOLLES & OLSON LLP** |
| michelle.chiu@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| **MORGAN, LEWIS & BOCKIUS LLP** | Los Angeles, CA 90071 |
| One Market, Spear Street Tower | Telephone: (213) 683-9100 |
| San Francisco, CA 94105-1596 | |
| Telephone: (415) 442-1000 | Justin P. Raphael, S.B. #292380 |
| | justin.raphael@mto.com |
| Richard S. Taffet, *pro hac vice* | Dane P. Shikman, S.B. #313656 |
| richard.taffet@morganlewis.com | dane.shikman@mto.com |
| **MORGAN, LEWIS & BOCKIUS LLP** | **MUNGER, TOLLES & OLSON LLP** |
| 101 Park Avenue | 560 Mission Street, Twenty Seventh Floor |
| New York, NY 10178-0060 | San Francisco, CA 94105 |
| Telephone: (212) 309-6000 | Telephone: (415) 512-4000 |
| | |
| Neal Kumar Katyal, *pro hac vice* | Jonathan I. Kravis, *pro hac vice* |
| neal.katyal@hoganlovells.com | jonathan.kravis@mto.com |
| Jessica L. Ellsworth, *pro hac vice* | **MUNGER, TOLLES & OLSON LLP** |
| jessica.ellsworth@hoganlovells.com | 601 Massachusetts Ave. NW, Suite 500E |
| **HOGAN LOVELLS US LLP** | Washington, D.C. 20001 |
| 555 13th St. NW | Telephone: (202) 220-1100 |
| Washington, D.C. 20001 | |
| Telephone: (202) 637-5600 | |

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah v. Google LLC.*, Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION TO RESCHEDULE FEBRUARY 15 HEARING ON STATES' UNOPPOSED MOTION TO GIVE NOTICE OF PARENS PATRIAE SETTLEMENT**<br><br>Date:      February 15, 2024<br>Time:      10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:     Hon. James Donato |

# ADMINISTRATIVE MOTION

Defendants Google LLC et al. ("Google") respectfully requests that the upcoming February 15, 2024, hearing on the States' Unopposed Motion to Give Notice of Proposed Parens Patriae Settlement, ("the Hearing"), Dkt. 522, be rescheduled to a different date.

On Friday, February 2, 2024, the Court rescheduled the hearing date on the Motion, from February 8 to February 15 at 10:00am.  Google's lead counsel, Glenn Pomerantz, who will be taking the lead for Google at the Hearing, is not available on February 15 because of a previously scheduled court hearing in the Eastern District of Virginia.  Other counsel will be traveling to Virginia for that court hearing.

In light of the above conflict, Google respectfully requests that this court's hearing of February 15 be rescheduled.  Google has conferred with counsel in this case regarding their availability, and requests that the hearing be rescheduled to any time on any of the following days:  February 20, 23, 26, 27, and 28.

The position of the State Attorneys General and Consumer Plaintiffs is as follows:  As a professional courtesy, counsel for the State Attorneys General and Consumer Plaintiffs do not oppose Google's request to reschedule and can be available on any of the identified days.  However, the State Attorneys General are generally concerned about delays, as Google's payment obligations are triggered by issuance of the Notice Approval Order: Google must deposit the first $1,000,000 of the $700,000,000 into escrow 15 days after issuance of the Notice Approval Order and the remaining $699,000,000 within 45 days of its issuance.  Once deposited into escrow, the interest will accrue to consumers and the States, rather than to Google, at a rate of approximately $100,000 per day.

Pursuant to Local Rules 7-11 and 7-12, this motion is supported by an accompanying stipulation and proposed order.

-1-

DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION TO RESCHEDULE FEBRUARY 15 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

DATED: February 7, 2024          Respectfully submitted,

By:  */s/ Glenn D. Pomerantz*
     Glenn D. Pomerantz

**MUNGER TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Justin P. Raphael
Dane Shikman
Rebecca L. Sciarrino
Jamie B. Luguri
Lauren N. Beck

-2-

DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION TO RESCHEDULE FEBRUARY 15 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD