| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) | Paula L. Blizzard (SBN 207920) |
| karma.giulianelli@bartlitbeck.com | paula.blizzard@doj.ca.gov |
| **BARTLIT BECK LLP** | **OFFICE OF THE CALIFORNIA** |
| 1801 Wewetta St., Suite 1200 | **ATTORNEY GENERAL** |
| Denver, Colorado 80202 | 455 Golden Gate Avenue, Suite 11000 |
| Telephone: (303) 592-3100 | San Francisco, CA 94102 |
| | Telephone: 415-510-4400 |
| Hae Sung Nam (*pro hac vice*) | |
| hnam@kaplanfox.com | *Counsel for the Plaintiff States* |
| **KAPLAN FOX & KILSHEIMER LLP** | |
| 850 Third Avenue | Glenn D. Pomerantz (SBN 112503) |
| New York, NY 10022 | glenn.pomerantz@mto.com |
| Tel.: (212) 687-1980 | **MUNGER, TOLLES & OLSON LLP** |
| | 350 South Grand Avenue, Fiftieth Floor |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | Los Angeles, California 90071 |
| | Telephone: (213) 683-9100 |
| [Additional counsel appear on signature page] | Brian C. Rocca (SBN 221576) |
| | brian.rocca@morganlewis.com |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1596 |
| | Telephone: (415) 442-1000 |
| | *Counsel for Defendants Google LLC et al.* |

STIPULATION REGARDING DEFENDANTS' REQUEST TO RESCHEDULE FEBRUARY 15 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah v. Google LLC.,* Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION REGARDING DEFENDANTS' REQUEST TO RESCHEDULE FEBRUARY 15 HEARING ON STATES' UNOPPOSED MOTION TO GIVE NOTICE OF PARENS PATRIAE SETTLEMENT**<br><br>Judge: Hon. James Donato |

1  WHEREAS, on February 2, 2024, the Court rescheduled the hearing date on the States'
2  Unopposed Motion to Give Notice of Proposed Parens Patriae Settlement ("the Motion"), Dkt.
3  522, from February 8 to February 15 at 10:00am;

4  WHEREAS, Glenn D. Pomerantz, lead counsel for Defendants Google LLC et al.
5  ("Google"), who is taking the lead at the hearing for Google, is not available on February 15
6  because of a previously-scheduled court hearing in the Eastern District of Virginia;

7  WHEREAS, Google respectfully requests that the Court re-set the February 15 hearing on
8  the Motion (MDL Dkt. 522);

9  WHEREAS, counsel for Google has conferred with counsel for State Attorneys General
10 Plaintiffs and Consumer Plaintiffs regarding their availability and all counsel are available at any
11 time on the following dates:  February 20, 23, 26, 27 and 28;

12 WHEREAS, The position of the State Attorneys General and Consumer Plaintiffs is as
13 follows:  Consumer Plaintiffs, and State Attorneys General Plaintiffs, by and through their
14 undersigned counsel, as a professional courtesy do not object to Google's request but note that
15 Google is not required to deposit the vast majority of the $700,000,000 into escrow until 45 days
16 after issuance of the Notice Approval Order, at which point the interest will accrue to consumers
17 and the States, rather than to Google, at a rate of approximately $100,000 per day;

18 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO
19 THE COURT'S APPROVAL, THAT:

20 • The February 15 hearing date on the Motion shall be vacated; and
21 • The Motion shall be set for a hearing on February 20, 23, 26, 27, or 28.

DATED:  February 7, 2024                    MUNGER, TOLLES & OLSON LLP
                                            Glenn D. Pomerantz
                                            Kuruvilla Olasa
                                            Justin P. Raphael
                                            Jonathan I. Kravis

                                            Respectfully submitted,

                                            By:     /s/ Glenn D. Pomerantz
                                                    Glenn D. Pomerantz

                                            *Counsel for Defendants Google LLC et al.*

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 7, 2024 | BARTLIT BECK LLP |
| | | Karma M. Giulianelli |
| 3 | | |
| | | KAPLAN FOX & KILSHEIMER LLP |
| 4 | | Hae Sung Nam |
| 5 | | Respectfully submitted, |

By:      */s/ Karma M. Giulianelli*
              Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

DATED: February 7, 2024            OFFICE OF THE CALIFORNIA ATTORNEY GENERAL
                                                       Paula L. Blizzard

Respectfully submitted,

By:      */s/ Paula L. Blizzard*
              Paula L. Blizzard

*Counsel for Plaintiff States*

-2-

STIPULATION REGARDING DEFENDANTS' REQUEST TO RESCHEDULE FEBRUARY 15 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

-3-

**E-FILING ATTESTATION**

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants have concurred in this filing.

          */s/ Glenn D. Pomerantz*
          Glenn D. Pomerantz