UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah v. Google LLC.,* Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO RESCHEDULE FEBRUARY 15 HEARING ON STATES' UNOPPOSED MOTION TO GIVE NOTICE OF PARENS PATRIAE SETTLEMENT**<br><br>Judge:      Hon. James Donato<br>Courtroom: 11, 19th Floor |

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO RESCHEDULE FEBRUARY 15 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

-2-

1   This Court, having considered "Defendants' Request to Reschedule February 15 Hearing,"
2   filed by Defendants in the above-captioned matter ("Google"), hereby ORDERS that the request is
3   GRANTED.  The upcoming February 15, 2024 hearing on States' Unopposed Motion to Give
4   Notice of Parens Patriae Settlement is reset for [ DATE ] at [ TIME ].
5   IT IS SO ORDERED.

7   DATED:  February __, 2024

            _____
            HON. JAMES DONATO
            United States District Judge