| | |
|---|---|
| Ian Simmons, *pro hac vice* <br> isimmons@omm.com <br> Benjamin Bradshaw, Bar No. 189925 <br> bbradshaw@omm.com <br> Sergei Zaslavsky, *pro hac vice* <br> szaslavsky@omm.com <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, DC 20006-4061 <br> Telephone: (202) 383-5300 <br> Facsimile: (202) 383-5414 <br><br> Daniel Petrocelli, Bar No. 97802 <br> dpetrocelli@omm.com <br> O'MELVENY & MYERS LLP <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, CA 90067-6035 <br> Telephone: (310) 553-6700 <br> Facsimile: (310) 246-6779 | Stephen McIntyre, Bar No. 274481 <br> smcintyre@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street, 18th Floor <br> Los Angeles, CA 90071-2899 <br> Telephone: (213) 430-6000 <br> Facsimile: (213) 430-6407 <br><br> Mia Gonzalez, *pro hac vice* <br> mgonzalez@omm.com <br> Laura Aronsson, Bar No. 304263 <br> laronsson@omm.com <br> O'MELVENY & MYERS LLP <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> Telephone:(212) 326-2000 <br> Facsimile (212) 326-2061 <br><br> *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD <br><br> *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD <br><br> *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD <br><br> *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD <br><br> *Match Group, LLC v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** <br><br> Judge: Hon. James Donato |

**TO THE CLERK AND ALL PARTIES OF RECORD**: Please take notice that Daniel Petrocelli, Ian Simmons, Benjamin Bradshaw, Laura Aronsson, Mia Gonzalez, Sergei Zaslavsky,

- 1 -

NOTICE OF WITHDRAWAL OF APPEARANCE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

- 2 -

and Stephen McIntyre of O'Melveny & Myers LLP, and Kendall Collins, formerly of O'Melveny & Myers LLP, hereby withdraw their appearances on behalf of Defendants Alphabet, Inc., Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte Ltd., and Google Payment Corp. ("Defendants") in the above-captioned action.  Defendants will continue to be represented by other counsel of record in this action.

Dated:  February 9, 2024

IAN SIMMONS

By:   /s/ Ian Simmons
Ian Simmons
Benjamin Bradshaw
Sergei Zaslavsky
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5300
isimmons@omm.com
bbradshaw@omm.com
szaslavsky@omm.com

Daniel Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
dpetrocelli@omm.com

Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
smcintyre@omm.com

Mia Gonzalez
Laura Aronsson
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
mgonzalez@omm.com
laronsson@omm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I caused a copy of the foregoing to be served via the electronic case file system upon counsel of record for all parties.

                                                    */s/ Ian Simmons*
                                                    Ian Simmons