AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Google Play Store Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-md-02981-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah.

Date: 02/26/2024

/s/ Marie W.L. Martin
*Attorney's signature*

Marie W.L. Martin, CBN 189219
*Printed name and bar number*
160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, UT  84114-0874

*Address*

mwmartin@agutah.gov
*E-mail address*

(801) 538-9600
*Telephone number*

*FAX number*