# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: February 26, 2024                                    Judge: Hon. James Donato

Time: 45 Minutes

Cases:  **3:20-cv-05761-JD In re Google Play Consumer Antitrust Litigation**
**3:21-cv-05227-JD State of Utah et al v. Google LLC et al**
**3:21-md-02981-JD In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):   Lauren Weinstein/Brendan Glackin/Paula Blizzard/
                                Brian Wang/Cari Jefferies/Michael Jorgenson/
                                Karma Giulianelli

Attorney(s) for Defendant(s):   Glenn Pomerantz/Sujal Shah/Kuru Olasa

Deputy Clerk: Lisa R. Clark                                Court Reporter: Kelly Shainline

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The Court takes up the plaintiff States' motion to give notice of proposed *parens patriae* settlement, Dkt. No. 522 in Case No. 21-cv-05227-JD, and highlights some areas of concern.

The States and Google are directed to file supplemental briefs by March 27, 2024, addressing:

- The proposed release, which would apply prospectively for the next 7 years;
- The average monetary relief to be distributed to the eligible consumers, and more details about the expected distribution of the monetary relief in general;
- The open-endedness of some of the proposed injunctive relief provisions;
- The expected function of the proposed monitor; and
- Any other issues and factors the parties wish to address which the Court should consider in determining whether the proposed settlement is fair, reasonable, and adequate for the consumers who would be bound.

The supplemental briefs may not exceed 15 pages per side.

The Court will set a further hearing if warranted.