1  Brendan P. Glackin (SBN 199643)
   bglackin@agutah.gov
2  **OFFICE OF THE UTAH ATTORNEY GENERAL**
3  160 E 300 S, 5th Floor
   PO Box 140872
4  Salt Lake City, UT 84114-0872
   Telephone: (801) 366-0260

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge: Hon. James Donato |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned Attorney Brendan P. Glackin hereby withdraws as counsel of record for the State of Utah in the above captioned litigation and respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing.

The State of Utah will continue to be represented by other counsel of record in this action.

Dated: March 1, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　/s/ *Brendan P. Glackin*

　　　　　　　　　　　　　　　　　　　Brendan P. Glackin (SBN 199643)
　　　　　　　　　　　　　　　　　　　bglackin@agutah.gov
　　　　　　　　　　　　　　　　　　　**OFFICE OF THE UTAH ATTORNEY GENERAL**
　　　　　　　　　　　　　　　　　　　160 E 300 S, 5th Floor
　　　　　　　　　　　　　　　　　　　PO Box 140872
　　　　　　　　　　　　　　　　　　　Salt Lake City, UT 84114-0872
　　　　　　　　　　　　　　　　　　　Telephone: (801) 366-0260

　　　　　　　　　　　　　　　　　　　*Attorney for the State of Utah*