| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>PAULA L. BLIZZARD (SBN 207920)<br>Senior Assistant Attorney General<br>MICHAEL W. JORGENSON (SBN 201145)<br>Supervising Deputy Attorney General<br>BRIAN D. WANG (SBN 284490)<br>CAROLYN D. JEFFRIES (SBN 319595)<br>Deputy Attorneys General<br>**OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA**<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4400<br>  Fax:  (415) 703-5843<br>  E-mail:  Paula.Blizzard@doj.ca.gov<br>*Counsel for Plaintiff State of California* | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>*Counsel for Defendants Google LLC et al.* |
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980 |

*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER GRANTING STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND FOR AN ORDER DIRECTING GOOGLE TO DEPOSIT SETTLEMENT FUNDS INTO ESCROW**<br><br><br>Judge: Hon. James Donato |

Case Nos. 3:21-md-02981-JD;
3:21-cv-05227-JD; 3:20-cv-05761-JD

STIPULATED [PROPOSED] ORDER GRANTING STATES' UNOPPOSED ADMINISTRATIVE MOTION
FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND FOR AN ORDER
DIRECTING GOOGLE TO DEPOSIT SETTLEMENT FUNDS INTO ESCROW

Plaintiffs in *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ("States"), Counsel for the class this Court had originally certified in *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761- JD ("Consumer Counsel"), and Defendants Alphabet Inc., Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. ("Google") (collectively, the "Settling Parties"), for reasons stated in the concurrently filed Administrative Motion for an Extension of Time to File Supplemental Briefing and for an Order Directing Google to Deposit Settlement Funds into Escrow, respectfully request from the Court (i) a three-week extension to the filing date for the supplemental briefing requested in the Court's February 26, 2024 minute order, No. 21-cv-5227, ECF No. 543, and (ii) an order directing Google to deposit Settlement Funds into escrow pending the Court's decision regarding notice dissemination.

The Settling Parties stipulate that the capitalized terms in this Stipulated [Proposed] Order have the meanings ascribed to them in the Settlement Agreement, attached as Exhibit A to the Declaration of Paula L. Blizzard in support of the Motion to Give Notice of Proposed *Parens Patriae* Settlement filed on December 18, 2023. No. 21-cv-5227, ECF No. 522-2.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:**

1. The States and Google will file the supplemental briefs directed by the Court's February 26, 2024 minute order, Dkt. No. 944 in Case No. 21-md-02981, by April 17, 2024.
2. Within fifteen (15) days of the issuance of this Stipulated [Proposed] Order, Google shall transfer $1,000,000 into the Settlement Fund Escrow Account for settlement notice and administration.
3. Within forty-five (45) days of the issuance of this Stipulated [Proposed] Order, Google shall transfer the additional sum of $629,000,000 into the Settlement Fund Escrow Account.
4. Within forty-five (45) of the issuance of this Stipulated [Proposed] Order, Google shall

- 1 -   Case Nos. 3:21-md-02981-JD; 3:21-cv-05227-JD; 3:20-cv-05761-JD

STIPULATED [PROPOSED] ORDER GRANTING STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND FOR AN ORDER DIRECTING GOOGLE TO DEPOSIT SETTLEMENT FUNDS INTO ESCROW

1  transfer $70,000,000 into the States' Monetary Fund Escrow Account.

DATED: March 15, 2024

Respectfully submitted,

**OFFICE OF THE CALIFORNIA ATTORNEY GENERAL**

By:  /s/ Paula L. Blizzard
      Paula L. Blizzard
*Counsel for the Plaintiff States*

**BARTLIT BECK LLP**
Karma M. Giulianelli
**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam

By:  /s/ Karma M. Giulianelli
      Karma M. Giulianelli
*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Justin P. Raphael

By:  /s/ Glenn D. Pomerantz
      Glenn D. Pomerantz

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna Lo Naranjo

By:  /s/ Sujal J. Shah
      Sujal J. Shah

*Counsel for Defendants Google LLC et al.*

- 2 -   Case Nos. 3:21-md-02981-JD; 3:21-cv-05227-JD; 3:20-cv-05761-JD

STIPULATED [PROPOSED] ORDER GRANTING STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND FOR AN ORDER DIRECTING GOOGLE TO DEPOSIT SETTLEMENT FUNDS INTO ESCROW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                       United States District Judge

**E-FILING ATTESTATION**

I, Brian Wang, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signatory identified above has concurred in this filing.

/s/ Brian Wang