UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case Nos.<br>3:21-md-02981-JD<br>3:21-cv-05227-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Hon. James Donato |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

Please take notice that Daniel H. Leff withdraws his appearance on behalf of the Commonwealth of Massachusetts in the above-captioned cases. Massachusetts will continue to be represented by other counsel of record in this action.

Dated: March 15, 2024                             /s/ Daniel H. Leff
                                                                Daniel H. Leff

## **CERTIFICATE OF SERVICE**

I certify that I caused the forgoing document to be served on counsel of record via the Court's CM/ECF system.

Dated: March 15, 2024                                                                                          */s/Daniel H. Leff*