1  Lauren M. Weinstein (*pro hac vice*)
   lweinstein@agutah.gov
2  **OFFICE OF THE UTAH ATTORNEY GENERAL**
3  160 E 300 S, 5th Floor
   Salt Lake City, UT 84114-0872
4  Telephone: (202) 748-6489

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge: Hon. James Donato |

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that the undersigned Attorney Lauren M. Weinstein hereby

3  withdraws as counsel of record for the State of Utah in the above captioned litigation and

4  respectfully requests that her name be removed from all applicable service lists, including

5  Notices of Electronic Filing.

6      The State of Utah will continue to be represented by other counsel of record in this action.

8  Dated:  April 26, 2024                    Respectfully submitted,

9                                           By:     /s/ *Lauren M. Weinstein*

                                                              Lauren M. Weinstein (*pro hac vice*)
                                                              lweinstein@agutah.gov
                                                              **OFFICE OF THE UTAH ATTORNEY GENERAL**
                                                              160 E 300 S, 5th Floor
                                                              Salt Lake City, UT 84114-0872
                                                              Telephone: (202) 748-6489

                                                              *Attorney for the State of Utah*