**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 678-1980
Facsimile: (212) 678-7714
Email: *hnam@kaplanfox.com*

*Co-Lead Counsel for Consumer Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: GOOGLE PLAY STORE ANTITRUST LITGATION**<br><br>This Document Relates To:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No.: 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY KATHLEEN A. HERKENHOFF** |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT,** effective May 1, 2024, attorney Kathleen A. Herkenhoff is no longer associated with the law firm Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and should be withdrawn as counsel for the Consumer Plaintiffs.  The Consumer Plaintiffs will continue to be represented by myself and other attorneys at Kaplan Fox & Kilsheimer LLP on the record in this matter.

Respectfully submitted,

DATED: May 2, 2024         **KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Hae Sung Nam*
             Hae Sung Nam

Hae Sung Nam *(pro hac vice)*
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*hnam@kaplanfox.com*

*Co-Lead Counsel for Consumer Plaintiffs*