# EXHIBIT B

LIFE HACKS

# What Is Sideloading (and Why Should You Care)?

Spoiler: It's a risky way of downloading apps.



Chances are you may have heard about the dangers of clicking on suspicious email links or entering personal info on questionable sites. But did you know that there's a sneaky security risk you might unconsciously be taking?

## What is sideloading?

While it might sound like a gnarly skateboard trick, "sideloading" is a pretty common tech practice that could inadvertently expose your device to security breaches. So what is sideloading? In basic terms, it simply refers to moving files between two devices—say, switching an MP3 from your laptop to your phone—as opposed to uploading or downloading files to and from the internet.

## Avoid uninvited guests

But when it comes to sideloaded Android apps, the definition takes a darker turn. In the world of mobile devices, sideloading means installing apps from sources outside an authorised app store. And that's where the trouble can start. Apps from Google Play, Amazon Apps or the Galaxy store have been vetted for security, but sideloaded apps from outside sources can be a little like the Wild West—unregulated and potentially hazardous. The reason? They may carry hidden malware designed to compromise your device or even your personal information.

**Always-on protection**

Block any unauthorised access to your phone's kernel in real time.

LEARN MORE ↗

## You're already protected

Before you get too worried, you should know that Samsung phones like the Galaxy A51, secured by Knox, already come with protections against malicious sideloaded Android apps in place. Out of the box, Samsung devices already block sideloaded apps, so in order to override this safety net, you would need to go into your settings and enable special app access. For older versions of Android (7 and below), be sure to check the "Unknown Sources" box in your settings (Settings > Lock Screen and Security) menu. You'll be able to load any application once it's turned on.

That said, instances that might require you to sideload an app are few and far between, so sticking with apps from approved app stores whenever possible is the best way to make every download a safe one.

For more on sideloading, visit Samsung Business Insights ↗.

## Ready for lockdown

With a security platform like Knox pre-built into devices like the Galaxy A51, your data will remain safe.



**Galaxy A51**

LEARN MORE



**Galaxy A41**

LEARN MORE

**Samsung Knox**

LEARN MORE ↗

Life Hacks    Life    Galaxy A    Tips    Digital Security

 

# Read these stories next



**LIFE HACKS**

### The things you can do with Family Hub

Make your every day a little more extraordinary with Family Hub™.



**LIFE HACKS**

### How to Adapt to the New Hybrid Work World—and Stay Sane

As you toggle between the office and WFH, here's how to establish a healthy, happy work-life balance in the New Year.



**LIFE HACKS**

### 5 Accessibility Features You Didn't Know Were in the Palm of Your Hand

Even if you're not actively managing a disability, these cool One UI 4 features can help supercharge your phone.

---

## Product & Service

- Smartphones
- Tablets
- Audio Sound
- Watches
- Smart Switch
- Mobile Accessories
- TVs
- Lifestyle TVs
- Sound Devices
- Refrigerators
- Laundry
- Cooking Appliances
- Air Solutions
- Monitors
- Memory Storage

## Shop

- All Offers
- Contract Phones
- Trade In Deals
- Samsung Upgrade Programme
- Samsung Experts – Buying Advice
- Track Your Order ↗
- Delivery and Returns
- Online Shop FAQs
- Privacy (Online Shop)
- Business Shop
- Samsung Student Store
- Key Worker Offers
- Samsung Experience Store
- Samsung KX LDN
- Explore

## Support

- Solutions, Manuals & Downloads
- Book a Repair
- Track my Repair
- Contact Us
- Warranty Information
- How to Guides
- Email CEO
- Product Registration
- Give my opinion ↗
- Safety Notice

## Account & Community

- My page
- My products
- Orders ↗
- Wishlist ↗
- Members
- Vouchers
- Community
- Samsung Rewards

## Sustainability

- Environment
- Security & Privacy
- Accessibility
- Diversity · Equity · Inclusion
- Corporate Citizenship ↗
- Corporate Sustainability ↗
- Modern Slavery Act Statement ↗
- Gender Pay Gap Reports
- Online Safety

## About Us

- Company Info
- Business Area
- Brand Identity
- Careers
- Investor Relations ↗
- Newsroom ↗
- Ethics
- Samsung Design ↗
- Tax strategy

---

Copyright© 1995-2024 Samsung. All rights reserved.



