# EXHIBIT E



# Google Security Blog

The latest news and insights from Google on security and safety on the Internet

## Piloting new ways of protecting Android users from financial fraud

February 6, 2024

Posted by Eugene Liderman, Director of Mobile Security Strategy, Google

From its founding, Android has been guided by principles of openness, transparency, safety, and choice. Android gives you the freedom to choose which device best fits your needs, while also providing the flexibility to download apps from a variety of sources, including preloaded app stores such as the Google Play Store or the Galaxy Store; third-party app stores; and direct downloads from the Internet.

Keeping users safe in an open ecosystem takes sophisticated defenses. That's why Android provides multiple layers of protections, powered by AI and backed by a large dedicated security & privacy team, to help to protect our users from security threats while continually making the platform more resilient. We also provide our users with numerous built-in protections like Google Play Protect, the world's most widely deployed threat detection service, which actively scans over 125 billion apps on devices every day to monitor for harmful behavior. That said, our data shows that a disproportionate amount of bad actors take advantage of select APIs and distribution channels in this open ecosystem.

**Elevating app security in an open ecosystem**

While users have the flexibility to download apps from many sources, the safety of an app can vary depending on the download source. Google Play, for example, carries out rigorous operational reviews to ensure app safety, including proper high-risk API use and permissions handling. Other app stores may also follow established policies and procedures that help reduce risks to users and their data. These protections often include requirements for developers to declare which permissions their apps use and how developers plan to use app data. Conversely, standalone app distribution sources like web browsers, messaging apps or file managers – which we commonly refer to as Internet-sideloading – do not offer the same rigorous requirements and operational reviews. Our data demonstrates that users who download from these sources today face unusually high security risks due to these missing protections.

We recently launched enhanced Google Play Protect real-time scanning to help better protect users against novel malicious Internet-sideloaded apps. This enhancement is designed to address malicious apps that leverage various methods, such as AI, to avoid detection. This feature, now deployed on Android devices with Google Play Services in India, Thailand, Singapore and Brazil, has already made a significant impact on user safety.

As a result of the real-time scanning enhancement, Play Protect has identified 515,000 new malicious apps and issued more than 3.1 million warnings or blocks of those apps. Play Protect is constantly improving its detection capabilities with each identified app, allowing us to strengthen our protections for the entire Android ecosystem.

**A new pilot to combat financial fraud**

Cybercriminals continue to invest in advanced financial fraud scams, costing consumers more than $1 trillion in losses. According to the 2023 Global State of Scams Report by the Global Anti-Scam Alliance, 78 percent of mobile users surveyed experienced at least one scam in the last year. Of those surveyed, 45 percent said



| 🔍 | Search blog ... |

| 🏷️ | Labels ▼ |
| 📁 | Archive ▼ |
| 📡 | Feed |

Follow @google
Follow

Give us feedback in our Product Forums.

they're experiencing more scams in the last 12 months. The Global Scam Report also found that scams were most often initiated by sending scam links via various messaging platforms to get users to install malicious apps and very often paired with a phone call posing to be from a valid entity.



Scammers frequently employ social engineering tactics to deceive mobile users. Using urgent pretenses that often involve a risk to a user's finances or an opportunity for quick wealth, cybercriminals convince users to disable security safeguards and ignore proactive warnings for potential malware, scams, and phishing. We've seen a large percentage of users ignore, or are tricked into dismissing, these proactive Android platform warnings and proceed with installing malicious apps. This can lead to users ultimately disclosing their security codes, passwords, financial information and/or transferring funds unknowingly to a fraudster.

To help better protect Android users from these financial fraud attacks, we are piloting enhanced fraud protection with Google Play Protect. As part of a continued strategic partnership with the Cyber Security Agency of Singapore (CSA), we will launch this first pilot in Singapore in the coming weeks to help keep Android users safe from mobile financial fraud.

This enhanced fraud protection will analyze and automatically block the installation of apps that may use sensitive permissions frequently abused for financial fraud when the user attempts to install the app from an Internet-sideloading source (web browsers, messaging apps or file managers). This enhancement will inspect the permissions the app declared in real-time and specifically look for four permission requests: RECEIVE_SMS, READ_SMS, BIND_Notifications, and Accessibility. These permissions are frequently abused by fraudsters to intercept one-time passwords via SMS or notifications, as well as spy on screen content. Based on our analysis of major fraud malware families that exploit these sensitive permissions, we found that over 95 percent of installations came from Internet-sideloading sources.

During the upcoming pilot, when a user in Singapore attempts to install an application from an Internet-sideloading source and any of these four permissions are declared, Play Protect will automatically block the installation with an explanation to the user.



Collaborating to combat mobile fraud

This enhanced fraud protection has undergone testing by the Singapore government

and will be rolling out to Android devices with Google Play services.

"The fight against online scams is a dynamic one. As cybercriminals refine their methods, we must collaborate and innovate to stay ahead, " said Mr Chua Kuan Seah, Deputy Chief Executive of CSA. "Through such partnerships with technology players like Google, we are constantly improving our anti-scam defenses to protect Singaporeans online and safeguard their digital assets."

Together with CSA, we will be closely monitoring the results of the pilot program to assess its impact and make adjustments as needed. We will also support CSA by continuing to assist with malware detection and analysis, sharing malware insights and techniques, and creating user and developer education resources.

How developers can prepare

For developers distributing apps that may be affected by this pilot, please take the time to review the device permissions your app is requesting and ensure you're following developer best practices. Your app should only request permissions that the app needs to complete an action and ensure it does not violate the Mobile Unwanted Software principles. Always ensure that your app does not engage in behavior that could be considered potentially harmful or malware.

If you find that your app is affected by the app protection pilot you can refer to our updated developer guidance for Play Protect warnings for tips on how to help fix potential issues with your app and instructions for filing an appeal if needed.

Check out the video below to learn more.



Our commitment to protecting Android users

We believe industry collaboration is essential to protect users from mobile security threats and fraud. Piloting these new protections will help us stay ahead of new attacks and evolve our solutions to defeat scammers and their expanding fraud attempt. We have an unwavering commitment to protecting our users around the world and look forward to continuing to partner with governments, ecosystem partners and other stakeholders to improve user protections.

Labels: android, android security

No comments :

Post a Comment


