# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    ----------------------------------------------------x
 5    IN RE GOOGLE PLAY STORE              Case No.
      ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
 7    THIS DOCUMENT RELATES TO:
 8    Epic Games Inc. v. Google LLC, et al.,
      Case No: 3:20-cv-05671-JD
 9
      In re Google Play Consumer
10    Antitrust Litigation,
      Case No: 3:20-cv-05761-JD
11
      In re Google Play Developer
12    Antitrust Litigation,
      Case No: 3:20-cv-05792-JD
13
14    State of Utah, et al.,
      v. Google LLC, et al.,
15    Case No: 3:21-cv-05227-JD
16    ----------------------------------------------------x
17
18        *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
19
20               VIDEOTAPED DEPOSITION OF
21                    PAUL BANKHEAD
22                Wednesday, May 11, 2022
23
24    Reported By: Lynne Ledanois, CSR 6811
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   ---------------------------------------------------x
 5   IN RE GOOGLE PLAY STORE                 Case No.
     ANTITRUST LITIGATION                    3:21-md-02981-JD
 6
 7   THIS DOCUMENT RELATES TO:
 8   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al.,
     v. Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
16   ---------------------------------------------------x
17
18           Videotaped deposition of PAUL BANKHEAD,
19   taken at MORGAN LEWIS & BOCKIUS, 1400 Page Mill
20   Road, Palo Alto, California, commencing at
21   9:04 a.m., on Wednesday, May 11, 2022, before Lynne
22   Ledanois, Certified Shorthand Reporter No. 6811.
23
24
25
```

```
 1                    APPEARANCES
 2   Counsel for Plaintiff Epic Games, Inc. in:
 3   Epic Games, Inc. v Google LLC, et al:
 4            CRAVATH, SWAINE & MOORE LLP
 5            BY: YONATAN EVEN
 6                ELIZABETH SHEREFF
 7            Attorneys at Law
 8            825 Eighth Avenue
 9            New York, New York 10019
10            yeven@cravath.com
11            eshereff@cravath.com
12
13   Counsel for the Proposed Class In re: Google
14   Play Developer Antitrust Litigation and Pure
15   Sweat Basketball, Inc:
16            HAGENS BERMAN SOBOL SHAPIRO LLP
17            BY: TED WOJCIK
18            Attorney at Law
19            1301 Second Avenue
20            Suite 2000
21            Seattle, Washington 98101
22            tedw@hbsslaw.com
23
24
25   ///
```

Page 4

```
 1                    APPEARANCES
 2
 3   Counsel for the Consumer Plaintiffs In re:
 4   Google Play Consumer Antitrust Litigation:
 5           KAPLAN FOX & KILSHEIMER LLP
 6           BY: HAE SUNG NAM
 7               AARON SCHWARTZ
 8           Attorneys at Law
 9           850 Third Avenue
10           New York, New York 10022
11           hnam@kaplanfox.com
12           Aschwartz@kaplanfox.com
13
14   Counsel for Google LLC, et al:
15           MUNGER TOLLES & OLSON LLP
16           BY: JONATHAN KRAVIS
17               DANE P. SHIKMAN
18           Attorneys at Law
19           601 Massachusetts Avenue NW
20           Suite 500E
21           Washington, DC 20001
22           jonathan.kravis@mto.com
23           dane.shikman@mto.com
24
25   ///
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 5

1                    APPEARANCES
2
3    Counsel for District of Columbia:
4            OFFICE OF THE ATTORNEY GENERAL
5            BY: ADAM GITLIN
6            Attorney at Law
7            400 6th Street, NW
8            Suite 10100
9            Washington, DC 20001
10           adam.gitlin@dc.gov
11
12   Counsel for State of Utah:
13           LIEFF CABRASER HEIMANN & BERNSTEIN LLP
14           BY: BRENDAN GLACKIN
15           275 Battery Street
16           29th Floor
17           San Francisco
18           bglackin@agutah.gov
19
20   ALSO PRESENT:
21   Cyril Suszckiewicz, Videographer
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 121

1  BY MS. NAM:
2      Q    Is it your understanding that Facebook
3  used that product AlleyOop?
4      A    I believe they used it on a trial basis.
5      Q    Do you know if other applications used
6  AlleyOop besides Facebook?
7      A    I believe there was a small list of kind
8  of -- it was a beta product, there was a small list of
9  developers that tried it.
10     Q    Okay.  Do you recall who those developers
11 were?
12     A    I believe Pinterest and Twitter and some
13 others, but the others have left my memory.
14     Q    Do you have an understanding as to why
15 Google offered these products to those applications?
16     A    I believe they asked for it.
17     Q    If you take a look at the document at the
18 page Bates stamped 412.
19     A    Yes.
20     Q    And if you look at Mr. Petrillo's email
21 sent at 8:01 a.m.
22     A    Yes.
23     Q    Who is Mr. Petrillo?
24     A    Mr. Petrillo was a member of a business
25 strategy team in Google Play.

Page 134

1   by the court reporter.)
2   BY MS. NAM:
3        Q    I'll represent to you this is a document
4   that was found in your files.
5        A    Okay.
6        Q    Do you recognize this document at all?
7        A    Vaguely.
8        Q    What do you recognize about this document?
9        A    The concepts in it.
10       Q    Can you explain the concepts in it that
11  you recognize?
12       A    It looks like a program describing the thing
13  called the -- internally was called AlleyOop.
14       Q    So the Google Play app access program
15  addendum is referring to the AlleyOop product?
16       A    Yes.
17       Q    And if you take a look at the program
18  description, it says, "Google is offering a beta
19  group of publisher partners the opportunity to
20  participate in the program."
21            Do you see that?
22       A    Yes.
23       Q    What is a publisher partner?
24       A    A publisher is another word for an app
25  developer.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 135

1    Q    Okay.  Were there certain types of app
2  developers that Google was offering this program to?
3    A    I don't remember the criteria we used to
4  select who was in the program.
5    Q    Was it social platforms?
6    A    I don't recall that being a criteria.
7    Q    So if you go down to Part 3.
8    A    Eligibility requirements?
9    Q    Eligibility requirements.  "In order to
10 participate in the program, publisher must meet the
11 following eligibility requirements:  A, during the
12 term, publisher must be in compliance and maintain
13 compliance with the Google Play developer program
14 policies."
15   A    Yep.
16   Q    "And the DDA and all applications
17 distributed through Google Play in all territories."
18 Right?
19   A    Yes.
20   Q    "B, Publisher must not distribute other
21 than pre-installed APKs or update any first-party or
22 any third-party APKs by any mechanism other than
23 Google Play in any application in all territories."
24        Do you see that?
25   A    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 218

1      I, LYNNE M. LEDANOIS, a Certified
2  Shorthand Reporter of the State of California, do
3  hereby certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that a record of the proceedings was made by me
7  using machine shorthand which was thereafter
8  transcribed under my direction; that the foregoing
9  transcript is a true record of the testimony given.
10     Further, that if the foregoing pertains to
11  the original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [X] was [ ] wasn't requested.
14     I further certify I am neither financially
15  interested in the action nor a relative or employee
16  of any attorney or party to this action.
17     IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19
20  Dated: May 12, 2022.

_____

LYNNE MARIE LEDANOIS
CSR No. 6811

```
                                                            Page 221
 1    In Re Google Play Store Antitrust Litigation
 2    5/11/2022 - Paul Bankhead (#5122889)
 3                  ACKNOWLEDGEMENT OF DEPONENT
 4        I, Paul Bankhead, do hereby declare that I
 5    have read the foregoing transcript, I have made any
 6    corrections, additions, or changes I deemed necessary as
 7    noted above to be appended hereto, and that the same is
 8    a true, correct and complete transcript of the testimony
 9    given by me.
10
11    _____     _____
12    Paul Bankhead                       Date
13    *If notary is required
14                   SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                   _____ DAY OF _____, 20___.
16
17
18                          _____
19                   NOTARY PUBLIC
20
21
22
23
24
25
```