# EXHIBIT 9

# (4) Epic Games Store on X: "We're coming to iOS and Android! Same fair terms, available to all developers, on a true multi-platform store – with amazing games for everyone. https://t.co/TUKIF8PI8A" / X

twitter.com/EpicGames/status/1770500825166545305

To view keyboard shortcuts, press question mark

View keyboard shortcuts

## Messages

## Post

↑
See new posts

## Conversation

Epic Games Store

@EpicGames

...

We're coming to iOS and Android! Same fair terms, available to all developers, on a true multi-platform store – with amazing games for everyone.



10:21 AM · Mar 20, 2024

.

1.1M

Views

711

1.5K

7.3K

520

Reply



Such a shame you couldn't have just sued without having to break the rules so Fortnite could have lived on iOS during all of this nonsense.

14

♺
6

♡
96

📊
26K

🔖
⤴



SmollTeen

@SmollTeen

.

Apr 8
…
@pikaso_me
Screenshot this
💬
1

♺

♡

📊
720

🔖
⤴



Pikaso


@pikaso_me

.

Apr 8

...

Enjoy your screenshot and... Get 10 stickers for $1: https://stickermule.com/pikaso





659



Motomotonap

@motomotonap

4/7

.

Mar 20
...

Is it already available or is it just an advertisement?

6

32

25K

Charles

@char1escc

.

Mar 20
...

It's steam vs Epic games store all over again. Consumers will be hurt most. Exclusive games on a worse store which cant implement a review page after 3 years of launch

5

26

9.7K



@cryptofyre

.

Mar 20
...

Nah, you can keep it. Not interested.

4

30

11K





Relevant people



A curated digital storefront for PC and Mac, designed with both players and creators in mind. Focusing on great games and a fair deal for game developers.

## Trending now

What's happening



Stagecoach 2024

Music Festival

.

Last night

Sports · Trending

Stearns

...
Music · Trending

Davido

Trending with <u>Burna</u>, <u>Abeg</u>
...
Entertainment · Trending

Vanessa Hudgens

...
Sports · Trending

Michael Gallup

...
<u>Show more</u>