# EXHIBIT 17

# Enrolling in the user choice billing pilot

support.google.com/googleplay/android-developer/answer/12570971

Starting on **March 13, 2024**, developers offering alternative billing as part of the user choice billing pilot must use the alternative billing APIs. See details below and visit our alternative billing API integration guide to get started.

This pilot is designed to test offering an alternative billing option next to Google Play's billing system and to help us explore offering this choice to users. We are looking to gain feedback in different markets and ensure we can maintain a positive user experience. Service fees, which support our investments in Play and Android, will continue to apply, and developers must pay Google the applicable service fees.

Developers who meet the below eligibility and requirements may join the pilot.

## Eligibility

In order to be eligible for this pilot:

- Your app must be:
    - An app or game across any form factors offering user choice billing to users in the EEA; or
    - A non-gaming mobile or tablet app with users in all other locations listed above.
- Developer must be a registered business.

## Requirements

Developers participating in this pilot must comply with the following requirements:

1. Only offer user choice billing to eligible users in announced pilot markets, currently:
    - European Economic Area (EEA) countries
    - Australia
    - Brazil
    - Indonesia
    - Japan
    - South Africa
    - United States
2. Only offer alternative billing systems within the app.
3. Comply with the Payment Card Industry Data Security Standard (PCI-DSS) (if handling credit and debit card data).

4. Provide customer support for users of the alternative billing system (including any products sold using the alternative billing system), and the alternative billing system must provide a process to dispute unauthorized transactions.
5. Pay Google the applicable service fees. When a consumer purchases through an alternative billing system, the standard service fee the developer pays will be reduced by 4%.
6. Integrate the alternative billing APIs, which streamline implementing user experience requirements and reporting. Developers not yet ready to integrate the alternative billing APIs have the option to manually implement the user choice screen and report transactions until **March 13, 2024**.
7. Prior to integrating with the alternative billing APIs, developers are required to follow our interim user experience guidelines to maintain a consistent user experience and help users make an informed decision.
8. Notify us in advance of intended changes to your app enrollment preferences, such as disabling or enabling user choice billing in a particular app or eligible market. For more details on how to submit changes, visit our FAQ.

Please note that eligibility and requirements are subject to change and we expect the pilot details to continue to evolve as we learn more and receive additional feedback.

## Integrating with alternative billing APIs

If you would like to offer user choice billing and will be using the alternative billing APIs from the date of your offering, you must complete the following steps:

1. Review the requirements on this page to determine if your app(s) meets the eligibility criteria.
2. Complete the billing declaration form, accept the Terms of Service, and complete any onboarding steps required to enroll in the program through Google's support team (for example, set up a payments profile as required).
3. Complete the integration of the alternative billing APIs as described in this API integration guide.
4. Manage your Play Console alternative billing settings to opt in/out each of your apps, upload payment method logos, and subscription management URLs.
5. Report to Google Play all authorized transactions from users in pilot markets within 24 hours using alternative billing APIs.
6. For any active subscriptions that started while you were offering alternative billing without automation, you will be required to migrate these subscriptions through the ExternalTransactions API prior to reporting the recurring transactions through the API. This one-time migration must be done prior to the **March 13, 2024**, alternative billing API migration deadline. For more details, visit our FAQ.

If you are already participating in the program and are migrating over to the alternative billing APIs, you can skip the steps 1 and 2 above. Once you complete the steps outlined above and start reporting transactions using the API, you no longer need to send transactions manually.

## Integrating without automation

If you would like to offer user choice billing but are not yet ready to integrate with the alternative billing APIs, you must complete the following steps for manual enrollment:

1. Review the requirements on this page to determine if your app(s) meets the eligibility criteria.
2. Complete the billing declaration form, accept the Terms of Service, and complete any onboarding steps required to enroll in the program through Google's support team (for example, set up a payments profile as required).
3. Identify the apps and eligible markets in which you will be offering user choice billing using the enrollment form that will be emailed to you after you complete the billing declaration form.
4. Follow the requirements as described on this page.
5. Account for and report to Google Play the amount of all paid transactions from the alternative billing system for invoicing. Instructions for monthly reporting will be provided to developers who complete the declaration form and complete their onboarding for the pilot.
6. Before the migration deadline, integrate with alternative billing APIs, migrate any active subscriptions that started while you were offering alternative billing without automation, and update your alternative billing settings in Play Console. Once you migrate active subscriptions and start reporting transactions using the APIs, you no longer need to send transactions manually. This one-time migration must be done prior to the **March 13, 2024**, alternative billing API migration deadline. For more details, visit our FAQ.

If you have any additional questions, you can contact our support team here.

Open declaration form

## Frequently asked questions

Why is Google Play's billing system required alongside the alternative billing system for this pilot?

Why are you still requiring a service fee?

Why are game developers only eligible in the EEA?

Which countries make up the European Economic Area (EEA)?

For which types of products can I offer user choice billing?

Can I offer Google Play's billing system in some markets, while offering user choice billing in other markets?

Can I participate in the user choice billing pilot and the alternative billing without user choice billing program announced in compliance with the recently passed Digital Markets Act (DMA) for users in the EEA?

I've already enrolled in the EEA program for alternative billing without user choice. Do I need to sign up again to participate in the user choice billing pilot?

How do I submit transactions made through an alternative billing system?

I've submitted the app package enrollment form to identify which markets I will be using user choice billing for my app. How can I notify Google of any changes to my app package enrollment selections?

Does this program allow links for digital content purchases for users?

Am I required to offer user choice billing?

Is alternate billing still available in South Korea?

If I am planning to offer user choice billing, or have already done so, by when do I need to meet the user experience requirements outlined on this page?

Is alternative billing still available in India?

My app is enrolled in the user choice billing pilot for Indian users. Do I need to sign up again to participate in the India program for alternative billing?

I've already enrolled in the pilot for my non-gaming apps, do I need to sign up again for my gaming app to participate in the user choice billing pilot in the EEA?

How do I integrate with the alternative billing APIs for form factors beyond mobile and tablet when offering user choice billing to users in the EEA?

What benefits do the alternative billing APIs provide? Can I integrate with the alternative billing APIs for rendering the user choice screen before using the APIs to report transactions?

Where can I learn more about how to integrate with alternative billing APIs

I am already participating in user choice billing, what do I need to do to transition to using the alternative billing APIs?

How do I report recurring transactions through alternative billing APIs for active subscriptions that started when I was offering alternative billing without automation?