# EXHIBIT 23

VOLUME 5

Pages 1053 - 1318

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,              )
                               )
        Plaintiff,             )   NO. C-20-5640 YGR
                               )
   vs.                         )   Friday, May 7, 2021
                               )
APPLE, INC.,                   )   Oakland, California
                               )
        Defendant.             )   BENCH TRIAL
_____)
APPLE, INC.,                   )
                               )
        Counterclaimant,       )
   vs.                         )
                               )
EPIC GAMES, Inc.,              )
                               )
        Counter-Defendant.     )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                       825 Eighth Avenue
                       New York, New York 10019
                  BY:  **KATHERINE B. FORREST, ESQUIRE**
                       **GARY A. BORNSTEIN, ESQUIRE**
                       **YONATAN EVEN, ESQUIRE**

(Appearances continued.)

Reported By:           Diane E. Skillman, CSR 4909, RPR, FCRR
                       Official Court Reporter
     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
 1    For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                             825 Eighth Avenue
 2                           New York, New York 10019
                         BY: LAUREN A. MOSKOWITZ, ESQUIRE
 3                           JUSTIN C. CLARKE, ESQUIRE
                             W. WES EARNHARDT, ESQUIRE
 4                           BRENDAN BLAKE, ESQUIRE
                             JIN NIU, ESQUIRE
 5

 6    For Defendant:         GIBSON, DUNN & CRUTCHER
                             333 South Grand Avenue
 7                           Los Angeles, California 90071
                         BY: RICHARD J. DOREN, ESQUIRE
 8                           DAN SWANSON, ESQUIRE
                             CYNTHIA RICHMAN, ESQUIRE
 9                           RACHEL BRASS, ESQUIRE

10                           GIBSON, DUNN & CRUTCHER, LLP
                             2001 Ross Avenue, Suite 1100
11                           Dallas, Texas 75201
                         BY: VERONICA S. MOYE, ESQUIRE
12
                             PAUL WEISS RIFKIND
13                           WHARTON & GARRISON LLP
                             2001 K STREET, NW
14                           Washington, DC 20006
                         BY: KAREN DUNN, ESQUIRE
15                           JESSICA E. PHILLIPS, ESQUIRE

16

17    For Defendant:         PAUL WEISS RIFKIND
                             WHARTON & GARRISON LLP
18                           943 Steiner Street
                             San Francisco, California 94117
19                       BY: MEREDITH DEARBORN, ESQUIRE

20

21

22

23

24

25
```

| | **Plaintiff's Witnesses:** | **Page** | **VOL.** |
|---|---|---|---|
| 1 | | | |
| 2 | **Kosmynka, Trystan** | | |
| 3 | Cross-examination (resumed) by Ms. Moye | 1070 | 5 |
| 4 | Redirect Examination by Ms. Miskowitz | 1125 | 5 |
| 5 | Recross-Examination by Ms. Moye | 1179 | 5 |
| 6 | Further Redirect Examination by Ms. Miskowitz | 1192 | 5 |
| 7 | | | |
| 8 | **Allison, Steven** | | |
| 9 | Direct Examination by Mr. Clarke | 1194 | 5 |
| 10 | Cross-Examination by Ms. Dunn | 1235 | 5 |
| 11 | Redirect Examination by Mr. Clarke | 1274 | 5 |
| 12 | Recross-Examination by Ms. Dunn | 1280 | 5 |
| 13 | Further Redirect Examination by Mr. Clarke | 1284 | 5 |
| 14 | | | |
| 15 | **Weissinger, Matthew** | | |
| 16 | Direct Examination by Ms. Moskowitz | 1286 | 5 |
| 17 | | | |

| | **Plaintiff's Exhibits:** | **EVD.** | **VOL.** |
|---|---|---|---|
| 18 | | | |
| 19 | 0131 | 1170 | 5 |
| 20 | 0315 | 1179 | 5 |
| 21 | 0326 | 1136 | 5 |
| 22 | 0335 | 1122 | 5 |
| 23 | 0364 | 1164 | 5 |
| 24 | 0365 | 1168 | 5 |
| 25 | 0371 | 1163 | 5 |

| | | |
|---|---|---|
| 1 | Q. | You're aware of that? |
| 2 | A. | I am. |
| 3 | Q. | And you're aware that Itch.io is a third-party app store? |
| 4 | A. | I am. |
| 5 | Q. | And the Court has also heard that Itch.io was added |
| 6 | | without reviewing all the games. You're aware of that? |
| 7 | A. | Yes. |
| 8 | Q. | And are you aware, sir, that Itch.io includes so-called |
| 9 | | adult games such as a game called *Sisterly Lust*? Are you |
| 10 | | aware of that? |
| 11 | A. | I am not. |
| 12 | Q. | And you may not be aware, then, that the description of |
| 13 | | that game includes a list of fetishes which include many words |
| 14 | | that are not appropriate for us to speak in federal court. |
| 15 | A. | Okay. |
| 16 | Q. | Are you aware that? |
| 17 | A. | I am not. |
| 18 | Q. | And the list goes on. There are many games on Itch.io. I |
| 19 | | won't even read the names out loud. |
| 20 | A. | Okay. |
| 21 | Q. | But they are both offensive and sexualized. You're not |
| 22 | | aware of that? |
| 23 | A. | Itch.io is an app store that is not the Epic Games Store. |
| 24 | | We are not distributing -- Itch is distributing Itch.io's |
| 25 | | games. Epic is only distributing the app store Itch.io. |

```
 1    Q.   And Itch.io is now available as an app on the Epic Games
 2    Store; correct?
 3    A.   Correct.
 4    Q.   And those apps in Itch.io have not gone through any review
 5    process whatsoever; correct?
 6    A.   They are subject to whatever process Itch.io puts in front
 7    of their developers.
 8    Q.   Right.  So Epic Games, your store, is on the hook for
 9    whatever process Itch.io put in place to review these games
10    that are so offensive we cannot speak about them here;
11    correct?
12    A.   I disagree with that statement.
13              THE COURT:   Okay.  So can you or can you not access
14    those apps through your app store?
15              THE WITNESS:   You cannot access those apps through
16    the Epic Games Store, no.  You can access those apps through
17    their application which that is what we are -- we are
18    downloading Itch.io, which is an app store.  You have to have
19    your own account with you them and you use their store and you
20    are subject to their end user agreement.
21              THE COURT:   So if I have a phone and your app store
22    was on that phone, you would -- that other store could be
23    downloaded which has all of this offensive material?
24              THE WITNESS:   Not on your phone.  It could be -- the
25    app could be downloaded onto your PC and you could access
```

## CERTIFICATE OF REPORTERS

We, Diane E. Skillman and Pamela Hebel, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

_____/S/DIANE E. SKILLMAN_____
Diane E. Skillman, CSR, RPR, FCRR

_____/S/ PAMELA HEBEL_____
Pamela Hebel, CSR, RMR, FCRR

SUNDAY, MAY 9, 2021