HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640

HUESTON HENNIGAN LLP
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Christine Woodin, State Bar No. 295023
cwoodin@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340

Attorneys for Non-Parties Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT IS RELATED TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING NON-PARTIES MATCH GROUP, LLC; HUMOR RAINBOW, INC.; PLENTYOFFISHMEDIA ULC; AND PEOPLE MEDIA, INC.'S STATEMENT IN SUPPORT OF SEALING**<br><br>Judge: Hon. James Donato |
|---|---|

Having considered Non-Parties Match Group, LLC's, Humor Rainbow, Inc.'s, PlentyofFish Media ULC's, and People Media, Inc.'s (collectively, the "Match Parties") Statement in Support Statement in Support of Sealing Confidential Information pursuant to Civil Local Rule 79-5(f) and the Declaration of Ian Purves ("Purves Decl."), and any materials submitted in support or in opposition thereto, pursuant to Local Rules 7-11 and 79-5; IT IS HEREBY ORDERED that the following materials shall be filed under seal:

| Document Name | Location of Designated Information |
|---|---|
| Exhibit 19 to Declaration of Dane Shikman in Support of Google's Objections to Epic's Proposed Injunction [Dkt. 960-1] | Exhibit in Entirety |
| Statement of Dr. Gregory Leonard in Support of Google's Objections to Epic's Proposed Injunction [Dkt. 960-4] | Paragraph 32 (between "ranged between" and "over the period"); Footnote 43 (between "processing cost of" and "from 2015-2021") |

**IT IS SO ORDERED.**

Dated: _____

                                          Hon. James Donato
                                        United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING MATCH NON-PARTIES' STATEMENT IN SUPPPORT OF SEALING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

6660637