IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et. al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:21-md-02981-JD |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Scott R. Ryther hereby withdraws as attorney of record for Plaintiff State of Utah in the above-captioned matter. Plaintiff State of Utah will continue to be represented by Marie W.L. Martin who has filed an appearance in this matter.

Dated: May 12, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Scott R. Ryther*
　　　　　　　　　　　　　　　　　　　　Scott R. Ryther

　　　　　　　　　　　　　　　　　　　　Utah Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　160 E. 300 South, Fifth Floor
　　　　　　　　　　　　　　　　　　　　Salt Lake City, UT  84114
　　　　　　　　　　　　　　　　　　　　Telephone: (385) 881-3742
　　　　　　　　　　　　　　　　　　　　sryther@agutah.gov