| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>Neal Kumar Katyal, *pro hac vice*<br>neal.katyal@hoganlovells.com<br>Jessica L. Ellsworth, *pro hac vice*<br>jessica.ellsworth@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>555 13th St. NW<br>Washington, D.C. 20001<br>Telephone: (202) 637-5600<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br><br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Dane P. Shikman, S.B. #313656<br>dane.shikman@mto.com<br>Rebecca L. Sciarrino, S.B. #336729<br>rebecca.sciarrino@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE<br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF GOOGLE'S PROFFER REGARDING EPIC'S PROPOSED REMEDIES**<br><br>Judge: Hon. James Donato<br><br>**PUBLIC REDACTED VERSION** |

# DECLARATION OF CHRISTIAN CRAMER

1. I am currently the Finance Director for Android Ecosystem (which includes Google Play) for Defendant Google LLC (along with Google-affiliated entities, "Google"). I have been employed by Google since September 2007 and have held my current position since February 2024. Prior to my current position, from late 2020 to February 2024, I was the Finance Director for Google Play. Before that, I was the Finance Director for Platforms and Ecosystems ("P&E") (which at the time included Google Play), from March 2017 to late 2020. Over the course of my employment at Google, I have acquired personal knowledge of Google's practices and procedures concerning the maintenance of the confidentiality of its strategic, business, and marketing information.

2. The facts set forth here are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge of Google's policies, the materials provided to me and reviewed by me, and/or conversations with other knowledgeable Google employees. If called upon as a witness in this action, I could and would testify from my personal knowledge and knowledge acquired from sources with factual foundation.

## Process and Assumptions

3. I have been asked to estimate approximate costs for the commitment of certain Google resources, in the event that the Court were to order Google to undertake work to implement certain remedial measures proposed by Epic in *Epic Games v. Google.*

4. Below is a chart for each of three projects identified in declarations accompanying Google's submission. The first is called "Catalog Access," the second is called "Library Porting," and the third is "Play Distribution of Third-Party Stores." I do not have background knowledge about the nature of these specific projects. Instead, I have simply applied Google's rate cards and standard cost information, of which I am personally familiar, to the specific categories of resources and Full Time Equivalents ("FTEs") reflected in the declarations of Vitor Baccetti and Edward Cunningham.

5. For each chart, the information in columns A and B come directly from the declarations of Mr. Baccetti and Mr. Cunningham. I have used our rate cards and standard cost

information to populate column C with cost-per-year information, and have included Total figure ranges in column D.  For each row, the Total figure (column D) represents the cost per year as a range (column C) multiplied by the duration required (column B).  I have also include rows to sum up total figures for the various categories identified in the declarations.

6. I have applied several assumptions for the purpose of generating cost-per-year in column C.

7. First, I do not know what level or seniority each individual FTE would be for each project (e.g., a senior, mid-level, or junior level), so I have assumed an average salary for the given role based on the average employee level in the organization, unless otherwise specified as a "senior" resource.

8. Second, I do not know where the FTE employee would be located, but I assume it will be in the United States, and have applied a high-low range to account for different average FTE costs in different U.S. regions.

9. Third, new Google employees may be eligible for additional compensation in the form of equity awards that have yet to vest, so to be conservative in this estimate I am not applying any additional premium to these figures to account for such potential equity awards

10. Fourth, the rates are the "All-In" cost for an employee, this includes salary, bonus, benefits, office space, and IT equipment.

11. Finally, having reviewed the portion of the declaration of Mr. Baccetti relating to costs and timelines, I understand from paragraph 35 of his declaration that he has noted that it would be the Play team's practice to consider an additional cost buffer of 20-30% for work of the type contemplated in his declaration.  The cost calculation with that additional amount considered, 20-30%, is also reflected below.

**Catalog Access**

12. The below reflects costs associated with the resource commitments in Mr. Baccetti's declaration, paragraph 33, adding columns C and D as well as the additional summation rows for the total and aggregate costs and the rows representing the buffer that Mr. Baccetti includes.

| A | B | C | D |
|---|---|---|---|
| **Resources / FTEs** | **Duration Required** | **$ Per Year (Range)** | **Total $ For Duration (Range)** |
| *Initial Scoping & Design* | | | |
| 1 Program Manager (PM) | 3 months | ■ | ■ |
| 1 Senior Software Engineer (SWE) | 3 months | ■ | ■ |
| *Implementation & Launch* | | | |
| 1 PM | 6-9 months | ■ | ■ |
| 6 SWE | 6-9 months | ■ | ■ |
| 2 SWE Eng Prod | 6-9 months | ■ | ■ |
| 1 Technical Program Manager (TPM) | 6-9 months | ■ | ■ |
| 1 Tech Writer (TW) | 6-9 months | ■ | ■ |
| 1 Legal Counsel | 6-9 months | ■ | ■ |
| 2 XFN (Policy, Program Manager) | 6-9 months | ■ | ■ |
| 1 PM | 6-9 months | ■ | ■ |
| 1 SWE | 6-9 months | ■ | ■ |
| 1 PM | 6-9 months | ■ | ■ |
| 5 SWE | 6-9 months | ■ | ■ |
| 1 SWE Eng Prod | 6-9 months | ■ | ■ |
| 1 UX Designer | 6-9 months | ■ | ■ |
| 1 TPM | 6-9 months | ■ | ■ |
| 2 Business Dev Managers | 6-9 months | ■ | ■ |
| *Mechanism for More Frequent Updates* | | | |
| 7 SWE | 6-9 months | ■ | ■ |
| 2 SWE Eng Prod | 6-9 months | ■ | ■ |
| 1 TPM | 6-9 months | ■ | ■ |

CRAMER DECLARATION ISO OF GOOGLE'S PROFFER RE EPIC'S PROPOSED REMEDIES
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

| Onboarding of Stores | | | | |
|---|---|---|---|---|
| 3 Technical Solutions Consultant/Engineer (TSC/TSE) | 3 months | ██████ | ██████ | |
| 1 TPM | 3 months | ██████ | ██████ | |
| **Build & Implement Charging Model** | | | | |
| 7 SWE | 6-9 months | ██████ | ██████ | |
| 4 SWE | 6-9 months | ██████ | ██████ | |
| 1 TPM | 6-9 months | ██████ | ██████ | |
| 1 PM | 6-9 months | ██████ | ██████ | |
| 2 Finance | 6-9 months | ██████ | ██████ | |
| 2 Tax | 6-9 months | ██████ | ██████ | |
| 2 Legal Counsel | 6-9 months | ██████ | ██████ | |
| **Policy Enforcement** | | | | |
| 2 SWE | 6 months | ██████ | ██████ | |
| | | **Estimated Build Cost:** | 13.6M-23.7M | |
| **Ongoing Maintenance & Policy Enforcement Support** | | | | |
| 2 Software Reliability Engineer (SRE) | 2-6 years | ██████ | ██████ | |
| 3 SWE | 2-6 years | ██████ | ██████ | |
| 1 SWE Eng | 2-6 years | ██████ | ██████ | |
| 2 Trust & Safety (T&S) | 2-6 years | ██████ | ██████ | |
| | | **Estimated Maintenance Cost:** | 7.5M - 27M | |
| | | **Aggregate Build & Maintenance Total Cost** | 21.1M-50.7M | |
| | | **Aggregate + 20%** | 25.4M-60.8M | |
| | | **Aggregate + 30%** | 27.5M-65.9M | |

-4-

CRAMER DECLARATION ISO OF GOOGLE'S PROFFER RE EPIC'S PROPOSED REMEDIES
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

### Library Porting

13. The below reflects costs associated with the resource commitments in Mr. Cunningham's declaration, paragraph 40, adding columns C and D as well as the additional summation rows for the total and aggregate costs.

| A | B | C | D |
|---|---|---|---|
| Resources / FTEs | Duration Required | $ Per Year (Range) | Total $ For Duration (Range) |
| Solution Build | | | |
| 2 software engineers | 1 year | ■ | ■ |
| 1 user experience designer | 3 months | ■ | ■ |
| 1 user experience researcher | 2 months | ■ | ■ |
| 1 product manager | 6 months | ■ | ■ |
| 1 developer relations engineer | 1 month | ■ | ■ |
| 1 technical solutions consultant | 3 months | ■ | ■ |
| | | **Estimated Build Cost** | 1.5M-1.8M |
| Ongoing Maintenance & Support | | | |
| 1 software engineer | 2 mos./yr (2-6 years) | ■ | ■ |
| | | **Estimated Maintenance Cost** | 157K-563K |
| | | **Aggregate Build & Maintenance Cost** | 1.7M-2.4M |

### Play Distribution of Third-Party Stores

14. The below reflects costs associated with the resource commitments in Mr. Baccetti's declaration, paragraph 43, adding columns C and D as well as the additional summation rows for the total and aggregate costs and the rows representing the buffer that Mr. Baccetti includes.

|   | A | B | C | D |
|---|---|---|---|---|
|   | **Resources / FTEs** | **Duration Required** | **$ Per Year (Range)** | **Total $ For Duration (Range)** |
|   | *Initial Scoping & Design* | | | |
| 5 | 1 PM | 3 months | ■ | ■ |
| 6 | 1 PM | 3 months | ■ | ■ |
| 7 | 1 TPM | 3 months | ■ | ■ |
| 8 | 1 Senior SWE | 3 months | ■ | ■ |
| 9 | 1 Senior SWE | 3 months | ■ | ■ |
| 10 | 1 Legal Counsel | 3 months | ■ | ■ |
| 11 | 1 Policy FTE | 3 months | ■ | ■ |
|   | *Implementation & Launch - Play Console* | | | |
| 13 | 1 PM | 9 months | ■ | ■ |
| 14 | 4 SWE | 6-9 months | ■ | ■ |
| 15 | 1 SWE Eng Prod | 6 months | ■ | ■ |
| 16 | 1 UX Designer | 6 months | ■ | ■ |
| 17 | 1 TPM | 9 months | ■ | ■ |
| 18 | 1 Legal Counsel | 6-9 months | ■ | ■ |
|   | *Implementation & Launch - Play Store Client* | | | |
| 20 | 1 PM | 9 months | ■ | ■ |
| 21 | 6 SWE | 6-9 months | ■ | ■ |
| 22 | 1 SWE Eng Prod | 6 months | ■ | ■ |
| 23 | 1 UX Designer | 6 months | ■ | ■ |
| 24 | 1 UX Researcher | 6 months | ■ | ■ |
| 25 | 1 TPM | 9 months | ■ | ■ |
| 26 | 1 Legal Counsel | 6-9 months | ■ | ■ |
|   | *Implementation & Launch - Install APIs* | | | |

| | | | | |
|---|---|---|---|---|
| 1 PM | 6 months | ■ | ■ |
| 2 SWE | 6 months | ■ | ■ |
| 1 SWE Eng Prod | 6 months | ■ | ■ |
| **Policy Design & Launch** | | | | |
| 1 Policy FTE | 9 months | ■ | ■ |
| 1 PM | 9 months | ■ | ■ |
| 3 SWE | 9 months | ■ | ■ |
| 1 PgM | 9 months | ■ | ■ |
| 1 Legal Counsel | 9 months | ■ | ■ |
| 1 XFN (Government Affairs and Public Policy) | 9 months | ■ | ■ |
| 1 Ops FTE | 9 months | ■ | ■ |
| **App Store Review Program Launch** | | | | |
| 3 PgM | 9 months | ■ | ■ |
| 3 TSC | 9 months | ■ | ■ |
| 8 T&S | 9 months | ■ | ■ |
| 4 TVC (Temporary Vendor Contractor) | 9 months | ■ | ■ |
| | | **Estimated Build Cost** | **15.1M-18.5M** |
| **Ongoing Maintenance - Engineering Support** | | | | |
| 2 SWE | 2-6 years | ■ | ■ |
| 1 PM | 2-6 years | ■ | ■ |
| 1 SWE Eng Prod | 2-6 years | ■ | ■ |
| **Ongoing Maintenance - App Store Review Program Support** | | | | |
| 1 PgM | 2-6 years | ■ | ■ |
| 1 T&S | 2-6 years | ■ | ■ |
| 1 TVC | 2-6 years | ■ | ■ |

| Ongoing Maintenance - Policy & Policy Enforcement Support | | | |
|---|---|---|---|
| 1 Policy FTE | 2-6 years | ■ | ■ |
| 1 PM | 2-6 years | ■ | ■ |
| 1 SWE | 2-6 years | ■ | ■ |
| 1 Ops FTE | 2-6 years | ■ | ■ |
| | | Estimated Maintenance Cost | 9.1M-32.2M |
| | | Aggregate Build & Maintenance Cost | 24.2M-50.7M |
| | | Aggregate + 20% | 28.9M-60.9M |
| | | Aggregate + 30% | 31.4M-66.7M |

15. The below reflects costs associated with the resource commitments in Mr. Cunningham's declaration, paragraph 66.

| A | B | C | D |
|---|---|---|---|
| Resources / FTEs | Duration Required | $ Per Year (Range) | Total $ For Duration (Range) |
| Initial Build & Implementation | | | |
| 1 SWE | 1 year | ■ | ■ |
| 1 UXD | 3 months | ■ | ■ |
| 1 UXR | 1 month | ■ | ■ |
| | | Estimated Build Cost | 628K - 751K |
| Ongoing Maintenance | | | |
| 1 SWE | 1 mo./yr (2-6) years | ■ | ■ |
| | | Estimated Maintenance Cost | 79K - 282K |
| | | Aggregate Build & Maintenance Cost | 707K-1.03M |

\*   \*   \*

-8-

CRAMER DECLARATION ISO OF GOOGLE'S PROFFER RE EPIC'S PROPOSED REMEDIES
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

DocuSign Envelope ID: DB3EF460-6A49-48C7-BF50-81555D0D1617
Case 3:21-md-02981-JD   Document 981-4   Filed 06/24/24   Page 10 of 10

-9-

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of June 2024, in Mountain View, California.

                                                     *DocuSigned by:*
                                        _____ *Christian Cramer* _____
                                                Christian Cramer   B4481B12EA7742A...

-9-
CRAMER DECLARATION ISO OF GOOGLE'S PROFFER RE EPIC'S PROPOSED REMEDIES
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD