# EXHIBIT B

🔒 **Important:** This site includes confidential information and non-public documentation. All information obtained from this site is strictly confidential, and should be shared only under a nondisclosure agreement (NDA) and stamped with "Google Confidential & Proprietary."

# 13 Mobile Bundled Apps (MBAs) Policies

Last updated October 5, 2023

## 13.1 Content policy

| | |
|---|---|
| Announcement date | April 22, 2019 |
| Effective date | August 1, 2019 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | Reactive enforcement. Google to file a bug for partners to fix the reported issue. |
| Test information | N/A |
| Resources | <ul><li>Content affected by MBA content policy (#content-supplement)</li><li>MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)</li></ul> |

For every software BUILD for GMS devices submitted on Android Partner Approvals (APA) on or after:

- **August 1, 2019:** MUST adhere to this content policy.

This includes:

- Every MBA in the BUILD (if it's for a new PRODUCT)
- Any newly added MBA in the BUILD (if it's for a previously approved PRODUCT)

### 13.1.1 Restricted content

MBAs MUST NOT include restricted content.

Per our commercial agreement terms, below are some examples of when an MBA is considered as engaging in an activity that violates an applicable law or regulation (and thus is considered restricted content):

- **Child endangerment:** Apps that include content that sexualizes minors.

- **Illegal or prohibited activities:** Apps that facilitate or promote illegal activities such as the sale or purchase of illegal drugs, or encourage the illegal use or production of drugs, prohibited weapons, self-harm, nonconsensual sex, or other illegal sexual themes.

Further, below are examples of categories of restricted content. For more examples of restricted content, see the MBA Content Policy Supplement (/gms/policies/overview/mba-content-policy).

- **Inappropriate content**

  - **Sexual content:** Apps that contain or promote sexual content, such as pornography, nudity, or apps that promote sexual acts in exchange for compensation. App content that contains nudity may be allowed if the primary purpose is educational, documentary, scientific, or artistic, and isn't gratuitous.

  - **Hate speech:** Apps that contain, promote, glorify, condone, or incite hatred, discrimination, bullying, or violence against any individual or group.

  - **Violence:** Apps that contain graphic depictions of realistic, gratuitous violence or violent threats to any person or animal, and content related to terrorism, such as content that promotes terrorist acts, incites violence, or celebrates terrorist attacks or hate groups. Apps that promote self-harm, suicide, eating disorders, choking games, or other acts where serious injury or death may result.

  - **Sensitive events:** Apps that promote insensitivity toward or capitalize on a natural disaster, atrocity, conflict, death, or other tragic event.

  - **Bullying and harassment:** Apps that contain or facilitate threats, harassment, or bullying.

  - **Marijuana:** Apps that facilitate the sale of marijuana or marijuana products, regardless of legality.

  - **Tobacco and alcohol:** Apps that facilitate the sale of tobacco (including e-cigarettes) or encourage the irresponsible use of alcohol or tobacco.

- **Financial products and services**

  - **Binary options and cryptocurrencies:** Apps that provide users with the ability to trade binary options and contain real-money trading functionality. Apps that perform cryptocurrency mining on DEVICEs. However, apps that remotely manage the mining of cryptocurrency are permitted to be preloaded on DEVICEs.

  - **Personal loans:** We define personal loans as lending money from one individual, organization, or entity to an individual consumer on a nonrecurring basis, not for the purpose of financing the purchase of a fixed asset or education. Personal loan consumers should be provided with information about the quality, features, fees, risks, and benefits of loan products in order to make informed decisions about whether to undertake the loan.

    **Examples:** Personal loans, payday loans, peer-to-peer loans, or title loans. Not included: Mortgages, car loans, student loans, or revolving lines of credit (such as credit cards, or personal lines of credit).

    Apps for personal loans MUST disclose the following information in the app metadata:

    - Minimum and maximum period for repayment

    - Maximum annual percentage rate (APR), which generally includes interest rate plus fees and other costs for a year, or similar other rate calculated consistently with local law

    - A representative example of the total cost of the loan, including all applicable fees

    We don't allow apps that promote personal loans that require repayment in full in 60 days or less from the date the loan is issued. This policy applies to apps that offer loans directly to consumers, lead generators, and those who connect consumers with third-party lenders.

    **High APR personal loans:** In the United States, we don't allow apps for personal loans where the APR is 36% or higher. Apps for personal loans in the United States MUST display their maximum APR, calculated consistently with the

Truth in Lending Act. This policy applies to apps that offer loans directly to consumers, lead generators, and those who connect consumers with third-party lenders in the United States.

- **Gambling:** Preloading of gambling apps is restricted in geographies where gambling is prohibited or the developer doesn't have a valid license to operate online gambling apps. The definition of *gambling* is determined per the applicable laws.

- **Unapproved substances:** Apps that promote or sell unapproved substances, irrespective of any claims of legality.

- **User-generated content (UGC):** Content generated by users is considered a part of the app for content policy purposes. UGC is content that users contribute to an app, and that's visible to or accessible by at least a subset of the app's users. Objectionable content is content that violates our policies. We prohibit apps whose primary purpose is (1) featuring objectionable UGC, (2) hosting objectionable UGC, or (3) developing a reputation among users of being a place where such content thrives. MBAs that contain or feature UGC MUST:

  - Implement a robust, effective, and ongoing UGC moderation to remove restricted and prohibited content and take enforcement actions on offenders to prevent them from being flagged against this requirement.

  - Provide safeguards to prevent in-app monetization from encouraging objectionable user behavior.

## 13.1.2 Impersonation and intellectual property

Per our commercial agreement terms, the use of Google trademarks is subject to the <u>Google Mobile Branding Guidelines</u> (https://partnermarketinghub.withgoogle.com/#/). MBAs MUST NOT infringe, induce, or encourage the infringement of the intellectual property rights of Google (including trademark, copyright, patent, trade secret, and other proprietary rights). This includes, but is not limited to:

- Apps that impersonate Google or imply a relationship or affiliation with Google where none exists.

- Apps that induce infringement of Google products or services, such as YouTube downloader, when such functionality doesn't exist or isn't approved.

- App titles and icons that are so similar to those of existing Google products or services that users might be misled.

Additionally, Google reserves the right to reject BUILD approvals when there is an MBA which Google is made aware of to be impersonating others without authorization, or infringe on the intellectual property rights of other content owners.

DEVICE manufacturers are responsible for implementing control mechanisms to enforce against violation of intellectual property rights of other content owners, including measures such as responding to clear notices of alleged copyright infringement.

## 13.1.3 Deceptive or disruptive ads

MBAs that serve ads without meeting the following guidelines are considered deceptive or disruptive and aren't allowed:

**Deceptive ads:**

- **MUST NOT** simulate or impersonate the user interface of any app, notification, or warning elements of an operating system.

- **MUST** be clearly attributed to the source (for example, the originating app) for the end users.

**Disruptive ads:**

- **MUST NOT** be shown in a way that results in inadvertent clicks. It's prohibited to force users to click an ad or submit personal information for advertising purposes before users can fully use the app.

- **MUST NOT** force users to interact with them (for example, click-through on the ad, watch the video ad for minimum X seconds) to access the core functionality of the DEVICE that isn't part of the app itself, including, but not limited to, full-screen ads or lock-screen ads that aren't dismissible.

### 13.1.4 Deceptive behavior

MBAs that attempt to deceive users or enable dishonest behavior aren't allowed. MBAs MUST NOT interfere with an end user's expected operation and use of the DEVICE. These include, but aren't limited to, the following prohibited deceptive behaviors:

- **Misleading claims:** MBAs whose app name or icon misleads the users about app functionality or MBAs that make false or misleading claims about other apps or services.

- **Imitation of system functionality:** MBAs (which aren't part of the DEVICE system) that mimic or interfere with system functionality (such as notifications, warnings, or user confirmation dialogs) to mislead users into thinking that the behavior is coming from the OS itself instead of the app.

- **Deceptive device settings changes:** MBAs (which aren't part of the DEVICE system) that make deceptive changes to the user's DEVICE settings or features outside of the app without the user's knowledge and explicit consent.

- **Enabling dishonest behavior:** MBAs that help users mislead others, including, but not limited to, apps that enable or facilitate dishonest behavior, such as generating fake ID documents (for example, passports, driver's licenses, diplomas, credit cards, or social security numbers).

- **Spam:** MBAs that spam users, such as apps that send users unsolicited messages and lack clear in-app controls to stop such behavior. Additionally, MBAs whose primary purpose is to drive attributed downloads of another app, drive affiliate traffic to a website, or provide a webview of a website aren't allowed.

- **Lacking minimum functionality:** MBAs that have an unstable or unresponsive user experience, such as apps that crash, force close, freeze, or otherwise function abnormally while performing the core services.

## Content affected by MBA content policy

This section provides examples of content affected by the preloaded app policy categories. This supplement is NOT all inclusive and is meant to serve only as examples of common violations.

| Policy category | Examples of common violations |
| --- | --- |
| Sexual content | • Depictions of nudity in which the subject is nude or minimally clothed, and where the clothing wouldn't be acceptable in an appropriate public context<br><br>• Depictions, animations, or illustrations of sex acts or sexually suggestive poses<br><br>• Content that depicts sexual aids and fetishes<br><br>• Content that is lewd or profane<br><br>• Content that depicts, describes, or encourages bestiality<br><br>• Apps that promote sex-related entertainment, escort services or other services that may be interpreted as providing sexual acts in exchange for compensation |
| Hate speech | • Compilations of assertions intended to prove that a protected group is inhuman, inferior, or worthy of being hated.<br><br>• Apps that contain theories about a protected group possessing negative characteristics (for example, malicious, corrupt, evil), or explicitly or implicitly claims the group is a threat.<br><br>• Content or speech trying to encourage others to believe that people should be hated or discriminated against because they're a member of a protected group. |
| Violence | • Graphic depictions or descriptions of realistic violence or violent threats to any person or animal.<br><br>• Apps that promote self-harm, suicide, eating disorders, choking games, or other acts where serious injury or death could result. |

| | |
|---|---|
| Sensitive events | • Lacking sensitivity regarding the death of a real person or group of people for any reason, including suicide, overdose, and natural causes.<br><br>• Denying a major tragic event.<br><br>• Appearing to profit from a tragic event with no discernible benefit to the victims. |
| Bullying and harassment | • Bullying victims of international or religious conflicts.<br><br>• Content that seeks to exploit others, such as extortion or blackmail.<br><br>• Posting content in order to humiliate someone publicly.<br><br>• Harassing victims, or their friends and families, of a tragic event. |
| Marijuana | • Letting users to order marijuana through an in-app shopping cart feature.<br><br>• Assisting users in arranging delivery or pick up of marijuana.<br><br>• Facilitating the sale of products containing THC. |
| Tobacco and alcohol | • Depicting or encouraging the use or sale of alcohol or tobacco to minors.<br><br>• Implying that consuming tobacco can improve social, sexual, professional, intellectual, or athletic standing.<br><br>• Portraying excessive drinking favorably, including the favorable portrayal of excessive, binge or competition drinking. |
| Unapproved substances | • All items on this nonexhaustive list of prohibited pharmaceuticals and supplement (https://support.google.com/googleplay/android-developer/?p=supplements)<br><br>• Products that contain ephedra or human chorionic gonadotropin (hCG) in relation to weight loss or weight control, or when promoted in conjunction with anabolic steroids<br><br>• Herbal and dietary supplements with active pharmaceutical or dangerous ingredients<br><br>• False or misleading health claims, including claims implying that a product is as effective as prescription drugs or controlled substances<br><br>• Non-government approved products that are marketed in a way that implies that they're safe or effective for use in preventing, curing, or treating a particular disease or ailment<br><br>• Products that have been subject to any government or regulatory action or warning<br><br>• Products with names that are confusingly similar to an unapproved pharmaceutical or supplement or controlled substance<br><br>For additional information on the unapproved or misleading pharmaceuticals and supplements that we monitor, see LegitScript (https://www.legitscript.com). |
| Misleading claims | • Apps that misrepresent or don't accurately and clearly describe their functionality:<br><br>  • An app that claims to be a racing game in its description and screenshots, but is actually a puzzle block game using a picture of a car.<br><br>  • An app that claims to be an antivirus app, but only contains a text guide explaining how to remove viruses.<br><br>• Apps that feature medical or health-related functionalities that are misleading or potentially harmful.<br><br>• Apps that claim functionalities that aren't possible to implement.<br><br>• Apps that are improperly categorized. |
| Illegal activities | • Facilitating the sale or purchase of illegal drugs or prescription drugs without a prescription.<br><br>• Depicting or encouraging the use or sale of drugs, alcohol, or tobacco by minors |

- Instructions for growing or manufacturing illegal drugs.

| | |
|---|---|
| Impersonation | App titles and icons that are so similar to those of existing products or services that users may be misled:  |
| Deceptive behavior | Apps offering mechanisms to receive randomized virtual items from a purchase (that is, *loot boxes*) must clearly disclose the odds of receiving those items in advance of purchase. |
| User-generated content (UGC) | • Promoting sexually explicit UGC, including implementing paid features that principally encourage the sharing of objectionable content.<br><br>• Apps with UGC that lack sufficient safeguards against threats, harassment, or bullying, particularly toward minors.<br><br>• Posts, comments, or photos within an app that are primarily intended to harass or single out another person for abuse, malicious attack, or ridicule.<br><br>• Apps that continually fail to address user complaints about objectionable content. |

# 13.2 MBA privacy policies

## 13.2.1 User data policy

| | |
|---|---|
| Announcement date | June 24, 2020 |
| Effective date | January 4, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | • BTS<br><br>• WARN: October 1, 2020 (not build blocking)<br><br>• WARN: Starting March 1, 2021 the status changes to ALERT after the 60-day grace period. Build approvals are blocked. |
| Test information | BTS |
| Resources | MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)<br><br>Prominent disclosure and consent requirement (/gms/policies/domains/mba#disclosure-consent)<br><br>Personal and sensitive information (/gms/policies/domains/mba#personal-sensitive-info)<br><br>Pregrant permissions policy (/gms/policies/domains/mba#mba-pregrant-permissions) |

For new launching DEVICEs submitted through Android Partner Approvals (APA) portal on or after January 4, 2021, partners MUST fix data collection violations within 60 days of the date of the disclosure. These fixes MUST be applied to every MBA in the software BUILD.

Apps must be transparent in how they handle user data (for example, information collected from or about a user, including DEVICE information). That means disclosing the access, collection, use, and sharing of the data, and limiting the use of the data to the purposes disclosed. In addition, if apps handle personal or sensitive user data, the additional requirements in <u>Personal and sensitive information</u> (#personal-sensitive-info) apply in addition to any requirements prescribed by applicable privacy and data protection laws.

## 13.2.1.1 Personal and sensitive information

Personal and sensitive user data includes, but isn't limited to, personally identifiable information, financial and payment information, authentication information, phonebook, contacts, <u>device location</u> (https://developer.android.com/training/location), SMS and call-related data, microphone, camera, app accessing a user's inventory of installed apps, all device logs, and other sensitive device or usage data.

If the app handles personal or sensitive user data, then the app:

- MUST limit the access, collection, use, and sharing of personal or sensitive data acquired through the app to purposes directly related to providing and improving the features of the app (for example, user-anticipated functionality that's documented in the app's description before it's downloaded on the app distribution platform, or presented during the out-of-box setup flow for preloaded apps, or by being the default handler for <u>certain core Android functionalities</u> (https://android.googlesource.com/platform/frameworks/base/+/master/services/core/java/com/android/server/pm/permission/DefaultPermissionGrantPolicy.java) ).

- MUST provide a privacy policy to the user that comprehensively discloses how the app accesses, collects, uses, and shares user data. The app's privacy policy must disclose the type of parties to which any personal or sensitive user data is shared. In other words, for user-downloaded apps, post a privacy policy within the app itself as well as in the app distribution platform's console; and for manufacturer-distributed apps, post a privacy policy within the app, or when it's a manufacturer-distributed headless app in the settings or out-of-box setup flow.

- MUST obtain the access to data protected by <u>dangerous and special Android permissions</u> (https://developer.android.com/guide/topics/permissions/overview#dangerous_permissions) using one of these approaches:

  - Requesting the permission at runtime through the <u>permission request guidance</u> (https://developer.android.com/guide/topics/permissions/overview#dangerous-permission-prompt).

  - Having the permission granted by the Android system through the <u>Pregrant permissions policy</u> (/gms/policies/domains/mba#mba-pregrant-permissions).

    - MUST use the data only for purposes that the user has agreed to (subject to exemptions under the <u>Pregrant permissions policy</u> (/gms/policies/domains/mba#mba-pregrant-permissions)). If apps later need to use the data for other purposes, apps must ask users and make sure they agree to the additional uses.

- MUST handle all personal or sensitive user data securely, including transmitting it using modern cryptography (for example, over HTTPS).

- All other transfers or sales of the user data are prohibited, unless a transfer is necessary to comply with applicable laws or as part of a merger, acquisition, or sale of assets with legally adequate notice to users.

## 13.2.1.2 Prominent disclosure and consent requirement

The app provider MUST provide a disclosure of the data collection, use, and sharing. In cases where users may not reasonably expect that their personal or sensitive user data is required to provide or improve the policy-compliant features or functionality

within the app (for example, data collection occurs in the background of the app), apps MUST provide transparency to users on data collection and use by meeting the following disclosure and consent requirements:

- MUST be prominently presented (preferably within the normal usage of the app itself, that is, either without the need to navigate into a menu or settings, or if the app isn't typically opened by the user then during the out-of-box setup flow or notifications with clear attributions to the app) to the user through the device interface (for example, on screen) in addition to a disclosure in the privacy policy. MAY be alternatively presented to the user through a service agreement in cases when only device identifier information (that is, IMEI, serial number, or MAC address) is disclosed to carriers for networking or telephony purposes.

- MUST be presented as an independent disclosure and not be included with other disclosures unrelated to user data.

- MUST include a comprehensive list of the types of data (for example, SMS, contacts, location) being accessed or collected.

- MUST explain the purposes for which the data will be accessed, used (for example, which features and functionality the data will support or how the data will be used to improve the app), collected (for example, where the data will be stored), and shared with other entities (third party or affiliated).

**The user consent interface:**

- MUST accompany and immediately follow the disclosure.

- MUST be presented before the access or collection of any personal or sensitive data.

- MUST present the consent dialog clearly and unambiguously.

- MUST require an affirmative user action (for example, tap to accept, select a checkbox) in order to accept.

- MUST NOT interpret navigation away from the disclosure (including tapping away or pressing the back or home button) as consent.

- MUST be presented until there's an affirmative action and not use auto-dismissing or expiring messages (for example, underline toasts (https://developer.android.com/guide/topics/ui/notifiers/toasts)).

To meet the policy requirements, we recommend that you reference the following example format for Prominent Disclosure when it's required:

```
[This app] collects/transmits/syncs/stores [type of data] to enable ["feature"], [in what scenario].
```

- Example: "Fitness Funds collects location data to enable fitness tracking even when the app is closed or not in use and is also used to support advertising."

- Example: "Call buddy collects read and write call log data to enable contact organization even when the app is not in use."

- Example: "MockApp is a research app that collects the list of applications installed on your device and sends it to the FooAnalytics server for data storage and retrieval. This data will be used for research purposes, such as to understand how people use their devices and to develop new and improved apps/features."

**Here are some examples of Insufficient Disclosure:**

- Example: "MockApp collects the list of applications installed in your device for research purposes."
  - The disclosure is unacceptable because it does not mention that the data is sent off to the third party company.

- Example: "MockApp collects the list of applications installed in your device."
  - The disclosure is unacceptable because there is no clear purpose mentioned for data collection.

- Example: "To use MockApp, you have read and accepted the Privacy Policy."

  - The disclosure is unacceptable because the data collection description cannot solely exist in a Privacy Policy or Terms of Service as it must be prominent.

- Example: "MockApp is a research app that collects some data of you to understand how people use their devices and to develop new and improved apps."

  - The disclosure is unacceptable because there is no mention of what data is collected by the app.

**Here are some examples of violations:**

- An app that accesses a user's inventory of installed apps and doesn't treat this data as personal or sensitive data subject to the privacy policy, data handling, and <u>prominent disclosure and consent requirements</u> (/gms/policies/domains/mba#disclosure-consent)

- An app that accesses a user's phone or contact book data and doesn't treat this data as personal or sensitive data subject to the privacy policy, data handling, and <u>prominent disclosure and consent requirements</u> (/gms/policies/domains/mba#disclosure-consent).

- An app that records a user's screen and doesn't treat this data as personal or sensitive data subject to this policy.

- An app that collects <u>device location</u> (https://developer.android.com/training/location) and doesn't comprehensively disclose its use in accordance with the above requirements.

- An app that collects restricted permissions in the background of the app including for tracking, research, or marketing purposes and doesn't comprehensively disclose its use and obtain consent in accordance with the above requirements.

### 13.2.1.3 Restrictions for sensitive data access

In addition to the requirements above, the table below describes requirements for specific activities.

| Activity | Requirement |
|---|---|
| App handles financial or payment information or government identification numbers | App must never publicly disclose any personal or sensitive user data related to financial or payment activities or any government identification numbers. |
| App handles nonpublic phonebook or contact information | App must never publish or disclose nonpublic contacts without user's authorization. |

## 13.2.2 [Update] Pregrant permissions policy

Last updated, October 4, 2023

| Principle | All Android apps, including Mobile Bundled Apps (MBA):<br>- MUST adhere to <u>9.1. Permissions CDD requirement</u> (https://source.android.com/docs/compatibility/13/android-13-cdd#91_permissions)<br><br>Refer to the <u>`Manifest.permission`</u> (https://developer.android.com/reference/android/Manifest.permission) API for more information. |
|---|---|

|  | This policy defines the process for requesting pregranted permissions and other privileges for MBAs per 9.1. Permissions CDD requirement (C-0-5) (https://source.android.com/docs/compatibility/13/android-13-cdd#91_permissions).<br><br>The changes are as follows:<br><br>• Improves the user experience by consolidating the overwhelming number of discrete permissions requests concentrated in Setup Wizard into functionality-bound use case requests.<br><br>• Provides a stable, transparent list of approved use cases providing much-requested predictability on available permissions and privileges along with corresponding functionality requirements. |
| --- | --- |
| Announcement date | • October 4, 2023<br><br>• March 20, 2023<br><br>• August 15, 2022 (added policy for `POST_NOTIFICATIONS` runtime permission, see the policy for more details)<br><br>• August 1, 2019 |
| Effective date | • April 4, 2024 (for pregranting permissions to apps installed on the user partition)<br><br>• September 4, 2023 (for new MBAs to follow the updated opt-in UI (#opt-in-ui) guidance)<br><br>• March 20, 2023 (for updated review process using use cases)<br><br>• August 15, 2022 (for `POST_NOTIFICATIONS` runtime permission)<br><br>• February 3, 2020 |
| Applies to | All MBAs on DEVICE launches<br><br>★ Note: The policy announced in March 2023 will apply to all new MBAs not previously approved on new launching DEVICEs submitted to the APA portal after the effective date. While there's no requirement for partners to resubmit already approved apps for evaluation, we strongly recommended doing so due to the significant impact on user experience during setup process. |
| OS version | All |
| Enforcement mechanism | GTS and BTS |
| Test information | • GTS 7.0_R4<br><br>• Module: `GtsPermissionTestCases`<br><br>• Test: `DefaultPermissionGrantPolicyTest#testDefaultGrantsWithRemoteExceptions` |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br><br>• Bug template: MBA Pregrant Permission Requests |
| Resources | MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)<br><br>Opt-in user interface requirements (/gms/policies/domains/mba#opt-in-ui)<br><br>Allowed use cases (#allowed-use-cases) |

Apps holding Public and System API Roles defined in the <u>android.app.role.RoleManager class</u>
(https://source.android.com/docs/core/permissions/android-roles) and set as default <u>intent handlers</u>
(https://android.googlesource.com/platform/frameworks/base/+/master/services/core/java/com/android/server/pm/permission/DefaultPermissionGrantPolicy.java)
are <u>automatically granted</u>
(https://android.googlesource.com/platform/frameworks/base/+/master/services/core/java/com/android/server/pm/permission/DefaultPermissionGrantPolicy.java)
the set of permissions defined by the AOSP.

Additionally preloaded Apps MAY be granted permissions and other privileges without a system runtime permission prompt in the following cases:

1. Apps with functionality matching an <u>allowed use case</u> (/gms/policies/domains/mba#allowed-use-cases) requesting the set of permissions defined for the <u>allowed use case</u> (/gms/policies/domains/mba#allowed-use-cases).

2. Apps that aren't covered by either (1) or (2) MAY request an additional use case. As with allowed use cases, these additional use cases MUST be:

   - (a) required to set up the device;

   - (b) required for core functionality that doesn't have an app-based UI; or

   - (c) first used in a scenario when a permission request on first run could have life-threatening or serious material consequences.

3. Apps that provide functionality covered by an <u>allowed use case</u> (#allowed-use-cases), but require additional permissions that aren't listed, may request an extension of allowed use cases. As with the permissions in the allowed use cases, these requested permissions MUST be required for the allowed use cases.

When permissions are pregranted under (1), (2), or (3), an <u>opt in for the use case</u> (#opt-in-ui) MUST be presented to the user, allowing them to opt in to the features provided by the MBA unless the app meets one of the following conditions:

- *Service app*: The app is a service app that other caller apps can access through its exposed APIs. Both service and caller apps MUST hold the same permissions for the data category. This exception is for service apps that don't send data off the device. Caller apps MUST follow applicable policies, including presenting an opt in to the user, where required.

- *Legal mandate*: The permission pregrants are required to support, for example, emergency calling (E911).

- *Emergency, life at risk or high value material consequences*: Not having the permissions granted for the use case might be life threatening or bring serious material consequences to the users, for example, emergency SOS functionality or lost devices.

- *No data collection and no sharing*: The app doesn't transmit information off the user's device. It also doesn't share the information it has access to with other apps on the device.

- Where a GMS App is mandated by GMS requirements to be set as a default intent handler across all GMS devices, OEM or carrier APKs fulfilling the same use-case may be pre-granted the permissions required to act as that <u>default handler</u>
(https://cs.android.com/android/platform/superproject/+/master:frameworks/base/services/core/java/com/android/server/pm/permission/DefaultPermissionGrantPolicy.java)
. As with default handlers, an alternate UI is not required. For example, alternatives to Google Assistant may be granted the permissions available to the default voice interaction handler.

Further, any app use case including **always-on microphone or camera** (for example, ambient music detection) requires an opt in, regardless of whether it meets the above exception requirements.

When an opt in isn't required, an **opt out** is required if the app falls into one of the following cases:

- *Privacy-preserving processing and sharing*: The app transmits information off the user's device or shares it with other apps and the transmission or sharing uses a privacy-preserving mechanism. Privacy-preserving mechanisms are defined as *those*

*that allow only analysis in aggregate and prevent matching of logged events or derived outcomes to individual users.* These mechanisms prevent any per-user data being introspectable (for example, using end-to-end encryption or federated learning).

★ **Note:** TLS is insufficient.

| # | Condition | Opt in | Opt out |
|---|---|---|---|
| 1 | App is a service app | — | — |
| 2 | App calls a service app | Required | — |
| 3 | Legal mandate | — | — |
| 4 | Emergency, life at risk | — | Required |
| 5 | No data collection and no sharing | — | — |
| 6 | Always-on microphone or camera sensing | Required | — |
| 7 | Privacy-preserving processing and sharing | — | Required |
| 8 | Apps not meeting any of the above conditions | Required | — |

Any processing of user/device data MUST meet the following requirements:

- 13.1.4 Deceptive behavior (https://docs.partner.android.com/gms/policies/domains/mba#deceptive-behavior)

- 13.2.1 User data policy (https://docs.partner.android.com/gms/policies/domains/mba#mba-user-data)

Permissions MAY be designated as FIXED (user can't deny or revoke the permission in Settings) only in the following cases:

- Use of location and SMS permissions for emergency purposes only

- Use of storage permissions for app stores

- Use of SMS for remote configuration

- Use of notifications permission for alarms

- System UI

`revokeSelfPermissionOnKill()`
 (https://developer.android.com/reference/android/content/Context#revokeSelfPermissionsOnKill(java.util.Collection%3Cjava.lang.String%3E)) MAY be used to revoke pregranted runtime permissions if the user declines permissions in the opt-in UI (#opt-in-ui). If the opt-in UI (#opt-in-ui) is in a different app, `REVOKE_RUNTIME_PERMISSIONS` MAY be used by one MBA on the BUILD to revoke pregranted runtime permissions if the user declines the permission in the opt-in UI (#opt-in-ui).

## Requirements for pregranting permissions to apps installed on the user partition

If pregranting to apps on the user partition:

- Only preloaded apps may be pregranted permissions.

- A mechanism must be present to prevent downloaded apps from obtaining the pregrant.

**Note:** OEMs can use <u>AOSP code</u>  (https://android-review.googlesource.com/c/platform/frameworks/base/+/2606746) as reference and make the required modifications to implement the mechanism to prevent downloaded apps from obtaining the pregrant.

## Requests for use case additions and extensions

Partners can apply for the following requests:

- Requests for **additional use cases**, which enable partners to request a new, proposed use case for core device functionality that isn't an <u>allowed use case</u> (#allowed-use-cases) or an AOSP role.

- Requests for **extensions of allowed use cases**, which enable partners to request additional permissions required for <u>allowed use cases</u> (#allowed-use-cases) or existing AOSP roles to fulfill a specific, stated functionality.

| Request | Functionality/use case |
| --- | --- |
| Additional use case | Use case that isn't listed as an <u>allowed use case</u> (#allowed-use-cases) or isn't an existing AOSP role. |
| Extension of allowed uses | Use cases listed as an <u>allowed use case</u> (#allowed-use-cases) or an existing AOSP role. |

## User interface requirements

Newly approved MBAs requiring an alternative user interface (UI) MUST comply with the requirements below (previously approved MBAs MAY update their UI to comply with the new role-based alternative UI below):

- Where an opt in is required, data obtained through the permission MUST NOT be accessed until the user has explicitly opted in.

- The UI screen MUST adhere to one of the following approaches:

  - Permission-based alternative UI (per previous policy)

    - Name of the company (OEM or carrier) providing the app

    - Name of the app requesting the permissions

    - Permissions being requested (bolded or otherwise highlighted in the body of text)

    - An individual toggle for each requested permission

    - An explicit affordance for the user to accept a set of permission decisions. A **Cancel**, **Later**, or **Next** button isn't permitted. It's also RECOMMENDED that if all permissions on the alternative UI are declined by the user, the text of the button should change to **Next**.

    - For safety disclosure, any apps on Android 14 or higher that collect and share location data, as defined by the <u>Transparency policy</u> (/gms/policies/domains/mba#transparency-policy), MUST disclose this clearly in the alternative

UI. However, apps pregranted locations aren't required to provide data safety XML files for Android 14 devices.

- Role-based alternative UI (new UI option)
  - Title
    - Name of the company (OEM or carrier) providing the app
    - Name of the app requesting the permissions
  - Use case
    - Name of use case
    - Description: Describes the functionality of the use case.
    - Permissions/privileges: Requested by the allowed use case (a comma-separated list is sufficient). This includes runtime (also known as dangerous) permissions and privileged permissions that are subject to MBA policy UI requirements (for example, <u>notification access</u> (/gms/policies/domains/mba#notification-access-and-notification-listeners-policy), <u>accessibility</u> (/gms/policies/domains/mba#accessibility-and-ui-automation-policy), and <u>usage access</u> (/gms/policies/domains/mba#app-and-network-usage-statistics-policy)).
    - An individual toggle for each use case
  - Disclosure:
    - Explain the connection between use cases and permissions and the benefit to the user in approving use cases, (where not obvious from the use-case e.g. requiring SMS permission to backup SMS).
    - Tell the user where to go to change their selection at a later time (this can be as simple as directing them to permissions settings).
  - User acknowledgment:
    - An explicit affordance for the user to accept a set of permission decisions. A **Cancel**, **Later**, or **Next** button isn't permitted. It's also RECOMMENDED that if all permissions on the alternative UI are declined by the user, the text of the button should change to **Next**.
- If any personal and sensitive information obtained through any of the requested pregrant permissions will be sent off the device, prominent disclosure explaining how the data will be used MUST be included in order to be compliant with the MBA user data policy.



**Example: Role-based alternative UI for opt-in (network quality) and opt-out (diagnostics and troubleshooting) use cases**

| # | Name | Description |
|---|------|-------------|
| 1 | Title | |
| 2 | Disclosure | |
| 3 | Use case | • Description<br>• Permissions included<br>• Toggle |
| 4 | User acknowledgement | |



**Example: Permission-based alternative UI**

| # | Name | Description |
|---|------|-------------|
| 1 | Title | Application name and Company name are included in the UI |
| 2 | Permissions | Names are bolded or highlighted |
| 3 | User acknowledgement | |

## Allowed use cases

| Use case | Permission groups/access | Allowed manifest permissions | Alt-UI required? If so, opt-in/opt-out |
|----------|--------------------------|------------------------------|----------------------------------------|
| **Category: Setup** | | | |
| Account setup | • Contacts: Insert support numbers<br>• Phone: Allow support calls<br>• SMS: Configuration SMS<br>• Nearby Devices: Connecting to Wi-Fi | • `WRITE_CONTACTS`: Insert support numbers<br>• `CALL_PHONE`, `USE_SIP`: Allow dialing support calls<br>• SMS: Configuration SMS (`RECEIVE_SMS`, `SEND_SMS`) | No |

| | | | |
|---|---|---|---|
| | Wi-Fi Connectivity: Location (Android 12 and lower) | • **NEARBY_WIFI_DEVICES** for Android 13 and higher (**ACCESS_FINE_LOCATION** for Android 12 and lower) | |
| "Backup and Restore" + transfer (OEM)<br><br>*"Allows the device manufacturer or carrier to backup your device"* | • Contacts: Insert support numbers<br>• Phone: Allow support calls<br>• SMS: Configuration SMS<br>• Nearby Devices: Connecting to Wi-Fi and Bluetooth<br>• Wi-Fi Connectivity: Location (Android 12 and lower)<br>• Calendar<br>• Storage: Photos and media<br>• Call log | • **WRITE_CONTACTS**: Insert support numbers<br>• **READ_CONTACTS**: Backup<br>• **CALL_PHONE, USE_SIP**: Allow dialing support calls<br>• SMS: Configuration SMS (**RECEIVE_SMS**)<br>• **READ_SMS**<br>• **RECEIVE_WAP_PUSH**<br>• **SEND_SMS**: Must satisfy prominent disclosure requirements<br>• **READ_CALL_LOG, WRITE_CALL_LOG**<br>• **NEARBY_WIFI_DEVICES** for Android 13 and higher (**ACCESS_FINE_LOCATION** for Android 12 and lower)<br>• **ACCESS_MEDIA_LOCATION**<br>• **BLUETOOTH_ADVERTISE, BLUETOOTH_SCAN, BLUETOOTH_CONNECT**<br>• **READ_CALENDAR, WRITE_CALENDAR**<br>• **READ_MEDIA_AUDIO, READ_MEDIA_IMAGE, READ_MEDIA_VIDEO, READ_MEDIA_VISUAL_USER_SELECTED**<br>• **READ_EXTERNAL_STORAGE, WRITE_EXTERNAL_STORAGE** | Opt-in |
| Carrier Account/Device Setup | • Phone: Allow support calls, in-call state<br>• Contacts: Identify phone numbers to device contacts<br><br>See <u>UICC Carrier Privileges (carrier apps only)</u> (https://source.android.com/docs/core/connect/uicc) for privilege criteria. | • **WRITE_CONTACTS**: Insert support numbers<br>• **CALL_PHONE, USE_SIP**: Allow dialing support calls<br>• **RECEIVE_SMS**<br>• **RECEIVE_WAP_PUSH**<br>• **SEND_SMS**<br>• **RECEIVE_MMS**<br>• **READ_PHONE_STATE**<br>• **READ_PHONE_NUMBERS** | No |
| "Carrier Backup and Restore" + transfer<br><br>*"Allows the device manufacturer or carrier to backup your device"* | • Phone: Allow support calls, in-call state<br>• Contacts: Identify phone numbers to device contacts | • **READ_CALL_LOG, WRITE_CALL_LOG**<br>• **READ_CONTACTS**: Backup<br>• **WRITE_CONTACTS**: Insert support numbers | Opt-in |

| | | | |
|---|---|---|---|
| | • Call log: Backup/Sync call logs (for enterprise)<br><br>See UICC Carrier Privileges (carrier apps only) (https://source.android.com/docs/core/connect/uicc) for privilege criteria. | • READ_CALENDAR, WRITE_CALENDAR<br>• READ_SMS<br>• RECEIVE_SMS<br>• RECEIVE_WAP_PUSH<br>• RECEIVE_MMS<br>• READ_MEDIA_AUDIO, READ_MEDIA_IMAGE, READ_MEDIA_VIDEO, READ_MEDIA_VISUAL_USER_SELECTED<br>• READ_EXTERNAL_STORAGE, WRITE_EXTERNAL_STORAGE | |
| Carrier Telephony, Voicemail, Wi-Fi calling | • Phone: Device IDs and state<br>• Contacts: Match phone numbers to device contacts<br>• SMS: Send SMS in response, receive config SMS<br>• Call log<br>• Microphone: Record voicemail message<br><br>See UICC Carrier Privileges (carrier apps only) (https://source.android.com/docs/core/connect/uicc) for privilege criteria. | • CALL_PHONE<br>• READ_PHONE_STATE<br>• READ_CONTACTS<br>• WRITE_CONTACTS: Insert support numbers<br>• SEND_SMS<br>• RECEIVE_SMS<br>• RECORD_AUDIO | No |
| Carrier/OEM "Network quality"<br><br>*"Allows this app/service to share your location with [OEM/carrier] to improve the network"* | Location<br>See UICC Carrier Privileges (carrier apps only) (https://source.android.com/docs/core/connect/uicc) for privilege criteria. | • ACCESS_BACKGROUND_LOCATION, ACCESS_FINE_LOCATION<br>• ACTIVITY_RECOGNITION | Opt-out if privacy-preserving processing, otherwise Opt-in |
| Configuration, alternate app store | • Storage: OK to be fixed<br>• Phone/SMS permissions: Register the device | • For device IDs and state: READ_PHONE_STATE<br>• READ_EXTERNAL_STORAGE, WRITE_EXTERNAL_STORAGE | No |
| System OTA | • Storage: OK to be fixed<br>• PHONE/SMS permissions: Register the device<br>• Location | • For device IDs and state: READ_PHONE_STATE<br>• READ_EXTERNAL_STORAGE, WRITE_EXTERNAL_STORAGE<br>• ACCESS_COARSE_LOCATION | No |

| "Enterprise activation"<br><br>*"Allows an enterprise administrator to partly or fully manage this device to securely access workplace data"* | • Camera for QR code<br>• Wi-Fi<br>• Phone for IMEI<br>• BT Connect | • `CAMERA`<br>• `NEARBY_WIFI_DEVICES` for Android 13 and higher (`ACCESS_FINE_LOCATION` of Android 12 and lower)<br>• `READ_PHONE_STATE` for Android 10 and lower<br>• `BLUETOOTH_CONNECT`, `BLUETOOTH_SCAN` | Opt-in (aborting activation flow is sufficient control).<br><br>For fully managed devices, persistent notice of enterprise ownership is required on lockscreen. |
| Factory and repair apps | All runtime permissions OK if:<br>• App is disabled after factory use.<br>• App is both inaccessible to user and doesn't run in background. | All runtime permissions: OK | No (not accessible to the user) |

## Category: Communication

| Peer-to-peer file sharing | • Storage<br>• Location for Wi-Fi discovery<br>• Camera for QR code scanning | • `READ_MEDIA_AUDIO`, `READ_MEDIA_IMAGE`, `READ_MEDIA_VIDEO`, `READ_MEDIA_VISUAL_USER_SELECTED`<br>• `READ_EXTERNAL_STORAGE`, `WRITE_EXTERNAL_STORAGE`<br>• `NEARBY_WIFI_DEVICES` for Android 13+ (`ACCESS_FINE_LOCATION` of Android 12 and lower)<br>• `CAMERA` | No (except in context for sharing) |
| Companion app (for example, wear, car/driving) | • Phone: Detect if companion device is attached/detached from the carrier network and keep messages up to date<br>• SMS: Receive WAP push<br>• Contacts | • `READ_PHONE_STATE`<br>• `RECEIVE_WAP_PUSH`<br>• `READ_CONTACTS` | No |
| RCS UCE (capability exchange) | • Contacts<br>• SMS | • `READ_CONTACTS`<br>• `READ_SMS`<br>• `RECEIVE_SMS`<br>• `WRITE_EXTERNAL_STORAGE` | No |

## Category: User support

| Remote diagnostics/user-facing customer support and authentication/debugging/troubleshooting<br>(OEM or carrier)<br><br>*"Diagnostics and troubleshooting"* | • SMS<br>• Storage<br>• Phone<br><br>Refer to <u>UICC Carrier Privileges (carrier apps only)</u> | • `CALL_PHONE`<br>• `READ_PHONE_NUMBERS`<br>• `RECEIVE_SMS`<br>• `READ_EXTERNAL_STORAGE`, `WRITE_EXTERNAL_STORAGE` | Opt-out |

| | | | |
|---|---|---|---|
| *"Allows this app or service the ability to detect, track, and share issues"* | (https://source.android.com/docs/core/connect/uicc) for more information. | • `READ_PHONE_STATE` | |
| Customer support including delinquent billing device lock | • Phone<br>• SMS<br>• Nearby Devices<br><br>See UICC Carrier Privileges (carrier apps only) (https://source.android.com/docs/core/connect/uicc) for privilege criteria. | • `CALL_PHONE`<br>• `RECEIVE_SMS`<br>• `READ_PHONE_STATE`<br>• `BLUETOOTH_CONNECT` (only for disabling) | No |

### Category: System UI

| | | | |
|---|---|---|---|
| Weather widget (not Home default handler) | Location | • `ACCESS_BACKGROUND_LOCATION,`<br>`ACCESS_COARSE_LOCATION` | No |
| Extension (widget/sidebar) of default handlers / role holders | DefaultPermissionGrantPolicy (https://android.googlesource.com/platform/frameworks/base/+/master/services/core/java/com/android/server/pm/permission/DefaultPermissionGrantPolicy.java) permissions for Calendar, Contacts or Dialer Default Handlers may be granted to SysUI widgets | | No |
| Lock screen (shared UID only; max of only one app per device holds this use case) | • Camera<br>• Storage | • `CAMERA`<br>• `READ_EXTERNAL_STORAGE,`<br>`WRITE_EXTERNAL_STORAGE` | No |
| System UI intelligence (must also meet CDD requirements 9.8.6 (https://source.android.com/docs/compatibility/13/android-13-cdd#986_content_capture_and_app_search) )<br><br>*"System intelligence"*<br><br>*"Allows this app/service to capture content, including but not limited to text, graphics, and media data, and to read location data and connect to other devices"* | • Calendar<br>• Contact<br>• SMS<br>• Call log<br>• Nearby devices<br>• Location<br>• Camera | • `ACCESS_BACKGROUND_LOCATION,`<br>`ACCESS_COARSE_LOCATION`<br>• `NEARBY_WIFI_DEVICES` for Android 13+ (`ACCESS_FINE_LOCATION` of Android 12 and lower)<br>• `READ_CALENDAR`<br>• `READ_CONTACTS`<br>• `READ_SMS`<br>• `READ_PHONE_NUMBERS`<br>• `READ_CALL_LOGS`<br>• `CAMERA`<br>• `BLUETOOTH_CONNECT,`<br>`BLUETOOTH_SCAN`<br>• `READ_MEDIA_AUDIO,`<br>`READ_MEDIA_IMAGE,`<br>`READ_MEDIA_VIDEO,`<br>`READ_MEDIA_VISUAL_USER_SELECTED` | Opt-in |

- `READ_EXTERNAL_STORAGE`

---

## Category: Connectivity

| | | | |
|---|---|---|---|
| "Casting"<br><br>*"Allows this app/service to send media, audio and video to another device"* | • Bluetooth<br>• Microphone<br>• Storage | • `NEARBY_WIFI_DEVICES` for Android 13 and higher (`ACCESS_FINE_LOCATION` of Android 12 and lower)<br><br>• `BLUETOOTH_ADVERTISE`, `BLUETOOTH_SCAN`, `BLUETOOTH_CONNECT`<br><br>• `RECORD_AUDIO`<br><br>• `READ_MEDIA_AUDIO`, `READ_MEDIA_IMAGE`, `READ_MEDIA_VIDEO`, `READ_MEDIA_VISUAL_USER_SELECTED`<br><br>• `READ_EXTERNAL_STORAGE`, `WRITE_EXTERNAL_STORAGE` | Opt-in (in context) |
| Connected device setup, management (e.g., Android TV location for wifi management. (Fixed devices without GPS))<br><br>*"Allows this app or service the ability to establish a connection with nearby devices through Bluetooth or WiFi"* | • Location: Set up ATV controller Wi-Fi or other peripherals<br>• BT Connect | • `NEARBY_WIFI_DEVICES` for Android 13 and higher (`ACCESS_FINE_LOCATION` of Android 12 and lower)<br><br>• `BLUETOOTH_ADVERTISE`, `BLUETOOTH_SCAN`, `BLUETOOTH_CONNECT` | No |

## Category: Location

| | | | |
|---|---|---|---|
| E911/"Emergency"<br><br>*Allows this app/service to make calls and share your location for emergency purposes* | • Contacts<br>• Phone<br>• Location (only be pre-granted without opt-in for legally required cases of emergencies/E911)<br>• SMS | • `CALL_PHONE`<br><br>• `READ_CONTACT`<br><br>• `ACCESS_BACKGROUND_LOCATION`, `ACCESS_COARSE_LOCATION`, `ACCESS_FINE_LOCATION`<br><br>• `SEND_SMS` | Opt-in except Opt-out for E911/ WEA (Wireless emergency alerts) |
| "Find my devices"<br><br>*"Allows this app or service the ability to be found and modified by other devices remotely"* | • Phone: Check the device ID<br>• Location: Locate device<br>• Storage: Remote wipe<br>• SMS: Update location when no Wi-Fi network | • `READ_PHONE_STATE`<br><br>• `READ_SMS`<br><br>• `ACCESS_BACKGROUND_LOCATION`, `ACCESS_COARSE_LOCATION`<br><br>• `NEARBY_WIFI_DEVICES` for Android 13 and higher (`ACCESS_FINE_LOCATION` of Android 12 and lower)<br><br>• `READ_MEDIA_AUDIO`, `READ_MEDIA_IMAGE`, `READ_MEDIA_VIDEO`, `READ_MEDIA_VISUAL_USER_SELECTED` | Opt-out OK due to serious material consequences |

|  |  | • READ_EXTERNAL_STORAGE, WRITE_EXTERNAL_STORAGE |  |
|---|---|---|---|

**Category: Audio/video processing**

| | | | |
|---|---|---|---|
| Camera/Assistant/IMS/Gallery Audio or video processing helper apps with no other entry point (headless) | • Camera<br>• Audio<br>• Storage<br>• Bluetooth | • CAMERA<br><br>• RECORD_AUDIO<br><br>• READ_MEDIA_AUDIO, READ_MEDIA_IMAGE, READ_MEDIA_VIDEO, READ_MEDIA_VISUAL_USER_SELECTED<br><br>• READ_EXTERNAL_STORAGE, WRITE_EXTERNAL_STORAGE<br><br>• BLUETOOTH_ADVERTISE, BLUETOOTH_SCAN, BLUETOOTH_CONNECT | No |
| "Dictation" / "Speech-to-text" (headless)<br><br>*"Allows this app/service to record sound"* | Microphone | RECORD_AUDIO | Opt-out if privacy-preserving processing, otherwise Opt-in |

**Category: Optimization**

| | | | |
|---|---|---|---|
| Battery optimization<br><br>*"Allows this app/service to optimize your battery"* | Camera for devices without ambient light sensor | CAMERA | Opt-in |
| Post notifications<br><br>See the note below for the allowed use cases | <u>Notifications</u> (https://developer.android.com/develop/ui/views/notifications/notification-permission) | POST_NOTIFICATIONS | No |

**Note:** Preloaded apps MAY be granted `POST_NOTIFICATIONS` runtime permission without a system runtime permission prompt if it meets one of the following use cases:

- Critical phone system functions should work OOB: These include critical system functionalities such as network stack, print spooler, system UI, location provider, and package installer.

- Core phone functions should work OOB: These include core phone functions such as Setup Wizard, dialer, and SMS.

- Essential safety and emergency use cases: These include the default safety app (pregranted by role). Most third-party installed safety apps require the user to set up the app where the app can request the permission during onboarding.

- Preloaded apps that need to send notifications critical to device function prior to users launching the app such as VOIP or video calling app.

## 13.2.3 SMS and call log permissions policy

| | |
|---|---|
| Announcement date | June 24, 2020 |
| Effective date | January 4, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS and BTS |
| Test information | • Module: `GtsSmsCallLogTest`<br>• Test: `GtsSmsCallLogTest#testSmsCallLogAgainstAllowlist` |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br>• Bug template: MBA SMS/Call Log policy |
| Resources | <u>MBA Policy Enforcement</u> (/gms/policies/domains/mba/mba-enforcement)<br><u>Personal and sensitive information</u> (/gms/policies/domains/mba#personal-sensitive-info)<br><u>SMS/Call Log permission groups</u> (/gms/policies/domains/mba#sms-permissions)<br><u>MBA enforcement</u> (/gms/policies/domains/mba/mba-enforcement) |

For new launching DEVICEs submitted through Android Partner Approvals (APA) portal on or after

• **January 4, 2021:** Partners MUST fix SMS and call log policy violations to every MBA in the software BUILD.

SMS and call log permissions are regarded as personal and sensitive user data subject to the <u>personal and sensitive information</u> (#personal-sensitive-info) policy, and the following restrictions.

| Restricted permission | Requirement |
|---|---|
| Call log permission group (for example, `READ_CALL_LOG`, `WRITE_CALL_LOG`, `PROCESS_OUTGOING_CALLS`) | The app must be actively registered as the default phone or Assistant handler on the device. |
| SMS permission group (for example, `READ_SMS`, `SEND_SMS`, `WRITE_SMS`, `RECEIVE_SMS`, `RECEIVE_WAP_PUSH`, `RECEIVE_MMS`) | The app must be actively registered as the default SMS or Assistant handler on the device. |

Apps lacking default SMS, phone, or Assistant handler capability may not declare the use of the above permissions in the manifest. This includes placeholder text in the manifest. Additionally, apps must be actively registered as the default SMS, phone, or Assistant handler before prompting users to accept any of the above permissions and must immediately stop using the permission when they're no longer the default handler. The permitted uses and exemptions are available in <u>SMS/call log permission groups</u> (/gms/policies/overview/permission-groups).

Apps may use the permission (and any data derived from the permission) only to provide approved core app functionality. Core functionality is defined as the main purpose of the app. This may include a set of core features, which must all be prominently documented in the app's description on the app distribution platform, or presented during the out-of-box setup flow for preloaded

apps, or by being the default handler for certain core Android functionalities
  (https://android.googlesource.com/platform/frameworks/base/+/master/services/core/java/com/android/server/pm/permission/DefaultPermissionGra
  ntPolicy.java)
. Without the core features, the app is broken or rendered unusable. The transfer, sharing, or licensed use of this data must be only for providing core features or services within the app, and its use may not be extended for any other purpose (for example, improving other apps or services, advertising, or marketing purposes). Apps may not use alternative methods (including other permissions, APIs, System UIDs or third-party sources) to derive data attributed to call log or SMS-related permissions.

## SMS/Call Log permission groups

Google restricts the use of high-risk or sensitive permissions (/gms/policies/domains/mba#sms-call-log), including the SMS
  (https://developer.android.com/reference/android/Manifest.permission_group#SMS) and Call Log
  (https://developer.android.com/reference/android/Manifest.permission_group#CALL_LOG) permission groups.

If an app doesn't require access to SMS/Call Log permissions, these permissions must be removed from the app's manifest. For information on policy compliant alternative implementations, see Alternatives to common uses (#alternatives).

If the app meets the policy requirements for acceptable use or is eligible for an exception, declare any SMS/Call Log permissions (/gms/policies/overview/sms-call-log) when submitting the build for approval in the Android Partner Approvals Portal (APA).

The submitted build may be blocked if the app fails to meet policy requirements or fails to submit an SMS/Call Log permissions usage declaration.

## Accessing SMS/Call Log permissions

Apps should only access SMS/Call Log permissions when an app falls within permitted uses and only to enable the app's critical core functionality.

*Core functionality* is defined as the main purpose of an app. Core functionality may comprise of a set of core features, which MUST be ONE of the following:

- Prominently documented in the app's description on the app distribution platform.

- Presented during the out-of-box setup flow for preloaded apps.

- Set as the default handler for certain core Android functionalities
    (https://android.googlesource.com/platform/frameworks/base/+/master/services/core/java/com/android/server/pm/permission/DefaultPermissi
    onGrantPolicy.java)
  .

Without the core features, the app is *broken* or rendered unusable.

## Permitted uses of the SMS/Call Log permissions

For apps requesting access to the SMS/Call Log permissions, permitted uses include default SMS handling, default phone handling, or Assistant handling capability.

Apps must:

- Be actively registered as the default SMS, phone, or Assistant handler before prompting users to accept any SMS/Call Log permissions.

- Immediately stop the use of the permission when they aren't the default handler.

**Note:** Review the Exceptions (/gms/policies/overview/permission-groups#exceptions) for more information.

The following table lists the permitted uses if an app is the default handler for that use, and the eligible permissions for each use. The uses also include any other core functionality use while the app is the default handler for those uses.

| Use | Eligible permissions* |
|-----|----------------------|
| SMS handler | • `READ_SMS`<br>• `RECEIVE_MMS`<br>• `RECEIVE_SMS`<br>• `RECEIVE_WAP_PUSH`<br>• `SEND_SMS`<br>• `WRITE_SMS` |
| Phone handler | • `PROCESS_OUTGOING_CALLS`<br>• `READ_CALL_LOG`<br>• `SEND_SMS`<br>• `WRITE_CALL_LOG` |
| Assistant handler | • `READ_CALL_LOG`<br>• `READ_SMS`<br>• `RECEIVE_MMS`<br>• `RECEIVE_SMS`<br>• `RECEIVE_WAP_PUSH`<br>• `SEND_SMS`<br>• `WRITE_SMS` |

\* Subject to review and approval.

## Exceptions

We may provide a temporary exception to apps that aren't default SMS, phone, or Assistant handlers if BOTH of the following apply:

- Use of the permission enables a core app functionality listed below.
- There's currently no alternative method to provide the core functionality.

| Use | Eligible permissions* |
|-----|----------------------|
| Account verification using phone call | • `READ_CALL_LOG` |

Device may be verified by transmitting a phone call; receipt of phone call is confirmed by verifying number in call log.

| | |
|---|---|
| **Anti-SMS phishing ("smishing")**<br><br>Apps must have a track record of significant protection for users, as reflected in analyst reports, benchmark test results, industry publications, and other credible sources of information, to be eligible for implementing this use case. | • READ_SMS<br>• RECEIVE_MMS<br>• RECEIVE_SMS<br>• RECEIVE_WAP_PUSH<br>• WRITE_SMS |
| **Backup and restore for users**<br><br>Apps for user content backup, restore and cloud storage. | • READ_SMS<br>• RECEIVE_MMS<br>• RECEIVE_SMS<br>• RECEIVE_WAP_PUSH<br>• WRITE_SMS<br>• READ_CALL_LOG<br>• WRITE_CALL_LOG |
| **Caller ID, spam detection, and spam blocking** | • READ_SMS<br>• RECEIVE_MMS<br>• RECEIVE_SMS<br>• RECEIVE_WAP_PUSH<br>• SEND_SMS<br>• READ_CALL_LOG<br>• PROCESS_OUTGOING_CALLS |
| **Carrier device provisioning**<br><br>Apps that remotely provision carrier connectivity settings of user devices. | • RECEIVE_SMS<br>• RECEIVE_MMS<br>• RECEIVE_WAP_PUSH |
| **Connected device companion apps that enable sending and receiving of SMS or calls**<br><br>Apps that enable the user to connect a mobile device to a connected device (for example, a smartwatch, automotive, or smart home device) and send/receive texts and phone calls. | • READ_SMS<br>• RECEIVE_MMS<br>• RECEIVE_SMS<br>• RECEIVE_WAP_PUSH<br>• SEND_SMS<br>• WRITE_SMS<br>• PROCESS_OUTGOING_CALLS<br>• READ_CALL_LOG<br>• WRITE_CALL_LOG |

| | |
|---|---|
| **Cross-device synchronization or transfer of SMS or calls** <br><br> Apps that enable the user to sync texts and phone calls across multiple devices (such as between phone and laptop). | • `READ_SMS`<br>• `RECEIVE_MMS`<br>• `RECEIVE_SMS`<br>• `RECEIVE_WAP_PUSH`<br>• `SEND_SMS`<br>• `READ_CALL_LOG` |
| **Device automation** <br><br> Apps that enable user to automate repetitive actions across multiple areas of the OS, based on one or more conditions set by the user. | • `READ_SMS`<br>• `RECEIVE_MMS`<br>• `RECEIVE_SMS`<br>• `RECEIVE_WAP_PUSH`<br>• `SEND_SMS`<br>• `WRITE_SMS`<br>• `READ_CALL_LOG`<br>• `WRITE_CALL_LOG`<br>• `PROCESS_OUTGOING_CALLS` |
| **Enterprise archive, enterprise CRM, and enterprise device management** <br><br> Device management for corporate entities for their employees; corporate login required for access. | • `READ_SMS`<br>• `RECEIVE_MMS`<br>• `RECEIVE_SMS`<br>• `RECEIVE_WAP_PUSH`<br>• `WRITE_SMS`<br>• `READ_CALL_LOG*`<br>• `PROCESS_OUTGOING_CALLS*`<br>• `WRITE_CALL_LOG`<br><br>* For enterprise CRM use, only these permissions are allowed. |
| **In-vehicle hands-free use and projected display** <br><br> Apps directly related to core functionalities of driving/mobility (for example, navigation), especially in situations where a user's physical interactions with a devices are limited. | • `RECEIVE_SMS, SEND_SMS`<br>• `RECEIVE_MMS`<br>• `RECEIVE_WAP_PUSH`<br>• `WRITE_SMS`<br>• `PROCESS_OUTGOING_CALLS`<br>• `WRITE_CALL_LOG`<br>• `READ_CALL_LOG` |
| **Physical safety/emergency alerts to send SMS** <br><br> Apps that send SMS alerts in emergency situations. | • `SEND_SMS` |
| **Proxy calls** | • `PROCESS_OUTGOING_CALLS`<br>• `READ_CALL_LOG` |

| | |
|---|---|
| Apps that provide an intermediary number to enable user calls/texts. | • WRITE_CALL_LOG |
| SMS Cell Broadcast<br><br>Apps that use Cell Broadcast messaging for customer communications. | • RECEIVE_SMS |
| SMS-based financial transactions and money management<br><br>Example apps are Unified Payment Interfaces (UPI), verifications for financial transactions, track and manage budget. | • READ_SMS<br>• RECEIVE_MMS<br>• RECEIVE_SMS<br>• RECEIVE_WAP_PUSH<br>• SEND_SMS |
| Write and show call history in default dialer app<br><br>Apps that document call history in a user's dialer. | • WRITE_CALL_LOG |

\* Subject to review and approval.

**Note:** Apps for carrier and OEM services may request permissions access for the above use cases, in addition to critical services that require access.

## Nonpermitted uses of the SMS/Call Log permissions

In some cases where apps may want to access user data, safer and more secure alternatives exist or the risk of data exposure doesn't warrant access.

Below is a nonexhaustive list of common use cases that aren't permitted to access sensitive user data associated with SMS/Call Log permissions. The italicized cases are different from the Google Play policy.

- Account verification using SMS (see Alternatives to common uses (#alternatives))
- Content sharing or invites (see Alternatives to common uses (#alternatives))
- Contact prioritization, affinity profiles, or social graphs
- Call recorder
- Device performance booster, or space or data management
- Family or device locator
- Smart or predictive keyboard
- SMS or calls appearing in wallpaper, launcher, and other tools
- SMS translation
- Text to voice, speech/voice to text (when not default handler or eligible exception)
- SMS and contacts management (when not default handler or eligible exception)
- SMS or phone notification enhancement and alerts (when not default handler)
- *Launcher apps*
- *Email apps*

- *Browser apps*
- *News, entertainment, or music apps*

## Alternatives to common uses

Rather than accessing users' SMS/Call Log data, you can use the following alternatives to provide app functionalities.

| Use | Alternatives |
| --- | --- |
| SMS OTP and account verification | With the SMS Retriever API (https://developers.google.com/identity/sms-retriever/overview), apps can perform SMS-based user verification automatically. This API doesn't require the user to manually type verification codes and doesn't extra app permissions.<br><br>If the SMS Retriever API isn't an option for an app, users can manually enter a verification code. |
| Initiate a text message | With the SMS Intent (https://developer.android.com/guide/components/intents-common#SendMessage), apps can initiate an SMS or MMS text message. |
| Share content | With the Share Intent (https://developer.android.com/training/sharing/), apps can let users share content or send invites through a variety of supporting apps without requiring sensitive app permissions. |
| Initiate a phone call | With the Dial Intent (https://developer.android.com/reference/android/content/Intent#ACTION_DIAL), apps can specify a phone number and open the phone app. The user can then explicitly initiate the phone call.<br><br>The Dial Intent doesn't require the `CALL_PHONE` permission. |

**Caution:** If the app's usage of these restricted permissions changes, the form must be resubmitted with updated and accurate information. Deceptive and nondeclared uses of these permissions may result in blocked builds where the app is preloaded.

## 13.2.4 MBA personal profile data privacy policy

| | |
| --- | --- |
| Announcement date | September 8, 2020 |
| Effective date | September 8, 2020 |
| Applies to | Various (see policy for details) |
| OS version | Various (see policy for details) |
| Enforcement mechanism | Reactive enforcement. Google to file a bug for partners to fix the reported issue. |
| Test information | N/A |
| Resources | • MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)<br>• Cross-profile pregrant restrictions (#cross-profile-pregrant-restrict) |

- Personal profile data privacy requirements (#personal-profile-data-privacy-req)

### 13.2.4.1 Personal profile data privacy requirements

DEVICE implementations that support the work profile (`android.software.managed_users`):

- MUST NOT preload or distribute software components out-of-box that share or make visible personal profile data to apps within the work profile.

- MUST NOT preload or distribute software components out-of-box that have, or allow other apps running in the work profile to enforce device policy controls (https://developer.android.com/work/dpc/device-management) in the personal profile, unless the device is provisioned as a company-owned device in accordance with the AOSP implementation of device ownership.

For all work profile scenarios, including when the device is provisioned as a **company-owned device**, software components preloaded or distributed out-of-box:

- MUST NOT send personalization data or any other type of personal profile data to the work profile for the purposes of aggregating app usage statistics or user behavior across the device.

- MUST NOT reveal personal profile data by either direct or indirect means, for example, accepting a package name as an API parameter that returns `true` only if that package is present in the personal profile.

- Ensure that any personal profile data shared with apps or software running in the work profile MUST NOT be sent off the device by apps or software running in the work profile.

### 13.2.4.2 Cross-profile communication privacy requirements

On DEVICEs running Android 11 or higher that support managed profiles,

- Platform-signed apps can declare and use the `INTERACT_ACROSS_PROFILES` permission if they're one of the AOSP components such as `com.android.shell`.

- Preloaded Assist apps or preloaded out-of-the-box default Input Method Editor (IME) app may be pregranted with the `INTERACT_ACROSS_PROFILES` permission without user consent, subject to the Cross profile prergrant restrictions (#cross-profile-pregrant-restrict) defined below.

- All other apps MUST get user consent by displaying appropriate consent screens in accordance with the AOSP implementation before the `INTERACT_ACROSS_PROFILES` permission is granted.

**Note:** An Assist app must implement a VoiceInteractionService or an `ACTION_ASSIST` intent handler.

### 13.2.4.3 Cross-profile pregrant restrictions

When the `INTERACT_ACROSS_PROFILES` permission is pregranted, these apps:

- MUST NOT send Personal Profile data to the Work Profile; any features that send Personal Profile data to the Work Profile MUST be optional for use of the device, and provide additional user-facing consent similar to that implemented in AOSP.

- MAY send data unrelated to the Personal Profile data such as static settings, preferences, or configuration data that do not relate to users' personal data or user-generated content, from the Personal Profile to the Work Profile for the purposes of device configuration.

- MUST comply with the other Personal Profile data privacy requirements (#personal-profile-data-privacy-req) in all cases.

## 13.2.5 MBA device lock policy

Last updated, March 20, 2023

| | |
|---|---|
| Announcement date | • March 20, 2023<br><br>  • New eligible use case: Rental/lease<br><br>  • New requirement to provision Device Owner type = `FINANCED`<br><br>  • Updated supply-chain use case to cover both pre-locked devices from factory to user or unlock first before reaching the user<br><br>• March 20, 2023 (for requirements announced on March 20, 2023)<br><br>• August 15, 2022 (extended/clarified effective date for enforcement)<br><br>• March 15, 2022 (added subsidy use case)<br><br>• November 11, 2020 |
| Effective date | • March 20, 2023 (for requirements announced on March 20, 2023)<br><br>• August 15, 2022<br><br>• WARN: September 5, 2021 (not build blocking)<br><br>• ALERT (BUILD blocking): Partners have 180 days from the date of disclosure to come into compliance after which the BUILD is blocked.<br><br>• See the list of noncompliant apps in the <u>Device lock app status</u> (#lock-app-status) section and the date by which they need to become compliant. |
| Applies to | All MBAs on DEVICE launches |
| OS version | Android 11 or higher |
| Enforcement mechanism | The following mechanisms apply:<br>• Proactive enforcement: Partners to file a bug using the below templates and submit requested evidence.<br><br>• Reactive enforcement: Google to file a bug for partners to fix it. |
| Test information | N/A |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br><br>• Choose the appropriate template:<br><br>  • Device lock: solution approval partners developing an end-to-end device lock solution is required to declare and provide evidence complying with the MBA device Lock policy using <u>Device lock: MBA device lock policy certification</u> (https://forms.gle/Ad8HxJNM7DdUFShp7). Indicate accordingly in the form if the solution is based on Android device lock controller or otherwise.<br><br>  • Android device lock: build checklist OEM partners working to support Android's DLC based solution are required to declare changes made on their device build using <u>Device lock: MBA preapproval for OEMs (Android DLC)</u> (https://forms.gle/M2D5CpELzE6fQ3z87). |

| Resources | <ul><li>MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)</li><li>Device lock app status (#lock-app-status)</li><li>Device lock (/gms/building/integrating/device-lock)</li></ul> |
| --- | --- |

Software BUILDs for new <u>DEVICEs</u> (/gms/policies/domains/introduction#definitions) launching with Android 10 or higher submitted on the Android Partner Approvals (APA) portal on or after:

- **September 5, 2021** receive a `WARNING` message if preloading a noncompliant app.

- **January 3, 2022** MUST comply with the MBA device lock policy and fix any violations on every <u>MBA</u> (/gms/policies/domains/introduction#definitions) in the <u>software BUILD</u> (/gms/policies/domains/introduction#definitions).

- **August 15, 2022** partners MUST fix all issues within 180 days from when the app was identified to be noncompliant and disclosed to the partner. After 180 days, BUILDs are blocked from approval until the noncompliant app is removed or fixed.

Code that meets any of the following is conventionally classified by Google as <u>ransomware</u> (https://support.google.com/googleplay/android-developer/answer/9888380#ransomware) and isn't allowed distribution:

- Takes partial or full control over a DEVICE or its data without a user-initiated action.

- Demands payment or action other than removing the SIM from a different network provider to release control.

MBAs may implement device-locking solutions to manage devices if they meet the following MBA device lock policy requirements.

**Note:** For more information, see <u>MBA device lock policy</u> (/gms/policies/domains/device-lock-enforcement).

## 13.2.5.1 Eligible device lock scenarios

- DEVICEs that are distributed with an agreement to be paid in full by the user over a certain predefined term that lock the device on missed payments (referred to as *financed devices*).

- Devices that support locking during device transit from factory to the end user.

- Devices that are prelocked from the factory before reaching the user.

- Locking solutions implemented as an app or Android framework component that can lock the device functionality based on SIM insertion/removal.

- Devices sold under a rebate or discount plan with an agreement that the user will remain with the service plan for a certain predefined term and locks the device on missed service payments, recharge, or removal of a valid SIM (referred to as *subsidy devices*).

- Devices provided under a rental or lease plan with an agreement that the user will remain with the plan for a certain predefined term and the device remains unlocked as long as the user is in good standing (referred to as *rental devices*).

## 13.2.5.2 Device lockdown requirements for MBAs

The device locking solution:

- MUST be preloaded or installed during the Setup Wizard flow before the out-of-box setup flow is completed.

- MUST be, after being paid in full by the user or after fulfilling any contractual obligations, immediately disabled on the devices and MUST NOT be reenabled even after the device is factory reset. For solutions where the MBA client supports other

functionality, they MAY alternatively disable the device lock functionality on the server. For devices that are SIM-locked, the user MUST be provided with a path for disabling the lock on the device.

- MUST encrypt and authenticate all remote lock/management commands.

- MUST NOT exploit security vulnerabilities, nondocumented behaviors of public APIs, or hidden APIs as a means to implement the functionality (as these may get "patched" in future security updates).

- For financed devices, subsidy devices, and rental devices that lock the device on missed payments, see these additional requirements below:

  - MUST NOT block the out-of-box setup flow unless the device identifier maps to a device not paid in full by the user.

  - MUST show a prominent disclosure (#device-lock-disclosure) accompanied with explicit user consent (#device-lock-consent) before actively monitoring the payment status of the device and blocking the device functionalities.

  - MUST afford the user a prominent and persistent warning, with minimum time in advance (#user-notification-device-lock) before full lockdown event for financed devices.

  - MUST provide a minimum one day warning period before the device is locked due to a missed payment or recharge when the device is in an offline state.

  - MUST provide the ability for the user to get a minimum of one day extension if the device is locked due to a missed payment or recharge when the device was in a powered-off state.

  - MUST use provisioning parameter `com.google.android.apps.work.oobconfig.IS_FINANCED_DEVICE_PROVISIONING = true` to provision device owner type as `DEVICE_OWNER_TYPE_FINANCED` to limit API/permissions access only to the relevant device locking use cases for solutions that use a device policy controller (https://developers.google.com/android/work/terminology#device_policy_controller_dpc) as Device Owner (https://developers.google.com/android/work/terminology#device_owner_do).

- The rental devices that don't require a payment to keep the devices unlocked:

  - MUST show a prominent disclosure accompanied with explicit user consent before activating device locking functionality on the device.

  - MUST afford the user a prominent and persistent warning, with minimum time in advance (/gms/policies/preview/mba#user-notification-device-lock) before locking the rental device.

- SIM lock solutions:

  - MUST NOT lock the device when no SIM is inserted as long as there are no missing payments for the device.

  - MUST NOT lock the device when the SIM is from an authorized network provider as long as there are no missing payments for the device.

### 13.2.5.3 Prominent disclosure and consent requirement

MBAs distributed with the device whose primary purpose is to manage the device locking function for a device may be excluded from the ransomware category provided they successfully meet requirements for secure lock and management, and adequate user disclosure and consent requirements as detailed below. In addition, adequate user disclosure and consent requirements are required each time the account owner changes until the device is paid in full.

#### 13.2.5.3.1 Device lock disclosure

- MUST be presented without the need for the user to navigate into a menu or settings.

- MUST NOT be placed in a lengthy, off-device privacy policy or Terms of Service (ToS).

- MUST include a request for <u>user consent</u> (#device-lock-consent).

**13.2.5.3.2 Explicit user consent**

- MUST accompany and immediately follow the disclosure.

- MUST present the consent dialog clearly and unambiguously.

- MUST require an affirmative user action (for example, tap to accept, select a checkbox) to accept.

- MUST NOT interpret navigation away from the disclosure (including tapping away or pressing the **Back** or **Home** button) as a consent.

- MUST be presented until there's an affirmative action and not use auto dismissing or expiring messages.

## 13.2.5.4 User notifications before device lock applicable to financed devices and subsidy devices

The device users must be given a warning period in which to take action before the device is locked. See the table below for the minimum warning periods.

| Payment plan | Minimum warning period before device is locked |
| --- | --- |
| Monthly | 7 days |
| Weekly | 5 days |
| Daily | 1 day |

For more information on Android's solution to enable device locking functionality, see <u>Device Lock</u> (/gms/building/integrating/device-lock).

For more information about the compliant and noncompliant apps, see <u>Device lock app status</u> (#lock-app-status).

## Device lock app status

**Solutions in review**

| CompanyPackage | | Date of disclosure of noncompliance | Date by which the app should become complaint (180 days from date of disclosure) |
| --- | --- | --- | --- |
| Kistpay | `com.kistpay.finance` | July 12, 2022 | January 8, 2023 |

**Noncompliant apps**

See the table below for the apps that were reviewed in the scope of the Device Lock policy and the use cases and noncompliant as of date of disclosure.

| Company | Package | Date of disclosure of noncompliance | Date by which the app should become complaint (180 days from date of disclosure) |
|---------|---------|-------------------------------------|---------------------------------------------------------------------------------|
| America Movil DO | `com.claro.blocker` March 4, 2022 | | August 31, 2022 |

**Compliant apps**

See the table below for the apps that were reviewed in the scope of the Device Lock policy and the use cases for which they were approved.

| Company | Package | Financed Android DLC based | Financed proprietary | Pre-locked from factory | SIM lock |
|---------|---------|---------------------------|---------------------|------------------------|----------|
| Airtel | `com.airtelx.airtelkiosk` | X | | | |
| America Movil | `co.sitic.pp` | | X | | |
| HMD | `com.hmdglobal.app.devicelock` | | X | | X |
| Motorola (Motosafe 1.0 and 2.0) | `com.motorola.paks` | | X | X | |
| Promobitech - Nuovopay | `com.promobitech.nuovo,` `com.promobitech.nuovo.assist.stm` | | X | | |
| PayJoy | `com.payjoy.access` | | X | | |
| | `com.payjoy.status.df` | X | | | |
| Reliance Jio | `com.jpn.finance,` `com.rjio.lockunlock` | | X | | |
| | `com.rjio.slc` | | X | | |
| | `com.jio.moilock` | X | | | |
| Samsung | `com.samsung.ssu` | | | | X |
| | `com.samsung.android.kgclient` | | X | | X |
| Transsion | `com.scorpio.securitycom` | | X | | |
| Trustonic | `com.trustonic.telecoms.standard.dlc` | X | | | |

## 13.2.6 Notification access and notification listeners policy

| | |
|---|---|
| Announcement date | December 17, 2020 |
| Effective date | June 10, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS and BTS |
| Test information | • GTS 8.0_R4<br>• Module: `GtsMbaPrivilegedPermissionTestCases`<br>• Test: `GtsNotificationAccessListenersTest#testMbaPrivilegedPermission` |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br>• Bug template: Notification access or Notification listeners |
| Resources | MBA Enforcement information (/gms/policies/domains/mba/mba-enforcement#process)<br>Notification access and notification listeners policy supplement (#notification-supplement)<br>Prominent disclosure and consent requirement (/gms/policies/domains/mba#disclosure-consent) |

For new launching DEVICEs submitted through the Android Partner Approvals (APA) portal on or after:

- **June 10, 2021:** Partners MUST fix notification access and notification listeners policy violations for every MBA in the software BUILD (/gms/policies/domains/introduction#definitions).

This includes:

- Every MBA (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a new launching DEVICE (/gms/policies/domains/introduction#definitions))

- Any newly added MBA (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions))

- Existing MBA (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions)) adding any new permission/config (from Notification access and notification listeners permission scope (/gms/policies/overview/amsterdam1#permission-groups) or system UID is considered as a newly added MBA

MBAs with notification access or assigned as default notification listener MUST adhere to the following criteria:

- Only privileged or platform signed apps are approved as default Notification Listener Access packages.

- MUST follow Prominent disclosure and consent requirement (/gms/policies/domains/mba#disclosure-consent).

- MUST point the user to the Notification Listener Settings UI as a means of controlling access (**Settings** > ... > **Special app access** > **Notification access** or **Device & app notifications**). If this setting is denied, notifications MUST NOT be

accessed. Exemptions to this requirement are granted for certain default handlers as described in the permitted use cases page.





- Any such disclosure or link to settings MUST show before the app accesses notification data.

## Notification access and notification listeners policy supplement

### Permission groups

This policy covers following permission and configuration. It also covers any other permissions, framework modifications, and mechanisms that give the same access level.

- `ACCESS_NOTIFICATIONS`
  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
  q=android.permission.ACCESS_NOTIFICATIONS)
  privileged permission and any Android API gated by this permission that grants notification access.

- Packages that are granted notification listener access by mentioning the package name in
  `config_defaultListenerAccessPackages`
  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/res/values/config.xml?
  q=config_defaultListenerAccessPackages&sq=&ss=android)
  in `config.xml`  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/res/values/config.xml)` or any
  OEM overlays. The package name controls which packages can be set up as a notification listener that grants access to all
  incoming notifications. It sets the value of the notification access special app access permission in Settings to grant access
  by default but can be overridden if the user toggles this off in Settings.

### Permitted use cases

The permitted use cases MUST fall into one of the following types:

- Allowed use cases that require alternative UI for user control.

  - Companion apps for the purposes of displaying messages on the companion device.

- Allowed use cases that don't require alternative UI for user control.

  - Assistants (complying with the content capture CDD 9.8.6
    (https://source.android.com/compatibility/android-cdd#9_8_6_content_capture)) for the purpose of hands-free processing of
    messages, including driving assistance.

  - Launchers and secondary displays - for the purpose of flagging unread notifications per app in launcher.

  - Content capture services (as described in CDD 9.8.6
    (https://source.android.com/compatibility/android-cdd#9_8_6_content_capture))

## Prohibited use cases

The examples of prohibited use cases are as follows:

- Antivirus
- One-time-passwords (OTPs)
- Alarm clock
- Backup service
- Scanner app

## 13.2.7 Accessibility and UI automation policy

| | |
|---|---|
| Announcement date | December 17, 2020 |
| Effective date | June 10, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS and BTS |
| Test information | • GTS 8.0_R4<br>• Module: `GtsMbaPrivilegedPermissionTestCases`<br>• Test: `GtsAccessibilityUiAutomationTest#testMbaPrivilegedPermission` |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br>• Bug template: Accessibility or UI Automation |
| Resources | • MBA Enforcement information (/gms/policies/domains/mba/mba-enforcement#process)<br>• Accessibility and UI automation policy supplement (#accessibility-supplement)<br>• Prominent disclosure and consent requirement (/gms/policies/domains/mba#disclosure-consent) |

For new launching DEVICEs submitted through Android Partner Approvals (APA) portal on or after:

- **June 10, 2021:** Partners MUST fix accessibility and UI automation (/gms/policies/domains/introduction#definitions) policy violations to every MBA in the software BUILD (/gms/policies/domains/introduction#definitions).

This includes:

- Every MBA (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a new launching DEVICE (/gms/policies/domains/introduction#definitions))
- Any newly added MBA in the BUILD (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions))

- Existing MBA (if it's for a previously approved <u>PRODUCT</u> (/gms/policies/domains/introduction#definitions)) adding any new permission/config (from <u>Accessibility and UI Automation permission scope</u> (/gms/policies/overview/amsterdam2#permission-groups) ) or system UID is considered as a newly added MBA

MBAs pregranting accessibility or <u>UI automation</u> (/gms/policies/domains/introduction#definitions) capabilities to themselves or other apps MUST adhere to the following criteria:

- MUST follow <u>Prominent disclosure and consent requirement</u> (/gms/policies/domains/mba#disclosure-consent).

- MUST give the user control through a UI as either:

  - MBA pregranted accessibility access at build time MUST show below the UI during device setup or when the MBA started the first time (before the MBA uses any accessibility services).

  - MBA pregranting accessibility access to itself or to another app at runtime MUST show below UI before the app is pregranted accessibility and before it uses any accessibility services.



  - Consent outcome MUST be reflected in Secure setting and System settings (**Settings > Accessibility**).

- MBA MUST be listed under System Accessibility Settings UI as a means of controlling access (**Settings > Accessibility**). If this setting is denied, accessibility privileges MUST NOT be granted to the app.



- <u>RETRIEVE_WINDOW_CONTENT</u>
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.RETRIEVE_WINDOW_CONTENT)
    MUST NOT be used on release key BUILDs.


## Accessibility and UI automation policy supplement

## Permission groups

This policy covers following privileged, signature permissions, and secure settings. It also includes any other permissions, framework modifications, or mechanisms that give the same access level.

- <u>RETRIEVE_WINDOW_CONTENT</u>
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.RETRIEVE_WINDOW_CONTENT)
    privileged permission.

- MBA with <u>WRITE_SECURE_SETTINGS</u>

  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
  q=android.permission.WRITE_SECURE_SETTINGS)

  privileged permission that writes a valid accessibility service component name into <u>ENABLED_ACCESSIBILITY_SERVICES</u>

  (https://developer.android.com/reference/android/provider/Settings.Secure#ENABLED_ACCESSIBILITY_SERVICES) Secure Settings
  constant.

- MBAs that are listed under <u>ENABLED_ACCESSIBILITY_SERVICES</u>

  (https://developer.android.com/reference/android/provider/Settings.Secure#ENABLED_ACCESSIBILITY_SERVICES) Secure Settings
  constant at build time.

## Permitted use cases

Allowed use cases for pregranting accessibility access that don't require alternative UI (disclosure) to get user consent:

- Accessibility services intended to be the sole control modality for users with disabilities, such as screen readers, switches, braille displays, and full voice control.

Examples and use cases:

| Traditional control modalities | Example of alternative control modalities | Use case |
|---|---|---|
| Using a visual display | Screen reader-driven operation (for example, TalkBack or Commentary) | A person who is blind or visually impaired needs to be able to use a device without having to see the display |
| Using touch input | Voice-driven operation (for example, Voice Access) | A person is physically unable to touch a display needs to be able to use a device without having to touch the display |

## Prohibited use cases

Prohibited use cases for pre-granting accessibility access:

- Price shopping, discounts, couponing

- Notification management

- Storage management

- Ad targeting

- Modifying settings (except when the app is providing sole control modality for users with disabilities)

- Content filtering (for example, URL filtering, SMS, and messages filtering)

Alternatives to common uses:

- For reading the value of <u>ENABLED_ACCESSIBILITY_SERVICES</u>

  (https://developer.android.com/reference/android/provider/Settings.Secure#ENABLED_ACCESSIBILITY_SERVICES), use
  <u>AccessibilityManager#getEnabledAccessibilityServiceList</u>

  (https://developer.android.com/reference/android/view/accessibility/AccessibilityManager#getEnabledAccessibilityServiceList(int)) API

- For adding a listener to monitor a screen reader state change, use
  <u>AccessibilityManager#addTouchExplorationStateChangeListener</u>

(https://developer.android.com/reference/android/view/accessibility/AccessibilityManager#addTouchExplorationStateChangeListener(android.
view.accessibility.AccessibilityManager.TouchExplorationStateChangeListener,%20android.os.Handler))
API.

- To be notified whether or not any accessibility service is enabled, use
  **AccessibilityManager#addAccessibilityStateChangeListener**
  (https://developer.android.com/reference/android/view/accessibility/AccessibilityManager#addAccessibilityStateChangeListener(android.view.
  accessibility.AccessibilityManager.AccessibilityStateChangeListener,%20android.os.Handler))
  .

## 13.2.8 App and network usage statistics policy

| | |
|---|---|
| Announcement date | December 17, 2020 |
| Effective date | June 10, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS and BTS |
| Test information | • GTS 8.0_R4<br>• Module: GtsMbaPrivilegedPermissionTestCases<br>• Test: GtsAppNetworkUsageStatisticsTest#testMbaPrivilegedPermission |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br>• Bug template: App and Network usage statistics |
| Resources | MBA enforcement information (/gms/policies/domains/mba/mba-enforcement#process)<br><br>App and network usage statistics policy supplement (#app-usage-supplement)<br><br>App and Network Usage Statistics Policy Supplement (/gms/policies/overview/amsterdam3#permission-groups)<br><br>Prominent disclosure and consent requirement (/gms/policies/domains/mba#disclosure-consent) |

For new launching DEVICEs submitted through Android Partner Approvals (APA) portal on or after:

- **June 10, 2021:** Partners MUST fix App and Network Usage Statistics Policy (/gms/policies/overview/amsterdam3) violations to
  every MBA in the software BUILD (/gms/policies/domains/introduction#definitions).

This includes:

- Every MBA (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a new launching DEVICE)
  (/gms/policies/domains/introduction#definitions))

- Any newly added MBA (/gms/policies/overview/gms-requirements#definitions) in the BUILD (if it's for a previously approved
  PRODUCT (/gms/policies/domains/introduction#definitions))

- Existing MBA (if it's for a previously approved <u>PRODUCT</u> (/gms/policies/domains/introduction#definitions)) adding any new permission/config (from the <u>app and network usage statistics permission scope</u> (/gms/policies/overview/amsterdam3#permission-groups)) or system UID is considered as a newly added MBA.

MBAs pregranted access to app or network usage statistics MUST adhere to the following criteria:

- MUST follow <u>Prominent disclosure and consent requirement</u> (/gms/policies/domains/mba#disclosure-consent) and prominently disclose any use of app or network usage information. The control provided as part of the disclosure may be either opt in or opt out.

- MBAs with the <u>**PACKAGE_USAGE_STATS**</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.PACKAGE_USAGE_STATS) permission granted through <u>OPSTR_GET_USAGE_STATS</u> (https://developer.android.com/reference/android/app/AppOpsManager#OPSTR_GET_USAGE_STATS) app-op, MUST point the user to **Usage access** settings as a means of controlling access (**Settings** > **Apps** > **Advanced** > **Special app access** > **Usage access**). If this setting is denied by the user, the access MUST NOT be reenabled automatically.



- For MBAs that obtain access without an explicit user grant through settings UI **Special app access** > **Usage access** (that is, pregrants of <u>**PACKAGE_USAGE_STATS**</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.PACKAGE_USAGE_STATS) , <u>OBSERVE_APP_USAGE</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.OBSERVE_APP_USAGE) , <u>GET_APP_OPS_STATS</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.GET_APP_OPS_STATS) , <u>READ_NETWORK_USAGE_HISTORY</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.READ_NETWORK_USAGE_HISTORY) , and <u>DUMP</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.DUMP) ). OEMs MUST ensure that there's a prominent disclosure and a mechanism to opt out of collection before the app is used, as well as a mechanism to opt out at a later time. If the user opts out, usage data MUST NOT be accessed.

  - For example a pointer to settings app UI or dedicated settings in the app for allowing opt out, for example, following Google Play Services Usage & Diagnostics toggle (which controls the use of DUMP-gated data).

  - Any such prominent disclosure and link to settings MUST show before the app accesses app and network usage statistics data.

  - Exemptions to this requirement are granted for certain default handlers as described in the <u>permitted use cases page</u> (/gms/policies/overview/amsterdam3).




## App and network usage statistics policy supplement

### Permission group

This policy covers the following permissions, API, and configurations. It also covers any other permissions, framework modifications, or mechanisms that give the same access level.

- **OBSERVE_APP_USAGE**

  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.OBSERVE_APP_USAGE)

  privileged permission and any Android API gated by this permission.

- **PACKAGE_USAGE_STATS**

  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.PACKAGE_USAGE_STATS)

  privileged permission and any Android API gated by this permission.

- **GET_APP_OPS_STATS**

  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.GET_APP_OPS_STATS)

  privileged permission and any Android API gated by this permission.

- **READ_NETWORK_USAGE_HISTORY**

  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.READ_NETWORK_USAGE_HISTORY)

  privileged permission and any Android API gated by this permission.

- **OPSTR_GET_USAGE_STATS** (https://developer.android.com/reference/android/app/AppOpsManager#OPSTR_GET_USAGE_STATS) app-op permission getting granted by itself or another MBA, by setting its mode to **MODE_ALLOWED**.

- **DUMP**

  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.DUMP)

  privileged permission and any Android API gated by this permission.

### Permitted use cases

- Allowed use cases that require special access or alternative UI for user control:

  - Battery optimization

- Platform diagnostic and system health tools (for example, dumpsys usagestats, bug reporting tool)

- Billing

- Storage management (for example, removing unused apps or permissions)

- Feature development and product improvement for app usage summary apps, app timers

- Crash reporting

- Allowed use cases that don't require alternative UI for user control as long as neither the app nor the network usage data leaves the device:

  - Launchers

  - App usage summary apps, app timers (for example, Digital Wellbeing)

  - On-device search for the purpose of ranking results

  - Factory quality testing (disabled prior to shipping)

  - Background resource optimization (for example, prioritizing background usage, prioritizing app updates)

## Prohibited use cases

The examples of prohibited use cases are as follows:

- App locking or secure folders

- Gesture

- Video conversion

- Bandwidth allocation

## 13.2.9 Forced or keep enabled apps policy

| | |
|---|---|
| Announcement date | December 17, 2020 |
| Effective date | September 8, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS and BTS |
| Test information | - GTS 8.0_R4<br>- Module: `GtsMbaPrivilegedPermissionTestCases`<br>- Test: `GtsForcedKeepEnabledAppsTest#testMbaPrivilegedPermission` |
| Buganizer | - Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br>- Bug template: Forced enabled apps |

| | |
|---|---|
| Resources | • MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement) |
| | • Force or keep enabled apps policy supplement (#forced-apps-supplement) |

For new launching DEVICEs submitted through Android Partner Approvals (APA) portal on or after:

- **September 8, 2021:** Partners MUST fix forced or keep enabled apps policy violations to every MBA in the <u>software BUILD</u> (/gms/policies/domains/introduction#definitions).

This includes:

- Every <u>MBA</u> (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a new launching <u>DEVICE</u> (/gms/policies/domains/introduction#definitions))

- Any new forced-enabled <u>MBA</u> (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a previously approved <u>PRODUCT</u> (/gms/policies/domains/introduction#definitions))

<u>Forced or keep enabled apps</u> (/gms/policies/domains/introduction#definitions) MUST meet the following criteria:

- MUST be preloaded full-version apps (not <u>stubs</u> (/gms/policies/domains/introduction#definitions)).

- MUST provide functionality described within the list of <u>permitted use cases</u> (/gms/policies/overview/amsterdam4#permitted-use-cases).

- MUST NOT contain any functionality outside of the <u>permitted use cases</u> (/gms/policies/overview/amsterdam4#permitted-use-cases), which can't be separated into a different app running without the forced-enabled privilege.

The system settings app MUST present an option to disable or uninstall every MBA that isn't explicitly allowed by this policy. And when an app is disabled by the user, that app MUST stay disabled until one of following things occurs:

- The app is manually reenabled by the user.

- The app is manually reinstalled by the user.

- The system is factory reset.

## Force or keep enabled apps policy supplement

### Permissions in scope

This policy covers permissions, configurations, framework modifications, or mechanisms that can force enable an app or enable an app that's disabled at the boot time or by the user.

- Force enabling an app by changing the source code of system **Settings** app or listing the app in the **Settings** app `config.xml` (https://cs.android.com/android/platform/superproject/+/master:packages/apps/Settings/res/values/config.xml).

- MBA having `CHANGE_COMPONENT_ENABLED_STATE` (https://developer.android.com/reference/android/Manifest.permission#CHANGE_COMPONENT_ENABLED_STATE) privileged permission, enabling a disabled app by setting the component state to one of the following:

  - `COMPONENT_ENABLED_STATE_DEFAULT = 0` (https://developer.android.com/reference/android/content/pm/PackageManager#COMPONENT_ENABLED_STATE_DEFAULT) for the default enabled state

  - `COMPONENT_ENABLED_STATE_ENABLED = 1` (https://developer.android.com/reference/android/content/pm/PackageManager#COMPONENT_ENABLED_STATE_ENABLED) for the enabled state

## Permitted use cases for apps that can be forced enabled on the device

- The permitted use cases MUST fall into one of the following types:

  - The primary functionality of the MBA is required for the system to function (that is, disabling the app would break the system, for example, brick the phone) or makes the phone unusable (for example, launcher apps or a preloaded default keyboard app required to enter the phone password).

  - Facilitates the selection between different possible providers of the same service (for example, legally mandated apps like the choice screen (https://www.android.com/choicescreen/))

  - Required to be continuously enabled for fulfillment of legal requirements (for example, apps required for emergency provisions like phone dialer or SMS app that has ability to contact emergency services)

  - Any device lock (/gms/policies/domains/mba#mba-device-lock) functionality (by means of restricting device or network functionality only and NOT accessing user data (/gms/policies/domains/mba#mba-user-data)) approved under MBA Device lock policy (/gms/policies/domains/mba#mba-device-lock).

  - MBA providing device unlock functionality

  - Digital Wellbeing app (as long as user has ability to opt out)

  - A Device Policy Controller (https://developer.android.com/work/dpc/build-dpc) (DPC) as a device owner for managed devices or as a Profile Owner for Work Profile.

  - App installers for device branding and customization by carriers (on the devices sold by the carrier for use on its network), if they meet following requirements:

    - Only carrier-specific apps that are necessary for device provisioning, customer support, network optimization, and network related functionality can be installed by such installers during device provisioning time only

    - The installer is automatically disabled when the SIM card from that carrier is removed from the device.

## Prohibited use cases for apps that can't be forced enabled on the device

- The examples of prohibited use cases are as follows:

  - App stores and app installers

  - Antivirus

  - system optimization (system performance improving apps or storage management apps that don't break the system when disabled)

  - Child trackers, network monitors, and remote cameras

  - Web browsers

  - Instant messaging, social media, email, and other communication apps

  - Mapping and navigation app

  - Banking and payment apps

  - Health related apps

  - Utilities, law enforcement, public services, and government-related apps

## 13.2.10 Shared System UIDs policy

| Announcement date | December 17, 2020 |
| --- | --- |
| Effective date | September 8, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | Android 12 or higher |
| Enforcement mechanism | BTS |
| Test information | BTS |
| Resources | • MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)<br>• User data policy (/gms/policies/domains/mba#mba-user-data)<br>• Pregrant permissions policy (/gms/policies/domains/mba#mba-pregrant-permissions)<br>• Pregrant Permissions Exemptions (/gms/policies/overview/pregrant-exemptions)<br>• Shared system UIDs permitted use-cases (#permitted-use-cases) |

For New DEVICEs (/gms/policies/domains/introduction#definitions) launching with Android 12 or higher and submitted on the APA portal on or after:

- **September 8, 2021:** Partners MUST fix Shared System UIDs policy violations on every MBA (/gms/policies/domains/introduction#definitions) in the software BUILD (/gms/policies/domains/introduction#definitions).

Additionally, the following types of MBAs violating this policy MUST NOT be used on Android 9 (Pie) or higher PRODUCTs (/gms/policies/domains/introduction#definitions) on or after:

- **September 8, 2021:**
  - Any newly added MBA (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions))
  - Existing MBA (/gms/policies/domains/introduction#definitions) (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions)) that wasn't sharing system UIDs (/gms/policies/domains/introduction#definitions) earlier but started sharing any system UIDs (/gms/policies/domains/introduction#definitions) after the enforcement date is considered as a newly added MBA.

MBAs applying sharedUserId (https://developer.android.com/guide/topics/manifest/manifest-element#uid) with System UIDs (/gms/policies/domains/introduction#definitions) or custom System UIDs (/gms/policies/domains/introduction#definitions) MUST fulfill the following criteria:

- The primary functionality of the MBA MUST be required for the system to function. It's STRONGLY RECOMMENDED that the app doesn't contain any nonessential functionality that can't be separated into a different app running without the System UIDs (/gms/policies/domains/introduction#definitions).
- Preloaded full-version apps (not stubs (/gms/policies/domains/introduction#definitions)).
- MBAs may use System UIDs (/gms/policies/domains/introduction#definitions) only in such cases where there's no alternative way to obtain the same capability.

- If an MBA is accessing any Android API that's gated by a permission for which there's an existing MBA policy (/gms/policies/domains/mba), then it MUST follow the same policies including going through respective approval/exemption processes. For example, when accessing APIs gated by dangerous permissions (https://developer.android.com/guide/topics/permissions/overview#dangerous_permissions), apps must follow user data policy (/gms/policies/domains/mba#mba-user-data) and pregrant permissions policy (/gms/policies/domains/mba#mba-pregrant-permissions) and apply for the exception as per the pregrant permissions exemptions (/gms/policies/overview/pregrant-exemptions) process.

  - Where required by the respective MBA policies, a toggle for requested permissions MUST be provided through an Alternative UI (/gms/policies/domains/mba#alt-UI-screen). Data obtained through the permission MUST NOT be accessed until the user has explicitly accepted through the Alternative UI (/gms/policies/domains/mba#alt-UI-screen). If the user opts out, usage data MUST NOT be accessed and the access MUST NOT be re-enabled automatically. Exemptions to this requirement are granted for certain use cases as described in the permitted use cases article (/gms/policies/overview/amsterdam5).

- If an MBA uses any AOSP API that's protected by any of the AOSP permissions protection levels (/gms/policies/domains/introduction#definitions) (for example, dangerous, signature, role, or normal), then the corresponding permissions MUST be declared regardless of whether any shared system UID is used to get that permission. This is required for permission tracking, auditing, policy validation, and enforcement purposes.

## Shared system UIDs permitted use-cases

The use cases MUST fall into one of the following permitted types.

- Allowed use cases that don't require Alternative UI:

  - Headless APKs that neither share AOSP permission gated user data (/gms/policies/domains/mba#mba-user-data) or capabilities with nonsystem components nor send that data off the device.

  - Exemptions listed under the pregrant permission policy (/gms/policies/domains/mba#mba-pregrant-permissions)

- Prohibited use cases for sharing System UIDs.

  - Not an AOSP, SOC component, or hardware driver AND shared across multiple different partner devices

- The examples of prohibited use cases for sharing any system/special UIDs are as follows:

  - App stores and App installers

  - Messaging apps, voice and video dialers, and other communication apps

  - Antivirus

  - System optimization apps (system performance improving apps or storage management apps that don't break the system when disabled)

  - Keyboards and other IMEs

  - Virtual assistants

  - Wireless account management and other nonessential carrier apps

## 13.2.11 Permission sharing policy

| Announcement date | December 17, 2020 |
|---|---|
| Effective date | Strongly recommended immediately |

| Applies to | All MBAs on DEVICE launches |
|---|---|
| OS version | Android 12 or higher |
| Enforcement mechanism | N/A |
| Test information | N/A |
| Resources | • MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)<br>• Pregrant permissions policy (/gms/policies/domains/mba#mba-pregrant-permissions) |

The following policy applies to permission sharing apps (/gms/policies/domains/introduction#definitions):

- Any MBA (service app) exposing personal or sensitive capabilities (/gms/policies/domains/introduction#definitions) to another app (caller app) is STRONGLY RECOMMENDED to do one of the following:

  - Require the caller to hold all permissions required by the service to execute the service call.

  - Require the user's approval (for example, explicit permission or prominent notice) before accessing exposed capabilities (/gms/policies/domains/introduction#definitions), each time the service is called, unless the user explicitly requests a more permanent grant (for example, don't ask me again). Any such permanent grant should be revocable.

- For any service interface that uses capabilities granted without explicit user permission (for example, pregranted runtime permissions), it's STRONGLY RECOMMENDED to do one of the following:

  - The caller meets the same conditions for exemption from obtaining user permission as the service.

  - The caller obtains user permission according to the requirements in the point 1 above.

Exemptions are defined in the Pregrant permissions policy (/gms/policies/domains/mba#mba-pregrant-permissions) or the above conditions for pregranting of special access permissions.

## 13.2.12 Device logs access policy

| Announcement date | May 23, 2022 |
|---|---|
| Effective date | December 15, 2022 |
| Applies to | All MBAs on DEVICE launches and upgrades |
| OS version | Android 13 or higher |
| Enforcement mechanism | GTS |
| Test information | • GTS 9.1 R2<br>• Module: `GtsMbaPrivilegedPermissionTestCases`<br>• Test: `GtsReadLogsAccessTest#testMbaPrivilegedPermission` |

| Buganizer | • Bug component (choose one of the following)<br><br>  • Android > Partner > External > Partner-name > MBA Policies<br><br>  • Android > Partner > External > Partner-name > Handheld > MBA Policies<br><br>• Bug Template name: Device Logs |
|---|---|
| Resources | • <u>MBA Policy Enforcement</u> (/gms/policies/domains/mba/mba-enforcement)<br><br>• <u>Policy scope and use cases</u> (#scope) |

**Principle**

Device logs MAY contain <u>personal or sensitive</u> (/gms/policies/domains/mba#personal-sensitive-info) user data despite guidance to developers to not log this type of data. This policy and Android 13 changes aim to reduce risk to user privacy.

**Overview**

The Android 13 safer logging updates restrict access to <u>All Device Logs</u> (/gms/policies/domains/introduction#all-device-logs) to improve user privacy by limiting access for apps in the background and showing a per-use prompt for requests by apps in the foreground in most cases. An app's access to its own logs (logs that the app created) isn't affected. This policy and supplement list permitted use cases for MBAs accessing <u>Device Logs</u> (/gms/policies/domains/introduction#device-logs) and establishes the process that Google uses to review and approve MBAs.

**Policy**

For all MBAs on the GMS DEVICEs launching with or upgrading to Android 13 or higher whose device builds are submitted on the Android Partner Approvals (APA) portal on or after **December 15, 2022**, partners MUST follow the requirements below.

MBAs accessing <u>Device Logs</u> (/gms/policies/domains/introduction#device-logs) MUST adhere to the following criteria:

- MUST provide functionality described within the list of permitted use cases

## Policy scope and use cases

Android 13 introduces restrictions to device logs and a user affordance that's required and enforced by the system. The Android 13 user affordance is a per-use prompt that asks users whether they want to grant an app access to all device logs.

Refer to <u>Safer Logging Guidance</u> (/static/gms/attachments/safer-logging.pdf) for more information.

The code changes are in the following locations:

- `logd`

- `logcat`

- `LogcatManagerService`

## Scope

Access to device logs through `logd` including `logcat` (for example, through <u>READ_LOGS</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.READ_LOGS) privileged permission, `EventLog` API, or any Android API gated by this permission, DropBoxManager, shared system UID) is within scope of this policy.

## Out of scope

The following methods are out of the scope of this policy:

- Apps reading their own logs that they generated previously

- Instrumented testing

- The following permissions that are subject to the <u>App and network usage statistics policy</u>
  (/gms/policies/domains/mba#app-and-network-usage-statistics-policy)

  - <u>DUMP</u>
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.DUMP)

  - <u>GET_APP_OPS_STATS</u>
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.GET_APP_OPS_STATS)

  - <u>OBSERVE_APP_USAGE</u>
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.OBSERVE_APP_USAGE)

  - <u>PACKAGE_USAGE_STATS</u>
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.PACKAGE_USAGE_STATS)

  - <u>READ_NETWORK_USAGE_HISTORY</u>
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.READ_NETWORK_USAGE_HISTORY)

## Permitted use cases with or without a per-use prompt

For apps accessing **all device logs** (for example, through shared system UID, native system processes, `DropBoxManager`, Event log buffer, or the `EventLog` API) with or without a per-use prompt, MBAs MUST comply with the <u>Prominent disclosure and consent requirement</u> (/gms/policies/domains/mba#disclosure-consent) and partners MUST submit information for review demonstrating that access is necessary for one or more of the following use cases:

- Device-level functional debugging/crash reporting: detection or reporting of crashes that affect more than one app or make the system unusable

- Device health telemetry: Collection of metrics on device performance including battery usage

## Permitted use cases with a per-use prompt

For apps accessing **all device logs** (for example, through shared system UID native system processes, `DropBoxManager`, Event log buffer, or the `EventLog` API) with a platform per-use prompt, partners MUST submit information for review demonstrating that access is necessary for the following use case:

- App-level crash/bug reporting or feedback

| Use case | Permitted use case without a per-use prompt | Permitted use case with a per-use prompt |
| --- | --- | --- |
| Device-level functional debugging/crash reporting | X | X |
| Device health telemetry | X | X |

| Use case | Permitted use case without a per-use prompt | Permitted use case with a per-use prompt |
|---|---|---|
| App-level crash/bug reporting or feedback | X | |

## Prohibited use cases

The following functionality isn't permitted to access all device logs:

- Advertising
- Alarms
- Personal health monitoring
- Security (for example, detecting background activity and potentially disruptive ads, and collecting network watchlist)
- Voice recording
- Web browser

**Note:** This isn't an exhaustive list.

## App review and allowlisting process

To get partner apps reviewed and allowlisted for the device logs access policy, MBAs must go through the app review and allowlisting process.

## 13.2.13 Malware policy

| | |
|---|---|
| Announcement date | May 23, 2022 |
| Effective date | Ongoing |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | BTS |
| Test information | N/A |
| Resources | • MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)<br>• MBA Entity Ban Enforcement (/gms/policies/domains/mba/entity-ban) |

All MBAs on DEVICEs MUST NOT contain malware (https://developers.google.com/android/play-protect/phacategories). Partners MUST fix all malware issues immediately. Until the MBA is removed or fixed to be compliant, the BUILD is blocked.

**Important:** Violation of this policy may be enforced through an entity ban. See MBA Entity Ban Enforcement (/gms/policies/domains/mba/entity-ban) for more information

## 13.2.14 Permission requests

| | |
|---|---|
| Announcement date | May 23, 2022 |
| Effective date | December 15, 2022 |
| Applies to | All MBAs on DEVICE launches |
| OS version | Android 11 or higher |
| Enforcement mechanism | BTS + reactive. Google to file a bug for partners to fix the reported issue. |
| Test information | N/A |
| Resources | MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement) |

Permission requests should make sense to users.

All MBAs on the GMS DEVICEs launching on Android 11 or higher whose device BUILDs are submitted on the Android Partner Approvals (APA) portal on or after **December 15, 2022** MUST follow the requirements below:

- Permission requests must be made in context so that users understand the reason for the request.

- MBAs MUST request only the permissions that are necessary to implement current features or services in the app. Permission requests for planned features are subject to conditional approval.

- MBAs MUST respect users' decisions if they decline a request for a permission:

  - Users MUST NOT be manipulated or coerced into granting permissions.

  - Users MUST NOT be required to grant a permission to use an MBA unless the permission is essential to providing the core functionality of the MBA.

  - Where feasible, MBAs MUST provide alternative methods to accommodate users who don't grant access to sensitive permissions (for example, allowing a user to manually enter a phone number if they've restricted access to Contacts).

## 13.2.15 Package namespace policy

| | |
|---|---|
| Announcement date | August 15, 2022 |
| Effective date | August 7, 2023 |
| Applies to | All MBAs on DEVICE launches |

| OS version | Android 13 or higher |
|---|---|
| Enforcement mechanism | GTS (Pass/Fail test - No approval process) |
| Test information | • GTS 10.0 R2 Preview<br>• Module: `GtsMbaPrivilegedPermissionTestCases`<br>• Test: `GtsPackageNamespaceTest#testPolicy` |
| Resources | MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement) |

For all MBAs on DEVICEs launching on Android 13 or higher and approved through Android Partner Approvals (APA) portal on or after **August 7, 2023**:

- Partners MUST NOT name the MBA package in a namespace that refers to another organization by name, except when it's authorized by that organization.
    - For instance, device implementers MUST NOT add a package name to the `com.google.` or similar namespace that mentions *google* in its package name. Only Google may do so.
- Google MUST NOT add package names that refer to other companies' names.

Only runtime resource overlay (RRO)  (https://source.android.com/devices/architecture/rros) packages having no executable code and no permissions are exempted from this requirement.

**Note:** Any organization name in abbreviation or shortened form is excluded from this requirement.

## 13.2.16 Location policy

| Announcement date | August 15, 2022 |
|---|---|
| Effective date | On hold |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS |
| Resources | • MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)<br>• Prominent disclosure and consent requirement (/gms/policies/domains/mba#disclosure-consent)<br>• Scope (#location-scope)<br>• Location policy enforcement information (coming soon) |

**Principle**

MBAs must use the least amount of privilege needed to safeguard user privacy, build user trust in the GMS DEVICE, and fulfill primary app use cases.

For all MBAs for new DEVICEs approved through Android Partner Approvals (APA) portal on or after **August, 2023**, the partners:

- MUST fix location policy violations to every MBA. This includes:

    - Every MBA (/gms/policies/domains/introduction#definitions) (if it's for a new launching DEVICE (/gms/policies/domains/introduction#definitions))

    - Any new MBA (/gms/policies/domains/introduction#definitions) (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions))

The DEVICE location (https://developer.android.com/training/location) is regarded as personal and sensitive information (/gms/policies/domains/mba#personal-sensitive-info) and the MBAs are subject to the following requirements:

- MUST NOT request `ACCESS_FINE_LOCATION` or `ACCESS_BACKGROUND_LOCATION` if the intended app function can be met using `ACCESS_COARSE_LOCATION`.

- MUST request the `ACCESS_BACKGROUND_LOCATION`or `ACCESS_FINE_LOCATION` permission only if such access is necessary to providing one or more features beneficial to the user and relevant to the core functionality of the app.

    - MUST NOT request `ACCESS_BACKGROUND_LOCATION` or `ACCESS_FINE_LOCATION` from users solely for advertising or analytics.

- MUST, even when the declared `ACCESS_BACKGROUND_LOCATION` or `ACCESS_FINE_LOCATION` permissions are granted, only call the APIs to obtain location data for the duration necessary to provide the intended features.

- MUST NOT modify the user's location permission or location settings choices from an off or denied state, except for extraordinary circumstances such as life-threatening emergencies.

## Scope

The following runtime permissions and all APIs gated by this permission are in scope of this policy:

- `ACCESS_FINE_LOCATION`

- `ACCESS_COARSE_LOCATION`

- `ACCESS_BACKGROUND_LOCATION`

## 13.2.17 Carrier privileges policy

Last updated, March 20, 2023

| | |
|---|---|
| Principle | Misuse of carrier privileges could disrupt carrier networks and harm users, thus to reduce the risk of these potential negative consequences, only MBAs that have a valid need may use carrier privileges. |
| Announcement date | March 20, 2023 |
| Effective date | September 9, 2024 |

| Applies to | All MBAs on DEVICE launches |
|---|---|
| OS version | Android 15 or higher |
| Enforcement mechanism | • BTS (for carrier config verification)<br>• GTS and app scanning |
| Test information | Under development |
| Resources | <u>MBA Policy Enforcement</u> (/gms/policies/domains/mba/mba-enforcement)<br><br><u>Apps in scope</u> (/gms/policies/preview/mba#apps-in-scope)<br><br><u>Allowed use cases</u> (/gms/policies/preview/mba#allowed)<br><br><u>Alternative</u> (/gms/policies/preview/mba#alternative) |

Software BUILDs for NEW DEVICEs:

- MUST NOT include certificate and package names in **`carrier_certificate_string_array`** (https://developer.android.com/reference/android/telephony/CarrierConfigManager#KEY_CARRIER_CERTIFICATE_STRING_ARRAY) that aren't submitted to the corresponding **`CarrierConfig`** (https://cs.android.com/android/platform/superproject/+/master:packages/apps/CarrierConfig/assets/) files in the AOSP master branch at the time the BUILD is submitted for approval.

<u>Carrier privileged</u> (/gms/policies/domains/introduction#carrier-privileges) apps:

- For each permission or other privilege requested, MUST provide the functionality described in the list of <u>Allowed use cases</u> (#allowed) for apps requesting that permission or other privilege.

- MUST be allowlisted for UICC carrier privileges.

For MBAs gaining carrier privileges through the CarrierConfig file, the MBA:

- MUST be listed by package name in the **`CarrierConfig`** (https://cs.android.com/android/platform/superproject/+/master:packages/apps/CarrierConfig/assets/) file.

## Apps in scope

Apps granted access to <u>APIs designated UICC carrier privileges</u> (https://source.android.com/devices/tech/config/uicc#enabled_apis) through the **`CarrierConfig`** (https://cs.android.com/android/platform/superproject/+/master:packages/apps/CarrierConfig/assets/) or UICC.

## Allowed use cases

The <u>Pregrant permission policy</u> (/gms/policies/preview/mba#mba-pregrant-permissions) includes <u>Allowed use cases</u> (/gms/policies/preview/mba#allowed-use-cases) for carrier privileged apps requesting pregranted runtime permissions including:

- Carrier Account Setup, Backup and Restore + transfer

- Carrier Telephony, Voicemail, Wi-Fi calling

- Carrier Network quality[1]

- Remote Diagnostics, User-Facing Customer Support, Debugging, Troubleshooting[1]

[1]User opt in is required for typical implementations of **Carrier Network quality** and **Remote Diagnostics, User-Facing Customer Support, Debugging, Troubleshooting** use cases, see the <u>Pregrant permission policy</u> (/gms/policies/preview/mba#mba-pregrant-permissions) for more information.

## Alternative

Instead of requesting access to <u>APIs designated as UICC carrier privileges</u> (https://source.android.com/devices/tech/config/uicc#enabled_apis), apps MAY ask users to enter the device phone number and verify it through OTP or <u>SMS Retriever API</u> (https://developers.google.com/identity/sms-retriever/overview).

## 13.2.18 [New] Transparency policy

Last updated, October 04, 2023

| | |
|---|---|
| Principle | Providing users with transparency about who built the MBAs on their device, the purpose of the MBAs, and how their MBAs handle user data, which increases user trust and empower users to make informed choices. |
| Announcement date | October 4, 2023 |
| Effective date | April 4, 2024 |
| Applies to | All MBAs on DEVICEs launching with or upgrading to Android 14 or higher |
| OS version | Android 14 or higher |
| Enforcement mechanism | Reactive enforcement in Android 14. Google to file a bug for partners to fix the reported issue. |
| Test information | N/A |
| Resources | • <u>MBA Policy Enforcement</u> (/gms/policies/domains/mba/mba-enforcement)<br>• <u>Data safety XML mapping file</u> (/gms/policies/domains/mba#xml-mapping)<br>• <u>Data safety XML file attributes</u> (/gms/policies/domains/mba#xml-attributes)<br>• <u>Data safety XML file content</u> (/gms/policies/domains/mba#xml-content) |

To provide better transparency and accountability of MBAs:

- DEVICEs launching with or upgrading to Android 14:
  - MUST include, for each preloaded app that shares location with a third-party, a data safety XML file with a persistable bundle including app metadata version, safety label version, and declaration of location sharing of data type [approx_location/precise_location] and purposes).
    - Exceptions:
    - Preloaded apps that are <u>system services</u> (/partners/guides/system-services).

- Preloaded apps that get location permission pregranted (MUST follow Pregrant permissions policy Permission-based alternative UI).
  - If an app is updated during device setup by an installer that provides data safety XML files to the device, the safety label:
    - MUST NOT be preloaded.
- DEVICEs launching with Android 15 (AOSP experimental) or higher require a more comprehensive data safety XML file with additional required attributes for all MBAs, the details of which will be provided with the next release.

## XML mapping file

The Android 14 builds that include data safety XML files, one or more XML, mappings files MUST exist to list the location of each data safety XML file.

This XML mapping file tells `PackageManager` the location of an APK's data safety XML file.

The following steps explain how to create XML mapping files.

**Place the app Data safety XML files on the device**

App data safety XML files must be within a write-protected partition. Otherwise, there are no strict rules as to where to put the Data safety XML files.

**Add mapping files or mapping entries**

There are two categories of mapping files:

- AOSP source code mappings (what is in the AOSP repo)
- Non-AOSP mappings (any modification or not original to AOSP repo)

**Acceptable partitions**

| AOSP source code apps mapping: | All other non-AOSP source apps: |
|---|---|
| - `/vendor`<br>- `/odm`<br>- `/oem`<br>- `/product`<br>- `/system` | `/product` |

Acceptable file path (within partition) to place mapping XML:

`/etc/sysconfig/`

Throughout this page, `/etc/sysconfig/` refers to `[partition]/etc/sysconfig/`.

**Map files for AOSP source code**

XML mapping files for apps within AOSP source code MUST be amended into the file located in the `frameworks/base/data/etc/sysconfig` directory:

- Mapping for apps that are already included in the AOSP tree are listed in `frameworks/base/data/etc/preinstalled-package-asl-files.xml`.

**Important:** On the next OS release Android 15 (AOSP experimental), we'll change the filename to `frameworks/base/data/etc/preinstalled-package-app-metadata-files.xml`.

### Mapping files for all other apps (non-AOSP)

XML mapping files for all other code on the BUILD can be listed in a single XML or in multiple XML files.

All XML files must be prefixed with `preinstalled-package-app-metadata`.

- Examples:
  - `/etc/sysconfig/preinstalled-package-app-metadata-files-OEM_NAME-REGION.xml`
  - `/etc/sysconfig/preinstalled-package-app-metadata-files-DEVICE_NAME.xml`

We suggest utilizing `.mk` files in `/platform/build/` and build-targets to manage mapping entries between device variants.

### Add an entry to the file

The schema of the mapping XML file is as follows:

```
<config>
<asl-file package="com.foo.bar" path="/vendor/etc/asl/com.foo.bar.xml"/>
</config>
```

The XML follows the sysconfig schema where the parent tag must be `<config>` and each mapping entry is an `asl-file` element with the package attribute containing the package name, and path attribute containing the location of the XML file.

There is no strict rule for organizing content. Device implementers can determine content structure as long as all apps with Data safety XML files are listed by package name and have the correct file location.

**Note:** The location of the XML file for location information in Android 14 is subject to change for Android 15 (AOSP experimental).

## Data safety XML file attributes

Data safety label XML file attributes:

- MUST be universally accessible by default to all other apps on the device and to adb.
- MUST contain information that is up to date at the time of BUILD submission or MBA update.
- MUST NOT be deleted (for example, when app updates are uninstalled, the original XML or an updated XML MUST be available).

## XML file important definitions

*Sharing* refers to transferring user data collected from the app to a third party. This includes user data transferred:

- Off device, such as server-to-server transfers. For example, if an app transfers user data collected from the app from the developer's server to a third-party server.

- On-device transfer to another app. Transferring user data from the app to another app directly on the device. In this case, the developer must disclose data sharing in the Data safety section declarations even if the app doesn't transmit the data off the user's device.

- From app libraries and SDKs. Transferring data collected from the app off a user's device directly to a third party through libraries or SDKs included in the app.

- From a webview that has been opened through the app. Transferring user data to a third party through a webview that has been opened from the app, if the app is in control of code/behavior delivered through that webview.

  - Developers don't need to declare data sharing from a webview in which users are navigating the open web.

The following types of data transfers don't need to be disclosed as *sharing*:

- *Service providers*: Transferring user data to a *service provider* that processes it on behalf of the developer.

  - A *service provider* is an entity that processes user data on behalf of the developer and based on the developer's instructions.

  - A service provider may only process user data on behalf of the app developer. For example, an analytics provider that processes user data from the app solely on behalf of the app developer, or a cloud provider hosting user data from the app for use by the app developer, typically qualifies as *service providers*. On the other hand, if an SDK provider is building advertising profiles across multiple customers based on app data, that would not be considered *service provider* activity for purposes of the this policy, and wouldn't need to be disclosed as *sharing* in the Data safety XML file.

- *Legal purposes*: Transferring user data for specific legal purposes, such as in response to a legal obligation or government request.

- *User-initiated action* or *prominent disclosure and user consent*: Transferring user data to a third-party based on a specific user-initiated action, where the user reasonably expects the data to be shared, or based on a prominent in-app disclosure and consent that meets the requirements described in the MBA.

- *Anonymous data*: Transferring user data that has been fully anonymized so that it can no longer be associated with an individual user.

First and third parties:

- *First party* means the primary organization responsible for processing data collected by the app.

  - The first party has an obligation to make reasonably clear to users which organization is primarily responsible for processing data collected by the app.

- *Third party* means any organization other than the first party or its service providers.

**Note:** For more information, see App metadata bundle (https://developer.android.com/about/versions/14/features/app-metadata).

## Data safety XML file content

See App metadata bundle schema (https://developer.android.com/about/versions/14/features/app-metadata-schema) for Data safety XML file content.

## Summary of data categories and types

This table summarizes key/value pairs for `data_category` and `data_type`.

| Data category | Data type | Details |
|---|---|---|
| `personal` | `name` | How a user refers to themselves, such as their first or last name, or nickname. |
| | `email_address` | A user's email address. |
| | `physical_address` | A user's address, such as a mailing or home address. |
| | `phone_number` | A user's phone number. |
| | `race_ethnicity` | A user's race or ethnicity. |
| | `political_or_religious_beliefs` | A user's political or religious beliefs. |
| | `sexual_orientation_or_gender_identity` | A user's sexual orientation. |
| | `personal_identifiers` | Identifiers that relate to an identifiable person. For example, an account ID, account number, or account name. |
| | `other` | Any other personal information such as date of birth, gender identity, and veteran status. |
| `financial` | `card_bank_account` | Information about a user's financial accounts such as credit card number. |
| | `purchase_history` | Information about purchases or transactions a user has made. |
| | `credit_score` | Information about a user's credit score. |
| | `other` | Any other financial information such as user salary or debts. |
| `location` | `approx_location` | User or device physical location to an area greater than or equal to 3 square kilometers, such as the city a user is in, or location provided by Android's `ACCESS_COARSE_LOCATION` permission. |
| | `precise_location` | User or device physical location within an area less than 3 square kilometers, such as location provided by Android's `ACCESS_FINE_LOCATION` permission. |
| `email_text_message` | `emails` | A user's emails including the email subject line, sender, recipients, and the content of the email. |
| | `text_messages` | A user's text messages including the sender, recipients, and the content of the message. |
| | `other` | Any other types of messages, such as instant messages or chat |

| | | content. |
|---|---|---|
| `photo_video` | `photos` | A user's photos. |
| | `videos` | A user's videos. |
| `audio` | `sound_recordings` | A user's voice such as a voicemail or a sound recording. |
| | `music_files` | A user's music files. |
| | `other` | Any other user-created or user-provided audio files. |
| `storage` | `files_docs` | A user's files or documents, or information about their files or documents such as file names. |
| `health_fitness` | `health` | A user's health, such as medical records or symptoms. |
| | `fitness` | A user's fitness, such as exercise or other physical activity. |
| `contacts` | `contacts` | User's contacts such as contact names, message history, and social graph information like usernames, contact recency, contact frequency, interaction duration, and call history. |
| `calendar` | `calendar` | Information from a user's calendar such as events, event notes, and attendees. |
| `identifiers` | `other` | Identifiers that relate to an individual device, browser, or app, such as an IMEI number, MAC address, Widevine Device ID, Firebase installation ID, or advertising identifier. |
| `app_performance` | `crash_logs` | Crash log data from the app, such as the number of times the app has crashed, stack traces, or other information directly related to a crash. |
| | `performance_diagnostics` | The performance of the app, such as battery life, loading time, latency, framerate, or any technical diagnostics. |
| | `other` | Any other app performance data not listed here. |
| `actions_in_app` | `user_interaction` | How a user interacts with the app, such as the number of times they visit a page or sections they tap. |
| | `in_app_search_history` | Information about what a user has searched for in the app. |
| | `installed_apps` | Information about the apps installed on a user's device. |
| | `user_generated_content` | Any other user-generated content not listed here, or in any other section. For example, user bios, notes, or open-ended responses. |
| | `other` | Any other user activity or actions in-app not listed here such as gameplay, likes, and dialog options. |

| | |
|---|---|
| `search_and_browsingweb_browsing_history` | Information about the websites a user has visited. |

## Summary of data usage and purposes

This table summarizes key/value pairs for `data_usage` and purposes.

| Integer | Purposes | Description | Example |
|---|---|---|---|
| 1 | `PURPOSE_APP_FUNCTIONALITY` | Features that are available in the app | Enabling app features, or authenticating users |
| 2 | `PURPOSE_ANALYTICS` | Collect data about how users use the app or how it performs | Seeing how many users are using a particular feature, monitoring app health, to diagnosing and fixing bugs or crashes, making future performance improvements. |
| 3 | `PURPOSE_DEVELOPER_COMMUNICATIONS` | Send news or notifications about the app or the developer. | Sending a push notification to inform users about an important security update, or informing users about new features of the app. |
| 4 | `PURPOSE_FRAUD_PREVENTION_SECURITY` | Display or target ads or marketing communications, or measuring ad performance | Displaying ads in the app, sending push notifications to promote other products or services, or sharing data with advertising partners. |
| 5 | `PURPOSE_ADVERTISING` | Fraud prevention, security, or compliance with laws. | Monitoring failed login attempts to identify possible fraudulent activity. |
| 6 | `PURPOSE_PERSONALIZATION` | Customize the app, such as showing recommended content or suggestions. | Suggesting playlists based on the user's listening habits or delivering local news based on the user's location. |
| 7 | `PURPOSE_ACCOUNT_MANAGEMENT` | Setup or management of a user's account with the developer. | Enabling users to create accounts or add information to an account the developer provides for use across its services, logging in to the app, or verifying their credentials. |

## Developer information - optional for MBAs on Android 14 DEVICEs

The developer info bundle is optional for Android 14.

| Element | Details |
|---|---|
| `name` | The name of the developer. If multiple developers are listed, the first developer listed is displayed. |
| `email` | The contact email from the developer. This has to be an actual, working email address on a registered domain name. |
| `relationship` | This specifies the relationship between the Android device and the developer. Allowed values are OEM, ODM, SOC, carrier, OTA, AOSP, or other. Other is a catch-all term for all other relationships. |

| | |
|---|---|
| `app_registry` | If the developer is also registered on a store or other registry, the value should be the Android package name of the store or the URL of the registry.<br><br>Multiple entries for multiple stores are permitted.<br><br>For Google Play, use `com.android.vending`. If the developer is an SDK listed in the Google Play SDK Index, omit this attribute. If a developer isn't registered on any app store or registry, omit this attribute. |
| `app_registry_id` | If the developer is also registered on a store or other registry, the value should be their store or registry identity. Multiple entries for multiple stores are permitted.<br>• For developers registered with Google Play, this value MUST be the URL of the developer page (for example, https://play.google.com/store/apps/dev?id=570031361878617770 (https://play.google.com/store/apps/dev?id=5700313618786177705) is the URL for developer Google LLC).<br>• If the developer is a SDK developer listed in the Google Play SDK Index, use the URL of the SDK (for example, https://play.google.com/sdks/details/com-google-android-gms-play-services-ads (https://play.google.com/sdks/details/com-google-android-gms-play-services-ads) is the URL of Google Mobile Ads (GMA) SDK).<br>• If the developer is registered on another store or registry, an app store URL or other identifier can be provided.<br>• If a developer isn't registered on any app store, this attribute can be omitted. |
| `address` | The developer mailing address (that is, any address that, when put on an envelope, would get mail delivered to the developer). The address MUST omit the country name. |
| `website` | The developer's website. |
| `country` | Country where the developer is based. This MUST be an ISO 3166-1 Alpha-2 country code. |

The `contact_info` bundle is optional in Android 14.

| Element | Details |
|---|---|
| `type` | A type of contact. This can be one of the following:<br>• 1-main<br>• 2-security<br>• 3-privacy<br>• 4-vulnerability<br>• 5-safety |
| `website` | A URL to the website for the particular type of contact. |
| `email` | An email for all the queries with regards to the app.<br>One contact element of type `main` with an email field is required. |

## App information – optional for MBAs on Android 14 DEVICEs

The app info bundle is optional for Android 14.

| Element | Details |
| --- | --- |
| `ads_supported` | Required if the app contains any ads, an indicator of whether the app displays any ads. |
| `privacy-policy` | Required when transmitting user data, the `url` attribute is a link to privacy policy detailing how the user data is handled. If the app doesn't contain this link, it's assumed that the app can't handle user data. |
| `description` | The purpose of the app in a human-readable blob of text in English. |
| `app_type` | One or more categories with which the app can be tagged. Each of these is specified as a name attribute. This can be one or more of the following:<br><br>• `OTA`<br>• `AOSP`<br>• `Security`<br>• `Store`<br><br>In addition, the categories that are currently on Google Play:<br><br>• Art and design<br>• Cars and vehicles<br>• Beauty<br>• Books and reference<br>• Business<br>• Comics<br>• Communications<br>• Dating<br>• Education<br>• Entertainment<br>• Events<br>• Finance<br>• Food and drink<br>• Game<br>• Health and fitness<br>• House and home<br>• Libraries and demo<br>• Lifestyle<br>• Maps and navigation<br>• Medical<br>• Music and audio<br>• News and magazines<br>• Parenting |

- Personalisation
- Photography
- Productivity
- Shopping
- Social
- Sports
- Tools
- Travel and local
- Video players and editors
- Weather

**Sample data safety XML file for a preloaded app on Android 14**

```xml
<?xml version='1.0' encoding='UTF-8' standalone='yes' ?>
<bundle>
<long name="version" value="2" />

  <pbundle_as_map name="safety_labels">
    <long name="version" value="1" />

    <pbundle_as_map name="data_labels">
      <pbundle_as_map name="data_shared">
        <pbundle_as_map name="location">
          <pbundle_as_map name="approx_location">
            <int-array name="purposes" num="4">
              <item value="1" />
              <item value="2" />
              <item value="5" />
              <item value="6" />
            </int-array>
          </pbundle_as_map>
          <pbundle_as_map name="precise_location">
            <int-array name="purposes" num="2">
              <item value="1" />
              <item value="6" />
            </int-array>
          </pbundle_as_map>
        </pbundle_as_map>
      </pbundle_as_map>

    </pbundle_as_map>
</pbundle_as_map>
</bundle>
```

# 13.3 MBA security policies

## 13.3.1 Minimum target SDK

**Important:** This policy has multiple announcement and effective dates for each requirement.

| | |
|---|---|
| Principle | Every new Android platform release introduces changes that bring significant security improvements, but some of these changes apply only to apps that explicitly declare support through their targetSdkVersion manifest attribute. To take advantage of the platform's latest security features, MBAs are required to meet the Target SDK policy requirements. |
| Enforcement mechanism | GTS |
| Test information | <ul><li>Module: `GtsPermissionTestCases`</li><li>Test: `PreloadAppsTargetSdkVersionTest#testPreloadedAppsTargetSdkVersion`</li></ul> |
| Buganizer | <ul><li>Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies</li><li>Bug template: Minimum target SDK</li></ul> |
| Resources | <ul><li>MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement)</li><li>Requirement and exemption for vendor apps (/gms/policies/domains/mba#vendor-exemptions)</li><li>Conditional exemption for vendor apps (#temp-exemption)</li></ul> |

## New March 2023 policy release

| | |
|---|---|
| Announcement date | March 20, 2023 |
| Effective date | August 7, 2023 |
| OS version | Android 14 and higher (includes future Android OS versions) |
| Applies to | All MBAs on DEVICE launches |
| Policy | All MBAs on DEVICEs launching with Android N MUST target API level of Android OS version (N-1) or higher. <br><br>For example: <ul><li>All MBAs on DEVICEs launching with Android OS version 14 MUST target API level 33 (API level of Android OS version 13) or higher (Set targetSDK = 33 or higher).</li></ul>Note: If there is a mid-cycle OS release between versions (N-1) and N (for example Android 12L between Android 12 and Android 13), the requirement is to target the API level of (N-1) OS release or higher and not the API level of mid-cycle OS release. |

| | |
|---|---|
| Announcement date | May 23, 2022 |

| Effective date | Starting April 1, 2023 |
|---|---|
| OS version | Android 13 |
| Applies to | All MBAs on DEVICE launches |
| Policy | Before April 1, 2023:<br><br>• All MBAs on DEVICEs launching with Android 13 MUST target API level 31 or higher.<br><br>• All MBAs on DEVICEs launching with Android 13 are STRONGLY RECOMMENDED to comply with target API level 33 or higher.<br><br>Starting April 1, 2023:<br><br>• MBAs under any one of the following categories on DEVICEs launching with Android 13 MUST target API level 33 or higher:<br><br>    • Platform-signed MBAs<br><br>    • Privileged MBAs<br><br>    • MBAs pregranted any privileged permission through any means (for example, through app-op)<br><br>    • MBAs pregranted any one of the following runtime permissions:<br><br>        • `READ_EXTERNAL_STORAGE`<br><br>        • `WRITE_EXTERNAL_STORAGE`<br><br>        • `BODY_SENSORS`<br><br>• MBAs after update MUST NOT lower their target API level. |

| Announcement date | October 4, 2021 |
|---|---|
| Effective date | ~~April 1, 2022~~ December 15, 2022 |
| OS version | Android 12 or higher |
| Applies to | All MBAs on DEVICE launches (IRs only) |

| Policy | Android 12 introduces foreground service restrictions to improve performance and ensures a better experience for users. |
|---|---|
| | For IR BUILDs submitted through the Android Partner Approvals portal on or after: |
| | • December 15, 2022: All MBAs MUST target Android 12 (targetSDK 31) or higher if: |
| |     • Using the `FOREGROUND_SERVICE` permission. |
| |     • Preloading on DEVICEs launching with Android 12 or higher. |
| | For IR BUILDs submitted through the Android Partner Approvals portal on or after: |
| | • December 15, 2022: All MBAs MUST target Android 11 (targetSDK 30) or higher if: |
| |     • NOT using FOREGROUND_SERVICE permission |
| |     • Preloading on DEVICEs launching with Android 12 or higher. |
| Impacted apps | • Use the latest GTS preview release for example, GTS 9.1 R2 preview (https://drive.google.com/corp/drive/folders/1-m-rCX0cdUEclsFajKCJZ500Y8uFGgIF) or higher and run the test `com.google.android.permission.gts.PreloadAppsTargetSdkVersionTest`. |
| | • The GTS fails if any preloaded app in the BUILD doesn't comply with the policy and provides a list of impacted apps in the log. |
| | • Fix the impacts apps before the enforcement date. |

| Announcement date | September 8, 2020 and older |
|---|---|
| Effective date | September 8, 2020 |
| OS version | Android 9 or higher |
| Applies to | All MBAs on DEVICE launches |
| Policy | • All apps preloaded on DEVICEs running Android 9 and DEVICEs upgraded to Android 10 are STRONGLY RECOMMENDED to target SDK 26 or later. |
| | • All apps preloaded on DEVICEs launching with Android 10 MUST target API level 28 or higher. |
| | • All apps preloaded on DEVICEs launching with Android 11 or higher MUST target API level 29 or higher. |

## Requirement and exemption for vendor apps

Any new SoC vendor APK MUST target the latest target API level. For existing SoC vendor APKs for DEVICEs launching with Android 12 or higher, a preloaded vendor apps may be exempted from the policy if they meet all of the following criteria:

• The SoC vendor distributes it as a precompiled binary as a standalone APK or an APK embedded in APEX.

• It's a headless app and doesn't have any user-interface components.

• It's preloaded in the `/vendor` partition and its function is only for supporting the capability of underlying SoC hardware.

• It uses the same package name across all OEMs.

• It isn't updated by any app store or other app at runtime.

- It's presigned by the SoC vendor or signed with the platform key by OEMs.

**Note:** If it's signed with the platform key, it MUST also comply with the platform signing policy (/gms/policies/domains/platform-policies#platform-signing).

## Conditional exemption for vendor apps

A preloaded vendor APK may get exemption, if it meets all the requirements described in the **Exemption for vendor apps** section of the Minimum target SDK policy (/gms/policies/domains/mba#min-target-sdk). If approved, the exemption will last until Vendor freeze timeline for the app.

To request an exemption, create an issue in the Partner Issue Tracker (https://developers.google.com/issue-tracker/guides/partner-access) using below details.

- Component: `Android > Partner > External > Partner-name > Handheld > MBA Policies`

- Template: `Minimum target SDK`

## 13.3.2 Dynamic code loading (DCL) policy

| Announcement date | September 3, 2019 |
|---|---|
| Effective date | September 3, 2019 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | BTS |
| Test information | BTS |
| Resources | MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement) |

DEVICEs MUST allow only MBAs that dynamically load code from a trusted source (such as a manufacturer-owned server or a trusted partner's server like Google Play) over a secure connection (such as TLS), and only after the integrity of the code is verified.

## 13.3.3 [Update] App installation policy

Last updated, October 4, 2023

| Announcement date | • October 4, 2023 |
|---|---|

| | |
|---|---|
| | • August 15, 2022 |
| Effective date | • April 4, 2024 (update for factory reset flow) |
| | • March 22, 2023 |
| Applies to | For all MBAs on DEVICEs submitted through Android Partner Approvals (APA) portal on or after March 22, 2023, partners MUST fix app installation policy violations. |
| OS version | All |
| Enforcement mechanism | GTS and BTS |
| Test information | Note: Existing test applies to new devices launched or launching between June 10, 2021 and March 21, 2023. |
| | • GTS 10.0 R2 Preview |
| | • Module: `GtsMbaPrivilegedPermissionTestCases` |
| | • Test: `ConditionalAllowlistTestCase#testConditionalAllowlist` |

| | |
|---|---|
| Announcement date | December 17, 2020 |
| Effective date | June 10, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS |
| Test information | • GTS 8.0_R4 |
| | • Module: `GtsMbaPrivilegedPermissionTestCases` |
| | • Test: `GtsAppDownloaderInstallerTest#testMbaPrivilegedPermission` |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies |
| | • Bug template: App installers |
| Resources | Note: If an app installs any app without the user explicitly choosing it to be installed then such installed apps are considered to be MBAs (/gms/policies/domains/introduction#definitions) and are subject to security and privacy policies defined under MBA policies (/gms/policies/domains/mba) and Platform policies (/gms/policies/domains/platform-policies). |
| | • App installation policy supplement (#supplement) |
| | • MBA Entity Ban Enforcement (/gms/policies/domains/mba/entity-ban) |
| | • Personal and sensitive information (/gms/policies/domains/mba#personal-sensitive-info) |
| | • MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement) |

**Principle**

Many users lose trust in their DEVICE and question its security if apps are installed without their consent. Installers must obtain user consent prior to installing apps to safeguard user security and build trust in the GMS device.

**Policy**

<u>DEVICEs</u> (/gms/policies/domains/introduction#definitions) MUST allow <u>MBAs</u> (/gms/policies/domains/introduction#definitions) to install other apps only when those MBAs don't have the risk or history of becoming a notable source of downloading or installing other PHAs.

Violation of this policy may be enforced through an <u>entity ban</u> (/gms/policies/domains/mba/entity-ban).

For <u>DEVICEs</u> (/gms/policies/domains/introduction#definitions) approved through Android Partner Approvals (APA) portal on or after:

- **June 10, 2021:** Partners MUST fix app installation policy violations to every MBA in the software BUILD. This includes:

  - Every <u>MBA</u> (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a new launching <u>DEVICE</u> (/gms/policies/domains/introduction#definitions))

  - Any newly added <u>MBA</u> (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a previously approved <u>PRODUCT</u> (/gms/policies/domains/introduction#definitions))

  - Existing MBA (if it's for a previously approved <u>PRODUCT</u> (/gms/policies/domains/introduction#definitions)) adding any new permission (from <u>App installation permissions in scope</u> (#permission-in-scope)) or System UID is considered as a newly added MBA.

MBA installing other apps by any means MUST provide transparency and control to its users regarding the apps it installs on the device per the following requirements:

- App installers:

  - MUST provide app name, description, version number, download size, name, and contact information of the developer (the provider of the app) for every app they've installed. This should be provided either directly through a user interface or a link where users can see such information (for example, an app store).

    - All app installations MUST either show a notification or a <u>persistent notice</u> (/gms/policies/domains/introduction#definitions) (if notification is disabled for the installer) where names of the installer and the installed app MUST be mentioned. Such notifications and notices MUST NOT be closed automatically.

    - During device setup or device provisioning (for example, carrier installers installing apps during SIM insertion), app installers MAY alternatively show the number of apps that they've installed with a link to the detailed information (for example, in an app store), as specified above.

    - <u>Headless</u> (/gms/policies/domains/introduction#definitions) app installers MUST show the above information about the apps they installed through a <u>persistent notice</u> (/gms/policies/domains/introduction#definitions). This persistent notice MUST provide the installer name to establish provenance.

  - Are STRONGLY RECOMMENDED to show a <u>progress bar</u> (https://developer.android.com/training/notify-user/build-notification#progressbar) of the app being installed and a cancel button to cancel the app download while download is in progress.

  - Are STRONGLY RECOMMENDED to provide content ratings of installed apps, showing the minimum maturity level of content in apps.

  - MUST NOT declare <u>GRANT_RUNTIME_PERMISSIONS</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.GRANT_RUNTIME_PERMISSIONS) and <u>INSTALL_GRANT_RUNTIME_PERMISSIONS</u> (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?q=android.permission.INSTALL_GRANT_RUNTIME_PERMISSIONS)

except when they have the ability to support Instant apps (https://developer.android.com/topic/google-play-instant) (those apps that run without explicit installing). Only permissions with `protectionLevel` specified as *instant* (https://developer.android.com/reference/android/R.attr#protectionLevel) can be granted to Instant apps (https://source.android.com/compatibility/cts/cts-instant).

- MUST NOT automatically reinstall an app on the device that the user has uninstalled unless the device has been factory reset.

- MUST ensure that all installed apps are covered by a privacy and security policy. Privacy policies MUST explain how they treat user personal data (/gms/policies/domains/mba#personal-sensitive-info) and protect user's privacy when using that app installer. These policies MUST be published with publicly accessible media such as a website.

- Backup, restore, or device-to-device transfer systems:

  - MUST restore ONLY those apps that the user previously backed up or transferred from their devices.

  - May do so without a dedicated UI for every app being restored.

  - MUST notify the user of the number of apps transferred.

- The System Settings app MUST present an option to uninstall every app that is installed or uninstall any app update if the app can't be uninstalled.

- Apps installed during device setup or device provisioning after a factory reset MUST be limited to apps that a device manufacturer or mobile network operator bundles by preloading in the shipping software flashed onto the device or installed as part of device setup or device provisioning that meet MBA requirements.

For all MBAs on DEVICEs submitted through Android Partner Approvals (APA) portal on or after **March 22, 2023**, partners MUST fix app installation policy (#package-downloader-installer) violations.

For app installers installing apps outside of device setup (for example, setup wizard flow or carrier installers installing apps during SIM insertion), companion device setup (https://developer.android.com/reference/android/companion/CompanionDeviceService), device provisioning (https://developers.google.com/android/work/play/emm-api/prov-devices#device_provisioning_basics), work profile (https://developer.android.com/work/managed-profiles), device owner (https://developers.google.com/android/work/play/emm-api/prov-devices#modes_of_operation), device policy controller (https://developer.android.com/work/dpc/build-dpc), or factory reset flows, the installations:

- MUST NOT occur until the user has explicitly accepted through the UX requirements described below.

  - MUST show an **Install** button next to the app name to communicate the installer's intent to install an app before the installation occurs.

    - The **Install** button MUST use the word *Install* or equivalent in languages other than English.

  - MUST install an app only if the user clicks the **Install** button to obtain the user's intent and approval to install an app.

  - MUST display a **Cancel** or **Close** button.

    - The *Cancel* or *Close* button MUST either use the words **Cancel**, **Close**, or equivalent in languages other than English or show a widely recognized and clearly visible symbol, such as an X, to denote cancel or close.

## App installation policy supplement

## Permissions in scope

- `INSTALL_PACKAGES` (https://developer.android.com/reference/android/Manifest.permission#INSTALL_PACKAGES) privileged permission or any Android API gated by this permission

**Permissions out-of-scope**

- App installers having REQUEST_INSTALL_PACKAGES
  (https://developer.android.com/reference/android/Manifest.permission#REQUEST_INSTALL_PACKAGES) signature permission or any
  Android API gated by this permission

**Use cases**

- Allowed use cases that require UI per the app installation policy:
  - App installers installing apps during the lifecycle, including app stores
  - A backup and restore (/gms/policies/domains/user-experience#backup-agent-compat) or a backup transfer system
- Allowed use cases that don't require UI:
  - Apps installing a device policy controller (DPC) (https://developer.android.com/work/dpc/build-dpc) app to be set as the work
    profile or device owner
  - The work profile or device owner app installing any other app in the managed space
- Examples of prohibited use cases are as follows:
  - Launchers
  - Over-the-air update systems (instead, use the INSTALL_PACKAGE_UPDATES
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.INSTALL_PACKAGE_UPDATES)
    permission)
  - App recommendation apps (instead provide a deep link to an app installer/store or use the
    REQUEST_INSTALL_PACKAGES
    (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
    q=android.permission.REQUEST_INSTALL_PACKAGES)
    permission)
  - Settings app

**Alternatives to common uses**

The alternatives to common uses are as follows:

- For self-update, use the INSTALL_SELF_UPDATE
  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
  q=android.permission.INSTALL_SELF_UPDATE)
  permission.
- For updating another package, use the INSTALL_PACKAGE_UPDATES
  (https://cs.android.com/android/platform/superproject/+/master:frameworks/base/core/res/AndroidManifest.xml?
  q=android.permission.INSTALL_PACKAGE_UPDATES)
  permission.
- For requesting another app install, use the REQUEST_INSTALL_PACKAGES
  (https://developer.android.com/reference/android/Manifest.permission#REQUEST_INSTALL_PACKAGES) permission.

## 13.3.4 Security vulnerabilities policy

Last updated, January 23, 2023

| Principle | Browsers and web engines are a core part of Android DEVICEs and many browsers are based on Chromium, Gecko, or WebKit. Historically, some MBA browsers based on Chromium didn't keep up with Chromium releases (which include security updates) in a timely manner, exposing users to security vulnerabilities. |
|---|---|
| Announcement dates | • March 20, 2022<br>• September 8, 2020 |
| Effective date | • September 4, 2023<br>• October 1, 2020M |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | BTS + reactive |
| Test information | • BTS<br>• WARN: Starting October 1, 2020 status changes to ALERT after a 90 days grace period. Build approvals are blocked if the issue isn't fixed.<br>• For web frameworks, Google to file a bug for partners or WARN (no earlier than September 4, 2023) to fix the reported issue. Build approvals are blocked if the issue isn't fixed within 90 days. |
| Resources | MBA Policy Enforcement (/gms/policies/domains/mba/mba-enforcement) |

Code MUST NOT introduce security vulnerabilities.

For every software BUILD (/gms/policies/domains/introduction#definitions) for GMS devices submitted on the Android Partner Approvals (APA) portal on or after:

- **October 2020:** Partners MUST fix all security vulnerabilities within 90 days of the date of the vulnerability disclosures. These fixes MUST be applied to every MBA in the software BUILD.

For examples of security vulnerabilities, see the App Security Improvement Program (https://developer.android.com/google/play/asi.html#campaigns), Android Security Bulletin (https://source.android.com/security/bulletin), or published CVEs.

For more information about security vulnerabilites, see Device manufacturer best practices (https://support.google.com/androidpartners_security/answer/9054028) and Application developer best practices sites (https://support.google.com/androidpartners_security/answer/9055411).

For any MBAs based on open source web frameworks (such as Chromium, Gecko, or WebKit), partners MUST fix all security vulnerabilities in the MBA within 90 days of the date of the latest release of the open source web framework (such as Chromium, Gecko, or WebKit).

Partners can choose the delivery mechanism of the updated MBA:

- An updated MBA (with updated Chromium, Gecko, or WebKit) MAY be made available through an MR or SMR update.
- An updated MBA (with updated Chromium, Gecko, or WebKit) MAY be made available through a store or other app update mechanism.

### 13.3.5 Valid V2+ signature for preloaded APKs

| | |
|---|---|
| Announcement date | November 11, 2020 |
| Effective date | February 3, 2021 |
| Applies to | PRODUCT launches or upgrades |
| OS version | Android 11 or higher |
| Enforcement mechanism | GTS |
| Test information | • GTS_9.0_R1<br>• Module: `GtsJniUncompressHostTestCases`<br>• Test: `GtsJniUncompressHostTest#testJniLibsUncompressed` |
| Buganizer | • Bug component: Android > Partner > External > Partner-name > Handheld > MBA Policies<br>• Bug template: Valid V2+ Signature policy |
| Resources | <u>MBA Policy Enforcement</u> (/gms/policies/domains/mba/mba-enforcement)<br><u>Valid V2+ Signature for Preloaded APKs</u> (/gms/building/integrating/jni-libs) |

**[GMS-13.3.5-001]** For PRODUCTs that launch with or upgrade to Android 11 or higher, if a preloaded APK file targets API level 30 or higher, it MUST be signed and verifiable with the APK Signature scheme v2 or higher. Any native libraries embedded in it MUST be uncompressed and page aligned before signing.

See <u>Valid V2+ signature guide</u> (/gms/building/integrating/jni-libs) for more details about how to uncompress JNI libs and DEX files and impact on the devices.

### 13.3.6 Debug certificate policy

| | |
|---|---|
| Announcement date | December 17, 2020 |
| Effective date | June 10, 2021 |
| Applies to | All MBAs on DEVICE launches |
| OS version | All |
| Enforcement mechanism | GTS |
| Test information | • GTS 8.0_R4<br>• Module: `GtsMbaPrivilegedPermissionTestCases` |

| | |
|---|---|
| | • Test: `GtsDebugCertificateTest#testMbaPrivilegedPermission` |
| Resources | MBA Enforcement information (/gms/policies/domains/mba/mba-enforcement#process) |

For DEVICEs (/gms/policies/domains/introduction#definitions) submitted through Android Partner Approvals (APA) portal on or after:

- **June 10, 2021:** Partners MUST fix Debug certificate policy violations to every MBA in the software BUILD (/gms/policies/domains/introduction#definitions).

This includes:

- Every MBA (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a new DEVICE (/gms/policies/domains/introduction#definitions))

- Any newly added MBA (/gms/policies/domains/introduction#definitions) in the BUILD (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions))

- Existing MBA (if it's for a previously approved PRODUCT (/gms/policies/domains/introduction#definitions)) adding any new debug certificate will be considered as a newly added MBA.

Android's debug certificate is created by the build tools and is insecure by design. Debug certificate is used to automatically sign apps in development environments, hence enabling other apps signed with that certificate to access its functionality without requesting any permission. As per Debug certificate policy:

- MBAs signed with any debug certificate MUST NOT be allowed on platform release key signed BUILDs.

- To get MBAs signed, MBAs are STRONGLY RECOMMENDED to follow APK Signature Scheme v3 (https://source.android.com/security/apksigning/v3) on Android 9 and 10 devices and APK Signature Scheme v4 (https://source.android.com/security/apksigning/v4) and above on Android 11 and higher DEVICEs.

**Note:** Further instructions are provided for developers at the Sign your app (https://developer.android.com/studio/publish/app-signing) page that shows how to properly sign an app for release.

All rights reserved. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2022-02-01 UTC.