UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH GOOGLE'S PROFFER REGARDING EPIC'S PROPOSED INJUNCTION**<br><br>Judge:  Hon. James Donato |

Having considered Google's Administrative Motion to File Under Seal Materials In Connection with Google's Proffer Regarding Epic's Proposed Injunction and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The highlighted portions of the following documents may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Ruling |
|---|---|---|
| Google's Proffer Regarding Epic's Injunction | Page 2, lines 21 and 23 (third bullet, between "approximately" and "per year", between "between" and "and', and between "and" and end of sentence). | |
| Google's Proffer Regarding Epic's Injunction | Page 25, lines 20 and 24-25 (between "approximately" and "annually", between "would be" and "annually", between "between" and "and", and between "and" and end of sentence). | |
| Declaration of Christian Cramer | Pages 2-8 (charts below "Catalog Access", "Library Porting", and "Play Distribution of Third-Party App Store" headers, all numerical figures in columns C and D, except totals). | |
| Declaration of David Kleidermacher | Paragraph 14, line 8 (between "is roughly" and "Below is"). | |
| Declaration of David Kleidermacher | Paragraph 14 chart (numerical figures in chart in column labeled "$/year"). | |
| Declaration of David Kleidermacher | Paragraph 14 chart (all rows below "Team/Function"). | |
| Declaration of David Kleidermacher | Paragraph 21, lines 5-6 (from "approximately" to "for app review" and from "of over" to end of sentence). | |

Dated: _____, 2024

_____
Honorable James Donato
United States District Judge
Northern District of California