Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000


Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 13th St. NW
Washington, D.C. 20001
Telephone: (202) 637-5600

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. #336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**PROOF OF SERVICE**<br><br><br>Judge: Hon. James Donato |

**PROOF OF SERVICE**

I am a citizen of the United States and employed in San Francisco, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Munger, Tolles & Olson LLP, 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On June 24, 2024, I served the foregoing document titled:

**GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH PROFFER REGARDING EPIC'S PROPOSED REMEDIES**

by transmitting via electronic mail the document listed above to each of the parties set forth below using the parties' designated electronic service lists epic-mobileapps@cravath.com;

| | |
|---|---|
| Christine A. Varney (*pro hac vice*)<br>Gary A. Bornstein (*pro hac vice*)<br>Yonatan Even (*pro hac vice*)<br>Lauren A. Moskowitz (*pro hac vice*)<br>M.Brent Byars (*pro hac vice*)<br>Eric Zepp (*pro hac vice*)<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza825 Eighth Avenue<br>New York, NY 10019<br>epic-mobileapps@cravath.com<br><br>*Counsel for Plaintiff in Epic Games,*<br>*Inc. v. Google LLC, et al.* | |
| Paul J. Riehle (SBN 115199)<br>**FAGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>paul.riehle@faegredrinker.com<br><br>*Counsel for Plaintiff in Epic Games,*<br>*Inc. v. Google LLC, et al.* | |

1      I declare under penalty of perjury under the laws of the United States of America that the

2 above is true and correct.

3      Executed on June 24, 2024 in San Francisco, California

*/s/ Dane P. Shikman*

Dane P. Shikman

PROOF OF SERVICE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD