Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Timothy G. Cameron (*pro hac vice*)
tcameron@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF EPIC GAMES, INC.'S RESPONSE TO GOOGLE'S PROFFER REGARDING EPIC'S PROPOSED INJUNCTION**<br><br>Judge: Hon. James Donato |

1    I, Michael J. Zaken, declare as follows:

2    1.   I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*. The contents of this declaration are based on my personal knowledge, and, if called as a witness, I could testify completely to the matters set forth herein.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of David Kleidermacher, who was deposed in this litigation on July 12, 2024.

3.   Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Vitor Baccetti, who was deposed in this litigation on July 16, 2024.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of excepts from the deposition transcript of Edward Cunningham, who was deposed in this litigation on July 19, 2024.

5.   Attached hereto as **Exhibit 4** is a true and correct copy of excepts from the deposition transcript of Christian Cramer, who was deposed in this litigation on July 22, 2024.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of a PDF download of the following webpage: Google Play Developer Distribution Agreement ("DDA"), https://play.google/developer-distribution-agreement.html. The PDF was downloaded on July 11, 2024.

|   |   |
|---|---|
| 1 |   |
| 2 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on July 24, 2024 in New York, New York. |

By:   /s/ Michael J. Zaken
      Michael J. Zaken

      *Attorneys for Plaintiff Epic Games, Inc.*