# Ex. D to Cramer Declaration
## PUBLIC REDACTED VERSION

# EXHIBIT 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1           UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2              SAN FRANCISCO DIVISION
 3   Case No.:  3:21-md-02981-JD
 4   - - - - - - - - - - - - - - - - - - - - - X
 5   IN RE GOOGLE PLAY STORE
     ANTITRUST LITIGATION
 6
     THIS DOCUMENT RELATES TO:
 7
     In re Google Play Consumer
 8   Antitrust Litigation,
     Case No. 3:20-cv-05761-JD
 9
     Epic Games Inc. v. Google LLC,
10   et al.,
     Case No. 3:20-cv-05671-JD
11   - - - - - - - - - - - - - - - - - - - - - X
12
13   *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
14
15
16         REMOTE VIDEOTAPED DEPOSITION
17            BY VIRTUAL ZOOM OF
18             CHRISTIAN CRAMER
19           Monday, July 22, 2024
20
21
22
23   REPORTED BY: DANIELLE GRANT
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 15

1    case by Epic; is that correct?

2           A    That's correct.

3           Q    Let's do our first test of the

4    Exhibit Share system.  We can take this

5    step by step to make sure it works.

6           A    Okay.

7           Q    But let's mark -- well,

8    actually, this has been previously marked.

9    It's introduced as what has been

10   previously marked as Exhibit 9009.

11

12              (Exhibit No. 9009 Declaration

13               of Christian Cramer in

14               Support of Google's Proffer

15               Regarding Epic's Proposed

16               Remedies, a previously marked

17               exhibit was referenced.)

18          Q    So, sir, let me know if that

19   pops up on the Exhibit Share.

20          A    Exhibit 9009.  Yes, I see it.

21          Q    Correct.

22          A    I'm open -- I'm opening it

23   now.

24          Q    It may take a second to open.

25   Let me know if it opens.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                    Page 16

 1           A      Okay.  I have it open.

 2           Q      Okay.  Great.

 3                  Sir, do you recognize this?

 4           A      I do.

 5           Q      What is it?

 6           A      This is my declaration.

 7           Q      And this is the declaration

 8    that you prepared and submitted in these

 9    proceedings in connection with Google's

10    proffer regarding Epic's proposed

11    remedies, correct?

12           A      Correct.

13           Q      Sir, did you write this

14    declaration yourself?

15           A      No.  I had help from legal

16    counsel in preparing it.

17           Q      And who specifically helped

18    you write this declaration?

19           A      Well, Brian Smith and Brian

20    Rocca.

21           Q      Was anyone else involved in

22    writing the declaration beyond Mr. Smith

23    and Mr. Rocca?

24           A      Not that I know of.

25           Q      Did they write all of the
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 17

```
1   declaration?
2           A     Well, in consultation with me.
3   So it was prepared as a joint effort if
4   you like.
5           Q     Did you -- did you draft any
6   part of this yourself, Mr. Cramer?
7           A     What do you mean with "draft,
8   like write some --
9           Q     Did you -- did you type up any
10  part of this yourself?
11          A     No, I didn't.  I just kind of
12  made additions and changes as needed.
13          Q     So is it correct that
14  Mr. Smith and Mr. Rocca drafted this and
15  then you reviewed and gave comment?
16          A     That's correct.
17          Q     Did they draft the entirety of
18  this, or were there certain sections that
19  each one worked on, to the best of your
20  knowledge?
21                MR. ROCCA:  Objection.
22          A     I don't know.
23                MR. ROCCA:  Form.  I'm sorry.
24            Objection to form.
25          Q     You may answer, Mr. Cramer.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 18

```
 1          A     I don't know.
 2          Q     When were you asked to start
 3     working on this declaration, Mr. Cramer?
 4          A     I don't know exactly the date,
 5     but it was in June.
 6          Q     Was the first thing that you
 7     saw in connection with this declaration
 8     the draft that was prepared by Mr. Rocca
 9     and Mr. Smith?
10          A     No.  I think there was a
11     meeting before to introduce what was going
12     to be the task.
13          Q     To -- to discuss the drafting;
14     is that correct?
15          A     Well, even before the draft,
16     there was a description of what would be
17     required from finance.  So that we could
18     do the mathematics.
19          Q     So there was a meeting -- just
20     one meeting, is that correct?
21          A     I don't know if it was just
22     one meeting, but there was definitely one
23     meeting that started the conversation.
24          Q     Do you remember more than one
25     meeting, sir?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 21

```
 1    kind of, the resources required and the
 2    duration, which I received from legal
 3    counsel, and the task was to associate
 4    costs with those resources.
 5          Q    Did you look at any materials
 6    beyond those charts in preparing your
 7    declaration?
 8          A    No.  As I said, like, there is
 9    a spreadsheet that was used to calculate
10    all the numbers, and that has essentially
11    the resources required and the cost.
12          Q    Is that the spreadsheet
13    that's -- that's set forth in your
14    declaration, Mr. Cramer?
15          A    What the -- what's in the
16    declaration is the outcome of that
17    calculation.
18          Q    So there is another
19    spreadsheet that is not set forth in your
20    declaration that you used; is that
21    correct?
22               MR. ROCCA:  Objection to --
23          I'm sorry, Tim.
24               Objection to form.
25               Go ahead, Mr. Cramer.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

1          A      So yeah, in order to fill the

2     tables in my declaration, some math was

3     needed, because all I received was the

4     resources and the duration of those

5     resources required.   I needed to translate

6     that into cost, and that was done in a

7     separate document, which was a Google

8     spreadsheet.

9          Q      And did you prepare that

10    spreadsheet, sir?

11         A      No.   I had help in getting

12    that spreadsheet prepared --

13         Q      Who --

14         A      -- prepared by --

15         Q      -- who specifically prepared

16    that spreadsheet?

17         A      That spreadsheet was

18    created -- so the spreadsheet itself was

19    created by Mr. Smith.   So he created the

20    spreadsheet.   And then, me, together with

21    Eric Kelley and Cathryn Atkins from the

22    central finance team for platforms and

23    ecosystem, they help populate the numbers.

24              (Whereupon, the court reporter

25                requested clarification.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 23

1          MR. CAMERON:  I think he
2      said --
3          THE WITNESS:  Platforms and
4      eco -- platforms and ecosystems.
5      That's the --
6          COURT REPORTER:  Legal
7      systems?
8          (Cross talk.)
9          THE WITNESS:  -- area which
10     Play has been part of.
11         COURT REPORTER:  Thank you.
12     Q    Okay.  So -- so if I
13  understand the sequencing correctly, just
14  so that we're clear, you received a
15  spreadsheet that had been prepared by
16  Mr. Smith, who was legal -- internal legal
17  counsel at Google; is that correct?
18     A    Correct.
19     Q    And then who populated that
20  spreadsheet?
21     A    The populated one --
22     Q    Was it populated --
23     A    -- was --
24     Q    -- when you received it?
25     A    No.  What -- it was populated

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

```
1    with just the resources and the duration
2    that are required for the work.  And the
3    task at hand for me and the finance team
4    was to associate costs with those resource
5    requirements.
6          Q    And so when you say "the
7    finance team," could you explain the
8    people who did this work filling in that
9    spreadsheet?
10         A    The people who helped with
11   that were Eric Kelley and Cathryn Atkins.
12         Q    Who is Mr. Kelley?
13         A    Mr. Kelley is a finance
14   director who is responsible for -- for the
15   central finance function for platforming
16   and ecosystem.
17         Q    And I think you said the other
18   name was Ms. Atkins; is that correct?
19         A    Miss Atkins.  Yes.
20         Q    And who is Ms. Atkins?
21         A    So she is on Eric's team, and
22   she is a financial analyst who is doing
23   central finance work for platforms and
24   ecosystems.
25         Q    So did they prepare this --
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

```
 1    this spreadsheet?

 2              Or strike that.

 3              Did they, then, populate the

 4    additional data into this spreadsheet?

 5        A    Yeah.  They used the rate

 6    cards that we have to populate the

 7    spreadsheet.

 8        Q    So what work did you yourself

 9    do in connection with conducting this

10    analysis?

11        A    I reviewed the spreadsheet,

12    how it all set up.  I did spot checks on

13    it.  I reviewed the totals.  So that's the

14    work I did on the financial side.

15        Q    So just so the record is

16    clear -- and is that all the work you did

17    in connection with preparing your -- the

18    information set forth in your declaration?

19              MR. ROCCA:  Objection to form.

20        A    So, as I said, like, I -- I --

21    we -- we received the spreadsheet from

22    Brian Smith, the central team helped

23    populate it because they're the only ones

24    who have access to the rate cards for

25    certain job -- job titles, if you like.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 26

1    And yeah, and they helped prepare the

2    spreadsheet and complete it, and I

3    reviewed it accordingly.

4           Q     When you say "they -- they

5    only have access to certain of the rate

6    cards," does that mean that you do not?

7           A     I typically don't have access

8    directly to the rate cards in full detail.

9           Q     So just to be clear, you

10   personally do not have access to the rate

11   cards that were used to populate the data

12   that went into the spreadsheet and

13   ended -- ended up in your declaration; is

14   that correct?

15          A     Not in the level of detail

16   that is used here.  So those are highly

17   confidential data that are maintained by

18   corporate.  And the way we do that is that

19   the central team, they receive those rate

20   cards from corporate finance, and they are

21   considered as highly confidential so --

22          Q     Just to -- just to --

23               (Cross talk.)

24          A      -- information, but I

25   typically don't have immediate access to

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 27

1    that.

2         Q    Okay.  So you personally do

3    not have access to the rate cards that

4    were used to populate the spreadsheet and

5    then used to populate the declaration,

6    correct?

7         A    Not to the original rate

8    cards.  There's, like -- obviously, in

9    that spreadsheet there's the rates for the

10   individual roles is reflected and

11   that's --

12        Q    You personally do not have

13   access to the rate cards themselves,

14   correct?

15        A    That's correct.  That's

16   maintained by corporate.

17        Q    Okay.  So -- so if I

18   understand the process correctly,

19   Mr. Smith prepared the spreadsheet and

20   provided it to you, Mr. Kelley, and

21   Ms. Atkins.  Mr. Kelley and Ms. Atkins

22   then populated the financial part of that

23   spreadsheet.

24             Correct?

25        A    Correct.

Page 28

1          Q     And that is what was, then,
2    used in preparing your declaration; is
3    that correct?
4          A     Right.  After my review.
5          Q     And you said you conducted
6    some spot checks; is that right?
7          A     Correct.
8          Q     Did you speak to anyone else
9    concerning the substance of your
10   declaration other than the people that
11   we've identified?
12         A     No.
13         Q     Did you do any additional work
14   regarding the preparation of your
15   declaration other than what we have
16   discussed?
17         A     No.
18         Q     I don't believe that the
19   spreadsheet that you described,
20   Mr. Cramer, has been produced to us.
21              MR. CAMERON:  So, Mr. Rocca, I
22           make a request that that be
23           produced to us immediately,
24           please.
25              MR. ROCCA:  Your request is

```
 1            noted.
 2        Q    The chart -- the spreadsheet
 3    that you received, did that include the
 4    columns that ended up in your declaration
 5    for resources and duration required, et
 6    cetera?
 7        A    So, yeah, it did.
 8             I mean, like, I don't know --
 9    are you referring to -- why don't you go
10    to the declaration and ask --
11            (Cross talk.)
12        Q    -- I was going to say, let's
13    go to -- let's go to paragraph 12.  Maybe
14    this will help.
15            (Cross talk.)
16        Q    So this -- if you looking at
17    paragraph 12, there is a chart set forth
18    in your declaration on pages 3 and 4.
19             Do you see that?
20        A    Right.  I see that.
21        Q    So did the -- did the
22    spreadsheet that you received from
23    Mr. Smith contain columns A and B, I
24    presume?
25        A    Right.  It did.
```

Page 30

```
1          Q     And not only the headings, it
2    contained the information set forth under
3    those columns, such as, you know, initial
4    scoping and design, one program manager
5    for three months; is that correct?
6          A     Right.
7          Q     So this data was included in
8    the chart that you received, correct?
9          A     Correct.
10         Q     Did you use any other
11   materials, beyond that spreadsheet, for
12   purposes of the cost analysis that was
13   conducted and then included in your
14   declaration?
15         A     No.
16         Q     So did you ever see a draft of
17   the declaration prepared by Mr. Baccetti?
18         A     No.
19         Q     Did you ever see a draft of a
20   declaration prepared by Mr. Cunningham?
21         A     No.
22         Q     Did you ever see a draft of
23   the declaration prepared by
24   Mr. Kleidermacher?
25         A     No.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                             Page 31
 1            Q    Did you ever see the final
 2   declaration prepared by Mr. Baccetti?
 3            A    Yes.
 4            Q    Did you see that prior to the
 5   preparation of your declaration?
 6            A    No.
 7            Q    Prior to the preparation of
 8   your declaration, did you ever see the
 9   financial declaration of Mr. Cunningham?
10            A    No.
11            Q    Prior to the preparation of
12   do -- of your declaration, did you ever
13   see the final of the declaration prepared
14   by Mr. Kleidermacher?
15            A    No.
16            Q    Did you personally speak to
17   Mr. Baccetti in connection with preparing
18   your declaration?
19            A    No.
20            Q    Did you personally speak to
21   Mr. Cunningham in connect with preparing
22   your declaration?
23            A    No.
24            Q    Did you speak to
25   Mr. Kleidermacher in connection with
```

Page 32

1   preparing your declaration?

2           A     No.

3           Q     So you did not discuss, it's

4   fair to say, the analysis prepared by

5   Mr. Baccetti with him for purposes of

6   preparing your declaration?

7           A     That's correct.  I only used

8   the input that is reflected in my

9   declaration.

10          Q     And so, likewise, you didn't

11  discuss with Mr. Cunningham his analysis,

12  for purposes of preparing your

13  declaration?

14          A     No, I didn't.

15          Q     And likewise, for purposes of

16  preparing your declaration, you didn't

17  discuss with Mr. Kleidermacher the

18  analysis that he prepared, correct?

19          A     Correct.

20          Q     So is it fair to say that the

21  scope of what you did, for purposes of

22  your declaration, was to receive the

23  spreadsheet from Mr. Smith, legal counsel

24  at Google, work with your team to populate

25  the additional columns, and then review

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 38

```
1              A       Right.
2              Q       You note that you have been
3    asked to estimate those costs, correct?
4              A       Right.
5              Q       And so it's fair to say that
6    the information set forth in your
7    declaration is, in fact, an estimate,
8    right?
9              A       That's correct.
10             Q       And you also note that you
11   have been asked to estimate approximate
12   costs, correct?
13             A       Well, I don't know what you
14   mean with "approximate costs."  We're
15   looking at --
16             (Cross talk.)
17             Q       This is the language from your
18   declaration in paragraph 3.
19             It reads:  I have been asked
20   to estimate approximate costs.
21             Do you see that language, sir?
22             A       Right.
23             Q       So these were approximate
24   costs that are referenced in your
25   declaration, correct?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                    Page 39

1              A      Right.

2              Q      Right.  So the information in

3      your declaration are estimates, yes?

4              A      Right.

5              Q      And they are approximations,

6      correct?

7              A      Right.

8              Q      Your declaration describes

9      three potential projects; is that correct?

10             A      Right.

11             Q      The first is catalog access,

12     correct?

13             A      Right.

14             Q      The second is library porting,

15     correct?

16             A      Correct.

17             Q      And the third is Play

18     distribution of third-party stores,

19     correct?

20             A      Correct.

21             Q      You didn't cover any other

22     specific projects yourself did you?

23             A      No, I didn't.

24             Q      And so you haven't done any

25     work or analysis on any other projects

Page 40

```
 1   other than the three identified in your
 2   declaration, correct?
 3           A     Right.
 4           Q     And I think, as you have
 5   explained, with regard to those three
 6   topics, the work that you did was limited
 7   to calculating the total cost for the
 8   resource and head count estimates that
 9   were provided to you in that spreadsheet,
10   correct?
11           A     Correct.
12           Q     So the information that you
13   address in your declaration is dependent
14   upon the information that was provided to
15   you in that spreadsheet prepared by
16   Mr. Smith, correct?
17           A     That's correct.
18           Q     And that spreadsheet, I think
19   as we've discussed, contained a specific
20   number of employees, right?
21           A     Well, it essentially contained
22   the list that you see in my declaration
23   of --
24           Q     Right.  And so that is --
25                 (Cross talk.)
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 41

```
 1          Q     I'm sorry.
 2                (Whereupon, the court reporter
 3                  requested clarification.)
 4          A     So in my declaration, there is
 5   this table that has -- describes the
 6   various resources, slash, FTEs needed and
 7   the duration required.  And both those
 8   pieces of information were in the table
 9   that we received.
10          Q     And so the resources, slash,
11   FTEs listed in your declaration, say, for
12   example, in paragraph 12, and they were
13   also identified in the spreadsheet.
14                That's a fixed number of
15   people, correct?
16          A     Right.  I don't know what you
17   mean with a fixed number of people, but,
18   like, for every resource, there is this --
19   there is a number associated with it, yes.
20          Q     Well, what I'm driving at is,
21   you would agree with me, sir, that the
22   accuracy of your calculations depends on
23   the accuracy of the information that you
24   were given to work with including both
25   resources and duration, correct?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 51

1    analysis to determine that six software

2    engineers, in fact, would be required to

3    perform this work yourself; correct?

4         A    That's correct.

5         Q    And so you're unable to

6    provide any explanation as to why there

7    needs to be six software engineers as

8    opposed to any other number, correct?

9         A    That's correct.

10        Q    Now, are you aware or was it

11   communicated to you that there was some

12   uncertainty around these specific resource

13   requirements?

14             MR. ROCCA:  Objection to form.

15        A    Yes.  And that is kind of

16   reflected in the -- in the calculations

17   with kind of the buffer that you see in

18   the -- at the bottom of the table.

19        Q    Sorry.  So let's take that

20   step by step.

21             You were aware that there was

22   some uncertainty around the list of

23   resources for each of these projects,

24   correct?

25        A    Well, I don't know of a level

Page 52

1   of uncertainty in any of those resources

2   as they are in the table, because I have

3   not been involved in preparing those

4   resources.

5         Q    Did you do anything to

6   understand the level of uncertainty around

7   any of these resources?

8              MR. ROCCA:  Objection to form.

9         Q    You may answer.

10        A    No, I didn't.

11        Q    And I think you said that the

12   way you attempted to account for that

13   uncertainty was the buffer at the end of

14   the table; is that correct?

15             MR. ROCCA:  Objection to form.

16             I'm sorry, Christian.

17             Objection to form.

18             You may answer.

19        Q    You may answer.

20        A    That was essentially done on

21   the base of the declaration of

22   Mr. Baccetti, who indicated that they

23   would calculate with a 30 percent buffer.

24   So that's not -- nothing that we came up,

25   as a finance team, that was just a

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 53

1    reflection of the information from

2    Mr. Baccetti in that case.

3            Q    And so let's just take this

4    step by step.  You -- I believe your

5    testimony was that you attempted to

6    account for the uncertainty in the list of

7    resources necessary to perform these

8    functions by including the buffer at the

9    end of the table; is that correct?

10           A    I don't think I agree

11   100 percent with that categorization.

12   Like, I think the way -- the way to

13   characterize is to go back to Number 11,

14   paragraph 11 where I'm explaining that

15   Mr. Baccetti, in his declaration, said

16   that they would typically need to consider

17   a buffer of 20 to 30 percent.  And that

18   was, then, reflected in the calculation

19   that we did.

20           Q    And --

21                (Cross talk.)

22           A    I didn't -- I didn't take an

23   opinion if that buffer is appropriate or

24   not, if that is your question.

25           Q    I understand, but let's take

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 54

```
 1    this step by step.  You understood that
 2    there was some degree of uncertainty
 3    surrounding the identification of the
 4    resources necessary to perform these
 5    projects, correct?
 6         A    Right.  And that is, like,
 7    even implicit in the fact that the
 8    duration required is a time range.
 9         Q    And did you personally, as
10    part of your analysis, do anything to
11    account for that uncertainty?
12         A    I think the answer to that
13    question is no, but I want to be specific.
14    In the calculations, we used the range of
15    duration required to derive the ranges of
16    cost, but beyond that, I didn't take any
17    other assumptions.
18         Q    So all you did was apply the
19    ranges provided -- you know, that were
20    specified here, correct?
21         A    That is correct.
22         Q    Okay.  You didn't do any other
23    analysis to understand the level of
24    uncertainty around these particular
25    resources that were listed here, correct?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 65

```
 1    had you asked for it?
 2            A     I don't know.
 3            Q     Okay.  So I understand, as you
 4    noted in paragraph 7, that you prepared an
 5    average salary for each role based on the
 6    average employee level of the
 7    organization, correct?
 8            A     Correct.
 9            Q     And is this something that
10    Mr. Kelley as Ms. Atkins did again?
11            A     What do you mean in terms
12    of -- I mean, this -- this was the
13    assumption that we took and they applied
14    the numbers.  Correct.
15            Q     They actually did the
16    calculation of the average salary,
17    correct?
18            A     Right.
19            Q     So you would agree with me
20    that if, in -- well, the average salary
21    reflects what levels of seniority?
22            MR. ROCCA:  Objection to form.
23            I'm sorry, Christian.
24            Objection to form.
25            Q     Let me strike that and re-ask.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

```
 1              The average salary that was
 2   utilized for purpose of calculating the
 3   figures referenced in your declaration are
 4   an average of what levels of seniority?
 5         A     Well, it's the average level
 6   of the organization.  ████████████████████
     ██  ████████████████
 8         Q     Could you explain?
 9         A     Google has various levels --
10   Google has various levels of seniority,
11   and there is an average level across the
12   organization.  Every large project will
13   require people from different levels
14   and -- yeah.  And the average level is
15   what we used.
16         Q     So how many levels are there
17   in total?
18         A     I don't know exactly how many
19   levels there are, but it's definitely more
20   than -- more than eight or nine levels,
21   ten even.
22         Q     But you don't know personally,
23   as you sit here today, how many levels
24   there are?
25         A     That's true.  I don't know all
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 67

```
 1    the levels that exist in Google.
 2             Q      How many levels were utilized
 3    for purposes of calculating the average
 4    referenced in your declaration?
 5             A      Well, one level -- the average
 6    level of the overall organization was used
 7    for this calculation.
 8             Q      So you used the data
 9    associated with only one level of
10    seniority in the organization; is that
11    accurate?
12             A      Right, for the purpose of this
13    calculation, as I said, with the exception
14    of one resource that was defined as
15    significantly more senior.
16             Q      Right.  So just to be clear,
17    it's not that, for example, ███████████████
      ██ ██████████████████████████████████████
      ██ █████████████████████████████████████
      ██    ████████████      is that accurate?
21             A      That is accurate.
22             Q      What is  ████████████
23                    Can you explain what ████████
24    signifies?
25             A      I don't know how to explain
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 68

```
1    it.  That is the average level that we
2    typically use for these types of
3    calculation.
4           Q    Does every position have the
5    same levels associated with it?
6           A    What do you mean by that?
7           Q    Well, there are numerous
8    different positions referenced in column A
9    of your declaration; a program manager, a
10   software engineer.
11          A    Right.
12          Q    Do they all have a ███████
13   associated with them?
14          A    Typically, for each role,
15   there are different levels associated with
16   it depending on the seniority and -- of
17   individual in the role.
18          Q    So, is ████████ one set of
19   numbers that was applied to all of these
20   different resources?
21          A    For each -- for each role that
22   is described here, there are different
23   levels, and for each role, ████████ was
24   essentially used.
25          Q    And do you know that ████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                          Page 69
 1    is the average based on your personal

 2    knowledge?

 3            A     That's a typical average that

 4    we use for these types of calculations.

 5            Q     That wasn't my question, sir.

 6                  Do you know that ████████ is an

 7    average of all of the levels for each of

 8    these positions?

 9            A     For the organization, that's

10    true.  But for every individual job role

11    here, I don't know if that would be

12    exactly the average.

13            Q     Did you do anything to test

14    that as part of your analysis?

15            A     No, because I don't have any

16    information beyond what I have in

17    columns A and B, so I had to take an

18    assumption.

19            Q     So looking at paragraph 12, it

20    says:  Program manager.

21                  How many levels were there for

22    the program manager that was included in

23    column A of your declaration, line 5?

24            A     What do you mean how many

25    levels there are?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 70

1      Q    How many levels of salary are

2  associated with that specific position

3  that was used for this calculation?

4           A    For this calculation, ████████

   ██  ███████████████████████████

6           Q    How many levels are there

7  associated with that program manager

8  identified under initial scoping and

9  design under column A at line 5 of your

10 declaration?

11          A    I don't know, because I have

12 no information about that role.

13          Q    How many levels are there for

14 a senior soft -- well, strike that.

15               That's -- refers to senior.

16 Let's look at the next one.

17               It says:  One PM.

18               What is a PM?

19          A    Product manager.

20          Q    And how many PM levels are

21 there for that position as referenced in

22 your declaration?

23          A    I don't know exactly how many

24 levels PMs could have in theory, but we

25 used, again, ████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 73

1      of the salaries of software engineers
2      across the Google organization, correct?
3             A    That's correct.  I didn't do
4      any specific additional analysis, because
5      this is the standard procedure that we
6      take.
7             Q    Who prepares the ████████
8      figures?
9                  Where does that come from?
10            A    That's in the rate card.
11            Q    And do the rate cards set
12      forth other levels?
13            A    Yes.  As I said, the rate card
14      has numbers for different levels,
15      different locations, different job roles.
16            Q    And so the rate card would
17      give us information as to how many salary
18      levels there are for a software engineer,
19      correct?
20            A    Probably, yes.
21            Q    So did you instruct Mr. Kelley
22      and Ms. Atkins to use ████████████████ for
23      purposes of calculating average salary?
24            A    Well, they used that, because
25      that's our standard procedure we always do

Page 74

```
1    in project estimates like this where we
2    don't have specific information of an
3    individual role.
4         Q    Okay.  But so you did not
5    instruct them ███████████  they did
6    that on their own initiative, correct?
7         A    I did not need to instruct
8    them, because that is our standard
9    procedure.
10        Q    What did you personally do to
11   verify that the correct ██████████  from
12   the rate card was populated into the
13   spreadsheet that was the basis of for your
14   declaration?
15        A    In the sense of checking what
16   exactly in each level -- as I said, like,
17   the rate card is retrieved from corporate,
18   and I rely on Eric Kelley and Cathryn
19   Atkins to put the right numbers together,
20   and then I obviously do a spot check and
21   look at kind of do the numbers makes
22   sense, do they look familiar from what I
23   have seen in the past, and that was the
24   case.
25        Q    But you don't go and look at
```

Page 75

```
 1    any of the rate cards yourself to verify
 2    that, in fact, ███████ is being used and
 3    that that information appropriately was --
 4    you know, or was accurately repeated in
 5    the declaration, correct?
 6           A    That's correct.  But as I
 7    said, like, I have a sense of kind of the
 8    ███████ rates because they're used as a
 9    standard procedure.  So I would spot if
10    there were any significant deviations.
11           Q    And so just so we're clear,
12    neither you nor Mr. Kelley or Ms. Atkins
13    actually calculated an average; instead,
14    you just used the ███████ salary data,
15    correct?
16           A    Correct.
17           Q    We talked -- you mention in
18    your -- in your declaration that it's the
19    level employee level in the organization.
20                Do you see that?
21           A    Right.
22           Q    So that would be -- what? --
23    Google U.S. I presume?
24           A    I don't know exactly, like, is
25    this Google U.S., Google globally.  It's
```

Page 76

1    the -- it's the number we use typically.

2          Q     Well, do you know what the

3    term "organization" refers to there, sir?

4                What is the scope?

5          A     The Google organization.

6          Q     So is that Google U.S.?

7                Because I understand that you,

8    you know, used employees based in the

9    United States, as you refer to in

10   paragraph 8.

11               So is this a reference to

12   Google U.S.?

13               Do you know?

14         A     As I said, like, we

15   typically -- I don't -- I don't know

16   exactly how the levels are split by

17   region, by global or exactly.  As I said,

18   we use this as a standard because that's

19   given to us as the average, also that corp

20   uses for planning.

21         Q     So you personally, sir, have

22   done no assessment of what particular

23   parts of the Google organization are

24   included or excluded from the ████████

25   figures that you utilized, correct?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 77

```
 1          A     That's correct.
 2          Q     And, in fact, you don't know,
 3     as you sit here today, what is included in
 4     those ███████ figures or excluded,
 5     correct?
 6          A     Right.
 7          Q     Let's look at the next
 8     assumption.
 9                You note:  I do not know where
10     the FTE employee will be located, but I
11     assume it will be in the United States and
12     have applied a high/low range to account
13     for different average FTE costs in
14     different U.S. regions.
15                Did I read that correctly?
16          A     That's correct.
17          Q     What was the basis for your
18     assumption that the -- all the employees
19     carrying out this work would be located in
20     the United States?
21          A     Well, I think it will be two
22     pieces.  First of all, in the Play
23     organization, the majority of employees
24     are in the United States.  And given how
25     novel and unique this project is, I had to
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 78

```
 1    assume that it's probably -- it's going to
 2    be executed in the U.S. as a project.
 3              Q    Did somebody tell you to make
 4    that assumption, sir?
 5              A    No.  I just feel that is a
 6    reasonable assumption.
 7              Q    Okay.  So you personally
 8    decided, without talking to anybody else
 9    about the specific project here, that all
10    of these employees who conducted this work
11    would be located in the United States,
12    correct?
13              A    I didn't talk to other people
14    about it other than Eric Kelley.
15              Q    So, again, without talking to
16    anybody else, including Mr. Baccetti or
17    others, about the specific projects that
18    are referenced here and how they believed
19    these projects would be carried out, you
20    determined yourself that all of the people
21    doing this work would be located in the
22    U.S., correct?
23              A    Right.
24              Q    There are, of course, Google
25    employees located outside the U.S.,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 79

1    correct?

2            A     That's correct.

3            Q     In fact, Google has employees

4    all over the world, doesn't it?

5            A     That's correct.

6            Q     And it has employees of the

7    kind listed in column A located outside

8    the United States, correct?

9            A     Yeah.  I think so.

10           Q     So there are software

11   engineers outside the U.S., correct?

12           A     Correct.

13           Q     And -- I think it's product

14   managers listed outside the U.S., correct?

15           A     Correct.

16           Q     Or program manager -- excuse

17   me -- correct?

18           A     I think so, yes.

19           Q     And technical program managers

20   located outside the U.S., correct?

21           A     I think so.

22           Q     And designers, et cetera,

23   correct?

24           A     I would think so, yes.

25           Q     And based on your experience

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 94

1          A     Correct.

2          Q     And this chart is exactly the

3     same, I think, in terms of set up as the

4     chart that we looked at previously,

5     correct?

6          A     Correct.

7          Q     And so you followed the same

8     procedure that we talked about previously

9     in preparing this chart as we described

10     for the library catalog project, correct?

11          A     Correct.

12          Q     And, in fact, that would also

13     be the same for the chart in paragraph 14

14     with Play distribution of third-party

15     stores, correct?

16          A     That's correct.

17          Q     So your answers describing the

18     process that you went through and what you

19     relied upon that we discussed are equally

20     applicable to the live reporting chart and

21     the Play distribution chart, correct?

22          A     That's correct.

23          Q     Live -- I know -- it's true,

24     is it not, that you did not include a

25     20 percent or a 30 percent buffer for live

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                        Page 95
 1    reporting?
 2              Do you see that?
 3         A    Right.  I see that.
 4         Q    And so, once again, you didn't
 5    have any involvement in determining the
 6    resources that would be necessary to carry
 7    out the live reporting project, correct?
 8         A    That's correct.
 9         Q    And you didn't have
10    involvement in determining the resources
11    that would be necessary to carry out the
12    Play distribution project, correct?
13         A    That's correct.
14         Q    And you were not provided with
15    level or seniority information for the
16    employees needed to carry out the live
17    reporting project, correct?
18         A    That's correct.
19         Q    Or the Play distribution
20    project, correct?
21         A    That's correct.
22         Q    And so, again, you used
23    ██████████████████████ data for those
24    positions, I presume?
25         A    That's correct.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 96

```
1           Q    Okay.  And the same answers
2    apply regarding geography and the scope of
3    the organization that we talked about
4    previously, correct?
5           A    Correct.
6           Q    All right.
7                MR. CAMERON:  Why don't we
8           just take a ten-minute break?
9                That will help me work out
10          where we need to go next.
11               THE WITNESS:  Sounds good.
12               MR. ROCCA:  Sounds good.
13               VIDEOGRAPHER:  Okay.  Off the
14          record.  The time is 6:50 p.m.
15               (Whereupon, at 6:50 p.m., a
16                recess was taken to 7:04
17                p.m.)
18               (The proceeding resumed with
19                all parties present.)
20               VIDEOGRAPHER:  We're back on
21          the record.  The time is 7:04 p.m.
22          Q    Mr. Cramer, we're just coming
23    back from a break.
24               Are you okay to proceed?
25          A    Yes, I am.
```