UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH EPIC'S PROFFER RESPONSE REGARDING EPIC'S PROPOSED INJUNCTION**<br><br>Judge: Hon. James Donato |

Having considered Google's Administrative Motion to File Under Seal Materials In Connection with Epic's Proffer Response Regarding Epic's Proposed Injunction and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The highlighted portions of the following documents may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Ex. A to Cramer Decl. (Epic's Proffer Response) [Dkt. 676] | Page 24, line 26 (between "totaling" and "million"). | Google (Cramer Decl. ¶ 8) | |
| Ex. A to Cramer Decl. (Epic's Proffer Response) [Dkt. 676] | Page 25, line 1 (between "combined" and "million"), line 5 (between "another" and "million"), line 8 (between "total of" and "million"), line 9 (between "estimate of" and "million"), and line 19 (between "estimated" and "million"). | Google (Cramer Decl. ¶ 8) | |
| Ex. A to Cramer Decl. (Epic's Proffer Response) [Dkt. 676] | Page 25, line 11 (between "more than" and "million"). | Google (Cramer Decl. ¶ 9) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 67, line 8, to Page 71, line 9 (between "I'm all ears." And "Q. Now,"). | Google (Cramer Decl. ¶ 10) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 131, line 24 (between "of" and "a year") | Google (Cramer Decl. ¶ 11) | |

| | | | |
|---|---|---|---|
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 133, line 5 (between "realm of" and "of dollars"), line 7 (between "would cost" and "of dollars"), line 15 (between "they're" and "either"), line 17 (between "were" and "Q. Okay."), line 19 (between "range of" and "a year"), and line 25 (between "it's in the" and end of sentence). | Google (Cramer Decl. ¶ 11) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 134, line 6 (between "vicinity of" and "a year"). | Google (Cramer Decl. ¶ 11) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 165, line 3 (between "closer to" and "or" and between "or" and "A. I mean"), line 7 (between "in the" and "range"), line 9 (between "high as" and "that"), line 10 (between "for me" and "feels low"), and line 12 (between "hit" and "or" and between "or" and "I'd say"). | Google (Cramer Decl. ¶ 12) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 165, line 21 (between "into this" and "number") and line 25 (between "aggregate" and "number"). | Google (Cramer Decl. ¶ 13) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 166, line 5 (between "reach the" and "sum"), line 13 (between "got to" and "correct?"), and line 17 (between "for this" and "number"). | Google (Cramer Decl. ¶ 13) | |
| Ex. B to Cramer | Page 167, line 14 | Google (Cramer | |

| | | | |
|---|---|---|---|
| Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1]) | (between "reach this" and "number") and line 17 (between "to get" and "for these"). | Decl. ¶ 13) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 168, line 6 (between "in the" and "section"), line 10 (entire line), line 12 (between "does the" and "number"), line 19 (between "make up" and "in cost"). | Google (Cramer Decl. ¶ 13) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 169, line 3 (between "Approximately" and end of sentence) and line 15 (between "it was" and "people") | Google (Cramer Decl. ¶ 14) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 169-70, lines 25-2 (between "with this" and "for app safety"). | Google (Cramer Decl. ¶ 14) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 170, lines 2-4 (between "It was" and "at"). | Google (Cramer Decl. ¶ 14) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 169, line 16 (between "using" and "per person"), | Google (Cramer Decl. ¶ 15) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 170, line 4 (between "at" and "a pop"). | Google (Cramer Decl. ¶ 15) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. | Page 178, line 9 (between "by" and "a year"); Page 179, line 16 (between "by" and "a year"). | Google (Cramer Decl. ¶ 15) | |

| | | | |
|---|---|---|---|
| 676-1] | | | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 188, line 22 (between "number" and "a year"). | Google (Cramer Decl. ¶ 15) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 189, line 4 (between "My" and "estimate"), line 9 (between "felt" and "was a reasonable"), and line 17 (between "with that" and "number"). | Google (Cramer Decl. ¶ 15) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1]1) | Page 169, line 19 (between "numbers. Q." and "or so"), line 22 (between "is that" and "the number"). | Google (Cramer Decl. ¶ 16) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 170, line 5 (entire line). | Google (Cramer Decl. ¶ 16) | |
| Epic's Proffer Response – Ex. 1 (Dkt. 676-1) | Page 171, line 3 (between "the" and "that you"), and line 22 (between "approximately" and "I'm assuming"). | Google (Cramer Decl. ¶ 16) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 172, line 7 (between "make up the" and "is"). | Google (Cramer Decl. ¶ 16) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 183, line 4 (between "in the" and "a year"). | Google (Cramer Decl. ¶ 16) | |
| Ex. B to Cramer Decl. (Epic's Proffer Response | Page 187, line 15 (between "into" and "I did not"), lines 15-16 | Google (Cramer Decl. ¶ 16) | |

4

[PROPOSED] ORDER RE: GOOGLE'S ADMIN. MOT. TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH EPIC'S PROFFER RESPONSE REGARDING EPIC'S PROPOSED INJUNCTION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

| | | | |
|---|---|---|---|
| – Ex. 1) [Dkt. 676-1] | (between "of that" and "I did not"), and line 18 (between "to the" and end of line). | | |
| Ex. B to Cramer Decl. (Epic's Proffer Response – Ex. 1) [Dkt. 676-1] | Page 189, line 24 (between "get at" and "here"). | Google (Cramer Decl. ¶ 16) | |
| Ex. C to Cramer Decl. (Epic's Proffer Response – Ex. 2) [Dkt. 676-2] | Page 4, lines 20-21 (entire lines) | Google (Cramer Decl. ¶ 17) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 66, lines 6-7 (from "organization." to end of line 7) | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 67, lines 17-20 (between "for example" and "is that"), line 22 (between "What is" and "Can you"), line 23 (between "what" and "signifies") | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 68, line 12 (between "have a" and "associated"), line 18 (between "is" and "one set"), line 23 (between "role," and "was"), and line 25 (last two words) | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 69, line 6 (between "that" and "is an") | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's | Page 70, lines 4-5 (from "calculation" to end of | Google (Cramer Decl. ¶ 18) | |

| | | | |
|---|---|---|---|
| Proffer Response – Ex. 4) [Dkt. 676-4] | line 5), line 25 (last two words) | | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 73, line 7 (between "the" and "figures"), line 22 (between "to use" and "for") | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 74, line 5 (between "them" and "they"), and line 11 (between "correct" and "from") | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 75, line 2 (between fact," and "is"), line 8 (first two words), and line 14 (between "the" and "salary") | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 76, line 23 (last two words) | Google (Cramer Decl. ¶ 18) | |
| Ex. D to Cramer Decl. (Epic's Proffer Response – Ex. 4) [Dkt. 676-4] | Page 77, line 4 (between "those" and "figures) | Google (Cramer Decl. ¶ 18) | |
| Epic's Proffer Response – Ex. 4 (Dkt. 676-4) | Page 95, line 23 (first four words) | Google (Cramer Decl. ¶ 18) | |
| Ex. E to Cramer Decl. (Ernst Declaration) [Dkt. 676-7] | Page 5, Paragraph 21, line 17 (between "cost around" and "million"), and line 18 (between "between" and "and" and between "and" and "million"). | Google (Cramer Decl. ¶ 19) | |
| Ex. E to Cramer Decl. (Ernst | Page 27, Paragraph 93, line 7 (between "another" | Google (Cramer Decl. ¶ 19) | |

| | | | |
|---|---|---|---|
| Declaration) [Dkt. 676-7] | and "million") | | |
| Ex. E to Cramer Decl. (Ernst Declaration) [Dkt. 676-7] | Page 33, Paragraph 115, line 17 (between "up to" and "million"). | Google (Cramer Decl. ¶ 19) | |

Dated: _____, 2024

                                                  Honorable James Donato
                                                  United States District Judge
                                                  Northern District of California