Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 13th St. NW
Washington, D.C. 20001
Telephone: (202) 637-5600

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Lauren N. Beck
lauren.beck@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. #336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.,* Case
No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**DECLARATION OF JONATHAN I.
KRAVIS IN SUPPORT OF
DEFENDANTS' MOTION FOR LEAVE
TO FILE SUPPLEMENTAL BRIEF IN
SUPPORT OF DEFENDANTS' PROFFER
REGARDING EPIC'S PROPOSED
REMEDIES**

Judge:      Hon. James Donato
Date:       August 14, 2024
Time:       10:00 a.m. Pacific Time
Courtroom: 11, 19th Floor, 450 Golden Gate
Ave, San Francisco, California, 94102

## DECLARATION OF JONATHAN I. KRAVIS

I, Jonathan I, Kravis, hereby declare:

1.    I am admitted pro hac vice in this case.  I am a partner at the law firm of Munger, Tolles & Olson LLP and counsel of record for Defendants in the above-captioned matters.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein

2.    On July 24, 2024, Epic submitted its Response (MDL ECF No. 985) to Google's Proffer Regarding Epic's Proposed Remedies (MDL ECF No. 981).  Epic attached to its response declarations from two technical experts:  Professors Ernst and Mickens.

3.    Google deposed Professor Ernst on August 1, 2024.  Attached hereto as **Exhibit 1** is a true and accurate copy of relevant excerpts from that deposition transcript.

4.    Google deposed Professor Mickens on August 2, 2024.  Attached hereto as **Exhibit 2** is a true and accurate copy of relevant excerpts from that deposition transcript.

5.    On August 6, 2024, I emailed counsel for Epic Games asking whether they would stipulate to Google's request for leave to file a supplemental brief in support of Google's Proffer Regarding Epic's Proposed Remedies.  On August 7, 2024, Plaintiff's counsel indicated that Plaintiff would not stipulate to Google's request for leave. A true and correct copy of my correspondence with Plaintiff's counsel is attached hereto as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of August, 2024, at Washington, District of Columbia.


_/s/ Jonathan I. Kravis_
Jonathan I. Kravis

**E-FILING ATTESTATION**

I, Jonathan I. Kravis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for Defendants have concurred in this filing.


_/s/  Jonathan I. Kravis_
Jonathan I. Kravis

KRAVIS DECLARATION IN SUPPORT OF DEFS.' MOTION FOR LEAVE TO FILE SUPP. BRIEF
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD