# EXHIBIT 1
## PUBLIC REDACTED VERSION

Page 1

1

2    UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN FRANCISCO DIVISION

5    ----------------------------------x

6    IN RE GOOGLE PLAY STORE ANTITRUST
     LITIGATION

7

     Case No. 3:21-md-02981-JD

8

     THIS DOCUMENT RELATES TO:

9

     Epic Games Inc. v. Google LLC, et al.

10   Case No.:  3:20-cv-05671-JD

11

     In re Google Play Store Antitrust

12   Litigation
     Case No.:  3:21-md-02981-JD

13   ----------------------------------x

14

15          ** HIGHLY CONFIDENTIAL **

16      REMOTE VIDEOTAPED DEPOSITION OF

17             MICHAEL ERNST

18            New York, New York

19             August 1, 2024

20

21

22

23   Reported By:

24   ERIC J. FINZ

25

Page 2

1

2                          August 1, 2024

                              9:02 a.m.

3

4           Remote Videotaped Deposition of

5      MICHAEL ERNST, taken by Defendant,

6      pursuant to Notice, before ERIC J. FINZ,

7      a Shorthand Reporter and Notary Public

8      within and for the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2    A P P E A R A N C E S: (All Via Remote)

3

     CRAVATH SWAINE & MOORE LLP
4    Attorneys for Plaintiff Epic Games
          Two Manhattan West
5         New York, New York 10022
     BY:   JUSTIN CLARKE, ESQ.
6          jcclarke@cravath.com
           PANYA GUPTA, ESQ.
7          pgupta@cravath.com

8

9

     MUNGER, TOLLES & OLSON, L.L.P.
10   Attorneys for the Defendant Google LLC,
     et al:
11        601 Massachusetts Avenue, NW
          Washington, D.C. 20001
12   BY:   JONATHAN KRAVIS, ESQ.
           jonathan.kravis@mto.com
13         LAUREN BECK, ESQ.
           lauren.beck@mto.com
14

15

16   ALSO PRESENT:

17   KARTHIK HEMMANUR

18   CHELSEA GILCHRIST, Videographer

19   DYLAN BRASCH, Veritext Concierge

20

21

22

23

24

25

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2     this section of the proposed injunction?
 3          A.    I don't know how Google
 4     defines "the catalog."  Google has -- was
 5     resistant to defining the items in the
 6     catalog.
 7          Q.    Well, you just told me that
 8     you thought the term "the catalog" was
 9     pretty clear.  So now I'm asking you, if
10     it's pretty clear, what does it mean?
11               MR. CLARKE:  Object to form.
12          A.    So that is not what I said.  I
13     said that in terms of whether it was a
14     subset, it was pretty clear.  That is
15     what I was responding to.  And I
16     clarified that.
17          Q.    Okay.  Let me just sort of go
18     back to where I was.
19               Is there any place you can
20     find in the proposed injunction that
21     specifies the particular categories of
22     metadata that Google should be required
23     to provide in connection with the catalog
24     access remedy?
25               MR. CLARKE:  Object to form.
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         A.     No.   And I suspect the reason
 3    for that is that Google has not provided
 4    information about what's in it.
 5         Q.     And you would agree with me,
 6    would you not, that the words "equally
 7    effective catalog access," which appear
 8    in paragraph 33 of your declaration,
 9    those words also do not appear in Epic's
10    proposed injunction.   True?
11              MR. CLARKE:   Object to form.
12         A.     That is correct.   Those are my
13    words.   And I am interpreting the spirit
14    of the proposed injunction, which
15    intends, as I understand it, to try to
16    level the playing field after Google has
17    been found guilty of illegal
18    anticompetitive monopoly behavior.
19         Q.     You are -- well, are you aware
20    that an economics professor named Douglas
21    Bernheim has submitted a report about
22    Epic's proposed injunction?
23         A.     No.
24         Q.     So you have not read Professor
25    Bernheim's report?
```

Page 76

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         A.    That is correct.
 3         Q.    So you do not know whether
 4    Professor Bernheim's report says anything
 5    about "equally effective catalog access"?
 6         A.    No.  These were my words.
 7         Q.    Okay.  So the standard that
 8    you are applying here, "equally effective
 9    catalog access on third-party stores as
10    users get on the Play Store," is a
11    standard that you yourself came up with?
12              MR. CLARKE:  Object to form.
13         A.    This was my interpretation of
14    the spirit of the injunction.
15         Q.    You've used that phrase a
16    couple of times.  What is your
17    understanding of the "spirit of the
18    injunction"?
19         A.    Right.  So Google uses that
20    term quite a few times as well.  And as I
21    said, my understanding is that the
22    injunction is intended to provide a level
23    playing field to all comers for a limited
24    time to enable competition in the mobile
25    app store space in order to remedy
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2     illegal anticompetitive monopoly
 3     behavior, according to the jury, that
 4     Google is guilty of.
 5          Q.    And to make sure I understand,
 6     this definition you provided of the
 7     spirit of the proposed injunction is
 8     something that you yourself came up with?
 9          A.    I think that I was influenced
10     by the many uses of "spirit of the
11     injunction" in Google's proffer.  And
12     Google's other documents.
13          Q.    And when you say here,
14     "equally effective catalog access on
15     third-party stores as users get on the
16     Play Store," what exactly do you mean by
17     "equally effective"?
18          A.    What I mean is that the
19     information that users can see is at
20     least as much as users could see when
21     performing similar actions on the Play
22     Store.  About Play Store apps, that is.
23          Q.    And so I understand you to be
24     saying here that in order to fulfill this
25     requirement of "equally effective catalog
```

Page 78

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      access."  Google should be required to
 3      provide more than just the data that
 4      developers provide to Google about their
 5      apps when they list their apps in the
 6      Play Store.  Am I right about that?
 7                MR. CLARKE:  Object to form.
 8          A.    I think that if Google were to
 9      withhold information that it commonly
10      displays to users in the Google Play
11      Store, then that would disincentivize
12      users from using other app stores.
13          Q.    What is the information you
14      have in mind that -- let me strike that
15      and I'll -- I want to ask the last
16      question again because I'm not sure --
17      I'm not sure that the answer was really
18      to my question.  So I'm going to just ask
19      you to sort of focus on the question I'm
20      asking here.  Which is:
21                Is it your view that "in order
22      to provide equally effective catalog
23      access on third-party stores as users get
24      on the Play Store," Google should be
25      required to provide more data than just
```

1                ERNST - HIGHLY CONFIDENTIAL

2       the data that developers provide to

3       Google when the developers list their

4       apps in the Play Store?

5                    MR. CLARKE:  Object to form.

6            A.    Yes.

7            Q.    What additional data do you

8       have in mind?

9            A.    I can give you examples.

10           Q.    Yeah, that would be great.

11           A.    I won't be able to give you a

12      full list.

13                    One example would be the

14      average rating.  Another example would be

15      the number of downloads.  Those are very

16      important markers to users.

17           Q.    What is the basis for your

18      assertion that average rating and number

19      of downloads are very important markers

20      to users?

21           A.    Extremely firsthand and from

22      anyone I've talked to, if you're looking

23      for an app and there are multiple apps of

24      the same name, then the one that has the

25      largest number of downloads is probably

Page 80

ERNST - HIGHLY CONFIDENTIAL

1    the one you want.  Not necessarily, but
2    likely.
3
4        Q.    When you say -- sorry, keep
5    going.
6        A.    No, go ahead.
7        Q.    I was just going to say a
8    clarification when you say "firsthand,"
9    you're talking about your own experience
10   downloading apps from app stores, is that
11   what you mean?
12       A.    Yes.  I have not done a study
13   of this.  Google -- I'm not aware of
14   Google having done a study.  At least
15   they didn't provide that information, so
16   they must not have considered it very
17   relevant.
18       Q.    What do you mean when you say
19   the average -- what do you mean when you
20   say the "average rating"?
21       A.    Exactly what is shown when you
22   view an app.  For instance, 4.4 stars out
23   of 5, or 4 stars out of 5.  That's the
24   sort of thing I'm talking about.
25       Q.    Now, what about the individual

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      ratings that appear in the Play Store for
 3      an app, is it your view that Google
 4      should have to provide all of those
 5      individual ratings for every single app
 6      in the store to every third-party app
 7      store that enrolls in catalog access?
 8            A.    That's a policy question.
 9      There is no technical reason not to do
10      it.  I don't know of a privacy reason not
11      to do it.  But it's a policy question,
12      and I was not asked to opine on policy
13      issues.
14            Q.    What do you mean when you say
15      it's a "policy question"?
16            A.    I mean that it's a decision
17      that is not a technical decision.  There
18      is no technical barrier to doing it or
19      not doing it.  And so policy makers,
20      managers, et cetera, are going to --
21      would make those sorts of decisions.
22            Q.    Well, I have a couple of
23      questions for you about that.
24                  First, why is it that you view
25      providing all of the user reviews in the
```

Page 82

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2      store as a policy decision, but you do
 3      not view providing average rating and
 4      number of downloads as a policy decision?
 5                   MR. CLARKE:  Object to form.
 6           A.    Because one of those is shown
 7      every time -- many times that an app is
 8      mentioned.  For instance, if you search
 9      on Bing for an app, you'll get a box that
10      includes the aggregate rating or average
11      rating.  So that is, I think -- go ahead,
12      you were going to ask a question.
13           Q.    I just want to make sure I
14      understand the line you're drawing here.
15      So you're saying that if a particular
16      piece of data is shown many times that an
17      app is mentioned, then that is not a
18      policy decision and must be included.
19                   But if the particular piece of
20      data is not shown many times that an app
21      is mentioned, it is a policy decision as
22      to whether to include it or not.  Am I
23      getting this right or do I have it not
24      right?
25           A.    Not at all.  If you browse --
```

```
1              ERNST - HIGHLY CONFIDENTIAL
2        perhaps it was irrelevant that it's shown
3        in many other places.
4                   If you browse in the Google
5        Play Store, and the information is
6        visible, as you browse or search in the
7        Google Play Store, then I believe that
8        same information should be visible as you
9        browse another app store if our goal is
10       to provide a level playing field.
11            Q.    But aren't individual user
12       reviews visible when you browse or search
13       in the Google Play Store?
14            A.    Not immediately.
15            Q.    You're saying because when you
16       get to an app, you have to like click
17       another button to see the individual user
18       reviews?
19            A.    If I recall correctly.
20            Q.    So to make sure I understand
21       the line you're drawing here.  If a
22       particular piece of data is visible on
23       the very first screen you see in the Play
24       Store when you click on an app, then
25       Google should be required to provide that
```

1          **ERNST - HIGHLY CONFIDENTIAL**

2    data.

3              But if you have to click

4    another button on the app screen to

5    access the data, then at that point it is

6    a policy decision and Google should not

7    be required to provide it.  Is that what

8    you're saying?

9              MR. CLARKE:  Object to form.

10        A.    No, there are several things

11   wrong there.  One is that whether it's a

12   policy decision is independent of whether

13   Google should be required to provide it.

14   It's just that I don't have an opinion

15   about it.  And second, you asked me to

16   provide some examples.  Now, you're

17   trying to triangulate from those examples

18   some arbitrary rules that you're making

19   up.

20              And that's not a reasonable

21   thing to do.  You asked me for some

22   examples.  I gave you some examples.  I

23   said I couldn't give an exhaustive list.

24   I can't make up a clearcut rule right

25   here, right now, which is not a technical

Page 85

1          ERNST - HIGHLY CONFIDENTIAL
2      matter.  And if I could do that I could
3      give the complete list.
4           Q.    Sorry, I just want to make
5      sure I understand your testimony.
6                You are saying, as you sit
7      here now, you do not have a clearcut rule
8      for which data Google should be required
9      to provide as part of the catalog access
10     remedy?
11          A.    That's correct.  Largely
12     because I don't know what Google data
13     has.  Or uses.
14          Q.    And with respect to the
15     individual user reviews, your testimony
16     was that you are not taking a position on
17     whether Google should be required to
18     provide that or not?
19          A.    That is correct.  That was not
20     within the tasks I was asked to do.
21          Q.    Okay.  I would like to direct
22     your attention now to paragraph 40 of the
23     proposed injunction.  I'm sorry,
24     paragraph 40 of your declaration.  There
25     is no paragraph 40 of the proposed

1                 ERNST - HIGHLY CONFIDENTIAL

2       exist.  So that means that if there are

3       many links to Google.com, then referrers

4       will let Google know for any particular

5       hit on its search engine, was this coming

6       from Aunt Mary's hyperlinks or is it

7       coming from some other location.

8            Q.    So just to be clear, your

9       understanding is that Google has the

10      technology such that if a third-party app

11      store tried to deep link to an app whose

12      developer had not provided consent, that

13      Google would still be able to see that

14      and block the installation?

15           A.    So if refers were disabled,

16      then I don't immediately say how to do

17      it, but that doesn't mean there isn't a

18      way.  I'm not a Google engineer.  If

19      referrers are enabled, absolutely.

20           Q.    In the circumstance where

21      referrers are disabled, do you know if

22      there is a way to do this or not?

23           A.    I haven't thought about it.

24           Q.    The paragraph 43 here refers

25      to Google Play Protect to address and

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2    remove malware in GMS devices.  To be
 3    clear, Google Play Protect does not
 4    remove pirated apps; right?
 5         A.    I don't know.
 6         Q.    Okay.  And in his -- you said
 7    you reviewed Mr. Cunningham's
 8    declaration.  Right?
 9         A.    I did.
10         Q.    In Mr. Cunningham's
11    declaration, he talks about an app store
12    that traffics in like pirated or unlocked
13    apps.
14              Do you remember that?
15         A.    Yes.  He might have mentioned
16    a couple.
17         Q.    Mr. Cunningham's declaration
18    talks about one app store called HappyMod
19    that offers a free version of Minecraft.
20              Do you remember that?
21         A.    Okay, I vaguely remember that,
22    yeah.
23         Q.    And Minecraft is sold on the
24    Play Store for like 6.99.  Right?
25         A.    I recall that's the price.
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         Q.     And so just to be clear about
 3    the -- what you're saying in your
 4    declaration, you're saying you see no
 5    reason why the developer of Minecraft
 6    would have concerns about displaying the
 7    real version of Minecraft next to a free
 8    version of Minecraft.  Am I right about
 9    that?
10         A.     I said no such thing.
11         Q.     Okay.  You say, I want to
12    direct your attention to paragraph 44 of
13    the declaration.  You say, "Google
14    speculates that developers may want to
15    limit their apps to certain app stores.
16    Google gives no examples, only farfetched
17    hypotheticals.  As a software developer,
18    I would want my product to be available
19    as widely as possible."
20              So my question is, could you
21    imagine a reason why a developer of an
22    app would not want their app to be
23    displayed next to pirated or cracked or
24    unlocked versions of the app?
25         A.     I can imagine that would be
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      the case.  I would find it surprising
 3      that Google permits that.
 4           Q.    Well, when you say "Google
 5      permits that," what do you mean?
 6           A.    Google could easily take that
 7      app store down.  And for some reason, as
 8      a policy decision, they have decided not
 9      to do so.
10           Q.    What do you mean when you say
11      Google could take that app store down?
12           A.    They could remove it from
13      every device.  No matter how it had been
14      installed.  Sideloaded, whatever.
15           Q.    So I just want to make sure I
16      understand.  Your understanding is that
17      Google would be able to remove app stores
18      that offer pirated content, it would just
19      be able to get rid of them by using
20      Google Play Protect to remove that app
21      store from every device.  Your
22      understanding is Google could do that?
23           A.    Yes.  My understanding is that
24      that's within the terms of service, and
25      that that's within the technological
```

```
 1          ERNST - HIGHLY CONFIDENTIAL
 2    capabilities.  And as a policy matter,
 3    Google has apparently decided not to do
 4    that.
 5          Q.    What -- sorry, go ahead.
 6          A.    If I was a developer of
 7    Minecraft, that would be my beef.  I'd
 8    have a beef with the third-party store
 9    too.
10          Q.    Okay.  I want to ask you just
11    one more set of questions about paragraph
12    44 here and then we can take that break
13    that Mr. Clarke was asking for.
14                When you say here, "as a
15    software developer, I would want my
16    product to be as widely -- to be
17    available as widely as possible."  Are
18    you aware that the plaintiff in this
19    case, Epic Games, recently announced that
20    it was pulling its games from the Samsung
21    Galaxy Store based on a policy
22    disagreement with Samsung?
23                Are you aware of that?
24          A.    I did not know that.
25          Q.    Let me show you what I'm
```

Page 151

1          ERNST - HIGHLY CONFIDENTIAL
2     can just say that.
3          A.    Okay.
4          Q.    So suppose that a user goes to
5     a third-party app store, okay?  The user
6     is browsing in the store, so they get to
7     the Storefront, they're just looking at
8     the apps that are there.  They see an app
9     that they want to download.  They click
10    on the app.  And when they click on the
11    app, a Google-generated user interface
12    appears on the screen along with an
13    install button.  The user hits the
14    button, and the app gets installed on the
15    phone.
16            To your understanding, does
17    that satisfy what is being said here or
18    does that not satisfy what is being said
19    here or do you not know?
20            MR. CLARKE:  Object to form.
21         A.    So in terms of my design, that
22    would be perfectly acceptable.  In terms
23    of the design that Google seemed to have
24    in mind where the Play Store would still
25    have only one click but the third-party

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2      app store would have two, then I think
 3      that would not achieve parity.
 4          Q.    Okay.  But I'm just asking
 5      about the hypothetical I described to
 6      you.  The hypothetical you described --
 7      the hypothetical I described, I think you
 8      said, would be acceptable to you in terms
 9      of your -- in terms of your design.  Did
10      I hear that right?
11          A.    That is correct.
12          Q.    All right.
13                So before we move on to
14      another topic, before the break we were
15      talking about some of the details of
16      implementation of catalog access.  Like
17      the amount of catalog data that should be
18      provided, the frequency of the refresh,
19      the nature of the consent mechanism.  You
20      remember our discussions about those
21      topics; right?
22          A.    Sure.
23          Q.    And you would agree with me,
24      from your review of the filings, would
25      you not, that for each of these details
```

1            ERNST - HIGHLY CONFIDENTIAL

2       of implementation, Google has one

3       proposal and Epic has another proposal.

4       Right?

5                 MR. CLARKE:  Object to form.

6           A.    Well, I have a proposal.  I'm

7       not sure whether Epic -- I guess Epic is

8       repeating -- to the extent that Epic is

9       repeating my ideas in its response, then

10      yes.

11          Q.    Yeah, right.  So the idea is

12      you prepared a declaration, the

13      declaration is part of the response, so

14      your analysis of the details I am

15      treating as effectively Epic's analysis

16      of the details for purposes of these

17      questions.  Is that fair?

18          A.    That is fair.

19          Q.    So with that clarification,

20      fair to say that for each of these

21      categories we've been talking about,

22      Google has one proposal and Epic has one

23      proposal.  Right?

24                MR. CLARKE:  Object to form.

25          A.    I think that in some cases

1              ERNST - HIGHLY CONFIDENTIAL

2       Google had more than one proposal.  Ah,

3       do you mean proposal as probability or

4       proposal as definite plan?

5              Q.     Proposal as a plan for how it

6       would be implemented.

7              A.     Then Google has zero

8       proposals.

9              Q.     The proposals as described in

10      the -- the proposals as described in the

11      proffer.

12             A.     When I was reading the

13      depositions, it was stated that these

14      were only proposals, not plans, that had

15      not been discussed with higher level

16      executives.

17             Q.     Right.  I'm not asking you now

18      about what was said in the deposition

19      about discussions with higher level

20      executives.  I'm just asking you that

21      from the filings, the proffer and the

22      response, you would agree with me, would

23      you not, that for the categories -- the

24      implementation details we were talking

25      about, the amount of data to be provided,

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2     the frequency of the refresh, the nature
 3     of the consent mechanism, Google has a
 4     proposal and Epic has a proposal.
 5                Is that fair to say?
 6                MR. CLARKE:  Object to form.
 7         A.    I agree that Google has a
 8     preferred implementation strategy and
 9     Epic has a preferred implementation
10     strategy.
11         Q.    And it is your understanding,
12     is it not, that for each of these
13     details, or each of these implementation,
14     preferred implementation strategies, the
15     court will have to choose between
16     Google's preferred strategy and Epic's
17     preferred strategy.  Right?
18         A.    I'm not familiar with that.
19         Q.    Do you not understand that the
20     purpose of these proceedings is to
21     provide a record to the court to -- so
22     that the court can issue an injunction in
23     the case?  Is that not your
24     understanding?
25                MR. CLARKE:  Object to form.
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         A.    I just haven't been through
 3    this before.  I don't know the exact
 4    mechanism by which it will happen.  I do
 5    understand that the court is going to
 6    produce some sort of order.
 7         Q.    And is it your understanding
 8    or is it not your understanding that the
 9    order that the court produces, if it were
10    to order these remedies, would have to
11    choose between like Google's preferred
12    implementation and Epic's preferred
13    implementation for the various details
14    we've been discussing?
15              MR. CLARKE:  Object to form.
16         A.    It could make a completely
17    different choice.
18         Q.    In other words, the court
19    could make -- could choose something that
20    neither party has proposed, is that what
21    you mean?
22         A.    Or a variation on something
23    that one of the parties has proposed.
24         Q.    And as a software engineer,
25    you would agree with me, right, that
```

Page 157

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      additional -- implementation decisions
 3      tend to arise as a project is being
 4      implemented.  Right?
 5            A.    Yes, you often learn more
 6      about a project as you implement it.
 7            Q.    As you implement it, you have
 8      to kind of make decisions along the way.
 9      Right?
10            A.    Yes.
11            Q.    And based on the materials you
12      reviewed, would you agree with me that
13      for those decisions that arise along the
14      way, it seems like Epic's probably going
15      to have one preferred method of
16      implementation and Google's probably
17      going to have its own preferred method of
18      implementation?
19                  MR. CLARKE:  Object to form.
20            A.    It's not clear to me that
21      those details that arise along the way
22      would be the same.  That is, it might be
23      that there are different new discoveries
24      along the road of Epic's preferred
25      implementation than there would be along
```

1              ERNST - HIGHLY CONFIDENTIAL

2       the road of Google's preferred

3       implementation.

4                   So I don't necessarily agree

5       that they would be the same decisions.

6       And that each party would have an opinion

7       about that particular new discovery.

8           Q.    But you would agree with me

9       that there are going to be, as you put

10      it, different new discoveries along the

11      road.  Right?

12          A.    I agree with that.

13          Q.    And someone is going to have

14      to make a choice about how to deal with

15      those implementation decisions as they

16      arise along the way.  True?

17          A.    That is correct.  And we're

18      talking here about implementation

19      decisions, not design decisions or

20      functionality decisions.  I presume.

21          Q.    Okay.  Let's talk for a moment

22      about the cost estimate table that you

23      have in your declaration for -- no, wait,

24      actually.

25                   Before we get there, let's

```
1              ERNST - HIGHLY CONFIDENTIAL
2       talk for a moment about Alley-Oop.  I'm
3       going to ask you to go back to your
4       declaration, which is, I think you have
5       in front of you, is also Exhibit 9012 in
6       the Exhibit Share.  I'd like to direct
7       you to paragraph 52 of the declaration.
8       Let me know when you're there.
9            A.    I am there.
10           Q.    Okay, great.
11                 The first two sentences of
12      paragraph 52 read, "Mr. Baccetti proposes
13      that apps listed by third-party app
14      stores but distributed by Play would be
15      installed via a process 'similar to the
16      Alley-Oop' process, Google could simply
17      reuse Alley-Oop or its successor."
18                 Did I read that correctly?
19           A.    Yes.
20           Q.    What do you mean when you say
21      "Google could simply reuse Alley-Oop or
22      its successor"?
23           A.    There is a desire for a
24      mechanism within one app to enable
25      installs from the Play Store.  Alley-Oop
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2      provides exactly that mechanism.
 3      Alley-Oop provides it in the context of
 4      Facebook or Twitter or ads.  But it's
 5      really just about providing, within an
 6      app, the ability to install an app from
 7      the Play Store.
 8                   And since every app store is
 9      an app, then Alley-Oop could be used in
10      those apps to provide exactly the
11      functionality it is now for Twitter and
12      Pinterest and ads.
13          Q.    Okay.  So let me ask you some
14      questions about that.
15                   First, just to be clear, I
16      don't think we're going to disagree on
17      this, Alley-Oop did not involve an export
18      of catalog data like we were talking
19      about this morning.  True?
20          A.    Yes, that is correct.
21          Q.    So I think it's -- is it fair
22      to say, and again, I think you'll agree
23      with me on this, that when it comes to
24      the implementation of catalog access,
25      Alley-Oop is really just like one piece
```

Page 161

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2      of the puzzle?
 3           A.    Yes, that's correct.  We
 4      discussed that earlier.
 5           Q.    Yeah.  There are other pieces
 6      to the catalog access remedy that are not
 7      addressed by Alley-Oop, in particular,
 8      the steps necessary to get the catalog
 9      data to the third-party app stores.
10      Right?
11           A.    That is correct.
12           Q.    Okay.  And Alley-Oop was a
13      beta program.  Right?
14           A.    Google has a very funny
15      definition of beta program.  According to
16      my friends at Google, beta -- they say
17      beta means it hasn't been shut down yet.
18      I don't know the exact numbers, but Gmail
19      was in beta for many years, a decade.
20      And had, I don't know how many millions
21      or billions of users before it came out
22      of beta.
23                So yes, in Google's
24      terminology it was a beta product.  And I
25      don't think that's really a very
```

1           ERNST - HIGHLY CONFIDENTIAL

2       rollout would happen because I'm not

3       privy to details of, you know, how Google

4       runs this rollout train.

5           Q.     When you say every release,

6       major and minor, what releases are you

7       referring to there?  Are you referring to

8       releases of the Android operating system

9       updates or something else?

10          A.     Yes, so Google has these

11      numbered releases, like 12, 13, 14.

12          Q.     Right.

13          A.     But it also has quarterly or

14      more often releases.  And those often add

15      new functionality, new user interfaces,

16      et cetera.

17          Q.     Just to be clear, the catalog

18      access remedy does not require any

19      changes to the Android operating system;

20      correct?

21          A.     It depends on how you define

22      "Android operating system."  So -- let's

23      actually take a look at the definition

24      section.  This is on page 6.  No -- yes.

25      The definition section is on page 6.  But

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2       this is on page 7, paragraph 30.
 3            Q.     Okay.
 4            A.     So in computer science, the
 5       term "operating system" has a meaning.
 6       And Google uses the term "Android
 7       operating system" to mean all of AOSP,
 8       plus all of the things that are built on
 9       top of AOSP.  So in other words, Google
10       is using the term Android operating
11       system to mean something different than a
12       computer scientist would think of
13       operating system.
14                   I just want to make sure we're
15       talking about the same thing.
16                   So under Google's definition
17       of "Android operating system," every
18       change to Android is a change to the
19       operating system.
20            Q.     And so what you are saying in
21       paragraph 58 is that the rollout of
22       catalog access will be handled in
23       connection at the same time as the -- one
24       of the operating system updates.  Is that
25       what you're saying here?
```

1          ERNST - HIGHLY CONFIDENTIAL

2          A.    That's how, to my

3    understanding, Google rolls out all

4    changes.

5          Q.    Including changes to the Play

6    Store?

7          A.    That's an interesting point.

8    Since Google says the Play Store is part

9    of the operating system, that means they

10   update the operating system every time

11   they push out a new version of the Play

12   Store.  So they're actually updating the

13   so-called Android operating system

14   continuously, very often.  If you think

15   about all the little things that might

16   change.

17         Q.    So just to be clear, your

18   understanding is that Google rolls out

19   changes to the Play Store in connection

20   with the operating system updates.

21   That's your understanding?

22         A.    No, that's not what I said.

23         Q.    Okay.

24         A.    I said since they consider the

25   Play Store to be part of the operating

Page 209

ERNST - HIGHLY CONFIDENTIAL

1          ERNST - HIGHLY CONFIDENTIAL
2    system, if they update the Play Store
3    without updating any other thing, they
4    could say they're updating the operating
5    system.
6          Q.    No, but I was asking you a
7    different question.
8               Which is, are you saying in
9    paragraph 58 that your proposal is that
10   Google would roll out the catalog access
11   remedy in connection with the rollout of
12   an update to the operating system?
13         A.    I see what you're asking.
14              That is what I had in mind.
15   Google could do it faster if they wanted
16   to.  But I agree with their concerns
17   about the need to test, put things -- to
18   do sort of in-field testing.  And however
19   they do that for their updates to the
20   operating system is what they think is
21   enough.  And so I think it would be fine
22   to do it there.
23         Q.    Okay.  And the testing phase
24   of your proposal, where is that described
25   on table 2?

1          ERNST - HIGHLY CONFIDENTIAL

2          A.    You can't implement without

3     testing.  It's an inherent part of

4     implementation.  You're not done if you

5     haven't written the tests.

6          Q.    Okay.  So who on the table is

7     responsible for performing testing on the

8     various pieces of the catalog access

9     remedy that you're talking about here?

10    Or is the idea that each group is

11    responsible for testing its own thing?

12         A.    That is correct.  That's

13    called DevOps.

14         Q.    So I just want to make sure I

15    understand.  The estimated timeline that

16    you provide for each of these rows also

17    builds in the testing time?

18         A.    Yes, it does.  In fact, you

19    were talking as if the testing would

20    happen afterward.  Best software practice

21    is to write the tests first and then

22    implement the code.

23         Q.    So for example, when it says

24    here, in the second row, in the third

25    column, "expose APIs to eligible

```
1              ERNST - HIGHLY CONFIDENTIAL
2      third-party stores, documentation for
3      third-party stores to integrate catalog
4      access, estimated timeline, one month,"
5      that one month builds in the time needed
6      to test?
7           A.    Yes.  To be clear, these are
8      unit tests.  And I'm not talking about
9      the time that you roll out the entire
10     operating system early to a few people to
11     see how it goes.  There is already a
12     whole team that does that.  I'm thinking
13     about incremental cost beyond what Google
14     does already.
15          Q.    Well, when you say you're not
16     talking about the time that you roll out
17     the entire operating system early to a
18     few people to see how it goes, is it part
19     of your proposal that Google would do
20     that for catalog access or no?
21          A.    Yes, it is.
22          Q.    When are they going to do
23     that?
24          A.    Whenever the next, you know, I
25     was talking about this train that was
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2     leaving the station.  Whenever the train
 3     leaves the station.
 4          Q.    I guess what I'm -- sorry.
 5     Let me try to ask that more precisely.
 6               My understanding of your
 7     estimate here is that Google could
 8     implement catalog access in two to three
 9     months.  Is that right?
10          A.    That's correct.
11          Q.    And does that two to three --
12     is that two to three months until Google
13     can roll it out early to a few people to
14     see how it goes?
15          A.    Yes.
16          Q.    I see.  Okay.  So just to make
17     sure I understand.  When we say Google
18     can do this in two to three months, what
19     we mean is in three months Google should
20     be in a position where Google can roll
21     out the catalog access program early to a
22     few places to sort of see how it goes,
23     not that in three months Google can make
24     the entire catalog access program
25     available to everyone who wants it.  Am I
```

1          ERNST - HIGHLY CONFIDENTIAL
2      understanding that right?
3          A.    That's correct.  And that's
4      totally standard practice.  So, I mean,
5      if there is a certain window in which
6      features have to be complete, and these
7      are often a little bit able to be
8      massaged.
9              But if you get -- you just --
10     there is a release leaving the station
11     every three months, or more often.  And
12     you just see which one's window you fit
13     into, and then you get on to that release
14     train.  And that will be, you know,
15     field-tested.
16             If there is any problems, that
17     will be kicked back to these people.  But
18     time for fixing bugs is also accounted
19     for in here.
20         Q.    And so have you -- do you have
21     a time estimate for when Google should
22     have to release catalog access to the
23     entire world, like to all comers?
24         A.    I did not provide an estimate
25     for that.

```
 1        ERNST - HIGHLY CONFIDENTIAL
 2        Q.    Is that an issue that you've
 3   thought about or no?
 4        A.    I don't know the exact details
 5   of Google's rollout mechanism.  If you
 6   pressed me, then I could guess.
 7        Q.    What's your guess?
 8        A.    My guess is that after that,
 9   it should be in people's pockets within
10   four-and-a-half months.  That's a guess.
11   Please don't hold me to it.
12        Q.    Okay.  So not holding you to
13   it, we're saying soup to nuts, like
14   six-and-a-half to seven-and-a-half
15   months?  The two to three months you have
16   phased in for like building the thing,
17   and then the four-and-a-half months for
18   the limited rollout to a few partners to
19   see how the thing is going, and then
20   you've got to, you know, if there is any
21   problems from that, deal with that, and
22   then to the end?
23        A.    Something like that.  That's
24   my guess.
```





14    Q.    And did you incorporate

15    approval process time into the estimated

16    timelines that you calculated for the

17    catalog access?

18    A.    Technical approval, yes.

19    Q.    Not managerial approval?

20    A.    I presume that's going to be

21    offered by the judge.

22    Q.    What do you mean when you

23    say -- what do you mean when you say

24    that?

25    A.    So a manager has to decide, is

1          ERNST - HIGHLY CONFIDENTIAL

2          Q.    Okay.  Are you familiar with

3     the agreements that the Play Store has

4     with app developers?

5          A.    I have skimmed over a couple

6     of documents that are cited here.  So I

7     may get the acronyms wrong, like the TPP

8     or something.

9          Q.    The one I was thinking of in

10    particular is the Developer Distribution

11    Agreement, or the DDA?

12         A.    The DDA, yes.  I have skimmed

13    over some of the legalese.

14         Q.    Right.

15         A.    And read the parts that seemed

16    relevant.

17         Q.    And am I right that you're

18    going to tell me that it is a policy

19    determination whether the DDA needs to be

20    updated if Google is ordered to implement

21    the catalog access remedy?

22              MR. CLARKE:  Object to form.

23         A.    So I don't think that's a

24    policy decision.  I think if the court

25    orders remedy, it has to be updated

Page 251

1          ERNST - HIGHLY CONFIDENTIAL
2     because currently if you look at what it
3     says about app stores, it forbids most of
4     them.  So that clearly needs to be
5     updated.
6               I think the simple way to
7     update it would be -- I say this --
8     actually, we could find that.
9          Q.    The question I have for you is
10    just, is there anywhere on the table
11    where you have factored in the resources
12    necessary to amend the DDA and then
13    explain to developers what the change is?
14         A.    So there is mechanism for
15    explaining what the change is.  And that
16    the technical writer on line 2 can do
17    that.  The technical program manager on
18    line 4 could do that, they could
19    collaborate.
20               In terms of the exact wording,
21    you know, I'm not a lawyer, I would just
22    take away the things that are
23    restrictive.  Lawyers might want to make
24    it more complicated.  And I have not
25    accounted for how complicated they might

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2      want to make it.
 3           Q.    And just to be clear, I'm
 4      talking about catalog access now, not
 5      distribution of third-party app stores.
 6      I'm talking about whether the terms of
 7      the DDA can be amended to reflect the
 8      fact that Google is now providing catalog
 9      metadata and an installation mechanism to
10      third-party app stores.
11                And my question is just, is
12      there anywhere reflected in the table the
13      work necessary to amend the DDA?
14           A.    Thank you.  I answered the
15      wrong question.  I apologize for that.
16                So that work is not tech work
17      that I have -- it's the answer you
18      expected.  It's not tech work.  It's not
19      something that I have expertise in.  So I
20      would never offer an opinion if I don't
21      have the expertise.
22           Q.    That's fair.
23                You're probably aware that
24      Google's proffer states that it would
25      propose creating terms of service with
```

1         ERNST - HIGHLY CONFIDENTIAL

2     third-party app stores for catalog

3     access.  Are you aware of that?

4         A.    Yes, I am.

5         Q.    And am I right that it's going

6     to be the same answer here, the question

7     of who creates the terms of service and

8     who enforces the terms of service and so

9     on and so forth, is not reflected in your

10    chart because these are not technical

11    implementation details?

12        A.    Right.  Because the court

13    asked Google for a proffer stating in

14    detail the tech work required.

15        Q.    Yeah.

16        A.    So yeah, you're right.  I'm

17    not an expert in that.

18        Q.    I believe your table is

19    operating on the assumption that Google

20    is not permitted to charge third-party

21    app stores a fee for catalog access.

22              Is that correct?

23        A.    You are entirely correct about

24    that.  So you're right that Google lists

25    things that I'm not listing, because I'm

1          ERNST - HIGHLY CONFIDENTIAL

2      listing the things that I think are

3      necessary and sufficient.

4          Q.    Okay.  And then the last one

5      I'm going to include in this category is

6      eligibility criteria, which we talked

7      about a moment ago.  I think you told me

8      you take no position on that because that

9      is a policy judgment, and so the work

10     necessary to draft eligibility criteria,

11     enforce eligibility criteria, so on and

12     so forth, would also fall under the

13     category of policy matters that are not

14     within your remit in terms of technical

15     implementation.

16              Am I right about that?

17              MR. CLARKE:  Object to form.

18         A.    That is correct.  That is

19     correct.  And the proposed injunction

20     doesn't say that can be done.  So you'd

21     have to have a fight about it.

22         Q.    Yeah, yeah, we intend to.  I'm

23     just wondering.

24              The last thing I wanted to ask

25     you about here is whether -- we've talked

Page 255

1              ERNST - HIGHLY CONFIDENTIAL

2       about this a little bit already, but

3       whether the table and the estimated

4       timelines in the table reflect any

5       assumptions about the scale of this

6       project.

7                   So let me start by asking,

8       does this table, the amount of resources

9       that are estimated and the timeline that

10      is estimated, is there any assumption

11      built in here about the number of

12      third-party app stores that might request

13      catalog access?

14          A.    This assumption is agnostic to

15      that.  It's a design that works with an

16      arbitrary number of third-party app

17      stores.

18          Q.    So in other words, if it's

19      like five app stores want catalog access,

20      if it's 150 app stores want catalog

21      access, the estimated resource and

22      timeline estimates in your table will be

23      the same?

24          A.    I think there would be a

25      little bit more work if there is like

1           ERNST - HIGHLY CONFIDENTIAL
2       5,000, because the user interface for
3       developers to opt-in or opt-out would get
4       messy.  But I can imagine ways to handle
5       that.  But that's a small thing.  We know
6       how to write that kind of user interface.
7       And that's within the line 4, anyway.
8           Q.    What about the number of
9       installations that Google might be
10      required to fulfill from third-party app
11      stores through catalog access.  Did the
12      numbers, the estimates in the table
13      reflect any assumptions about the number
14      of installations?
15          A.    The Alley-Oop is highly
16      scalable already.  And if you need to
17      scale Alley-Oop, then there could be a
18      little bit of cost.  But so little that I
19      put not applicable there.
20               So if -- at the scale
21      Alley-Oop is operating, it's already
22      definitely operating on multiple physical
23      servers.  And if you want to just scale
24      it up, you can change a number in a
25      configuration file to take it from 17

Page 257

1              ERNST - HIGHLY CONFIDENTIAL

2      servers to 18 servers.  That is a trivial

3      thing to do.  And the cost of a server is

4      negligible.

5                   So if the number of installs

6      increases, there could be an additional

7      cost of the app store.  However, I would

8      point out that Google would be

9      delighted -- the more people download

10     stuff from the Play Store, the better for

11     Google.  Because people are enjoying

12     their phones, Google is getting the 30

13     percent commission on all of the sales.

14                   I mean, if this ends up

15     increasing the number of downloads from

16     the Play Store, the whole thing will have

17     been worth it.  Even the lawsuit.

18        Q.    Well, I mean, we can maybe

19     agree to disagree about that.  We're

20     going to talk about live reporting in a

21     few minutes.  But I just want to make

22     sure I have the answer to my question.

23     Which is, if the number of installations

24     that were -- that needed to be completed

25     through catalog access was very high,

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2      would that affect any of the resource and
 3      timeline estimates in your table, or are
 4      those estimates the same whether it's
 5      five downloads over two years or 300
 6      million downloads over six years?
 7           A.    The difference in cost for
 8      those is very, very small.  So yes, it is
 9      accounted for.
10           Q.    How about the amount of
11      catalog metadata that Google is required
12      to provide to the third-party app stores,
13      are there any -- does the table here have
14      any assumptions about like, I know we've
15      talked about it's just 3 million rows,
16      but like it's going to be a hundred
17      columns versus a thousand columns versus
18      10,000 columns of data?
19           A.    I would be very surprised if
20      it was on the high end of that.  And
21      Google would argue that most of those are
22      not relevant.  And I think probably most
23      of them wouldn't be relevant.  In terms
24      of the effort to serve that, Google
25      serves much, much larger data sets all
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      the time.  So I think this will be no
 3      strain on Google's capabilities.  Okay.
 4            Q.    I didn't want to interrupt
 5      you.  I was going to ask my next
 6      question, but I wanted to make sure you
 7      were done with your answer.
 8            A.    Go ahead.
 9            Q.    I was just going to say, when
10      you say you would be surprised if it's on
11      the high end of that, I mean, we talked
12      about individual app reviews, not the
13      average, but individual app reviews
14      earlier this morning.  You would agree
15      with me, would you not, that there are
16      quite a lot of individual app reviews on
17      the Play Store as we sit here today;
18      right?
19            A.    I agree.  Who knows whether
20      those are in the catalog.  Those are
21      plain text.  People don't even count
22      costs for plain text.  Compared to costs
23      for APKs and images and that kind of
24      thing.
25            Q.    So that's all I'm asking.  Is
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      like you're -- the estimates in the table
 3      we're looking at now, if Google has to
 4      provide like a hundred columns of
 5      metadata, if they provide 10,000, 50,000
 6      columns of metadata, the estimates are
 7      the same?
 8            A.    In your example the estimates
 9      were just plain text, and yes, my
10      estimates would remain the same.
11            Q.    I want to change gears here.
12                  THE WITNESS:  Can we take a
13            break?
14                  MR. KRAVIS:  Yeah, yeah.
15            Absolutely.  That sounds good.
16            Let's go off the record.
17                  THE VIDEOGRAPHER:  We are
18            going off the record, the time is
19            3:04 p.m.
20                  (A recess was taken.)
21                  THE VIDEOGRAPHER:  We are
22            going back on the record, the time
23            is 3:16 p.m.
24      BY MR. KRAVIS:
25            Q.    Welcome back, Professor Ernst.
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2     I'd like to change topics now and talk
 3     with you for a few moments about your
 4     cost estimates related to the remedy of
 5     distribution of third-party app stores.
 6     And so I'd like to direct you to Table 6
 7     in your declaration, which appears on
 8     page 33.
 9               Could you take a look at that
10     for me, please, and just let me know when
11     you're there.
12          A.    I'm there.
13          Q.    Great.
14               So I think that there are at
15     least a couple of things that we are
16     going to be able to reach quick agreement
17     on with respect to this table.  I guess
18     we'll see.
19               You are aware that Google's
20     proffer proposes that Google be permitted
21     to establish eligibility criteria for
22     third-party app stores that ask to be
23     distributed through the Play Store.
24               Are you aware of that?
25          A.    Yes, I am.
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2        Q.    Am I right that based on your
 3    prior answers you would view that
 4    implementation detail as a policy
 5    decision and not a technical decision?
 6              MR. CLARKE:  Object to form.
 7        A.    I wouldn't call it an
 8    implementation detail.  But I would agree
 9    that it's a policy decision, not a tech
10    decision.
11        Q.    And so the consequences of
12    that label, as I think we've established
13    already, are that as an expert offering
14    your opinions here today, you are not
15    taking a position on whether Google
16    should or should not be permitted to
17    implement eligibility criteria for
18    distribution of third-party app stores
19    through the Play Store.  Do I have that
20    right?
21        A.    You are correct.
22        Q.    Am I right that the table that
23    we are looking at now, Table 6, likewise
24    does not include estimates of the work
25    required to establish and enforce such
```

1           ERNST - HIGHLY CONFIDENTIAL

2      eligibility criteria, because those are

3      policy judgments that are beyond the

4      scope of your technical remit?

5           A.    The implementation of them

6      could be within my remit, but I don't

7      know what they would be, so there is no

8      way to estimate them.  So you're right, I

9      have excluded them here.

10          Q.    And the proposed injunction,

11     as I think you point out in your

12     declaration expressly says that Google

13     should not be permitted to charge app

14     stores for the service of distributing

15     those app stores through the Play Store.

16     You know what I'm talking about; right?

17          A.    Yeah.  I don't recall whether

18     I talked about that.  But I recall what

19     you are talking about.

20          Q.    You know Epic's proposed

21     injunction says Google should not be

22     allowed to charge the third-party --

23          A.    Yes.

24          Q.    -- app stores for

25     distribution.  Okay?

```
 1          ERNST - HIGHLY CONFIDENTIAL
 2          A.     Yes.
 3          Q.     And so consequently, your cost
 4     estimates do not include the work
 5     associated with developing, implementing
 6     and enforcing a fee structure for
 7     distribution of third-party app stores.
 8     Am I right about that?
 9          A.     You are correct.  I was going
10     by the proffer.  Proposed injunction, my
11     mistake.
12          Q.     Yeah, yeah, I understand.
13                 Your cost estimates here also
14     do not include any work for developing
15     new APIs related to install permissions.
16     Is that right?
17                 MR. CLARKE:  Object to form.
18          A.     So I definitely include costs
19     related to new -- ah.  So I'm thinking
20     about -- so there are three categories,
21     we did category 1, category 3.  And the
22     third-party app distribution does not
23     require a new permission.  It is transfer
24     ownership, or library porting, depending
25     on how you say it, could require a new
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2     permission.
 3         Q.    Well, let me just follow up on
 4     that.
 5              I think your proposed -- your
 6     cost estimate or estimated resources and
 7     timeline table assumes that Google would
 8     be required to remove the install
 9     packages permission from the Play Store.
10              Am I right about that?
11         A.    Incorrect.
12         Q.    Oh, okay.  Can you explain to
13     me then what is happening in row 3 of
14     your table?
15         A.    It says, "either remove the
16     install package's permission from the
17     Play Store," which is what you just said,
18     or "pop up an extra dialogue from the
19     Play Store."
20         Q.    Okay.  But you understand that
21     Google's proffer proposes an alternative
22     implementation of this remedy.  You
23     understand that; right?  This aspect of
24     the distribution of third-party app store
25     remedy?
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2      that Google would have to do to change
 3      the Play developer console to accommodate
 4      distribution of third-party app stores
 5      that Google did not have to do to add
 6      dating apps as a category?
 7           A.    Not that comes to mind.
 8           Q.    Google has a set of, in the
 9      Play developer console, a set of
10      requirements for developer accounts.
11      Right?
12           A.    Okay.
13           Q.    Do you know or don't know?
14           A.    I'm not familiar with them.
15           Q.    Okay.  So you don't know
16      whether those developer requirements in
17      the Play console would have to be changed
18      to accommodate third-party app stores?
19           A.    Technically there is no reason
20      they would have to be changed.
21           Q.    The console also has
22      requirements about safety labels for
23      apps.  Right?
24           A.    Yes.
25           Q.    And some of those safety label
```

```
 1           ERNST - HIGHLY CONFIDENTIAL
 2     requirements would have to be changed to
 3     accommodate distribution of third-party
 4     app stores.  Right?
 5           A.    Who knows?
 6           Q.    So when you say "who knows,"
 7     what you mean is you do not know --
 8           A.    I don't have --
 9           Q.    Hold on.  Let me finish the
10     question and then I'll give you as much
11     time as you want to answer.
12                 When you say "who knows," what
13     you mean is that you do not know as you
14     sit here today whether the safety label
15     requirements in the Play developer
16     console would have to be changed to
17     accommodate the distribution of app
18     stores through Play?
19           A.    To accommodate the technical
20     distribution of app stores through Play,
21     that is not necessary.
22           Q.    And so am I right that the
23     work needed to change the requirements
24     for developer accounts, to change the
25     requirements for safety labels in the
```

```
 1          ERNST - HIGHLY CONFIDENTIAL
 2    developer console, is not reflected in
 3    the -- in Table 6 because in your view
 4    these are not technical implementation
 5    requirements?
 6              MR. CLARKE:  Object to form.
 7         A.    That may be included in row 1,
 8    adding a category.
 9         Q.    Well, when you say "may be
10    included," is it included or not?
11         A.    Well, if it's necessary, it
12    could be included.  Adding one category,
13    just like the other 49 that have already
14    been added, is not a month of work.  I've
15    added padding there in case there are
16    things I overlooked.
17         Q.    And so is your assessment, as
18    you sit here today, that all of the
19    changes to the developer console we've
20    been talking about now, the requirements
21    for developer accounts, the safety
22    labels, the identification of the app,
23    all of that could be performed by one
24    software engineer in one month?
25              MR. CLARKE:  Object to form.
```

1          ERNST - HIGHLY CONFIDENTIAL
2          A.    The technical aspects,
3     certainly.
4          Q.    And when you say the technical
5     aspects, are there other aspects that you
6     are not including within that estimate?
7          A.    If Google's lawyers want to
8     draw up some additional requirements that
9     are purely policy, then the court would
10    have to decide whether to permit that.
11    And that's not technical work.
12         Q.    So your understanding here is
13    that if there are policy requirements --
14    if there are policy changes -- let me
15    start again.
16              You're telling me that if
17    there are changes that Google believes it
18    needs to make to the developer console to
19    accommodate distribution of third-party
20    app stores, that you take no position and
21    the court just has to decide whether to
22    allow them?
23              MR. CLARKE:  Object to form.
24         A.    That is not within my remit.
25         Q.    I take it the same thing is

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      true for Play Store policies that would
 3      need to be modified to accommodate
 4      distribution of third-party app stores,
 5      also not within your remit?
 6            A.    That's correct.  I will note
 7      that Google already has policies for app
 8      stores.  So it's not like it would have
 9      to start from scratch.  It's got
10      something it likes, it could just relax
11      them according to the court's order.
12            Q.    Well, the current policy is no
13      app stores; right?
14            A.    That is not the case.
15            Q.    It's your understanding that
16      Google's current policies allow app
17      stores to be distributed through the Play
18      Store?
19            A.    Absolutely.
20            Q.    Can you give me an example of
21      an app store that's distributed through
22      the Play Store?
23            A.    File browsers, web browsers,
24      enterprise applications.
25            Q.    Okay.  Other than -- so your
```

1           ERNST - HIGHLY CONFIDENTIAL

2      examples are web browsers and enterprise

3      applications?

4           A.    And file browsers.  I mean, if

5      you take a look at the policy that you

6      were just quoting, there's lists there.

7      They want app stores because they enable

8      the installation of other apps.

9           Q.    There is also a part of the

10     Play developer console that handles

11     reviewing and approving the permissions

12     of apps distributed through the Play

13     Store.  Right?

14          A.    Yes.

15          Q.    Is your view also that any

16     changes that are needed there would be

17     policy decisions, not within your remit?

18          A.    Here I think that the court

19     has been clear, just permit requests

20     install packages.  That's one perfectly

21     adequate approach.  You might have a more

22     complicated one in mind.

23          Q.    Sorry, I'm not sure that got

24     to my question.  I'm just going to ask it

25     again.

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2                   I'm asking specifically about
 3      the part of the developer console that
 4      handles reviewing and approving the
 5      permissions of apps distributed through
 6      the Play Store, the part of the console
 7      itself that handles this.
 8                   My question is just whether
 9      any changes that would be necessary to
10      that part of the console, you would also
11      consider to be a policy decision that's
12      not within the scope of your opinions?
13           A.    No, that is not accurate.
14           Q.    Okay.  Well, what changes do
15      you think would need to be made to the
16      reviewing and approving permissions --
17      the section of the Play developer console
18      that handles reviewing and approving the
19      permissions of apps distributed through
20      the Play Store?
21           A.    I'm not sure that the console
22      does that.  You've been talking --
23           Q.    Okay.  I just want to be
24      clear, your understanding is that the
25      console does not do that?
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         A.     No.   That is not what I said.
 3         Q.     Oh, okay.   So I'll just ask
 4    the question again.
 5              What changes do you think
 6    would needed to be -- what changes do you
 7    think would need to be made to the
 8    section of the Play developer console
 9    that handles reviewing and approving
10    permissions for apps distributed through
11    the Play Store?
12              MR. CLARKE:   Object to form.
13         A.     Yeah, you're making
14    assumptions in there that I don't know
15    whether they're true it or not.
16         Q.     What is the assumption that
17    you don't know whether it's true or not?
18         A.     You just said the part of the
19    Google Play console that does the
20    approval.   Something along those lines.
21         Q.     Okay.   So maybe, let me back
22    up and ask a different question.
23              Do you know whether there is a
24    section of the Play developer console
25    that handles reviewing and approving the
```

```
1                ERNST - HIGHLY CONFIDENTIAL
2        they see in their browsing are actually
3        app stores?  Is that within the scope of
4        the opinions or no?
5             A.    I don't have an opinion about
6        that.  Except that it's very easy to do.
7             Q.    And what is your basis for
8        saying that that's very easy to do?
9             A.    Because we can see in other
10       circumstances where the Play Store does
11       display that information.  And even if
12       the Play Store didn't, which it does,
13       it's adding one little tag.  Maybe a user
14       interface person would want to take a
15       look at how it's formatted.  But this is
16       not a difficult task.
17            Q.    But you would agree with me
18       we're now talking about adding one little
19       tag in a bunch of different places,
20       right, search results, browsing, app
21       details page.  Right?
22            A.    I would hope that there is
23       common code.  That is, the fact that
24       something is surfaced multiple times in a
25       program does not mean that it's
```

1              ERNST - HIGHLY CONFIDENTIAL

2      implemented multiple times.  In fact it's

3      bad design if it is.

4              Q.    Speaking of the app details

5      page, there are other portions of the

6      page that will have to be changed to

7      provide users with information about app

8      stores; right?

9              A.    Not necessarily.

10             Q.    Are you familiar with the

11     regulatory requirements that apply to

12     Google regarding the information that

13     Google is required, legally required to

14     show users at the point of installation

15     of an app?

16             A.    I am not.  So there is no

17     technical necessity.

18             Q.    Okay.  So it sounds like what

19     you're saying is that the information

20     that Google would be required to show

21     users about an app store on the app

22     details page is outside of the scope of

23     your opinion.  Am I right about that?

24             A.    I don't know what the

25     requirements are.  It's hard to imagine

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      that implementing that would be
 3      difficult.  But of course I would need
 4      more details to be certain.
 5            Q.    Okay.  I want to ask you, go
 6      back to that eligibility criteria topic
 7      for just a moment.
 8                  I think when we were talking
 9      earlier today about catalog access, I had
10      asked you about an example in
11      Mr. Cunningham's declaration, the app
12      store called HappyMod, that distributes
13      unlocked or pirated apps.  Do you
14      remember that discussion?
15            A.    Not every detail, but yes.
16            Q.    And my -- what I thought I
17      heard you say was that your view was that
18      Google could use Google Play Protect to
19      remove from any Android device, from
20      every Android device, app stores like
21      HappyMod that distribute unlocked or
22      pirated apps.  Did I hear that correctly?
23            A.    At least from GMS devices.
24            Q.    GMS devices, right, that's
25      fair.  I think in particular what you
```

ERNST - HIGHLY CONFIDENTIAL

1
2       told me was that if you were the
3       developer of the app that I gave you in
4       the example, Minecraft, that is what you
5       would be lobbying Google to do.  Right?
6                   MR. CLARKE:  Object to form.
7           A.    Yes.  I think if there is
8       something illegal, then it's better to
9       remove the illegal thing than to say
10      you're going to run away.
11          Q.    So I take it from that answer
12      then that your view is that Google should
13      be permitted, when it comes to the
14      distribution of third-party app stores,
15      to refuse to distribute app stores that
16      traffic in illegal content.  Am I right
17      about that?
18                  MR. CLARKE:  Object to form.
19          A.    Google could take that policy.
20      It has not taken that policy in the past.
21      If it tried to take that policy now, it's
22      rather suspicious that it's doing it only
23      now in response to Epic and claiming that
24      it was necessary.  When they're perfectly
25      happy, apparently, with their current

1          ERNST - HIGHLY CONFIDENTIAL

2      policies.

3          Q.    I'm not sure that was an

4      answer to my question.  So let me ask it

5      again.

6               Is it your opinion, as an

7      expert on the remedies in this case, that

8      Google should be permitted to refuse to

9      distribute through Play third-party app

10     stores that traffic in illegal content,

11     or is that not your opinion, or are you

12     not offering a view one way or the other?

13               MR. CLARKE:  Object to form.

14          A.    I don't need to have a view,

15     because that's already Google's policy.

16          Q.    One more time, I want to make

17     sure the record is clear on this.  I'm

18     not asking you a question right now about

19     Google's current policy.  I'm asking you

20     about your opinions as an expert in this

21     remedies proceeding as you sit here

22     today.

23               Is it your opinion that Google

24     should be permitted to refuse to

25     distribute third-party app stores that

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2        traffic in illegal content through the
 3        Play Store, or is that not your opinion
 4        or are you not taking a position one way
 5        or the other?
 6                  MR. CLARKE:  Object to form.
 7           A.     That is my view as a security
 8        expert.  And it is my view that that's
 9        already permitted under current policies.
10        And, you know, I do think that there
11        needs to be some kind of due process,
12        which is also outlined in Google's
13        current policies.
14           Q.     So just to make sure I
15        understand.  It is your view as a
16        security expert that Google should be
17        permitted to refuse to distribute
18        third-party app stores that traffic in
19        illegal content, and it is your opinion
20        that Google -- there should be some
21        procedure in place for app stores who
22        believe they have been wrongly refused to
23        appeal that decision somewhere else.  Is
24        that what you're saying?
25           A.     Yes.
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2               MR. CLARKE:  Object to form.
 3        A.    Yes, I agree -- I believe
 4    that.  And I believe that Google is
 5    already entitled to do those things.
 6        Q.    Is it your view that Google
 7    should be permitted to review the
 8    contents of the catalogs of third-party
 9    app stores that request distribution
10    through the Play Store to identify the
11    ones that are trafficking in illegal
12    content?
13               MR. CLARKE:  Object to form.
14        A.    So, no.  Not -- I think, in my
15    view, if a violation occurs, it should be
16    corrected.  But there is no need to add
17    an impediment or some kind of
18    pre-approval process.
19        Q.    So just to make sure I
20    understand.  Your position here is, if
21    Google becomes aware of an app store that
22    is being distributed through the Play
23    Store that is trafficking in illegal
24    content, Google should be permitted to
25    kick that app store out of the Play
```

1            ERNST - HIGHLY CONFIDENTIAL

2       Store, however, it is not necessary for

3       Google to review the contents or the

4       catalogs of each app store that requests

5       distribution through the Play Store.  Am

6       I understanding that right?

7                  MR. CLARKE:  Object to form.

8            A.     That is correct.

9            Q.     I want to just ask you about

10      one more thing on the third-party app

11      stores, then we'll move to library

12      porting for a few minutes here.

13                  Google's proffer, in addition

14      to the eligibility criteria we've been

15      discussing, Google's proffer also

16      mentioned, proposed having the ability to

17      define what constitutes an app store, and

18      described as an example the issue of the

19      launcher.

20                  Do you remember the part of

21      the proffer that I'm talking about?

22           A.     I do.  Can we look at it,

23      though?

24           Q.     Yeah, yeah.  Good idea.  Let's

25      go back to the proffer.  Which is Exhibit

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2        9014.  And I will direct to you page 22
 3        of the proffer.  And when I say 22 I mean
 4        the number that's at the bottom of the
 5        page, not the number that you'll see on
 6        the PDF or something like that.
 7                   About two-thirds of the way
 8        down page 22, there is a heading that
 9        reads "App Store Criteria."  Can you just
10        let me know when you're there?
11        A.    I'm there.
12        Q.    Okay.  So do you recall that
13        in this paragraph, Google stated that it
14        would set criteria for third-party app
15        store distribution to try to mitigate
16        what was described here as a problem
17        around launchers.  Do you remember that?
18        A.    Let me reread.
19        Q.    Sure.
20        A.    I see it.
21        Q.    Okay.  So just so the record
22        is clear, the basic idea here is that any
23        game developer could decide to distribute
24        their game through a launcher.  So like
25        instead of downloading Clash Royale from
```

ERNST - HIGHLY CONFIDENTIAL

1
2     the Play Store, the user would download
3     the Supercell launcher, and then the
4     Supercell launcher installs Clash Royale
5     on the device.
6              Are you with me?
7         A.    I am.
8         Q.    And in that scenario, Google
9     would collect no service fee on any
10    in-app purchases made on the version of
11    Clash Royale that was installed through
12    the launcher, because what was installed
13    from Play Store was not Clash Royale
14    itself, but is an app store that is the
15    launcher.
16             Are you with me?
17        A.    I am.
18        Q.    So as is expert on the
19    remedies proceeding in this case, are you
20    offering an opinion on whether Google
21    should be permitted to establish
22    eligibility criteria for distribution of
23    third-party app stores that would address
24    this launcher issue that I've described?
25             MR. CLARKE:  Object to form.

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         A.    If Google is interested in
 3    doing that, it could have done it in its
 4    proffer.  The proffer is extremely vague
 5    and underspecified.  So I would love to
 6    answer your question, but there would
 7    have to be information for me to answer
 8    that question.
 9         Q.    Well, let me -- I just want to
10    set aside your critique of the proffer
11    and just ask a direct question.  Are you
12    offering an opinion as to whether Google
13    should be able to say no launchers, as
14    I've described them, distributed through
15    the Play Store?  Are you offering an
16    opinion on that subject or not?
17              MR. CLARKE:  Object to form.
18         A.    You haven't defined "launcher"
19    in a precise way, so I can't answer that
20    question.
21         Q.    So I'll try again.
22              Is it your opinion that Google
23    should be permitted to adopt a rule that
24    addresses the problem that I have
25    described?
```

1             ERNST - HIGHLY CONFIDENTIAL
2        A.      If you tell me the rule, I'll
3    give you my opinion.
4        Q.      Well, the rule could be -- the
5    rule could be any number of things.  What
6    I'm getting at here is whether you are
7    offering an opinion as to whether Google
8    should be allowed to address the issue at
9    all.
10              MR. CLARKE:  Object to form.
11       A.      The rule could be any number
12   of things.  And the answer could be any
13   number of things.
14       Q.      Well, I'm not sure the answer
15   could be any number of things.  I think
16   the answer is either yes or no.  So I'm
17   just going to try the question again.
18              Is the opinion that you're
19   offering here today that whether Google
20   is permitted to address the issue that I
21   have described as the launcher problem
22   here, whether Google's allowed to do that
23   depends on the content of the rule that
24   Google adopts to address the problem?  Is
25   that what you're saying?

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         A.     Epic's proposed injunction
 3    does not offer an exclusionary definition
 4    of app store that excludes ones that are
 5    not money-makers for Google.
 6                When I buy a phone, I've
 7    already paid for it.  The app store --
 8    the manufacturer has already paid Google
 9    for Android.  If Google is providing
10    services like marketing, like
11    distribution, like payments processing,
12    you could argue that Google has a right
13    to claim a fee.
14                If Google's providing none of
15    that, I find it surprising that Google
16    would be justified, be entitled to a fee
17    when it's not providing services.
18         Q.     Yeah, I'm not sure you're
19    answering my question.  I'm worried now
20    maybe the fee is hanging you up.  So I'm
21    going to give you a different example.
22                You're aware that Google has a
23    policy that prohibits the distribution of
24    pornographic apps in the Play Store?
25         A.     Yes.
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2         Q.    Okay.  Suppose that a
 3    well-known -- an app that distributes
 4    pornography, a pornographic app, let's
 5    just call it Pornhub, submits their app
 6    to Google and the app is rejected for a
 7    violation of the content moderation
 8    policies because it's got pornography.
 9    Are you with me?
10         A.    Yes.
11         Q.    Now Pornhub submits the
12    Pornhub launcher to Google, and says, the
13    Pornhub launcher is an app store, and
14    it's got in it Pornhub.  And you are not
15    permitted to refuse to distribute any
16    third-party app stores, so you must now
17    distribute the Pornhub launcher through
18    the Play Store.
19              Is it your view that the
20    injunction in this case should require
21    Google to distribute the Pornhub
22    launcher?
23              MR. CLARKE:  Object to form;
24         scope.
25         A.    By the reading of the
```

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2      injunction, Google would have to permit
 3      the app store.
 4            Q.    And you're okay with that?
 5                  MR. CLARKE:  Same objection.
 6            A.    Are you asking as a technical
 7      matter, as a personal matter?
 8            Q.    I'm asking you as an expert
 9      offering an opinion on the remedies in
10      this case.  Now, again, if your answer is
11      this is outside of the scope of my
12      opinions, and so I don't have an opinion
13      one way or the other, you are allowed to
14      say that.
15                  But if you do have an opinion
16      on this subject as an expert, I think I
17      am entitled in this deposition to know
18      what that opinion is.
19                  So I'm asking you, as an
20      expert on remedies in this case, is it
21      your view that under the remedy we're
22      talking about here, Google should be
23      mandated to distribute the Pornhub
24      launcher?
25                  MR. CLARKE:  Same objections,
```

Page 301

1           ERNST - HIGHLY CONFIDENTIAL

2           form and scope.

3           A.    By my reading of the

4      injunction, yes.

5           Q.    I'm going to give you one more

6      example and then we'll move on.  You've

7      heard of the American Nazi Party?

8           A.    Yes.

9           Q.    You know that Google has a

10     policy that prohibits the dissemination

11     of hate speech in the Play Store?

12          A.    Yes.  Though it permits

13     Reddit.

14          Q.    I think you can probably guess

15     where I'm going with this.  The American

16     Nazi Party submits a White Supremacist

17     app to the Google Play Store.  The White

18     Supremacist app is rejected as a

19     violation of Google's content moderation

20     policies.  The American Nazi Party then

21     submits the White Supremacist launcher to

22     Google and says you must distribute this

23     as an app store.

24                Your opinion as an expert on

25     remedies in this case, should Google be

Page 302

```
 1          ERNST - HIGHLY CONFIDENTIAL
 2     required under the injunction to
 3     distribute the American Nazi Party's
 4     White Supremacist app launcher?
 5               MR. CLARKE:  Object to form
 6          and scope.
 7          A.     The purpose of the injunction,
 8     as I read it, is to create a market of
 9     multiple app stores.  There may be speech
10     that I personally disagree with.  But I
11     will fight for the right of those people
12     to express opinions that I find
13     distasteful.
14          Q.     So the answer to my question
15     is yes?
16          A.     Yes.
17          Q.     You believe that the
18     injunction in this case should require
19     Google to distribute the American Nazi
20     Party's White Supremacist launcher app?
21               MR. CLARKE:  Object to form
22          and scope.
23          A.     Yes.  You're cherry-picking
24     examples here.  But --
25          Q.     You would agree with me that
```

Page 303

1        ERNST - HIGHLY CONFIDENTIAL
2    this position is the end of all content
3    moderation policies in the Play Store.
4    Correct?
5             MR. CLARKE:  Object to form
6        and scope.
7        A.    Incorrect.
8        Q.    I'm sorry, say it again?
9        A.    Incorrect.
10       Q.    Okay.  How -- what content
11   moderation policy of the Play Store can
12   you identify that cannot be evaded using
13   the app store launcher method that I've
14   been describing?
15       A.    You said it's the end of
16   content moderation in the Play Store.
17   And I said no.
18       Q.    Let me ask a different
19   question.
20             As you sit here today, can you
21   think of any content moderation policy in
22   the Google Play Store that cannot be
23   evaded by the launcher solution that I
24   have described for you?
25             MR. CLARKE:  Object to form

Page 304

1          ERNST - HIGHLY CONFIDENTIAL
2          and scope.
3          A.    Not offhand.  This is also the
4     case in Windows, in OSX, in many other
5     ecosystems.
6          Q.    True in other app stores?
7          A.    I'm not familiar with every
8     app store.
9               MR. KRAVIS:  Why don't we take
10          a break.
11               THE WITNESS:  Okay.  How long?
12               THE VIDEOGRAPHER:  We are
13          going off the record, the time is
14          4:05 p.m.
15               (A recess was taken.)
16               THE VIDEOGRAPHER:  We are
17          going back on the record, the time
18          is 4:13 p.m.
19     BY MR. KRAVIS:
20          Q.    Welcome back, Professor Ernst.
21     I was hoping I could use the rest of our
22     time here today to ask you some questions
23     about the library porting remedy.
24               And I'd like to start by
25     directing you back to your declaration.

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2       And I'm going to ask you to turn to the
 3       table that you have prepared for the
 4       library porting remedy, it is Table 4,
 5       and it appears on page 26 of your
 6       declaration.
 7              A.    I'm there.
 8              Q.    Great.
 9                    I want to direct your
10       attention to the first row, which is
11       identified an "Ownership Data Fields."
12                    Do you see that?
13              A.    I see that.
14              Q.    And you write here, in the
15       next column over, "Google has already
16       created the data field for current app
17       ownership and a field to list apps that
18       are not permitted to obtain ownership."
19                    Did I read that correctly?
20              A.    You did.
21              Q.    And that assessment of
22       Google's existing functionality and
23       infrastructure, I take it, informed your
24       estimate of the required resources and
25       timeline here.
```

```
 1              ERNST - HIGHLY CONFIDENTIAL
 2                  Do I have that right?
 3          A.    That is correct.
 4          Q.    What data field for current
 5     app ownership has Google already created?
 6          A.    So I did look at their code.
 7     I did not memorize it.  But it's there.
 8          Q.    What is the field that you're
 9     talking about here?
10          A.    It's the field that indicates
11     the ownership of the app.
12          Q.    Are you talking now about
13     the -- are you talking now about the
14     manifest file?
15          A.    I am not.
16          Q.    What field -- what field are
17     you talking about?
18          A.    There is a data structure
19     named something on the order of package
20     manager, or the like.  And it has a field
21     whose name I do not remember exactly.  It
22     might be update owner, something like
23     that.
24          Q.    And just to be clear, are you
25     talking here about a field where a
```

1          ERNST - HIGHLY CONFIDENTIAL

2     developer, an app developer can place

3     update ownership information?

4          A.     No.

5          Q.     What is the field that you're

6     talking about here?

7          A.     This is a field in AOSP that

8     indicates the current app owner.  It says

9     here, "Google has created a data field

10    for current app ownership.  The field

11    currently contains either the owner or

12    it's cleared."  Which is represented by

13    null, if I recall correctly.

14         Q.     And so is your understanding

15    that there is a file where an app

16    developer can place update ownership

17    information?

18         A.     The app developer can place

19    information in the manifest of their app.

20         Q.     I just want to be clear about

21    this.  Your understanding is that the

22    developer can place information about

23    update ownership in the manifest file?

24         A.     Yes.  There is a mechanism for

25    the developer to, for instance, say

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2    whether clobbering is permitted.  There
 3    is a field in the manifest for app stores
 4    to which ownership should be forbidden.
 5         Q.    What is the basis for your
 6    understanding that an app developer can
 7    place update ownership information in the
 8    manifest file?
 9         A.    There is an update owner field
10    in it.
11         Q.    Is this the thing you're
12    talking about in paragraph 66 of your
13    declaration?
14         A.    Yes.  This is information that
15    the developer places in the manifest part
16    of the app.  But that's not the same as
17    what's under 1.
18         Q.    So you're saying that the
19    developer can place update ownership
20    information in the manifest file, the
21    developer can do that?
22         A.    What do you mean by "update
23    ownership information"?
24         Q.    The developer can place in the
25    manifest file information about which app
```

```
 1          ERNST - HIGHLY CONFIDENTIAL
 2     stores can update ownership?
 3          A.    Yes.
 4          Q.    What is your basis for that
 5     belief?  Is it the web page you cited in
 6     footnote 80?
 7          A.    Yes, in part.
 8          Q.    Okay.  I want to show you that
 9     web page, because I'm not sure that's
10     correct.
11               MR. KRAVIS:  Lauren, if we
12          could have tab, I believe it's Tab
13          L, please.
14               MS. BECK:  Sorry, this is
15          moving slowly, but I'm working on
16          it.
17               (Deposition Exhibit 9017 for
18          identification, document headed
19          "Configure and Handle Update
20          Ownership For Apps.")
21     BY MR. KRAVIS:
22          Q.    Professor, you should see, in
23     the Exhibit Share folder, what has been
24     marked as Exhibit 9017.  Can you just let
25     me know when you have that up in front of
```

1          ERNST - HIGHLY CONFIDENTIAL
2     that is responsible for making this
3     decision and implementing it?
4          A.    If you choose the behavior
5     that I stated, nobody needs to do
6     anything.  It just is an emergent
7     property of the design.  Because the way
8     you change ownership is by requesting a
9     change of ownership.  If the Galaxy Store
10    merely tries to do an install, it is not
11    requesting a change of ownership.  And
12    the installation won't work because it's
13    already there.
14             If the Galaxy Store attempts
15    an install and then, regardless of the
16    success, attempts a change of ownership,
17    then the user would be prompted about
18    whether the user wanted that change of
19    ownership.
20         Q.    So I just want to be clear.
21    Your understanding is that for the
22    behavior or the solution that you stated,
23    there is no change to Android required,
24    Android is just automatically going to be
25    able to figure this out?

1          ERNST - HIGHLY CONFIDENTIAL

2          A.     Figuring it out is not a very

3     technical way to put it.  So I would not

4     say that.

5               The question is, what is the

6     behavior of Android.  And what is needed

7     to enable that behavior.  If we take the

8     design that I have here, the way you

9     change ownership is by requesting

10    ownership transfer.  There is no reason

11    to believe that the code for installing

12    an app is also requesting to change

13    ownership.  If it already is, then we get

14    the alternate behavior automatically as

15    an emergent property.

16         Q.    So I just want to make sure I

17    understand the answer.  Your testimony

18    here is that in the hypothetical that we

19    have been discussing that involves the

20    Samsung pre-installed version of Clash

21    Royale pushed out through an operating

22    system update, your understanding is that

23    there is no -- there are no additional

24    changes other than those described in

25    your declaration required to the Android

```
 1           ERNST - HIGHLY CONFIDENTIAL
 2     operating system to achieve the behavior
 3     that you were describing.  That's your
 4     understanding?
 5               MR. CLARKE:  Object to form.
 6         A.    We're hypothesizing this app
 7     store -- this OS update that's installing
 8     an app store and then installing apps.
 9     The installation should require the user
10     to accept it.  And so -- and also any
11     change of ownership would require the
12     user to accept it.  So either the user is
13     asked or is not.
14               Either way there's no problem.
15     The data structures aren't corrupted.
16     The system is in the state the user wants
17     it.
18         Q.    Let me return you to the
19     table.  I have a few more of those to ask
20     you, but I want to make sure I get some
21     other stuff in first.
22               When we were talking about the
23     catalog access table, I think what you
24     told me was that the time estimates in
25     that table were the timeline for Google
```

1          ERNST - HIGHLY CONFIDENTIAL
2     to begin rolling out catalog access to
3     selected partners to test it out, not the
4     timeline for implementing the full
5     version to the general public.
6               Am I remembering that
7     correctly?
8          A.    You are.  With one caveat,
9     that it's the time to be ready to start
10    rolling out to select partners.  When
11    it's actually rolled out to select
12    partners depends on this analogy of the
13    train, that there are these release
14    trains, and you catch the next one that
15    comes to the station.  It means you're at
16    the station waiting for the train, maybe
17    there's a train there to board, maybe
18    there's one coming but is not there at
19    the moment.
20         Q.    Is the same thing true about
21    the time estimates in the library porting
22    table, Table 4?
23         A.    Yes.  That is the case
24    throughout.
25         Q.    Okay.  So when you give an

```
 1            ERNST - HIGHLY CONFIDENTIAL
 2     estimated timeline of one month here, it
 3     is one month until these changes to the
 4     Android operating system are ready to be
 5     rolled out, and then the question is sort
 6     of like when the next train leaves the
 7     station, as you put it, it's not like --
 8     it's not like your timeline is one month
 9     until these changes to the Android
10     operating system are ready for general
11     release.  Do I have that right?
12          A.    Yes, that is correct.
13          Q.    Okay.  Got it.
14                We were talking a moment ago
15     about the -- your discussion in paragraph
16     66 about the ability of a developer to
17     declare which third-party app store can
18     update ownership in the manifest file.
19                I'm going to ask you for
20     purposes of this question just to assume,
21     indulge me and assume for a moment that
22     there is in fact currently no way in
23     Android 14 for a developer to declare
24     which third-party app store may update
25     ownership.
```

Page 339

1           ERNST - HIGHLY CONFIDENTIAL

2                    And that Google would have to

3      create a new API that would allow a

4      developer to do that.

5                    Would that affect in any way

6      the -- or maybe I should say, how, if at

7      all, would that affect the resources and

8      timeline estimates in the table?

9                    MR. CLARKE:  Object to form.

10          A.    So if there is no mechanism

11     for doing it, no new API is needed.

12     Because data that's placed in the

13     manifest is accessed through a uniform

14     API.  It would be a convenience to add

15     one.  And the ones that I've looked at

16     have a one-line implementation.

17          Q.    Okay.  So just to make sure I

18     have an answer to my question.  If I

19     asked you to assume that the statement we

20     were looking at in paragraph 66 is

21     incorrect, and in fact there currently is

22     no way for a developer to declare which

23     third-party app stores can update

24     ownership, are you telling me that that

25     would not affect the resource and time

Page 340

1           ERNST - HIGHLY CONFIDENTIAL

2     estimates in Table 4?

3                MR. CLARKE:  Object to form.

4        A.    That is correct.  These tables

5     assume that that's going to have to be

6     implemented.

7                So let's take a look at this.

8     So the manifest is written in a language

9     called XML.  It is stored in the APK in a

10    slightly different way.  The way that the

11    code works is to walk through all the XML

12    elements and store them away in fields.

13                If you wanted to add a new

14    element, its implementation would be

15    exactly like the implementation of every

16    other element that's permitted in XML.

17        Q.    And you would not need a new

18    API to read those values?

19        A.    It depends on who the "you"

20    is.  The Android would be able to read

21    those values without any problem, without

22    a new API.

23                The Google could provide an

24    API to access the values.  And the

25    implementation of that is one line.

1          ERNST - HIGHLY CONFIDENTIAL

2          Q.    How would the app stores be

3    identified in the manifest?

4          A.    By package.

5          Q.    But package names are not

6    guaranteed to be unique; right?

7          A.    They are supposed to be

8    unique.  And if they're not unique, there

9    are already a lot of problems with the --

10   with existing Android mechanisms.  It

11   could be the case that developers, when

12   uploading an app or an app store to Play

13   could declare the package, and Google

14   could, presumably does, check for

15   conflicts and disallow them.

16         Q.    Well, but like for example,

17   anyone can build an app store that uses

18   the Epic Games package name, right, com,

19   dot Epic Games dot portal?

20         A.    They would be able to build

21   such a thing.  But they would not be able

22   to convince anyone else that they are

23   Epic.  They don't have access to Epic's

24   private keys for signing and

25   authentication, for example.

Page 379

1    IN RE GOOGLE PLAY STORE ANTITRUST

     LITIGATION

2    8/1/2024 - MICHAEL ERNST

3           ACKNOWLEDGEMENT OF DEPONENT

4        I, MICHAEL ERNST, do hereby declare

5    that I have read the foregoing transcript,

6    I have made any corrections, additions, or

7    changes I deemed necessary as noted on the

8    Errata to be appended hereto, and that the

9    same is a true, correct and complete

10   transcript of the testimony given by me.

11

12   _____    _____

13   MICHAEL ERNST                 Date

14   *If notary is required

15

16        SUBSCRIBED AND SWORN TO BEFORE ME THIS

17        _____ DAY OF _____, 20___.

18

19

20        _____

21        NOTARY PUBLIC

22

23

24

25

Page 380

1

2              C E R T I F I C A T E

3    STATE OF NEW YORK    )

                         : ss.

4    COUNTY OF NEW YORK  )

5

6        I, ERIC J. FINZ, a Shorthand

7    Reporter and Notary Public within and for

8    the State of New York, do hereby certify:

9        That MICHAEL ERNST, the witness

10   whose deposition is hereinbefore set

11   forth, was duly sworn by me and that such

12   deposition is a true record of the

13   testimony given by the witness.

14       I further certify that I am not

15   related to any of the parties to this

16   action by blood or marriage, and that I

17   am in no way interested in the outcome of

18   this matter.

19       IN WITNESS WHEREOF, I have hereunto

20   set my hand this 2nd day of August,

21   2024.

22

23       _____

24       ERIC J. FINZ

25