# EXHIBIT 3

| | |
|---|---|
| **From:** | Michael Zaken <mzaken@cravath.com> |
| **Sent:** | Wednesday, August 7, 2024 12:44 PM |
| **To:** | Kravis, Jonathan; Malikah I. Williams |
| **Cc:** | ~PLAY_MTO; Play Litigation; Epic Mobile Apps EXTERNAL |
| **Subject:** | RE: Google supplemental brief |

Jonathan,

Epic does not agree.  Google has known of the Court's schedule and the fact that it would have the opportunity to depose Epic's experts, without a subsequent written submission, since May 23.  Google could have sought leave for a subsequent filing months ago.  Its failure to do so has prejudiced Epic, which will receive that filing less than a week before the hearing with no opportunity of its own to respond in writing.  The parties will have an ample and equal opportunity to be heard through closing arguments and in response to questions from the Court at the scheduled hot tub.

Thanks,

Michael

Michael Zaken
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T: 212-474-1888
C: 917-318-8120
mzaken@cravath.com

---

**From:** Kravis, Jonathan <Jonathan.Kravis@mto.com>
**Sent:** Tuesday, August 6, 2024 4:28 PM
**To:** Malikah I. Williams <miwilliams@cravath.com>; Michael Zaken <mzaken@cravath.com>
**Cc:** ~PLAY_MTO <~PLAY_MTO@mto.com>; Play Litigation <PlayLitigation@morganlewis.com>; Epic Mobile Apps EXTERNAL <epic-mobileapps@cravath.com>
**Subject:** Google supplemental brief

Dear counsel,

In light of the depositions of Epic's experts conducted last week, Google intends to file with the Court an administrative motion for leave to file a short supplemental brief concerning Google's remedies proffer pursuant to Local Rule 7-11.  Please let us know by 2pm Pacific on Wednesday whether Epic consents to Google's filing of a supplemental brief.

Thanks,
Jonathan

**Jonathan I. Kravis** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202-220-1130  |  jonathan.kravis@mto.com  |  www.mto.com

1

*\*\*\*NOTICE\*\*\**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

*\*\*\*NOTICE\*\*\**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.