1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION,**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF GOOGLE'S PROFFER REGARDING EPIC'S PROPOSED REMEDIES**<br><br>Judge:   Hon. James Donato |

1  Defendants' Motion, Pursuant to Local Rule 7-11, For Leave to File Supplemental Brief in
2  Support of Defendants' Proffer Regarding Epic's Proposed Remedies came for hearing before this
3  Court on the above-captioned matter. Having fully considered the papers, the arguments of
4  counsel, and good cause appearing therefore:

5  IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Supplemental Brief
6  in Support of Defendants' Proffer Regarding Epic's Proposed Remedies is GRANTED in full.
7  Defendants shall promptly file the Supplemental Brief in Support of Defendants' Proffer
8  Regarding Epic's Proposed Remedies.

9  **SO ORDERED.**

13  Dated: _____, 2024

Honorable James Donato
United States District Judge
Northern District of California