| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>Neal Kumar Katyal, *pro hac vice*<br>neal.katyal@hoganlovells.com<br>Jessica L. Ellsworth, *pro hac vice*<br>jessica.ellsworth@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>555 13th St. NW<br>Washington, D.C. 20001<br>Telephone: (202) 637-5600<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>Lauren N. Beck<br>lauren.beck@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br><br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Dane P. Shikman, S.B. #313656<br>dane.shikman@mto.com<br>Rebecca L. Sciarrino, S.B. #336729<br>rebecca.sciarrino@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF JONATHAN I. KRAVIS IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' PROFFER REGARDING EPIC'S PROPOSED REMEDIES**<br><br>Judge:     Hon. James Donato<br>Date:      August 14, 2024<br>Time:     10:00 a.m. Pacific Time<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

## DECLARATION OF JONATHAN I. KRAVIS

I, Jonathan I, Kravis, hereby declare:

1. I am admitted pro hac vice in this case. I am a partner at the law firm of Munger, Tolles & Olson LLP and counsel of record for Defendants in the above-captioned matters. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein

2. On July 24, 2024, Epic submitted its Response (MDL ECF No. 985) to Google's Proffer Regarding Epic's Proposed Remedies (MDL ECF No. 981). Epic attached to its response declarations from two technical experts: Professors Ernst and Mickens.

3. Google deposed Professor Ernst on August 1, 2024. Attached hereto as **Exhibit 1** is a true and accurate copy of relevant excerpts from that deposition transcript.

4. Google deposed Professor Mickens on August 2, 2024. Attached hereto as **Exhibit 2** is a true and accurate copy of relevant excerpts from that deposition transcript.

5. On August 6, 2024, I emailed counsel for Epic Games asking whether they would stipulate to Google's request for leave to file a supplemental brief in support of Google's Proffer Regarding Epic's Proposed Remedies. On August 7, 2024, Plaintiff's counsel indicated that Plaintiff would not stipulate to Google's request for leave. A true and correct copy of my correspondence with Plaintiff's counsel is attached hereto as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of August, 2024, at Washington, District of Columbia.

  _/s/ Jonathan I. Kravis_
  Jonathan I. Kravis

-2-

**E-FILING ATTESTATION**

I, Jonathan I. Kravis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for Defendants have concurred in this filing.

                                                               */s/ Jonathan I. Kravis*
                                                             Jonathan I. Kravis