1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION, | Case No. 3:21-md-02981-JD |
|---|---|
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| | Judge:    Hon. James Donato |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Google Defendants' ("Google's") Administrative Motion to Consider Whether Another Party's Material Should be Sealed, relating to Defendants' Administrative Motion for Leave to File A Supplemental Brief Regarding Epic's Response to Google's Proffer, and any materials in support of that motion, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of Google's Motion and supporting documents may be filed under seal:

| Portion containing confidential information | Designating Party or Third-Party | Ruling |
|---|---|---|
| Exh. 1 to Kravis Decl., at Tr. 214:25-217:13. | Epic Games | |

Dated: _____, 2024

_____
Honorable James Donato
United States District Judge
Northern District of California