# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 14, 2024             Judge: Hon. James Donato

Time: 3 Hours 7 Minutes

Cases:     3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
             3:21-md-02981-JD In re Google Play Store Antitrust Litigation

Attorney(s) for Plaintiff(s):    Lauren Moskowitz/Yonatan Even/Gary Bornstein/
Michael Zaken/Malikah Williams
Expert Witnesses: Prof. Michael Ernst/Prof. James Mickens

Attorney(s) for Defendant(s):    Jessica Elsworth/Glenn Pomerantz/
Jonathan Kravis/Brian/Rocca/Kuru Olasa
Expert Witnesses: Vitor Baccetti/Edward Cunningham/
David Kleidermacher/Christian Cramer

Deputy Clerk: Lisa R. Clark             Court Reporter: Kelly Shainline

## PROCEEDINGS

Further hearing re remedy in *Epic* case -- Held

## NOTES AND ORDERS

The Court holds a further hearing re injunctive relief based on the jury verdict in the *Epic Games, Inc. v. Google LLC* action, Case No. 20-5671, and has a discussion on the record with witnesses presented by both sides. Professor Michael Ernst and Professor James Mickens appear for Epic; Google presents its employees Vitor Baccetti, Edward Cunningham, David Kleidermacher, and Christian Cramer.

The Court hears closing arguments from both sides on the issue of remedies.

Epic will file by August 19, 2024, a statement on whether it continues to request a resolution by the Court of its illegality defense to Google's breach of contract counterclaim.

The issue of an appropriate injunctive remedy for the Sherman Act and Cartwright Act violations found by the jury is taken under submission, and the Court will issue an order.