UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**,<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S MOTION FOR PARTIAL STAY OF PERMANENT INJUNCTION PENDING APPEAL**<br><br>Judge:   Hon. James Donato |

1  Defendants Google LLC, et al. have filed a Motion for Partial Stay of Permanent
2  Injunction Pending Appeal.
3  Having fully considered the papers, the arguments of counsel, and good cause appearing
4  therefore:
5  **IT IS HEREBY ORDERED** that Defendants' Motion for Partial Stay of Permanent
6  Injunction Pending Appeal is **GRANTED**.  Accordingly, all provisions of the Court's Permanent
7  Injunction dated October 7, 2024 except ¶ 8 (Dkt. 1017) are hereby **STAYED** until the mandate of
8  the Ninth Circuit has issued and any Supreme Court review of this Court's injunction is finally
9  resolved.
10 **SO ORDERED.**

Dated: _____, 2024

Honorable James Donato
United States District Judge
Northern District of California

-1-
[PROPOSED] ORDER RE: GOOGLE'S MOTION FOR PARTIAL STAY OF PERMANENT INJUNCTION PENDING APPEAL
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD