UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation<br>_____<br><br>EPIC GAMES, INC., a Maryland Corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GOOGLE LLC; et al.,<br><br>        Defendants - Appellants. | No. 24-6256<br><br>D.C. No.<br>3:21-md-02981-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| EPIC GAMES, INC.,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GOOGLE LLC; et al.,<br><br>        Defendants - Appellants. | No. 24-6274<br><br>D.C. No.<br>3:20-cv-05671-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion to exceed the type-volume limits for the emergency motion for a partial stay of the permanent injunction (Docket Entry No. 4 in appeal No. 24-6256; Docket Entry No. 4 in appeal No. 24-6274) is granted. The emergency motion and the response may exceed the type-volume limits by 1,000 words.

2

All other pending motions will be addressed by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

24-6256