Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT NOTICE REGARDING ENTRY OF JUDGMENT AND ATTORNEY'S FEES AND COSTS**<br><br>Judge:   Hon. James Donato |

Plaintiff Epic Games ("Epic") and Defendants ("Google") have met and conferred regarding the entry of judgment and the request for attorney's fees and costs, and jointly state the following:

WHEREAS, the Court entered an order on October 7, 2024 stating it would enter judgment for Epic on its Sherman Act, Cartwright Act, and UCL claims after Epic's attorney's fees and costs are awarded;

WHEREAS, Google has taken an appeal to the United States Court of Appeals for the Ninth Circuit, the parties have agreed that all liability and injunction issues that Google is appealing will be briefed together on a schedule ordered by the Court of Appeals on October 22, 2024, and the parties believe that the entry of judgment would streamline the procedural posture in the Court of Appeals;

WHEREAS, there is currently no deadline for Epic to submit its request for fees and costs;

WHEREAS, Local Rule 54-5(a) requires the parties to meet and confer on all fees and costs requests, and Epic and Google continue to confer on a process to address attorney's fees and costs in an efficient manner;

WHEREAS, under Local Rule 54-5 and Fed. R. Civ. P. 54(d)(2)(B), the Court may enter judgment and set an alternative schedule for, or defer the disposition of, fees and costs.

In light of the foregoing, Epic and Google THEREFORE jointly request as follows:

1. That the Court enter judgment in this matter now, prior to the resolution of Epic's request for attorney's fees and costs. Epic shall pay damages on Google's counterclaim within 30 days of entry of judgment. The damages shall be paid out of the escrow account created pursuant to Section 2 of the Joint Stipulation and Order Regarding Epic Games, Inc.'s Request for Preliminary Relief. (MDL Dkt. 239 at 3.) Any excess or deficiency in the amount in the escrow account shall be addressed as specified in Section 4 of the Joint Stipulation and Order. (*Id.* at 3-4)

2. That the Court defer setting a briefing schedule on attorney's fees and costs while the parties meet and confer on this issue. The parties will promptly advise the Court of any resolution of this matter. If the parties are unable to resolve the issue,

then the parties will ask the Court to set a briefing schedule at that time. For the avoidance of doubt, this paragraph also applies to briefing on the bill of costs under Local Rule 54-1 and Fed. R. Civ. P. 54(d)(1) and does not constitute a waiver of costs.

DATED: November 11, 2024           CRAVATH, SWAINE & MOORE LLP


                                   By:  s/ *Gary A. Bornstein*
                                   Gary A. Bornstein (*pro hac vice*)
                                   *Counsel for Plaintiff Epic Games, Inc.*


DATED: November 11, 2024           MUNGER, TOLLES & OLSON LLP


                                   By:  s/ *Glenn D. Pomerantz*
                                   Glenn D. Pomerantz
                                   *Counsel for Defendants Google LLC et al.*


DATED: November 11, 2024           MORGAN, LEWIS & BOCKIUS LLP


                                   By:  s/ *Brian C. Rocca*
                                   Brian C. Rocca
                                   *Counsel for Defendants Google LLC et al.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   s/ *Lauren N. Beck*
       Lauren N. Beck