# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 14, 2024                                    Judge: Hon. James Donato

Time: 10 Minutes

Cases:   **3:21-cv-05227-JD State of Utah et al v. Google LLC  et al**
         **3:21-md-02981-JD In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):   Elinor Hoffmann/Marie Martin/Karma Giulianelli/
                                Michael Jorgenson/Cari Jeffries
Attorney(s) for Defendant(s):   Glenn Pomerantz/Kuru Olasa/Sujal Shah

Deputy Clerk: Lisa R. Clark                                Court Reporter: Marla Knox

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

The Court advises the parties to the proposed *parens patriae* settlement that they need to ensure its consistency with the permanent injunction entered in the *Epic Games* case, No. 20-5671-JD. *See* MDL Dkt. No. 1017.  The Court will not approve a settlement that contradicts or dilutes the conduct remedies ordered in *Epic*.

The parties will file by January 13, 2025, a 20-page joint statement addressing these issues.