UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | MDL Case No. 21-md-02981-JD <br> Member Case No. 20-cv-05671-JD <br><br> **JUDGMENT** |

Pursuant to the jury verdict, MDL Dkt. No. 866, the Court's Order re UCL Claim and Injunctive Relief, MDL Dkt. No. 1016, and Federal Rule of Civil Procedure 58, judgment is entered in member case *Epic Games, Inc. v. Google LLC et al.*, Case No. 20-cv-05671-JD, in favor of plaintiff Epic Games, Inc. At the parties' request, the determination of the attorney's fees and costs due to Epic is deferred pending further order.

**IT IS SO ORDERED.**

Dated: January 9, 2025

_____
JAMES DONATO
United States District Judge