| | |
|---|---|
| Brian C. Rocca, Bar No. 221576 | Glenn D. Pomerantz, Bar No. 112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, Bar No. 215230 | Kuruvilla Olasa, Bar No. 281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, Bar No. 248421 | **MUNGER, TOLLES & OLSON LLP** |
| michelle.chiu@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Leigha Beckman, Bar No. 334611 | Los Angeles, California 90071 |
| leigha.beckman@morganlewis.com | Telephone: (213) 683-9100 |
| **MORGAN, LEWIS & BOCKIUS LLP** | |
| One Market, Spear Street Tower | Justin P. Raphael, Bar No. 292380 |
| San Francisco, CA 94105-1596 | justin.raphael@mto.com |
| Telephone: (415) 442-1000 | Dane P. Shikman, Bar No. 313656 |
| | dane.shikman@mto.com |
| Neal Kumar Katyal, *pro hac vice* | **MUNGER, TOLLES & OLSON LLP** |
| neal.katyal@hoganlovells.com | 560 Mission Street, Twenty Seventh Fl. |
| Jessica L. Ellsworth, *pro hac vice* | San Francisco, California 94105 |
| jessica.ellsworth@hoganlovells.com | Telephone: (415) 512-4000 |
| Reedy C. Swanson, *pro hac vice* | |
| reedy.swanson@hoganlovells.com | Jonathan I. Kravis, *pro hac vice* |
| **HOGAN LOVELLS US LLP** | jonathan.kravis@mto.com |
| 555 13th St. NW | **MUNGER, TOLLES & OLSON LLP** |
| Washington, D.C. 20004 | 601 Massachusetts Ave. NW, Ste 500E |
| Telephone: (202) 637-5600 | Washington, D.C. 20001 |
| | Telephone: (202) 220-1100 |

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. James Donato |

# NOTICE OF APPEAL

Notice is hereby given that Defendants Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific PTE Ltd., and Google Payment Corp. appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on January 9, 2025 (No. 3:21-md-02981-JD, Dkt. 1059; No. 3:20-cv-05671-JD, Dkt. 716), as well as all rulings, orders, findings, and conclusions leading up to that judgment, including but not limited to the jury's verdict (No. 3:21-md-02981-JD, Dkt. 866; No. 3:20-cv-05671-JD, Dkt. 606); the order denying Google's renewed motion for judgment as a matter of law or a new trial (No. 3:21-md-02981-JD, Dkt. 984; No. 3:20-cv-05671-JD, Dkt. 674); the order regarding the UCL claim and injunctive relief (No. 3:21-md-02981-JD, Dkt. 1016; No. 3:20-cv-05671-JD, Dkt. 701); and the permanent injunction entered on October 7, 2024 (No. 3:21-md-02981-JD, Dkt. 1017; No. 3:20-cv-05671-JD, Dkt. 702).

Dated: January 13, 2025

Respectfully submitted,

By: */s/ Neal Kumar Katyal*
     Neal Kumar Katyal

**HOGAN LOVELLS US LLP**
  Neal Kumar Katyal
  Jessica L. Ellsworth
  Reedy C. Swanson

**MUNGER TOLLES & OLSON LLP**
  Glenn D. Pomerantz
  Kuruvilla Olasa
  Justin P. Raphael
  Dane Shikman
  Jonathan I. Kravis

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Leigha Beckman

*Counsel for Defendants*