1  Glenn D. Pomerantz (SBN 112503)
   glenn.pomerantz@mto.com
2  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071
   Telephone: (213) 683-9100
4

5  Brian C. Rocca (SBN 221576)
   brian.rocca@morganlewis.com
6  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
7  San Francisco, CA 94105-1596
   Telephone: (415) 442-1000
8

9  *Counsel for Defendants Google LLC et al.*
   [Additional Counsel Appear on Signature Page]
10

11                    **UNITED STATES DISTRICT COURT**
12                 **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
13

14  **IN RE GOOGLE PLAY STORE**          Case No. 3:21-md-02981-JD
    **ANTITRUST LITIGATION**
15                                        **GOOGLE'S STATEMENT**
                                          **REGARDING RESPONSE OF EPIC**
16  ─────────────────────────────        **GAMES, INC. TO THE STATES,**
    THIS DOCUMENT RELATES TO:            **CONSUMER COUNSEL AND**
17                                        **GOOGLE'S JOINT STATEMENT**
    *State of Utah et al. v. Google LLC et al.*,
18  Case No. 3:21-cv-05227-JD
                                          Judge: Hon. James Donato
19  *In re Google Play Consumer Antitrust*
    *Litigation*, Case No. 3:20-cv-05761-JD
20

21

22

23

24

25

26

27

28
                                                          Case No. 3:21-md-02981-JD
────────────────────────────────────────────────────────────────
GOOGLE'S STATEMENT REGARDING RESPONSE OF EPIC GAMES, INC. TO THE STATES, CONSUMER
COUNSEL AND GOOGLE'S JOINT STATEMENT

1   Defendant Google respectfully submits this statement regarding Epic's Response, ECF No.

2   1070 (Mar. 3, 2025),[1] to the Joint Statement submitted by Google, the States, and Consumers (the

3   "Settling Parties").  ECF No. 1067 (Feb. 10, 2025).

4   This Court ordered the Settling Parties to file a joint statement addressing the consistency

5   of the Proposed Settlement with the *Epic* Injunction.  ECF No. 1056 (Nov. 22, 2024).  The Court

6   indicated that it would not approve a settlement that "contradicts or dilutes" the *Epic* Injunction.

7   *Id.*  The Settling Parties submitted a Joint Statement on February 10, 2025, to address the Proposed

8   Settlement's consistency with the *Epic* Injunction.  ECF No. 1067.  The Joint Statement "compares

9   the injunctive terms of the Proposed Settlement with the *Epic* Injunction and explains how the two

10  would operate without contradiction or dilution."  *Id.* at 1.

11  Epic's Response presents its view on the interpretation of Paragraph 5 of the *Epic*

12  Injunction, but takes no position on the consistency of the Proposed Settlement and the *Epic*

13  Injunction.  The following three points remain clear, which Epic's Response does not address or

14  dispute:

15  **First**, while the Settling Parties and Epic read Paragraph 5 of the *Epic* Injunction differently

16  as to whether it includes a sim-ship prohibition, under either reading, nothing in the Proposed

17  Settlement contradicts or dilutes Paragraph 5 of the *Epic* Injunction.

18  **Second**, if both the Proposed Settlement and the *Epic* Injunction go into effect, Google will

19  have to comply with the terms of *both* decrees, and nothing in the Proposed Settlement would

20  excuse Google from complying with Paragraph 5 of the *Epic* injunction.

21  **Third**, the Court's approval of the Proposed Settlement does not require the Court to

22  interpret Paragraph 5 of the *Epic* Injunction at this time.  To the extent Epic wants the Court to

23  address whether Paragraph 5 covers sim ship agreements, it can ask the Court to do so at the

24  appropriate time in the *Epic* case.

25  Accordingly, the Court should "approve the issuance of notice to affected consumers, the

26  first step in the process leading to final settlement approval," ECF No. 1067 at 1, as requested by

27

28  [1] All references are to the MDL Docket, *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD.

GOOGLE'S STATEMENT REGARDING RESPONSE OF EPIC GAMES, INC. TO THE STATES, CONSUMER
COUNSEL AND GOOGLE'S JOINT STATEMENT

1  the Settling Parties in the Joint Statement.

2

3  DATED: March 14, 2025

4

5                                        Respectfully submitted,

6                                        **MUNGER, TOLLES & OLSON LLP**

7                                        Glenn D. Pomerantz
                                         Kuruvilla Olasa

8                                        **MORGAN, LEWIS & BOCKIUS LLP**

9                                        Brian C. Rocca

10                                       By:      */s/ Glenn D. Pomerantz*

11                                                Glenn D. Pomerantz

12                                       *Counsel for Defendants Google LLC et al.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE'S STATEMENT REGARDING RESPONSE OF EPIC GAMES, INC. TO THE STATES, CONSUMER
COUNSEL AND GOOGLE'S JOINT STATEMENT

## E-FILING ATTESTATION

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

/s/    *Glenn D. Pomerantz*