UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12) was filed in Case No. 20-cv-05671-JD. The time for filing an opposition or statement of support has passed. As the judge assigned to case:

21-md-02981-JD
In re Google Play Store Antitrust Litigation

I find that the more recently filed case that I have initialed below is related to the case assigned to me. The case will be reassigned to me and made a member case in *In re Google Play Store Antitrust Litigation*, No. 21-md-02981-JD.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-04686-AMO | *Korean Publishers Association et al. v. Google LLC et al.* | JD | |

ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: July 1, 2025

By: _____
James Donato
United States District Judge