Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone:  (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited and Google Payment Corp. (collectively, "Google"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court entered a judgment in favor of Epic (Dkt. 716);

WHEREAS, the Court deferred the briefing of Epic's motion for attorneys' fees and costs and modified the timing requirements set forth in Federal Rule of Civil Procedure 54(d)(2)(B) and Civil Local Rules 54-1(a) and 54-5(a) (*see* Dkt. 717);

WHEREAS, the parties have met and conferred on the issue of attorneys' fees and costs in accordance with the Court's January 9, 2025 Order (*id.*) and Civil Local Rule 54-5(b)(1) but thus far have been unable to reach a resolution;

WHEREAS, the parties agreed to brief the issue so that the Court may decide it;

WHEREAS, Item No. 18 in the Court's Standing Order for Civil Cases (the "Standing Order") provides that, absent permission from the Court, opening and opposition briefs may not exceed 15 pages each, and reply briefs may not exceed 10 pages;

WHEREAS, Civil Local Rule 7-4(b) provides that the Court may modify page limits pursuant to a party's request made prior to the filing due date; and

WHEREAS, the parties believe that additional pages may be required for both parties' briefs.

NOW THEREFORE, subject to the Court's approval, the parties jointly stipulate that Epic's motion for attorneys' fees and costs will be briefed on the following schedule[1]:

- Plaintiff's motion:  August 22, 2025

- Defendant's opposition:  October 31, 2025

- Plaintiff's reply:  December 9, 2025

1    The Parties further respectfully request that the Court enter an order modifying the page

2 limitations in the Standing Order and granting the Parties leave to file opening and opposition briefs of

3 up to 25 pages each and a reply brief of up to 15 pages.

4

5 DATED:  July 31, 2025                          CRAVATH, SWAINE & MOORE LLP
                                                 Gary A. Bornstein *(pro hac vice)*
6                                                gbornstein@cravath.com
                                                 Yonatan Even *(pro hac vice)*
7                                                yeven@cravath.com
                                                 Lauren A. Moskowitz *(pro hac vice)*
8                                                lmoskowitz@cravath.com
                                                 Michael J. Zaken *(pro hac vice)*
9                                                mzaken@cravath.com
                                                 M. Brent Byars *(pro hac vice)*
10                                               mbyars@cravath.com
11
12                                               FAEGRE DRINKER BIDDLE & REATH LLP
                                                 Paul J. Riehle (SBN 115199)
13
14                                               Respectfully submitted,
15                                               By: */s/ Gary A. Bornstein*_____
                                                 Gary A. Bornstein
16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  July 31, 2025

MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kuruvilla Olasa

MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Michelle Park Chiu

HOGAN LOVELLS US LLP
    Jessica L. Ellsworth

Respectfully submitted,
By:    */s/ Michelle Park Chiu*
       Michelle Park Chiu

**[PROPOSED] ORDER**

Having considered the parties' stipulation, Dkt. 723, the Court orders the following briefing schedule for Plaintiff's Motion for Attorneys' Fees and Costs:

1.      Plaintiff's motion:  August 22, 2025

2.      Defendant's opposition:  October 31, 2025

3.      Plaintiff's reply:  December 9, 2025

The Court hereby grants the Parties leave to file opening and opposition briefs of up to 25 pages each and a reply brief of up to 15 pages.

**IT IS SO ORDERED.**

DATED: _____          _____

HON. JAMES DONATO
United States District Judge

1

## **E-FILING ATTESTATION**

2      I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this

3 document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4 identified above has concurred in this filing.

5

6                                                         */s/ Gary A. Bornstein*
                                                          Gary A. Bornstein
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28