Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone:  (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

1  Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC, Google Ireland Limited,
2 Google Commerce Limited, Google Asia Pacific Pte. Limited and Google Payment Corp. (collectively,
3 "Google"), by and through their respective counsel, hereby stipulate as follows:

4  WHEREAS, Epic filed its Notice of Motion and Motion for Attorneys' Fees and Costs on
5 August 22, 2025;

6  WHEREAS, pursuant to the Stipulation and Proposed Order Regarding Briefing Schedule for
7 Attorneys' Fees and Costs, the parties currently are briefing their dispute regarding the "cost of suit,
8 including a reasonable attorney's fee" that Epic may be entitled to pursuant to 15 U.S.C. § 26 (the
9 attorneys' fee dispute") on the following schedule:

- Plaintiff's motion:  August 22, 2025
- Defendant's opposition:  October 31, 2025
- Plaintiff's reply:  December 9, 2025

WHEREAS, the parties met and conferred and agreed to the production of certain documents relating to Epic's Motion for Attorneys' Fees and Costs;

WHEREAS, the parties agree that an extension of the briefing schedule would facilitate the review of these produced materials:

NOW THEREFORE, subject to the Court's approval, the parties jointly stipulate that the briefing schedule for Epic's Motion for Attorneys' Fees and Costs will be revised as follows:

- Defendant's opposition:  December 5, 2025
- Plaintiff's reply:  January 30, 2026

DATED: September 30, 2025

CRAVATH, SWAINE & MOORE LLP
  Gary A. Bornstein *(pro hac vice)*
  gbornstein@cravath.com
  Yonatan Even *(pro hac vice)*
  yeven@cravath.com
  Lauren A. Moskowitz *(pro hac vice)*
  lmoskowitz@cravath.com
  Michael J. Zaken *(pro hac vice)*
  mzaken@cravath.com
  M. Brent Byars *(pro hac vice)*
  mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Gary A. Bornstein*
  Gary A. Bornstein

DATED: September 30, 2025

MUNGER, TOLLES & OLSON LLP
   Glenn D. Pomerantz
   Kuruvilla Olasa

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu

HOGAN LOVELLS US LLP
   Jessica L. Ellsworth

Respectfully submitted,
By:   */s/ Michelle Park Chiu*
     Michelle Park Chiu

# [PROPOSED] ORDER

Having considered the parties' Stipulation, the Court orders the following revised briefing schedule for Plaintiff's Motion for Attorneys' Fees and Costs:

1. Defendant's opposition: December 5, 2025

2. Plaintiff's reply: January 30, 2026

**IT IS SO ORDERED.**

DATED: _____          _____
                                          HON. JAMES DONATO
                                          United States District Judge

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

>	*/s/ Gary A. Bornstein*
>	Gary A. Bornstein