1

2

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

3

4

5

6

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

7

8

9

10

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

11

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500

12

13

14

15

16

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

17

18

19

20

21

22

23

24

*Attorneys for Plaintiff Epic Games, Inc.*

25

26

27

28

Paula L. Blizzard (SBN 207920)
paula.blizzard@doj.ca.gov
**OFFICE OF THE CALIFORNIA ATTORNEY GENERAL**
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: 415-510-4400

*Counsel for the Plaintiff States*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

---

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD

*State of Utah v. Google LLC,* Case No. 3:21-cv-05227-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

Case No. 3:21-md-02981-JD

**STIPULATION REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE OCTOBER 30 HEARING ON INJUNCTION COMPLIANCE AND STATE AND CONSUMER SETTLEMENT**

Date: October 30, 2025
Time: 10:00 a.m.
Courtroom: 11, 19th Floor
Judge: Hon. James Donato

Case No. 3:20-cv-05671-JD

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

1    WHEREAS, on Tuesday, September 23, 2025, the Court issued an order setting a status

2    conference for October 30, 2025 ("the Hearing") to discuss "the steps needed to implement the

3    Court's injunction" in *Epic Games, Inc. v. Google LLC*, and the proposed settlement in the States'

4    and consumers' actions, MDL Dkt. No. 1100;

5    WHEREAS, Glenn D. Pomerantz, lead counsel for Defendants Google LLC et al.

6    ("Google"), who is taking the lead at the hearing for Google, has a preexisting conflict that affects

7    his ability to attend the Hearing.  Specifically, Mr. Pomerantz is an honoree at the Los Angeles

8    Legal Foundation's Access to Justice dinner, which will occur on the evening of October 29, 2025

9    in Los Angeles, California.  Mr. Pomerantz has family coming from out of town who will be

10    remaining in Los Angeles on October 30.  In addition, although Mr. Pomerantz could attempt to

11    take an early flight to San Francisco the morning of the Hearing, there is a risk of delay, which

12    would inconvenience the Court as well as all other counsel attending the hearing.

13    WHEREAS, in light of the above conflict, Google respectfully requests that the Court's

14    hearing of October 30 be rescheduled;

15    WHEREAS, counsel for Google has conferred with counsel for the States, Consumers, and

16    Epic regarding their availability and all counsel are available the following Thursday, November

17    6, 2025.  In addition, if the Court were willing to reschedule the Hearing for a date other than a

18    Thursday, all counsel are available on Wednesday, November 5, 2025.

19    NOW, THEREFORE, IT IS HEREBY STIPUATED AND AGREED, SUBJECT TO THE

20    COURT'S APPROVAL, THAT:

21    •    The October 30 status conference, MDL Dkt. No. 1100, shall be

22        vacated; and

23    •    The Hearing shall be re-set for November 6, 2025.

24

25

26

27

28

1

2

3    DATED:  October 1, 2025              MUNGER TOLLES & OLSON LLP
                                          Glenn D. Pomerantz
4
                                      Respectfully submitted,
5
6                                     By:    ___/s/ Glenn D. Pomerantz___
                                              Glenn D. Pomerantz
7
8                                         *Counsel for Defendants Google LLC et al.*

9

10   DATED:  October 1, 2025              BARTLIT BECK LLP
                                          Karma M. Giulianelli
11
12                                        KAPLAN FOX & KILSHEIMER LLP
                                          Hae Sung Nam
13
                                      Respectfully submitted,
14
15                                    By:    ___/s/ Karma M. Giulianelli___
                                              Karma M. Giulianelli
16
17                                        *Co-Lead Counsel for the Proposed Class in In re
                                          Google Play Consumer Antitrust Litigation*
18

19

20   DATED:  October 1, 2025              OFFICE OF THE CALIFORNIA ATTORNEY
                                          GENERAL
21                                        Paula L. Blizzard

22                                    Respectfully submitted,

23                                    By:    ___/s/ Paula L. Blizzard___
                                              Paula L. Blizzard
24
25                                        *Counsel for Plaintiff States*

26

27

28

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

1  DATED:  October 1, 2025                CRAVATH, SWAINE & MOORE LLP
2                                             Gary A. Bornstein

3                                         Respectfully submitted,

4                                         By: _____/s/ Gary A. Bornstein_____
5                                                 Gary A. Bornstein

6                                             *Counsel for Epic Games, Inc.*

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

## <u>E-FILING ATTESTATION</u>

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories and counsel for all Defendants have concurred in this filing.

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD