# EXHIBIT C

# Unified Install and Permission flow





1

# Unified Install and Permission flow







2