| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Justin Kim | 2a. CONTACT PHONE NUMBER: (212) 474-4285 | 3. CONTACT EMAIL ADDRESS: justin.kim@cravath.com |
| 1b. ATTORNEY NAME (if different): Yonatan Even | 2b. ATTORNEY PHONE NUMBER: (212) 474-1000 | 3. ATTORNEY EMAIL ADDRESS: yeven@cravath.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Cravath, Swaine & Moore LLP, 375 Ninth Avenue, New York, NY 10001

5. CASE NAME: In re: Google Play Store Antitrust Litigation

6. CASE NUMBER: 3:21-md-02981

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR: Ana Dub

8. THIS TRANSCRIPT ORDER IS FOR:
- ☐ APPEAL
- ☐ CRIMINAL
- ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
- ☐ NON-APPEAL
- ☒ CIVIL
- CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/2025 | JD | SC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Yonatan Even

12. DATE: 11/06/2025