Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT NOTICE OF FILING OF COMPARISON OF PROPOSED MODIFIED INJUNCTION AND EXISTING INJUNCTION**<br><br>Judge:    Hon. James Donato |

-1-

1  Pursuant to the Court's instruction at the November 6, 2025 status conference and
2  subsequent Order (Dkt. 1124), Defendants Google LLC et al. and Plaintiff Epic Games, Inc.
3  submit a redline comparison of the Proposed Modified Injunction (Dkt. No. 1119-3) and the
4  Existing Injunction (Dkt. No. 1017), attached hereto as Exhibit A.[1]

---

[1] All references to Dkt. No. are to the MDL docket, *In re Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD.

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 13, 2025 | **MUNGER, TOLLES & OLSON LLP** |
| | | Glenn D. Pomerantz |
| 3 | | Kuruvilla Olasa |
| | | Jonathan I. Kravis |
| 4 | | Justin P. Raphael |
| | | Dane P. Shikman |
| 5 | | Lauren N. Beck |

By: */s/ Glenn D. Pomerantz*

Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

DATED: November 13, 2025    **MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Leigha Beckman

By: */s/ Brian C. Rocca*

Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

DATED: November 13, 2025    **CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Michael J. Zaken *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)

By: */s/ Gary A. Bornstein*

Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  */s/ Gary A. Bornstein*
       Gary A. Bornstein