Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Consumer Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*State of Utah, et al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD

No. 3:21-md-02981-JD

**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF CONSUMER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Date: October 30, 2025
Time: 10:00 a.m.
Courtroom: 11, 19th Floor
Judge: Hon. James Donato

I, Karma M. Giulianelli, declare as follows:

1. I am a partner in the law firm of Bartlit Beck LLP. I am a member of the California bar and am admitted to practice in this Court.

2. I submit this declaration in support of the Consumer Plaintiffs' Motion for Attorneys' Fees and Costs. The facts set forth in this declaration are based on my personal knowledge and on business records associated with this matter and/or my firm. If called as a witness, I could and would testify competently thereto.

**THE BARTLIT BECK TEAM**

3. Bartlit Beck is one of the nation's leading trial law firms. We have a national practice and routinely handle complex, high stakes matters all over the country for some of the largest U.S. and international corporations. We recruit only the most accomplished law school graduates. We have been named "National Litigation Boutique of the Year" (*The American Lawyer*, 2022),"Trial Firm of the Year" (*Benchmark Litigation*, 2020), and recognized as the 2025 "Colorado Firm of the Year" and "Illinois Firm of the Year" *(Benchmark Litigation*, 2025). Bartlit Beck and its lawyers have also received acclaim and top rankings by Benchmark, BTI, Chambers USA, and other organizations. In particular, Bartlit Beck is widely recognized for work in high stakes antitrust cases as well as other "bet the company" cases. Bartlit Beck has successfully represented both plaintiffs and defendants in antitrust cases involving technology and internet commerce platforms, computer software and hardware, aircraft engines, pharmaceutical products, digital media and internet services, digital data transmission and satellite systems, and a variety of traditional manufacturing and service industries. Bartlit Beck has also represented plaintiffs and defendants in putative and certified class actions in federal and state courts throughout the United States concerning a broad range of claims, including antitrust, consumer fraud, environmental, toxic tort, product liability, and breach of warranty. Attached as **Annex 1** is Bartlit Beck's firm biography and attached hereto as **Annexes 4-6** are true and correct copies of publications documenting some of Bartlit Beck's accolades.

4. Bartlit Beck has worked on behalf of Consumer Class and Consumer Plaintiffs from case inception through settlement.[1] Bartlit Beck has taken a central role in this litigation on behalf of the Consumer Class.

5. The attorneys from Bartlit Beck who worked on this case were myself, Glen Summers, John Byars, Adam Hoeflich, Jameson Jones, Chris Lind, Jason Murray, Lee Mason, and Eric Dement.

6. I graduated from Stanford law School in 1996, *magna cum laude*. Following law school, I was selected for the Department of Justice Honors Program, where I was a core member of the investigatory and trial team in *United States v. Microsoft*, spending nearly eight months as one of six Department of Justice lawyers who tried the case. I joined Bartlit Beck as an associate in 1999 and was named partner in 2001. I have practiced law at Bartlit Beck continuously since then. I have focused on antitrust litigation for nearly 29 years and have spent over a full year in trial days in front of judges and juries as a leading trial team member in high-stakes antitrust cases. I am one of few lawyers in the United States that has tried rule of reason and monopolization cases to a jury. I have also tried non-antitrust cases with exposures in the hundreds of millions of dollars to juries in multiple jurisdictions throughout the United States. Earlier this year my partner Glen Summers and I secured $314,626,932 in damages in a groundbreaking jury verdict against Google on behalf of a class of California Android users whose cellular data Google converted. My clients have included a range of Fortune 500 companies, including Pratt & Whitney, Sabre, Inc., Hewlett Packard, E. I. duPont de Nemours & Company, and Tyco International Ltd. I have taught antitrust law as an Adjunct Professor at the University of Colorado, and I have spoken on antitrust issues at conferences and symposia over the past two decades. I have received various recognitions in industry publications. Earlier this year, I and my partner, Glen Summers, were named "Litigators of the Week" by *The American Lawyer*. I have been named as one of the Top

[1] "Co-Lead Counsel" refers to Karma Giulianelli of Bartlit Beck LLP and Hae Sung Nam of Kaplan, Fox and Kilsheimer LLP. Mss. Giulianelli and Nam were appointed as lead counsel of a putative class on December 16, 2020. "Consumer Class" refers to the Class that was certified on November 28, 2022, and later decertified on September 13, 2023.

250 Women in Litigation by *Benchmark Litigation* for the last two years in a row. A true and correct copy of my professional biography is attached hereto as **Annex 7**.

7. Glen Summers graduated from the University of Pennsylvania Law School in 1994, *magna cum laude*. He went on to clerk for J. Clifford Wallace, who was then Chief Judge of the United States Court of Appeals for the Ninth Circuit, and for Associate Justice Antonin Scalia of the United States Supreme Court. Mr. Summers joined Bartlit Beck in 1997 following his clerkship with Justice Scalia and was made partner in 1999. Mr. Summers is an accomplished first-chair trial lawyer who has handled high-stakes cases in jurisdictions across the country, including federal courts in California, Texas, New York, Missouri, and Colorado. Most recently, Mr. Summers secured a trial verdict against Google, discussed above, on behalf of a class of California Android users. His work has been recognized in accolades published by Benchmark Litigation, Chambers USA, and other legal publications. Recently, Mr. Summers and I were named "Litigators of the Week" by *The American Lawyer*. A true and correct copy of Mr. Summers' professional biography is attached hereto as **Annex 8**.

8. John Byars graduated from the University of Chicago Law School in 2001 with Honors, after receiving a Master's Degree in Economics from Clemson University. Mr. Byars was admitted to practice in 2001 and entered private practice with Weil, Gotshal & Manges LLP, focusing initially on cross-border mergers and acquisitions. He joined Bartlit Beck as an associate in 2005 and has been a partner since 2009. Mr. Byars' practice centers on complex litigation, including securities, antitrust, bankruptcy and other matters involving significant financial or economic issues. A true and correct copy of Mr. Byars' professional biography is attached hereto as **Annex 9**.

9. Adam Hoeflich graduated first in his class from the University of Illinois College of Law in 1991. He then clerked for Judge Thomas J. Meskill on the United States Court of Appeals for the Second Circuit and Judge Milton I. Shadur on the United States District Court for the Northern District of Illinois. Mr. Hoeflich joined Bartlit Beck in 1994. He is also a Professor of Practice at Northwestern Pritzker School of Law and previously was a Lecturer in Law at the

University of Chicago Law School. He is an elected member of the American Law Institute (ALI). Mr. Hoeflich has served as lead counsel in high-profile individual cases, multi-jurisdiction litigation, and appeals. His accomplishments have been broadly recognized by Chambers and Partners, Benchmark Litigation, and other legal publications. A true and correct copy of Mr. Hoeflich's professional biography is attached hereto as **Annex 10**.

10. Jameson Jones graduated from Stanford Law School in 2007 with the Order of the Coif designation. After graduating, he clerked for Jeffrey S. Sutton of the United States Court of Appeals for the Sixth Circuit, and for Associate Justice Antonin Scalia of the United States Supreme Court. Mr. Jones joined Bartlit Beck in 2009 and was elected partner in 2013. He is an experienced trial and appellate lawyer, representing clients in all stages of high stakes litigation involving commercial issues, products liability, mass torts, and intellectual property, including briefing and arguing a Supreme Court case. A true and correct copy of Mr. Jones' professional biography is attached hereto as **Annex 11**.

11. Chris Lind graduated first in his class from Northwestern University Pritzker School of Law in 1994. Mr. Lind went on to clerk for the Honorable A. Raymond Randolph on the United States Court of Appeals for the D.C. Circuit. Mr. Lind joined Bartlit Beck in 1994, where he was a partner until his retirement. Prior to his retirement, he served as lead trial counsel in high-profile matters before juries, judges, and arbitrators throughout the United States. Mr. Lind served as Special Trial Counsel to the United States in its antitrust enforcement action against Microsoft and is a Fellow of the prestigious American College of Trial Lawyers. A true and correct copy of Mr. Lind's professional biography is attached hereto as **Annex 12**.

12. Jason Murray graduated from Harvard Law School in 2011, *magna cum laude*. After law school, Mr. Murray clerked for the Honorable Justice Elena Kagan of the U.S. Supreme Court and the Honorable Neil Gorsuch of the Tenth Circuit Court of Appeals. Mr. Murray joined Bartlit Beck in 2012, where he was a partner until his departure in 2023. He has represented clients in a wide variety of litigation matters, including mass torts, antitrust, commercial contract disputes, intellectual property, and professional malpractice. A true and correct copy of Mr.

Murray's professional biography from the time of his departure from Bartlit Beck in 2023 is attached hereto as **Annex 13**.

13. Lee Mason graduated from the University of Chicago Law School in 2017 with High Honors, and as a recipient of the prestigious Kirkland & Ellis Scholar designation. He went on to clerk for Judge Richard Posner and then-Chief Judge Diane Wood on the United States Court of Appeals for the Seventh Circuit. Mr. Mason then worked as an associate at Kirkland Ellis for two years. He joined Bartlit Beck as an associate in 2021 and was elected partner in 2024. Mr. Mason has represented clients in a variety of disputes, including class action, antitrust, trade secret, contract, and False Claims Act cases. A true and correct copy of Mr. Mason's professional biography is attached hereto as **Annex 14**.

14. Eric Dement graduated from the University of Virginia School of Law in 2020, with the Order of the Coif designation. He then clerked for Judge John P. Cronan on the United States District Court for the Southern District of New York and Judge Daniel A. Bress on the United States Court of Appeals for the Ninth Circuit. He joined Bartlit Beck in 2022. Mr. Dement is a litigator with experience in high-stakes litigation matters. A true and correct copy of Mr. Dement's professional biography is attached hereto as **Annex 15**.

**BARTLIT BECK'S LEGAL FEES AND COSTS**

15. In accordance with this Court's December 16, 2020 Order re Interim Class Counsel (Dkt. 128), all Bartlit Beck attorneys, paralegals, and other billable personnel assigned to this matter made contemporaneous records of the time they devoted to this case, which were maintained in the ordinary course of business in an electronic database administered by our firm.

16. I and other attorneys and staff at Bartlit Beck, working at my direction, audited all billable time entries and deleted any entries in which descriptions were insufficiently detailed, tasks or entries that appeared duplicative, or if the specific task or amount of time billed was not reasonably necessary to advance the litigation in the interest of consumers. In addition, in accordance with the Court's order, fee documentation was submitted to Co-Lead Counsel on a monthly basis for review and the final compiled fee documentation has been provided to Co-Lead

Counsel for their additional audit and review. In my professional opinion and judgment, the entries supporting the time submitted with the Fee Motion are reliable.

17. Attached as **Annex 2** is a summary of the hours contemporaneously recorded by the billable Bartlit Beck personnel who performed significant work in the prosecution of this lawsuit. This summary identifies the total amount of time devoted to each category of tasks by each billable professional using codes that are consistent with those that have been used in recent class fee submissions in this Court and other federal courts within the Ninth Circuit. The summary also identifies each professional's name, title, hourly rate, and a calculation of the resulting fees. Detailed time entries are also available for inspection by the Court upon request.

18. I am personally familiar with the character, quality, and extent of the work performed by each of the lawyers and other billable professionals who performed work in this case. In my judgment, the work reflected on the tables attached hereto was necessary to advancing the litigation in the interests of consumers, consistent with the instructions and tasks assigned by Co-Lead Counsel, and performed competently and with efficiency.

19. Bartlit Beck is a pioneer in the use of alternative fee agreements and insists on non-hourly fee arrangements for significant litigation matters. Nevertheless, we maintain a schedule of hourly rates for our lawyers and other billable professionals based on a comparative assessment of the hourly rates charged by firms comprised of similarly talented lawyers and/or with which we frequently compete for business. Those rates for the Bartlit Beck attorneys and other professionals who performed significant work on this matter are set forth below for the years during which they performed work in the case, along with each professional's position, and the year she or he graduated from law school and began practicing law.

| **Name** | **Position** | **Year** | **2020 Rate** | **2021 Rate** | **2022 Rate** | **2023 Rate** |
|---|---|---|---|---|---|---|
| Karma Giulianelli | Partner | 1996 | $1,500 | $1,550 | $1,625 | $1,700 (Jan-Jul) / $1,850 (Aug-Dec) |
| Adam Hoeflich | Partner | 1991 | | | | $1,700 (Jan-Jul)/ $1,850 (Aug-Dec) |

| Name | Position | Year | 2020 Rate | 2021 Rate | 2022 Rate | 2023 Rate |
|---|---|---|---|---|---|---|
| Glen Summers | Partner | 1994 | $1,500 | $1,550 | $1,625 | $1,700 (Jan-Jul)/ $1,850 (Aug-Dec) |
| Chris Lind | Partner | 1994 | $1,500 | | | |
| John Byars | Partner | 2001 | | $1,350 | $1,415 | $1,485 |
| Jameson Jones | Partner | 2007 | $1,300 | $1,350 | $1,415 | |
| Jason Murray | Partner | 2011 | | | $1,205 | |
| Lee Mason | Associate | 2017 | | $950 | $1,000 | $1,050 |
| Eric Dement | Associate | 2020 | | | | $1,050 |
| Amanda Onorato | Paralegal | | | | | $350[2] |
| Toni Alford | Paralegal | | $350 | $350 | $350 | $350 |
| Krystle Wagner | Paralegal | | | | $350 | $350 |
| Tamara Hoogewerf | Paralegal | | | $350 | | |
| Nancy McCormick | Paralegal | | $350 | | $350 | $350 |
| Catherine McPherson | Paralegal | | $350 | $350 | $350 | $350 |
| Diane Ravenscraft | Paralegal | | | | | $350 |
| Juliana Thewis | Paralegal | | | | $350 | $350 |
| Beth Costner | Paralegal | | | $350 | | |
| Lisa Aguirre | Case Assistant | | $305 | $320 | $335 | |
| Helen Jones | Case Assistant | | | | | $350 |
| Nicole Hollingsworth | Case Assistant | | | | $335 | $350 |
| Kelin Bond | Case Assistant | | | $320 | $335 | |

[2] Consistent with the decision of Co-Lead Counsel to cap the rates of first-tier document review attorneys, we have capped the rates of the paralegals working on this case at $350, even though our competitor firms often bill out paralegals with comparable experience at higher rates.

| Name | Position | Year | 2020 Rate | 2021 Rate | 2022 Rate | 2023 Rate |
|---|---|---|---|---|---|---|
| Evgeny Taranda | Technical Advisor | | | $720 | | |
| Tim Poortenga | Technical Support | | | | $735 | |

20. These rates are consistent with the rates charged by firms that are most comparable to Bartlit Beck and with whom we most frequently compete for business. Listed below are examples of various rates charged by other such firms.

21. For example, our firm was founded by a group of prominent lawyers who left Kirkland & Ellis LLP, and we often look to Kirkland & Ellis as an appropriate benchmark for certain metrics including rates, including because the firm has lawyers viewed as comparable to ours, they represent the same types of clients we represent, and we frequently compete with them for business. Publicly available information obtained from fee applications submitted by Kirkland & Ellis indicates that it charges rates similar to, if not in excess of, those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

22. Attached hereto as **Annex 16** are selected excerpts of the Sixth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2022 through December 31, 2022, *In Re Voyager Digital Holdings, Inc.*, No. 22-10943-MEW (Bankr. S.D.N.Y. Mar. 22, 2023), Dkt. 1213. As shown in **Annex 16** at Exhibit B, Kirkland & Ellis's standard hourly rates in 2022 were $1,645 for a litigation partner admitted in 1999, $1,375 for a litigation partner admitted in 2004, and $1,035 for a litigation associate admitted in 2018.[3]

23. Attached hereto as **Annex 17** are selected excerpts of the Attorney Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for the Period August

[3] Practice areas and dates of admission were determined by cross referencing the names of attorneys provided in fee applications with biographies provided on the firm's website.

1, 2023, through August 31, 2023, *In re BlockFi Inc.*, No. 22-19361-MBK (Bankr. D.N.J. Oct. 27, 2023), Dkt. 1806. As shown in **Annex 17,** Kirkland & Ellis's standard hourly rates in 2023 were $1,855 for a litigation partner admitted in 1999, $1,550 for a litigation partner admitted in 2004, and $1,215 for a litigation attorney admitted in 2018.

24. Another firm that has lawyers viewed as comparable to ours, that represents the same types of clients we represent, and that we frequently compete with for business is Quinn Emanuel Urquhart & Sullivan, LLP. Publicly available information obtained from fee applications submitted by Quinn Emanuel indicates that it also charges rates similar to, if not in excess of, those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

25. Attached hereto as **Annex 18** is the Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023, *In re FTX Trading Ltd.*, No. 22-11068-JTD (Bankr. D. Del. Mar. 6, 2023), Dkt. 813. As shown in **Annex 18** at 2, in 2023 Quinn Emanuel's standard hourly rates were $1,593 for a litigation partner admitted in 1998, $1,440 for a litigation partner admitted in 2003, and $904 to $1,183 for litigation associates admitted in 2014 through 2021. Notably, Quinn Emanuel is one of the firms that represents Google in significant litigation matters.

26. Cravath, Swaine & Moore LLP, which represents Plaintiff Epic Games in this litigation, is another firm that has lawyers viewed as comparable to ours, that represents the same types of clients we represent, and with which we regularly compete for business. Publicly available information obtained from fee applications submitted by Cravath indicates that it also charges rates similar to, if not in excess of, those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

27. Attached hereto as **Annex 19** is the Third Monthly Fee Statement of Cravath, Swaine & Moore LLP for Compensation for Services and Reimbursement of Expenses as Counsel

to the Debtors and Debtors in Possession for the Period from April 1, 2021 through April 30, 2021, *In re Seadrill Limited*, No. 21-40327-DRJ (Bankr. S.D. Tex. May 14, 2021), Dkt. 704. As shown in **Annex 19** at Exhibit B, Cravath's hourly rate in 2021 for a litigation partner who began practicing law in 2006 was $1,665. Attached hereto as **Annex 20** is the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cravath, Swaine & Moore LLP as Co-Counsel to the Debtors, No. 24-12158-KBO (D. Del. Bankr. Oct. 17, 2024), Dkt. 163. As shown in **Annex 20** at 8, Cravath's hourly rates in 2024 are $2,205 for litigation partners admitted in 1999 and 2005, $1,285 for a litigation associate admitted in 2020, and $1,140 for a litigation associate admitted in 2022.

28. Latham & Watkins LLP is another firm that has lawyers viewed as comparable to ours, that represents the same types of clients we represent, and with whom we have both tried cases and competed for business. Publicly available fee applications submitted by Latham indicate that it charges rates similar to, if not in excess of, those listed above for Bartlit Beck for its attorneys with comparable levels of experience.

29. Attached as **Annex 21** are selected excerpts of the Combined Fifth Monthly Fee Statement of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from January 1, 2023 through February 28, 2023, *In re Celsius Network LLC*, No. 22-10964-MG (Bankr. S.D.N.Y. Apr. 14, 2023), Dkt. 2433. As shown in **Annex 21** at Exhibit B, Latham's standard hourly rate in 2023 was $1,690 for a litigation partner admitted in 1993, $1,390 for a litigation partner admitted in 2014, and $1,140 for a litigation associate admitted in 2018.

30. Munger, Tolles & Olson LLP is the firm that led Google's defense in this case. Attached as **Annex 22** are selected excerpts of the Monthly Fee Statement of Munger, Tolles & Olson LLP for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court Incurred from February 1, 2024 through February 29, 2024, *In re WeWork Inc.*, 23-19865-JKS (Bankr. D.N.J. Mar. 28, 2024), Dkt. 1578. As shown in **Annex 22** at Exhibit C, in 2024, Munger charged hourly rates as high as

$2,270 for senior partners, $1,580 for a litigation partner admitted in 2008, $1,235 for a litigation associate admitted in 2019, and $1,120 for a litigation associate admitted in 2021.

31. Highly experienced Bartlit Beck paralegals also performed work in connection with this case. The same publicly available fee applications discussed above indicate that their rates are in line with those charged by comparable/competitive firms. Those applications reveal hourly rates for paralegals of $480 at Kirkland & Ellis, $432 at Quinn Emanuel, and up to $570 at Latham & Watkins. *See* **Annex 16** at Exhibit B (Kirkland); **Annex 18** at 2 (Quinn); **Annex 21** at Exhibit B (Latham).

32. Attached as **Annex 3** is a summary of the costs Barlit Beck incurred in prosecuting this lawsuit on behalf of Consumer Plaintiffs, separate from the litigation fund assessments. The expenses incurred are reflected in the books and records of Bartlit Beck. These books and records are prepared from checks and expense vouchers regularly kept and maintained by the firm and accurately reflect expenses incurred.

33. The compensation to Bartlit Beck for the services rendered on behalf of Consumer Plaintiffs is wholly contingent. Bartlit Beck received no external funding for this litigation. Any fees and reimbursement of expenses will be limited to such amounts as approved by the Court.

34. I hereby certify that the fees and costs sought were actually incurred and were reasonably necessary to the prosecution of this multiyear class action lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2025.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli

# Annex 1

BartlitBeck LLP

# EXPERIENCED & DEDICATED TEAMS




Our track record of success is due to our experienced and dedicated teams.

Our lawyers average 16 years of experience, and over 80% are partners. In every year of the last decade, about 80% of our lawyers have taken or defended depositions, two-thirds have argued substantive motions, and over half have gone to trial.

At Bartlit Beck, over one-third of our lawyers has first-chair trial experience in significant commercial litigation. In contrast, many firms have a star or two surrounded by supporting players and much of their trial experience is not in high-stakes commercial matters but instead was gained doing criminal/government work.

Our lawyers intensely focus on only a small number of cases at a time, allowing each team member to have command of the entire case. We believe our approach ensures better quality and results for our clients because each team member has a thorough understanding of the client's goals and the path to success. This is a stark difference from those firms that spread senior lawyers across a large number of matters, leaving important execution to less experienced, siloed colleagues.

BartlitBeck LLP

# OUR APPROACH



*"They know how to take a case to trial and win. From the very first moment they take the case their focus is on how best to present the case to the judge and jury, the stuff that really matters when you're going to trial."*

- STERLING MILLER, FORMER EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL, SABRE HOLDINGS

We make complex things simple.

We focus on what matters and what makes a difference. We focus on the ultimate outcome. All the time.

We immediately identify key themes and focus on the "mountaintops," refining those themes as necessary when we learn more. We don't litigate for the sake of litigating. Our eye is toward trial, but without losing sight of summary judgement and settlement.

We approach discovery as a tool to help us understand the facts and make a convincing case at trial, not as an end to itself.

We win by showing the jury/judge the evidence, rather than telling them why they should come out our way. We help them reach the right decision on their own.

We use technology to find, filter, and present the key evidence. We use demonstratives and graphics to boil down the key concepts to a few memorable images, which become the anchors of our theory of the case.

We partner with our clients and any co-counsel as a unified team.

We establish ourselves with the judge and jury as the teacher, the reliable source of information. Our credibility is everything.

BartlitBeck LLP

# SUPERIOR TALENT



*"A roster of litigation stars"*

- THE NATIONAL LAW JOURNAL

We hire immensely talented lawyers and retain them. We invest heavily in training our lawyers with the intention that they will spend their careers here (our annual attrition rate of ~1-2% stands in stark contrast to reported competitor rates as high as 25%), and we promote from within rather than hiring lateral partners. This provides consistency to our clients and frees our lawyers to collaborate without sharp elbows, focusing on obtaining the best possible results.

Our firm is in a class by itself:

- The lion's share of our lawyers served as federal judicial clerks, and approximately 25% of the lawyers who joined the firm in the last 15 years served as clerks for Justices of the United States Supreme Court.
- Nearly all graduated close to the top of their law school class.
- More than half served as Law Review editors.
- Our ranks include lawyers who have been awarded Rhodes and Marshall Scholarships, Justice Department Honors Program participants, MBAs, and law school professors/lecturers.

# Annex
# 2

# Bartlit Beck Fees in Connection with Google Play Litigation

From July 1, 2020 to October 12, 2023

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Giulianelli, Karma | Partner | 1<br>1 | 26<br>4.50 | $1,700<br>$1,850 | 52.50 | $1,625 | 204 | $1,550 | 24.20 | $1,500 | $490,337.50 |
| Giulianelli, Karma | Partner | 2<br>2 | 10.90<br>2.10 | $1,700<br>$1,850 | 14 | $1,625 | 64.02 | $1,550 | 1 | $1,500 | $145,896 |
| Giulianelli, Karma | Partner | 3<br>3 | 89.70<br>10.60 | $1,700<br>$1,850 | 193.10 | $1,625 | 274.30 | $1,550 | 61.10 | $1,500 | $1,002,702.50 |
| Giulianelli, Karma | Partner | 5<br>5 | 28.10<br>4.10 | $1,700<br>$1,850 | 63.10 | $1,625 | 365.88 | $1,550 | 97.40 | $1,500 | $871,106.50 |
| Giulianelli, Karma | Partner | 6<br>6 | 80.70<br>8.90 | $1,700<br>$1,850 | 139.70 | $1,625 | 86.40 | $1,550 | 141.10 | $1,500 | $726,237.50 |
| Giulianelli, Karma | Partner | 7<br>7 | 7.40<br>0.60 | $1,700<br>$1,850 | 47 | $1,625 | 120.34 | $1,550 | 36.90 | $1,500 | $331,942 |
| Giulianelli, Karma | Partner | 8<br>8 | 5.60<br>0.80 | $1,700<br>$1,850 | 10.60 | $1,625 | 7.50 | $1,550 | 0 | $1,500 | $39,850 |
| Giulianelli, Karma | Partner | 9<br>9 | 290<br>0 | $1,700<br>$1,850 | 620.60 | $1,625 | 198.90 | $1,550 | 0 | $1,500 | $1,809,770 |
| Giulianelli, Karma | Partner | 10<br>10 | 170.60<br>23 | $1,700<br>$1,850 | 130 | $1,625 | 29.10 | $1,550 | 17.80 | $1,500 | $615,625 |
| Giulianelli, Karma | Partner | 11<br>11 | 33.80<br>16 | $1,700<br>$1,850 | 414.60 | $1,625 | 245.76 | $1,550 | 63.95 | $1,500 | $1,237,638 |
| Giulianelli, Karma | Partner | 12<br>12 | 48<br>43.2 | $1,700<br>$1,850 | 166.40 | $1,625 | 0 | $1,550 | 0 | $1,500 | $431,920 |
| Giulianelli, Karma | Partner | 13<br>13 | 138.40<br>21.00 | $1,700<br>$1,850 | 18.50 | $1,625 | 0 | $1,550 | 0 | $1,500 | $304,192.5 |
| Giulianelli, Karma | Partner | 15<br>15 | 38.10<br>9 | $1,700<br>$1,850 | 9.50 | $1,625 | 0 | $1,550 | 0 | $1,500 | $96,857.50 |
| | | | | | | | | | | | |
| Summers, Glen | Partner | 1<br>1 | 5.10<br>0.60 | $1,700<br>$1,850 | 0 | $1,625 | 10.90 | $1,550 | 0 | $1,500 | $26,675 |
| Summers, Glen | Partner | 2<br>2 | 0<br>0.50 | $1,700<br>$1,850 | 6.60 | $1,625 | 32.75 | $1,550 | 1.30 | $1,500 | $64,362.50 |
| Summers, Glen | Partner | 3<br>3 | 70.50<br>5.20 | $1,700<br>$1,850 | 107.50 | $1,625 | 96.79 | $1,550 | 22.20 | $1,500 | $487,482 |
| Summers, Glen | Partner | 5<br>5 | 5.50<br>1.20 | $1,700<br>$1,850 | 6.90 | $1,625 | 16.40 | $1,550 | 0 | $1,500 | $48,202.50 |
| Summers, Glen | Partner | 6<br>6 | 168.80<br>3.10 | $1,700<br>$1,850 | 77.70 | $1,625 | 4.83 | $1,550 | 13.40 | $1,500 | $446,544 |
| Summers, Glen | Partner | 7<br>7 | 29.80<br>5.10 | $1,700<br>$1,850 | 17.40 | $1,625 | 2.5 | $1,550 | 4.25 | $1,500 | $98,620 |
| Summers, Glen | Partner | 9<br>9 | 1.30<br>0 | $1,700<br>$1,850 | 183 | $1,625 | 64.20 | $1,550 | 0 | $1,500 | $399,095 |
| Summers, Glen | Partner | 10<br>10 | 155.10<br>1.30 | $1,700<br>$1,850 | 22.50 | $1,625 | 13.18 | $1,550 | 19.15 | $1,500 | $351,791.50 |
| Summers, Glen | Partner | 11<br>11 | 1.70<br>4.80 | $1,700<br>$1,850 | 48 | $1,625 | 12.20 | $1,550 | 3.65 | $1,500 | $114,155 |
| Summers, Glen | Partner | 12<br>12 | 18.20<br>7.90 | $1,700<br>$1,850 | 135.30 | $1,625 | 0 | $1,550 | 0 | $1,500 | $265,417.50 |
| Summers, Glen | Partner | 13<br>13 | 16.20<br>3.30 | $1,700<br>$1,850 | 7.10 | $1,625 | 0 | $1,550 | 0 | $1,500 | $45,182.50 |
| Summers, Glen | Partner | 15<br>15 | 35.80<br>2.10 | $1,700<br>$1,850 | 0 | $1,625 | 0 | $1,550 | 0 | $1,500 | $64,745 |
| | | | | | | | | | | | |
| Byars, John | Partner | 1 | 47.9 | $1,485 | 26.9 | $1,415 | 145.65 | $1,350 | 0 | 0 | $305,822.50 |
| Byars, John | Partner | 2 | 1.9 | $1,485 | 7.7 | $1,415 | 30.1 | $1,350 | 0 | 0 | $54,352 |
| Byars, John | Partner | 3 | 59.4 | $1,485 | 91 | $1,415 | 47 | $1,350 | 0 | 0 | $280,424 |
| Byars, John | Partner | 5 | 15.6 | $1,485 | 17.9 | $1,415 | 50.1 | $1,350 | 0 | 0 | $116,129.50 |

## Bartlit Beck Fees in Connection with Google Play Litigation

From July 1, 2020 to October 12, 2023

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Byars, John | Partner | 6 | 119.2 | $1,485 | 76.9 | $1,415 | 75.55 | $1,350 | 0 | 0 | $387,818 |
| Byars, John | Partner | 7 | 23.3 | $1,485 | 164.4 | $1,415 | 230 | $1,350 | 0 | 0 | $577,726.50 |
| Byars, John | Partner | 8 | 10.7 | $1,485 | 30.2 | $1,415 | 16.4 | $1,350 | 0 | 0 | $80,762.50 |
| Byars, John | Partner | 9 | 185.2 | $1,485 | 392.4 | $1,415 | 136.9 | $1,350 | 0 | 0 | $1,015,083 |
| Byars, John | Partner | 10 | 114.2 | $1,485 | 64.6 | $1,415 | 3.4 | $1,350 | 0 | 0 | $265,586 |
| Byars, John | Partner | 11 | 23.1 | $1,485 | 576.6 | $1,415 | 113 | $1,350 | 0 | 0 | $1,002,742.50 |
| Byars, John | Partner | 12 | 20.6 | $1,485 | 98.9 | $1,415 | 0 | $1,350 | 0 | 0 | $170,534.50 |
| Byars, John | Partner | 13 | 43.1 | $1,485 | 0 | $1,415 | 0 | $1,350 | 0 | 0 | $64,003.50 |
| | | | | | | | | | | | |
| Hoeflich, Adam | Partner | 3<br>3 | 2.60<br>0.50 | $1,700<br>$1,850 | 0 | 0 | 0 | 0 | 0 | 0 | $5,345 |
| Hoeflich, Adam | Partner | 9<br>9 | 5<br>0 | $1,700<br>$1,850 | 0 | 0 | 0 | 0 | 0 | 0 | $8,500 |
| Hoeflich, Adam | Partner | 12<br>12 | 0<br>0.50 | $1,700<br>$1,850 | 0 | 0 | 0 | 0 | 0 | 0 | $925 |
| Hoeflich, Adam | Partner | 13<br>13 | 1.20<br>0 | $1,700<br>$1,850 | 0 | 0 | 0 | 0 | 0 | 0 | $2,040 |
| Hoeflich, Adam | Partner | 15<br>15 | 112.60<br>14.80 | $1,700<br>$1,850 | 0 | 0 | 0 | 0 | 0 | 0 | $218,800 |
| | | | | | | | | | | | |
| Jones, Jameson | Partner | 1 | 0 | 0 | 0 | $1,415 | 2.8 | $1,350 | 1.2 | $1,300 | $5,340 |
| Jones, Jameson | Partner | 2 | 0 | 0 | 0.5 | $1,415 | 28.03 | $1,350 | 4.1 | $1,300 | $43,878 |
| Jones, Jameson | Partner | 3 | 0 | 0 | 0.7 | $1,415 | 27.8 | $1,350 | 7.7 | $1,300 | $48,530.50 |
| Jones, Jameson | Partner | 5 | 0 | 0 | 0 | $1,415 | 11.2 | $1,350 | 9.57 | $1,300 | $27,561 |
| Jones, Jameson | Partner | 6 | 0 | 0 | 0 | $1,415 | 2.7 | $1,350 | 36.35 | $1,300 | $50,900 |
| Jones, Jameson | Partner | 10 | 0 | 0 | 0 | $1,415 | 1.8 | $1,350 | 4.2 | $1,300 | $7,890 |
| Jones, Jameson | Partner | 11 | 0 | 0 | 0 | $1,415 | 11.2 | $1,350 | 8.9 | $1,300 | $26,690 |
| | | | | | | | | | | | |
| Lind, Chris | Partner | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | $1,500 | $22,500 |
| | | | | | | | | | | | |
| Murray, Jason | Partner | 10 | 0 | 0 | 6.40 | $1,205 | 0 | 0 | 0 | 0 | $7,712 |
| | | | | | | | | | | | |
| Mason, Lee | Associate | 1 | 18.2 | $1,050 | 30.5 | $1,000 | 74.8 | $950 | 0 | 0 | $120,670 |
| Mason, Lee | Associate | 2 | 5.7 | $1,050 | 7.4 | $1,000 | 36.5 | $950 | 0 | 0 | $48,060 |
| Mason, Lee | Associate | 3 | 37.1 | $1,050 | 68.1 | $1,000 | 74.7 | $950 | 0 | 0 | $178,020 |
| Mason, Lee | Associate | 5 | 19.2 | $1,050 | 48.7 | $1,000 | 43 | $950 | 0 | 0 | $109,710 |
| Mason, Lee | Associate | 6 | 252.6 | $1,050 | 297.7 | $1,000 | 51.5 | $950 | 0 | 0 | $611,855 |
| Mason, Lee | Associate | 7 | 4.3 | $1,050 | 46.2 | $1,000 | 36.9 | $950 | 0 | 0 | $85,770 |
| Mason, Lee | Associate | 8 | 3.5 | $1,050 | 5.1 | $1,000 | 7.9 | $950 | 0 | 0 | $16,280 |
| Mason, Lee | Associate | 9 | 366.4 | $1,050 | 485.4 | $1,000 | 144.4 | $950 | 0 | 0 | $1,007,300 |
| Mason, Lee | Associate | 10 | 86 | $1,050 | 154.1 | $1,000 | 9 | $950 | 0 | 0 | $252,950 |
| Mason, Lee | Associate | 11 | 80.9 | $1,050 | 437.7 | $1,000 | 176.1 | $950 | 0 | 0 | $689,940 |
| Mason, Lee | Associate | 12 | 8.7 | $1,050 | 100.5 | $1,000 | 0 | 0 | 0 | 0 | $109,635 |

## Bartlit Beck Fees in Connection with Google Play Litigation

From July 1, 2020 to October 12, 2023

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mason, Lee | Associate | 13 | 205.8 | $1,050 | 7.7 | $1,000 | 0 | 0 | 0 | 0 | $223,790 |
| Mason, Lee | Associate | 15 | 215.8 | $1,050 | 11.9 | $1,000 | 0 | 0 | 0 | 0 | $238,490 |
| | | | | | | | | | | | |
| Dement, Eric | Associate | 15 | 120.60 | $1,050 | 0 | 0 | 0 | 0 | 0 | 0 | $126,630 |
| | | | | | | | | | | | |
| Onorato, Amanda | Paralegal | 5 | 229.9 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $80,465.00 |
| Onorato, Amanda | Paralegal | 6 | 144.5 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $50,575.00 |
| Onorato, Amanda | Paralegal | 8 | 4 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $1,400.00 |
| Onorato, Amanda | Paralegal | 9 | 86.6 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $30,310.00 |
| Onorato, Amanda | Paralegal | 10 | 29 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $10,150.00 |
| Onorato, Amanda | Paralegal | 11 | 3.5 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $1,225.00 |
| Onorato, Amanda | Paralegal | 13 | 115.3 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $40,355.00 |
| Onorato, Amanda | Paralegal | 15 | 62.8 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $21,980.00 |
| | | | | | | | | | | | |
| Alford, Toni | Paralegal | 3 | 0 | $350 | 1 | $350 | 0.5 | $350 | 0 | $350 | $525.00 |
| Alford, Toni | Paralegal | 5 | 2.5 | $350 | 64.2 | $350 | 127.71 | $350 | 39.45 | $350 | $81,851.00 |
| Alford, Toni | Paralegal | 6 | 0 | $350 | 16 | $350 | 35.6 | $350 | 24.5 | $350 | $26,635.00 |
| Alford, Toni | Paralegal | 8 | 0 | $350 | 0 | $350 | 4.3 | $350 | 0 | $350 | $1,505.00 |
| Alford, Toni | Paralegal | 9 | 2 | $350 | 27.5 | $350 | 6.4 | $350 | 0 | $350 | $12,565.00 |
| Alford, Toni | Paralegal | 10 | 26 | $350 | 12.5 | $350 | 0 | $350 | 0 | $350 | $13,475.00 |
| Alford, Toni | Paralegal | 11 | 23.5 | $350 | 71.9 | $350 | 18.5 | $350 | 0.5 | $350 | $40,040.00 |
| | | | | | | | | | | | |
| Hoogewerf, Tamara | Paralegal | 6 | 0 | 0 | 0 | 0 | 2 | $350 | 0 | 0 | $700.00 |
| | | | | | | | | | | | |
| McCormick, Nancy | Paralegal | 1 | 10.9 | $350 | 5.3 | $350 | 0 | 0 | 0 | $350 | $5,670.00 |
| McCormick, Nancy | Paralegal | 6 | 0 | $350 | 0 | $350 | 0 | 0 | 1.35 | $350 | $472.50 |
| McCormick, Nancy | Paralegal | 13 | 3.8 | $350 | 0 | $350 | 0 | 0 | 0 | $350 | $1,330.00 |
| | | | | | | | | | | | |
| McPherson, Catherine | Paralegal | 5 | 0 | $350 | 1 | $350 | 4.5 | $350 | 6 | $350 | $4,025.00 |
| McPherson, Catherine | Paralegal | 6 | 4 | $350 | 0 | $350 | 0 | $350 | 0 | $350 | $1,400.00 |
| | | | | | | | | | | | |
| Ravenscraft, Diane | Paralegal | 5 | 3.5 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $1,225.00 |
| Ravenscraft, Diane | Paralegal | 10 | 5.5 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $1,925.00 |
| | | | | | | | | | | | |
| Thewis, Juliana | Paralegal | 5 | 0 | $350 | 6 | $350 | 0 | 0 | 0 | 0 | $2,100.00 |
| Thewis, Juliana | Paralegal | 9 | 0 | $350 | 5 | $350 | 0 | 0 | 0 | 0 | $1,750.00 |
| Thewis, Juliana | Paralegal | 15 | 36.8 | $350 | 0 | $350 | 0 | 0 | 0 | 0 | $12,880.00 |
| | | | | | | | | | | | |
| Wagner, Krystle | Paralegal | 3 | 0 | $350 | 2 | $350 | 0 | 0 | 0 | 0 | $700.00 |
| Wagner, Krystle | Paralegal | 5 | 5 | $350 | 4.5 | $350 | 0 | 0 | 0 | 0 | $3,325.00 |

## Bartlit Beck Fees in Connection with Google Play Litigation

From July 1, 2020 to October 12, 2023

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wagner, Krystle | Paralegal | 6 | 24 | $350 | 41.7 | $350 | 0 | 0 | 0 | 0 | $22,995.00 |
| Wagner, Krystle | Paralegal | 8 | 0 | $350 | 0.5 | $350 | 0 | 0 | 0 | 0 | $175.00 |
| Wagner, Krystle | Paralegal | 9 | 16.5 | $350 | 61 | $350 | 0 | 0 | 0 | 0 | $27,125.00 |
| Wagner, Krystle | Paralegal | 10 | 19 | $350 | 7 | $350 | 0 | 0 | 0 | 0 | $9,100.00 |
| Wagner, Krystle | Paralegal | 11 | 1 | $350 | 90 | $350 | 0 | 0 | 0 | 0 | $31,850.00 |
| Wagner, Krystle | Paralegal | 12 | 0 | $350 | 14.5 | $350 | 0 | 0 | 0 | 0 | $5,075.00 |
| Wagner, Krystle | Paralegal | 13 | 0.5 | $350 | 0 | $350 | 0 | 0 | 0 | 0 | $175.00 |
| Wagner, Krystle | Paralegal | 15 | 0 | $350 | 4 | $350 | 0 | 0 | 0 | 0 | $1,400.00 |
| | | | | | | | | | | | |
| Costner, Beth | Paralegal | 6 | 0 | 0 | 0 | 0 | 2.80 | $350 | 0 | 0 | $980.00 |
| | | | | | | | | | | | |
| Aguirre, Lisa | Case Assistant | 5 | 0 | 0 | 1 | $335 | 72.20 | $320 | 279.80 | $305 | $108,778 |
| | | | | | | | | | | | |
| Jones, Helen | Case Assistant | 5 | 198.3 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $69,405.00 |
| Jones, Helen | Case Assistant | 6 | 1.3 | $350 | 0 | 0 | 0 | 0 | 0 | 0 | $455.00 |
| | | | | | | | | | | | |
| Hollingsworth, Nicole | Case Assistant | 5 | 65.4 | $350 | 73.95 | $335 | 0 | 0 | 0 | 0 | $47,663.25 |
| Hollingsworth, Nicole | Case Assistant | 6 | 3 | $350 | 0 | $335 | 0 | 0 | 0 | 0 | $1,050.00 |
| Hollingsworth, Nicole | Case Assistant | 9 | 9.3 | $350 | 30.4 | $335 | 0 | 0 | 0 | 0 | $13,439.00 |
| Hollingsworth, Nicole | Case Assistant | 10 | 7.3 | $350 | 0 | $335 | 0 | 0 | 0 | 0 | $2,555.00 |
| Hollingsworth, Nicole | Case Assistant | 11 | 0 | $350 | 22.5 | $335 | 0 | 0 | 0 | 0 | $7,537.50 |
| Hollingsworth, Nicole | Case Assistant | 12 | 0 | $350 | 3.8 | $335 | 0 | 0 | 0 | 0 | $1,273.00 |
| | | | | | | | | | | | |
| Bond, Kelin | Case Assistant | 1 | 0 | 0 | 0 | $335 | 2.25 | $320 | 0 | 0 | $720 |
| Bond, Kelin | Case Assistant | 5 | 0 | 0 | 172.6 | $335 | 314.9 | $320 | 0 | 0 | $158,589 |
| Bond, Kelin | Case Assistant | 6 | 0 | 0 | 10.5 | $335 | 0 | $0 | 0 | 0 | $3,517.50 |
| Bond, Kelin | Case Assistant | 9 | 0 | 0 | 54 | $335 | 3.5 | $320 | 0 | 0 | $19,210 |
| Bond, Kelin | Case Assistant | 11 | 0 | 0 | 20.1 | $335 | 1 | $320 | 0 | 0 | $7,053.50 |
| | | | | | | | | | | | |
| Taranda, Evgeny | Other Biller | 1 | 0 | 0 | 0 | 0 | 46.25 | $720 | 0 | 0 | $33,300 |
| Taranda, Evgeny | Other Biller | 3 | 0 | 0 | 0 | 0 | 4.5 | $720 | 0 | 0 | $3,240 |
| Taranda, Evgeny | Other Biller | 7 | 0 | 0 | 0 | 0 | 8 | $720 | 0 | 0 | $5,760 |
| Taranda, Evgeny | Other Biller | 11 | 0 | 0 | 0 | 0 | 2.5 | $720 | 0 | 0 | $1,800 |
| | | | | | | | | | | | |

# Bartlit Beck Fees in Connection with Google Play Litigation

From July 1, 2020 to October 12, 2023

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Poortenga, Tim | Other Biller | 10 | 12.80 | $735 | 0 | 0 | 0 | 0 | 0 | 0 | $9,408 |
| | | | | | | | | | | | |
| **TOTAL** | | | | | | | | | | | **$20,177,230.75** |

**Category Codes**

(1) Investigation / Factual or Legal Research
(2) Lead Counsel Calls/Meetings
(3) Attorney Communications
(4) Client Communications
(5) Case Management & Litigation Strategy
(6) Pleadings/Briefs/Pretrial Motions
(7) Discovery (Draft/Respond/Meet & Confer)
(8) Discovery (Document Review)
(9) Discovery (Depositions)
(10) Court Appearances & Preparation
(11) Experts/Consultants
(12) Settlement/Mediation
(13) Trial Preparation
(14) Trial
(15) Appeals

# Annex 3

## Bartlit Beck Costs in Connection with Google Play Litigation

From July 1, 2020 to February 29, 2024

| Categories | Sum of Amount |
|---|---|
| **Computer Research Services (Lexis/Westlaw)** | **$ 24,778.96** |
| 2020 | $ 192.75 |
| 2021 | $ 4,770.66 |
| 2022 | $ 6,227.39 |
| 2023 | $ 13,494.36 |
| 2024 | $ 93.80 |
| **Duplicating** | **$ 14,053.87** |
| 2020 | $ 1,506.88 |
| 2021 | $ 6,343.30 |
| 2022 | $ 4,686.70 |
| 2023 | $ 1,495.89 |
| 2024 | $ 21.10 |
| **Federal Express** | **$ 3,390.79** |
| 2020 | $ 55.41 |
| 2021 | $ 356.41 |
| 2022 | $ 2,178.11 |
| 2023 | $ 800.86 |
| **Other Expenses*** | **$ 14,542.40** |
| 2020 | $ 2,953.00 |
| 2021 | $ 727.98 |
| 2022 | $ 3,345.17 |
| 2023 | $ 7,516.25 |
| **Postage** | **$ 78.50** |
| 2020 | $ 67.85 |
| 2022 | $ 10.65 |
| **Transcript Fees** | **$ 1,805.76** |
| 2020 | $ 536.76 |
| 2021 | $ 1,269.00 |
| **Travel Expenses**** | **$ 102,926.26** |
| 2021 | $ 5,680.13 |
| 2022 | $ 41,648.11 |
| 2023 | $ 54,907.52 |
| 2024 | $ 690.50 |
| **Grand Total** | **$ 161,576.54** |

*Other Expenses includes: database hosting, *pro hac vice* filing fees, conference room rentals, document retrievals, and literature subscriptions.
**Travel Expenses includes economy class airfare, hotels, meals, and ground transportation. The only travel expenses in 2024 are for travel to the February 2024 preliminary approval hearing.

# Annex
# 4

Search for firms, practitioners and jurisdictions Search

# Benchmark US 2020 awards - New York winners announced!

27 February 2020 | by Michael Rafalowich

Tags: Debevoise & Plimpton Wiggin and Dana Polsinelli UB Greensfelder Kirkland & Ellis Simpson Thacher & Bartlett Gass Turek LLC Sills Cummis & Gross United States (National) Alabama Arkansas Connecticut District of Columbia Delaware Florida Iowa Illinois Indiana Kansas Kentucky Louisiana Massachusetts Maryland Maine Michigan Minnesota Missouri Mississippi North Carolina North Dakota New Hampshire New Jersey New York Ohio Pennsylvania Rhode Island South Carolina Tennessee Texas Virginia Vermont Wisconsin West Virginia Georgia (State) Dispute resolution

On February 27th ***Benchmark Litigation*** hosted the first part of it ninth annual US awards in which it recognized the country's most distinguished litigators and their firms for their work over the past twelve months.

This year for the first time the brand is having two seperate ceremonies, one on the East coast at the **Pierre, New York** on *February 27* and one on the West coast at **The St Regis, San Francisco** on *March 5*.

In New York the sold-out audience saw Katherine Forrest of Cravath Swaine & Moore and Ted Wells of Paul Weiss inducted into the *Benchmark Litigation Hall of Fame*. Wells also took the coveted award of "*Trial Lawyer of the Year.*"

Another highlight of the evening was Simpson Thacher's Jonathan Youngwood collecting the *Pro Bono award* for his firm for its work in the Brown v. Madison County case concerning racially motivated policing.

Firms from over half of the states plus DC were represented in the room. More firms will be attending the inaugural West Coast ceremony on March 14. Please click the link below to see the shortlist for that ceremony or email **rebecca.synnott@euromoneyny.com** for more details.

***Benchmark US Awards West Coast Ceremony shortlist***

Photographs from the New York award ceremony may be found ***HERE***.

Congratulations to the winners, all of which are listed below:

## STATE FIRM AWARDS

**Alabama Firm of the Year**
Lightfoot Franklin & White

**Arkansas Firm of the Year**
Quattlebaum Grooms & Tull

**Connecticut Firm of the Year**
Wiggin and Dana

**Delaware Firm of the Year**
Ross Aronstam & Moritz

**District of Columbia Firm of the Year**
Williams & Connolly

**Florida Firm of the Year**
Podhurst Orseck

**Georgia Firm of the Year**
King & Spalding

**Illinois Firm of the Year**
Kirkland & Ellis

**Indiana Firm of the Year**
Faegre Baker Daniels

**Iowa Firm of the Year**
Nyemaster Goode

**Kansas Firm of the Year**
Rouse Frets Goss White Gentile & Rhodes

**Kentucky Firm of the Year**
Stites & Harbison

**Louisiana Firm of the Year**
Barrasso Usdin Kupperman Freeman & Sarver

**Maine Firm of the Year**
Preti Flaherty Beliveau & Pachios

**Maryland Firm of the Year**
Nelson Mullins Riley & Scarborough

**Massachusetts Firm of the Year**
Choate Hall & Stewart

**Michigan Firm of the Year**
Bodman

**Minnesota Firm of the Year**
Blackwell Burke

**Mississippi Firm of the Year**
Brunini Grantham Grower & Hewes

**Missouri Firm of the Year**
Polsinelli

**New Hampshire Firm of the Year**
Nixon Peabody

**New Jersey Firm of the Year**
Sills Cummis & Gross

**New York Firm of the Year**
Wachtell Lipton Rosen & Katz

**North Carolina Firm of the Year**
Smith Anderson

**North Dakota Firm of the Year**
Zuger Kirmis & Smith

**Ohio Firm of the Year**
Ulmer & Berne

**Pennsylvania Firm of the Year**
Saul Ewing Arnstein & Lehr

**Rhode Island Firm of the Year**
Adler Pollock & Sheehan

**South Carolina Firm of the Year**
Nelson Mullins Riley & Scarborough

**Tennessee Firm of the Year**
Bradley

**Texas Firm of the Year**
Gibbs & Bruns

**Vermont Firm of the Year**
Paul Frank + Collins

**Virginia Firm of the Year**
Hunton Andrews Kurth

**West Virginia Firm of the Year**
Bowles Rice

**Wisconsin Firm of the Year**
Gass Weber Mullins

## PRACTICE AREA FIRMS OF THE YEAR

**Antitrust Firm of the Year**
Winston & Strawn

**Appellate Firm of the Year**
Gibson Dunn & Crutcher

**Bankruptcy Firm of the Year**
Proskauer

**General Commercial Firm of the Year**
Paul Weiss Rifkind Wharton & Garrison

**Insurance Firm of the Year**
Blank Rome

**Intellectual Property Firm of the Year**
Williams & Connolly

**International Arbitration Firm of the Year**
Cleary Gottlieb Steen & Hamilton

**Product Liability Firm of the Year**
Nelson Mullins Riley & Scarborough

**Securities Firm of the Year**
Simpson Thacher & Bartlett

**White Collar Crime/Enforcement/Investigations Firm of the Year**
Debevoise & Plimpton

**Boutique Firm of the Year Firm of the Year**
Kaplan Hecker & Fink

**Plaintiff Firm of the Year**
Pomerantz

**Trial Firm of the Year**
Bartlit Beck

## LABOR & EMPLOYMENT AWARDS

**Labor & Employment Management-Side Firm of the Year**
Seyfarth Shaw

**Labor & Employment Management-Side Attorney of the Year**
Elise Bloom
Proskauer

**Labor & Employment Employee-Side Firm of the Year**
Sanford Heisler & Sharp

**Labor & Employment Employee-Side Attorney of the Year**
Shannon Liss-Riordan
Lichten & Liss-Riordan

## PRACTICE AREA ATTORNEYS OF THE YEAR

**Antitrust Attorney of the Year**
Kevin Orsini
Cravath Swaine & Moore

**Appellate Attorney of the Year**
Willy Jay
Goodwin

**Bankruptcy Attorney of the Year**
Martin Bienenstock
Proskauer

**General Commercial Attorney of the Year**
Orin Snyder
Gibson Dunn & Crutcher

**Insurance Attorney of the Year**
Robert Horkovich
Anderson Kill

**Intellectual Property Attorney of the Year**
Max Tribble
Susman & Godfrey

**International Arbitration Attorney of the Year**
Michael Kim
Kobre & Kim

**Product Liability Attorney of the Year**
Allison Brown
Skadden

**Securities Attorney of the Year**
Adam Hakki
Shearman & Sterling

**White Collar Crime/Investigations/Enforcement Attorney of the Year**
Sean Hecker
Kaplan Hecker & Fink

**Plaintiff Attorney of the Year**
Bill Reid
Reid Collins & Tsai

**Trial Lawyer of the Year**
Ted Wells
Paul Weiss Rifkind Wharton & Garrison

## HALL OF FAME

**Katherine Forrest**
Cravath Swaine & Moore

**Ted Wells**
Paul Weiss Rifkind Wharton & Garrison

## IMPACT CASES

- *New York v. ExxonMobil (Paul Weiss Rifkind Wharton & Garrison)*
- *US v. Bogucki (Kaplan Hecker & Fink)*
- *CNN v. Trump (Gibson Dunn & Crutcher)*
- *Title Source Inc. v. HouseCanary Inc. (Susman Godfrey)*
- *O'Connor v. Uber (Gibson Dunn & Crutcher; Lichten & Liss-Riordan)*
- *In re the Financial Oversight and Management Board for Puerto Rico (Proskauer)*
- *Boston Cab Dispatch v. Uber (Boies Schiller & Flexner)*
- *Brown vs. Madison County (Simpson Thacher & Bartlett)*
- *Fiat Chrysler settlements (Sullivan & Cromwell; Lieff Cabraser Heimann & Bernstein; and Cleary Gottlieb Steen & Hamilton)*
- *Sears Chapter 11 (Weil Gotshal & Manges; Cleary Gottlieb Steen & Hamilton; Paul Weiss Rifkind Wharton & Garrison; and Akin Gump Strauss Hauer & Feld)*

## Pro Bono Firm of the Year

Simpson Thacher & Bartlett

Once again, we at *Benchmark Litigation* extend our congratulations to all of the evening's winners and attendees and thank our guests for their continuing support of our projects.

The new *Benchmark Litigation* research cycle is already underway. Firms can register their interest, find full timelines and a list of FAQs, and download all relevant documents **HERE**.

## Related articles

- MoloLamken Releases 2024 Supreme Court Business Briefing
- Q&A with Elizabeth (Liz) Stotland Weiswasser & Sutton Ansley of Weil Gotshal & Manges
- Reed Smith adds lawyers in Dallas and Philadelphia
- Gordon Rees adds commercial trio in Philadelphia and New York
- Benchmark Litigation Q&A with Kimberly Branscome of Paul, Weiss, Rifkind, Wharton & Garrison

Tweets by @Benchmark

Benchmark Litigation

- Americas
- Asia-Pacific
- News & Features

About

- Our research
- FAQ
- Advertising Terms & Conditions

Methodology

- Asia Pacific
- Canada
- Europe
- Labor & Employment
- LATAM
- United States

Contact

- Contact us

Social media

- Follow us on Twitter
- Join us on LinkedIn
- Connect to our RSS feed

Copyright © Legal Benchmarking Group or its affiliated companies 2025

# Annex 5

BENCHMARK LITIGATION

# US AWARDS 2025

# WINNERS

Thursday, March 6

583 Park Avenue

New York

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## STATE AWARDS

### ALABAMA
Barze Taylor Noles Lowther
Bradley
Lightfoot Franklin & White
Maynard Nexsen
Starnes Davis Florie

### ALASKA
Ashburn & Mason
Schwabe Williamson & Wyatt
Stoel Rives

### ARIZONA
Womble Bond Dickinson
Osborn Maledon
Papetti Samuels Weiss McKirgan
Polsinelli

### ARKANSAS
Friday Eldredge & Clark
Quattlebaum Grooms & Tull
Wright Lindsey Jennings

### CALIFORNIA
Bird Marella Rhow Lincenberg Drooks & Nessim
Hueston Hennigan
Latham & Watkins
Willenken

### COLORADO
Bartlit Beck
Davis Graham
Holland & Hart
Wheeler Trigg O'Donnell

### CONNECTICUT
Carmody Torrance Sandak & Hennessey
Robinson & Cole
Wiggin and Dana

### DELAWARE
Abrams & Bayliss
Bernstein Litowitz Berger & Grossmann
Morris Nichols Arsht & Tunnell
Richards Layton & Finger
Ross Aronstam & Moritz

### DISTRICT OF COLUMBIA
Covington & Burling
Gibson Dunn & Crutcher
Kirkland & Ellis
Sidley Austin
Wilkinson Stekloff
Williams & Connolly

### FLORIDA
Akerman
Bilzin Sumberg Baena Price & Axelrod
Greenberg Traurig
Greenspoon Marder
Hunton Andrews Kurth

### GEORGIA
Greenberg Traurig
King & Spalding
Smith Gambrell & Russell
Troutman Pepper Locke

### HAWAII
Cades Schutte
Carlsmith Ball
Cox Fricke
Goodsill Anderson Quinn & Stifel
Starn O'Toole Marcus & Fisher

### IDAHO
Gjording Fouser Hall
Holland & Hart
Stoel Rives

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## STATE AWARDS

### ILLINOIS
Barack Ferrazzano Kirschbaum & Nagelberg
**Bartlit Beck**
Goldman Ismail Tomaselli Brennan & Baum
Kirkland & Ellis
Riley Safer Holmes & Cancila

### INDIANA
Barnes & Thornburg
**Faegre Drinker Biddle & Reath**
Taft Law

### IOWA
Ahlers & Cooney
Dorsey & Whitney
**Nyemaster Goode**

### KANSAS
Foulston Siefkin
**Rouse Frets White Goss Gentile Rhodes**
Stinson

### KENTUCKY
Dentons
Frost Brown Todd
**Stites & Harbison**
Stoll Keenon Ogden
Wyatt Tarrant & Combs

### LOUISIANA
**Barrasso Usdin Kupperman Freeman & Sarver**
Fishman Haygood
Jones Walker
Phelps Dunbar
Pipes Miles Beckman

### MAINE
Berman & Simmons
**Preti Flaherty Beliveau & Pachios**
Verrill Dana

### MARYLAND
DLA Piper
Kramon & Graham
Nelson Mullins Riley & Scarborough
**Saul Ewing**

### MASSACHUSETTS
Choate Hall & Stewart
Goodwin
Nixon Peabody
Saul Ewing
**WilmerHale**

### MICHIGAN
Bodman
**Bush Seyferth**
Dickinson Wright
Smith Haughey Rice & Roegge

### MINNESOTA
Bowman and Brooke
**Norton Rose Fulbright**
Robins Kaplan
Stinson
Winthrop & Weinstine

### MISSISSIPPI
Bradley
**Brunini Grantham Grower & Hewes**
Butler Snow
Watkins & Eager

### MISSOURI
Armstrong Teasdale
Husch Blackwell
Polsinelli
Stinson
**UB Greensfelder**

### MONTANA
Boone Karlberg
**Crowley Fleck**
Goetz Baldwin & Geddes

### NEBRASKA
Baird Holm
**Husch Blackwell**
Kutak Rock

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## STATE AWARDS

### NEVADA
**Bailey Kennedy**
Campbell & Williams
Womble Bond Dickinson

### NEW HAMPSHIRE
Downs Rachlin Martin
Jackson Lewis
**McLane Middleton**
Nixon Peabody
Sheehan Phinney Bass & Green

### NEW JERSEY
Gibbons
Greenberg Traurig
**Sills Cummis & Gross**
Tanenbaum Keale

### NEW MEXICO
**Modrall Sperling**
Rodey Law

### NEW YORK
Cravath Swaine & Moore
**Holwell Shuster & Goldberg**
Patterson Belknap Webb & Tyler
Wachtell Lipton Rosen & Katz

### NORTH CAROLINA
Brooks Pierce
Ellis & Winters
Williams Mullen
Robinson Bradshaw & Hinson
**Smith Anderson**

### NORTH DAKOTA
**Crowley Fleck**
Maring Williams Law Office
Redstone Law Firm
Vogel Law Firm

### OHIO
Calfee Halter & Griswold
Faruki
Taft Law
Thompson Hine
**UB Greensfelder**
Zeiger Tigges & Little

### OKLAHOMA
**Crowe & Dunlevy**
GableGotwals
Hall Estill
McAfee & Taft

### OREGON
Davis Wright Tremaine
Miller Nash
Perkins Coie
Stoel Rives
**Stoll Berne**

### PENNSYLVANIA
Ballard Spahr
Dechert
Hangley Aronchick Segal Pudlin & Schiller
Morgan Lewis & Bockius
Reed Smith
**Saul Ewing**

### RHODE ISLAND
**Adler Pollock & Sheehan**
Nixon Peabody
Partridge Snow & Hahn

### SOUTH CAROLINA
Gallivan White & Boyd
Maynard Nexsen
Motley Rice
**Nelson Mullins Riley & Scarborough**
Turner Padget Graham & Laney

### SOUTH DAKOTA
Davenport Evans Hurwitz & Smith
Heidepriem Purtell Siegel
**Johnson Janklow & Abdallah**

### TENNESSEE
Bass Berry & Sims
**Bradley**
Butler Snow

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## STATE AWARDS

### TEXAS
Gibbs & Bruns
Gibson Dunn & Crutcher
Norton Rose Fulbright
Reynolds Frizzell
Susman Godfrey
Tillotson Johnson & Patton

### UTAH
Fabian VanCott
Holland & Hart
Magleby Cataxinos & Greenwood
Parr Brown Gee & Loveless
Parsons Behle & Latimer

### VERMONT
Gravel & Shea
Paul Frank + Collins
Sheehey Furlong & Behm

### VIRGINIA
Hunton Andrews Kurth
McGuireWoods
Williams Mullen
Troutman Pepper Locke

### WASHINGTON
Corr Cronin
Ballard Spahr
Perkins Coie
Summit Law Group

### WEST VIRGINIA
Bailey & Glasser
Bowles Rice
Dinsmore & Shohl
Nelson Mullins Riley & Scarborough
Jackson Kelly

### WISCONSIN
Gass Turek
Godfrey & Kahn
Husch Blackwell
Reinhart Boerner Van Deuren

### WYOMING
Davis & Cannon
Hirst Applegate
Holland & Hart

## IMPACT CASE AWARDS

***AbbVie v. Takeda***
Willenken and Abrams & Bayliss

***Match Group v. Google***
Hueston Hennigan

***U.S. v. Mike Lynch et al.***
Bird Marella Rhow Lincenberg Drooks & Nessim

***Philipp v. Federal Republic of Germany***
Wiggin and Dana

***In re Capacitors Antitrust Litigation***
Saveri Law

***In re Broiler Chicken Antitrust Litigation***
Proskauer

***London Luxury LLC v. Walmart Inc.***
Holwell Shuster & Goldberg

***In re Alphabet, Inc. Securities Litigation***
Robbins Geller Rudman & Dowd

***New York v. Donald Trump***
Morvillo Abramowitz

***Epic Games, Inc. v. Google***
Cravath Swaine & Moore

***Richard Tornetta v. Elon Musk et. al and Tesla, Inc.***
Bernstein Litowitz Berger & Grossmann

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## PRACTICE AREA AWARDS

### ANTITRUST FIRM OF THE YEAR

Cleary Gottlieb Steen & Hamilton
Cravath Swaine & Moore
Latham & Watkins
Williams & Connolly
Proskauer

### ANTITRUST LITIGATOR OF THE YEAR

**David Marriott**, Cravath Swaine & Moore
**Michael Shuster**, Holwell Shuster & Goldberg
Christoper Ondeck, Proskauer
**Sara Razi**, Simpson Thacher & Bartlett
**Joseph Saveri**, Saveri Law Firm

### APPELLATE FIRM OF THE YEAR

Gibson Dunn & Crutcher
Paul Weiss Rifkind Wharton & Garrison
Williams & Connolly
WilmerHale
Weil Gotshal & Manges

### APPELLATE LITIGATOR OF THE YEAR

**Lisa Blatt**, Williams & Connolly
**Thomas Hungar**, Gibson Dunn & Crutcher
Jeffrey Lamken, MoloLamken
**Mark Perry**, Weil Gotshal & Manges
**Kannon Shanmugam**, Paul Weiss Rifkind Wharton & Garrison
**Seth Waxman**, WilmerHale

### BANKRUPTCY FIRM OF THE YEAR

Akin Gump Strauss Hauer & Feld
Brown Rudnick
Kirkland & Ellis
Reid Collins & Tsai
Weil Gotshal & Manges
Sullivan & Cromwell

### BANKRUPTCY LITIGATOR OF THE YEAR

**Andrew Leblanc**, Milbank
**Elliot Moskowitz**, Davis Polk & Wardwell
Eric Madden, Reid Collins & Tsai
**Lisa Schweitzer**, Cleary Gottlieb Steen & Hamilton
**Mike Slade**, Kirkland & Ellis
**David Zensky**, Akin Gump Strauss Hauer & Feld

### BOUTIQUE FIRM OF THE YEAR

Elsberg Baker & Maruri
Hecker Fink
Holwell Shuster & Goldberg
Hueston Hennigan
MoloLamken
Wilkinson Stekloff
Willenken

### ENTERTAINMENT FIRM OF THE YEAR

Bird Marella Rhow Lincenberg Drooks & Nessim
Greenberg Traurig
Kendall Brill & Kelly
Kinsella Weitzman Iser Kump & Aldisert
Loeb & Loeb
Proskauer

### ENTERTAINMENT LITIGATOR OF THE YEAR

**Scott Edelman**, Gibson Dunn & Crutcher
**Ekwan Rhow**, Bird Marella Rhow Lincenberg Drooks & Nessim
**John Berlinski**, Bird Marella Rhow Lincenberg Drooks & Nessim
Matthew Rosengart, Greenberg Traurig
**Alex Weingarten**, Willkie Farr & Gallagher

### ENVIRONMENTAL FIRM OF THE YEAR

Arnold & Porter
Bartlit Beck
Hunton Andrews Kurth
Sidley Austin

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## PRACTICE AREA AWARDS

### ENVIRONMENTAL LITIGATOR OF THE YEAR

**Erica Harris**, Susman Godfrey
**Andrea Smith, Gibson Dunn & Crutcher**
**Anna Rotman**, Kirkland & Ellis
**Michael Shebelskie**, Hunton Andrews Kurth

### GENERAL COMMERCIAL FIRM OF THE YEAR

Cravath Swaine & Moore
Gibson Dunn & Crutcher
**Holwell Shuster & Goldberg**
Hueston Hennigan
Susman Godfrey
Williams & Connolly

### GENERAL COMMERCIAL LITIGATOR OF THE YEAR

**Mike Carlinsky**, Quinn Emanuel Urquhart & Sullivan
**John Hueston, Hueston Hennigan**
**Hallie Levin**, WilmerHale
**Kevin Orsini**, Cravath Swaine & Moore
**Michael Shuster**, Holwell Shuster & Goldberg

### INSURANCE FIRM OF THE YEAR

Anderson Kill
Blank Rome
Cohen Ziffer Frenchman & McKenna
Covington & Burling
Reed Smith
**Simpson Thacher & Bartlett**

### INSURANCE LITIGATOR OF THE YEAR

**Robin Cohen, Cohen Ziffer Frenchman & McKenna**
**Andrew Frankel**, Simpson Thacher & Bartlett
**Robert Horkovich**, Anderson Kill
**Eileen McCabe**, Mendes and Mount
**Omid Safa**, Blank Rome

### INTELLECTUAL PROPERTY FIRM OF THE YEAR

Desmarais
Groombridge Wu Baughman & Stone
Latham & Watkins
**WilmerHale**
Paul Weiss Rifkind Wharton & Garrison

### INTELLECTUAL PROPERTY LITIGATOR OF THE YEAR

**John Desmarais**, Desmarais
**Christopher Larus**, Robins Kaplan
**Joseph Mueller, WilmerHale**
**Elizabeth Weiswasser**, Paul Weiss Rifkind Wharton & Garrison
**Matthew Wolf**, Arnold & Porter

### INTERNATIONAL ARBITRATION FIRM OF THE YEAR

Cleary Gottlieb Steen & Hamilton
**Debevoise & Plimpton**
Freshfields
King & Spalding
White & Case

### INTERNATIONAL ARBITRATION LITIGATOR OF THE YEAR

**Julie Bédard**, Skadden Arps Meagher Slate & Flom
**Ina Popova**, Debevoise & Plimpton
**Carolyn Lamm**, White & Case
**Ari MacKinnon**, Cleary Gottlieb Steen & Hamilton
**Greg Williams, Sidley Austin**

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## PRACTICE AREA AWARDS

### LABOR & EMPLOYMENT FIRM OF THE YEAR

Gibson Dunn & Crutcher
Harris St. Laurent & Wechsler
Lieff Cabraser Heimann & Bernstein
Proskauer
**Sanford Heisler Sharp McKnight**

### LABOR & EMPLOYMENT LITIGATOR OF THE YEAR

**Neil Abramson**, Proskauer
**Kelly Dermody**, Lieff Cabraser Heimann & Bernstein
**Theane Evangelis, Gibson Dunn & Crutcher**
**Shannon Liss-Riordan**, Lichten & Liss Riordan
**Russell Kornblith**, Sanford Heisler Sharp McKnight

### PLAINTIFF FIRM OF THE YEAR

Berman Tabacco
**Bernstein Litowitz Berger & Grossmann**
DiCello Levitt
Lieff Cabraser Heimann & Bernstein
Pomerantz
Reid Collins & Tsai
Robbins Geller Rudman & Dowd
Saveri Law

### PLAINTIFF LITIGATOR OF THE YEAR

**Jason Forge, Robbins Geller Rudman & Dowd**
**Emma Gilmore**, Pomerantz
**Mark Lanier**, The Lanier Law Firm
**William Reid**, Reid Collins & Tsai
**Joseph Saveri**, Saveri Law Firm
**Carol Villegas**, Labaton Keller Sucharow

### PRODUCT LIABILITY FIRM OF THE YEAR

Covington & Burling
Goldman Ismail Tomaselli Brennan & Baum
Kirkland & Ellis
Nelson Mullins Riley & Scarborough
Skadden Arps Meagher Slate & Flom
**Williams & Connolly**

### PRODUCT LIABILITY LITIGATOR OF THE YEAR

**Allison Brown**, Kirkland & Ellis
**Manuel Cachán**, Skadden Arps Meagher Slate & Flom
**Phyllis Jones, Covington & Burling**
**Jennifer Saulino**, Sidley Austin
**Brian Stekloff**, Wilkinson Stekloff
**Bart Williams**, Proskauer

### SECURITIES FIRM OF THE YEAR

Cravath Swaine & Moore
**Freshfields**
Latham & Watkins
Paul Weiss Rifkind Wharton & Garrison
Simpson Thacher & Bartlett

### SECURITIES LITIGATOR OF THE YEAR

**Andrew Ceresney**, Debevoise & Plimpton
**Jason Forge**, Robbins Geller Rudman & Dowd
**Robert Giuffra**, Sullivan & Cromwell
**Adam Hakki**, A&O Shearman
**Michele Johnson, Latham & Watkins**
**Brad Karp**, Paul Weiss Rifkind Wharton & Garrison

### TRIAL FIRM OF THE YEAR

Bartlit Beck
Cravath Swaine & Moore
Hueston Hennigan
Susman Godfrey
**Wilkinson Stekloff**
WilmerHale

BENCHMARK LITIGATION

# US AWARDS 2025 WINNERS

## PRACTICE AREA AWARDS

### TRIAL LAWYER OF THE YEAR

**Brian Glasser**, Bailey & Glasser
**John Hueston**, Hueston Hennigan
**David Marriott**, Cravath Swaine & Moore
**Jennifer Saulino, Sidley Austin**
**Beth Wilkinson**, Wilkinson Stekloff

### WHITE COLLAR CRIME/ INVESTIGATIONS FIRM OF THE YEAR

Cleary Gottlieb Steen & Hamilton
Debevoise & Plimpton
Morvillo Abramowitz Grand Iason & Anello
**Paul Weiss Rifkind Wharton & Garrison**
Williams & Connolly
Gibson Dunn & Crutcher

### WHITE COLLAR CRIME/ INVESTIGATIONS LITIGATOR OF THE YEAR

**Sean Berkowitz**, Latham & Watkins
**Barry Berke**, Gibson Dunn & Crutcher
**Sean Hecker, Hecker Fink**
**David Zinn**, Williams & Connolly
**Anjan Sahni**, WilmerHale
**Gary Lincenberg**, Bird Marella Rhow Lincenberg Drooks & Nessim

## HALL OF FAME AWARDS

### HALL OF FAME

**Elkan Abramowitz, Morvillo Abramowitz**

### HALL OF FAME

**Michael Shuster, Holwell Shuster & Goldberg**

### HALL OF FAME

**Robert Horkovich, Anderson Kill**

### HALL OF FAME

**Jay Kasner, Skadden**

### HALL OF FAME

**Michael Carlinsky, Quinn Emanuel Urquhart Sullivan**

# Annex 6

THE AMERICAN LAWYER




The American Lawyer Industry Awards at Cipriani's in New York City, Nov. 10, 2022. Photo: Rob Tannenbaum

NEWS

# The American Lawyer Names Attorney of the Year, Law Firm of the Year and More

Law Firm of the Year went to Ropes & Gray while Latham & Watkins won Law Firm Corporate Practice of the Year. Other honors included lifetime achievers, young lawyers of the year and a suite of industry awards aimed at honoring the evolution of the profession.

November 11, 2022 at 04:23 PM

10 minute read

Legal Services

By ALM Staff

The American Lawyer gave out top industry honors Thursday, Nov. 10, at its annual awards gala in New York.



Dr. Clarence B. Jones accepting a lifetime achievement award at The American Lawyer Industry Awards at Cipriani's in New York City, Nov. 10, 2022. Photo: Rob Tannenbaum

The evening started with inspirational storytelling from civil rights icon Dr. Clarence B. Jones who told of his time spent with Martin Luther King Jr., Robert F. Kennedy and others as he drew from his nine decades of life in law, speechwriting and advocacy.

"Rabbi Yaakov Peretz said to me that the thing that stood out to him most as a rabbi in Nazi Germany was the silence of the good people. Those of you who are lawyers and who are blessed with the skill and knowledge of how the legal system works, you hold on to your knowledge, because it is so precious."

His talked touched on a theme that soon became apparent throughout the evening, with many honorees

coalescing around the critical work that lawyers must do to protect the rule of law.

The Attorney of the Year went to U.S. Rep Jamie Raskin for his work over the past year and half on rule of law and mental health. Within one week, Raskin suffered the loss of his son Tommy—a Harvard Law School student who died by suicide on New Year's Eve 2021—then witnessed the attack on capitol on Jan. 6.




U.S. Rep. Jamie Raskin was named Attorney of the Year at The American Lawyer Industry Awards at Cipriani's in New York City, Nov. 10, 2022

For Raskin, the two topics are intertwined beyond just his experiences in that dark week. "Today, I see mental and emotional health as really central to the democratic way of life. In an authoritarian or dictatorial society, the mental and physical health of the people is basically irrelevant," Raskin has said. "If anything they can become a threat to the survival of a dictator or a tyrant," he explains. "We need everybody to be operating at their best in order to be participating in a democratic society and in order to make decisions about their own lives."

In his acceptance speech Thursday night, Raskin spoke passionately about the need to protect and defend our Democracy and the rule of law around the world. He's been fighting that battle on both fronts, not just for the country, but personally as well. In September, a book he authored was banned in Texas, while around the same time President Putin banned him for life from Russia for Raskin's support of Ukraine.


Ambassador Charlene Barshefsky of Wilmer Cutler Pickering Hale and Dorr

Lifetime achievement honoree Ambassador Charlene Barshefsky of WilmerHale also noted how critical defending the rule of law is to our democracy, calling on the lawyers in the audience to put their law license and ethical obligations to good use. She said those who would want to attack democracy do so by first creating chaos. She, like other speakers, encouraged those in the room not to sit silently by.


Harriet Miers of Locke Lord.

Just as Jones noted, Harriet Miers of Locke Lord touched on how dear a law license is. She recounted a quote she was once told: a law license is almost too precious to be touched by human hands. She encouraged the audience, and particularly the young lawyers, to consider just how precious their license is and to live up to the power it bestows by doing good for others. After years of public service, leading a litigation practice and running a law firm, Miers spends a lot of her time on pro bono matters.

It is the pro bono work that storied Supreme Court appellate advocate Carter Phillips of Sidley Austin holds so dear. In accepting his lifetime


Carter Phillips of Sidley

achievement award, Phillips expressed gratitude for his firm to support the work he did outside of paying matters. After all, it is the tears of joy and smiles on his pro bono clients' faces that have left the most lasting impact.


Gordon Davidson of Fenwick & West

Gordon "Gordy" Davidson of Fenwick & West won the Law Firm Distinguished Leader award for his time running a firm he helped turn into a tech industry powerhouse. He spent much of his time sharing with the audience what truly makes a leader. A title only makes someone a manager, he said. Leadership is listening to your team. He noted how any success is due the team one has around them.


James Sandman of the University of Pennsylvania Carey School of Law

Jim Sandman, who left Big Law as the leader of Arnold & Porter to start the second part of his career as a public interest lawyer, said he only regretted that he dedicated all his time to such important work so late in his life. Despite doing pro bono work for his 30 years in private practice, Sandman said it wasn't until he led the Legal Services Corporation that he realized how the legal system, "designed by lawyers for those who have lawyers," is not a reality for so many. He laid out the plight of access to justice in the United States and encouraged those in attendance to do their part to open up the system to more Americans.

The fifth annual American Lawyer Industry Awards honored clients, law firms, their leaders and lawyers around the world that put their stamp on the legal industry, the profession and our society in the past year as we witnessed another intense period in our country's history. The winners and finalists, many of which will be profiled in upcoming articles on The American Lawyer are:

### ATTORNEY OF THE YEAR

**Winner**: Rep. Jamie Raskin, U.S. House of Representatives

**Finalists**: Jeffrey Kessler, Winston & Strawn; Sigrid McCawley, Boies Schiller Flexner; Debra Wong Yang, of Gibson, Dunn & Crutcher and Tai Park of Quinn Emanuel Urquhart & Sullivan

### LIFETIME ACHIEVEMENT

**Winners**: Ambassador Charlene Barshefsky of Wilmer Cutler Pickering Hale and Dorr; Dr. Clarence B. Jones of the USF Institute for Nonviolence and Social Justice; Jim Sandman of the University of Pennsylvania Carey School of Law Future of the Profession Initiative; Harriet Miers, Locke Lord; Carter Phillips, Sidley Austin

### LAW FIRM OF THE YEAR

**Winner**: Ropes & Gray

**Finalists**: Cleary Gottlieb Steen & Hamilton; Davis, Polk & Wardwell; McDermott, Will & Emery; Paul Hastings; Quinn Emanuel Urquhart & Sullivan; Sidley Austin

### BEST BUSINESS TEAM

**Winner**: Ballard Spahr

**Finalists**: Greenberg Traurig; McGuireWoods; Reed Smith; Troutman Pepper Hamilton Sanders

### BEST CLIENT-LAW FIRM TEAM

**Winner**: Davis Wright Tremaine and Flynn Restaurant Group

**Finalists**: McDermott Will & Emery and Meta; Morgan Lewis & Bockius and 23andMe; Ropes & Gray and Audax Group; Steptoe & Johnson and DISH Networks; Williams & Connolly and CVS Health Corp.

**BEST DIVERSITY INITIATIVE**

**Winner**: Orrick, Herrington & Sutcliffe

**Finalists**: Cadwalader, Wickersham & Taft; McDermott Will & Emery; Shook Hardy & Bacon; Sidley Austin; Wilmer Cutler Pickering Hale and Dorr

**BEST MENTOR: IN-HOUSE**

**Winner**: Dorothy Capers, Xylem

**Finalist**: Shelley Webb, PagerDuty

**BEST MENTOR: LAW FIRM**

**Winner**: Dionysia Johnson-Massie, Littler Mendelson

**Finalists**: Daniel Bookin, O'Melveny & Myers; David Farhat, Skadden, Arps, Slate, Meagher & Flom; Coral Negron, Jenner & Block; Ellen Dwyer, Crowell & Moring; Scott Ellis, Foley & Lardner; Joseph Centeno, Buchanan Ingersoll & Rooney

**BEST PROVIDER COLLABORATION**

**Winner**: Kaplan Hecker & Fink; Paul, Weiss Rifkind, Wharton & Garrison; and Cooley

**Finalists**: Akin, Gump, Strauss, Hauer & Feld and CASA; McGuireWoods, VCU Health and Dominion Energy

**BEST USE OF TECHNOLOGY**

**Winner**: Goodwin Procter

**Finalists**: Ballard Spahr; McDermott Will & Emery; Fox Rothschild; Berry Appleman & Leiden; DLA Piper

## CORPORATE ATTORNEY OF THE YEAR

**Winner**: Atif Azher of Simpson Thacher & Bartlett

**Finalists**: Michael Aiello of Weil, Gothsal & Manges; Scott Barshay of Paul, Weiss, Rifkind, Wharton & Garrison; Cheryl Chan of Davis Polk & Wardwell; Tad Freese of Latham & Watkins; Ken Lefkowitz of Hughes Hubbard & Reed; Rezwan Pavri of Wilson Sonsini Goodrich & Rosati; Tessa Schwartz of Morrison & Foerster

## CORPORATE PRACTICES – GENERAL

**Winner**: Latham & Watkins

**Finalists**: Cravath, Swaine & Moore; Davis Polk & Wardwell; Kirkland & Ellis; Simpson Thacher & Bartlett; Skadden, Arps, Slate, Meagher & Flom; Weil, Gotshal & Manges

## CORPORATE PRACTICES—SPECIALTY: ENERGY

**Winner**: Vinson & Elkins

**Finalists**: Bracewell; Latham & Watkins

## CORPORATE PRACTICES—SPECIALTY: MIDMARKET

**Winner**: McDermott Will & Emery

**Finalists**: Akerman; Cozen O'Connor; King & Spalding; Nelson Mullins Riley & Scarborough; Reed Smith; Ropes & Gray

## CORPORATE PRACTICES—SPECIALTY: PHARMA/HEALTH CARE

**Winner**: Ropes & Gray

**Finalists**: Goodwin Procter; McDermott, Will & Emery; Morgan, Lewis & Bockius; Paul, Weiss, Rifkind, Wharton & Garrison; Sheppard, Mullin, Richter & Hampton

## CORPORATE PRACTICES—SPECIALTY: TECH/TELECOM

**Winner**: Cooley

**Highly Commended**: Simpson Thacher & Bartlett

**Finalists**: Davis Polk & Wardwell; Goodwin; Latham & Watkins; Sullivan & Cromwell; Wilson Sonsini Goodrich & Rosati

## CORPORATE PURPOSE AWARD

**Winner**: Akin, Gump, Strauss, Hauer & Feld

**Finalists**: Greenberg Traurig; Latham & Watkins; Morgan, Lewis & Bockius; Ropes & Gray; Willkie Farr & Gallagher

## LAW FIRM DISTINGUISHED LEADER

**Winner**: Gordon "Gordy" Davidson, Fenwick & West

## LEGAL SERVICES INNOVATION

**Winner**: Simpson Thacher & Bartlett

**Finalists**: Honigman; McGuireWoods; Reed Smith; Shulman Rogers; Wilson Sonsini Goodrich & Rosati

## LITIGATOR OF THE YEAR

**Winner**: Allison Brown, Skadden, Arps, Slate, Meagher & Flom

**Finalists**: Daralyn Durie, Durie Tangri; John Hueston, Hueston Hennigan; Richard Jones, Sullivan & Worcester; Enu Mainigi, Williams & Connolly; Josh Rosenkranz, Orrick, Herrington & Sutcliffe; Kannon Shanmugam, Paul, Weiss, Rifkind, Wharton & Garrison

## NATIONAL BOUTIQUE/SPECIALTY LITIGATION DEPT. OF THE YEAR

**Winner**: Bartlit Beck

**Finalists**: Cohen Ziffer Frenchman & McKenna; Durie Tangri; Kaplan Hecker & Fink; Irell & Manella; Rivero Mestre; Stris Maher

**REGIONAL LITIGATION—CALIFORNIA**

**Winner**: Gibson, Dunn & Crutcher

**Finalists**: Cooley; Covington & Burling; Hunton Andrews Kurth; Kirkland & Ellis

**REGIONAL LITIGATION—FLORIDA**

**Winner**: Shook, Hardy & Bacon

**Finalists**: Hogan Lovells; McDermott Will & Emery

**REGIONAL LITIGATION—GEORGIA**

**Winner**: King & Spalding

**Highly Commended**: Nelson, Mullins, Riley & Scarborough

**Finalist**: Greenberg Traurig

**REGIONAL LITIGATION—NEW JERSEY**

**Winner**: Greenberg Traurig

**Finalist**: McCarter & English

**REGIONAL LITIGATION—PENNSYLVANIA**

**Winner**: Morgan, Lewis & Bockius

**Finalists**: Cozen O'Connor; Jones Day

**REGIONAL LITIGATION—TEXAS**

**Winner**: Jones Day

**Finalists**: Baker Botts; Gibson Dunn & Crutcher; Sidley Austin

**TONY MAURO AWARD**

**Winners**: George Freeman and Lee Levine of the Media Law Resource Center; and Ashley Messenger of NPR

### YOUNG LAWYER OF THE YEAR (BEYOND PRACTICE)

**Winner**: Shelisa Thomas, Skadden, Arps, Slate, Meagher & Flom

**Finalists**: Andrew Clark, Latham & Watkins; Devon Galloway, Zuckerman Spaeder; Lauren Champaign, Foley & Lardner; Kimberlynn Davis, Kilpatrick Townsend & Stockton; John Gray, Perkins Coie; Kyle Kimpler, Paul, Weiss, Rifkind, Wharton & Garrison; Mary Olson, Shook, Hardy & Bacon

### YOUNG LAWYER OF THE YEAR (CORPORATE)

**Winner**: John Pitts, Kirkland & Ellis

**Finalists**: C.J. Fisher, Fox Rothschild; Darwin Huang, Kasowitz Benson Torres; Emily Johnson, Wachtell Lipton Rosen & Katz; Dohyun Kim, Skadden, Arps, Slate, Meagher & Flom; Daniel Lynch, Akin Gump Strauss Hauer & Feld; Laura Turano, Paul, Weiss, Rifkind, Wharton & Garrison; Lawrence Lee, Baker McKenzie; Oulu (Lulu) Wang, Finnegan, Henderson, Farabow, Garrett & Dunner

### YOUNG LAWYER OF THE YEAR (LITIGATION)

**Winner**: Lee Popkin, Proskauer

**Finalists**: Eugene Novikov, Durie Tangri; Gary S. Ward, Wiley Rein; Jonathan Tam, Dechert; Joseph Reiter, Hueston Hennigan; Megan Gerking, Morrison & Foerster; Matthew Zorn, Yetter Coleman

---

**NOT FOR REPRINT**
© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.

## You Might Like

# Annex
# 7

BartlitBeck LLP



# KARMA M. GIULIANELLI

PARTNER

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3165
karma.giulianelli@bartlitbeck.com

Karma is an experienced trial lawyer with a well-known and highly acclaimed practice in antitrust. In her nearly three decades of handling antitrust matters, Karma has represented a broad range of companies in their highest profile antitrust cases. Karma has been a partner at Bartlit Beck since 2001. Before joining the firm in 1999, she was a trial attorney for the Antitrust Division at the Department of Justice, where she was a member of the core trial team in *United States v. Microsoft*.

Since then, she has tried cases for Fortune 500 companies in almost every region of the country. Those cases have included a broad range of bet-the-company litigation, including antitrust, contract, product liability, fraud, and securities cases. Karma has spent nearly a full year in trial days in front of judges and juries in high-stakes antitrust cases alone. Her antitrust trials that have gone to verdict have included monopolization cases and cases alleging unreasonable restraints of trade involving some of the largest companies in the United States. Notably, Karma took a lead role in two antitrust trials for Sabre, a travel distribution platform, including a ten-week federal jury trial in New York brought by US Airways concerning an alleged conspiracy and agreements in the airline ticket distribution market with over $1.4 billion in claimed damages. Most recently, Karma served as lead counsel for consumers in the high-profile antitrust case against Google in the Northern District of California, *In re Google Play Antitrust.*

Karma has also tried non-antitrust cases with exposures in the hundreds of millions of dollars, including three product liability cases to a jury for DuPont. Clients have selected Karma to first chair and co-first chair multiple trials, including a large consumer appliance manufacturer (resulting in a six-week jury trial that Karma tried to verdict); OtterBox (a case with a $100M exposure that settled on extremely favorable terms right before trial); and Bayer (a case that was set for trial in December 2019).

Karma also has extensive experience in class actions, representing both defendants and plaintiffs. The Northern District of California appointed Karma as co-lead interim counsel for a class of consumers in currently pending multi-district antitrust litigation against Google.

Throughout her career, Karma's representations have included matters as broad as the Canadian government in a case involving civil RICO claims against R.J. Reynolds; Micron Technology in a case against Rambus regarding misconduct in the standard-setting arena; E.I. DuPont de Nemours & Company in products liability trials in Florida; various pharmaceutical companies in confidential mediations and False Claims *qui tam* cases; Tyco International Ltd. in multiple multi-billion dollar securities and ERISA cases resulting from the conduct of Tyco's former CEO Dennis Kozlowski and CFO Mark Schwartz; Hewlett-Packard in numerous plaintiff-side

BartlitBeck LLP



antitrust cases; and Massachusetts Mutual Life Insurance, Inc. in securities cases against certain underwriter banks regarding the sale of residential mortgage-backed securities in the mid-2000s.

As a trial lawyer in the Honors Program at the Antitrust Division of the United States Department of Justice, Karma worked on both criminal and civil antitrust matters, including merger and non-merger matters. Karma was a member of the team investigating Microsoft's Internet-related conduct in 1996. After participating in the October 1997 case against Microsoft alleging violations of the Consent Decree, she continued as a member of the core trial team in *United States v. Microsoft,* which was filed in May 1998.

Karma has served as an Adjunct Professor of Antitrust Law at the University of Colorado. She has received various recognitions in industry publications, most recently by *Benchmark Litigation* as one of the Top 250 Women in Litigation.

She graduated from Stanford Law School *Order of the Coif* and *Magna Cum Laude.*

## EDUCATION & HONORS

Stanford Law School, 1996, J.D., *magna cum laude*

- Order of the Coif
- Notes Editor, *Stanford Law Review*
- Moot Court
- Vice President, Kirkwood Moot Court Board
- Co-Chair, Women of Stanford Law

Santa Clara University, 1993, B.S., Political Science and Spanish, *magna cum laude*

- *Phi Beta Kappa*
- *Pi Sigma Alpha*, National Political Science Honor Society
- *Phi Sigma Iota*, International Foreign Language Honor Society
- Outstanding Woman Leader Award

## GOVERNMENT SERVICE

Trial Attorney, Department of Justice Antitrust Division (Honors Program) – 1996 – 1999

## AWARDS & RECOGNITION

Named "Litigator of the Week" by *The American Lawyer* after a class action win against Google, 2025

BartlitBeck LLP



Recognized in *Benchmark Litigation* as a Top 250 Women in Litigation, 2024, 2025

Recognized in *Benchmark Litigation* as a Litigation Star, 2024, 2025

Named a *Daily Journal* Leading Commercial Litigator, 2025

Lawdragon 500 Leading Lawyers in America, 2023, 2004, 2025

Lawdragon 500 Leading Global Antitrust & Competition Lawyers, 2025

Named by 5280 as the Best of the Best Top Lawyer for Antitrust, 2020

Selected as the "People's Choice" best antitrust lawyer in Colorado by her peers: "Karma Giulianelli has been practicing in antitrust law for more than two decades, and she's been recognized for her excellence in the area for nearly all of it." Law Week, Barrister's Best, 2019

Recognized as one of Colorado's "Rising Stars, "Colorado Super Lawyers*,* 2010 and 2011

Recognized as one of the "Top Women Lawyers of 2010," *Law Week Colorado*

Special Achievement Award for contributions to the *United States v. Microsoft* case

## ADMISSIONS

Colorado

California

## REPRESENTATIVE PRIVATE PRACTICE LITIGATION

***Attila Csupo et al. v. Google, LLC*** (Sup. Ct. Ca.)
Represented a class of 14 million California Android users in their claim for conversion against Google for Google's undisclosed and wrongful consumption of Plaintiffs' cellular data. In the first case of its type, successfully argued demurrer, resulting in a favorable ruling allowing the case to proceed under California law. In a groundbreaking verdict, the California state court jury awarded the Plaintiffs $314,626,932 in damages.

> Litigators of the (Past) Week: Hitting Google With a $314M Verdict For Using Android Customers' Data Without Permission (The American Lawyer)
>
> Google hit with $314 million US verdict in cellular data class action (Reuters)
>
> Google Hit With $314M Verdict In Android Data Use Suit (Law360)
>
> Google takes a gamble in class action jury trial over cell phone data use (Reuters)

BartlitBeck LLP



Google Going to Trial After Doing Something Super Sketchy to Android Users (Futurism)

Google Must Defend Revived Claim Over Use of Android Phone Data (Bloomberg Law)

Circuit revives class action against Google for cellular data misuse (Daily Journal)

***Universal Turbine Parts v. Pratt & Whitney*** (E.D. Pa.)
Representing Pratt & Whitney in a Section 1 and 2 case alleging monopolization of a parts aftermarket. Case pending.

***Simon and Simon, PC v. Align Technology, Inc.; Snow v. Align Technology, Inc.*** (N.D. Cal.)
Represented Align Technology, Inc. in a class action suit brought by two plaintiff classes alleging monopolization in violation of Federal and State antitrust laws with alleged damages of more than $1 Billion. Secured dismissal of all claims against defendants on summary judgment shortly before trial, which Karma was to co-first chair.

For more information, click here.

***Nebraska v. TikTok*** (District Court of Lancaster County, Nebraska)
Trial counsel for Plaintiff State of Nebraska, *ex rel.* Michael T. Hilgers, Attorney General, against TikTok and ByteDance Defendants, seeking declaratory relief, injunctive relief and statutory penalties for Defendants' false marketing and promotion of the TikTok app as safe and otherwise appropriate for Nebraska minors as young as 12 years old.

***In re Google Play Consumer Antitrust Litigation*** (N.D. Cal.)
Appointed Co-Lead Class Counsel for consumers who used the Google Play Store to purchase apps or Google Play Billing to purchase in-app digital content on Android devices. The case alleges violations of the antitrust laws based on Google's contractual restrictions and other conduct, resulting in a significant overcharge on the price of Android apps and in app content. Settled for significant injunctive relief and $700 million. Settlement approval pending.

***Snow v. Align Technology Inc.*** (N.D. Cal.)
Co-lead counsel representing Align Technology Inc. in putative antitrust class action brought by a class of purchasers of aligners alleging Section 1 violations based on a strategic partnership. Case pending.

***Taylor v. Google, LLC*** (N.D. Cal.)
Trial counsel representing residents a putative class in 49 states who used mobile devices with the Android operating system in their claim for conversion against Google for Google's undisclosed and wrongful consumption of their cellular data. Case pending.

***Representation of Mortenson Construction Company***
Co-led the representation Mortenson Construction Company in an investigation by the Colorado Attorney General in connection with alleged bid rigging during the expansion of the Colorado Convention Center. In the face of a novel and unprecedented interpretation of Colorado's antitrust laws, the investigation was favorably resolved with monetary compensation and a commitment to help the citizens of the State of Colorado in the midst of the COVID pandemic by employing Mortenson's unique ability to contribute to a public construction

project in the wake of COVID.

***YAZ®/Yasmin® Product Liability Litigation***
Trial counsel for Bayer in product liability litigation alleging arterial venous thrombosis caused by the oral contraceptive Yasmin®. Case followed MDL in the Southern District of Illinois and large, coordinated state-court proceedings in California, New Jersey, and Pennsylvania. Case settled favorably in advance of trial.

***Gordon, et al. v. Sabre*** (S.D.N.Y.)
Represented Sabre as co-lead trial counsel in case brought as putative class action by purchasers of airline tickets. Plaintiffs claim Sabre conspired with its competitor "global distribution services" operators, Amadeus and Travelport, to require certain terms in their contracts with airlines, which allegedly caused plaintiffs to overpay for their airline tickets. Won a motion to dismiss 100% of plaintiffs' claimed damages. Class certification denied in light of claims for equitable relief only. After denial of class certification, individual settlements with the handful of former class representatives were achieved.

***U.S. Airways v. Sabre*** (S.D.N.Y.)
Served as co-lead trial counsel for Sabre in antitrust action relating to contracts between U.S. Airways (now American Airlines) and Sabre concerning Sabre's Global Distribution System. U.S. Airways sought $1.4 billion in trebled damages. Won summary judgment on claim for injunctive relief and over 75% of plaintiff's damages claim. Won $6 million costs/attorneys' fees award. After a ten-week jury trial, won defense verdict on one claim and elimination of 99% of total damages plaintiff had sought on second claim. Also won denial of declaratory and injunctive relief. The Second Circuit subsequently vacated the jury's liability finding and remanded the case for a new trial. Trial date pending.

***Claim for Large Consumer Goods Manufacturer*** (Illinois State Court, Cook County)
Hired as lead trial counsel six weeks before trial in a case with a lengthy history, alleging legal malpractice relating to advice on antidumping and countervailing duties. After two-week trial, judge permitted case to go to the jury, and jury returned defense verdict.

***Sycamore IP Holdings, Inc. v. AT&T Corp. et al. (lead case)*** (E.D. Tex)
Represented Sycamore IP Holdings Inc. in patent litigation against AT&T Corp., Century Link, Verizon, and Level 3 in connection with a patent for a method of transparent transcoding to convert certain Ethernet signals to optical transmission signals.

***Massachusetts Mutual Life Ins. Co. Residential Mortgage-Backed Securities Litigation*** (D. Mass.)
Represented MassMutual in its actions under the Massachusetts Uniform Securities Act, against underwriters Credit Suisse and Goldman Sachs, arising from their sales of residential mortgage-backed securities to MassMutual in 2005-2007. Credit Suisse settled after four weeks of trial, taking an additional $79.5 million charge to earnings because of the settlement payment. Goldman Sachs settled shortly thereafter.

BartlitBeck LLP



***Foreign Trade Corp., d/b/a Technocel v. Otter Products, LLC, et al; Otter Products, LLC v. H.L. Dalis, Inc.; Otter Products, LLC v. Wireless Xcessories Group, Inc***. (D. Colo.)
Lead trial counsel for OtterBox in antitrust cases brought by former distributors alleging violations of Section 1 in connection with distribution agreements and an alleged group boycott. Motion to dismiss granted in February 2017 dismissing all antitrust claims against OtterBox. Plaintiffs claimed damages in excess of $100M on the remaining claims, which were settled on the eve of trial with Plaintiffs paying OtterBox for its own counterclaims.

***Deutsche Lufthansa AG et al. v. Sabre Travel International Limited*** (Tarrant County, Texas)
Trial counsel for Sabre in breach of contract action relating to Lufthansa's imposition of a surcharge on customers who book tickets through Sabre. Case settled.

***State Compensation Insurance Fund v. Khan et. al.*** (C.D. Cal.)
Trial counsel for defendants, a group of medical service providers, in RICO action brought by State Compensation Insurance Fund. Plaintiff alleged that defendants submitted fraudulent medical bills, and sought over $100 million in damages. Secured dismissal of all claims against defendants on summary judgment.

***In re Optical Disk Drives Product Antitrust Litig.*** (*Hewlett-Packard v. L.G. Electronics Inc. et al.*) (N.D. Cal.)
Represented plaintiff Hewlett-Packard in antitrust case involving alleged conspiracy to fix prices for ODD products. Case pending as part of MDL proceedings in Northern District of California.

***Administradora v. E.I. DuPont de Nemours & Co., Inc.*** (Florida, Miami-Dade County State Court)
Represented DuPont in three-week jury trial of product liability action involving Benlate fungicide. Plaintiff, a large Costa Rican citrus producer, claimed $42 million in damages. The jury found plaintiff 60% contributorily negligent and awarded substantially reduced damages, resulting in an award of a small fraction of plaintiff's claim. Post-trial cross-motions are pending.

***American Airlines v. Sabre Inc.*** (Texas, Tarrant County State Court and N.D. Tex., 2010-2012)
Trial counsel for Sabre in breach of contract and antitrust actions relating to the display of American's flights and fares in Sabre's Global Distribution System. American claimed $1 billion in damages. Jury trial in Texas state court. Case settled favorably during trial.

***NBA Players Association v. National Basketball League***
Advised the NBA Players Association regarding potential antitrust claims against the NBA during the 2011 NBA lockout.

***In re Flat Panel LCD Antitrust Litigation*** (N.D. Cal.)
Represented Hewlett-Packard in litigation relating to claims of price fixing by several major foreign manufacturers of flat-panel LCD displays.

***United States of America ex rel. Oberg v. Nelnet et al.*** (E.D. Va.)
Represented Nelnet in *qui tam* action under Federal False Claims Act. Relator alleged that Nelnet submitted false claims for hundreds of millions of dollars in student loan subsidies. Case settled immediately before jury selection.

BartlitBeck LLP



***RealNetworks, Inc. v. DVD CCA, et al.*** (N.D. Cal.)
Represented RealNetworks in preliminary injunction proceedings in U.S. District Court, Northern District of California in which movie studios claim that RealNetworks "RealDVD" product violates the Digital Millenium Copyright Act, and seek to enjoin its distribution. Case involves antitrust claims against the major movie studies based on their collective agreement to prohibit the individual authorization to copy studio content on DVDs.

***Tyco International Ltd. v. Swartz*** (S.D.N.Y.)
Trial counsel for Tyco in case against former CFO for improperly received compensation in SDNY. Obtained order in favor of Tyco after bench trial.

***Tyco International Ltd. v. Kozlowski*** (S.D.N.Y.)
Trial counsel for Tyco in breach of fiduciary duty and conversion suit against former CEO. Case settled.

***In re Tyco Securities Litigation***
Represented Tyco in multiple class action securities claims.

***In re TyCom Ltd. Securities Litigation*** (D.N.J.)
Represented Tyco International in class action suit in which plaintiffs sought over $1 billion in damages for alleged securities fraud. Plaintiffs alleged that Tyco violated Section 10(b) of the Securities Exchange Act and Section 11 of the Securities Act in connection with the July 2000 TyCom IPO. The case settled favorably before trial.

***Overby v. Tyco International Ltd.*** (ERISA Litigation) (D.N.H.)
Represented Tyco International in class action suit brought under ERISA on behalf of participants in Tyco's retirement plans. Plaintiffs sought over $1 billion in damages. Case settled favorably for Tyco.

***Brazen v. Tyco International*** (Illinois, Cook County State Court)
Represented Tyco in class action securities law claim relating to registration statement issued by Tyco in connection with a merger with Mallinckrodt. Case settled.

***Super Helechos, et al. v. E.I. DuPont de Nemours & Co., Inc.*** (Florida, Miami-Dade County State Court)
Represented DuPont in ten-week Miami jury trial of product liability claims involving Benlate® fungicide. Plaintiffs, twenty-seven Costa Rican farms, claimed $396 million in damages.

Trial court entered directed verdicts for DuPont on all claims of most of the largest plaintiffs (constituting 60% of plaintiffs' total claimed damages). Jury awarded other plaintiffs a small fraction of amounts sought.

Florida court of appeals (1) affirmed directed verdicts for DuPont on claims of the largest plaintiffs, and (2) reversed all jury verdicts for other plaintiffs due to numerous trial court errors.

BartlitBeck LLP



***TicoFrut, S.A. v. E.I. DuPont de Nemours & Co., Inc.*** (Florida, Miami-Dade County State Court)
Represented DuPont in Miami state court jury trial of product liability claims involving the fungicide Benlate®. TicoFrut, the main citrus grower and processor in Costa Rica, sued DuPont claiming that Benlate® hurt the production of orange trees in Costa Rica. TicoFrut sought $172 million in compensatory damages and an undisclosed amount of punitive damages. Trial lasted six weeks in Miami-Dade County Court. The jury deliberated for five hours before returning a verdict for DuPont, finding no liability.

***Confidential Pharmaceutical Mediation***
Represented pharmaceutical company in connection with pre-litigation mediation. Opposing party claimed damages of over $1 billion stemming from alleged antitrust violations, breach of contract, tortious interference, and fraud involving the alleged monopolization of the active ingredient used to manufacture client's medicine. After submission of expert reports and numerous presentations, case settled on favorable terms involving a supply agreement providing present and future payments to our client of at least $30 million.

***LSI Logic Corp. v. Broadcom Corp. et al.*** (D. Colo. 2005)
Represented Broadcom Corporation and seven of its employees in a suit by LSI Logic alleging trade secret misappropriation, improper solicitation, breach of contract, and tortious interference. The alleged trade secrets concerned analog and mixed signal processing technology and chip design. Case resolved for $0.

***WestRM-West Risk Markets, Ltd. v. Lumbermens Mutual Casualty Company, et al. v. AIMCO, et al.*** (S.D.N.Y.)
Represented AIMCO in the U.S. District Court for the Southern District of New York in a case regarding liability under alleged premium finance agreements and bonds.

***AIMCO v. Nat'l Union Fire Insurance of Pittsburgh, PA, et al.*** (D. Colo.)
Represented AIMCO in the U.S. District Court for the District of Colorado regarding an insurance coverage and breach of insurance contract dispute. Case settled.

***AIMCO v. Cananwill, Inc., and Combined Specialty Insurance Company f/k/a Virginia Surety Company, Inc.*** (D. Colo.)
Represented AIMCO in the U.S. District Court for the District of Colorado regarding the misappropriation by a premium finance and insurance company of return premiums. Case settled.

***AIMCO v. Lumbermens Mutual Casualty Company*** (D. Colo.)
Represented AIMCO in the U.S. District Court for the District of Colorado regarding breach of surety bond agreements. Case settled.

***Lumbermens Mutual Casualty Company, et al. v. AIMCO, Ray Baldwin, and Swain and Baldwin Insurance***
Represented AIMCO in the U.S. District Court for the Southern District of New York in a case regarding an alleged conspiracy in obtaining surety bond agreements. Case settled.

***Cananwill, Inc. v. AIMCO, Greenwich Insurance Company, et al.*** (New Jersey, Morris County Superior Court)
Represented AIMCO in the Superior Court of New Jersey, Morris County Law Division, regarding alleged liability under alleged premium finance agreements. Case settled.

BartlitBeck LLP



***Micron Technology v. Rambus, Inc.*** (D. Del.)
Represented Micron Technology in action seeking a declaratory judgment that Rambus patents relating to Dynamic Random Access Memory ("DRAM") chips are invalid, unenforceable and not infringed. Case also involved antitrust and fraud claims relating to Rambus misconduct in connection with industry standard-setting activities.

***Attorney General of Canada v. R.J. Reynolds Tobacco Holdings, Inc., et al.*** (N.D.N.Y.)
Represented Canadian government in prosecution of civil RICO claim against R.J. Reynolds seeking more than $1 billion in damages caused by tobacco companies' scheme to smuggle tobacco into Canada and avoid Canadian taxes.

***Aquilex Services, Inc. v. Frank Novak, Phil Hulsizer***
Represented Aquilex in an arbitration regarding a dispute regarding a net worth purchase price adjustment.

***Aquila Power Services Corporation v. Aquila, Inc.***
Represented Aquila Power Services in the Southern District of Texas regarding a trademark and tradename dispute. Case settled.

## GOVERNMENT EXPERIENCE

***United States v. Microsoft***
Member of the four person core team investigating Microsoft's Internet-related conduct in 1996.

***U.S. v. Microsoft (consent decree case***) October 1997
Consent Decree violation case against Microsoft alleging violations of the 1994 Consent Decree. Member of trial team (1997-1998).

***U.S. v. Microsoft (monopolization case)*** Filed May 1998
Represented the United States in the Microsoft antitrust trial in the District Court for the District of Columbia. Member of trial team. One of the primary drafters of complaint and theory of the case; took key trial depositions; responsible for economic experts and preparing them to testify for the United States; one of the primary drafters of proposed findings of fact and conclusions of law, which were accepted by Judge Jackson and affirmed by the D.C. Circuit.

***Merger, civil, and criminal investigations***
Extensive work on civil merger, civil, and criminal investigations (including grand jury)

## PROFESSIONAL ACTIVITIES AND COMMUNITY SERVICE

Former Adjunct Professor of Antitrust Law; University of Colorado Boulder

Board of Trustees (2018-2021), Great Outdoors Colorado, http://www.goco.org/about-us

Board of Directors, Big City Mountaineers (2018-2021), https://www.bigcitymountaineers.org

BartlitBeck LLP



Coach, Lakewood High School Mock Trial

Board of Trustees, Jeffco Open Space Foundation

Board Member, Foothills Art Center

## BIG WINS

Bartlit Beck Prevails For DuPont In Benlate Case

Bartlit Beck Defeats Product Liability Claim Where Plaintiff Sought $172 Million Plus Punitive Damages

## NEWS

*Benchmark Litigation* Named Rebecca Weinstein Bacon, Karma Giulianelli, and Kat Hacker Among Top 250 Women in Litigation
08.15.2025

Karma Giulianelli and Glen Summers named "Litigators of the Week" by *The American Lawyer* After Class Action Win Against Google
07.09.2025

Bartlit Beck Secures $314 Million Verdict in Landmark Class Action Against Google
07.02.2025

Bartlit Beck Partners Named Leading Commercial Litigators by the *Daily Journal*
02.11.2025

Lawdragon Named Karma Giulianelli Among Top 500 Leading Global Antitrust & Competition Lawyers
01.28.2025

*Benchmark Litigation* Named Rebecca Weinstein Bacon, Karma Giulianelli, and Kat Hacker Among Top 250 Women in Litigation
08.14.2024

Calif. Android Users Win Class Cert. In Google Data Use Row
10.27.2023

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.01.2023

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.03.2022

Second Circuit Rules in favor of Bartlit Beck Client Sabre Holdings Corp. in Antitrust Case
09.17.2019

BartlitBeck LLP



MassMutual, Goldman Sachs reach deal in residential mortgage-backed suit
11.06.2017

PE Firm Was Behind 'Blatant' $100M Fraud, Insurer Says
10.18.2017

Karma Giulianelli, Joe Doman and a Bartlit Beck Team Secure Dismissal of All Antitrust Claims for OtterBox
02.22.2017

MassMutual, RBS strike deal In $235M crisis-era MBS suit
08.15.2016

Bartlit Beck wins motion to dismiss plaintiffs' damages claims in airline ticket pricing class action
07.08.2016

Bartlit Beck Wins Motion to Dismiss to Further Pare Down US Airways' Antitrust Suit
09.2015

Bartlit Beck Files ODD Price Fixing Case for Hewlett-Packard
10.2013

Karma Giulianelli Named Top Lawyer
05.2010

Bartlit Beck Prevails For DuPont In Benlate Case
12.2009

Bartlit Beck Wins Jury Verdict for DuPont
03.2005

## PUBLICATIONS

*The Antitrust Boundaries of Nonsolicitation Agreements*
*Business Law Today*, 2018

*When Failure to Disclose Intellectual Property in Standard Setting Can be Anticompetitive*
*The Standards Edge: The Golden Mean*, 2007

*United States v. Microsoft: Ten Years Later*
*Berkman Klein Center, Harvard Law School*

*Standard Setting and Antitrust*
*Speech at Stanford Law School*

## ANTITRUST COUNSELING

Routinely provides confidential antitrust counseling for large corporations.

BartlitBeck LLP



## SPEECHES AND PRESENTATIONS

Panelist, Monopolization Cases: Where Are the Remedies?, ABA Spring Meeting, 2022

Presenter, ABA Spring Meeting Mock Trial, 2019

Panelist, "Sabre Case: Two Sided Markets," California Bar Association, 2018

Presenter, Trying Rule of Reason Case, New York Bar Association, 2017

Speaker, "Integrating Substantive Law, Strategy and Trial Tactics In a Complex Monopolization Case," Harvard Berkman Klein Center, 2008.

Panelist, "The Intellectual Property Antitrust Nexus," University of Colorado School of Law, 2007

Presenter, "The Standard Setting Process & Patent Commitments," Stanford Law School, 2005

Presenter, "The (Sometimes Illusory) Intersection Between the Patent and Antitrust Laws," San Diego Bar Association, 2001

Presenter, "The Microsoft Experience in Antitrust Enforcement in the New Millennium," 2000

## PUBLICATIONS

Co-author, *The Antitrust Boundaries of Nonsolicitation Agreements,* Business Law Today, 2018

*When Failure to Disclose Intellectual Property in Standard Setting Can be Anticompetitive*, Karma Giulianelli, The Standards Edge, 2004

# Annex 8

BartlitBeck LLP



# GLEN E. SUMMERS

PARTNER

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3115
glen.summers@bartlitbeck.com

Glen Summers is an experienced first chair trial lawyer who has handled high-stakes matters across the nation, involving a wide variety of subject matter, with several big wins to his credit. During his tenure at Bartlit Beck, Glen has tried cases in the federal and state courts of California, Colorado, Delaware, Florida, Kansas, Missouri, New York, and Texas, and has acted as lead counsel in a number of arbitrations and mediations.

In addition to his trial practice, Glen regularly handles significant appellate matters. He has argued appeals to the U.S. Courts of Appeals for the Federal Circuit, Fifth Circuit, Ninth Circuit, and Tenth Circuit, as well as the Colorado Supreme Court and the California Court of Appeal.

A significant portion of Glen's practice is devoted to technology and intellectual property litigation. He has handled significant patent litigation involving wireless communication, digital rights management, medical devices and semiconductors, and has acted as lead counsel in patent infringement trials in the Eastern District of Texas and Central District of California. In June 2025, Glen served as lead trial counsel in a landmark case against Google involving its consumption of Android smartphone users' cellular data for its own information-gathering purposes, winning a $314 million jury verdict in California state court. In July 2024, Glen served as lead trial counsel in *General Access Solutions v. Verizon Wireless*, winning an $847 million jury verdict for our client in the Eastern District of Texas (parties later entered confidential settlement during retrial).

Glen has also taken a leading role in significant antitrust and consumer litigation involving some of the country's biggest technology companies. He was recently a leading member of the consumer class's legal team in *In re Google Play Antitrust Litigation*, which resulted in a $730 million settlement for consumers. In that litigation, Glen argued for and prevailed in securing litigation sanctions against Google for its spoliation of Google Chat data.

Glen is also one of the nation's foremost lawyers in the representation of plaintiffs in significant legal malpractice cases. To date, he has obtained approximately $250 million in settlements for his legal malpractice clients. In one such matter, Glen represented Frank McCourt, the former owner of the Los Angeles Dodgers, in a highly publicized blockbuster legal malpractice case against Bingham McCutchen LLP arising out of Bingham's negligent preparation of Mr. McCourt's postnuptial agreement, which allowed his former wife to claim ownership of 50% of the Dodgers franchise. Glen also represented Charter Communications in its malpractice suit against Irell & Manella LLP arising out of the botched documentation of a $3 billion cable system acquisition. Other legal malpractice cases Glen has handled have involved intellectual property, estate planning and transactional matters.

BartlitBeck LLP



Glen has been with Bartlit Beck since 1997 and has been a partner since 1999. Before joining Bartlit Beck, Glen clerked for U.S. Supreme Court Justice Antonin Scalia and the Chief Judge of the U.S. Court of Appeals for the Ninth Circuit. Glen was also previously an associate at Sullivan & Cromwell from 1995-1996.

Chambers USA has recognized Glen as a leading business litigator, describing him as a "phenomenal trial attorney." (2014 ed)

Glen is a member of the California and Colorado bars and has been admitted to practice in state and federal courts across the country, including the United States Supreme Court.

## EDUCATION & HONORS

University of Pennsylvania Law School, 1994, J.D., *magna cum laude*

Order of the Coif

National Moot Court Team

Editor, *University of Pennsylvania Law Review*

Senior Editor, *Harvard Journal of Law and Public Policy*

P. Pemberton Morris Prize (highest grades in evidence, pleading & practice)

George Shechtman Prize (highest grade in contracts)

University of California at Berkeley, 1991, A.B., with Highest Honors

*Phi Beta Kappa*

*Alpha Delta Phi* Memorial Scholarship

President, Undergraduate Political Science Association

## CLERKSHIPS

Honorable Antonin Scalia, Associate Justice, United States Supreme Court, 1996-1997

Honorable J. Clifford Wallace, Chief Judge, United States Court of Appeals for the Ninth Circuit, 1994-1995

## AWARDS & RECOGNITION

Ranked by Chambers USA as a leading business litigator, 2011-2017

Recognized in Benchmark Litigation as a Litigation Star

Lawdragon 500 Leading Litigators in America, 2023-2025

BartlitBeck LLP

GLEN E. SUMMERS

Lawdragon 500 Leading Global IP Lawyers, 2025

## ADMISSIONS

Colorado

California

## CASES TRIED OR OTHERWISE TAKEN TO JUDGMENT

***Attila Csupo et al. v. Google, LLC*** (Sup. Ct. Ca.)
Lead trial counsel for a class of 14 million California Android users in their claim for conversion against Google for Google's undisclosed and wrongful consumption of Plaintiffs' cellular data. In a groundbreaking verdict, the California state court jury awarded the Plaintiffs $314,626,932 in damages.

Litigators of the (Past) Week: Hitting Google With a $314M Verdict For Using Android Customers' Data Without Permission (The American Lawyer)

Why Has Google Been Ordered to Pay Android Users US$314.6m? (Technology Magazine)

Google hit with $314 million US verdict in cellular data class action (Reuters)

Google Hit With $314M Verdict In Android Data Use Suit (Law360)

Google takes a gamble in class action jury trial over cell phone data use (Reuters)

Google Going to Trial After Doing Something Super Sketchy to Android Users (Futurism)

Google Must Defend Revived Claim Over Use of Android Phone Data (Bloomberg Law)

Circuit revives class action against Google for cellular data misuse (Daily Journal)

***General Access Solutions v. Verizon Wireless*** (U.S. District Court, Eastern District of Texas)
Lead trial counsel for General Access in patent infringement litigation involving fundamental patents relating to 5G cellular networks and mobile hotspots. Won $847 million jury verdict, representing 100% of General Access's damages claim. With prejudgment interest, the verdict has a value in excess of $1 billion. The Court subsequently set aside the verdict and ordered a new trial. The parties entered into a confidential settlement during the retrial.

Click to see the Law360, Bloomberg Law, Seeking Alpha, The Marshall News Messenger, and IAM Media articles

***United States v. Fortenberry*** (U.S. District Court, Central District of California)
Served as co-lead trial counsel in the criminal trial of a sitting member of the United States Congress charged with making false statements to the FBI in connection with an investigation of illegal campaign contributions made to his campaign by foreign nationals in connection with the 2016 elections. Case was tried to verdict in March 2022. Congressman Fortenberry was convicted but received no custodial sentence in view of the overwhelming evidence presented at trial of his exceptional character. Congressman Fortenberry's conviction

BartlitBeck LLP



was later reversed by the United States Court of Appeals for the Ninth Circuit.

***Grynberg v. Grynberg*** (Arapahoe County, Colorado)
Lead trial counsel for defendants in bench trial involving equitable claims for unjust enrichment and quantum meruit brought by the founder of a group of privately held oil and gas companies, including claims for compensation for services and assets previously provided to the companies. Plaintiff sought $400 million in compensation at trial. Won a complete defense verdict, which the Colorado Court of Appeals affirmed in its entirety.

***Yukos Capital S.A.R.L. v. Feldman*** (U.S. District Court, Southern District of New York)
Lead trial counsel for a trustee affiliated with charitable trusts formed to compensate stockholders of the former Yukos Oil Company (which was improperly nationalized by the Russian Federation) in a jury trial involving claims for breach of fiduciary duty against the former trustee. Secured a jury finding that the defendant breached his fiduciary duties. Case currently on appeal to the Second Circuit.

***Gadeco, LLC v. Grynberg*** (Arapahoe County, Colorado)
Lead trial counsel for defendants in jury trial involving claims for breach of contract and breach of fiduciary duty brought by the founder of a group of privately held oil and gas companies against the shareholders and board members following his removal as President and Chairman. Plaintiff sought injunctive relief and $800 million in damages at trial. Won a complete defense verdict, which the Colorado Court of Appeals affirmed in its entirety.

***State Compensation Insurance Fund v. Khan et. al.*** (U.S. District Court, Central District of California)
Lead counsel for defendants in RICO action seeking over $100 million in damages arising out of alleged medical billing fraud. Won summary judgment.

***Angelotti Chiropractic, Inc., et. al. v. Baker*** (U.S. District Court, Central District of California)
Won state-wide preliminary injunction prohibiting the enforcement of new fees imposed by the State of California on providers of medical services to workers' compensation claimants. The injunction is estimated to have saved the providers several hundred million dollars.

***Alexsam, Inc. v. IDT Corporation*** (U.S. District Court, Eastern District of Texas)
Lead trial counsel for IDT Corporation in two related patent infringement actions involving systems for activating pre-paid gift cards and phone cards. Won judgment as a matter of law on some claims in the district court and reversal of the jury's verdict of infringement on other claims on appeal to the U.S. Court of Appeals for the Federal Circuit. The second case settled favorably after a bench trial but prior to the court entering judgment.

***In re Genetically Modified Rice Litigation*** (U.S. District Court, Eastern District of Missouri)
Member of national trial team for Bayer in multidistrict litigation relating to the unintended low level presence of genetically engineered rice in commercial rice shipments. Served as trial counsel in a series of bellwether trials in 2009 and 2010.

BartlitBeck LLP



***Applied Medical Resources Corp. v. United States Surgical Corp.* ("Applied III")** (U.S. District Court, Central District of California)
Trial counsel for United States Surgical Corporation, a subsidiary of Covidien, in patent infringement suit involving instruments for laparoscopic surgery. Applied Medical alleged that U.S. Surgical infringed a medical device patent and sought up to $300 million in damages plus an injunction. Won non-infringement jury verdict after five-week trial. Prior to Bartlit Beck's representation, U.S. Surgical had twice previously been found to willfully infringe the same patent. The judgment was subsequently affirmed on appeal by the U.S. Court of Appeals for the Federal Circuit.

***California Young Republicans, Inc. v. Rodriguez, et. al.*** (AAA Arbitration, Los Angeles, California)
Lead trial counsel in AAA arbitration to resolve disputed elections of officers and directors to one of the leading volunteer organizations affiliated with the California Republican Party. The arbitrator issued a reasoned decision in favor of our clients.

***Edward Keely v. Janus Management Holdings Corp.*** (Denver, Colorado)
Lead trial counsel for former Janus portfolio manager in action for fraud, breach of employment contract, and related claims against mutual fund company. Won $4.8 million jury verdict, which was later increased to over $7 million due to statutory enhancements, interest, and attorneys' fees. The jury found that Janus committed fraud, and that finding is believed to have precipitated the ouster of Janus's CEO.

***Applied Medical Resources Corp. v. United States Surgical Corp.* ("Applied II")** (U.S. District Court, Central District of California)
Lead trial counsel for United States Surgical Corporation, a subsidiary of Covidien, in connection with a trial on damages and willfulness after patent infringement had already been established prior to Bartlit Beck's involvement.

***C&W Fabricators, Inc. v. Meriwether Capital Corp.*** (AAA Arbitration, New York)
Lead trial counsel for buyers of company that manufactures intake and exhaust systems for gas turbine power plants in arbitration against the sellers for indemnification for warranty obligations. Case won after one-week arbitration.

***Bush v. Gore*** (Circuit Court, Leon County, Florida)
Member of President George W. Bush's Florida election recount trial team. Represented President Bush in election contest filed by former Vice President Al Gore contesting the results of the 2000 Presidential election in Florida, and in separate case seeking recognition of disqualified overseas military ballots. Case won in the trial court and ultimately affirmed in the United States Supreme Court.

BartlitBeck LLP



***Nystrom v. Nieslanik*** (Garfield County, Colorado)
Lead trial counsel for defendant Carbondale Corporation in action by real estate developers seeking establishment of public right-of-way across client's ranch near Aspen, Colorado. Complete defense verdict won after seven-day bench trial.

***Sosa v. Glikshtern*** (Superior Court, San Francisco, California)
Lead trial counsel for defendant in civil rights action alleging discrimination and other civil rights violations against Latinos. Complete defense verdict won after two-week jury trial.

***William I. Koch v. Koch Industries, Inc.*** (U.S. District Court, Kansas)
Member of trial team that represented plaintiff William I. Koch in three-month jury trial involving billion-dollar securities fraud claim.

***United Technologies Corp. v. Chromalloy Gas Turbine Corp.*** (U.S. District Court, Delaware)
Member of trial team that represented United Technologies Corp. (Pratt & Whitney Division) in three-week bench trial involving the interpretation of a licensing agreement relating to jet engine technology.

## CASES ARGUED ON APPEAL

***Gadeco, LLC v. Grynberg*** (Colorado Supreme Court)
Argued interlocutory appeal to the Colorado Supreme Court arising out of dispute over control of privately held oil & gas companies.

***State Compensation Insurance Fund v. Khan*** (U.S. Court of Appeals for the Ninth Circuit)
Agued appeal arising out of RICO action seeking over $100 million in damages for alleged medical billing fraud. Obtained affirmance of summary judgment victory in the district court.

***Barri v. Workers Compensation Appeals Board*** (California Court of Appeal)
Argued appeal in case challenging the constitutionality of certain changes to the California workers' compensation system.

***Ashford Hospitality Prime v. Sessa Capital*** (U.S. Court of Appeals for the Fifth Circuit)
Argued appeal for New York based hedge fund arising out of proxy contest litigation.

***Angelotti Chiropractic, Inc., et. al. v. Baker*** (U.S. Court of Appeals for the Ninth Circuit)
Argued appeal from order granting statewide preliminary injunction prohibiting the enforcement of new fees imposed by the State of California on providers of medical services to workers' compensation claimants.

***Alexsam, Inc. v. IDT Corporation*** (U.S. Court of Appeals for the Federal Circuit)
Argued appeal for defendant telecommunications provider from adverse verdict in patent infringement action. Obtained reversal of jury's verdict of infringement on grounds that insufficient evidence supported the jury's verdict.

***ICE Corporation v. Hamilton Sundstrand Co.*** (U.S. Court of Appeals for the Tenth Circuit)
Argued appeal for Hamilton Sundstrand from $20 million adverse trade secret misappropriation verdict. Won reversal of punitive damages award.

***Applied Medical Resources Corp. v. United States Surgical Corp.*** (U.S. Court of Appeals for the Federal Circuit)
Argued appeal for Covidien subsidiary in patent infringement action involving instrumentation for laparoscopic surgery. Secured affirmance of noninfringement verdict at trial.

## OTHER REPRESENTATIVE CASES

**Representative Intellectual Property Litigation**

***General Access Solutions, Inc. v. Sprint*** (U.S. District Court, Eastern District of Texas)
Lead counsel for General Access in patent infringement action against Sprint involving fundamental patent relating to beamforming technology employed by 4G LTE and 5G base stations. Case settled favorably in August 2021, just one week before trial.

***Sycamore IP Holdings v. ATT et. al.,*** (U.S. District Court, Eastern District of Texas)
Lead counsel IP holding company from the former Sycamore Networks in patent infringement action against several major telecom providers. Patent relates to transcoding of data in optical networks. Case set for trial in December 2017. Case against Verizon settled favorably. Case against other carriers lost on summary judgment.

***ContentGuard, Inc. v. Amazon.com, Inc.*** (U.S. District Court, Eastern District of Texas)
Lead trial counsel for Amazon in patent infringement action involving nine patents relating to Digital Rights Management technology. Case settled favorably prior to trial.

***Trover Group, Inc. v. Tyco International, Ltd. et. al.*** (U.S. District Court, Eastern District of Texas)
Co-lead trial counsel for Tyco and ADT in patent infringement action involving security systems. Case settled prior to trial.

***Tandberg Data Corp. v. Hewlett-Packard Company*** (U.S. District Court, Colorado)
Represented defendant and counterclaim plaintiff HP in patent infringement action relating to data storage technology. Case settled prior to trial.

***Micron Technology, Inc. v. Rambus, Inc.*** (U.S. District Court, Delaware)
Represented Micron Technology in action seeking a declaratory judgment that Rambus patents relating to Dynamic Random Access Memory chips are invalid, unenforceable, and not infringed. Case also involved antitrust and fraud claims relating to Rambus's misconduct in connection with industry standard-setting activities.

***Siemens, AG v. LG Semicon Co.*** (U.S. District Court, Delaware)
Represented Siemens in patent infringement litigation relating to semiconductor circuitry and manufacturing processes.

BartlitBeck LLP



***Hyundai Electronics Industries Co. v. Infineon Technologies A.G.*** (U.S. District Court, Northern District of California)
Represented Infineon Technologies in patent infringement litigation relating to semiconductor circuitry and manufacturing processes.

**Representative Antitrust Litigation**

***In re Google Play Antitrust Litigation*** (U.S. District Court, Northern District of California)
Leading member of team representing consumers in putative class action alleging that Google has engaged in anticompetitive conduct in order to monopolize the market for distribution of applications and in-app content. Case currently pending.

***NBA Players Association v. National Basketball League***
Advised the NBA Players Association regarding potential antitrust claims against the NBA during the 2011 NBA lockout.

***Barr Laboratories, Inc. v. DuPont Pharmaceuticals Company*** (U.S. District Courts, Delaware and Eastern District of New York)
Represented DuPont Pharmaceuticals Company in antitrust litigation challenging DuPont's lobbying and marketing activities concerning the anticoagulant medication Coumadin®. Case settled favorably.

**Representative Mass Tort and Qui Tam Litigation**

***Poehling v. UnitedHealth Group, Inc.*** (U.S. District Court, Central District of California)
Currently representing UnitedHealth in qui tam litigation alleging that UnitedHealth submitted false claims resulting in billions of dollars in overpayments to its Medicare Advantage plans by failing to delete risk assessment codes not supported by the underlying medical records.

***Las Vegas Hepatitis C Litigation*** (Clark County, Nevada)
Lead trial counsel for one of several trial teams for UnitedHealthcare in litigation encompassing over forty separate cases brought by individuals who contracted Hepatitis C during endoscopy procedures performed at clinics that were on UnitedHealthcare's network of approved healthcare providers. Cases settled after Bartlit Beck won a favorable jury verdict in one of the lead cases.

***In re Genetically Modified Rice Litigation*** (U.S. District Court, Eastern District of Missouri)
Member of national trial team for Bayer in multidistrict litigation relating to the unintended low-level presence of genetically engineered rice in commercial rice shipments. Served as trial counsel in a series of bellwether trials in 2009 and 2010.

**Representative Securities Litigation**

***Ashford Hospitality Prime v. Sessa Capital*** (U.S. District Court, Northern District of Texas)
Lead counsel for New York based hedge fund in proxy contest litigation. Server as lead trial counsel in preliminary injunction hearing.

BartlitBeck LLP



***IDT Corporation. v. Telefonica, S.A.*** (U.S. District Court, New Jersey)
Represented IDT in securities fraud action relating to the termination of a joint venture between IDT and Terra Networks and Terra Network's acquisition of internet portal Lycos. Action resulted in highly favorable settlement for IDT.

***EchoStar Communications Corporation v. News Corp.*** (U.S. District Court, Colorado)
Represented plaintiff in action for breach of contract against The News Corporation seeking several billion dollars in damages. Case settled favorably.

**Representative Legal Malpractice Litigation**

***Frank McCourt v. Bingham McCutchen LLP*** (Massachusetts Superior Court)
Represented Frank McCourt, the former owner of the Los Angeles Dodgers, in connection with his legal malpractice claims against Bingham McCutchen LLP arising out of Bingham's negligent preparation of Mr. McCourt's postnuptial agreement, allowing his former wife to claim ownership of 50% of the Dodgers franchise, which sold for $2.15 billion. Obtained dismissal of an unprecedented declaratory judgment action brought against Mr. McCourt by Bingham, seeking a determination that the firm did not commit malpractice and did not proximately cause Mr. McCourt's damages. A confidential settlement was reached.

***Charter Communications, Inc. v. Irell & Manella, LLP*** (U.S. District Court, Central District of California)
Represented Charter Communications in $150 million legal malpractice action against well-known national law firm arising out of negligent documentation of substantial corporate acquisition. A confidential settlement was reached in February 2009.

***Confidential Legal Malpractice Representation*** (Chicago, Illinois)
Represented high net worth family seeking resolution of malpractice claims against national law firm in connection with negligent estate planning resulting in hundreds of millions of dollars in unanticipated tax liabilities. Case settled favorably following confidential settlement discussions.

***Confidential Legal Malpractice Representation*** (Richmond, Virginia)
Represented leading manufacturer of plastic bottles in connection with legal malpractice claims against a large, regional law firm arising out of $50 million settlement of patent infringement litigation. Case settled favorably following confidential mediation.

***Confidential Legal Malpractice Representation*** (Los Angeles, California)
Represented major data storage company seeking resolution of malpractice claims against national law firm for negligent representation resulting in significant litigation sanction. Provided representation and advice in connection with confidential mediation.

## BIG WINS

Bartlit Beck Wins Two Large Trials In Denver
06.15.2019

BartlitBeck LLP



Bartlit Beck Wins Complete Defense Verdict in $400 Million Patent Case

Bartlit Beck Wins Defense Verdict in High-Stakes Patent Infringement Case Involving Medical Devices

## NEWS

Karma Giulianelli and Glen Summers named "Litigators of the Week" by *The American Lawyer* After Class Action Win Against Google
07.09.2025

Bartlit Beck Secures $314 Million Verdict in Landmark Class Action Against Google
07.02.2025

Bartlit Beck Wins $847M Verdict
07.01.2024

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.01.2023

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.03.2022

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2021

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2020

Bartlit Beck Earns Top Rankings by Benchmark Litigation
09.25.2019

Chambers USA 2017 Client's Guide places Bartlit Beck attorneys in the top tier
08.15.2017

Chambers USA 2015 Client's Guide Places Bartlit Beck Attorneys at the Top
07.2015

Chambers USA 2014 Client's Guide Places Bartlit Beck Attorneys at the Top
08.2014

Chambers USA 2013 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2013

Chambers USA 2012 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2012

Denver Business Journal touts Bartlit Beck's success, teamwork
06.2012

Fred Bartlit and Glen Summers Tapped to Represent Frank McCourt in Blockbuster Legal Malpractice Action
01.2012

Chambers USA 2011 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2011

Glen Summers and Bartlit Beck Team Win Jury Verdict on Fraud and Breach of Contract Against Janus Capital
05.2009

Fred Bartlit, Glen Summers and Sean Grimsley Win Complete Defense Verdict for Covidien in $400 Million Patent Infringement Action
02.2008

Bartlit and Beck Named Lead Lawyers in Election Contest
12.2000

## PUBLICATIONS

*Antonin Scalia – A Justice in Full*
*National Review*, 2016 February 29, (Contributor)

*Private Property Without Lochner: Toward a Takings Jurisprudence Uncorrupted by Substantive Due Process*
*142 U. Pa. L. Rev. 837*, 1993, (Comment)

# Annex 9

BartlitBeck LLP


# JOHN D. BYARS

PARTNER

54 West Hubbard Street, Chicago, IL 60654
312.494.4443
john.byars@bartlitbeck.com


## EDUCATION & HONORS

University of Chicago Law School, 2001, J.D., with Honors

Clemson University, 1998, M.A., Economics

Clemson University, 1996, B.S., Physics, *magna cum laude*

## ADMISSIONS

Illinois

United States Court of Appeals for the Fifth Circuit

United States District Court for the Northern District of Illinois

Texas (inactive)

## REPRESENTATIVE MATTERS

***In re Google Play Antitrust Litigation***
Represented consumer class alleging that Google has engaged in anticompetitive conduct in order to monopolize the market for distribution of applications and in-app content on Android devices. The case alleges violations of the antitrust laws based on Google's contractual restrictions and other conduct, resulting in a significant overcharge on the price of Android apps and in-app content. Case pending.

***East Palestine Train Derailment Litigation***
Trial and coordinating counsel to Trinity Industries Leasing Company in class action and CERCLA litigation arising from the East Palestine, Ohio, Train Derailment of February 3, 2023, pending in federal courts in Ohio and Pennsylvania.

***Elliott Associates, L.P. v. Porsche SE***
Represented hedge funds in securities fraud and manipulation lawsuit against Porsche SE related to Porsche SE's attempted takeover of Volkswagen AG in 2008.

BartlitBeck LLP



***Hedge Fund Litigation Counseling – Residential Mortgage-Backed Securities***
Counsel to hedge funds on issues involving rights and remedies of securitization certificate holders and securitization trusts, including review of documentation, design of legal strategies, and negotiation with adverse parties.

***Mortgage Guarantee Insurance Corp. v. Lehman Brothers, Inc.***
Represented MGIC in connection with a claim against Lehman Brothers, Inc. for fraud and breaches of representations and warranties related to mortgage loans insured by MGIC and included in certain mortgage-backed securities. The bankruptcy trustee sought to disallow MGIC's claim altogether. Following briefing on the issue and mediation, the trustee and MGIC reached a settlement that granted MGIC a $33 million unsecured claim against the Lehman Brothers, Inc. bankruptcy estate.

***Amaranth LLC v. J.P. Morgan Chase & Co.***
Represented hedge fund and trading advisor in their action for breach of contract and tortious interference with prospective economic advantage against investment bank, commercial bank, and futures commission merchant. Damages in excess of $1 billion.

***Stanfield Offshore Leveraged Assets, Ltd., et al. v. Metropolitan Life Insurance Company, et al.***
Represented group of investment funds in suit against former creditors of bankrupt corporation for aiding and abetting fraud and breaches of fiduciary duties.

***ACP Master, Ltd., et al. v. Bank of America, et al.***
Represented certain holders of Fontainbleau in their actions against financial institutions for breach of contract.

***Ocean Ridge Capital Advisors, LLC v. Metropolitan Life Insurance Company, et al.***
Represented litigation trustee in preference and fraudulent transfer actions against former creditors of bankrupt corporation. Case settled.

***RealNetworks, Inc. v. Microsoft Corp.***
Represented RealNetworks in antitrust suit against Microsoft. RealNetworks obtained a $761 million settlement.

***NextEra Energy Capital Holdings, Inc. v. Bacno Bilbao Vizcaya Argentaria, SA., et. al.***
Represented NextEra in a billion-dollar dispute concerning its obligations to a syndicate of banks that financed its subsidiary's development of a solar thermal power plant in Spain. Case settled on a confidential basis.

***Federal Insurance Company v. Speedboat Racing Ltd. v. Rambler 100 LLC***
Represented Rambler in connection with breach of contract and admiralty claims related to loss of racing sloop. Case settled on a confidential basis.

***High 5 Games, LLC v. IGT***
Trial counsel for leading casino-style game developer IGT in breach of contract and trademark dispute with supplier. The dispute involved the parties' respective rights and obligations related to intellectual property created under their game development agreement. Case settled.

***ET Plus Litigation***
National counsel for defendants, Trinity Industries and Trinity Highway Products, in litigation alleging personal injuries from Trinity's ET Plus guardrail end terminal system.

***Botox Litigation***
Counsel for Allergan in cases involving allegations that BOTOX® causes various injuries. Obtained favorable settlements in three of the four cases in which we represent Allergan. Tried the fourth case to a jury verdict for plaintiffs. Case is on appeal.

***Confidential v. Novartis***
Trial counsel for Novartis in an arbitration involving claims that Novartis breached a contract for the development of a drug compound licensed from a third party.

***Bradburn Parent Teacher Store v. 3M Company***
Represented 3M in antitrust litigation brought by class of retailers concerning transparent tape. Case settled favorably prior to trial.

## NEWS

Bartlit Beck Wins Appeal of Claim Against Investment Firm Founder Dow Kim
04.2011

Bartlit Beck Aids RealNetworks in Securing $761 Million Settlement With Microsoft
10.2005

Bartlit Beck Files Antitrust Suit Against Microsoft for Real Networks
12.2003

# Annex 10

BartlitBeck LLP



# ADAM L. HOEFLICH

PARTNER

54 West Hubbard Street, Chicago, IL 60654
312.494.4473
adam.hoeflich@bartlitbeck.com

Adam Hoeflich has a national reputation as a courtroom lawyer and strategic advisor to public and private companies and prominent individuals facing complex challenges both within and outside of the litigation process.

In the courtroom, Adam has served as lead counsel in high-profile individual cases, multi-jurisdiction litigation, and appeals. Outside the courtroom, Adam has advised corporations, executives, and individuals on their most important matters, ranging from personal disputes affecting families and privately held companies to complex commercial issues that domestic and international companies and individuals sought to resolve without publicity and/or litigation.

Adam's accomplishments have been broadly recognized. Chambers and Partners noted his "expertise handling sophisticated litigation matters across diverse areas such as securities, insurance and product liability," referred to him as a "force in multidistrict litigation," and quoted sources calling him a "phenomenal strategist" and a "go-to legal mind on complicated litigation." Benchmark Litigation has listed him as a national "litigation star." And LMG Life Sciences has stated that Adam "is thought of by peers as 'a master courtroom strategist.'" *Chambers* ranks him (in band 1) as one of Illinois' leading litigators and as one of the leading national Products Liability lawyers. *Lawdragon* includes Adam among its 500 leading litigators in America.

Adam's practice benefits from his deep understanding of complex litigation and legal ethics. Adam is a Professor of Practice at Northwestern Pritzker School of Law and previously was a Lecturer in Law at the University of Chicago Law School. Adam is an elected member of the American Law Institute (ALI).

Active in the civic community, Adam is a Trustee and Past Chair of the Civic Federation Board of Trustees, a Trustee of Northwestern University, a board director of Northwestern Memorial Hospital, and a member of both the Commercial Club and the Economic Club.

After graduating first in his class from the University of Illinois College of Law, where he was Articles Editor of the Law Review, Adam clerked for Honorable Thomas J. Meskill on the United States Court of Appeals for the Second Circuit and Honorable Milton I. Shadur on the United States District Court for the Northern District of Illinois. Adam joined Bartlit Beck in 1994 and became a partner in 1997.

BartlitBeck LLP



## EDUCATION & HONORS

University of Illinois College of Law, 1991, J.D., *summa cum laude,* First in Class

Articles Editor, *University of Illinois Law Review*

Research assistant to Professors Peter Hay and Roger Findlay

Order of the Coif

Student commencement speaker, 1991

Colgate University, 1987, B.A.

## CLERKSHIPS

Honorable Thomas J. Meskill, United States Court of Appeals for the Second Circuit. 1991-1992

Honorable Milton I. Shadur, United States District Court for the Northern District of Illinois, 1992-1993

## AWARDS & RECOGNITION

Fellow, American Bar Foundation

Ranked by Chambers USA as one of the leading litigators in Chicago 2004-2024

Ranked by Chambers USA as one of the leading Products Liability lawyers in the United States 2007-2024

Recognized as a "National Litigation Star" (Benchmark Litigation: Guide to America's Leading Litigation Firms and Attorneys, 2009-2025)

"Highly Recommended" by LMG Life Sciences (2012- 2021)

Selected as an Illinois Super Lawyer for 2006-2021

AJC Chicago Human Rights Medallion Award (2015)

University of Illinois College of Law Distinguished Alumnus (2014)

Howray v. Alpha Therapeutic Corporation listed as one of the Top Defense Verdicts of 1997 by The National Law Journal

Lawdragon 500 Leading
Litigators in America (2023-2025)

BartlitBeck LLP



## ADMISSIONS

Illinois

## REPRESENTATIVE MATTERS

**Commercial Matters**

**Confidential Commercial Arbitration**
Lead counsel for claimant in dispute concerning investment in patent rights relating to semiconductor technology. Successfully obtained emergency relief before Tribunal empaneled. After a three-week arbitration, Tribunal ruled for our client on all claims, granted all damages sought, and denied Respondents' counterclaim, with an award more than $75 million.

***CF Entertainment, Inc. v. The Nielsen Company (US) LLC***
Lead counsel for Nielsen in contract dispute brought by CF Entertainment, a collection of cable networks that is part of comedian and entrepreneur Byron Allen's Allen Media Group. Pending in the Northern District of Illinois.

***Outcome Health***
Lead counsel for prominent venture capital firm in fraud, rescission, and unjust enrichment litigation in New York and Delaware relating to Outcome Health. Settlement that included freezing of funds held by founder and a restructuring.

***Confidential Insurance Recovery Litigation***
Lead counsel for a leading United States company in confidential insurance recovery litigation in arbitrations seeking hundreds of millions of dollars in coverage under the "Bermuda Form." Recoveries achieved exceeding $500 million.

***Hsieh v. Seakeeper***
Lead counsel for Seakeeper in action challenging the performance of its gyroscopic stabilizers that virtually eliminate boat roll. Central District of California. Case settled.

***Baycol Qui Tam***
Co-lead counsel for Bayer in *qui tam* litigation brought by a former employee relating to Baycol. MDL in District of Minnesota. Twice obtained dismissal at the district Court and eliminated vast majority of case during 2 appeals (argued) to the Eighth Circuit. Case settled after nearly 20 years of litigation.

***Bandag, Inc. v. Michelin***
Co-lead counsel for Bandag in action against Michelin alleging that Michelin used illegal tactics to induce Bandag franchisees to breach agreements with Bandag. Counterclaim by Michelin for Antitrust and Lanham Act violations. Preliminary injunction sought by Michelin denied. Case settled during trial.

***Confidential Real Estate Dispute***
Lead counsel for an international hotel and resort company in a contractual dispute with a nationally known real estate developer relating to the developer's alleged breach of a purchase and sale agreement. Dispute resolved without litigation.

BartlitBeck LLP



***Confidential Real Estate Dispute***
Lead counsel for an international hotel and resort company in a contractual dispute with a nationally known real estate developer relating to the developer's alleged breach of a purchase and sale agreement. Dispute resolved without litigation.

***Confidential Pharmaceutical Mediation***
Lead counsel for pharmaceutical company in matter claiming substantial damages stemming from alleged antitrust violations, breach of contract, tortious interference, and fraud involving the alleged monopolization of the active ingredient used to manufacture client's medicine. Case settled on favorable terms involving a supply agreement providing present and future payments to our client and no payments to plaintiff.

***Confidential Litigation Counseling***
Advised multinational pharmaceutical company on a potential dispute with another multinational pharmaceutical company concerning development and marketing rights with respect to a potential blockbuster drug that showed potential safety issues during development. Litigation avoided.

***Barr Laboratories, Inc. v. DuPont Merck Pharmaceutical Company***
Co-lead counsel for DuPont in an antitrust case brought by generic drug manufacturer in New York Federal Court for alleged monopolization of the market for blood thinning medicine. Motion to dismiss based on First Amendment protection for petitioning activity granted in part. Case settled.

***Trustees of the United Mine Workers of America 1992 Benefit Plan v. CONSOL Energy Inc., et al. v. DuPont & RWE*** (D. D.C.)
Counsel for Third-Party Defendant RWE, a German multinational energy company, in a retiree health benefits dispute arising under the federal Coal Industry Retiree Health Benefit Act. Successfully obtained dismissal of all claims against RWE.

***Bourke et al. v. Dun & Bradstreet***
Defended Dun & Bradstreet in a dispute brought by former executives claiming breach of contract based on terms of an incentive compensation program. Motion to Dismiss granted in Dun & Bradstreet's favor. Affirmed by Seventh Circuit.

***Nichols Aluminum v. Morton International***
Lead counsel for Morton International in a negligence action brought in Illinois state court based on alleged negligence in the manufacture of coatings for aluminum coils. Motion to dismiss granted in Morton International's favor.

**Multidistrict Litigation**

***IN RE: January 2021 Short Squeeze Trading Litigation (MDL 2989)***
Lead counsel for leading market-making firm in litigation arising from trading restrictions that on-line trading firms imposed on meme stocks. Motion to dismiss granted. Lead counsel in Eleventh Circuit appeal. Southern District of Florida.

BartlitBeck LLP



***PFOA-C8 Litigation***
National counsel for DuPont on fraudulent transfer allegations in Aqueous Film-Forming Foams Products Liability Litigation MDL and in other state PFOA cases. MDL in South Carolina; state cases in New Hampshire, N.J., Ohio, and Vermont.

***VIX Litigation***
Lead counsel for prominent financial firm in litigation alleging manipulation of the markets and futures tied to the CBOE volatility index. Client dismissed from MDL pending in Northern District of Illinois.

***Imprelis® Litigation***
Lead counsel for DuPont in product liability litigation, including putative class actions, alleging damage to more than 35,000 properties caused by DuPont's Imprelis® herbicide. MDL in Eastern District of Pennsylvania. Litigation settled.

***Teflon® Litigation***
Lead counsel for DuPont in an MDL comprised of twenty-three alleged class actions brought on behalf of consumers who claimed to have purchased cookware coated with Teflon® and other non-stick coatings manufactured by DuPont. MDL in Southern District of Iowa. Class certification denied in all matters. Plaintiffs' petition for appeal rejected by the United States Court of Appeals for the Eighth Circuit. All cases dismissed with prejudice.

***Aspirin Combination Products Litigation***
Lead counsel for Bayer in an MDL comprised of eleven alleged class actions relating to Bayer aspirin combination products. MDL in Eastern District of New York. Litigation settled.

***Vioxx® Litigation***
National counsel for Merck in MDL litigation relating to withdrawal of Vioxx®. One of four lawyers principally responsible for creating and negotiating settlement of Vioxx® personal injury cases. MDL in Louisiana.

***Baycol® Litigation***
National counsel for Bayer in litigation resulting from withdrawal of Baycol®. Cases pending throughout country. MDL in District of Minnesota.

***PPA Litigation***
National counsel for Bayer in litigation brought by plaintiffs alleging that they suffered strokes after ingesting Alka Seltzer Plus® medicine containing PPA. Cases throughout the country. MDL in Washington. Bartlit Beck achieved a defense verdict in each case it tried.

***Coumadin® Litigation***
Co-lead counsel for DuPont in antitrust and unfair trade practices class actions concerning DuPont's marketing of the medicine Coumadin®. MDL in Delaware. Cases settled.

***In Re Factor VIII or IX Concentrate Blood Products Liability Litigation***
Represented Alpha in wrongful death and personal injury suits throughout the country claiming that hemophiliac plaintiffs contracted HIV virus through use of Alpha's blood clotting medicine. Trial and strategic

BartlitBeck LLP



counsel for Alpha, co-trying cases to defense verdicts in Houston, Texas (two plaintiffs) and St. Louis, Missouri (three plaintiffs).

**Class Actions**

***Reed v. Scientific Games Corp.***
Lead counsel for Scientific Games Corp. in putative class action challenging social games as illegal gambling. Pending in the Western District of Washington.

***Iowa Public Employees Retirement System, et al. v. Bank of America, et al.***
Advising prominent investment firm on its rights as an absent class member in a class action relating to alleged anti-competitive conduct in the stock lending business. Pending in Southern District of New York.

***Trinity ET Plus Litigation***
National counsel in individual and class action litigation in federal and state courts challenging the safety of Trinity's ET Plus guardrail system. Lead trial counsel in selected matters alleging serious personal injuries or wrongful death. Lead counsel in Southern District of Illinois class action dismissed with prejudice during class certification briefing.

***LaPlant v. Northwestern Mutual*** (W.D. Wis.)
Lead counsel for Northwestern Mutual in purported class actions alleging breach of contract and breach of fiduciary duty arising out of the determination of dividends for certain annuities. Entered case after plaintiffs sought damages after winning declaratory judgment trial in state court with a different firm representing Northwestern Mutual. Case was removed and the federal district court remanded to state court. Entered appearance for Northwestern Mutual and obtained appellate review in the Seventh Circuit, and successfully argued (against David Boies) for reversal of district court remand order, keeping the case in federal court. Case subsequently settled.

***Swidler v. Georgia-Pacific Gypsum LLC***
Lead counsel for Georgia-Pacific in putative class action alleging that building products manufactured by Georgia-Pacific caused damage in consumers' homes. Case dismissed.

***Retired Andersen Partner Litigation***
Represented Deloitte & Touche in purported class action brought by retired Arthur Andersen partners. Case dismissed. State court in Indianapolis, Indiana.

**Financial Firm Litigation**

***Market Manipulation Litigation***

Represented prominent investment firms in cases brought against *Doe defendants* alleging market manipulation. All cases dismissed.

BartlitBeck LLP



***Non-Compete Litigation***

Lead counsel for prominent investment firm in non-compete litigation in the Northern District of Illinois. Temporary Restraining Order granted in client's favor.

***Spoofing Litigation***
Represented whistleblower investment firm in CFTC action accusing a trading firm and its founder of market manipulation known as spoofing. Northern District of Illinois. Case settled between CFTC and trading firm.

***Regulatory Matters***
Represented financial firms and their senior executives in a variety of confidential domestic and international regulatory matters.

***Employment Matters***

Represented financial firms with respect to sensitive employment issues, including confidential arbitrations.

## PROFESSIONAL ACTIVITIES AND COMMUNITY SERVICE

**Academic Positions and Association Memberships**

Professor of Practice, Northwestern Pritzker School of Law, 2015-Present

Member, American Law Institute

Lecturer in Law, University of Chicago Law School, 2009-2015

Adjunct Professor of Law, Northwestern University School of Law, 2000-2003

**Community and Academic Board and Other Community Service**

Board of Trustees, Civic Federation (Chair, 2019-2023)

Board of Trustees, Northwestern University (Member, Audit and Medicine Committees)

Director, Northwestern Memorial Hospital (Member, Quality Committee)

Director, Chicago Public Library Foundation

Dean's Advisory Board (formerly Board of Visitors), University of Illinois College of Law (2014-2017)

BartlitBeck LLP



## ACKNOWLEDGEMENTS, PRESENTATIONS, AND PUBLICATIONS

### SELECTED SPEAKING ENGAGEMENTS INCLUDE:

Northwestern Pritzker School of Law Complex Litigation Conference; Co-Chair (2016-2023)

Baylor MDL Judicial Summit, Steering Committee (2023)

ABA Business Law Section Annual Meeting, Litigation Financing and Alternative Fee Agreements (September 2017)

Perrin Conferences: Co-Chair, National Complex Litigation Conference (June 2012, June 2014)

University of Chicago Legal Forum, Frontiers of Consumer Protection, Product Recalls (November 2012)

National Foundation for Judicial Excellence: Admissibility of Expert Evidence at Class Certification (July 2012).

University of Illinois College of Law Chicago Program: The Legal Profession (June 2012)

Conference Board Council of Legal Officers: Council of Chief Legal Officers, Alternative Fee Arrangements (October 2010)

American Bar Association: Mediation with the Masters (June 2010)

American Bar Association, Tort, Trial & Insurance Practice Section: Recent Developments & Ethical Issues in Class Actions (April 2010)

American Bar Association: Corporate Counsel CLE (February 2010)

Dupont Legal Model Outside Counsel Annual Meeting: Topics ranging from best practices in early case assessment and class action defense to alternative fee arrangements (Multiple Occasions)

## BIG WINS

Bartlit Beck Wins CAFA Appeal in 7th Circuit for Northwestern Mutual

Bartlit Beck Defeats $5 Billion Class Action Claim

Bartlit Beck Turns Tide of HIV Claims by Winning Sample Trials

Bartlit Beck Scores a Complete Victory in $300 Million Products Liability Case

## NEWS

Adam Hoeflich Receives Dean's Legacy Award from Northwestern Pritzker School of Law
10.17.2024

BartlitBeck LLP



Bartlit Beck's General Commercial Litigation Practice Ranked by Chambers for 21 Consecutive Years
06.06.2024

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.01.2023

Sean Gallagher, Adam Hoeflich, and Abby Mollen Named BTI Client Service All-Stars
06.14.2023

Bartlit Beck's General Commercial Litigation Practice Ranked by Chambers for 20 Consecutive Years
06.06.2023

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.03.2022

Bartlit Beck Ranked Tier 1 in LMG 2022 Life Sciences
09.21.2022

Bartlit Beck's General Commercial Litigation Practice Listed as Band 1 by Chambers for 15 Consecutive Years
06.02.2022

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2021

Bartlit Beck Recognized By Chambers USA 2021
05.24.2021

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2020

Bartlit Beck Sues Allianz and Aon Over Collapse of Structured Alpha Hedge Funds
09.22.2020

Bartlit Beck again recognized as a leading law firm in the 2020 edition of Chambers USA
04.23.2020

Bartlit Beck Earns Top Rankings by Benchmark Litigation
09.25.2019

Bartlit Beck Recognized By Chambers USA 2019
05.01.2019

Bartlit Beck wins motion to dismiss plaintiffs' damages claims in airline ticket pricing class action
07.08.2016

Bartlit Beck Retries the 1921 Black Sox Case for Chicago Ideas Week
10.2015

BartlitBeck LLP



Adam Hoeflich Profiled in Crain's Chicago
10.2015

Bartlit Beck Attorneys Receive High Praise
07.2015

Chambers USA 2015 Client's Guide Places Bartlit Beck Attorneys at the Top
07.2015

Bartlit Beck "Highly Recommended Product Liability Firm" in LMG 2014 Life Sciences
10.2014

Chambers USA 2014 Client's Guide Places Bartlit Beck Attorneys at the Top
08.2014

Chambers USA 2013 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2013

Bartlit Beck Wins CAFA Appeal in 7th Circuit for Northwestern Mutual
11.2012

Chambers USA 2012 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2012

Phil Beck and Adam Hoeflich named LMG Life Sciences 2012 Stars
06.2012

Bartlit Beck Wins "Chambers USA Awards for Excellence 2012" in Product Liability
06.2012

Chambers USA 2011 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2011

Chambers USA 2010 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2010

Bartlit Beck Secures End of Consumer Fraud MDL for DuPont
Adam Hoeflich and others secure dismissal of Teflon MDL consumer fraud cases
05.2009

Court Denies Class Certification in Teflon MDL
03.2009

Chambers USA 2008 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2008

Chambers USA 2007 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2007

BartlitBeck LLP



Chambers USA 2006 Client's Guide Places Bartlit Beck Attorneys at the Top
06.2006

Chambers USA 2005 Client's Guide Places Bartlit Beck Attorneys at the Top
05.2005

1997 Top Defense Verdicts
*The National Law Journal*, 04.1998

## PUBLICATIONS

*Crime-Fraud Challenges to the Attorney-Client Privilege and Work Product Doctrine: Why Lawyers Should Care*
*Attys' Liability Assurance Soc'y Loss Prevention J. 1*, 2016

*Navigating Rule 5.6's Settlement Restrictions*
*27 Attys' Liability Assurance Soc'y Loss Prevention J. 3*, 2016

*Recent Decision, Burnham v. Superior Court*
*1991 Ill. Bar. J. 518*, 1991

*The Taxation of Athletic Scholarships*
*1991 U. Ill. L. Rev. 581*, 1991

# Annex 11

BartlitBeck LLP



# JAMESON REECE JONES

PARTNER

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3123
jameson.jones@bartlitbeck.com

Jameson Jones is an experienced trial and appellate lawyer, representing clients in all stages of high stakes litigation involving commercial issues, products liability, mass torts, and intellectual property. Jameson has spent over a year on trial over the last ten years of practice, examined numerous witnesses, and given opening statements in two confidential arbitrations. Jameson excels at crafting legal strategy and for preparing high-stakes cases for trial.

Among other significant accomplishments, Jameson briefed, argued, and obtained a unanimous favorable decision before the United States Supreme Court on behalf of Static Control Components, Inc. in *Lexmark International v. Static Control Components* (No. 12-873). Recently, Jameson helped spearhead three arbitrations for Align Technology, Inc. (the manufacturer of Invisalign) against Smile Direct Club (SDC). Jameson currently represents United Healthcare in ongoing False Claims Act litigation against the Department of Justice related to Medicare Advantage.

Prior to joining Bartlit Beck in 2009, Jameson clerked for Associate Justice Antonin Scalia on the United States Supreme Court and Judge Jeffrey S. Sutton on the Sixth Circuit Court of Appeals. Jameson was elected partner at Bartlit Beck in 2013.

## UNITED STATES SUPREME COURT BRIEFING AND ARGUMENT

***Lexmark International v. Static Control Components*** (No. 12-873)
Briefed, argued, and obtained a unanimous favorable decision before the United States Supreme Court on behalf of Static Control Components, Inc. The district court had held that Static Control lacked standing, as a prudential matter, to sue Lexmark for false advertising under the Lanham Act. The Sixth Circuit reversed, and the Supreme Court granted certiorari. Jameson crafted the winning strategy to frame Static Control's position in relation to first principles, rather than any of the regional circuits' tests. The Supreme Court unanimously ruled that Static Control adequately pleaded a viable false advertising claim against Lexmark, adopted Static Control's suggested zone-of-interests approach, and clarified the law with regard to standing and proximate cause for all federal statutes. Press reports relating to the case are *Bloomberg BNA* (Court Struggles With Question of Who Should Have Standing Under Lanham Act), and the *American Lawyer* (Supreme Court Rookie Scores with Lexmark Ruling).

BartlitBeck LLP



## EDUCATION & HONORS

Stanford Law School, 2007, J.D.

Order of the Coif

Managing Editor, *Stanford Law Review*

Best Brief and Overall Team, Marian Rice Kirkwood Moot Court Competition

University of Kansas, 2003, B.S., Civil Engineering, B.A., American Studies

Graduated Highest Distinction, with a perfect GPA, and Departmental Honors in American Studies

## CLERKSHIPS

Honorable Antonin Scalia, United States Supreme Court, 2008-2009

Honorable Jeffrey S. Sutton, United States Court of Appeals for the Sixth Circuit, 2007-2008

## AWARDS & RECOGNITION

Lawdragon 500 Leading Litigators in America

Recognized in Colorado Super Lawyers Rising Star, 2016-2021

Recognized in Benchmark Litigation:

Future Star (2016-2025)

40 & Under List (2016-2021)

Temple Bar Scholar to the United Kingdom, the American Inns of Court (October 2009)

## SERVICE TO THE LEGAL PROFESSION

Member of the National Board of Trustees for the American Inns of Court

## ADMISSIONS

Kansas

Colorado

United States Supreme Court

Court of Appeals for the Second, Third, Fourth, and Ninth Circuits

BartlitBeck LLP



## REPRESENTATIVE MATTERS

***United States ex rel. Poehling v. UnitedHealthCare* (C.D. Cal.) –** Represents UnitedHealthCare in False Claims Act litigation related to United's Medicare Advantage health plans.

***SmileDirectClub v. Align Technology, Inc.* –** Before hiring Bartlit Beck, SmileDirectClub ("SDC") won an arbitration against Align (maker of Invisalign®) that required Align to close numerous Invisalign® stores. In follow-on arbitrations, Jameson helped spearhead Align's defense and assertion of affirmative claims, resulting in three complete victories for Align:

- ***Operating Agreement Arbitration*** – Second chaired arbitration, examining multiple key witnesses and obtaining a complete defense victory for Align. Based on findings by the arbitrator in the Operating Agreement Arbitration, Bartlit Beck represents Align in a case asserting claims against SDC on the ground that SDC lied to consumers about the level of supervision dentists and orthodontists provide to patients in SDC's business.
- ***Supply Agreement Arbitration I* –** Second chaired the arbitration and obtained an award for $63 million in favor of Align. The Superior Court for the County of Santa Clara confirmed that award.
- ***Supply Agreement Arbitration II* –** First-chaired Align's successful defense of SDC's counterclaim against Align at an arbitration hearing. The Arbitrator issued an award in favor of Align and against SDC.

***Sunrise Hospital System v. Sierra Health Services*** (JAMS 2019)
Trial counsel for UnitedHealthcare's affiliate, Sierra, in an arbitration initiated by HCA Healthcare's affiliate, Sunrise, alleging underpayments for medical services. Case resolved on confidential terms.

***Santa Clara County et al. v. NL Industries*** (District Court for Santa Clara County, California)
Represented NL industries in a public nuisance action related to lead paint, brought on behalf of a number of California municipalities. Briefed and argued the appeal in California's Sixth District Court of Appeal obtaining a substantial reduction in what had been a $1.15 billion judgment. NL subsequently settled its share of the case for $101.67 million.

***FDIC & Colonial BancGroup v. PwC*** (M.D. Ala. 2017-2018)
Defended PwC against Colonial Bank and the FDIC in a suit filed after the collapse of PwC's audit client Colonial Bank. Colonial Bank sought several hundred million dollars in damages. The FDIC sought over $2 billion in actual damages, plus unspecified punitive damages. Following a bench trial on liability, the court ruled for PwC on the entirety of Colonial Bank's claim. The court ruled against PwC on some of the FDIC's claims and in favor of PwC on others. The court also ruled in favor of PwC on the FDIC's request for punitive damages. Following a bench trial on damages, the court awarded the FDIC $625 million. Before judgment was entered, and while post-trial motions were pending, the parties settled the case for $335 million. One member of the FDIC's board of directors publicly dissented from the settlement because it did not contain an acknowledgment of liability by PwC.

***Liverpool Football Club Litigation*** (England)
Represented American investor George Gillett, and related entities including Kop Investment LLC, in litigation arising out of the sale of the Liverpool Football Club, one of the most valuable sports franchises in the world.

BartlitBeck LLP



***Confidential Arbitration***
Co-lead trial counsel for defendant in a confidential damages-only arbitration stemming from a product liability settlement.

***Imprelis® Litigation*** (E.D. Pa.)
National counsel for DuPont in product liability litigation, including putative class actions pending in an MDL in the Eastern District of Pennsylvania, alleging damage caused by DuPont's Imprelis® herbicide.

***Meins v. Bayer, et al.*** (Arkansas Circuit Court, Arkansas Cty.)
Represented Bayer in a case against Riceland Foods, Inc. in a four-week trial concerning the presence of genetically modified rice in the U.S. long-grain rice supply.

***Briggs v. Bayer CropScience LP*** (Arkansas District Court, Jefferson Cty.)
Represented Bayer in case brought by large Jefferson County rice farmer. Plaintiff's counsel engaged in improper publicity on eve of jury selection and trial team obtained continuance three days before trial.

***Sims, et al v. Bayer CropScience LP, et al.*** (Arkansas Circuit Court, Desha Cty.)
Represented Bayer in case brought by six Desha County rice farmers. Jury awarded $946,000, only 7% of plaintiffs' $14,000,000 in requested damages and just $70,000 more than defendants' expert testimony regarding damages. Jury unanimously rejected punitive damages.

***In re: Genetically Modified Rice Litigation-MDL Bellwether Trial*** (E.D. Mo.)
Represented Bayer for second MDL bellwether trial in St. Louis. Two Missouri rice farmers prevailed, but jury awarded less than requested and no punitive damages.

## NEWS

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.01.2023

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.03.2022

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2021

Bartlit Beck Lawyers Named to Benchmark Litigation's 40 & Under Hot List 2021
07.23.2021

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2020

Jameson Jones' Memories of Justice Scalia Published and Reported By Various News Agencies
02.2016

BartlitBeck LLP



Jameson Jones and Bartlit Beck Obtain Unanimous U.S. Supreme Court Victory for Static Control
04.2014

Jameson Jones Argues at the U.S. Supreme Court on Behalf of Static Control Components
12.2013

# Annex 12

BartlitBeck LLP




# CHRIS LIND

RETIRED PARTNER

54 West Hubbard Street, Chicago, IL 60654
312.494.4406
chris.lind@bartlitbeck.com


Prior to his retirement, Chris Lind served as lead trial counsel in high-profile matters before juries, judges, and arbitrators throughout the United States. His representations spanned an unusually broad range of complex commercial litigation, including matters involving antitrust, accountants' liability, intellectual property (including patent infringement, trademark infringement, Lanham Act claims, and copyright infringement), fraud and securities litigation, breach of contract, and insurance coverage. Chris served as Special Trial Counsel to the United States in its antitrust enforcement action against Microsoft.

Chris is a Fellow of the prestigious American College of Trial Lawyers. He is known for his ability to distill the most complex cases down to a simple and compelling narrative, as well as his effective cross-examination skills, having cross-examined a wide range of skilled witnesses, including Nobel Prize winning economists, top executives of major corporations, a former FBI director, a former federal judge, and foremost experts on subjects ranging from antitrust policy to jet engine technology.

Chris has "garnered national praise for his high-profile victories" (Benchmark Litigation), "received praise from his peers for his 'exceptional trial skills'" (Benchmark Litigation), and was identified earlier in his career as one of the 10 "Rising Stars of the Trial Bar" (Chicago Lawyer). Chris has been described as a "down-to-earth lawyer who engenders fierce loyalty in clients". "He can get up to speed on any area of technology easily, is a great writer and is quick on his feet at trial," and "uses his narrative skills to cut through the technical minutiae that can bog others down." (Intellectual Asset Managers ("IAM") Patent 1000)

Chris joined the firm at its inception, while finishing his last year of law school, and returned after a clerkship with Honorable A. Raymond Randolph on the United States Court of Appeals for the D.C. Circuit. Chris attended Northwestern University Law School from which he graduated first in his class.

## EDUCATION & HONORS

Northwestern University Pritzker School of Law, 1994, J.D., *summa cum laude*

First in Class

John Paul Stevens Award for Academic Excellence

John Henry Wigmore full tuition merit scholarship

BartlitBeck LLP



Associate Articles Editor, *Northwestern University Law Review*

University of Michigan, 1990, B.A., in Economics with Highest Distinction, *Phi Beta Kappa*

## CLERKSHIPS

Honorable A. Raymond Randolph, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, 1994-1995

## GOVERNMENT SERVICE

United States Department of Justice, Antitrust Division, 2001-2002. Special trial counsel to the Department of Justice in antitrust enforcement action against Microsoft.

## AWARDS & RECOGNITION

American College of Trial Lawyers, Fellow

American Bar Foundation, Fellow

Recognized as Trial Pro (Law360, April 2016)

Recognized as a "Litigation Star" (Benchmark Litigation: Definitive Guide to America's Leading Litigation Firms and Attorneys, 2009-2025)

Recognized as a top patent litigator (Intellectual Asset Managers "IAM" Patent 1000, 2014-2022)

Named one of the 10 "Rising Stars of the Trial Bar" (Chicago Lawyer, February 2008)

American Lawyer, recognized in article Litigation Boutique of the Year, Winner: Bartlit Beck (January 1, 2009)

Recognized as one of Illinois' "Super Lawyers"

Named to Best Lawyers in America, 2015-2020

Recognized as one of the 500 Leading Litigators in America (Lawdragon, 2022)

Recognized as one of the 500 Leading Lawyers in America (Lawdragon, 2022 and 2024)

## CASES TRIED OR OTHERWISE TAKEN TO JUDGMENT

***Gordon, et al. v. Sabre*** (S.D.N.Y.)
Lead trial counsel for Sabre in a putative class action brought against Sabre by purchasers of airline tickets. The putative class includes "all residents of the United States who purchased an airline passenger ticket for travel on any of the Airlines between June 1, 2006 and the present." Plaintiffs claim Sabre conspired with its competitor "global distribution services" operators, Amadeus and Travelport, to require certain terms in their contracts with airlines, which allegedly caused plaintiffs to overpay for their airline tickets. Won a motion to

dismiss 100% of plaintiffs' claimed damages. Lind and his team subsequently obtained denial of class certification (on the remaining claims for injunctive relief) and won a motion to disqualify class counsel due to their conflict in representing the remaining individual plaintiffs, which led to the resolution of the remaining plaintiffs' claims.

***U.S. Airways v. Sabre Inc.*** (S.D.N.Y.)
Served as lead trial counsel for Sabre in antitrust action relating to contracts between U.S. Airway (now American Airlines) and Sabre concerning Sabre's Global Distribution System. U.S. Airways sought $1.4 billion in trebled damages. Won summary judgment on claim for injunctive relief and over 75% of plaintiff's damages claim. Won $6 million costs/attorneys' fees award. After a ten-week jury trial, won defense verdict on one claim and elimination of 99% of total damages plaintiff had sought on second claim. Also won denial of declaratory and injunctive relief. The Second Circuit subsequently vacated the jury's liability finding and remanded the case for a new trial. Trial date pending.

***Okada v. Wynn Resorts, et al.*** (Las Vegas, NV)
Lead trial counsel for Japanese Billionaire Kazuo Okada in claims relating to Wynn Resorts' redemption of billions of dollars in stock owned by Mr. Okada's family business, which was the single largest shareholder in Wynn Resorts. Wynn Resorts claimed the redemption was proper in light of Mr. Okada's allegedly improper dealings with foreign government officials, based on a report issued by former FBI Director Louis Freeh. Bartlit Beck was hired shortly before trial, after years of litigation, to bring a successful result to the claims. After bringing and winning key motions, Lind and his team obtained a voluntary dismissal of all claims against Mr. Okada and were instrumental in Mr. Okada's family company obtaining a $2.64 billion payment from Wynn Resorts.

***United States v. Sabre Corp. and Farelogix, Inc.*** (D. Del.)
Represented Sabre in Department of Justice's action to block Sabre's acquisition of Farelogix. Judgment in favor of Sabre, allowing acquisition to proceed. Appeal pending.

***American Airlines v. Sabre Inc.*** (Tarrant County, TX, and N.D. Tex.)
Lead trial counsel for Sabre in breach of contract and antitrust actions relating to the display of American's flights and fares in Sabre's Global Distribution System. American claimed $1 billion dollars in damages. Jury trial in Texas state court. Case settled favorably during trial.

***Trading Technologies International, Inc. v. SunGard*** (N.D. Ill.)
Trial counsel for SunGard in patent infringement actions involving patents relating to electronic trading systems. Won summary judgment of noninfringement. Affirmed on appeal.

BartlitBeck LLP



***Rolls-Royce v. United Technologies*** (E.D. Va.)
Won summary judgment for United Technologies and its Pratt & Whitney division in an alleged multibillion-dollar patent case brought by Rolls-Royce in the Eastern District of Virginia. The technology at issue related to the jet engines (particularly the fan blades) used on the world's largest airplane, the Airbus A380, as well as a host of other airplanes. Rolls-Royce sought almost $4 billion in damages and an injunction preventing further sales of the accused engines. The court granted summary judgment in United Technologies' favor, finding that United Technologies' engines did not infringe the Rolls-Royce patent. This ruling was the culmination of a string of successes in which United Technologies also won summary judgment of no willful infringement (by which Rolls-Royce was seeking treble damages up to over $11 billion) and the court struck Rolls-Royce's damages theory. Argued each of these motions to the court.

***Confidential AAA Arbitration*** (Dallas, TX)
Lead trial counsel for "Big Four" accounting firm in AAA arbitration against principals of multibillion-dollar investment firm and former executives of Fortune 100 company. Plaintiffs alleged our client's tax shelter advice led to hundreds of millions of dollars in damages. Hired shortly before trial to try the case.

***Metropolitan Mortgage & Securities Litigation*** (Seattle and Spokane, WA)
Represented Ernst & Young in federal securities class action suit and related arbitrations surrounding the collapse and bankruptcy of Metropolitan Mortgage & Securities Co., a $2 billion investment, real estate, and insurance conglomerate. Plaintiffs alleged accountants' negligence relating to audit work. Won back-to-back complete defense verdicts in separate trials involving claims for hundreds of millions of dollars in investment losses brought by Metropolitan's insurance subsidiary and the bankrupt estate. Class action case settled favorably shortly before trial.

***Honeywell International, Inc. v. Hamilton Sundstrand Corporation*** (D. Del.)
Lead trial counsel for United Technologies' Hamilton Sundstrand division in patent infringement matter involving patents on methods for controlling surge in auxiliary power units used on large commercial airplanes. Hired to try case relating to Festo issue after case remanded to trial court. Won complete defense judgment and reversal of prior $46.5 million jury verdict. Affirmed by Federal Circuit and cert. denied by U.S. Supreme Court.

***Honeywell International, Inc. v. Hamilton Sundstrand Corporation*** (D. Del.)
Lead trial counsel in successful defense of United Technologies' Hamilton Sundstrand division in a patent infringement trial. Honeywell alleged that Hamilton Sundstrand infringed a patent relating to the starting of an Auxiliary Power Unit for an airplane. Honeywell sought $135 million in damages (including interest and treble damages). Jury verdict in client's favor, finding that Hamilton Sundstrand did not infringe Honeywell's patent and that the patent was invalid.

BartlitBeck LLP



***Viskase Corporation v. American National Can Co.*** (N.D. Ill.)
Obtained largest patent infringement damages judgment of the year, and reportedly one of largest patent judgments of all time (at the time). Represented Viskase in patent infringement matter involving patents on biaxially oriented heat shrinkable polyethylene films used in the meat packing industry. Hired as trial counsel after court vacated original jury award. Won summary judgment of infringement and reinstatement of original damage award, plus enhanced damages for willful infringement. Damages of over $164 million awarded to client. Case settled while on appeal, after judgment for Viskase.

***Erricos v. Stryker Corp.*** (S.D.N.Y. and Kalamazoo County, MI)
Lead trial counsel for Stryker in breach of contract action stemming from Stryker's acquisition of SpineCore, Inc., a developer of artificial spinal discs. Plaintiffs alleged approximately $250 million in damages. Won summary judgment, after which case settled favorably.

***Confidential AAA Arbitration*** (Minneapolis, MN)
Lead trial counsel for "Big Four" accounting firm in AAA arbitration against hotel developer. Plaintiff alleged accountants' negligence in advising on ESOP and other tax issues. Case settled favorably during trial after cross-examination of plaintiffs' witnesses.

***Creeden & Associates v. Infosoft*** (N.D. Ill.)
Lead trial counsel for manufacturers' representative company in litigation involving misappropriation of trade secrets, copyright infringement, and breach of contract relating to computer software. Hired to try case ninety days before trial. Jury trial with judgment entered in client's favor.

***Confidential AAA Arbitration*** (Washington D.C.)
Lead trial counsel for "Big Four" accounting firm in AAA arbitration against venture capital firms claiming $100 million in damages. Plaintiffs alleged accountants' negligence regarding due diligence and audit work in connection with large private acquisition. Complete defense verdict in client's favor.

***ICU Medical v. RyMed Technologies*** (D. Del.)
Representing RyMed in patent infringement matter involving patents related to needleless IV valves. Hired as lead counsel sixty days before jury trial to replace existing counsel. Jury rendered inconsistent verdict, after which both parties moved for a new trial. Verdict of no infringement in retrial.

***Mybrary LLC v. Lifetime Memori, Inc.*** (N.D. Ill.)
Lead counsel for start-up app and web developer in trademark infringement suit against online photo storage company relating to its "Trunx" mark, which infringed client's "Trunq" mark. Obtained injunction preventing all uses of infringing mark and requiring withdrawal of app and website.

***Nicor v. Associated Electric & Gas Insurance Services, Ltd.*** (Circuit Court of Cook County, Illinois)
Represented Nicor in claim against various insurance companies relating to insurance coverage for mercury spills. Summary judgment granted, leading to stipulated judgment in client's favor entitling client to insurance coverage relating to $100M clean up. Argued appeals before Illinois Appellate Court and Illinois Supreme Court.

BartlitBeck LLP



***B.J. Services v. Halliburton Energy Services*** (S.D. Tex.)
Represented Halliburton in patent infringement matter involving a patent on methods for fracturing subterranean formations to stimulate oil and gas recovery. Hired to try case ninety days before trial, after all discovery and pre-trial filings were complete. After month-long jury trial, judgment for BJ Services for less than 25% of damages sought.

***BISSELL Inc. v. Oreck*** (W.D. Mich. and E.D. La.)
Represented BISSELL in multiple patent and trade dress infringement and unfair competition actions. Won bench trial defeating Oreck's request for a preliminary injunction. Successfully argued appeal in the Federal Circuit. Oreck settled all cases shortly after summary judgment arguments in two of the cases.

***Hoover Co. v. BISSELL Inc.*** (N.D. Ohio)
Represented BISSELL in patent infringement and trade dress litigation involving Hoover patents on upright deep cleaning extractors, commonly referred to as steam cleaners. BISSELL brought an antitrust counterclaim. Case tried to jury. Hoover settled during trial after BISSELL rested its case.

***United Technologies Corporation v. Chromalloy Gas Turbine Corporation*** (Bexar County, TX)
Represented Pratt & Whitney division of United Technologies in suit brought by Chromalloy Gas Turbine alleging various antitrust violations in the repair market for aircraft engines. Chromalloy had sought hundreds of millions of dollars in trebled damages. After four-month trial, jury awarded Chromalloy no damages. Judgment affirmed on appeal.

## OTHER REPRESENTATIVE CASES

***Avantor Performance Materials, LLC v. Henson*** (Denton County, TX)
Lead trial counsel for life sciences company and high-purity chemical supplier, Avantor, in breach of contract and trade secrets claim against former employee for violation of, among other things, a non-compete provision. Obtained TRO precluding defendant from working with his new employer in a competitive role. Case pending.

***Lufthansa, Austrian Airlines, Brussels Airlines and Swiss International Airlines v. Sabre, Inc.*** (Tarrant County, TX)
Lead trial counsel for Sabre in breach of contract and tortious interference claims and counterclaims regarding Sabre's contract with the Lufthansa group of airlines. Case pending.

***American Airlines v. Gogo*** (Tarrant County, TX)
Lead counsel for Gogo in contract dispute American Airlines brought against Gogo relating to Gogo's provision of in-flight wireless services to American. Suit was voluntarily dismissed.

***Various Plaintiffs v. Citadel*** (S.D.N.Y.)
Trial counsel for Citadel in various purported securities class actions brought against exchanges, broker/dealers, and high-frequency trading firms. Cases pending.

***Hill-Rom Co. v. Stryker Corp.*** (W.D. Wis. and S.D. Ind.)
Lead trial counsel for Stryker in patent infringement actions involving over twenty patents relating to communication networks used on hospital beds and motorized stretchers. Cases pending.

BartlitBeck LLP



***Confidential Arbitration***
Represented Fortune 500 medical device manufacturer in dispute with private equity firm stemming from the firm's acquisition of client's subsidiary. Case settled favorably.

***Morgan Stanley v. Discover Financial Services*** (N.Y.)
Represented Discover in dispute concerning division of proceeds from Discover's recovery of $2.75 billion in a settlement ending antitrust litigation against Visa and MasterCard. Morgan Stanley and Discover disputed what portion of the settlement proceeds were due Morgan Stanley, which spun off Discover while the antitrust suit was pending. Case settled before trial with Morgan Stanley agreeing to an approximately $85 million reduction in its share of the proceeds.

***Edge Capture v. Citadel Investment Group*** (N.D. Ill.)
Represented Citadel in patent infringement matter involving patents related to automated trading systems in electronic exchanges. Case settled before trial.

***BISSELL Inc. v. Hoover*** (N.D. Ill. and W.D. Mich.)
Represented BISSELL in false advertising claims pending in federal court in Illinois and Michigan. Hired as lead trial counsel three weeks before preliminary injunction trial. Case settled night before opening statements.

***Edison Mission Energy, Midwest Generation*** (Illinois Property Tax Appeal Board)
Represented Edison Mission Energy's Midwest Generation division in appeal of property tax assessment of largest non-utility electricity generation plant in the United States before the Illinois Property Tax Appeal Board and argued appeal before Illinois Court of Appeals.

***Sabre Inc. and Sabre Travel International Ltd. v. Northwest Airlines, Inc.*** (N.D. Tex.)
Represented Sabre in prosecuting breach of contract claim involving its computerized reservation system used by travel agents, and in defending against antitrust claims by Northwest. Case settled favorably.

***Lavaflow v. Samsung Electronics Company, et al.*** (N.D. Ill.)
Lead counsel for Samsung in patent infringement case involving patent relating to cellular phone touch screen technology. Case settled favorably.

***Ditzik v. Samsung Electronics America, Inc., et al.*** (E.D. Mich.)
Lead trial counsel for Samsung in patent infringement case involving patents relating to portable personal computers with adjustable flat panel displays. Hired after close of discovery for *Markman* hearing and trial. Case settled on favorable terms.

***Hoover v. BISSELL Inc.*** (N.D. Ohio)
Lead trial counsel for BISSELL in patent infringement and trade dress matter regarding vacuum cleaner technology. Case settled favorably before trial.

***Chan and Data Innovation LLC v. Time Warner Cable, et al.*** (W.D. Tex.)
Represented inventor and patent owner in patent infringement matter involving patents on information distribution system relating to technology used in the provision of high-speed cable modem internet access and interactive television services. Case settled favorably.

BartlitBeck LLP



***United States v. Microsoft*** (D.D.C.)
Special Government counsel to the United States in antitrust enforcement action against Microsoft. Represented Department of Justice in litigation and Tunney Act hearings.

***Lee v. RN Interactive*** (N.D. Ill.)
Represented book author as lead trial counsel in copyright matter against corporation regarding publishing rights. Case settled favorably with royalty to client.

***Honeywell International, Inc. v. Goodrich Corporation*** (D. Del.)
Represented Goodrich in patent infringement matter involving patents on aircraft Terrain Awareness Warning Systems, which provide pilots with warnings of possible collision hazards in aircraft's flight path. Case settled prior to trial.

***Royal Appliance Manufacturing Co. v. BISSELL Inc.*** (N.D. Ohio)
Lead trial counsel for BISSELL in patent infringement matter involving cyclonic vacuum cleaner technology. Hired shortly before *Markman* hearing and trial to present claim construction case to the court. Case settled favorably prior to trial.

***Recycling Sciences v. Raytheon Co., et al.*** (N.D. Ill.)
Represented Raytheon in patent infringement matter involving patents relating to soil remediation equipment and processes. Case settled favorably.

***Kreamer v. Medtronic, Inc.*** (W.D. Wis.)
Represented Dr. Jeffry Kreamer, inventor of stent graft used to treat weakened blood vessels and aneurysms in patent infringement suit against Medtronic. Case settled shortly before trial.

***Siemens v. LG Semicon/Hyundai*** (D. Del. and N.D. Cal.)
Represented Siemens' Infineon division in patent infringement litigation involving patents on DRAM semiconductor memory chip technology. Hyundai settled shortly before trial.

***Alpha Therapeutic Corporation v. Allianz Underwriters Insurance Company, et al.*** (Cal.)
Represented Alpha in insurance coverage declaratory judgment action involving over thirty-five policies written by numerous insurers and $375 million in coverage. Appeals court held that Alpha was entitled to the coverage sought.

***Cordis Corporation v. Guidant Corp. and Advanced Cardiovascular Systems, Inc.*** (D. Del.)
Represented Cordis Corporation in patent infringement matter involving Cordis patents on nylon balloon technology for angioplasty catheters. Case settled prior to trial.

***Cordis Corporation v. SciMed Life Systems, Inc.*** (D. Minn.)
Represented Cordis Corporation, a subsidiary of Johnson & Johnson, in two patent infringement matters involving Cordis patents on nylon balloon technology for angioplasty catheters and SciMed patents on various parts of angioplasty catheters and stent delivery systems. Case settled after SciMed acquired a Cordis licensee.

BartlitBeck LLP



***Eichrom Industries v. Calgon Carbon Corp. and Advanced Separation Technologies*** (N.D. Ill.)
Represented Eichrom as lead trial counsel in breach of contract action concerning contract for the supply of ionic separation equipment used to separate unwanted iron from copper electrolyte in the copper mining industry. Case settled with payment to Eichrom.

***Wokas v. Dresser Industries*** (N.D. Ind.)
Represented the Wayne Division of Dresser Industries, Inc. in patent infringement action in which individual inventor, Albert Wokas, claimed that Wayne's gasoline vapor recovery system infringed his 1979 patent on gasoline vapor emission control systems. Wokas settled at trial, shortly before opening statements.

***Amana Refrigeration, Inc. v. Quadlux, Inc.*** (N.D. Iowa)
Represented Amana in mediation in connection with declaratory judgment suit against Quadlux concerning Quadlux patents on technology used in commercial and residential light ovens. Mediator found Amana did not infringe Quadlux patents.

***First Olefins Limited Partnership v. Phillips Petroleum Company*** (Del. Ch.)
Defended Phillips Petroleum in preliminary injunction action concerning Phillips' rights to undertake a $105 million project to increase the output of an ethylene facility in Sweeny, Texas over its partner's objection. Expedited discovery compressed into five-week period. Preliminary injunction denied.

***United Technologies Corp. v. Precision Technologies, Inc.*** (W.D. Wis.)
Represented United Technologies in preliminary injunction/temporary restraining order action against a supplier threatening to disclose United Technologies' trade secrets. Defendant agreed to consent order after complaint filed.

## PROFESSIONAL ACTIVITIES AND COMMUNITY SERVICE

Northwestern University, Pritzker School of Law, Law Board

Northwestern University Pritzker School of Law, Bluhm Legal Clinic Advisory Board, Co-Chair

Adjunct Professor of Law: Taught "Trial Technology" class on the use of technology in the practice of law at trial and in preparation for trial, Northwestern University School of Law

Trial Team Coach: Regional Champions, National Quarterfinalists, Northwestern University School of Law

Instructor: Undergraduate Mock Trial Institute, Northwestern University School of Law

Northwestern University Legal Clinic: Lead defense counsel for juvenile clients in attempted murder and burglary trials

Fred Bartlit Center for Trial Strategy, Northwestern University School of Law, 1999-2003, Outside Director: Responsible for coordinating Center's activities and planning and implementing conference on developments and innovations in trial strategy

BartlitBeck LLP



## ACKNOWLEDGEMENTS, PRESENTATIONS, AND PUBLICATIONS

Recognized as a "Litigation Star" (Benchmark Litigation: Definitive Guide to America's Leading Litigation Firms and Attorneys, 2009-2012)

American Lawyer, quoted in article *Judge Tosses Rolls-Royce Infringement Megasuit Against UTC over Airbus Engines* (May 23, 2011)

Thomson Reuters, quoted in article *UTC, Bartlit Beck put brakes on Rolls-Royce's $4 B IP Suit* (May 23, 2011)

Chicago Lawyer, quoted in article *Changing How Law Firms Do Business* (Oct. 2010)

American Lawyer, quoted in article *Discover's Suit Against Morgan Stanley Heats Up* (December 8, 2008)

Chicago Daily Law Bulletin, featured in article *Keeping Up With Trends In Technology* (April 26, 2008 annual Law Day issue)

WGN Radio's "Extension 720" with Milt Rosenberg, guest on radio talk show discussing trial strategy and "Lawyer's Poker: 52 Lessons that Lawyers Can Learn From Card Players" (July 12, 2006)

The National Law Journal, *Pitching the Gen-X Jury,* featured in article discussing the presentation of cases to Gen-X juries (June 7, 2004 issue)

American Lawyer, IT Directors Are From Mars, Lawyers Are From Venus, round table forum on use of technology in practice of law (March 2002 issue)

Northwestern University Law School's Bartlit Center For Trial Strategy Annual Conference, Chicago (May 2000): The High-Tech Courtroom Presentation – A Better Way To Get Your Message Across

Legal Tech, Chicago (Nov. 1999): Using Scanned Images at Trial: Databases at Counsel Table and Rear Screen Projection are a No-Brainer for Jury Trials

Mealey's Electronic Evidence Conference, Philadelphia (Sept. 1999): Using Electronic Evidence at Trial

Legal Tech, Chicago (Nov. 1998): Using Databases in Litigation Management and Technology at Trial

Chapin Flemming Business Conference, Palm Desert (June 1998): Integrating and Using Technology in a Litigation Practice

American Inns of Court, N.D. Indiana (Nov. 1997): Using Technology in the Courtroom

BartlitBeck LLP



## BIG WINS

Bartlit Beck Wins Summary Judgment for United Technologies in Patent Infringement Suit

Bartlit Beck Wins Second of Back-To-Back Complete Defense Victories for Ernst & Young

## NEWS

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.01.2023

Bartlit Beck Partners Named to IAM Patent 1000
07.12.2023

Bartlit Beck Earns Benchmark Litigation Top Rankings
10.03.2022

Bartlit Beck Partners Named to IAM Patent 1000
07.07.2022

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2021

Bartlit Beck Earns Top Rankings by Benchmark Litigation
10.01.2020

Bartlit Beck Partner Chris Lind Admitted to American College of Trial Lawyers
10.04.2019

Bartlit Beck Earns Top Rankings by Benchmark Litigation
09.25.2019

Second Circuit Rules in favor of Bartlit Beck Client Sabre Holdings Corp. in Antitrust Case
09.17.2019

Bartlit Beck wins motion to dismiss plaintiffs' damages claims in airline ticket pricing class action
07.08.2016

Chris Lind Featured in Law360 Trial Pro Series
04.2016

Bartlit Beck Wins Motion to Dismiss to Further Pare Down US Airways' Antitrust Suit
09.2015

Bartlit Beck Attorneys Receive High Praise
07.2015

BartlitBeck LLP



Bartlit Beck Partners Achieve New Kind of Record
09.2014

Bartlit Beck Partners Named To IAM Patent 1000
06.2014

Bartlit Beck Wins Summary Judgment for United Technologies in Patent Infringement Suit
05.2011

Bartlit Beck Wins Second of Back-to-Back Complete Defense Victories for Ernst & Young
11.2009

U.S. Supreme Court Refuses to Review Judgment Won by Mark Levine, Chris Lind and Brian Swanson
10.2008

Chris Lind Named One of 10 "Rising Stars of the Trial Bar"
02.2008

Phil Beck, Chris Lind and Chris Landgraff Win Complete Defense Victory for Ernst & Young in Accountant Malpractice Claim
01.2008

Honeywell $46.58 Million Jury Verdict Overturned, IP Law 360, Mark Levine and Chris Lind Win Remand Trial
08.2006

Mark Levine, Chris Lind and Brian Swanson Win Jury Verdict for Hamilton Sundstrand
07.2005

Pitching the Gen-X Jury
*The National Law Journal*, 06.2004

# Annex 13

BartlitBeck LLP



# JASON C. MURRAY

PARTNER

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3118
jason.murray@bartlitbeck.com

Jason Murray is a trial lawyer who handles a diverse array of high-stakes litigation matters, including antitrust, products liability, breach of contract, and intellectual property disputes. For example, Jason recently served as lead counsel for Arconic in a 250-plaintiff wrongful death and products liability action arising out of the 2017 Grenfell Tower fire in London, obtaining dismissal of the case on *forum non conveniens* grounds and successfully defending the win on appeal in the Third Circuit. Jason also previously tried a ten-week jury trial in New York in a $1 billion+ antitrust case, served as co-lead trial counsel in a confidential arbitration involving breach of contract claims in which Bartlit Beck secured a complete victory and an award for over $70 million, successfully argued an appeal in the Federal Circuit related to patent claims against some of the world's largest automakers, and argued key motions in cases throughout the country.

Jason graduated *magna cum laude* from Harvard Law School. He clerked for Justice Elena Kagan of the United States Supreme Court and for Judge Neil Gorsuch of the Tenth Circuit Court of Appeals.

## EDUCATION & HONORS

Harvard Law School, 2011, J.D., *magna cum laude*

- 2010 HLS Sears Prize Winner
- HLS Ames Moot Court Competition Winner
- Best Brief Award for Ames Moot Court Finals and Semifinals

Harvard University, 2008, B.A., *cum laude*

- Charles Bonaparte Scholarship for Highest GPA in Government Department
- *Phi Beta Kappa*
- President, Harvard Debate Team

## CLERKSHIPS

Honorable Elena Kagan, Justice, United States Supreme Court, 2013-2014

BartlitBeck LLP



Honorable Neil Gorsuch, United States Court of Appeals for the Tenth Circuit, 2011-2012

## AWARDS & RECOGNITION

Recognized as a member of Benchmark Litigation's "40 & Under Hotlist" (2022)

Lawdragon 500 Leading Litigators in America (2022)

## ADMISSIONS

Colorado

## REPRESENTATIVE MATTERS

***Behrens et. al. v. Arconic, Inc. et al*** (E.D. Pa., CA3)
One of the lead trial attorneys, and lead appellate counsel, for Arconic in a products liability case brought by 247 plaintiffs and their estates seeking damages arising out of the 2017 Grenfell Tower fire in London. Plaintiffs alleged that cladding panels manufactured by Arconic's French subsidiary contributed to the rapid spread of the fire. Successfully removed the case to federal court and then moved to dismiss for *forum non conveniens*. The trial court granted Arconic's motion to dismiss for *forum non conveniens*. Arconic won across the board on appeal in the Third Circuit, as the Court affirmed the trial court's dismissal order and also granted Arconic's cross-appeal of a condition attached to the trial court's dismissal order.

***Carrum Technologies v. Ford Motor Company, Carrum Technologies v. BMW of North America, and Carrum Technologies v. Fiat Chrysler US*** (D. Del., Fed. Cir.)
Trial and appellate counsel for Carrum Technologies in patent infringement action against Ford, BMW, and Chrysler related to adaptive cruise control technology. Successfully defeated motions to dismiss and motions to transfer venue to Michigan. Briefed and argued Federal Circuit appeal of PTAB's invalidation of certain key patent claims, resulting in total win on appeal and reinstatement of the claims. Case remains pending in the trial court.

**Confidential Commercial Arbitration**
Co-lead trial counsel for claimant in dispute concerning client's investment in patent rights relating to semiconductor technology. Successfully obtained emergency relief before Tribunal was empaneled. After a three-week arbitration, the Tribunal ruled in favor of our client on all claims, granted our client all damages sought, and denied Respondents' counterclaim, leading to an award in excess of $75 million.

***Korea Advanced Institute of Science and Technology v. Paulina et al***. (E.D. Wis.)
Counsel for defendant Paulina against a Korean research university alleging tortious interference and unjust enrichment related to patent litigation financing contracts. After briefing, the court granted Paulina's motion to dismiss with prejudice, tossing out all claims against Paulina. Read coverage on Law360 here: Judge Tosses $203M Korean IP Litigation Funding Row.

BartlitBeck LLP



***CF Entertainment, Inc. v. The Nielsen Company (US) LLC***
Trial counsel for Nielsen in contract dispute brought by CF Entertainment, a collection of cable networks that is part of comedian and entrepreneur Byron Allen's Allen Media Group. Successfully defeated CF Entertainment's motion for a preliminary injunction. Pending in the Northern District of Illinois.

***U.S. Airways v. Sabre*** (S.D.N.Y.)
Trial counsel for Sabre in antitrust action relating to contracts between U.S. Airways (now American Airlines) and Sabre concerning Sabre's Global Distribution System. U.S. Airways sought $1.4 billion in trebled damages. Won summary judgment on claim for injunctive relief and over 75% of plaintiff's damages claim. Won $6 million costs/attorneys' fees award. After a ten-week jury trial, won defense verdict on one claim and elimination of 99% of total damages plaintiff had sought on second claim. Also won denial of declaratory and injunctive relief. The Second Circuit subsequently vacated the jury's liability finding and remanded the case for a new trial.

***Gordon, et al. v. Sabre*** (S.D.N.Y.)
Trial counsel for Sabre in case brought as putative class action by purchasers of airline tickets. Plaintiffs claimed Sabre conspired with its competitor "global distribution services" operators, Amadeus and Travelport, to require certain terms in their contracts with airlines, which allegedly caused plaintiffs to overpay for their airline tickets. Won a motion to dismiss 100% of plaintiffs' claimed damages. Class certification denied. Case settled on confidential terms after court granted motion to disqualify class counsel from representing the plaintiffs in litigating their individual (non-class) claims for injunctive relief.

***Align v. 3Shape*** (D. Del. 2020-2022)
Counsel for Align Technology, Inc. in patent litigation against 3Shape A/S related to intra-oral scanning technology. The parties entered into a global settlement in early 2022.

***Foreign Trade Corp., d/b/a Technocel v. Otter Products, LLC, et al; Otter Products, LLC v. H.L. Dalis, Inc.; Otter Products, LLC v. Wireless Xcessories Group, Inc***., (D. Colo.)
Trial counsel for OtterBox in breach of contract action brought by former distributors alleging wrongful termination of distribution agreement and seeking approximately $100 million in damages. Case settled favorably after hearings on OtterBox's motion to exclude plaintiffs' damages expert reports.

***Microsoft/Yahoo Contractual Counseling***
Advised Microsoft relating to its Search Alliance with Yahoo!. The parties successfully restructured the Alliance at its five-year anniversary.

***Confidential AAA Arbitration*** (AAA Minn.)
Trial counsel for major accounting firm against a hotel entrepreneur and his family seeking over $65 million in damages. Plaintiffs allege accountants provided negligent advice concerning the sale of company stock to an ESOP. Case settled favorably during trial.

***State Compensation Insurance Fund v. Khan et. al.*** (C.D. Cal.)
Trial counsel for defendants, a group of medical service providers, in RICO action brought by State Compensation Insurance Fund. Plaintiff alleged that defendants submitted fraudulent medical bills and sought over $25 million in damages. Secured dismissal of all claims against defendants on summary judgment, and successfully obtained a court order recovering millions of dollars in attorneys' fees. Ninth Circuit affirmed.

BartlitBeck LLP



***In re Genetically Modified Rice Litigation*** (8th Cir.)
Counsel for Bayer in appeal seeking reversal of district court order that Bayer pay a portion of plaintiff's attorneys' fees.

## PRO BONO MATTERS

***Finch v. Rapp*** (10th Cir.)
Pro bono appellate counsel for estate of innocent man who was shot and killed by police in a "swatting" incident in 2017. Successfully defended the trial court's denial of qualified immunity on appeal in the Tenth Circuit.

***Confidential Immigration Court Proceeding*** (Aurora, CO)
Represented asylum seeker fleeing persecution and death threats by drug cartel in Guatemala. After day-long trial in immigration court, judge granted asylum request.

***Johnson-Hess v. United States*** (D. Colo.)
Pro bono counsel for the estate of a mentally ill inmate who committed suicide while in solitary confinement in the federal maximum security prison in Florence, Colorado. Brought suit against the United States and various prison officials, alleging negligence and Eighth Amendment violations relating to deficient mental health care and cruel conditions of confinement. Obtained favorable six-figure settlement.

## NEWS

Bartlit Beck Lawyers Named to Benchmark Litigation's 40 & Under Hot List 2022
07.27.2022

Bartlit Beck Wins Dismissal of Mass Action Against Arconic Related to Grenfell Tower Fire
09.18.2020

Second Circuit Rules in favor of Bartlit Beck Client Sabre Holdings Corp. in Antitrust Case
09.17.2019

# Annex 14

BartlitBeck LLP




# LEE MASON

PARTNER

54 West Hubbard Street, Chicago, IL 60654
312.494.4409
lee.mason@bartlitbeck.com


Lee Mason has represented plaintiffs and defendants in a wide range of high-stakes cases, including class actions, antitrust cases, breach of contract disputes, trade secrets cases, and products liability actions.

Prior to joining Bartlit Beck, Lee clerked for Chief Judge Diane Wood and Judge Richard Posner on the United States Court of Appeals for the Seventh Circuit and worked as a litigation associate at Kirkland & Ellis.

## EDUCATION & HONORS

The University of Chicago Law School, 2017, J.D., with High Honors

Order of the Coif

Kirkland & Ellis Scholar

*The University of Chicago Law Review*, Executive Articles & Book Review Editor

Northwestern University, 2011, B.A., *summa cum laude*

## CLERKSHIPS

Honorable Diane P. Wood, United States Court of Appeals for the Seventh Circuit, 2017-2018

Honorable Richard A. Posner, United States Court of Appeals for the Seventh Circuit, 2017

## GOVERNMENT SERVICE

Judicial Intern for the Honorable John Z. Lee, United States District Court, Northern District of Illinois, 2015

## ADMISSIONS

Illinois

United States District Court, Northern District of Illinois

BartlitBeck LLP



United States District Court, Eastern District of Wisconsin

United States Court of Appeals for the Ninth Circuit

## REPRESENTATIVE MATTERS

***BBP Holdco, et al v. Brunswick Corp.*** (Delaware Superior Court)
Trial counsel for Brunswick in a three week bench trial, defending against claims brought by the purchasers of one of Brunswick's former businesses. Plaintiffs asserted claims, including breach of contract and fraud, and sought tens of millions of dollars in damages. Achieved a complete victory when the Court found entirely in Brunswick's favor, noting that the Plaintiffs had not proven a single one of their claims.

Litigator of the Week Runners-Up and Shout-Outs (The American Lawyer)

***Tempus AI, Inc. v. Guardant Health, Inc.*** (D. Del.)
Trial counsel for Tempus in false advertising and unfair competition case alleging that, among other things, Guardant's ads comparing the companies' liquid biopsy assays are false and misleading. The case is currently pending in U.S. District Court for the District of Delaware.

***In re Google Play Consumer Antitrust Litigation*** (N.D. Cal.)
Trial and appellate counsel for consumers who used the Google Play Store to purchase apps or Google Play Billing to purchase in-app digital content on Android devices. The case alleges violations of the antitrust laws based on Google's contractual restrictions and other conduct, resulting in a significant overcharge on the price of Android apps and in app content. Settled for significant injunctive relief and $700 million. Settlement approval pending.

For more information, click here and here.

***CF Entertainment, Inc. v. The Nielsen Company (US) LLC*** (N.D. Ill.)
Counsel for Nielsen in contract dispute brought by CF Entertainment, a collection of cable networks that is part of comedian and entrepreneur Byron Allen's Allen Media Group. CF Entertainment's request for preliminary injunction denied and Nielsen's motion to dismiss granted with respect to all but a small portion of the matter. Case subsequently resolved.

***Confidential Commercial Arbitration***
Counsel for claimant in dispute concerning client's investment in patent rights relating to semiconductor technology. After a three-week arbitration, the Tribunal ruled in favor of our client on all claims, granted our client all damages sought, and denied Respondents' counterclaim, leading to an award in excess of $75 million.

***Korea Advanced Institute of Science and Technology v. Paulina et al***. (E.D. Wis.)
Counsel for defendant Paulina against a Korean research university alleging tortious interference and unjust enrichment related to patent litigation financing contracts. After briefing, the court granted Paulina's motion to dismiss with prejudice, tossing out all claims against Paulina. Read coverage on Law360 here: Judge Tosses $203M Korean IP Litigation Funding Row.

BartlitBeck LLP



## ACKNOWLEDGEMENTS, PRESENTATIONS, AND PUBLICATIONS

ABA Litigation Section Annual Conference (2025): Jeopardy!: Damages in Commercial Cases

ABA Litigation Section Annual Conference (2024): Working with Experts and Expert Witness Testimony: Dos & Don'ts

Content Neutrality and Commercial Speech Doctrine After *Reed v. Town of Gilbert*, U. Chi. L. Rev. (2017)

## NEWS

Bartlit Beck Obtains Complete Trial Victory for Brunswick Corporation
07.15.2025

Bartlit Beck Announces Elevation of Five New Partners
01.01.2024

# Annex
# 15

BartlitBeck LLP




# ERIC DEMENT

ASSOCIATE

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3138
eric.dement@bartlitbeck.com


## EDUCATION & HONORS

The University of Virginia School of Law, 2020, J.D.

- Order of the Coif
- Karsh-Dillard Scholarship
- *Virginia Journal of Criminal Law*, Editorial Board

Colorado State University, 2015, B.S., *magna cum laude*

- Outstanding Civil Engineering Student Award
- University Honors Scholar
- Tau Beta Pi

## CLERKSHIPS

Honorable John P. Cronan, United States District Court for the Southern District of New York, 2021-2022

Honorable Daniel A. Bress, United States Court of Appeals for the Ninth Circuit, 2020-2021

## ADMISSIONS

Colorado

## REPRESENTATIVE MATTERS

***Social-Casino Litigation***
National counsel for Light & Wonder, Inc., and its subsidiary SciPlay, in cases alleging SciPlay's online social-casino games count as illegal gambling under various states' laws. Responsible for coordinating and litigating all aspects of SciPlay's defense to cases pending in state courts, federal courts, and arbitrations across the country.

BartlitBeck LLP



***Opioids Litigation***
National and trial counsel for Walgreens in nationwide litigation involving the distribution and sale of prescription opioid medications, including more than 2,500 cases brought by states, cities, counties, tribes, and private parties seeking recovery in connection with the opioid abuse crisis.

- Trial counsel in case brought by the Michigan Attorney General seeking over $20 billion. Case favorably settled on the eve of trial.
- Counsel in pending bellwether cases brought by third-party payers.

***Circle Internet Financial Limited***
Counsel for Circle in breach-of-contract action brought by former financial advisor. Case pending.

***In re Google Play Store Antitrust Litigation***
Appellate counsel for consumer class who used the Google Play Store to buy apps or Google Play Billing to buy in-app digital content on Android devices. Defended class certification in Rule 23(f) appeal. Settled for $700 million and significant injunctive relief. Settlement approval pending.

## CASES TRIED OR OTHERWISE TAKEN TO JUDGMENT

***Confidential JAMS Arbitration*** (New York, New York)
Trial counsel in a five-day arbitration of an $800M breach-of-contract claim. The case was tried to a final arbitration award, but the results are confidential.

# Annex
# 16

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| Debtors. | ) | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | **Kirkland & Ellis LLP and Kirkland & Ellis International LLP** | |
| **Applicant's Role in Case:** | **Counsel to Voyager Digital Holdings, Inc., *et al.*** | |
| **Date Order of Employment Signed:** | **August 4, 2022 [Docket No. 234]** | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period[2]** |
| | **December 1, 2022** | **December 31, 2022** |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses from December 1, 2022, through December 31, 2022.

# Exhibit B

## Attorneys' and Paraprofessionals' Information

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Attorney | Position With The Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Olivia Acuna | Associate | 2021 | Restructuring | $910.00 | 54.00 | $49,140.00 |
| Nicholas Adzima | Associate | 2019 | Restructuring | $1,115.00 | 248.30 | $276,854.50 |
| Jack M. Amaro | Associate | 2019 | ECEB - Employee Benefits | $1,035.00 | 0.90 | $931.50 |
| Ziv Ben-Shahar | Associate | 2022 | Restructuring | $660.00 | 14.50 | $9,570.00 |
| Cade C. Boland | Associate | 2021 | Litigation - General | $900.00 | 9.50 | $8,550.00 |
| Psalm Cheung | Associate | 2019 | Antitrust/Competition | $1,115.00 | 4.70 | $5,240.50 |
| Jack Coles | Associate | 2016 | Antitrust/Competition | $1,170.00 | 0.90 | $1,053.00 |
| Sharon Davidov | Associate | 2013 | ECEB - Employee Benefits | $1,035.00 | 1.80 | $1,863.00 |
| Tony Flor | Associate | 2019 | Corporate - Capital Markets | $1,035.00 | 5.50 | $5,692.50 |
| Nikki Gavey | Associate | 2021 | Restructuring | $1,035.00 | 45.50 | $47,092.50 |
| Kim Hill | Associate | 2021 | Litigation - General | $775.00 | 4.70 | $3,642.50 |
| Aleschia D. Hyde | Associate | 2021 | Litigation - General | $900.00 | 7.00 | $6,300.00 |
| Tom Kotlowski | Associate | 2020 | ECEB - Executive Compensation | $910.00 | 0.50 | $455.00 |
| Erika Krum | Associate | 2021 | International Trade | $910.00 | 0.80 | $728.00 |
| Wes Lord | Associate | - | Restructuring | $660.00 | 36.50 | $24,090.00 |
| Melissa Mertz | Associate | 2021 | Restructuring | $910.00 | 75.40 | $68,614.00 |
| Oliver Pare | Associate | 2021 | Restructuring | $910.00 | 35.20 | $32,032.00 |
| Jackson Phinney | Associate | 2019 | ECEB - Employee Benefits | $1,170.00 | 1.90 | $2,223.00 |
| Zak Piech | Associate | 2022 | Restructuring | $660.00 | 72.60 | $47,916.00 |
| Will Pretto | Associate | 2021 | Corporate - General | $795.00 | 97.50 | $77,512.50 |
| Adrian Salmen | Associate | 2021 | Restructuring | $795.00 | 18.20 | $14,469.00 |
| Gelareh Sharafi | Associate | - | Restructuring | $660.00 | 43.30 | $28,578.00 |
| Trevor Snider | Associate | 2001 | Technology & IP Transactions | $1,115.00 | 15.50 | $17,282.50 |
| Evan Swager | Associate | 2020 | Restructuring | $1,035.00 | 68.80 | $71,208.00 |
| Claire Terry | Associate | 2021 | Restructuring | $910.00 | 20.20 | $18,382.00 |
| Sal Trinchetto | Associate | 2021 | Corporate - General | $795.00 | 135.00 | $107,325.00 |
| Lindsay Wasserman | Associate | 2021 | Restructuring | $910.00 | 12.40 | $11,284.00 |
| Katie J. Welch | Associate | 2018 | Litigation - General | $1,035.00 | 8.60 | $8,901.00 |
| Rachel Young | Associate | 2023 | Restructuring | $660.00 | 67.50 | $44,550.00 |
| Bob Allen, P.C. | Partner | 2021 | Litigation - General | $1,425.00 | 11.30 | $16,102.50 |
| Steven M. Cantor | Partner | 2017 | Taxation | $1,305.00 | 6.80 | $8,874.00 |
| Zac Ciullo | Partner | 2014 | Litigation - General | $1,155.00 | 31.60 | $36,498.00 |
| Yates French | Partner | 2008 | Litigation - General | $1,310.00 | 6.50 | $8,515.00 |
| Susan D. Golden | Partner | 1988 | Restructuring | $1,315.00 | 8.80 | $11,572.00 |
| Luci Hague | Partner | 2015 | International Trade | $1,235.00 | 9.30 | $11,485.50 |

| Attorney | Position With The Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard U. S. Howell, P.C. | Partner | 2006 | Litigation - General | $1,435.00 | 33.10 | $47,498.50 |
| R.D. Kohut | Partner | 2004 | ECEB - Employee Benefits | $1,395.00 | 0.90 | $1,255.50 |
| Matthew Lovell, P.C. | Partner | 2002 | Technology & IP Transactions | $1,560.00 | 5.40 | $8,424.00 |
| Mario Mancuso, P.C. | Partner | 1997 | International Trade | $1,830.00 | 0.70 | $1,281.00 |
| Christopher Marcus, P.C. | Partner | 2000 | Restructuring | $1,845.00 | 38.20 | $70,479.00 |
| Alexandra Mihalas | Partner | 1991 | ECEB - Employee Benefits | $1,695.00 | 0.30 | $508.50 |
| Andrea A. Murino, P.C. | Partner | 2002 | Antitrust/Competition | $1,755.00 | 0.50 | $877.50 |
| Jeffery S. Norman, P.C. | Partner | 1992 | Technology & IP Transactions | $1,775.00 | 4.00 | $7,100.00 |
| Christine A. Okike, P.C. | Partner | 2009 | Restructuring | $1,640.00 | 170.30 | $279,292.00 |
| Anne G. Peetz | Partner | 2014 | Corporate - Capital Markets | $1,260.00 | 0.50 | $630.00 |
| William T. Pruitt | Partner | 2004 | Litigation - General | $1,375.00 | 1.90 | $2,612.50 |
| Anthony Vincenzo Sexton | Partner | 2011 | Taxation | $1,490.00 | 5.20 | $7,748.00 |
| Michelle Six | Partner | 2005 | Litigation - General | $1,345.00 | 6.20 | $8,339.00 |
| Michael B. Slade | Partner | 1999 | Litigation - General | $1,645.00 | 52.00 | $85,540.00 |
| Allyson B. Smith | Partner | 2017 | Restructuring | $1,235.00 | 79.70 | $98,429.50 |
| Josh Sussberg, P.C. | Partner | 2004 | Restructuring | $1,845.00 | 12.20 | $22,509.00 |
| Steve Toth | Partner | 2005 | Corporate - M&A/Private Equity | $1,430.00 | 87.70 | $125,411.00 |
| Kate Vera, P.C. | Partner | 2016 | ECEB - Employee Benefits | $1,425.00 | 0.20 | $285.00 |
| Nick Wasdin | Partner | 2012 | Litigation - General | $1,230.00 | 3.90 | $4,797.00 |
| **Totals for Attorneys** | | | | | **1,684.40** | **$1,857,544.00** |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| **Paraprofessional** | **Position of the Applicant** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|---|---|
| Nick Guisinger | Junior Paralegal | Litigation - General | $265.00 | 0.70 | $185.50 |
| Jacqueline Hahn | Junior Paralegal | Restructuring | $295.00 | 14.50 | $4,277.50 |
| Abbie Holtzman | Junior Paralegal | Litigation - General | $265.00 | 2.00 | $530.00 |
| Danielle Walker | Junior Paralegal | Restructuring | $295.00 | 0.20 | $59.00 |
| Lydia Yale | Junior Paralegal | Restructuring | $295.00 | 35.10 | $10,354.50 |
| Megan Bowsher | Paralegal | Litigation - General | $365.00 | 3.60 | $1,314.00 |
| Amy Donahue | Paralegal | Restructuring | $405.00 | 2.50 | $1,012.50 |
| Julia R. Foster | Paralegal | Restructuring | $405.00 | 0.30 | $121.50 |
| Julian Gamboa | Paralegal | Litigation - General | $450.00 | 13.00 | $5,850.00 |
| Meghan E. Guzaitis | Paralegal | Litigation - General | $480.00 | 16.90 | $8,112.00 |
| Laura Saal | Paralegal | Restructuring | $480.00 | 16.90 | $8,112.00 |
| Morgan Willis | Paralegal | Restructuring | $365.00 | 2.90 | $1,058.50 |
| Kat Jones | Support Staff | Litigation & Practice Tech | $495.00 | 68.50 | $33,907.50 |
| Maryam Tabrizi | Support Staff | Litigation & Practice Tech | $495.00 | 58.90 | $29,155.50 |
| Kent Zee | Support Staff | Litigation & Practice Tech | $425.00 | 14.00 | $5,950.00 |
| **Totals for Paraprofessionals** | | | | **250.00** | **$110,00.00** |

**Total Fees Requested for Attorneys and Paraprofessionals** **$1,967,544.00**

# Annex
# 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**ATTORNEY MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD AUGUST 1, 2023, THROUGH AUGUST 31, 2023**

| | |
|---|---|
| In re BlockFi Inc., *et al.* | Applicant: Kirkland & Ellis LLP and Kirkland & Ellis International LLP. |
| Case No. 22-19361 (MBK) | Client: Debtors and Debtors in Possession |
| Chapter 11 | Case Filed: November 28, 2022 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.**

**RETENTION ORDER ATTACHED.**

*/s/ Joshua A. Sussberg* 10/27/2023
JOSHUA A. SUSSBERG Date

| Name of Professional | Title | Department | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| Ziv Ben-Shahar | Associate | Restructuring | 2022 | 3.80 | $885.00 | $3,363.00 |
| Cade C. Boland | Associate | Litigation - General | 2021 | 14.50 | $1,080.00 | $15,660.00 |
| Trevor Eck | Associate | Restructuring | 2023 | 69.40 | $885.00 | $61,419.00 |
| David Hackel | Associate | Restructuring | 2023 | 0.60 | $885.00 | $531.00 |
| Rob Jacobson | Associate | Restructuring | 2019 | 41.70 | $1,245.00 | $51,916.50 |
| Meena Kandallu | Associate | Taxation | 2022 | 1.10 | $935.00 | $1,028.50 |
| Katherine Karnosh | Associate | Taxation | 2021 | 4.00 | $1,075.00 | $4,300.00 |
| Mike James Koch | Associate | Restructuring | 2020 | 15.80 | $885.00 | $13,983.00 |
| Sarah R. Margolis | Associate | Restructuring | 2021 | 55.60 | $1,155.00 | $64,218.00 |
| Isabella J. Paretti | Associate | Restructuring | 2023 | 19.60 | $885.00 | $17,346.00 |
| Francis Petrie | Associate | Restructuring | 2017 | 115.30 | $1,375.00 | $158,537.50 |
| Margaret Reiney | Associate | Restructuring | 2018 | 6.90 | $1,245.00 | $8,590.50 |
| Chloe Reum | Associate | Litigation - General | 2023 | 0.50 | $850.00 | $425.00 |
| Jimmy Ryan | Associate | Restructuring | 2022 | 19.20 | $995.00 | $19,104.00 |
| Alexandra Schrader | Associate | Litigation - General | 2021 | 4.30 | $1,080.00 | $4,644.00 |
| Katie J. Welch | Associate | Litigation - General | 2018 | 4.90 | $1,215.00 | $5,953.50 |
| Bob Allen, P.C. | Partner | Litigation - General | 2012 | 9.20 | $1,605.00 | $14,766.00 |
| Kelsey Bleiweiss | Partner | Litigation - General | 2016 | 5.50 | $1,245.00 | $6,847.50 |
| Susan D. Golden | Partner | Restructuring | 1988 | 11.00 | $1,475.00 | $16,225.00 |
| Shayne Henry | Partner | Litigation - General | 2014 | 0.10 | $1,310.00 | $131.00 |
| Richard U. S. Howell, P.C. | Partner | Litigation - General | 2006 | 0.60 | $1,620.00 | $972.00 |
| R.D. Kohut | Partner | ECEB - Labor/Employment | 2004 | 0.50 | $1,795.00 | $897.50 |
| Christine A. Okike, P.C. | Partner | Restructuring | 2009 | 24.70 | $1,850.00 | $45,695.00 |
| Anne G. Peetz | Partner | Corporate - Capital Markets | 2014 | 0.60 | $1,425.00 | $855.00 |
| William T. Pruitt | Partner | Litigation - General | 2004 | 0.30 | $1,550.00 | $465.00 |
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | 2.60 | $1,680.00 | $4,368.00 |
| Michael B. Slade | Partner | Litigation - General | 1999 | 19.80 | $1,855.00 | $36,729.00 |
| Mari Stonebraker | Partner | ECEB - Labor/Employment | 2014 | 2.00 | $1,425.00 | $2,850.00 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | 1.50 | $2,045.00 | $3,067.50 |
| Luke Spangler | Junior Paralegal | Restructuring | N/A | 1.20 | $325.00 | $390.00 |
| Megan Bowsher | Paralegal | Litigation - General | N/A | 1.40 | $395.00 | $553.00 |
| Julia R. Foster | Paralegal | Restructuring | N/A | 4.80 | $480.00 | $2,304.00 |
| Joel DePalma | Presentation Design Lead | Presentation Design | N/A | 2.80 | $495.00 | $1,386.00 |
| Ricardo Guzman | Litigation & Practice Tech Project Manager | Litigation - General | N/A | 2.00 | $475.00 | $950.00 |
| **TOTALS** | | | | **467.80** | | **$570,471.00** |

# Annex 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: March 27, 2023 at 4:00 p.m. ET** |

**SECOND MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| **Name of Applicant** | **Quinn Emanuel Urquhart & Sullivan, LLP** |
|---|---|
| Authorized to Provide Professional Services to: | the Debtors and Debtors-in-Possession |
| Date of Retention: | January 20, 2023 *nunc pro tunc* to November 13, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,440,414.90 |
| 80% of Compensation sought as actual, reasonable and necessary: | $1,152,331.92 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,920.53 |

This is a(n) monthly __X__ interim ____ final application. No prior application has been filed with respect to this Fee Period.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/07/2023 | Petition Date through December 31, 2022 | $1,536,294.15 | $4,323.07 | N/A | N/A |

## SUMMARY OF BILLING BY PROFESSIONAL
## FROM JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | 1989 | $1,917.00 | 140.60 | $269,530.20 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 28.10 | $53,867.70 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 36.40 | $69,778.80 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 145.70 | $232,100.10 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 62.30 | $99,243.90 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 20.20 | $29,088.00 |
| Eric D. Winston | Partner | 1999 | 1998 | $1,440.00 | 20.50 | $29,520.00 |
| Anthony Alden | Partner | 2004 | 2003 | $1,440.00 | 26.90 | $38,736.00 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,318.50 | 21.80 | $28,743.30 |
| Emily Kapur | Partner | 2015 | 2015 | $1,246.50 | 77.90 | $97,102.35 |
| **Partner Total** | | | | | **580.40** | **$947,710.35** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 98.90 | $120,163.50 |
| **Counsel Total** | | | | | **98.90** | **$120,163.50** |
| Justine Young | Associate | 2014 | 2013 | $1,183.50 | 12.30 | $14,557.05 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 77.40 | $88,468.20 |
| Samuel Seneczko | Associate | 2019 | 2019 | $985.50 | 112.60 | $110,967.30 |
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 56.30 | $50,923.35 |
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 79.00 | $71,455.50 |
| John Super | Associate | 2021 | 2020 | $904.50 | 8.90 | $8,050.05 |
| Sophie Hill | Associate | 2021 | 2020 | $841.50 | 5.20 | $4,375.80 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 27.00 | $22,720.50 |
| **Associate & Law Clerk Total** | | | | | **378.70** | **$371,517.75** |
| **Lawyers Total** | | | | | **1,058.00** | **$1,439,391.60** |
| Connie Kim | Paralegal | - | - | $432.00 | 7.90 | $3,412.80 |
| **Non Legal Personnel Total** | | | | | **7.90** | **$3,412.80** |
| 50% Non-Working Travel | | | | | | -$2,389.50 |
| **GRAND TOTAL** | | | | | **1,065.90** | **$1,440,414.90** |

**Blended Hourly Rate: $1,351.36**

## STATEMENT OF FEES BY PROJECT CATEGORY[2]
## JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 351.40 | $440,498.70 |
| AVOIDANCE ACTION ANALYSIS | 473.90 | $625,944.15 |
| BANKRUPTCY LITIGATION | 18.80 | $29,573.55 |
| BOARD / CORPORATE GOVERNANCE | 25.50 | $44,149.50 |
| CASE ADMINISTRATION | 53.50 | $72,268.65 |
| EMPLOYMENT AND FEE APPLICATIONS | 55.40 | $82,220.40 |
| INVESTIGATION | 84.40 | $143,370.45 |
| 50% NON-WORKING TRAVEL | 3.00 | $2,389.50 |
| **TOTAL** | **1,065.90** | **$1,440,414.90** |

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[3] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $8.51 |
| Document Reproduction ($.10/page) | | $427.60 |
| Color Document Reproduction ($.40/page) | | $318.80 |
| Velobind | | $16.00 |
| Document Services | | $182.62 |
| Travel | | $967.00 |
| | **TOTAL** | **$1,920.53** |

2 The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

3 Quinn Emanuel Urquhart & Sullivan, LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submits this second monthly fee statement (this "Second Monthly Fee Statement") for compensation for professional services rendered and expenses incurred for the period from January 1, 2023 through and including January 31, 2023 (the "Fee Period"). In support of the Second Monthly Fee Statement, Quinn Emanuel respectfully states as follows:

**Background**

1. On November 11 and November 14, 2022,[2] the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] November 11, 2022 is the petition date for all Debtors, except for Debtor West Realm Shires Inc.

relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified, the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases (the "Chapter 11 Cases") was authorized by the Court by entry of an order on November 22, 2022 [D.I. 128]. On December 15, 2022, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code [D.I. 231].

2. On January 20, 2023, the Court entered the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Debtors and Debtors in Possession*, Nunc Pro Tunc *to November 13, 2022*, [D.I. 548] authorizing the retention and employment of Quinn Emanuel as the Debtors' special counsel, *nunc pro tunc* to November 13, 2022.

3. On January 9, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "Interim Compensation Order").

4. On February 7, 2023, the Debtors filed the *First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period from the Petition Date Through and Including December 31, 2022* [D.I. 644] (the "First Monthly Fee Statement"), and on February 13, 2023, filed the *Notice of Filing Corrected Summary Chart to Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP* [D.I. 712]. On February 28, 2023, the Debtors filed the *Certificate of No Objection* to the First

Monthly Fee Statement [D.I. 779].

**Relief Requested**

5. By this Second Monthly Fee Statement and in accordance with the Interim Compensation Order, Quinn Emanuel makes this application for (i) allowance of compensation as an administrative expense of the Debtors' estates in the amount of $1,440,414.90 for reasonable and necessary professional services rendered, (ii) payment of compensation in the amount of 80% thereof (in the amount of $1,152,331.92) and (iii) payment of $1,920.53 for actual and necessary expenses incurred.

**a. Compensation Requested**

6. The services performed by Quinn Emanuel during the Fee Period included, among others, issues involving asset analysis and recovery, avoidance action analysis, bankruptcy litigation, board of directors and corporate governance, investigations, and general case administration. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by Quinn Emanuel with respect to the Chapter 11 Cases during the Fee Period. This detailed itemization complies with Local Rule 2016-2 in that each time entry (i) contains a separate time allotment, (ii) contains a description of the type of activity and the subject matter of the activity, (iii) is billed in increments of one-tenth (1/10) of an hour, (iv) is presented chronologically in categories, and (v) individually identifies all meetings or hearings.

7. The timekeepers who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual and the total compensation sought by each category. All services for which Quinn Emanuel requests compensation were performed for, or on behalf of, the Debtors.

**b. Expense Reimbursement**

8. Quinn Emanuel incurred out-of-pocket expenses during the Fee Period in

Case 22-11068-JTD Doc 813 Filed 03/06/23 Page 7 of 9

the amount of $1,920.53. Attached hereto as **Exhibit B** is a description of the expenses actually incurred by Quinn Emanuel in the performance of services rendered as Special Counsel to the Debtors. The expenses are broken down into categories of charges, which may include, among other things, the following charges: photocopying, printing, outgoing facsimiles, document retrieval, postage, third-party conference calls, messenger service, transcripts, computerized legal research, filing fees, working meals, secretarial overtime, and other expenses.

9. In accordance with section 330 of the Bankruptcy Code, Quinn Emanuel seeks reimbursement only for the actual cost of such expenses to Quinn Emanuel. Quinn Emanuel submits that all such expenses incurred were customary, necessary and related to the Chapter 11 Cases and, by this Second Monthly Fee Statement, requests reimbursement of the same.

**Valuation of Services**

10. Professionals of Quinn Emanuel have expended a total of 1,065.90 hours in connection with this matter during the Fee Period.

11. The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in **Exhibit A**. The rates are Quinn Emanuel's normal hourly rates of compensation for work of this character, discounted by 10%. The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as Special Counsel for the Debtors in the Chapter 11 Cases is $1,440,414.90.

12. Quinn Emanuel believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

13. In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, the amount requested is fair and reasonable given the complexities of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

**Certificate of Compliance and Waiver**

14. The undersigned representative of Quinn Emanuel certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Second Monthly Fee Statement substantially complies with such rule. To the extent that the Second Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, Quinn Emanuel believes that such deviations are not material and respectfully requests that any such requirements be waived.

**Notice and No Prior Request**

15. Notice of this Second Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; and (c) all parties required to be given notice in the Interim Compensation Order. Quinn Emanuel submits that no other or further notice is necessary.

16. No prior request for the relief sought in this Second Monthly Fee Statement has been made to this or any other Court.

[*Remainder of Page Intentionally Left Blank*]

Case 22-11068-JTD Doc 813 Filed 03/06/23 Page 9 of 9

WHEREFORE, Quinn Emanuel respectfully requests that the Bankruptcy Court (i) approve the Second Monthly Fee Statement and (ii) grant such further relief as is just and proper.

Dated: New York, New York
March 6, 2023

*<u>/s/ Sascha N. Rand</u>*
Sascha N. Rand
Partner, Quinn Emanuel Urquhart & Sullivan, LLP

# Annex 19

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEADRILL LIMITED, et al.,[1] | ) | Case No. 21-30427 (DRJ) |
| Debtors. | ) | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | | |
|---|---|---|
| **Name of Applicant:** | Cravath, Swaine & Moore LLP | |
| **Applicant's Role in Case:** | Conflicts Counsel to the Debtors and Debtors-in-Possession | |
| **Date Order of Employment Signed:** | April 5, 2021 [Docket No. 296]; effective as of the Petition Date (February 10, 2021) | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period** |
| | April 1, 2021 | April 30, 2021 |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | $42,143.00<br>(80% of $52,679.00) | |
| **Total expenses requested in this statement:** | $125.89 | |
| **Total fees and expenses requested in this statement:** | $42,268.89 | |
| **Summary of Attorney Fees Requested:** | | |

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

| | |
|---|---|
| **Total attorney fees requested in this statement:** | $52.679.00 |
| **Total actual attorney hours covered by this statement:** | 41.50 |
| **Average hourly rate for attorneys:** | $1,269.37 |
| **Summary of Paraprofessional Fees Requested:** | |
| **Total paraprofessional fees requested in this statement** | $0.00 |
| **Total actual paraprofessional hours covered by this statement** | 0.00 |
| **Average hourly rate for paraprofessionals:** | N/A |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), the *Order Authorizing the Employment and Retention of Cravath, Swaine & Moore LLP as Conflicts Counsel for the Debtors and Debtors-in-Possession Effective as of the Petition Date*, dated May 26, 2020 [Docket No. 296] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (II) Granting Related Relief* [Docket No. 304] (the "Interim Compensation Order"), Cravath, Swaine & Moore LLP ("Cravath"), conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this third monthly fee statement (this "Fee Statement").[2] Specifically, Cravath seeks (i) compensation in the amount of $42,143.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Cravath incurred in connection with such services

[2] The period from April 1, 2021, through and including April 30, 2021, is referred to herein as the "Fee Period."

during the Fee Period (i.e., $52,679.00) and (ii) reimbursement for the actual and necessary expenses that Cravath incurred in the amount of $125.89 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cravath partners, associates and paraprofessionals during the Fee Period with respect to each of the project categories Cravath established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Cravath incurred $52,679.00 in fees during the Fee Period. Pursuant to this Fee Statement, Cravath seeks reimbursement for 80% of such fees ($42,143.00 in the aggregate).

2. Attached hereto as **Exhibit B** is a schedule of Cravath professionals, including the standard hourly rate for each attorney who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. Attorneys of Cravath have expended a total of 41.50 hours in connection with these chapter 11 cases during the Fee Period.

3. Attached hereto as **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cravath is seeking reimbursement in this Fee Statement. These disbursements comprise the requested sum for Cravath's out-of-pocket expenses.

4. Attached hereto as **Exhibit D** are the time records of Cravath, which provide a daily summary of the time spent by each Cravath professional during the Fee Period and an itemization of expenses by project category.

**Notice**

5. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

Case 21-30427 Document 704 Filed in TXSB on 05/14/21 Page 4 of 10

WHEREFORE, Cravath, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $42,143.00, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Cravath rendered to the Debtors (i.e., $52,679.00) and (ii) $125.89 for actual and necessary costs and expenses. Therefore, the total fees and expenses requested by Cravath in this statement are $42,268.89.

Dated: May 14, 2021

/s/ Paul H. Zumbro
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-2000

*Conflicts Counsel for the Debtors and Debtors-in-Possession*

**Exhibit A**

**Statement of Fees and Expenses By Project Category**

| **TASK CODE** | **PROJECT CATEGORY / DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| CONF | Conflicts Counsel Matters | 31.40 | $42,210.00 |
| CRAV | Retention and Fee Applications | 10.10 | $10,469.00 |
| **TOTAL:** | | **41.50** | **$52,679.00** |

**<u>Exhibit B</u>**

**Attorneys' Information**

| PROFESSIONAL PERSON: | POSITION WITH THE APPLICANT | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Zobitz, George E. | Partner | Financial Restructuring & Reorganization | 1996 | $1,795.00 | 4.00[3] | $7,180.00 |
| Zumbro, Paul H. | Partner | Financial Restructuring & Reorganization | 1998 | $1,795.00 | 8.90 | $15,975.50 |
| Moskowitz, Lauren A. | Partner | Litigation | 2006 | $1,665.00 | 2.90 | $4,799.50 |
| Gerten, Alexander | Associate | Financial Restructuring & Reorganization | 2017 | $985.00 | 23.70 | $23,344.50 |
| King, Harold C. | Associate | Financial Restructuring & Reorganization | 2020 | $830.00 | 0.30 | $249.00 |
| Brown, Conner J. | Associate | Financial Restructuring & Reorganization | N/A | $665.00 | 1.70 | $1,130.50 |
| **Total for Attorneys:** | | | | | **41.50** | **$52,679.00** |

[3] Includes 0.3 hours incurred in March but not billed until April.

# Exhibit C

## Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Legal Research Database Expense (e.g., Bloomberg and Pacer)[4] | $125.89 |

[4] Includes database expenses incurred in March but invoiced in April.

# Exhibit D

## Detailed Description of Time Records for the Fee Period

### LEGAL SERVICES RENDERED

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| **CONF - Conflicts Counsel Matters** | | | | |
| 03/26/21 | Zobitz, George E. | Reviewed settlement term sheet. | 0.30 | 538.50 |
| 04/05/21 | Zobitz, George E. | Attention to emails re settlement status. | 0.20 | 359.00 |
| 04/05/21 | Zumbro, Paul H. | Attention to settlement matters and related correspondence | 0.30 | 538.50 |
| 04/06/21 | Zobitz, George E. | Emails re settlement amount. | 0.30 | 538.50 |
| 04/06/21 | Zumbro, Paul H. | Attention to matters related to settlement issues. | 0.80 | 1,436.00 |
| 04/06/21 | Zumbro, Paul H. | Calls with K&E and SheppardMullin re: settlement issues. | 0.30 | 538.50 |
| 04/06/21 | Gerten, Alexander | Review revised settlement term sheet between SDLP and SDRL. | 2.00 | 1,970.00 |
| 04/07/21 | Zobitz, George E. | Reviewed revised plan. | 0.80 | 1,436.00 |
| 04/07/21 | Zumbro, Paul H. | Attention to settlement issues. | 0.40 | 718.00 |
| 04/07/21 | Zumbro, Paul H. | Review of revised Plan. | 0.60 | 1,077.00 |
| 04/07/21 | Zumbro, Paul H. | Call with Weil regarding LOWLA and settlement. | 0.50 | 897.50 |
| 04/07/21 | Gerten, Alexander | Call with SDRL ad hoc committee as to potential settlement with SDLP. | 1.00 | 985.00 |
| 04/07/21 | Gerten, Alexander | Review and comment on revised version of SDLP chapter 11 plan. | 1.00 | 985.00 |
| 04/07/21 | Gerten, Alexander | Prepare for call with SDRL ad hoc committee as to potential settlement with SDLP. | 2.10 | 2,068.50 |
| 04/08/21 | Zumbro, Paul H. | Call with K&E regarding filing motions. | 0.20 | 359.00 |
| 04/08/21 | Gerten, Alexander | Review and comment on papers to be filed in connection with SDLP and Seadrill Limited Settlement. | 3.90 | 3,841.50 |
| 04/09/21 | Zobitz, George E. | Attention to settlement term sheet. | 0.30 | 538.50 |
| 04/09/21 | Zumbro, Paul H. | Attention to term sheet and other settlement documentation | 0.30 | 538.50 |
| 04/09/21 | Gerten, Alexander | Circulate comments on term sheet and motion approving settlement. | 0.20 | 197.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/11/21 | Gerten, Alexander | Review amended versions of settlement documents as between SDRL and SDLP. | 1.40 | 1,379.00 |
| 04/12/21 | Zobitz, George E. | Attention to emails re revised terms of settlement and related docs. | 0.40 | 718.00 |
| 04/12/21 | Zumbro, Paul H. | Attention to revised settlement pleadings | 0.60 | 1,077.00 |
| 04/12/21 | Brown, Conner J. | Create ebinder will all filed materials relevant to MSA settlement. | 0.60 | 399.00 |
| 04/12/21 | Gerten, Alexander | Discuss status of settlement with K&E. | 0.20 | 197.00 |
| 04/12/21 | Gerten, Alexander | Correspondence with P. Zumbro as to settlement status and terms. | 0.30 | 295.50 |
| 04/12/21 | Gerten, Alexander | Review changes to settlement documents. | 0.50 | 492.50 |
| 04/14/21 | Moskowitz, Lauren A. | Attention to preparation for court conference re settlement approval | 0.80 | 1,324.00 |
| 04/14/21 | Zumbro, Paul H. | Attention to preparation for 4.15.21 status conference hearing. | 1.00 | 1,795.00 |
| 04/14/21 | Zumbro, Paul H. | Call with K&E regarding status conference. | 0.30 | 538.50 |
| 04/14/21 | Zumbro, Paul H. | Attention to revised settlement order and related matters. | 0.40 | 718.00 |
| 04/14/21 | Gerten, Alexander | Review filings in Seadrill Limited and SDLP cases relating to hearing on settlement. | 0.70 | 689.50 |
| 04/15/21 | Moskowitz, Lauren A. | Attention to M. Lyne witness preparation for court conference re settlement approval | 1.10 | 1,820.50 |
| 04/15/21 | Moskowitz, Lauren A. | Attention to court conference re settlement approval | 1.00 | 1,655.00 |
| 04/15/21 | Zobitz, George E. | Reviewed motion, talking points and other items for hearing and attended hearing. | 1.70 | 3,051.50 |
| 04/15/21 | Zumbro, Paul H. | Hearing regarding joint 9019 settlement motion and preparation therefor | 1.90 | 3,410.50 |
| 04/15/21 | Zumbro, Paul H. | Preparation of witness (Matt Lyne) for 9019 hearing | 0.60 | 1,077.00 |
| 04/15/21 | Brown, Conner J. | Attend joint Seadrill/SDLP hearing on MSA settlement. | 1.10 | 731.50 |
| 04/15/21 | Gerten, Alexander | Attend hearing as to settlement of dispute between SDRL and SDLP. | 1.30 | 1,280.50 |
| | | **Total for Conflicts Counsel Matters** | **31.40** | **42,210.00** |
| **CRAV - Retention and Fee Applications** | | | | |
| 04/05/21 | Gerten, Alexander | Draft first monthly fee statement. | 0.80 | 788.00 |
| 04/06/21 | Gerten, Alexander | Draft first monthly fee statement. | 0.50 | 492.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/21 | Gerten, Alexander | Draft first monthly fee statement. | 3.60 | 3,546.00 |
| 04/08/21 | Zumbro, Paul H. | Attention to issues related to first monthly fee statement | 0.30 | 538.50 |
| 04/08/21 | Gerten, Alexander | Review annexes for monthly fee statement. | 0.70 | 689.50 |
| 04/08/21 | Gerten, Alexander | Review monthly fee statements in light of fee guidelines sent by Seadrill Limited. | 0.80 | 788.00 |
| 04/08/21 | King, Harold C. | Call with A. Gerten re fee applications | 0.30 | 249.00 |
| 04/09/21 | Gerten, Alexander | Revise monthly fee statements. | 0.30 | 295.50 |
| 04/13/21 | Gerten, Alexander | Revise monthly fee statement annexes. | 0.40 | 394.00 |
| 04/14/21 | Gerten, Alexander | Draft first and second fee statements. | 1.50 | 1,477.50 |
| 04/15/21 | Zumbro, Paul H. | Attention to first and second monthly fee applications | 0.40 | 718.00 |
| 04/15/21 | Gerten, Alexander | Revise first and second monthly fee statements. | 0.50 | 492.50 |
| | | **Total for Retention and Fee Applications** | **10.10** | **10,469.00** |
| | **Total** | | **41.50** | **$ 52,679.00** |

# Annex
# 20

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**SILVERGATE CAPITAL CORPORATION, *et al.*[1]**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 24-12518 (KBO)**<br><br>**(Jointly Administered)**<br><br>**Hearing Date: TBD**<br>**Objection Deadline: Oct. 31, 2024 at 4:00 p.m. (ET)** |

**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CRAVATH, SWAINE & MOORE LLP AS CO-COUNSEL TO THE DEBTORS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), respectfully state as follows in support of this application (this "Application"):

## RELIEF REQUESTED

1. By this Application, pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtors request entry of an order authorizing the employment and retention of Cravath, Swaine & Moore LLP ("Cravath") as co-counsel to the Debtors effective as of the Petition Date.

2. A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "Proposed Order"). In support of this Application, the Debtors submit (i) the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

declaration of George E. Zobitz, a partner at Cravath, which is attached hereto as **Exhibit B** (the "Zobitz Declaration"), and (ii) the declaration of Elaine Hetrick, the Debtors' Chief Administrative Officer, which is attached hereto as **Exhibit C** (the "Hetrick Declaration").

## JURISDICTION AND VENUE

3. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b). The Debtors consent under 9013-1(f) of the Local Rules to the entry of a final order by the Court in connection with this application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgment in connection herewith consistent with Article III of the United States Constitution. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The predicates for the relief requested by this Application are sections 327(a), 328(a), 329 and 330 of title 11 of the United States Code (the "Bankruptcy Code") and rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

### I. Overview

5. On September 17, 2024 (the "Petition Date"), the Debtors filed with this Court voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No request for the appointment of a trustee has been made in these Chapter 11 Cases, and no committees have been appointed or designated. On October 10, 2024, Stilwell Activist Investments, L.P. filed a motion seeking the appointment of an examiner [Docket No. 130].

6. On September 18, 2024, the Court entered the *Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [Docket No. 23].

7. Additional information regarding the Debtors and these Chapter 11 Cases, including the Debtors' businesses, operations, capital structure, financial condition and the reasons for and objectives of these Chapter 11 Cases is set forth in the *Declaration of Elaine Hetrick in Support of First Day Motions and Related Relief* [Docket No. 9] (the "First Day Declaration")[2], which is fully incorporated herein by reference.

## SCOPE OF SERVICES

8. The Debtors require Cravath to render a variety of legal services during the pendency of these Chapter 11 Cases and to assist the Debtors in addressing the myriad issues that may arise. Subject to further Order of the Court, the Debtors request the employment and retention of Cravath to render professional services, including, but not limited to:

a) advising the Debtors of their rights, powers and duties as debtors and debtors in possession under Chapter 11 of the Bankruptcy Code;

b) taking action to protect and preserve the Debtors' estate, including the prosecution of actions on the Debtors' behalf, the defense of actions commenced against the Debtors in these Chapter 11 Cases, the negotiation of disputes in which the Debtors are involved and the preparation of objections to claims filed against the Debtors;

c) assisting in preparing on behalf of the Debtors all motions, applications, answers, orders, reports and other papers in connection with the administration of the Debtors' estate;

d) prosecuting and assisting with any sale or other disposition of the Debtors' assets;

e) taking all necessary actions in connection with any Chapter 11 plan and related disclosure statement and all related documents, and seeking approval of all transactions contemplated therein and in any amendments thereto; and

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Day Declaration.

f) performing other necessary or desirable legal services in connection with these Chapter 11 Cases.

9. Cravath has the necessary experience and has stated its desire and willingness to act in these cases and render the necessary professional services as attorneys for the Debtors.

**EMPLOYMENT OF CRAVATH AS CO-COUNSEL**

10. The Debtors seek to retain Cravath as their attorneys because of Cravath's extensive experience and recognized expertise in the fields of financial restructuring and bankruptcy, regulatory matters, investigations and other relevant practice areas. Cravath has represented debtors, creditors and other parties in interest in numerous bankruptcy cases across the United States. Furthermore, Cravath has expertise in the areas of law expected to arise in the case, including bankruptcy, litigation, investigations, regulatory compliance, securities and tax.

**BASIS FOR RELIEF REQUESTED**

11. Under section 327(a) of the Bankruptcy Code, a debtor in possession "with the court's approval, may employ one or more attorneys … that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor in possession] in carrying out [its] duties under this title". 11 U.S.C. § 327(a). Such employment may be based "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed percentage fee basis, or on a contingent fee basis". 11 U.S.C. § 328(a).

12. The Debtors believe that Cravath is well qualified to represent it in its bankruptcy case in an efficient and timely manner. The Debtors have selected Cravath as its bankruptcy co-counsel because of the Firm's extensive experience and knowledge in the fields of in-court and out-of-court restructuring transactions, regulatory advice, litigation, and debtors' and creditors' rights, as well as its ability to respond quickly to emergency hearings and other emergency

matters. The Debtors have also selected Cravath given the Debtors' history with, and trust of, the Firm. As set forth in the First Day Declaration, these Chapter 11 Cases are the culmination of a lengthy process led by the Debtors' directors and management to repay all Silvergate Bank's depositors and wind down its operations. Since these events began in November 2022, Cravath has assisted the Debtors in navigating these circumstances and evaluating their strategic options, including the Debtors' negotiation and agreement in principle with holders of the Debtors' Preferred Stock on a comprehensive winddown plan that will distribute funds to the Debtors' stakeholders in accordance with their legal priorities. As a result, Cravath possesses relevant background and expertise, including an in-depth knowledge of the Debtors' current circumstances, capital structure, business, management, operations, corporate governance and regulatory status. Cravath is thus uniquely situated to address the potential legal issues that may arise in the context of these Chapter 11 Cases. Cravath's services will enable the Debtors to execute faithfully its duties as debtor in possession.

13. For the reasons set forth herein, the Debtors submit that the relief requested is in the best interest of the Debtors, their estates, creditors, stakeholders, and other parties in interest, and therefore should be granted.

**NO DUPLICATION OF SERVICES**

14. In addition to this Application, the Debtors have filed applications to employ: (i) Stretto, Inc., as claims and noticing agent and as administrative agent; (ii) AlixPartners, LLP, as financial advisor, (iii) Richards, Layton & Finger P.A. ("RL&F") as co-counsel with Cravath, (iv) Ellerman Enzina Levy PLLC as special counsel to the Debtors and (v) Sheppard, Mullin, Richter & Hampton LLP as special counsel to the Debtors. The Debtors may also file applications to employ additional professionals. The Debtors understand the division of responsibilities between these professionals and intend to monitor carefully these and any other

professionals to ensure a clear delineation of their respective duties and roles so as to prevent duplication of efforts. In particular, the Debtors have discussed a division of responsibilities between Cravath and RL&F, and the Debtors believe that the combined skills of Cravath and RL&F will be additive rather than duplicative in terms of value provided for the benefit of the Debtors and their estates. The Debtors recognize that efficient coordination of efforts among the Debtors' professionals will greatly contribute to the effective administration of these Chapter 11 Case.

**CRAVATH'S CONNECTIONS WITH DEBTOR**

15. To the best of the Debtors' knowledge, Cravath does not have any connection with or any interest adverse to the Debtors, its creditors or any other party-in-interest or their respective attorneys and accountants, except as may be set forth in the Zobitz Declaration.

16. On November 22, 2022 Cravath entered into an engagement letter with Silvergate Capital Corporation regarding bank regulatory matters, government investigations, general corporate matters, general litigation matters and restructuring-related matters. On December 21, 2022, Cravath entered into an engagement letter to also represent the Board of Directors (excluding the one management director, the CEO) of Silvergate Capital Corporation (the "Board") and Silvergate Capital Corporation entered into a supplemental engagement letter agreeing to Cravath's representation of the Board.

17. The purpose of this latter engagement was to provide advice to the Board as necessary exclusive of the one management director, and in connection with the Board's consideration of matters related to Silvergate, FTX and the Silvergate BSA compliance program[3]

[3] Cravath conducted an independent investigation into Silvergate Bank's BSA compliance program and relationship with FTX entities that were customers of the bank following the allegations of fraud and the subsequent bankruptcies of FTX entities.

and to advise the Board generally as to fiduciary duties and other general matters related to the Board's oversight of Silvergate Capital Corporation and Silvergate Bank. This representation concluded after the Board's meeting on May 26, 2023. Cravath did not represent any director in his or her individual capacity.

18. Following the Board's decision on March 8, 2023, to wind down operations and voluntarily liquidate Silvergate Bank, Cravath entered into a new engagement letter with Silvergate Capital Corporation and Silvergate Bank as of March 24, 2023. This engagement letter specifically added to the scope of the matters on which Cravath was advising Silvergate to include (1) Silvergate Capital Corporation's formulation and implementation of a bankruptcy filing under chapter 11 of the Bankruptcy Code and related matters, and (2) a voluntary plan of liquidation and related regulatory matters at Silvergate Bank. On July 23, 2024, after Silvergate Bank changed its name to Silvergate Liquidation Corporation and amended its charter to reflect that it will no longer be a bank, Cravath entered into a new engagement letter with Silvergate Capital Corporation and Silvergate Liquidation Corporation. The July 23, 2024 engagement letter amended and restated the March 24, 2023 engagement letter.

## PROFESSIONAL COMPENSATION

### A. Professional Fees

19. The Debtors understand that Cravath intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court. In that regard, the Debtors and Cravath are developing a prospective budget and staffing plan in a reasonable effort to comply with any requests for information and additional disclosures that may be made by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). Subject to the foregoing, the Debtors propose to pay Cravath its standard

hourly rates in effect from time to time as set forth in the Zobitz Declaration. The Debtors submit that these rates are reasonable.

20. Cravath's current hourly rates for matters related to these chapter 11 cases are expected to be within the following ranges:

| **Position** | **Range of Current Hourly Rates** |
|---|---|
| Partners | $1,505 to $2,205 an hour |
| Of Counsel | $1,475 to $2,205 an hour |
| Senior Attorneys | $1,300 to $1,820 |
| Associates | $800 to $1,285 |
| Paralegals | $405 to $555 an hour |

21. The principal professionals and paraprofessionals designated to represent the Debtors and their current standard hourly rates are as follows:

| | | |
|---|---|---|
| a) | George E. Zobitz | $2,205 per hour |
| b) | Paul H. Zumbro | $2,205 per hour |
| c) | Scott Bennett | $2,205 per hour |
| d) | Benjamin Gruenstein | $2,205 per hour |
| e) | Lauren A. Moskowitz | $2,205 per hour |
| f) | Alexander Gerten | $1,475 per hour |
| g) | Lindsay Timlin | $1,375 per hour |
| h) | Benjamin Spiegel | $1,285 per hour |
| i) | Benjamin Arcano | $1,175 per hour |
| j) | Joseph Linfield | $1,140 per hour |
| k) | Cristina Urquidi | $990 per hour |
| l) | Justin M. Williams | $990 per hour |

22. The Debtors understand that Cravath's hourly rates are set at a level designed to compensate Cravath fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. The Debtors understand that these hourly rates are consistent with the rates that

Cravath charges other comparable clients, regardless of location of such clients. The Debtors respectfully submit that Cravath's rates and policies, as set forth in the Zobitz Declaration, are reasonable.

23. Cravath's standard hourly rates of its attorneys and financial terms for the services performed prior to the Petition Date are identical to the hourly rates and financial terms of the postpetition engagement proposed herein. The Debtors understand that these hourly rates are consistent with the rates that Cravath charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case, and are not significantly different from the rates that Cravath charges in comparable non-bankruptcy representations. None of Cravath's professionals included in this engagement have varied their rate based on the geographic location of these chapter 11 cases. Notwithstanding the consistent hourly rates, Cravath as a practice reviews all time charges and makes adjustments as necessary to correct any inefficiency that may appear before billing.

24. As set forth in the Zobitz Declaration, during the ninety (90) days prior to the Petition Date[4], Cravath received from the Debtors payments totaling $4,597,651.84 for professional services performed and expenses incurred in connection with Cravath's representation of the Debtors. In addition, Cravath's invoice dated July 24, 2024 included a retainer paid of $2,000,000 paid in advance with respect to legal services provided to the Debtors (the "Retainer"). The Debtors understand that after all fees and charges that accrued prior to the Petition Date have been posted, Cravath will apply any payment balance against the Retainer. Cravath will then hold the balance of the Retainer to be applied against any unpaid fees and

[4] An accounting summary of payments invoiced and received by Cravath is set forth in **Annex 4** of the Zobitz Declaration attached hereto.

expenses approved by the court with respect to Cravath's final fee application in these Chapter 11 Cases. Upon completion or termination of the Cravath's engagement and delivery of its final statement, any funds from the Retainer that have not been applied to fees and charges will be promptly returned to the Debtors.

**B. Expenses**

25. The Debtors understand that it is Cravath's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, regular mail and express mail charges, special or hand delivery charges, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research charges and transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Cravath will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to Cravath's other clients or as previously fixed by this Court. The Debtors understand that it is Cravath's belief that it is fair to charge these expenses to the clients incurring them instead of increasing hourly rates and spreading these expenses among all clients.

**DISINTERESTEDNESS**

26. Cravath has waived any and all claims it could assert related to or arising from professional services provided to the Debtors prior to the Petition Date.

27. Based upon the Zobitz Declaration, the Debtors submit that Cravath is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code. The Debtors have been informed that Cravath will conduct an ongoing review of its files to ensure that no disqualifying circumstances

arise. If any new relevant facts or relationships are discovered, Cravath will supplement its disclosure to the Court.

**NOTICE**

28. No creditors committee, trustee or examiner has been appointed in these Chapter 11 Cases. The Debtors will provide notice of this Application to: (a) the U.S. Trustee for the District of Delaware; (b) the Internal Revenue Service; (c) the United States Department of Justice; (d) the United States Attorney for the District of Delaware; (e) the California Department of Financial Protection and Innovation; (f) the Federal Deposit Insurance Corporation; (g) the Federal Reserve Board of Governors; (h) the parties identified on the Debtors' list of 20 largest unsecured creditors; (i) counsel for the Ad Hoc Preferred Stockholder Group; and (j) if not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002. A copy of the Application is also available on the Debtors' case website at https://cases.stretto.com/silvergate/.

29. Due to the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this Application is necessary.

**NO PRIOR REQUEST**

30. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE the Debtors respectfully request that the Court enter the Proposed Order granting the relief requested herein and such other and further relief as it deems just and proper.

Dated: October 17, 2024

**SILVERGATE CAPITAL CORPORATION**
(for itself and on behalf of its debtor affiliates)

/s/ *Elaine Hetrick*
Elaine Hetrick
Chief Administrative Officer

# Annex 21

Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

# COMBINED FIFTH MONTHLY FEE STATEMENT OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| | |
|---|---|
| **Name of Applicant** | Latham & Watkins LLP |
| **Applicant's Role in Case** | Special Counsel to Celsius Network LLC, *et al.* |
| **Date Order of Employment Signed** | September 16, 2022 [Docket No. 838] |
| **Period for which compensation and reimbursement is sought** | January 1, 2023 to February 28, 2023 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Date of Hire; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sikora Jr., John | Partner; joined firm in 2014; member of Illinois bar since 1993 | $1,690.00 | 38.5 | $65,065.00 |
| McNeily, Jack | Partner; joined firm in 2018; member of Illinois bar since 2019, member of New York bar since 2014 | $1,390.00 | 367.8 | $511,242.00 |
| VanBrackle, Barrie | Partner; joined firm in 2022; member of District of Columbia bar since 1988 | $1,390.00 | 2.0 | $2,780.00 |
| Waller, Heather | Partner; joined firm in 2011; member of Illinois bar since 2010 | $1,390.00 | 139.0 | $193,210.00 |
| Naftalis, Benjamin | Partner; joined firm in 2015; member of New York bar since 2005 | $1,360.00 | 60.7 | $82,552.00 |
| Reilly, Annemarie | Counsel; joined firm in 2009; member of New York bar since 2010 | $1,460.00 | 21.6 | $31,536.00 |
| Walker, Angela | Associate; joined firm in 2014; member of District of Columbia bar since 2015, member of California bar since 2014 | $1,250.00 | 217.0 | $271,250.00 |
| Belmonte, Celia | Associate; joined firm in 2019; member of New York bar since 2017 | $1,250.00 | 315.5 | $394,375.00 |
| Valenti, Matthew | Associate; joined firm in 2016; member of New York bar since 2017 | $1,250.00 | 254.8 | $318,500.00 |
| Lee, Kirsten | Associate; joined firm in 2019; member of Illinois bar since 2018 | $1,140.00 | 434.7 | $495,558.00 |
| Hazen, Nicholas | Associate; joined firm in 2019; member of New York bar since 2020 | $1,065.00 | 417.4 | $444,531.00 |
| Zenzerovich, Laura | Associate; joined firm in 2019; member of Illinois bar since 2019 | $1,065.00 | 223.3 | $237,814.50 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; member of California bar since 2019, member of Illinois bar since 2009 | $980.00 | 28.1 | $27,538.00 |
| Malo, Ryan | Associate; joined firm in 2022; member of District of Columbia bar since 2021, member of Pennsylvania bar since 2021 | $960.00 | 261.2 | $250,752.00 |

| Name of Professional Individual | Position; Date of Hire; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ramakrishnan, Nayanthika | Associate; joined firm in 2021; member of New York bar since 2022 | $960.00 | 275.1 | $264,096.00 |
| Bushinski, Mikhail | Associate; joined firm in 2022; member of Illinois bar since 2022 | $830.00 | 4.9 | $4,067.00 |
| Reid, Lachanda | Associate; joined firm in 2021; member of Illinois bar since 2021 | $830.00 | 302.2 | $250,826.00 |
| Gissendanner, Gwendolyn | Associate; joined firm in 2022; member of Illinois bar since 2022 | $705.00 | 308.1 | $217,210.50 |
| Levy, Mariah | Associate; joined firm in 2022; member of Illinois bar since 2022 | $705.00 | 223.4 | $157,497.00 |
| Zhao, Zeyu (Richard) | Associate; joined firm in 2022; member of Illinois bar since 2021 | $705.00 | 256.7 | $180,973.50 |
| Barr, Kristina | Senior Paralegal; joined firm in 2002 | $570.00 | 137.8 | $78,546.00 |
| Ito, Todd | Research Librarian; joined firm in 2022 | $505.00 | 1.7 | $858.50 |
| Pinch, Melissa | Research & Library Manager; joined firm in 2021 | $505.00 | 1.8 | $909.00 |
| Sjoholm, Justine | Senior Research Librarian; joined firm in 2011 | $505.00 | 1.3 | $656.50 |
| Tarrant, Christopher | Senior Paralegal; joined firm in 2022 | $490.00 | 3.2 | $1,568.00 |
| Fane, Lauren | Senior Paralegal; joined firm in 2015 | $440.00 | 123.9 | $54,516.00 |
| O'Connor, Jonathan | Litigation Services Analyst; joined firm in 2018 | $440.00 | 1.8 | $792.00 |
| Chau, Kin Man | Practice Technology Project Manager;; joined firm in 2021 | $375.00 | 104.8 | $39,300.00 |
| Stansall, Christine | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 192.7 | $72,262.50 |
| Tildon, Brian | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 18.5 | $6,937.50 |
| **TOTAL** | | | **4,739.5** | **$4,657,719.50** |

# Annex 22

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**ATTORNEY MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD OF FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| | | |
|---|---|---|
| In re WeWork, Inc., *et al.* | Applicant: | Munger, Tolles & Olson LLP |
| Case No. 23-19865 (JKS)<br>Jointly Administered | Client: | WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors |
| Chapter 11 | Case Filed: | November 6, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

*/s/ Seth Goldman* March 28, 2024
Seth Goldman

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III
Email: asodono@msbnj.com
Michele M. Dudas
Email: mdudas@msbnj.com

*(Co-Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors)*

**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Thomas B. Walper (*pro hac vice*)
Email: Thomas.Walper@mto.com
Seth Goldman (*pro hac vice*)
Email: Seth.Goldman@mto.com
Bradley R. Schneider (*pro hac vice*)
Email: Bradley.Schneider@mto.com

-and-

560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Achyut J. Phadke (*pro hac vice* pending)
Email: Achyut.Phadke@mto.com

(*Co-Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors*)

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Case No. 23-19865 (JKS)<br><br>Jointly Administered<br><br>Chapter 11 |

**MONTHLY FEE STATEMENT OF MUNGER, TOLLES & OLSON LLP FOR THE ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS RETAINED BY ORDER OF THIS COURT INCURRED FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

1. Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork, Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 100017, and the Debtors' service address in these Chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

**EXHIBIT C**

**Professionals Rendering Services during the Fee Period**

The MTO attorneys who rendered professional services in these cases during the Fee Period:

| Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas B. Walper | Partner | 1980 | Bankruptcy | $2,270.00 | 40.40 | $91,708.00 |
| Seth Goldman | Partner | 2002 | Bankruptcy | $1,755.00 | 158.70 | $278,518.50 |
| David B. Goldman | Partner | 1992 | Tax | $1,925.00 | 14.10 | $27,142.50 |
| Judith T. Kitano | Partner | 1988 | Corporate | $1,925.00 | 1.0 | $1,925.00 |
| Matthew S. Schonholz | Partner | 2006 | Tax | $1,640.00 | 3.6 | $5,904.00 |
| Achyut J. Phadke | Partner | 2008 | Litigation | $1,580.00 | 63.70 | $100,646.00 |
| Tyler Hilton | Partner | 2012 | Corporate | $1,460.00 | 24.40 | $35,624.00 |
| Jeremy A. Lawrence | Partner | 2009 | Litigation | $1,505.00 | 2.8 | $4,214.00 |
| Kimberly A. Chi | Of Counsel | 2006 | Corporate | $1,460.00 | 0.30 | $438.00 |
| Bradley R. Schneider | Of Counsel | 2004 | Bankruptcy | $1,460.00 | 127.70 | $186,442.00 |
| Gregory Bischoping | Associate | 2019 | Litigation | $1,235.00 | 101.10 | $124,858.50 |
| Joseph D. Moses | Associate | 2020 | Corporate | $1,190.00 | 3.6 | $4,284.00 |
| Joseph N. Glynn | Associate | 2021 | Litigation | $1,120.00 | 71.60 | $80,192.00 |
| Andy T. Kim | eDiscovery Counsel | 2010 | Staff Counsel | $915.00 | 3.40 | $3,111.00 |
| Amanda Harris | Associate | 2023 | Litigation | $840.00 | 53.70 | $45,108.00 |
| | | | | **Totals** | **670.10** | **1,120,914.00** |

The MTO paraprofessionals who rendered professional services in these cases during the Fee Period:

| Paraprofessional | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Bowe Kurowski | Senior eDiscovery Project Manager | Automated Litigation Services | $730.00 | 68.70 | $50,151.00 |
| Derrick Granberry | Trial Technology Strategist | Automated Litigation Services | $675.00 | 58.80 | $39,690.00 |
| Alison M. Moses | Paralegal | Corporate | $605.00 | 9.9 | $5,989.50 |
| Peter Del Valle | Paralegal | Litigation | $545.00 | 48.80 | $26,596.00 |
| Ryan Hill | Graphic Lead | Legal Graphics | $460.00 | 18.20 | $8,372.00 |
| | | | **Totals** | **204.40** | **$130,798.50** |