Karma M. Giulianelli (SBN 184175)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com

Hae Sung Nam (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
hnam@kaplanfox.com

*Co-Lead Consumer Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*,<br>Case No. 3:20-cv-05761-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*,<br>Case No. 3:21-cv-05227-JD | No. 3:21-md-02981-JD<br><br>**DECLARATION OF NANCI E. NISHIMURA IN SUPPORT OF COTCHETT, PITRE & MCCARTHY, LLP'S STATEMENT OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: October 30, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

I, **NANCI E. NISHIMURA**, declare as follows:

1. I am a partner in the law firm of Cotchett, Pitre & McCarthy, LLP. I am a member of the California bar and am admitted to practice in this Court.

2. I submit this declaration in support of the Consumer Plaintiffs' Statement of Attorneys' Fees and Costs. The facts set forth in this declaration are based on my personal knowledge and on business records associated with this matter and/or my firm. If called as a witness, I could and would testify competently thereto.

**THE COTCHETT, PITRE & MCCARTHY, LLP TEAM**

3. Attached as **Annex 1** is Cotchett, Pitre & McCarthy, LLP's firm bio, which includes information about the credentials and experience of the attorneys and other personnel who staffed our team for this case. During the pendency of this action, and at the request of and in coordination with Co-Lead Counsel, my firm has worked on behalf of Consumer Class and Consumer Plaintiffs from case inception through settlement.[1] My firm has been involved in multiple activities that were assigned to us by Co-Lead Counsel on behalf of the Consumer Class.

**COTCHETT, PITRE & MCCARTHY, LLP'S LEGAL FEES AND COSTS**

4. In accordance with instructions from Co-Lead Counsel, all Cotchett, Pitre & McCarthy, LLP's attorneys, paralegals, and other billable personnel assigned to this matter made contemporaneous records of the time they devoted to this case, which were maintained in the ordinary course of business in an electronic database administered by our firm.

5. Consistent with our standard practice and following instructions from Co-Lead Counsel, I and other attorneys and staff working at my direction audited all of the billable time entries, and deleted any entries in which descriptions were insufficiently detailed, tasks or entries appeared duplicative, or if the specific task or amount of time billed was not reasonably necessary to advance the litigation in the interest of consumers. In my professional opinion and

[1] "Co-Lead Counsel" refers to Karma Giulianelli of Bartlit Beck LLP and Hae Sung Nam of Kaplan, Fox and Kilsheimer LLP. Mss. Giulianelli and Nam were appointed as lead counsel of a putative class on December 16, 2020. "Consumer Class" refers to the Class that was certified on November 28, 2022, and later decertified on September 13, 2023.

judgment, the entries appear to be reliable. In accordance with the Court's order, fee documentation was submitted to Co-Lead Counsel on a monthly basis for their review and the final compiled fee documentation has been provided to Co-Lead Counsel for their additional audit and review.

6. Attached as **Annex 2** is a summary of the hours contemporaneously recorded by the billable Cotchett, Pitre & McCarthy, LLP's personnel who performed significant work in the prosecution of this lawsuit. This summary identifies the total amount of time devoted to each category of tasks by each billable professional using codes that are consistent with those that have been used in recent class fee submissions in this Court and other federal courts within the Ninth Circuit. The summary also identifies each professional's name, title, hourly rate, and a calculation of the resulting fees. The hourly rates for each attorney and staff member listed are the usual and customary hourly rates charged by Cotchett, Pitre & McCarthy, LLP for similar work. Detailed time entries are also available for inspection by the Court upon request.

7. I am personally familiar with the character, quality, and extent of the work performed by each of the lawyers and other billable professionals who performed work in this case. In my judgment, the work reflected on the tables attached hereto was necessary to advancing the litigation in the interests of consumers, consistent with the instructions and tasks assigned by Co-Lead Counsel and performed competently and with efficiency.

8. Attached as **Annex 3** is a summary of the costs incurred in prosecuting this lawsuit on behalf of Consumer Plaintiffs. The expenses incurred are reflected on the books and records of Cotchett, Pitre & McCarthy, LLP. These books and records are prepared from checks and expense vouchers regularly kept and maintained by the firm and accurately reflect expenses incurred. Cost documentation has also been provided to Co-Lead Counsel for their additional audit and review.

9. The compensation to Cotchett, Pitre & McCarthy, LLP for the services rendered on behalf of Consumer Plaintiffs is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by the Court.

10. I hereby certify that the fees and costs sought were actually incurred and were reasonably necessary to the prosecution of this multiyear class action lawsuit.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2025.

*/s/ Nanci E. Nishimura*

NANCI E. NISHIMURA

# Annex
# 1

COTCHETT PITRE & McCARTHY LLP

SAN FRANCISCO BAY AREA | LOS ANGELES AREA | NEW YORK | SEATTLE

WWW.CPMLEGAL.COM

## OUR FIRM

Cotchett, Pitre & McCarthy, LLP ("CPM") based on the San Francisco Peninsula for over 50 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in the San Francisco Bay Area, Los Angeles, Seattle, and New York, the core of the firm is its people and their dedication to principles of law, their work ethic, and their commitment to justice. We are trial lawyers dedicated to achieving justice.





**Blowing the whistle on BP helps California recoup funds**

*State of California ex rel. et al. v BP America*

JUSTIN T. BERGER Cotchett, Pitre & McCarthy LLP PAULA L. BLIZZARD AND KENNETH J. SUGARMAN California Department of Justice NIALL P. MCCARTHY Cotchett, Pitre & McCarthy LLP

From 2003 to 2012, BP allegedly overcharged the California Department of General Services for natural gas — violating the terms of three successive contracts in the process. This cost was then passed on to universities, cities, agencies and others that

Government agencies often lack the manpower and expertise of the corporations they have to deal with, he said, leaving them vulnerable to manipulation.

Schroen was a BP trader in Texas whose job it was to put together under an overall contract

guy," said Justin T. Berger, also a principal with the firm.

In 2012, Schroen sued BP under the California False Claims Act. The act allows a private citizen, even one outside the state, to sue for fraud committed against the government. The California Department of Justice got involved in 2014, with Kenneth J. Sugarman and Paula L. Blizzard representing the state.

McCarthy and Berger compared the fraud to some of the manipulation that happened during the financial, in which unsuspecting investors were sold mortgage-backed securities too complex to understand. In this case, the industry jargon involved MMBtus, units of natural gas. While the profit on each unit seemed small, the actual profit on each deal often ended up being multiple times what BP was permitted to keep under the contract.

The company abruptly settled for $102 million right before a month-long trial was about to begin. Schroen was instrumental in undermining BP's case, the attorneys said.

"I think the turning point in the case came when we were able to show even using BP's own data, the state was massively overcharged," Berger said.

Schroen himself got a significant payout as part of the settlement, a provision that is written into the Act in order to encourage people to take the risk to come forward. But Berger noted he lost his chosen career and endured years of litigation.







**"The Cotchett firm has few peers that equal their ability in litigation. Their commitment to the cause of justice and their ethical standards stands apart. They are people who give back to the community and give lawyers a good name."**

***—Judge of the Superior Court (Retired)***

## OUR PRACTICE AREAS

CPM represents both plaintiffs and defendants in a wide range of practice areas, including:

- Antitrust & Global Competition
- Aviation / Helicopter Accidents
- Commercial Litigation
- Consumer Protection Class Actions
- Defective Products / Mass Torts
- Elder Abuse
- Employment Law
- Environmental Law
- False Claims / Whistleblower Law
- Municipal & Public Entity Litigation
- Privacy & Intellectual Property
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Securities / Financial Fraud
- Shareholder Rights / Corporate Governance

**"This court has had the distinct pleasure of having the parties in this case represented by some of the finest attorneys not only in this state but in the country." Cotchett, Pitre & McCarthy has "well reputed experience in [consumer fraud] litigation."**

***—Judge of the U.S. District Court***

## OUR OFFICES




**San Francisco Bay Area**
840 Malcolm Road
Suite 200
Burlingame, CA 94010
T: 650.697.6000
F: 650.697.0577



**Los Angeles Area**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405
T: 310.392.2008
F: 310.392.0111



**40 Worth Street**
Suite 602
New York, NY 10013
T: 212.201.6820
F: 917.398.7753



**Seattle**
1809 7th Avenue
Suite 1610
Seattle, WA 98101
T: 206.802.1272
F: 206.299.4184

## CPM'S EXPERIENCE IN ANTITRUST & BUSINESS CASES

### Noteworthy Results for Consumers and Businesses

CPM represents plaintiffs in the following class actions in which it serves or served as **Lead or Co-lead counsel** securing noteworthy results for American consumers and businesses:

***Google RTB Consumer Privacy Litigation***
**United States District Court, Northern District of California**
CPM and Nanci E. Nishimura serves on the Executive Committee representing consumers against Google for allegedly selling and sharing consumers' personal information through the Google Real-Time Bidding ("RTB") system. ***Plaintiffs negotiated a groundbreaking settlement with Google that provides sweeping, never-before-available relief for the hundreds of millions of active individual U.S. Google account holders who make up the settlement class.***

***In re Bank of America California Unemployment Benefits Litigation***
**United States District Court, Southern District of California**
CPM and Brian Danitz serves as Co-Lead Counsel in this multidistrict litigation asserting claims on behalf of over 100,000 California EDD debit cardholders deprived of access to their unemployment benefits by the bank's use of an automated "Claim Faud Filter." CPM successfully obtained a preliminary injunction with the court finding that "continued denial of these benefits will seriously hinder the ability of many class members to feed their families and keep a roof over their heads." ***The MDL court recently granted class certification.***

***In re Apple Inc. Device Performance Litigation***
**United States District Court, Northern District of California**
CPM and Brian Danitz served as Co-Lead Counsel representing a nationwide class of Apple customers who alleged that Apple issued software updates that slowed down the performance of certain phones. After years of litigation, ***CPM negotiated a settlement fund of $310 to $500 million to class members, the largest all-cash recovery in a computer intrusion case in history.***

***In re Automotive Parts Antitrust Litigation***
**United States District Court, Eastern District of Michigan**
CPM serves as co-lead counsel for end-payor plaintiffs against a number of automotive parts suppliers for allegedly engaging in massive conspiracies to fix the prices, rig the bids, and allocate the markets of various automotive parts sold to automobile manufacturers, next sold to automobile dealerships, and then sold to consumers and businesses. ***To date, CPM and its co-lead counsel have recovered over $1.2 billion for the end-payor plaintiff classes.***

***In re Broiler Chicken Antitrust Litigation***
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for commercial and institutional indirect purchasers against broiler chicken suppliers for allegedly engaging in a conspiracy to fix, raise, maintain, and stabilize the

prices of broiler chickens by coordinating output and limiting production with the intended and expected result of increasing the prices of broiler chickens. ***To date, CPM and its co-lead counsel have recovered over $104 million for commercial and institutional purchaser plaintiff classes.***

***In re Capacitors Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as lead counsel for indirect purchasers of electrolytic and film capacitors against capacitor suppliers for allegedly engaging in two massive and separate conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of electrolytic and film capacitors, respectively. ***CPM recovered $80.4 million for the indirect purchaser plaintiff classes.***

***In re Cattle and Beef Antitrust Litigation***
**United States District Court, District of Minnesota**
CPM serves as co-lead counsel for direct purchaser plaintiffs against beef processing and packing defendants for allegedly engaging in a conspiracy to constrain beef supplies in the United States, thereby artificially inflating domestic beef prices. ***To date, CPM and its co-lead counsel have recovered $52.5 million for the direct purchaser class.***

***In re Domestic Airline Travel Antitrust Litigation***
**United States District Court, District of Columbia**
CPM serve as co-lead counsel for purchasers of air transportation against American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc. for allegedly engaging in a conspiracy to restrict capacity and thereby raise prices for air passenger transportation services. ***To date, CPM and its co-lead counsel have recovered $60 million for the class.***

***In re Farm-Raised Salmon and Salmon Products Litigation***
**United States District Court, Southern District of Florida**
CPM serves as a member of an informal Executive Committee and represents a class of indirect salmon buyers against Norwegian salmon-farming companies for allegedly coordinating price hikes of salmon and salmon products. ***Counsel for indirect purchaser plaintiffs recovered $33 million for the classes***.

***In re Freight Forwarders Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as co-lead counsel for purchasers of freight forwarding services from freight forwarders who allegedly engaged in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of freight forwarding services. ***CPM and its co-lead counsel recovered approximately $450 million for the class.***

***In re Geisinger Health and Evangelical Comm. Hosp. Healthcare Workers Antitrust Litig.***
**United States District Court, Middle District of Pennsylvania**
CPM serves as co-lead counsel for a class of healthcare workers against their employers, two health systems, for allegedly entering a no-poach agreement to reduce competition for healthcare workers

and for suppressing job mobility and wages below levels that would have prevailed but for the agreement. Defendants' motion to dismiss was denied in November 2021. After extensive class certification briefing and expert work, in ***March 2025, both Geisinger and Evangelical settled.***

***In re Lithium Batteries Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for indirect purchasers of lithium-ion batteries against lithium-ion battery suppliers for allegedly engaging in a conspiracy to fix the prices of these products. ***CPM and its co-lead counsel recovered $113 million for the classes.***

***In re Resistors Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for indirect purchasers of linear resistors against resistor suppliers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of linear resistors. ***CPM recovered $33.4 million for the classes.***

***In re Telescopes Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as co-lead counsel for classes of consumers and businesses against telescope manufacturers for allegedly engaging in massive conspiracies to fix the prices and allocate the markets of telescopes and telescope products. ***CPM and co-lead recovered $32 million for the class.***

***In re Transpacific Passenger Air Transportation Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of air transportation against 13 Asian and Oceanic airlines for allegedly engaging in a conspiracy to fix the prices of discount fares and fuel surcharges on long-haul passenger flights for transpacific routes. ***CPM and its co-lead counsel recovered over $148 million for the classes***.

## Noteworthy Cases Not Yet Tried or Completely Settled

CPM also represents plaintiffs in the following class actions in which it serves as **Lead or Co-lead** counsel but where CPM has not yet tried or settled the actions:

***In re PayPal Honey Browser Extension Litigation***
**United States District Court, Northern District of California**
CPM and Nanci E. Nishimura serve as Co-Lead Counsel on behalf of a class of content creators against PayPal Holdings Inc. which owns a popular web browser extension called PayPal Honey, in a complaint alleging that defendants, through the Honey extension, unlawfully appropriates the commission that plaintiffs are supposed to generate when their audience members purchase specific products through a covert scheme of cookie-stuffing.

***In re Blue Shield of California Privacy Litigation***
**United States District Court, Northern District of California**
CPM recently filed a class action complaint on behalf of insureds against California Physicians' Service d/b/a Blue Shield of California one of the largest health care providers and insurance companies, alleging that Blue Shield unlawfully disclosed Personally Identifiable Information (PII) and Protected Health Information (PHI) to third parties, including Google Analytics, enabling the unauthorized third parties to monetize that private information by delivering targeted ads.

***In re Deere & Company Repair Services Antitrust Litigation***
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for a class of persons and entities who purchased repair services for Deere agricultural equipment with onboard computers known as electronic control units for monopolizing and restraining the market for repair and maintenance services of such equipment.

***Mach, et al. v. Yardi Systems, Inc., et al.***
**Superior Court of the State of California, County of Alameda**
CPM serves as co-lead counsel on behalf of a class of plaintiffs in California against multifamily residential property owners, operators and managers that allegedly colluded and conspired to artificially inflate the rental prices of their units above competitive levels, and to reduce the occupancy of such units below competitive levels through their usage of a centralized pricing software algorithm called "RENTmaximizer," created by Yardi Systems, Inc.

***In re Passenger Vehicle Replacement Tires Antitrust Litigation***
**United States District Court, Northern District of Ohio**
CPM was named co-lead counsel for a class of end-payor plaintiffs who purchased replacement tires in which defendants allegedly engaged in a conspiracy to unlawfully fix, artificially raise, maintain and/or stabilize prices, rig bids for, and allocate the market in the United States for replacement tires.

## Lead Counsel, Executive Committee or Steering Committee Experience

CPM represents plaintiffs in the following class actions in which it serves as Lead Counsel or as a member of the Executive Committee or Steering Committee:

***In re Google Play Consumer Antitrust Litigation***
**United States District Court, Northern District of California**
CPM and Nanci E. Nishimura serves on the Steering Committee and represents consumers of Android apps and in-app purchases against Google for allegedly and unlawfully maintaining a monopoly in the Android application distribution market and in-app aftermarket. In September 2023 Consumer Plaintiffs and Google reached an agreement in principle to settle the case, after many months of mediation. The agreement in principle specifies that ***Google will pay approximately $700 million to reimburse consumers for their allegedly inflated app purchases***.

***Google RTB Consumer Privacy Litigation***
**United States District Court, Northern District of California**
CPM and Nanci E. Nishimura served as an Executive Committee member and represented consumers against Google who allegedly sold and shared consumers' personal information through the Google Real-Time Bidding ("RTB") system. Plaintiffs reached a groundbreaking settlement with Google that provides sweeping, never-before-available relief for the hundreds of millions of active individual U.S. Google account holders who make up the settlement class.

***In re PayPal Honey Browser Extension Litigation***
**United States District Court, Northern District of California**
CPM and Nanci E. Nishimura serve as Co-Lead Counsel on behalf of a class of content creators against PayPal Holdings Inc. which owns a popular web browser extension called PayPal Honey, in a complaint alleging that defendants, through the Honey extension, unlawfully appropriates the commission that plaintiffs are supposed to generate when their audience members purchase specific products through a covert scheme of cookie-stuffing.

***In re Apple Inc. Device Performance Litigation***
**United States District Court, Northern District of California**
CPM and Brian Danitz serve as Co-Lead Counsel representing a nationwide class of Apple customers who alleged that Apple issued software updates that slowed down the performance of certain phones. After years of litigation, ***CPM negotiated a settlement that provided a settlement fund of $310 to $500 million to class members, the largest all-cash recovery in a computer intrusion case in history.***

***In re Cathode Ray Tube (CRT) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as a member of the Executive Committee and represents direct purchasers against CRT manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of CRTs. ***To date, counsel for direct purchaser plaintiffs has recovered over $212 million for the class.***

***In re Crop Inputs Antitrust Litigation***
**United States District Court, Eastern District of Missouri**
CPM serves as a member of the Executive Committee and represents a class of consumers and businesses that purchased crop inputs against crop input suppliers that allegedly established a secretive distribution process that keeps crop inputs prices inflated at supra-competitive levels and, in furtherance of their conspiracy, denies farmers access to relevant market information.

***In re Copaxone Antitrust Litigation***
**United States District Court, District of New Jersey**
CPM serves as a member of an informal Executive Committee and represents a class of third-party payors against Teva for willfully maintaining its monopoly power in the market for prescription drug Copaxone using restrictive or exclusionary conduct.

***In re Generic Pharmaceuticals Pricing Antitrust Litigation***
**United States District Court, Eastern District of Pennsylvania**
CPM and Adam J. Zapala serve as a member of the Steering Committee and represent end-payor plaintiffs of generic drugs against dozens of generic drug manufacturers for alleged engaging in conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of dozens of generic drugs.

***In re Granulated Sugar Antitrust Litigation***
**United States District Court, District of Minnesota**
CPM serves on the Plaintiffs' Steering Committee and represents direct purchaser plaintiffs against Defendants who allegedly conspired to artificially inflate the price of Refined Sugar in the United States and its territories.

***In re Oral Phenylephrine Marketing and Sales Practice Litigation***
**United States District Court, Eastern District of New York**
CPM serves on the Plaintiffs' Steering Committee and represents purchasers of over-the-counter, orally ingested phenylephrine-containing products to relieve nasal and sinus congestion sold by Defendants that allegedly do not relieve nasal and sinus congestion yet were continued to be marketed as effective decongestants.

***In re Parking Heaters Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as liaison counsel for indirect purchaser plaintiffs of air and coolant parking heaters in the aftermarket for commercial vehicles against parking heater manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of parking heaters. ***Counsel for IPPs recovered $7.7 million for the class.***

***In re Visa Debt Card Antitrust Litigation***
**United States District Court, Southern District of New York**
CPM serves on the Plaintiffs' Executive Committee for the fee payor class. Visa has allegedly entrenched its monopoly by using a multi-faceted exclusionary strategy to stifle competition and innovation in the United States debit market, resulting in enormous financial harms to merchants.

**<u>Representative Examples of Prior Leadership Experience</u>**

***In re Citric Acid Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel in an antitrust class action against the five largest sellers of citric acid in the United States, Archer Daniels Midland Co., Hoffmann-La Roche Inc., Jungbunzlauer, Inc., Haarmann & Reimer Corp., and Cerestar Bioproducts B.V., for alleged conspiring to fix the prices of citric acid at artificially high levels. The court certified the class in October 1996. ***CPM and its co-lead counsel recovered approximately $86.5 million for the class.***

***In re Dynamic Random Access Memory (DRAM) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as chair of the Discovery Committee and represented direct purchasers against DRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered over $325 million for the class.***

***In re International Air Transportation Surcharge Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of purchasers of air transportation against Virgin Atlantic Airways Ltd. and British Airways for allegedly engaging in a conspiracy to impose fuel surcharges on long-haul passenger flights for transatlantic routes. ***CPM and its co-lead counsel recovered over $204 million for the class.***

***In re Methionine Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel in this antitrust class action against several methionine manufacturers for allegedly engaging in a conspiracy to fix the prices and allocate the markets of methionine. ***CPM recovered $107 million for the class***.

***In re Optical Disk Drive (ODD) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as a member of the Executive Committee and represented direct purchasers against ODD manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered $74.75 million for the class.***

***In re Static Random Access Memory (SRAM) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for direct purchasers of SRAM against SRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of SRAM chips. ***CPM recovered $77 million for the class.***

***In re Sodium Gluconate Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel in an antitrust class action against manufacturers of sodium gluconate, an industrial cleaning agent, for allegedly fixing the prices thereof. The court certified the class. ***CPM recovered $4,801,600 for the class***

***In re Webkinz Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for small business retailers who purchased Webkinz plush line toy

from Ganz Inc. ("Ganz") on the condition that they also order a minimum $1,000 of products from Ganz's "core line" of products. ***CPM recovered $2.5 million for the class.***

***Kopies, Inc., et al. v. Eastman Kodak Co.***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for copier service firms against manufacturers of parts for alleged illegal tying of products and services. ***CPM and its co-lead counsel recovered $45 million for the plaintiffs.***

***Natural Gas Antitrust Cases I, II, III, & IV***
**Superior Court of California, San Diego Superior Court**
CPM represented 11 public entities and others for the alleged reporting of false information by non-core natural gas retailers to publish price indices to manipulate the natural gas market during the California energy crisis. ***CPM successfully prosecuted and recovered $124 million in settlements***.

**CPM ATTORNEYS IN LEADERSHIP**

## NANCI E. NISHIMURA



**Education**

- Columbus School of Law at The Catholic University in Washington, D.C.
- University of Southern California, B.A., School of International Relations, M.A.
- Waseda University, Tokyo, Japan

**Admissions**

- California

**Nanci E. Nishimura** is a partner at CPM and leads the firm's complex individual actions focusing on antitrust and business litigation. Nishimura attended the University of Southern California, where she earned both undergraduate and graduate degrees, Waseda University in Japan, and the Columbus School of Law at The Catholic University in Washington, D.C. Nishimura worked at the U.S. Overseas Private Investment Corporation and clerked at the U.S. International Trade Commission in D.C. She joined CPM from Los Angeles, after working as co-counsel in antitrust and securities class actions. Nishimura has represented plaintiffs in some of the largest and most complex individual actions coordinated in State and Federal Courts across the country.

Ms. Nishimura has served a co-lead counsel, or other court-appointed leadership positions, including as Co-Lead Counsel in *In Re PayPal Honey Browser Extension Litigation*, on the Plaintiffs' Executive Committee in *In Re Google RTB Consumer Privacy Litigation*, and the Plaintiffs' Executive Committee in *In re Google Play Antitrust Litigation*. Nishimura has led complex cases alleging antitrust and other claims on behalf of dozens of cities, counties, and other public entities and non-profit organizations in California, New York and Texas, including the City of Los Angeles, Los Angeles World Airports, The Regents of the University of California, California State University Board of Trustees, East Bay Municipal Utilities District, Sacramento Suburban Water District, City and County of San Francisco, County of San Diego, County of San Mateo, and Houston, Texas. As detailed on CPM's website at www.cpmlegal.com, and as summarized below, Nishimura and CPM have demonstrated a knowledge of the law, the skill and ability to work with others, and the resources and commitment to pursue justice for her clients. Below are representative cases:

***In re PayPal Honey Browser Extension Litigation,*** Case No. 5:24-cv-9470-BLF (N.D. Cal). Ms. Nishimura served as Co-Lead Counsel on behalf of a class of content creators against PayPal Holdings Inc. which owns a popular web browser extension called PayPal Honey, in a complaint alleging that defendants, through the Honey extension, unlawfully appropriates the commission that plaintiffs are supposed to generate when their audience members purchase specific products through a covert scheme of cookie-stuffing.

***Google RTB Consumer Privacy Litigation,*** Case No. 4:21-cv-02155-YGR (N.D. Cal). Ms. Nishimura serves as an Executive Committee member and represents consumers against Google who allegedly sold and shared consumers' personal information through the Google Real-Time Bidding ("RTB") system. Plaintiffs reached a groundbreaking settlement with Google that provides sweeping, never-before-available relief for the hundreds of millions of active individual U.S. Google account holders who make up the settlement class

***In re Google Play Consumer Antitrust Litigation,*** Case No. 3:20-cv-05761-JD (N.D. Cal). Ms. Nishimura served on the Steering Committee and represented consumers of Android apps and in-app purchases against Google for allegedly and unlawfully maintaining a monopoly in the Android application distribution market and in-app aftermarket. In September 2023 Consumer Plaintiffs and Google reached an agreement in principle to settle the case, after many months of mediation. The agreement in principle specifies that Google will pay approximately $700 million to reimburse consumers for their allegedly inflated app purchases.

***In re: LIBOR-based Financial Instruments Antitrust Litigation***, Case No. 11-md-2262-NRB (MDL 2262) (S.D.N.Y.). Ms. Nishimura was the lead attorney in actions filed on behalf of 15 public entities and consolidated for pretrial purposes in multidistrict litigation. Plaintiffs include The Regents of the University of California, East Bay Municipal Utility District, County of Sacramento, County of San Mateo, and Houston, Texas. The complaints alleged that more than a dozen of the world's major financial institutions reported manipulated daily interbank borrowing rates to the British Bankers Association (BBA) known as the London Interbank Offered Rate (LIBOR), to benefit their profits and credit ratings to the detriment of transactions worldwide with interest rates set to LIBOR from consumer loans to complex municipal investment instruments.

***Ambac Bond Insurance Litigation***, San Francisco County Superior Court Case No. CJC-08-004555 (JCCP 4555) (CEK). Ms. Nishimura was the lead attorney in individual actions filed on behalf of 26 California public entities. Plaintiffs include The Regents of the University of California, City of Los Angeles, Los Angeles World Airports, City and County of San Francisco, East Bay Municipal Utility District, and non-profits, including the Jewish Community Center of San Francisco. The complaints alleged antitrust violations by seven defendant bond insurance companies for maintaining an unfair dual credit rating system with three defendant credit rating agencies requiring municipalities to pay exorbitant premiums to insure bonds issued to raise money for public projects. The case settled for more than $18 million.

***In re: Municipal Derivatives Antitrust Litigation***, Case No. 1:08-cv-02516-VM-GWG (MDL 1950) (S.D.N.Y). Ms. Nishimura was the lead attorney in individual actions filed on behalf of 20 California public entities and consolidated for pretrial purposes in multidistrict litigation. Plaintiffs include City of Los Angeles, East Bay Municipal Utility District, Sacramento Municipal Utility District, County of San Diego, County of San Mateo, and Contra Costa County. The complaints allege antitrust violations by more than three dozen financial institutions, insurance companies, and brokers to rig the bidding process for municipal derivative transactions used by public entities to invest unused bond proceeds. Plaintiffs recovered more than $10 million.

***People of the State of California v. Atlantic Richfield, et al.***, No. 1-00-CV-788657 (Santa Clara Superior Court), CPM represented the state of California along with 10 California cities and counties in a public nuisance action. After over a decade of litigation, the case went to trial and resulted in a judgment of $1.15 billion in 2013.

**JOSEPH W. COTCHETT**



**Education**

- UC Law San Francisco (Formerly UC Hastings), J.D.
- California State Polytechnic University, B.S. in Engineering
- Named an Outstanding Graduate

**Admissions**

- California
- District of Columbia
- New York

As stated by the National Law Journal, **Joseph W. Cotchett** is considered by plaintiffs and defense attorneys alike to be one of the foremost trial lawyers in the country. He has been named one of the 100 most influential lawyers in the nation for the past 20 years. In recent years, he has been in the Top 3 for best attorneys in Northern California. Since 2017, he has been named by Super Lawyers to be the #1 lawyer in Northern California, as ranked by his peers. The *Daily Journal* has named him to be one of the Top 100 in California since its inception. In 2019 he was named Consumer Attorney of the Year for his 20-year fight against lead paint manufacturers for poisoning California's most vulnerable children and communities. The California Labor Federation honored Cotchett with its "Top Slugger for Workers" award in 2019, recognizing his decades of fighting for the underdog. In 2020, Cotchett was named one of the Top 100 in California and Top 25 Plaintiff Lawyers.

As reported in the San Francisco / Los Angeles Daily Journal, he is "considered one of the best trial strategists in the state" who built a career out of representing the underdog against powerful interests. The San Francisco Chronicle rated him as one of the best in California, saying, **"**The Burlingame attorney has had a star career that is not only talked about in legal circles but has made headlines around the country. Known mostly as a plaintiffs' lawyer, many of his cases are filed on behalf of fraud victims, and have a widows-and-orphan flavor to them.**"**

During his 50-plus year legal career, he has tried more than 100 cases to verdict, and settled hundreds more, winning numerous jury verdicts, ranging from multi-million dollar fraud, antitrust and securities jury verdicts to several defense verdicts in complex civil cases. He successfully negotiated multi-million-dollar settlements in qui tam lawsuits and in antitrust, securities, major fraud cases, and mass torts.

In the 1980s, Cotchett won mammoth judgments and settlements for investors in white-collar fraud cases, with jury verdicts of more than $200 million arising out of the collapse of the Technical Equities Corp. in San Jose. He is known nationally as the lead trial lawyer for 23,000 plaintiffs in the Lincoln Savings & Loan Association/American Continental Corp. case in 1990 involving Charles Keating, his lawyers, accountants and bankers in Tucson, Arizona. He won one of the then largest jury verdicts in US history, $3.3 billion. He obtained nearly $400 million in settlements from lawyers, accountants and other professionals caught up in the scandal.

He has represented both the National Football League and its teams since the early 1980s in various legal actions. As counsel for E. & J. Gallo Winery, he won a celebrated defense jury verdict in a trade dress infringement case involving wine labels and bottles produced by Gallo.

In recent years, Cotchett has taken on major corporate entities and Wall Street for financial fraud. He and the firm are involved in litigation resulting from nearly every major corporate scandal including Enron, WorldCom, Global Crossing, Homestore.com, Qwest, Montana Power Company, Lehman, Bank of America, Goldman Sachs and numerous others on behalf of private investors and public pensions. The firm has represented the California Public Employees' Retirement System, California State Teachers' Retirement System, and the University of California Board of Regents, along with numerous political subdivisions of the state, such as counties, cities and districts.

In 2000, he served as trial counsel for Consumers Union, successfully defending the watchdog consumer group in a product disparagement and defamation suit in Federal Court in Los Angeles. Isuzu Motors of Japan had sued Consumers Union for disparagement to the 1995-96 Trooper, claiming millions in damages. Following an eight-week trial, a jury ruled in favor of Consumers Union. Trial Lawyers for Public Justice honored Cotchett as "Trial Lawyer of the Year" in 2000 in honor of his "outstanding contribution to the public interest" through his work for Consumers Union. Also, in 2000, Consumer Attorneys of California gave Cotchett its "Presidential Award of Merit." In 2004, he was the lead trial counsel in a product defamation case against Consumers Union. The jury ruled for Consumer Union in what was considered a major victory for a free press and the First Amendment.

Cotchett is involved in extensive pro bono work. In one such case, he brought a lawsuit against the United States Navy on behalf of 8,600 Amerasian children in the Philippines who were left in villages after the closing of the Subic Bay Naval Base. The case ended in a settlement giving direct U.S. aid to the children fathered by U.S. servicemen and a television documentary on the subject. He regularly takes on pro bono causes including environmental and public policy matters and the firm represents and advises several Native American groups.

Cotchett received his B.S. in Engineering from California State Polytechnic University, San Luis Obispo in June 1960, being named an Outstanding Graduate, and his J.D. from Hastings College of Law at the University of California in June 1964. In June 2002, Cotchett received an **Honorary Doctor of Laws** from Cal Poly and The California State University Board of Trustees. In May 2006, Cotchett received an **Honorary Doctor of Letters** from Notre Dame de Namur University. In May 2011, Cotchett received an **Honorary Doctor of Letters** from the University of San Francisco. In each case, he was the graduation speaker honored by the Universities.

Following college, he served as an officer in the U.S. Army Intelligence Corps, followed by years as a Special Forces paratrooper and JAG Corps officer, in the active reserves. Before transferring to the JAG, he made 12 airborne operations. He retired in 1991 with the rank of Colonel with various citations including the distinguished **Legion of Merit**. He is a member of many veteran and airborne associations having served on active duty 1960-1961. From 2001 to 2005, he served on the board of the Army War College Foundation in Carlisle, Pennsylvania which supports the prestigious Army War College at Carlisle Barracks, the graduate school for the senior commanders of all branches of the service, including officers from foreign allies.

In 2003, Cotchett was honored by **Disability Rights Advocates** for his nearly 40 years of civil rights work. At a San Francisco dinner attended by lawyers, judges and community leaders, Cotchett was described as follows:

***Joe Cotchett has been a champion for justice since his college days. As an engineering student in North Carolina, Joe challenged segregation by drinking from segregated water fountains and riding in the back of buses. Later, as a student at Cal Poly, in 1958 Joe successfully established the first integrated fraternity, which prompted the other fraternities on campus to follow suit.***

***Joe's legal career has involved representing the underdog and doing extensive pro bono work. His civil rights commitment has been leveraged over and over by his financial support of legal fellowships. He has given a 'kick-start' to the public interest careers of the new law graduates at Trial Lawyers for Public Justice, Public Citizen, Southern Poverty Law Center and Disability Rights Advocates. Through these fellowships, Joe has helped to ensure social change through law. Joe guided DRA as a board and litigation committee member from its infancy years into the defender of disability rights it has become today.***

# ADAM J. ZAPALA



**Education**

- UC Law San Francisco (Formerly UC Hastings), J.D.
- Stanford University, B.A.

**Admissions**

- California

**Adam Zapala** is a Partner at Cotchett, Pitre & McCarthy, LLP, where he focuses on complex litigation, including antitrust, employment & civil rights, privacy & cybersecurity, *qui tam*/false claims, consumer protection and class actions generally.

Mr. Zapala has served as lead counsel, or in other court-appointed leadership positions, in some of the largest and most complex litigation matters in the United States, and has obtained outstanding results. Mr. Zapala is known for his deep understanding of antitrust law and class action practice and procedure.

Mr. Zapala has been recognized by courts, his peers, and by various publications for his outstanding work. Since 2014, Mr. Zapala has been recognized as a *Super Lawyer Rising Star*, or *Super Lawyer*. In 2019, the American Antitrust Institute ("AAI") recognized the work of Mr. Zapala and his colleagues in the groundbreaking *Auto Parts* antitrust litigation, where CPM represents the end-payor plaintiffs and have recovered over $1 billion in settlements on their behalf. The *Daily Journal* has repeatedly recognized Mr. Zapala as one of the top antitrust lawyers in California. His work on cases has regularly appeared in Top Settlements & Verdicts.

Mr. Zapala received a B.A. from Stanford University and his J.D. from UC Law San Francisco (Formerly UC Hastings). Prior to CPM, Mr. Zapala worked at Davis, Cowell & Bowe, LLP. (now known as McCracken, Stemerman & Holsberry, LLP.) in San Francisco, where he represented labor unions, Taft-Hartley Pension and Health & Welfare funds, employees and consumers in complex litigation, arbitration and NLRB proceedings. While at DCB, Mr. Zapala served as trial counsel in countless arbitrations on behalf of labor unions and employee benefit funds. He has argued cases before the California First, Third, and Sixth District Court of Appeal.

Mr. Zapala currently serves as the President of the Legal Aid Society of San Mateo County. He also previously served as a staff attorney with Bay Area Legal Aid, where he focused on representing indigent clients in a wide variety of civil litigation matters. While there, Mr. Zapala developed expertise in Medi-Cal, Medicare and other publicly-financed healthcare systems. Mr. Zapala also has legislative and policy experience, working on Capitol Hill as a policy aide for Senator Ron Wyden (D- Oregon) in Washington D.C.

While at Stanford University, Mr. Zapala became a four-time Academic All-American, a four-time All-American, and Captain of the Stanford Men's Soccer Team. In 2001, he was drafted in the Major League Soccer ("MLS") Super Draft by the Dallas Burn (now FC Dallas).

## ELIZABETH T. CASTILLO



**Education**
- UC Law San Francisco (Formerly UC Hastings), J.D.
- Boston University, B.A., Economics and Political Science
- Università Commerciale Luigi Bocconi, Milan, Italy

**Admissions**
- California

**Languages**
- Vietnamese (conversational)

**Elizabeth Castillo** is a partner in the San Francisco Bay Area office of Cotchett, Pitre & McCarthy, LLP and a member of the Antitrust & Global Competition practice group. Her work focuses on class actions and other complex litigation. Her experience includes litigating direct and indirect purchaser class actions as well as international and domestic cartel matters. In 2023, she was personally appointed to the leadership team in *In re ARC Airbag Inflators Products Liability Litigation*, MDL No. 3051, No. 1:22-md-03051-ELR (N.D. Ga.) and, in 2022, she was personally appointed interim co-lead counsel in *In re Deere & Company Repair Services Antitrust Litigation,* MDL No. 3030, No. 3:22-cv-50188-IDJ (N.D. Ill.).

Liz has received various honors for her antitrust work, including:

- Lawdragon 500 Leading Global Antitrust & Competition Lawyers (2025) and 500 Leading Plaintiff Financial Lawyers (2024)
- Best Lawyers: Ones to Watch® in America (2024-2025)
- Los Angeles and San Francisco Daily Journal Top Antitrust Lawyers (2022)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement in Private Law Award (2019)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement by a Young Lawyer Award (2016)
- Northern California Super Lawyers (2022-2024) and Rising Star (2015-2021)

Liz has represented consumers and businesses in both federal and state courts and at all stages of litigation, including discovery, trial, and appeals. While she is involved in all aspects of the cases she litigates, she places emphasis on her case development, e-discovery, and settlement strategy work. She still enjoys researching and drafting beautifully organized and thoughtfully drafted briefs. Liz earned her J.D. from UC Law San Francisco (Formerly UC Hastings) in 2011.

# KARIN B. SWOPE



**Education**

- Columbia Law School, J.D., Harlan Fiske Stone Scholar
- Amherst College, B.A., *magna cum laude*, Phi Beta Kappa

**Admissions**

- Washington

**Karin Swope** is a Partner with Cotchett, Pitre & McCarthy, LLP's where she represents clients in antitrust and consumer protection litigation, securities litigation, privacy litigation and intellectual property counseling. Karin has represented clients for over 30 years in proceedings in state and federal courts across the country, as well as before the USPTO. She helped consumers fight against unfair and deceptive practices, and has helped to change consumer protection law in the process. She has been appointed as co-lead counsel and to steering committees in antitrust and consumer cases.

Ms. Swope has extensive experience litigating highly complex antitrust, consumer fraud and other class actions before federal district courts across the country. She has litigated against big tech companies, including serving as lead counsel or on the executive committees in the *Apple Device Performance Litigation* No. 18-MD-2827 (N.D. Cal.), *Google RTB Consumer Privacy Litigation* No. 21-CV-02155 (N.D. Cal.) and *In re Zoom Video Communications, Inc. Privacy Litigation* No. 20-cv-02155 (N.D. Cal). She has prosecuted highly complex actions in *Google Play Consumer Antitrust Litigation*, No. 20-cv-05761, (N.D. Cal.); *In re Bank of America Unemployment Benefits Litigation* No. 21-md-2992 (S.D. Cal.), and *Yardi Rental Antitrust Litigation,* No. 24-CV-063117 (CA Sup. Ct. Alameda Cnty).

She has represented companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA, in cases against Washington Mutual, State Street Bank and Regions Financial Corporation, among others. She has also represented unemployment insurance benefit recipients in the MDL Bank of America Unemployment Benefits Litigation. She has represented shareholders in complex securities litigation, including disputes involving breach of fiduciary duty. Representative cases include *In re Slack Securities Litigation* and *John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust v. Williams et al.*

Since 2008, Karin has served as an Adjunct Professor at Seattle University School of law, where she taught the Intellectual Property Art Law Clinic. She has previously served as President of Executive Committee of the Intellectual Property Section of the Washington State Bar Association and is a member of the Western Washington Federal Bar Association Local Rules Committee. She has presented and/or co-chaired numerous CLE's on topics ranging from E-Discovery practices to Intellectual Property. Following her graduation from Columbia Law School, Karin served as a law clerk to the Honorable John C. Coughenour in the U.S. District Court for the Western District of Washington, and as a law clerk to the Honorable Robert E. Cowen of the U.S. Court of Appeals, Third Circuit.

**JAMES G.B. DALLAL**
***(IN MEMORIAM)***



**Education**

- UC Law San Francisco (Formerly UC Hastings), J.D., cum laude
- Rice University, B.A.
- Université Panthéon-Assas (Paris 2). LL.M. in European Law avec mention bien

**Admissions**

- California

**James Dallal** joined Cotchett, Pitre & McCarthy, LLP in 2020 as a Senior Associate on the Antitrust & Global Competition Team and handled a broad range of antitrust and other complex matters. His primary focus has been to serve lead class counsel on behalf of plaintiffs challenging nationwide and international cartels in major antitrust class action lawsuits.

Prior to joining the firm Mr. Dallal was an associate attorney at a boutique antitrust litigation firm in San Francisco and before that worked for a boutique plaintiffs' firm in Los Angeles that assisted borrowers in their suits against the financial industry. Before law school he served as an IP Litigation paralegal at the Houston office of a major international firm.

Mr. Dallal earned a B.A. in History from Rice University, a J.D. cum laude from the UC Law San Francisco (UC Hastings), and an LL.M. in European Law avec mention bien from Université Panthéon-Assas (Paris 2). He enjoys international travel and languages and obtained a certified proficiency in French and Brazilian Portuguese.

# Annex
# 2

# COTCHETT, PITRE & McCARTHY, LLP - FEES

**IN RE: GOOGLE PLAY ANTITRUST LITIGATION (CONSUMERS)**

**From Inception through October 12, 2023**

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| ADAM ZAPALA | Partner | 1 | | | | | 2.8 | $ 750.00 | | | $ 2,100.00 |
| ADAM ZAPALA | Partner | 2 | | | | | 0.5 | $ 750.00 | | | $ 375.00 |
| ADAM ZAPALA | Partner | 5 | | | 1.1 | $ 750.00 | 15.6 | $ 750.00 | | | $ 12,525.00 |
| ADAM ZAPALA | Partner | 6 | 1.3 | $ 750.00 | 12.3 | $ 750.00 | 6.6 | $ 750.00 | 5.2 | $ 750.00 | $ 19,050.00 |
| ADAM ZAPALA | Partner | 7 | | | | | 11.2 | $ 750.00 | | | $ 8,400.00 |
| ADAM ZAPALA | Partner | 9 | | | 0.8 | $ 750.00 | | | | | $ 600.00 |
| ADAM ZAPALA | Partner | 10 | 5.2 | $ 750.00 | 1.2 | $ 750.00 | | | | | $ 4,800.00 |
| ADAM ZAPALA | Partner | 11 | | | 11.9 | $ 750.00 | 12.2 | $ 750.00 | 12.1 | $ 750.00 | $ 27,150.00 |
| ADAM ZAPALA | Partner | 12 | 5.1 | $ 750.00 | | | 44.9 | $ 750.00 | | | $ 37,500.00 |
| ALEXANDER BARNETT | Partner | 5 | | | | | 0.5 | $ 725.00 | | | $ 362.50 |
| ALEXANDER BARNETT | Partner | 8 | | | 8.1 | $ 350.00 | 248.8 | $ 350.00 | | | $ 89,915.00 |
| ALEXANDER BARNETT | Partner | 9 | | | 0.6 | $ 725.00 | | | | | $ 435.00 |
| ALEXANDER BARNETT | Partner | 7 | | | | | 6 | $ 725.00 | | | $ 4,350.00 |
| AMY HOROWITZ | Contract Attorney | 2 | | | 3 | $ 350.00 | | | | | $ 1,050.00 |
| AMY HOROWITZ | Contract Attorney | 8 | | | 1409.5 | $ 350.00 | | | | | $ 493,325.00 |
| BRIAN DANITZ | Partner | 1 | | | 5.2 | $ 750.00 | | | | | $ 3,900.00 |
| DANIEL BARNES | Contract Attorney | 8 | 387 | $ 350.00 | 1777 | $ 350.00 | 1055.3 | $ 350.00 | | | $ 1,126,755.00 |
| ELIZABETH CASTILLO | Partner | 1 | | | | | 36.4 | $ 725.00 | | | $ 26,390.00 |
| ELIZABETH CASTILLO | Partner | 2 | | | | | 0.7 | $ 725.00 | 1.8 | $ 725.00 | $ 1,812.50 |
| ELIZABETH CASTILLO | Partner | 3 | | | | | | | 1.6 | $ 725.00 | $ 1,160.00 |
| ELIZABETH CASTILLO | Partner | 5 | | | | | 3.5 | $ 725.00 | | | $ 2,537.50 |
| ELIZABETH CASTILLO | Partner | 6 | | | | | | | 0.5 | $ 725.00 | $ 362.50 |
| ELIZABETH CASTILLO | Partner | 8 | | | | | 2.5 | $ 725.00 | | | $ 1,812.50 |
| ELIZABETH CASTILLO | Partner | 9 | | | | | 0.4 | $ 725.00 | | | $ 290.00 |
| ELLE LEWIS | Senior Associate | 8 | 377.3 | $ 350.00 | 485.7 | $ 350.00 | 1316.1 | $ 350.00 | | | $ 762,685.00 |
| ELLE LEWIS | Senior Associate | 7 | | | | | 0.4 | $ 425.00 | | | $ 170.00 |
| ELLE LEWIS | Senior Associate | 2 | | | | | 20 | $ 425.00 | | | $ 8,500.00 |
| GALEN CHENEY | Associate | 8 | 142 | $ 350.00 | | | | | | | $ 49,700.00 |
| GALEN CHENEY | Associate | 11 | 21 | $ 425.00 | | | | | | | $ 8,925.00 |
| JAMES DALLAL | Senior Associate | 1 | 0.8 | $ 600.00 | | | 88.2 | $ 600.00 | 0.8 | $ 600.00 | $ 53,880.00 |
| JAMES DALLAL | Senior Associate | 2 | | | | | 1.5 | $ 600.00 | | | $ 900.00 |

# COTCHETT, PITRE & McCARTHY, LLP - FEES

**IN RE: GOOGLE PLAY ANTITRUST LITIGATION (CONSUMERS)**

**From Inception through October 12, 2023**

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES DALLAL | Senior Associate | 3 | 6.2 | $ 600.00 | 13.8 | $ 600.00 | 37.4 | $ 600.00 | | | $ 34,440.00 |
| JAMES DALLAL | Senior Associate | 4 | | | | | 5.1 | $ 600.00 | | | $ 3,060.00 |
| JAMES DALLAL | Senior Associate | 5 | 4.4 | $ 600.00 | 6 | $ 600.00 | 15.8 | $ 600.00 | | | $ 15,720.00 |
| JAMES DALLAL | Senior Associate | 6 | 70.6 | $ 600.00 | 76.2 | $ 600.00 | 51.6 | $ 600.00 | | | $ 119,040.00 |
| JAMES DALLAL | Senior Associate | 7 | 3.1 | $ 600.00 | 232.2 | $ 600.00 | 176.7 | $ 600.00 | | | $ 247,200.00 |
| JAMES DALLAL | Senior Associate | 8 | | | 3.6 | $ 350.00 | 87.5 | $ 350.00 | | | $ 31,885.00 |
| JAMES DALLAL | Senior Associate | 9 | 1.1 | $ 600.00 | 255.8 | $ 600.00 | 52.7 | $ 600.00 | | | $ 185,760.00 |
| JAMES DALLAL | Senior Associate | 10 | 6.2 | $ 600.00 | 32.6 | $ 600.00 | 1.2 | $ 600.00 | | | $ 24,000.00 |
| JAMES DALLAL | Senior Associate | 11 | | | 2.2 | $ 600.00 | 8.3 | $ 600.00 | | | $ 6,300.00 |
| JAMES DALLAL | Senior Associate | 12 | 2.8 | $ 600.00 | 1.6 | $ 600.00 | | | | | $ 2,640.00 |
| JAMES DALLAL | Senior Associate | 13 | 2.6 | $ 600.00 | | | | | | | $ 1,560.00 |
| JAMES DALLAL | Senior Associate | 15 | 0.9 | $ 600.00 | 84.1 | $ 600.00 | | | | | $ 51,000.00 |
| JOSEPH COTCHETT | Senior Partner | 3 | | | | | 6.2 | $ 950.00 | 2.6 | $ 950.00 | $ 8,360.00 |
| JOSEPH COTCHETT | Senior Partner | 5 | 16 | $ 950.00 | 77.8 | $ 950.00 | 72.3 | $ 950.00 | | | $ 157,795.00 |
| JOSEPH COTCHETT | Senior Partner | 7 | | | | | 3.6 | $ 950.00 | | | $ 3,420.00 |
| JOSEPH COTCHETT | Senior Partner | 11 | | | 1.6 | $ 950.00 | | | 2.3 | $ 950.00 | $ 3,705.00 |
| JOSEPH COTCHETT | Senior Partner | 1 | 5.8 | $ 950.00 | 23.7 | $ 950.00 | 11.6 | $ 950.00 | | | $ 39,045.00 |
| JOSEPH COTCHETT | Senior Partner | 2 | | | 5.8 | $ 950.00 | 0.7 | $ 950.00 | | | $ 6,175.00 |
| JOSEPH COTCHETT | Senior Partner | 6 | | | 18.2 | $ 950.00 | | | 2.6 | $ 950.00 | $ 19,760.00 |
| JOSEPH COTCHETT | Senior Partner | 12 | 57.4 | $ 950.00 | 24.2 | $ 950.00 | | | | | $ 77,520.00 |
| KARIN SWOPE | Partner | 5 | 6 | $ 750.00 | | | 9.7 | $ 750.00 | | | $ 11,775.00 |
| KARIN SWOPE | Partner | 9 | 3 | $ 750.00 | 36.5 | $ 750.00 | 13.8 | $ 750.00 | | | $ 39,975.00 |
| KARIN SWOPE | Partner | 8 | 51.9 | $ 350.00 | 106.2 | $ 350.00 | 197.9 | $ 350.00 | | | $ 124,600.00 |
| KARIN SWOPE | Partner | 11 | 15.4 | $ 750.00 | 14.3 | $ 750.00 | 1.2 | $ 750.00 | | | $ 23,175.00 |
| KARIN SWOPE | Partner | 1 | | | | | 4.7 | $ 750.00 | | | $ 3,525.00 |
| KARIN SWOPE | Partner | 6 | | | 1.2 | $ 750.00 | | | | | $ 900.00 |
| MAI NGUYEN | Contract Attorney | 8 | 843.4 | $ 350.00 | 1778.4 | $ 350.00 | 719.3 | $ 350.00 | | | $ 1,169,385.00 |
| MARK MOLUMPHY | Partner | 12 | 7.3 | $ 925.00 | | | | | | | $ 6,752.50 |
| NANCI NISHIMURA | Partner | 15 | 5 | $ 850.00 | | | | | | | $ 4,250.00 |
| NANCI NISHIMURA | Partner | 3 | 1.5 | $ 850.00 | 9.8 | $ 850.00 | 152.9 | $ 850.00 | | | $ 139,570.00 |
| NANCI NISHIMURA | Partner | 5 | 16.7 | $ 850.00 | 3.5 | $ 850.00 | 27.3 | $ 850.00 | | | $ 40,375.00 |

# COTCHETT, PITRE & McCARTHY, LLP - FEES

**IN RE: GOOGLE PLAY ANTITRUST LITIGATION (CONSUMERS)**

**From Inception through October 12, 2023**

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NANCI NISHIMURA | Partner | 7 | | | | | 6.3 | $ 850.00 | 14.9 | $ 850.00 | $ 18,020.00 |
| NANCI NISHIMURA | Partner | 8 | | | 3.7 | $ 850.00 | 7.3 | $ 850.00 | | | $ 9,350.00 |
| NANCI NISHIMURA | Partner | 11 | | | 10.7 | $ 850.00 | 8.9 | $ 850.00 | | | $ 16,660.00 |
| NANCI NISHIMURA | Partner | 2 | 17.2 | $ 850.00 | 69.9 | $ 850.00 | 85.3 | $ 850.00 | 5.6 | $ 850.00 | $ 151,300.00 |
| NANCI NISHIMURA | Partner | 1 | 2 | $ 850.00 | | | 10.9 | $ 850.00 | | | $ 10,965.00 |
| NANCI NISHIMURA | Partner | 6 | 16 | $ 850.00 | 18.9 | $ 850.00 | 9.6 | $ 850.00 | 6.5 | $ 850.00 | $ 43,350.00 |
| NANCI NISHIMURA | Partner | 12 | 39.4 | $ 850.00 | 87.8 | $ 850.00 | | | | | $ 108,120.00 |
| NANCI NISHIMURA | Partner | 13 | 24.5 | $ 850.00 | 10.5 | $ 850.00 | | | | | $ 29,750.00 |
| NANCI NISHIMURA | Partner | 9 | | | 2 | $ 850.00 | | | | | $ 1,700.00 |
| NANCI NISHIMURA | Partner | 10 | 8.3 | $ 850.00 | | | 1.5 | $ 850.00 | | | $ 8,330.00 |
| NOORJAHAN RAHMAN | Senior Associate | 5 | | | | | 1.4 | $ 600.00 | | | $ 840.00 |
| NOORJAHAN RAHMAN | Senior Associate | 9 | | | | | 0.7 | $ 600.00 | | | $ 420.00 |
| NOORJAHAN RAHMAN | Senior Associate | 6 | | | | | 1.1 | $ 600.00 | | | $ 660.00 |
| TODD HIPPER | Contract Attorney | 8 | | | 36.5 | $ 350.00 | 890.5 | $ 350.00 | | | $ 324,450.00 |
| TOM CHEN | Contract Attorney | 8 | | | 947.7 | $ 350.00 | 1813.5 | $ 350.00 | | | $ 966,420.00 |
| ALEXANDRA DELEVAN | Case Assistant | 8 | 8.2 | $ 275.00 | | | | | | | $ 2,255.00 |
| ALEXANDRA DELEVAN | Case Assistant | 6 | | | 2.6 | $ 275.00 | | | | | $ 715.00 |
| ALEXANDRA DELEVAN | Case Assistant | 13 | 6.9 | $ 275.00 | | | | | | | $ 1,897.50 |
| BROOKE NORTON | Paralegal | 9 | | | | | 0.3 | $ 275.00 | | | $ 82.50 |
| BROOKE NORTON | Paralegal | 6 | | | | | 1.9 | $ 275.00 | | | $ 522.50 |
| IAN ATKINSON-YOUNG | Document Reviewer | 8 | | | 10.25 | $ 350.00 | 16.25 | $ 350.00 | | | $ 9,275.00 |
| JACLYN VERDUCCI | Case Admin/Sr | 15 | 1.3 | $ 325.00 | 1.5 | $ 325.00 | | | | | $ 910.00 |
| JACLYN VERDUCCI | Case Admin/Sr | 3 | 0.1 | $ 325.00 | 1.1 | $ 325.00 | 0.7 | $ 325.00 | | | $ 617.50 |
| JACLYN VERDUCCI | Case Admin/Sr | 5 | | | 0.8 | $ 325.00 | 4 | $ 325.00 | | | $ 1,560.00 |
| JACLYN VERDUCCI | Case Admin/Sr | 10 | 1.7 | $ 325.00 | 5.7 | $ 325.00 | 0.5 | $ 325.00 | | | $ 2,567.50 |
| JACLYN VERDUCCI | Case Admin/Sr | 9 | 1.7 | $ 325.00 | 1.7 | $ 325.00 | | | 1 | $ 325.00 | $ 1,430.00 |
| JACLYN VERDUCCI | Case Admin/Sr | 8 | 11.1 | $ 325.00 | 42.2 | $ 325.00 | 35.7 | $ 325.00 | | | $ 28,925.00 |
| JACLYN VERDUCCI | Case Admin/Sr | 7 | 0.6 | $ 325.00 | 15.4 | $ 325.00 | 37.1 | $ 325.00 | | | $ 17,257.50 |
| JACLYN VERDUCCI | Case Admin/Sr | 11 | 0.9 | $ 325.00 | 8.6 | $ 325.00 | 0.4 | $ 325.00 | | | $ 3,217.50 |
| JACLYN VERDUCCI | Case Admin/Sr | 1 | | | 0.6 | $ 325.00 | 0.9 | $ 325.00 | | | $ 487.50 |
| JACLYN VERDUCCI | Case Admin/Sr | 6 | 11.3 | $ 325.00 | 10.9 | $ 325.00 | 16.1 | $ 325.00 | 0.3 | $ 325.00 | $ 12,545.00 |

# COTCHETT, PITRE & McCARTHY, LLP - FEES

**IN RE: GOOGLE PLAY ANTITRUST LITIGATION (CONSUMERS)**

**From Inception through October 12, 2023**

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JACLYN VERDUCCI | Case Admin/Sr | 2 | | | | | 0.1 | $ 325.00 | | | $ 32.50 |
| JACLYN VERDUCCI | Case Admin/Sr | 12 | 1.1 | $ 325.00 | 6 | $ 325.00 | | | | | $ 2,307.50 |
| JACLYN VERDUCCI | Case Admin/Sr | 13 | 3.2 | $ 325.00 | | | | | | | $ 1,040.00 |
| JACLYN VERDUCCI | Case Admin/Sr | 15 | 0.1 | $ 325.00 | | | | | | | $ 32.50 |
| KIRA PETERSON | Law Clerk | 1 | 0.4 | $ 200.00 | | | | | | | $ 80.00 |
| KIRA PETERSON | Law Clerk | 13 | 6 | $ 200.00 | | | | | | | $ 1,200.00 |
| MAYA GARIMELLA | Case Assistant | 15 | 10.5 | $ 275.00 | | | | | | | $ 2,887.50 |
| MICHAEL CAYLAO | Senior Paralegal | 5 | | | | | 2 | $ 325.00 | | | $ 650.00 |
| MICHAEL CAYLAO | Senior Paralegal | 10 | 1.5 | $ 325.00 | 5.2 | $ 325.00 | | | | | $ 2,177.50 |
| MICHAEL CAYLAO | Senior Paralegal | 9 | | | | | 2.8 | $ 325.00 | | | $ 910.00 |
| MICHAEL CAYLAO | Senior Paralegal | 8 | | | 0.2 | $ 325.00 | | | | | $ 65.00 |
| MICHAEL CAYLAO | Senior Paralegal | 7 | | | 3.4 | $ 325.00 | 3.2 | $ 325.00 | | | $ 2,145.00 |
| MICHAEL CAYLAO | Senior Paralegal | 1 | | | | | 0.5 | $ 325.00 | | | $ 162.50 |
| MICHAEL CAYLAO | Senior Paralegal | 6 | 1 | $ 325.00 | 7.1 | $ 325.00 | 2 | $ 325.00 | | | $ 3,282.50 |
| NIRAV ENGINEER | Senior Paralegal | 1 | 30.75 | | | | | $ 325.00 | | | $ 9,993.75 |
| REBECCA HARTEKER | Law Clerk | 3 | | | | | 19.1 | $ 175.00 | | | $ 3,342.50 |
| REBECCA HARTEKER | Law Clerk | 5 | | | | | 10.4 | $ 175.00 | | | $ 1,820.00 |
| REBECCA HARTEKER | Law Clerk | 8 | | | | | 65.7 | $ 175.00 | | | $ 11,497.50 |
| REBECCA HARTEKER | Law Clerk | 7 | | | | | 2.9 | $ 175.00 | | | $ 507.50 |
| REBECCA HARTEKER | Law Clerk | 1 | | | | | 3.4 | $ 175.00 | | | $ 595.00 |
| REBECCA HARTEKER | Law Clerk | 2 | | | | | 10.5 | $ 175.00 | | | $ 1,837.50 |
| | | | | | | | | | | | |
| **TOTAL** | | | | | | | | | | | **$ 7,175,551.25** |

**Category Codes**

(1) Investigation / Factual or Legal Research
(2) Lead Counsel Calls/Meetings
(3) Attorney Communications
(4) Client Communications
(5) Case Management & Litigation Strategy
(6) Pleadings/Briefs/Pretrial Motions
(7) Discovery (Draft/Respond/Meet & Confer)
(8) Discovery (Document Review)
(9) Discovery (Depositions)
(10) Court Appearances & Preparation

# Annex 3

## Cotchett, Pitre & McCarthy, LLP Costs in Connection with Google Play Litigation

From Inception through October 12, 2023

| Categories | Sum of Amount |
|---|---|
| **Court Costs** | **$ 400.00** |
| 2020 | $ 400.00 |
| **Computer Research Services (Lexis/Pacer/Westlaw)** | **$ 1,096.58** |
| 2020 | $ 26.35 |
| 2021 | $ 623.16 |
| 2022 | $ 330.70 |
| 2023 | $ 116.37 |
| **In-House Photocopies** | **$ 4,752.80** |
| 2020 | $ 9.20 |
| 2021 | $ 1,360.20 |
| 2022 | $ 2,512.60 |
| 2023 | $ 870.80 |
| **Federal Express** | **$ 182.09** |
| 2020 | $ 14.69 |
| 2023 | $ 167.40 |
| **Miscellaneous** | **$ 1,312.71** |
| 2021 | $ 208.28 |
| 2022 | $ 940.00 |
| 2023 | $ 164.43 |
| **Working Meals** | **$ 3,459.96** |
| 2020 | $ 917.78 |
| 2021 | $ 743.55 |
| 2022 | $ 408.71 |
| 2023 | $ 1,155.45 |
| **Telephone/Fax** | **$ 157.03** |
| 2021 | $ 130.78 |
| 2022 | $ 26.25 |
| **Travel Expenses** | **$ 2,807.57** |
| 2022 | $ 840.15 |
| 2023 | $ 1,967.42 |
| **Grand Total** | **$ 14,168.74** |