Karma M. Giulianelli (SBN 184175)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com

Hae Sung Nam (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
hnam@kaplanfox.com

*Co-Lead Consumer Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*,<br>Case No. 3:20-cv-05761-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*,<br>Case No. 3:21-cv-05227-JD | No. 3:21-md-02981-JD<br><br>**DECLARATION OF GEORGE A. ZELCS IN SUPPORT OF KOREIN TILLERY'S STATEMENT OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: October 30, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

I, George A. Zelcs, declare as follows:

1. I am a partner in the law firm of Korein Tillery. I am a member of the Illinois bar and am admitted pro hac vice to practice in this Court.

2. I submit this declaration in support of the Consumer Plaintiffs' Statement of Attorneys' Fees and Costs. The facts set forth in this declaration are based on my personal knowledge and on business records associated with this matter and/or my firm. If called as a witness, I could and would testify competently thereto.

**THE KOREIN TILLERY TEAM**

3. Attached as **Annex 1** is Korein Tillery's firm resume, which includes information about the credentials and experience of the attorneys who led our team for this case. During the pendency of this action, and at the request of and in coordination with Co-Lead Counsel, my firm has worked on behalf of Consumer Class and Consumer Plaintiffs from case inception through settlement.[1] My firm has been involved in multiple activities that were assigned to us by Co-Lead Counsel on behalf of the Consumer Class.

**KOREIN TILLERY LEGAL FEES AND COSTS**

4. In accordance with instructions from Co-Lead Counsel, all Korein Tillery attorneys, paralegals, and other billable personnel assigned to this matter made contemporaneous records of the time they devoted to this case, which were maintained in the ordinary course of business in an electronic database administered by our firm.

5. Consistent with our standard practice and following instructions from Co-Lead Counsel, I and other attorneys and staff working at my direction audited all of the billable time entries, and deleted any entries in which descriptions were insufficiently detailed, tasks or entries appeared duplicative, or if the specific task or amount of time billed was not reasonably necessary to advance the litigation in the interest of consumers. In my professional opinion and

[1] "Co-Lead Counsel" refers to Karma Giulianelli of Bartlit Beck LLP and Hae Sung Nam of Kaplan, Fox and Kilsheimer LLP. Mss. Giulianelli and Nam were appointed as lead counsel of a putative class on December 16, 2020. "Consumer Class" refers to the Class that was certified on November 28, 2022, and later decertified on September 13, 2023.

judgment, the entries appear to be reliable. In accordance with the Court's order, fee documentation was submitted to Co-Lead Counsel on a monthly basis for their review and the final compiled fee documentation has been provided to Co-Lead Counsel for their additional audit and review.

6. Attached as **Annex 2** is a summary of the hours contemporaneously recorded by the billable Korein Tillery personnel who performed significant work in the prosecution of this lawsuit. This summary identifies the total amount of time devoted to each category of tasks by each billable professional using codes that are consistent with those that have been used in recent class fee submissions in this Court and other federal courts within the Ninth Circuit. The summary also identifies each professional's name, title, hourly rate, and a calculation of the resulting fees. The hourly rates for each attorney and staff member listed are the usual and customary hourly rates charged by Korein Tillery for similar work. Detailed time entries are also available for inspection by the Court upon request.

7. I am personally familiar with the character, quality, and extent of the work performed by each of the lawyers and other billable professionals who performed work in this case. In my judgment, the work reflected on the tables attached hereto was necessary to advancing the litigation in the interests of consumers, consistent with the instructions and tasks assigned by Co-Lead Counsel, and performed competently and with efficiency.

8. Attached as **Annex 3** is a summary of the costs incurred in prosecuting this lawsuit on behalf of Consumer Plaintiffs. The expenses incurred are reflected on the books and records of Korein Tillery. These books and records are prepared from checks and expense vouchers regularly kept and maintained by the firm and accurately reflect expenses incurred. Cost documentation has also been provided to Co-Lead Counsel for their additional audit and review.

9. The compensation to Korein Tillery for the services rendered on behalf of Consumer Plaintiffs is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by the Court.

10. I hereby certify that the fees and costs sought were actually incurred and were reasonably necessary to the prosecution of this multiyear class action lawsuit.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2025.

*/s/ George A. Zelcs*

GEORGE A. ZELCS

# Annex 1

KOREIN TILLERY

*Attorneys at Law*

One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, Missouri 63101
Tel.: 314.241.4844
Fax: 314.241.3525

205 North Michigan, Suite 1950
Chicago, Illinois 60601-4269
Tel: 312.641.9750
Fax: 312.641.9751

www.koreintillery.com

Korein Tillery – based in St. Louis and Chicago – is one of the country's most successful plaintiffs' complex-litigation firms, representing a broad array of clients in high-stakes lawsuits and delivering over $18 billion in verdicts and settlements over the last two decades. Most of our attorneys have represented both plaintiffs and defendants at some point in their careers, and, combined, we've handled cases covering virtually every substantive area of the law. We've litigated cases for clients ranging from individuals and certified classes to governmental entities and billion-dollar, multi-national corporations. Collectively, we've tried hundreds of cases to verdict, with several verdicts exceeding 10 figures. Our attorneys have been nominated for numerous regional and national trial lawyer awards, and we've won many landmark decisions in state and federal appellate courts, including the Supreme Court of the United States. The National Law Journal has consistently deemed Korein Tillery to be one of the country's top plaintiffs' firms by naming it to its "Plaintiffs' Hot List" seven times. In 2014 and 2015, Korein Tillery was named by the NLJ as a member of its top 50 Elite Trial Lawyers. Below is a representative list of antitrust cases Korein Tillery has litigated in the past or is currently litigating.

## Representative Antitrust Cases

***In re: Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-07789 (S.D.N.Y.)**

Korein Tillery, working with co-counsel, developed and filed a class action on behalf of individuals who entered into global foreign exchange ("FX") transactions alleging violations of Sections 1 and 3 of the Sherman Antitrust Act and violations of the Commodity Exchange Act. As a result of nearly six years of work by Korein Tillery and its co-counsel, costing the firms nearly $30 million in case-related expenses, $2.3 billion in court-approved settlements were reached with 15 of the 16 defendants, constituting one of the largest antitrust class action recoveries in history. Mediator Kenneth Feinberg concluded that this settlement would "represent[ ] some of the finest lawyering toward a negotiated resolution that I have witnessed in my career" and described Korein Tillery and its co-counsel as "superlative, sophisticated, and determined plaintiffs' lawyers."

***In re GSE Bonds Antitrust Litig.*, 19-cv-01704 (S.D.N.Y.)**

Korein Tillery, along with co-counsel, alleged antitrust violations arising from coordinated price-fixing in the secondary market for bonds issued by the government-sponsored entities Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, Federal Farm Credit Banks, and Federal Home Loan Banks ("GSE Bonds"). Plaintiffs defeated two

motions to dismiss and reached a settlement with all defendants. The combined settlement provided $386.5 million to class members and was approved by the court on June 18, 2020.

***In re Google Digital Advertising Antitrust Litig.*, No. 21-md-03010 (S.D.N.Y.)**
Korein Tillery has been appointed interim co-lead counsel representing a class of online publishers that sell ad space on their websites using tools that they purchase from Google. Plaintiffs allege that Google engaged in a series of mutually reinforcing anticompetitive acts in adjoining markets to acquire and maintain monopoly power over the markets for these tools, in violation of the Sherman Act and California's Unfair Competition Law.

***Smart v. National Collegiate Athletic Ass'n*, No. 22-cv-02125 (E.D. Cal.)**
Korein Tillery represents plaintiffs alleging that the NCAA and its member schools engaged in an illegal buyer's-side monopsony by conspiring to fix the compensation of an entire category of college baseball coaches at zero in violation of Sherman Act § 1. Shortly after the lawsuit was filed, the NCAA eliminated the bylaw at issue. The parties have reached a $49.25 million settlement and a final fairness hearing is scheduled for September 15, 2025.

***In re Crop Protection Products Loyalty Program Antitrust Litig.*, No. 23-md-03062 (M.D.N.C.)**
Korein Tillery was appointed interim co-lead counsel for a putative class of crop protection product purchasers alleging that manufacturers use exclusive "loyalty agreements" with leading distributors to foreclose competition from rival manufacturers and cause purchasers to pay supracompetitive prices for crop protection products.

***Segal v. Amadeus IT Group, S.A.*, No. 24-cv-01783 (N.D. Ill.)**
Korein Tillery was recently appointed interim co-lead counsel for a putative class of purchasers alleging that leading hotel companies used information sharing software to artificially raise the price of luxury hotel rooms in markets across the United States.

***In re Apple iPhone Antitrust Litig.*, No. 24-md-03113 (D.N.J.)**
Korein Tillery was recently appointed interim co-lead counsel for a putative class of Apple Watch purchasers alleging that Apple monopolized the market for iPhone-connected smartwatches.

## Korein Tillery Case Team

***George Zelcs*** focuses his practice on complex commercial litigation including antitrust, consumer fraud, securities, qui tam/whistleblower, and pharmaceutical litigation in state and federal courts. Mr. Zelcs has conducted bench and jury trials throughout the United States, including *Price, et al vs. Philip Morris USA, Inc.*, No. 001-0112 (Third Judicial Circuit, Illinois), a consumer fraud class action that resulted in a $10.1 billion dollar judgment. He frequently serves as lead counsel in complex, multi-party litigations. He currently serves on the leadership team representing digital publishers in *In re Google Digital Advertising Antitrust Litigation*, and previously represented the National Credit Union

Administration in its RMBS litigation. Mr. Zelcs also played an instrumental role in developing and litigating *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 13-cv-7789 (S.D.N.Y), a case that resulted in $2.3 billion in court-approved settlements. Mr. Zelcs completed his undergraduate degree at Indiana University in 1976 and received his law degree at Chicago-Kent College of Law. He serves on the Chicago-Kent Board of Overseers and as a Trustee for the Chicago-Kent Institute on the Supreme Court of the United States. In addition to serving as co-lead counsel for the publisher class in *In re Google Digital Advertising Antitrust Litigation*, Mr. Zelcs has been appointed co-lead counsel in *In re Motor Fuel Temperatures Sales Practices Litigation*, No. 07-md-1840 (D. Kan.), and *Axiom Investment Advisors LLC v. Barclay Bank Plc*, No. 15-cv-9323 (S.D.N.Y.).

***Stephen Tillery*** has litigated cases throughout the United States involving numerous areas of the law, including securities, antitrust, pharmaceutical, environmental contamination, tobacco, products liability, patent infringement, qui tam/whistleblower, Federal Employers Liability Act, computer technology, and consumer fraud. He has handled, individually or as lead counsel, hundreds of complex civil cases, with more than one hundred resulting in multimillion dollar verdicts or settlements. Mr. Tillery has been appointed lead counsel in more than 40 class action lawsuits. In March 2003, he served as plaintiff's lead trial counsel in a class action trial that resulted in a $10.1 billion verdict. *Price v. Philip Morris Inc.*, 2003 WL 22597608 (Ill. Cir. Mar 21, 2003), *rev'd*, 848 N.E.2d 1 (Ill. Dec 15, 2005), *reh'g denied*, 846 N.E.2d 597 (Ill. May 5, 2006), *cert denied*, 127 S.Ct. 685 (Nov. 27, 2006). Mr. Tillery was nominated for the Public Justice Trial Lawyer of the Year Award in 2003, 2008 and 2013 for his work in significant complex cases. Mr. Tillery graduated from Illinois College and St. Louis University School of Law. He subsequently served as a law clerk in the United States District Court for the Southern District of Illinois, and the Illinois Fifth District Court of Appeals. Mr. Tillery was an adjunct professor at Saint Louis University School of Law for eleven years, and was Director of the Advanced Trial Advocacy Program there from 1983 to 1988.

***Carol O'Keefe*** is a partner who focuses on complex litigation, including representing antitrust plaintiffs in foreign exchange, commodity futures, and digital economy class actions. Ms. O'Keefe currently plays a leading role in representing digital publisher plaintiffs in *In re Google Digital Advertising Antitrust Litigation*. Ms. O'Keefe works closely with economic and technology experts and taken numerous depositions of software engineers and product managers. Prior to joining Korein Tillery, Ms. O'Keefe was an associate at Harter Secrest & Emery LLP, where she focused on complex litigation, including antitrust, securities, employment discrimination, and civil rights, and worked as an Adjunct Lecturer at the State University of New York at Brockport, where she designed and taught courses in modern constitutional law and education law. Ms. O'Keefe received her B.A. from Yale College *summa cum laude* in 1983 after three years of study, and she received her J.D. from Harvard Law School *cum laude* in 1986. She then served as a law clerk for Judge Michael A. Telesca (W.D.N.Y.).

***Marc Wallenstein*** is a former federal prosecutor and has tried numerous cases to verdict. As an appellate advocate, Mr. Wallenstein is undefeated before the United States Court of Appeals for the Ninth Circuit, having won all ten of the appeals in which he served as lead counsel. Mr. Wallenstein currently leads two parallel class action lawsuits against Google on behalf of users of Android mobile phones in California and nationwide. He recently secured a $314 million verdict on behalf of the California class of approximately 13 million Android users, *Csupo v. Google*, No. 19-cv-352557 (Cal. Super. Ct.), and won an appeal before the Ninth Circuit on behalf of Android users nationwide, reversing the district court's dismissal of the complaint, *Taylor v. Google*, No. 22-16654 (9th Cir. Feb. 28, 2024). Mr. Wallenstein previously served as trial counsel for thousands of minor league baseball players who won the right to be paid minimum wage by Major League Baseball, achieving a landmark $185 million settlement on the eve of trial. *Senne v. Office of the Comm'r of Baseball*, No. 14-cv-608-JCS (N.D. Cal.). Before joining Korein Tillery, Mr. Wallenstein served for six years as Assistant U.S. Attorney in the District of Hawaii. Mr. Wallenstein successfully prosecuted the first terrorism case ever brought against an active duty member of the U.S. military and obtained record fines in numerous environmental cases. Prior to his time at the Department of Justice, Mr. Wallenstein served for three years as a Prosecutor at the Office of the Chief Prosecutor of Military Commissions, U.S. Department of Defense. There he prosecuted violations of the law of war committed by enemy alien belligerents before a military commission in Guantanamo Bay, Cuba. Mr. Wallenstein served as an appellate and pretrial motions attorney on a range of cases, including the prosecution of Khalid Shaikh Mohammed and four others accused of perpetrating the attacks of September 11, 2001. Mr. Wallenstein is a graduate of Harvard College and Yale Law School, and previously served as a law clerk in the Southern District of New York and the Ninth Circuit Court of Appeals. In his spare time, he teaches a course in Trial Practice at Yale Law School.

***David Walchak*** is an partner in Korein Tillery's Chicago office. Mr. Walchak is currently part of the team representing a proposed class of Apple Watch purchasers in *In re Apple iPhone Antitrust Litigation*, No. 24-md-3113 (D.N.J.), and the team representing a proposed class of purchasers bringing Sherman Act claims against leading hotel companies for information sharing in the luxury hotel market. *Segal v. Amadeus IT Group, S.A.*, No. 24-cv-1783 (N.D. Ill.). Prior to joining Korein Tillery, Mr. Walchak worked as a law clerk to Judge Susan L. Carney (2d Cir.) and Judge Roslynn R. Mauskopf (E.D.N.Y.), and as a litigation associate at Munger, Tolles & Olson. Mr. Walchak received his B.A. from Amherst College and his J.D. from Yale Law School.

# Annex
# 2

**Korein Tillery Fees**

**August 14, 2020 – October 12, 2023**

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron Shi | Legal Analyst | 1 | | - | | - | 245.80 | 300.00 | 1.00 | 300.00 | 74,040.00 |
| Aidan McNamara | Associate | 1 | 11.90 | 650.00 | 54.50 | 650.00 | 96.60 | 350.00 | | | 76,970.00 |
| Aidan McNamara | Associate | 3 | | | | | 2.60 | 350.00 | | | 910.00 |
| Aidan McNamara | Associate | 5 | | | | | 0.10 | 350.00 | | | 35.00 |
| Aidan McNamara | Associate | 6 | 36.60 | 650.00 | 0.40 | 650.00 | 1.10 | 350.00 | | | 24,435.00 |
| Aidan McNamara | Associate | 7 | | | | | 2.30 | 350.00 | | | 805.00 |
| Aidan McNamara | Associate | 8 | 21.50 | 350.00 | 616.90 | 350.00 | 839.10 | 350.00 | | | 517,125.00 |
| Aidan McNamara | Associate | 9 | 101.90 | 650.00 | 106.90 | 650.00 | 0.80 | 350.00 | | | 136,000.00 |
| Aidan McNamara | Associate | 10 | 0.10 | 650.00 | | | | | | | 65.00 |
| Aidan McNamara | Associate | 11 | 0.30 | 650.00 | | | 0.30 | 350.00 | | | 300.00 |
| Akshay Mody | Legal Analyst | 1 | 10.00 | 350.00 | 20.00 | 350.00 | | | | | 10,500.00 |
| Akshay Mody | Legal Analyst | 9 | | | 4.00 | 350.00 | | | | | 1,400.00 |
| Akshay Mody | Legal Analyst | 13 | 0.20 | 350.00 | | | | | | | 70.00 |
| Akshay Mody | Legal Analyst | 15 | 2.00 | 350.00 | | | | | | | 700.00 |
| Andrew Ellis | Associate | 1 | | | 6.00 | 650.00 | | | | | 3,900.00 |
| Andrew Ellis | Associate | 1 | | | 3.20 | 700.00 | | | | | 2,240.00 |
| Andrew Ellis | Associate | 3 | | | 1.00 | 700.00 | | | | | 700.00 |
| Andrew Ellis | Associate | 9 | | | 86.60 | 650.00 | | | | | 56,290.00 |
| Andrew Ellis | Associate | 11 | | | 29.80 | 650.00 | | | | | 19,370.00 |
| Andrew Ellis | Associate | 13 | 3.50 | 700.00 | | | | | | | 2,450.00 |
| Anjali Narayanan | Legal Analyst | 1 | | | 3.00 | 300.00 | 164.60 | 300.00 | 2.00 | 300.00 | 50,880.00 |
| Anjali Narayanan | Legal Analyst | 1 | | | 28.50 | 350.00 | | | | | 9,975.00 |
| Anjali Narayanan | Legal Analyst | 11 | | | 27.00 | 350.00 | | | | | 9,450.00 |
| Ari Korotkin | Legal Analyst | 1 | | | | | 97.00 | 300.00 | 122.50 | 300.00 | 65,850.00 |
| Ari Korotkin | Legal Analyst | 6 | | | | | 1.30 | 300.00 | | | 390.00 |
| Ari Korotkin | Legal Analyst | 11 | | | | | | | 1.80 | 300.00 | 540.00 |
| Bianca Varlesi | Legal Analyst | 1 | 6.10 | 350.00 | | | | | | | 2,135.00 |
| Carol O'Keefe | Partner | 1 | | | 24.60 | 800.00 | 142.80 | 800.00 | 34.90 | 800.00 | 161,840.00 |
| Carol O'Keefe | Partner | 1 | 2.30 | 1,000.00 | 11.40 | 1,000.00 | | | | | 13,700.00 |
| Carol O'Keefe | Partner | 2 | | | 1.30 | 800.00 | | | | | 1,040.00 |
| Carol O'Keefe | Partner | 3 | 0.20 | 1,000.00 | | | 5.00 | 800.00 | 11.40 | 800.00 | 13,320.00 |
| Carol O'Keefe | Partner | 5 | | | 5.90 | 800.00 | 60.00 | 800.00 | 5.80 | 800.00 | 57,360.00 |
| Carol O'Keefe | Partner | 5 | 2.20 | 1,000.00 | 3.30 | 1,000.00 | | | | | 5,500.00 |
| Carol O'Keefe | Partner | 6 | | | 3.40 | 800.00 | 4.50 | 800.00 | 21.80 | 800.00 | 23,760.00 |
| Carol O'Keefe | Partner | 6 | 2.50 | 1,000.00 | 10.90 | 1,000.00 | | | | | 13,400.00 |
| Carol O'Keefe | Partner | 7 | | | 6.10 | 800.00 | 1.90 | 800.00 | 2.00 | 800.00 | 8,000.00 |
| Carol O'Keefe | Partner | 7 | | | 0.60 | 1,000.00 | | | | | 600.00 |
| Carol O'Keefe | Partner | 8 | | | | | 10.70 | 800.00 | | | 8,560.00 |
| Carol O'Keefe | Partner | 9 | | | 8.70 | 800.00 | 3.10 | 800.00 | | | 9,440.00 |
| Carol O'Keefe | Partner | 9 | 9.50 | 1,000.00 | 36.10 | 1,000.00 | | | | | 45,600.00 |
| Carol O'Keefe | Partner | 10 | 6.80 | 1,000.00 | | | | | | | 6,800.00 |
| Carol O'Keefe | Partner | 11 | | | 90.80 | 800.00 | 145.60 | 800.00 | 8.60 | 800.00 | 196,000.00 |
| Carol O'Keefe | Partner | 11 | 14.00 | 1,000.00 | 2.90 | 1,000.00 | | | | | 16,900.00 |
| Carol O'Keefe | Partner | 12 | 4.10 | 1,000.00 | 2.70 | 1,000.00 | | | | | 6,800.00 |
| Carol O'Keefe | Partner | 13 | 3.40 | 1,000.00 | 0.90 | 1,000.00 | | | | | 4,300.00 |
| Carol O'Keefe | Partner | 15 | 2.60 | 1,000.00 | | | | | | | 2,600.00 |
| Chris Burke | Partner | 11 | 0.50 | 1,400.00 | | | | | | | 700.00 |
| Chris Burke | Partner | 15 | 3.30 | 1,400.00 | | | | | | | 4,620.00 |
| Christine Lyman | Paralegal | 1 | | | | | | | 14.30 | 300.00 | 4,290.00 |
| Christine Lyman | Paralegal | 3 | | | | | | | 5.60 | 300.00 | 1,680.00 |
| Christine Lyman | Paralegal | 5 | | | | | | | 8.90 | 300.00 | 2,670.00 |
| Christine Lyman | Paralegal | 6 | | | | | | | 3.70 | 300.00 | 1,110.00 |
| Christine Lyman | Paralegal | 7 | | | | | | | 2.50 | 300.00 | 750.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Danielle Lee | Associate | 1 | 554.70 | 550.00 | 47.00 | 550.00 | | | | | 330,935.00 |
| Danielle Lee | Associate | 6 | 97.00 | 550.00 | | | | | | | 53,350.00 |
| Danielle Lee | Associate | 8 | 496.00 | 350.00 | 885.50 | 350.00 | 1,413.80 | 350.00 | | | 978,355.00 |
| Danielle Lee | Associate | 9 | | | 441.00 | 550.00 | | | | | 242,550.00 |
| Danielle Lee | Associate | 10 | 8.50 | 550.00 | 19.20 | 550.00 | | | | | 15,235.00 |
| Danielle Lee | Associate | 11 | 94.50 | 550.00 | 50.40 | 550.00 | | | | | 79,695.00 |
| Danielle Lee | Associate | 13 | 22.60 | 550.00 | | | | | | | 12,430.00 |
| | | | | | | | | | | | |
| David Walchak | Associate | 1 | | | 59.00 | 600.00 | 40.90 | 600.00 | | | 59,940.00 |
| David Walchak | Associate | 1 | 137.80 | 800.00 | 134.60 | 800.00 | | | | | 217,920.00 |
| David Walchak | Associate | 2 | | | 2.10 | 600.00 | | | | | 1,260.00 |
| David Walchak | Associate | 2 | | | 4.10 | 800.00 | | | | | 3,280.00 |
| David Walchak | Associate | 3 | 1.30 | 800.00 | 2.20 | 800.00 | 0.60 | 600.00 | | | 3,160.00 |
| David Walchak | Associate | 5 | | | 16.20 | 600.00 | 27.00 | 600.00 | | | 25,920.00 |
| David Walchak | Associate | 5 | 7.10 | 800.00 | 18.40 | 800.00 | | | | | 20,400.00 |
| David Walchak | Associate | 6 | | | 23.20 | 600.00 | 0.40 | 600.00 | | | 14,160.00 |
| David Walchak | Associate | 6 | 152.90 | 800.00 | 94.60 | 800.00 | | | | | 198,000.00 |
| David Walchak | Associate | 7 | | | 17.80 | 600.00 | 17.10 | 600.00 | | | 20,940.00 |
| David Walchak | Associate | 7 | 40.30 | 800.00 | 15.40 | 800.00 | | | | | 44,560.00 |
| David Walchak | Associate | 8 | | | 0.20 | 800.00 | | | | | 160.00 |
| David Walchak | Associate | 9 | | | 202.90 | 600.00 | 284.50 | 600.00 | | | 292,440.00 |
| David Walchak | Associate | 9 | 213.20 | 800.00 | 369.70 | 800.00 | | | | | 466,320.00 |
| David Walchak | Associate | 10 | 12.80 | 800.00 | 36.20 | 800.00 | 0.70 | 600.00 | | | 39,620.00 |
| David Walchak | Associate | 11 | | | 18.40 | 600.00 | 10.90 | 600.00 | | | 17,580.00 |
| David Walchak | Associate | 11 | 76.70 | 800.00 | 249.50 | 800.00 | | | | | 260,960.00 |
| David Walchak | Associate | 12 | 34.60 | 800.00 | 20.90 | 800.00 | | | | | 44,400.00 |
| David Walchak | Associate | 13 | 343.40 | 800.00 | 8.00 | 800.00 | | | | | 281,120.00 |
| David Walchak | Associate | 14 | 0.10 | 800.00 | | | | | | | 80.00 |
| David Walchak | Associate | 15 | 71.10 | 800.00 | | | | | | | 56,880.00 |
| | | | | | | | | | | | |
| Diana Hutton | Legal Assistant | 3 | | | | | 0.20 | 175.00 | | | 35.00 |
| | | | | | | | | | | | |
| Diane Moore | Associate | 1 | | | 34.30 | 700.00 | | | | | 24,010.00 |
| Diane Moore | Associate | 10 | | | 8.20 | 700.00 | | | | | 5,740.00 |
| | | | | | | | | | | | |
| Elma Saxon | Paralegal | 1 | | | | | 4.80 | 300.00 | | | 1,440.00 |
| Elma Saxon | Paralegal | 5 | | | 0.90 | 300.00 | | | | | 270.00 |
| Elma Saxon | Paralegal | 6 | | | 0.40 | 300.00 | 0.40 | 300.00 | | | 240.00 |
| | | | | | | | | | | | |
| Ethan Corson | Doc Reviewer | 8 | | | 18.10 | 350.00 | 248.90 | 350.00 | | | 93,450.00 |
| | | | | | | | | | | | |
| George Zelcs | Partner | 1 | | | 7.90 | 1,300.00 | 102.60 | 1,300.00 | 49.20 | 1,300.00 | 207,610.00 |
| George Zelcs | Partner | 1 | 12.20 | 1,550.00 | 14.80 | 1,550.00 | | | | | 41,850.00 |
| George Zelcs | Partner | 2 | | | 7.80 | 1,300.00 | 4.30 | 1,300.00 | 0.10 | 1,300.00 | 15,860.00 |
| George Zelcs | Partner | 2 | 1.80 | 1,550.00 | 8.20 | 1,550.00 | | | | | 15,500.00 |
| George Zelcs | Partner | 3 | | | 0.50 | 1,300.00 | 14.50 | 1,300.00 | 29.60 | 1,300.00 | 57,980.00 |
| George Zelcs | Partner | 3 | 0.50 | 1,550.00 | 0.80 | 1,550.00 | | | | | 2,015.00 |
| George Zelcs | Partner | 4 | | | 0.10 | 1,300.00 | | | 1.10 | 1,300.00 | 1,560.00 |
| George Zelcs | Partner | 4 | 2.20 | 1550.00 | | | | | | | 3,410.00 |
| George Zelcs | Partner | 5 | | | 2.50 | 1,300.00 | 52.00 | 1,300.00 | 74.10 | 1,300.00 | 167,180.00 |
| George Zelcs | Partner | 5 | 4.00 | 1,550.00 | 1.90 | 1,550.00 | | | | | 9,145.00 |
| George Zelcs | Partner | 6 | | | 1.10 | 1,300.00 | 3.90 | 1,300.00 | 17.70 | 1,300.00 | 29,510.00 |
| George Zelcs | Partner | 6 | 7.80 | 1,550.00 | 3.60 | 1,550.00 | | | | | 17,670.00 |
| George Zelcs | Partner | 7 | | | 1.60 | 1,300.00 | 15.30 | 1,300.00 | 4.10 | 1,300.00 | 27,300.00 |
| George Zelcs | Partner | 7 | 1.40 | 1,550.00 | 0.30 | 1,550.00 | | | | | 2,635.00 |
| George Zelcs | Partner | 8 | | | | | 0.90 | 1,300.00 | | | 1,170.00 |
| George Zelcs | Partner | 9 | | | 4.10 | 1,300.00 | 40.10 | 1,300.00 | | | 57,460.00 |
| George Zelcs | Partner | 9 | 12.00 | 1,550.00 | 2.20 | 1,550.00 | | | | | 22,010.00 |
| George Zelcs | Partner | 10 | 57.80 | 1,550.00 | 19.90 | 1,550.00 | 2.50 | 1,300.00 | 5.60 | 1,300.00 | 130,965.00 |
| George Zelcs | Partner | 11 | | | 1.60 | 1,300.00 | 15.10 | 1,300.00 | 38.50 | 1,300.00 | 71,760.00 |
| George Zelcs | Partner | 11 | 12.60 | 1,550.00 | 5.10 | 1,550.00 | | | | | 27,435.00 |
| George Zelcs | Partner | 12 | | | 0.80 | 1,300.00 | | | | | 1,040.00 |
| George Zelcs | Partner | 12 | 25.40 | 1,550.00 | 41.90 | 1,550.00 | | | | | 104,315.00 |
| George Zelcs | Partner | 13 | 46.40 | 1,550.00 | 15.60 | 1,550.00 | | | | | 96,100.00 |
| George Zelcs | Partner | 15 | 6.40 | 1,550.00 | | | | | | | 9,920.00 |
| | | | | | | | | | | | |
| Ian Moody | Associate | 1 | | | 265.90 | 500.00 | 345.60 | 500.00 | | | 305,750.00 |
| Ian Moody | Associate | 1 | 106.10 | 600.00 | 384.80 | 600.00 | | | | | 294,540.00 |
| Ian Moody | Associate | 3 | | | | | 0.40 | 500.00 | | | 200.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ian Moody | Associate | 5 | | | | | 1.30 | 500.00 | | | 650.00 |
| Ian Moody | Associate | 6 | 0.60 | 600.00 | 19.00 | 600.00 | | | | | 11,760.00 |
| Ian Moody | Associate | 9 | | | 226.20 | 500.00 | 397.70 | 500.00 | | | 311,950.00 |
| Ian Moody | Associate | 9 | 19.30 | 600.00 | 125.20 | 600.00 | | | | | 86,700.00 |
| Ian Moody | Associate | 11 | | | 158.50 | 500.00 | | | | | 79,250.00 |
| Ian Moody | Associate | 11 | | | 68.80 | 600.00 | | | | | 41,280.00 |
| Ian Moody | Associate | 13 | 57.80 | 600.00 | | | | | | | 34,680.00 |
| Ian Moody | Associate | 15 | 1.00 | 600.00 | | | | | | | 600.00 |
| | | | | | | | | | | | |
| Jaclyn Podor | Associate | 1 | 1.20 | 350.00 | | | 9.00 | 350.00 | | | 3,570.00 |
| Jaclyn Podor | Associate | 1 | 339.70 | 550.00 | 78.95 | 550.00 | | | | | 230,257.50 |
| Jaclyn Podor | Associate | 6 | 182.20 | 550.00 | | | | | | | 100,210.00 |
| Jaclyn Podor | Associate | 8 | 427.20 | 350.00 | 907.00 | 350.00 | 1,220.70 | 350.00 | | | 894,215.00 |
| Jaclyn Podor | Associate | 9 | | | 65.00 | 350.00 | | | | | 22,750.00 |
| Jaclyn Podor | Associate | 9 | 158.40 | 550.00 | 692.70 | 550.00 | | | | | 468,105.00 |
| Jaclyn Podor | Associate | 10 | 78.30 | 550.00 | 111.50 | 550.00 | | | | | 104,390.00 |
| Jaclyn Podor | Associate | 11 | 95.80 | 550.00 | 68.65 | 550.00 | | | | | 90,447.50 |
| Jaclyn Podor | Associate | 13 | 11.80 | 550.00 | | | | | | | 6,490.00 |
| Jaclyn Podor | Associate | 15 | 0.40 | 550.00 | | | | | | | 220.00 |
| | | | | | | | | | | | |
| Jacob Verrey | Legal Analyst | 1 | | | | | | | 17.10 | 300.00 | 5,130.00 |
| | | | | | | | | | | | |
| Jamie Boyer | Partner | 1 | | | | | 41.80 | 600.00 | | | 25,080.00 |
| Jamie Boyer | Partner | 1 | | | | | 59.90 | 850.00 | 58.30 | 850.00 | 100,470.00 |
| Jamie Boyer | Partner | 3 | | | | | 9.40 | 600.00 | | | 5,640.00 |
| Jamie Boyer | Partner | 3 | | | | | 1.30 | 850.00 | 13.60 | 850.00 | 12,665.00 |
| Jamie Boyer | Partner | 5 | | | | | 7.60 | 600.00 | | | 4,560.00 |
| Jamie Boyer | Partner | 5 | | | | | 22.90 | 850.00 | 17.30 | 850.00 | 34,170.00 |
| Jamie Boyer | Partner | 6 | | | | | 40.00 | 600.00 | | | 24,000.00 |
| Jamie Boyer | Partner | 6 | | | | | 30.30 | 850.00 | 168.80 | 850.00 | 169,235.00 |
| Jamie Boyer | Partner | 7 | | | | | 72.50 | 600.00 | | | 43,500.00 |
| Jamie Boyer | Partner | 7 | | | | | 119.40 | 850.00 | 81.10 | 850.00 | 170,425.00 |
| Jamie Boyer | Partner | 8 | | | | | 33.30 | 600.00 | | | 19,980.00 |
| Jamie Boyer | Partner | 8 | | | | | 13.40 | 850.00 | | | 11,390.00 |
| Jamie Boyer | Partner | 9 | | | | | 2.60 | 850.00 | | | 2,210.00 |
| Jamie Boyer | Partner | 10 | | | | | 3.30 | 600.00 | | | 1,980.00 |
| Jamie Boyer | Partner | 10 | | | | | 5.00 | 850.00 | 20.10 | 850.00 | 21,335.00 |
| Jamie Boyer | Partner | 11 | | | | | 11.00 | 600.00 | | | 6,600.00 |
| Jamie Boyer | Partner | 11 | | | | | 1.80 | 850.00 | 17.00 | 850.00 | 15,980.00 |
| | | | | | | | | | | | |
| Jamie Steinmetz | Associate | 5 | | | 14.00 | 500.00 | | | | | 7,000.00 |
| Jamie Steinmetz | Associate | 5 | 38.80 | 700.00 | 35.60 | 700.00 | | | | | 52,080.00 |
| Jamie Steinmetz | Associate | 11 | | | 13.50 | 500.00 | | | | | 6,750.00 |
| | | | | | | | | | | | |
| Jasmine Chahal | Legal Analyst | 1 | 11.00 | 350.00 | 5.30 | 350.00 | | | | | 5,705.00 |
| Jasmine Chahal | Legal Analyst | 11 | 1.50 | 350.00 | | | | | | | 525.00 |
| Jasmine Chahal | Legal Analyst | 12 | 4.50 | 350.00 | | | | | | | 1,575.00 |
| | | | | | | | | | | | |
| John Craig | Associate | 10 | | | 4.80 | 800.00 | | | | | 3,840.00 |
| | | | | | | | | | | | |
| John Libra | Partner | 1 | | | 8.50 | 1,100.00 | | | | | 9,350.00 |
| John Libra | Partner | 10 | | | 15.00 | 1,100.00 | | | | | 16,500.00 |
| | | | | | | | | | | | |
| Jonathan Byrer | Senior Associate | 1 | | | | | 85.50 | 600.00 | 81.50 | 600.00 | 100,200.00 |
| Jonathan Byrer | Senior Associate | 3 | | | | | 7.00 | 600.00 | 5.60 | 600.00 | 7,560.00 |
| Jonathan Byrer | Senior Associate | 5 | | | | | 47.60 | 600.00 | 2.90 | 600.00 | 30,300.00 |
| Jonathan Byrer | Senior Associate | 6 | | | | | 15.30 | 600.00 | 92.40 | 600.00 | 64,620.00 |
| Jonathan Byrer | Senior Associate | 7 | | | | | 26.00 | 600.00 | 9.40 | 600.00 | 21,240.00 |
| Jonathan Byrer | Senior Associate | 8 | | | | | 0.60 | 600.00 | | | 360.00 |
| Jonathan Byrer | Senior Associate | 9 | | | | | 20.90 | 600.00 | | | 12,540.00 |
| Jonathan Byrer | Senior Associate | 11 | | | | | 82.90 | 600.00 | 22.30 | 600.00 | 63,120.00 |
| | | | | | | | | | | | |
| Jonathan Moore | Legal Analyst | 1 | | | 13.50 | 300.00 | 52.10 | 300.00 | 27.50 | 300.00 | 27,930.00 |
| Jonathan Moore | Legal Analyst | 1 | 1.50 | 350.00 | 3.50 | 350.00 | | | | | 1,750.00 |
| Jonathan Moore | Legal Analyst | 11 | | | 4.20 | 300.00 | | | | | 1,260.00 |
| Jonathan Moore | Legal Analyst | 12 | | | 4.00 | 350.00 | | | | | 1,400.00 |
| | | | | | | | | | | | |
| Leann Eckhardt | Paralegal | 1 | | | 1.40 | 300.00 | | | | | 420.00 |
| Leann Eckhardt | Paralegal | 6 | | | | | 4.00 | 300.00 | | | 1,200.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Leann Eckhardt | Paralegal | 7 | | | | | 9.10 | 300.00 | | | 2,730.00 |
| | | | | | | | | | | | |
| Lisa Lucas | Paralegal | 1 | 0.50 | 300.00 | | | | | | | 150.00 |
| Lisa Lucas | Paralegal | 5 | 6.70 | 300.00 | 3.10 | 300.00 | | | | | 2,940.00 |
| Lisa Lucas | Paralegal | 6 | 2.30 | 300.00 | 3.10 | 300.00 | | | | | 1,620.00 |
| Lisa Lucas | Paralegal | 9 | | | 0.40 | 300.00 | | | | | 120.00 |
| Lisa Lucas | Paralegal | 12 | | | 0.10 | 300.00 | | | | | 30.00 |
| Lisa Lucas | Paralegal | 13 | 7.00 | 300.00 | | | | | | | 2,100.00 |
| Lisa Lucas | Paralegal | 15 | 11.00 | 300.00 | | | | | | | 3,300.00 |
| | | | | | | | | | | | |
| Marc Wallenstein | Partner | 1 | | | 2.60 | 950.00 | 40.40 | 950.00 | | | 40,850.00 |
| Marc Wallenstein | Partner | 1 | 1.10 | 1,100.00 | 55.50 | 1,100.00 | | | | | 62,260.00 |
| Marc Wallenstein | Partner | 2 | | | 2.60 | 1,100.00 | | | | | 2,860.00 |
| Marc Wallenstein | Partner | 3 | 0.70 | 1,100.00 | 1.30 | 1,100.00 | 1.90 | 950.00 | | | 4,005.00 |
| Marc Wallenstein | Partner | 4 | 1.20 | 1,100.00 | 1.40 | 1,100.00 | 2.10 | 950.00 | | | 4,855.00 |
| Marc Wallenstein | Partner | 5 | | | 0.50 | 950.00 | 50.90 | 950.00 | | | 48,830.00 |
| Marc Wallenstein | Partner | 5 | 0.40 | 1,100.00 | 0.50 | 1,100.00 | | | | | 990.00 |
| Marc Wallenstein | Partner | 6 | 1.80 | 1,100.00 | 33.70 | 1,100.00 | 4.20 | 950.00 | | | 43,040.00 |
| Marc Wallenstein | Partner | 7 | | | 3.90 | 950.00 | 17.80 | 950.00 | | | 20,615.00 |
| Marc Wallenstein | Partner | 7 | 0.30 | 1,100.00 | 7.60 | 1,100.00 | | | | | 8,690.00 |
| Marc Wallenstein | Partner | 9 | | | 5.90 | 950.00 | 38.10 | 950.00 | | | 41,800.00 |
| Marc Wallenstein | Partner | 9 | | | 101.60 | 1,100.00 | | | | | 111,760.00 |
| Marc Wallenstein | Partner | 10 | 25.40 | 1,100.00 | 30.30 | 1,100.00 | 1.00 | 950.00 | | | 62,220.00 |
| Marc Wallenstein | Partner | 11 | | | 0.30 | 950.00 | 14.20 | 950.00 | | | 13,775.00 |
| Marc Wallenstein | Partner | 11 | 5.90 | 1,100.00 | 6.10 | 1,100.00 | | | | | 13,200.00 |
| Marc Wallenstein | Partner | 12 | 14.50 | 1,100.00 | 5.60 | 1,100.00 | | | | | 22,110.00 |
| Marc Wallenstein | Partner | 13 | 0.80 | 1,100.00 | 0.70 | 1,100.00 | | | | | 1,650.00 |
| Marc Wallenstein | Partner | 15 | 1.30 | 1,100.00 | | | | | | | 1,430.00 |
| | | | | | | | | | | | |
| Matthew Davies | Associate | 11 | | | | | 0.40 | 600.00 | | | 240.00 |
| | | | | | | | | | | | |
| Melissa Gayton | Legal Analyst | 11 | | | | | | | 4.20 | 300.00 | 1,260.00 |
| | | | | | | | | | | | |
| Michael Bannester | Legal Assistant | 1 | | | | | 84.30 | 175.00 | | | 14,752.50 |
| Michael Bannester | Legal Assistant | 1 | 3.00 | 300.00 | 3.80 | 300.00 | 47.00 | 300.00 | | | 16,140.00 |
| Michael Bannester | Legal Assistant | 5 | | | | | 5.00 | 300.00 | | | 1,500.00 |
| | | | | | | | | | | | |
| Michael Forrest | Associate | 1 | | | 109.50 | 350.00 | | | | | 38,325.00 |
| Michael Forrest | Associate | 1 | 329.10 | 700.00 | 31.80 | 700.00 | | | | | 252,630.00 |
| Michael Forrest | Associate | 6 | 17.10 | 700.00 | 5.00 | 700.00 | | | | | 15,470.00 |
| Michael Forrest | Associate | 7 | 0.30 | 700.00 | 0.60 | 700.00 | | | | | 630.00 |
| Michael Forrest | Associate | 9 | 6.00 | 700.00 | | | | | | | 4,200.00 |
| Michael Forrest | Associate | 10 | 0.30 | 700.00 | 0.50 | 700.00 | | | | | 560.00 |
| Michael Forrest | Associate | 11 | 31.90 | 700.00 | 68.00 | 700.00 | | | | | 69,930.00 |
| Michael Forrest | Associate | 13 | 3.30 | 700.00 | 2.50 | 700.00 | | | | | 4,060.00 |
| Michael Forrest | Associate | 15 | 1.50 | 700.00 | | | | | | | 1,050.00 |
| | | | | | | | | | | | |
| Nicole Graham | Associate | 8 | | | | | 177.90 | 350.00 | | | 62,265.00 |
| | | | | | | | | | | | |
| Patrick McCarthy | Associate | 1 | 26.10 | 450.00 | 12.10 | 450.00 | | | | | 17,190.00 |
| Patrick McCarthy | Associate | 6 | 87.00 | 450.00 | 3.70 | 450.00 | | | | | 40,815.00 |
| Patrick McCarthy | Associate | 8 | 345.10 | 350.00 | | | | | | | 120,785.00 |
| Patrick McCarthy | Associate | 9 | 248.10 | 450.00 | 277.70 | 450.00 | | | | | 236,610.00 |
| Patrick McCarthy | Associate | 11 | | | 2.00 | 450.00 | | | | | 900.00 |
| Patrick McCarthy | Associate | 13 | | | 0.40 | 450.00 | | | | | 180.00 |
| | | | | | | | | | | | |
| Peter Rocque | Associate | 1 | 158.00 | 650.00 | 111.70 | 650.00 | | | | | 175,305.00 |
| Peter Rocque | Associate | 6 | 73.10 | 650.00 | | | | | | | 47,515.00 |
| Peter Rocque | Associate | 8 | 220.60 | 350.00 | | | | | | | 77,210.00 |
| Peter Rocque | Associate | 11 | 15.80 | 650.00 | | | | | | | 10,270.00 |
| Peter Rocque | Associate | 12 | 31.70 | 650.00 | | | | | | | 20,605.00 |
| Peter Rocque | Associate | 13 | 3.50 | 650.00 | | | | | | | 2,275.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Randall Ewing | Partner | 1 | | | 2.40 | 800.00 | | | 38.00 | 800.00 | 32,320.00 |
| Randall Ewing | Partner | 1 | | | 2.80 | 900.00 | | | | | 2,520.00 |
| Randall Ewing | Partner | 3 | | | | | | | 1.10 | 800.00 | 880.00 |
| Randall Ewing | Partner | 5 | | | 0.60 | 800.00 | 1.00 | 800.00 | 17.20 | 800.00 | 15,040.00 |
| Randall Ewing | Partner | 6 | | | | | | | 23.90 | 800.00 | 19,120.00 |
| Randall Ewing | Partner | 7 | | | 0.60 | 800.00 | | | 2.20 | 800.00 | 2,240.00 |
| Randall Ewing | Partner | 9 | | | 130.90 | 800.00 | 26.90 | 800.00 | | | 126,240.00 |
| Randall Ewing | Partner | 9 | | | 27.10 | 900.00 | | | | | 24,390.00 |
| Randall Ewing | Partner | 10 | | | | | | | 8.20 | 800.00 | 6,560.00 |
| Randall Ewing | Partner | 11 | | | 11.20 | 800.00 | | | 5.30 | 800.00 | 13,200.00 |
| | | | | | | | | | | | |
| Robert King | Partner | 1 | | | | | 65.20 | 900.00 | | | 58,680.00 |
| Robert King | Partner | 6 | | | 496.20 | 900.00 | 128.90 | 900.00 | | | 562,590.00 |
| Robert King | Partner | 10 | | | | | 0.20 | 900.00 | | | 180.00 |
| | | | | | | | | | | | |
| Robert Litan | Partner | 1 | | | | | 125.70 | 1,350.00 | 43.30 | 1,350.00 | 228,150.00 |
| Robert Litan | Partner | 3 | | | | | | | 1.20 | 1,350.00 | 1,620.00 |
| Robert Litan | Partner | 4 | | | | | 6.80 | 1,350.00 | 0.80 | 1,350.00 | 10,260.00 |
| Robert Litan | Partner | 5 | | | | | 50.70 | 1,350.00 | 45.70 | 1,350.00 | 130,140.00 |
| Robert Litan | Partner | 6 | | | | | 66.80 | 1,350.00 | 46.80 | 1,350.00 | 153,360.00 |
| Robert Litan | Partner | 7 | | | | | 14.90 | 1,350.00 | 23.80 | 1,350.00 | 52,245.00 |
| Robert Litan | Partner | 8 | | | | | 2.00 | 1,350.00 | | | 2,700.00 |
| Robert Litan | Partner | 9 | | | | | 20.90 | 1,350.00 | | | 28,215.00 |
| Robert Litan | Partner | 10 | | | | | | | 4.20 | 1,350.00 | 5,670.00 |
| Robert Litan | Partner | 11 | | | | | 302.80 | 1,350.00 | 30.70 | 1,350.00 | 450,225.00 |
| | | | | | | | | | | | |
| Ryan Cortazar | Senior Associate | 1 | | | | | 0.50 | 600.00 | | | 300.00 |
| | | | | | | | | | | | |
| Stephanie Clerkin | Litigation Support | 5 | | | 1.00 | 250.00 | | | | | 250.00 |
| Stephanie Clerkin | Litigation Support | 8 | | | | | | | 0.60 | 250.00 | 150.00 |
| Stephanie Clerkin | Litigation Support | 9 | | | | | 0.50 | 250.00 | | | 125.00 |
| | | | | | | | | | | | |
| Stephen Tillery | Partner | 1 | | | 2.70 | 1,350.00 | 11.20 | 1,350.00 | 15.60 | 1,350.00 | 39,825.00 |
| Stephen Tillery | Partner | 1 | 1.80 | 1,600.00 | 2.10 | 1,600.00 | | | | | 6,240.00 |
| Stephen Tillery | Partner | 1 | 2.00 | 1,700.00 | | | | | | | 3,400.00 |
| Stephen Tillery | Partner | 2 | 1.00 | 1,700.00 | | | | | | | 1,700.00 |
| Stephen Tillery | Partner | 5 | | | 0.10 | 1,350.00 | 3.50 | 1,350.00 | 10.20 | 1,350.00 | 18,630.00 |
| Stephen Tillery | Partner | 5 | 6.10 | 1,700.00 | 1.20 | 1,600.00 | | | | | 12,290.00 |
| Stephen Tillery | Partner | 6 | | | 3.60 | 1,350.00 | 21.60 | 1,350.00 | 2.80 | 1,350.00 | 37,800.00 |
| Stephen Tillery | Partner | 6 | 1.60 | 1,600.00 | 3.20 | 1,600.00 | | | | | 7,680.00 |
| Stephen Tillery | Partner | 6 | 30.60 | 1,700.00 | | | | | | | 52,020.00 |
| Stephen Tillery | Partner | 7 | | | 0.60 | 1,600.00 | 1.80 | 1,350.00 | 5.00 | 1,350.00 | 10,140.00 |
| Stephen Tillery | Partner | 7 | 11.90 | 1,700.00 | | | | | | | 20,230.00 |
| Stephen Tillery | Partner | 9 | | | 3.40 | 1,350.00 | 3.40 | 1,350.00 | | | 9,180.00 |
| Stephen Tillery | Partner | 9 | 0.80 | 1,600.00 | 1.50 | 1,600.00 | | | | | 3,680.00 |
| Stephen Tillery | Partner | 9 | 11.40 | 1,700.00 | | | | | | | 19,380.00 |
| Stephen Tillery | Partner | 10 | 8.40 | 1,700.00 | 8.40 | 1,600.00 | | | | | 27,720.00 |
| Stephen Tillery | Partner | 11 | | | 4.20 | 1,350.00 | 24.30 | 1,350.00 | 3.50 | 1,350.00 | 43,200.00 |
| Stephen Tillery | Partner | 11 | 0.20 | 1,600.00 | 7.60 | 1,600.00 | | | | | 12,480.00 |
| Stephen Tillery | Partner | 11 | 68.90 | 1,700.00 | | | | | | | 117,130.00 |
| Stephen Tillery | Partner | 12 | | | 0.40 | 1,350.00 | | | | | 540.00 |
| Stephen Tillery | Partner | 12 | 41.90 | 1,700.00 | 2.60 | 1,600.00 | | | | | 75,390.00 |
| Stephen Tillery | Partner | 13 | 0.70 | 1,600.00 | 2.90 | 1,600.00 | | | | | 5,760.00 |
| Stephen Tillery | Partner | 13 | 168.50 | 1,700.00 | | | | | | | 286,450.00 |
| Stephen Tillery | Partner | 15 | 54.70 | 1,700.00 | 0.20 | 1,600.00 | | | | | 93,310.00 |
| | | | | | | | | | | | |
| Steven Berezney | Partner | 5 | | | | | 0.50 | 850.00 | | | 425.00 |
| | | | | | | | | | | | |
| Tracee Tidwell | Paralegal | 6 | | | 2.00 | 300.00 | | | | | 600.00 |
| | | | | | | | | | | | |
| Walter Noss | Partner | 13 | 2.00 | 1,200.00 | | | | | | | 2,400.00 |
| **TOTAL** | | | **6,432.60** | | **9,049.20** | | **8,293.10** | | **1,436.00** | | **15,492,262.50** |

**Category Codes**

(1) Investigation / Factual or Legal Research
(2) Lead Counsel Calls/Meetings
(3) Attorney Communications
(4) Client Communications
(5) Case Management & Litigation Strategy
(6) Pleadings/Briefs/Pretrial Motions
(7) Discovery (Draft/Respond/Meet & Confer)
(8) Discovery (Document Review)
(9) Discovery (Depositions)
(10) Court Appearances & Preparation
(11) Experts/Consultants
(12) Settlement/Mediation
(13) Trial Preparation
(14) Trial
(15) Appeals

# Annex
# 3

## Annex 3

## Korein Tillery Costs in Connection with Google Play Litigation

From August 14, 2020 to October 12, 2023

| Categories | Sum of Amount |
|---|---|
| **Research Services** | **$76,326.11** |
| 2020 | 5,871.30 |
| 2021 | 14,685.87 |
| 2022 | 35,143.73 |
| 2023 | 20,625.21 |
| **Postage / Shipping** | **$373.62** |
| 2020 | 139.98 |
| 2021 | 142.27 |
| 2023 | 91.37 |
| **Duplicating** | **$2,197.18** |
| 2020 | 142.65 |
| 2021 | 120.45 |
| 2022 | 1,216.10 |
| 2023 | 717.98 |
| **Travel** | **$15,627.59** |
| 2022 | 7,236.74 |
| 2023 | 8,390.85 |
| **Expert Services** | **$96,593.95** |
| 2020 | 1,650.00 |
| 2021 | 94,943.95 |
| **Court Costs** | **$4,080.06** |
| 2020 | 2,901.80 |
| 2021 | 718.26 |
| 2022 | 460.00 |
| **Phone / Conference Calls** | **$60.40** |
| 2020 | 23.77 |
| 2021 | 13.55 |
| 2022 | 5.76 |
| 2023 | 17.32 |
| **Office Supplies** | **$141.40** |
| 2020 | 141.40 |
| **TOTAL COSTS** | **$195,400.31** |