Karma M. Giulianelli (SBN 184175)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com

Hae Sung Nam (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
hnam@kaplanfox.com

*Co-Lead Consumer Counsel*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*,<br>Case No. 3:20-cv-05761-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*,<br>Case No. 3:21-cv-05227-JD | No. 3:21-md-02981-JD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PRITZKER LEVINE LLP'S STATEMENT OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

I, ELIZABETH C. PRITZKER, declare as follows:

1. I am the co-founder and managing partner at the law firm of Pritzker Levine LLP, located in Emeryville, California. I have been licensed to practice law in the State of California since 1990. I am admitted to practice in the U.S. District Courts for the Northern, Central, Southern and Eastern Districts of California, the District of Colorado, the Eastern District of Michigan, and the United States Supreme Court. On December 16, 2020, I was appointed by the Court to serve as Liaison Counsel for the Consumer Plaintiffs in this action. ECF No. 128.

2. I submit this declaration in support of the Consumer Plaintiffs' Statement of Attorneys' Fees and Costs. The facts set forth in this declaration are based on my personal knowledge and on business records associated with this matter and/or my firm. If called as a witness, I could and would testify competently thereto.

**THE PRITZKER LEVINE FIRM**

3. Attached as **Annex 1** is Pritzker Levine's firm bio, which includes information about the credentials and experience of the attorneys and other personnel who staffed our team for this case. I am the managing partner of the firm, head the firm's antitrust practice, and serve as the principal counsel for Pritzker Levine in this litigation. During the pendency of this action, at the request of and in coordination with Co-Lead Counsel, my firm has worked on behalf of Consumer Class and Consumer Plaintiffs from case inception through settlement.[1] My firm has been involved in multiple litigation activities that were assigned to us by Co-Lead Counsel on behalf of the Consumer Class and Consumer Plaintiffs.

**PRITZKER LEVINE LEGAL FEES AND COSTS**

4. In accordance with instructions from Co-Lead Counsel, all Pritzker Levine LLP attorneys, paralegals, and other billable personnel assigned to this matter made contemporaneous records of the time they devoted to this case, which were maintained in the ordinary course of

[1] "Co-Lead Counsel" refers to Karma Giulianelli of Bartlit Beck LLP and Hae Sung Nam of Kaplan, Fox and Kilsheimer LLP. Mss. Giulianelli and Nam were appointed as lead counsel of a putative class on December 16, 2020. "Consumer Class" refers to the Class that was certified on November 28, 2022, and later decertified on September 13, 2023.

business in an electronic database administered by our firm.

5. Consistent with our standard practice and following instructions from Co-Lead Counsel, I and other attorneys and staff working at my direction audited all of the billable time entries, and deleted any entries in which descriptions were insufficiently detailed, tasks or entries appeared duplicative, or if the specific task or amount of time billed was not reasonably necessary to advance the litigation in the interest of consumers. In my professional opinion and judgment, the entries appear to be reliable. In accordance with the Court's order, fee documentation was submitted to Co-Lead Counsel on a monthly basis for their review and the final compiled fee documentation has been provided to Co-Lead Counsel for their additional audit and review.

6. Attached as **Annex 2** is a summary of the hours contemporaneously recorded by the billable Pritzker Levine personnel who performed significant work in the prosecution of this lawsuit, from case inception through October 12, 2023. This summary identifies the total amount of time devoted to each category of tasks by each billable Pritzker Levine professional, using codes that are consistent with those that have been used in recent class fee submissions in this Court and other federal courts within the Ninth Circuit. The summary also identifies each professional's name, title, hourly rate, and a calculation of the resulting fees. The hourly rates for each attorney and staff member listed are the usual and customary hourly rates charged by Pritzker Levine for similar work. Detailed time entries are also available for inspection by the Court upon request.

7. I am personally familiar with the character, quality, and extent of the work performed by each of the lawyers and other billable professionals who performed work in this case. In my judgment, the work reflected on the tables attached hereto was necessary to advancing the litigation in the interests of consumers, consistent with the instructions and tasks assigned by Co-Lead Counsel, and performed competently and with efficiency.

8. Attached as **Annex 3** is a summary of the costs incurred in prosecuting this lawsuit on behalf of Consumer Plaintiffs. The expenses incurred by the firm are reflected in the books and records of Pritzker Levine. These books and records are prepared from checks and expense

vouchers regularly kept and maintained by the firm and accurately reflect expenses incurred. Cost documentation has also been provided to Co-Lead Counsel for their additional audit and review.

9. The compensation to Pritzker Levine for the services rendered on behalf of Consumer Plaintiffs is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by the Court.

10. I hereby certify that the fees and costs sought were actually incurred and were reasonably necessary to the prosecution of this multiyear class action lawsuit.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2025.

*/s/ Elizabeth C. Pritzker*
ELIZABETH C. PRITZKER

# Annex 1
# PRITZKER LEVINE LLP
# Law Firm Resume

PRITZKER LEVINE LLP

PHONE: 415.692.0772
FAX: 415.366.6100
WWW.PRITZKERLEVINE.COM

**Pritzker Levine LLP** is a boutique law firm focused on complex litigation and trial work nationwide. Our attorneys bring a unique blend of expertise, efficiency and sound judgment to the vigorous representation of clients in individual and class cases.

Pritzker Levine attorneys have successfully represented corporate clients, public entities, pension funds, small businesses, nonprofit groups, labor unions, whistleblowers and injured persons in cases involving antitrust violations, privacy violations, unfair competition, securities fraud and derivative claims, commercial disputes, employment law and personal injuries – resulting in recoveries in excess of $2 billion.

Founding partners, Elizabeth Pritzker and Jonathan Levine, each have more than 30 years of experience in complex, multi-party and class litigation. The firm's highly accomplished attorneys have repeatedly been recognized as "*Top Attorneys*," "*Super Lawyers*" or "*Rising Stars*" in their fields for their work serving their clients' interests in courtrooms, mediations and arbitrations across the country.

Pritzker Levine LLP maintains offices in California and represents clients in state and federal courts throughout the United States.

## ANTITRUST

Pritzker Levine has served as a lead or co-lead counsel in antitrust litigation matters representing plaintiff classes alleging price fixing, monopolization and other anticompetitive conduct. We serve in a court-appointed leadership capacity in certain cases, and contribute as members of a court-approved executive committee or in a supportive role for the lead law firms in other cases.

While our leadership role varies, our contributions are always valuable. Our leadership experience includes the following antitrust matters:

- ***In Re: GoodRx And Pharmacy Benefit Manager Antitrust Litigation (No. II)***, MDL No. 1:25-md-03148-MSM-AEM (D.R.I.): Elizabeth Pritzker serves on the Plaintiffs' Interim Executive Committee in this multidistrict litigation in which independent pharmacy plaintiffs allege that defendants GoodRx and the four pharmacy benefit managers have engaged in anticompetitive conduct through GoodRx's "integrated savings program." Plaintiffs seek to represent nationwide classes of independent pharmacies that have been reimbursed for generic prescription medications pursuant to the integrated savings program at rates that plaintiffs maintain are artificially low. The case is in active litigation before Judge Mary S. McElroy in the District of Rhode Island.

- ***In Re Google Play Store Antitrust Litigation***, MDL No. 3:21-md-02981-JD (N.D. Cal.): Elizabeth Pritzker, as court-appointed Liaison Counsel, represents consumer class plaintiffs who use the Android OS operating system on their smart phone devices and who have downloaded or purchased applications ("apps") through the Google Play Store. Plaintiffs allege that Google knowingly created and exerted an unlawful monopoly over the market for the distribution of apps through the Android OS, making it impossible for users to purchase apps other than through the Google Play Store. Following the Ninth Circuit's affirmance of a jury verdict against Google in the related *Epic v. Google* action, the case has returned to Judge James Donato in the U.S. District Court for the Northern District of California. A settlement that would resolve the claims of the consumer class and several State Attorneys General is awaiting Court approval.

- ***In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation***, MDL No. 2785 (D. Kan.): Co-Lead Class Counsel Elizabeth Pritzker represented a certified class of end-payer plaintiffs in a nationwide RICO and multi-state antitrust class action alleging that Mylan NV and Pfizer, Inc., the seller and manufacturer of the life-saving EpiPen, respectively, engaged in an unlawful scheme to sharply increase the price of the device while at the same time stifling competition seeking to enter the market. The case proceeded before Judge Daniel D. Crabtree in the U.S. District Court of Kansas. A $345 million settlement with Pfizer received final court approval on November 17, 2021. A $264 million settlement with Mylan received final approval on July 11, 2022. The combined settlements provided $609 million in monetary relief for the class.

- ***In re Packaged Seafood Products Antitrust Litigation***, MDL No. 2670 (S.D. Cal.): Elizabeth Pritzker and Pritzker Levine served on the leadership team and as trial counsel, representing a certified class of consumers in a multi-district antitrust case alleging price-fixing by the major producers of canned or packaged tuna products. Following a favorable *en banc* opinion by the Ninth Circuit Court of Appeals affirming the district court's class certification decision, the case was set for trial on July 16, 2024. The multi-district litigation finally settled just two weeks before the commencement of trial, for class-wide settlements totaling $162 million. Judge Dana M. Sabraw in the U.S. District Court for the Southern District of California granted final approval of the settlements on November 22, 2024.

- ***In re National Collegiate Athletic Association Grant-In-Aid Cap Antitrust Litigation***, MDL No. 2541 (N.D. Cal.): Additional Class Counsel Elizabeth Pritzker and Pritzker Levine represented college football and basketball players in an antitrust class-action against the National Collegiate Athletic Association (NCAA) and the NCAA's most powerful conference members, the Pac-12, Big Ten, Big-12, SEC and ACC, claiming that these entities have agreed in violation of national antitrust laws to unlawfully cap the value of athletic scholarships. Firm clients, Justine Hartman and Afure Jemerigbe, both former University of California-Berkeley women's basketball players, served as class representatives in the case. Nationwide classes seeking injunctive relief have been certified, and $208 million class damages class settlement received final court approval in 2017. The injunctive relief case was tried, successfully, before the Hon. Claudia Wilken in 2018. The U.S. Supreme Court unanimously affirmed the judgment in June 2021. *Nat'l Collegiate Athletic Ass'n v. Alston*, __ U.S. __, 141 S. Ct. 2141 (June 21, 2021).

- ***In re Cattle and Beef Antitrust Litigation,*** MDL No. 22-md-03031-JRT (D. Minn.): Michael Schrag and George Sampson serve on the court-appointed Plaintiffs' Executive Committee for Producer Plaintiffs. Plaintiffs allege that the four largest meat packing companies conspired to suppress the prices paid to cattle ranchers for fed cattle.

- ***Al's Discount Plumbing, LLC et al., v. Viega, LLC***, Case No. 1:19-cv-159 (M.D. PA): In her court-appointed role as Co-Lead Class Counsel, Elizabeth Pritzker represented indirect purchasers in a multi-state class action alleging

anticompetitive and exclusionary conduct by a leading manufacturer of copper press pipe fittings. Chief Judge Christopher C. Conner in the U.S. District Court for the Middle District of Pennsylvania granted final approval granted final approval to a $15 million settlement on behalf of a multi-state class of indirect purchasers of Viega ProPress® copper press fittings on December 18, 2020.

- ***In re HIV Antitrust Litigation,*** Case No. 3:19-cv-02573-EMC (N.D. Cal.): Pritzker Levine represented plaintiffs and putative class members in a class action lawsuit against drug manufacturer Gilead and others, including Johnson & Johnson and Bristol-Meyers Squibb, for knowingly colluding to raise the price of anti-HIV drugs, and wrongfully raising the price of treatment for the one million people in the United States living with HIV.

- ***Wood Mountain Fish LLC, et al, v. Mowi ASA (fka Marine Harvest ASA), et al.***, Case No. 19-cv-22128-RS (S.D. Fla.): Elizabeth Pritzker and Pritzker Levine served on the Plaintiffs' Steering Committee and represent an indirect purchaser plaintiff class in a multi-state antitrust class action alleging price fixing by the major producers of farm-raised salmon and salmon products. Judge Rodney Smith in the U.S. District Court for the Southern District of Florida (Ft. Lauderdale) granted final approval to a $33 million antitrust class settlement on February 27, 2023.

- ***In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation***, MDL No. 2542 (S.D.N.Y.): Pritzker Levine served on the Indirect Purchaser Plaintiff Litigation Committee and represents consumers and a proposed class of indirect purchasers in a nationwide class action against Keurig Green Mountain, Inc., Green Mountain Roasters, Inc., and Keurig, Inc. (collectively "Keurig"), for allegedly monopolizing the U.S. market for the sale of single-serve portion packages of coffee, tea, cocoa and other beverages. This multi-district litigation was consolidated before Judge Vincent S. Broderick in U.S. District Court for the Southern District of New York, who approved a $31 million class settlement on June 7, 2021.

- ***In re Disposable Contact Lens Antitrust Litigation,*** MDL No. 2626 (M.D. Florida): In its role on the Plaintiffs' Steering Committee, Pritzker Levine represented plaintiffs and a certified class in an antitrust class action against contact lens

manufacturers alleging that they colluded to maintain the retail prices of contact lenses by imposing resale price maintenance restrictions on those products. This multi-district litigation was consolidated before Judge Harvey E. Schlesinger in the U.S. District Court for the Middle District of Florida, and ultimately settled in March 2023 on the eve of trial for a total recovery of $118 million.

- ***In re Transpacific Passenger Air Transportation Antitrust Litigation***, Case No. 07-cv-5634-CRB (N.D. Cal.): Elizabeth Pritzker, as a member of Plaintiffs' Executive Committee, represented a class of consumers and direct purchasers in a multi-district class action alleging fuel surcharge price-fixing by airlines in the transpacific passenger airline market. Plaintiffs secured class settlements totaling approximately $160 million.

- ***In re TFT-LCD (Flat Panel) Antitrust Litigation***, MDL No. 1827 (N.D. Cal.): Liaison Counsel Elizabeth Pritzker represented a certified class of direct purchaser plaintiffs in a multi-district antitrust class action alleging price-fixing by foreign and domestic manufacturers of Thin Film Transistor Liquid Crystal Display (TFT-LCD) panels and products. The case resulted in class settlements of $473 million, and an $87 million jury verdict before trebling. The case was litigated and tried to verdict before Northern District of California Judge Susan Illston.

- ***Il Fornaio (America) Corporation et al. v. Lazzari Fuel Company, LLC et al.,*** Case No. 13-cv-05197-WHA (N.D. Cal.): Class Counsel Elizabeth Pritzker represented a certified class of direct purchasers in antitrust class action alleging customer allocation and bid rigging among sellers of restaurant grade mesquite charcoal. Northern District of California Judge William Alsup granted final approval of a class-wide settlement that resulted in settlement payments to class members representing approximately 85% of actual antitrust damages.

- ***In re Lithium Ion Rechargeable Batteries Antitrust Litigation***, MDL No. 2420 (N.D. Cal.): Elizabeth Pritzker and Pritzker Levine served as on the court-appointed Plaintiffs' Steering Committee, representing direct purchasers in a multi-district antitrust class action alleging price-fixing by the major manufacturers of lithium ion rechargeable batteries. Direct purchaser plaintiffs secured over $70 million in settlements. Northern District of California Judge Yvonne Gonzalez Rogers

granted final settlement approval on May 8, 2018.

- ***In re Domestic Drywall Antitrust Litigation***, MDL No. 2437 (E.D. Pa.): Pritzker Levine served as a member of the Plaintiffs Steering Committee, representing 501(c)(3) nonprofit community development organizations and a proposed class of indirect purchasers, in a class action alleging a conspiracy among gypsum board manufacturers and distributors to fix the prices of gypsum board. This multi-district litigation resulted in several indirect purchaser class settlements. Eastern District of Pennsylvania Judge Michael M. Baylson presided over the case.

## UNFAIR COMPETITION AND PRIVACY VIOLATIONS

Pritzker Levine and its attorneys have represented consumers injured by violations of a wide variety of deceptive practices and consumer protection laws. We have brought claims for all types of consumers, including credit card holders and purchasers of prescription drugs, motor vehicles, cosmetics, consumer electronics, and time shares interests. We also prosecute privacy class actions for consumers whose personal information was tracked and sold without their consent or who have impacted by computer malware or data breaches. Examples of some of our consumer law cases include:

- ***In re Google RTB Consumer Privacy Litigation***, Case No. 5:21-cv-02155-LHK-VKD (N.D. Cal.): Elizabeth Pritzker serves as court-appointed Interim Class Counsel in this consolidated class action on behalf of a nationwide class of Google account holders alleging that class members' personal information is improperly sold and disseminated by Google to thousands of companies through Google's proprietary advertising auction process, which is effectuated through real-time bidding ("RTB") auctions (the "Google RTB") in violation of California and federal law. The consolidated actions are pending before Northern District of California Judge Yvonne Gonzalez Rogers. The parties have reached a settlement in principle and Plaintiffs intend to file settlement approval papers by September 2025.

- ***Hubbard v. Google LLC***, Case No. 5:19-cv-07016-SVK (N.D. Cal.): Pritzker Levine, as Co-Lead Counsel, represents a proposed class of minor children and their parents or guardians alleging that Google and YouTube illegally tracked and collected personal information from minor children viewing children's content on the YouTube platform. The Ninth Circuit's reversed a district court's order dismissing the case in a published, precedential opinion that held that Plaintiffs' claims were not preempted by the Children's Online Privacy Protection Act. After the litigation returned to Northern District of California Judge Susan van Keulen, the parties reached a settlement. Plaintiffs filed for preliminary approval of the settlement on August 18, 2025.

- ***In re ZF-TRW Airbag Control Units Products Liability Litigation*****,** MDL No. 2:19-ml-02905-JAK-FFM (C.D. Cal.): Jonathan Levine serves as Plaintiffs' Liaison Counsel in a multi-district action alleging that certain vehicles are installed with a defective Airbag Control Unit ("ACU") designed by ZF Friedrichshafen AG. Plaintiffs allege that this defective ACU causes a critical component that monitors signals from crash sensors throughout affected vehicles to be unreasonably susceptible to damage from electrical overstress, which can result in malfunctioning airbags and seatbelts. The consolidated actions are pending before Central District of California Judge John A. Kronstadt. Plaintiffs have settled with Defendants Toyota, Mitsubishi, Hyundai and Kia (and related entities). The last-reached settlement, with Hyundai-Kia, is set for a final approval hearing on September 29, 2025.

- ***In Re: Lenovo Adware Litigation***, MDL No. 2624 (N.D. Cal): Pritzker Levine, as Co-Lead Class Counsel, represented a certified class of more than 800,000 consumers in a nationwide multi-district class action against Lenovo and Superfish for damages arising from the surreptitious installation of a Superfish spyware program by Lenovo on certain notebook computer models sold in the United States. The Superfish program "VisualDiscovery" allowed Superfish to monitor and alter computer users' internet search results, and made those computers vulnerable to security breaches and data theft. The litigation resulted in an $8.3 million settlement to compensate purchasers of the affected Lenovo computers.

- ***In re Adobe Systems, Inc., Privacy Litigation***, Case No. 13-cv-05226-LHK (N.D. Cal.): As a member of the Plaintiffs' Executive Committee, Pritzker Levine partner

Elizabeth Pritzker represented consumers and a proposed class of users of Adobe software products whose personal private information or property was compromised as a result of allegedly substandard security practices at Adobe that lead to a massive data and security breach in September 2013. The parties reached a settlement which required Adobe to substantially strengthen its security controls, including by undertaking new intrusion detection and encryption measures.

- ***In re Countrywide Financial Corp. Data Security Breach Litigation***, Case No. 3:08-MD-1988 (W.D. Ky.): As a member of the Plaintiffs' Executive Committee, Pritzker Levine partner Jonathan Levine represented a nationwide class of more than 2.4 million customers and potential customers of Countrywide whose personal information was stolen by a former employee and then sold to competing mortgage lenders. The case settled for more than $10 million of cash and other benefits as well as changes in Countrywide's business practices.

- ***Beringer v. Certegy Check Services, Inc.***, Case No. 8:07-cv-1657-SDM (M.D. Fla.): As a member of the Plaintiffs' Executive Committee, Pritzker Levine partner Jonathan Levine represented a nationwide class of more than 5.5 million consumers whose financial records were stolen by a company employee and then resold to a third-party marketer. The case settled for in excess of $100 million of cash and other benefits as well as changes in Certegy's business practices.

- ***In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation***, MDL No. 2672 (N.D. Cal): As cooperating plaintiffs' counsel, Pritzker Levine represented class representatives in multi-district litigation stemming from Volkswagen's admission to federal regulators in September 2015 that the company used illegal software to cheat emissions tests on certain of its four-cylinder diesel cars, including the popular TDI models of the VW Jetta, Passat, Golf and Beetle, and the Audi A3 TDI diesel sedan. A set of class settlements for monetary compensation and auto repairs totaling more than $10.3 billion has received final court approval.

- ***Gathron v. Chrysler Group, LLC***, Case No. 4:13-cv-05922-WHO (N.D. Cal.): As Co-lead Counsel, Pritzker Levine partners Elizabeth Pritzker and Bethany Caracuzzo

represented a proposed class of owners and lessees of 2011-2012 Dodge Chargers alleging that factory-installed headlight harnesses in these model year vehicles were defective and posed a serious safety hazard. The case was filed in the U.S. District Court for the Northern District of California, before Judge William H. Orrick. As a result of plaintiffs' efforts, Chrysler instituted a recall and repair program that included reimbursement benefits to vehicle lessees and owners.

- ***In re GIB LLC Cases***, J.C.C.P. No. 4657 (Cal. Sup. Ct., County of Los Angeles): As Co-lead Class Counsel in this California State Court Judicial Council Coordinated Proceeding, Elizabeth Pritzker represented certified classes of salon owners, hair stylists and consumers who were exposed to off-gassing formaldehyde and other harsh chemicals from the Brazilian Blowout line of hair smoothing products and hair treatments that were deceptively advertised as "formaldehyde free" and as not containing harmful chemicals. In January 2014, the Los Angeles Superior Court granted final approval to a class settlement that provided substantial monetary benefits distributed to stylists and consumers, together with business practice changes with respect to the marketing, sale, handling, use, and disposition of Brazilian Blowout products.

- ***Benedict v. Diamond Resorts Corp., et al.,*** Case No. 1:2012cv00183 (D. Hawaii): Pritzker Levine partners Elizabeth Pritzker and Jonathan Levine, as Co-lead Counsel, represented a class of timeshare owners challenging the imposition of an unauthorized Special Assessment fee for the repair of one of the timeshare resorts in Hawaii. Judge David A. Ezra granted final approval to a class action settlement of the matter in June 2013.

- ***Berrien v. New Raintree Resorts, International, LLC, et al.,*** Case No. 4:10-cv-03125-CW (N.D. Cal): Pritzker Levine partners Jonathan Levine and Elizabeth Pritzker, as Class Counsel, represented timeshare vacation program members of Raintree Vacation Club and Club Regina who were charged a Special Assessment Fee. Following favorable decisions on defendants' motions to dismiss by Northern District of California Judge Claudia Wilken and plaintiffs' motion for class certification, the case resulted in a court-approved class settlement.

- ***Wixon v. Wyndham Resort Development Corp., et al.***, Case No. C 07-2361- JSW (BZ) (N.D. Cal.): Pritzker Levine partners Jonathan Levine and Elizabeth Pritzker, as Lead Class and Derivative Counsel, represented time-share owners in a nationwide class action challenging pricing of WorldMark resorts and in derivative litigation against the WorldMark Board of Directors challenging corporate governance matters. After more than four years of litigation in federal and state court, the case was settled on favorable terms.

- ***In re Providian Credit Card Cases***, J.C.C.P. No. 4085 (Cal. Sup. Ct., County of San Francisco): Pritzker Levine partner Jonathan Levine represented as Co-lead Counsel a nationwide class of Providian credit card holders in this California State Court Judicial Council Consolidated Proceeding. The lawsuit alleged that Providian engaged in unlawful, unfair and fraudulent business practices by charging its customers unauthorized fees and charges. The case resulted in a $105 million settlement, plus injunctive relief – one of the largest class action recoveries arising out of consumer credit card litigation.

- ***In re GM Cases,*** J.C.C.P. No. 4396 (Cal. Sup. Ct., County of Los Angeles): Pritzker Levine partner Elizabeth Pritzker, as Class Counsel, represented a certified class of owners and lessees of Chevrolet Silverado trucks whose vehicle engines had abnormal "knock, ping or slap" noise. The complaint alleged that GM maintained an Engine Knock Noise Adjustment Program that gave owners and lessees who complained free extended warranties and other benefits, but that GM failed to notify all affected owners and lessees of the Adjustment Program and its benefits, in violation of California's Secret Warranty Law. This hotly contested litigation included two unsuccessful appeals by General Motors. The Los Angeles Superior Court finally approved a class settlement in 2009, which was ratified by the Bankruptcy Court for the Southern District of New York in 2011 after GM filed for bankruptcy.

- ***In re Ipod Cases,*** J.C.C.P. No. 4355 (Cal. Sup. Ct., County of San Mateo): Pritzker Levine partner Elizabeth Pritzker, as Co-lead Class Counsel, represented consumers in a nationwide class action lawsuit alleging that Apple's advertising about the battery life of its First and Second Generation iPods was false and misleading. This Judicial Council Coordinated Proceeding, which was filed in

California State Court, resulted in a settlement conservatively valued at $15 million, which provided warranty extensions, battery replacements, cash payments, and store credits for class members. The Honorable Beth Labson Freeman, now a Northern District of California Judge, presided over the case and settlement.

## SHAREHOLDER AND SECURITIES FRAUD LITIGATION

Pritzker Levine's attorneys are leading advocates for individual and institutional investors, and have a deserved reputation for success in representing shareholder interests in derivative or shareholder litigation. Our experience in matters involving shareholder disputes or securities fraud includes the following matters.

- ***Young v. Henderson***, Case No. RG-15-778891 (Cal. Sup. Ct., County of Alameda): Pritzker Levine represented shareholders in direct and derivative litigation filed in California State Court, alleging individual and derivative claims on behalf of six California limited liability companies, and asserting claims for breaches of fiduciary duty, conversion, breaches of contract, and related claims arising out of defendants' alleged misuse and misappropriation of foreign investment funds provided under the federal Immigration Investment, or EB-5, program. Pritzker Levine successfully moved for appointment of a receiver, and facilitated the sale of commercial real estate assets (including the landmark Oakland Tribune Tower), recouping approximately $30 million for foreign investors. The litigation spawned a parallel federal enforcement action by the Securities and Exchange Commission (SEC), and a Ninth Circuit appeal that included a favorable appellate decision for Pritzker Levine and its clients. Northern District of California Judge Richard Seeborg oversaw the litigation.

- ***Securities and Exchange Commission v. Bivona, et al***., Case No. 3:16-cv-01386-EMC (N.D. Cal.): Pritzker Levine represented a majority investor group comprising approximately seventy percent of the membership interests in certain investment funds at issue as real parties in interest in a federal enforcement action by the SEC against a prior fund manager. The investors sought to assume management responsibilities of the funds, which were the subject of a federal receivership, in order to protect their investments and further the investment purposes of the

funds. Northern District of California Judge Edward Chen finally approved a resolution and plan of distribution as advocated by Pritzker Levine's clients.

- ***In re Lehman Brothers Debt/Equity Securities Litigation***, Case No. 1:08-cv-05523-LAK:GWC (S.D.N.Y): Pritzker Levine partner Jonathan Levine represented as Class Counsel a certified class of retail investors in Lehman-issued structured products sold by UBS Financial Services, Inc. The plaintiffs alleged that UBS violated federal securities laws by selling the structured products pursuant to offering documents that misrepresented Lehman's financial condition and failed to disclose that the "principal protection" feature of many of the notes depended upon Lehman's solvency. The case resulted in a settlement that created a $120 million fund to resolve the claims.

- ***In re SLM Corporation Securities Litigation***, Case No. 08 Civ. 1029 (WHP) (S.D.N.Y): Pritzker Levine partner Jonathan Levine, as Lead Counsel, represented a nationwide class of investors of SLM Corporation ("Sallie Mae") in litigation alleging that Sallie Mae, the leading provider of student loans in the U.S., misled the public about its financial performance in order to inflate stock prices. The case resulted in settlement that created a $35 million fund to resolve investors' claims.

- ***In re Winstar Communications Securities Litigation***, Case No. 01 Civ. 3014 (GBD) (S.D.N.Y.): Pritzker Levine partner Jonathan Levine represented Allianz of America, Inc., Fireman's Fund and other large private institutional investors in federal securities litigation against the senior executives of Winstar Communications Inc., Lucent Technologies Inc. and Grant Thornton LLP, arising out of plaintiffs' investments in Winstar Communications, Inc. The case was resolved through several confidential settlements, the last one achieved on the eve of trial.

- ***In re American Express Financial Advisors Securities Litigation***, Case No. 04 Civ. 1773 (DAB) (S.D.N.Y.): Pritzker Levine partner Jonathan Levine represented as Co-lead Counsel a nationwide class of individuals who bought financial plans and invested in mutual funds from American Express Financial Advisors. The case alleged that American Express steered its clients into underperforming "shelf space funds" to reap kickbacks and other financial benefits. The case resulted in a cash settlement of $100 million.

- ***Rosen v. Macromedia, Inc.***, Case No. 988526 (Cal. Sup. Ct., County of San Francisco): Pritzker Levine partner Jonathan Levine, as Co-lead Counsel, represented a certified nationwide class of investors of Macromedia in litigation alleging that the company and certain of its executives misled the public about its financial performance and products in order to inflate its stock price. The case resulted in a settlement with a $48 million fund to resolve investors' claims.

- ***In Re Gupta Corporation Securities Litigation***, Case No. C 94-1517 FMS (N.D. Cal.): Pritzker Levine partner Jonathan Levine represented as Co-lead Counsel a certified nationwide class of investors of Gupta Corporation in litigation alleging that Gupta and its senior-most executives misled the public about the company's financial performance in order to inflate the company's stock price. The case resulted in a $15 million settlement fund to resolve investors' claims.

- ***Provenz v. Miller***, Case No. CV-92-20159-RMW (N.D. Cal.): Pritzker Levine partner Jonathan Levine represented as Co-lead Counsel a certified nationwide class of investors of MIPS Technologies, Inc. in litigation alleging that MIPS and certain of its executives misled the public about its financial performance and products in order to inflate the company's stock price. The case resulted in a settlement that established a $15 million fund to resolve investors' claims.

## BUSINESS LITIGATION

Pritzker Levine has successfully handled litigation matters for corporate and business clients involving breach of contract, breaches of fiduciary duty, unfair competition, deceptive labeling, trade libel and other matters. While we employ our legal and business acumen to resolve business disputes amicably, the firm's attorneys are respected and skillful trial counsel. Some recent cases and trial successes include:

- ***Envirodigm, Inc. v. Apple Inc.***, Case No. 20CV373138 (Cal. Sup. Ct., County of Santa Clara): Pritzker Levine represents a corporate client in a trade secret dispute with Apple regarding a proprietary process and formula used in the manufacture of over a dozen iPhone products, proceeding in California Superior Court. The case is currently on appeal.

- ***Droege v. Cummings***, Case No. CGC-23-604815 (Cal. Sup. Ct., County of San Francisco): Partner Jonathan Levine and associate Caroline Corbitt represented cannabis business owners in breach of contract and fraud actions in connection with the sale their businesses that proceeded in both superior court and arbitration. They obtained a favorable arbitration award and settled the superior court action.

- ***Farmhouse DTLA Inc. v. LA Farmers Inc***., Case No. A245061-24 (Judicate West – Los Angeles): Firm partners Jonathan Levine and Bethany Caracuzzo represented a local tech company in a breach of contract and breach of fiduciary duty arbitration matter arising from an investment in and the subsequent sale of a marijuana grow operation and dispensary in Los Angeles, California. The matter was arbitrated in February 2021, resulting in a favorable arbitration award for the firm's client.

- ***ITyX Solutions, AG v. Kodak Alaris Inc***., Case No. 1:16-cv-10250-ADB (D. Mass.): As chief trial counsel, firm partners Elizabeth Pritzker and Jonathan Levine successfully litigated an international business dispute involving artificial intelligence technologies. After a 10-day trial in the District Court of Massachusetts, the jury returned a unanimous $9.2 million verdict in favor of Pritzker Levine's clients, and United States District Court Judge Allison D. Burroughs entered judgment in favor of the firm's clients on equitable claims. Pritzker Levine also successfully defended the jury verdict after the defendant appealed to the First Circuit Court of Appeals.

- ***BeUbiq, Inc. v. CCG, Inc.,*** Case No. 114cv270691 (Cal. Sup. Ct., County of Santa Clara): Partners Jonathan Levine and Bethany Caracuzzo represented a Silicon Valley tech start-up in a breach of contract action against a software development company that BeUbiq hired to develop the software platform for its principal product, and obtained a California State Court jury verdict favorable to their clients.

- ***BTI Group v. Forrests Music***, Case No. C-17-00780 (Cal. Sup. Ct., County of Contra Costa)*:* Pritzker Levine represented local business owners who were sued for

breach of contract in connection with the sale of their business. Following several months of litigation, Pritzker Levine was able to obtain a dismissal with prejudice for its clients.

## PERSONAL INJURY

Pritzker Levine LLP offers personal, attentive and professional legal services to those who have suffered pain or trauma as result of the negligent or wrongful conduct of others. The firm's attorneys have experience representing personal injury cases involving toxic chemicals, pharmaceuticals, dangerous products, medical malpractice and unsafe conditions. Our lawyers have helped clients in wrongful death cases, and in cases involving serious, permanent and debilitating injuries, such as spine and traumatic brain injuries, severe burns, cancer, and other devastating losses. In all personal injury cases, from class actions to mass actions to individual cases, we rigorously represent every claim and every client. Some of our significant cases include:

- ***In Re Aqueous Film-Forming Foams Products Liability Litig***., MDL No. 2:18-mn-2873-RMG (D.S.C): Elizabeth Pritzker (as an appointed member of the Plaintiffs Steering Committee) and Pritzker Levine represent current and former firefighters and some of their spouses in multi-district litigation against manufacturers, designers, sellers, suppliers, and distributors of Class B firefighting foams as well as protective clothing (turnouts) specifically designed for firefighters. Each of the firefighter plaintiffs has been diagnosed with and treated for cancers, thyroid disease, or ulcerative colitis that Plaintiffs allege were caused by years of on-the-job exposure to per- and polyfluoroalkyl (PFAS) substances present in the firefighting foams they used and the protective clothing they wore. The firm currently represents dozens of firefighter families in five active cases.

- ***Jane Doe and John Doe v. Steven Lawrence Katz, M.D., et a****l*.: Pritzker Levine attorneys represented a mother and child in an action against a fertility clinic for accidentally transferring an embryo belonging to another couple into the mother and the intentional cover-up of the mistake until the child was 10 months old. The other couple then sought and later obtained shared custody of the child in

unrelated family court proceedings. The case resulted in a $1 million settlement for the mother and child despite MICRA limitations in medical malpractice actions.

- ***McKay v. Caltrans***: Pritzker Levine attorneys represented a husband and wife in dangerous road condition action against Caltrans, in which the husband was severely injured by a motorist whose vehicle crossed the median barrier on Highway 80 and struck him head-on. Plaintiffs alleged that Caltrans knew its median barriers could cause such cross-median accidents and failed to take any preventative action. The case resulted in $2.9 million settlement.

- ***Andrade v. JSS Restaurant Group, et al.*** The firm represented a recently-retired client who was hospitalized and treated for severe hemolytic uremic syndrome (HUS) resulting from E. coli bacterium poisoning caused by eating contaminated meal prepared and served by an artisanal burger chain. The case was litigated in the Contra Costa County Superior Court and settled close to trial for a significant monetary sum.

- ***Clergy Sexual Abuse/Coordinated Proceedings***. Pritzker Levine attorneys represented a woman who was sexually abused as a child by her parish priest. Part of landmark action against the Los Angeles Archdiocese and the Diocese of Orange. The 562 cases, spanning four generations of victims, settled for $660 million.

- ***Mallard v. Mills Peninsula Health Services, et a***l. Pritzker Levine represented a client who, as a result of negligent care and treatment at both a hospital and skilled nursing facility, suffered injuries which became necrotic and infected, necessitating amputation of his leg below the knee. The client died in the course of the litigation. The case was filed, litigated and resolved, prior to trial, in a favorable monetary settlement for the client’s estate.

## ATTORNEY PROFILES

### Elizabeth C. Pritzker

Elizabeth C. Pritzker is a co-founding partner of Pritzker Levine LLP, where she represents consumers, shareholders and businesses harmed by corporate wrongdoing and unfair competition. Elizabeth practices exclusively in the areas of litigation, trial and client counseling. She has prosecuted cases against monopolists, price-fixing cartels, big tech, major manufacturers, pharmaceutical companies, and the NCAA.

Elizabeth is frequently appointed by courts to lead major complex cases. Most recently, Elizabeth was appointed to serve as: (1) Interim Class Counsel in *In re Google RTB Consumer Privacy Litigation*, a putative nationwide class action on behalf of Google account holders alleging that class members' personal information is improperly sold and disseminated by Google through Google's proprietary advertising auction process, which is effectuated through real-time bidding ("RTB") auctions in violation of California and federal law; (2) Co-Lead Counsel in the *In Re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, a nationwide RICO and multi-state antitrust class action alleging that Mylan NV and Pfizer, Inc., the seller and manufacturer of the life-saving EpiPen, respectively, engaged in an unlawful scheme to sharply increase the price of the device while at the same time stifling competition from others seeking to enter the market; and (3) as Liaison Counsel for the consumer plaintiff class in the *In re Google Play Store Antitrust Litigation*, a multi-district antitrust class action alleging that Google knowingly created and exerted an unlawful monopoly over the market for the distribution of apps through the Android OS, making it impossible for users to purchase apps other than through the Google Play Store.

Additionally, Elizabeth served on the leadership team and as trial counsel in the *In re Packaged Seafood Products Antitrust Litigation*, a certified class action on behalf of consumers harmed by price-fixing cartelists in the packaged tuna industry. This multi-district antitrust class action resulted in a final settlement in November 2024.

Elizabeth previously served as Additional Class Counsel in *In re NCAA Grant-in-Aid Cap Antitrust Litigation*, in which a trial verdict on behalf of a nationwide class of college athletes challenging NCAA-imposed caps on athletic scholarships was upheld in a unanimous decision by the U.S. Supreme Court in June 2021. *Nat'l Collegiate Athletic Ass'n v. Alston*, __ U.S. __, 141 S. Ct. 2141 (June 21, 2021).

Elizabeth's other past work includes her appointment as Plaintiffs' Class Counsel in *Il Fornaio (America) Corporation v. Lazzari Fuel Company, LLC*, an antitrust class action

alleging customer allocation and bid rigging among sellers of restaurant grade mesquite charcoal. She was appointed to the Direct Purchaser Plaintiffs' Steering Committee in the *In re Lithium Ion Rechargeable Batteries Antitrust Litigation*, and Liaison Counsel in the *In re TFT-LCD (Flat Panel) Antitrust Litigation.*

Elizabeth heads up the firm's antitrust practice, with prior leadership roles in *In re German Automotive Manufacturers Antitrust Litigation* (Plaintiffs' Steering Committee); *In re Transpacific Passenger Air Transportation Antitrust Litigation* (Plaintiffs' Executive Committee); *In re Domestic Drywall Antitrust Litigation* (Liability Team Leader/Plaintiffs' Steering Committee); and *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation* (Indirect Purchaser Plaintiffs' Litigation Committee).

Elizabeth is experienced and successful in trial work. As recent examples, in addition to her work in the *NCAA* trial, she and law firm partner, Jonathan Levine, obtained a $9.2 million federal jury trial verdict for a German-based tech start-up in *ITyX AG v. Kodak Alaris, Inc*, No. 16-cv-10250-ADB (D. MA), that has been upheld by the First Circuit.

Also currently, Elizabeth (as a member of the Plaintiffs Steering Committee in the *In Re Aqueous Film-Forming Foams Products Liability Litigation*) and the Pritzker Levine firm are leading the charge in several personal injury matters on behalf of firefighters who have been diagnosed with cancer and other serious illnesses as a result of their exposure to PFAS chemicals in Class B firefighter foams and firefighter protective gear ("turnouts"). The *AFFF* MDL, Case No. 2:18-mn-2873-RMG (D.S.C), is pending before Judge Richard M. Gergel in the United State District Court of South Carolina.

Elizabeth speaks French and is learning to speak German.

**Education**

- University of San Francisco School of Law, J.D.
- McGill University, B.A (Economics)

**Admissions**

- California
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the District of Colorado, and the Eastern District of Michigan

**Honors/Appointments**

- "Best Lawyers in America" Honoree, Antitrust Law (2026)

- Fellow, International Academy of Trial Lawyers (2024)
- California Lawyers Association “Antitrust Lawyer of the Year” in 2022
- Recipient, American Antitrust Institute (AII) Award for Outstanding Antitrust Litigation Achievement in Private Law Practice, in 2022 and 2015
- *Daily Journal* “Top Antitrust Lawyer in 2020”
- Northern California “Super Lawyer”
- Northern California “Top 100 Lawyers”
- Northern California “Top 50 Women Lawyers”
- Past Chair, Antitrust and Unfair Competition Law Section of the California Lawyers Association, and founder of Section’s Diversity & Inclusion Fellowship Program
- Past Editor-in-Chief, *Competition* - Journal of the Antitrust and Unfair Competition Law Section of the California Lawyers Association
- Past Executive Committee Member of the Antirust and Unfair Competition Law Section of the California Lawyers Association (formerly the State Bar of California)
- Appointed Lawyer Representative, Ninth Circuit Conference Executive Committee
- Appointed Lawyer Representative, United States District Court for the Northern District of California
- Member/Contributing Author, Duke Law Committee on Standards and Best Practices for Increasing Diversity in Mass Tort and Class Action Leadership
- Board of Governors of Consumer Attorneys of California
- Board Member, Legal Aid Society of San Mateo County
- Board Member, Bay Area Lawyers for Individual Freedom

**Memberships**

- American Bar Association, Antitrust Law Section
- California Lawyers Association, Antitrust & UCL Section
- American Association for Justice
- Consumer Attorneys of California
- Alameda County Bar Association
- Bay Area Lawyers for Individual Freedom

**Publications/Speaking Engagements**

- Speaker, *Apple Meets Amex – Two-Sided Liability*, American Bar Association, Antitrust Law Section (June 2020)
- Speaker, *Matters That Involve Antitrust – Some You Expect, Some You Don’t*, Annual Meeting of the California Lawyers Association (September 2019)
- Speaker, *Third Annual Celebration of Women in Competition Law: Why Majority Women Trial Teams Make Sense*, Antitrust UCL & Privacy Section of the California Lawyers Association (March 2019)

- Speaker, *Advising Clients on Antitrust Issues*, Annual Meeting of the California Lawyers Association (September 2018)
- Author, "*Making the Intangible Concrete: Litigating Intangible Harms in a Post-Spokeo World*," Competition - The Journal of the Antitrust, UCL and Privacy Section of the State Bar of California, Vol. 26, No. 1 (Spring 2017)
- Speaker, "*Antitrust 101*," Annual Convention of the State Bar of California (August 2017; September 2016)
- Speaker, "*Multistate Indirect Purchaser Class Actions: Using Consumer Protection Statutes to Hurdle the Illinois Brick Wall*," American Bar Association, Antitrust Law Section (December 2015)
- Moderator, "*Emerging Standards Under the FTAIA*," Antitrust, UCL and Privacy Section of the State Bar of California (February 2015)
- Lecturer, "*Post-Brinker Employment Class Action Seminar*," 46th Annual Consumer Attorneys of California Convention (November 2012)
- Presenter, "*Class Actions under Dukes*," Cambridge International Forums: Plaintiffs Class Action Forum (April 2012)
- Lecturer, *Summary Judgment Seminar*, San Francisco Trial Lawyers Association (February 2012)
- Moderator*, Judicial Perspectives on Class Actions*, Consumer Attorneys of California (March *2012*)

## Jonathan K. Levine

Jonathan K. Levine is a co-founding partner of Pritzker Levine LLP, where he represents investors, multi-national corporations, small businesses, whistleblowers and consumers in individual, derivative and class action litigation. Jonathan has more than 30 years of experience prosecuting complex securities fraud, business, antitrust and consumer class action litigation in state and federal courts.

Jonathan has served in a leadership role in numerous cases brought under federal and state securities, antitrust and consumer statutes. He also has successfully represented whistleblowers before the U.S. Securities and Exchange Commission, the U.S. Commodity Futures Trading Commission and the U.S. Department of Justice. Jonathan currently serves as co-lead counsel in *Hubbard v. Google*, where he represents minor children and their parents in a nationwide lawsuit alleging that Google, YouTube and certain other companies that develop and advertise content on YouTube illegally tracked and collected personal information and persistent identifiers for minor children viewing children's content on YouTube. He is also serving on the leadership team in the *In re ZF-TRW Airbag Control Units Products Liability Litigation*, a nationwide multidistrict class action

concerning defective airbag control units in certain vehicles. Jonathan also has an active role and serves on several committees in the *In re AFFF Products Liability Litigation*, a nationwide multidistrict action seeking compensation for firefighters for injuries suffered from exposure to PFAS chemicals in groundwater, firefighting foam and firefighter protective gear. The *AFFF* MDL is pending before Judge Richard M. Gergel in the United State District Court of South Carolina.

Jonathan has an active business litigation, arbitration, and trial practice. He served as lead trial counsel, with firm partner Elizabeth Pritzker, in *ITyX Solutions, AG v. Kodak Alaris Inc.*, representing several German companies and their executives in an international business dispute involving breaches of contract and fiduciary duty. After a 10-day trial in the District Court of Massachusetts, the jury returned a unanimous $9.2 million verdict in favor of Pritzker Levine's clients. Jonathan served as lead trial counsel, with firm partner Bethany Caracuzzo, in *BeUbiq, Inc. v. CCG, Inc.*, a breach of contract dispute, in which the firm obtained a favorable jury verdict for their Silicon Valley tech clients. Jonathan was also one of the lead trial lawyers in *Corcoran v. CVS Pharmacy, Inc.*, a class action alleging that CVS wrongfully overcharged consumers who were insured and had third-party prescription drug coverage for commonly prescribed generic prescription drugs.

Jonathan currently represents business owners in litigation and arbitration for breach of contract and fraud in connection with the sale of their cannabis businesses. He has also represented another cannabis company in litigation and arbitration for breach of contract and breach of fiduciary duty in connection with the improper sale of a business. He previously represented a local tech entrepreneur in a breach of contract, breach of fiduciary duty and derivative action arising from his ownership interests in several related limited liability companies and partnerships. That action resulted in the recovery of more than $29 million of misappropriated investor funds. Jonathan also represented a group of more than 130 accredited investors in a securities fraud action brought by the SEC against the managers of several investment funds. In that case, he successfully argued for the adoption of a receivership distribution plan different than the plan proposed by the SEC.

**Education**

- Fordham University School of Law, J.D.
- Columbia University, B.A.

**Admissions**

- California
- New York
- Connecticut
- United States Supreme Court

- United States Courts of Appeals for the Second, Fourth, Ninth and Eleventh Circuits
- United States District Courts for the Southern and Eastern Districts of New York, the Northern, Central, Southern and Eastern Districts of California, the Northern District of Texas, the District of Colorado, and the Eastern District of Michigan

**Honors/Appointments**

- Chair (former), Executive Committee of the Business Section of the Alameda County Bar Association
- Vice Chair (former) and Advisor , Executive Committee of the Antitrust and Unfair Competition Law Section of the California Lawyers Association
- Appointed member (former), Committee on Federal Courts of the State Bar of California
- American Bar Association Litigation Section Subcommittee on Officers and Directors Liability
- National Association of Public Pension Attorneys' *Morrison* Working Group
- Northern California "Super Lawyer"

**Memberships**

- California Lawyers Association
- Alameda County Bar Association
- New York State Bar Association
- Connecticut Bar Association

**Publications/Speaking Engagements**

- Speaker, "*Data Security for Law Firms*," California Lawyers Association Small Firm Summit (June 2019)
- Speaker, "*Data Privacy in the US and EU*," California Lawyers Association Annual Meeting (September 2018)
- Speaker, "*Trial Strategy*," Alameda County Bar Association (October 2016)
- Co-author, *"California Online Privacy Laws: The Battle for Personal Data,"* Competition – The Journal of the Antitrust, UCL and Privacy Section of the California Lawyers Association (2016)
- Speaker, "*Arbitration Agreements*," Alameda County Bar Association (November 2015)
- Co-author, *Living in a Post-Morrison World: How to Protect Your Assets Against Securities Fraud*, NAPPA (2012)
- Speaker, *"Evaluating the Impact of the LIBOR Scandal,"* West LegalEdCenter (August 2012)

- Speaker, "*Successful Direct Examination of Expert Witnesses,*" Bridgeport 2011 Conference on Working With and Deposing Experts (March 2011)
- Author, "*E-Mail and Voice Mail Discovery Issues*," Glasser LegalWorks (1998)
- Author, "*Discovery Techniques in Commercial Litigation and Recent Developments In the Rules of Discovery*," American Trial Lawyers Association (1991)
- Co-author, "*The Business Judgment Rule and Derivative Actions*," Practicing Law Institute (1989)

## Bethany L. Caracuzzo

Bethany L. Caracuzzo has more than twenty years of experience litigating federal and state antitrust violations, consumer protection, defective products and services, employment law disputes, business disputes, and catastrophic injury actions.

Bethany has been active in the firm's prosecution of antitrust class actions, including *Al's Discount Plumbing LLC v. Viega LLC*, representing plumbers alleging that a plumbing fitting manufacturer uses its monopoly power to undermine competitors in the market for copper pipe press fittings; *In re Packaged Seafood Products Antitrust Litigation*, representing end payor plaintiffs in a multi-district class action alleging price fixing by producers of packaged seafood products; *In Re Transpacific Air Transportation Antitrust Litigation*, representing consumers in a multi-district class action alleging fuel surcharge price-fixing by airlines in the transpacific passenger airline market; *In re Domestic Drywall Antitrust Litigation*, representing nonprofit housing development entities and indirect purchasers in a multi-district class action alleging price fixing by U.S. drywall manufacturers; and *Il Fornaio (America) Corporation v. Lazzari Fuel Company, LLC*, representing restaurant-consumers alleging price-fixing by distributors of mesquite lump charcoal used in cooking and preparing food.

Bethany also had an active role in *Corcoran v. CVS Pharmacy, Inc.*, representing consumers in a class action alleging that CVS wrongfully overcharges consumers who are insured and have third-party prescription drug coverage for commonly prescribed generic prescription drugs. She was also a significant contributor to the firm's settlement of consumer class action litigation involving the Brazilian Blowout line of hair smoothing products.

Currently, Bethany is assisting in the firm's litigation of the *In re Google RTB Consumer Privacy Litigation* (of which Elizabeth Pritzker is Interim Class Counsel), a putative nationwide class action alleging that Google account holders' personal information is improperly sold and disseminated by Google through Google's proprietary advertising auction process ("RTB"); *Envirodigm, Inc. v. Apple Inc.*, a breach of contract and trade

secret dispute with Apple regarding a proprietary process and formula used in the manufacture of over a dozen iPhone models; *Hubbard v. Google LLC*, a nationwide class action alleging that Google, YouTube, and content creators, illegally tracked and collected personal information of minor children viewing children's content on YouTube; and *In re AFFF Products Liability Litigation*, a nationwide multidistrict action on behalf of firefighters who suffered injuries from exposure to PFAS chemicals in firefighting foam and firefighter protective gear ("turnouts").

Bethany, along with partner Jonathan Levine, successfully tried to a jury verdict a breach of contract action involving a Silicon Valley start-up. She has also served as a member of several trial and arbitration teams in litigating cases to judgement, including those involving wrongful death, traumatic birth injuries, injuries from defective products, and cannabis business disputes.

Prior to joining Pritzker Levine in 2013, Bethany spent over twelve years representing injured victims and employees at two San Francisco Bay Area law firms, where she litigated and obtained favorable settlements in personal injury cases involving medical malpractice, dangerous drugs, defective products, dangerous property conditions, and motor vehicle accidents.

**Education**

- California Western School of Law, J.D.
- Boston College, B.A., *cum laude*

**Admissions**

- California
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern, Central, Southern, and Eastern Districts of California

**Honors/Appointments**

- The Sedona Conference Working Group 1
- Northern California "Super Lawyer"

**Memberships**

- American Bar Association, Antitrust Section
- Consumer Attorneys of California
- San Francisco Trial Lawyers Association
- American Association for Justice

- Alameda County Bar Association

**Publications/Speaking Engagements**

- Author, *"Where Do We Go From Here: Article III Standing and Cy Pres-Only Settlements in Privacy Class Actions in the Wake of Frank v. Gaos,"* Competition – The Journal of the Antitrust, UCL and Privacy Section of the California Lawyers Association (2019)
- Lecturer, "*Opposing Motions for Summary Judgment*," San Francisco Trial Lawyers Association

## Heather P. Haggarty

Heather P. Haggarty represents consumers, investors, and individuals in class actions and other complex litigation, holding companies and institutions accountable when they engage in misconduct. Over her 24-year legal career, Heather has litigated a wide range of commercial cases involving securities fraud, trademark, copyright, product liability and patent infringement and white-collar criminal defense. She also has experience in internal corporate investigations.

Heather is very active in the firm's prosecution of personal injury matters on behalf of firefighters who have been diagnosed with cancer and other serious illnesses as a result of their exposure to PFAS chemicals in Class B firefighter foams and firefighter protective gear ("turnouts"). The cases are proceeding as part of *In Re Aqueous Film-Forming Foams Products Liability Litig*., a multi-district litigation pending before Judge Richard M. Gergel in the United State District Court of South Carolina.

Heather has also aided in the litigation of *In Re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, a class action alleging that the seller and manufacturer of the life-saving EpiPen engaged in anticompetitive practices in an unlawful scheme to sharply increase the price of the device; and *In re NCAA Grant-in-Aid Cap Antitrust Litigation*, a class action on behalf of a nationwide class of college athletes challenging NCAA-imposed caps on athletic scholarships.

Prior to joining Pritzker Levine, Heather worked at Bullivant Houser Bailey PC in San Francisco and Dorsey & Whitney, LLP in New York. Heather has served as a volunteer attorney with the Lawyers Committee for Civil Rights Under Law and with Public Justice in Oakland, California. She has also done volunteer work for Public Advocates in San Francisco.

**Education**

- Fordham University School of Law, J.D.
- Scripps College, B.A.

**Admissions**

- California
- New York
- United States District Courts for the Northern and Central Districts of California, and the Southern District of New York

**Memberships**

- California Lawyers Association
- New York State Bar Association

**Publications/Speaking Engagements**

- Co-author, *"California Online Privacy Laws: The Battle for Personal Data,"* Competition – The Journal of the Antitrust, UCL and Privacy Section of the State Bar of California (2016)
- Co-author, "*Rule 23(b)(3)(F): Closing the Doors of the Courthouse,*" published in the Common Good, Fordham Law School (1999).
- Co-author, *"Court Permits Differential Treatment Based on Native American Sovereignty,"* New York Law Journal (1998)
- Co-author, "*Defamation, Internet Providers, and Publisher Liability: A Square Peg in a Round Hole?,"* NY State Bar Association Entertainment, Arts & Sports Law Journal (1998)
- Co-author, *"The Media and the Attorneys' Absolute Privilege to Defame:* Undermining *or Preserving the Integrity of the Judicial Process?,"* NY State Bar Association Entertainment, Arts & Sports Law Journal (1997)

## Caroline C. Corbitt

Caroline C. Corbitt is an associate attorney with a practice that encompasses a wide range of complex commercial litigation, including antitrust, privacy, consumer protection, and business litigation.

Caroline has been active in the firm's prosecution of *In re Google RTB Consumer Privacy Litigation*, a class action alleging that Google account holders' personal information is improperly sold and disseminated by Google to thousands of companies through Google's proprietary RTB advertising auction process; *Wood Mountain Fish LLC, et al, v. Mowi ASA,*

representing an indirect purchaser plaintiff class in a multi-state antitrust class action alleging price fixing by the major producers of farm-raised salmon and salmon products; *In re Google Play Store Antitrust Litigation*, an antitrust class action alleging that Google has an unlawful monopoly over the market for the distribution of apps through the Android OS through its Play Store; *In re HIV Antitrust Litigation*, a class action lawsuit against drug manufacturers Gilead, Johnson & Johnson and Bristol-Meyers Squibb, for allegedly knowingly colluding to raise the price of anti-HIV drugs, and wrongfully raising the price of treatment for the one million people in the United States living with HIV; and *Corcoran v. CVS Pharmacy*, Inc., a class action on behalf of insured consumers who were allegedly overcharged at CVS pharmacies for their generic prescription drugs.

Caroline currently has an active role in *Hubbard v. Google LLC*, a nationwide class action on behalf of minor children alleging that Google, YouTube and certain other companies that advertise content on YouTube illegally tracked and collected personal information and persistent identifiers for minor children viewing children's content on YouTube Caroline also currently represents business owners in litigation and arbitration for breach of contract and fraud in connection with the sale of their cannabis businesses.

Prior to joining Pritzker Levine, Caroline worked for four years as an associate attorney at Gibbs Law Group LLP. While there, she worked on numerous class action lawsuits that received widespread national media coverage, including *In re Anthem, Inc. Data Breach Privacy Litigation; In re Wells Fargo Collateral Protection Insurance Litigation;* and *Fero v. Excellus Health Plan, Inc.*

During law school, Caroline was a summer extern for the Honorable Laurel Beeler, Magistrate Judge of the United States District Court, Northern District of California. She also completed externships at the Federal Trade Commission and the California Department of Justice, Antitrust Division.

**Education**

- University of Southern California, J.D.
- Harvard University, B.A.

**Admissions**

- California
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern, Central, and Southern Districts of California

**Honors/Appointments**

- Executive Committee, CLA Antitrust and Unfair Competition Law Section
- Northern California "Rising Star"

**Publications**

- Author, *Monopsony and Its Impact on Wages and Employment: Past and Future Merger Review*, Competition – The Journal of the Antitrust, UCL and Privacy Section of the California Lawyers Association (Fall 2019)
- Co-Author, *Will Ratepayers Or Shareholders Pay For California Fires?*, Law360 (Jan. 10, 2018)

**Memberships**

- California Lawyers Association
- American Association for Justice

## Richard R. Seal

Richard R. Seal is of counsel to Pritzker Levine LLP. Rick is based in the firm's California office where is working with first responders who have sustained injuries from occupational exposure to toxic materials.

For the past four years, Rick has been working with firefighters who have sustained injuries and illness associated with workplace hazards. Rick has counseled fire chiefs and union officials in the development of protocols aimed at reducing the incidence of cancer in the fire service.

Rick is an active member of the firm's litigation team representing dozens of clients in several personal injury matters on behalf of firefighters who have been diagnosed with cancer and other serious illnesses as a result of their exposure to PFAS chemicals in Class B firefighter foams and firefighter protective gear ("turnouts").

Prior to attending law school and joining Pritzker Levine, Rick had a long and distinguished career in public safety. Over three decades, Rick served as a mobile intensive care paramedic, and then as a firefighter, fire captain, Battalion Chief and EMS Chief in San Jose, California. Rick ended his public safety career as the Fire Chief for the East Bay Regional Park District. In 1998, Rick received a Medal of Valor- Class A for a successful rescue and resuscitation of a young woman trapped in a residential structure fire.

Rick is also an accredited attorney with the United States Veterans Administration focusing on assisting veterans obtaining their benefits.

**Education**

- Golden Gate University, J.D.
- San Jose State University, M.P.A., *pi alpha*
- University of California, Berkeley, B.A., *phi beta kappa*

**Admissions**

- California
- United States District Court for the Northern District of California

**Memberships**

- California Lawyers Association

## Anne Maness Whitney

Anne C. Maness Whitney is an associate attorney whose practice focuses on antitrust and privacy. She has assisted in the litigation of *In re Cattle and Beef Antitrust Litigation*, representing producer plaintiffs who allege that the four largest meat packing companies conspired to suppress the prices paid to cattle ranchers for fed cattle; *Hubbard v. Google LLC*, representing a proposed class of minor children and their parents or guardians alleging that Google, YouTube and certain other companies that develop and advertise content on the YouTube platform illegally tracked and collected personal information from minor children viewing children's content on YouTube; *In re Google Play Store Antitrust Litigation*, representing consumers in a multi-district antitrust class action alleging that Google has knowingly created, and continues to exert, an unlawful monopoly over the market for the distribution of apps through the Android OS, making it impossible for users to purchase apps other than through the Google Play Store; *Al's Discount Plumbing LLC v. Viega LLC*, representing plumbers alleging that a plumbing fitting manufacturer uses its monopoly power to undermine competitors in the market for copper pipe press fittings; *In re: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, representing current and former student-athletes in a class action alleging artificial caps on scholarships; and *In re: Lenovo Adware Litigation*, representing consumers in a class action alleging secret installation of spyware.

Anne holds a certification from the International Association of Privacy Professionals in the area of U.S. private sector (C.I.P.P./US).

**Education**

- George Mason University School of Law, J.D.
- Duke University, B.A.

**Admissions**

- California
- North Carolina

**Memberships**

- California Lawyers Association
- North Carolina Bar Association

## Michael Schrag

Michael Schrag is of counsel to Pritzker Levine LLP. For 28 years, Michael Schrag has represented consumers and small businesses in complex class actions and multi-plaintiff lawsuits against some of the country's largest banks, insurers, credit card, and telecommunication companies. He has recovered hundreds of millions of dollars on behalf of his clients and his class action practice covers a broad range of legal areas including antitrust, breach of contract, fraud, consumer protection, and civil RICO cases. Michael has also represented individuals and large groups of plaintiffs in breach of fiduciary duty, product liability, personal injury and medical malpractice cases.

Michael and his team recently recovered $52 million for borrowers wrongfully denied home loan modifications by Wells Fargo Bank. He served as court-appointed Co-Lead class counsel in *Hernandez v. Wells Fargo Bank*, representing a certified class of over one thousand borrowers who lost their homes after Wells Fargo wrongfully foreclosed. Michael and his team achieved a $40 million settlement, which was praised for bringing "significant" relief to the class. Michael was also appointed Co-Lead class counsel in a related loan modification case in federal court in Ohio against Wells Fargo that settled for $12 million.

Michael was also on the Expert Committee and trial team in the *In re: Disposable Contact Lens Antitrust Litigation*, a nationwide class action lawsuit alleging that manufacturers and distributors conspired to fix prices of contact lenses sold to consumers. The case settled for a total of $118 million after the court certified a nationwide class and denied Defendants' motions for summary judgment.

Michael was Co-Lead class counsel in an Unfair Competition case against a real estate developer. After plaintiffs-purchasers obtained an important victory in the Ninth Circuit (*Beaver v. Tarsiidae Hotels*, 816 F.3d 1170 (9th Cir. 2016)), the lawsuit settled for $51.15 million. He was also Co-Lead class counsel in *Ammari v. Pacific Bell Directory* where his team obtained a $27 million judgment on behalf of a class of small businesses after a jury verdict and two appeals. Michael also represented small business plaintiffs against AIG in an insurance fraud action that settled mid-trial for a confidential sum.

Currently, Michael serves on the court-appointed Plaintiffs' Executive Committee in the *In re Cattle and Beef Antitrust Litigation*, where Plaintiffs allege that the four largest meat packing companies conspired to suppress the prices paid to cattle ranchers for fed cattle.

Michael also helped initiate a class action against Umpqua Bank for aiding and abetting a real estate Ponzi scheme. The court recently certified a nationwide class and denied Umpqua's motion for summary judgment.

A Bay Area native, Michael began his career prosecuting securities class actions and serving as a law clerk to the Honorable Judith N. Keep, U.S. District Judge, Southern District of California. He then worked at Schrag & Baum from 2000-2006 where he helped initiate the currency conversion fee cases against Visa and MasterCard that ultimately resulted in a $336 million settlement. From 2007-2015 Michael was a partner and co-founder of Meade & Schrag, LLP, where he prosecuted class actions and also litigated personal injury, medical malpractice, breach of contract, and business litigation matters. From 2015-2022, Michael was a partner at Gibbs Law Group in Oakland, CA.

**Education**

- Columbia University, B.A.
- University of California at Berkeley School of Law, J.D.
- University of California at Berkeley, Masters in Public Policy

**Admissions**

- California
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for Northern, Central and Southern Districts of California

**Memberships**

- Consumer Attorneys of California
- American Association for Justice

## George Sampson

George Sampson is of counsel to Pritzker Levine LLP. He has 39 years of experience prosecuting complex antitrust cases on behalf of consumers and small businesses. Currently, George serves along with his colleague Michael Schrag on the court-appointed Plaintiffs' Executive Committee in the *In re Cattle and Beef Antitrust Litigation*, where Plaintiffs allege that the four largest meat packing companies conspired to suppress the prices paid to cattle ranchers for fed cattle.

Prior to founding Sampson Dunlap LLP in 2015, George was for 20 years an antitrust partner at Seattle's preeminent plaintiffs class action firm. There he served as co-lead counsel in *In re Disposable Contact Lens Antitrust Litig*., MDL No. 1030 (M.D. Fla.). As Trial Counsel he was principally responsible for all expert economic testimony. The case settled after five weeks of trial for a total recovery in excess of $90 million. George was also appointed co-lead counsel in *In re Visa Check/MasterMoney Antitrust Litigation*, 280 F.3d 124 (CA2, 2001) (affirming class certification), which settled on the eve of trial for $3 billion, at the time the largest antitrust class settlement ever achieved. Other notable cases include *McDonough v. Toys R Us*, 638 F. Supp 2d 461 (E.D. PA. 2009), a "hub-and-spoke" case against Toys R Us for forcing baby product manufacturers to raise prices at competing retailers. Again, George was principally responsible for all expert economic testimony. After extensive discovery and a two-day class certification hearing, the case settled for $35 million.

George began his career in antitrust enforcement in 1984, when he joined the New York Attorney General's Antitrust Bureau. He served as an Assistant Attorney General for 10 years— the last two years (1992-1994) as Chief of the Antitrust Bureau. George was the lead trial attorney in a civil bid-rigging action in which he won the state's first ever bid-rigging jury trial, recovering $7.8 million for the state (*State of New York v. Hendrickson Bros., Inc*., 840 F.2d 1065 (2d Cir. 1988).

At Sampson Dunlap LLP, George has continued his prosecution of antitrust class actions on behalf of consumers and employees. He served as Trial Counsel in *In re Disposable Contact Lens Antitrust Litig*., MDL No. 2626, 215 F.Supp.3d 1272 (M.D. Fla.), and was primarily responsible for the expert economic work in the case, including depositions and testimony at the two-day class certification hearing, August 1-2 2018. That hearing resulted in an order by the Hon. Harvey Schlesinger (M.D. Fla.) certifying a class of over 30 million contact lens wearers. The case ultimately settled in March 2023 on the eve of trial for a total recovery of $118 million.

**Education**

- New York University School of Law, J.D.
- Cornell University, B.A. (Economics)

**Admissions**

- New York and Washington
- United States Supreme Court
- United States Court of Appeals for the Second, Third, Eighth, Ninth and Eleventh Circuits
- United States District Courts for the Southern and Eastern Districts of New York, the Western District of Washington, and the Northern District of California

**Memberships**

- American Bar Association, Antitrust Law Section
- Washington Bar Association, Antitrust & Consumer Protection Section

# Annex 2
# PRITZKER LEVINE LLP
# Professional Fees By Category
# Inception through September 30, 2023

**In re Google Play Store Antitrust Litigation, Case No. 3:21-md-02981-JD**
**Annex 2**
**Professional Fees by Category of Work for Pritzker Levine LLP**
**Inception through October 12, 2023**

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pritzker, Elizabeth | Partner | 1 | 0 | $1,100 | 25.5<br>17.5 | $875<br>$975 | 7.9 | $875 | 2.20 | $800 | $48,047.50 |
| Pritzker, Elizabeth | Partner | 2 | 2.5 | $1,100 | 11.8<br>6.8 | $875<br>$975 | 7.0<br>19.8 | $800<br>$875 | 1.80 | $800 | $44,070.00 |
| Pritzker, Elizabeth | Partner | 4 | 2.5 | $1,100 | 0 | $875<br>$975 | 4.1<br>1.1 | $800<br>$875 | 0 | $800 | $6,992.50 |
| Pritzker, Elizabeth | Partner | 5 | 36.0 | $1,100 | 2.9<br>9.9 | $875<br>$975 | 11.2<br>19.7 | $800<br>$875 | 11.4 | $800 | $87,107.50 |
| Pritzker, Elizabeth | Partner | 6 | 67.2 | $1,100 | 34.9<br>11.4 | $875<br>$975 | 1.5<br>4.6 | $800<br>$875 | 32.6 | $800 | $146,877.50 |
| Pritzker, Elizabeth | Partner | 7 | 0 | $1,100 | 2.1<br>13.10 | $875<br>$975 | 18.0<br>14.6 | $800<br>$875 | 3.2 | $800 | $44,345.00 |
| Pritzker, Elizabeth | Partner | 8 | 0 | $1,100 | 0<br>.2 | $875<br>$975 | 13.9<br>0 | $800<br>$875 | 0 | $800 | $11,315.00 |
| Pritzker, Elizabeth | Partner | 9 | 0 | $1,100 | 38.2<br>1.1 | $875<br>$975 | .2<br>3.8 | $800<br>$875 | 0 | $800 | $37,982.50 |
| Pritzker, Elizabeth | Partner | 10 | 22.8 | $1,100 | 0<br>7.0 | $875<br>$975 | 2.9<br>1.7 | $800<br>$875 | 7.5 | $800 | $41,712.50 |
| Pritzker, Elizabeth | Partner | 11 | 0 | $1,100 | 4.3<br>0 | $875<br>$975 | 6.8<br>0 | $800<br>$875 | 12.8 | $800 | $19,442.50 |
| Pritzker, Elizabeth | Partner | 12 | 7.2 | $1,100 | 4.7<br>5.6 | $875<br>$975 | 0<br>0 | $800<br>$875 | 0 | $800 | $17,492.50 |
| Pritzker, Elizabeth | Partner | 13 | 7.7 | $1,100 | 0<br>8.5 | $875<br>$975 | 0<br>0 | $800<br>$875 | 0 | $800 | $16,757.50 |
| Pritzker, Elizabeth | Partner | 15 | 1.0 | $1,100 | 0<br>0 | $875<br>$975 | 0<br>0 | $800<br>$875 | 0 | $800 | $1,100.00 |
| | | | | | | | | | | | |
| Levine, Jonathan | Partner | 5 | 2.2 | $1,100 | 0<br>.2 | $875<br>$975 | 0<br>0 | $800<br>$875 | 1.5 | $800 | $3,815.00 |
| Levine, Jonathan | Partner | 6 | | $1,100 | | $875<br>$975 | | $800<br>$875 | 1.0 | $800 | $800.00 |
| Levine, Jonathan | Partner | 13 | 1.0 | $1,100 | 0<br>0 | $875<br>$975 | 0<br>0 | $800<br>$875 | 0 | $800 | $1,100.00 |
| | | | | | | | | | | | |
| Caracuzzo, Bethany | Partner | 1 | | $950 | 0 | $775 | 0<br>10.5 | $725<br>$775 | 0 | $725 | $8,137.50 |
| Caracuzzo, Bethany | Partner | 4 | 0 | $775 | 0 | $775 | .2 | $725<br>$775 | 0 | $725 | $145.00 |
| Caracuzzo, Bethany | Partner | 5 | 0 | $775 | .0 | $775 | 0<br>.7 | $725<br>$775 | .5 | $725 | $905.00 |
| Caracuzzo, Bethany | Partner | 6 | 0 | $775 | 0 | $775 | 0 | $725<br>$775 | 12.9 | $725 | $9,352.50 |
| | | | | | | | | | | | |
| Haggarty, Heather | Associate | 5 | 1.0 | $850 | 12.2 | $725 | 5.0<br>7.0 | $625<br>$725 | 1.0 | $675 | $18,820.00 |
| | | | | | | | | | | | |
| Corbitt, Caroline | Associate | 4 | 0 | $625 | 0 | $625 | 2.5 | $575 | 0 | $575 | $1,437.50 |
| Corbitt, Caroline | Associate | 5 | 6.5 | $725 | 146.6 | $625 | .1 | $575 | 1.7 | $575 | $97,372.50 |
| Corbitt, Caroline | Associate | 6 | 0 | $725 | 1.7 | $625 | .3 | $625 | 0 | $575 | $1,250.00 |
| Corbitt, Caroline | Associate | 7 | 0 | $725 | 0 | $625 | 0 | $625 | 3.1 | $575 | $1,782.50 |
| Corbitt, Caroline | Associate | 8 | 0 | $725 | 719.8 | $350 | 801.8 | $350 | 0 | $575 | $532,560.00 |
| Corbitt, Caroline | Associate | 9 | 0 | $725 | 36.3 | $625 | 0 | $625 | 0 | $575 | $22,687.50 |
| Corbitt, Caroline | Associate | 10 | 3.0 | $725 | 0 | $625 | 0 | $625 | 0 | $575 | $2,175.00 |
| Corbitt, Caroline | Associate | 12 | 0 | $725 | 1.8 | $625 | 0 | $625 | 0 | $575 | $1,125.00 |

**In re Google Play Store Antitrust Litigation, Case No. 3:21-md-02981-JD**
**Annex 2**
**Professional Fees by Category of Work for Pritzker Levine LLP**
**Inception through October 12, 2023**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Corbitt, Caroline | Associate | 15 | .1 | $725 | .8 | $625 | 0 | $625 | 0 | $575 | $572.50 |
| | | | | | | | | | | | |
| Whitney, Anne | Associate | 7 | 3.5 | $700 | 0 | $700 | 0 | $700 | 0 | $700 | $2,450.00 |
| Whitney, Anne | Associate | 8 | 88.10 | $350 | 1590.6 | $350 | 1341.0 | $350. | 0 | $700 | $1,056,895.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **TOTAL** | | | | | | | | | | | **$2,238,577.50** |

**Category Codes**

(1) Investigation / Factual or Legal Research
(2) Lead Counsel Calls/Meetings
(3) Attorney Communications
(4) Client Communications
(5) Case Management & Litigation Strategy
(6) Pleadings/Briefs/Pretrial Motions
(7) Discovery (Draft/Respond/Meet & Confer)
(8) Discovery (Document Review)
(9) Discovery (Depositions)
(10) Court Appearances & Preparation
(11) Experts/Consultants
(12) Settlement/Mediation
(13) Trial Preparation
(14) Trial
(15) Appeals

**Annex 3**
**PRITZKER LEVINE LLP**
**Incurred Costs By Category**
**Inception through September 30, 2023**

**In re Google Play Store Antitrust Litigation, Case No. 3:21-md-02981-JD**
**Annex 3**

**Incurred Costs of Pritzker Levine, LLP**
**Inception through September 30, 2023**

| **Category** | **Cost** |
|---|---|
| Online Research | $1,981.43 |
| Postage | $20.92 |
| Miscellaneous -Dividers for filing | $12.78 |
| Travel/Meals | $2,061.05 |
| Common Litigation Fund Contributions | $462,500.00 |
| Subtotal: | $466,576.18 |
| | <$462,500.00>[1] |
| **Total Incurred Costs:** **(Apart from Common Litigation Fund Contributions)** | **$4,076.18** |

[1] Contributions paid by Pritzker Levine LLP to the Consumer Plaintiff common litigation fund are accounted for by Co-Lead Counsel, separately, so are excluded from this individual law firm cost summary.