Karma M. Giulianelli (SBN 184175)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com

Hae Sung Nam (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
hnam@kaplanfox.com

*Co-Lead Consumer Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD | No. 3:21-md-02981-JD<br><br>**DECLARATION OF PEGGY J. WEDGWORTH IN SUPPORT OF MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC'S STATEMENT OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: October 30, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

I, **Peggy J. Wedgworth**, declare as follows:

1. I am a partner in the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC. I am a member of the New York bar and am admitted *pro hac vice* to practice in this Court.

2. I submit this declaration in support of the Consumer Plaintiffs' Statement of Attorneys' Fees and Costs. The facts set forth in this declaration are based on my personal knowledge and on business records associated with this matter and/or my firm. If called as a witness, I could and would testify competently thereto.

## THE MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC TEAM

3. Attached as **Annex 1** is Milberg Coleman Bryson Phillips Grossman PLLC's firm bio, which includes information about the credentials and experience of the attorneys and other personnel who staffed our team for this case. During the pendency of this action, and at the request of and in coordination with Co-Lead Counsel, my firm has worked on behalf of Consumer Class and Consumer Plaintiffs from case inception through settlement.[1] My firm has been involved in multiple activities that were assigned to us by Co-Lead Counsel on behalf of the Consumer Class.

## MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC'S LEGAL FEES AND COSTS

4. In accordance with instructions from Co-Lead Counsel, all Milberg Coleman Bryson Phillips Grossman, PLLC attorneys, paralegals, and other billable personnel assigned to this matter made contemporaneous records of the time they devoted to this case, which were maintained in the ordinary course of business in an electronic database administered by our firm.

[1] "Co-Lead Counsel" refers to Karma Giulianelli of Bartlit Beck LLP and Hae Sung Nam of Kaplan, Fox and Kilsheimer LLP. Mss. Giulianelli and Nam were appointed as lead counsel of a putative class on December 16, 2020. "Consumer Class" refers to the Class that was certified on November 28, 2022, and later decertified on September 13, 2023.

5. Consistent with our standard practice and following instructions from Co-Lead Counsel, I and other attorneys and staff working at my direction audited all of the billable time entries, and deleted any entries in which descriptions were insufficiently detailed, tasks or entries appeared duplicative, or if the specific task or amount of time billed was not reasonably necessary to advance the litigation in the interest of consumers. In my professional opinion and judgment, the entries appear to be reliable. In accordance with the Court's order, fee documentation was submitted to Co-Lead Counsel on a monthly basis for their review and the final compiled fee documentation has been provided to Co-Lead Counsel for their additional audit and review.

6. Attached as **Annex 2** is a summary of the hours contemporaneously recorded by the billable Milberg Coleman Bryson Phillips Grossman, PLLC personnel who performed significant work in the prosecution of this lawsuit. This summary identifies the total amount of time devoted to each category of tasks by each billable professional using codes that are consistent with those that have been used in recent class fee submissions in this Court and other federal courts within the Ninth Circuit. The summary also identifies each professional's name, title, hourly rate, and a calculation of the resulting fees. The hourly rates for each attorney and staff member listed are the usual and customary hourly rates charged by Milberg Coleman Bryson Phillips Grossman, PLLC for similar work. Detailed time entries are also available for inspection by the Court upon request.

7. I am personally familiar with the character, quality, and extent of the work performed by each of the lawyers and other billable professionals who performed work in this case. In my judgment, the work reflected on the tables attached hereto was necessary to advancing the litigation in the interests of consumers, consistent with the instructions and tasks assigned by Co-Lead Counsel, and performed competently and with efficiency.

8. Attached as **Annex 3** is a summary of the costs incurred in prosecuting this lawsuit on behalf of Consumer Plaintiffs. The expenses incurred are reflected on the books and records of Milberg Coleman Bryson Phillips Grossman, PLLC. These books and records are

prepared from checks and expense vouchers regularly kept and maintained by the firm and accurately reflect expenses incurred. Cost documentation has also been provided to Co-Lead Counsel for their additional audit and review.

9. The compensation to Milberg Coleman Bryson Phillips Grossman, PLLC for the services rendered on behalf of Consumer Plaintiffs is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by the Court.

10. I hereby certify that the fees and costs sought were actually incurred and were reasonably necessary to the prosecution of this multiyear class action lawsuit.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2024.

*<u>/s/ Peggy J. Wedgworth</u>*

Peggy J. Wedgworth (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
(212) 594-5300
pwedgworth@milberg.com

# Annex 1

Milberg.

COLEMAN BRYSON PHILLIPS GROSSMAN

# FIRM RESUME

Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America. Combining decades of experience, Milberg was established through the merger of Milberg Phillips Grossman LLP, Sanders Phillips Grossman LLC, Greg Coleman Law PC, and Whitfield Bryson LLP.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

In the United States, Milberg currentlany holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Chicago, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, North Carolina, South Carolina, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands. Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, and Super Lawyers, among others.

# PRACTICE AREAS

Milberg maintains a robust practice, representing plaintiffs across numerous areas of law. Milberg attorneys have amassed a wealth of experience in the areas of antitrust and competition law, securities litigation, defective consumer product and automobile litigation, consumer services litigation, dangerous drugs and devices litigation, data breach and biometric data litigation, environmental and toxic tort litigation, finance and insurance litigation, state and local government litigation, and whistleblower and qui tam lawsuits.

Milberg attorneys focus their practice among these groups to provide their clients with the best representation possible. Over decades, Milberg attorneys have developed expertise in handling class action lawsuits, leading and overseeing multidistrict litigation, and representing municipalities and other public and governmental clients. Based on their reputation and experience, Milberg attorneys have been assigned to leadership roles in class actions, mass torts litigation, and multidistrict litigation nationwide, across all of these practice areas.

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally. Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over five decades, Milberg has spearheaded litigation challenging unethical practices by some of the biggest financial and insurance institutions in the world and have been at the cutting edge of cases that directly impacted large banks, lenders, and insurers.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## INFORMATION TECHNOLOGY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients – both large and small – to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of former appellate judges, experienced appellate advocates, and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

## HIGHLIGHTED PRACTICE GROUP

### EXEMPLAR CASES

**In re: Dealer Management Systems Antitrust Litigation**
U.S. District Court for the Northern District of Illinois

Milberg is appointed Lead Counsel in this nationwide class action representing car dealerships. Plaintiffs allege that leading software providers entered into an unlawful agreement, monopolizing access to auto sales and service data in dealer management software used by dealers, thereby reducing competition and increasing prices. Milberg attorneys achieved a total of $129.5 million in settlements in this litigation.

**In re: ACTOS Antitrust Litigation**
U.S. District Court for the Southern District of New York

Milberg attorneys played a significant role in this litigation, including appointment to the MDL Discovery Committee, which accused Takeda Pharmaceuticals of failing to warn patients of the risks of bladder cancer, heart failure and other side effects associated with the Type 2 diabetes drug. In 2015, roughly 9,000 claims were settled for $2.4 billion and significant injunctive relief.

**In re: Cathode Ray Tube (CRT) Antitrust Litigation**
U.S. District Court for the Northern District of California

Milberg represented indirect purchaser plaintiffs in this class action alleging an international conspiracy among defendants to keep prices for cathode ray tube (CRT) displays artificially high. Milberg had a significant discovery role in the prosecution of this class action with settlements exceeding $580 million.

**Blessing v. Sirius XM Radio Inc.**
U.S. District Court for the Southern District of New York

Milberg served as Co-Lead Counsel in this case alleging that the merger of two U.S. satellite radio providers led to the monopolization of the satellite radio market and the elimination of competition.

**In re: Disposable Contact Lens Antitrust Litigation**
U.S. District Court for the Middle District of Florida

Milberg represented indirect purchasers in a class action alleging that defendants conspired to maintain artificially high prices for disposable contact lenses through policies that prevented resale of the subject contact lenses below a minimum price. Settlements exceeded $118 million.

**In re: Liquid Aluminum Sulfate Antitrust Litigation**
U.S. District Court for the District of New Jersey

Milberg was appointed to the Plaintiffs Steering Committee in this class action alleging that manufacturers of a chemical essential to municipal water treatment engaged in price-fixing, bid-rigging and market allocation in violation of federal antitrust laws. Settlements were valued at $92.5 million.

Sandhaus v. Bayer AG
Kansas State Court

Milberg served as Co-Lead Counsel in this case alleging that Bayer and several generic drug manufacturers entered into pay-for-delay agreements concerning an antibiotic marketed by Bayer, which caused the plaintiffs to continue paying supracompetitive prices for the drug throughout the class period. The case settled for $9 million.

In re: Fresh Process Potatoes Antitrust Litigation
United States District Court, District of Idaho

Milberg served as Co-Lead Counsel for indirect purchaser plaintiffs in this class action alleging that potato growers, their cooperatives, processors, and packers violated federal antitrust laws by conspiring to manipulate the price and supply of potatoes. Milberg achieved a settlement for $5.5 million and meaningful injunctive relief.

In re: Google Play Consumer Antitrust Litigation
U.S. District Court for the Northern District of California

Milberg was appointed to a three-member Steering Committee in this consolidated class action alleging Google engaged in anticompetitive behavior through the Google Play Store, seeking injunctive relief and monetary damages on behalf of consumers forced to pay inflated prices for Play Store purchases.

Series 17-03-615, a series of MSP Recovery Claims, Series LLC. v. Express Scripts, Inc.
U.S. District Court for the Northern District of Illinois

Milberg represented third-party payers in this class action alleging that defendants participated in a vertical price-fixing scheme and their monopolistic, anticompetitive behavior caused plaintiffs and the class to pay inflated prices for the drug, H.P. Acthar Gel. The case settled for a confidential amount.

In re: Hard Disk Drive Assemblies Antitrust Litigation
U.S. District Court for the Northern District of California

Milberg represents a class of indirect purchaser end user plaintiffs in a class action alleging that the two largest manufacturers of hard disk drive (HDD) suspension assemblies illegally conspired to fix prices of these component parts, thereby raising prices of products purchased by plaintiffs and the class.

In re: Deere & Co. Repair Services Antitrust Litigation
U.S. District Court for the Northern District of Illinois

Milberg is appointed to the Plaintiffs Steering Committee in this class action alleging that John Deere illegally monopolized the repair and diagnostic services market for Deere brand agricultural equipment with onboard central computers known as engine control units, thereby inflating the prices of these services.

In re: California Gasoline Spot Market Antitrust Litigation
U.S. District Court for the Northern District of California

Milberg represents California consumers who were forced to pay supracompetitive prices for gasoline due to the manipulation of the California gasoline spot market. The Court preliminarily approved a settlement for $13.9 million.



## Daniel K. Bryson
Senior Partner

**Daniel K. Bryson** is a founding Partner of Milberg and is one of the nation's most respected and experienced attorneys in the area of consumer class actions, mass torts, and commercial litigation. He also has significant experience working with attorneys, funders and other partners on international litigation projects in the Courts in Amsterdam, the United Kingdom, Belgium, France, Spain, and Portugal, among others.

For more than 34 years, Mr. Bryson has handled hundreds of insurance-related disputes, including first party bad faith insurance cases and business interruption cases. He has written and taught numerous continuing legal education courses on a variety of insurance related topics. Mr. Bryson and members of his firm are well equipped and dedicated to handling these cases on behalf of all entities who have had improperly denied claims.

Mr. Bryson has been named as a member of the Legal Elite and Super Lawyers in North Carolina on numerous occasions, most recently in 2024. He has been awarded the designation of one of the Top 25 lawyers in Raleigh by Charlotte Magazine for a number of years and was recently recognized by LawDragon as one of the 500 Leading Litigators in America for 2024.

Mr. Bryson has been a frequent speaker on a variety of CLE topics and has been quoted by numerous publications and media outlets over the years, including the Wall Street Journal, Washington Post, New York Times, Law360, and Lawyers Weekly. He has been an adjunct professor at Campbell University, Norman Adrian Wiggins School of Law School in Raleigh, North Carolina where he taught "Introduction to Class Actions and Multi-District Litigation."

He currently serves on the Executive Board and is the Immediate Past President of the Public Justice Foundation Board, a nationwide public interest law firm that is supported by the plaintiffs' bar. One of his proudest accomplishments as President of Public Justice was to strengthen its Diversity Equity Inclusion and Accessibility committee and initiatives. Mr. Bryson also supports the North Carolina Advocates for Justice (NCAJ), lending his time and talent to the Education Committee, Legislative Committee, and Membership Committee.

**Notable Cases and Leadership Roles**

- 2020: Member of consortium pursuing emissions cheating claims against VW, Mercedes and others in the European Union and the United Kingdom
- 2020: Class Counsel for Thomas Macone v. Sharp Electronics Corporation, Case No. 1:19-cv-12021-WGY, (U.S. District Court for the District of Massachusetts) Class Action lawsuit on behalf plaintiffs with defective Sharp microwave drawers. Status: National Settlement pending
- 2019: Court-appointed Lead Counsel for In re Allura Fiber Cement Siding Products Liability Litigation MDL No. 2:19-md-2886 (U.S. District Court for the District of South Carolina) – Class Action arising from allegedly defective cement board siding. Status: National Settlement pending

- 2019: Court appointed Lead Class Counsel for Upright Builders Inc. et al. v. Town of Apex, No. 18-cvs-3720 & 18-cvs-4384, (Wake Co., NC) – Class action settlement with a $15.3 million fund for builders and developers to recover improper capacity replacement and transportation paid fees to the town
- 2019: Court appointed Lead Class Counsel for Town of Holly Springs, No. 17-cvs-6244, 17-cvs-6245, 18-cvs-1373 (Wake Co., NC) – Class action settlement with a $7.9 million fund for builders and developers to recover improper capacity replacement and transportation fees paid to the town
- 2019: Court appointed Class Counsel for Berman et al. v. General Motors LLC, No. 2:18-cv-14371 (S.D. Fla.) – $40 million national settlement for repairs and reimbursement of repair costs incurred in connection with Chevrolet Equinox excessive oil consumption
- 2019: Lead trial counsel in jury trial for FieldTurf Artificial Turf Marketing Practices Litigation, (Cook County Court, Chicago) – Case deals with allegedly defective turf sold and marketed by the company and sold nationwide. Status: confidential settlement during trial
- 2018: Lead trial counsel in jury trial for Dennis D. Chisum v. Rocco J. Campagna, Richard J. Campagna, No. 16-cvs-2419 (North Carolina Business Court, New Hanover County) – Shareholder derivative case with a jury verdict for plaintiff. Status: on appeal
- 2018: Interim Co-Lead Counsel of Outer Banks Power Outage Litigation – $10.35 million settlement for residents, businesses, and vacationers on Hatteras and Ocracoke Islands who were impacted by a 9-day power outage
- 2017: Co-Lead Counsel for Smith v. Floor and Decor Outlets of America, Inc., in the United States District Court for the Northern District of Georgia – Case dealt with formaldehyde levels of laminate flooring sold nationwide. Status: Settled, confidential terms
- 2017: Co-lead Counsel for Elliott v. KB Home Raleigh-Durham, in the Superior Court Division of the State of North Carolina. Class action case dealt with new homes constructed without a weather-resistant barrier underneath exterior siding. Status: Settled
- 2017: Co-Lead Counsel of In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation, MDL 2743, in the United States District Court for the Eastern District of Virginia – $36 million national class action settlement for members who purchased a certain type of laminate flooring
- 2016: Lead Counsel for In re Windsor Windows Wood Clad Window Products Liability Litigation, MDL 2688, in the United States District Court for the Eastern District of Wisconsin – Case dealt with windows sold nationwide that allegedly permitted water intrusion. Status: Settled
- 2016: Lead Counsel for In re MI Windows and Doors, Inc. Products Liability Litigation, MDL 2333, in the United States District Court for the District of South Carolina – Case dealt with windows sold nationwide that allegedly permitted water intrusion. Status: Settled
- 2015: Lead Counsel of In re Elk Cross Timbers Decking, Marketing, Sales Practices and Products Liability Litigation, MDL 2577 in the United States District Court for the District of New Jersey – Case dealt with decking and railing material that allegedly degraded prematurely. Status: Settled
- 2014: Co-lead Counsel for In re Atlas Roofing Corporation Chalet Shingle Products Litigation, MDL 2495 in the United States District Court for the Northern District of Georgia – Case concerns defective allegedly shingles sold nationwide. Status: Active

- 2014: Co-Lead Counsel for In re Pella Corporation Architect Designer Series Windows Products Liability Litigation, MDL 2514 in the United States District Court for the District of South Carolina – Case dealt with windows sold nationwide that allegedly permitted water intrusion. Status: Settled
- 2013: Plaintiffs Steering Committee, Experts and Science Committee, for In re Chinese Manufactured Drywall Products Liability Litigation, MDL 2047 in the United States District Court for the Eastern District of Louisiana – Case dealt with formaldehyde emissions from drywall. Status: Settled
- Plaintiffs' Steering Committee (Co-chair Science and Expert Committee) for the MDL 2047 involving Chinese Drywall resulting in a settlement valued over $1 billion. Dan also served on the trial team in Federal Court in Louisiana before the Honorable Eldon Fallon for each of the three Chinese Drywall bellwether cases
- Co-lead Counsel on a three week jury trial in Madisonville, Kentucky resulting in a $1.39 million verdict in favor of a church and a business against two coal companies for causing subsidence to their properties
- Represented hundreds of homeowners in Western Kentucky for defective concrete utilized in their homes and businesses; Settlement in excess of of $50 million
- Represented hundreds of homeowners throughout the Southeast for defective EIFS (exterior installation finishing systems) utilized in homes and businesses; Settlement in excess of $150 million
- Lead Counsel on a three week jury trial in Wilmington, North Carolina resulting in a verdict and judgment of over $3 million for a contractor's defective construction of marine bulkhead
- Lead Counsel on a two week jury trial in Bryson City, North Carolina resulting in a verdict and judgment in excess of $3.5 million for a developer's deceptive advertising and shoddy construction of subdivision roads in the mountains of Western North Carolina
- Lead Counsel in MI Windows MDL No. 2333, consolidated to Federal Court in Charleston, SC before the Honorable Judge Norton
- Lead Counsel in GAF Cross Timbers Decking MDL No. 2577, consolidated to Federal Court in New Jersey before the Honorable Judge Jose L. Linares
- Co-Lead Counsel in Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation MDL 2514 before the Honorable Judge Norton
- Co-Lead Counsel in Atlas Roofing Corporation Chalet Shingle Products Liability Litigation MDL 2495 before the Honorable Judge Thrash.



## Peggy Wedgworth
Senior Partner
Antitrust Practice Group Chair

**Peggy J. Wedgworth** is a Senior Partner and Chair of the Antitrust Practice Group. She is also Co-Chair of the Diversity, Equity, and Inclusion (DEI) Committee and Chair of the Pro Bono Committee. She started her career as an Assistant District Attorney in Brooklyn, New York. Since leaving the public sector, she has represented victims in antitrust, securities, commodities, and whistleblower matters, and is a Super Lawyer in New York, New York since 2015.

Ms. Wedgworth currently serves as lead class counsel on behalf of a nationwide class of auto dealerships in a major antitrust MDL against the two leading providers of auto dealer management systems, CDK Global, LLC and The Reynolds & Reynolds Company, *In re Dealer Management Systems Antitrust Litigation*, 18-cv-00864 (N.D. Ill.) (MDL No. 2687) (settlements totaling $129.5 million granted preliminary approval in August 2024). She currently serves on the Plaintiffs' Steering Committee of *In re Google Play Consumer Antitrust Litigation*, 20-cv-05761(N.D. Cal.) (MDL No. 2687) (representing consumers in a class action lawsuit alleging Google unlawfully limited competition by forcing Android users to use the Google Play app store and levying a supra-competitive fee on purchases); and *In re Deere & Company Repair Services Antitrust Litigation*, 3:22-cv-50188 (N.D. Ill.) (MDL No. 3030) (alleging defendant monopolizes the repair service market for John Deere brand agricultural equipment and prevents farmers from repairing their own equipment).

Ms. Wedgworth also represented assignors of third-party payor insurance plans that were charged inflated prices for the drug H.P. Acthar Gel as a result of defendants' anticompetitive practices in *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC v. Express Scripts*, 20-cv-50056 (N.D. Ill.); end-users alleging that the two largest manufacturers of hard disk drive suspension assemblies illegally conspired to fix prices in *In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation*, 19-md-02918 (N.D. Cal.) (MDL No. 2918); and represented contact lens purchaser plaintiffs *In re Disposable Contact Lens Antitrust Litigation*, 3:15-md-2626 (M.D. Fla.).

Ms. Wedgworth actively litigated *In re Initial Pub. Offering Sec. Litigation*, 21-MC-92 (S.D.N.Y.) for over five years, which settled for $586 million, and *In re Merck & Co. Securities Litigation*, 02-cv-3185 (D.N.J.) which had a combined settlement totaling $1.062 billion; *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.) ($542 million settlement); *In re Brand Name Prescription Drugs Antitrust Litigation*, No. 94-897, 1996 WL 351180 (N.D. Ill. June 24, 1996) (approving $351 million settlement); *In re NASDAQ Market-Makers Antitrust Litigation*, 187 F.R.D. 465 (S.D.N.Y.) ($1,027,000,000 settlement); *In re Microsoft Litigation*, MDL 1332 (D. Md.) (consolidated class actions alleging long term unlawful maintenance of a monopoly and other anticompetitive conduct by Microsoft resulting favorable partial settlements).

Ms. Wedgworth has actively litigated numerous Commodities Exchange Act cases on behalf of futures market investors including *In re Soybean Futures Litigation*, No. 89-7009 (N.D. Ill.) ($21,500,000 class settlement providing claiming class members/soybean futures traders a full recovery under plaintiffs' expert's formula); *In re Sumitomo*

*Copper Litigation*, 74 F. Supp. 2d 393, 395 (S.D.N.Y.) ("The recovery is the largest class action recovery in the 75 plus year history of the Commodity Exchange Act."); *Kohen v. Pacific Investment Management Company, LLC*, No. 05-4681 (N.D. Ill.) (certified class of treasury bond futures purchasers alleging manipulation of the futures market); *Leider v. Ralfe*, No. 01-3137 (D.N.J.) (alleging price-fixing and monopolization in the diamond market by DeBeers resulting in a settlement of $250,000,000 and extensive injunctive relief); and *In re Natural Gas Commodities Litigation*, 03-6186 (S.D.N.Y.) ($101 million settlement). She won a jury trial against R.J. Reynolds Tobacco Company in a wrongful death tobacco case in Florida state court. *R.J. Reynolds Tobacco Co. v. Hiott*, 129 So. 3d 473 (Fla. Dist. Ct. App. 2014).

Ms. Wedgworth currently serves as secretary and trustee of the National Civil Justice Institute (NCJI), a think tank dedicated to the preservation of the civil justice system and regularly serves as a moderator in the annual Forum for State Appellate Court Judges. She is a member of the bars of New York and the U.S. Supreme Court, and regularly speaks on topics relating to antitrust litigation, multi-district litigation, class action and consumer matters. She is a member of the New York State Bar Association's Antitrust Committee, where she has served as both a speaker and panelist. She is a member of the Committee to Support the Antitrust Laws (COSAL) and a member of the American Association of Justice (AAJ). She has authored articles that can be found in several publications, most recently in the December 2019 issue of Trial magazine entitled, Challenging "Attorneys' Eyes Only" and Improper Categorical Privilege Logs. She regularly serves as a judge in both college and law school mock trial competitions.

Ms. Wedgworth received a B.A. degree in Foreign Language and International Business from Auburn University, and a J.D. degree from the University of Alabama School of Law.



## Elizabeth McKenna
Partner (Former)

**Elizabeth McKenna** was a Partner at Milberg with 25 years of litigation experience. She focused her practice on antitrust cases involving price-fixing, unlawful monopolization, and other anticompetitive practices, as well as complex and class action consumer protection and privacy cases.

Ms. McKenna was part of the team appointed lead class counsel/MDL co-lead counsel representing auto dealerships against the two leading providers of dealer management systems, *In re Dealer Management Systems Antitrust Litigation*, 18-cv-00864 (N.D. Ill.) (MDL No. 2687), which has yielded a $29.5 million settlement from one defendant in 2019 and $100 million from the other defendant. Ms. McKenna was also part of the team appointed co-lead counsel for Indirect Purchaser Plaintiffs in agricultural cooperative case, *In re Fresh & Process Potatoes Antitrust Litigation*, No. 4:10-md-2186 (D. Idaho).

Ms. McKenna's antitrust matters include *In re Google Play Consumer Antitrust Litigation*, 20-cv-05761(N.D. Cal.) (MDL No. 2687), representing consumers in a class action lawsuit alleging Google unlawfully limited competition by forcing Android users to use the Google Play app store and levying a supra-competitive fee on purchases and *In re Deere & Company Repair Services Antitrust Litigation*, 3:22-cv-50188 (N.D. Ill.) (MDL No. 3030) (alleging defendant monopolizes the repair service market for John Deere brand agricultural equipment and prevents farmers from repairing their own equipment). Ms. McKenna's past cases include contributions to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 4:07-cv-05944 (N.D. Cal.) (MDL No. 1917) ($542 million settlement); *In re Liquid Aluminum Sulfate Antitrust Litigation*, 16-md-2687 (D.N.J.) (MDL No. 2687) (settlements valued at $92.5 million); *Blessing v. Sirius XM Radio Inc.*, No. 09-cv-10035 (S.D.N.Y.) (settlement valued at $180 million); and *In re Flint Water Cases*, 5:16-cv-10444 (E.D. Mich.) ($641 million partial settlement).

Prior to joining Milberg, Ms. McKenna was an attorney in the New York office of Healy & Baillie, LLP (now part of Blank Rome LLP), where she practiced commercial litigation, as well as admiralty and maritime law. Her work included successfully defending a major oil company against a $12 million claim for wrongful termination of contract.

Ms. McKenna graduated from Columbia University with a B.A. degree in English and a J.D. degree from Fordham Law School. While at Fordham, Ms. McKenna was a Stein Scholar in Public Interest Law & Ethics, a member of the Fordham Environmental Law Journal, and Co-Director of the Fordham Student Sponsored Fellowship, an organization devoted to raising funds for summer stipends awarded to law students securing public interest internships.

Ms. McKenna is a member of the Committee to Support the Antitrust Laws (COSAL), the New York State Bar Association's (NYSBA) Antitrust Committee, and the American Institute of Justice (AAJ).

Ms. McKenna is admitted to practice in New York.



## Robert Wallner
Partner

**Robert A. Wallner** has litigated complex securities, consumer, and antitrust class actions throughout the country. Mr. Wallner currently represents auto dealerships in a major antitrust MDL against the two leading providers of auto dealer management systems, CDK Global, LLC and The Reynolds & Reynolds Company, *In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817 (N.D. Ill.) (resulting in combined $129.5 million settlements granted preliminary approval in August 2024).

Mr. Wallner has represented plaintiffs in pharmaceutical antitrust litigation, *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC. v. Express Scripts, Inc.* (N.D. Ill.), and a local government in litigation alleging violations of the Fair Housing Act, *County of Cook v. Wells Fargo & Co.* (N.D. Ill.).

Mr. Wallner has represented plaintiffs in lawsuits arising out of the Madoff Ponzi scheme, including the court-appointed litigation trustee of two Madoff "feeder funds." He has also represented investors in *In re Merck & Co., Inc. Securities Litigation* (D.N.J.), which resulted in a $1.062 billion recovery, *In re Initial Public Offering Securities Litigation* (S.D.N.Y), *In re CMS Energy Corporation Securities Litigation* (E.D. Mich.), and *In re Deutsche Telekom AG Securities Litigation* (S.D.N.Y.), and consumers in *In re Synthroid Marketing Litigation* (N.D. Ill.) and *the Mercedes-Benz Tire Litigation* (D.N.J.).

He has served on the editorial board of Securities Litigation Report, as a faculty member of the American Bar Association's First Annual National Institute on Securities Litigation and Arbitration, and as a member of the Federal Courts Committee of the Association of the Bar of the City of New York. He has been recognized in Lawdragon's "100 Lawyers You Need to Know in Securities Litigation."

Mr. Wallner received his B.A. degree from the University of Pennsylvania in 1976 graduating magna cum laude. He attended New York University School of Law, earning his J.D. degree in 1979. He was elected to the law school's Order of the Coif and served as an editor of the NYU Law Review.

Mr. Wallner is admitted to practice in New York.



## John Hughes
Senior Counsel

**John Hughes** is Senior Counsel at Milberg and focuses his practice on antitrust and consumer protection law, as well as False Claims Act Litigation and e-Discovery. He is currently part of the Milberg team serving as lead counsel for a nationwide class of auto dealerships in *In Re Dealer Management Systems Antitrust Litigation*, 18-cv-00864 (N.D. Ill.), which has yielded a $29.5 million settlement from one defendant in 2019 and $100 million from the other defendant (preliminarily approved in August 2024).

His antitrust experience also includes litigating against a pharmaceutical benefit company giant that illegally conspired with a drug manufacturer to raise the price of the drug Acthar in *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC. v. Express Scripts, Inc.*, 20-cv-50056 (N.D. Ill.). Mr. Hughes worked on behalf of consumers in *In re Google Play Consumer Antitrust Litigation*, 20-cv- 05761 (N.D. Cal.), and end-users in *In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation*, 19-md-02918 (N.D. Cal.). Mr. Hughes also contributed to the firm's work in *In re Fresh & Process Potatoes Antitrust Litigation*, 10-md-2186(D. Idaho), *In re Processed Egg Products Antitrust Litigation*, 08-md-2002 (E.D. Pa.), *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal. 2013), and *In Re: Disposable Contact Lens Antitrust Litigation*, 15-md-2626 (M.D. Fl.).

Prior to joining Milberg, Mr. Hughes helped lead a non-profit organization based in New York City, Detroit, and Los Angeles, providing legal support and business planning services to creative communities.

Mr. Hughes graduated from Michigan State University with a B.A. in Political Science and earned his J.D. degree from Wayne State University School of Law. During law school, Mr. Hughes served as a Director of The Free Legal Aid Clinic in Detroit, Co-managing a facility that specializes in providing family and elder law services to city residents. He is admitted to practice in Michigan.



## Michael Acciavatti
Partner

**Michael Acciavatti** is a Partner with an active role in several large antitrust cases, including as part of the team serving as lead counsel who secured $129.5 million in settlements for a nationwide class of automobile dealerships who were victims of a conspiracy to fix the price of data integrations services in *In Re Dealer Mgmt. Systems Antitrust Litigation*, MDL No. 2817 (N.D. Ill.). He also represented a class of consumers who were overcharged in their purchase of mobile applications through a digital app store in *In re Google Play Consumer Antitrust Litigation*, 3:20-cv-05761 (N.D. Cal.), leading to a more than $700 million parens patriae settlement.

Mr. Acciavatti's antitrust experience also includes representing a class of farmers who were illegally restrained from repairing their own agricultural equipment in *In re Deere & Company Repair Services Antitrust Litigation*, MDL No. 3030, 22-cv-50188 (N.D. Ill).

Mr. Acciavatti also represented third-party payor insurance plans who were charged supracompetitive prices for the drug H.P. Acthar Gel as a result of defendants' collusive anticompetitive practices, including engaging in an illegal vertical price fixing scheme in *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC v. Express Scripts, Inc.*, 20-cv-50056 (N.D. Ill.).

Mr. Acciavatti is a 2014 graduate of Widener University with a B.A. in Political Science, and was conferred a law degree at Drexel University, magna cum laude, in 2017. During law school, he was a member of the trial advocacy team, moot court board, and clerked in the United States District Court for the Eastern District of Pennsylvania.

Mr. Acciavatti is admitted to practice in courts in the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.



## Christian K. Torres
Associate

**Christian K. Torres** is an Associate in the Class Action and Multidistrict Litigation Department of Milberg's New York office. Christian's practice encompasses a broad range of complex commercial litigation matters including consumer protection, data privacy, securities, product liability, contract disputes, and insurance recovery actions. He has represented clients in a variety of industries in state and federal courts across the United States and has experience with every stage of litigation.

Prior to joining Milberg, Mr. Torres was an Associate at a leading defense-side commercial litigation law firm in Puerto Rico, focusing on securities litigation and arbitration, bankruptcy, employment law, and commercial contract disputes. In that role, he conceived various legal theories and prepared a diverse array of pleadings and trial memoranda that secured significant victories in state and federal courts.

Mr. Torres earned a B.B.A., cum laude, from the University of Miami in Finance and Business Administration; a B.A., magna cum laude, from Rutgers University in Philosophy and Political Science; and his J.D., magna cum laude, from the University of Puerto Rico School of Law. While in law school, Christian served as a judicial extern to the Honorable Brian K. Tester of the U.S. Bankruptcy Court for the District of Puerto Rico and clerked at a Labor and Employment Law boutique firm.

Mr. Torres is admitted to practice in the State of New York and the Commonwealth of Puerto Rico.



## Blake Hunter Yagman
Associate (Former)

**Blake Hunter Yagman** was an associate at Milberg where he helped develop and prosecute antitrust and data-privacy lawsuits. He holds a J.D. from Benjamin N. Cardozo School of Law and a B.A. from University of Miami. He was named "Top 40 Under 40" on the rankings for civil plaintiffs' litigation by the National Trial Lawyers organization.

Prior to joining Milberg, Mr. Yagman litigated antitrust, consumer fraud, and securities fraud cases at a national plaintiffs' class action firm based in New York City. With respect to antitrust cases, Mr. Yagman has extensive experience in food industry-based antitrust actions; including previous experience in price-fixing cases against the tuna industry (In re Packaged Seafood Antitrust Litigation, 3:15-md-02670 (S.D. Cal.)), the egg industry (In re Processed Egg Products Antitrust Litigation, 2:08-md-02002 (E.D. Pa.)), and the broiler chicken industry (In re Broiler Chicken Antitrust Litigation, 1:16-cv-08697 (N.D. Ill.)). With respect to consumer fraud cases, Mr. Yagman has experience in technology-focused consumer actions, including working on the discovery team in a case brought on behalf of Apple iPhone users (In re Apple Inc. Device Performance Litigation, 5:18-md-02827 (N.D. Cal.)) and is currently representing students in a biometric privacy putative class action against a software company (Veiga v. Respondus, Inc., 1:21- cv-02620 (N.D. Ill.)). He also has several active antitrust matters, including cases representing purchasers of mobile applications through an app store in an antitrust class action (In re Google Play Consumer Antitrust Litigation, 3:20-cv-05761 (N.D. Cal.)), and purchasers of gasoline in California in a spot market antitrust class action (In re California Gasoline Spot Market Antitrust Litigation, 3:20-cv-03131 (N.D. Cal.)), amongst others.

Mr. Yagman attended Cardozo Law School and worked throughout his enrollment as both a legal intern and as a sportswriter. As an intern, Mr. Yagman worked on class action consumer fraud cases as well as concussion litigation. Academically, Mr. Yagman completed a concentration program on intellectual property and data law. He also worked as a judicial intern in the Eleventh Circuit Court of the State of Florida for Judge Lawrence A. Schwartz, and was elected twice to the University of Miami's student government senate. At the University of Miami, Mr. Yagman earned a B.A. degree in History with a focus on the Cold War in the Americas.

In March of 2017, Mr. Yagman moderated a panel at the Cardozo Sports Law Society symposium on the antitrust issues illuminated by O'Bannon v. NCAA. In September of 2020, Mr. Yagman guest lectured at Hofstra Law School on purchaser standing in private litigation as discussed by the Supreme Court of the United States in Apple v. Pepper. Mr. Yagman is a member of the New York City Bar Association's Antitrust Committee as well as LeGal, the LGBT Bar Association of New York.



## Andrea Dorado
Associate (Former)

**Andrea Dorado** was an associate in Milberg's Antitrust practice group. Ms. Dorado attended Benjamin N. Cardozo Law School, where she graduated with a concentration in Intellectual Property and Information Law. Ms. Dorado served as Associate Editor and Staff Editor of the Cardozo Law Arts and Entertainment Law Journal, Vol. 38 and 39. During her time at Cardozo, Ms. Dorado was a teaching assistant for Professor Barbara Kolsun in her renowned Fashion Law course, where Ms. Dorado worked with graduate students from the Fashion Institute of Technology on foundation documents for their capstone projects. Ms. Dorado went on to become an editor for Nancy S. Cleveland's Sustainability and the Fashion Industry, in the Business and Law of Fashion and Retail 99 (Barbara Kolsun & Douglas Hand eds., 1st ed. Carolina Academic Press 2020). Ms. Dorado was also a research assistant for Professor Christopher Buccaffusco in matters relating to copyright and trademark infringement and consumer confusion. Ms. Dorado co-founded the Cardozo chapter of Women in Tech law, a branch of the 501(c)(3) incorporated in California, to cultivate a community at Cardozo that helps inspire, empower, and support women interested in the intersection between the legal world and the tech world.

During her enrollment at Cardozo, Ms. Dorado worked as a legal intern for several institutions. Ms. Dorado assisted asylum seekers of gender-based violence at the New York based not-for- profit Sanctuary for Families. Ms. Dorado was an intern for the New York State Department of Financial Services where she participated in several ongoing investigations into possible violations of state financial regulatory authority by state chartered financial institutions. Ms. Dorado also interned at Koburger Law where she represented video game software developers in transactional negotiations and tech start-ups with matters relating to formation documents, stock agreements, and privacy policies.

Prior to attending law school, Ms. Dorado was a litigation paralegal at O'Melveny and Myers, LLP, where she was lead paralegal on several complex litigations that went to a jury trial. Ms. Dorado also served as an interpreter from Spanish to English for the firm's pro-bono and Puerto Rico Bankruptcy matters.

Ms. Dorado earned her Bachelor of Arts from Boston College with a major in linguistics and a minor in International Affairs

# LOCATIONS

PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

402 West Broadway, Suite 1760
San Diego, California 92101

FLORIDA
201 Sevilla Avenue, Suite 200,
Coral Gables, Florida 33134

3833 Central Avenue
St. Petersburg, Florida 33713

ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

LOUISIANA
5301 Canal Boulevard
New Orleans, Louisiana 70124

MICHIGAN
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301

NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

NEW YORK
100 Garden City Plaza, Suite 500
Garden City, New York 11530

405 E 50th Street
New York, New York 10022

NORTH CAROLINA
900 West Morgan Street
Raleigh, North Carolina 27603

5 West Hargett Street, Suite 812
Raleigh, North Carolina 27601

SOUTH CAROLINA
825 Lowcountry Blvd, Suite 101
Mount Pleasant, South Carolina 29464

TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

NETHERLANDS

UNITED KINGDOM

# Annex 2

# In Re: Google Play Antitrust Litigation (Consumers)

Milberg Coleman Bryson Phillips Grossman, PLLC Fees

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wedgworth, Peggy | Partner | 2 | 1.40 | $ 997.00 | | | | | | | $ 1,395.80 |
| Wedgworth, Peggy | Partner | 3 | 11.30 | $ 997.00 | | | | | | | $ 11,266.10 |
| Wedgworth, Peggy | Partner | 4 | 1.00 | $ 997.00 | | | | | | | $ 997.00 |
| Wedgworth, Peggy | Partner | 5 | 9.70 | $ 997.00 | | | | | | | $ 9,670.90 |
| Wedgworth, Peggy | Partner | 7 | 0.20 | $ 997.00 | | | | | | | $ 199.40 |
| Wedgworth, Peggy | Partner | 13 | 0.10 | $ 997.00 | | | | | | | $ 99.70 |
| Wedgworth, Peggy | Partner | 2 | | | 3.00 | $ 975.00 | | | | | $ 2,925.00 |
| Wedgworth, Peggy | Partner | 3 | | | 38.30 | $ 975.00 | | | | | $ 37,342.50 |
| Wedgworth, Peggy | Partner | 4 | | | 16.30 | $ 975.00 | | | | | $ 15,892.50 |
| Wedgworth, Peggy | Partner | 5 | | | 6.30 | $ 975.00 | | | | | $ 6,142.50 |
| Wedgworth, Peggy | Partner | 6 | | | 1.10 | $ 975.00 | | | | | $ 1,072.50 |
| Wedgworth, Peggy | Partner | 7 | | | 1.00 | $ 975.00 | | | | | $ 975.00 |
| Wedgworth, Peggy | Partner | 8 | | | 7.80 | $ 975.00 | | | | | $ 7,605.00 |
| Wedgworth, Peggy | Partner | 9 | | | 39.10 | $ 975.00 | | | | | $ 38,122.50 |
| Wedgworth, Peggy | Partner | 11 | | | 11.30 | $ 975.00 | | | | | $ 11,017.50 |
| Wedgworth, Peggy | Partner | 12 | | | 1.70 | $ 975.00 | | | | | $ 1,657.50 |
| Wedgworth, Peggy | Partner | 13 | | | 8.30 | $ 975.00 | | | | | $ 8,092.50 |
| Wedgworth, Peggy | Partner | 1 | | | | | 0.50 | $ 975.00 | | | $ 487.50 |
| Wedgworth, Peggy | Partner | 2 | | | | | 24.10 | $ 975.00 | | | $ 23,497.50 |
| Wedgworth, Peggy | Partner | 3 | | | | | 69.30 | $ 975.00 | | | $ 67,567.50 |
| Wedgworth, Peggy | Partner | 4 | | | | | 23.80 | $ 975.00 | | | $ 23,205.00 |
| Wedgworth, Peggy | Partner | 5 | | | | | 5.80 | $ 975.00 | | | $ 5,655.00 |
| Wedgworth, Peggy | Partner | 6 | | | | | 3.00 | $ 975.00 | | | $ 2,925.00 |
| Wedgworth, Peggy | Partner | 7 | | | | | 3.00 | $ 975.00 | | | $ 2,925.00 |
| Wedgworth, Peggy | Partner | 8 | | | | | 17.60 | $ 975.00 | | | $ 17,160.00 |
| Wedgworth, Peggy | Partner | 9 | | | | | 2.90 | $ 975.00 | | | $ 2,827.50 |
| Wedgworth, Peggy | Partner | 10 | | | | | 10.30 | $ 975.00 | | | $ 10,042.50 |
| Wedgworth, Peggy | Partner | 11 | | | | | 1.30 | $ 975.00 | | | $ 1,267.50 |
| Wedgworth, Peggy | Partner | 1 | | | | | | | 9.20 | $ 975.00 | $ 8,970.00 |
| Wedgworth, Peggy | Partner | 4 | | | | | | | 1.90 | $ 975.00 | $ 1,852.50 |
| Wedgworth, Peggy | Partner | 5 | | | | | | | 8.70 | $ 975.00 | $ 8,482.50 |
| Wedgworth, Peggy | Partner | 6 | | | | | | | 42.40 | $ 975.00 | $ 41,340.00 |
| Wedgworth, Peggy | Partner | 7 | | | | | | | 15.40 | $ 975.00 | $ 15,015.00 |
| Wedgworth, Peggy | Partner | 8 | | | | | | | 8.50 | $ 975.00 | $ 8,287.50 |
| Wedgworth, Peggy | Partner | 10 | | | | | | | 3.80 | $ 975.00 | $ 3,705.00 |
| Wedgworth, Peggy | Partner | 11 | | | | | | | 24.00 | $ 975.00 | $ 23,400.00 |
| Wallner, Robert | Partner | 3 | 5.30 | $ 997.00 | | | | | | | $ 5,284.10 |
| Wallner, Robert | Partner | 5 | 0.80 | $ 997.00 | | | | | | | $ 797.60 |
| Wallner, Robert | Partner | 2 | | | 0.50 | $ 975.00 | | | | | $ 487.50 |
| Wallner, Robert | Partner | 3 | | | 0.20 | $ 975.00 | | | | | $ 195.00 |
| Wallner, Robert | Partner | 5 | | | 2.60 | $ 975.00 | | | | | $ 2,535.00 |
| Wallner, Robert | Partner | 6 | | | 0.10 | $ 975.00 | | | | | $ 97.50 |
| Wallner, Robert | Partner | 5 | | | | | 0.80 | $ 975.00 | | | $ 780.00 |

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wallner, Robert | Partner | 1 | | | | | | | 33.30 | $ 975.00 | $ 32,467.50 |
| Wallner, Robert | Partner | 5 | | | | | | | 0.40 | $ 975.00 | $ 390.00 |
| Wallner, Robert | Partner | 6 | | | | | | | 6.30 | $ 975.00 | $ 6,142.50 |
| Wallner, Robert | Partner | 7 | | | | | | | 3.10 | $ 975.00 | $ 3,022.50 |
| Wallner, Robert | Partner | 11 | | | | | | | 3.60 | $ 975.00 | $ 3,510.00 |
| McKenna, Elizabeth | Partner | 3 | 10.10 | $ 997.00 | | | | | | | $ 10,069.70 |
| McKenna, Elizabeth | Partner | 4 | 0.60 | $ 997.00 | | | | | | | $ 598.20 |
| McKenna, Elizabeth | Partner | 7 | 7.00 | $ 997.00 | | | | | | | $ 6,979.00 |
| McKenna, Elizabeth | Partner | 11 | 0.20 | $ 997.00 | | | | | | | $ 199.40 |
| McKenna, Elizabeth | Partner | 13 | 0.20 | $ 997.00 | | | | | | | $ 199.40 |
| McKenna, Elizabeth | Partner | 1 | | | 0.10 | $ 919.00 | | | | | $ 91.90 |
| McKenna, Elizabeth | Partner | 3 | | | 160.60 | $ 919.00 | | | | | $ 147,591.40 |
| McKenna, Elizabeth | Partner | 4 | | | 0.60 | $ 919.00 | | | | | $ 551.40 |
| McKenna, Elizabeth | Partner | 7 | | | 153.40 | $ 919.00 | | | | | $ 140,974.60 |
| McKenna, Elizabeth | Partner | 10 | | | 2.60 | $ 919.00 | | | | | $ 2,389.40 |
| McKenna, Elizabeth | Partner | 3 | | | | | 139.50 | $ 750.00 | | | $ 104,625.00 |
| McKenna, Elizabeth | Partner | 3 | | | | | 55.20 | $ 850.00 | | | $ 46,920.00 |
| McKenna, Elizabeth | Partner | 4 | | | | | 21.50 | $ 750.00 | | | $ 16,125.00 |
| McKenna, Elizabeth | Partner | 4 | | | | | 1.30 | $ 850.00 | | | $ 1,105.00 |
| McKenna, Elizabeth | Partner | 5 | | | | | 4.60 | $ 750.00 | | | $ 3,450.00 |
| McKenna, Elizabeth | Partner | 5 | | | | | 0.10 | $ 850.00 | | | $ 85.00 |
| McKenna, Elizabeth | Partner | 6 | | | | | 4.40 | $ 750.00 | | | $ 3,300.00 |
| McKenna, Elizabeth | Partner | 7 | | | | | 208.80 | $ 750.00 | | | $ 156,600.00 |
| McKenna, Elizabeth | Partner | 7 | | | | | 99.50 | $ 850.00 | | | $ 84,575.00 |
| McKenna, Elizabeth | Partner | 8 | | | | | 30.00 | $ 750.00 | | | $ 22,500.00 |
| McKenna, Elizabeth | Partner | 10 | | | | | 2.30 | $ 750.00 | | | $ 1,725.00 |
| McKenna, Elizabeth | Partner | 10 | | | | | 0.70 | $ 850.00 | | | $ 595.00 |
| McKenna, Elizabeth | Partner | 1 | | | | | | | 157.40 | $ 750.00 | $ 118,050.00 |
| McKenna, Elizabeth | Partner | 4 | | | | | | | 10.80 | $ 750.00 | $ 8,100.00 |
| McKenna, Elizabeth | Partner | 5 | | | | | | | 7.70 | $ 750.00 | $ 5,775.00 |
| McKenna, Elizabeth | Partner | 6 | | | | | | | 62.50 | $ 750.00 | $ 46,875.00 |
| McKenna, Elizabeth | Partner | 7 | | | | | | | 39.00 | $ 750.00 | $ 29,250.00 |
| McKenna, Elizabeth | Partner | 8 | | | | | | | 23.20 | $ 750.00 | $ 17,400.00 |
| McKenna, Elizabeth | Partner | 10 | | | | | | | 3.30 | $ 750.00 | $ 2,475.00 |
| McKenna, Elizabeth | Partner | 11 | | | | | | | 4.70 | $ 750.00 | $ 3,525.00 |
| Hughes, John | Senior Counsel | 3 | | | 0.80 | $ 676.00 | | | | | $ 540.80 |
| Hughes, John | Senior Counsel | 8* | | | 95.80 | $ 676.00 | | | | | $ 64,760.80 |
| Hughes, John | Senior Counsel | 9 | | | 218.90 | $ 676.00 | | | | | $ 147,976.40 |
| Hughes, John | Senior Counsel | 1 | | | | | 0.10 | $ 525.00 | | | $ 52.50 |
| Hughes, John | Senior Counsel | 3 | | | | | 0.50 | $ 525.00 | | | $ 262.50 |
| Hughes, John | Senior Counsel | 3 | | | | | 0.20 | $ 676.00 | | | $ 135.20 |
| Hughes, John | Senior Counsel | 7 | | | | | 37.50 | $ 525.00 | | | $ 19,687.50 |
| Hughes, John | Senior Counsel | 8 | | | | | 179.00 | $ 350.00 | | | $ 62,650.00 |
| Hughes, John | Senior Counsel | 8* | | | | | 195.40 | $ 525.00 | | | $ 102,585.00 |
| Hughes, John | Senior Counsel | 8* | | | | | 110.30 | $ 676.00 | | | $ 74,562.80 |
| Hughes, John | Senior Counsel | 1 | | | | | | | 2.00 | $ 525.00 | $ 1,050.00 |
| Hughes, John | Senior Counsel | 7 | | | | | | | 0.20 | $ 525.00 | $ 105.00 |
| Hughes, John | Senior Counsel | 8 | | | | | | | 12.10 | $ 525.00 | $ 6,352.50 |
| Acciavatti, Michael | Associate | 2 | 0.30 | $ 508.00 | | | | | | | $ 152.40 |
| Acciavatti, Michael | Associate | 3 | 7.10 | $ 508.00 | | | | | | | $ 3,606.80 |
| Acciavatti, Michael | Associate | 4 | 6.50 | $ 508.00 | | | | | | | $ 3,302.00 |
| Acciavatti, Michael | Associate | 5 | 1.50 | $ 508.00 | | | | | | | $ 762.00 |

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acciavatti, Michael | Associate | 7 | 9.70 | $ 508.00 | | | | | | | $ 4,927.60 |
| Acciavatti, Michael | Associate | 2 | | | 5.20 | $ 468.00 | | | | | $ 2,433.60 |
| Acciavatti, Michael | Associate | 3 | | | 156.80 | $ 468.00 | | | | | $ 73,382.40 |
| Acciavatti, Michael | Associate | 4 | | | 43.00 | $ 468.00 | | | | | $ 20,124.00 |
| Acciavatti, Michael | Associate | 5 | | | 1.30 | $ 468.00 | | | | | $ 608.40 |
| Acciavatti, Michael | Associate | 7 | | | 162.50 | $ 468.00 | | | | | $ 76,050.00 |
| Acciavatti, Michael | Associate | 8 | | | 2.00 | $ 350.00 | | | | | $ 700.00 |
| Acciavatti, Michael | Associate | 8 | | | 29.60 | $ 468.00 | | | | | $ 13,852.80 |
| Acciavatti, Michael | Associate | 9 | | | 226.30 | $ 468.00 | | | | | $ 105,908.40 |
| Acciavatti, Michael | Associate | 10 | | | 1.70 | $ 468.00 | | | | | $ 795.60 |
| Acciavatti, Michael | Associate | 1 | | | | | 14.00 | $ 425.00 | | | $ 5,950.00 |
| Acciavatti, Michael | Associate | 1 | | | | | 0.90 | $ 468.00 | | | $ 421.20 |
| Acciavatti, Michael | Associate | 2 | | | | | 0.50 | $ 425.00 | | | $ 212.50 |
| Acciavatti, Michael | Associate | 3 | | | | | 99.80 | $ 425.00 | | | $ 42,415.00 |
| Acciavatti, Michael | Associate | 3 | | | | | 58.20 | $ 468.00 | | | $ 27,237.60 |
| Acciavatti, Michael | Associate | 4 | | | | | 24.80 | $ 425.00 | | | $ 10,540.00 |
| Acciavatti, Michael | Associate | 4 | | | | | 13.80 | $ 468.00 | | | $ 6,458.40 |
| Acciavatti, Michael | Associate | 5 | | | | | 3.30 | $ 425.00 | | | $ 1,402.50 |
| Acciavatti, Michael | Associate | 6 | | | | | 4.20 | $ 425.00 | | | $ 1,785.00 |
| Acciavatti, Michael | Associate | 6 | | | | | 0.40 | $ 468.00 | | | $ 187.20 |
| Acciavatti, Michael | Associate | 7 | | | | | 229.30 | $ 425.00 | | | $ 97,452.50 |
| Acciavatti, Michael | Associate | 7 | | | | | 38.00 | $ 468.00 | | | $ 17,784.00 |
| Acciavatti, Michael | Associate | 8 | | | | | 129.80 | $ 350.00 | | | $ 45,430.00 |
| Acciavatti, Michael | Associate | 8* | | | | | 49.70 | $ 425.00 | | | $ 21,122.50 |
| Acciavatti, Michael | Associate | 8* | | | | | 1.60 | $ 468.00 | | | $ 748.80 |
| Acciavatti, Michael | Associate | 9 | | | | | 52.20 | $ 468.00 | | | $ 24,429.60 |
| Acciavatti, Michael | Associate | 10 | | | | | 1.10 | $ 468.00 | | | $ 514.80 |
| Acciavatti, Michael | Associate | 1 | | | | | | | 26.10 | $ 425.00 | $ 11,092.50 |
| Acciavatti, Michael | Associate | 4 | | | | | | | 60.70 | $ 425.00 | $ 25,797.50 |
| Acciavatti, Michael | Associate | 5 | | | | | | | 0.30 | $ 425.00 | $ 127.50 |
| Acciavatti, Michael | Associate | 6 | | | | | | | 27.30 | $ 425.00 | $ 11,602.50 |
| Acciavatti, Michael | Associate | 7 | | | | | | | 13.10 | $ 425.00 | $ 5,567.50 |
| Acciavatti, Michael | Associate | 11 | | | | | | | 9.50 | $ 425.00 | $ 4,037.50 |
| Bryson, Dan | Partner | 3 | | | | | 1.80 | $ 914.00 | | | $ 1,645.20 |
| Wilson, Chaisa | Paralegal | 5 | | | | | 8.50 | $ 350.00 | | | $ 2,975.00 |
| Yagman, Blake | Associate | 4 | | | | | 3.90 | $ 425.00 | | | $ 1,657.50 |
| Yagman, Blake | Associate | 5 | | | | | 1.10 | $ 425.00 | | | $ 467.50 |
| Yagman, Blake | Associate | 7 | | | | | 0.60 | $ 425.00 | | | $ 255.00 |
| Yagman, Blake | Associate | 8 | | | | | 100.60 | $ 350.00 | | | $ 35,210.00 |
| Yagman, Blake | Associate | 1 | | | | | | | 29.20 | $ 425.00 | $ 12,410.00 |
| Yagman, Blake | Associate | 4 | | | | | | | 44.50 | $ 425.00 | $ 18,912.50 |
| Yagman, Blake | Associate | 5 | | | | | | | 0.70 | $ 425.00 | $ 297.50 |
| Yagman, Blake | Associate | 6 | | | | | | | 3.00 | $ 425.00 | $ 1,275.00 |
| Yagman, Blake | Associate | 11 | | | | | | | 2.90 | $ 425.00 | $ 1,232.50 |
| Dorado, Andrea | Associate | 3 | | | 18.40 | $ 381.00 | | | | | $ 7,010.40 |
| Dorado, Andrea | Associate | 8 | | | 14.00 | $ 350.00 | | | | | $ 4,900.00 |
| Dorado, Andrea | Associate | 9 | | | 53.40 | $ 381.00 | | | | | $ 20,345.40 |
| Dorado, Andrea | Associate | 3 | | | | | 7.60 | $ 381.00 | | | $ 2,895.60 |
| Dorado, Andrea | Associate | 7 | | | | | 22.60 | $ 381.00 | | | $ 8,610.60 |
| Dorado, Andrea | Associate | 8 | | | | | 24.70 | $ 350.00 | | | $ 8,645.00 |
| Torres, Christian | Associate | 8 | | | 7.50 | $ 350.00 | | | | | $ 2,625.00 |
| Torres, Christian | Associate | 1 | | | | | 4.00 | $ 400.00 | | | $ 1,600.00 |

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | 2020 Hours | 2020 Rate | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Torres, Christian | Associate | 3 | | | | | 4.50 | $ 400.00 | | | $ 1,800.00 |
| Torres, Christian | Associate | 7 | | | | | 10.30 | $ 400.00 | | | $ 4,120.00 |
| Torres, Christian | Associate | 8 | | | | | 67.90 | $ 350.00 | | | $ 23,765.00 |
| TOTALS | | | **73.00** | | **1492.10** | | **2233.00** | | **700.80** | | **$ 2,773,793.30** |

# Annex 3

In Re Google Play Antitrust Litigation (Consumers)
Milberg Coleman Bryson Phillips Grossman, PLLC Costs

| DESCRIPTION | TOTAL |
|---|---|
| Telephone/Facsimile | $ - |
| Photocopies - In-House | $ 13.41 |
| Photocopies - Outside | $ - |
| Postage/Air Express/Messengers | $ - |
| Filing Fees | $ 1,640.00 |
| Process Fees | $ 5,699.39 |
| Transcripts | $ - |
| Computer Research | $ 2,909.59 |
| Travel/Meals | $ - |
| Professional Fees (Expert, Accountant, Investigator) | $ - |
| Assessments* | $ - |
| Miscellaneous | $ 1,563.35 |
| TOTAL COSTS | $ 11,825.74 |

*Assessments paid by Milberg are included within Costs submitted by Lead Counsel