Karma M. Giulianelli (SBN 184175)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com

Hae Sung Nam (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
hnam@kaplanfox.com

*Co-Lead Consumer Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*,<br>Case No. 3:20-cv-05761-JD<br><br>*State of Utah, et al., v. Google LLC, et al.*,<br>Case No. 3:21-cv-05227-JD | No. 3:21-md-02981-JD<br><br>**DECLARATION OF GREGORY P. HANSEL IN SUPPORT OF PRETI FLAHERTY'S STATEMENT OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: October 30, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

I Gregory P. Hansel, declare as follows:

1. I am a partner in the law firm of PRETI FLAHERTY. I am a member of the Maine bar and am admitted pro hac vice to practice in this Court.

2. I submit this declaration in support of the Consumer Plaintiffs' Statement of Attorneys' Fees and Costs. The facts set forth in this declaration are based on my personal knowledge and on business records associated with this matter and/or my firm. If called as a witness, I could and would testify competently thereto.

## THE PRETI FLAHERTY TEAM

3. Attached as **Annex 1** is PRETI FLAHERTY's firm bio, which includes information about the credentials and experience of the attorneys and other personnel who staffed our team for this case. During the pendency of this action, and at the request of and in coordination with Co-Lead Counsel, my firm has worked on behalf of Consumer Class and Consumer Plaintiffs from case inception through settlement.[1] My firm has been involved in multiple activities that were assigned to us by Co-Lead Counsel on behalf of the Consumer Class.

## PRETI FLAHERTY'S LEGAL FEES AND COSTS

4. In accordance with instructions from Co-Lead Counsel, all PRETI FLAHERTY attorneys, paralegals, and other billable personnel assigned to this matter made contemporaneous records of the time they devoted to this case, which were maintained in the ordinary course of business in an electronic database administered by our firm.

5. Consistent with our standard practice and following instructions from Co-Lead Counsel, I and other attorneys and staff working at my direction audited all of the billable time entries, and deleted any entries in which descriptions were insufficiently detailed, tasks or entries appeared duplicative, or if the specific task or amount of time billed was not reasonably necessary to advance the litigation in the interest of consumers. In my professional opinion and

[1] "Co-Lead Counsel" refers to Karma Giulianelli of Bartlit Beck LLP and Hae Sung Nam of Kaplan, Fox and Kilsheimer LLP. Mss. Giulianelli and Nam were appointed as lead counsel of a putative class on December 16, 2020. "Consumer Class" refers to the Class that was certified on November 28, 2022, and later decertified on September 13, 2023.

judgment, the entries appear to be reliable. In accordance with the Court's order, fee documentation was submitted to Co-Lead Counsel on a monthly basis for their review and the final compiled fee documentation has been provided to Co-Lead Counsel for their additional audit and review.

6. Attached as **Annex 2** is a summary of the hours contemporaneously recorded by the billable PRETI FLAHERTY personnel who performed significant work in the prosecution of this lawsuit. This summary identifies the total amount of time devoted to each category of tasks by each billable professional using codes that are consistent with those that have been used in recent class fee submissions in this Court and other federal courts within the Ninth Circuit. The summary also identifies each professional's name, title, hourly rate, and a calculation of the resulting fees. The hourly rates for each attorney and staff member listed are the usual and customary hourly rates charged by PRETI FLAHERTY for similar work. Detailed time entries are also available for inspection by the Court upon request.

7. I am personally familiar with the character, quality, and extent of the work performed by each of the lawyers and other billable professionals who performed work in this case. In my judgment, the work reflected on the tables attached hereto was necessary to advancing the litigation in the interests of consumers, consistent with the instructions and tasks assigned by Co-Lead Counsel, and performed competently and with efficiency.

8. Attached as **Annex 3** is a summary of the costs incurred in prosecuting this lawsuit on behalf of Consumer Plaintiffs. The expenses incurred are reflected on the books and records of PRETI FLAHERTY. These books and records are prepared from checks and expense vouchers regularly kept and maintained by the firm and accurately reflect expenses incurred. Cost documentation has also been provided to Co-Lead Counsel for their additional audit and review.

9. The compensation to PRETI FLAHERTY for the services rendered on behalf of Consumer Plaintiffs is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by the Court.

10. I hereby certify that the fees and costs sought were actually incurred and were reasonably necessary to the prosecution of this multiyear class action lawsuit.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2025.

*_/s/ Gregory P. Hansel_*

Gregory P. Hansel

# Annex
# 1

# PretiFlaherty

Preti Flaherty is proud to partner with our clients to create opportunity. With more than 100 attorneys practicing across many fields of law, we've built out extraordinarily talented teams to achieve outcomes that are not simply expeditious, but which support our clients' long-term goals and innovative ideas. We're constantly focused on raising the industry standard of service and our peers are taking note. An expanded toolbox of services provides for more strategic campaigns when partnered with our legal strategy in new and novel ways.

## A STEADILY GROWING TEAM

Number of Attorneys




## WELL-RESPECTED

By Clients and Peers

**46** Best Lawyers Attorneys

**16** Chambers Attorneys

**5** Chambers Practice Groups

**13** Benchmark Litigation Attorneys

**15** Super Lawyer Attorneys

## RAISING THE STANDARD OF SERVICE FOR CLIENTS ACROSS INDUSTRIES

**Cannabis Business**

**Construction Law**

**Corporate and M&A**
- Animal Law
- Emerging Business
- Hospitality
- Immigration
- Mergers & Acquisitions
- Municipal Broadband
- Resort Services
- Securities
- Taxation
- Trusts & Estates

**Education Law**

**Employment Law**

**Energy & Telecommunications**

**Environmental**

**Forest Products Law**

**Franchising and Distribution Services**

**Government Affairs**

**Health Law**

**Intellectual Property**

**International Law**

**Litigation**

**Media Law**

**Municipal Law and Finance**

**Public Finance**

**Real Estate and Finance**
- Affordable Housing
- Banking and Financial Services
- Creditors' Rights & Bankruptcy
- Land Use & Permitting

**Transportation & Maritime Law**

**Workers' Compensation**

# DELIBERATELY DIFFERENT

Preti Flaherty is a different kind of law firm, built on the idea that clients need their attorneys to be entrepreneurs - strategic thinkers who understand clients' business goals and help define their vision of the future. Faced with a challenge, we're willing to think differently and move beyond the traditional silos of a legal practice.

Utilizing the technical subject matter understanding and extensive experience of attorneys from all practice areas and from all corners of our strategic Northeast footprint, we design a collaborative approach tailored to a client's unique needs and provide comprehensive legal services in a manner that is as innovative as our clients themselves.

## STRATEGIC FOOTPRINT ACROSS THE NORTHEAST



## CLIENTS IN 46 STATES



## AND 6 CONTINENTS



## OFFERING EXPANDED SERVICES

**CharterTitle**
Title Company

**PretiSTRATEGIES**
Government Affairs and Public Relations

PretiFlaherty



# Gregory P. Hansel

Partner

ghansel@preti.com
207.791.3000

Greg is a partner in the firm's Antitrust & Competition practice group and a nationally recognized trial lawyer in complex business litigation. In the leadership of the American Bar Association Antitrust Section, he is Co-Chair of the Unilateral Conduct Committee.

He has won victories for defendants and plaintiffs in some of Maine's largest cases and maintains a national and international litigation practice. He frequently advises overseas clients on U.S. legal matters. He is listed in Woodward/White's *The Best Lawyers in America*, which named him 2017 and 2015 "Lawyer of the Year" for Mass Tort Litigation/Class Actions - Defendants. He currently serves as court-appointed co-lead counsel for direct purchasers in *In re Automotive Parts Antitrust Litigation*, with over $300 million in settlements.

In other cases, he won a $19 million jury verdict as lead trial counsel in Missouri federal court in an international contract dispute, recognized in the National Law Journal as one of Top 100 Verdicts of the year; recovered $32 million for a class of direct purchasers of marine hose in federal antitrust litigation in Miami; and brought an antiterrorism case on behalf of American missionaries murdered in Colombia. He has argued six times before the U.S. Judicial Panel on Multidistrict Litigation.

Greg is experienced in class actions, antitrust & trade regulation, international, securities, construction, corporate, intellectual property, products liability, mass torts, contract, fraud, healthcare, RICO, employment, real estate, land use, technology, lender liability, professional malpractice, personal injury, wrongful death, food & drug regulation and labeling, fidelity & surety, insurance, arbitration and mediation.

## Admissions

- Maine
- Florida
- District of Columbia
- U.S. District Court, District of Maine
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Middle District of Florida
- U.S. District Court, Southern District of Florida
- U.S. Court of Appeals, First Circuit
- U.S. Court of Appeals, Fourth Circuit

## Services

- Antitrust & Competition
- Corporate and M&A
- International Commerce
- Litigation
- Securities

- U.S. Court of Appeals, Eighth Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. Court of Appeals, D.C. Circuit
- U.S. Supreme Court

## Education

- University of Virginia School of Law (J.D., 1986)
  - Dillard Fellow, Moot Court Board
- Harvard University (B.A., *magna cum laude*, 1982)

## Professional Activities

- Co-Chair, American Bar Association Section of Antitrust Law Unilateral Conduct Committee
- Served as Vice Chair, Florida Bar, Antitrust & Trade Regulation Law Certification Committee
- Participant, Maine Gubernatorial Trade Mission to South Korea
- Served as Chairman of The Florida Bar Convention
- Former Member, Florida Bar Grievance Committee
- Served as Regional Vice-Chair, and Member, Board of Directors, Lawyers' Committee for Civil Rights Under Law, Washington, D.C.
- Served as Chair, Annual Giving in Northern New England for the University of Virginia School of Law
- Acted as pro bono attorney, Maine Equal Justice Partners

## Honors & Recognition

- AV Preeminent™ rating by the Martindale-Hubbell® Law Directory
- Listed in the Woodward/White's *The Best Lawyers in America* for Commercial Litigation, Litigation - Securities, Mass Tort Litigation / Class Actions - Defendants and Mass Tort Litigation / Class Actions - Plaintiffs
- Recognized for Commercial Litigation in *Chambers USA: America's Leading Lawyers for Business.*
- Selected as a *New England Super Lawyer* in Antitrust Litigation, Business Litigation, Class Action/Mass Torts and Personal Injury
- Named a Litigation Star in *Benchmark: Litigation, the Guide to America's Leading Litigation Firms and Attorneys*
- Board Certified in Antitrust and Trade Regulation Law by The Florida Bar
- Board Certified in Business Litigation by The Florida Bar

## Civic and Charitable Activities

- Past Chair of the Board, ProsperityME
- Past Member, Harvard Alumni Association Board of Directors
  - Regional Director, Harvard Clubs of Maine, New Hampshire, Vermont, and North/Central Massachusetts
  - Past President, Harvard Clubs in Maine and Tampa Bay (formerly West Coast Florida)
- Member, Maine International Trade Center
- Portland Rotary Club
- Served on Executive Committee, Appalachian Mountain Club, Maine Chapter
- Former Member, Board of Trustees, Portland Symphony Orchestra

- Past President, Cape Elizabeth Mock Trial Boosters

## Publications and Presentations

- Chair, Moderator and Co-Author, "2025 Big Tech Lawsuits/Enforcement Update," ABA Section of Antitrust Law Spring Meeting
- "Extreme Litigation: An Interview with Judge Wm. Terrell Hodges, Chairman of the Judicial Panel on Multidistrict Litigation", *Maine Bar Journal*
- Speaker, "Private Damages Actions: An International Perspective," ABA Section of Antitrust Law Spring Meeting
- "Antitrust Class Certification After Hydrogen Peroxide" ABA Section of Antitrust Law Spring Meeting
- "Dispute Resolution," author of Maine Chapter in international legal guide for corporate counsel, *Getting the Deal Through*, Law Business Research Ltd.
- Speaker, "Betting-the-Company, How to Avoid and Survive High Stakes U.S. Litigation," Korea In-House Counsel Forum, program co-sponsored by U.S. Embassy, Seoul
- Speaker, "Hot Topics in Class Actions," Annual Meeting of Maine State Bar Association
- "Limiting Shareholder Class Actions: The Private Securities Litigation Reform Act of 1995," *The Florida Bar Journal*
- "Strong Suit: A Primer on Class Actions," *Mainebiz*

PretiFlaherty



# Michael S. Smith

Managing Partner

msmith@preti.com
207.791.3000

Mike is a trial lawyer who maintains a national practice focused on antitrust class action and whistleblower litigation. He also serves as Preti Flaherty's Managing Partner, with responsibility for overseeing all aspects of the firm's operations and, along with the Management Committee and Chief Operating Officer, setting strategic goals and operational objectives for the firm.

Mike's class action practice centers on plaintiff-side antitrust litigation. He routinely represents plaintiffs in some of the largest antitrust class actions in the country, including *In re Delta Dental Antitrust Litigation*; *In re Apple Inc. Smartphone Antitrust Litigation*; *In re FICO Antitrust Litigation*; *In re Automotive Parts Antitrust Litigation* (more than $300,000,000 in direct purchaser settlements); *In re: Broiler Chicken Antitrust Litigation* (more than $100,000,000 in indirect purchaser settlements to date); and *In re: Farm-Raised Salmon and Salmon Products Antitrust Litigation* ($85,000,000 in direct purchaser settlements). Mike has represented a wide range of individuals and businesses in these cases.

Mike also helps whistleblowers expose fraudulent conduct that violates the False Claims Act, the Stark Law, and other federal and state laws. On behalf of his clients, he has filed whistleblower complaints with the SEC and the IRS and regularly assists the Department of Justice in investigating and litigating *qui tam* fraud cases across the country. He led a team of Preti Flaherty attorneys and paralegals that represented the whistleblower in *United States and the State of Indiana ex rel. Thomas Fischer v. Community Health Network, Inc., et al.*, No. 1:14-cv-1215 (S.D. Ind.), in which the whistleblower's claims settled for a total of $480,000,000. That was, by a wide margin, the largest total settlement amount for a case of its kind in U.S. history.

Locally, Mike defends businesses, healthcare providers, and not-for-profit organizations in commercial litigation and administrative proceedings throughout Maine.

Before joining Preti Flaherty, Mike practiced in the New York and Boston offices of WilmerHale LLP, an international law firm. He previously served as a Special Assistant District Attorney in the Middlesex District Attorney's Office in Massachusetts. During that time, he tried a variety of cases to juries and judges, including felony narcotics distribution, felony bank theft, and a domestic violence incident.

## Services

- Antitrust & Competition
- Government Procurement
- Health Law
- International Commerce
- Litigation
- Securities
- White Collar Defense & Government Investigations
- Whistleblower & False Claims Act

Mike's achievements for his clients have received national recognition from both *Benchmark Litigation* and *Super Lawyers*.

Mike grew up in Whitefield, Maine, and now lives in the Portland area.

## Admissions

- Maine
- Massachusetts
- New York
- U.S. District Court, District of Maine
- U.S. District Court, District of Massachusetts
- U.S. District Court, Eastern District of Michigan
- U.S. Court of Appeals, Sixth Circuit

## Education

- Boston College Law School (J.D., *cum laude*, 2007)
  - Executive Editor, Boston College Environmental Affairs Law Review
- Boston College (B.A., *magna cum laude*, 2004)
  - Political Science; History

## Professional Activities

- Cumberland Bar Association, Former President and Board Member
- American Bar Association Antitrust Section, Member
- Complex Litigation E-Discovery Forum, Participant

## Honors & Recognition

Listed as *Super Lawyers* "New England Rising Star" 2015 - 2022
Recognized by *Benchmark Litigation* on its "40 & Under Hot List" and as a "Future Star"

## Civic and Charitable Activities

- Maine Development Foundation, Leadership Maine (Omega Class)

PretiFlaherty



# Elizabeth F. Quinby

Associate

equinby@preti.com
207.791.3226

Elizabeth is an associate in Preti Flaherty's Litigation Practice Group in the firm's Portland office. While involved in a broad range of litigation matters, her efforts focus on complex litigation and antitrust cases.

Ellie is a graduate of Vanderbilt University Law School and has a bachelor's degree in American Studies from Colby College, where she minored in Anthropology. While pursuing her J.D., she was a Dean's Scholar and a student writing editor for and contributor to the *Vanderbilt Journal of Transnational Law*.

As a second-year law student, Ellie was a summer associate at Preti Flaherty. During law school, she was a legal intern for the Arts & Business Council of Greater Nashville and worked as a law clerk at a disability rights organization in California. She also interned with the Orange County Office of the Public Defender.

Ellie lives in Portland.

## Services

- Litigation
- Antitrust & Competition

## Admissions

- Maine
- Massachusetts

## Education

- Vanderbilt University Law School (J.D., 2018)
  - Phi Delta Phi
  - Student Writing Editor, Vanderbilt Journal of Transnational Law
  - Immigration Law Society
- Colby College (B.A., *with distinction*, 2015)
  - American Studies
  - Anthropology, minor

## Honors & Recognition

- *New England Super Lawyers* Rising Star - Antitrust Litigation, 2022-Present

# Publications

June 13, 2023
**NLRB Takes Aim at Non-Compete Agreements**
*ABA Antitrust Law Section Global Private Litigation Committee Newsletter*

# Annex 2

ANNEX 2

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Gregory P. Hansel | Partner | 1 –Investigation/ Factual or Legal Research | | $ 885.00 | | $ 865.00 | 34.6 | $ 865.00 | $ 29,929.00 |
| Gregory P. Hansel | Partner | 2- Lead Counsel Calls/Meetings | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| Gregory P. Hansel | Partner | 3- Attorney Communications | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| Gregory P. Hansel | Partner | 4- Client Communications | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| Gregory P. Hansel | Partner | 5- Case Management & Litigation Strategy | | $ 885.00 | 1.1 | $ 865.00 | 0.9 | $ 865.00 | $ 1,730.00 |
| Gregory P. Hansel | Partner | 6- Pleadings/ Briefs/Pretrial Motions | 2.7 | $ 885.00 | 6.8 | $ 865.00 | 6.9 | $ 865.00 | $ 14,240.00 |
| Gregory P. Hansel | Partner | 7- Discovery (Draft/Respond/Meet & Confer) | | $ 885.00 | 7.9 | $ 865.00 | 8 | $ 865.00 | $ 13,753.50 |
| Gregory P. Hansel | Partner | 8- Discovery (Document Review) | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| Gregory P. Hansel | Partner | 9- Discovery Depositions | | $ 885.00 | 21.3 | $ 865.00 | | $ 865.00 | $ 18,424.50 |
| Gregory P. Hansel | Partner | 10- Court Appearances & Preparation | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| Gregory P. Hansel | Partner | 11- Experts/ Consultants | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| Gregory P. Hansel | Partner | 12- Settlement/ Mediation | 1.0 | $ 885.00 | | $ 865.00 | | $ 865.00 | $ 885.00 |
| Gregory P. Hansel | Partner | 13- Trial Preparation | 2.4 | $ 885.00 | | $ 865.00 | | $ 865.00 | $ 2,124.00 |
| Gregory P. Hansel | Partner | 14- Trial | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| Gregory P. Hansel | Partner | 15- Appeals | | $ 885.00 | | $ 865.00 | | $ 865.00 | $ - |
| | | | | | | | | | $ - |
| Michael S. Smith | Partner | 1 –Investigation/ Factual or Legal Research | | $ 790.00 | | $ 775.00 | 22.6 | $ 775.00 | $ 17,515.00 |
| Michael S. Smith | Partner | 2- Lead Counsel Calls/Meetings | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ - |
| Michael S. Smith | Partner | 3- Attorney Communications | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ - |
| Michael S. Smith | Partner | 4- Client Communications | | $ 790.00 | 3.4 | $ 775.00 | 3.6 | $ 775.00 | $ 5,425.00 |
| Michael S. Smith | Partner | 5- Case Management & Litigation Strategy | | $ 790.00 | | $ 775.00 | 0.1 | $ 775.00 | $ 77.50 |
| Michael S. Smith | Partner | 6- Pleadings/ Briefs/Pretrial Motions | | $ 790.00 | | $ 775.00 | 4.5 | $ 775.00 | $ 3,487.50 |
| Michael S. Smith | Partner | 7- Discovery (Draft/Respond/Meet & Confer) | 1.4 | $ 790.00 | 48.8 | $ 775.00 | 13 | $ 775.00 | $ 49,001.00 |
| Michael S. Smith | Partner | 8- Discovery (Document Review) | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ - |
| Michael S. Smith | Partner | 9- Discovery Depositions | | $ 790.00 | 22.1 | $ 775.00 | | $ 775.00 | $ 17,127.50 |
| Michael S. Smith | Partner | 10- Court Appearances & Preparation | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ - |
| Michael S. Smith | Partner | 11- Experts/ Consultants | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ - |
| Michael S. Smith | Partner | 12- Settlement/ Mediation | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ |
| Michael S. Smith | Partner | 13- Trial Preparation | 5.4 | $ 790.00 | | $ 775.00 | | $ 775.00 | $ 4,266.00 |
| Michael S. Smith | Partner | 14- Trial | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ - |
| Michael S. Smith | Partner | 15- Appeals | | $ 790.00 | | $ 775.00 | | $ 775.00 | $ - |
| | | | | | | | | | $ - |
| Elizabeth F. Quinby | Associate | 1 –Investigation/ Factual or Legal Research | | $ 505.00 | | $ 495.00 | 10.2 | $ 495.00 | $ 5,049.00 |
| Elizabeth F. Quinby | Associate | 2- Lead Counsel Calls/Meetings | | $ 505.00 | | $ 495.00 | | $ 495.00 | $ - |
| Elizabeth F. Quinby | Associate | 3- Attorney Communications | | $ 505.00 | | $ 495.00 | | $ 495.00 | $ - |
| Elizabeth F. Quinby | Associate | 4- Client Communications | | $ 505.00 | 5.3 | $ 495.00 | 1.3 | $ 495.00 | $ 3,267.00 |
| Elizabeth F. Quinby | Associate | 5- Case Management & Litigation Strategy | | $ 505.00 | | $ 495.00 | | $ 495.00 | $ - |
| Elizabeth F. Quinby | Associate | 6- Pleadings/ Briefs/Pretrial Motions | | $ 505.00 | 1.5 | $ 495.00 | 2.6 | $ 495.00 | $ 2,029.50 |
| Elizabeth F. Quinby | Associate | 7- Discovery (Draft/Respond/Meet & Confer) | 1.3 | $ 505.00 | 36.4 | $ 495.00 | 1.6 | $ 495.00 | $ 19,466.50 |
| Elizabeth F. Quinby | Associate | 8- Discovery (Document Review) | | $ 505.00 | | $ 495.00 | | $ 495.00 | $ - |
| Elizabeth F. Quinby | Associate | 9- Discovery Depositions | | $ 505.00 | 36.4 | $ 495.00 | | $ 495.00 | $ 18,018.00 |
| Elizabeth F. Quinby | Associate | 10- Court Appearances & Preparation | | $ 505.00 | | $ 495.00 | | $ 495.00 | $ - |
| Elizabeth F. Quinby | Associate | 11- Experts/ Consultants | 2.3 | $ 505.00 | | $ 495.00 | | $ 495.00 | $ 1,161.50 |
| Elizabeth F. Quinby | Associate | 12- Settlement/ Mediation | .5 | $ 505.00 | | $ 495.00 | | $ 495.00 | $ 252.50 |
| Elizabeth F. Quinby | Associate | 13- Trial Preparation | 3.8 | $ 505.00 | | $ 495.00 | | $ 495.00 | $ 1,919.00 |
| Elizabeth F. Quinby | Associate | 14- Trial | | $ 505.00 | | $ 495.00 | | $ 495.00 | $ - |

ANNEX 2

| Biller | Biller Title | Category | 2023 Hours | 2023 Rate | 2022 Hours | 2022 Rate | 2021 Hours | 2021 Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Elizabeth F. Quinby | Associate | 15- Appeals | | $ 505.00 | | $ 495.00 | | $ 495.00 | $ - |
| | | | | | | | | | $ - |
| Maria J. Maffucci | Paralegal | 1 –Investigation/ Factual or Legal Research | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 2- Lead Counsel Calls/Meetings | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 3- Attorney Communications | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 4- Client Communications | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 5- Case Management & Litigation Strategy | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 6- Pleadings/ Briefs/Pretrial Motions | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 7- Discovery (Draft/Respond/Meet & Confer) | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 8- Discovery (Document Review) | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 9- Discovery Depositions | | | 0.7 | $ 175.00 | | | $ 122.50 |
| Maria J. Maffucci | Paralegal | 10- Court Appearances & Preparation | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 11- Experts/ Consultants | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 12- Settlement/ Mediation | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 13- Trial Preparation | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 14- Trial | | | | $ 175.00 | | | $ - |
| Maria J. Maffucci | Paralegal | 15- Appeals | | | | $ 175.00 | | | $ - |
| | | | | | | | | | |
| **TOTAL** | | | **20.8** | | **191.7** | | **109.9** | | **$ 229,271.00** |

# Annex
# 3

**IN RE: GOOGLE PLAY ANTITRUST LITIG. (CONSUMERS)**

**ANNEX 3**

FIRM NAME: *Preti Flaherty*

REPORTING PERIOD: *Inception to September 30, 2023*

| DESCRIPTION | MONTHLY TOTAL | CUMULATIVE TOTAL |
|---|---|---|
| Telephone/Facsimile | $ - | $ 2.48 |
| Photocopies - In-House | $ - | $ - |
| Photocopies - Outside | $ - | $ - |
| Postage/Air Express/Messengers | $ - | $ - |
| Filing Fees | $ - | $ 992.70 |
| Process Fees | $ - | $ - |
| Transcripts | $ - | $ - |
| Computer Research | $ - | $ - |
| Travel/Meals | $ - | $ - |
| Professional Fees (expert, accountant, investigator) | $ - | $ - |
| Assessments | $ - | $ - |
| Miscellaneous (Certificate of Good Standing) | $ - | $ 20.00 |
| **TOTAL EXPENSES** | **$ -** | **$ 1,015.18** |