Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone:  (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited and Google Payment Corp. (collectively, "Google"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Epic filed its Notice of Motion and Motion for Attorneys' Fees and Costs on August 22, 2025;

WHEREAS, pursuant to the Court's Order (Dkt. No. 745), the parties currently are briefing their dispute regarding the "cost of suit, including a reasonable attorney's fee" that Epic may be entitled to pursuant to 15 U.S.C. § 26 (the "attorneys' fee dispute") on the following schedule:

- Plaintiff's motion:  August 22, 2025
- Defendant's opposition:  December 5, 2025
- Plaintiff's reply:  January 30, 2026
- Hearing:  February 12, 2026

WHEREAS, the parties met and conferred and agreed that Google would produce certain documents relating to the fees and expenses incurred by Google in this litigation;

WHEREAS, Google estimates that it will require until January 26, 2026, at the latest, to complete production of these materials;

WHEREAS, the parties agree that Epic's reply should be due 45 days following the completion of Google's production of these materials and the currently scheduled February 12, 2026 hearing be continued until after Epic's reply brief is filed:

NOW THEREFORE, subject to the Court's approval, the parties jointly stipulate that the briefing schedule for Epic's Motion for Attorneys' Fees and Costs will be revised as follows:

- Google's production of the agreed materials:  January 26, 2026
- Plaintiff's reply:  45 days following completion of Google's production
- Hearing:  to be continued until after Epic's reply is filed

|   |   |   |
|---|---|---|
| 1 | DATED: January 5, 2026 | CRAVATH, SWAINE & MOORE LLP |

                                                            Gary A. Bornstein *(pro hac vice)*
                                                            gbornstein@cravath.com
                                                            Yonatan Even *(pro hac vice)*
                                                             yeven@cravath.com
                                                            Lauren A. Moskowitz *(pro hac vice)*
                                                            lmoskowitz@cravath.com
                                                            Michael J. Zaken *(pro hac vice)*
                                                            mzaken@cravath.com
                                                            M. Brent Byars *(pro hac vice)*
                                                            mbyars@cravath.com

                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                            Paul J. Riehle (SBN 115199)

                                        Respectfully submitted,

                                        By:    */s/ Gary A. Bornstein*
                                                              Gary A. Bornstein

DATED: January 5, 2026

MUNGER, TOLLES & OLSON LLP
   Glenn D. Pomerantz
   Kuruvilla Olasa

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu

HOGAN LOVELLS US LLP
   Jessica L. Ellsworth

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
      Glenn D. Pomerantz

     */s/ Brian C. Rocca*
      Brian C. Rocca

# [PROPOSED] ORDER

Having considered the parties' Stipulation, the Court orders the following revised briefing schedule for Plaintiff's Motion for Attorneys' Fees and Costs:

1. Google's production of the agreed materials: January 26, 2026

2. Plaintiff's reply: 45 days following completion of Google's production

3. February 12, 2026 hearing is continued

**IT IS SO ORDERED.**

DATED: _____            _____
                                          HON. JAMES DONATO
                                          United States District Judge

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Gary A. Bornstein*
Gary A. Bornstein
