Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
Alex A. Parkinson (*pro hac vice*)
aparkinson@kellogghansen.com
Jared M. Stehle (*pro hac vice*)
jstehle@kellogghansen.com
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999

Russell P. Cohen (SBN 213105)
russ.cohen@dechert.com
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, California 94105
Tel:  (415) 262-4500

*Counsel for* Amicus Curiae
*MICROSOFT CORPORATION*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF MOTION AND MOTION OF MICROSOFT CORP. FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OPPOSING MOTION TO MODIFY INJUNCTION** |
| *Epic Games, Inc. v. Google LLC, et al.* Case No. 3:20-cv-05671-JD | Judge:  Hon. James Donato |

MICROSOFT'S MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OPPOSING MOTION TO MODIFY INJUNCTION | CASE NO. 3:21-MD-02981-JD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Microsoft Corporation ("Microsoft") hereby moves this Court to file an *amicus curiae* brief in opposition to the joint motion to modify the injunction.

This motion seeks leave for proposed *amicus* Microsoft to file its *amicus* brief that is attached hereto as Exhibit 1.  All parties have consented to its filing.

The proposed filing is timely because this Court has established no deadline for *amicus* briefs.  The proposed brief is submitted six days in advance of this Court's hearing on the joint motion to modify the injunction, giving the parties sufficient time to review Microsoft's brief prior to this Court's hearing.

This Court customarily has "exercised great liberality in permitting amicus briefs." *California ex rel. Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (cleaned up).  An *amicus* brief is helpful, and leave for its filing is proper, when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide" and it addresses "legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (cleaned up).

Microsoft brings a unique perspective to this litigation.  As part of its business, Microsoft sells hardware devices and one of the leading operating systems for personal computers.  Microsoft also provides online stores for applications that run on its consumer operating systems.  In other parts of its business, Microsoft sells applications, software, and services that run on mobile operating systems produced by Google LLC ("Google") and Apple Inc.  Microsoft offers products that compete with Google, including – like Epic Games, Inc. ("Epic") – games for distribution on Android devices.  Microsoft also is a global leader in digital, online, and computer security, protecting a significant amount of critical internet and computing infrastructure throughout the United States and the world.

Microsoft has an interest in the resolution of Epic and Google's Joint Motion To Modify Permanent Injunction because this Court's injunction provides a remedy for unlawful conduct that

1

has affected not only Epic but also Microsoft and the industry as a whole.  For example, as Microsoft has explained in prior *amicus* filings, Google's requirement that developers implement Google Play Billing as a condition of distribution through the Play Store is both unlawful and an impediment to competition and innovation.  The injunction prohibits Google from requiring developers to implement Google Play Billing; the proposed modifications would allow Google to re-impose that requirement.

Because the proposed modifications affect the industry as a whole, the Court will benefit from Microsoft's third-party perspective.

A Proposed Order is attached hereto as Exhibit 2.

For the foregoing reasons, the Court should grant Microsoft's motion for leave to file its *amicus* brief.

Dated:  January 16, 2026                                    Respectfully submitted,


                                                           /s/ *Aaron M. Panner*
                                                              Aaron M. Panner

                                                           Aaron M. Panner (*pro hac vice*)
                                                           apanner@kellogghansen.com
                                                           Alex A. Parkinson (*pro hac vice*)
                                                           aparkinson@kellogghansen.com
                                                           Jared M. Stehle (*pro hac vice*)
                                                           jstehle@kellogghansen.com
                                                           **KELLOGG, HANSEN, TODD,**
                                                           **FIGEL & FREDERICK, P.L.L.C.**
                                                           1615 M Street, N.W., Suite 400
                                                           Washington, D.C.  20036
                                                           Tel:  (202) 326-7900
                                                           Fax:  (202) 326-7999

                                                           Russell P. Cohen (SBN 213105)
                                                           russ.cohen@dechert.com
                                                           **DECHERT LLP**
                                                           45 Fremont Street, 26th Floor
                                                           San Francisco, California 94105
                                                           Tel:  (415) 262-4500

                                                           *Counsel for* Amicus Curiae
                                                           *Microsoft Corporation*

MICROSOFT'S MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OPPOSING MOTION TO MODIFY INJUNCTION | CASE NO. 3:21-MD-02981-JD