# Exhibit 2

Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
Alex A. Parkinson (*pro hac vice*)
aparkinson@kellogghansen.com
Jared M. Stehle (*pro hac vice*)
jstehle@kellogghansen.com
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999

Russell P. Cohen (SBN 213105)
russ.cohen@dechert.com
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, California 94105
Tel:  (415) 262-4500

*Counsel for* Amicus Curiae
*MICROSOFT CORPORATION*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, *et al.*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION OF MICROSOFT CORP. FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO JOINT MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Judge:  Hon. James Donato |

Having considered *Amicus* Microsoft Corporation's ("Microsoft") Motion for Leave To File an *Amicus Curiae* Brief and having given the parties notice and opportunity to be heard, the Court hereby GRANTS the Motion and ORDERS that *Amicus* Microsoft's brief be accepted as filed.

IT IS SO ORDERED.


Dated: _____, 2026      _____

By: Hon. James Donato
United States District Judge