Daniel Guarnera, D.C. Bar No. 1034844
dguarnera@ftc.gov
Clarke T. Edwards, D.C. Bar No. 1011154
cedwards@ftc.gov
Kelse Moen, D.C. Bar No. 1035164
kmoen@ftc.gov
Marc S. Lanoue, N.Y. Bar No. 4332482
mlanoue@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2222

Kelly Ortiz, CA Bar No. 212846
Federal Trade Commission
90 7th Street Suite 14-300
San Francisco, CA 94103
(415) 848-5177
kortiz@ftc.gov

*Attorneys for Amicus Curiae Federal Trade Commission*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE**<br><br>**Judge:**     **Honorable James Donato** |

1
2    PLEASE TAKE NOTICE that Kelly Ortiz hereby appears as counsel for *amicus curiae*
3  Federal Trade Commission.
4  Dated: January 21, 2026                    */s/ Kelly Ortiz*
5                                             Kelly Ortiz
                                              *Attorney for Amicus Curiae Federal Trade*
6                                             *Commission*
7
8
...
28