# ATTACHMENT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*** |

For good cause shown, the motion of the Federal Trade Commission for leave to file a brief as *amicus curiae* is hereby GRANTED.

Dated: _____ 2026

_____
The Honorable James Donato
United States District Court Judge