UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Case Nos.: | 3:20-cv-05671-JD |
| | 3:21-md-02981-JD |
| Case Names: | Epic Games, Inc. v. Google LLC  et al |
| | In re Google Play Store Antitrust Litigation |

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S ATTORNEYS:<br>Gary Bornstein<br>Yonatan Even<br>Lauren Moskowitz<br>Michael Zaken | DEFENSE ATTORNEYS:<br>Glen Pomerantz<br>Kuru Olasa<br>Lauren Beck<br>Brian Rocca |
|---|---|---|
| EVIDENTIARY HEARING DATE:<br>1/22/2026 | REPORTER(S):<br>Ruth Levine Ekhaus | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:02 am | | | Court in session. All parties present. | |
| | | | | | Plaintiff calls Professor Douglas Bernheim. | |
| | | 12:30 pm | | | Plaintiff calls Timothy Dean Sweeney. | |
| | | 1:04 pm | | | Court in recess. | |
| | | 1:25 pm | | | Court back in session. Cont'd exam of Timothy Dean Sweeney. | |
| | | 1:36 pm | | | Defendants call Samir Samat. | |
| | | 1:53 pm | | | Court in recess. | |
| | | 2:04 pm | | | Court calls Professor Nancy Lynn Rose. | |
| | | 2:27 pm | | | Plaintiff questions Dr. Rose. | |
| | | 2:56 pm | | | Court in recess. | |
| | | 3:06 pm | | | Cont'd questioning of Dr. Rose. | |
| | | 3:17 pm | | | Court discusses next steps with the parties. | |
| | | 3:26 pm | | | Court in recess. | |
| | | | | | | |