Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT SUBMISSION REGARDING THE PARTIES' MOTION TO MODIFY THE PERMANENT INJUNCTION**<br><br>Judge:   Hon. James Donato |

-2-

1    At the Court's direction, Defendants Google LLC et al. ("Google") and Plaintiff Epic
2 Games, Inc. ("Epic"; collectively, "The Parties") respectfully submit this joint statement regarding
3 "jointly proposed next steps" (Dkt. No. 1169) for the Parties' request to modify the Injunction
4 (MDL Dkt. 1119).

5    The Parties respectfully withdraw their previous joint request to modify the Permanent
6 Injunction, (MDL Dkt. 1119).  The Parties expect to submit a revised proposal to the Court by
7 March 4, 2026.

DATED: March 2, 2026

**MUNGER, TOLLES & OLSON LLP**
   Glenn D. Pomerantz
   Kuruvilla Olasa
   Jonathan I. Kravis
   Justin P. Raphael
   Dane P. Shikman
   Lauren N. Beck

By:  */s/ Kuruvilla Olasa*

Kuruvilla Olasa

*Counsel for Defendants Google LLC et al.*

DATED: March 2, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu
   Leigha Beckman

By:  */s/ Brian C. Rocca*

Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

| | |
|---|---|
| DATED: March 2, 2026 | **CRAVATH, SWAINE & MOORE LLP**<br>Gary A. Bornstein (*pro hac vice*)<br>Yonatan Even *(pro hac vice)*<br>Lauren A. Moskowitz *(pro hac vice)*<br>Michael J. Zaken *(pro hac vice)*<br>M. Brent Byars *(pro hac vice)*<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Paul J. Riehle (SBN 115199)<br><br>By:  */s/ Gary A. Bornstein*<br>―――――――――――――――――<br>Gary A. Bornstein<br><br>*Counsel for Plaintiff Epic Games, Inc.* |

-3-
JOINT SUBMISSION RE: THE PARTIES' MOTION TO MODIFY THE PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  */s/ Kuruvilla Olasa*
Kuruvilla Olasa

-4-
JOINT SUBMISSION RE: THE PARTIES' MOTION TO MODIFY THE PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD