| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, S.B. #112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, S.B. #281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, S.B. #248421 | Lauren N. Beck, S.B. #343375 |
| michelle.chiu@morganlewis.com | lauren.beck@mto.com |
| **MORGAN, LEWIS & BOCKIUS LLP** | **MUNGER, TOLLES & OLSON LLP** |
| 600 Montgomery Street, Suite 2300 | 350 South Grand Avenue, Fiftieth Floor |
| San Francisco, CA 94111-1596 | Los Angeles, CA 90071 |
| Telephone: (415) 442-1000 | Telephone: (213) 683-9100 |
| | |
| Jessica L. Ellsworth, *pro hac vice* | Justin P. Raphael, S.B. #292380 |
| jessica.ellsworth@hoganlovells.com | justin.raphael@mto.com |
| **HOGAN LOVELLS US LLP** | Dane P. Shikman, S.B. #313656 |
| 555 13th St. NW | dane.shikman@mto.com |
| Washington, D.C. 20001 | **MUNGER, TOLLES & OLSON LLP** |
| Telephone: (202) 637-5600 | 560 Mission Street, Twenty Seventh Floor |
| | San Francisco, CA 94105 |
| *Counsel for Defendants* | Telephone: (415) 512-4000 |
| | |
| | Jonathan I. Kravis, *pro hac vice* |
| | jonathan.kravis@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| | 601 Massachusetts Ave. NW, Suite 500E |
| | Washington, D.C. 20001 |
| | Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF KURUVILLA OLASA IN SUPPORT OF RENEWED JOINT MOTION TO MODIFY INJUNCTION**<br><br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

## DECLARATION OF KURUVILLA OLASA

I, Kuruvilla Olasa, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am a Partner at Munger, Tolles & Olson LLP, and represent the Defendants in this action. I submit this Declaration in support of Google and Epic's Renewed Joint Motion to Modify Permanent Injunction. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. **Exhibit A** is a true and correct copy of the Revised Binding Term Sheet between Epic and Google, executed on March 3, 2026, along with its exhibits.

3. **Exhibit B** is the Parties' Revised Proposed Modified Injunction, Exhibit 4 to the Term Sheet.

4. **Exhibit C** is Term Sheet Exhibit 1, which depicts the unified install and permission flow referenced in the Renewed Joint Motion.

5. **Exhibit D** is a redline comparing the Parties' Revised Proposed Modified Injunction to the existing Permanent Injunction (Dkt. 1017).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 4th day of March, 2026, in Los Angeles, California.

                             */s/ Kuruvilla Olasa*
                             Kuruvilla Olasa

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:    */s/ Brian C. Rocca*

Brian C. Rocca

-2-

DECLARATION OF KURUVILLA OLASA ISO RENEWED JOINT MOTION TO MODIFY INJUNCTION
Case Nos. 3:21-md-02981-JD, Case No. 3:20-cv-05761-JD