# EXHIBIT C

**EXHIBIT 1**

# Unified Install and Permission flow





# Unified Install and Permission flow





