UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Judge:          Hon. James Donato<br>Courtroom:   11, 19th Floor |

-1-

[PROPOSED] ORDER GRANTING RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

-2-

1      This Court, having considered the "Renewed Joint Motion to Modify Permanent
2  Injunction" filed in the above-captioned matter, hereby ORDERS that the request is GRANTED.
3  The Court modifies the existing Permanent Injunction in this matter, MDL Dkt. 1017, to conform
4  it to the Revised Proposed Modified Injunction attached as Exhibit B to the Declaration of
5  Kuruvilla Olasa.

7      IT IS SO ORDERED.

  DATED: March __, 2026

_____
HON. JAMES DONATO
United States District Judge