Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 442-1000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Judge:   Hon. James Donato |

**MOTION**

Pursuant to Local Rule 79-5 and the Court's Minute Order, dated January 23, 2026 (Epic Dkt. 789), Plaintiff Epic Games, Inc. ("Epic") and Google Defendants ("Google") respectfully move the Court to seal narrow portions of materials submitted in support of the parties' Renewed Joint Motion to Modify Permanent Injunction, Epic Dkt. 800. This Joint Administrative Motion to File Under Seal is supported by Epic's Declaration of Randy Gelber in Support of the Joint Administrative Motion to File Under Seal ("Epic-Gelber Decl."), Google's Declaration of Ariel Spivak in Support of the Joint Administrative Motion to File Under Seal ("Google-Spivak Decl."), Google's Declaration of Kuruvilla Olasa in Support of Joint Administrative Motion to File Under Seal ("Google-Olasa Decl.") and the Proposed Order submitted herewith.

Google and Epic request that the Court seal the following portions of the Revised Term Sheet, which reflect information that is commercially sensitive for both companies:

(1) **the Parties' future commercial partnership terms** reflected in Exhibit 3 to the Revised Term Sheet and the specific references to Exhibit 3 in the Revised Term Sheet, in Paragraphs 16, 23, 27, and 29, which is supported by the Google-Spivak Declaration at ¶ 5; and Epic-Gelber Declaration at ¶ 5.

Google requests that the Court seal the following portions of the Revised Term Sheet, which are commercially sensitive for Google:

(1) **the future business plans for Google's new product development**, referenced at Revised Term Sheet, Paragraph 15, which is supported by the Google-Spivak Declaration at ¶ 6.

(2) **the amount of attorneys' fees payable by Google to Epic**, Revised Term Sheet, Paragraph 20, which is supported by Google-Spivak Declaration at ¶ 7.

*[Signatures on following page]*

//

//

//

DATED: March 4, 2026                **MORGAN, LEWIS & BOCKIUS LLP**

|   |   |
|---|---|
|   | By: /s/ Brian C. Rocca |
|   | Brian C. Rocca |
|   | *Counsel for Defendants Google LLC et al.* |
| DATED: March 4, 2026 | **MUNGER, TOLLES & OLSON LLP** |
|   | By: /s/ Kuruvilla Olasa |
|   | Kuruvilla Olasa |
|   | *Counsel for Defendants Google LLC et al.* |
| DATED: March 4, 2026 | **CRAVATH, SWAINE & MOORE LLP** |
|   | By: /s/ Yonatan Even |
|   | Yonatan Even |
|   | *Counsel for Plaintiff Epic Games, Inc.* |

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

-2-
JOINT ADMIN. MOT. TO FILE UNDER SEAL MATERIALS IN CONNECTION
WITH RENEWED JOINT MOT. TO MODIFY PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  */s/ Brian C. Rocca*
———————————————
Brian C. Rocca