Docusign Envelope ID: 1E7E25E0-6CF7-41F1-985B-228F3C43E1B7

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF RANDY GELBER IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Judge: Hon. James Donato |

1   I, Randy Gelber, subject to the penalties of perjury provided by 18 U.S.C. § 1746, hereby
2   declare as follows:
3   1.   I am Chief Financial Officer at Epic Games, Inc. ("Epic"). I am familiar with the
4   information set forth herein, and I could and would competently testify thereto if called as a
5   witness. Based on my responsibility and experience at Epic, I am familiar with Epic's treatment
6   and protection of confidential information, including as to its business negotiations and financial
7   information. I make this Declaration on the basis of my personal knowledge.
8   2.   I submit this Declaration in support of the parties' Joint Administrative Motion to
9   File Under Seal Materials In Connection with Joint Renewed Motion to Modify Permanent
10  Injunction ("Motion"), including the term sheet accompanying the parties' proposed settlement
11  ("Term Sheet") and the accompanying proposed order ("Proposed Order"). I have carefully
12  reviewed the Term Sheet.
13  3.   As a matter of routine practice and internal policy, Epic and its employees treat as
14  confidential non-public commercial agreements with third parties, as well as other sensitive
15  material that, if publicly disclosed, could potentially enable Epic's competitors to undermine
16  Epic's competitive position in the marketplace, allow current or prospective business partners or
17  counterparties to take unfair advantage of Epic in negotiations or other business affairs, or
18  otherwise prejudice Google's business interests.
19  4.   To the best of my knowledge, the material detailed in Paragraph 5 below is
20  maintained as highly confidential and has not been publicly disclosed.
21  5.   Exhibit 3 of the Term Sheet (and references thereto on pages 15, 17, 19, and 20)
22  contains non-public information that reflects a negotiated agreement between the parties
23  regarding the use of certain technology platforms. (*See* Proposed Order; Term Sheet at
24  Exhibit 3.) The terms of this agreement are Epic's confidential business information. Disclosure
25  of this information would risk the use thereof by other companies in their negotiations with Epic
26  and by Epic's competitors seeking a competitive advantage in their own negotiations, all to the
27  detriment of Epic. This is information that Epic keeps confidential in the ordinary course of
28  business.

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct and that I executed this declaration on March 3, 2026 in London, England.

3                                       By: _____
4                                            Randy Gelber

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF RANDY GELBER IN SUPPORT OF
JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS
IN CONNECTION WITH RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, Case No. 3:20-cv-05761-JD

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By: */s/ Brian C. Rocca*