Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Montgomery Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 442-1000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF KURUVILLA OLASA IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Judge:   Hon. James Donato |

I, Kuruvilla Olasa, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before this court. I am a partner at Munger, Tolles & Olson LLP, and represent the Defendants in this action. I respectfully submit this declaration in support of the Joint Administrative Motion to File Under Seal Portions of Materials in support of Joint Motion to Modify Permanent Injunction. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. As counsel for Google, I was closely involved in each step of the settlement negotiations with Epic, which resulted in confidential settlement terms ("Revised Term Sheet"). The settlement negotiations were kept strictly confidential.

3. The Revised Term Sheet, which is attached to the Declaration of Kuruvilla Olasa in Support of Renewed Joint Motion to Modify Injunction, contains a confidentiality provision, which specifically prohibits disclosure of the confidential Revised Term Sheet or its Exhibits to third parties.

4. The parties have publicly filed the Revised Proposed Modified Injunction referenced in the parties' Renewed Joint Motion to Modify Permanent Injunction, so that the public has full access to the specific manner in which the parties request the Court modify the Permanent Injunction.

5. Attached as Exhibit A is a true and correct copy of the confidential version of the Revised Term Sheet, along with its exhibits, to be filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 4th day of March 2026, in Los Angeles, California.

                                        */s/ Kuruvilla Olasa*
                                        Kuruvilla Olasa

-1-

DECLARATION OF KURUVILLA OLASA IN SUPPORT OF THE
JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH
RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from the other signatory.

By:  /s/ *Brian C. Rocca*
Brian C. Rocca

-2-
DECLARATION OF KURUVILLA OLASA IN SUPPORT OF THE
JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH
RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD