Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF EPIC GAMES, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:    Hon. James Donato |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF WITHDRAWAL OF MOTION

TO THE CLERK AND ALL PARTIES OF RECORD:  Please take notice that Plaintiff Epic Games, Inc. hereby withdraws its Motion for Attorneys' Fees and Costs (Dkt. No. 1088) as a result of the parties' settlement agreement (*see* Revised Binding Term Sheet, Dkt. No. 1179-2).

DATED:  March 9, 2026

Respectfully submitted,

By: */s/ Gary A. Bornstein*
    Gary A. Bornstein

**CRAVATH, SWAINE & MOORE LLP**
    Gary A. Bornstein *(pro hac vice)*
    gbornstein@cravath.com
    Yonatan Even *(pro hac vice)*
    yeven@cravath.com
    Lauren A. Moskowitz *(pro hac vice)*
    lmoskowitz@cravath.com
    Michael J. Zaken *(pro hac vice)*
    mzaken@cravath.com
    M. Brent Byars *(pro hac vice)*
    mbyars@cravath.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
    Paul J. Riehle (SBN 115199)