UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case
No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___Katherine Oh___, an active member in good standing of the bar of ___District of Columbia___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Demand Progress Education Fund__ in the above-entitled action. My local co-counsel in this case is ___Lee Hepner___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: ___281522___.

| | |
|---|---|
| 700 Pennsylvania Ave. SE, Ste. 200, Washington, DC 20003 | 140 San Carlos St, San Francisco, CA 94110-1733 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-905-2835 | 949-412-7623 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kate@demandprogress.org | lhepner@economicliberties.us |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is:___1630840___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 5, 2026__

Katherine Oh
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Katherine Oh_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __4/6/2026__

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California