Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

Russell P. Cohen (SBN 213105)
russ.cohen@dechert.com
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, California 94105
Tel: (415) 262-4500

*Counsel for* Amicus Curiae
*Microsoft Corporation*

[Additional counsel listed on the signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games, Inc. v. Google LLC, et al.* <br> Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD <br><br> **NOTICE OF MOTION AND MOTION OF MICROSOFT CORP., TAKE-TWO INTERACTIVE SOFTWARE, INC., AND SUPERCELL OY FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OPPOSING RENEWED JOINT MOTION TO MODIFY PERMANENT INJUNCTION** <br><br> Judge: Hon. James Donato |

MOTION OF MICROSOFT, TAKE-TWO, and SUPERCELL FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OPPOSING JOINT MOTION TO MODIFY PERMANENT INJUNCTION | CASE NO. 3:21-MD-02981-JD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Microsoft Corporation ("Microsoft"), Take-Two Interactive Software, Inc., and Supercell OY, hereby move this Court to file an *amicus curiae* brief in opposition to the renewed joint motion to modify permanent injunction.

This motion seeks leave for proposed *amici* to file the *amicus* brief that is attached hereto as Exhibit 1. *Amici* sought consent from the parties, who informed counsel for Microsoft that they would not take a position with respect to this motion.

The proposed filing is timely because this Court invited interested parties to file amicus briefs in connection with Epic and Google's renewed joint motion to modify the permanent injunction by April 6, 2026. *See* ECF 1183.

This Court customarily has "exercised great liberality in permitting amicus briefs." *California ex rel. Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (cleaned up). An *amicus* brief is helpful, and leave for its filing is proper, when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide" and it addresses "legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (cleaned up).

*Amici* bring important perspectives to this litigation. As part of its business, Microsoft sells hardware devices and one of the leading operating systems for personal computers. Microsoft also provides online stores for applications that run on its consumer operating systems. In other parts of its business, Microsoft sells applications, software, and services that run on mobile operating systems produced by Google LLC ("Google") and Apple Inc. Microsoft offers products that compete with Google, including – like Epic Games, Inc. ("Epic") – games for distribution on Android devices. Microsoft is also a global leader in digital, online, and computer security, protecting a significant amount of critical internet and computing infrastructure throughout the United States and the world.

---

1

MOTION OF MICROSOFT, TAKE-TWO, and SUPERCELL FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OPPOSING JOINT MOTION TO MODIFY PERMANENT INJUNCTION | CASE NO. 3:21-MD-02981-JD

Take-Two Interactive Software, Inc. ("Take-Two") is a leading developer, publisher, and marketer of interactive entertainment for consumers around the globe.  Most of Take-Two's mobile games are developed and published by its Zynga label.  Zynga's business model depends on mobile app distribution platforms, such as the Google Play Store on Android devices, to make its games accessible to a wide audience of potential users.  The fees, rules, and technical restrictions associated with distributing mobile apps on the Google Play Store materially impact Zynga's ability to appropriately price its products, efficiently acquire users, invest in innovation, and create high-quality gaming experiences for consumers.

Supercell Oy ("Supercell") is a leading mobile game developer that operates globally with offices in Helsinki, San Francisco, Seoul, Shanghai, and London.  Supercell develops and operates popular free-to-play games played by millions of users worldwide and distributes its games through app stores, including the Google Play Store.  Supercell is one of the highest-grossing mobile game developers globally.  As a developer whose business depends on fair, competitive, and transparent access to mobile games through app stores, Supercell has a substantial interest in ensuring that mobile distribution platforms and the injunction at issue promote innovation, consumer choice, and competition on the merits.

*Amici* have an interest in the resolution of Epic and Google's Renewed Joint Motion To Modify Permanent Injunction because this Court's injunction provides a remedy for unlawful conduct that has affected not only Epic but also *amici* and the industry as a whole.  Because the proposed modifications affect the industry as a whole, the Court will benefit from *amici*'s third-party perspectives.

A Proposed Order is attached hereto as Exhibit 2.

For the foregoing reasons, the Court should grant Microsoft's motion for leave to file its *amicus* brief.

2

MOTION OF MICROSOFT, TAKE-TWO, and SUPERCELL FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OPPOSING JOINT MOTION TO MODIFY PERMANENT INJUNCTION | CASE NO. 3:21-MD-02981-JD

Dated:  April 6, 2026

Respectfully submitted,

/s/ *Aaron M. Panner*
Aaron M. Panner

Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999

Russell P. Cohen (SBN 213105)
russ.cohen@dechert.com
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, California 94105
Tel:  (415) 262-4500

*Counsel for* Amicus Curiae
*Microsoft Corporation*

Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel.: (213) 547-4900

Michael C. Lynch (*pro hac vice forthcoming*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel.: (212) 808-7800

*Counsel for* Amicus Curiae
*Take-Two Interactive Software, Inc.*

Susannah P. Torpey (*pro hac vice pending*)
storpey@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave.
New York, New York 10166
Tel: (212) 294-6700

Jeanifer Parsigian (SBN 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Tel: (415) 591-1000

*Counsel for* Amicus Curiae
*Supercell Oy*

3

MOTION OF MICROSOFT, TAKE-TWO, and SUPERCELL FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF
OPPOSING JOINT MOTION TO MODIFY PERMANENT INJUNCTION | CASE NO. 3:21-MD-02981-JD