# Exhibit 2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-CV-05671-JD | CASE NO. 3:21-MD-02981-JD<br><br>**[PROPOSED] ORDER GRANTING AMERICAN ECONOMIC LIBERTIES PROJECT, DEMAND PROGRESS EDUCATION FUND, AND OPEN MARKET INSTITUTE'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***<br><br>Judge: Honorable James Donato |

For good cause shown, the motion of **AMERICAN ECONOMIC LIBERTIES PROJECT, DEMAND PROGRESS EDUCATION FUND,** and **OPEN MARKETS INSTITUTE** for leave to file a brief as *amici curiae* is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____ 2026        _____

The Honorable James Donato
United States District Court Judge