Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (pro hac vice)
gbornstein@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Telephone: (415) 442-1000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STATEMENT RE JULY 16, 2026 HEARING**<br><br>Judge:    Hon. James Donato |

On October 7, 2024, the Court entered an injunction. Dkt. 1017 (the "Injunction").[1] The Injunction has been in effect since October 29, 2025, save for Paragraphs 11 and 12 of the Injunction, which are scheduled to go into effect on July 22, 2026. Dkts 1112, 1118.

On March 4, 2026, after reaching a settlement, Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC, et al. ("Google"; collectively "the Parties") filed a Renewed Joint Motion to Modify the Court's Permanent Injunction (the "Motion"). The parties filed a Revised Proposed Modified Injunction ("RPMI") and asked the Court to enter it in place of the Injunction. Dkt. 1179. Epic and Google believe that the RPMI and settlement, in their totality, will facilitate greater competition than the Existing Injunction.

The Court ordered an evidentiary hearing on the Motion to be held on July 16, 2026, at 11:00 a.m. Dkt. 1222. The Court instructed the Parties to file a proffer "that summarizes the substance of their proposed testimony and evidence" regarding six questions identified by the Court. Dkt. 1212. At the January 22, 2026 hearing, Epic's expert economist at trial, Professor Douglas Bernheim, testified about the benefits of the Registered App Store program and the then-proposed modifications of the Existing Injunction. The Parties continue to support Professor Bernheim's opinions and proffer them, to the extent relevant, in response to the Court's questions.

In addition, at the upcoming hearing on July 16, Google will proffer one of its testifying economists, Dr. Greg Leonard, to answer on Google's behalf the questions posed by the Court in its Order dated April 21, 2026. A summary of Dr. Leonard's answers is set forth in Exhibit A.

DATED: June 16, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Leigha Beckman

By:  _/s/ Brian C. Rocca_
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

---

[1] All references to Dkt. No. are to the MDL docket, *In re Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD, unless otherwise noted.

DATED:  June 16, 2026

**MUNGER, TOLLES & OLSON LLP**
    Glenn D. Pomerantz
    Kuruvilla Olasa
    Lauren N. Beck


By:  */s/ Kuruvilla Olasa*
_____
Kuruvilla Olasa

*Counsel for Defendants Google LLC et al.*


DATED: June 16, 2026

**CRAVATH, SWAINE & MOORE LLP**
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even *(pro hac vice)*
    Lauren A. Moskowitz *(pro hac vice)*
    Michael J. Zaken *(pro hac vice)*
    M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
    Paul J. Riehle (SBN 115199)

By:  */s/ Gary A. Bornstein*
_____
Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

-3-

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  */s/ Brian C. Rocca*

Brian C. Rocca

JOINT STATEMENT RE JULY 26, 2026 HEARING
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD