Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Leigha M. Beckman, S.B. #334611
leigha.beckman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Lauren N. Beck, S.B. #343375
lauren.beck@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF SUJAL J. SHAH IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION FOR LEAVE TO INTRODUCE SUPPLEMENTAL INJUNCTION EVIDENCE**<br><br>Judge:     Hon. James Donato |

1.      I, Sujal J. Shah, am an attorney at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in the above-captioned matters.  I am a member in good standing of the State Bar of California and admitted to practice in the state and federal courts of California.  I respectfully submit this declaration in support of Google's Administrative Motion For Leave to Introduce Supplemental Injunction Evidence, and the related materials filed in support of that request.

2.      Attached hereto as *Exhibit A* is a true and correct copy of the brief submitted by the Center for Cybersecurity Policy and Law as *Amici Curiae* In Support of Defendants-Appellants, *Epic Games, Inc. v. Google LLC,* No. 24-6256 & 24-6274 (9th Cir. 2024).

3.      Attached hereto as *Exhibit B* is a true and correct copy of the brief submitted by Computer Security Experts John Mitchell, Serge Egelman, Nikita Borisov, Kevin Butler, Amit Elazari, Guofei Gu, and Sharad Mehrotra, as *Amici Curiae* In Support of Defendants-Appellants, *Epic Games, Inc. v. Google LLC,* No. 24-6256 & 24-6274 (9th Cir. 2024).

4.      Attached hereto as *Exhibit C* is a true and correct copy of the brief submitted by Former National Security Officials and Scholars as *Amici Curiae* In Support of Defendants-Appellants, *Epic Games, Inc. v. Google LLC*, No. 24-6256 & 24-6274 (9th Cir. 2024).

5.      Attached hereto as *Exhibit D* is a true and correct copy of the public website Play Console Help, Enrolling in the external content links program for users in the US, at https://support.google.com/googleplay/android-developer/answer/16470497, last accessed June 16, 2026.

SHAH DECL. ISO GOOGLE'S ADMIN. MOT. FOR LEAVE
TO INTRODUCE SUPPLEMENTAL EVIDENCE
CASE NOS. 3:21-md-02981-JD, 3:20-cv-05671-JD

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 16th day of June 2026 in San Francisco, California.

_/s/ Sujal J. Shah_
Sujal J. Shah

-2-