# EXHIBIT D

# Enrolling in the external content links program for users in the US

Developers currently using links to app downloads or transactions need to enroll in this program and meet these requirements by January 28, 2026.

In the future, Google intends to apply a service fee on successful transactions and downloads completed via external content links. At this time, however, Google is not assessing these fees and is therefore not requiring developers in this program to report these transactions or downloads to Google.

The external content links program allows developers of Google Play-distributed apps to link users in the United States to external content, including to purchase in-app digital items or to download an app whose install and updates are not managed by Google Play. Additionally, developers can offer external links to purchase in-app digital items in lieu of or alongside Google Play Billing.

Developers must meet the eligibility and requirements set out below, and successfully complete their enrollment in this program prior to using external content links.

## Availability

This program is available in the US in connection with the US District Court's order. Google reserves the right to modify or terminate this program, including as a result of any changes to or termination of the US District Court's order.

## Requirements

Developers participating in this program must comply with the following requirements:

- Enroll and get approval for your app(s) and any linked external apps in the external content links program as explained below.
- Limit external content links to users in the US and its territories.
- Ensure all Play Apps enrolled in this program and any linked external apps comply with Play Developer Policies , with the exception of policies that are not applicable to linked apps, such as the Payments policy.
- If using Google Play Billing with this program, all users must be able to access Google Play Billing in a consistent and reliable manner.
- Integrate with the external content links APIs, which surface an information screen, enable parental controls, and facilitate transaction reporting once required.
- Provide customer support for users completing transactions or downloading apps outside of Play and provide a process to dispute unauthorized transactions.
- Offer refund methods for users completing transactions outside of Play, unless the user was clearly informed that the transaction is non-refundable before completing the purchase.
- All external content links must meet the destination requirements as outlined below.
- Once required, pay Google the applicable fees for qualifying transactions or app installs that are concluded outside the app following the external content link as outlined below.

## Destination requirements

All external content destinations must meet the following requirements:

In addition, to ensure a good user experience and keep Play's users safe, any destination for links to download need to:

## Play Service Fees

In the future, Google intends to apply a service fee on successful transactions and downloads completed via external content links. At this time, however, Google is not assessing these fees and is therefore not requiring developers in this program to report these transactions or downloads to Google.

Like our standard service fees, the fees associated with the external content links program reflect the value provided by Android and Play and support our continued investments across Android and Play . The following fees apply when a user completes any transactions or any app installs **within 24 hours of following an external content link**:

- **In-app item purchases**: 10% for auto-renewing subscriptions and 20% for other offers of in-app digital features and services. Transactions for the first $1M (USD) of total developer earnings annually will be charged at 10%.
- **App download event**: A fixed fee (subject to periodic adjustments) per install based on the app category of the linked external app being installed. The linked app category must be declared as part of transaction reporting.
  - Games: $3.65
  - Apps: $2.85

## Eligibility

In order to be eligible for this program, your app(s) must be a mobile or tablet app or game serving users in the United States and its territories.

Please note that eligibility and requirements are subject to change.

## Enroll your app in the external content links program

To enroll in the external content links program, you must complete the following steps:

1. Review the requirements on this page to determine if your app(s) meets all the eligibility criteria.
2. Complete the external content links declaration form and complete any onboarding steps required to enroll in the program through Google's support team.
3. Integrate the external links APIs    in your app for external links prior to linking users out to purchase in-app digital items or to download an external app.
4. Enroll your app(s) that will be using external content links through Play Console on the **External content links** page (**Settings** > **External content links**).
5. If you are using external content links to link users to download an app, complete the following steps in Play Console:

   a. Register and submit all versions of the linked external app(s)

   b. Declare all external content links to external app(s) in your Play app(s)

   c. When your external app(s) are updated, submit all updated versions and APKs of the linked external app(s)

6. Once required, keep track of all transactions, including $0 transactions resulting from free trial purchases, and app installs completed through external content links for reporting through the external links APIs    .

If you have any additional questions, you can contact our support team here.

> Open declaration form

## Frequently asked questions

Can I utilize external content links for users in other geographies beyond the US?

Are game developers eligible for this program?

Are all developers required to enroll in the external content links program?

Is there a limit to the number of external content links I am allowed to have in my app?

What types of transactions are we required to report when using external content links to link users to purchase in-app digital items?

Why can't I select the external app when declaring external content links in the Play Console?

Do I have to register the external apps that I link to?

Can I make external content links available for only some of my apps?

How can I notify Google of any changes to my app package enrollment selections?

What are the steps to integrate with the external links APIs?

If I am already participating in an alternative billing program, can I also participate in the external content links program?

Can I use Google Play's billing system alongside external content links?

---

### Need more help?
Try these next steps:


**Post to the help community**
Get answers from community members


**Contact us**
Tell us more and we'll help you get there