Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-1596
Telephone: (415) 442-1000

*Counsel for Plaintiff Epic Games, Inc.*

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF JOINT RENEWED MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Judge:    Hon. James Donato |

The Parties respectfully withdraw their Renewed Joint Motion to Modify Permanent Injunction.  Dkt. 1179.  Google confirms that it continues to comply with the Court's Permanent Injunction, and that it is prepared to launch the remedies reflected in paragraphs 11-12 of the Permanent Injunction on July 22, 2026.  Dkt. 1017.  The Parties will appear on Thursday, July 16, 2026, unless the Court orders otherwise.

DATED:  July 14, 2026

**MUNGER, TOLLES & OLSON LLP**
    Glenn D. Pomerantz
    Kuruvilla Olasa
    Lauren N. Beck

By:  */s/ Kuruvilla Olasa*
    Kuruvilla Olasa

*Counsel for Defendants*

DATED:  July 14, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
    Brian C. Rocca
    Sujal J. Shah
    Leigha Beckman

By:  */s/ Brian C. Rocca*
    Brian C. Rocca

*Counsel for Defendants*

DATED:  July 14, 2026

**CRAVATH, SWAINE & MOORE LLP**
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even *(pro hac vice)*
    Lauren A. Moskowitz *(pro hac vice)*
    Michael J. Zaken *(pro hac vice)*
    M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
    Paul J. Riehle (SBN 115199)

By:  */s/ Gary A. Bornstein*
    Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.


By:  */s/ Kuruvilla Olasa*
Kuruvilla Olasa

-1-

NOTICE OF WITHDRAWAL OF JOINT RENEWED MOTION TO MODIFY PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD