# Exhibit A: Technical Committee's Determination

**Technical Committee Determination on
"Third-Party App Store Distribution – Dispute Re User Experience"**

This determination is in response to the email of July 1, 2026 describing a dispute that has arisen between Epic and Google.  This dispute is centered on the following questions.

1.  Should Google Play support user ratings and reviews for third-party app stores?
2.  Should third-party app stores be intermingled with other apps in Google Play search results, or instead segregated visually (and accessed by following a link to a separate landing page) from other apps when deemed responsive to a user query?
3.  Should Google Play list third-party app stores alphabetically on the third-party app-store landing page?

The principle that drove the Technical Committee's deliberations was that, absent an overriding concern, the treatment of third-party app stores in Google Play should be consistent with how other apps are treated.  In light of this principle, the Technical Committee decided regarding issues #1 and #3:

1.  Google Play should support user ratings and reviews for third-party app stores.
3.  Google Play should rank third-party app stores on the third-party app-store landing page, using signals that inform relevance.

On the other hand, the Technical Committee determined that there are overriding concerns that warrant inconsistent treatment for third-party app stores for question #2, namely the risks associated with installing third-party app stores (as they are typically more privileged than other apps) and the well-known tendency of users to "click through" warning screens.  Owing to these concerns, the Technical Committee adopted Google's viewpoint regarding issue #2:

2.  The proposed implementation outlined by Google (and shown in Figs 1-5 of Google's statement) is acceptable, as it gives users clear cues that they are moving through an installation flow for a third-party app store (versus another type of app), without impeding app-store discovery or installation.