# Exhibit C: Search Experience for Third-Party App Stores

