# Exhibit D: Search Queries for Google Products in Google Play Store

