John E. Schmidtlein (CSB # 163520)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com

Anne Johnson Palmer (CSB # 302235)
ROPES & GRAY LLP
One Maritime Plaza
Suite 1800
300 Clay Street
San Francisco, CA 94111
Tel: (415) 315-6337
Fax: (415) 315-4813
anne.johnsonpalmer@ropesgray.com

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF FILING OF OPPOSITION TO BRANCH METRICS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. James Donato<br><br>[N.D. Cal. Civil L.R. 3-12] |

NOTICE OF FILING                                          CASE NO. 3:21-MD-02981-JD

On July 27, 2026, Defendant Google LLC ("Google") filed an opposition to Branch Metrics, Inc.'s motion for administrative relief in *Epic Games, Inc. v. Google, LLC et al.*, Case No. 3:20-cv-05671 (N.D. Cal.). For the Court's convenience, Google hereby appends as Exhibit A the opposition it filed on that docket.

Dated: July 27, 2026

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (CSB # 163520)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com

Anne Johnson Palmer (CSB # 302235)
ROPES & GRAY LLP
One Maritime Plaza
Suite 1800
300 Clay Street
San Francisco, CA 94111
Tel: (415) 315-6337
Fax: (415) 315-4813
anne.johnsonpalmer@ropesgray.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.


DATED:  July 27, 2026                          By:    */s/ John E. Schmidtlein*

John E. Schmidtlein