Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

Matthew J. Adler, Bar No. 273147
matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Telephone: (415) 442-1000

Jonathan I. Kravis (*pro hac vice*)
jonathan.kravis@mto.com
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**MONTHLY REPORT REGARDING INJUNCTION COMPLIANCE**

Judge: Hon. James Donato

Pursuant to this Court's Order dated July 24, 2026, Defendants Google LLC et al. ("Google") and Plaintiff Epic Games, Inc. ("Epic"; collectively, "the Parties") respectfully submit this "report on Google's compliance with the permanent injunction." Order Re Status and Reports Re Injunction Compliance, and FRE 706 Experts ("Order"), Dkt. 1236. The monthly compliance report data ordered by the Court is attached as Exhibit A. As directed by the Court, Epic provided input into the preparation of this report and Exhibit A but only as to the manner in which the data is presented; Epic does not have access to the underlying information and therefore cannot comment on the accuracy of the data or of Google's representations about what data is or is not available.

## I. Time Period Covered by Monthly Compliance Reports

Google proposes that each monthly compliance report will reflect data from the prior calendar month. The monthly compliance report dated August 20, 2026 therefore contains data for July 2026 (*i.e.*, July 1 – July 31, 2026). As directed by the Court, the data in the current report is provided for the monthly reporting period only; in subsequent reports, Google will also include a running total beginning with the first report (*i.e.*, July 1, 2026, through the date of the subsequent reporting period).

## II. Data Availability

Google includes in this report all responsive data that is available to Google for July 2026. The responses to the following data requests contain partial or no data in this report for the reasons described below:

**Requests 1, 2 and 3:** These requests relate to the Third-party App Store on Play and Catalog Access programs, which both went into effect on July 22, 2026.[1] No third-party app stores were distributed through the Google Play store or displayed apps from Google Play's catalog between July 22 and July 31, 2026, so Google has no app download or revenue data to

[1] *See Enrolling in the Third-party App Store on Play Program*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/17233393; *Enrolling in the Play Catalog Access Program*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/17117200?hl=en&ref_topic=17256069&sjid=6556757587837351055-NC.

report for these requests. Google will have data to report for these requests in its next report covering August 2026.

**Request 5:** This request asks for the change in Google Play Billing revenue "over the prior reporting period." Order at 2. Because the first reporting period is July 2026, Google does not have a change in revenue to report. Google will report its first month-over-month change in Google Play Billing revenue over the prior month reporting period in its next monthly report (*i.e.*, the change in Google Play Billing revenue from July 2026 to August 2026).

**Requests 10 and 11:** Google is not requiring developers to report successful downloads and transactions from in-app linkouts or pay any fees in connection with such linked transactions or downloads at this time.[2] Google therefore currently has no revenue related to in-app linkouts, or information on downloads resulting from in-app linkouts, to report at this time.

[2] *See Enrolling in the external content links program for users in the US*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/16470497. As discussed at the July 16 hearing, the Parties disagree as to the charges Google currently plans to impose on certain linked downloads and will raise the issue with the Court should they fail to resolve their disagreement.

Dated: August 20, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Leigha Beckman

By *__/s/ Brian C. Rocca__*
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: August 20, 2026

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Lauren N. Beck

By *__/s/ Kuruvilla Olasa__*
Kuruvilla Olasa

*Counsel for Defendants Google LLC et al.*

Dated: August 20, 2026

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Michael J. Zaken *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew Adler (SBN 273147)

By *__/s/ Gary A. Bornstein__*
Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By * /s/ Brian C. Rocca*
Brian C. Rocca