Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Leigha M. Beckman, Bar No. 248421
leigha.beckman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
Lauren N. Beck, Bar No. 343375
lauren.beck@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@lskllp.com
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**GOOGLE'S SUPPLEMENTAL STATUS REPORT REGARDING ORDER REGARDING THIRD-PARTY APP STORE DISTRIBUTION USER EXPERIENCE DISPUTE (DKT. NO. 1244)**

Judge: Hon. James Donato

Defendant Google submits this supplemental status report regarding its implementation of the Court's August 13, 2026 order, Dkt. No. 1244 ("Order"), which directed Google to make certain changes to the user experience for Third-Party App Store Distribution. As described below, Google is on track to comply with the Order and implement these changes by August 31, 2026, as ordered by the Court.

On August 19, 2026, Google submitted an initial status report describing the changes Google is making to comply with the Order. Dkt. No. 1248 ("August 19 Report"). Google's August 19 Report stated that it would take up to August 31, 2026 to implement those changes, and stated that Google would submit a further status report on August 27, 2026. *Id.* On August 20, 2026, the Court issued an order granting Google until August 31, 2026 to comply with the Order. Dkt. No. 1249. Google remains on track to comply with the Order by August 31.

DATED: August 27, 2026

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Lauren N. Beck

By: */s/ Kuruvilla Olasa*
Kuruvilla Olasa
*Counsel for Defendants Google LLC et al.*

DATED: August 27, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Leigha Beckman

By: */s/ Brian C. Rocca*
Brian C. Rocca
*Counsel for Defendants Google LLC et al.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By: */s/ Kuruvilla Olasa*
Kuruvilla Olasa