Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

Matthew J. Adler, Bar No. 273147
matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Telephone: (415) 442-1000

Jonathan I. Kravis (*pro hac vice*)
jonathan.kravis@mto.com
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

# MONTHLY REPORT REGARDING INJUNCTION COMPLIANCE

Judge: Hon. James Donato

Pursuant to this Court's Order dated July 24, 2026, Defendants Google LLC et al. ("Google") and Plaintiff Epic Games, Inc. ("Epic"; collectively, "the Parties") respectfully submit this report on Google's compliance with the permanent injunction. Order Re Status and Reports Re Injunction Compliance, and FRE 706 Experts ("Order"), MDL Dkt. 1236. The monthly compliance report data ordered by the Court is attached as Exhibit A. As directed by the Court, Epic provided input into the preparation of this report and Exhibit A but only as to the manner in which the data is presented; Epic does not have access to the underlying information and therefore cannot comment on the accuracy of the data or of Google's representations about what data is or is not available.

Google includes in this report all responsive data that is available to Google from July to September 2026.

The Parties do not believe that a status conference is needed at this time, and respectfully request that the October 22, 2026 status conference be canceled and that the next status conference be set for November 19, 2026, ahead of the Thanksgiving Holiday. The Parties will file a status report seven days prior, on November 12, 2026, informing the Court whether the Parties believe the status conference is needed and will file the monthly report one day ahead of the status conference, on November 18, 2026, to give sufficient time to generate the report after the close of the prior month.

The Parties anticipate submitting two implementation disputes to the Technical Committee for resolution within the next week. In Epic's view, one of those implementation disputes is a gating item to the Epic Games Store taking advantage of the Store Distribution remedy in the Injunction and launching on the Google Play Store. In Google's view, neither of these disputes is a gating item for a version of the Epic Games Store to be distributed on the Google Play Store. Should either Party decide to raise the Technical Committee's decision(s) with the Court, the Parties anticipate those decision(s) will be made in time for the Parties to raise them ahead of the next status conference.

Additionally, as discussed at the July 16, 2026 hearing, the Parties disagree as to the charges Google currently plans to impose on certain linked downloads and will raise the issue

with the Court should they fail to resolve their disagreement.

Dated: October 15, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Leigha Beckman

By *_/s/ Brian C. Rocca_*
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: October 15, 2026

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Lauren N. Beck

By *_/s/ Kuruvilla Olasa_*
Kuruvilla Olasa

*Counsel for Defendants Google LLC et al.*

Dated: October 15, 2026

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Michael J. Zaken *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew Adler (SBN 273147)

By *_/s/ Gary A. Bornstein_*
Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By *_/s/ Brian C. Rocca_*
Brian C. Rocca