# EXHIBIT A
## PUBLIC - REDACTED

**Google Play**
**Monthly Compliance Report for the Month Ending September 30, 2026**

Google submits this monthly compliance report pursuant to this Court's order dated July 24, 2026 (Dkt. 1236). Google is providing additional narrative explanations regarding the data contained in this report. All data reported is for the United States.[1]

In order to streamline the Court's review of each month's compliance report, and to ensure accuracy and completeness of data reporting, the report contains data from the prior complete month. This monthly compliance report dated October 15, 2026 therefore contains data for the month of September 2026 (*i.e.*, September 1 – September 30, 2026). As directed by the Court, the data is provided for the monthly reporting period and a running total beginning with the first report (*i.e.*, July 1, 2026 through September 30, 2026).[2]

1. ***The name of each person or entity requesting to publish an app store on Google Play Store (GPS), the date of the request, the date Google published the app store on GPS, the number of native apps (i.e., not catalog-access apps) within the app store, the number of catalog-access downloads through the app store, and the number of native apps downloaded.***

In response to this request, Google is listing all third-party app stores that have requested to enroll in the Third-party App Store on Play program.[3] In the table below, Google has listed all app stores requesting to publish an app store on the Google Play Store in August 2026, the date of the request, and if applicable, the date they were published. In accordance with the Court's August 27, 2026 Order (Dkt. 1255), Google is only listing app stores that have made an "actual request to publish an app store," which Google has interpreted as the app store developer submitting an app store APK for review and publication on the Google Play Store. Although an app store may have submitted its APK to be published on the Google Play Store, it may not have completed the enrollment process, in order to be published on the Google Play Store. For these app stores, the published date is listed as "pending". In future reports, any app stores that are not approved for publication will be identified as "not approved".

The data in the table below for "Number of Native Apps", "Catalog Access Downloads", and "Native App Downloads" is limited to only those stores that are distributed by the Google Play Store. It does not include data from third-party app stores that are not distributed by the Google Play Store, including third-party app stores that have elected to only avail themselves of the catalog access remedy. Therefore, the data does not represent all app installations that occur outside of the Google Play Store. For example, the figures reported for "Native App Downloads" are only for third-party app stores where users acquired the third-party app store from the Google Play Store.

Google does not precisely track the number of native apps listed in third-party app stores distributed on the Google Play Store at any given time. For the "Number of Native Apps," Google has listed the number of apps sent to Google for review pursuant to terms of the Third-party App Store on Play program.[4]

"Catalog Access App Downloads" refers to downloads of catalog-access apps from third-party app stores that are fulfilled by the Google Play Store. A store enrolled in the Catalog Access program does not need to display all, or any,

---

[1] For the purpose of this report, all Google Play "revenue" figures reflect invoiced fees.
[2] Google is only providing cumulative figures for data that can be calculated as a running total. For data that is presented as a snapshot (e.g., the number of native apps in a third-party app store distributed on Google Play or the number of apps using alternative billing exclusively), a running total cannot be calculated.
[3] *See Enrolling in the Third-party App Store on Play Program*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/17233393.
[4] *See Enrolling in the Third-party App Store on Play Program*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/17233393.

catalog access apps in its store, so the number of catalog access app downloads may be a function of the number of catalog access apps displayed in the store.

For "Native App Downloads", Google does not precisely track the number of native app downloads from third-party app stores. However, Google does have data on the number of app downloads from installers on Android devices through Google Play Protect ("GPP"), but only for those devices where GPP is enabled.[5] "Native App Downloads" refers to downloads of apps directly from the third-party app store that are not fulfilled by the Google Play Store (i.e., non-catalog access apps). For "Native App Downloads," Google is reporting the number of native app downloads from the listed third-party app stores on GPP-enabled devices and only when that app store was installed by Google Play.

| | | | September 2026 | | |
|---|---|---|---|---|---|
| Store Name | Date of Request to Publish App Store[6] | Date Published | Number of Native Apps | Catalog Access App Downloads | Native App Downloads |
| Aptoide Games | 08/02/2026 | 08/07/2026 | 28 | [redacted] | |

| | July 2026 - September 2026 Cumulative | |
|---|---|---|
| Store Name | Catalog Access App Downloads | Native App Downloads[7] |
| Aptoide Games | [redacted] | |

2. ***Revenue in (i) total dollars and (ii) dollars per app collected by GPS and Google Play Billing (GPB) from all apps downloaded via an app store. GPS and GPB figures will be reported separately.***

In response to this request, Google reports statistics for all third-party app stores that have completed enrollment in the Third-party App Store on Play program *and* all third-party app stores that have completed enrollment in the Catalog Access program, even if those stores have not requested to be distributed by the Google Play Store. The figures reported are for all third-party app stores that have completed enrollment in one of these programs regardless of how the third-party app store was installed on a user's device. For example, this may include revenue from third-party app stores that are offering Catalog Access apps but that are not distributed on the Google Play Store. Third-party app stores that do not participate in either program are not included in these figures.

For apps distributed by the Google Play Store, Google Play charges a Google Play service fee on in-app digital transactions or linkout transactions (as described further below). If the app uses Google Play Billing to process the transaction, Google Play also charges a Google Play Billing fee on the transaction. For "Catalog Access Apps", the "Google Play Service Fee Revenue" is the revenue from Google Play's service fee from in-app or linkout transactions from catalog-access apps installed by the Google Play Store that are displayed by the third-party app store. "Google Play Billing Fee Revenue" is the revenue from Google Play's billing fee from in-app transactions from catalog-access apps installed by the Google Play Store that are displayed by the third-party app store, if those transactions were processed by Google Play Billing.

[5] GPP is enabled on approximately 98% of Android smartphones and tablets in the United States.
[6] The date that the third-party app store APK has been submitted for review and publication on the Google Play Store.
[7] The count for native app downloads now includes installs of versions of apps even if that app version was installed before that app version was shared with Google for review as required by Google's Third-party App Store on Play program. The native app download count for August has been adjusted to include those installs in the cumulative tally.

Total Dollars

| | | **September 2026** | | | | | |
|---|---|---|---|---|---|---|---|
| | | Catalog Access Apps | | Native Apps[8] | | All Apps | |
| Store Name | Program | Google Play Service Fee Revenue | Google Play Billing Revenue | Google Play Service Fee Revenue[9] | Google Play Billing Revenue | Google Play Service Fee Revenue | Google Play Billing Revenue |
| Aptoide Games | Catalog Access + Third Party Store Distribution | [redacted] | | | | | |
| Samsung Galaxy Store | Catalog Access | [redacted] | | N/A | N/A | N/A | N/A |

| | | **July 2026 - September 2026 Cumulative** | | | | | |
|---|---|---|---|---|---|---|---|
| | | Catalog Access Apps | | Native Apps[8] | | All Apps | |
| Store Name | Program | Google Play Service Fee Revenue | Google Play Billing Revenue | Google Play Service Fee Revenue[9] | Google Play Billing Revenue | Google Play Service Fee Revenue | Google Play Billing Revenue |
| Aptoide Games | Catalog Access + Third Party Store Distribution | [redacted] | | | | | |
| Samsung Galaxy Store | Catalog Access | [redacted] | | N/A | N/A | N/A | N/A |

3. ***Revenue in (i) total dollars and (ii) dollars per app collected by GPB and GPS from native apps downloaded through the app store, reported separately.***

For this request, Google is reporting the same statistics as the response to Request No. 2, but on a "per app" basis. Dollars per app metrics are calculated as follows: (i) for catalog access apps, the Google Play service fee revenue per app is calculated by dividing total Google Play service fee revenue for catalog access apps ($XXX) by the cumulative number of catalog access app downloads, and the Google Play Billing fee revenue per app is calculated by dividing total Google Play billing fee revenue for all catalog access apps ($XXX) by the cumulative number of catalog access app downloads; (ii) for native apps, the same calculations are performed using Google Play service fee and Google Play billing revenues for all native apps distributed by the store; and (iii) for all apps, the same calculations are performed using Google Play service fee and Google Play billing revenues for all apps (catalog access and native) distributed by the store. Cumulative app download numbers are used to calculate "per app" figures because an app downloaded in a prior month may generate revenue in a subsequent month.

---

[8] The revenue figures for "Native Apps" are for native apps that were downloaded from app stores installed by Google Play, as described for "Native App Downloads" in Question 1.

[9] Service fee revenue from downloads of native apps directly from the third-party app store that are not fulfilled by the Google Play Store (i.e., non-catalog access apps). Google Play Store does not require a service fee from native apps downloaded directly from a third-party app store. However, in some instances a developer may voluntarily elect to configure a native app to route payments through Google Play Billing, in which case, Google collects its service fee and billing fee. Note this is only possible if the developer has elected to distribute an app on the Google Play Store and an identical version of that Google Play app natively on the third-party store.

<u>Dollars Per App:</u>

| | **September 2026** | | | | | |
|---|---|---|---|---|---|---|
| | Catalog Access Apps | | Native Apps[10] | | All Apps | |
| Store Name | Google Play Service Fee Revenue Per App | Google Play Billing Revenue Per App | Google Play Service Fee Revenue11 Per App | Google Play Billing Revenue Per App | Total Google Play Service Fee Revenue Per App | Total Google Play Billing Revenue Per App |
| Aptoide Games | [redacted] | | | | | |
| Samsung Galaxy Store | [redacted] | | N/A | N/A | N/A | N/A |

| | **July 2026 - September 2026 Cumulative** | | | | | |
|---|---|---|---|---|---|---|
| | Catalog Access Apps | | Native Apps[10] | | All Apps | |
| Store Name | Google Play Service Fee Revenue Per App | Google Play Billing Revenue Per App | Google Play Service Fee Revenue[11] Per App | Google Play Billing Revenue Per App | Total Google Play Service Fee Revenue Per App | Total Google Play Billing Revenue Per App |
| Aptoide Games | [redacted] | | | | | |
| Samsung Galaxy Store | [redacted] | | N/A | N/A | N/A | N/A |

4. ***The number of apps using: (i) GPB exclusively; (ii) a choice of GPB and alternative billing; or (iii) alternative billing exclusively.***

In response to this request, Google is only reporting figures from apps distributed by the Google Play Store and is providing its best estimates of apps using various billing options. For apps that use Google Play Billing exclusively, Google is reporting the number of apps that have configured at least one in-app product for sale through Google Play Billing and that have not enrolled in an alternative billing program. This may include apps that have configured an in-app product for sale through Google Play Billing but have not completed a sale. For apps that use Google Play Billing and alternative billing, Google is reporting the number of apps that have enrolled in the user choice billing program. This may include apps that have not made a sale through Google Play Billing or the alternative billing system. For apps using alternative billing exclusively, Google is reporting the number of apps that have enrolled in the alternative billing program. It may also include apps that have not made a sale through the alternative billing system. Note that apps that have enrolled in Google Play's alternative billing program in the United States can choose to offer Google Play Billing, but Google does not explicitly track if they choose to do so.

---

[10] The revenue figures for "Native Apps" are for native apps that were downloaded from app stores installed by Google Play, as described for "Native App Downloads" in Question 1.

[11] Service fee revenue from downloads of native apps directly from the third-party app store that are not fulfilled by the Google Play Store (i.e., non-catalog access apps). Google Play Store does not require a service fee from native apps downloaded directly from a third-party app store. However, in some instances a developer may voluntarily elect to configure a native app to route payments through Google Play Billing, in which case, Google collects its service fee and billing fee. Note this is only possible if the developer has elected to distribute an app on the Google Play Store and an identical version of that Google Play app natively on the third-party store.

| | **As of September 30, 2026** |
|---|---|
| Number of apps using Google Play Billing exclusively | 398,438 |
| Number of apps using Google Play Billing and alternative billing | 466 |
| Number of apps using alternative billing exclusively | 387 |

5. ***The change in GPB revenue in dollars and percent change over the prior reporting period.***

As noted above, Google Play charges a fee for Google Play Billing that is separate from the Google Play service fee.[12] The figures in this table will only report revenue from the fee for Google Play Billing and will exclude the Google Play service fee.

| | **September 2026** |
|---|---|
| Change in Google Play Billing (GPB) billing fees revenue earned from in-app transactions m/m ($) | [redacted] |
| GPB fee revenue % change m/m | |

| | **July 2026 - September 2026 Cumulative** |
|---|---|
| Change in Google Play Billing (GPB) billing fees revenue earned from in-app transactions m/m ($) | [redacted] |
| GPB fee revenue % change m/m | |

6. ***Changes to the GPB fee schedule.***

Google Play did not make any changes to its Google Play Billing fee schedule for users in the United States in September 2026.[13]

**Google Play Billing (GPB) fee:** 5%

7. *The number of apps with in-app link-outs.*
8. *The number of times in-app link-outs were clicked or used.*
9. *The median number of in-app link-outs clicked or used per app.*
10. *The number of downloads made via in-app link-outs.*
11. *Revenue in dollars collected by GPS and GPB, reported separately, from (i) in-app link-outs and (ii) downloads made via in-app link-outs.*

Google reports data for Requests 7-11 in the table below. All statistics are for apps distributed by the Google Play Store.

[12] *See* Dkt. No. 1181-1 for more information regarding the Google Play service fee.

[13] This only includes changes to the fee schedule for Google Play Billing and does not include the fee schedule for the Google Play service fee. *See* Dkt. No. 1181-1.

For the number of apps with in-app linkouts, Google is reporting two figures: (1) apps enrolled in Google's external content links program, and (2) apps enrolled in Google's external content links program that have called Google's external content links API at least once during the month.[14] If an app enrolled in Google's external content links program has not called Google's external content links API at least once during the month—for example, if no users clicked on a link in that app during the month—it will not be counted in the latter figure.

For apps enrolled in Google's external content links program, every time a user clicks on a link, Google's external content links API is invoked, and Google can track that data. For the total number and median number of times in-app linkouts were clicked, Google is reporting the number of times an app enrolled in Google's external content links program has called Google's external content links API to initiate a linkout (transaction or download). The median number of in-app linkouts clicked per app reports the median only of those apps that have called Google's external content links API at least once during the month.

For the number of downloads made via in-app linkouts, Google will submit the number of reported app downloads from Google Play's external content links program. Google is not requiring developers to report successful transactions from in-app linkouts, or pay any associated fee for transactions from in-app linkouts, until October 1, 2026.[15] Google is not requiring developers to report successful downloads from in-app linkouts, or pay any associated fee for downloads from in-app linkouts, until February 1, 2027.[16]

For the total Google Play service fee revenue from linkouts to transactions, developers are only required to report transactions resulting from in-app linkouts and pay a fee to Google if a purchase occurs within 24 hours of clicking a link. Purchases completed later than 24 hours, or that occur via developers' websites without an external content link, do not have a fee assessed to them and developers do not have an obligation to report those transactions. Google is not requiring developers to pay any fee in connection with in-app transaction linkouts until October 1, 2026 or in-app download linkouts until February 1, 2027. Google Play does not charge a Google Play Billing fee for in-app linkouts (transaction or download).

| | **September 2026** |
|---|---|
| Number of apps with in-app link-outs | 859 (enrolled)<br>218 (invoked API) |
| Number of times in-app link-outs were clicked | [redacted] |
| Median number of in-app link-outs clicked per app | 212 |
| Number of downloads made via in-app link-outs | No data available |
| Total Google Play Store service fee revenue from external content links to transactions | N/A |
| Total Google Play Billing revenue from external content links to transactions | $0 |
| Total Google Play Store Fee revenue for external content links to download[17] | N/A |

[14] *See Enrolling in the external content links program for users in the US*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/16470497.

[15] *See Enrolling in the external content links program for users in the US*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/16470497 ("[D]evelopers enrolled in this program must report transactions and successful downloads, as well as pay the relevant Play service fee, starting October 1, 2026.").

[16] *See Enrolling in the external content links program for users in the US*, PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/16470497.

[17] Google Play charges a flat per-download fee for links to downloads. In-app purchases occurring within the app that was downloaded via linkout do not incur transaction service fees. *See Enrolling in the external content links program for users in the US*,

| | |
|---|---|
| Total Google Play Billing revenue from external content links to download | $0 |

| | **July 2026 - September 2026 Cumulative** |
|---|---|
| Number of times in-app link-outs were clicked | [redacted] |
| Number of downloads made via in-app link-outs | No data available |
| Total Google Play Store service fee revenue from external content links to transactions | N/A |
| Total Google Play Billing revenue from external content links to transactions | $0 |
| Total Google Play Store Fee revenue for external content links to download[15] | N/A |
| Total Google Play Billing revenue from external content links to download | $0 |

**12.** ***Changes to the GPS or GPB fee schedules for in-app link-outs and in-app downloads.***

Google did not make any changes to its fee schedules for in-app linkouts for transactions or in-app linkouts to download in the United States in September 2026. Google is currently not collecting the service fees listed below but will start collecting fees for transaction linkouts on October 1, 2026 and download linkouts on February 1, 2027.

**Google Play Service Fees for Linkouts in the United States:**

| | |
|---|---|
| Subscriptions – Linkouts<br>(for purchases made within 24 hours of using the link) | 10% |
| Transactions for the first $1M (USD) of total developer earnings annually – Linkouts<br>(for purchases made within 24 hours of using the link) | 10% |
| Non-Recurring Purchases – Linkouts<br>(for purchases made within 24 hours of using the link) | 20% |
| Links to Download<br>(for downloads made within 24 hours of using the link) | $3.65 per download (Games)<br>$2.85 per download (Apps) |

PLAY CONSOLE HELP, https://support.google.com/googleplay/android-developer/answer/16470497#zippy=%2Call-external-content-destinations-must-meet-the-following-requirements%2Cif-a-user-is-linked-out-of-the-app-to-install-an-external-app-will-both-an-install-fee-and-transaction-fee-be-assessed-within-the--hour-window.