Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Leigha M. Beckman, Bar No. 334611
leigha.beckman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
Lauren N. Beck, Bar No. 343375
lauren.beck@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@lskllp.com
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Counsel for Defendants Google LLC et al*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**DECLARATION OF SUJAL J. SHAH IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MONTHLY REPORT REGARDING INJUNCTION COMPLIANCE**

Judge: Hon. James Donato

I, Sujal J. Shah, declare as follow:

1. I, Sujal J. Shah, am an attorney at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in this matter. I am admitted to practice before this Court. I respectfully submit this declaration in support of Google's Administrative Motion to File Under Seal Portions of Monthly Report Regarding Injunction Compliance ("Motion"), pursuant to Civil Local Rule 79-5.

2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge. If called upon as a witness in this action, I could and would testify competently thereto.

3. I understand Epic takes no position on Google's sealing requests in Google's Motion.

4. Attached as Exhibit A is a true and correct copy of the monthly compliance report filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 15th day of October, 2026, in San Francisco, CA.



Sujal J. Shah