Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

Matthew J. Adler, Bar No. 273147
matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Telephone: (415) 442-1000

Jonathan I. Kravis (*pro hac vice*)
jonathan.kravis@mto.com
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**JOINT STATUS REPORT REGARDING INJUNCTION COMPLIANCE**

Judge: Hon. James Donato

Pursuant to this Court's Order dated July 24, 2026, MDL Dkt. 1236, and Order dated October 15, 2026 setting a status conference for November 19, 2026, MDL Dkt. 1265, Defendants Google LLC et al. ("Google") and Plaintiff Epic Games, Inc. ("Epic"; collectively, "the Parties") respectfully submit this joint status report. As reflected in the Parties' October 15, 2026 submission, MDL Dkt. 1263, the parties will file the monthly report regarding injunction compliance on November 18, 2026.

The Parties submitted two implementation disputes to the Technical Committee on October 30, 2026. In Epic's view, one of those implementation disputes is a gating item to the Epic Games Store taking advantage of the Store Distribution remedy in the Injunction and launching on the Google Play Store. In Google's view, neither of these disputes is a gating item for a version of the Epic Games Store to be distributed on the Google Play Store.

Because the Technical Committee disputes remain pending, the Parties do not believe that a status conference is needed at this time, and respectfully request that the November 19, 2026 status conference be canceled. Should either Party decide to raise the Technical Committee's forthcoming decision(s) with the Court, the Parties anticipate being able to do so in advance of the next status conference, which the Parties respectfully request be set for December 17, 2026, ahead of the Christmas Eve Holiday. The Parties will file a status report seven days prior, on December 10, 2026, informing the Court whether the Parties believe the status conference is needed and will file the monthly report one day ahead of the status conference, on December 16, 2026, to give sufficient time to generate the report after the close of the prior month.

Dated: November 11, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Leigha Beckman

By *__/s/ Brian C. Rocca__*
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: November 11, 2026

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Lauren N. Beck

By *__/s/ Kuruvilla Olasa__*
Kuruvilla Olasa

*Counsel for Defendants Google LLC et al.*

Dated: November 11, 2026

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Michael J. Zaken *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew Adler (SBN 273147)

By *__/s/ Gary A. Bornstein__*
Gary A. Bornstein
*Counsel for Plaintiff Epic Games, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By *_/s/ Brian C. Rocca_*
Brian C. Rocca